# EXHIBIT 1

# Hamer, Jeffrey 10-7-2015 (Moldex)

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **7:8 - 7:12   Hamer, Jeffrey 10-7-2015**<br>7 8      Q  Sir, would you state your name for the record,<br>7 9      please?<br>7 10      A  Jeffrey Lee Hamer.<br>7 11      Q  Good morning, Mr. Hamer.<br>7 12      A  Good morning. | | | **Re: [7:8-7:12]**<br>GENERAL OBJECTION to entire transcript -- Defendants object to all testimony from this witness regardless of the specific page and line on the basis that it is subject to Defendants☐ motion in limine number 6 regarding prior litigation and is hearsay | **OVERRULED** |
| **8:21 - 9:1   Hamer, Jeffrey 10-7-2015**<br>8 21      Q  And can you summarize briefly for me, please, your<br>8 22      educational background?<br>8 23      A  High school at Monroe Catholic Central in Michigan,<br>8 24      BS in mechanical engineering with a minor in<br>8 25      acoustics at Michigan Technological University,<br>9 1      1983. | | | | |
| **9:6 - 9:9   Hamer, Jeffrey 10-7-2015**<br>9 6      Q  And you had a minor in acoustics or a subspecialty?<br>9 7      A  Specialty in acoustics.<br>9 8      Q  And you received that degree in 1983?<br>9 9      A  Correct. | | | | |
| **9:14 - 9:25   Hamer, Jeffrey 10-7-2015**<br>9 14      Q  Okay.  And once you graduated from Michigan<br>9 15      Technological in 1983, when -- did you go to work?<br>9 16      A  Yes.<br>9 17      Q  And can you summarize briefly for me your<br>9 18      employment history?<br>9 19      A  Yes.  Started at what was EAR division of Cabot<br>9 20      Corporation in 1984, hired as applications<br>9 21      engineer, worked my way up through that<br>9 22      organization in noise control engineering,<br>9 23      basically applying noise control to OEM products<br>9 24      for manufacturers, worked my way up over the next<br>9 25      13 years to the manager of the laboratory there. | | | | |

| | | | | |
|---|---|---|---|---|
| **10:1 - 10:22** | **Hamer, Jeffrey 10-7-2015** | | | **Re: [10:1-10:22]** | **OVERRULED.** |

| | | | | |
|---|---|---|---|---|
| **10:1 - 10:22** | **Hamer, Jeffrey 10-7-2015** | | **Re: [10:1-10:22]** | **OVERRULED.** |
| 10 1 | In 1997, moved to a company in southern | | Improper counter-designation; | **Door opened** |
| 10 2 | Indiana by the name of PRD, Incorporated, as the | | improper bolstering; FRE | **with affirmative** |
| 10 3 | manager of engineering there.  They're an injection | | 402/403; Plaintiffs MIL #12, 13 | **designation.** |
| 10 4 | molding firm primarily in automotive design and | | | |
| 10 5 | molding components.  In 2007, moved back to what | | | |
| 10 6 | was at the time Aearo Corporation on the safety | | | |
| 10 7 | products side of the business rather than the noise | | | |
| 10 8 | control as the senior technical director and have | | | |
| 10 9 | worked there ever since 3M acquired Aearo in 2008. | | | |
| 10 10 | Q  Thank you.  So for 13 years while you were at | | | |
| 10 11 | Cabot, you worked your way up to various ranks as | | | |
| 10 12 | an engineer? | | | |
| 10 13 | A  As an engineer and a manager and engineering | | | |
| 10 14 | manager. | | | |
| 10 15 | Q  And that was in -- and you said that at the end of | | | |
| 10 16 | that period, you had -- you had become the lab | | | |
| 10 17 | manager, too? | | | |
| 10 18 | A  Correct. | | | |
| 10 19 | Q  And by lab, do you mean the E-A-RCAL Lab? | | | |
| 10 20 | A  No.  I mean the acoustics lab for what was the | | | |
| 10 21 | noise control products division at the time, not | | | |
| 10 22 | safety division. | | | |
| **10:25 - 11:8** | **Hamer, Jeffrey 10-7-2015** | | **Re: [10:23-11:8]** | **OVERRULED.** |
| 10 25 | be asking just for the record.  What's the | | Improper counter designation; | **Door opened** |
| 11 1 | difference between noise control and noise | | FRE 402/403; 701/702. | **with affirmative** |
| 11 2 | protection or safety? | | | **designation.** |
| 11 3 | A  Noise control is the application of materials and | | | |
| 11 4 | designed to reduce noise in a -- in a device or | | | |
| 11 5 | machine. | | | |
| 11 6 | Q  Uh-huh. | | | |
| 11 7 | A  Hearing protection is protecting a user from | | | |
| 11 8 | excessive noise. | | | |
| **13:14 - 13:21** | **Hamer, Jeffrey 10-7-2015** | | | |
| 13 14 | Q  Do you have any patents to your name? | | | |
| 13 15 | A  Yes. | | | |
| 13 16 | Q  How many? | | | |
| 13 17 | A  I believe four currently issued and three or four | | | |
| 13 18 | that are still working their way through the | | | |

| | | | | |
|---|---|---|---|---|
| 13 19 | system. | | | |
| 13 20<br>protection? | Q  Do any of them have to do with hearing | | | |
| 13 21 | A  Yes. | | | |
| **13:22 - 14:2** | **Hamer, Jeffrey 10-7-2015** | | | |
| 13 22 | Q  How many of them? | | | |
| 13 23 | A  All of them. | | | |
| 13 24 | Q  Could you summarize very briefly for me, please, | | | |
| 13 25 | what your four issued patents are about? | | | |
| 14 1<br>how | A  Mainly about the design of earplug devices and | | | |
| 14 2 | they would -- how they function. | | | |
| **17:1 - 17:21** | **Hamer, Jeffrey 10-7-2015** | | | |
| 17 1 | Q  So what have your responsibilities been at Aearo | | | |
| 17 2 | and 3M since you rejoined the company in 2007? | | | |
| 17 3<br>with | A  Manage the development laboratory as a whole | | | |
| 17 4 | respect to new product development, new technology | | | |
| 17 5 | initiatives, and personnel associated with that. | | | |
| 17 6 | Q  What else? | | | |
| 17 7 | A  In general, that's -- | | | |
| 17 8 | Q  That's what you do? | | | |
| 17 9 | A  Yeah. | | | |
| 17 10 | Q  I didn't mean to suggest that wasn't a lot. | | | |
| 17 11 | And the development lab, that -- is that | | | |
| 17 12 | Mr. Berger's lab or a different lab or some | | | |
| 17 13 | combination? | | | |
| 17 14<br>my | A  The product development lab is under -- is under | | | |
| 17 15 | responsibility.  Mr. Berger manages the E-A-RCAL | | | |
| 17 16 | testing facility. | | | |
| 17 17 | Q  And they're different? | | | |
| 17 18 | A  They're within the same building, but they have | | | |
| 17 19 | different functions, yes. | | | |
| 17 20 | Q  And -- but he reports to you; correct? | | | |
| 17 21 | A  Yes, he does. | | | |
| **21:14 - 21:18** | **Hamer, Jeffrey 10-7-2015** | | | |
| 21 14<br>say, | Q  So you meet with -- and how often do you meet, | | | |

| | | | | |
|---|---|---|---|---|
| 21 15 | with Mr. Berger for your direct report meetings? | | | |
| 21 16 | A  Monthly generally -- | | | |
| 21 17 | Q  Okay. | | | |
| 21 18 | A  -- for that specific meeting. | | | |
| **22:5 - 22:9** | **Hamer, Jeffrey 10-7-2015** | | | |
| 22 5 | Q  Okay.  Have you ever developed a hearing | | | |
| protection | | | | |
| 22 6 | product? | | | |
| 22 7 | A  Yes. | | | |
| 22 8 | Q  Which ones? | | | |
| 22 9 | A  I've been involved in several. | | | |
| **31:14 - 31:22** | **Hamer, Jeffrey 10-7-2015** | | | |
| 31 14 | Q  What about -- what role do you perform with | | | |
| respect | | | | |
| 31 15 | to the E-A-RCAL Lab? | | | |
| 31 16 | A  I manage Elliott Berger directly, who manages | | | |
| that | | | | |
| 31 17 | laboratory. | | | |
| 31 18 | Q  And do you review the lab policy manuals that | | | |
| they | | | | |
| 31 19 | put out? | | | |
| 31 20 | A  I am familiar with it. | | | |
| 31 21 | Q  Don't you look at it when they do a new version? | | | |
| 31 22 | A  Yes. | | | |
| **38:16 - 38:20** | **Hamer, Jeffrey 10-7-2015** | | | |
| 38 16 | Q  Yeah, let's look at that, if you don't mind.  Now, | | | |
| 38 17 | the questions I'm going to be asking you are both | | | |
| 38 18 | in your role as an individual witness and also as a | | | |
| 38 19 | 30(b)(6) witness because I'm going to be asking | | | |
| 38 20 | about the development of Combat Arms. | | | |
| **38:21 - 39:1** | **Hamer, Jeffrey 10-7-2015** | | | |
| 38 21 | MR. BARZA:  Counsel, I'll have a look at your | | | |
| 38 22 | notice.  Topic 30 -- bear with me a second.  Topic | | | |
| 38 23 | 30 -- 41, forgive me, the structure and operation | | | |
| 38 24 | of all versions and models of the Combat Arms | | | |
| 38 25 | earplugs is a topic for which you've designated | | | |
| 39 1 | this witness; correct? | | | |
| **39:2 - 39:2** | **Hamer, Jeffrey 10-7-2015** | | | |
| 39 2 | MS. HUNTER:  That's correct. | | | |

| | | | |
|---|---|---|---|
| **40:16 - 40:17   Hamer, Jeffrey 10-7-2015** | | | |
| 40 16    Q  Sir, noise reduction ratings are important for<br>40 17    hearing protection devices; correct? | | | |
| **40:19 - 41:2   Hamer, Jeffrey 10-7-2015** | | | |
| 40 19    A  Yes.<br>40 20    Q  And consumers, people who buy hearing protection<br>40 21    devices, they do look at those ratings when they<br>40 22    evaluate these products as far as you know?<br>40 23    MS. HUNTER:  Object to form.<br>40 24    A  You'd have to ask them.<br>40 25    Q  Well, it's important -- 3M cares what NRRs they put<br>41 1    on their products; correct?<br>41 2    A  Yes. | | | |
| **41:4 - 41:19   Hamer, Jeffrey 10-7-2015** | | | |
| 41 4    And 3M believes that the NRR they put on their<br>41 5    hearing protection devices is important; correct?<br>41 6    A  Yes.<br>41 7    Q  You try to be as accurate as you can?<br>41 8    A  Yes.<br>41 9    Q  You try to communicate information truthfully?<br>41 10    A  Yes.<br>41 11    Q  I'm sure you do.<br>41 12    A  noise reduction rating is the measure of<br>41 13    attenu- -- it's a way of representing measurements<br>41 14    done on a hearing protection device to see how much<br>41 15    it attenuates or reduces the noise that would<br>41 16    otherwise reach the wearer or user of the product;<br>41 17    correct?<br>41 18    A  It's a single-number rating meant to indicate<br>41 19    potential hearing damage. | | | |
| **41:20 - 42:6   Hamer, Jeffrey 10-7-2015** | | | |
| 41 20    Q  Okay.  And when you say it's a single-number<br>41 21    rating, the point is sound is made up of different<br>41 22    components with different frequencies and different<br>41 23    amplitudes.  And you could measure them all<br>41 24    separately, but this rating pulls them all together<br>41 25    under a certain standard; correct? | | | |

| | | | |
|---|---|---|---|
| 42 1   A  Correct. | | | |
| 42 2   Q  And that standard is an ANSI standard, right, | | | |
| 42 3   A-N-S-I? | | | |
| 42 4   A  Correct. | | | |
| 42 5   Q  And it's often referred to as the 1974 standard? | | | |
| 42 6   A  Correct. | | | |

**42:7 - 42:12   Hamer, Jeffrey 10-7-2015**

| | | | |
|---|---|---|---|
| 42 7    Q  And what role do you have in making sure that the | | | |
| 42 8    3M hearing protection device products that are sold | | | |
| 42 9    have an accurate NRR on them? | | | |
| 42 10   A  Data produced by the E-A-RCAL Laboratory is | | | |
| 42 11   reviewed by Elliott Berger and myself before it is | | | |
| 42 12   submitted at -- or approved for publication. | | | |

**48:14 - 49:17   Hamer, Jeffrey 10-7-2015**

| | | | |
|---|---|---|---|
| 48 14   In any event, the way the noise reduction | | | |
| 48 15   rating is determined based on, I believe, some | | | |
| 48 16   EPA -- first of all, the EPA passes regulations | | | |
| 48 17   that control the noise reduction rating protocol, | | | |
| 48 18   right, or the -- how you state it? | | | |
| 48 19   A  The -- yes.  The EPA is the regulatory body for | | | |
| 48 20   hearing protection. | | | |
| 48 21   Q  And they pass rules about how manufacturers of | | | |
| 48 22   hearing protection devices should list the NRR for | | | |
| 48 23   those products; correct? | | | |
| 48 24   A  Yes. | | | |
| 48 25   Q  And they require that all hearing protection | | | |
| 49 1    devices carry an NRR? | | | |
| 49 2    A  They do. | | | |
| 49 3    Q  They require that it be measured using the ANSI | | | |
| 49 4    1974 standard, if you would; correct? | | | |
| 49 5    A  Yes. | | | |
| 49 6    Q  And then they determine -- they instruct that | | | |
| 49 7    the -- after the measurements are done under the | | | |
| 49 8    ANSI standards, certain adjustments are to be made | | | |
| 49 9    to arrive at the NRR calculation; correct? | | | |
| 49 10   A  Yes. | | | |
| 49 11   Q  And they do that by, among other things, reducing | | | |
| 49 12   the mean or the average attenuation that's measured | | | |

| | | | |
|---|---|---|---|
| 49 13<br>49 14<br>49 15<br>49 16<br>49 17 | with various people two standard deviations down in<br>order to make sure that 98 percent of the<br>population gets at least that level of protection<br>from the device or more; correct?<br>A  That's the intent. | | | |

| 49:18 - 50:2 | **Hamer, Jeffrey 10-7-2015** | Re: [49:18-50:2]<br>Plt Objection - improper<br>counter designation | Re: [49:18-50:2]<br>Plt Objection - improper clarification testimony, outside the scope of PTO 64<br>**OVERRULED as to 49:18-49:23**<br>**SUSTAINED as to 49:24-50:2** | Re: [49:18-50:2]<br>FRE 402/403; 701/702; conjecture; foundation. | **OVERRULED** |
|---|---|---|---|---|---|
| 49 18<br>49 19<br>49 20<br>49 21<br>49 22<br>49 23<br>49 24<br>49 25<br>50 1<br>derating<br>50 2 | Q  What -- why -- you say that's the intent.  Is there<br>a qualification, like it doesn't always work, or<br>you're just saying that's the intent?<br>A  The -- that -- the NRR is an ideal reduction.<br>Q  Okay.  I understand.  It's not always attained?<br>A  Correct.<br>Q  And in fact, I think there's a disclaimer on some<br>products that says cut it in half?<br>A  There's some OSHA guidance that deals with<br><br>the NRR to obtain real world attenuation. | | | | |

| 76:17 - 76:22 | **Hamer, Jeffrey 10-7-2015** | | | | |
|---|---|---|---|---|---|
| 76 17<br>REAT<br>76 18<br>76 19<br>76 20<br>example,<br>76 21<br>76 22<br>NRR. | Q  A REAT, R-E-A-T, means a real -- what does<br><br>stand for?<br>A  Real-ear attenuation at threshold.<br>Q  And that's measurements that are done, for<br><br>by Mr. Berger in his sound lab; correct?<br>A  They are the subjective test method used for | | | | |

| 77:7 - 77:13 | **Hamer, Jeffrey 10-7-2015** | | | Re: [77:7-77:13]<br>Improper counter designation. | **OVERRULED** |
|---|---|---|---|---|---|
| 77 7<br>and<br>77 8<br>77 9<br>77 10<br>77 11<br>77 12<br>77 13 | Q  The REAT test is when you put people in a room<br><br>you present them with sound stimuli and ask them<br>when they can hear them.  And depending on<br>differences in those levels, you can figure out how<br>much attenuation they're getting from a hearing<br>protection device; correct?<br>A  Correct. | | | | |

| | | | | |
|---|---|---|---|---|
| **82:20 - 83:4** | **Hamer, Jeffrey 10-7-2015** | | | |
| 82 20 | Q Okay. And they're also asterisked actually. They | | | |
| 82 21 | have asterisks beside them as you can see. So in | | | |
| 82 22 | January of 2000, Aearo did a labeling test on the | | | |
| 82 23 | Combat Arms Version 2 of the open; correct? | | | |
| 82 24 | A Yes. | | | |
| 82 25 | Q And the measurement it got as an NRR is minus | | | |
| 2, | | | | |
| 83 1 | which it is rounded out to zero; is that correct? | | | |
| 83 2 | A I don't know that I would call that rounded. | | | |
| 83 3 | Q Okay. | | | |
| 83 4 | A It's rated as zero. | | | |
| **85:22 - 86:2** | **Hamer, Jeffrey 10-7-2015** | | | **Re: [85:22-86:2]** | **SUSTAINED** |
| 85 22 | Q Sir, you've seen this document before, | | | Improper counter designation; |
| 85 23 | Exhibit 5205? | | | foundation. |
| 85 24 | A Not this entire document, no. | | | |
| 85 25 | Q You've seen the top five pages, the test result? | | | |
| 86 1 | A Probably. I'm not -- I don't recollect it | | | |
| 86 2 | specifically. | | | |
| **87:5 - 87:21** | **Hamer, Jeffrey 10-7-2015** | **Re: [87:5-87:21]** | **Re: [87:5-87:24]** | |
| 87 5 | Q But don't you also use your own judgment and | Def Objection - Relevance | Def Objection - | |
| 87 6 | sometimes decide there's something wrong with the | (401, 402); Prejudice (403); | Relevance | |
| 87 7 | test and we should redo the test? | foundation (602) | (401, 402); | |
| 87 8 | A No. | | Prejudice | |
| 87 9 | Q You never do that? | | (403); | |
| 87 10 | A Not for a label test. | | foundation | |
| 87 11 | Q Huh. What does that mean? What do you mean? | | (602) | |
| You | | | **OVERRULED** | |
| 87 12 | never stop a label test? | | | |
| 87 13 | A We do not. | | | |
| 87 14 | Q Is it against the policy of 3M to stop a label test | | | |
| 87 15 | because -- | | | |
| 87 16 | A Not -- so we have stopped a label test in the | | | |
| 87 17 | past -- | | | |
| 87 18 | Q Uh-huh. | | | |
| 87 19 | A -- I think. I believe we have. And then modified | | | |
| 87 20 | the product. We never -- never started a new test | | | |
| 87 21 | on the same product. | | | |

| 88:6 - 89:9 | Hamer, Jeffrey 10-7-2015 | Re: [88:23-89:9] | Re: [88:23-89:9] | | |
|---|---|---|---|---|---|
| 88 6 | If the experimenters or Mr. Kieper or someone | Def Objection - Relevance (401, 402);  Prejudice (403);  foundation (602) | Def Objection - Relevance (401, 402); Prejudice (403); foundation (602) **OVERRULED** | | |
| 88 7 | is running a labeling test and they start seeing, | | | | |
| 88 8 | say, highly variable results, do they ever stop the | | | | |
| 88 9 | test and redo it? | | | | |
| 88 10 | A  No, they do not -- not redo the same product | | | | |
| 88 11 | with -- that -- we would modify the product | | | | |
| 88 12 | before -- | | | | |
| 88 13 | Q  So -- I'm sorry.  I didn't mean to stop you.  You | | | | |
| 88 14 | would modify the product -- were you done? | | | | |
| 88 15 | A  Yes. | | | | |
| 88 16 | Q  And -- I'm sorry.  I didn't mean to cut you off.  I | | | | |
| 88 17 | apologize. | | | | |
| 88 18 | And what I think you're also saying is the | | | | |
| 88 19 | only time we would redo a labeling test is if we | | | | |
| 88 20 | made a change to a product or some aspect of it; is | | | | |
| 88 21 | that correct? | | | | |
| 88 22 | A  Yes. | | | | |
| 88 23 | Q  Okay.  And is it your practice if you either change | | | | |
| 88 24 | a product or change the way it's being, for | | | | |
| 88 25 | example, fitted, then you would do a retest? | | | | |
| 89 1 | A  Fitted? | | | | |
| 89 2 | Q  Yeah. | | | | |
| 89 3 | A  Explain fitted to me. | | | | |
| 89 4 | Q  How -- how the person's being instructed to put it | | | | |
| 89 5 | in or -- | | | | |
| 89 6 | A  No. | | | | |
| 89 7 | Q  No what? | | | | |
| 89 8 | A  We would not redo a label test due to new fitting | | | | |
| 89 9 | instructions. | | | | |
| 105:18 - 105:23 | Hamer, Jeffrey 10-7-2015 | | | | |
| 105 18 | Q  If you were going to proceed with the product in | | | | |
| 105 19 | its current configuration, even though you might | | | | |
| 105 20 | later approve it, you would complete the test, the | | | | |
| 105 21 | labeling test? | | | | |
| 105 22 | A  If we intended to introduce the product into | | | | |
| 105 23 | market, we would complete the test. | | | | |

| | | | |
|---|---|---|---|
| **139:11 - 139:14   Hamer, Jeffrey 10-7-2015**<br>139 11      Q  Do you know that about a time in the past in<br>about<br>139 12      1990 when 3M was fined by the EPA on an NRR<br>rating?<br>139 13      A  I am aware of that.<br>139 14      Q  What do you know about that? | | **Re: [139:10-139:14]**<br>401/402/403, MIL 8, Baker MIL<br>1 | **OVERRULED** |
| **139:18 - 139:21   Hamer, Jeffrey 10-7-2015**<br>139 18      A  I know that we had a situation where we had<br>classic<br>139 19      earplug -- we had multiple full label tests of the<br>139 20      classic earplug, and we were labeling the product<br>139 21      with one of the higher values -- | | **Re: [139:18-139:21]**<br>401/402/403, MIL 8, Baker MIL<br>1 | **OVERRULED** |
| **147:3 - 147:6   Hamer, Jeffrey 10-7-2015**<br>147 3      Q  And in fact, on the package, the Peltor package, it<br>147 4      does list the closed NRR or the green end NRR as<br>147 5      22; correct?<br>147 6      A  Yes. | | **Re: [147:3-147:6]**<br>401-403, MIL 21, Baker MIL 1 | **OVERRULED** |
| **148:9 - 148:23   Hamer, Jeffrey 10-7-2015**<br>148 9      Q  Okay.  Now, the test number that they say you<br>148 10      provided the NRR, the test label -- I may have lost<br>148 11      it.  Let's now go to page 89360, the listing of the<br>148 12      various tests, the various versions.  And you'll<br>148 13      see that the labeling test that's listed on the<br>148 14      chart for Combat Arms in the closed is test number<br>148 15      213017 dated January 2000; correct?<br>148 16      A  Closed Version 2?<br>148 17      Q  Yes.  In other words, the test ID is 213017.  It's<br>148 18      designated a labeling test; correct?<br>148 19      A  Yes.<br>148 20      Q  And it's dated here as January 2000?<br>148 21      A  Yes.<br>148 22      Q  And it produced a closed NRR of 22; correct?<br>148 23      A  Yes. | | | |
| **149:10 - 149:24   Hamer, Jeffrey 10-7-2015**<br>149 10      Q  I'll ask it again.  Are you aware of any defects in<br>149 11      the design of Combat Arms Version 2?<br>149 12      A  I -- not that I recollect.<br>149 13      Q  Okay.  Let's mark as the next in order a | | **Re: [149:10-149:24]**<br>701, 702, 403 | **OVERRULED** |

document
|  |  |  |  |  |
|---|---|---|---|---|
| 149 14 | bearing Bates numbers 3M00116386. |  |  |  |
| 149 15 | Sir, this document is -- oh.  Forgive me.  I |  |  |  |
| 149 16 | was trying to talk while the reporter was going to |  |  |  |
| 149 17 | mark the exhibit. |  |  |  |
| 149 18 | (Exhibit 5211 was marked for identification.) |  |  |  |
| 149 19 | Q  Sir, this Exhibit 30- -- 5211, do you recognize it? |  |  |  |
| 149 20 | A  No. |  |  |  |
| 149 21 | Q  It's entitled, How Folding the Flanges Back |  |  |  |
| Affects |  |  |  |  |
| 149 22 | REAT Results of the Ultrafit Earplug of the Combat |  |  |  |
| 149 23 | Arms Earplug.  Have you ever seen this before? |  |  |  |
| 149 24 | A  Not that I recollect. |  |  |  |

| 150:12 - 150:14   Hamer, Jeffrey 10-7-2015 |  |  | Re: [150:12-150:14] | OVERRULED |
|---|---|---|---|---|
| 150 12 | Q  And it says, Berger and Kieper, 2000, how folding |  | 401/402/403 (this is an attorney testifying) |  |
| 150 13 | the flanges back affects REAT results of the |  |  |  |
| 150 14 | Ultrafit earplug end of the Combat Arms plug. |  |  |  |

| 151:5 - 151:10   Hamer, Jeffrey 10-7-2015 |  |  | Re: [151:6-151:10] | OVERRULED |
|---|---|---|---|---|
| 151 5 | Q  And then it goes on, quote, The purpose of this |  | 401/402 (this is a question only w/ no answer) |  |
| 151 6 | report is to document that the current length of |  |  |  |
| 151 7 | the Ultrafit earplug end of the Combat Arms is too |  |  |  |
| 151 8 | short for proper insertion and how changing the |  |  |  |
| 151 9 | fitting technique affected the results of the real |  |  |  |
| 151 10 | ear test of this plug. |  |  |  |

| 152:1 - 154:17   Hamer, Jeffrey 10-7-2015 |  |  | Re: [152:1-155:15] | OVERRULED |
|---|---|---|---|---|
| 152 1 | Do you agree that the length -- do you agree |  | 701, 702, 403 |  |
| 152 2 | that the length of the Ultrafit earplug end of the |  | Re: [154:13-154:19] |  |
| 152 3 | Combat Arms in Version 2 is too short for proper |  | 602 |  |
| 152 4 | insertion? |  |  |  |
| 152 5 | A  I have not read this document so I have no |  |  |  |
| opinion. |  |  |  |  |
| 152 6 | Q  Well, let's look at the document some more and |  |  |  |
| then |  |  |  |  |
| 152 7 | we'll see what you know and what you remember |  |  |  |
| and |  |  |  |  |
| 152 8 | what you maybe didn't know.  I don't know.  Device |  |  |  |
| 152 9 | tested -- the document continues, Device tested. |  |  |  |
| 152 10 | The Combat Arms plug consists of two Ultrafit-type |  |  |  |

152 11     earplug tips joined together with a hard plastic
152 12     stem.  The two plugs were tested independently
152 13     because they afford different levels of noise
152 14     reduction.  The level dependent plug is yellow and
152 15     has a channel through the plug in which a filter
152 16     has been placed.  The solid plug end is green, and
152 17     it was this plug which was evaluated in two
152 18     separate REAT tests, 213015 and 213017.  This
plug
152 19     is the linear earplug end of the Combat Arms plug.
152 20     Do you see that?
152 21     A  Yes.
152 22     Q  And I'll continue.  Both -- under test procedure,
152 23     it says, Both tests followed the 19- -- the
152 24     S3.19-1974 experimenter fit protocol.  So the plugs
152 25     were tested three times each on subjects from the
153 1      E-A-RCAL Laboratory test panel.  After each fitting
153 2      by experimenter, prior to the experimenter leaving
153 3      the test chamber, a fitting noise was presented and
153 4      the subject was allowed to adjust the plugs for
153 5      maximum noise reduction if she/he deemed it
153 6      necessary.  That's consistent with your
153 7      understanding of the procedure at the lab; right?
153 8      A  Correct.
153 9      Q  And it goes on.  And it talks now about test
21305.
153 10     And it states, quote, For test 213015, the plugs
153 11     were fit according to the standard plugs fitting
153 12     instructions with no modifications.  Because the
153 13     stem of the green solid end of the plug is so
153 14     short, it was difficult for the experimenter to
153 15     insert the plug deeply into some subjects' ear
153 16     canal, especially those subjects with medium and
153 17     larger ear canals.  Additionally, the geometry of
153 18     the ear canal opening sometimes prevented the deep
153 19     plug insertion required for maximum attenuation
153 20     values.  Do you see that?
153 21     A  Yes.
153 22     Q  And then it continues, quote, When the solid

| | | | | |
|---|---|---|---|---|
| plug | | | | |
| 153 23   was fitted during the first test, paren, -015 | | | | |
| 153 24   closed paren, the basal edge of the third flange of | | | | |
| 153 25   the yellow level dependent ear plug sometimes pressed | | | | |
| 154 1   against the subject's ear canal opening and folded | | | | |
| 154 2   up.  When the inward pressure of the plug was | | | | |
| 154 3   released, the yellow plug's flanges tended to | | | | |
| 154 4   return to their original shape, and this sometimes | | | | |
| 154 5   loosened the plug, often impermissibly to | | | | |
| 154 6   imperceptibly to the subject.  Do you see that? | | | | |
| 154 7   A  Yes. | | | | |
| 154 8   Q  Do you understand what's being described there? | | | | |
| 154 9   A  I think so. | | | | |
| 154 10   Q  What they're saying is when you stick the yellow | | | | |
| 154 11   end of that plug in your ear, in some cases -- I'm | | | | |
| 154 12   sorry. | | | | |
| 154 13   What they're saying is when you stick the | | | | |
| 154 14   green end of the plug into your ear, in some cases | | | | |
| 154 15   the flange from the yellow end interacts with the | | | | |
| 154 16   ear canal and ends up pulling the plug out; | | | | |
| 154 17   correct? | | | | |
| **154:19 - 155:15   Hamer, Jeffrey 10-7-2015** | | | **Re: [152:1-155:15]** | **OVERRULED** |
| 154 19   A  Yes. | | | 701, 702, 403 | |
| 154 20   Q  So would you hold up the plug for the camera? | | | **Re: [154:13-154:19]** | |
| I'm | | | 602 | |
| 154 21   going to ask you to just do something.  And maybe | | | | |
| 154 22   the photographer can zoom in. | | | | |
| 154 23   MR. BARZA:  Andy, can you do that? | | | | |
| 154 24   Q  I'd just like -- now, so you would insert the green | | | | |
| 154 25   end in your ear.  You understand that's what's | | | | |
| 155 1   being described; right? | | | | |
| 155 2   A  Uh-huh. | | | | |
| 155 3   Q  And then the yellow end, that base, it's getting | | | | |
| 155 4   pushed back.  If you could, just use your fingers | | | | |
| 155 5   to show that by somebody's ear canal, the yellow | | | | |
| 155 6   being pulled back.  No.  Don't do it all the way. | | | | |
| 155 7   And then what happens is when the person | | | | |
| 155 8   releases it, that yellow end was going back to its | | | | |
| 155 9   original position and pulling the plug out at least | | | | |

| | | | |
|---|---|---|---|
| 155 10   in some cases; right?<br>155 11   A  I believe that's what this says, yes.<br>155 12   Q  Okay.  Were you aware of this issue?<br>155 13   A  No.<br>155 14   Q  You never knew about this?<br>155 15   A  I did not. | | | |
| **155:16 - 155:20   Hamer, Jeffrey 10-7-2015**<br>155 16   Q  Okay.<br>155 17   A  I was not involved in the design of this product.<br>155 18   Q  Okay.  Would Mr. Myers have been in charge at the<br>155 19   time?<br>155 20   A  I do not know.  I wasn't with the company. | | **Re: [155:16-155:20]**<br>Improper counter designation;<br>FRE 402/403; speculation;<br>foundation. | **SUSTAINED** |
| **162:18 - 162:23   Hamer, Jeffrey 10-7-2015**<br>162 18   Q  Well, and also the memorandum that accompanies it<br>162 19   that was written by Kieper and Berger says, For<br>162 20   test 203017, the yellow flanges, the<br>162 21   level-dependent end of the plug, were folded back<br>162 22   prior to the green solid plug being inserted in the<br>162 23   subject's ears.  Do you see that? | **Re: [162:18-162:23]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>foundation (602) | **Re: [162:3-163:3]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>foundation<br>(602)<br>**OVERRULED** | |
| **164:5 - 164:12   Hamer, Jeffrey 10-7-2015**<br>164 5   Q  So really, the labeling test that 3M's using for<br>164 6   Combat Arms Version 2 for the green end is not the<br>164 7   appropriate test; isn't that true?<br>164 8   A  It appears so.<br>164 9   Q  Do you know why there is no mention on Exhibit 5201<br>164 10   of -- on page Bates number 89360, the test<br>164 11   summaries, of test 213015?<br>164 12   A  I do not. | **Re: [164:5-164:8]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>foundation (602) | **Re: [163:19-164:8]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>foundation<br>(602)<br>**OVERRULED** | |
| **164:20 - 165:5   Hamer, Jeffrey 10-7-2015**<br>164 20   Q  I'll ask it differently.  If I was to insert the<br>164 21   yellow end instead of the green end, wouldn't I<br>164 22   still have the same possibility that the flange on<br>164 23   the green end might interfere with the ear canal<br>164 24   and pull the plug out a little bit? | | **Re: [164:20-165:5]**<br>701, 702, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 164 25    A  It's possible.<br>165 1    Q  And wouldn't that reduce the NRRs you're going to<br>165 2    get when you test the open-ended version of Combat<br>165 3    Arms 2 if the plug was pulled out imperceptibly<br>165 4    like that?<br>165 5    A  Potentially. | | | | |
| **165:6 - 165:11    Hamer, Jeffrey 10-7-2015**<br>165 6    Q  And do you know why 3M redid the test on the closed<br>165 7    end to fold back the flange and get a higher NRR,<br>165 8    but it did not roll back the flange when it tested<br>165 9    the same plug in the open mode?<br>165 10    A  I do not know that they didn't.  And I wasn't there<br>165 11    at the time. | **Re: [165:6-165:11]**<br>Plt Objection - improper counter designation | **Re: [165:6-165:11]**<br>Plt Objection - improper clarification testimony, outside the scope of PTO 64<br>**SUSTAINED** | **Re: [165:6-165:11]**<br>FRE 402/403; 602/701/702; foundation; speculation. | **OVERRULED** |
| **165:20 - 166:12    Hamer, Jeffrey 10-7-2015**<br>165 20    Q  Okay.  Would it be fair to say that if they did not<br>165 21    test the open mode with the flange rolled back, but<br>165 22    they did test the closed end with the flange rolled<br>165 23    back, that that would be improper because the two<br>165 24    tests were using the product in two different ways?<br>165 25    A  My opinion is that testing the product with the<br>166 1    flange rolled back is improper.<br>166 2    Q  Now, I realize you -- is this the first time you<br>166 3    knew about this whole flange thing?<br>166 4    A  Yes.<br>166 5    Q  Did 3M ever to your knowledge change the design of<br>166 6    Combat Arms Version 2 because of this issue?<br>166 7    A  I don't have any knowledge of that.<br>166 8    Q  I understand.  Do you -- would you agree with me<br>166 9    that this is a potential defect in the design of<br>166 10    the plug because a soldier may be using it, not<br>166 11    being aware of this flange issue, and the plug<br>166 12    comes out when they're using it in the green? | **Re: [165:20-166:1]**<br>Def Objection - Relevance (401, 402); Prejudice (403); foundation (602) | **Re: [165:20-166:1]**<br>Def Objection - Relevance (401, 402); Prejudice (403); foundation (602)<br>**OVERRULED** | **Re: [166:2-166:25]**<br>602, 701, 702, 403 | **OVERRULED** |
| **166:14 - 166:18    Hamer, Jeffrey 10-7-2015**<br>166 14    A  I'm sorry.  Once more. | | | **Re: [166:2-166:25]**<br>602, 701, 702, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 166 15   Q  Do you realize that this design of the Combat<br>166 16   Arms 2 to have two separate plugs is defective<br>166 17   because the second end of the plug can pull the<br>166 18   plug out when the first end is inserted? | | | | |
| **166:20 - 166:23   Hamer, Jeffrey 10-7-2015**<br>166 20   A  I'm not sure how to -- how I would characterize it<br>166 21   as defective or not without doing more research.<br>166 22   Q  Do you agree it appears to raise an issue about a<br>166 23   problem in the design of the plug? | | | **Re: [166:2-166:25]**<br>602, 701, 702, 403 | **OVERRULED** |
| **166:25 - 166:25   Hamer, Jeffrey 10-7-2015**<br>166 25   A  It's certainly worth investigating further. | | | **Re: [166:2-166:25]**<br>602, 701, 702, 403 | **OVERRULED** |
| **167:3 - 167:17   Hamer, Jeffrey 10-7-2015**<br>167 3   The Combat Arms 2 has been widely used in the<br>167 4   theater of war in Iraq and Afghanistan; true?<br>167 5   A  I do not know.<br>167 6   Q  Do you know anything about its -- is it being sold<br>167 7   to the military today?<br>167 8   A  I don't think directly.<br>167 9   Q  Is it being sold through New Dynamics to the<br>167 10   military today?<br>167 11   A  I don't know who our distributors are.<br>167 12   Q  You're not aware of that plug being discontinued;<br>167 13   correct?<br>167 14   A  No.  I think it's in -- it's being manufactured.<br>167 15   Q  Yeah.  Don't you think that if, in fact, this<br>167 16   problem occurred as reflected in Exhibit 2511, that<br>167 17   somebody should tell the Army about it? | | | **Re: [167:6-167:14]**<br>**MIL 16**<br>**Re: [167:15-168:3]**<br>602, 701, 702 | **OVERRULED** |
| **167:19 - 168:3   Hamer, Jeffrey 10-7-2015**<br>167 19   A  One more time.<br>167 20   Q  Don't you think that if 3M knew that its Combat<br>167 21   Arms Version 2 had a structure such that the end of<br>167 22   the Combat Arms Version 2 plug that was not being<br>167 23   inserted in the ear caused the inserted end to come<br>167 24   out, that they ought to mention that to the Army?<br>167 25   A  I don't know that that's the current design of the<br>168 1   product so it's difficult.  I don't -- I don't -- I<br>168 2   don't have the information that I need to make that<br>168 3   decision. | | | **Re: [167:15-168:3]**<br>602, 701, 702 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **168:8 - 168:11   Hamer, Jeffrey 10-7-2015** | | | **Re: [168:8-168:19]**<br>701, 702, 403 | **OVERRULED** |
| 168 8 | Q  I'll ask you a different question.  If you were | | | |
| 168 9 | aware of this in 2000 and you were in charge of the | | | |
| 168 10 | development of the product at the time, what would | | | |
| 168 11 | you have done? | | | |
| **168:13 - 169:3   Hamer, Jeffrey 10-7-2015** | | | **Re: [168:8-168:19]**<br>701, 702, 403<br>**Re: [168:20-169:5]**<br>MIL 10, Baker MIL 1, 403 | **OVERRULED** |
| 168 13 | A  Done further investigation. | | | |
| 168 14 | Q  Testing? | | | |
| 168 15 | A  Yes. | | | |
| 168 16 | Q  Would you -- | | | |
| 168 17 | A  Testing and product design considerations. | | | |
| 168 18 | Q  You might have redesigned the product? | | | |
| 168 19 | A  May have. | | | |
| 168 20 | Q  Okay.  My understanding is that hundreds of | | | |
| 168 21 | thousands of troops have worn the Combat Arms | | | |
| 168 22 | Version 2.  I'm not asking you to agree or | | | |
| 168 23 | disagree.  I'm giving you my -- do you realize that | | | |
| 168 24 | if that's the case and if the flange roll back -- | | | |
| 168 25 | if the flange of the non-inserted end can pull the | | | |
| 169 1 | plug out, that the soldiers could have been exposed | | | |
| 169 2 | to more noise and the -- using the green end of the | | | |
| 169 3 | plug than they thought they were getting? | | | |
| **169:5 - 169:5   Hamer, Jeffrey 10-7-2015** | | | **Re: [168:20-169:5]**<br>MIL 10, Baker MIL 1, 403 | **OVERRULED** |
| 169 5 | A  Potentially. | | | |
| **169:15 - 169:25   Hamer, Jeffrey 10-7-2015** | | | **Re: [169:15-169:25]**<br>701, 702, 403 | **OVERRULED** |
| 169 15<br>sometimes | Q  And if you had a design that caused it to | | | |
| 169 16 | not fit, that could also cause hearing damage; | | | |
| 169 17 | right? | | | |
| 169 18 | A  Potentially. | | | |
| 169 19<br>to | Q  Yeah.  Do you agree with me that -- well, I want | | | |
| 169 20 | ask you, assuming this roll-back of the flange | | | |
| 169 21 | issue that we've looked at, that the flange or the | | | |
| 169 22 | uninserted end can possibly cause the plug to come | | | |
| 169 23 | loose.  That would also affect the testing of the | | | |
| 169 24 | yellow end, right, the open end, or it could? | | | |
| 169 25 | A  Potentially. | | | |

| | | | | |
|---|---|---|---|---|
| **172:1 - 172:6   Hamer, Jeffrey 10-7-2015** | | | **Re: [172:1-172:20]** 602, 403 | **OVERRULED** |
| 172 1      Q  So if 3M did a test on the Combat Arms Version 2 172 2      closed end intending it to be a labeling test on 172 3      January 25, 2000, this test number 213015, and if 172 4      it produced an NRR of 10.9, under the policies 172 5      you've been stating here, shouldn't 3M have put 172 6      that number on its packaging? | | | | |
| **172:10 - 172:20   Hamer, Jeffrey 10-7-2015** | | | **Re: [172:1-172:20]** 602, 403 **Re: [172:19-172:20]** that is an attorney's question only w/o answer.  401-403 | **SUSTAINED with respect to 172:19-20. Otherwise OVERRULED.** |
| 172 10      A  This is -- test number 213015 does not appear to be 172 11      a complete label test. 172 12      Q  Well, why not? 172 13      A  It's only got eight subjects. 172 14      Q  Well, isn't that because they stopped it when they 172 15      saw the results? 172 16      A  I can't answer that.  I -- 172 17      Q  And -- 172 18      A  -- wasn't there. 172 19      Q  And doesn't that show that actually when 3M gets 172 20      bad results on a test, they stop it? | | | | |
| **173:8 - 173:16   Hamer, Jeffrey 10-7-2015** | **Re: [173:8-173:14]** Def Objection - Relevance (401, 402);  Prejudice (403); foundation (602) | Re: [173:8-173:14] Def Objection - Relevance (401, 402); Prejudice (403); foundation (602) **OVERRULED** | | |
| 173 8      Q  There are only eight subjects in test number 213015 173 9      because they stopped the test; isn't that true? 173 10      A  Apparently.  I wasn't there. 173 11      Q  And isn't it your testimony that you're not 173 12      supposed to stop a labeling test in the middle just 173 13      because you're getting low numbers or variability? 173 14      A  Yes. 173 15      Q  Was it improper of them to stop the test in your 173 16      opinion? | | | | |
| **173:18 - 173:20   Hamer, Jeffrey 10-7-2015** | | | | |
| 173 18      A  I don't know why they did it, so -- there's reasons 173 19      that they -- it could have been during design and 173 20      they decided to change something in the product. | | | | |
| **173:21 - 174:3   Hamer, Jeffrey 10-7-2015** | | | **Re: [173:25-174:3]** Improper counter designation; | **OVERRULED** |
| 173 21      Q  Well, it was during the same day that they were | | | | |

| | | | | |
|---|---|---|---|---|
| 173 22 testing the other end of the plug for labeling;<br>173 23 right?<br>173 24 A Yes.<br>173 25 Q Okay.<br>174 1 A Doesn't mean that they didn't change the design.<br>174 2 Q Are you aware of any change in the design?<br>174 3 A I wasn't there. | | | FRE 402/403; 701/702;<br>nonresponsive answer;<br>foundation; conjecture. | |
| **174:2 - 174:13   Hamer, Jeffrey 10-7-2015**<br>174 2 Q Are you aware of any change in the design?<br>174 3 A I wasn't there.<br>174 4 Q I didn't ask you that.  Are you aware of any change<br>174 5 in the design?<br>174 6 A No.<br>174 7 Q Okay.  And again, if test number 213015 was a<br>174 8 labeling test, then shouldn't they have completed<br>174 9 the test and listed the NRR on the packaging?<br>174 10 A I do not know.<br>174 11 Q Wouldn't it be a big problem for 3M if it had to<br>174 12 list the NRR on the closed end of its Combat Arms<br>174 13 Version 2 as being 11 rather than 22? | Re: [174:7-174:13]<br>Def Objection - Relevance<br>(401, 402); Prejudice (403) | Re: [174:7-<br>174:13]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>foundation<br>(602)<br>**OVERRULED** | | |
| **174:15 - 175:1   Hamer, Jeffrey 10-7-2015**<br>174 15 A I would think that would be insufficient.<br>174 16 Q Based on what I've shown you today, are you going<br>174 17 to go back and do anything about Combat Arms<br>174 18 Version 2?<br>174 19 A I'm sure I will consult with legal counsel and<br>174 20 we'll talk about that, yes.<br>174 21 Q Are you going to tell the Army about this?<br>174 22 A Same answer.<br>174 23 Q Do you think you should tell the Army about it?<br>174 24 A Same answer.<br>174 25 Q What's the answer?<br>175 1 A I will consult with legal counsel and discuss. | | | Re: [174:16-175:1]<br>401-403, 407, Baker MIL 1 | **OVERRULED** |
| **175:2 - 175:8   Hamer, Jeffrey 10-7-2015**<br>175 2 Q Yeah, but I'm asking you sitting here now as the<br>175 3 manager of the lab, do you think you ought to tell<br>175 4 the Army about this information on this product | | | Re: [175:2-175:8]<br>Improper counter designation;<br>FRE 402/403; 701/702; 802;<br>foundation; conjecture. | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 175 5   it's been using? | | | | |
| 175 6   A  Not -- not without understanding specifically what | | | | |
| 175 7   all the circumstances were and which data is which | | | | |
| 175 8   and understanding what all the circumstances were. | | | | |
| **175:9 - 175:12   Hamer, Jeffrey 10-7-2015** | | | | |
| 175 9   Q  You know that they were testing the plug and that | | | | |
| 175 10   because of its structure and design, in some cases | | | | |
| 175 11   the fit was being pulled out by the other end of | | | | |
| 175 12   the plug from the end being inserted; right? | | | | |
| **175:15 - 175:18   Hamer, Jeffrey 10-7-2015** | | | **Re: [175:16-176:7]** | **OVERRULED** |
| 175 15   A  In this design, yes. | | | 401-403, 602, 407, Baker MIL 1 | |
| 175 16   Q  And don't you think that you should stop selling it | | | | |
| 175 17   until you figure out whether or not this is a | | | | |
| 175 18   problem? | | | | |
| **175:16 - 175:18   Hamer, Jeffrey 10-7-2015** | | | | |
| 175 16   Q  And don't you think that you should stop selling it | | | | |
| 175 17   until you figure out whether or not this is a | | | | |
| 175 18   problem? | | | | |
| **175:20 - 175:21   Hamer, Jeffrey 10-7-2015** | | | | |
| 175 20   A  I do not know that this is the design that we have | | | | |
| 175 21   on the market. | | | | |
| **175:20 - 176:5   Hamer, Jeffrey 10-7-2015** | **Re: [175:24-176:7]** | **Re: [175:24-176:7]** | **Re: [175:16-176:7]** | **OVERRULED** |
| 175 20   A  I do not know that this is the design that we have | Def Objection - Relevance (401, 402);  Prejudice (403); foundation (602) | Def Objection - Relevance (401, 402); Prejudice (403); foundation (602) | 401-403, 602, 407, Baker MIL 1 | |
| 175 21   on the market. | | | | |
| 175 22   Q  I'll rep- -- I'm unaware of any changes.  I can | | | | |
| 175 23   tell you that much.  Assuming there have -- don't | | | | |
| 175 24   you think in 2000 when 3M found this problem with | | **OVERRULED** | | |
| 175 25   this plug pulling out, they should have stopped and | | | | |
| 176 1   figured out what it was and stopped selling it | | | | |
| 176 2   until they solved it? | | | | |
| 176 3   A  I don't know that they didn't. | | | | |
| 176 4   Q  If they didn't, don't you think that would have | | | | |
| 176 5   been wrong? | | | | |
| **176:7 - 176:7   Hamer, Jeffrey 10-7-2015** | **Re: [175:24-176:7]** | **Re: [175:24-176:7]** | **Re: [175:16-176:7]** | **OVERRULED** |
| 176 7   A  If they did not, yes. | Def Objection - Relevance | | 401-403, 602, 407, Baker MIL 1 | |

{Case 7:20-cv-00039-MCR-GRJ   Document 142-1   Filed 06/02/21   Page 23 of 116}

| | (401, 402);  Prejudice (403); foundation (602) | Def Objection - Relevance (401, 402); Prejudice (403); foundation (602) **OVERRULED** | | |
|---|---|---|---|---|

# McNamara, Timothy 3-11-2020

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 8:20 - 8:23 | McNamara, Timothy 3-11-2020 | | | | |
| 8 20 | Q.  Can you please state your name, sir? | | | | |
| 8 21 | A.  Tim McNamara. | | | | |
| 8 22 | Q.  And, Mr. McNamara, where are you from? | | | | |
| 8 23 | A.  Indianapolis. | | | | |
| 9:7 - 10:3 | McNamara, Timothy 3-11-2020 | | | Re: [9:7-10:3] improper counter; 402 | SUSTAINED |
| 9 7 | Q.  Okay.  Where do you work? | | | | |
| 9 8 | A.  Where do I work now? | | | | |
| 9 9 | Q.  Yes. | | | | |
| 9 10 | A.  I'm retired. | | | | |
| 9 11 | Q.  When did you retire? | | | | |
| 9 12 | A.  May -- in May, June timeframe. | | | | |
| 9 13 | Q.  Of 2019? | | | | |
| 9 14 | A.  Yes. | | | | |
| 9 15 | Q.  Okay.  And where did you retire from? | | | | |
| 9 16 | A.  Safariland. | | | | |
| 9 17 | Q.  What is Safariland? | | | | |
| 9 18 | A.  They make personal protect -- or not -- | | | | |
| 9 19 | they make duty gear for bulletproof vests, duty gear | | | | |
| 9 20 | for police officers, helmets, headsets.  I was with | | | | |
| 9 21 | the TCI division of -- we make electric -- electronic | | | | |
| 9 22 | headsets. | | | | |
| 9 23 | Q.  Okay.  Were you in sales? | | | | |
| 9 24 | A.  Yes. | | | | |
| 10 1 | Q.  Have you been in sales most of your adult | | | | |
| 10 2 | life? | | | | |
| 10 3 | A.  Yes. | | | | |
| 10:24 - 11:3 | McNamara, Timothy 3-11-2020 | | | Re: [10:24-11:3] improper counter | SUSTAINED |
| 10 24 | Q.  Do you own stock in 3M? | | | | |
| 11 1 | A.  No. | | | | |
| 11 2 | Q.  Did you own any stock in Aearo? | | | | |
| 11 3 | A.  No. | | | | |
| 11:10 - 11:13 | McNamara, Timothy 3-11-2020 | | | Re: [11:10-11:13] Relevance, Baker MIL No. 1, (403) | OVERRULED |
| 11 10 | Q.  Okay.  How did you get paid when you were | | | | |
| 11 11 | with Aearo? | | | | |
| 11 12 | A.  It was salary plus a bonus at the end of | | | | |
| 11 13 | the year. | | | | |

| | | | | |
|---|---|---|---|---|
| **11:14 - 11:15   McNamara, Timothy 3-11-2020** | | | | |
| 11 14      Q.   And what was the bonus calculated on? | | | | |
| 11 15      A.   EBITDA of the company. | | | | |
| **11:24 - 12:1   McNamara, Timothy 3-11-2020** | | | Re: [11:24-12:5] Relevance, Baker MIL No. 1, (403) | **OVERRULED** |
| 11 24      Okay.  So the better the company did, the | | | | |
| 12 1        better you did, is that right? | | | | |
| **12:5 - 12:5   McNamara, Timothy 3-11-2020** | | | Re: [11:24-12:5] Relevance, Baker MIL No. 1, (403) | **OVERRULED** |
| 12 5        A.   That's correct, yeah. | | | | |
| **12:7 - 12:18   McNamara, Timothy 3-11-2020** | | | | |
| 12 7        And -- and you were with Aearo for | | | | |
| 12 8        28 years, is that right? | | | | |
| 12 9        A.   Yes. | | | | |
| 12 10      Q.   And -- and for all 28 years, were you in | | | | |
| 12 11      sales in some form or fashion? | | | | |
| 12 12      A.   Yes. | | | | |
| 12 13      Q.   And is it -- is it accurate that you left | | | | |
| 12 14      Aearo around 2008? | | | | |
| 12 15      A.   Yes. | | | | |
| 12 16      Q.   Now, when you left, had Aearo been | | | | |
| 12 17      purchased by 3M? | | | | |
| 12 18      A.   Yes. | | | | |
| **18:16 - 18:20   McNamara, Timothy 3-11-2020** | | | | |
| 18 16      Q.   Okay.  Are you being compensated for any | | | | |
| 18 17      of your time to -- to get ready for the deposition and | | | | |
| 18 18      testify? | | | | |
| 18 19      A.   Yes. | | | | |
| 18 20      Q.   Okay.  How are you being paid? | | | | |
| **18:23 - 18:23   McNamara, Timothy 3-11-2020** | | | | |
| 18 23      A.   By the -- by the hour. | | | | |
| **26:13 - 26:16   McNamara, Timothy 3-11-2020** | | | | |
| 26 13      Q.   One of the products that you sold when you | | | | |
| 26 14      were with Aearo was the Combat Arms Earplug, wasn't | | | | |
| 26 15      it? | | | | |
| 26 16      A.   Yes. | | | | |
| **27:2 - 27:4   McNamara, Timothy 3-11-2020** | | | | |
| 27 2        Who was your customer? | | | | |

| | | | | |
|---|---|---|---|---|
| 27 3    A.   The various units on -- on post and the<br>27 4    Defense Supply Center. | | | | |
| **27:9 - 27:15   McNamara, Timothy 3-11-2020**<br>27 9    Q.   Okay.  So you in -- in your job as a<br>27 10   salesperson and a sales manager at one point for Aearo<br>27 11   would go from base to base?<br>27 12    A.   That is correct.<br>27 13    Q.   And is -- was that just in the<br>27 14   United States or worldwide?<br>27 15    A.   Just the United States. | | | | |
| **27:16 - 28:8   McNamara, Timothy 3-11-2020**<br>27 16    Q.   And you would contact base commanders or<br>27 17   how did that work?<br>27 18    A.   I -- generally, it would be each, you<br>27 19   know, battalions or brigades or, you know, structures<br>27 20   like that.<br>27 21    Q.   Okay.  And -- and when you went to -- is<br>27 22   it fair to say that you visited -- that you visited in<br>27 23   your course of your career most, if not all, of the<br>27 24   bases in the US?<br>28 1    A.   A lot of them, yeah.<br>28 2    Q.   Okay.  How many, just ballpark?<br>28 3    A.   20 or 30.<br>28 4    Q.   Okay.  And how often would you do that?<br>28 5    A.   Generally, every week.<br>28 6    Q.   Every week you'd be on the road to some<br>28 7   base talking to some base commander or somebody else?<br>28 8    A.   Yes. | | | | |
| **28:9 - 28:12   McNamara, Timothy 3-11-2020**<br>28 9    Q.   And did you also talk to the soldiers<br>28 10   sometimes at the bases?<br>28 11    A.   Not really.<br>28 12    Q.   What does "not really" mean? | | | | |
| **28:13 - 28:22   McNamara, Timothy 3-11-2020**<br>28 13    A.   My -- again, my customer was, you know,<br>28 14   the various battalions, you know, the sergeant majors.<br>28 15   I was with the sergeant majors, the majors, the<br>28 16   colonels and -- and so forth, not -- not specifically<br>28 17   the soldiers. | | | | |

| | | | |
|---|---|---|---|
| 28 18    Q.    More of the management?<br>28 19    A.    Yes.<br>28 20    Q.    Okay.  Would you sometimes make<br>28 21    presentations to the management?<br>28 22    A.    Yes. | | | |
| **28:23 - 29:1    McNamara, Timothy 3-11-2020**<br>28 23    Q.    Would you sometimes have PowerPoint<br>28 24    presentations?<br>29 1    A.    Sometimes, but very rare. | | | |
| **29:2 - 29:12    McNamara, Timothy 3-11-2020**<br>29 2    Q.    Okay.  You certainly brought literature<br>29 3    with you?<br>29 4    A.    Oh, yeah.<br>29 5    Q.    And the sales sheets?<br>29 6    A.    Yes.<br>29 7    Q.    Brochures?<br>29 8    A.    Yes.<br>29 9    Q.    Things like that?<br>29 10    A.    Yes.<br>29 11    Q.    Did you, yourself, ever do any training on<br>29 12    the bases? | **Re: [29:11-29:12]**<br>Def Objection -<br>Vague (611, 403);<br>3M MIL No. 15 | **Re: [29:11-29:12]**<br>Def Objection -<br>Vague (611, 403);<br>3M MIL No. 15<br>**OVERRULED** | |
| **29:15 - 29:15    McNamara, Timothy 3-11-2020**<br>29 15    A.    Sometimes, yes. | **Re: [29:15-29:15]**<br>Def Objection -<br>Vague (611, 403);<br>3M MIL No. 15 | **Re: [29:15-29:15]**<br>Def Objection -<br>Vague (611, 403);<br>3M MIL No. 15<br>**OVERRULED** | |
| **29:21 - 29:24    McNamara, Timothy 3-11-2020**<br>29 21    Q.    That would just -- would it just be<br>29 22    impromptu or ad hoc, you got there and somebody said,<br>29 23    Hey, can you train us on this or that?<br>29 24    A.    Show the product, yeah. | **Re: [29:17-30:17]**<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403) | **Re: [29:17-30:17]**<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403)<br>**OVERRULED** | |
| **30:2 - 30:10    McNamara, Timothy 3-11-2020**<br>30 2    And -- and was it -- is it true that when<br>30 3    you were doing the training it would be to the<br>30 4    management people or would sometimes -- sometimes<br>30 5    the -- the soldiers be there?<br>30 6    A.    The management people, but sometimes the | **Re: [29:17-30:17]**<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403) | **Re: [29:17-30:17]**<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice | |

| | | | |
|---|---|---|---|
| 30 7   soldiers would be in the room.<br>30 8   Q.   Okay.  And -- and sometimes this training<br>30 9   would involve the Combat Arms Version 2, correct?<br>30 10   A.   Sometimes. | | (403)<br>**OVERRULED** | |
| **30:12 - 30:19   McNamara, Timothy 3-11-2020**<br>30 12   And this training, in looking at some of<br>30 13   the documents, some of your documents both from the<br>30 14   file that 3M gave us and the documents we subpoenaed,<br>30 15   you -- you -- you did have materials you would use to<br>30 16   train people on the bases?<br>30 17   A.   Correct, yeah.<br>30 18   Q.   Now, these materials that you got to train<br>30 19   people on the bases, where did it come from? | **Re: [29:17-30:17]**<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403)<br>**Re: [30:18-30:19]**<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15 | Re: [29:17-30:17]<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403)<br>**OVERRULED**<br>Re: [30:18-30:19]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** | |
| **30:22 - 30:22   McNamara, Timothy 3-11-2020**<br>30 22   A.   It would come from the company. | **Re: [30:22-30:22]**<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15 | Re: [30:22-30:22]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** | |
| **31:11 - 31:12   McNamara, Timothy 3-11-2020**<br>31 11   Q.   Okay.  Okay.  Did your literature come<br>31 12   from the company's technical group? | **Re: [31:11-31:12]**<br>Def Objection -<br>Foundation (602) | Re: [31:11-31:12]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **31:15 - 31:15   McNamara, Timothy 3-11-2020**<br>31 15   A.   Sometimes. | **Re: [31:15-31:15]**<br>Def Objection -<br>Foundation (602) | Re: [31:15-31:15]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **31:17 - 31:17   McNamara, Timothy 3-11-2020**<br>31 17   Q.   Okay.  Where else would it come from? | **Re: [31:17-31:17]**<br>Def Objection -<br>Foundation (602) | Re: [31:17-31:17]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **31:20 - 31:20   McNamara, Timothy 3-11-2020**<br>31 20   A.   Marketing department or the literature | **Re: [31:20-31:21]**<br>Def Objection -<br>Foundation (602) | Re: [31:20-31:21]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |

| | | |
|---|---|---|
| **31:20 - 31:21**  McNamara, Timothy 3-11-2020 | Re: [31:20-31:21] | Re: [31:20-31:21] | |
| 31 20        A.   Marketing department or the literature | Def Objection - | Def Objection - | |
| 31 21        department. | Foundation (602) | Foundation (602) | |
| | | **OVERRULED** | |
| **31:23 - 32:3**  McNamara, Timothy 3-11-2020 | Re: [31:23-32:3] | Re: [31:23-32:3] | |
| 31 23        Q.   Okay.  This is probably a good time to -- | Def Objection - | Def Objection - | |
| 31 24        to ask.  You -- you -- as I understand it, your job | Compound; | Compound; | |
| 32 1         for most of your career at Aearo was -- was that you | Misstates (611, | Misstates (611, | |
| 32 2         were the -- you were the sales guy to the -- to the | 403) | 403) | |
| 32 3         military, is that right? | | **OVERRULED** | |
| **32:6 - 32:17**  McNamara, Timothy 3-11-2020 | Re: [32:6-32:8] | Re: [32:6-32:8] | |
| 32 6         A.   Yeah -- not necessarily all of those | Def Objection - | Def Objection - | |
| 32 7         28 years, but, yeah, the last -- you know, since the | Compound; | Compound; | |
| 32 8         last -- you know, 1998 and on, I guess. | Misstates (611, | Misstates (611, | |
| 32 9         BY MR. TRACEY: | 403) | 403) | |
| 32 10        Q.   '98 to 2008, that last decade you were | | **OVERRULED** | |
| 32 11        there? | | | |
| 32 12        A.   Yeah. | | | |
| 32 13        Q.   Your job duties included, among other | | | |
| 32 14        things, this isn't exclusive, but certainly included | | | |
| 32 15        in large part representing your company in their sales | | | |
| 32 16        interactions with the military? | | | |
| 32 17        A.   Yes. | | | |
| **33:7 - 33:10**  McNamara, Timothy 3-11-2020 | | | |
| 33 7         Q.   Yeah.  And who did you report to? | | | |
| 33 8         A.   A variety of managers.  There is Marty | | | |
| 33 9         Salon, Mike Cimino, and towards the end there, it was | | | |
| 33 10        Frank Gavin. | | | |
| **34:14 - 34:23**  McNamara, Timothy 3-11-2020 | | | Re: [34:14-34:23] | **SUSTAINED** |
| 34 14        MR. TRACEY: Yeah, it's Exhibit 1. | | | Relevance, | |
| 34 15        BY MR. TRACEY: | | | Violation of Prior | |
| 34 16        Q.   This is a press release from the | | | MIL Order, Baker | |
| 34 17        Department of Justice, Mr. McNara -- Mc -- McNamara, | | | MIL No. 1 (403) | |
| 34 18        dated July 26th, 2018, and the headline says: | | | | |
| 34 19        "3M Company Agrees to Pay 9.1 million to | | | | |
| 34 20        Resolve Allegations it Supplied the United States with | | | | |
| 34 21        Defective Dual-Ended Combat Arms Earplugs." | | | | |
| 34 22        Do you see that? | | | | |
| 34 23        A.   Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **36:6 - 36:7   McNamara, Timothy 3-11-2020** | | | | <mark>EXCLUDED</mark> |
| 36 6      Q.   Now, when you first heard about this, what<br>36 7      went through your mind? | | | | |
| **36:10 - 36:12   McNamara, Timothy 3-11-2020** | | | | <mark>EXCLUDED</mark> |
| 36 10      A.   Nothing.<br>36 11      BY MR. TRACEY:<br>36 12      Q.   Nothing? | | | | |
| **36:13 - 36:13   McNamara, Timothy 3-11-2020** | | | | <mark>EXCLUDED</mark> |
| 36 13      A.   I -- yeah.  We made those earplugs. | | | | |
| **39:11 - 39:13   McNamara, Timothy 3-11-2020** | | | | |
| 39 11      Q.   You were the primary person responsible<br>39 12      for the sale of this product for about a decade,<br>39 13      right? | | | | |
| **39:16 - 39:23   McNamara, Timothy 3-11-2020** | | | | |
| 39 16      A.   Pretty much.<br>39 17      Q.   Who else would you have given primary<br>39 18      responsibility to?<br>39 19      A.   We have other divisions.  And one's a<br>39 20      consumer channel -- consumer markets --<br>39 21      Q.   Sure.<br>39 22      A.   -- you know, and other -- but it mostly<br>39 23      went through my division. | | | | |
| **41:13 - 41:16   McNamara, Timothy 3-11-2020** | | | | Re: [41:13-41:16] | <mark>OVERRULED</mark> |
| 41 13      Q.   Were you concerned that maybe you had<br>41 14      spent a decade misrepresenting the characteristics of<br>41 15      the Combat Arms Version 2?<br>41 16      A.   No. | | | Relevance,<br>Violation of Prior<br>MIL Order, Baker<br>MIL No. 1 (403) | |
| **41:24 - 42:3   McNamara, Timothy 3-11-2020** | | | | Re: [41:24-42:6] | <mark>OVERRULED</mark> |
| 41 24      Q.   As we sit here today, are you concerned<br>42 1      that maybe your company wasn't honest in the<br>42 2      information they gave you to furnish to the American<br>42 3      military? | | | Relevance,<br>Violation of Prior<br>MIL Order, Baker<br>MIL No. 1 (403) | |
| **42:6 - 42:6   McNamara, Timothy 3-11-2020** | | | | Re: [41:24-42:6] | <mark>OVERRULED</mark> |
| 42 6      A.   Not really. | | | Relevance,<br>Violation of Prior<br>MIL Order, Baker<br>MIL No. 1 (403) | |

**44:1 - 44:18   McNamara, Timothy 3-11-2020**

44 1       (WHEREUPON, a certain document was
44 2       marked Timothy McNamara Deposition
44 3       Exhibit No. 2, for identification, as
44 4       of 03/11/2020.)
44 5       BY MR. TRACEY:
44 6       Q.   I have a copy of -- it looks like a resume
44 7       that was produced -- your resume that was produced
44 8       pursuant to a subpoena.
44 9       MR. OLIVO:  Exhibit 2.
44 10      THE WITNESS:  Thank you.
44 11      BY MR. TRACEY:
44 12      Q.   And do you see that?  This is your resume,
44 13      right?
44 14      A.   It is.
44 15      Q.   And under Aearo Technologies, it says that
44 16      from '96 to 2009 you were the senior sales manager,
44 17      military division?
44 18      A.   Correct.

**44:19 - 45:7   McNamara, Timothy 3-11-2020**

44 19      Q.   And it says that you drove sales of air --
44 20      eyewear, hearing protection and tactical
44 21      communications headsets to the US military as well as
44 22      federal, state, and local enforcement agencies through
44 23      distributors, and maintained direct contact with
44 24      product line directors to identify and present new
45 1       product opportunities to all branches of the military.
45 2       Is that right?
45 3       A.   Yes.
45 4       Q.   Is it -- is it a fair assessment that
45 5       you -- you have been exclusively in sales your entire
45 6       professional life?
45 7       A.   Yes.

**45:8 - 45:22   McNamara, Timothy 3-11-2020**

45 8       Q.   You are not an engineer?
45 9       A.   I'm not.
45 10      Q.   You don't have any technical training?
45 11      A.   I don't.
45 12      Q.   Okay.  You've never designed earplugs?

| | | | | |
|---|---|---|---|---|
| 45 13 | A.  I have not. | | | |
| 45 14 | Q.   You've never designed communication | | | |
| 45 15 | headsets? | | | |
| 45 16 | A.   No. | | | |
| 45 17 | Q.   Never designed eyewear, protective | | | |
| 45 18 | eyewear? | | | |
| 45 19 | A.   No. | | | |
| 45 20 | Q.   Is it also a fair assessment that you've | | | |
| 45 21 | spent your entire adult life in what we would call | | | |
| 45 22 | safety products? | | | |
| **46:1 - 46:5** | **McNamara, Timothy 3-11-2020** | | | |
| 46 1 | A.   Yes. | | | |
| 46 2 | BY MR. TRACEY: | | | |
| 46 3 | Q.   That is, products you sell, for example, | | | |
| 46 4 | to the military that is -- the purpose of which is to | | | |
| 46 5 | keep people safer in some form or fashion? | | | |
| **46:8 - 46:10** | **McNamara, Timothy 3-11-2020** | | | |
| 46 8 | Q.   To protect them. | | | |
| 46 9 | A.   Yes, if used properly. | | | |
| 46 10 | Q.   Yeah, if used properly. | | | |
| **47:1 - 47:15** | **McNamara, Timothy 3-11-2020** | | | |
| 47 1 | On the second page of your resume, under | | | |
| 47 2 | "Distributor Account Manager, '85 to '95," there is a | | | |
| 47 3 | bullet that says:  "Trained the trainer with constant | | | |
| 47 4 | training with not only our distributors, but the end | | | |
| 47 5 | users as well." | | | |
| 47 6 | What does "trained the trainer" mean? | | | |
| 47 7 | A.   You just train the key person at the | | | |
| 47 8 | distributor level so that they can continue to train | | | |
| 47 9 | their salespeople. | | | |
| 47 10 | Q.   And you are training them on the various | | | |
| 47 11 | products? | | | |
| 47 12 | A.   Correct. | | | |
| 47 13 | Q.   Okay.  Using materials furnished to you by | | | |
| 47 14 | your company? | | | |
| 47 15 | A.   Correct. | | | |
| **47:16 - 47:20** | **McNamara, Timothy 3-11-2020** | | | |
| 47 16 | Q.   Oh, yeah, my brother is pointing out, it | | | |
| 47 17 | also says you trained the end user as well? | | | |

| | | | | |
|---|---|---|---|---|
| 47 18 | A.   Yes. | | | |
| 47 19 | Q.   Okay.  That would be the person using the | | | |
| 47 20 | product, for example, the soldier? | | | |
| **47:23 - 48:2** | **McNamara, Timothy 3-11-2020** | | | |
| 47 23 | A.   That was pretty much for, if you take a | | | |
| 47 24 | look at those dates, that was pretty much the -- at | | | |
| 48 1 | the factory level.  I was also in the industrial | | | |
| 48 2 | division at that time. | | | |
| **48:4 - 48:8** | **McNamara, Timothy 3-11-2020** | | | |
| 48 4 | Q.   Okay.  But I was just giving an example, | | | |
| 48 5 | but the end user is the person who actually is using | | | |
| 48 6 | the product, the eyewear, the ear protection, the | | | |
| 48 7 | communication headset? | | | |
| 48 8 | A.   Correct, correct. | | | |
| **48:12 - 48:17** | **McNamara, Timothy 3-11-2020** | **Re: [48:12-48:17]** | Re: [48:12-48:16] | |
| 48 12 | Q.   Okay.  How many times in your career do | Def Objection - | Def Objection - | |
| 48 13 | you think you have -- you have trained people on how | 3M MIL No. 15; | 3M MIL No. 15; | |
| 48 14 | to use one of your company's products? | Compound (611, | Compound (611, | |
| 48 15 | A.   I don't know.  Thousands. | 403) | 403) | |
| 48 16 | Q.   Thousands. | | **OVERRULED** | |
| 48 17 | Who trained you how to use the products? | | Re: [48:16-48:17] | |
| | | | Def Objection - | |
| | | | 3M MIL No. 15; | |
| | | | Compound (611, | |
| | | | 403) | |
| | | | **OVERRULED** | |
| **48:20 - 49:5** | **McNamara, Timothy 3-11-2020** | **Re: [48:20-48:21]** | Re: [48:20-48:21] | |
| 48 20 | A.   Who trained me would be the product line | Def Objection - | Def Objection - | |
| 48 21 | directors. | 3M MIL No. 15; | 3M MIL No. 15; | |
| 48 22 | BY MR. TRACEY: | Compound (611, | Compound (611, | |
| 48 23 | Q.   Okay.  So, for example, with Combat Arms, | 403) | 403) | |
| 48 24 | who -- Version 2, who is the -- who was the product | **Re: [49:3-49:5]** | **OVERRULED** | |
| 49 1 | line director? | Def Objection - | Re: [49:3-49:5] | |
| 49 2 | A.   Brian Myers. | 3M MIL No. 15; | Def Objection - | |
| 49 3 | Q.   So Brian Myers would train you, the sales | Compound (611, | 3M MIL No. 15; | |
| 49 4 | director, so that you in turn could train others? | 403) | Compound (611, | |
| 49 5 | A.   Correct. | | 403) | |
| | | | **OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| **49:6 - 49:7   McNamara, Timothy 3-11-2020** | | | Re: [49:6-49:12]<br>602 | **OVERRULED** |
| 49 6     Q.   Do you know who train -- who trained --<br>49 7        Brian Myers was in marketing, correct? | | | | |
| **49:10 - 49:12   McNamara, Timothy 3-11-2020** | | | Re: [49:6-49:12]<br>602 | **OVERRULED** |
| 49 10     A.   Product line director.  He is in<br>49 11       product -- product development or product line<br>49 12       director. | | | | |
| **49:21 - 49:24   McNamara, Timothy 3-11-2020** | | | Re: [49:21-49:24]<br>602 | **OVERRULED** |
| 49 21     A.  I would -- I would say that was part -- as<br>49 22       a product line director, you encounter marketing, you<br>49 23       encounter development of the product, you manage that<br>49 24       whole division. | | | | |
| **50:2 - 50:11   McNamara, Timothy 3-11-2020** | | | | |
| 50 2     Q.   Okay.  So -- so it wouldn't be limited to<br>50 3       marketing, but it -- Brian Myers' job duties wouldn't<br>50 4       be limited to marketing, but they would include<br>50 5       marketing?<br>50 6     A.   Yes.<br>50 7     Q.   Okay.  Fair enough.<br>50 8       Do you know who would train him on how to<br>50 9       properly use, for example, the Combat Arms Version 2?<br>50 10     A.   I do not know.<br>50 11     Q.   Okay.  Above your pay grade? | | | | |
| **50:14 - 50:14   McNamara, Timothy 3-11-2020** | | | | |
| 50 14     A.   Above my pay -- my pay grade. | | | | |
| **50:16 - 50:20   McNamara, Timothy 3-11-2020** | | | | |
| 50 16     Q.   Okay.  When you first learned how to<br>50 17       properly use the Combat Arms Version 2 earplug, do you<br>50 18       remember, was it Brian Myers that trained you?<br>50 19     A.   I don't remember, but, yeah, I would -- I<br>50 20       would think that would be the person. | | | | |
| **52:3 - 52:6   McNamara, Timothy 3-11-2020** | | | | |
| 52 3     Q.   You recognize those as being the --<br>52 4     A.   Yes.<br>52 5     Q.    -- dual-ended Combat Arms Earplugs?<br>52 6     A.   Yes. | | | | |

| | | |
|---|---|---|
| **52:7 - 52:15   McNamara, Timothy 3-11-2020**<br>52 7     Q.   Now, it is a fair -- it is a true<br>52 8     statement, is it not, that prior -- that never before<br>52 9     or since have you ever been involved with the sale of<br>52 10    a dual-ended hearing protection device?<br>52 11    A.   Correct.<br>52 12    Q.   That is, this was the first and last time<br>52 13    in the history of hearing protection devices, at least<br>52 14    as far as you know, that any company marketed a<br>52 15    dual-ended product? | **Re: [52:12-52:15]**<br>Def Objection -<br>Foundation (602) | **Re: [52:12-52:15]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **52:18 - 52:18   McNamara, Timothy 3-11-2020**<br>52 18    A.   I would say so. | **Re: [52:18-52:18]**<br>Def Objection -<br>Foundation (602) | **Re: [52:18-52:18]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **52:20 - 52:23   McNamara, Timothy 3-11-2020**<br>52 20    Q.   Yeah, you certainly are not aware of any<br>52 21    other company ever in the history of hearing<br>52 22    protection devices marketing a product that was<br>52 23    dual-ended? | | |
| **53:2 - 53:2   McNamara, Timothy 3-11-2020**<br>53 2     A.   I'm not aware of that. | | |
| **54:20 - 54:24   McNamara, Timothy 3-11-2020**<br>54 20    Q.   When you were selling the Combat Arms<br>54 21    Version 2 earplugs, did you have an understanding<br>54 22    of -- of, you know, sort of how the general population<br>54 23    broke down, small, medium, large, extra large?<br>54 24    A.   No.  It varied. | **Re: [54:20-55:2]**<br>Def Objection -<br>Foundation (602) | **Re: [54:20-55:2]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **55:3 - 55:5   McNamara, Timothy 3-11-2020**<br>55 3     Q.   Okay.  And with the Combat Arms Version 2,<br>55 4     it didn't matter because it only came in one size,<br>55 5     right? | **Re: [55:3-55:5]**<br>Def Objection -<br>Argumentative;<br>Vague (611, 403) | **Re: [55:3-55:5]**<br>Def Objection -<br>Argumentative;<br>Vague (611, 403)<br>**OVERRULED** |
| **55:8 - 55:8   McNamara, Timothy 3-11-2020**<br>55 8     A.   It came in one size, universal. | **Re: [55:8-55:8]**<br>Def Objection -<br>Argumentative;<br>Vague (611, 403) | **Re: [55:8-55:8]**<br>Def Objection -<br>Argumentative;<br>Vague (611, 403)<br>**OVERRULED** |

| | | |
|---|---|---|
| **55:10 - 55:10   McNamara, Timothy 3-11-2020**<br>55 10      Q.   Yeah.  One size fits all? | **Re: [55:10-55:10]**<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403) | Re: [55:10-55:10]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403)<br>**OVERRULED** |
| **55:13 - 55:13   McNamara, Timothy 3-11-2020**<br>55 13      A.   Generally, yeah. | **Re: [55:13-55:13]**<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403) | Re: [55:13-55:13]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403)<br>**OVERRULED** |
| **55:15 - 55:16   McNamara, Timothy 3-11-2020**<br>55 15      Q.   Yeah.  That's at least the way it was<br>55 16   marketed? | **Re: [55:15-55:16]**<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403); Foundation<br>(602) | Re: [55:15-55:16]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403); Foundation<br>(602)<br>**OVERRULED** |
| **55:19 - 55:19   McNamara, Timothy 3-11-2020**<br>55 19      A.   To the best of my knowledge, yes. | **Re: [55:19-55:19]**<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403); Foundation<br>(602) | Re: [55:19-55:19]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403); Foundation<br>(602)<br>**OVERRULED** |
| **55:21 - 55:22   McNamara, Timothy 3-11-2020**<br>55 21      Q.   Yeah.  That's the way you -- you sold<br>55 22   those? | **Re: [55:21-55:22]**<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403) | Re: [55:21-55:22]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403)<br>**OVERRULED** |
| **56:1 - 56:1   McNamara, Timothy 3-11-2020**<br>56 1      A.   That's the way I understood it, yes. | **Re: [56:1-56:1]**<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403) | Re: [56:1-56:1]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403)<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **56:9 - 56:10   McNamara, Timothy 3-11-2020** | | | | |
| 56 9       MR. TRACEY:  Okay.  Can I have 1141.  We are | | | | |
| 56 10      going to mark this as Exhibit 3. | | | | |
| **56:19 - 56:24   McNamara, Timothy 3-11-2020** | | | | |
| 56 19      This is an e-mail -- an e-mail chain, and | | | | |
| 56 20      if you look at down at the bottom, it's -- it's | | | | |
| 56 21      originated by a guy named Robert Bosanko, who looks -- | | | | |
| 56 22      appears to be with the -- the Army. | | | | |
| 56 23      Do you remember him? | | | | |
| 56 24      A.   I do not. | | | | |
| **57:5 - 57:7   McNamara, Timothy 3-11-2020** | | | **Re: [57:5-57:7]** | **SUSTAINED** |
| 57 5       Q.   And he's asking, you'll see, this is | | | improper counter | |
| 57 6       Brian, Brian Myers, who is your direct report at the | | | | |
| 57 7       time, right? | | | | |
| **57:10 - 57:19   McNamara, Timothy 3-11-2020** | | | **Re: [57:10-57:19]** | **SUSTAINED** |
| 57 10      A.   He was not my direct report. | | | improper counter | |
| 57 11      BY MR. TRACEY: | | | | |
| 57 12      Q.   Oh, you didn't report to Brian Myers in | | | | |
| 57 13      1999? | | | | |
| 57 14      A.   No. | | | | |
| 57 15      Q.   Oh, did you ever report to him? | | | | |
| 57 16      A.   No. | | | | |
| 57 17      Q.   Oh, who did you report to?  Oh, you told | | | | |
| 57 18      me, Marty Salon, Gavin, and Cimino? | | | | |
| 57 19      A.   That's correct. | | | | |
| **57:20 - 58:4   McNamara, Timothy 3-11-2020** | | | | |
| 57 20      Q.   Okay.  So how would you interact with | | | | |
| 57 21      Brian Myers, other than the training that you said he | | | | |
| 57 22      would give you? | | | | |
| 57 23      A.   I would pass information on to him as I -- | | | | |
| 57 24      as I received it so that he had information from the | | | | |
| 58 1       field. | | | | |
| 58 2       Q.   Got it.  Okay. | | | | |
| 58 3       You certainly knew who Brian Myers was? | | | | |
| 58 4       A.   Sure. | | | | |
| **58:6 - 59:1   McNamara, Timothy 3-11-2020** | | | | |
| 58 6       And Mr. Bosanco says:  "Brian, I need to | | | | |
| 58 7       get all of the specs and data on the Combat Arms | | | | |
| 58 8       Earplug.  I'm going to use one of our artillery units | | | | |

| | | | |
|---|---|---|---|
| 58 9    on post to test/use the new earplug and get feedback | | | |
| 58 10    from them.  If you could help me with this I will keep | | | |
| 58 11    you informed on how it go" -- "how it is going.  Can | | | |
| 58 12    you send us some of the earplugs, the unit will be | | | |
| 58 13    approximately 100 soldiers."  And then he gives his -- | | | |
| 58 14    his contact information. | | | |
| 58 15    Do you see that? | | | |
| 58 16    A.   I do. | | | |
| 58 17    Q.    And if you -- if you go up, you'll see | | | |
| 58 18    that Brian has, it looks like, forwarded this or sent | | | |
| 58 19    it to Doug Ohlin with the -- the Army. | | | |
| 58 20    You know Doug Ohlin, don't you? | | | |
| 58 21    A.   I do. | | | |
| 58 22    Q.   Did you consider Doug Ohlin a friend? | | | |
| 58 23    A.   No. | | | |
| 58 24    Q.   Okay.  Just an acquaintance? | | | |
| 59 1    A.   Correct. | | | |
| **59:11 - 59:14   McNamara, Timothy 3-11-2020** | | | |
| 59 11    Q.   Okay.  In terms of your day-to-day job, | | | |
| 59 12    you wouldn't have considered Doug Ohlin the client | | | |
| 59 13    then? | | | |
| 59 14    A.   No. | | | |
| **60:18 - 61:3   McNamara, Timothy 3-11-2020** | | | |
| 60 18    Doug goes on to say:  "I'm trying to get | | | |
| 60 19    through to Rich McKinley to find out if he has done | | | |
| 60 20    anything with the samples of the Sound Guard foam plug | | | |
| 60 21    we forwarded to him.  His lab appears to be the only | | | |
| 60 22    one capable in DOD at this time.  My colleagues in | | | |
| 60 23    Army R&D have chosen not to staff this capability, but | | | |
| 60 24    they don't seem to want to relinquish the | | | |
| 61 1    responsibility to the Air Force either." | | | |
| 61 2    Did I read that right? | | | |
| 61 3    A.   Yes. | | | |
| **62:3 - 62:6   McNamara, Timothy 3-11-2020** | Re: [62:3-62:6] | Re: [62:3-62:6] | |
| 62 3    Q.   Okay.  So -- so the Army asked your | Def Objection - | Def Objection - | |
| 62 4    company for studies on the product that they | Foundation (602); | Foundation (602); | |
| 62 5    manufacture and are selling, right? | Hearsay (801, 802) | Hearsay (801, 802) | |
| 62 6    A.   Yes. | | **OVERRULED** | |

| | | |
|---|---|---|
| **62:7 - 62:9   McNamara, Timothy 3-11-2020**<br>62 7     Q.   And then your company asks Doug Ohlin for<br>62 8     studies, and Doug Ohlin says, essentially, What are<br>62 9     you talking about, right? | **Re: [62:7-62:9]**<br>Def Objection -<br>Misstates (611,<br>403); Hearsay<br>(801, 802);<br>Foundation (602) | Re: [62:7-62:9]<br>Def Objection -<br>Misstates (611,<br>403); Hearsay<br>(801, 802);<br>Foundation (602)<br>**OVERRULED** |
| **62:12 - 62:12   McNamara, Timothy 3-11-2020**<br>62 12     A.   That's what it appears. | **Re: [62:12-62:12]**<br>Def Objection -<br>Misstates (611,<br>403); Hearsay<br>(801, 802);<br>Foundation (602) | Re: [62:12-62:12]<br>Def Objection -<br>Misstates (611,<br>403); Hearsay<br>(801, 802);<br>Foundation (602)<br>**OVERRULED** |
| **63:13 - 63:23   McNamara, Timothy 3-11-2020**<br>63 13     Q.   Exhibit 4.  This is -- do you see this is<br>63 14     on an Aearo letterhead or an Aearo -- this is an Aearo<br>63 15     document?<br>63 16     A.   Yes.<br>63 17     Q.   It says:  "E-A-R Research & Development,"<br>63 18     to Brian Myers from Elliott Berger.<br>63 19     Who was -- who was Elliott Berger?<br>63 20     A.   The scientist.<br>63 21     Q.   At -- at Aearo?<br>63 22     A.   At E-A-R division, yes.<br>63 23     Q.   Yeah. | **Re: [63:13-63:18]**<br>Def Objection -<br>Foundation (602) | Re: [63:13-63:18]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **64:7 - 64:15   McNamara, Timothy 3-11-2020**<br>64 7     Q.   Well, this is -- this is -- this is three<br>64 8     months, two months after the e-mail string we just<br>64 9     read, right, November of '99 and now we are in<br>64 10    February of 2000, right?<br>64 11    A.   Yes.<br>64 12    Q.   And then about -- under the NRR Labeling/<br>64 13    EPA-Type Testing down there, almost to the bottom, do<br>64 14    you see where it mentions the Combat Arms Plug?<br>64 15    A.   Yes. | **Re: [64:7-64:15]**<br>Def Objection -<br>Foundation (602) | Re: [64:7-65:1]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **64:16 - 64:20   McNamara, Timothy 3-11-2020**<br>64 16    Q.   Now, have you ever seen this document<br>64 17    before that you know of? | | |

| | | | |
|---|---|---|---|
| 64 18  A.   I'm not -- I don't remember this.<br>64 19  Q.   Okay.<br>64 20  A.   No. | | | |
| **64:21 - 65:1   McNamara, Timothy 3-11-2020**<br>64 21  Q.   Let's read it together then since you are<br>64 22  seeing it for the first time.<br>64 23  It says the:  "UltraFit end of the Combat<br>64 24  Arms Plug [2130155] - Stopped after eight subjects,<br>65 1  NRR 11." | Re: [64:21-65:1]<br>Def Objection -<br>Foundation (602) | Re: [64:7-65:1]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **65:5 - 65:9   McNamara, Timothy 3-11-2020**<br>65 5  Q.   So you see right here:  "UltraFit end of<br>65 6  the Combat Arms Earplug [2130155] - Stopped after<br>65 7  eight subjects, NRR 11."<br>65 8  Did I read that right?<br>65 9  A.   You did. | Re: [65:8-65:11]<br>Def Objection -<br>Foundation (602) | Re: [65:8-65:11]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **65:10 - 65:13   McNamara, Timothy 3-11-2020**<br>65 10  Q.   What is an NRR?<br>65 11  A.   Noise reduction rating.<br>65 12  Q.   Now, is a noise reduction rating of 11<br>65 13  good or poor? | Re: [65:8-65:11]<br>Def Objection -<br>Foundation (602)<br>Re: [65:12-65:13]<br>Def Objection -<br>Foundation (602);<br>Compound (611,<br>403) | Re: [65:8-65:11]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [65:12-65:13]<br>Def Objection -<br>Foundation (602);<br>Compound (611,<br>403)<br>**OVERRULED** | |
| **65:16 - 65:16   McNamara, Timothy 3-11-2020**<br>65 16  A.   It's low. | Re: [65:16-65:16]<br>Def Objection -<br>Foundation (602);<br>Compound (611,<br>403) | Re: [65:16-65:16]<br>Def Objection -<br>Foundation (602);<br>Compound (611,<br>403)<br>**OVERRULED** | |
| **65:19 - 65:22   McNamara, Timothy 3-11-2020**<br>65 19  Have you ever tried to sell a hearing<br>65 20  protection device to protect hearing that had an NRR<br>65 21  of 11?<br>65 22  A.   Yes. | | | |

| | | | |
|---|---|---|---|
| **66:2 - 66:3    McNamara, Timothy 3-11-2020** | | | |
| 66 2    Q.    Okay.  What about to the military? | | | |
| 66 3    A.    Not that I was aware. | | | |
| **68:8 - 68:11    McNamara, Timothy 3-11-2020** | | | |
| 68 8    Q.    What was the application of the Combat | | | |
| 68 9    Arms Earplug that you were -- what were you selling it | | | |
| 68 10    for to the Army? | | | |
| 68 11    A.    Steady state noise and impulse noise. | | | |
| **69:19 - 69:20    McNamara, Timothy 3-11-2020** | Re: [69:19-69:20] | Re: [69:19-69:20] | |
| 69 19    Q.    Would an NRR of 11 on the green end be | Def Objection - | Def Objection - | |
| 69 20    protective from gunfire? | Foundation (602) | Foundation (602) **OVERRULED** | |
| **69:23 - 69:23    McNamara, Timothy 3-11-2020** | Re: [69:23-69:23] | Re: [69:23-69:23] | |
| 69 23    A.    No. | Def Objection - Foundation (602) | Def Objection - Foundation (602) **OVERRULED** | |
| **70:16 - 70:23    McNamara, Timothy 3-11-2020** | Re: [70:17-70:20] | Re: [70:17-70:20] | |
| 70 16    BY MR. TRACEY: | Def Objection - | Def Objection - | |
| 70 17    Q.    Okay.  In any event, when we look at | Foundation (602) | Foundation (602) | |
| 70 18    Exhibit No. 4, we see that your company stopped this | Re: [70:21-70:23] | **OVERRULED** | |
| 70 19    test, didn't they? | Def Objection - | Re: [70:21-70:23] | |
| 70 20    A.    It appears. | Foundation (602); | Def Objection - | |
| 70 21    Q.    Now, are you aware of your company | Misstates (611, | Foundation (602); | |
| 70 22    stopping NRR testing due to low results? | 403); 3M MIL No. | Misstates (611, | |
| 70 23    A.    No. | 18 | 403); 3M MIL No. 18 **OVERRULED** | |
| **71:23 - 72:9    McNamara, Timothy 3-11-2020** | | | |
| 71 23    Q.    Okay.  They go on to say in -- in | | | |
| 71 24    Exhibit 4 that:  "A new test will begin because it | | | |
| 72 1    appears there is a learning effect as the experimenter | | | |
| 72 2    better understands how to insert this unusual | | | |
| 72 3    earplug." | | | |
| 72 4    Let me ask you a couple of questions about | | | |
| 72 5    that.  Do you know who Ron Kieper is? | | | |
| 72 6    A.    Yes. | | | |
| 72 7    Q.    Who is Ron Kieper? | | | |
| 72 8    A.    He was an assistant to Elliott Berger in | | | |
| 72 9    the lab. | | | |

| | | | | |
|---|---|---|---|---|
| **72:10 - 72:16   McNamara, Timothy 3-11-2020** | | | | |
| 72 10 | Q.   Do you know if he was the primary | | | |
| 72 11 | experimenter or fitter of earplugs at your company? | | | |
| 72 12 | A.   I do not. | | | |
| 72 13 | Q.   Okay.  Have you ever met him? | | | |
| 72 14 | A.   Yes. | | | |
| 72 15 | Q.   On -- on few or many occasions? | | | |
| 72 16 | A.   Few. | | | |
| **72:17 - 72:18   McNamara, Timothy 3-11-2020** | | | | |
| 72 17 | Q.   Okay.  Do you agree that -- that this | | | |
| 72 18 | earplug, the Combat Arms Earplug was unusual? | | | |
| **72:21 - 72:21   McNamara, Timothy 3-11-2020** | | | | |
| 72 21 | A.   It was unique, yes. | | | |
| **73:13 - 73:14   McNamara, Timothy 3-11-2020** | | | Re: [73:13-73:14] | **SUSTAINED** |
| 73 13 | Q.   Okay.  Would you consider Ron Kieper to be | | | improper counter | |
| 73 14 | an expert in fitting hearing protection devices? | | | |
| **73:17 - 73:22   McNamara, Timothy 3-11-2020** | | | Re: [73:17-73:22] | **SUSTAINED** |
| 73 17 | A.   I don't know. | | | improper counter | |
| 73 18 | BY MR. TRACEY: | | | |
| 73 19 | Q.   Who -- who would you consider at your | | | |
| 73 20 | company when you were there at Aearo, who would you | | | |
| 73 21 | consider to be an expert earplug fitter or hearing | | | |
| 73 22 | protection device fitter? | | | |
| **74:1 - 74:5   McNamara, Timothy 3-11-2020** | | | Re: [74:1-74:5] | **SUSTAINED** |
| 74 1 | A.   I don't know.  Elliott Berger, maybe. | | | improper counter | |
| 74 2 | BY MR. TRACEY: | | | |
| 74 3 | Q.   Okay.  Anyone else? | | | |
| 74 4 | A.   There is probably many, but I'm not aware | | | |
| 74 5 | of them. | | | |
| **74:9 - 74:19   McNamara, Timothy 3-11-2020** | | | Re: [74:9-74:19] | **SUSTAINED** |
| 74 9 | Q.   Okay.  So Elliott Berger and Ron Kieper. | | | improper counter | |
| 74 10 | No other names that come to mind? | | | |
| 74 11 | A.   No. | | | |
| 74 12 | Q.   Okay.  Neither one of those men were | | | |
| 74 13 | the -- were the men that trained you on how to fit the | | | |
| 74 14 | Combat Arms Earplug? | | | |
| 74 15 | A.   Yes. | | | |
| 74 16 | Q.   That's true, isn't it, they didn't do it? | | | |

| | | | | | |
|---|---|---|---|---|---|
| 74 17 | A.   I don't remember. | | | | |
| 74 18 | Q.   Well, you -- I thought you told me that | | | | |
| 74 19 | Brian Myers was the one that -- that trained you? | | | | |
| **74:23 - 74:24**   **McNamara, Timothy 3-11-2020** | | | | Re: [74:23-74:24] improper counter | SUSTAINED |
| 74 23 | A.   He was one of probably many, but, I mean, | | | | |
| 74 24 | he was not the sole person. | | | | |
| **75:16 - 75:21**   **McNamara, Timothy 3-11-2020** | | | | Re: [75:16-75:21] improper counter; nonresponsive | SUSTAINED |
| 75 16 | Q.   Okay.  For example, you don't remember Ron | | | | |
| 75 17 | Kieper, Elliott Berger holding a seminar to the sales | | | | |
| 75 18 | and marketing people about how to properly fit the | | | | |
| 75 19 | Combat Arms Version 2 earplug because it was unusual | | | | |
| 75 20 | or unique? | | | | |
| 75 21 | A.   It could have been at a meeting, yes. | | | | |
| **78:21 - 78:24**   **McNamara, Timothy 3-11-2020** | | Re: [78:21-79:4] Def Objection - Foundation (602); Prejudice (403); Relevance (401, 402); Argumentative (611, 403) | Re: [78:21-79:4] Def Objection - Foundation (602); Prejudice (403); Relevance (401, 402); Argumentative (611, 403) **OVERRULED** | | |
| 78 21 | Q.   Were -- were you ever aware that a NRR | | | | |
| 78 22 | test had -- on the Combat Arms Earplug was stopped | | | | |
| 78 23 | after eight subjects with an NRR of 11? | | | | |
| 78 24 | A.   I was not. | | | | |
| **79:1 - 79:4**   **McNamara, Timothy 3-11-2020** | | Re: [78:21-79:4] Def Objection - Foundation (602); Prejudice (403); Relevance (401, 402); Argumentative (611, 403) | Re: [78:21-79:4] Def Objection - Foundation (602); Prejudice (403); Relevance (401, 402); Argumentative (611, 403) **OVERRULED** | | |
| 79 1 | Q.   Okay.  It is -- is right here and now | | | | |
| 79 2 | today during your deposition the first time you're | | | | |
| 79 3 | becoming aware of that fact? | | | | |
| 79 4 | A.   Yes. | | | | |
| **79:5 - 79:5**   **McNamara, Timothy 3-11-2020** | | | | Re: [79:5-79:18] improper counter | OVERRULED |
| 79 5 | Q.   Okay.  Are you surprised -- | | | | |
| **79:8 - 79:18**   **McNamara, Timothy 3-11-2020** | | | | Re: [79:5-79:18] improper counter | SUSTAINED as to 79:13-18. Otherwise OVERRULED. |
| 79 8 | Q.   -- about that fact? | | | | |
| 79 9 | A.   No. | | | | |
| 79 10 | Q.   How come? | | | | |
| 79 11 | A.   This is their responsibility.  This is | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 79 12 | what they do. | | | | |
| 79 13 | Q.   Okay.  All right.  Let's set that aside | | | | |
| 79 14 | and let's go to the next Exhibit 5, which is an e-mail | | | | |
| 79 15 | from Elliott Berger to -- | | | | |
| 79 16 | MS. ELIZABETH:  I don't have it yet. | | | | |
| 79 17 | BY MR. TRACEY: | | | | |
| 79 18 | Q.     -- to Ron Kieper. | | | | |
| **80:21 - 81:9** | **McNamara, Timothy 3-11-2020** | Re: [80:22-81:9] | Re: [80:22-81:9] | | |
| 80 21 | BY MR. TRACEY: | Def Objection - | Def Objection - | | |
| 80 22 | Q.   Okay.  So this is -- this is Exhibit 5 to | Foundation (602); | Foundation (602); | | |
| 80 23 | your deposition, and if you flip over to the | Prejudice (403); | Prejudice (403); | | |
| 80 24 | page where it says:  "To Elliott Berger from Ron | Relevance (401, | Relevance (401, | | |
| 81 1 | Kieper," the date of this is May the 11th, 2000, isn't | 402) | 402) | | |
| 81 2 | it? | | **OVERRULED** | | |
| 81 3 | A.   Yes. | | | | |
| 81 4 | Q.   And the subject is:  "Results of | | | | |
| 81 5 | Short-Stemmed UltraFit Plug Test." | | | | |
| 81 6 | Do you see that? | | | | |
| 81 7 | A.   Yes. | | | | |
| 81 8 | Q.   Now, have you ever seen this memo before? | | | | |
| 81 9 | A.   I don't remember this one now. | | | | |
| **83:9 - 83:12** | **McNamara, Timothy 3-11-2020** | Re: [83:9-83:12] | Re: [83:9-83:12] | | |
| 83 9 | Q.   Okay.  Let -- let me ask you this:  Do you | Def Objection - | Def Objection - | | |
| 83 10 | believe that your customers are entitled to know the | Prejudice (403); | Prejudice (403); | | |
| 83 11 | truth about the -- the products that you are selling | Relevance (401, | Relevance (401, | | |
| 83 12 | them? | 402); Vague; | 402); Vague; | | |
| | | Argumentative | Argumentative | | |
| | | (611, 403) | (611, 403) | | |
| | | | **OVERRULED** | | |
| **83:15 - 83:15** | **McNamara, Timothy 3-11-2020** | Re: [83:15-83:15] | Re: [83:15-83:15] | | |
| 83 15 | A.   Yes. | Def Objection - | Def Objection - | | |
| | | Prejudice (403); | Prejudice (403); | | |
| | | Relevance (401, | Relevance (401, | | |
| | | 402); Vague; | 402); Vague; | | |
| | | Argumentative | Argumentative | | |
| | | (611, 403) | (611, 403) | | |
| | | | **OVERRULED** | | |
| **83:17 - 83:19** | **McNamara, Timothy 3-11-2020** | Re: [83:17-83:19] | Re: [83:17-83:19] | | |
| 83 17 | Q.   Do you believe that your role as a | Def Objection - | Def Objection - | | |

| | | | |
|---|---|---|---|
| 83 18<br>83 19 | salesperson is to tell them the truth about the<br>product, the good, the bad and the ugly? | Vague;<br>Compound;<br>Argumentative<br>(611, 403);<br>Prejudice (403);<br>Relevance (401,<br>402) | Vague;<br>Compound;<br>Argumentative<br>(611, 403);<br>Prejudice (403);<br>Relevance (401,<br>402)<br>**OVERRULED** |
| **83:22 - 83:22   McNamara, Timothy 3-11-2020**<br>83 22    A.  Yes. | | Re: [83:22-83:22]<br>Def Objection -<br>Vague;<br>Compound;<br>Argumentative<br>(611, 403);<br>Prejudice (403);<br>Relevance (401,<br>402) | Re: [83:22-83:22]<br>Def Objection -<br>Vague;<br>Compound;<br>Argumentative<br>(611, 403);<br>Prejudice (403);<br>Relevance (401,<br>402)<br>**OVERRULED** |
| **83:23 - 84:2   McNamara, Timothy 3-11-2020**<br>83 23    BY MR. TRACEY:<br>83 24    Q.  Because if you don't deliver the truth<br>84 1    to -- to your customers, they can't make fully<br>84 2    informed decisions, can they? | | Re: [83:24-84:2]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>Prejudice (403);<br>Relevance (401,<br>402) | Re: [83:24-84:2]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>Prejudice (403);<br>Relevance (401,<br>402)<br>**OVERRULED** |
| **84:5 - 84:5   McNamara, Timothy 3-11-2020**<br>84 5    A.  I would say so. | | Re: [84:5-84:5]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403)<br>Foundation (602);<br>Prejudice (403);<br>Relevance (401,<br>402) | Re: [84:5-84:5]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403)<br>Foundation (602);<br>Prejudice (403);<br>Relevance (401,<br>402)<br>**OVERRULED** |

| | | |
|---|---|---|
| **84:17 - 84:24   McNamara, Timothy 3-11-2020**<br>84 17   Q.   Yeah.  So that when -- when Tim McNamara<br>84 18   shows up to talk to a commander on an Army base,<br>84 19   hopefully the commander has learned to trust what you<br>84 20   tell them, right?<br>84 21   A.   Yes.<br>84 22   Q.   Hopefully the commander believes that Tim<br>84 23   McNamara is honest, right?<br>84 24   A.   Absolutely. | **Re: [84:17-85:4]**<br>Def Objection -<br>Foundation (602) | Re: [84:17-85:4]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **85:1 - 85:5   McNamara, Timothy 3-11-2020**<br>85 1   Q.   And that when you say something about a<br>85 2   product, what you are telling him is true.  That's<br>85 3   what you hope for, right?<br>85 4   A.   Yes.<br>85 5   Q.   That's what you should do, isn't it? | **Re: [84:17-85:4]**<br>Def Objection -<br>Foundation (602)<br>**Re: [85:5-85:5]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403) | Re: [84:17-85:4]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [85:5-85:5]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403)<br>**OVERRULED** |
| **85:8 - 85:8   McNamara, Timothy 3-11-2020**<br>85 8   A.   That's the goal, yes. | **Re: [85:8-85:8]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403) | Re: [85:8-85:8]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403)<br>**OVERRULED** |
| **85:10 - 85:11   McNamara, Timothy 3-11-2020**<br>85 10   Q.   And your company should do that, shouldn't<br>85 11   they? | **Re: [85:10-85:11]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [85:10-85:11]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** |
| **85:14 - 85:14   McNamara, Timothy 3-11-2020**<br>85 14   A.   Yes. | **Re: [85:14-85:14]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [85:14-85:14]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** |

| | | | |
|---|---|---|---|
| **85:16 - 85:18   McNamara, Timothy 3-11-2020**<br>85 16      Q.   They should furnish the truth about their<br>85 17      products to you so that you, in turn, can furnish the<br>85 18      truth to the Army? | **Re: [85:16-85:18]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative;<br>Compound (611,<br>403); Foundation<br>(602) | Re: [85:16-85:18]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative;<br>Compound (611,<br>403); Foundation<br>(602)<br>**OVERRULED** | |
| **85:21 - 85:21   McNamara, Timothy 3-11-2020**<br>85 21      A.   I would say so. | **Re: [85:21-85:21]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative;<br>Compound (611,<br>403); Foundation<br>(602) | Re: [85:21-85:21]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative;<br>Compound (611,<br>403); Foundation<br>(602)<br>**OVERRULED** | |
| **85:23 - 85:24   McNamara, Timothy 3-11-2020**<br>85 23      Q.   It would be wrong to conceal the truth<br>85 24      about their products from the Army, wouldn't it? | **Re: [85:23-85:24]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [85:23-85:24]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** | |
| **86:3 - 86:3   McNamara, Timothy 3-11-2020**<br>86 3      A.   I would say so, yes. | **Re: [86:3-86:3]**<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [86:3-86:3]<br>Def Objection -<br>Vague; Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** | |
| **86:18 - 86:20   McNamara, Timothy 3-11-2020**<br>86 18      Q.   Have you ever knowingly not told the truth<br>86 19      about one of your company's products to the military?<br>86 20      A.   No. | | | **Re: [86:18-86:20]**<br>improper counter | **OVERRULED** |
| **87:6 - 87:17   McNamara, Timothy 3-11-2020**<br>87 6      Q.   Okay.  Well, let's look at Exhibit 5.  It<br>87 7      says:<br>87 8      "The short-stemmed UltraFit Plug evaluated<br>87 9      in Tests 213015 and 213017 is the opposite end of the | **Re: [87:6-87:17]**<br>Def Objection -<br>Foundation (602);<br>Prejudice (403); | Re: [87:6-87:17]<br>Def Objection -<br>Foundation (602);<br>Prejudice (403);<br>Relevance (401, | |

| | | | | |
|---|---|---|---|---|
| 87 10 Combat Arms Earplug (see attached drawing).  The 87 11 attached graph is a comparison of the means and 87 12 standard deviations obtained in these two tests.  The 87 13 initial Test 213015 was stopped after eight subjects 87 14 because the results were variable and the NRR was 87 15 quite low (11)." 87 16 Do you see that? 87 17   A.   Yes. | Relevance (401, 402) | 402) **OVERRULED** | | |
| **87:18 - 87:19   McNamara, Timothy 3-11-2020** 87 18   Q.   Do you agree with Ron Kieper that an NRR 87 19 of 11 is quite low? | | | Re: [87:18-87:19] improper counter | SUSTAINED |
| **87:22 - 88:1   McNamara, Timothy 3-11-2020** 87 22   A.   I don't know. 87 23   BY MR. TRACEY: 87 24   Q.   You don't know? 88 1   A.   I don't know. | | | Re: [87:22-88:1] improper counter | SUSTAINED |
| **88:2 - 88:8   McNamara, Timothy 3-11-2020** 88 2   Q.   You never marketed this product to the 88 3 military with an NRR of 11, did you? 88 4   A.   No. 88 5   Q.   You've never seen any sales or marketing 88 6 materials where your company tells the military that 88 7 the NRR on the Combat Arms is 11? 88 8   A.   Not that I know. | Re: [88:2-88:8] Def Objection - Foundation (602); Misstates; Argumentative (611, 403); Relevance (401, 402); Prejudice (403) | Re: [87:24-88:8] Def Objection - Foundation (602); Misstates; Argumentative (611, 403); Relevance (401, 402); Prejudice (403) **OVERRULED** | | |
| **88:21 - 88:23   McNamara, Timothy 3-11-2020** 88 21   Q.   And 22 is how you marketed the product to 88 22 the military for a decade, isn't it? 88 23   A.   In a steady state noise. | | | | |
| **89:1 - 89:7   McNamara, Timothy 3-11-2020** 89 1   Mr. Kieper goes on to say:  "Because the 89 2 UltraFit Plug's stem is so short, it was difficult to 89 3 fit the plug deeply into some subjects' ear canals, 89 4 especially those subjects with medium and larger ear 89 5 canals." 89 6 Do you see that? 89 7   A.   Yes. | Re: [89:1-89:7] Def Objection - Foundation (602); Prejudice (403); Relevance (401, 402) | Re: [89:1-89:7] Def Objection - Foundation (602); Prejudice (403); Relevance (401, 402) **OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| **89:14 - 89:23   McNamara, Timothy 3-11-2020** | **Re: [89:14-89:23]** | Re: [89:14-89:23] | | |
| 89 14    Q.   Do you remember ever doing any training | Def Objection - | Def Objection - | | |
| 89 15    where you disclosed to the American military that | Foundation (602) | Foundation (602) | | |
| 89 16    because the plug stem was so short, it is difficult to | | **OVERRULED** | | |
| 89 17    plug the -- to fit the plug deeply into those with | | | | |
| 89 18    medium and larger ear canals? | | | | |
| 89 19    A.   No. | | | | |
| 89 20    Q.   You've never seen that on any materials | | | | |
| 89 21    that your company gave you to sell this product, have | | | | |
| 89 22    you? | | | | |
| 89 23    A.   No. | | | | |
| **92:8 - 92:11   McNamara, Timothy 3-11-2020** | **Re: [92:8-92:11]** | Re: [92:8-93:3] | | |
| 92 8    Q.   You never did disseminate that information | Def Objection - | Def Objection - | | |
| 92 9    that we see on the page to the American military, did | Foundation (602); | Foundation (602); | | |
| 92 10    you? | Prejudice (403); | Prejudice (403); | | |
| 92 11    A.   No. | Relevance (401, | Relevance (401, | | |
| | 402) | 402) | | |
| | | **OVERRULED** | | |
| **92:12 - 92:13   McNamara, Timothy 3-11-2020** | | | **Re: [92:12-92:13]** | **SUSTAINED** |
| 92 12    Q.   When -- | | | improper counter; | |
| 92 13    A.   Because I don't remember having this. | | | nonresponsive | |
| **92:14 - 92:16   McNamara, Timothy 3-11-2020** | **Re: [92:14-92:16]** | Re: [92:8-93:3] | | |
| 92 14    Q.   Yes.  And that's why you didn't do it in | Def Objection - | Def Objection - | | |
| 92 15    part, I guess, because you can't do it if you don't | Foundation (602); | Foundation (602); | | |
| 92 16    have it, right? | Prejudice (403); | Prejudice (403); | | |
| | Relevance (401, | Relevance (401, | | |
| | 402) | 402) | | |
| | | **OVERRULED** | | |
| **92:19 - 92:19   McNamara, Timothy 3-11-2020** | **Re: [92:19-92:19]** | Re: [92:8-93:3] | | |
| 92 19    A.   I -- yeah. | Def Objection - | Def Objection - | | |
| | Foundation (602); | Foundation (602); | | |
| | Prejudice (403); | Prejudice (403); | | |
| | Relevance (401, | Relevance (401, | | |
| | 402) | 402) | | |
| | | **OVERRULED** | | |
| **93:10 - 93:14   McNamara, Timothy 3-11-2020** | **Re: [93:10-93:14]** | Re: [93:10-93:14] | | |
| 93 10    Q.   I'm talking about the second sentence, | Def Objection - | Def Objection - | | |
| 93 11    second paragraph, that starts out: | Foundation (602) | Foundation (602) | | |
| 93 12    Additionally, the geometry of the ear | | **OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| 93 13 | canal opening sometimes inhibited the deep plug | | | |
| 93 14 | insertion required for maximum attenuation values." | | | |
| **93:18 - 93:19** | **McNamara, Timothy 3-11-2020** | Re: [93:18-93:19] | Re: [93:18-93:19] | |
| 93 18 | Q.   Did you know that information? | Def Objection - | Def Objection - | |
| 93 19 | A.   Not specifically. | Foundation (602) | Foundation (602) | |
| | | | **OVERRULED** | |
| **94:13 - 94:19** | **McNamara, Timothy 3-11-2020** | Re: [94:14-94:19] | Re: [94:14-94:19] | |
| 94 13 | Q.   He goes on to tell Mr. Berger: | Def Objection - | Def Objection - | |
| 94 14 | "When this plug was fitted, the third | Misstates; | Misstates; | |
| 94 15 | flange of the Combat Arms plug could press against the | Argumentative | Argumentative | |
| 94 16 | subject's concha" -- or, sorry -- "the subject's ear | (611, 403); | (611, 403); | |
| 94 17 | canal opening and fold up." | Foundation (602); | Foundation (602); | |
| 94 18 | Did you know that was true with the Combat | Prejudice (403); | Prejudice (403); | |
| 94 19 | Arms Earplug? | Relevance (401, | Relevance (401, | |
| | | 402) | 402) | |
| | | | **OVERRULED** | |
| **94:22 - 94:22** | **McNamara, Timothy 3-11-2020** | Re: [94:22-94:22] | Re: [94:22-94:22] | |
| 94 22 | A.   I was not -- I was not aware of that. | Def Objection - | Def Objection - | |
| | | Misstates; | Misstates; | |
| | | Argumentative | Argumentative | |
| | | (611, 403); | (611, 403); | |
| | | Foundation (602); | Foundation (602); | |
| | | Prejudice (403); | Prejudice (403); | |
| | | Relevance (401, | Relevance (401, | |
| | | 402) | 402) | |
| | | | **OVERRULED** | |
| **95:9 - 95:15** | **McNamara, Timothy 3-11-2020** | Re: [95:9-95:15] | Re: [95:9-95:22] | |
| 95 9 | Q.   You didn't use that sentence when you were | Def Objection - | Def Objection - | |
| 95 10 | selling the product, did you? | Foundation (602); | Foundation (602); | |
| 95 11 | A.   I don't believe so. | Relevance (401, | Relevance (401, | |
| 95 12 | Q.   That wasn't part of your presentations you | 402); | 402); | |
| 95 13 | made when you were training people on how to use the | Argumentative | Argumentative | |
| 95 14 | Combat Arms Earplug, was it? | (611, 403) | (611, 403) | |
| 95 15 | A.   No. | | **OVERRULED** | |
| **95:20 - 95:22** | **McNamara, Timothy 3-11-2020** | Re: [95:20-95:22] | Re: [95:9-95:22] | |
| 95 20 | Q.   It's not in any of your sales materials, | Def Objection - | Def Objection - | |
| 95 21 | is it? | Foundation (602); | Foundation (602); | |
| 95 22 | A.   I don't believe so. | Relevance (401, | Relevance (401, | |
| | | 402); | 402); | |

| | Argumentative (611, 403) | Argumentative (611, 403) **OVERRULED** | | |
|---|---|---|---|---|
| **97:17 - 97:20**   McNamara, Timothy 3-11-2020<br>97 17      Q.   You know, corporations are really just<br>97 18      made up of people, aren't they?<br>97 19      A.   There's a lot of people in a corporation,<br>97 20      yes. | | | Re: [97:17-97:20] improper counter; nonresponsive | **SUSTAINED** |
| **98:8 - 98:9**   McNamara, Timothy 3-11-2020<br>98 8      Q.   People that make decisions every day,<br>98 9      right?  That's what corporations are. | | | Re: [98:8-98:9] improper counter | **SUSTAINED** |
| **98:12 - 98:12**   McNamara, Timothy 3-11-2020<br>98 12      A.   That's what it appears. | | | Re: [98:12-98:12] improper counter | **SUSTAINED** |
| **98:14 - 98:16**   McNamara, Timothy 3-11-2020<br>98 14      Q.   Yeah.  So when we say a corporation made a<br>98 15      decision, what we are really saying is people in a<br>98 16      corporation made a decision, right? | | | | |
| **98:19 - 98:19**   McNamara, Timothy 3-11-2020<br>98 19      A.   I would assume so. | | | | |
| **98:21 - 98:23**   McNamara, Timothy 3-11-2020<br>98 21      Q.   And if people in corporations make<br>98 22      decisions to not -- to not disclose the truth about a<br>98 23      product, we have problems, don't we? | Re: [98:21-98:23] Def Objection - Vague; Argumentative (611, 403); Foundation (602) | Re: [98:21-98:23] Def Objection - Vague; Argumentative (611, 403); Foundation (602) **SUSTAINED** | | |
| **99:2 - 99:4**   McNamara, Timothy 3-11-2020<br>99 2      A.   Not really.<br>99 3      BY MR. TRACEY:<br>99 4      Q.   Really?  That's fine with you? | | | | |
| **99:7 - 99:7**   McNamara, Timothy 3-11-2020<br>99 7      A.   That's -- I don't make those decisions. | | | | |
| **99:9 - 99:11**   McNamara, Timothy 3-11-2020<br>99 9      Q.   What if you did make the decisions?  Would<br>99 10      you -- would you err on the side of telling the truth<br>99 11      or concealing the truth? | | | | |
| **99:15 - 99:15**   McNamara, Timothy 3-11-2020<br>99 15      A.   It depends on -- on the situation. | | | | |

McNamara, Timothy 3-11-2020                                                                                       29

| | | | | |
|---|---|---|---|---|
| **100:14 - 100:22   McNamara, Timothy 3-11-2020**<br>100 14    Q.   Let's read the next sentence and see if<br>100 15    the ambi- -- ambiguities continue.<br>100 16    The next sentence says:  "When the inward<br>100 17    pressure on the UltraFit Plug was released, the Combat<br>100 18    Arms' flanges tended to return to their original shape<br>100 19    and this could loosen the plug, sometimes<br>100 20    imperceptibly to the subject."<br>100 21    Do you see that?<br>100 22    A.   I do. | Re: [100:14-<br>100:22]<br>Def Objection -<br>Foundation (602);<br>Argumentative<br>(611, 403) | Re: [100:14-<br>100:24]<br>Def Objection -<br>Foundation (602);<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **101:5 - 101:10   McNamara, Timothy 3-11-2020**<br>101 5    Q.   Did you -- when you were selling the<br>101 6    product to the military for a decade, did you tell<br>101 7    them in your training that the flanges would return to<br>101 8    their original shape, loosening the plug in a way<br>101 9    that's imperceptible to the subject?<br>101 10    A.   No. | Re: [101:3-<br>101:10]<br>Def Objection -<br>Foundation (602)<br>Re: [101:5-<br>101:10]<br>Def Objection -<br>Foundation (602);<br>Vague;<br>Argumentative<br>(611, 403) | Re: [101:3-<br>101:10]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **101:24 - 102:11   McNamara, Timothy 3-11-2020**<br>101 24    Q.   You don't think a soldier who is on the<br>102 1    battlefield might want to know that this particular<br>102 2    plug, the Combat Arms, would loosen imperceptibly?<br>102 3    You know what "imperceptibly" means, right?<br>102 4    A.   Yes.<br>102 5    Q.   What does that mean?<br>102 6    A.   It -- it -- you know, it -- it can come<br>102 7    out.<br>102 8    Q.   Without him knowing?<br>102 9    A.   Yes.<br>102 10    Q.   Or her?  Without the user knowing --<br>102 11    A.   Yes. | Re: [101:24-<br>102:11]<br>Def Objection -<br>Foundation (602) | Re: [101:24-<br>102:11]<br>Def Objection -<br>Foundation (602)<br>**SUSTAINED** | | |
| **102:12 - 102:14   McNamara, Timothy 3-11-2020**<br>102 12    Q.   -- that it's loosening?<br>102 13    You don't -- you don't find that fact to<br>102 14    be particularly relevant to a soldier? | | | | |

| | | |
|---|---|---|
| **102:17 - 102:23   McNamara, Timothy 3-11-2020**<br>102 17　　A.   If it's fitted properly.<br>102 18　　BY MR. TRACEY:<br>102 19　　Q.   Pardon me?<br>102 20　　A.   If it's fitted properly.<br>102 21　　Q.   What does that mean?<br>102 22　　A.   You ins- -- you insert the plug and -- and<br>102 23　　make sure that the -- it's fitted correctly. | | |
| **102:24 - 103:2   McNamara, Timothy 3-11-2020**<br>102 24　　Q.   And what does that mean?  How do you fit<br>103 1　　it correctly so that it doesn't -- it doesn't press<br>103 2　　against the ear and return to its original shape? | Re: [102:24-<br>103:2]<br>Def Objection -<br>Foundation (602);<br>Compound (611,<br>403) | Re: [102:24-<br>103:2]<br>Def Objection -<br>Foundation (602);<br>Compound (611,<br>403)<br>**OVERRULED** |
| **103:5 - 103:13   McNamara, Timothy 3-11-2020**<br>103 5　　Q.   How does that work?  Tell me that.<br>103 6　　A.   Well, when you insert the plug, then<br>103 7　　you -- you check it to make sure that it does not come<br>103 8　　out during the fitting of the plug.<br>103 9　　Q.   And how -- how do you do that?<br>103 10　　A.   When you put it in, you take it and make<br>103 11　　sure that it -- it does not come out.<br>103 12　　Q.   How do you know whether the flanges are<br>103 13　　returning to their original shape? | Re: [103:5-<br>103:11]<br>Def Objection -<br>Foundation (602)<br>Re: [103:12-<br>103:13]<br>Def Objection -<br>Foundation (602);<br>Vague (611, 403) | Re: [103:5-<br>103:11]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [103:12-<br>103:13]<br>Def Objection -<br>Foundation (602);<br>Vague (611, 403)<br>**OVERRULED** |
| **103:16 - 103:16   McNamara, Timothy 3-11-2020**<br>103 16　　A.   I don't know. | Re: [103:16-<br>103:16]<br>Def Objection -<br>Foundation (602);<br>Vague (611, 403) | Re: [103:16-<br>103:18]<br>Def Objection -<br>Foundation (602);<br>Vague (611, 403)<br>**OVERRULED** |
| **104:15 - 104:20   McNamara, Timothy 3-11-2020**<br>104 15　　Q.   Now, you sold this product and represented<br>104 16　　that the NRR was 22 for over a decade, didn't you, in<br>104 17　　the steady state position?<br>104 18　　A.   Yes.<br>104 19　　Q.   How did you tell the soldiers in your<br>104 20　　training materials how to put the plug in their ear? | Re: [104:15-<br>104:18]<br>Def Objection -<br>Foundation (602)<br>Re: [104:19-<br>104:20]<br>Def Objection - | Re: [104:15-<br>104:18]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [104:19-<br>104:20] |

| | | | | |
|---|---|---|---|---|
| | Vague (611, 403); 3M MIL No. 15 | Def Objection - Vague (611, 403); 3M MIL No. 15 **OVERRULED** | | |
| **104:23 - 105:4   McNamara, Timothy 3-11-2020** | | | | |
| 104 23   A.   How did I or how was the literature<br>104 24   produced?<br>105 1   BY MR. TRACEY:<br>105 2   Q.   Are there -- is it a different answer<br>105 3   whether it's you or the literature?<br>105 4   A.   I mean, I don't know. | | | | |
| **105:5 - 105:7   McNamara, Timothy 3-11-2020** | | | | |
| 105 5   Q.   You don't know whether you -- you gave<br>105 6   different instructions than the literature?<br>105 7   A.   No. I followed the literature. | | | | |
| **107:11 - 107:20   McNamara, Timothy 3-11-2020** | | | | |
| 107 11   Q.   Have you ever -- have you ever seen any<br>107 12   sales or training material where when you -- when you<br>107 13   trained somebody on how to use the Combat Arms plug,<br>107 14   those words are on the materials?<br>107 15   A.   I don't -- I don't remember these words<br>107 16   being on the -- the material.<br>107 17   Q.   Did you tell, when you were selling the<br>107 18   product, that the only way we got an NRR of 22 was by<br>107 19   folding back the flanges so that we got a longer stem<br>107 20   and got a deeper insertion? | **Re: [107:11-107:16]** Def Objection - 3M MIL No. 15; Foundation (602) **Re: [107:17-107:20]** Def Objection - Foundation (602); Argumentative; Misstates (611, 403) | **Re: [107:3-107:16]** Def Objection - 3M MIL No. 15; Foundation (602) **OVERRULED** **Re: [107:17-107:20]** Def Objection - Foundation (602); Argumentative; Misstates (611, 403) **OVERRULED** | | |
| **108:1 - 108:1   McNamara, Timothy 3-11-2020** | | | | |
| 108 1   A.   No. | **Re: [108:1-108:1]** Def Objection - Foundation (602); Argumentative; Misstates (611, 403) | **Re: [108:1-108:1]** Def Objection - Foundation (602); Argumentative; Misstates (611, 403) **OVERRULED** | | |
| **108:3 - 108:3   McNamara, Timothy 3-11-2020** | | | | |
| 108 3   Q.   No. That's the truth, isn't it? | | | **Re: [108:3-108:3]** nonresponsive; improper counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **108:6 - 108:7   McNamara, Timothy 3-11-2020** | | | **Re: [108:6-108:7]** | **SUSTAINED** |
| 108 6      A.   I don't -- I don't -- that's not my area | | | nonresponsive; | |
| 108 7      of responsibility. | | | improper counter | |
| **110:3 - 110:9   McNamara, Timothy 3-11-2020** | **Re: [110:4-110:9]** | **Re: [110:4-110:9]** | | |
| 110 3      BY MR. TRACEY: | Def Objection - | Def Objection - | | |
| 110 4      Q.   Have you ever seen a document in the | Foundation (602) | Foundation (602) | | |
| 110 5      history of marketing or selling the Combat Arms | | **OVERRULED** | | |
| 110 6      Earplug where your company told the world or the | | | | |
| 110 7      military that the only way we got an NRR of 22 is by | | | | |
| 110 8      folding back the flanges? | | | | |
| 110 9      A.   I don't think so. | | | | |
| **111:11 - 111:17   McNamara, Timothy 3-11-2020** | | | **Re: [111:11-** | **SUSTAINED** |
| 111 11      Did you ever wear the Combat Arms | | | **111:17]** | |
| 111 12      Earplugs? | | | improper counter | |
| 111 13      A.   Yes. | | | | |
| 111 14      Q.   When? | | | | |
| 111 15      A.   Various ranges and so forth. | | | | |
| 111 16      Q.   Do you shoot? | | | | |
| 111 17      A.   Yes, I do. | | | | |
| **112:16 - 112:20   McNamara, Timothy 3-11-2020** | | | **Re: [112:16-** | **SUSTAINED** |
| 112 16      Did you fold the flanges back? | | | **112:20]** | |
| 112 17      A.   No. | | | improper counter | |
| 112 18      Q.   You didn't know to fold the flanges back, | | | | |
| 112 19      did you? | | | | |
| 112 20      A.   I didn't -- | | | | |
| **112:23 - 113:2   McNamara, Timothy 3-11-2020** | | | **Re: [112:23-** | **SUSTAINED** |
| 112 23      Q.   Pardon me? | | | **113:2]** | |
| 112 24      A.   I didn't need to. | | | improper counter | |
| 113 1      Q.   How come? | | | | |
| 113 2      A.   They were -- they felt good and -- to me. | | | | |
| **117:21 - 118:16   McNamara, Timothy 3-11-2020** | | | | |
| 117 21      Q.   Okay.  If you flip over, you've got a -- | | | | |
| 117 22      by the way, is this a PowerPoint?  Is this done on a | | | | |
| 117 23      screen or...? | | | | |
| 117 24      A.   Yes -- | | | | |
| 118 1      Q.   Okay. | | | | |
| 118 2      A.   -- a screen. | | | | |
| 118 3      Q.   And when you would go to these | | | | |
| 118 4      distributors and you would -- you would put it on a | | | | |

| | | | | |
|---|---|---|---|---|
| 118 5 | screen, did you also make hard copies for everybody to | | | |
| 118 6 | follow along? | | | |
| 118 7 | A.   I believe so, yes.  I -- I would leave -- | | | |
| 118 8 | I would leave the hard copy in the PowerPoint | | | |
| 118 9 | format -- | | | |
| 118 10 | Q.   Yeah. | | | |
| 118 11 | A.   -- document. | | | |
| 118 12 | Q.   And -- and so -- so somebody had something | | | |
| 118 13 | with them when you left that they could refer to to | | | |
| 118 14 | remind them about what it was that Tim McNamara told | | | |
| 118 15 | us? | | | |
| 118 16 | A.   Yes. | | | |
| **119:1 - 119:10   McNamara, Timothy 3-11-2020** | | | | |
| 119 1 | Q.   Okay.  We'll get to that in a minute. | | | |
| 119 2 | All right.  In any event, so -- so this | | | |
| 119 3 | is -- this is a hard copy of -- of your information. | | | |
| 119 4 | It says "Aearo Company."  You've got E-A-R, AO Safety | | | |
| 119 5 | and Peltor Communications.  Those are the different | | | |
| 119 6 | divisions of Aearo? | | | |
| 119 7 | A.   Correct. | | | |
| 119 8 | Q.   And you -- as you have told us earlier, | | | |
| 119 9 | you are selling safety devices, right? | | | |
| 119 10 | A.   Correct. | | | |
| **120:11 - 120:24   McNamara, Timothy 3-11-2020** | | | | |
| 120 11 | Q.   All right.  Flip over to the page ending | | | |
| 120 12 | in 008 that says "Product Training - EAR," and you'll | | | |
| 120 13 | see the Combat Arms Earplug. | | | |
| 120 14 | Do you see that? | | | |
| 120 15 | A.   Yes. | | | |
| 120 16 | Q.   Now, you point out to the -- to the | | | |
| 120 17 | audience that this is a double-sided product, which it | | | |
| 120 18 | is, right? | | | |
| 120 19 | A.   Yes. | | | |
| 120 20 | Q.   You have a picture of it there on the -- | | | |
| 120 21 | on the camera or on the screen, right? | | | |
| 120 22 | A.   Yes. | | | |
| 120 23 | Q.   Flanges are not folded back, are they? | | | |
| 120 24 | A.   They are not. | | | |

| | | |
|---|---|---|
| **121:1 - 121:8   McNamara, Timothy 3-11-2020**<br>121 1   Q.   If you flip over, you'll see the next<br>121 2   page has a picture of the Combat Arms now in the ear,<br>121 3   doesn't it?<br>121 4   A.   Yes.<br>121 5   Q.   And -- and this is a -- an illustration<br>121 6   that you used to train people about how to insert the<br>121 7   Combat Arms Earplug?<br>121 8   A.   Correct. | **Re: [121:5-121:8]**<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403) | Re: [121:5-121:8]<br>Def Objection -<br>3M MIL No. 15;<br>Relevance (401,<br>402); Prejudice<br>(403)<br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| **121:9 - 121:19   McNamara, Timothy 3-11-2020**<br>121 9   Q.   And what you've got on this<br>121 10   illustration -- this is -- this actually came out of<br>121 11   the marketing department of your company, didn't it?<br>121 12   MS. ELIZABETH:  Objection; foundation.<br>121 13   BY THE WITNESS:<br>121 14   A.   This was not.  I believe, if I remember,<br>121 15   yeah, the -- it was -- I believe it came from CHPPM.<br>121 16   There is CHPPM's name on it, but I don't know who --<br>121 17   Q.   Look at the next page.<br>121 18   A.   I don't know who produced it.<br>121 19   Q.   That's all right. | | | **Re: [121:9-121:19]**<br>improper counter | **OVERRULED** |

| | | |
|---|---|---|
| **121:20 - 121:22   McNamara, Timothy 3-11-2020**<br>121 20   Look at two pages later.  Do you see where<br>121 21   it says "Combat Arms Earplug," "E-A-R" at the top?<br>121 22   A.   Yes. | | | | |

| | | |
|---|---|---|
| **122:12 - 122:20   McNamara, Timothy 3-11-2020**<br>122 12   Q.   And the words at the top next to the two<br>122 13   ears with the "insert yellow" and "insert olive drab,"<br>122 14   those words are identical on both slides, aren't they?<br>122 15   A.   Yes.<br>122 16   Q.   All right.  So let's stay on the one that<br>122 17   has CHPPM at the bottom for a second.<br>122 18   What you're -- what you're doing when you<br>122 19   are training the distributor is the proper way to<br>122 20   insert the Combat Arms Earplug, correct? | **Re: [122:18-122:20]**<br>Def Objection -<br>Misstates (611,<br>403); 3M MIL No.<br>15 | Re: [122:18-122:20]<br>Def Objection -<br>Misstates (611,<br>403); 3M MIL No.<br>15<br>**OVERRULED** | | |

| | | |
|---|---|---|
| **122:23 - 122:23   McNamara, Timothy 3-11-2020**<br>122 23   A.   Yes. | **Re: [122:23-122:23]**<br>Def Objection -<br>Misstates (611, | Re: [122:23-122:23]<br>Def Objection -<br>Misstates (611, | | |

| | | |
|---|---|---|
| | 403); 3M MIL No. 15 | 403); 3M MIL No. 15 **OVERRULED** |

| | | |
|---|---|---|
| **123:1 - 123:16   McNamara, Timothy 3-11-2020**<br>123 1    Q.   And what you tell them when you train them<br>123 2    is -- is you use the words on this page:  "Insert<br>123 3    yellow plugs for weapons fire in dismounted mode,"<br>123 4    true?<br>123 5    A.   Correct.<br>123 6    Q.   And then you say:  "Insert olive drab<br>123 7    plugs for steady state noise in and around aircraft<br>123 8    and noisy vehicles and watercraft," right?<br>123 9    A.   Correct.<br>123 10    Q.   There is not one word on this slide about<br>123 11    folding back the flanges to get an NRR of 22, is<br>123 12    there?<br>123 13    A.   No.<br>123 14    Q.   Not one word about folding back the<br>123 15    flanges under any conditions, is there?<br>123 16    A.   No. | **Re: [123:1-123:16]**<br>**Def Objection - 3M MIL No. 15** | **Re: [123:1-123:16]**<br>Def Objection - 3M MIL No. 15 **OVERRULED** |
| **123:24 - 124:2   McNamara, Timothy 3-11-2020**<br>123 24    Q.   Okay.  There is nothing on this slide<br>124 1    about folding back the flanges so that you get the<br>124 2    results that we got when we tested the product? | **Re: [123:24-124:5]**<br>**Def Objection - Foundation (602); Argumentative (611, 403)** | **Re: [123:24-124:5]**<br>Def Objection - Foundation (602); Argumentative (611, 403) **OVERRULED** |
| **124:5 - 124:5   McNamara, Timothy 3-11-2020**<br>124 5    A.   Correct. | **Re: [123:24-124:5]**<br>**Def Objection - Foundation (602); Argumentative (611, 403)** | **Re: [123:24-124:5]**<br>Def Objection - Foundation (602); Argumentative (611, 403) **OVERRULED** |
| **124:7 - 124:15   McNamara, Timothy 3-11-2020**<br>124 7    Q.   Now, you do tell them on this packet -- on<br>124 8    this presentation, when you are training people about<br>124 9    the proper use of the product, that the olive drab end<br>124 10    gives an NRR of 22 decibels, don't you? | **Re: [124:7-124:15]**<br>**Def Objection - 3M MIL No. 15; Relevance (401,** | **Re: [124:7-124:15]**<br>Def Objection - 3M MIL No. 15; Relevance (401, |

| | | | |
|---|---|---|---|
| 124 11    A.   Yes.<br>124 12    Q.   What you don't tell them, what you don't<br>124 13    reveal to them, is how your company got that NRR,<br>124 14    right?<br>124 15    A.   Correct. | 402); Prejudice (403) | 402); Prejudice (403)<br>**OVERRULED** | |
| **124:16 - 124:16   McNamara, Timothy 3-11-2020**<br>124 16    Q.   You find that to be honest? | | | Re: [124:16-124:16]<br>improper counter | **OVERRULED** |
| **124:19 - 124:19   McNamara, Timothy 3-11-2020**<br>124 19    A.   Yes. | | | Re: [124:19-124:19]<br>improper counter | **OVERRULED** |
| **125:10 - 125:10   McNamara, Timothy 3-11-2020**<br>125 10    What is it about it that's honest? | | | Re: [125:10-125:10]<br>improper counter | **OVERRULED** |
| **125:13 - 125:13   McNamara, Timothy 3-11-2020**<br>125 13    A.   It's a published noise reduction rating. | | | Re: [125:13-125:13]<br>improper counter | **OVERRULED** |
| **125:23 - 126:3   McNamara, Timothy 3-11-2020**<br>125 23    Q.   Have you ever seen anywhere in anything in<br>125 24    the world where Elliott Berger and Ron Kieper revealed<br>126 1    that the way they got the 22 was by folding back the<br>126 2    flanges?<br>126 3    A.   No. | Re: [125:23-126:3]<br>Def Objection - Foundation (602); Relevance (401, 402) | Re: [125:15-126:3]<br>Def Objection - Foundation (602); Relevance (401, 402)<br>**OVERRULED** | | |
| **129:15 - 129:17   McNamara, Timothy 3-11-2020**<br>129 15    Q.   Sometimes you need to use greater<br>129 16    punishment depending on the level of recalcitrance,<br>129 17    don't you? | | | Re: [129:15-129:20]<br>Relevance (403)<br>Foundation,<br>Argumentative,<br>Baker MIL No. 1 (701) | **SUSTAINED** |
| **129:20 - 129:20   McNamara, Timothy 3-11-2020**<br>129 20    A.   Yes. | | | Re: [129:15-129:20]<br>Relevance (403)<br>Foundation,<br>Argumentative,<br>Baker MIL No. 1 (701) | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **130:22 - 130:24   McNamara, Timothy 3-11-2020**<br>130 22    Q.   That's why we have laws, Mr. McNamara,<br>130 23    isn't it?  We have laws with punishment to change<br>130 24    behavior, don't we? | | | **Re: [130:22-<br>131:9]**<br>Relevance (403)<br>Foundation,<br>Argumentative,<br>Baker MIL No. 1<br>(701) | **SUSTAINED** |
| **131:3 - 131:6   McNamara, Timothy 3-11-2020**<br>131 3    A.   It appears.<br>131 4    BY MR. TRACEY:<br>131 5    Q.   Sometimes people won't be honest without<br>131 6    punishment, right? | | | **Re: [130:22-<br>131:9]**<br>Relevance (403)<br>Foundation,<br>Argumentative,<br>Baker MIL No. 1<br>(701) | **SUSTAINED** |
| **131:9 - 131:9   McNamara, Timothy 3-11-2020**<br>131 9    A.   I would assume so. | | | **Re: [130:22-<br>131:9]**<br>Relevance (403)<br>Foundation,<br>Argumentative,<br>Baker MIL No. 1<br>(701) | **SUSTAINED** |
| **132:7 - 132:17   McNamara, Timothy 3-11-2020**<br>132 7    Q.   Okay.  That's your company that you work<br>132 8    for, that's EAR, right, E-A-R?<br>132 9    A.   Yes.<br>132 10    Q.   A division of Aearo?<br>132 11    A.   It is.<br>132 12    Q.   Right?<br>132 13    A.   Yes.<br>132 14    Q.   Okay.  That -- that -- this package says:<br>132 15    "Green end constant protection against constant noise,<br>132 16    NRR of 22," doesn't it?<br>132 17    A.   Yes. | | | | |
| **132:21 - 133:4   McNamara, Timothy 3-11-2020**<br>132 21    Q.   At some point you-all started selling the<br>132 22    product in these blister packs, right?<br>132 23    A.   Yes.<br>132 24    Q.   And on this document, this says -- it<br>133 1    says: "The blister pack includes one pair of | | | | |

| | | | | |
|---|---|---|---|---|
| 133 2    dual-ended Combat Arms Earplugs, a carrying case and<br>133 3    an instruction guide," right?<br>133 4    A.  It does. | | | | |
| **133:9 - 133:15  McNamara, Timothy 3-11-2020**<br>133 9    Q.  So let's flip over to the next page ending<br>133 10    in 31 because then we are back to the Version 2,<br>133 11    aren't we?<br>133 12    A.  We are.<br>133 13    Q.  And that soldier has the yellow end, which<br>133 14    means he is being protected ostensibly against impulse<br>133 15    noise, right? | **Re: [133:13-133:15]**<br>**Def Objection -**<br>**Foundation (602);**<br>**Misstates (611, 403)** | Re: [133:13-133:15]<br>Def Objection -<br>Foundation (602);<br>Misstates (611, 403)<br>**OVERRULED** | | |
| **133:18 - 133:18  McNamara, Timothy 3-11-2020**<br>133 18    A.  It appears to be, yes. | **Re: [133:18-133:18]**<br>**Def Objection -**<br>**Foundation (602);**<br>**Misstates (611, 403)** | Re: [133:18-133:18]<br>Def Objection -<br>Foundation (602);<br>Misstates (611, 403)<br>**OVERRULED** | | |
| **133:20 - 133:21  McNamara, Timothy 3-11-2020**<br>133 20    Q.  Is that soldier properly fitted with the<br>133 21    Combat Arms Earplug in that picture? | **Re: [133:20-133:21]**<br>**Def Objection -**<br>**Foundation (602)** | Re: [133:20-133:21]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **133:24 - 133:24  McNamara, Timothy 3-11-2020**<br>133 24    A.  I believe so. | **Re: [133:24-134:4]**<br>**Def Objection -**<br>**Foundation (602)** | Re: [133:24-134:4]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **134:2 - 134:4  McNamara, Timothy 3-11-2020**<br>134 2    Q.  That's the way you would have told a<br>134 3    soldier to insert the Combat Arms Earplug?<br>134 4    A.  Yes. | **Re: [133:24-134:4]**<br>**Def Objection -**<br>**Foundation (602)** | Re: [133:24-134:4]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **134:5 - 134:6  McNamara, Timothy 3-11-2020**<br>134 5    Q.  Okay.  Is that -- is that largest green<br>134 6    flange touching the soldier's ear? | | | **Re: [134:5-134:6]**<br>improper counter | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **134:9 - 134:12   McNamara, Timothy 3-11-2020** | | | Re: [134:9-134:12]<br>improper counter | **OVERRULED** |
| 134 9 | A.   I don't believe so. | | | |
| 134 10 | BY MR. TRACEY: | | | |
| 134 11 | Q.   Okay.  Is that deep enough into the | | | |
| 134 12 | soldier's ear? | | | |
| **134:15 - 134:20   McNamara, Timothy 3-11-2020** | | | Re: [134:15-134:20]<br>improper counter | **OVERRULED** |
| 134 15 | A.   I don't know. | | | |
| 134 16 | BY MR. TRACEY: | | | |
| 134 17 | Q.   Well, what would you need to know to | | | |
| 134 18 | answer that question? | | | |
| 134 19 | A.   It depends on the individual and -- and | | | |
| 134 20 | the physical makeup of his ear. | | | |
| **135:15 - 136:11   McNamara, Timothy 3-11-2020** | | Re: [135:15-137:4]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403); Prejudice<br>(403); 701; 3M<br>MIL No. 15 | Re: [135:15-137:4]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403); Prejudice<br>(403); 701; 3M<br>MIL No. 15<br>**OVERRULED** | |
| 135 15 | Q.   Okay.  So -- so how would you know?  If | | | |
| 135 16 | you were doing this and you were training and you were | | | |
| 135 17 | teaching, what would you be telling this soldier or | | | |
| 135 18 | his commander about the proper way to fit this plug? | | | |
| 135 19 | A.   Well, I mean, you -- you bring the ear -- | | | |
| 135 20 | ear up to open the pinna, and then you insert the plug | | | |
| 135 21 | as -- as -- as -- as deep as you can.  But you don't | | | |
| 135 22 | want to hurt them. | | | |
| 135 23 | Q.   Okay. | | | |
| 135 24 | A.   And then check the seal to make sure that | | | |
| 136 1 | it does not come out. | | | |
| 136 2 | Q.   Okay. | | | |
| 136 3 | A.   Just tug -- you know, tug it just very | | | |
| 136 4 | little, and -- and that should be the -- the -- it | | | |
| 136 5 | should be seated properly. | | | |
| 136 6 | Q.   Okay.  You didn't mention folding back the | | | |
| 136 7 | flanges, right? | | | |
| 136 8 | A.   No. | | | |
| 136 9 | Q.   Because that -- you weren't taught to | | | |
| 136 10 | mention that, right? | | | |
| 136 11 | A.   No. | | | |
| **136:12 - 136:24   McNamara, Timothy 3-11-2020** | | Re: [135:15-137:4]<br>Def Objection -<br>Foundation (602);<br>Misstates (611, | Re: [135:15-137:4]<br>Def Objection -<br>Foundation (602);<br>Misstates (611, | |
| 136 12 | Q.   Okay.  And so when you were doing the | | | |
| 136 13 | training, there would be no discussion, as you've told | | | |
| 136 14 | us earlier, about folding back the flanges to get a | | | |
| 136 15 | proper seal, right? | | | |

| | | |
|---|---|---|
| 136 16    A.   Correct.<br>136 17    Q.   Yeah.<br>136 18    And so since you weren't told that you --<br>136 19    you weren't taught it, you didn't teach it yourself?<br>136 20    A.   Correct.<br>136 21    Q.   And so when you were teaching it, you<br>136 22    would have told this soldier in this picture to do it<br>136 23    exactly the way you just described it?<br>136 24    A.   Yes. | 403); Prejudice<br>(403); 701; 3M<br>MIL No. 15 | 403); Prejudice<br>(403); 701; 3M<br>MIL No. 15<br>**OVERRULED** |
| **137:1 - 137:6   McNamara, Timothy 3-11-2020**<br>137 1    Q.   Yes.  And tell me again how we know if<br>137 2    it's seated properly?<br>137 3    A.   You insert it as -- as far as you can<br>137 4    until there is discomfort.<br>137 5    Q.   Okay.  And that should work, right, it<br>137 6    should protect them? | **Re: [135:15-<br>137:4]**<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403); Prejudice<br>(403); 701; 3M<br>MIL No. 15<br>**Re: [137:5-137:6]**<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15 | Re: [135:15-<br>137:4]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403); Prejudice<br>(403); 701; 3M<br>MIL No. 15<br>**OVERRULED**<br>Re: [137:5-137:6]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** |
| **137:9 - 137:9   McNamara, Timothy 3-11-2020**<br>137 9    A.   Yes. | **Re: [137:9-137:9]**<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15 | Re: [137:9-137:9]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** |
| **137:23 - 138:9   McNamara, Timothy 3-11-2020**<br>137 23    Q.   There is nothing on this page that talks<br>137 24    about folding back the flanges, is there?<br>138 1    A.   No.<br>138 2    Q.   And there is no illustration of the plug | **Re: [138:9-138:9]**<br>Def Objection -<br>Foundation (602);<br>Argumentative | Re: [138:9-138:9]<br>Def Objection -<br>Foundation (602);<br>Argumentative<br>(611, 403); No |

| Testimony | | | |
|---|---|---|---|
| 138 3   with the flanges folded back?<br>138 4   A. No.<br>138 5   Q. Have you yourself ever seen your company<br>138 6   in the history of making this product print up an<br>138 7   illustration for marketing and sales purposes with the<br>138 8   flanges folded back?<br>138 9   A. I don't remember seeing it. | (611, 403); No question | question<br>**OVERRULED** | |
| **138:5 - 138:8   McNamara, Timothy 3-11-2020**<br>138 5   Q. Have you yourself ever seen your company<br>138 6   in the history of making this product print up an<br>138 7   illustration for marketing and sales purposes with the<br>138 8   flanges folded back? | | | **Re: [138:5-138:8]** improper counter — **SUSTAINED** |
| **138:22 - 139:4   McNamara, Timothy 3-11-2020**<br>138 22   You yourself have never seen a company<br>138 23   document or -- or brochure, sales sheet, where they<br>138 24   illustrated the Combat Arms Version 2 with the flanges<br>139 1   folded back?<br>139 2   A. Not that I can remember.<br>139 3   Q. No. And that would be consistent with how<br>139 4   you were trained, which was not to fold them back? | Re: [138:22-139:2] Def Objection - Foundation (602) Re: [139:3-139:4] Def Objection - Misstates (611, 403); 3M MIL No. 15 | Re: [138:22-139:2] Def Objection - Foundation (602) **OVERRULED** Re: [139:3-139:4] Def Objection - Misstates (611, 403); 3M MIL No. 15 **OVERRULED** | |
| **139:7 - 139:7   McNamara, Timothy 3-11-2020**<br>139 7   A. I believe so. | Re: [139:7-139:7] Def Objection - Misstates (611, 403); 3M MIL No. 15 | Re: [139:7-139:7] Def Objection - Misstates (611, 403); 3M MIL No. 15 **OVERRULED** | |
| **140:2 - 140:11   McNamara, Timothy 3-11-2020**<br>140 2   Q. Well, you used illustrations, didn't you?<br>140 3   A. Yes.<br>140 4   Q. We've looked at them?<br>140 5   A. Yes.<br>140 6   Q. Your company used them to sell the<br>140 7   product, didn't they?<br>140 8   A. It was an aid, yes.<br>140 9   Q. Yeah. What is better in teaching somebody | | | **Re: [140:9-140:14]** (701, 602, 403) — **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 140 10    the proper use of a product, what is better than an<br>140 11    illustration? | | | | |
| **140:14 - 140:14   McNamara, Timothy 3-11-2020**<br>140 14    A.  I don't know. | | | **Re: [140:9-<br>140:14]**<br>(701, 602, 403) | **OVERRULED** |
| **140:16 - 140:23   McNamara, Timothy 3-11-2020**<br>140 16    Q.   Can you think of anything better?<br>140 17    A.   No.<br>140 18    Q.   No.  I mean, your entire PowerPoint was on<br>140 19    a screen for everybody to see, right?<br>140 20    A.   Correct.<br>140 21    Q.   You wanted them to see what you were<br>140 22    talking about, right?<br>140 23    A.   Yes. | | | | |
| **141:11 - 141:12   McNamara, Timothy 3-11-2020**<br>141 11    Q.   Are you trying to help 3M in this case<br>141 12    today? | | | | |
| **141:11 - 141:19   McNamara, Timothy 3-11-2020**<br>141 11    Q.   Are you trying to help 3M in this case<br>141 12    today?<br>141 13    MS. ELIZABETH:  Objection; form.<br>141 14    BY THE WITNESS:<br>141 15    A.   I have -- I have no -- no.<br>141 16    BY MR. TRACEY:<br>141 17    Q.   It feels like you are trying to help them<br>141 18    to me.  You're not?<br>141 19    A.   No. | **Re: [141:11-<br>141:19]**<br>Plt Objection -<br>improper counter | **Re: [141:11-<br>141:19]**<br>Plt Objection -<br>improper counter<br>designation per<br>PTO 64<br>**SUSTAINED** | | |
| **141:22 - 141:24   McNamara, Timothy 3-11-2020**<br>141 22    A.   I'm telling the truth and it doesn't<br>141 23    matter if it's -- you know, if I'm hurting 3M or<br>141 24    anybody else.  I'm telling the truth. | | | | |
| **144:1 - 144:3   McNamara, Timothy 3-11-2020**<br>144 1    Q.   You don't work for 3M or Aearo and haven't<br>144 2    in over a decade, have you?<br>144 3    A.   I have not. | **Re: [144:1-144:3]**<br>Plt Objection -<br>improper counter | **Re: [144:1-144:3]**<br>Plt Objection -<br>improper counter<br>designation per<br>PTO 64<br>**SUSTAINED** | | |

| | | |
|---|---|---|
| **144:22 - 145:8   McNamara, Timothy 3-11-2020** | | |
| 144 22    Q.   Okay.  Flip over to Page 34, please, sir. | | |
| 144 23    What is this document?  Is this a sell | | |
| 144 24    sheet? | | |
| 145 1    A.   Yes.  It's a piece of literature, yes. | | |
| 145 2    Q.   So -- but is this -- is there a technical | | |
| 145 3    term for this, like a sell sheet? | | |
| 145 4    A.   I believe so. | | |
| 145 5    Q.   Yeah, okay. | | |
| 145 6    So I've seen this called a sell sheet, so | | |
| 145 7    if I use that term, you are familiar with it? | | |
| 145 8    A.   Yes. | | |
| **145:9 - 145:12   McNamara, Timothy 3-11-2020** | | |
| 145 9    Q.   And -- and in big bold letters at the top, | | |
| 145 10    all boxed, it says:  "Reading this could save your | | |
| 145 11    life," doesn't it? | | |
| 145 12    A.   Yes. | | |
| **145:13 - 145:15   McNamara, Timothy 3-11-2020** | | |
| 145 13    Q.   And this was given to the base commanders | | |
| 145 14    and end users, wasn't it? | | |
| 145 15    A.   I don't remember. | | |
| **145:16 - 145:18   McNamara, Timothy 3-11-2020** | | |
| 145 16    Q.   Well, what did you use sell sheets for? | | |
| 145 17    A.   To support the product -- the sales | | |
| 145 18    process. | | |
| **146:16 - 146:22   McNamara, Timothy 3-11-2020** | Re: [146:19-146:22] Def Objection - Foundation (602); Misstates; Argumentative (611, 403) | Re: [146:19-146:22] Def Objection - Foundation (602); Misstates; Argumentative (611, 403) |
| 146 16    Q.   And we've got a picture of a soldier up | | **OVERRULED** |
| 146 17    top.  It says "Combat Arms Earplugs," right? | | |
| 146 18    A.   Correct. | | |
| 146 19    Q.   And what you're explaining is that this is | | |
| 146 20    a very serious document that needs -- that could have | | |
| 146 21    lifesaving implications, that's what you tell the end | | |
| 146 22    user, don't you? | | |
| **147:1 - 147:1   McNamara, Timothy 3-11-2020** | Re: [147:1-147:1] Def Objection - Foundation (602); Misstates; Argumentative (611, 403) | Re: [147:1-147:1] Def Objection - Foundation (602); Misstates; Argumentative |
| 147 1    A.   Yes. | | |

| | | | |
|---|---|---|---|
| | | (611, 403) **OVERRULED** | |
| **147:3 - 147:4   McNamara, Timothy 3-11-2020** | **Re: [147:3-147:4]** | **Re: [147:3-147:4]** | |
| 147 3     Q.    And that is designed to get the attention | Def Objection - | Def Objection - | |
| 147 4     of the combat soldier, isn't it? | Foundation (602) | Foundation (602) **OVERRULED** | |
| **147:7 - 147:23   McNamara, Timothy 3-11-2020** | **Re: [147:7-147:7]** | **Re: [147:7-147:7]** | |
| 147 7     A.   I believe so. | Def Objection - | Def Objection - | |
| 147 8     BY MR. TRACEY: | Foundation (602) | Foundation (602) | |
| 147 9     Q.   Yeah. | **Re: [147:9-148:9]** | **OVERRULED** | |
| 147 10    After you tell them, whoever is looking at | Def Objection - | **Re: [147:9-148:9]** | |
| 147 11    this, that "Reading this could save your life," there | Foundation (602) | Def Objection - | |
| 147 12    is then a couple of paragraphs, isn't there? | | Foundation (602) | |
| 147 13    A.   Yes. | | **OVERRULED** | |
| 147 14    Q.    You tell them this is:  "More than a | | | |
| 147 15    hearing protector.  The Combat Arms Earplugs not only | | | |
| 147 16    provide hearing protection, they help provide | | | |
| 147 17    situational awareness by protecting against concussive | | | |
| 147 18    disorientation effects with impulse noise (weapons | | | |
| 147 19    fire, improvised explosive devices, et cetera)." | | | |
| 147 20    Those are the claims that you make after | | | |
| 147 21    you tell them that reading this could save their life. | | | |
| 147 22    True? | | | |
| 147 23    A.   Yes. | | | |
| **147:24 - 148:9   McNamara, Timothy 3-11-2020** | **Re: [147:9-148:9]** | **Re: [147:9-148:9]** | |
| 147 24    Q.   You go on to say that: | Def Objection - | Def Objection - | |
| 148 1     "The patented Hear-Through design allows | Foundation (602) | Foundation (602) | |
| 148 2     wearers to hear low-level sounds critical to mission | | **OVERRULED** | |
| 148 3     safety - conversation, footsteps, rifle bolts, | | | |
| 148 4     approaching enemies.  When needed, the plug-in filter | | | |
| 148 5     reacts to provide instant protection from high-level | | | |
| 148 6     noises.  It's that easy.  It's that quick." | | | |
| 148 7     That's what you tell them after you tell | | | |
| 148 8     them that reading this could save their lives? | | | |
| 148 9     A.   That's what it says, yes. | | | |
| **148:1 - 148:12   McNamara, Timothy 3-11-2020** | **Re: [147:9-148:9]** | **Re: [147:9-148:9]** | |
| 148 1     "The patented Hear-Through design allows | Def Objection - | Def Objection - | |
| 148 2     wearers to hear low-level sounds critical to mission | Foundation (602) | Foundation (602) | |
| 148 3     safety - conversation, footsteps, rifle bolts, | | **OVERRULED** | |

| | | | |
|---|---|---|---|
| 148 4 approaching enemies.  When needed, the plug-in filter<br>148 5 reacts to provide instant protection from high-level<br>148 6 noises.  It's that easy.  It's that quick."<br>148 7 That's what you tell them after you tell<br>148 8 them that reading this could save their lives?<br>148 9 A.   That's what it says, yes.<br>148 10 Q.   The implication, Mr. McNamara, is this is<br>148 11 a serious device, a serious protective device that<br>148 12 could have lifesaving implications? | Re: [148:10-<br>148:12]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403) | Re: [148:10-<br>148:12]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>OVERRULED | |
| 148:10 - 148:12   McNamara, Timothy 3-11-2020<br>148 10 Q.   The implication, Mr. McNamara, is this is<br>148 11 a serious device, a serious protective device that<br>148 12 could have lifesaving implications? | Re: [148:10-<br>148:12]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403) | Re: [148:10-<br>148:12]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>OVERRULED | |
| 148:14 - 148:16   McNamara, Timothy 3-11-2020<br>148 14 BY MR. TRACEY:<br>148 15 Q.   Right?<br>148 16 A.   It is. | Re: [148:15-<br>148:16]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403) | Re: [148:15-<br>148:16]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>OVERRULED | |
| 148:17 - 148:24   McNamara, Timothy 3-11-2020<br>148 17 Q.   And then -- and then you have another<br>148 18 illustration at the bottom, don't you:  "Dual-ended<br>148 19 design meets critical protection needs."  And we have<br>148 20 another illustration of the plug in the ear, right?<br>148 21 A.   Yes.<br>148 22 Q.   And is this the proper insertion technique<br>148 23 for the Combat Arms Earplug or insertion that we see<br>148 24 on the screen? | Re: [148:17-<br>148:24]<br>Def Objection -<br>Foundation (602) | Re: [148:17-<br>148:24]<br>Def Objection -<br>Foundation (602)<br>OVERRULED | |
| 149:3 - 149:6   McNamara, Timothy 3-11-2020<br>149 3 A.   It appears so.<br>149 4 BY MR. TRACEY:<br>149 5 Q.   Okay.  It's got the green end and the<br>149 6 yellow end both inserted the exact same way, right? | Re: [149:3-149:6]<br>Def Objection -<br>Foundation (602) | Re: [149:3-149:6]<br>Def Objection -<br>Foundation (602)<br>OVERRULED | |

**149:9 - 149:14   McNamara, Timothy 3-11-2020**

| | | | | |
|---|---|---|---|---|
| 149  9 | A.   Yes. | **Re: [149:9-149:9]** | Re: [149:9-149:9] | |
| 149  10 | BY MR. TRACEY: | Def Objection - Foundation (602) | Def Objection - Foundation (602) | |
| 149  11 | Q.   That is what you are disclosing to the | **Re: [149:11-149:14]** | **OVERRULED** | |
| 149  12 | world, to the combat soldier whose life may depend on | Def Objection - Foundation (602); | Re: [149:11-149:14] | |
| 149  13 | this, is the proper way to insert this plug when they | Misstates; Compound; | Def Objection - Foundation (602); | |
| 149  14 | are using the yellow or the green end? | Argumentative (611, 403) | Misstates; Compound; Argumentative (611, 403) **OVERRULED** | |

**149:17 - 149:17   McNamara, Timothy 3-11-2020**

| | | | | |
|---|---|---|---|---|
| 149  17 | A.   Yes. | **Re: [149:17-149:17]** Def Objection - Foundation (602); Misstates; Compound; Argumentative (611, 403) | Re: [149:17-149:17] Def Objection - Foundation (602); Misstates; Compound; Argumentative (611, 403) **OVERRULED** | |

**149:19 - 149:22   McNamara, Timothy 3-11-2020**

| | | | | |
|---|---|---|---|---|
| 149  19 | Q.   There is no disclosure on this document | **Re: [149:19-149:22]** Def Objection - Foundation (602); Misstates; Compound; Argumentative (611, 403) | Re: [149:19-149:22] Def Objection - Foundation (602); Misstates; Compound; Argumentative (611, 403) **SUSTAINED as to "in truth and in fact." OVERRULED in all other respects.** | |
| 149  20 | that in truth and in fact your company tested the | | | |
| 149  21 | green end and the yellow end in different ways, is | | | |
| 149  22 | there? | | | |

**150:1 - 150:1   McNamara, Timothy 3-11-2020**

| | | | | |
|---|---|---|---|---|
| 150  1 | A.   No. | **Re: [150:1-150:1]** Def Objection - Foundation (602); Misstates; | Re: [150:1-150:1] Def Objection - Foundation (602); Misstates; | |

| | | | |
|---|---|---|---|
| | Compound; Argumentative (611, 403) | Compound; Argumentative (611, 403) OVERRULED | | |
| **152:17 - 152:23   McNamara, Timothy 3-11-2020**<br>152 17    Q.   Do you understand how noise reduction<br>152 18    ratings work?<br>152 19    A.   Basically.<br>152 20    Q.   Do you understand it to be a scientific<br>152 21    fact that an NRR of 11 is actually protective -- that<br>152 22    has 90 percent less protection than when you have a<br>152 23    NRR of 22? | Re: [152:17-152:23]<br>Def Objection - Foundation (602); Argumentative (611, 403) | Re: [152:17-152:23]<br>Def Objection - Foundation (602); Argumentative (611, 403) OVERRULED | | |
| **153:2 - 153:6   McNamara, Timothy 3-11-2020**<br>153 2    A.   Based on 11 and 22, yes.<br>153 3    BY MR. TRACEY:<br>153 4    Q.   Yeah.  So if you're claiming that the<br>153 5    product has an NRR of 22 and it actually has an NRR of<br>153 6    11, that's 10 percent of the actual protection? | Re: [153:2-153:6]<br>Def Objection - Foundation (602) | Re: [153:2-153:6]<br>Def Objection - Foundation (602) OVERRULED | | |
| **153:9 - 153:9   McNamara, Timothy 3-11-2020**<br>153 9    A.   That is in a steady state noise, yes. | Re: [153:9-153:9]<br>Def Objection - Foundation (602); Argumentative; Misstates (611, 403) | Re: [153:9-153:21]<br>Def Objection - Foundation (602); Argumentative; Misstates (611, 403) OVERRULED | | |
| **155:22 - 156:1   McNamara, Timothy 3-11-2020**<br>155 22    Q.   What if in truth and in fact your product<br>155 23    when it was used as we see on the screen preside --<br>155 24    provided no protection, zero, is the combat soldier<br>156 1    entitled to know that? | | | Re: [155:22-156:5]<br>701 | **OVERRULED** |
| **156:5 - 156:5   McNamara, Timothy 3-11-2020**<br>156 5    A.   Yes. | | | Re: [155:22-156:5]<br>701 | **OVERRULED** |
| **157:10 - 157:13   McNamara, Timothy 3-11-2020**<br>157 10    And you told the jury, you looked the jury<br>157 11    in the eye, you are on the camera, you looked the jury | Re: [157:10-157:13]<br>Def Objection - Foundation (602); | Re: [157:9-157:13]<br>Def Objection - Foundation (602); | | |

| | | | |
|---|---|---|---|
| 157 12   in the eye, and you said, Combat soldier is not<br>157 13   entitled to know those facts, right? | Asked;<br>Argumentative<br>(611, 403) | Asked;<br>Argumentative<br>(611, 403)<br>**SUSTAINED as<br>to "you looked the<br>jury in the eye,<br>you are on the<br>camera, you<br>looked the jury in<br>the eye, and you<br>said"<br>OVERRULED in<br>all other respects.** | |
| **157:17 - 157:18   McNamara, Timothy 3-11-2020**<br>157 17      A.   They're -- I mean, they're entitled to<br>157 18      know the effectiveness of the product. | **Re: [157:17-<br>157:18]**<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403) | Re: [157:17-<br>157:18]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403)<br>**OVERRULED** | |
| **158:1 - 158:9   McNamara, Timothy 3-11-2020**<br>158 1      Q.   Well, you do know, Mr. McNamara.  We've<br>158 2      been talking about it all morning.  You never<br>158 3      disclosed to anyone in the history of selling this<br>158 4      product, in the history of going out to the -- to the<br>158 5      military bases, which you did weekly, and you were<br>158 6      pedaling this product, not one time did you tell<br>158 7      anybody that the only way to get to 22 is to fold the<br>158 8      flanges back, right?<br>158 9      A.   That I can remember, yes. | | | |
| **159:3 - 159:9   McNamara, Timothy 3-11-2020**<br>159 3      Q.   Well, you agreed with me that if it was<br>159 4      100 percent -- if it was no protection, that if it was<br>159 5      100 percent ineffective, they are entitled to know<br>159 6      that.  You told me that, right?<br>159 7      A.   Yes.<br>159 8      Q.   So if -- are they entitled to know if it's<br>159 9      95 percent ineffective? | | **Re: [159:3-159:9]**<br>improper counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **159:13 - 159:19   McNamara, Timothy 3-11-2020** | | | **Re: [159:13-159:19]** nonresponsive; improper counter | **SUSTAINED** |
| 159 13    A.   The noise reduction rating was 22 and that<br>159 14    was -- that was how we, to the best of my knowledge,<br>159 15    got that -- got that noise reduction rating.<br>159 16    BY MR. TRACEY:<br>159 17    Q.   Understood.  That was to the best of your<br>159 18    knowledge, right?<br>159 19    A.   Yes, yes. | | | | |
| **161:4 - 161:5   McNamara, Timothy 3-11-2020** | | | **Re: [161:4-161:8]** Vague (403, 602) | **OVERRULED** |
| 161 4    Q.   But it wasn't -- you weren't training<br>161 5    anybody to use the product as it was tested, were you? | | | | |
| **161:8 - 161:8   McNamara, Timothy 3-11-2020** | | | **Re: [161:4-161:8]** Vague (403, 602) | **OVERRULED** |
| 161 8    A.   No. | | | | |
| **163:2 - 163:4   McNamara, Timothy 3-11-2020** | | | | |
| 163 2    Q.   You don't feel like they should have<br>163 3    disclosed to you how they in truth and fact got the<br>163 4    NRR of 22? | | | | |
| **163:7 - 163:7   McNamara, Timothy 3-11-2020** | | | | |
| 163 7    A.   No. | | | | |
| **163:9 - 163:10   McNamara, Timothy 3-11-2020** | | | **Re: [163:9-163:13]** (701, 602, 403) | **OVERRULED** |
| 163 9    Q.   You wouldn't have disclosed it, or would<br>163 10    you? | | | | |
| **163:13 - 163:13   McNamara, Timothy 3-11-2020** | | | **Re: [163:9-163:13]** (701, 602, 403) | **OVERRULED** |
| 163 13    A.   I don't know. | | | | |
| **169:21 - 170:2   McNamara, Timothy 3-11-2020** | **Re: [169:21-170:2]** Def Objection - Foundation (602); Compound; Misstates; Argumentative (611, 403) | **Re: [169:21-170:2]** Def Objection - Foundation (602); Compound; Misstates; Argumentative (611, 403) **SUSTAINED** | | |
| 169 21    Q.   Can you think of anything that just sort<br>169 22    of pops into your mind -- as somebody who sold hearing<br>169 23    protection products for 38 years, can you think of<br>169 24    anything that is a negative on the product that you<br>170 1    believe it would be unethical to conceal from the end<br>170 2    user? | | | | |
| **170:5 - 170:5   McNamara, Timothy 3-11-2020** | **Re: [170:5-170:5]** Def Objection - Foundation (602); Compound: | **Re: [170:5-170:5]** Def Objection - Foundation (602); Compound: | | |
| 170 5    A.   No. | | | | |

| | | | |
|---|---|---|---|
| | Misstates;<br>Argumentative<br>(611, 403) | Misstates;<br>Argumentative<br>(611, 403)<br>**SUSTAINED** | |
| **191:4 - 191:6   McNamara, Timothy 3-11-2020** | | | |
| 191 4    MR. TRACEY:  I'm going to do this one, 925. | | | |
| 191 5    It's Exhibit 6? | | | |
| 191 6    MR. OLIVO:  Yes.  Exhibit 6. | | | |
| **191:9 - 191:24   McNamara, Timothy 3-11-2020** | **Re: [191:9-**<br>**191:24]** | Re: [191:9-<br>191:24] | |
| 191 9    Q.   Mr. McNamara, this is an e-mail from | Def Objection - | Def Objection - | |
| 191 10    Elliott Berger to Brian Myers, dated May the 12th, | Foundation (602); | Foundation (602); | |
| 191 11    2000, and the subject is, "REAT on the Combat Arms." | Relevance (401, | Relevance (401, | |
| 191 12    Do you see that? | 402) | 402) | |
| 191 13    A.   Yes. | | **OVERRULED** | |
| 191 14    Q.   Have you seen this document before today? | | | |
| 191 15    A.   No. | | | |
| 191 16    Q.   It says:  "Here are the data on the | | | |
| 191 17    UltraFit end of the Combat Arms.  Note the original | | | |
| 191 18    study was stopped with eight subjects.  The second | | | |
| 191 19    study was with folded-back flanges on the end sticking | | | |
| 191 20    out of the ear.  Should I share this with Ohlin?  It | | | |
| 191 21    looks like the existing product has problems unless | | | |
| 191 22    the user instructions are revised." | | | |
| 191 23    Did I read that correctly? | | | |
| 191 24    A.   You did. | | | |
| **192:1 - 192:2   McNamara, Timothy 3-11-2020** | **Re: [192:1-192:2]** | Re: [192:1-192:2] | |
| 192 1    Q.   Do you know, did you share the information | Def Objection - | Def Objection - | |
| 192 2    in this e-mail about the REAT testing with Doug Ohlin? | Foundation (602); | Foundation (602); | |
| | Compound (611, | Compound (611, | |
| | 403); Relevance | 403); Relevance | |
| | (401, 402) | (401, 402) | |
| | | **OVERRULED** | |
| **192:5 - 192:5   McNamara, Timothy 3-11-2020** | **Re: [192:5-192:5]** | Re: [192:5-192:5] | |
| 192 5    A.   No. | Def Objection - | Def Objection - | |
| | Foundation (602); | Foundation (602); | |
| | Compound (611, | Compound (611, | |
| | 403); Relevance | 403); Relevance | |
| | (401, 402) | (401, 402) | |
| | | **OVERRULED** | |

| | | |
|---|---|---|
| **192:7 - 192:9   McNamara, Timothy 3-11-2020**<br>192 7     Q.   Did you know in May of 2000 that Elliott<br>192 8     Berger believed that the Combat Arms Earplug had<br>192 9     problems unless the user instructions were revised? | Re: [192:7-192:9]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402) | Re: [192:7-192:9]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402)<br>**SUSTAINED** |
| **192:12 - 192:12   McNamara, Timothy 3-11-2020**<br>192 12     A.   No. | Re: [192:12-<br>193:1]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402) | Re: [192:11-<br>193:1]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402)<br>**OVERRULED** |
| **192:13 - 193:1   McNamara, Timothy 3-11-2020**<br>192 13     BY MR. TRACEY:<br>192 14     Q.   Did anybody ever bring this to your<br>192 15     attention in the ten years you were selling this<br>192 16     product?<br>192 17     A.   No.<br>192 18     Q.   So as we sit here, this is the first time<br>192 19     today that you're seeing this document?<br>192 20     A.   Yes.<br>192 21     Q.   This is the first time you're seeing<br>192 22     Elliott Berger asking the question to Brian Myers<br>192 23     about sharing the content of the flange report with<br>192 24     Doug Ohlin?<br>193 1     A.   Yes. | Re: [192:12-<br>193:1]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402) | Re: [192:11-<br>193:1]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402)<br>**OVERRULED** |
| **192:14 - 193:1   McNamara, Timothy 3-11-2020**<br>192 14     Q.   Did anybody ever bring this to your<br>192 15     attention in the ten years you were selling this<br>192 16     product?<br>192 17     A.   No.<br>192 18     Q.   So as we sit here, this is the first time<br>192 19     today that you're seeing this document?<br>192 20     A.   Yes.<br>192 21     Q.   This is the first time you're seeing<br>192 22     Elliott Berger asking the question to Brian Myers<br>192 23     about sharing the content of the flange report with | Re: [192:12-<br>193:1]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402) | Re: [192:11-<br>193:1]<br>Def Objection -<br>Foundation (602);<br>Relevance (401,<br>402)<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 192 24     Doug Ohlin?<br>193 1       A.  Yes. | | | | |
| **193:11 - 193:16   McNamara, Timothy 3-11-2020** | | | | |
| 193 11     Q.   Okay.  Were you asked to share any<br>193 12     problems with the American military about this<br>193 13     existing product?<br>193 14     A.  No.<br>193 15     Q.   Were you consulted about revising<br>193 16     instructions to try to cure the existing problems? | | | | |
| **193:19 - 193:19   McNamara, Timothy 3-11-2020** | | | | |
| 193 19     A.  No. | | | | |
| **194:2 - 194:8   McNamara, Timothy 3-11-2020** | | | Re: [194:2-194:8]<br>improper counter | **OVERRULED** |
| 194 2     Q.   Have you ever been consulted by the<br>194 3     technical people at Aearo about the content of user<br>194 4     instructions?<br>194 5     A.  No.<br>194 6     Q.   Have you ever had any input at all into<br>194 7     what user instructions go into a product?<br>194 8     A.  No. | | | | |
| **195:1 - 195:9   McNamara, Timothy 3-11-2020** | | | | |
| 195 1     (WHEREUPON, a certain document was<br>195 2     marked Timothy McNamara Deposition<br>195 3     Exhibit No. 7, for identification, as<br>195 4     of 03/11/2020.)<br>195 5     BY MR. TRACEY:<br>195 6     Q.   Mr. McNamara, this next exhibit is<br>195 7     something called "Tim's Military Installation<br>195 8     Priorities."  It's Exhibit No. --<br>195 9     MR. OLIVO:  Seven? | | | | |
| **196:8 - 196:10   McNamara, Timothy 3-11-2020** | | | | |
| 196 8     Q.   And we say -- on the left we see the<br>196 9     installation that you intend to visit?<br>196 10     A.  Yes. | | | | |
| **196:20 - 197:9   McNamara, Timothy 3-11-2020** | | | | |
| 196 20     Q.   And then we see the -- the installations,<br>196 21     we see Fort Bragg, Fort Benning, Fort Hood, Fort<br>196 22     Stewart, Fort Jackson, Fort Campbell, Fort Riley, Fort<br>196 23     Carson, Camp Lejeune, Fort Bragg, Fort Drum, Fort | | | | |

| | | | | |
|---|---|---|---|---|
| 196 24 | Lewis, Camp Pendleton again, Twentynine Palms, | | | |
| 197 1 | Schofield Barracks, Fort Irwin, Fort Belvoir, Langley | | | |
| 197 2 | Air Force Base, Scott Air Force Base, Fort Leonard | | | |
| 197 3 | Wood, Norfolk naval installations, and Fort Lee. | | | |
| 197 4 | Did I read all of that right? | | | |
| 197 5 | A.   Yes, you did. | | | |
| 197 6 | Q.   And those are all installations that | | | |
| 197 7 | according to this document you going to hopefully | | | |
| 197 8 | visit; is that right? | | | |
| 197 9 | A.   Correct. | | | |
| **198:6 - 199:5   McNamara, Timothy 3-11-2020** | | | | |
| 198 6 | Q.   Tell me what the target market is. | | | |
| 198 7 | A.   Those are the divisions, like the 82nd | | | |
| 198 8 | Airborne, you know, 1st Cav.  They are the -- they are | | | |
| 198 9 | the installation -- each installation or base has a | | | |
| 198 10 | number of different groups to it. | | | |
| 198 11 | Q.   Okay. | | | |
| 198 12 | A.   So those were specific in those visits. | | | |
| 198 13 | Q.   So, for example, if we take the first | | | |
| 198 14 | entry, you were going to go to Fort Bragg on or around | | | |
| 198 15 | July 8th through the 10th, you were going to -- the | | | |
| 198 16 | target market was the 82nd Airborne, and then what's | | | |
| 198 17 | SOF? | | | |
| 198 18 | A.   Special -- | | | |
| 198 19 | Q.   Special Ops Forces? | | | |
| 198 20 | A.   No.  I don't know.  I don't recall right | | | |
| 198 21 | now. | | | |
| 198 22 | Q.   Okay.  In any event, your target market | | | |
| 198 23 | when you went to Fort Bragg, would it be the 82nd | | | |
| 198 24 | Airborne and whatever SOF is? | | | |
| 199 1 | A.   Yes, sir.  Yeah. | | | |
| 199 2 | Q.   So those are the -- would those be the | | | |
| 199 3 | management people or the commanders that you would | | | |
| 199 4 | want to see? | | | |
| 199 5 | A.   Yes. | | | |
| **200:19 - 200:22   McNamara, Timothy 3-11-2020** | | | | |
| 200 19 | Q.   Okay.  So every week we see you traveling | | | |
| 200 20 | to different installations.  Now, I'm assuming, did | | | |

| | | | | |
|---|---|---|---|---|
| 200 21 | you -- did you fly or drive or did it depend? | | | |
| 200 22 | A.   Flew. | | | |
| **201:9 - 202:8** | **McNamara, Timothy 3-11-2020** | Re: [201:9- | Re: [201:9- | |
| 201 9 | Q.    Okay.  And then you would drive to the | 201:11] | 201:11] | |
| 201 10 | barracks? | Def Objection - | Def Objection - | |
| 201 11 | A.   Yes. | Relevance (401, | Relevance (401, | |
| 201 12 | Q.    And did you have, like, a suitcase or a | 402) | 402) | |
| 201 13 | bag full of materials that you would typically carry | | **OVERRULED** | |
| 201 14 | with you? | | | |
| 201 15 | A.   Yes. | | | |
| 201 16 | Q.    Tell me what would be in the suitcase or | | | |
| 201 17 | the bag?  What do we call what you carried them in? | | | |
| 201 18 | A.    Sample bag. | | | |
| 201 19 | Q.    A sample bag.  And that was provided by | | | |
| 201 20 | Aearo? | | | |
| 201 21 | A.   Yes. | | | |
| 201 22 | Q.    And what did it look like?  Was it a | | | |
| 201 23 | suitcase?  Was it a briefcase?  What did it look like? | | | |
| 201 24 | A.   It was roll -- a rollaway duffel bag. | | | |
| 202 1 | Q.    Okay. | | | |
| 202 2 | A.    What the military uses. | | | |
| 202 3 | Q.    Okay.  A military bag? | | | |
| 202 4 | A.   Yes. | | | |
| 202 5 | Q.    And -- and -- and what would be inside | | | |
| 202 6 | this rollaway duffel bag?  Give me an example. | | | |
| 202 7 | A.    Literature, catalogs, samples, and that's | | | |
| 202 8 | it. | | | |
| **202:9 - 202:20** | **McNamara, Timothy 3-11-2020** | | | |
| 202 9 | Q.    Did you bring a laptop with you? | | | |
| 202 10 | A.   Yes. | | | |
| 202 11 | Q.    And did you bring, like, a screen to do | | | |
| 202 12 | presentations? | | | |
| 202 13 | A.   No. | | | |
| 202 14 | Q.    Well, how did -- when you did | | | |
| 202 15 | presentations, how did you do them?  Did they -- did | | | |
| 202 16 | they have classrooms there you could use? | | | |
| 202 17 | A.   No. | | | |
| 202 18 | Q.    What did you do? | | | |

| | | | | |
|---|---|---|---|---|
| 202 19    A.  They were one-on-one visits with the<br>202 20    commanders. | | | | |
| **202:21 - 203:5  McNamara, Timothy 3-11-2020**<br>202 21    Q.  Okay.  So, like, you remember you told me<br>202 22    earlier you did a presentation with a PowerPoint at a<br>202 23    distributor?<br>202 24    A.  Yes.<br>203 1    Q.  How did you -- what screen did you use for<br>203 2    that at the distributor?<br>203 3    A.  Theirs.<br>203 4    Q.  So they had a screen?<br>203 5    A.  Yes. | | | | |
| **204:14 - 204:17  McNamara, Timothy 3-11-2020**<br>204 14    Q.  Okay.  If you flip over to the next page,<br>204 15    it's called, "Tim's Weekly Business Development<br>204 16    Report."<br>204 17    Do you know what that is? | **Re: [204:14-<br>204:17]**<br>Def Objection -<br>Foundation (602) | **Re: [204:14-<br>204:17]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **204:20 - 205:1  McNamara, Timothy 3-11-2020**<br>204 20    A.  No, but, I mean, it's -- it's probably a<br>204 21    conglomeration of what I discussed and any follow-ups<br>204 22    and so forth.<br>204 23    BY MR. TRACEY:<br>204 24    Q.  And are those your notes there on the<br>205 1    right-hand side of that, "Follow-up Actions"? | **Re: [204:20-<br>205:1]**<br>Def Objection -<br>Foundation (602) | **Re: [204:20-<br>205:1]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **205:4 - 205:4  McNamara, Timothy 3-11-2020**<br>205 4    A.  They appear to be. | **Re: [205:4-205:4]**<br>Def Objection -<br>Foundation (602) | **Re: [205:3-205:4]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **205:23 - 207:22  McNamara, Timothy 3-11-2020**<br>205 23    Q.  So, for example, on the week of July 7th,<br>205 24    it looks like you went to Fort Bragg; is that<br>206 1    accurate?<br>206 2    A.  That's accurate.<br>206 3    Q.  And while you were at Fort Bragg, you<br>206 4    talked to the 7th group, two different people at the<br>206 5    7th group, right?<br>206 6    A.  Yes.<br>206 7    Q.  You talked to somebody, Mike Coleman, at<br>206 8    the 3rd group, right? | | | **Re: [205:23-<br>207:22]**<br>Relevance (403) | **OVERRULED** |

206 9    A.   Yes.
206 10   Q.   And then somebody, SFC Hector Michaud, at
206 11   the 3rd group also?
206 12   A.   Yes.
206 13   Q.   Those are all Army groups, aren't they?
206 14   A.   Yes.
206 15   Q.   And then we see you talked to Lieutenant
206 16   Darwin at the 82nd Division.  Is that the Airborne,
206 17   82nd Airborne?
206 18   A.   Airborne, yes.
206 19   Q.   They are stationed at Fort Bragg, aren't
206 20   they?
206 21   A.   They sure are.
206 22   Q.   Okay.  And then we -- so you took -- and
206 23   then you -- you talked to somebody at the 82nd
206 24   Airborne in the 1st Brigade, somebody at the 82nd
207 1    Airborne in the 3rd Brigade, and then the 4th Brigade,
207 2    right?
207 3    A.   Yes.
207 4    Q.   And then it looks like you talked to
207 5    somebody in -- is that Delta Force?
207 6    A.   At Delta Force, yes.
207 7    Q.   And then do you know what J-S-O-C is?
207 8    A.   JSOC, it's Joint Special Operations
207 9    Command.
207 10   Q.   Okay.  And you did all of that the week of
207 11   July the 7th at Fort Bragg?
207 12   A.   Yes.
207 13   Q.   So you met with one, two, three, four,
207 14   five, six, seven, eight, nine -- about ten different
207 15   people?
207 16   A.   Yes.
207 17   Q.   And -- and when you had these meetings
207 18   with these ten different people all at Fort Bragg,
207 19   would you use your -- your rollaway duffel bag?  Is
207 20   that where you would access the information that you
207 21   wanted to communicate to them?
207 22   A.   Yes.

| 210:2 - 210:4 | McNamara, Timothy 3-11-2020 | | | | |
|---|---|---|---|---|---|
| 210 2 | Q.   So you see Range Control on the screen, | | | | |
| 210 3 | Dan Benford, and then it says Combat Arms Earplug?  Do | | | | |
| 210 4 | you see it's CAE? | | | | |

| 210:7 - 210:7 | McNamara, Timothy 3-11-2020 | | | | |
|---|---|---|---|---|---|
| 210 7 | THE WITNESS:  Yeah. | | | | |

| 212:12 - 212:24 | McNamara, Timothy 3-11-2020 | | | | |
|---|---|---|---|---|---|
| 212 12 | Q.   Okay.  All right.  And then just as we | | | | |
| 212 13 | thumb through this and look through this, we just see | | | | |
| 212 14 | all of the various places that you visited, what you | | | | |
| 212 15 | discussed and the notes about, you know, your visits, | | | | |
| 212 16 | correct? | | | | |
| 212 17 | A.   Yes. | | | | |
| 212 18 | Q.   Okay.  What are RFI products? | | | | |
| 212 19 | A.   A Rapid Field Initiative. | | | | |
| 212 20 | Q.   What does that mean? | | | | |
| 212 21 | A.   They can -- if my memory serves me right, | | | | |
| 212 22 | that they can get it quicker. | | | | |
| 212 23 | Q.   Okay.  They can procure the items quicker? | | | | |
| 212 24 | A.   Yes. | | | | |

| 216:9 - 217:4 | McNamara, Timothy 3-11-2020 | | | | |
|---|---|---|---|---|---|
| 216 9 | Q.   Okay.  Were -- did you tell me earlier -- | | | | |
| 216 10 | I think you did, but I want to make sure I'm | | | | |
| 216 11 | remembering this correctly.  You were the sole person | | | | |
| 216 12 | in sales that was tasked with going out to the various | | | | |
| 216 13 | bases? | | | | |
| 216 14 | A.   Yeah. | | | | |
| 216 15 | Q.   Did you ever bring along Marty Salon or | | | | |
| 216 16 | anybody else? | | | | |
| 216 17 | A.   They would come with me on occasion, like, | | | | |
| 216 18 | not necessarily Marty Salon, but Mike Cimino and -- | | | | |
| 216 19 | Q.   Okay. | | | | |
| 216 20 | A.   -- just to get exposure on the market. | | | | |
| 216 21 | Q.   Okay.  What about Brian Myers?  Did he | | | | |
| 216 22 | ever go with you? | | | | |
| 216 23 | A.   Yes. | | | | |
| 216 24 | Q.   Okay.  Anyone else you can think of | | | | |
| 217 1 | besides Mike Cimino and Brian Myers who might go with | | | | |
| 217 2 | you to the bases? | | | | |

| | | | |
|---|---|---|---|
| 217 3    A.   I don't know if Frank Gavin -- Frank Gavin<br>217 4      did go with me on occasion. | | | |
| **223:16 - 223:19   McNamara, Timothy 3-11-2020**<br>223 16    Q.   This is Exhibit 9.  This is a -- an e-mail<br>223 17    from Brian Myers to Doug Ohlin, and you're copied on<br>223 18    it along with Elliott Berger and is it Glenn Williams?<br>223 19    A.   Glenn Williams, yeah. | | **Re: [223:16-<br>223:19]**<br><br>improper counter | **SUSTAINED** |
| **240:9 - 240:12   McNamara, Timothy 3-11-2020**<br>240 9    Q.   Okay.  Certainly your company, as we can<br>240 10    see here, your company, you would agree with me, is in<br>240 11    the best position on how to educate users on the<br>240 12    product they designed and created? | **Re: [240:9-<br>240:12]**<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [240:9-<br>240:12]<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** | |
| **240:15 - 240:15   McNamara, Timothy 3-11-2020**<br>240 15    A.   I would think so. | **Re: [240:15-<br>240:15]**<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [240:14-<br>240:15]<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** | |
| **241:14 - 242:1   McNamara, Timothy 3-11-2020**<br>241 14    Q.   Okay.  Your company tested the product,<br>241 15    right?<br>241 16    A.   I would assume so.<br>241 17    Q.   Your company marketed the product?<br>241 18    A.   Yes.<br>241 19    Q.   Your company sold the product?<br>241 20    A.   Yes.<br>241 21    Q.   Your company profited from the product?<br>241 22    A.   Yes.<br>241 23    Q.   Your company created sales sheets and<br>241 24    brochures to profit -- to sell and profit from the<br>242 1    product? | **Re: [241:14-<br>241:22]**<br>Def Objection -<br>Foundation (602)<br>**Re: [241:23-<br>242:1]**<br>Def Objection -<br>Foundation (602);<br>Compound;<br>Misstates (611,<br>403) | Re: [241:14-<br>241:22]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [241:23-<br>242:1]<br>Def Objection -<br>Foundation (602);<br>Compound;<br>Misstates (611,<br>403)<br>**OVERRULED** | |
| **242:4 - 242:4   McNamara, Timothy 3-11-2020**<br>242 4    Q.  Right? | | | |

| | | |
|---|---|---|
| **242:5 - 242:5   McNamara, Timothy 3-11-2020**<br>242 5       A.   Yes. | Re: [242:5-242:8]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403) | Re: [242:4-242:8]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403)<br>**OVERRULED** |
| **242:6 - 242:8   McNamara, Timothy 3-11-2020**<br>242 6       Q.   Your company was in the best position to<br>242 7       properly educate and train end users on the proper<br>242 8       usage of your product, right? | Re: [242:5-242:8]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403) | Re: [242:4-242:8]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403)<br>**OVERRULED** |
| **242:12 - 242:12   McNamara, Timothy 3-11-2020**<br>242 12      A.   I believe so, yes. | Re: [242:12-<br>242:12]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403) | Re: [242:11-<br>242:12]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative<br>(611, 403)<br>**OVERRULED** |
| **243:2 - 243:16   McNamara, Timothy 3-11-2020**<br>243 2       Q.   Well, I mean, I'm not talking about any<br>243 3       particular one, but you certainly had fact sheets for<br>243 4       your products that you sold?<br>243 5       A.   Yes.<br>243 6       Q.   Okay.  And you had them on the Combat<br>243 7       Arms?<br>243 8       A.   That I remember, yes.  Yeah.<br>243 9       Q.   Would a fact sheet and a sell sheet be the<br>243 10      same thing in your vernacular?<br>243 11      A.   I would -- I would think so.<br>243 12      Q.   Okay.<br>243 13      A.   We would use the fact sheet with sales --<br>243 14      with sales sheets.<br>243 15      Q.   You'd use it together?<br>243 16      A.   Sometimes. | | |

**243:24 - 244:19   McNamara, Timothy 3-11-2020**

| 243 24 | Q.   Do you know who Theresa Schulz is? |
| 244 1 | A.   Yes. |
| 244 2 | Q.   How do you know her? |
| 244 3 | MR. OLIVO:  Exhibit 12. |
| 244 4 | (WHEREUPON, a certain document was |
| 244 5 | marked Timothy McNamara Deposition |
| 244 6 | Exhibit No. 12, for identification, |
| 244 7 | as of 03/11/2020.) |
| 244 8 | BY THE WITNESS: |
| 244 9 | A.   She is an audiologist.  She is an |
| 244 10 | audiologist, yeah. |
| 244 11 | BY MR. TRACEY: |
| 244 12 | Q.   And she was with the military, the |
| 244 13 | government at one point? |
| 244 14 | A.   If I remember, yes. |
| 244 15 | Q.   And do you remember your company hiring |
| 244 16 | her to do contract work when she left the military and |
| 244 17 | she was with -- at East -- East Tennessee State |
| 244 18 | University? |
| 244 19 | A.   As I remember. |

**244:20 - 245:2   McNamara, Timothy 3-11-2020**

| 244 20 | Q.   Yeah.  And at the top of this we see this |
| 244 21 | is an e-mail from Theresa Schulz. |
| https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fETSU.edu&c=E,1,r-RuzhxEmn4iC6Wt4FcHNxJNZoTN8ClletgZRzPP5k9AqlQt0z_FurD9EVJzuKkOnhqzdMSf7MVk4-atJp_HAaYsrSEcYeXrLbzk2T2xdBtqoi6S8uvgKaaLTxOa&typo=1, I will |
| 244 22 | represent to you, means East Tennessee State |
| 244 23 | University.  The date of this is Sunday, October 30th, |
| 244 24 | 2005.  This is sent to Brian Myers, Marc Santoro, and |
| 245 1 | Gary Warren.  Gary Warren was the president of Aearo |
| 245 2 | North America; is that right? |

**245:5 - 245:5   McNamara, Timothy 3-11-2020**

| 245 5 | A.   Vice president, as I knew it. |

**245:7 - 245:19   McNamara, Timothy 3-11-2020**

| 245 7 | Q.   Okay.  The subject is "Statement of Work," |
| 245 8 | and then she says there's some attachments.  The last |
| 245 9 | thing says -- on the attachment, it says:  "Combat |
| 245 10 | Arms Earplug Training SOW.doc." |

| | | | | |
|---|---|---|---|---|
| 245 11 | Do you see that? Do you see it says | | | |
| 245 12 | "Combat Arms Earplug Training SOW.doc"? | | | |
| 245 13 | A.  Yes, yes. | | | |
| 245 14 | Q.  Okay.  Do you know what a statement of | | | |
| 245 15 | work is? | | | |
| 245 16 | A.  Yes. | | | |
| 245 17 | Q.  What's a statement of work? | | | |
| 245 18 | A.  Just what you're proposing as quotation on | | | |
| 245 19 | what you're going to do. | | | |
| **246:11 - 246:14   McNamara, Timothy 3-11-2020** | | | | |
| 246 11 | Q.  So you see it's an agreement between Aearo | | | |
| 246 12 | Corporation, U.S. Army Center for Health Promotion and | | | |
| 246 13 | Preventive Medicine. | | | |
| 246 14 | That's CHPPM, isn't it? | | | |
| **247:4 - 247:5   McNamara, Timothy 3-11-2020** | | | Re: [247:4-247:9]<br>Foundation | **OVERRULED** |
| 247 4 | This is an agreement between Aearo | | | |
| 247 5 | Corporation and CHPPM, isn't it? | | | |
| **247:8 - 247:15   McNamara, Timothy 3-11-2020** | | | Re: [247:4-247:9]<br>Foundation | **OVERRULED** |
| 247 8 | Q.  That's what it's entitled? | | | |
| 247 9 | A.  Yes. | | | |
| 247 10 | Q.  And it is dated October the 31st, 2005, | | | |
| 247 11 | and next to that, it says, "Update with each change"? | | | |
| 247 12 | A.  Yes. | | | |
| 247 13 | Q.  And the Task Order Title is the Combat | | | |
| 247 14 | Arms Earplug Training, isn't it? | | | |
| 247 15 | A.  Yes. | | | |
| **248:2 - 248:10   McNamara, Timothy 3-11-2020** | | | | |
| 248 2 | Q.  Okay.  So -- okay. | | | |
| 248 3 | If we look at this document, the third | | | |
| 248 4 | paragraph under "Background," it says, "Since the | | | |
| 248 5 | Combat Arms Earplug is a new technology and is | | | |
| 248 6 | perceptually different from other hearing protective | | | |
| 248 7 | devices, customized training is needed to ensure that | | | |
| 248 8 | soldiers use the devices appropriately." | | | |
| 248 9 | Did I read that right? | | | |
| 248 10 | A.  Yes. | | | |
| **248:18 - 248:22   McNamara, Timothy 3-11-2020** | | | | |
| 248 18 | Q.  Do you know if your company -- in 2005 you | | | |
| 248 19 | were still hitting the bricks and showing up at the | | | |

| | | | | |
|---|---|---|---|---|
| 248 20 | different barracks and forts all over the country | | | |
| 248 21 | selling the Combat Arms, weren't you? | | | |
| 248 22 | A.   Yes. | | | |
| **251:4 - 251:7** | **McNamara, Timothy 3-11-2020** | | | Re: [251:4-251:10] | **OVERRULED** |
| 251 4 | Q.   Are you aware of anybody at your company | | | |
| 251 5 | other than you that went out to the bases to train the | | | (602, 403) | |
| 251 6 | battalion commanders or the management on the proper | | | |
| 251 7 | use of the Combat Arms Earplug? | | | |
| **251:10 - 251:10** | **McNamara, Timothy 3-11-2020** | | | Re: [251:4-251:10] | **OVERRULED** |
| 251 10 | A.   No. | | | (602, 403) | |
| **252:8 - 252:16** | **McNamara, Timothy 3-11-2020** | | | Re: [252:8-252:19] | **OVERRULED** |
| 252 8 | Q.   -- did your company, that you know of, go | | | (403, 602) | |
| 252 9 | to Theresa Schulz and say, "Theresa, I'm going to show | | | |
| 252 10 | you everything we know about the Combat Arms Earplug. | | | |
| 252 11 | I'm going to show you Test 20 -- 213017 and 015, and | | | |
| 252 12 | I'm going to show you how we got the NRR of 22 so you, | | | |
| 252 13 | in turn, can go teach the soldiers how to get this | | | |
| 252 14 | NRR"? | | | |
| 252 15 | Do you remember something like that ever | | | |
| 252 16 | happening? | | | |
| **252:19 - 252:19** | **McNamara, Timothy 3-11-2020** | | | Re: [252:8-252:19] | **OVERRULED** |
| 252 19 | A.   No. | | | (403, 602) | |
| **253:17 - 253:22** | **McNamara, Timothy 3-11-2020** | | | | |
| 253 17 | Q.   On the next page under Phase 2, it says: | | | |
| 253 18 | "Description:  Aearo Corporations will create and test | | | |
| 253 19 | strategies to train deploying soldiers on the correct | | | |
| 253 20 | use of the Combat Arms Earplug." | | | |
| 253 21 | Did I read that right? | | | |
| 253 22 | A.   You did. | | | |
| **253:23 - 253:24** | **McNamara, Timothy 3-11-2020** | | | | |
| 253 23 | Q.   Do you -- does that look like a good idea | | | |
| 253 24 | to you? | | | |
| **254:2 - 254:2** | **McNamara, Timothy 3-11-2020** | | | | |
| 254 2 | BY THE WITNESS: | | | |
| **255:14 - 255:21** | **McNamara, Timothy 3-11-2020** | | | | |
| 255 14 | Q.   And under Phase 3, let's look at that and | | | |

| | | | | |
|---|---|---|---|---|
| 255 15 | see if that looks reasonable.  It says:  "Aearo | | | |
| 255 16 | Corporation will develop training materials and tools | | | |
| 255 17 | to train soldiers and commanders in all settings | | | |
| 255 18 | (garrison, pre-deployment, and deployed) in the | | | |
| 255 19 | appropriate use of Combat Arms earplugs." | | | |
| 255 20 | That's a perfectly reasonable response, | | | |
| 255 21 | isn't it? | | | |
| **255:24 - 255:24   McNamara, Timothy 3-11-2020** | | | | |
| 255 24 | A.   I believe so. | | | |
| **256:12 - 256:21   McNamara, Timothy 3-11-2020** | | | | |
| 256 12 | Q.   And then in Phase 3 under "Deliverable," | | | |
| 256 13 | it says:  "Training materials and tools to train | | | |
| 256 14 | soldiers in the appropriate use of the Combat Arms | | | |
| 256 15 | Earplugs." | | | |
| 256 16 | What does "deliverable" mean? | | | |
| 256 17 | A.   That they would be able to deliver them. | | | |
| 256 18 | Q.   Okay.  That's what you're going to -- | | | |
| 256 19 | you're going to furnish or deliver or complete; is | | | |
| 256 20 | that right? | | | |
| 256 21 | A.   I believe so. | | | |
| **261:3 - 261:14   McNamara, Timothy 3-11-2020** | | | | |
| 261 3 | Q.   Okay.  So you -- you all had a literature | | | |
| 261 4 | department at the distribution center here in | | | |
| 261 5 | Indianapolis? | | | |
| 261 6 | A.   Correct. | | | |
| 261 7 | Q.   And if you needed more literature, that's | | | |
| 261 8 | who you would contact? | | | |
| 261 9 | A.   Yes. | | | |
| 261 10 | Q.   And it had stuff like posters and | | | |
| 261 11 | brochures and sales sheets and things like that? | | | |
| 261 12 | A.   Yes. | | | |
| 261 13 | Q.   All of the wares that you would use to | | | |
| 261 14 | pedal the products that you were selling? | | | |
| **261:17 - 261:17   McNamara, Timothy 3-11-2020** | | | | |
| 261 17 | A.   Yes. | | | |
| **270:23 - 271:7   McNamara, Timothy 3-11-2020** | | | Re: [270:23-271:7] improper counter | SUSTAINED |
| 270 23 | Q.   Maybe that's the same thing. | | | |
| 270 24 | So as we sit here today, you don't know | | | |
| 271 1 | one way or the other whether that contract for the | | | |

| | | | | |
|---|---|---|---|---|
| 271 2   statement of work was ever executed and completed?<br>271 3   A.   I do not.<br>271 4   Q.   Okay.  In any event, as we sit here today,<br>271 5   do you remember ever seeing any materials that came<br>271 6   about as a result of that contract?<br>271 7   A.   No, I do not. | | | | |
| 277:18 - 278:7   McNamara, Timothy 3-11-2020<br>277 18   Do -- do you -- when -- I want to ask you<br>277 19   about a couple of other barracks or forts to see if<br>277 20   you -- when you were -- when you were selling the<br>277 21   Combat Arms if you went there.<br>277 22   A.   Okay.<br>277 23   Q.   You've already identified most of these,<br>277 24   but there are a couple, I think, I didn't ask you<br>278 1   about.<br>278 2   Did you go to the Lewis-McChord Base?<br>278 3   A.   Yes.<br>278 4   Q.   Okay.  Is Fort Lewis and Lewis-McChord the<br>278 5   same base or are those two different bases?<br>278 6   A.   They were two different bases.  It is my<br>278 7   understanding they are one base now. | Re: [277:18-278:3]<br>Def Objection - Relevance (401, 402) | Re: [277:18-278:3]<br>Def Objection - Relevance (401, 402)<br>**OVERRULED** | | |
| 279:1 - 279:3   McNamara, Timothy 3-11-2020<br>279 1   Q.   Fort Benning I think we talked about.<br>279 2   You've been there?<br>279 3   A.   Yes. | Re: [279:1-279:3]<br>Def Objection - Cumulative (403); Asked (611, 403) | Re: [278:20-279:6]<br>Def Objection - Cumulative (403); Asked (611, 403)<br>**OVERRULED** | | |
| 279:16 - 279:17   McNamara, Timothy 3-11-2020<br>279 16   Q.   Okay.  Fort Jackson in South Carolina?<br>279 17   A.   Yes. | Re: [279:16-279:17]<br>Def Objection - Cumulative (403); Asked (611, 403) | Re: [279:16-279:22]<br>Def Objection - Cumulative (403); Asked (611, 403)<br>**OVERRULED** | | |
| 281:13 - 281:15   McNamara, Timothy 3-11-2020<br>281 13   Q.   Okay.  I can't -- so do you remember that<br>281 14   there were four bases, I'm going to call them, that --<br>281 15   where basic combat training was done? | | | | |
| 281:20 - 282:2   McNamara, Timothy 3-11-2020<br>281 20   Q.   Do you remember the -- can you think of | | | | |

| | | | |
|---|---|---|---|
| 281 21    four?  Let me ask it that way.<br>281 22       A.   Fort Stewart, Fort Benning, Fort Jackson.<br>281 23    They did -- they all did a lot of -- a lot of<br>281 24    training, but basic training --<br>282 1       Q.   Was Fort Sill the other one?<br>282 2       A.   I believe so. | | | |
| **287:14 - 287:23   McNamara, Timothy 3-11-2020** | | | |
| 287 14       Q.   So let me look at your CV here about Aearo<br>287 15    Technologies, and specifically it says your role from<br>287 16    '96 to 2009 drove sales of eyewear and hearing<br>287 17    protection.<br>287 18    Do you see that?<br>287 19       A.   Yes, I do.<br>287 20       Q.   In the US military.<br>287 21    And in order to do that, you forged and<br>287 22    nurtured strategic relationships, correct?<br>287 23       A.   Yes. | | | |
| **287:24 - 288:10   McNamara, Timothy 3-11-2020** | | | |
| 287 24       Q.   And that included strategic relationships<br>288 1    with members of the military, correct?<br>288 2       A.   Correct.<br>288 3       Q.   In fact, if we go to the next page, it<br>288 4    looks like you got an award for your sales to the<br>288 5    military, right?<br>288 6       A.   Yes.<br>288 7       Q.   It is called the Top Gun award.  In 2003<br>288 8    and then again in 2004, you were the Aearo sales<br>288 9    representative of the year, right?<br>288 10       A.   Correct. | | | |
| **288:11 - 288:14   McNamara, Timothy 3-11-2020** | | | |
| 288 11       Q.   And at that time you were -- your role was<br>288 12    to go in day in/day out to military bases and sell<br>288 13    products for Aearo, right?<br>288 14       A.   Correct. | | | |
| **289:15 - 289:19   McNamara, Timothy 3-11-2020** | Re: [289:15-<br>289:19]<br>Def Objection -<br>Compound (611, | Re: [289:15-<br>289:19]<br>Def Objection -<br>Compound (611,<br>403); Foundation | |
| 289 15       Q.   And we talked a little bit about<br>289 16    distributors earlier.  But distributors -- you were<br>289 17    out there selling to the military day in/day out, but | | | |

| | | |
|---|---|---|
| 289 18    the distributors were also selling these earplugs to<br>289 19    the military, correct? | 403); Foundation<br>(602) | (602)<br>**OVERRULED** | | |
| **289:22 - 290:7    McNamara, Timothy 3-11-2020**<br>289 22    A.   Correct.<br>289 23    BY MR. AYLSTOCK:<br>289 24    Q.   And the distributors, as evidenced by this<br>290 1    presentation you gave, received information about the<br>290 2    Aearo products from Aearo, right?<br>290 3    A.   Correct.<br>290 4    Q.   I mean, Aearo would be in a better<br>290 5    position to know about Aearo's products than a<br>290 6    distributor that was just a middleman, right?<br>290 7    A.   Yes. | **Re: [289:22-289:22]**<br>Def Objection -<br>Compound (611,<br>403); Foundation<br>(602)<br>**Re: [289:24-290:7]**<br>Def Objection -<br>Relevance (401,<br>402) | **Re: [289:22-289:22]**<br>Def Objection -<br>Compound (611,<br>403); Foundation<br>(602)<br>**OVERRULED**<br>**Re: [289:24-290:12]**<br>Def Objection -<br>Relevance (401,<br>402)<br>**OVERRULED** | | |
| **290:16 - 290:20    McNamara, Timothy 3-11-2020**<br>290 16    Q.   Okay.  And so what you, on behalf of<br>290 17    Aearo, is telling this distributor about the earplugs<br>290 18    that the distributor is then going to go sell to the<br>290 19    military is contained in this -- in this presentation,<br>290 20    correct? | **Re: [290:16-290:20]**<br>Def Objection -<br>Misstates (611,<br>403); Foundation<br>(602) | **Re: [290:16-290:20]**<br>Def Objection -<br>Misstates (611,<br>403); Foundation<br>(602)<br>**OVERRULED** | | |
| **290:23 - 290:23    McNamara, Timothy 3-11-2020**<br>290 23    A.   I believe so, yes. | **Re: [290:23-290:23]**<br>Def Objection -<br>Misstates (611,<br>403); Foundation<br>(602) | **Re: [290:23-290:23]**<br>Def Objection -<br>Misstates (611,<br>403); Foundation<br>(602)<br>**OVERRULED** | | |
| **291:1 - 291:9    McNamara, Timothy 3-11-2020**<br>291 1    Q.   And specifically when it comes to the<br>291 2    Combat Arms Earplug, the Version 2 dual-ended earplug,<br>291 3    we -- it talks about the yellow end and the olive drab<br>291 4    green end, correct?<br>291 5    A.   Yes.<br>291 6    Q.   And it talks about the fact that you<br>291 7    insert the yellow plugs for weapons fire in a<br>291 8    dismounted mode, correct?<br>291 9    A.   Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **291:14 - 291:19   McNamara, Timothy 3-11-2020** | | | | |
| 291 14       Q.   And you use them on the range firing | | | | |
| 291 15       weapons, right? | | | | |
| 291 16       A.   Yes. | | | | |
| 291 17       Q.   Both indoor and outdoor, I take it, I | | | | |
| 291 18       think you testified? | | | | |
| 291 19       A.   Yes. | | | | |
| **292:13 - 292:17   McNamara, Timothy 3-11-2020** | **Re: [292:13-292:17]** | **Re: [292:13-292:17]** | | |
| 292 13       Q.   Okay.  Well, in this presentation piece, | Def Objection - Misstates, Compound (611, 403); Foundation (602) | Def Objection - Misstates, Compound (611, 403); Foundation (602) | | |
| 292 14       this sell sheet, what is being communicated to ADS, | | | | |
| 292 15       the distributor, is that the yellow end is perfectly | | | | |
| 292 16       fine for weapons fire in the dismounted mode, correct? | | **OVERRULED** | | |
| 292 17       A.   Correct. | | | | |
| **292:20 - 292:21   McNamara, Timothy 3-11-2020** | **Re: [292:20-292:21]** | **Re: [292:20-292:21]** | | |
| 292 20       Q.   And it would be perfectly fine for weapons | Def Objection - Foundation (602); Misstates (611, 403) | Def Objection - Foundation (602); Misstates (611, 403) | | |
| 292 21       fire at the range, correct? | | **OVERRULED** | | |
| **293:1 - 293:4   McNamara, Timothy 3-11-2020** | **Re: [293:1-293:4]** | **Re: [293:1-293:4]** | | |
| 293 1       A.   I believe so. | Def Objection - Foundation (602); Misstates (611, 403) | Def Objection - Foundation (602); Misstates (611, 403) | | |
| 293 2       BY MR. AYLSTOCK: | | | | |
| 293 3       Q.   And that includes the indoor range, | | **OVERRULED** | | |
| 293 4       correct? | | | | |
| **293:8 - 293:14   McNamara, Timothy 3-11-2020** | **Re: [293:8-293:8]** | **Re: [293:7-293:8]** | | |
| 293 8       A.   It doesn't state that, but yes. | Def Objection - Foundation (602); Misstates (611, 403) | Def Objection - Foundation (602); Misstates (611, 403) | | |
| 293 9       BY MR. AYLSTOCK: | | | | |
| 293 10       Q.   And that's consistent with when you were | **Re: [293:10-293:14]** | **OVERRULED** | | |
| 293 11       visiting these bases, that's consistent with what you | Def Objection - Vague; Compound; Misstates; | **Re: [293:10-293:14]** | | |
| 293 12       would communicate to the people you would speak with, | | Def Objection - Vague; Compound; | | |
| 293 13       the men and women in uniform, about the Combat Arms | | | | |
| 293 14       Earplug, correct? | | | | |

|  |  |  |  |
|---|---|---|---|
|  | Argumentative (611, 403); 3M MIL No. 15 | Misstates; Argumentative (611, 403); 3M MIL No. 15 **OVERRULED** |  |
| **293:17 - 293:17   McNamara, Timothy 3-11-2020**<br>293 17      A.   I believe so. | Re: [293:17-293:17]<br>Def Objection - Vague; Compound; Argumentative; Misstates (611, 403); 3M MIL No. 15; | Re: [293:17-293:17]<br>Def Objection - Vague; Compound; Argumentative; Misstates (611, 403); 3M MIL No. 15; **OVERRULED** |  |
| **297:19 - 297:23   McNamara, Timothy 3-11-2020**<br>297 19      Q.   Did you ever have any conversation with<br>297 20      Mr. Berger that, in fact, the CAE Version 2 yellow end<br>297 21      is not to be recommended -- is not to be used or not<br>297 22      recommended for indoor range use?<br>297 23      A.   I don't recall. |  |  |  |
| **298:8 - 298:9   McNamara, Timothy 3-11-2020**<br>298 8      MR. AYLSTOCK:  Yes.  I believe it is Exhibit 17.<br>298 9      Exhibit 17. |  |  |  |
| **299:8 - 299:10   McNamara, Timothy 3-11-2020**<br>299 8      Q.   The date of this document is 2/25/14.<br>299 9      Do you see that?<br>299 10      A.   Yes. | Re: [299:8-299:10]<br>Def Objection - Foundation (602); Relevance (401, 402) | Re: [299:8-300:24]<br>Def Objection - Foundation (602); Relevance (401, 402) **OVERRULED** |  |
| **299:19 - 300:15   McNamara, Timothy 3-11-2020**<br>299 19      Q.   And what Mr. Berger is doing is he is<br>299 20      having an e-mail conversation with a Michael Stewart<br>299 21      and Doug Moses.<br>299 22      You know who Doug Moses is, right?<br>299 23      A.   I do.<br>299 24      Q.   You worked with Doug Moses, in fact, when<br>300 1      you were at Aearo, correct? | Re: [299:19-300:15]<br>Def Objection - Foundation (602); Relevance (401, 402) | Re: [299:19-300:24]<br>Def Objection - Foundation (602); Relevance (401, 402) **OVERRULED** |  |

| | | | |
|---|---|---|---|
| 300 2    A.   Yes.<br>300 3    Q.   And one of the things Mr. Berger says is:<br>300 4    "Mike, I too had a discussion after we spoke.  As I<br>300 5    mentioned, we don't typically like to recommend CAE<br>300 6    for indoor ranges because I question its adequacy with<br>300 7    high-peak levels and high-reverberant levels too, but<br>300 8    I agreed in your case because of the low-level impulse<br>300 9    from .22s."<br>300 10   Do you see that?<br>300 11   A.   Yes.<br>300 12   Q.   That's -- a .22, that's a very small gun?<br>300 13   A.   Yes.<br>300 14   Q.   You would agree with that?<br>300 15   A.   Yes. | | | |
| **301:1 - 301:4  McNamara, Timothy 3-11-2020**<br>301 1    Q.   You have no recollection of ever hearing<br>301 2    that because you were telling people out on the bases<br>301 3    the opposite, that you could use that for the yellow<br>301 4    end, correct? | Re: [301:1-301:4]<br>Def Objection -<br>Compound; Asked;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [301:1-301:4]<br>Def Objection -<br>Compound; Asked;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** | |
| **301:7 - 301:7  McNamara, Timothy 3-11-2020**<br>301 7    A.   Yes, for gunfire. | Re: [301:7-301:7]<br>Def Objection -<br>Compound; Asked;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [301:7-301:7]<br>Def Objection -<br>Compound; Asked;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** | |
| **301:9 - 301:12  McNamara, Timothy 3-11-2020**<br>301 9    Q.   Right.  And we are talking about an indoor<br>301 10   range is a gunfire, that's what you do in an indoor<br>301 11   range, right?<br>301 12   A.   You're right. | Re: [301:9-<br>301:12]<br>Def Objection -<br>Foundation (602);<br>Argumentative<br>(611, 403) | Re: [301:9-<br>301:12]<br>Def Objection -<br>Foundation (602);<br>Argumentative<br>(611, 403)<br>**OVERRULED** | |
| **301:18 - 301:22  McNamara, Timothy 3-11-2020**<br>301 18   Q.   Okay.  Let me show you Exhibit 18 now.  It<br>301 19   is another document that is after your time, so I want<br>301 20   to make that clear, it is a 3M document, and you left | Re: [301:18-<br>301:22]<br>Def Objection -<br>Foundation (602) | Re: [301:18-<br>301:24]<br>Def Objection - | |

| | | |
|---|---|---|
| 301 21  when 3M purchased Aearo, right?<br>301 22  A.   Yes. | | Foundation (602)<br>**OVERRULED** |

| | | |
|---|---|---|
| **303:1 - 303:11   McNamara, Timothy 3-11-2020**<br>303 1  Q.   Okay.  And the jury will have this as an<br>303 2  exhibit, but, again, I'm -- this is after your time,<br>303 3  but there is a statement here that says:  "I would not<br>303 4  recommend CAE in open mode" -- that's the yellow end,<br>303 5  right?<br>303 6  A.   Yes.<br>303 7  Q.   -- "in training if the training is<br>303 8  shooting at the gun range."<br>303 9  Do you see that?<br>303 10  A.   Yes.<br>303 11  Q.   That's news to you, isn't it? | Re: [303:1-<br>303:10]<br>Def Objection -<br>Foundation (602)<br>Re: [303:11-<br>303:11]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Vague (611, 403) | Re: [303:1-<br>303:10]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [303:11-<br>303:11]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Vague (611, 403)<br>**OVERRULED** |
| **303:14 - 303:15   McNamara, Timothy 3-11-2020**<br>303 14  A.   I don't remember this.  I don't remember<br>303 15  that information. | Re: [303:14-<br>303:15]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Vague (611, 403) | Re: [303:13-<br>303:15]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Vague (611, 403)<br>**OVERRULED** |
| **303:24 - 304:3   McNamara, Timothy 3-11-2020**<br>303 24  Q.   Well, I think we've established that --<br>304 1  and we've seen your presentation to the distributor,<br>304 2  but you were training folks in the US military that it<br>304 3  was fine to use the yellow end at the range, correct? | Re: [303:24-<br>304:3]<br>Def Objection -<br>3M MIL No. 15;<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602) | Re: [303:22-<br>304:3]<br>Def Objection -<br>3M MIL No. 15;<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602)<br>**OVERRULED** |
| **304:6 - 304:6   McNamara, Timothy 3-11-2020**<br>304 6  A.   Correct. | Re: [304:6-304:6]<br>Def Objection -<br>3M MIL No. 15;<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>Relevance (401,<br>402) | Re: [304:6-304:6]<br>Def Objection -<br>3M MIL No. 15;<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>Relevance (401, |

| | | | | |
|---|---|---|---|---|
| | | 402)<br>**OVERRULED** | | |
| **304:8 - 304:16   McNamara, Timothy 3-11-2020**<br>304 8    Q.  And that's the exact opposite of what's<br>304 9    being stated here, that is: "I would not recommend<br>304 10    the CAE in open mode in training if the training is<br>304 11    shooting at the gun range."<br>304 12    Do you see that?<br>304 13    A.  Yes.<br>304 14    Q.  Okay.  So you were telling people the<br>304 15    exact opposite of what 3M is saying in this document,<br>304 16    correct? | **Re: [304:8-304:13]**<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**Re: [304:14-304:16]**<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403); 3M<br>MIL No. 15 | Re: [304:8-304:13]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED**<br>Re: [304:14-304:16]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403); 3M<br>MIL No. 15<br>**OVERRULED** | | |
| **304:20 - 304:20   McNamara, Timothy 3-11-2020**<br>304 20    A.  I believe so. | **Re: [304:20-304:20]**<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403); 3M<br>MIL No. 15; | Re: [304:20-304:20]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403); 3M<br>MIL No. 15;<br>**OVERRULED** | | |
| **305:4 - 305:17   McNamara, Timothy 3-11-2020**<br>305 4    Q.  Right -- right below in the comment, right<br>305 5    after it says: "I would not recommend it in the open<br>305 6    mode for training on the gun range."<br>305 7    A.  Yes.<br>305 8    Q.  And then the comment says:  "This makes it<br>305 9    sound," although there is a typo, so I'll just read it<br>305 10    the way it is.  "This makes si sound like the open<br>305 11    mode can be used for any gunfire.  If the gunfire is<br>305 12    frequent, you want closed mode."<br>305 13    Do you see that?<br>305 14    A.  Yes.<br>305 15    Q.  And, again, that's the exact opposite of | **Re: [305:4-305:14]**<br>Def Objection -<br>Foundation (602)<br>**Re: [305:15-305:17]**<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative;<br>Misstates (611,<br>403); 3M MIL No.<br>15 | Re: [304:22-305:14]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>Re: [305:15-305:17]<br>Def Objection -<br>Foundation (602);<br>Asked;<br>Argumentative;<br>Misstates (611,<br>403); 3M MIL No. | | |

| | | | |
|---|---|---|---|
| 305 16    what you were telling people on military bases when<br>305 17    you were training them, correct? | | 15<br>**OVERRULED** | |
| **305:21 - 305:21   McNamara, Timothy 3-11-2020**<br>305 21    A.  I believe so. | **Re: [305:21-305:21]**<br>**Def Objection - Foundation (602); Asked; Argumentative; Misstates (611, 403); 3M MIL No. 15** | Re: [305:21-305:21]<br>Def Objection - Foundation (602); Asked; Argumentative; Misstates (611, 403); 3M MIL No. 15<br>**OVERRULED** | |
| **306:3 - 306:8   McNamara, Timothy 3-11-2020**<br>306 3    (WHEREUPON, a certain document was<br>306 4    marked Timothy McNamara Deposition<br>306 5    Exhibit No. 19, for identification,<br>306 6    as of 03/11/2020.)<br>306 7    BY MR. AYLSTOCK:<br>306 8    Q.   And I'm going to show you Plaintiffs' | | | |
| **306:10 - 306:17   McNamara, Timothy 3-11-2020**<br>306 10    MR. BATTLE:  19.<br>306 11    BY MR. AYLSTOCK:<br>306 12    Q.   19, yes.  Thank you.<br>306 13    It has your name on it, so this is now<br>306 14    back -- back with what you were dealing with in 2003.<br>306 15    Do you see at the top it's an e-mail<br>306 16    between you and Mr. Myers dated May 7th, 2003,<br>306 17    importance high? | | | |
| **307:9 - 307:18   McNamara, Timothy 3-11-2020**<br>307 9    Do you know who Mike is?<br>307 10    A.   Yes, I do.<br>307 11    Q.   And who is Mike?<br>307 12    A.   He was our sales rep on the West Coast.<br>307 13    Q.   Okay.  So you interacted with him, you<br>307 14    knew -- you -- you know him personally, right?<br>307 15    A.   Yes.<br>307 16    Q.   And Mike is e-mailing Brian Myers asking<br>307 17    for sell sheets, right, for the Combat Arms?<br>307 18    A.   Yes. | | | |

| | | |
|---|---|---|
| **308:3 - 308:9   McNamara, Timothy 3-11-2020**<br>308  3    Q.   And it looks like you attach the sell<br>308  4    sheet that's being requested here, right, on the<br>308  5    second page?<br>308  6    A.   Yes.<br>308  7    Q.   And if we compare the sell sheet that you<br>308  8    send to Brian Myers at his request -- Brian is way up<br>308  9    in the company, right? | Re: [308:7-308:9]<br>Def Objection -<br>Compound; Vague<br>(611, 403) | Re: [308:7-308:9]<br>Def Objection -<br>Compound; Vague<br>(611, 403)<br>**SUSTAINED** |
| **308:12 - 308:12   McNamara, Timothy 3-11-2020**<br>308  12    A.   He was the product line director, yes. | Re: [308:12-<br>308:12]<br>Def Objection -<br>Compound; Vague<br>(611, 403) | Re: [308:12-<br>308:12]<br>Def Objection -<br>Compound; Vague<br>(611, 403)<br>**SUSTAINED** |
| **311:3 - 311:13   McNamara, Timothy 3-11-2020**<br>311  3    So this is the blister pack for the Combat<br>311  4    Arms Version 2, correct?<br>311  5    A.   It is.<br>311  6    Q.   And it says on here:  "Yellow end lets<br>311  7    wearers hear clearly with instant protection against<br>311  8    weapon noise."<br>311  9    Do you see that?<br>311  10    A.   Yes.<br>311  11    Q.   And according to your knowledge, that<br>311  12    would have included firing range, correct, indoor or<br>311  13    outdoor? | Re: [311:11-<br>311:13]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403) | Re: [311:11-<br>311:13]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403)<br>**OVERRULED** |
| **311:16 - 311:16   McNamara, Timothy 3-11-2020**<br>311  16    A.   I believe so. | Re: [311:16-<br>311:16]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403) | Re: [311:16-<br>311:16]<br>Def Objection -<br>Foundation (602);<br>Misstates (611,<br>403)<br>**OVERRULED** |
| **311:18 - 311:21   McNamara, Timothy 3-11-2020**<br>311  18    Q.   And that's how you trained folks, both<br>311  19    distributors that you knew were going to communicate<br>311  20    between military personnel, but also military<br>311  21    personnel that you trained on this, correct? | Re: [311:18-<br>311:21]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative; | Re: [311:18-<br>311:21]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative; |

| | | |
|---|---|---|
| | Vague (611, 403); 3M MIL No. 15; | Vague (611, 403); 3M MIL No. 15; **OVERRULED** |
| **311:24 - 311:24   McNamara, Timothy 3-11-2020**<br>311 24      A.   As I remember, yes. | **Re: [311:24-311:24]**<br>**Def Objection - Foundation (602); Misstates; Argumentative (611, 403); 3M MIL No. 15** | Re: [311:24-311:24]<br>Def Objection - Foundation (602); Misstates; Argumentative (611, 403); 3M MIL No. 15 **OVERRULED** |
| **312:1 - 312:4   McNamara, Timothy 3-11-2020**<br>312 1      BY MR. AYLSTOCK:<br>312 2      Q.   And you made that representation with the<br>312 3      intent that they be able to rely on that and actually<br>312 4      use it at a firing range, correct? | **Re: [312:2-312:4]**<br>**Def Objection - Misstates; Compound; Argumentative (611, 403); Foundation (602)** | Re: [312:2-312:4]<br>Def Objection - Misstates; Compound; Argumentative (611, 403); Foundation (602) **OVERRULED** |
| **312:7 - 312:11   McNamara, Timothy 3-11-2020**<br>312 7      A.   As information, yes.<br>312 8      BY MR. AYLSTOCK:<br>312 9      Q.   Okay.  And you expected that they should<br>312 10      be able to rely on what you tell them and what the<br>312 11      company tells them in the sell sheets, correct? | **Re: [312:7-312:7]**<br>**Def Objection - Misstates; Compound; Argumentative (611, 403); Foundation (602)**<br>**Re: [312:9-312:11]**<br>**Def Objection - Misstates; Compound; Argumentative; (611, 403); Foundation (602); 3M MIL No. 15** | Re: [312:7-312:7]<br>Def Objection - Misstates; Compound; Argumentative (611, 403); Foundation (602) **OVERRULED**<br>Re: [312:9-312:11]<br>Def Objection - Misstates; Compound; Argumentative; (611, 403); Foundation (602); 3M MIL No. 15 **OVERRULED** |

**312:14 - 313:14   McNamara, Timothy 3-11-2020**

| | | Re: [312:14-312:14] | Re: [312:14-312:14] | | |
|---|---|---|---|---|---|
| 312 14 | A.   I believe so. | Def Objection - Misstates; Compound; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | Def Objection - Misstates; Compound; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 **OVERRULED** | | |
| 312 15 | BY MR. AYLSTOCK: | | | | |
| 312 16 | Q.   Okay.  Now, go over a few pages to No. 31 | | | | |
| 312 17 | at the bottom.  It is the image of the -- the | | | | |
| 312 18 | servicemen in combat, or at least he is firing -- | | | | |
| 312 19 | preparing to fire his weapon. | | | | |
| 312 20 | Do you see that? | | | | |
| 312 21 | A.   Yes. | | | | |
| 312 22 | Q.   And what it says here on this piece is | Re: [312:16-313:14] | Re: [312:16-313:14] | | |
| 312 23 | that -- if we look at the bottom of that paragraph, it | Def Objection - Foundation (602) | Def Objection - Foundation (602) **OVERRULED** | | |
| 312 24 | talks about a patented design, lets wearers hear | | | | |
| 313 1 | clearly, protects instantly. | | | | |
| 313 2 | Do you see that part? | | | | |
| 313 3 | A.   Yes. | | | | |
| 313 4 | Q.   And when it comes to the green end, what's | | | | |
| 313 5 | being told to anyone reading this is that the plug | | | | |
| 313 6 | will provide a constant NRR of 22 dB. | | | | |
| 313 7 | Do you see that? | | | | |
| 313 8 | A.   Yes. | | | | |
| 313 9 | Q.   It is not saying may provide, is it? | | | | |
| 313 10 | A.   No. | | | | |
| 313 11 | Q.   It's saying -- it is making a | | | | |
| 313 12 | representation there that this plug will provide a | | | | |
| 313 13 | constant NRR of 22 dB in the green end, fair? | | | | |
| 313 14 | A.   Yes. | | | | |

**313:20 - 314:6   McNamara, Timothy 3-11-2020**

| | | Re: [313:20-314:6] | Re: [313:17-314:6] | | |
|---|---|---|---|---|---|
| 313 20 | Q.   And this is something you could go to that | Def Objection - 3M MIL No. 15; Misstates; Compound; Argumentative (611, 403); Foundation (602) | Def Objection - 3M MIL No. 15; Misstates; Compound; Argumentative (611, 403); Foundation (602) **OVERRULED** | | |
| 313 21 | headquarters at Aearo that we looked at and say, I'm | | | | |
| 313 22 | going to go out to some military bases, I need some | | | | |
| 313 23 | sell pieces, give me some stuff, and this would be one | | | | |
| 313 24 | of the things that you could take with you and did | | | | |
| 314 1 | take with you when you visited military bases, fair? | | | | |
| 314 2 | A.   As I remember, yes. | | | | |
| 314 3 | Q.   Okay.  And when you did that and you | | | | |
| 314 4 | handed these out, one of the things that you told the | | | | |
| 314 5 | men and women in uniform is that the plug will provide | | | | |
| 314 6 | a constant NRR of 22 dB, fair? | | | | |

| | | | |
|---|---|---|---|
| **314:9 - 314:9   McNamara, Timothy 3-11-2020**<br>314 9     A.   As it says in the literature, yes. | **Re: [314:9-314:13]**<br>Def Objection - 3M MIL No. 15; Misstates; Compound; Argumentative (611, 403); Foundation (602) | Re: [314:9-314:16]<br>Def Objection - 3M MIL No. 15; Misstates; Compound; Argumentative (611, 403); Foundation (602)<br>**OVERRULED** | |
| **314:11 - 314:13   McNamara, Timothy 3-11-2020**<br>314 11    Q.   Well, and by "literature," you're talking<br>314 12    about this sell sheet, correct?<br>314 13    A.   Correct. | **Re: [314:9-314:13]**<br>Def Objection - 3M MIL No. 15; Misstates; Compound; Argumentative (611, 403); Foundation (602) | Re: [314:9-314:16]<br>Def Objection - 3M MIL No. 15; Misstates; Compound; Argumentative (611, 403); Foundation (602)<br>**OVERRULED** | |
| **315:1 - 315:6   McNamara, Timothy 3-11-2020**<br>315 1    Q.   Okay.  And when you told them that the<br>315 2    plug will provide this protection, constant -- a<br>315 3    constant NRR of 22 dB, you did that with the intent<br>315 4    that they could rely on that as gospel because in --<br>315 5    it's important to protect our men and women in uniform<br>315 6    from noise pollution, correct? | **Re: [315:1-315:6]**<br>Def Objection - Foundation (602); Argumentative; Compound; Misstates (611, 403); 3M MIL No. 15 | Re: [315:1-315:6]<br>Def Objection - Foundation (602); Argumentative; Compound; Misstates (611, 403); 3M MIL No. 15<br>**SUSTAINED** | |
| **315:9 - 315:12   McNamara, Timothy 3-11-2020**<br>315 9    A.   As a noise reduction rate of 22, yes.<br>315 10    BY MR. AYLSTOCK:<br>315 11    Q.   And you did that with the intent that they<br>315 12    be able to rely on it, fair? | **Re: [315:9-315:12]**<br>Def Objection - Foundation (602); Argumentative; Compound; Misstates (611, 403); 3M MIL No. 15 | Re: [315:9-315:12]<br>Def Objection - Foundation (602); Argumentative; Compound; Misstates (611, 403); 3M MIL No. 15<br>**OVERRULED** | |

| | | |
|---|---|---|
| **315:15 - 315:15   McNamara, Timothy 3-11-2020**<br>315 15    A.   As I can remember, yes. | Re: [315:15-315:15]<br>Def Objection - Foundation (602); Argumentative; Compound; Misstates  (611, 403); 3M MIL No. 15 | Re: [315:15-315:15]<br>Def Objection - Foundation (602); Argumentative; Compound; Misstates  (611, 403); 3M MIL No. 15<br>**OVERRULED** |
| **315:17 - 315:20   McNamara, Timothy 3-11-2020**<br>315 17    Q.   Okay.  Now let's go to McNamara 36, a<br>315 18    few -- few more pages.  It's another one of our men in<br>315 19    uniform with a helmet on wearing -- wearing the Combat<br>315 20    Arms Earplug. | | |
| **316:5 - 316:16   McNamara, Timothy 3-11-2020**<br>316 5    Q.   This is another sell sheet that you would<br>316 6    use in your visits to the military bases and<br>316 7    installations over the years, fair?<br>316 8    A.   As I remember, yes.<br>316 9    Q.   And this is a -- obviously in your -- this<br>316 10    is also something you would provide to distributors to<br>316 11    provide to -- who might be selling to the military so<br>316 12    they could also rely on this information, fair?<br>316 13    A.   It would be a support piece, yes.<br>316 14    Q.   Okay.  And, again, this is something --<br>316 15    the representations in here are something that you<br>316 16    intended the military to be able to rely upon, fair? | Re: [316:5-316:13]<br>Def Objection - 3M MIL No. 15; Foundation (602)<br>Re: [316:14-316:16]<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | Re: [316:5-316:13]<br>Def Objection - 3M MIL No. 15; Foundation (602)<br>**OVERRULED**<br>Re: [316:14-316:16]<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15<br>**OVERRULED** |
| **316:19 - 317:14   McNamara, Timothy 3-11-2020**<br>316 19    A.   As part of a support piece.<br>316 20    BY MR. AYLSTOCK:<br>316 21    Q.   Is that a yes?<br>316 22    A.   That's a yes.<br>316 23    Q.   Okay.  Thank you.<br>316 24    So if we look at the picture of the man<br>317 1    here with his helmet, this has the yellow end<br>317 2    completely in his ear, fair? | Re: [316:19-316:19]<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | Re: [316:19-316:19]<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15<br>**OVERRULED** |

| | | |
|---|---|---|
| 317 3   A.   Yes.<br>317 4   Q.   And so this is the open -- what we would<br>317 5   call the open end is in, the yellow end is in and the<br>317 6   olive end is out, fair?<br>317 7   A.   Yes.<br>317 8   Q.   And the olive end is actually the third<br>317 9   flange that's actually up against the -- I guess they<br>317 10   call that the tragus.<br>317 11   Do you know what a tragus is?<br>317 12   A.   Yes.<br>317 13   Q.   This is up against his tragus, correct?<br>317 14   A.   It appears, yes. | Re: [316:21-316:22]<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>Re: [316:23-317:14]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15 | Re: [316:21-316:22]<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED**<br>Re: [316:23-317:14]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** |
| **318:12 - 318:13   McNamara, Timothy 3-11-2020**<br>318 12   Q.   Is that -- is that how you trained people<br>318 13   to put it in -- | Re: [318:12-318:13]<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15 | Re: [318:12-318:13]<br>Def Objection -<br>Misstates;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** |
| **318:16 - 318:23   McNamara, Timothy 3-11-2020**<br>318 16   Q.   -- the same in both way, whether it is a<br>318 17   yellow or a green?<br>318 18   A.   Yes.<br>318 19   Q.   So if the green end was in, it would<br>318 20   also -- you would train people to do it as represented<br>318 21   in this photograph, except for the yellow end being<br>318 22   out instead of the green end, is that right?<br>318 23   A.   Yes. | Re: [318:16-318:23]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15 | Re: [318:16-318:23]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** |
| **319:12 - 319:16   McNamara, Timothy 3-11-2020**<br>319 12   Q.   Oh, okay.  Well, in any event, again,<br>319 13   these are materials that you intended the men and<br>319 14   women in uniform to be able to rely upon in learning<br>319 15   about the Combat Arms Version 2, correct?<br>319 16   A.   Yes. | Re: [319:12-320:10]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15 | Re: [319:5-320:10]<br>Def Objection -<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **319:17 - 320:10   McNamara, Timothy 3-11-2020** | | | | |
| 319 17    Q.   And, again, it talks about this green end | Re: [319:12-320:10] | Re: [319:5-320:10] | | |
| 319 18    of the Combat Arms Earplugs, provides steady | Def Objection - | Def Objection - | | |
| 319 19    protection with an NRR of 22 dB. | Foundation (602); | Foundation (602); | | |
| 319 20    Do you see that? | 3M MIL No. 15 | 3M MIL No. 15 | | |
| 319 21    A.   Yes. | | **OVERRULED** | | |
| 319 22    Q.   And this is the ideal wearing position | | | | |
| 319 23    when exposed to constant high-level sound of 85 dB and | | | | |
| 319 24    above. | | | | |
| 320 1    Do you see that?  Right below the dB of | | | | |
| 320 2    22. It might be helpful on the screen. | | | | |
| 320 3    A.   Okay.  There it is. | | | | |
| 320 4    Okay.  Yes. | | | | |
| 320 5    Q.   Okay.  And so, again, these -- this is | | | | |
| 320 6    consistent with representations you were making when | | | | |
| 320 7    you were visiting these military installations and | | | | |
| 320 8    educating the military about the Combat Arms Earplug, | | | | |
| 320 9    fair? | | | | |
| 320 10    A.   Yes. | | | | |
| **320:23 - 321:2   McNamara, Timothy 3-11-2020** | | | | |
| 320 23    You know that this Combat Arms Version 2 | | | | |
| 320 24    earplug was manufactured by your company that you were | | | | |
| 321 1    working for at the time, Aearo, correct? | | | | |
| 321 2    A.   Correct. | | | | |
| **321:15 - 321:19   McNamara, Timothy 3-11-2020** | | | | |
| 321 15    Q.   Okay.  Well, when it comes to what you | Re: [321:15-321:19] | Re: [321:15-321:19] | | |
| 321 16    were doing when you were out there communicating with | Def Objection - | Def Objection - | | |
| 321 17    the men and women in uniform about these earplugs, it | Foundation (602); | Foundation (602); | | |
| 321 18    is fair to say your job was to educate them on the | Misstates; | Misstates; | | |
| 321 19    characteristics and proper use of this earplug, fair? | Compound; | Compound; | | |
| | Argumentative | Argumentative | | |
| | (611, 403); 3M | (611, 403); 3M | | |
| | MIL No. 15 | MIL No. 15 | | |
| | | **OVERRULED** | | |
| **321:22 - 322:2   McNamara, Timothy 3-11-2020** | | | | |
| 321 22    A.   Yes. | Re: [321:22-321:22] | Re: [321:22-321:22] | | |
| 321 23    BY MR. AYLSTOCK: | Def Objection - | Def Objection - | | |
| 321 24    Q.   And you did that because you wanted to | Foundation (602); | Foundation (602); | | |
| | Misstates; | Misstates; | | |

| | | | |
|---|---|---|---|
| 322 1    sell more Combat Arms earplugs, that was your job,<br>322 2    right? | Compound;<br>Argumentative<br>(611, 403); 3M<br>MIL No. 15<br>**Re: [321:24-322:2]**<br>Def Objection -<br>Misstates;<br>Compound;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15 | Compound;<br>Argumentative<br>(611, 403); 3M<br>MIL No. 15<br>**OVERRULED**<br>Re: [321:24-322:2]<br>Def Objection -<br>Misstates;<br>Compound;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED** | |
| **322:5 - 322:10   McNamara, Timothy 3-11-2020**<br>322 5    A.   Yes.<br>322 6    BY MR. AYLSTOCK:<br>322 7    Q.   And over the years, it's fair to say that<br>322 8    you handed out thousands of these type sell sheets<br>322 9    across military bases, correct?<br>322 10    A.   Yes. | **Re: [322:5-322:5]**<br>Def Objection -<br>Misstates;<br>Compound;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**Re: [322:7-322:10]**<br>Def Objection -<br>3M MIL No. 15;<br>Foundation (602);<br>Argumentative<br>(611, 403) | Re: [322:5-322:5]<br>Def Objection -<br>Misstates;<br>Compound;<br>Argumentative<br>(611, 403);<br>Foundation (602);<br>3M MIL No. 15<br>**OVERRULED**<br>Re: [322:7-322:13]<br>Def Objection -<br>3M MIL No. 15;<br>Foundation (602);<br>Argumentative<br>(611, 403)<br>**OVERRULED** | |
| **324:16 - 324:18   McNamara, Timothy 3-11-2020**<br>324 16    Does this jog your memory as to Operation<br>324 17    Cobra around this timeframe?<br>324 18    A.   I -- I don't -- I don't recall. | | **Re: [324:16-324:18]**<br>improper counter | **SUSTAINED** |
| **341:4 - 341:4   McNamara, Timothy 3-11-2020**<br>341 4    A.   22 is higher, yes. | | **Re: [341:4-341:4]**<br>improper counter | **SUSTAINED** |

| | | | |
|---|---|---|---|
| **341:11 - 341:14   McNamara, Timothy 3-11-2020** | | **Re: [341:11-341:14]**<br>improper counter | **SUSTAINED** |
| 341 11     Q.   And, in fact, as Mr. Warren testified, if | | | |
| 341 12     the NRR on the steady state end, the green end, was | | | |
| 341 13     only 11, it would have made it almost impossible to | | | |
| 341 14     sell -- | | | |
| **341:17 - 341:17   McNamara, Timothy 3-11-2020** | | **Re: [341:17-341:17]**<br>improper counter | **SUSTAINED** |
| 341 17     Q.   -- to the military -- | | | |
| **341:20 - 341:20   McNamara, Timothy 3-11-2020** | | **Re: [341:20-341:20]**<br>improper counter | **SUSTAINED** |
| 341 20     Q.   -- for a military application? | | | |
| **341:24 - 342:5   McNamara, Timothy 3-11-2020** | | **Re: [341:24-341:24]**<br>improper counter<br>**Re: [342:1-342:16]**<br>improper counter | **SUSTAINED** |
| 341 24     A.   I don't believe so. | | | |
| 342 1     BY MR. AYLSTOCK: | | | |
| 342 2     Q.   Okay.  Do you think you would have made | | | |
| 342 3     Top Gun in sales two years running if it had an NRR of | | | |
| 342 4     11?  Is that what you're going to look and tell this | | | |
| 342 5     jury? | | | |
| **342:8 - 342:16   McNamara, Timothy 3-11-2020** | | **Re: [342:1-342:16]**<br>improper counter | **SUSTAINED** |
| 342 8     A.   Yes. | | | |
| 342 9     BY MR. AYLSTOCK: | | | |
| 342 10     Q.   Really?  Why is that? | | | |
| 342 11     A.   Because Combat Arms Earplugs was -- was | | | |
| 342 12     lower in sales than all of my others. | | | |
| 342 13     Q.   Okay. | | | |
| 342 14     A.   Electronic communications headsets -- | | | |
| 342 15     Q.   Okay. | | | |
| 342 16     A.   -- was very popular at that time. | | | |
| **350:9 - 350:11   McNamara, Timothy 3-11-2020** | | **Re: [350:9-350:11]**<br>improper counter | **SUSTAINED** |
| 350 9     Q.   Okay.  Let me show you this document, sir. | | | |
| 350 10     It's another document you are copied on from Brian | | | |
| 350 11     Myers to you -- | | | |
| **350:14 - 350:15   McNamara, Timothy 3-11-2020** | | **Re: [350:14-350:15]**<br>improper counter | **SUSTAINED** |
| 350 14     Q.   -- and others. | | | |
| 350 15     MR. AYLSTOCK:  Yes, Exhibit 26 for the record. | | | |
| **350:18 - 350:20   McNamara, Timothy 3-11-2020** | | **Re: [350:18-350:20]**<br>improper counter | **SUSTAINED** |
| 350 18     Q.   And it's -- the subject is, "Follow-up on | | | |

| | | | | |
|---|---|---|---|---|
| 350 19 | Combat Arms." | | | |
| 350 20 | Do you see that? | | | |
| **351:1 - 351:5   McNamara, Timothy 3-11-2020** | | | **Re: [351:1-351:5]** improper counter | **SUSTAINED** |
| 351 1 | Q.   And it looks like Brian is e-mailing you | | | |
| 351 2 | and others about a follow-up call with Tom Sidor at | | | |
| 351 3 | DSCP. | | | |
| 351 4 | Do you see that? | | | |
| 351 5 | A.   I do. | | | |
| **352:1 - 352:6   McNamara, Timothy 3-11-2020** | | | **Re: [352:1-352:6]** improper counter | **SUSTAINED** |
| 352 1 | Q.   So do you recall, sir, that there was a | | | |
| 352 2 | point in time that many, many of the sales of the | | | |
| 352 3 | Combat Arms Version 2 were only through distributors | | | |
| 352 4 | to the military and not direct? | | | |
| 352 5 | A.   At one time, yes. | | | |
| 352 6 | Q.   Right. | | | |
| **378:9 - 378:13   McNamara, Timothy 3-11-2020** | | | | |
| 378 9 | Q.   Now, in fact, you -- you were involved in | | | |
| 378 10 | a situation where the combat -- the case for the | | | |
| 378 11 | Combat Arms Earplug was changed, it was expanded, | | | |
| 378 12 | true? | | | |
| 378 13 | Do you remember that? | | | |
| **378:17 - 378:17   McNamara, Timothy 3-11-2020** | | | | |
| 378 17 | A.   I believe so. | | | |
| **380:5 - 380:9   McNamara, Timothy 3-11-2020** | | | **Re: [380:5-380:12]** (403, 602, 701) | **OVERRULED** |
| 380 5 | So in your experience dealing with the | | | |
| 380 6 | military in selling this product, the carrying case | | | |
| 380 7 | can be changed, there is nothing preventing the | | | |
| 380 8 | military from changing the carrying case in your | | | |
| 380 9 | experience? | | | |
| **380:12 - 380:12   McNamara, Timothy 3-11-2020** | | | **Re: [380:5-380:12]** (403, 602, 701) | **OVERRULED** |
| 380 12 | A.   Yes. | | | |
| **410:11 - 410:14   McNamara, Timothy 3-11-2020** | | | | |
| 410 11 | Q.   About the imperceptible loosening of the | | | |
| 410 12 | Combat Arms Version 2 earplugs.  Today is the first | | | |
| 410 13 | time you ever heard that statement, correct? | | | |
| 410 14 | A.   Yes.  To the best of my knowledge, yes. | | | |

| | | | | |
|---|---|---|---|---|
| **415:23 - 416:6   McNamara, Timothy 3-11-2020**<br>415 23    Q.   Good evening, Mr. McNamara.  My name is<br>415 24    Sierra Elizabeth and I represent 3M in this action.<br>416 1    You understand that you are still under<br>416 2    oath?<br>416 3    A.   I do.<br>416 4    Q.   You remember you were asked several<br>416 5    questions about your communications with Lieutenant<br>416 6    Colonel Stevens? | Re: [415:23-416:6]<br>Plt Objection - improper counter; incomplete | Re: [415:22-416:3]<br>Plt Objection - improper counter designation per PTO 64<br>**OVERRULED** | | |
| **416:14 - 416:19   McNamara, Timothy 3-11-2020**<br>416 14    Q.   Did anyone from 3M ever tell you to<br>416 15    contact Colonel Stevens?<br>416 16    A.   No.<br>416 17    Q.   So did you ever contact Colonel Stevens,<br>416 18    quote, on behalf of 3M, end quote?<br>416 19    A.   No. | | | Re: [416:14-416:19]<br>improper counter; 402 | **SUSTAINED** |
| **417:1 - 417:14   McNamara, Timothy 3-11-2020**<br>417 1    Q.   Do you have any knowledge about whether<br>417 2    Aearo concealed anything from the government about<br>417 3    CAE v2?<br>417 4    A.   No.<br>417 5    Q.   I want to direct your attention to<br>417 6    Exhibit 2 in your stack there.<br>417 7    A.   Is that my resume?<br>417 8    Q.   It's a stack including the documents that<br>417 9    were produced in response to the subpoena that was<br>417 10    issued to you, including your resume, yes.  It should<br>417 11    be at the beginning of your pile.<br>417 12    A.   There it is right there.<br>417 13    Q.   Do you have Exhibit 2 there?<br>417 14    A.   Yes. | Re: [417:1-417:14]<br>Plt Objection - improper counter; | Re: [417:1-417:14]<br>Plt Objection - improper counter designation per PTO 64<br>**OVERRULED** | | |
| **417:21 - 420:9   McNamara, Timothy 3-11-2020**<br>417 21    Q.   I want to direct your attention to Bates<br>417 22    stamp McNamara Subpoena 0035.<br>417 23    A.   Okay.<br>417 24    Q.   This document was in your files, correct?<br>418 1    A.   Yes.<br>418 2    Q.   Do you recognize this document?<br>418 3    A.   Yes. | Re: [417:21-418:14]<br>Plt Objection - improper counter; 802 | Re: [417:21-420:9]<br>Plt Objection - improper counter designation per PTO 64<br>**OVERRULED** | Re: [419:1-419:21]<br>improper counter | **SUSTAINED** |

McNamara, Timothy 3-11-2020                                                                                                            84

418 4    Q.   What is it?
418 5    A.   It's a support piece for the Com -- Combat
418 6    Arms Earplug.
418 7    Q.   And is this a support piece that you had
418 8    provided to your military contacts when you were
418 9    selling CAE v2?
418 10   A.   Yes.
418 11   Q.   Do you remember you were asked some
418 12   questions about gun ranges, indoor and outdoor gun
418 13   ranges during your deposition today?
418 14   A.   Yes.
418 15   Q.   What do you specifically remember telling
418 16   anyone from the military about how to use CAE v2 in an
418 17   indoor gun range?
418 18   A.   I -- I did not.  I -- I -- I said it was
418 19   an impulse noise for gunfire.
418 20   Q.   What info -- information did you share
418 21   about the yellow end of the CAE v2 to your military
418 22   contacts that you can specifically recall?
418 23   A.   That it is a impulse -- impulse plug.
418 24   It's designed to protect you against gunfire.
419 1    Q.   Okay.  Do you have any specific
419 2    recollection of any other statements that you made
419 3    about the yellow end of the CAE v2?
419 4    A.   No.
419 5    Q.   Throughout your deposition testimony
419 6    today, you were asked questions about selling to,
419 7    quote, end users, end quote.
419 8    Do you remember that, those questions?
419 9    A.   Yes.
419 10   Q.   Who are the end users that you were
419 11   selling to when you worked for Aearo selling CAE v2?
419 12   A.   The command staff of the various branches.
419 13   Q.   Okay.  And who are the command staff?
419 14   A.   That would be the S4s and the S6.  One is
419 15   a forced modern -- modernization.  One is the -- the
419 16   money guy, and the sergeant major, the -- the command
419 17   sergeant major, the colonel, the lieutenant colonel
419 18   and so forth, yes.

| | | | | |
|---|---|---|---|---|
| 419 19 | Q.   Do you consider command staff to be | | | |
| 419 20 | soldiers? | | | |
| 419 21 | A.   No. | | | |
| 419 22 | Q.   Did you ever sell any CAE v2 directly to | | | |
| 419 23 | soldiers? | | | |
| 419 24 | A.   Yes. | | | |
| 420 1 | Can I qualify that last statement? | | | |
| 420 2 | Q.   Sure. | | | |
| 420 3 | A.   They are soldiers, but they are not | | | |
| 420 4 | individual soldiers on -- on the firing line.  They | | | |
| 420 5 | are the -- the -- the management staff. | | | |
| 420 6 | Q.   Okay.  Did you ever sell to, quote, | | | |
| 420 7 | soldiers that were individual soldiers on the firing | | | |
| 420 8 | line for -- with respect to CAE v2? | | | |
| 420 9 | A.   No. | | | |
| **418:15 - 418:24   McNamara, Timothy 3-11-2020** | | | | |
| 418 15 | Q.   What do you specifically remember telling | | | |
| 418 16 | anyone from the military about how to use CAE v2 in an | | | |
| 418 17 | indoor gun range? | | | |
| 418 18 | A.   I -- I did not.  I -- I -- I said it was | | | |
| 418 19 | an impulse noise for gunfire. | | | |
| 418 20 | Q.   What info -- information did you share | | | |
| 418 21 | about the yellow end of the CAE v2 to your military | | | |
| 418 22 | contacts that you can specifically recall? | | | |
| 418 23 | A.   That it is a impulse -- impulse plug. | | | |
| 418 24 | It's designed to protect you against gunfire. | | | |
| **419:22 - 419:24   McNamara, Timothy 3-11-2020** | | | | |
| 419 22 | Q.   Did you ever sell any CAE v2 directly to | | | |
| 419 23 | soldiers? | | | |
| 419 24 | A.   Yes. | | | |
| **420:15 - 421:23   McNamara, Timothy 3-11-2020** | | Re: [420:15-421:23] | Re: [420:15-421:23] | |
| 420 15 | Q.   Okay.  I want to hand you what has been | Plt Objection - improper counter; 802; 602 | Plt Objection - improper counter designation per PTO 64; Foundation **OVERRULED** | |
| 420 16 | marked as Exhibit 34 to your deposition.  I only have | | | |
| 420 17 | one copy here, and it has my notes on it, but that's | | | |
| 420 18 | okay. | | | |
| 420 19 | Okay.  I want to direct your attention to | | | |
| 420 20 | the middle e-mail of Exhibit 34, and that's an e-mail | | | |
| 420 21 | from Brian Myers on April 17th, 2002 to Doug Ohlin and | | | |
| 420 22 | others, including yourself, is that right? | | | |

| | | | |
|---|---|---|---|
| 420 23 | A.   Yes. | | |
| 420 24 | Q.   Okay.  And the first line of that middle | | |
| 421 1 | part of Exhibit 34 says, quote, thanks for copying me | | |
| 421 2 | on this memo, end quote. | | |
| 421 3 | Do you see that? | | |
| 421 4 | A.   Yes. | | |
| 421 5 | Q.   Okay.  And if you look at the e-mail that | | |
| 421 6 | came before the Brian Myers e-mail of April 17th, | | |
| 421 7 | 2002, there is an e-mail of April 16th, 2002. | | |
| 421 8 | Do you see that? | | |
| 421 9 | A.   Yes. | | |
| 421 10 | Q.   And who was the author of that e-mail? | | |
| 421 11 | A.   That was Doug -- that was Doug Ohlin. | | |
| 421 12 | Q.   Okay.  And I want to direct your attention | | |
| 421 13 | to the second paragraph of that e-mail, about four | | |
| 421 14 | lines down, which says:  "The dual-ended plug will fit | | |
| 421 15 | a majority of the male population.  For those with | | |
| 421 16 | excessively large ear canals, we recommend that the | | |
| 421 17 | opposing plug be folded back before attempting | | |
| 421 18 | insertion." | | |
| 421 19 | Do you see that? | | |
| 421 20 | A.   Yes. | | |
| 421 21 | Q.   What is your -- who, to your -- to the | | |
| 421 22 | best of your knowledge wrote that language that I just | | |
| 421 23 | read? | | |
| **422:2 - 422:9   McNamara, Timothy 3-11-2020** | | **Re: [422:2-422:9]** | **Re: [422:2-422:9]** | **Re: [422:2-422:9]** |
| 422 2 | A.   I do not -- I don't know. | Plt Objection - | Plt Objection - | 406, 406 |
| 422 3 | BY MS. ELIZABETH: | improper counter | improper counter | |
| 422 4 | Q.   Do you see Doug Ohlin's name there? | | designation per | |
| 422 5 | A.   Yes, Doug O -- | | PTO 64; | |
| 422 6 | BY MS. ELIZABETH: | | Foundation | |
| 422 7 | Q.   Do you have any re -- | | **OVERRULED** | |
| 422 8 | BY THE WITNESS: | | | |
| 422 9 | A.   Doug -- Doug Ohlin. | | | |
| **422:12 - 424:20   McNamara, Timothy 3-11-2020** | | **Re: [422:12-** | **Re: [422:12-** | |
| 422 12 | Q.   Do you have any reason to believe that | **422:18]** | **422:18]** | |
| 422 13 | Doug Ohlin did not send this e-mail? | Plt Objection - | Plt Objection - | |
| 422 14 | A.   No, I do not. | improper counter; | improper counter | |
| 422 15 | Q.   Do you have any reason to believe that you | foundation | designation per | |

| | | | |
|---|---|---|---|
| 422 16   did not receive the e-mail above it that's been | **Re: [423:1-423:13]** | PTO 64; Foundation | |
| 422 17   forwarded to you from Brian Myers on April 17, 2002? | | **OVERRULED** | |
| 422 18   A.   No. | Plt Objection - improper counter | | |
| 422 19   (WHEREUPON, a certain document was | | **Re: [422:19-424:20]** | |
| 422 20   marked Timothy McNamara Deposition | | Plt Objection - | |
| 422 21   Exhibit No. 35, for identification, | | improper counter | |
| 422 22   as of 03/11/2020.) | | designation per | |
| 422 23   BY MS. ELIZABETH: | | PTO 64 | |
| 422 24   Q.   Okay.  I want to direct your attention to | | **OVERRULED** | |
| 423 1   Exhibit 35 to your deposition. | | | |
| 423 2   Exhibit 35 is an e-mail chain from Doug | | | |
| 423 3   Ohlin to various people, including you, on | | | |
| 423 4   October 4th, 2004. | | | |
| 423 5   Do you see that? | | | |
| 423 6   A.   Yes. | | | |
| 423 7   Q.   Okay.  And it reads:  "These will be | | | |
| 423 8   wallet-sized laminated cards to be issued with the | | | |
| 423 9   earplugs.  Any comments other than the need to correct | | | |
| 423 10   the NSN for the double-ended plug to | | | |
| 423 11   6515-01-466-2710?" | | | |
| 423 12   Do you see that? | | | |
| 423 13   A.   I do. | | | |
| 423 14   Q.   Do you have any reason to believe you did | | | |
| 423 15   not receive this e-mail? | | | |
| 423 16   A.   No. | | | |
| 423 17   Q.   Okay.  I want to direct your attention to | | | |
| 423 18   the attachment of this e-mail, which is on Bates 3M | | | |
| 423 19   MDL 13299 and 13300, and I'll specifically point you | | | |
| 423 20   to the Bates stamp Page 13300. | | | |
| 423 21   Are you there? | | | |
| 423 22   A.   I am. | | | |
| 423 23   Q.   Okay.  Do you recognize what's depicted on | | | |
| 423 24   this page? | | | |
| 424 1   A.   Yes. | | | |
| 424 2   Q.   What is it? | | | |
| 424 3   A.   It is a wallet-size card instruction | | | |
| 424 4   manual. | | | |
| 424 5   Q.   Okay.  Have you seen this before? | | | |
| 424 6   A.   Yes. | | | |

| | | | | |
|---|---|---|---|---|
| 424 7 | Q.   And there are various pictures on the | | | |
| 424 8 | wallet card, right? | | | |
| 424 9 | A.   Yes. | | | |
| 424 10 | Q.   Okay.  Can you please tell the jury what | | | |
| 424 11 | is depicted on the right-hand side of this wallet | | | |
| 424 12 | card, the right-hand corner of this wallet card? | | | |
| 424 13 | A.   It is the Combat Arms Earplug with the | | | |
| 424 14 | impulse noise out and the steady state plug in with | | | |
| 424 15 | the end folded out. | | | |
| 424 16 | Q.   And when you say "the end folded out," | | | |
| 424 17 | what do you mean? | | | |
| 424 18 | A.   The flap folded up. | | | |
| 424 19 | MS. ELIZABETH: I don't think I have any further | | | |
| 424 20 | questions. | | | |
| **422:24 - 423:6   McNamara, Timothy 3-11-2020** | | | | |
| 422 24 | Q.   Okay.  I want to direct your attention to | | | |
| 423 1 | Exhibit 35 to your deposition. | | | |
| 423 2 | Exhibit 35 is an e-mail chain from Doug | | | |
| 423 3 | Ohlin to various people, including you, on | | | |
| 423 4 | October 4th, 2004. | | | |
| 423 5 | Do you see that? | | | |
| 423 6 | A.   Yes. | | | |
| **423:7 - 423:13   McNamara, Timothy 3-11-2020** | | | | |
| 423 7 | Q.   Okay.  And it reads: "These will be | | | |
| 423 8 | wallet-sized laminated cards to be issued with the | | | |
| 423 9 | earplugs.  Any comments other than the need to correct | | | |
| 423 10 | the NSN for the double-ended plug to | | | |
| 423 11 | 6515-01-466-2710?" | | | |
| 423 12 | Do you see that? | | | |
| 423 13 | A.   I do. | | | |
| **424:2 - 424:6   McNamara, Timothy 3-11-2020** | | | | |
| 424 2 | Q.   What is it? | | | |
| 424 3 | A.   It is a wallet-size card instruction | | | |
| 424 4 | manual. | | | |
| 424 5 | Q.   Okay.  Have you seen this before? | | | |
| 424 6 | A.   Yes. | | | |
| **430:16 - 431:10   McNamara, Timothy 3-11-2020** | | Re: [431:3-431:6] | Re: [431:3-431:6] | |
| 430 16 | Q.   Exhibit 34. "The dual end will fit a | Def Objection - | Def Objection - | |
| 430 17 | majority of the adult male population.  For those with | Foundation (602) | | |

| | | | | |
|---|---|---|---|---|
| 430 18     excessively large ear canals, we recommend the<br>430 19     opposing plug be folded back before attempting<br>430 20     insertion."<br>430 21     And then others at your company were<br>430 22     copied for comment on the next e-mail -- the next<br>430 23     exhibit you-all looked at, and you looked at the<br>430 24     wallet card.<br>431 1     Do you remember that?<br>431 2     A.   Yes.<br>431 3     Q.   Now, are you aware, Mr. McNamara, that in<br>431 4     this very case Elliott Berger has testified under<br>431 5     oath?<br>431 6     A.   I'm not aware specifically.<br>431 7     Q.   Okay.  Has anybody told you that Elliott<br>431 8     Berger testified under oath that what Doug Ohlin put<br>431 9     in this e-mail that you-all read into the record was<br>431 10    wrong? | Re: [431:7-<br>431:10]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403) | Foundation (602)<br>SUSTAINED<br>Re: [431:7-<br>431:10]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>SUSTAINED | | |
| **431:14 - 431:19   McNamara, Timothy 3-11-2020**<br>431 14      A.   I'm not aware of that.<br>431 15      BY MR. TRACEY:<br>431 16      Q.   Okay.  Are you aware that Elliott Berger<br>431 17      testified that their testing did not disclose that<br>431 18      only those with very large ear canals should fold back<br>431 19      the flanges? | Re: [431:14-<br>431:14]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>Re: [431:16-<br>431:19]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403) | Re: [431:14-<br>431:14]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>SUSTAINED<br>Re: [431:16-<br>431:19]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative<br>(611, 403)<br>SUSTAINED | | |
| **431:22 - 432:3   McNamara, Timothy 3-11-2020**<br>431 22      A.   No.<br>431 23      BY MR. TRACEY:<br>431 24      Q.   Are you aware of whether anybody from your<br>432 1      company corrected Doug Ohlin's misinterpretation or | Re: [431:22-<br>432:3]<br>Def Objection -<br>Foundation (602);<br>Misstates; | Re: [431:21-<br>432:3]<br>Def Objection -<br>Foundation (602);<br>Misstates;<br>Argumentative | | |

| Designation / Testimony | Def Objection | Ruling | Pltf Objection | Ruling |
|---|---|---|---|---|
| 432 2   misstatement of fact that you read into the record<br>432 3   with your lawyer? | Argumentative (611, 403) | (611, 403)<br>**SUSTAINED** | | |
| **432:6 - 432:6   McNamara, Timothy 3-11-2020**<br>432 6   A.  I'm not aware of. | **Re: [432:6-432:6]**<br>Def Objection - Foundation (602); Misstates; Argumentative (611, 403) | **Re: [432:5-432:6]**<br>Def Objection - Foundation (602); Misstates; Argumentative (611, 403)<br>**SUSTAINED** | | |
| **433:14 - 433:17   McNamara, Timothy 3-11-2020**<br>433 14   Q.   Do you think it would have been okay to<br>433 15   let Dr. Ohlin continue on with this misstatement of<br>433 16   fact about folding back the flanges only with very<br>433 17   large ear canals? | | | **Re: [433:14-433:21]**<br>(602, 701, 403) | **OVERRULED** |
| **433:21 - 433:21   McNamara, Timothy 3-11-2020**<br>433 21   A.  I don't know. | | | **Re: [433:14-433:21]**<br>(602, 701, 403) | **OVERRULED** |
| **434:2 - 434:5   McNamara, Timothy 3-11-2020**<br>434 2   Q.   Okay.  Before your lawyer read that<br>434 3   statement into the record, had you ever heard in your<br>434 4   38-year career with the company that only those with<br>434 5   very large ear canals should fold back the flanges? | | | **Re: [434:2-434:8]**<br>403 | **OVERRULED** |
| **434:8 - 434:8   McNamara, Timothy 3-11-2020**<br>434 8   A.   No. | | | **Re: [434:2-434:8]**<br>403 | **OVERRULED** |
| **434:17 - 434:23   McNamara, Timothy 3-11-2020**<br>434 17   Q.   Okay.  In all of your time going from base<br>434 18   to base, to commander to commander with your<br>434 19   PowerPoints and going to distributors and doing what<br>434 20   you do with your duffel bag full of stuff, had you<br>434 21   ever instructed anybody when you were -- when you were<br>434 22   doing your training to fold back the flanges in very<br>434 23   large ear canals? | **Re: [434:17-434:23]**<br>Def Objection - Foundation (602); 3M MIL No. 15; Argumentative; Compound (611, 403) | **Re: [434:17-434:23]**<br>Def Objection - Foundation (602); 3M MIL No. 15; Argumentative; Compound (611, 403)<br>**OVERRULED** | | |
| **435:5 - 435:5   McNamara, Timothy 3-11-2020**<br>435 5   A.   I -- I don't remember. | **Re: [435:5-435:5]**<br>Def Objection - Foundation (602); 3M MIL No. 15; Argumentative; | **Re: [435:4-435:5]**<br>Def Objection - Foundation (602); 3M MIL No. 15; Argumentative; | | |

| | | | |
|---|---|---|---|
| | Compound (611, 403) | Compound (611, 403) **OVERRULED** | |
| **435:11 - 435:19   McNamara, Timothy 3-11-2020**<br>435 11      Q.   You never one time can remember<br>435 12      instructing people to fold back the flanges when you<br>435 13      were doing your training with Combat Arms Version 2?<br>435 14      A.   Not that I recall.<br>435 15      Q.   No.<br>435 16      And -- and you certainly have never seen<br>435 17      any literature from your company that purports to<br>435 18      claim that those with the very large ear canals should<br>435 19      fold back the flanges, have you? | Re: [435:11-435:15]<br>Def Objection -<br>3M MIL No. 15;<br>Foundation (602)<br>Re: [435:16-435:19]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Mistates (611, 403) | Re: [435:11-435:15]<br>Def Objection -<br>3M MIL No. 15;<br>Foundation (602)<br>**OVERRULED**<br>Re: [435:16-435:19]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Mistates (611, 403)<br>**OVERRULED** | |
| **435:22 - 435:22   McNamara, Timothy 3-11-2020**<br>435 22      A.   Not that I can recall. | Re: [435:22-435:22]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Mistates (611, 403) | Re: [435:22-435:22]<br>Def Objection -<br>Foundation (602);<br>Argumentative;<br>Mistates (611, 403)<br>**OVERRULED** | |
| **435:24 - 436:5   McNamara, Timothy 3-11-2020**<br>435 24      Q.   Okay.  Do you -- do you know the genesis<br>436 1      of this wallet card, how it came to be?<br>436 2      A.   I don't know the exact genesis, but we<br>436 3      provided it as a support piece.<br>436 4      Q.   "We" meaning Aearo?<br>436 5      A.   "We" meaning Aearo, yes. | Re: [435:24-436:5]<br>Def Objection -<br>Foundation (602) | Re: [435:24-436:7]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **439:7 - 439:23   McNamara, Timothy 3-11-2020**<br>439 7      Q.   Oh, here we go, Exhibit 30.  If you go to<br>439 8      the paragraph that begins: "For Test 213015, the<br>439 9      plugs were fit according to the standard plug's<br>439 10      fitting instructions with no modifications."<br>439 11      Do you see that?<br>439 12      A.   I do.<br>439 13      Q.   And it says: "Because the stem of the<br>439 14      green, solid end of the plug is so short, it was | Re: [439:7-439:19]<br>Def Objection -<br>Foundation (602);<br>Relevance (401, 402); Prejudice (403); Asked (611, 403) | Re: [439:1-439:19]<br>Def Objection -<br>Foundation (602);<br>Relevance (401, 402); Prejudice (403); Asked (611, 403)<br>**OVERRULED** | |

| | | |
|---|---|---|
| 439 15   difficult for the experimenter to insert the plug into<br>439 16   some subjects' ear canals, especially those with" --<br>439 17   "subjects with medium and larger ear canals."<br>439 18   Did I read that reasonably correctly?<br>439 19   A.   That was exactly what it says.<br>439 20   Q.   Now, you would agree with me that this<br>439 21   says something very different than what Dr. Ohlin is<br>439 22   asking for review and comment on with the wallet card<br>439 23   where it says "very large ear canals," correct? | Re: [439:20-439:23]<br>Def Objection - Foundation (602); Misstates; Argumentative; Asked (611, 403) | Re: [439:20-439:23]<br>Def Objection - Foundation (602); Misstates; Argumentative; Asked (611, 403)<br>**OVERRULED** |
| **440:3 - 440:11   McNamara, Timothy 3-11-2020**<br>440 3    Q.   Well, it says "medium and larger ear<br>440 4    canals" here, doesn't it?<br>440 5    A.   Yes.<br>440 6    Q.   That's not what Dr. Ohlin said when he<br>440 7    asked you and Mr. Berger and Mr. Myers to review the<br>440 8    proof of the Aearo wallet card that was going to be<br>440 9    sent to men and women in service all across this<br>440 10   country and around the world, those words are<br>440 11   different, aren't they, sir? | Re: [440:6-440:11]<br>Def Objection - Foundation (602); Misstates; Argumentative; Compound (611, 403) | Re: [440:6-440:11]<br>Def Objection - Foundation (602); Misstates; Argumentative; Compound (611, 403)<br>**OVERRULED** |
| **440:15 - 440:15   McNamara, Timothy 3-11-2020**<br>440 15   A.   Yes. | Re: [440:15-440:15]<br>Def Objection - Foundation (602); Misstates; Argumentative; Compound (611, 403) | Re: [440:15-440:15]<br>Def Objection - Foundation (602); Misstates; Argumentative; Compound (611, 403)<br>**OVERRULED** |