# EXHIBIT 1

# Berger, Elliott 09-25-2020

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **8:4 - 8:7**   **Berger, Elliott - 09-25-2020**<br>8 4   Q.   Good morning, Mr. Berger.  How are you<br>8 5   doing?<br>8 6   A.   I am fairly well, thanks.  Good morning,<br>8 7   Neil. | | | | |
| **9:1 - 9:9**   **Berger, Elliott - 09-25-2020**<br>9 1   So you are here today on behalf of the<br>9 2   defendants in the case, 3M and Aearo, you understand<br>9 3   that, right?<br>9 4   A.   Yes.<br>9 5   Q.   Okay.  And you are going to be testifying<br>9 6   on some topics that you've been designated to talk<br>9 7   about and I understand that you have prepared to<br>9 8   testify on -- on those topics, is that right?<br>9 9   A.   Yes. | | | | |
| **9:21 - 9:24**   **Berger, Elliott - 09-25-2020**<br>9 21   Q.   You understand that the testimony you give<br>9 22   on these topics under the Federal Rules are binding on<br>9 23   the company.<br>9 24   Do you understand that? | **Re: [9:21-9:24]**<br>Def Objection - Vague<br>(611, 403), Foundation<br>(602) | **Re: [9:21-9:24]**<br>Def Objection -<br>Vague (611,<br>403), Foundation<br>(602)<br>**OVERRULED** | | |
| **10:4 - 10:4**   **Berger, Elliott - 09-25-2020**<br>10 4   A.   Yes. | | | | |
| **11:5 - 11:16**   **Berger, Elliott - 09-25-2020**<br>11 5   Q.   Okay.  And generally can you tell me what<br>11 6   types of documents it were -- it were that you<br>11 7   reviewed to prepare to give testimony today?<br>11 8   A.   E-mails, memoranda, technical reports,<br>11 9   technical drawings, patents.<br>11 10   Q.   Okay.  And besides reviewing those<br>11 11   documents that are going to be in this binder, did you<br>11 12   speak to or conduct interviews or have conversations<br>11 13   with people within the company to help you prepare for<br>11 14   your testimony?<br>11 15   A.   Yes.<br>11 16   Q.   Okay.  Who did you talk to? | **Re: [11:10-11:24]**<br>Def Objection -<br>Relevance (401, 402) | **Re: [11:10-11:24]**<br>Def Objection -<br>Relevance (401,<br>402)<br>**OVERRULED** | | |

| | | | |
|---|---|---|---|
| **11:21 - 11:24   Berger, Elliott - 09-25-2020**<br>11 21    A.   I talked to Brian Myers, Ted Madison, Cyd<br>11 22    Kladden, Marc Santoro, Jeff Hamer, Dick Knauer, and<br>11 23    through a Kirkland associate had a communication to<br>11 24    get some data from Bob Zielinski. | **Re: [11:10-11:24]**<br>Def Objection -<br>Relevance (401, 402) | Re: [11:10-<br>11:24]<br>Def Objection -<br>Relevance (401,<br>402)<br>**OVERRULED** | |
| **13:20 - 14:2   Berger, Elliott - 09-25-2020**<br>13 20    Q.   Okay.  And did you make notes of your<br>13 21    conversations with those people in preparation for<br>13 22    your testimony on behalf of the company?<br>13 23    A.   Yes.<br>13 24    Q.   Okay.  And do you have those notes there<br>14 1    with you?<br>14 2    A.   Yes. | | | |
| **14:20 - 15:4   Berger, Elliott - 09-25-2020**<br>14 20    Q.   So, you have been designated on several<br>14 21    topics, a lot of them were kind of legal, I tried to<br>14 22    break them down here, but essentially one of the<br>14 23    topics that you've been designated to talk about is<br>14 24    the determination of language or other information<br>15 1    contained within the published labels and packaging<br>15 2    for earplugs.<br>15 3    Do you understand that's one of the<br>15 4    topics? | | | **Re: [14:20-15:9]**<br>Misstates, Argumentative | **SUSTAINED** |
| **15:7 - 15:13   Berger, Elliott - 09-25-2020**<br>15 7    A.   My understanding is that it's related to<br>15 8    that topic, but there were limitations placed on that<br>15 9    discussion.<br>15 10    BY MR. OVERHOLTZ:<br>15 11    Q.   Okay.  Tell me what your understanding of<br>15 12    the limitation is, just so I can understand where --<br>15 13    what your level of preparation is? | | | **Re: [14:20-15:9]**<br>Misstates, Argumentative | **SUSTAINED** |
| **15:14 - 16:9   Berger, Elliott - 09-25-2020**<br>15 14    MS. ELIZABETH:  I can just make a --<br>15 15    BY THE WITNESS:<br>15 16    A.   I don't have the -- go ahead.<br>15 17    MS. ELIZABETH:  One second.<br>15 18    I can just make a note for the record that<br>15 19    my -- my notes reflect that both Topics 2, 5 and 10, | | | **Re: [15:14-16:9]**<br>Improper counter-designation;<br>includes argument by counsel;<br>side bars; argumentative; 403. | **SUSTAINED** |

| Transcript | Objection | Response | | Ruling |
|---|---|---|---|---|
| 15 20  which Mr. Berger has been designated for, are limited<br>15 21  to specifically pertaining to changes to the labeling,<br>15 22  reasons for the change, when the changes were made,<br>15 23  and who made them.<br>15 24  BY MR. OVERHOLTZ:<br>16 1  Q.   Was that the basis of your understanding<br>16 2  in preparation, Mr. Berger?<br>16 3  A.   Yes.<br>16 4  Q.   I don't know that we are going to have too<br>16 5  much to fuss about on that.  I think that's probably<br>16 6  going to be the focus of any questions that we talk<br>16 7  about that topic.  If we get to a point where we have<br>16 8  some disagreements on the scope, we can talk about it<br>16 9  then, but there is no reason to fuss about that now. | | | | |
| **16:10 - 16:15**  **Berger, Elliott - 09-25-2020**<br>16 10  Certainly we understand the topic is about<br>16 11  information contained in the labels and when and how<br>16 12  changes were made to the labels.  That's certainly<br>16 13  within the scope of what we are talking about, is that<br>16 14  right?<br>16 15  A.   Yes. | | | | **EXCLUDED** |
| **18:3 - 18:5**  **Berger, Elliott - 09-25-2020**<br>18 3  Q.   Okay.  I tried to break it down to get rid<br>18 4  of the legalese out of it and just have the -- the<br>18 5  subject matter, okay. | | | | **EXCLUDED** |
| **18:6 - 18:11**  **Berger, Elliott - 09-25-2020**<br>18 6  I don't think we'll have much to fuss<br>18 7  about.  It sounds like you are prepared to talk about<br>18 8  the company's evaluation of alternative designs and<br>18 9  competing products as part of your testimony today.<br>18 10  Is that fair?<br>18 11  A.   Yes. | | | | **EXCLUDED** |
| **19:2 - 19:16**  **Berger, Elliott - 09-25-2020**<br>19 2  Q.   All right.  So we see here a picture on<br>19 3  the screen of a Combat Arms Version 2 plug there in<br>19 4  the middle.<br>19 5  Do you see that?<br>19 6  A.   Yes.<br>19 7  Q.   Okay.  And you and I have talked about | **Re: [19:7-19:19]**<br>Def Objection -<br>Compound (611, 403) | **Re: [19:7-19:19]**<br>Def Objection -<br>Compound (611, 403)<br><br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| 19 8 | this before, but we know that the Combat Arms plug is | | | |
| 19 9 | dual-ended, it has a yellow end and a green end.  The | | | |
| 19 10 | yellow end is the end that has the nonlinear filter | | | |
| 19 11 | that allows the plug to provide passthrough hearing, | | | |
| 19 12 | situational awareness as sometimes we use the term, it | | | |
| 19 13 | has lower attenuation, a lower NRR, and but it also | | | |
| 19 14 | can provide level-dependent protection in the case of | | | |
| 19 15 | impulse noise. | | | |
| 19 16 | Is that fair? | | | |
| **19:19 - 19:19**   **Berger, Elliott - 09-25-2020** | | Re: [19:7-19:19] | Re: [19:7-19:19] | |
| 19 19 | A.  Yes. | Def Objection - | Def Objection - | |
| | | Compound (611, 403) | Compound (611, 403) | |
| | | | **OVERRULED** | |
| **20:3 - 20:6**   **Berger, Elliott - 09-25-2020** | | | | |
| 20 3 | Q.   And then the green end, that's the solid | | | |
| 20 4 | or closed end of the plug that's meant to provide | | | |
| 20 5 | higher level protection, higher NRR for steady state | | | |
| 20 6 | noise, is that fair? | | | |
| **20:9 - 20:15**   **Berger, Elliott - 09-25-2020** | | | | |
| 20 9 | A.  Let me read your box there. | | | |
| 20 10 | BY MR. OVERHOLTZ: | | | |
| 20 11 | Q.   Yep, sure thing. | | | |
| 20 12 | A.   Yes. | | | |
| 20 13 | Q.   Okay.  And so you agree that that's | | | |
| 20 14 | generally the concept of the green end of the plug? | | | |
| 20 15 | A.   Yes. | | | |
| **20:16 - 21:14**   **Berger, Elliott - 09-25-2020** | | | | |
| 20 16 | Q.   And then we see on the right a cutaway | | | |
| 20 17 | drawing of the plug that cuts away halfway through so | | | |
| 20 18 | that we can see that connecting the two plugs, and we | | | |
| 20 19 | see the hole in the -- in the photograph, but in the | | | |
| 20 20 | cutaway we can see that there is a white plastic | | | |
| 20 21 | adapter in the middle that holds the two plugs, holds | | | |
| 20 22 | both ends of the plugs together, is that right? | | | |
| 20 23 | A.   Yes. | | | |
| 20 24 | Q.   And throughout the day I think we might | | | |
| 21 1 | refer to that part as the adapter or the adapter stem, | | | |
| 21 2 | I think were the primarily -- primary terms it was | | | |

| | | | | |
|---|---|---|---|---|
| 21 3 | used for, is that right? | | | |
| 21 4 | A.   Yes. | | | |
| 21 5 | Q.   Okay.  And then the -- as we can see, the | | | |
| 21 6 | part of the plastic adapter that's in the yellow end | | | |
| 21 7 | has a black component part to it.  That is actually | | | |
| 21 8 | the nonlinear filter, correct? | | | |
| 21 9 | A.   Yes. | | | |
| 21 10 | Q.   That's the -- that's the part of the | | | |
| 21 11 | Combat Arms Version 2 plug that's supposed to provide | | | |
| 21 12 | nonlinear protection in the case of impulse noise, is | | | |
| 21 13 | that right? | | | |
| 21 14 | A.   Yes. | | | |
| **21:20 - 22:2** | **Berger, Elliott - 09-25-2020** | | | |
| 21 20 | Is that a fair description of the filter? | | | |
| 21 21 | A.   Yes, the two pieces fit together. | | | |
| 21 22 | Q.   All right. | | | |
| 21 23 | A.   And you continue to use the word | | | |
| 21 24 | "nonlinear," which is often a -- a term that describes | | | |
| 22 1 | this, you have also written in the slide | | | |
| 22 2 | "level-dependent" which is the term I prefer to use. | | | |
| **22:14 - 22:20** | **Berger, Elliott - 09-25-2020** | | | |
| 22 14 | Q.   Okay.  Now, the filter part that you | | | |
| 22 15 | talked about, that filter, was that the same filter | | | |
| 22 16 | that was used in the Version 3? | | | |
| 22 17 | A.   No. | | | |
| 22 18 | Q.   Okay.  So the filter was modified for the | | | |
| 22 19 | Version 3, is that right? | | | |
| 22 20 | A.   Yes. | | | |
| **23:13 - 23:18** | **Berger, Elliott - 09-25-2020** | | | |
| 23 13 | What was your understanding of the | | | |
| 23 14 | difference in the filter of the Version 3? | | | |
| 23 15 | A.   It had a thinner diameter. | | | |
| 23 16 | Q.   Okay.  So the diameter of the filter in | | | |
| 23 17 | the Version 2 was about 3 millimeters, is that right? | | | |
| 23 18 | A.   Yes. | | | |
| **25:11 - 25:14** | **Berger, Elliott - 09-25-2020** | | | |
| 25 11 | Q.   Okay.  And -- and you and I have talked | | | |
| 25 12 | about this before, but the yellow end is an UltraFit | | | |

| | | | | |
|---|---|---|---|---|
| 25 13 | tip, right, a modified UltraFit tip? | | | |
| 25 14 | A.   Yes. | | | |
| **25:21 - 26:6** | **Berger, Elliott - 09-25-2020** | | | |
| 25 21 | Q.   Yeah, is -- is that correct, is that -- | | | |
| 25 22 | was that your understanding of the -- of the design of | | | |
| 25 23 | the yellow -- of the green end of the plug, that tip, | | | |
| 25 24 | that it has a hole that goes about two-thirds of the | | | |
| 26 1 | way through the plug? | | | |
| 26 2 | A.   Yes. | | | |
| 26 3 | Q.   And -- and that plug was generally | | | |
| 26 4 | described as the Ultra -- an UltraFlex plug which is | | | |
| 26 5 | also a modified UltraFit, is that right? | | | |
| 26 6 | A.   Yes. | | | |
| **26:11 - 26:14** | **Berger, Elliott - 09-25-2020** | | | |
| 26 11 | Q.   These -- these -- these plug tips were not | | | |
| 26 12 | new designs specifically for the Combat Arms | | | |
| 26 13 | Version 2? | | | |
| 26 14 | A.   Correct. | | | |
| **27:7 - 27:10** | **Berger, Elliott - 09-25-2020** | | | |
| 27 7 | And then as Exhibit No. 2 we'll mark as | | | |
| 27 8 | MD 207 which is this group of drawings, the technical | | | |
| 27 9 | drawings of the component pieces of the Combat Arms | | | |
| 27 10 | Version 2. | | | |
| **27:16 - 27:23** | **Berger, Elliott - 09-25-2020** | | | |
| 27 16 | Q.   And Exhibit 2 has several different | | | |
| 27 17 | drawings in it, but the one that I've put on the | | | |
| 27 18 | screen to look at, Mr. Berger, is the 2041-3 drawing | | | |
| 27 19 | of the Combat Arms assembly, and if you look up there | | | |
| 27 20 | at the top right-hand corner, you see there is a | | | |
| 27 21 | listing of component parts of the Combat Arms. | | | |
| 27 22 | Do you see that? | | | |
| 27 23 | A.   Not on the top right corner. | | | |
| **28:9 - 28:23** | **Berger, Elliott - 09-25-2020** | | | |
| 28 9 | So you'll see that the -- the component | | | |
| 28 10 | pieces are listed as Parts A, B, C and D and the green | | | |
| 28 11 | end, Part B, is described as the UltraFlex earplug, | | | |
| 28 12 | correct? | | | |
| 28 13 | A.   Yes. | | | |
| 28 14 | Q.   And then Part A, the yellow tip, is | | | |

| | |
|---|---|
| 28 15 | described as the nonlinear earplug or Part 2039-0, |
| 28 16 | right? |
| 28 17 | A.  Yes. |
| 28 18 | Q.  And then we see that the -- the white |
| 28 19 | plastic adapter stem that we looked at in the cutaway |
| 28 20 | drawing, that's described as Part 4046-1 here, and |
| 28 21 | it's described as the nonlinear UltraFit stem, barbed |
| 28 22 | and reversible, right? |
| 28 23 | A.  Yes. |

**29:11 - 29:18   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 29 11 | Q.  Sure.  I mean, it is called a barbed stem, |
| 29 12 | and tell me what part of that stem is described as |
| 29 13 | being barbed? |
| 29 14 | A.  There is a -- an edge that sticks out |
| 29 15 | where the diameter has increased along the stem, part |
| 29 16 | way down from the tip of the stem and closer to the |
| 29 17 | base of the stem so that it has an edge on it that |
| 29 18 | will catch. |

**31:12 - 31:19   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 31 12 | Q.  But the UltraFit tip had been around at |
| 31 13 | the company for a while before we got around to the |
| 31 14 | Combat Arms Version 2 plug in 1999. |
| 31 15 | Is that fair? |
| 31 16 | A.  You made a statement.  Do you have a |
| 31 17 | question? |
| 31 18 | Q.  Yeah, is that right, is that fair? |
| 31 19 | A.  Yes. |

**48:6 - 48:15   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 48 6 | Q.  Okay.  And the -- the concept behind that |
| 48 7 | was using an UltraFit tip with a sound channel through |
| 48 8 | the plug, is that right? |
| 48 9 | A.  Yes. |
| 48 10 | Q.  Okay.  And your experience with that plug |
| 48 11 | was providing low attenuation protection, that was -- |
| 48 12 | that technology was never used to provide high-level |
| 48 13 | impulse noise protection or solid state protection, |
| 48 14 | correct? |
| 48 15 | A.  Correct. |

| | | | | |
|---|---|---|---|---|
| **55:16 - 55:21**   **Berger, Elliott - 09-25-2020** | | | | |
| 55 16   Q.   Okay.  Who would have been re -- when -- | | | | |
| 55 17   whenever -- whenever it was determined that we needed | | | | |
| 55 18   a stem to hold the two pieces of the Combat Arms | | | | |
| 55 19   Version 2 together, who decided what that stem would | | | | |
| 55 20   be? | | | | |
| 55 21   A.   I don't know. | | | | |
| **61:11 - 61:15**   **Berger, Elliott - 09-25-2020** | | | | |
| 61 11   Q.   Okay.  The -- the Etymotic Aearo/3M Hi Fi | | | | |
| 61 12   plug that uses this similar adapter design was never | | | | |
| 61 13   used to provide any form of solid steady state noise | | | | |
| 61 14   protection for a listener, right? | | | | |
| 61 15   A.   Correct. | | | | |
| **61:18 - 62:2**   **Berger, Elliott - 09-25-2020** | | | | |
| 61 18   Q.   Before the Combat Arms Version 2 -- | | | | |
| 61 19   A.   Actually, let me -- let me clarify that. | | | | |
| 61 20   It does provide steady state noise | | | | |
| 61 21   protection.  It's not designed to be a level-dependent | | | | |
| 61 22   earplug.  It was not designed for high levels of | | | | |
| 61 23   attenuation, but it functions in terms of blocking | | | | |
| 61 24   sound regardless of sound level in the same way that a | | | | |
| 62 1   solid plug would block sound, just with a different | | | | |
| 62 2   magnitude of noise attenuation. | | | | |
| **62:3 - 62:12**   **Berger, Elliott - 09-25-2020** | | | | |
| 62 3   Q.   Right.  It's a -- it's an earplug, the | | | | |
| 62 4   UltraTech Hi Fi plug, it's not a plug that's designed | | | | |
| 62 5   to be provided to soldiers to provide either | | | | |
| 62 6   level-dependent sound for impulse noise like blasts or | | | | |
| 62 7   for steady state noise like, as we saw described | | | | |
| 62 8   before, humvees, heavy gunfire, things like that. | | | | |
| 62 9   It is not designed for that purpose? | | | | |
| 62 10   A.   And your question is? | | | | |
| 62 11   Q.   Yeah.  Is that right? | | | | |
| 62 12   A.   Yes. | | | | |
| **63:12 - 63:21**   **Berger, Elliott - 09-25-2020** | **Re: [63:12-63:24]**   **Def Objection - Vague, Compound (611, 403)** | | | **OVERRULED** |
| 63 12   Before the introduction of the Combat Arms | | | | |
| 63 13   Version 2, had Aearo worked on any plugs using the | | | | |
| 63 14   UltraFit tips that used an adapter design like that | | | | |
| 63 15   with the -- like the UltraTech that we see there with | | | | |

| | | | | |
|---|---|---|---|---|
| 63 16 | the hard plastic adapter stem fitting inside the tip | | | |
| 63 17 | with the barbed edge, had they been used in any plug | | | |
| 63 18 | that had been designed for or tested for either steady | | | |
| 63 19 | state noise protection of high magnitude sounds or | | | |
| 63 20 | level-dependent protection based on -- or impulse | | | |
| 63 21 | noise protection from things like blasts? | | | |
| **63:24 - 63:24**   Berger, Elliott - 09-25-2020 | | **Re: [63:12-63:24]** | | **OVERRULED** |
| 63 24 | A.   I'm not sure. | Def Objection - Vague, Compound (611, 403) | | |
| **64:7 - 65:14**   Berger, Elliott - 09-25-2020 | | | | |
| 64 7 | Q.   Is -- are you aware of any evidence of a | | | |
| 64 8 | plug using that type of an adapter design ever being | | | |
| 64 9 | sold by Aearo or 3M before the Combat Arms Version 2? | | | |
| 64 10 | A.   We made what are called semi-insert or | | | |
| 64 11 | canal cap hearing protectors, and those require a | | | |
| 64 12 | harder or hard plastic part to hold on a soft tip or | | | |
| 64 13 | bud and I don't recall the introduction dates or what | | | |
| 64 14 | those -- the exact shape of those parts onto which | | | |
| 64 15 | those soft pieces would have been attached.  So I | | | |
| 64 16 | really can't answer your question. | | | |
| 64 17 | Q.   Okay.  So you can't -- you can't say | | | |
| 64 18 | whether or not any of those plugs that used inserts | | | |
| 64 19 | used an adapter, a hard plastic adapter stem like the | | | |
| 64 20 | UltraTech design or the CAEv2 adapter design? | | | |
| 64 21 | MS. ELIZABETH:  Objection; form. | | | |
| 64 22 | BY MR. OVERHOLTZ: | | | |
| 64 23 | Q.   You can't say whether they did or didn't? | | | |
| 64 24 | A.   When you say "like," I'm not exactly clear | | | |
| 65 1 | which aspect of that stem you are referring to. | | | |
| 65 2 | Q.   Sure.  The -- the hard plastic material -- | | | |
| 65 3 | the hard plastic material made of Delrin with the -- | | | |
| 65 4 | with the barbed edge with a diameter of about, it | | | |
| 65 5 | looks like about .179 inches there for the UltraTech, | | | |
| 65 6 | something like that. | | | |
| 65 7 | A.   We did not use anything that looked | | | |
| 65 8 | like -- exactly like either of those two parts, but | | | |
| 65 9 | there may have been parts that were used that had | | | |
| 65 10 | shapes that were similar to parts of those parts. | | | |
| 65 11 | When you say "part," you know, that -- | | | |

| | | | |
|---|---|---|---|
| 65 12<br>65 13<br>65 14 | there is a number of shapes, there is two ends, there<br>is various things going on there.  So, I'm not clear<br>what you are referring to. | | | |
| **65:16 - 65:24**<br>65 16<br>65 17<br>65 18<br>65 19<br>65 20<br>65 21<br>65 22<br>65 23<br>65 24 | **Berger, Elliott - 09-25-2020**<br>Any other plugs that you had -- that Aearo<br>had sold that used the UltraFit -- soft UltraFit tip<br>on any kind of insert would not have used an adapter<br>shaped like the ones for the UltraTech or the Combat<br>Arms adapter stem, is that fair?<br>A.   If you are saying shaped in its entirety<br>like either of those parts, I believe that each of<br>those parts in their entirety was unique to those two<br>products. | | | |
| **66:15 - 66:19**<br>66 15<br>66 16<br>66 17<br>66 18<br>66 19 | **Berger, Elliott - 09-25-2020**<br>Okay.  So let's talk a little bit about<br>that development.  And then if we can go to Slide 29.<br>I'm going to mark as an Exhibit No. 7 the<br>MD-217.  This is an ISL report from November of 1997,<br>"Study and Production of Nonlinear Perforated Plugs." | | | |
| **68:22 - 69:8**<br>68 22<br>68 23<br>Hamery,<br>68 24<br>69 1<br>69 2<br>69 3<br>69 4<br>69 5<br>69 6<br>69 7<br>69 8 | **Berger, Elliott - 09-25-2020**<br>Q.   Okay.  So, this is a report, Exhibit 7,<br>from November 1997 by Armand Dancer and Pascal<br><br>that's how you pronounced it, right, Armand Dancer is<br>Dancer?<br>A.   Yes, I say Armand Dancer.<br>Q.   Okay.  And it's the "Study and Production<br>of Nonlinear Perforated Earplugs."  And it was<br>originally put out in French but then there was a<br>translation that was actually done by the E-A-RCAL<br>Laboratory, is that right?<br>A.    We paid to have it translated, yes. | | | |
| **69:11 - 69:24**<br>69 11<br>69 12<br>69 13<br>69 14<br>69 15<br>69 16 | **Berger, Elliott - 09-25-2020**<br>Q.   Okay.  So, this study essentially goes<br>through the work of the ISL or the Saint-Louis Franco<br>German Research Institute on the development that led<br>to the development of the Combat Arms Version 2<br>earplug and their decision to use the UltraFit tip<br>from Aearo to house their filter, is that right? | | **Re: [69:11-69:24]**<br>Improper counter designation;<br>FRE 402/403; speculation;<br>foundation; 701/702; 802. | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 69 17 | A.   No. | | | |
| 69 18 | Q.   All right.  What's wrong about what I | | | |
| 69 19 | said? | | | |
| 69 20 | A.   Well, keep in mind that we are looking at | | | |
| 69 21 | an 82-page document.  My recollection of this document | | | |
| 69 22 | is that it led to the development of the filter that | | | |
| 69 23 | became part of the earplug.  It did not end up in the | | | |
| 69 24 | Combat Arms Earplug per se. | | | |
| **70:4 - 70:8** | **Berger, Elliott - 09-25-2020** | | | |
| 70 4 | Specifically this dealt with their | | | |
| 70 5 | decision as to which filter to settle on to use that | | | |
| 70 6 | became the filter that was used in the Combat Arms | | | |
| 70 7 | Version 2, right? | | | |
| 70 8 | A.   Yes. | | | |
| **70:9 - 70:23** | **Berger, Elliott - 09-25-2020** | | | |
| 70 9 | Q.   And so the filter obviously is an | | | |
| 70 10 | important component part of the Combat Arms Earplug | | | |
| 70 11 | because it is that filter technology that is going to | | | |
| 70 12 | provide the impulse or level-dependent protection for | | | |
| 70 13 | the soldiers, correct? | | | |
| 70 14 | A.   Yes. | | | |
| 70 15 | Q.   Okay.  And the filter, the ISL did | | | |
| 70 16 | research using different diameter filters, filters | | | |
| 70 17 | with different size holes, different disks, | | | |
| 70 18 | different -- different diameters, different | | | |
| 70 19 | thicknesses all as part of their research in -- in | | | |
| 70 20 | getting to the filter size that became the final | | | |
| 70 21 | filter dimensions and filter design that was used in | | | |
| 70 22 | the Combat Arms Version 2, correct? | | | |
| 70 23 | A.   Yes. | | | |
| **75:3 - 76:7** | **Berger, Elliott - 09-25-2020** | Re: [75:3-76:9] | | Re: [75:3-76:9] | **SUSTAINED** |
| 75 3 | Q.   Right.  Pascal Hamery and Armand Dancer | Plt Objection - Improper | | evasive/narrative answers; | |
| 75 4 | described that there had been leaks during experiments | counter designation; | | speculation; foundation; FRE | |
| 75 5 | on American soldiers and they then say that the | nonresponsive; 403 | | 402; 802; 805; 701/702 | |
| 75 6 | reality of those leaks were that they were due to a | | | improper opinion testimony. | |
| 75 7 | lack of peripheral seal. | | | | |
| 75 8 | Do you agree? | | | | |
| 75 9 | A.   That isn't exactly what it says.  It says | | | | |
| 75 10 | we decide -- it doesn't say we know why the leaks | | | | |

| | | | | |
|---|---|---|---|---|
| 75 11<br>75 12<br>75 13<br>75 14<br>75 15<br>75 16<br>75 17<br>75 18<br>75 19<br>75 20<br>75 21<br>75 22<br>75 23<br>75 24<br>76 1<br>76 2<br>76 3<br>76 4<br>76 5<br>76 6<br>76 7 | occurred or where they occur.  It says we decided to<br>determine the impact of leaks, if they corresponded to<br>a lack of peripheral seal.  It doesn't say that that's<br>what we knew caused the leak.<br>MR. OVERHOLTZ:  Well, I'm going to object as<br>nonresponsive.<br>BY MR. OVERHOLTZ:<br>Q.   But what it actually says is:  "That is<br>why we decided to determine the impact of these leaks<br>(corresponding in reality to a lack of peripheral<br>seal)."<br>That's what this sentence said, right?<br>A.   So keep in mind this is a translation, but<br>I can read that two ways, I can read it the way you<br>are, which is that in reality in the soldiers there<br>was a lack of a peripheral seal, or I can read it that<br>we're going to determine the impact of a leak and we<br>are going to presume that the real cause of the leak<br>is a peripheral seal and we will explore it in that<br>way.  So the sentence is not clear.  It can have two<br>meanings. | | | |
| **77:18 - 77:23    Berger, Elliott - 09-25-2020**<br>77 18    Q.   All right.  And to try and put that into<br>77 19    maybe better English that I can understand, they --<br>77 20    they simulated a leak that's about the same size as<br>77 21    the hole in the filter to see what would happen to the<br>77 22    effect of the attenuation of the filter, right?<br>77 23    A.   Yes. | Re: [77:18-77:24]<br>Plt Objection - Improper<br>counter designation; 802 | Re: [77:18-77:23]<br>Plt Objection - Improper Counter Designation per PTO 64, 602, 802<br>**SUSTAINED** | Re: [77:18-77:24]<br>FRE 402/403; speculation; foundation. | **SUSTAINED** |
| **77:24 - 77:24    Berger, Elliott - 09-25-2020**<br>77 24    Q.   And they describe that, when they did | Re: [77:18-77:24]<br>Plt Objection - Improper<br>counter designation; 802 | Re: [77:18-77:23]<br>Plt Objection - Improper Counter Designation per PTO 64, 602, 802 | Re: [77:18-77:24]<br>FRE 402/403; speculation; foundation. | **SUSTAINED** |

| | | | | SUSTAINED | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **79:3 - 79:11** | **Berger, Elliott - 09-25-2020** | | | | | |
| 79 3 | Q.   If we go to -- over to Page 20, it goes on | | | | | |
| 79 4 | and says:  "This experiment does not completely | | | | | |
| 79 5 | reflect the reality, however.  In fact, an earplug | | | | | |
| 79 6 | like the EAR UltraFit, poorly positioned in the | | | | | |
| 79 7 | auditory canal, may have leaks with lengths much | | | | | |
| 79 8 | smaller than the entire earplug, and thus may | | | | | |
| 79 9 | considerably reduce the filter's attenuation." | | | | | |
| 79 10 | Do you see that? | | | | | |
| 79 11 | A.   I see that, yes. | | | | | |
| **79:22 - 79:24** | **Berger, Elliott - 09-25-2020** | Re: [79:22-79:24] | | | | OVERRULED |
| 79 22 | And when I say "3M," you know I'm | Def Objection - | | | | |
| 79 23 | referring to 3M or Aearo, the defendants in this case? | Foundation (602) | | | | |
| 79 24 | A.   Yes. | | | | | |
| **82:12 - 83:3** | **Berger, Elliott - 09-25-2020** | | | | | |
| 82 12 | Okay.  It was Aearo that gave those | | | | | |
| 82 13 | UltraFit earplugs to the guys in France to do these | | | | | |
| 82 14 | experiments, right? | | | | | |
| 82 15 | A.   We did provide plugs with holes.  At times | | | | | |
| 82 16 | they would modify those plugs for their -- so all | | | | | |
| 82 17 | their -- we didn't create all of the versions that | | | | | |
| 82 18 | were tested.  Sometimes they made their own | | | | | |
| 82 19 | modifications of things that we sent them. | | | | | |
| 82 20 | Q.   Sure. | | | | | |
| 82 21 | And you guys already had some with the | | | | | |
| 82 22 | central hole through as we saw before because you had | | | | | |
| 82 23 | worked on other versions of plugs that used an | | | | | |
| 82 24 | UltraFit with a central hole through them already, | | | | | |
| 83 1 | like the UltraTech plug. | | | | | |
| 83 2 | Is that right? | | | | | |
| 83 3 | A.   Yes. | | | | | |
| **83:22 - 84:3** | **Berger, Elliott - 09-25-2020** | | | Re: [83:22-84:3] | | SUSTAINED |
| 83 22 | Q.   If we can look at Slide 33, this is | | | Improper counter designation; | | |
| 83 23 | Page 26 of the ISL report, the French report from '97, | | | FRE 402/403; 802; speculation; | | |
| 83 24 | and I'm looking at Section 3.2.5.5, Summary of Results | | | foundation. | | |
| 84 1 | Obtained with the Different Supports. | | | | | |

| | | | | |
|---|---|---|---|---|
| 84 2 | Do you see that? | | | |
| 84 3 | A.   I'm going to take a moment to read that. | | | SUSTAINED |
| **84:17 - 85:5** | **Berger, Elliott - 09-25-2020** | **Re: [84:17-85:5]** | | **Re: [84:17-85:5]** |
| 84 17 | Q.   "It is evident from these results that the | Plt Objection - Improper | | FRE 402/403; 802; speculation; |
| 84 18 | PassTop S and the UltraFit (with the filter in forward | counter designation | | foundation. |
| 84 19 | position) equipped with filter No. 2 are the two | | | |
| 84 20 | solutions of most interest.  These performances were | | | |
| 84 21 | confirmed for the UltraFit at the end of field tests | | | |
| 84 22 | done with marksmen using FAMAS assault rifles." | | | |
| 84 23 | Do you see that? | | | |
| 84 24 | A.   Yes. | | | |
| 85 1 | Q.   It says: "The EAR UltraFit earplug, which | | | |
| 85 2 | has good attenuation performances, is the solution | | | |
| 85 3 | with...best quality/cost ratio." | | | |
| 85 4 | Do you see that? | | | |
| 85 5 | A.   Yes. | | | |
| **85:16 - 85:24** | **Berger, Elliott - 09-25-2020** | | | **Re: [85:16-86:1]** |
| 85 16 | Q.   Yeah.  I mean, from your -- from the | | | FRE 402/402; 8502; |
| 85 17 | experiments that you have done using UltraFit tips for | | | speculation; foundation; |
| 85 18 | different purposes in the E-A-R Lab up to this point | | | improper bolstering; Plaintiffs |
| 85 19 | in late 1997, do you have any reason to disagree with | | | MIL #12, 13 |
| 85 20 | their statement that the UltraFit had shown good | | | |
| 85 21 | attenuation performances? | | | |
| 85 22 | A.   We had tested the UltraFit as an earplug | | | |
| 85 23 | many times for its attenuation and felt that it was a | | | |
| 85 24 | well-designed earplug. | | | |
| **87:11 - 88:10** | **Berger, Elliott - 09-25-2020** | | | **Re: [87:11-88:10]** |
| 87 11 | That's what Dancer and Hamery wrote in | | | Hearsay |
| 87 12 | '97, right? | | | |
| 87 13 | A.   Yes. | | | |
| 87 14 | Q.   "It is clear that the filter should be | | | |
| 87 15 | able to find a support that could be mass-produced | | | |
| 87 16 | simply and inexpensively according to a model that | | | |
| 87 17 | would furthermore be satisfactory from an ergonomic | | | |
| 87 18 | standpoint." | | | |
| 87 19 | Do you see that? | | | |
| 87 20 | A.   Yes. | | | |
| 87 21 | Q.   And by "satisfactory from an ergonomic | | | |
| 87 22 | standpoint," what does that mean? | | | |

Column 5 notes:
- **Confusing as to why Plaintiff is objecting to it's own designation; no ruling.** (for 85:16 - 85:24)
- **OVERRULED** (for 87:11 - 88:10)

| | | | | |
|---|---|---|---|---|
| 87 23     A.   That it would be functional, it would be<br>87 24      usable by soldiers, it would be comfortable enough to<br>88 1      wear, it would be able to be fitted properly.<br>88 2      Q.   "That is why the idea of designing" --<br>88 3      they go on.<br>88 4      "That is why the idea of designing a<br>88 5      completely new earplug seemed difficult to implement.<br>88 6      This solution could be used for a foam-type earplug,<br>88 7      however, if the industrial partners decided to invest<br>88 8      in this option."<br>88 9      Do you see that?<br>88 10     A.   Yes. | | | | |
| **88:11 - 88:21   Berger, Elliott - 09-25-2020**<br>88 11     Q.   Now, there -- there was a consideration of<br>88 12      using a foam-type earplug to house the ISL filter to<br>88 13      provide nonlinear protection, wasn't there?<br>88 14     A.   They mentioned that option and it is<br>88 15      discussed in years subsequent to this, yes.<br>88 16     Q.   Okay.  Was there ever any development<br>88 17      program put in place by Aearo or 3M to determine<br>88 18      whether a foam earplug could be developed to use to<br>88 19      provide nonlinear protection using a filter from ISL<br>88 20      or another filter?<br>88 21     A.   Beyond discussing the possibilities, no. | | | | |
| **89:16 - 89:19   Berger, Elliott - 09-25-2020**<br>89 16     Q.   And the foam plugs were promoted by Aearo<br>89 17      as being comfortable and being very satisfactory from<br>89 18      an ergonomic standpoint, right?<br>89 19     A.   Yes. | | | | |
| **89:20 - 91:5   Berger, Elliott - 09-25-2020**<br>89 20     Q.   Was there -- was there ever a<br>89 21      consideration of the economics involved in using a<br>89 22      foam plug to house the filter?  Would it be more --<br>89 23      cost more or less than a preformed plug?<br>89 24     MS. ELIZABETH:  Objection; form.<br>90 1      BY THE WITNESS:<br>90 2      A.   There was not an in-depth analysis.  There<br>90 3      was a -- were discussions at times.  And one of the<br>90 4      issues would be that, in terms of costs, would be that | **Re: [89:20-91:5]**<br>**Plt Objection - Improper**<br>**counter designation; 602** | | **Re: [89:20-91:5]**<br>FRE 402/403; 701/702 improper<br>opinion testimony; 802;  805;<br>speculation; foundation.<br>Plaintiffs MIL # 15, 18. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 90 5  you would need to dispose of the filter and the<br>90 6   earplug on a routine basis.  So that certainly drives<br>90 7   up the cost for the military since the filter is an<br>90 8   important part that needs to be made.<br>90 9   BY MR. OVERHOLTZ:<br>90 10   Q.   You can't wash the foam earplugs is kind<br>90 11   of the issue you are describing?<br>90 12   A.   Whether or not you could, the question is<br>90 13   what would that do to the filter, the hole through the<br>90 14   filter.  You can't just put a filter in the earplug.<br>90 15   You have to put the filter in a plastic holder in the<br>90 16   earplug, and so you now have multiple parts, and the<br>90 17   major deal breaker is that we have worked extensively<br>90 18   over the years to try to put tubes through earplugs<br>90 19   and still have them be able to be rolled down and<br>90 20   inserted in an ear canal.  We have found that the<br>90 21   largest diameter that you can put through a plug and<br>90 22   still have it rollable and insertable is 60<br>90 23   thousandths of an inch.<br>90 24   So this filter is larger than that by the<br>91 1   time you put anything around it to mount it in an<br>91 2   earplug, so it becomes ergonomically infeasible.  You<br>91 3   can't put something as big as you need in the plug and<br>91 4   still have the plug to be usable as a roll down foam<br>91 5   earplug. | | | | |
| **91:9 - 91:13**   Berger, Elliott - 09-25-2020<br>91 9   Q.   When you describe rolling down an earplug,<br>91 10   you are referring to, for foamies, rolling them to<br>91 11   make them skinnier than they come when they come out<br>91 12   of the package?<br>91 13   A.   Yes. | | | | |
| **93:11 - 94:10**   Berger, Elliott - 09-25-2020<br>93 11   Q.   We'll go to the next slide, 36.  This<br>93 12   continues that section.<br>93 13   "We therefore gave preference to the<br>93 14   solution consisting in modifying an already existing<br>93 15   earplug:  The EAR UltraFit earplug, a<br>93 16   one-size-fits-all earplug known for its performances<br>93 17   in terms of comfort, insertion, and maintenance of | | | Re: [93:11-94:7]<br>Hearsay | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 93 18 | position." | | | |
| 93 19 | Do you see that? | | | |
| 93 20 | A.   Yes. | | | |
| 93 21 | Q.   "This operation was facilitated by the | | | |
| 93 22 | participation of Aearo. " | | | |
| 93 23 | Do you see that? | | | |
| 93 24 | A.   Yes. | | | |
| 94 1 | Q.   And it says:  "The most important | | | |
| 94 2 | modification to be introduced (compared to the | | | |
| 94 3 | standard UltraFit earplug) was to make a hole in the | | | |
| 94 4 | center of the earplug, which is not a difficult task | | | |
| 94 5 | and requires only that the existing mold be modified." | | | |
| 94 6 | Do you see that? | | | |
| 94 7 | A.   Yes. | | | |
| 94 8 | Q.   Now, we know that Aearo had already done | | | |
| 94 9 | that for other plugs, like the UltraTech plug, right? | | | |
| 94 10 | A.   Yes. | | | |
| **95:13 - 95:19** | **Berger, Elliott - 09-25-2020** | | | |
| 95 13 | Q.   Okay.  And are you familiar with this -- | | | |
| 95 14 | this design drawing, proposed design for the ISL | | | |
| 95 15 | UltraFit ear -- | | | |
| 95 16 | A.   Yes. | | | |
| 95 17 | Q.   Okay.  And was -- did -- did folks at -- | | | |
| 95 18 | at ISL in France come up with this proposed design or | | | |
| 95 19 | is this something that Aearo submitted to those guys? | | | |
| **95:22 - 95:24** | **Berger, Elliott - 09-25-2020** | | | |
| 95 22 | A.   We have a drawing of that part in our | | | |
| 95 23 | files.  I don't recall if this was conceived of in | | | |
| 95 24 | Indianapolis or in France. | | | |
| **96:1 - 96:3** | **Berger, Elliott - 09-25-2020** | | | **Re: [96:1-96:3]** | **OVERRULED** |
| 96 1 | BY MR. OVERHOLTZ: | | | Improper counter designation; | |
| 96 2 | Q.   Okay. | | | FRE 402/403; 802; speculation; | |
| 96 3 | A.   It was a collaborative effort. | | | foundation. Plaintiffs MIL #15, | |
| | | | | 16, 17, 18, 21 | |
| **96:4 - 97:1** | **Berger, Elliott - 09-25-2020** | | | |
| 96 4 | Q.   Okay.  So this drawing, though, makes it | | | |
| 96 5 | into this 1997 report by -- by Dancer and Hamery, | | | |
| 96 6 | correct, showing a single-ended UltraFit Plug with a | | | |
| 96 7 | place to house their filter and a knob to open and | | | |

| | | | | |
|---|---|---|---|---|
| 96 8 | close the hole for sound. | | | |
| 96 9 | Do you agree? | | | |
| 96 10 | A.   Yes. | | | |
| 96 11 | Q.   Okay.  And you mentioned that the company | | | |
| 96 12 | has a drawing in their files of this plug design, and | | | |
| 96 13 | that was a drawing that was done by Bob Falco and Marc | | | |
| 96 14 | Doty, is that right? | | | |
| 96 15 | A.   One or the other. | | | |
| 96 16 | Q.   And is it true, in fact, that Bob Falco | | | |
| 96 17 | actually, soon thereafter this drawing appearing in | | | |
| 96 18 | this report from Dancer and Hamery, actually applied | | | |
| 96 19 | for a patent on this design of a single-ended plug | | | |
| 96 20 | that could be opened and closed for the UltraFit? | | | |
| 96 21 | A.   Give me just a moment. | | | |
| 96 22 | He applied for a patent on a single-ended | | | |
| 96 23 | design. | | | |
| 96 24 | Q.   Soon after this drawing appeared in this | | | |
| 97 1 | report from Dancer and Hamery, right, early 1998? | | | |
| **97:4 - 97:18** | **Berger, Elliott - 09-25-2020** | | | |
| 97 4 | A.   He applied in April of 1998. | | | |
| 97 5 | BY MR. OVERHOLTZ: | | | |
| 97 6 | Q.   Okay.  But you don't know whether Falco | | | |
| 97 7 | came up with this drawing himself or whether the | | | |
| 97 8 | French conceived of this type of design, this | | | |
| 97 9 | single-ended design, and then Falco just used it for | | | |
| 97 10 | the drawings in the patent. | | | |
| 97 11 | You don't know how that went down? | | | |
| 97 12 | A.   Correct. | | | |
| 97 13 | Q.   The -- you are aware that the French Army | | | |
| 97 14 | ended up choosing to use a single-ended UltraFit | | | |
| 97 15 | earplug housing the ISL filter as opposed to using the | | | |
| 97 16 | dual-ended Combat Arms Version 2 back in the 19 -- | | | |
| 97 17 | late 1990s timeframe? | | | |
| 97 18 | A.   Yes. | | | |
| **97:22 - 99:13** | **Berger, Elliott - 09-25-2020** | Re: [97:22-99:15] | | Re: [97:22-99:15] | **SUSTAINED** |
| 97 22 | Do you recall, if we go back to Slide 31 | Plt Objection - Improper | | nonresponsive/evasive/narrative | |
| 97 23 | for a minute, I asked you about the leak and we saw | counter designation | | answers; FRE 402/403; | |
| 97 24 | that Berger -- I mean, I'm sorry -- that Hamery and | | | 701/702; 802; 805; speculation; | |
| 98 1 | Dancer, we saw that Hamery and Dancer indicated that | | | | |

| | | | |
|---|---|---|---|
| 98 2 | they had not simulated a leak that would be much | | foundation. Plaintiffs MIL #15, 16, 17, 18, 21 | |
| 98 3 | smaller than the entire earplug that might reduce the | | | |
| 98 4 | filter's attenuation, and you told me that you didn't | | | |
| 98 5 | recall that Aearo had done such experimentation | | | |
| 98 6 | themselves as well, right? | | | |
| 98 7 | MS. ELIZABETH:  Objection; form. | | | |
| 98 8 | BY THE WITNESS: | | | |
| 98 9 | A.   Yes. | | | |
| 98 10 | BY MR. OVERHOLTZ: | | | |
| 98 11 | Q.   Yes? | | | |
| 98 12 | A.   We did not -- I don't recall us doing | | | |
| 98 13 | experimentation on simulating that sort of leak. | | | |
| 98 14 | Q.   In light of the information that had been | | | |
| 98 15 | written by the French from their experiments using | | | |
| 98 16 | this earplug and the fact that leaks had been detected | | | |
| 98 17 | in experiments on soldiers based on potential lack of | | | |
| 98 18 | seal of the plugs, would it have been responsible to | | | |
| 98 19 | have conducted some testing simulating those type of | | | |
| 98 20 | leaks and their effect on the filter's ability to | | | |
| 98 21 | provide level-dependent protection? | | | |
| 98 22 | MS. ELIZABETH:  Objection; form. | | | |
| 98 23 | BY THE WITNESS: | | | |
| 98 24 | A.   We were working with a leading acoustical | | | |
| 99 1 | laboratory that was a military-based research facility | | | |
| 99 2 | in France that had direct access to soldiers, and we | | | |
| 99 3 | were sharing results with them.  We did the parts that | | | |
| 99 4 | we could do well and they did the parts that they | | | |
| 99 5 | could do well. | | | |
| 99 6 | And they did the experiments.  To the | | | |
| 99 7 | extent they felt appropriate, they also did field | | | |
| 99 8 | trials with various types of nonlinear earplugs on | | | |
| 99 9 | soldiers shooting actual weapons and found that they | | | |
| 99 10 | were protective and found that they attained the | | | |
| 99 11 | performance they had hoped to attain.  These were | | | |
| 99 12 | tested numerous times besides this one laboratory | | | |
| 99 13 | report. | | | |
| **99:17 - 99:21**   **Berger, Elliott - 09-25-2020** | | | **Re: [99:17-100:3]** | **OVERRULED** |
| 99 17 | Q.   As you told me, the French ended up | | 602, Misstates | |
| 99 18 | rejecting the Combat Arms Version 2, the French Army, | | | |

| | | | | |
|---|---|---|---|---|
| 99 19 | the French Version 2 plug, and went with the | | | |
| 99 20 | single-ended UltraFit Plug that contained no adapter | | | |
| 99 21 | and just the French ISL filter, correct? | | | |
| **99:24 - 100:7   Berger, Elliott - 09-25-2020** | | | **Re: [99:17-100:3]** | **OVERRULED** |
| 99 24 | A.   The solution they chose was the simple | | 602, Misstates | |
| 100 1 | single-ended version that was an UltraFit earplug with | | | |
| 100 2 | a pocket in the middle of it that would house the ISL | | | |
| 100 3 | filter. | | | |
| 100 4 | BY MR. OVERHOLTZ: | | | |
| 100 5 | Q.   And they did not adopt the Combat Arms | | | |
| 100 6 | Version 2, right? | | | |
| 100 7 | A.   Yes. | | | |
| **104:15 - 104:21   Berger, Elliott - 09-25-2020** | | | | |
| 104 15 | Q.   The -- and just so we're clear when we | | | |
| 104 16 | talk about that plug, sometimes you guys referred to | | | |
| 104 17 | that as the European plug, is that right? | | | |
| 104 18 | A.   Yes. | | | |
| 104 19 | Q.   Is it also sometimes referred to as the | | | |
| 104 20 | Version 1 of the Combat Arms? | | | |
| 104 21 | A.   Yes. | | | |
| **105:24 - 106:8   Berger, Elliott - 09-25-2020** | | | | |
| 105 24 | Q.   But what it's contemplating by that is | | | |
| 106 1 | a -- a plug that can be opened and closed, right, with | | | |
| 106 2 | some type of mechanism? | | | |
| 106 3 | A.   Yes. | | | |
| 106 4 | Q.   Okay.  A plug that you don't have to take | | | |
| 106 5 | out and switch sides with but -- or take out and put a | | | |
| 106 6 | different plug in? | | | |
| 106 7 | Is that right? | | | |
| 106 8 | A.   Yes. | | | |
| **106:19 - 106:22   Berger, Elliott - 09-25-2020** | | | | |
| 106 19 | Q.   Okay.  And in fact -- and in fact, we know | | | |
| 106 20 | that there were drawings made at Aearo's facilities by | | | |
| 106 21 | Falco and Doty, right? | | | |
| 106 22 | A.   I believe they are made by Doty. | | | |
| **107:3 - 107:8   Berger, Elliott - 09-25-2020** | | | | |
| 107 3 | Q.   And, in fact, prototypes were made by | | | |
| 107 4 | Aearo and sent over to Dancer and Hamery to test, | | | |
| 107 5 | right? | | | |

| | | | | |
|---|---|---|---|---|
| 107 6    A.  Again, not necessarily this drawing, but<br>107 7    single-ended prototypes that could be opened and<br>107 8    closed. | | | | |
| **107:10 - 107:20   Berger, Elliott - 09-25-2020**<br>107 10    Q.   Okay.  And it was that Falco patent that<br>107 11    was applied for in 1998 that became the supporting<br>107 12    patent for the Combat Arms Version 4, correct?<br>107 13    A.   I'm not certain of that.<br>107 14    Q.   Okay.  Well, we'll look at some documents<br>107 15    that may elucidate that a little bit more, but<br>107 16    certainly the Combat Arms Version 4 was based around<br>107 17    the design of a single-ended design involving a filter<br>107 18    that could be opened and closed, correct?<br>107 19    A.   Involving a plug whose channel or orifice<br>107 20    could be opened and closed leading to the filter. | | | | |
| **108:9 - 108:11    Berger, Elliott - 09-25-2020**<br>108 9    Q.   The -- the work on the Version 4 had<br>108 10    actually started at least by 2006, correct?<br>108 11    A.   Plus or minus a year. | | | | |
| **109:11 - 109:16   Berger, Elliott - 09-25-2020**<br>109 11    Q.   The -- we talked about the fact that the<br>109 12    French held the patent on the filter.<br>109 13    The French also had applied for a patent<br>109 14    on a two-ended design that would have a filter for<br>109 15    nonlinear protection on one end and solid steady state<br>109 16    protection on the other, correct? | | | | |
| **109:19 - 110:5   Berger, Elliott - 09-25-2020**<br>109 19    A.   Yeah.<br>109 20    BY MR. OVERHOLTZ:<br>109 21    Q.   Yes, Mr. Berger?<br>109 22    A.   They applied for a patent on a two-ended<br>109 23    design.<br>109 24    Q.   Right.  And, in fact, Aearo licensed that<br>110 1    patent for the two-ended design from Aearo -- from<br>110 2    ISL, correct?<br>110 3    A.   Yes.<br>110 4    Q.   And Aearo supported their Combat Arms<br>110 5    Version 2 sales with that patent, is that correct? | | | Re: [110:4-110:19]<br>602 | **OVERRULED** |

| | | | |
|---|---|---|---|
| **110:8 - 110:19   Berger, Elliott - 09-25-2020** | | **Re: [110:4-110:19]** | **OVERRULED** |
| 110 8    A.  I'm not sure what you mean by "supported,"<br>110 9    but we sold our Combat Arms Version 2 and we had<br>110 10    licensed the two ISL patents.<br>110 11    BY MR. OVERHOLTZ:<br>110 12    Q.  Was -- and, in fact, the -- when it came<br>110 13    to determining which patent supported the Combat Arms<br>110 14    Version 2, whether it was packaging or the information<br>110 15    kept by the company, it was the dual-ended patent that<br>110 16    was -- that was used by Aearo to support the Combat<br>110 17    Arms Version 2 technology, correct?<br>110 18    A.  We referred to that dual-ended patent,<br>110 19    yes. | | 602 | |
| **110:20 - 110:24   Berger, Elliott - 09-25-2020** | | | |
| 110 20    Q.  Okay.  Now, as we've talked about, of<br>110 21    those three options, the French Army went with Option<br>110 22    No. 1, correct, a nonlinear plug and a separate normal<br>110 23    plug?<br>110 24    A.  Yes. | | | |
| **117:12 - 117:17   Berger, Elliott - 09-25-2020** | | | |
| 117 12    Q.  Okay.  If we can go to Slide 41, and we'll<br>117 13    mark this as Exhibit No. 10.  This is MD-020.<br>117 14    (WHEREUPON, a certain document was<br>117 15    marked Elliott Berger Deposition<br>117 16    Exhibit No. 10, for identification,<br>117 17    as of 09/25/2020.) | | | |
| **118:3 - 118:9   Berger, Elliott - 09-25-2020** | | | |
| 118 3    Q.  All right.  So we see this is a drawing.<br>118 4    Again, it shows a 1998 date as the latest revision for<br>118 5    the nonlinear UltraFit assembly.<br>118 6    Do you see that?<br>118 7    A.  Yes.<br>118 8    Q.  Okay.  And, again, if we look at the<br>118 9    bottom left -- | | | |
| **118:12 - 118:18   Berger, Elliott - 09-25-2020** | | | |
| 118 12    Q.  -- it says on 1/23/1998 it was redesigned,<br>118 13    so this was a -- a day later.<br>118 14    This shows, again, a single-ended UltraFit<br>118 15    Plug with a place for a filter, a hole for a sound | | | |

| | | | | |
|---|---|---|---|---|
| 118 16 | channel, and then some type of knob that can be used | | | |
| 118 17 | to open and close the filter, is that right? | | | |
| 118 18 | A.   Yes. | | | |
| **120:4 - 120:15   Berger, Elliott - 09-25-2020** | | | | |
| 120 4 | Essentially you twist that knob to line up | | | |
| 120 5 | the holes that will allow the sound to enter into the | | | |
| 120 6 | plug and get to the filter to provide the nonlinear | | | |
| 120 7 | protection if the holes are aligned, or if they are | | | |
| 120 8 | not aligned to provide the steady state detection. | | | |
| 120 9 | Is that right? | | | |
| 120 10 | A.   Yes. | | | |
| 120 11 | Q.   Okay.  And so this was certainly a drawing | | | |
| 120 12 | of a potential design for the plug, for a nonlinear | | | |
| 120 13 | plug using an ISL filter and an UltraFit Plug that was | | | |
| 120 14 | available to the company by January 23rd of 1998. | | | |
| 120 15 | Do you agree? | | | |
| **120:18 - 121:12   Berger, Elliott - 09-25-2020** | | | | |
| 120 18 | A.   This was a drawing that was available at | | | |
| 120 19 | that time.  I don't know that molds were purchased or | | | |
| 120 20 | that this plug was manufactured or available at that | | | |
| 120 21 | time. | | | |
| 120 22 | BY MR. OVERHOLTZ: | | | |
| 120 23 | Q.   If we can go to Slide 46, we'll see | | | |
| 120 24 | that -- and we'll mark this as Exhibit No. 11.  This | | | |
| 121 1 | is P1407. | | | |
| 121 2 | (WHEREUPON, a certain document was | | | |
| 121 3 | marked Elliott Berger Deposition | | | |
| 121 4 | Exhibit No. 11, for identification, | | | |
| 121 5 | as of 09/25/2020.) | | | |
| 121 6 | BY MR. OVERHOLTZ: | | | |
| 121 7 | Q.   It is a 1998 patent application or patent | | | |
| 121 8 | document. | | | |
| 121 9 | Is this one of the patents that you had | | | |
| 121 10 | pulled for your preparation for the testimony today, | | | |
| 121 11 | Mr. Berger? | | | |
| 121 12 | A.   Yes. | | | |
| **123:8 - 123:13   Berger, Elliott - 09-25-2020** | | | | |
| 123 8 | We are looking at Exhibit 11, Mr. Berger, | | | |
| 123 9 | and this is the patent for a selective nonlinear | | | |

| | | | |
|---|---|---|---|
| 123 10    attenuating earplug applied by Mr. Falco in April<br>123 11    of 1998, and this is the Patent No. 6,148,821.<br>123 12    Do you see that?<br>123 13    A.   Yes. | | | |

**123:14 - 123:21   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 123 14    Q.   And I've written it up above there a<br>123 15    little larger so we can see it, but the '821 patent<br>123 16    is -- that's the patent that was eventually used to<br>123 17    back up the design for the Combat Arms Version 4 and<br>123 18    Version 4.1, is that correct?<br>123 19    A.   You asked me that question before, and I'm<br>123 20    not -- I didn't research that.  I'm not clear whether<br>123 21    that patent is claimed for those products or not. | | | |

**123:22 - 124:10   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 123 22    Q.   Okay.  And if we -- all right.  We'll come<br>123 23    back around to that, but we do know that this '821<br>123 24    patent and -- is -- was filed by April of 1998,<br>124 1    correct?<br>124 2    A.   Yes, correct.<br>124 3    Q.   All right.  And then if we look at the<br>124 4    bottom of the first page there, and I have it on the<br>124 5    left of the screen, we can see that the drawing,<br>124 6    again, shows the twist mechanism to open and close, to<br>124 7    align the holes with a place for a nonlinear filter to<br>124 8    be placed and a sound channel running through the end<br>124 9    of the tip of the UltraFit earplug, is that right?<br>124 10    A.   Correct. | | | |

**124:20 - 125:7   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 124 20    Q.   This was an exhibit from Mr. Falco's<br>124 21    deposition, it is P0943 and we'll mark this as<br>124 22    Exhibit 12.<br>124 23    (WHEREUPON, a certain document was<br>124 24    marked Elliott Berger Deposition<br>125 1    Exhibit No. 12, for identification,<br>125 2    as of 09/25/2020.)<br>125 3    BY MR. OVERHOLTZ:<br>125 4    Q.   This is a brochure for a Combat Arms<br>125 5    plugs.  It has a copyright from 3M of 2010 and I think | | | |

| | | | | |
|---|---|---|---|---|
| 125 6   it was information -- it has got a date on it of<br>125 7   sometime in 2011. | | | | |
| **125:15 - 125:22   Berger, Elliott - 09-25-2020**<br>125 15   Q.   And we can see that there is a -- there is<br>125 16   a page there, I think it is probably page -- is it 13<br>125 17   of this exhibit, but it's -- I have it on the screen.<br>125 18   It has got a picture of both the Version 4 and the<br>125 19   Version 2 and an explanation of Hear-Through<br>125 20   protection.<br>125 21   Can you see that?<br>125 22   A.   Yes. | | | | |
| **126:7 - 127:2   Berger, Elliott - 09-25-2020**<br>126 7   Q.   Okay.  And then if you can look with me at<br>126 8   the bottom of the page with the 3M address<br>126 9   information, we see that there is a listing of -- of<br>126 10   patents.<br>126 11   Do you see that?<br>126 12   A.   Yes.<br>126 13   Q.   And we have the 6,068,079 patent, right?<br>126 14   A.   Yes.<br>126 15   Q.   Okay.  And then we have the 6,148,821<br>126 16   patent.<br>126 17   Do you see that?<br>126 18   A.   I do.<br>126 19   Q.   Okay.  And the '821 patent, that was the<br>126 20   Falco patent that we were looking at before that was<br>126 21   filed in April of 1998, right?<br>126 22   A.   Yes.<br>126 23   Q.   So that was, in fact, a patent that was<br>126 24   used to support the Combat Arms Version 4 by 3M and<br>127 1   Aearo was the patent -- the Falco patent from 1998,<br>127 2   correct? | | | | |
| **127:5 - 127:6   Berger, Elliott - 09-25-2020**<br>127 5   A.   It was one of the -- one of the patents,<br>127 6   yes. | | | | |
| **130:1 - 130:4   Berger, Elliott - 09-25-2020**<br>130 1   Q.   And you would describe the ISL filter that<br>130 2   was -- that is part of the Combat Arms Version 2 plug | | | | |

| | | | | |
|---|---|---|---|---|
| 130 3   as an acoustic filter, correct?<br>130 4       A.   Yes. | | | | |
| **131:15 - 131:20   Berger, Elliott - 09-25-2020**<br>131 15      Q.   And, in fact, other manufacturers came out<br>131 16      with plugs that include -- that used different<br>131 17      versions of acoustic filters that provided nonlinear<br>131 18      level-dependent protection after 1998 besides the<br>131 19      filter that ISL held the patent for, correct?<br>131 20      A.   Yes. | | | **Re: [131:15-131:20]**<br>401-403 | **OVERRULED** |
| **134:4 - 134:10   Berger, Elliott - 09-25-2020**<br>134 4       Q.   Okay.  So I want to talk a little bit now<br>134 5       about the adapter stem for the plug.<br>134 6       If we could go to Slide 49 for a minute.<br>134 7       Do you recognize this as the white plastic<br>134 8       adapter stem that holds the two pieces of the Combat<br>134 9       Arms plug together in the middle with the hole?<br>134 10      A.   Yes. | | | | |
| **137:19 - 138:2   Berger, Elliott - 09-25-2020**<br>137 19      The -- the design features of the adapter<br>137 20      stem for the Combat Arms that we just looked at with<br>137 21      the barbed edges and the increasing diameter from the<br>137 22      tip that holds the filter, that's not what is<br>137 23      demonstrated in these drawings and the patent drawing<br>137 24      that we looked at before for the '821 patent or the<br>138 1       single-ended design drawings, is that right?<br>138 2       A.   Correct. | | | | |
| **138:4 - 138:7   Berger, Elliott - 09-25-2020**<br>138 4       So for this adapter stem, was there a<br>138 5       concern about how wide the dimensions of this<br>138 6       adapter stem early on in the development of the Combat<br>138 7       Arms plugs with ISL in France? | **Re: [138:3-138:11]**<br>Def Objection -<br>Argumentative, Vague<br>(611, 403) | **Re: [138:3-138:11]**<br>Def Objection -<br>Argumentative,<br>Vague (611, 403)<br>**SUSTAINED** | | |
| **138:10 - 138:21   Berger, Elliott - 09-25-2020**<br>138 10      A.   There were discussions about the diameter<br>138 11      of the stem of the earplug in general.<br>138 12      BY MR. OVERHOLTZ:<br>138 13      Q.   Okay.  If we can pull up Slide 51, this<br>138 14      will be Exhibit No. 13.  This is PO159.<br>138 15      (WHEREUPON, a certain document was | **Re: [138:3-138:11]**<br>Def Objection -<br>Argumentative, Vague<br>(611, 403) | **Re: [138:3-138:11]**<br>Def Objection -<br>Argumentative,<br>Vague (611, 403)<br>**SUSTAINED** | | |

| | | | |
|---|---|---|---|
| 138 16     marked Elliott Berger Deposition | | | |
| 138 17     Exhibit No. 13, for identification, | | | |
| 138 18     as of 09/25/2020.) | | | |
| 138 19     BY MR. OVERHOLTZ: | | | |
| 138 20     Q.   This is an e-mail from July of 1997, | | | |
| 138 21     Exhibit 13. | | | |
| **139:1 - 139:12   Berger, Elliott - 09-25-2020** | | | |
| 139 1     It's Exhibit 13.  It is an e-mail from | | | |
| 139 2     July of 1997. | | | |
| 139 3     BY MR. OVERHOLTZ: | | | |
| 139 4     Q.   Let me know when you have it, Mr. Berger. | | | |
| 139 5     A.   I have it. | | | |
| 139 6     Q.   Okay.  And we can see from the header of | | | |
| 139 7     this e-mail that we have blown up, this is an e-mail | | | |
| 139 8     that you sent yourself on July 11th, 1997, using your | | | |
| 139 9     CompuServe e-mail address regarding the nonlinear | | | |
| 139 10     plug. | | | |
| 139 11     Do you see that? | | | |
| 139 12     A.   Yes. | | | |
| **140:3 - 140:6   Berger, Elliott - 09-25-2020** | | | |
| 140 3     Q.   Right.  And it -- it reflects the actual | | | |
| 140 4     back and forth between yourself and Dancer and Hamery | | | |
| 140 5     at ISL, is that right? | | | |
| 140 6     A.   I believe it does. | | | |
| **142:10 - 142:17   Berger, Elliott - 09-25-2020** | | | |
| 142 10     This -- based on this communication | | | |
| 142 11     between you and Dancer and Hamery, it would indicate | | | |
| 142 12     that -- that there had been some prototypes of the | | | |
| 142 13     single-ended plug with a filter with a twist mechanism | | | |
| 142 14     for opening and closing sent to ISL to evaluate. | | | |
| 142 15     Do you see that -- do you -- do you agree | | | |
| 142 16     with that? | | | |
| 142 17     A.   Yes. | | | |
| **144:17 - 145:17   Berger, Elliott - 09-25-2020** | Re: [144:17-145:17] | | Re: [144:17-145:17] | OVERRULED |
| 144 17     All right.  And so the -- the adapter that | Plt Objection - Improper | | Nonresponsive/evasive/narrative | |
| 144 18     would be in these prototypes that would hold the | counter designation | | answers; FRE 402/403; 701/702 | |
| 144 19     filter, do you recall there being a concern about | | | improper opinion testimony; | |
| 144 20     acoustic or sound traveling through that basically | | | speculation; foundation. | |
| 144 21     because the walls of the adapter are so thin to be | | | Plaintiffs MIL #18 | |

144 22    able to accommodate the filter?
144 23    Do you recall that being an issue?
144 24    MS. ELIZABETH:  Objection; form.
145 1    BY THE WITNESS:
145 2    A.   Let me answer it a little more generally.
145 3    As we worked with these prototypes and
145 4    developed the various versions of the 3 and 4 and 4.1
145 5    with time, is that whenever you put something in an
145 6    earplug, a hard piece of plastic, and you are
145 7    replacing the softer elastomeric material that's
145 8    there, you now create an opportunity for there to be
145 9    alternative sound pathways.
145 10    And so I don't recall all of the details
145 11    here, I recall on Versions 3 and 4 that there were
145 12    issues that we looked at, again, primarily pertaining
145 13    to the plug in its closed operational condition where
145 14    sound can penetrate these parts because they are
145 15    hollow chambers, resonance can be created, and that
145 16    can affect the ability of that plug to provide high
145 17    levels of attenuation and steady noise.

**149:5 - 149:22   Berger, Elliott - 09-25-2020**

149 5    Q.   Okay.  And can the materials also affect
149 6    resonance, the materials used for an object?
149 7    A.   Depending on the dynamics of the
149 8    mechanical system, the materials may affect.  If their
149 9    resonances fall into the range of interest, they could
149 10    influence the performance as well.
149 11    Q.   Okay.  And resonance, is it fair to say
149 12    that it can occur at different frequencies?
149 13    A.   Yes.
149 14    Q.   Depending on the size of the cavity or the
149 15    shape of the cavity, is that fair?
149 16    A.   Yes.
149 17    Q.   Okay.  And -- and depending on where that
149 18    resonance occurs in terms of frequency, does that mean
149 19    that that resonance can affect attenuation of an
149 20    earplug if an earplug is having resonance at those
149 21    frequencies?
149 22    A.   Yes.

| | | | | |
|---|---|---|---|---|
| **152:4 - 152:7   Berger, Elliott - 09-25-2020** | | | | |
| 152 4 | Q.   Right.  The UltraFit plugs generally had | | | |
| 152 5 | a -- had a rubber stem that extended beyond the last | | | |
| 152 6 | of the three flanges, correct? | | | |
| 152 7 | A.   A rubber-like stem, not a rubber material. | | | |
| **154:21 - 155:22   Berger, Elliott - 09-25-2020** | | | **Re: [154:21-155:22]** | **SUSTAINED** |
| 154 21 | Q.   Okay.  The question is:  If it was | | Improper counter designation; | |
| 154 22 | critical that the stem and filter be withdrawn for | | nonresponsive/evasive/narrative | |
| 154 23 | cleaning, are you aware of that instruction ever being | | answers; FRE 402/403; | |
| 154 24 | provided or added to the labeling for the Combat Arms | | 701/702; 802; speculation; | |
| 155 1 | plug or provided to the United States military or | | foundation. Plaintiffs MIL #15, | |
| 155 2 | soldiers, that they would need to take the filter | | 16, 17, 18, 21 | |
| 155 3 | assembly out of the Combat Arms Version 2 plugs for | | | |
| 155 4 | cleaning? | | | |
| 155 5 | MS. ELIZABETH:  Objection; form. | | | |
| 155 6 | BY THE WITNESS: | | | |
| 155 7 | A.   So, this doesn't say that the filter needs | | | |
| 155 8 | cleaning.  It says that you would need to clean the | | | |
| 155 9 | plug. | | | |
| 155 10 | So the problem is if debris gets in the | | | |
| 155 11 | plug, it becomes more noise attenuating at low sound | | | |
| 155 12 | levels.  It affects situational awareness.  It does | | | |
| 155 13 | not degrade its level-dependent attenuation.  That | | | |
| 155 14 | would only improve. | | | |
| 155 15 | We do have, I know, at least one data | | | |
| 155 16 | sheet that talks about disassembling the plug and | | | |
| 155 17 | cleaning the channel of the plug once it's | | | |
| 155 18 | disassembled.  I don't know if the military included | | | |
| 155 19 | that in the instructions that they created for their | | | |
| 155 20 | soldiers, but it is something that we would have | | | |
| 155 21 | discussed, you see it's being discussed here with the | | | |
| 155 22 | French military. | | | |
| **156:4 - 157:4   Berger, Elliott - 09-25-2020** | | | | |
| 156 4 | You describe it being a -- being critical, | | | |
| 156 5 | right, that's the word you used in this -- in this | | | |
| 156 6 | sentence referring to the stem and the filter being | | | |
| 156 7 | attached, right? | | | |
| 156 8 | A.   That's what it says, yes. | | | |
| 156 9 | Q.   Okay. | | | |

| | | | | |
|---|---|---|---|---|
| 156 10 | And it says: "We feel it is critical for | | | |
| 156 11 | the stem to be attached to the filter for withdrawal | | | |
| 156 12 | and cleaning," right? | | | |
| 156 13 | A.   Again, parsing the words. | | | |
| 156 14 | Q.   Just -- that's what it says. | | | |
| 156 15 | A.   It doesn't -- it does not say that | | | |
| 156 16 | cleaning is critical.  It says that to be able to | | | |
| 156 17 | clean it its critical that the filter be attached to | | | |
| 156 18 | the stem. | | | |
| 156 19 | Q.   Okay. | | | |
| 156 20 | A.   If you want to clean a plug, you cannot | | | |
| 156 21 | clean it, you can't pass something through that hole | | | |
| 156 22 | and get debris out of it while the filter is still in | | | |
| 156 23 | there and the stem is still in there.  So the | | | |
| 156 24 | criticality is if you choose to clean it, you need to | | | |
| 157 1 | be able to do this. | | | |
| 157 2 | Q.   Right. | | | |
| 157 3 | A.   And I'm discussing how important the | | | |
| 157 4 | cleaning is. | | | |
| **161:5 - 161:8** | **Berger, Elliott - 09-25-2020** | | | |
| 161 5 | Q.   And was there any instruction that the | | | |
| 161 6 | filter assembly, meaning the filter and the stem that | | | |
| 161 7 | holds the filter, needed to be with -- removed to | | | |
| 161 8 | clean the plug? | | | |
| **161:12 - 161:16** | **Berger, Elliott - 09-25-2020** | | | |
| 161 12 | A.   There is at least one 3M product-related | | | |
| 161 13 | sheet, perhaps more, that do describe that. | | | |
| 161 14 | Q.   Do you have a copy of that with you or do | | | |
| 161 15 | you know what document that would be? | | | |
| 161 16 | A.   Um. | | | |
| **168:9 - 169:4** | **Berger, Elliott - 09-25-2020** | | | |
| 168 9 | Q.   We've been talking a little bit about the | | | |
| 168 10 | adapter stem piece of the plug, of the Combat Arms | | | |
| 168 11 | Version 2, that -- that both the green and the yellow | | | |
| 168 12 | end fit onto. | | | |
| 168 13 | Do you recall that? | | | |
| 168 14 | A.   Yes. | | | |
| 168 15 | Q.   Okay.  So if we could go to Slide 55, and | | | |
| 168 16 | this is on Page 2 of Exhibit 13, the section that | | | |

| | | | | |
|---|---|---|---|---|
| 168 17    starts with: "Another problem which concerns," that<br>168 18    the French guys are writing to you.<br>168 19    Do you see that?<br>168 20    A.   Yes.<br>168 21    Q.   So the Hamery and Dancer at ISL write:<br>168 22    "Another problem which concerns the<br>168 23    compulsory unisize requirement of the future plugs is<br>168 24    the increase in diameter of the prototype plug because<br>169 1    of the surrounding stem."<br>169 2    Do you see that?<br>169 3    A.   Yes.  I was just trying to find that in<br>169 4    the overall document. | | | | |
| **169:13 - 169:21   Berger, Elliott - 09-25-2020**<br>169 13    Q.   Okay.  When it says "surrounding stem,"<br>169 14    it's talking about the part of the stem that surrounds<br>169 15    the nonlinear filter, correct?<br>169 16    A.   Yes.<br>169 17    Q.   It says: "We are not at all sure that the<br>169 18    present configuration will be suitable for most ears<br>169 19    because of fitting problems."<br>169 20    Do you see that?<br>169 21    A.   Yes. | | | | |
| **169:22 - 170:2   Berger, Elliott - 09-25-2020**<br>169 22    Q.   So they are concerned that the diameter of<br>169 23    this stem that has to hold the filter and these<br>169 24    prototypes wouldn't be suitable for most ears.<br>170 1    That's the concern expressed to you in<br>170 2    1997? | Re: [169:17-170:2]<br>Plt. Objection -Improper<br>Counter Designation per<br>PTO 64 | Re: [169:17-170:2]<br>Plt Objection - Improper Counter Designation per PTO 64<br>**OVERRULED** | Re: [169:22-170:10]<br>Nonresponsive; conjecture; speculation; FRE 402; 802; improper opinion 602/701/702. | SUSTAINED |
| **170:9 - 170:10   Berger, Elliott - 09-25-2020**<br>170 9    A.   I think, once again, you're reading the<br>170 10    language in a different way than it's intended. | Re: [170:9-170:10]<br>Plt. Objection -Improper<br>Counter Designation per<br>PTO 64, non-responsive,<br>403 | Re: [170:9-170:10]<br>Plt Objection - Improper Counter Designation per PTO 64, non-responsive, 403<br>**OVERRULED** | Re: [169:22-170:10]<br>conjecture; speculation; FRE 402; 802; improper opinion 602/701/702. | SUSTAINED |

| | Re: [170:19-171:8] | Re: [170:19-171:8] | Re: [170:16-171:13] | SUSTAINED |
|---|---|---|---|---|
| **170:19 - 171:8   Berger, Elliott - 09-25-2020**<br>170 19    A.   Please remember that this writer is<br>170 20    someone whose native language is not English, you<br>170 21    pointed out some of his odd use of words before, and<br>170 22    what I understood this to mean was that if I wanted to<br>170 23    create a plug that would fit the most ears possible,<br>170 24    98, 99 percent of all ears, that this configuration<br>171 1    might not do the job as well as another one.<br>171 2    I think what you are reading is that for<br>171 3    most ears, for 98 percent of ears it won't fit them,<br>171 4    and that's not what he is saying.  He is saying if I<br>171 5    wanted to design a product that would be the best one<br>171 6    possible in a unisize requirement to fit nearly all of<br>171 7    the population, then I'm not sure that this is the<br>171 8    best configuration. | Plt. Objection -Improper Counter Designation per PTO 64, non-responsive, 403 | Plt Objection - Improper Counter Designation per PTO 64, non-responsive, 403 **SUSTAINED** | conjecture; speculation; FRE 402; 802; 805; improper opinion 602/701/702. | |
| **171:15 - 171:20   Berger, Elliott - 09-25-2020**<br>171 15    Q.   What Dancer and Hamery wrote to you was:<br>171 16    "We are not at all sure that the present<br>171 17    configuration," talking about the prototype<br>171 18    configuration that had been sent, "will be suitable<br>171 19    for most ears because of fitting problems."<br>171 20    That's what they wrote, right? | | | | |
| **171:23 - 171:24   Berger, Elliott - 09-25-2020**<br>171 23    A.   Those are the words that are written on<br>171 24    the page. | | | | |
| **172:2 - 172:10   Berger, Elliott - 09-25-2020**<br>172 2    Q.   He says:  "Should not it be possible to<br>172 3    reduce the overall diameter of the stem and of the<br>172 4    plug (the prototype plug is actually too big)?"<br>172 5    Do you see that?<br>172 6    A.   Yes.<br>172 7    Q.   So he is saying, can we make the stem<br>172 8    smaller, less diameter, which will result in the plug<br>172 9    being less diameter because the prototype is too big,<br>172 10    right? | | | | |
| **172:13 - 174:5   Berger, Elliott - 09-25-2020**<br>172 13    A.   What he said:  "Should not it be possible<br>172 14    to reduce the overall diameter of the stem and of the<br>172 15    plug (the prototype plug is actually too big)?" | | | | |

172 16     BY MR. OVERHOLTZ:
172 17     Q.   And then he actually provides the diameter
172 18     of the plug that they are looking at, right, and the
172 19     filter?
172 20     A.   He reports the filter diameter, which is
172 21     the filter diameter they designed, 3 millimeters
172 22     outside diameter, yes.
172 23     Q.   So he gives the --
172 24     A.   And then also the diameter --
173 1      Q.   Sure.
173 2      A.   -- of the stem.
173 3      Q.   Sure.
173 4      So he says, the diameter of the filter is
173 5      3 millimeters, right?
173 6      A.   Yes.
173 7      Q.   But the outside diameter of the stem at
173 8      the filter position is 4.2 millimeters, right?
173 9      A.   Yes.
173 10     Q.   And so the stem has added an extra
173 11     1.2 millimeters for this product, for this prototype
173 12     for the diameter of the stem at the filter position,
173 13     correct?
173 14     A.   Correct.
173 15     Q.   And he says:  "Is it possible to decrease
173 16     the diameter," right?
173 17     A.   He says that, yes.
173 18     Q.   And you say in response:  "We already
173 19     prevailed on you to reduce the diameter of the filter
173 20     to allow us to reduce the diameter of the stem insert
173 21     and the stem."
173 22     Do you see that?
173 23     A.   Yes.
173 24     Q.   Now, the reason why you had prevailed on
174 1      them to reduce the diameter of the filter in the
174 2      beginning was so that the stem could be -- the stem
174 3      insert, the adapter diameter, could be reduced because
174 4      you were concerned about it being too big to be
174 5      suitable for most ears, right?

**174:8 - 174:22   Berger, Elliott - 09-25-2020**

| 174 8 | A.   I don't know that to be the case.  I know |
| 174 9 | that we were looking at having the maximum flexibility |
| 174 10 | in terms of designing our plugs.  And the larger his |
| 174 11 | filter is, the larger the stem has to be that will |
| 174 12 | encapsulate it. |
| 174 13 | BY MR. OVERHOLTZ: |
| 174 14 | Q.   You say:  "We see no easy way to reduce |
| 174 15 | the plug diameter any further as long as the stem must |
| 174 16 | hold the filter." |
| 174 17 | Do you see that? |
| 174 18 | A.   Yes. |
| 174 19 | Q.   And then you say:  "Take a look at how |
| 174 20 | very thin the stem walls are in the current version." |
| 174 21 | Do you see that? |
| 174 22 | A.   Yes. |

**174:23 - 175:18   Berger, Elliott - 09-25-2020**

| | | | | |
|---|---|---|---|---|
| 174 23    Q.   So there was, in fact, a concern about the | **Re: [174:23-175:18]** | Re: [174:23- | **Re: [174:23-175:18]** | **OVERRULED** |
| 174 24    thinness of the stem walls around the filter for the | Plt Objection - Improper | **175:18]** | nonresponsive/evasive answer; | |
| 175 1      plug, right? | counter designation; 802; | Plt Objection - | conjecture; speculation; FRE | |
| 175 2      MS. ELIZABETH:  Objection; form. | 602 | Improper | 402/403; improper opinion | |
| 175 3      BY THE WITNESS: | | Counter | /701/702. | |
| 175 4      A.   He was discussing should he make the stem | | Designation per | | |
| 175 5      thinner, and we were telling him that we see no easy | | PTO 64, 602, | | |
| 175 6      way to reduce the thickness of the stem, OD, outside | | 802 | | |
| 175 7      diameter, as long as it houses the filter. | | **OVERRULED** | | |
| 175 8      The thickness of those walls is on the | | | | |
| 175 9      order of 40 thousandths of an inch, so they are very | | | | |
| 175 10     thin plastic parts.  They need to be moldable, they | | | | |
| 175 11     need to be durable, and they need to be able to retain | | | | |
| 175 12     that filter inside them.  They need not to shatter or | | | | |
| 175 13     fracture. | | | | |
| 175 14     So we are saying that as long as the ID | | | | |
| 175 15     has to be equal to the OD of your filter, we need at | | | | |
| 175 16     least this much plastic to surround it.  Could you | | | | |
| 175 17     please, if you want it smaller, look at reducing the | | | | |
| 175 18     filter diameter. | | | | |

| 175:24 - 176:17   Berger, Elliott - 09-25-2020 | Re: [175:24-176:17] | Re: [175:24-176:17] | SUSTAINED |
|---|---|---|---|
| 175 24      Q.   And -- and we've seen before thin stem | Plt Objection - Improper | conjecture; speculation; FRE | |
| 176 1       walls around the filter could result in acoustical | counter designation | 402/403; 802; improper opinion | |
| 176 2       leaks, right? | | 602/701/702. | |
| 176 3       A.   What we -- no. | | | |
| 176 4       Q.   You don't believe it is possible that | | | |
| 176 5       acoustical leaks, acoustical short-circuits, as you | | | |
| 176 6       put it, could apply when you have thin stem walls? | | | |
| 176 7       MS. ELIZABETH:  Objection; form. | | | |
| 176 8       BY THE WITNESS: | | | |
| 176 9       A.   You are quoting from a different design on | | | |
| 176 10      a different product, not this design. | | | |
| 176 11      BY MR. OVERHOLTZ: | | | |
| 176 12      Q.   That was the other prototype that ISL was | | | |
| 176 13      evaluating, right? | | | |
| 176 14      A.   The difference there was that there was a | | | |
| 176 15      long length of wall that was unsupported and | | | |
| 176 16      surrounded a hollow cavity.  That's not the case with | | | |
| 176 17      this plug. | | | |
| **176:18 - 177:1   Berger, Elliott - 09-25-2020** | | | |
| 176 18      Q.   Okay.  And if we go to the next slide, the | | | |
| 176 19      takeaway from this communication to you is that the | | | |
| 176 20      French have communicated to Aearo in 1997 that if the | | | |
| 176 21      stem has to hold the filter and the diameter increases | | | |
| 176 22      from 3 millimeters to 4.2 millimeters at the filter | | | |
| 176 23      position, this configuration of this prototype that | | | |
| 176 24      has this diameter may not be suitable for most ears | | | |
| 177 1       because of fitting problems. | | | |
| **177:4 - 177:5   Berger, Elliott - 09-25-2020** | | | |
| 177 4       Q.   That's what's been communicated in 1997 | | | |
| 177 5       from the folks at ISL, right? | | | |
| **177:8 - 177:20   Berger, Elliott - 09-25-2020** | | | |
| 177 8       A.   You are reading the words.  I'm not sure | | | |
| 177 9       I -- you read them all exactly correctly, but, again, | | | |
| 177 10      as I said to you, the meaning of that phrase is that | | | |
| 177 11      if I'm trying to design a product to fit the largest | | | |
| 177 12      proportion of the population, they would like it to be | | | |
| 177 13      smaller, they think it would fit a larger proportion. | | | |
| 177 14      They are not saying that this design will | | | |

| | | | | |
|---|---|---|---|---|
| 177 15 | fail to fit most people, meaning 80, 90, 100 percent | | | |
| 177 16 | of people, that is not what this sentence says. | | | |
| 177 17 | BY MR. OVERHOLTZ: | | | |
| 177 18 | Q.   It says they are not sure it will be | | | |
| 177 19 | suitable to fit most ears, right? | | | |
| 177 20 | A.   That is what the words said. | | | |
| **179:21 - 180:6   Berger, Elliott - 09-25-2020** | | | | |
| 179 21 | Q.   Okay.  So, Mr. Berger, you can see the | | | |
| 179 22 | blown up diameter measurements of the plastic adapter | | | |
| 179 23 | stem for the nonlinear UltraFit stem for the Combat | | | |
| 179 24 | Arms Version 2? | | | |
| 180 1 | A.   Yes. | | | |
| 180 2 | Q.   Okay.  And if we see here, we see that the | | | |
| 180 3 | diameter of the stem at the largest barbed point where | | | |
| 180 4 | the filter would be held is .175 inches. | | | |
| 180 5 | Do you see that? | | | |
| 180 6 | A.   Yes.  Yes. | | | |
| **180:18 - 180:19   Berger, Elliott - 09-25-2020** | | | | |
| 180 18 | Q.   Right.  4.45 millimeters? | | | |
| 180 19 | A.   Yes. | | | |
| **181:1 - 181:22   Berger, Elliott - 09-25-2020** | | | | |
| 181 1 | Q.   Okay.  Now, if we can go to Slide 61. | | | |
| 181 2 | This is the MD-206, we'll mark this as Exhibit 14. | | | |
| 181 3 | (WHEREUPON, a certain document was | | | |
| 181 4 | marked Elliott Berger Deposition | | | |
| 181 5 | Exhibit No. 14, for identification, | | | |
| 181 6 | as of 09/25/2020.) | | | |
| 181 7 | BY MR. OVERHOLTZ: | | | |
| 181 8 | Q.   This is a drawing of the Combat Arms | | | |
| 181 9 | Version 2 preliminary drawings in which the yellow end | | | |
| 181 10 | is the 2039 nonlinear plug but the green end is the | | | |
| 181 11 | UltraFlex plug 2032-B which has the longer rubber like | | | |
| 181 12 | stems extending beyond the flanges. | | | |
| 181 13 | Do you see that? | | | |
| 181 14 | A.   Yes. | | | |
| 181 15 | Q.   Okay.  And eventually, as we've seen in | | | |
| 181 16 | the other drawings, that 2032-B, the drawing for the | | | |
| 181 17 | green end at the bottom is switched to the 2068 in | | | |
| 181 18 | which the rubber-like stems of the tip are cut off | | | |

| | | | | |
|---|---|---|---|---|
| 181 19   even with those -- that third flange, right?<br>181 20       A.   I'm not sure if it's -- yes, it is 2068<br>181 21   and -- yes, they are cut off even with the basal end<br>181 22   of the third flange. | | | | |
| **182:24 - 183:3   Berger, Elliott - 09-25-2020** | | | | |
| 182 24       Q.   Did Aearo ever conduct any REAT testing on<br>183 1   this version of the Combat Arms plug with the 2032<br>183 2   UltraFlex plug as part of the green end with this<br>183 3   configuration? | | | | |
| **183:10 - 183:16   Berger, Elliott - 09-25-2020** | | | | |
| 183 10       A.   I don't believe we have any REAT testing<br>183 11   on that version.<br>183 12       BY MR. OVERHOLTZ:<br>183 13       Q.   Okay.  We do know that the green end as<br>183 14   described by this drawing was based on an UltraFlex<br>183 15   plug, correct?<br>183 16       A.   Yes. | | | | |
| **184:2 - 184:21   Berger, Elliott - 09-25-2020** | | | **Re: [184:2-184:21]**<br>**401-403** | **OVERRULED** |
| 184 2       Q.   And this plug tip had been used by Aearo<br>184 3   on other types of earplugs, correct?<br>184 4       A.   No.<br>184 5       Q.   Before the Combat Arms are you aware of it<br>184 6   being used on other types of plugs, the UltraFlex<br>184 7   plug?<br>184 8       A.   Not as an earplug.<br>184 9       Q.   Okay.  And then if we can look at<br>184 10   Slide 60 -- 64 -- 65, sorry.<br>184 11       A.   I was going to say I don't -- I don't<br>184 12   recall that being used as an earplug, per se.<br>184 13       Q.   I understand.<br>184 14   Do you have -- do you have any<br>184 15   recollection of it being used as anything else but an<br>184 16   earplug?<br>184 17       A.   Yes.<br>184 18       Q.   What was it used for?<br>184 19       A.   A canal cap.<br>184 20       Q.   A canal cap?<br>184 21       A.   Semi-insert, semi-aural device. | | | | |

**187:8 - 187:17   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 187 8 | Q.   And by semi-aural, it just means it goes |
| 187 9 | halfway around the head, right? |
| 187 10 | A.   No. |
| 187 11 | Q.   What does it mean? |
| 187 12 | A.   It goes partly into the ear canal. |
| 187 13 | Q.   Partly into the ear canal? |
| 187 14 | A.   That's what the wording means.  Like I |
| 187 15 | said, they've been called semi-aural, semi-insert, |
| 187 16 | concha cap, concha seated, a variety of names, banded |
| 187 17 | earplugs. |

**187:24 - 188:7   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 187 24 | Q.   Okay.  Okay.  So if we can go to Slide 69, |
| 188 1 | we'll mark this as Exhibit No. 15.  This is MD-102A, |
| 188 2 | which includes the -- it is part of the -- one of |
| 188 3 | morning Doty's notebooks that we found. |
| 188 4 | (WHEREUPON, a certain document was |
| 188 5 | marked Elliott Berger Deposition |
| 188 6 | Exhibit No. 15, for identification, |
| 188 7 | as of 09/25/2020.) |

**188:19 - 188:24   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 188 19 | Q.   Okay.  And you can see that the |
| 188 20 | description of this is the UltraFlex lower leg.  It is |
| 188 21 | the drawings that were made in it looks like between |
| 188 22 | '96 and 1997 of the -- of the band that would hold |
| 188 23 | the -- the UltraFlex tip on it, is that right? |
| 188 24 | A.   Yes. |

**190:19 - 191:20   Berger, Elliott - 09-25-2020**

| | |
|---|---|
| 190 19 | Q.   Okay.  Now, the company conducted REAT |
| 190 20 | testing on this device? |
| 190 21 | A.   Yes. |
| 190 22 | Q.   And it used the same UltraFlex tip that |
| 190 23 | was used -- that ends up being used in the Combat Arms |
| 190 24 | Version 2, correct? |
| 191 1 | A.   As we discussed in the two, the stem is |
| 191 2 | cut off somewhat shorter. |
| 191 3 | Q.   Sure.  But the tips -- |
| 191 4 | A.   The front end is -- the front end portion |
| 191 5 | is the same. |

| | | | | |
|---|---|---|---|---|
| 191 6 | Q.   Okay.  And if we look at Slide 72, this is | | | |
| 191 7 | a cut paste -- cut and paste from the 3M website, it | | | |
| 191 8 | describes that: "This E-A-RFlex hearing protector | | | |
| 191 9 | with UltraFit tips provides excellent attenuation in | | | |
| 191 10 | all three wearing positions." | | | |
| 191 11 | Do you see that? | | | |
| 191 12 | A.   Yes. | | | |
| 191 13 | Q.   And, in fact, it describes:  "It can be | | | |
| 191 14 | worn over the head, under the chin or behind the | | | |
| 191 15 | neck," right? | | | |
| 191 16 | A.   Yes. | | | |
| 191 17 | Q.   And it has NRRs of 24 when worn over the | | | |
| 191 18 | head and 27 when worn under the chin. | | | |
| 191 19 | Do you see that? | | | |
| 191 20 | A.   Yes. | | | |
| **191:21 - 192:7   Berger, Elliott - 09-25-2020** | | | | |
| 191 21 | Q.   And if we can go to Slide 73, we'll can | | | |
| 191 22 | mark this as Exhibit 16.  This is MD-010. | | | |
| 191 23 | (WHEREUPON, a certain document was | | | |
| 191 24 | marked Elliott Berger Deposition | | | |
| 192 1 | Exhibit No. 16, for identification, | | | |
| 192 2 | as of 09/25/2020.) | | | |
| 192 3 | BY MR. OVERHOLTZ: | | | |
| 192 4 | Q.   This is the REAT results of the UltraFlex | | | |
| 192 5 | semi-insert device from March 28th of 1997, position | | | |
| 192 6 | under the chin. | | | |
| 192 7 | Do you see that? | | | |
| **192:18 - 192:24   Berger, Elliott - 09-25-2020** | | | | |
| 192 18 | You can see these REAT results for the | | | |
| 192 19 | semi-insert UltraFlex device? | | | |
| 192 20 | A.   And the question is? | | | |
| 192 21 | Q.   The question is:  You are able -- I was -- | | | |
| 192 22 | I was just making sure you could see these results and | | | |
| 192 23 | you had them up where you could see them? | | | |
| 192 24 | A.   Yes. | | | |
| **193:14 - 194:7   Berger, Elliott - 09-25-2020** | | | | |
| 193 14 | Q.   And the NRR is 27.4, correct? | | | |
| 193 15 | A.   Yes. | | | |
| 193 16 | Q.   Okay.  And -- and the -- the procedure | | | |

| | | | | |
|---|---|---|---|---|
| 193 17 | used for fitting the semi-aural device and the tips in | | | |
| 193 18 | the people's ears that were tested, that was | | | |
| 193 19 | experimenter fit, correct? | | | |
| 193 20 | A.   Yes. | | | |
| 193 21 | Q.   That's just like the fit that was used | | | |
| 193 22 | when the Combat Arms Version 2 was tested, | | | |
| determining | | | | |
| 193 23 | its NRR in the 213015 test and the 016 test in 1999, | | | |
| 193 24 | correct? | | | |
| 194 1 | A.   Yes. | | | |
| 194 2 | Q.   Okay.  And you signed off on these results | | | |
| 194 3 | in March of '97 along with Ron Kieper, right? | | | |
| 194 4 | A.   Yes. | | | |
| 194 5 | Q.   And Mr. Kieper had been the -- he was the | | | |
| 194 6 | technician that did the testing, correct? | | | |
| 194 7 | A.   Yes. | | | |
| **194:15 - 195:23   Berger, Elliott - 09-25-2020** | | | | |
| 194 15 | Q.   Right.  And we can -- I'll mark as | | | |
| 194 16 | Exhibits No. 16 and 17 MD 012 and MD 013 -- it will | | | |
| be | | | | |
| 194 17 | Exhibit 17 and 18.  Those are the REAT results for | | | |
| 194 18 | behind the head and the over the head measurements. | | | |
| 194 19 | (WHEREUPON, certain documents were | | | |
| 194 20 | marked Elliott Berger Deposition | | | |
| 194 21 | Exhibit No. 17 and No. 18, for | | | |
| 194 22 | identification, as of 09/25/2020.) | | | |
| 194 23 | BY MR. OVERHOLTZ: | | | |
| 194 24 | Q.   And if we can look up -- look at Slide 74, | | | |
| 195 1 | we see the results for the behind the head testing | | | |
| 195 2 | where an NRR of 24.2 was reported. | | | |
| 195 3 | Can you see that? | | | |
| 195 4 | A.   Could you go back one slide a minute, | | | |
| 195 5 | please? | | | |
| 195 6 | Q.   Sure. | | | |
| 195 7 | Slide 73 was the under the chin that got | | | |
| 195 8 | an NRR of 27.4. | | | |
| 195 9 | A.   Okay. | | | |
| 195 10 | Q.   And then behind the head got an NRR of | | | |
| 195 11 | 24.2, correct? | | | |

| | | | | |
|---|---|---|---|---|
| 195 12 | A.   Yes. | | | |
| 195 13 | Q.   And then Slide 75 shows -- Exhibit 18, | | | |
| 195 14 | which is the over the head measurements, it got an NRR | | | |
| 195 15 | of 24.1, correct? | | | |
| 195 16 | A.   Yes. | | | |
| 195 17 | Q.   Okay. | | | |
| 195 18 | Now, those NRRs are all higher than the | | | |
| 195 19 | NRR that was obtained on the green end of the Combat | | | |
| 195 20 | Arms Version 2 in the 213015 test that was stopped | | | |
| 195 21 | after eight subjects that reported an 11 or even the | | | |
| 195 22 | 213017 test that was -- reported an NRR of 22 that was | | | |
| 195 23 | in the label, correct? | | | |
| **196:2 - 196:14   Berger, Elliott - 09-25-2020** | | | | |
| 196 2 | A.   Yes, these NRRs are higher than the NRRs | | | |
| 196 3 | on the Combat Arms closed end earplug. | | | |
| 196 4 | BY MR. OVERHOLTZ: | | | |
| 196 5 | Q.   And, in fact, these NRRs attained using | | | |
| 196 6 | this UltraFlex tip on this UltraFlex semi-aural band | | | |
| 196 7 | device using the same UltraFlex tip that's used on the | | | |
| 196 8 | Combat Arms Version 2, there was the testing, the REAT | | | |
| 196 9 | testing that was done on those devices at that time | | | |
| 196 10 | were all available to you and Mr. Kieper when the | | | |
| 196 11 | 21305 (sic) test was conducted in 1999, correct? | | | |
| 196 12 | MS. ELIZABETH:  One second, please. | | | |
| 196 13 | BY THE WITNESS: | | | |
| 196 14 | A.   Yes. | | | |
| **196:21 - 197:14   Berger, Elliott - 09-25-2020** | | | | |
| 196 21 | Q.   The NRRs that would have been obtained | | | |
| 196 22 | using the UltraFlex semi-aural band device using the | | | |
| 196 23 | UltraFlex tip that was used on the Combat Arms | | | |
| 196 24 | Version 2, those REAT results were available to you | | | |
| 197 1 | and Mr. Kieper when the 213015 test was conducted in | | | |
| 197 2 | 1999, correct? | | | |
| 197 3 | A.   Yes.  And let me remind you once again | | | |
| 197 4 | that the UltraFlex tip that was used on Combat Arms is | | | |
| 197 5 | a modification of this tip.  It doesn't have the same | | | |
| 197 6 | length. | | | |
| 197 7 | Q.   But -- but the -- the results were still | | | |
| 197 8 | available to you with the -- at that time, correct? | | | |

| | | | | |
|---|---|---|---|---|
| 197 9     A.   Yes.<br>197 10    Q.   And the difference being here is that<br>197 11    the -- this semi-aural band had actually used the --<br>197 12    the tip, the UltraFlex tip that did not have the<br>197 13    rubber -- the part of the rubber-like stem trimmed off<br>197 14    even with the third flange, correct? | | | | |
| **197:17 - 198:3   Berger, Elliott - 09-25-2020**<br>197 17    A.   That was the difference in the UltraFlex<br>197 18    stem, but there is obviously other differences in the<br>197 19    product.<br>197 20    BY MR. OVERHOLTZ:<br>197 21    Q.   So, the difference -- one -- one<br>197 22    difference is that the -- the version of the UltraFlex<br>197 23    tip that was tested with the UltraFlex ear band didn't<br>197 24    have the rubber stem cut off, even with the third<br>198 1     flanges, and it also had an adapter that was of a<br>198 2     different shape and a lower diameter than the adapter<br>198 3     used in the Combat Arms Version 2, correct? | | | Re: [197:20-198:10]<br>Compound | OVERRULED |
| **198:6 - 198:10   Berger, Elliott - 09-25-2020**<br>198 6     A.   You are pointing out two of the<br>198 7     differences.<br>198 8     The third difference that is important is<br>198 9     that it was a longer piece of plastic that went more<br>198 10    deeply into the earplug. | | | Re: [197:20-198:10]<br>Compound | OVERRULED |
| **198:11 - 198:16   Berger, Elliott - 09-25-2020**<br>198 11    BY MR. OVERHOLTZ:<br>198 12    Q.   Yeah.<br>198 13    A.   And so indeed, to have it be at that large<br>198 14    diameter in the earplug beyond the third flange in the<br>198 15    area of the second flange would have made it more<br>198 16    challenging. | | | | |
| **199:9 - 200:2   Berger, Elliott - 09-25-2020**<br>199 9     Q.   Okay.  Now, you mentioned that the stem is<br>199 10    different, and we looked at the drawing and we saw the<br>199 11    difference in the shape.<br>199 12    The other difference is it's made out of a<br>199 13    different material than the stem that's used in the<br>199 14    Combat Arms Version 2, right?<br>199 15    A.   I'd have to go back and look again at the | | | Re: [199:24-200:6]<br>602 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 199 16   drawings.  I'm not certain of that, but that probably<br>199 17   is the case.<br>199 18   Q.   The Combat Arms Version 2 adapter stem is<br>199 19   made out of a product developed by DuPont called<br>199 20   Delrin, right?<br>199 21   A.   I would need to look at the drawing and<br>199 22   see if it's stated there.  I don't have that<br>199 23   information in my head.<br>199 24   Q.   All right.  Would you just -- Mr. Falco<br>200 1   told me it was Delrin, do you have any reason to<br>200 2   disagree with him that it was Delrin? | | | | |
| **200:5 - 200:10**  **Berger, Elliott - 09-25-2020**<br>200 5   A.   If Mr. Falco reported it that way, I<br>200 6   wouldn't have a reason to disagree with him.<br>200 7   BY MR. OVERHOLTZ:<br>200 8   Q.   All right.  And you know Delrin is a hard<br>200 9   plastic material, right?<br>200 10   A.   Yes. | | | Re: [199:24-200:6]<br>602 | **OVERRULED** |
| **200:17 - 200:19**  **Berger, Elliott - 09-25-2020**<br>200 17   Q.   Okay.  But it's not flexible, it is very<br>200 18   difficult to bend and to move.<br>200 19   Do you agree? | | | | |
| **200:22 - 201:4**  **Berger, Elliott - 09-25-2020**<br>200 22   A.   It is definitely a more rigid plastic<br>200 23   material.<br>200 24   BY MR. OVERHOLTZ:<br>201 1   Q.   Okay.  The adapter that was used on the<br>201 2   semi-aural band, UltraFlex band, it can be bent and<br>201 3   flexed, even though it extends pretty far deep into<br>201 4   the plug, right?  It's a long adapter. | | | | |
| **201:10 - 202:3**  **Berger, Elliott - 09-25-2020**<br>201 10   A.   It can be flexed and the reason that<br>201 11   that's necessary is that it's now attached to a sub<br>201 12   arm assembly and it's providing additional degrees of<br>201 13   freedom to move relative to that sub arm assembly so<br>201 14   that it can be directed into the ear canal.<br>201 15   The back end of the Combat Arms, when it's<br>201 16   inserted into an ear is not constrained in the same<br>201 17   way that the back end of that product is constrained | | | | |

| | | | | |
|---|---|---|---|---|
| 201 18   by the sub arm assembly, and the head band to which<br>201 19   it's attached.<br>201 20   BY MR. OVERHOLTZ:<br>201 21   Q.   But irrespective of its ability to move<br>201 22   because of the head band, the actual stem itself is<br>201 23   made out of a flexible material, correct?<br>201 24   A.   It's more flexible than the material that<br>202 1   is the stem adapter in the Combat Arms 2.<br>202 2   Q.   So if there are any bends in the ear<br>202 3   canal, they can flex through those ear bends, right? | | | | |
| **202:6 - 202:11   Berger, Elliott - 09-25-2020**<br>202 6   A.   It is penetrating the earplug more deeply<br>202 7   and so that becomes important in that design.<br>202 8   BY MR. OVERHOLTZ:<br>202 9   Q.   Okay.  All right.<br>202 10   A.   The adapter in the Combat Arms does not<br>202 11   penetrate as deeply into the earplug. | | | | |
| **202:15 - 202:22   Berger, Elliott - 09-25-2020**<br>202 15   Q.   And this is back to Page 11 of the final<br>202 16   Combat Arms assembly drawing of Exhibit 2.<br>202 17   As we discussed, for the actual Combat<br>202 18   Arms Version 2, the section of the green end UltraFlex<br>202 19   end of the plug were cut off even with the third<br>202 20   flange and that made that change from Part 2032 to the<br>202 21   2068, correct?<br>202 22   A.   Yes. | | | | |
| **203:8 - 203:12   Berger, Elliott - 09-25-2020**<br>203 8   Q.   And if we look at the change from 4/27/99<br>203 9   at the bottom, it says that Part B was 2032-B and its<br>203 10   overall length was 1.588, it has now been made<br>203 11   shorter, correct?<br>203 12   A.   Yes. | | | | |
| **204:19 - 205:19   Berger, Elliott - 09-25-2020**<br>204 19   If we look at Slide 90, you recall looking<br>204 20   at Exhibit 13, in which Dancer and Hamery said that<br>204 21   they were not sure that the present configuration of<br>204 22   the prototype that had a stem at the filter position<br>204 23   of a diameter of 4.2 millimeters would be suitable for<br>204 24   most ears. | **Re: [205:14-205:16]**<br>Plt Objection - Plaintiff<br>MIL G3, Improper<br>Counter Designation per<br>PTO 64 | Re: [205:14-<br>205:16]<br>Plt Objection -<br>Plaintiff MIL<br>G3, Improper<br>Counter | **Re: [205:14-205:16]**<br>FRE 402/403; 802; Plaintiffs<br>MIL #1, 2, 15, 16, 17, 21 -<br>objection is as to military<br>involvement and knowledge and<br>alleged directives. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 205 1   Do you recall that?<br>205 2   MS. ELIZABETH:  Objection; form.<br>205 3   BY THE WITNESS:<br>205 4   A.   Yes.<br>205 5   BY MR. OVERHOLTZ:<br>205 6   Q.   Okay.  But if we look at the drawing from<br>205 7   Exhibit 2 of the adapter stem used in the Combat Arms<br>205 8   Version 2, that has a -- a diameter at the filter<br>205 9   position of 4.45 millimeters, even bigger than the one<br>205 10   Armand Dancer and Hamery were looking at back in<br>1997,<br>205 11   correct?<br>205 12   A.   It also does not penetrate as deeply into<br>205 13   the earplug, I don't believe.  We'd need to look at<br>205 14   that drawing.  But regardless, this is the design that<br>205 15   we provided to and worked with the US military on, the<br>205 16   one that they asked -- they asked us to work with.<br>205 17   Also, as I can tell you, we, in subsequent<br>205 18   years, made thinner designs and then ended up going<br>205 19   back to thicker designs. | | Designation per<br>PTO 64<br>**SUSTAINED** | | |
| **206:2 - 206:8   Berger, Elliott - 09-25-2020**<br>206 2   Q.   You agree that the diameter of this plug,<br>206 3   of this plug adapter, the white adapter used in Combat<br>206 4   Arms Version 2, was bigger than the 4.2-millimeter<br>206 5   diameter position that Dancer and Hamery expressed<br>206 6   concerns about in their 1997 communication with you as<br>206 7   not being sure it would be suitable for most ears<br>206 8   because of fitting problems, correct? | | | | |
| **206:11 - 206:14   Berger, Elliott - 09-25-2020**<br>206 11   A.   You are comparing two different earplugs,<br>206 12   but, yes, the diameter of this adapter is larger than<br>206 13   the diameter, slightly larger than the diameter<br>206 14   mentioned in that correspondence. | | | | |
| **206:16 - 207:7   Berger, Elliott - 09-25-2020**<br>206 16   Q.   And as we saw before in Exhibit -- in<br>206 17   Slide 88, that diameter, the 4.45 millimeters, has<br>206 18   been pushed deeper into the plug up to the -- within<br>206 19   the third flanges, a part of the plug that can<br>206 20   reasonably be inserted in a user's ear, correct? | **Re: [206:16-207:7]**<br>Plt Objection – Improper<br>Counter Designation per<br>PTO 64, non-responsive. | Re: [206:16-<br>207:7]<br>Plt Objection –<br>Improper<br>Counter<br>Designation per | **Re: [206:16-207:9]**<br>conjecture; foundation;<br>speculation; FRE 402/403; 802;<br>improper opinion 602/701/702. | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 206 21    MS. ELIZABETH:  Objection; form.<br>206 22    BY THE WITNESS:<br>206 23    A.   One of the things to keep in mind with<br>206 24    they -- the answer is yes, it could be inserted into a<br>207 1    user's ear, but one of the things to keep in mind in a<br>207 2    single-sized three-flange earplug is that the depth or<br>207 3    fit of the plug for a proper fit varies with the size<br>207 4    of the ear canal.<br>207 5    So it would be in the larger ear canal<br>207 6    that you might anticipate that being -- that adapter<br>207 7    being within a portion of the external ear canal. | | PTO 64, non-responsive.<br>**OVERRULED** | | |
| **211:13 - 211:21   Berger, Elliott - 09-25-2020**<br>211 13    Q.   Mr. Berger, when you got the REAT results<br>211 14    from the 213015 test using the UltraFlex plug tip<br>211 15    where you had gotten great results on the semi-aural<br>211 16    band device, in that -- in that -- in that -- in that<br>211 17    test you get a 11 NRR, you have to stop the test after<br>211 18    eight subjects, you've got high variability and a high<br>211 19    standard deviation, did any red flags go up that<br>211 20    maybe -- that maybe you had made some design decisions<br>211 21    that weren't best for the plug? | | | **Re: [211:13-212:10]**<br>Vague | **OVERRULED** |
| **211:24 - 212:10   Berger, Elliott - 09-25-2020**<br>211 24    A.   You are comparing, as I said before, two<br>212 1    completely different designs.  You are comparing a<br>212 2    design that is held into the ear under pressure by a<br>212 3    lightweight plastic band, a design that has a somewhat<br>212 4    rigid but flexible stem in it that extends further<br>212 5    into the plug.  So that was one particular approach.<br>212 6    We are now looking at a completely<br>212 7    different design earplug, and when the results were<br>212 8    low we started questioning why were they low and that<br>212 9    was the result, the result was that was the time we<br>212 10    looked into the testing and the instruction sets. | | | **Re: [211:13-212:10]**<br>Vague | **OVERRULED** |
| **212:12 - 213:19   Berger, Elliott - 09-25-2020**<br>212 12    Q.   Okay.  You had gotten a lot better results<br>212 13    with this design, the semi-aural band design with that<br>212 14    longer flexible adapter stem inside it than you had<br>212 15    gotten in the 213015 with a different design, correct? | **Re: [212:12-213:19]**<br>Plt Objection – Improper<br>Counter Designation per<br>PTO 64 | **Re: [211:13-213:19]**<br>Plt Objection – Improper<br>Counter | **Re: [212:12-213:21]**<br>nonresponsive/evasive answer;<br>conjecture; speculation; FRE<br>402/403; 802; improper opinion<br>602/701/702. | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 212 16   MS. ELIZABETH:  Objection; form. | | Designation per PTO 64 SUSTAINED | |
| 212 17   BY THE WITNESS: | | | |
| 212 18   A.   And in the past we would have had other | | | |
| 212 19   products that when they were mounted on a semi-aural | | | |
| 212 20   band had different results, sometimes better, | | | |
| 212 21   sometimes poorer than those same products used | | | |
| 212 22   independently of the band.  So you are comparing | | | |
| 212 23   completely different designs. | | | |
| 212 24   BY MR. OVERHOLTZ: | | | |
| 213 1   Q.   Well, did the company consider, maybe we | | | |
| 213 2   should use the adapter stem that's used in the | | | |
| 213 3   semi-aural band for the Combat Arms Version 2, use a | | | |
| 213 4   similar design to that and we might get better | | | |
| 213 5   results? | | | |
| 213 6   Was that a consideration that was made? | | | |
| 213 7   A.   You have shown the two of them on screen | | | |
| 213 8   and they have demonstrably different shapes.  The | | | |
| 213 9   adapter part for the UltraFlex band could not be | | | |
| 213 10   adapted to holding the nonlinear filter.  It also -- | | | |
| 213 11   we don't want the part to be as long, it needs to be | | | |
| 213 12   symmetric, dual-ended, and also there are issues when | | | |
| 213 13   you are putting plastic materials together from -- | | | |
| 213 14   plastic parts together from dissimilar materials, how | | | |
| 213 15   they go together in production, whether they stay | | | |
| 213 16   together.  The materials selected for the UltraFlex | | | |
| 213 17   were for that particular application.  So you are | | | |
| 213 18   trying to completely reengineer the product at this | | | |
| 213 19   point. | | | |

| 214:14 - 215:22   Berger, Elliott - 09-25-2020 | Re: [214:14-215:22] Plt Objection – Improper counter designation; 602 | Re: [214:14-215:22] Plt Objection – Improper Counter Designation per PTO 64, 602 **SUSTAINED** | Re: [214:14-215:24] nonresponsive/evasive answer; conjecture; speculation; FRE 402/403; 802; improper opinion 701/702. | **SUSTAINED** |
|---|---|---|---|---|
| 214 14   Q.   The company didn't -- your -- so your | | | | |
| 214 15   answer to my question was the company didn't consider | | | | |
| 214 16   using a design of the adapter stem for the green end | | | | |
| 214 17   of the plug more similar to the adapter stem design | | | | |
| 214 18   and material that had been used for the UltraFlex | | | | |
| 214 19   semi-aural band device? | | | | |
| 214 20   MS. ELIZABETH:  Objection; form. | | | | |
| 214 21   BY MR. OVERHOLTZ: | | | | |
| 214 22   Q.   This device. | | | | |
| 214 23   A.   I don't know if we explicitly didn't | | | | |

| | | | |
|---|---|---|---|
| 214 24   consider that, but that particular design, material | | | |
| 215 1   and shape would not be adaptive to the Combat Arms 2 | | | |
| 215 2   earplug. | | | |
| 215 3   Q.   Okay.  Now, after -- | | | |
| 215 4   A.   So that particular part was not suitable. | | | |
| 215 5   I do not know when the materials were selected for the | | | |
| 215 6   stem adapter, what was the thinking that went into | | | |
| 215 7   that.  There are multiple reasons why you pick | | | |
| 215 8   materials.  One of them is can you mold the part to | | | |
| 215 9   the tolerances that it needs to be molded to.  There | | | |
| 215 10   is more rigid tolerances needed for this part because | | | |
| 215 11   it's holding the nonlinear filter because of the | | | |
| 215 12   orifice is through it than are the tolerances required | | | |
| 215 13   for that stem in the UltraFlex part. | | | |
| 215 14   I don't know what went into the | | | |
| 215 15   discussions, but it is -- in all likelihood that | | | |
| 215 16   material would not be adapted to molding this part. | | | |
| 215 17   You can't just say, Oh, I want this part, I'll make it | | | |
| 215 18   out of that material, it is the cheapest to produce, | | | |
| 215 19   the most flexible.  You need to select the material | | | |
| 215 20   that can be molded and that will give you the feature | | | |
| 215 21   that you need.  So there is a number of considerations | | | |
| 215 22   that need to be accounted for. | | | |
| **216:2 - 216:11**   Berger, Elliott - 09-25-2020 | **Re: [216:2-216:22]** Def Objection - Compound. | | **OVERRULED** |
| 216 2   Q.   The answer is -- do you -- there -- the | | | |
| 216 3   truth is, there is no evidence of any consideration of | | | |
| 216 4   any of the issues that you just brought up regarding | | | |
| 216 5   whether or not the design of the adapter stem used in | | | |
| 216 6   the semi-aural UltraFlex band device could have been | | | |
| 216 7   used for the green end of the Combat Arms Version 2, | | | |
| 216 8   there is no evidence that Aearo made any of those | | | |
| 216 9   determinations that that material or that design or a | | | |
| 216 10   more similar design could not have been used for the | | | |
| 216 11   Combat Arms Version 2, correct? | | | |
| **216:16 - 216:22**   Berger, Elliott - 09-25-2020 | **Re: [216:2-216:22]** Def Objection - Compound. | | **OVERRULED** |
| 216 16   A.   You said there is no evidence.  There is | | | |
| 216 17   no written documentation.  I do not know that there | | | |
| 216 18   weren't multiple conversations between Dick Knauer, | | | |
| 216 19   Bob Falco, Marc Doty or others in the technical | | | |

| | | | | |
|---|---|---|---|---|
| 216 20   department or materials people about the selection of<br>216 21   that material and the other aspects that went into<br>216 22   creating that particular stem adapter. | | | | |
| **224:8 - 224:17   Berger, Elliott - 09-25-2020**<br>224 8    Q.  So, Mr. Berger, when the company received<br>224 9    the results of the 213015 test of the Combat Arms<br>224 10   Version 2 green end of the plug that had to be stopped<br>224 11   after eight subjects, did this raise a consideration<br>224 12   within the company that an alternative design should<br>224 13   be considered of the adapter stem that might more<br>224 14   closely approximate a design that had shown good<br>224 15   results like those seen in the UltraFlex semi-aural<br>224 16   band that used a similar UltraFlex plug tip that had<br>224 17   received good results? | Re: [224:8-224:22]<br>Def Objection - Scope | | | **OVERRULED** |
| **224:20 - 224:24   Berger, Elliott - 09-25-2020**<br>224 20   BY THE WITNESS:<br>224 21   A.   My review of the records doesn't reveal<br>224 22   that particular conversation.<br>224 23   BY MR. OVERHOLTZ:<br>224 24   Q.   Okay. | Re: [224:8-224:22]<br>Def Objection - Scope | | | **OVERRULED** |
| **225:1 - 225:12   Berger, Elliott - 09-25-2020**<br>225 1    A.  We certainly did consider issues of the<br>225 2    design of the plug, and as I answered to you before,<br>225 3    the UltraFlex piece on the sub arm assembly that fits<br>225 4    into the earplug, because of its materials and shape,<br>225 5    is not one that could be adapted to enclosing the<br>225 6    nonlinear filter and the nonlinear design.  There is<br>225 7    so much dissimilarity between those parts and their<br>225 8    functions and the devices that they are used to.<br>225 9    But, yes, we did consider what might be<br>225 10   the issue.  I don't have written documentation on it.<br>225 11   I know that it was a project that transpired over a<br>225 12   few months.  I don't recall all of the conversations. | Re: [225:1-225:12]<br>Plt Objection - Improper<br>counter designation;<br>nonresponsive/evasive<br>answer | Re: [225:1-<br>225:12]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64,<br>incomplete<br>designation, non-<br>responsive<br>**OVERRULED** | Re: [225:1-225:12]<br>foundation; conjecture;<br>speculation; FRE 402/403; 802;<br>improper opinion 602/701/702. | **OVERRULED** |
| **225:18 - 226:9   Berger, Elliott - 09-25-2020**<br>225 18   Q.   All right.  Let's go to Slide 104.  This<br>225 19   is the UltraFit Plus earplug.<br>225 20   Are you familiar with its design?<br>225 21   A.   Yes.<br>225 22   Q.   Okay.  And the E-A-R UltraFit Plus uses an | | | | |

| | | | | |
|---|---|---|---|---|
| 225 23 | UltraFlex tip with a plastic insert stem connected to | | | |
| 225 24 | it, correct? | | | |
| 226 1 | A.   Yes. | | | |
| 226 2 | Q.   And it looks like it comes in multiple | | | |
| 226 3 | colors at some point in time, correct? | | | |
| 226 4 | A.   Yes. | | | |
| 226 5 | Q.   And if we look at this packaging for the | | | |
| 226 6 | UltraFit, besides letting me know that E-A-R is an | | | |
| 226 7 | official earplug of the Indianapolis 500, it tells me | | | |
| 226 8 | that it has got a higher NRR of 26-dB, right? | | | |
| 226 9 | A.   Yes. | | | |
| **227:1 - 227:11   Berger, Elliott - 09-25-2020** | | | | |
| 227 1 | Q.   Okay.  Well, let's look at the Slide 106, | | | |
| 227 2 | which is EB-601, we'll mark this as Exhibit No. 19. | | | |
| 227 3 | (WHEREUPON, a certain document was | | | |
| 227 4 | marked Elliott Berger Deposition | | | |
| 227 5 | Exhibit No. 19, for identification, | | | |
| 227 6 | as of 09/25/2020.) | | | |
| 227 7 | BY MR. OVERHOLTZ: | | | |
| 227 8 | Q.   This is a March 23rd, 1999 drawing of the | | | |
| 227 9 | UltraFit Plus plug. | | | |
| 227 10 | And you see it describes using the 2032-B | | | |
| 227 11 | UltraFit tip, correct, UltraFlex? | | | |
| **228:13 - 228:20   Berger, Elliott - 09-25-2020** | | | | |
| 228 13 | The -- the drawing shows that this 2067 | | | |
| 228 14 | UltraFit Plus plug as originally designed in | | | |
| 228 15 | March 23rd of '99 in this drawing was going to use the | | | |
| 228 16 | UltraFlex tip Part 2032-B without the rubber legs of | | | |
| 228 17 | the stem of the plug tip being cut off, just like the | | | |
| 228 18 | original drawing of the Combat Arms Version 2 before | | | |
| 228 19 | it was switched to the Part 2068-B with those legs of | | | |
| 228 20 | the rubber stem cut off, correct? | | | |
| **228:23 - 228:23   Berger, Elliott - 09-25-2020** | | | | |
| 228 23 | A.   Yes. | | | |
| **229:3 - 229:6   Berger, Elliott - 09-25-2020** | | | | |
| 229 3 | Q.   Okay.  And the drawing also shows an | | | |
| 229 4 | UltraFit stem being inserted into the plug as well, | | | |
| 229 5 | right?  Part 4055-0? | | | |
| 229 6 | A.   Yes. | | | |

| | | | | |
|---|---|---|---|---|
| **232:9 - 232:15   Berger, Elliott - 09-25-2020** | | | | |
| 232 9        Q.   Okay.  And so the exact -- the -- the plug<br>232 10      itself, the rubber tip of the plug, the rubber-like<br>232 11      tip of the plug from the 2032-B that had the stem<br>232 12      extend beyond the third flange is now cut off flush<br>232 13      with the third flange, just like the Combat Arms<br>232 14      Version 2, correct?<br>232 15      A.   Yes. | | | | |
| **233:2 - 233:7   Berger, Elliott - 09-25-2020** | Re: [233:2-233:12]<br>Def Objection - Scope | | | **OVERRULED** |
| 233 2        3M or Aearo would not make any claim that<br>233 3        using a cut off version of the UltraFlex tip of the<br>233 4        green end of the plug with the rubber part of the stem<br>233 5        cut off even with the third flange, that the military<br>233 6        had anything to do with that decision for the UltraFit<br>233 7        Plus plugs? | | | | |
| **233:11 - 233:12   Berger, Elliott - 09-25-2020** | Re: [233:2-233:12]<br>Def Objection - Scope | | | **OVERRULED** |
| 233 11      A.   I don't believe that that was responsive<br>233 12      to a military request. | | | | |
| **235:24 - 236:11   Berger, Elliott - 09-25-2020** | | | | |
| 235 24      Q.   Do you recognize that plug?<br>236 1        A.   Yes.<br>236 2        Q.   And this is the UltraFit Plus, right?<br>236 3        A.   Yes.<br>236 4        Q.   Using the UltraFlex -- the UltraFit Plus<br>236 5        stem inside of an UltraFlex plug, correct?<br>236 6        A.   Yes.<br>236 7        Q.   And as we saw from the drawings, the<br>236 8        yellow -- the plug on the end of the UltraFit Plus, so<br>236 9        this is the UltraFit Plus, this is the CAEv2, the tips<br>236 10      of those plugs, besides the color, they are identical,<br>236 11      right? | | | | |
| **236:14 - 236:17   Berger, Elliott - 09-25-2020** | | | | |
| 236 14      A.   Yes.<br>236 15      BY MR. OVERHOLTZ:<br>236 16      Q.   Okay.  And that was a yes, right?<br>236 17      A.   Yes. | | | | |
| **237:7 - 237:13   Berger, Elliott - 09-25-2020** | | | | |
| 237 7        Q.   One end has the filter, that's supposed to<br>237 8        go in the yellow end, the other end is supposed to go | | | | |

| | | | | |
|---|---|---|---|---|
| 237 9 | in the green end, right? | | | |
| 237 10 | A.   Yes. | | | |
| 237 11 | Q.   And, in fact, you guys came up with a test | | | |
| 237 12 | to make sure that someone hadn't assembled it | | | |
| 237 13 | backwards, right? | | | |
| **237:18 - 238:2   Berger, Elliott - 09-25-2020** | | | | |
| 237 18 | A.   We do conduct 100 percent quality control | | | |
| 237 19 | testing on the plugs. | | | |
| 237 20 | Q.   Right.  That was what was called for. | | | |
| 237 21 | All right.  So, back to this situation, | | | |
| 237 22 | you -- you mentioned that this is somewhat flexible. | | | |
| 237 23 | Just so you see, even though that stem goes deep into | | | |
| 237 24 | the UltraFit Plus, it bends, left, right, it is very | | | |
| 238 1 | flexible. | | | |
| 238 2 | Do you see that? | | | |
| **238:6 - 238:11   Berger, Elliott - 09-25-2020** | | | | |
| 238 6 | Q.   Do you agree that the -- | | | |
| 238 7 | A.   I see that. | | | |
| 238 8 | Q.   Do you agree that the stem that's in the | | | |
| 238 9 | UltraFit Plus plug that has the UltraFlex tip | | | |
| 238 10 | identical to the Combat Arms Version 2 is very | | | |
| 238 11 | flexible? | | | |
| **238:14 - 238:15   Berger, Elliott - 09-25-2020** | | | | |
| 238 14 | A.   I agree that you are able to bend that | | | |
| 238 15 | easily. | | | |
| **239:4 - 240:2   Berger, Elliott - 09-25-2020** | | Re: [239:4-240:4] | Re: [239:4-240:2] | Re: [239:4-240:4] | **SUSTAINED** |
| 239 4 | Q.   Did -- did the -- did Aearo ever consider | Plt Objection - Improper | Plt Objection - | evasive answer; conjecture; | |
| 239 5 | making the tip of the ultra -- of the -- of this | counter designation; | Improper | speculation; FRE 402/403; | |
| 239 6 | Combat Arms Version 2 plastic adapter more rounded | nonresponsive | Counter | improper opinion 602/701/702. | |
| 239 7 | instead of having the stiff barbed edges that we saw | | Designation per | | |
| 239 8 | in the drawing so that it would be more comfortable | | PTO 64, non- | | |
| 239 9 | when it was worn? | | responsive | | |
| 239 10 | MS. ELIZABETH:  Objection; form. | | **SUSTAINED** | | |
| 239 11 | BY THE WITNESS: | | | | |
| 239 12 | A.   As I said, you are comparing two | | | | |
| 239 13 | dissimilar products.  The tip of the stem in your hand | | | | |
| 239 14 | penetrates that earplug much more deeply than the tip | | | | |
| 239 15 | of the adapter stem in the Combat Arms.  So there are | | | | |
| 239 16 | different requirements for its shape and flexibility. | | | | |

| | | | | |
|---|---|---|---|---|
| 239 17   Also, you are continuing to compare those<br>239 18   parts and because the stem for the Combat Arms needs<br>239 19   to meet certain design tolerances and be able to<br>239 20   maintain a nonlinear filter in it, there are other<br>239 21   requirements for that material.<br>239 22   So to an uninformed observer, they might<br>239 23   say, Oh, why can't I just make it out of this thin<br>239 24   material and change the shape, and the issue is that<br>240 1   there are many end hearing design considerations that<br>240 2   go into each of those products. | | | | |
| **240:6 - 240:8   Berger, Elliott - 09-25-2020** | | | | |
| 240 6   Q.   Did the company ever conduct any analysis<br>240 7   as to whether or not this stem design or this stem<br>240 8   material could be made to house a nonlinear filter? | | | | |
| **240:11 - 240:20   Berger, Elliott - 09-25-2020** | | | | |
| 240 11   A.   I have no written records on that.<br>240 12   Whether such conversations took place during material<br>240 13   selection process, I don't know.<br>240 14   BY MR. OVERHOLTZ:<br>240 15   Q.   And by the way, the green end of the<br>240 16   Combat Arms version plug that uses the same tip as the<br>240 17   UltraFit Plus, it doesn't have a filter in it at all,<br>240 18   right, it is just supposed to provide protection for<br>240 19   steady state noise?<br>240 20   A.   Correct. | | | | |
| **243:15 - 243:19   Berger, Elliott - 09-25-2020** | | | | |
| 243 15   Q.   Just let me ask you this:  Did the -- did<br>243 16   the lab's policies and procedures contemplate that the<br>243 17   company will evaluate design decisions and their<br>243 18   effects on real-ear attenuation testing of their<br>243 19   earplugs? | | | | |
| **244:1 - 244:3   Berger, Elliott - 09-25-2020** | | | | |
| 244 1   A.   Part of the design process of the earplug<br>244 2   is evaluating the results of a real-ear attenuation<br>244 3   test. | | | | |
| **246:23 - 248:12   Berger, Elliott - 09-25-2020**<br>246 23   Did -- did this testing result, this REAT<br>246 24   testing result of the UltraFit Plus plug, did that<br>247 1   provide confidence to Aearo that this design of the | **Re: [246:23-248:12]**<br>Plt Objection - Improper<br>counter designation | Re: [246:23-<br>248:12]<br>Plt Objection -<br>Improper | **Re: [246:23-248:12]**<br>nonresponsive/evasive answer;<br>foundation; FRE 402/403; 802;<br>improper opinion 602/701/702. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 247 2    plug, even using the UltraFlex tip identical to the | | Counter Designation per PTO 64 **SUSTAINED** | | |
| 247 3    Combat Arms -- Combat Arms Version 2, was an | | | | |
| effective | | | | |
| 247 4    design for providing attenuation or protection from | | | | |
| 247 5    steady state noise? | | | | |
| 247 6    MS. ELIZABETH:  Objection; form. | | | | |
| 247 7    BY THE WITNESS: | | | | |
| 247 8    A.   So I don't recall.  What I -- what you | | | | |
| 247 9    need to look at here is that this is a two-size plug, | | | | |
| 247 10   the military wanted a one-size earplug.  So this is a | | | | |
| 247 11   two-size plug.  You can see, if you look down the | | | | |
| 247 12   right-hand side, that two of the subjects used a small | | | | |
| 247 13   size, the other eight used a regular size. | | | | |
| 247 14   BY MR. OVERHOLTZ: | | | | |
| 247 15   Q.   Okay.  And -- and just to be clear on | | | | |
| 247 16   that -- | | | | |
| 247 17   (Simultaneous talking.) | | | | |
| 247 18   BY MR. OVERHOLTZ: | | | | |
| 247 19   Q.   I'm sorry.  But just to be clear on that, | | | | |
| 247 20   the only people that used the small size were these | | | | |
| 247 21   people were extra small ear canals, correct? | | | | |
| 247 22   A.   Yes. | | | | |
| 247 23   MS. ELIZABETH:  Objection; form. | | | | |
| 247 24   BY MR. OVERHOLTZ: | | | | |
| 248 1    Q.   Okay. | | | | |
| 248 2    A.   I don't recall how this plug was | | | | |
| 248 3    introduced. | | | | |
| 248 4    Q.   All right. | | | | |
| 248 5    A.   Or whether it was introduced as a | | | | |
| 248 6    two-sized earplug or a single-sized earplug.  And so | | | | |
| 248 7    in terms of the results of that test in forming what | | | | |
| 248 8    was going to go to market, I can't tell you.  We'd | | | | |
| 248 9    have to look at the marketing materials and remind me | | | | |
| 248 10   how this was introduced.  This may have been an | | | | |
| 248 11   exploration of how different sizes affect the | | | | |
| 248 12   performance of the plug. | | | | |
| **250:1 - 251:7   Berger, Elliott - 09-25-2020** | | | | |
| 250 1    BY MR. OVERHOLTZ: | | | | |
| 250 2    Q.   All right.  Let's go back to Slide 114. | | | | |

| | | | | |
|---|---|---|---|---|
| 250 3 | Did the company, in evaluating the design | | | |
| 250 4 | of the Combat Arms Version 2 earplug and whether or | | | |
| 250 5 | not alternative safer designs were potential and | | | |
| 250 6 | available, consider the fact that identical subjects | | | |
| 250 7 | had been tested on both the UltraFit Plus plug and the | | | |
| 250 8 | Combat Arms Version 2 plug and achieved dramatically | | | |
| 250 9 | different results? | | | |
| 250 10 | MS. ELIZABETH:  Objection; form, outside the | | | |
| 250 11 | scope. | | | |
| 250 12 | BY THE WITNESS: | | | |
| 250 13 | A.   I'm not certain that the identical | | | |
| 250 14 | subjects were selected.  I do recognize some of those | | | |
| 250 15 | initials.  An individual subject can have a strong | | | |
| 250 16 | influence.  We see here an example where one subject | | | |
| 250 17 | who simply failed the two frequencies, changed the | | | |
| NRR | | | | |
| 250 18 | by about a dB and a half.  If a subject has a problem | | | |
| 250 19 | on one fit and changes the variability, it can | | | |
| 250 20 | substantially alter the results. | | | |
| 250 21 | So I don't know that that group of ten was | | | |
| 250 22 | exactly the same -- same group of ten.  You'd have to | | | |
| 250 23 | show me them side by side.  We did have a listener | | | |
| 250 24 | panel of about, at that time, 20 to 30 subjects, and | | | |
| 251 1 | Ron would obtain them as they were available.  Working | | | |
| 251 2 | with human subjects, you can't always say I'm going to | | | |
| 251 3 | use these ten people and get the test done in this | | | |
| 251 4 | timeframe.  You are kind of at the whim of people's | | | |
| 251 5 | individual -- they are not 100 percent captive | | | |
| 251 6 | listeners.  They have another life, do other jobs. | | | |
| 251 7 | This is a part-time side job. | | | |
| **251:9 - 251:15   Berger, Elliott - 09-25-2020** | | | | |
| 251 9 | Q.   Let me ask you this:  Did -- did -- at any | | | |
| 251 10 | point did Mr. Kieper raise a concern with you that he | | | |
| 251 11 | had seen dramatically lower attenuation results in | | | |
| 251 12 | some of the hearing subjects that had been tested | | | |
| 251 13 | using the exact same UltraFlex fit and the UltraFit | | | |
| 251 14 | Plus plug when he tested the Combat Arms Version 2 | | | |
| 251 15 | plug? | | | |

| 251:24 - 252:7   Berger, Elliott - 09-25-2020 | | | | |
|---|---|---|---|---|
| 251 24  A.  I don't recall if we had the conversation<br>252 1  framed in the way you describe it.  We did have<br>252 2  conversations about why the results on the Combat Arms<br>252 3  Version 2 were showing more variability and hence we<br>252 4  spent some time over the period of a few months<br>252 5  looking into that.  I believe we may also have looked<br>252 6  into other issues in the lab related to that, but I<br>252 7  have no documents on that. | | | | |
| **253:9 - 254:8   Berger, Elliott - 09-25-2020** | | | | |
| 253 9  Q.  Okay.  Did the company consider whether or<br>253 10  not an alternative design for the green end of the<br>253 11  plug that more closely resembled the design used in<br>253 12  the UltraFit Plus that used the exact same UltraFlex<br>253 13  tip might provide a safer level of attenu --<br>253 14  attenuation for the soldiers for which the Combat Arms<br>253 15  Version 2 was intended?<br>253 16  MS. ELIZABETH:  Objection; form.<br>253 17  BY THE WITNESS:<br>253 18  A.  I don't recall the exact conversations.  I<br>253 19  don't know that this test informs testing on the<br>253 20  Combat Arms.<br>253 21  And I'll summarize again for you the<br>253 22  reasons that is.  This is a -- has a flexible stem of<br>253 23  a substantially different design, a material that<br>253 24  likely could not be used to house the nonlinear<br>254 1  filter.  I don't believe there would have been a<br>254 2  feasibility to make the stem that houses the filter<br>254 3  out of two dissimilar materials, I don't know if that<br>254 4  was discussed, but I don't believe that's feasible.<br>254 5  And the stem is of such that it has rigid tolerances<br>254 6  on it because it's housing another part and containing<br>254 7  orifices.  So there isn't a carryover from this design<br>254 8  to that design. | Re: [253:19-254:8]<br>Plt Objection - Non-responsive | Re: [235:19-254:8]<br>Plt Objection -<br>Non-responsive<br>**SUSTAINED** | Re: [253:21-254:11]<br>Improper counter designation;<br>foundation; conjecture;<br>speculation; FRE 402/403; 802;<br>improper opinion 602/701/702. | SUSTAINED |
| **254:15 - 254:21   Berger, Elliott - 09-25-2020** | | | | |
| 254 15  Q.  So, if we are looking at the Combat Arms<br>254 16  plug and then the UltraFit Plus again, okay.<br>254 17  The difference is -- we know the tips are<br>254 18  identical, right? | | | | |

254 19    A.   Yes.
254 20    Q.   The differences in design is the UltraFit
254 21    Plus has a longer but more flexible stem, right?

**254:24 - 255:8   Berger, Elliott - 09-25-2020**
254 24    Q.   That's one difference?
255 1     A.   Yes.
255 2     Q.   Okay.  No. 2, it doesn't have a second end
255 3     with opposing flanges, right?
255 4     A.   Yes.
255 5     Q.   And yet the UltraFit Plus in its NRR -- in
255 6     its attenuation testing got a 20 -- got a 26 NRR, 26,
255 7     and the CAEv2 on the 213015 got an 11 the first time
255 8     around on eight subjects?

**255:11 - 255:24   Berger, Elliott - 09-25-2020**
255 11    A.   You need to add an Item 3 down there.
255 12    BY MR. OVERHOLTZ:
255 13    Q.   Okay.
255 14    A.   Which is that the UltraFit Plus test you
255 15    are referring to, I'm not sure if you are referring to
255 16    the label or the test that we discussed, but that was
255 17    done with a two-size product.
255 18    Q.   Yeah, they had a -- they had a -- the --
255 19    the UltraFit Plus at least in the testing had a
255 20    small -- a small version that was used in two extra
255 21    small size ear canal subjects, right?
255 22    A.   Yes, and our goal in testing was always to
255 23    include a full range of ear canals in the test panel,
255 24    range of ear canal sizes.

**256:1 - 256:8   Berger, Elliott - 09-25-2020**
256 1     Q.   And I guess maybe the -- the other
256 2     difference in the UltraFit Plus, it doesn't have the
256 3     opposing flange and it's -- it's not dual-ended,
256 4     right, so therefore it doesn't have the opposing
256 5     flanges?
256 6     A.   Yes.  I can't read everything you are
256 7     writing.  You are dropping off screen, but I heard
256 8     what you said with that.

**256:18 - 257:1   Berger, Elliott - 09-25-2020**
256 18    Q.   And we know by 1997 -- we know by 1990 --

| | | | |
|---|---|---|---|
| 256 19    '99, I'm sorry, that the company had -- had designed<br>256 20    and developed prototypes, Aearo had a patent and had<br>256 21    designed a single-ended version, right?<br>256 22    A.   Yes.<br>256 23    Q.   And they had the ability to produce stems,<br>256 24    plastic stems that were more flexible, correct?<br>257 1    A.   Yes. | | | |
| **257:10 - 257:16   Berger, Elliott - 09-25-2020** | | | |
| 257 10    Q.   All right.  Let's look, before we take our<br>257 11    break, at 127, Slide 127, Exhibit 23, which will be<br>257 12    P0193-A.<br>257 13    (WHEREUPON, a certain document was<br>257 14    marked Elliott Berger Deposition<br>257 15    Exhibit No. 23, for identification,<br>257 16    as of 09/25/2020.) | | | |
| **257:24 - 259:19   Berger, Elliott - 09-25-2020** | | | |
| 257 24    Q.   All right.  So if we look at here, you are<br>258 1    familiar with this e-mail that you sent in November<br>258 2    of 2004 regarding Combat Arms Earplugs comfort<br>issues?<br>258 3    A.   Yes.<br>258 4    Q.   You sent it to Doug Ohlin and copied Brian<br>258 5    Myers and Dick Knauer, right?<br>258 6    A.   Yes.<br>258 7    Q.   And you say:<br>258 8    "Good to see you at the Beach.  I took<br>258 9    back your concerns on the CAE and have some thoughts.<br>258 10    In over 20 years of selling the UltraFit, which is the<br>258 11    best selling premolded earplug on the market, we have<br>258 12    rarely received comfort-related complaints.  Thus, it<br>258 13    is hard for us to fathom that the plug flanges and<br>258 14    shape are contributing to the comfort problems you<br>258 15    report for some soldiers."<br>258 16    Do you see that?<br>258 17    A.   Yes.<br>258 18    Q.   "To that end we have some ideas," and you<br>258 19    have a list provided, correct?<br>258 20    A.   Yes.<br>258 21    Q.   No. 1:  "We think the principal reason for | | | |

| | | |
|---|---|---|
| 258 22 | discomfort is the plastic insert in the earplug stem. | |
| 258 23 | The problem is exacerbated since we had to shorten the | |
| 258 24 | stem to fit in the earplug case.  This causes the | |
| 259 1 | insert to fit closer to the flanges themselves. | |
| 259 2 | However, this issue requires further examination." | |
| 259 3 | Do you see that? | |
| 259 4 | A.   Yes. | |
| 259 5 | Q.   Okay.  When you talk about the insert | |
| 259 6 | there, you are talking about the white plastic adapter | |
| 259 7 | that we've looked at before that connects the two | |
| 259 8 | sides of the Combat Arms, right? | |
| 259 9 | A.   Yes. | |
| 259 10 | Q.   And as we saw in the drawings that we | |
| 259 11 | looked at before, this resulted in, if we can go back | |
| 259 12 | quickly to Slide 88, this resulted in that adapter | |
| 259 13 | fitting much deeper to the flanges, right, like we | |
| 259 14 | talked about? | |
| 259 15 | A.   It fitted further into the plug, yes. | |
| 259 16 | Q.   Right.  And that's what you describe in | |
| 259 17 | this see-you-at-the-beach e-mail to Doug Ohlin in | |
| 259 18 | November of 2004, correct? | |
| 259 19 | A.   Yes. | |

| 259:20 - 259:24   Berger, Elliott - 09-25-2020 | Re: [259:20-260:4] | Re: [259:20- |
|---|---|---|
| 259 20   Q.   Now, were you thinking back to what Dancer | Def Objection - Misstates | 260:4] |
| 259 21   and Hamery had told back in '97, that if the adapter | (611, 403) | Def Objection - |
| 259 22   is bigger than 4.2 millimeters that holds the filter | | Scope |
| 259 23   that goes in the ear, that that might not be suitable | | **OVERRULED** |
| 259 24   for most ears due to fitting problems? | | |

| 260:4 - 260:23   Berger, Elliott - 09-25-2020 | Re: [259:20-260:4] | Re: [259:20- |
|---|---|---|
| 260 4    A.   I don't recall. | Def Objection - Misstates | 260:4] |
| 260 5    BY MR. OVERHOLTZ: | (611, 403) | Def Objection - |
| 260 6    Q.   And if we look at what you said next, you | | Scope |
| 260 7    even bring up another point that was in that e-mail, | | **OVERRULED** |
| 260 8    you say: | | |
| 260 9    "If the filter were smaller in diameter, | | |
| 260 10    we could make the diameter of the plastic insert | | |
| 260 11    smaller as well.  However, Armand," talking about | | |
| 260 12    Armand Dancer, right, "says that it is not possible to | | |
| 260 13    reduce the filter's diameter.  An alternative might be | | |

| | | | | |
|---|---|---|---|---|
| 260 14    to have the filter be an integral part of the hard<br>260 15    plastic insert.  This would save some plastic and<br>260 16    reduce dimensions since it wouldn't require inserting<br>260 17    the filter in a plastic tube of even larger diameter."<br>260 18    Right?<br>260 19    A.   Yes.<br>260 20    Q.   So, this was the same thing that had been<br>260 21    discussed between you and Armand Dancer back in<br>1997<br>260 22    as a solution for the wide adapter, correct?<br>260 23    A.   Yes. | | | | |
| **260:24 - 261:6   Berger, Elliott - 09-25-2020**<br>260 24    Q.   Now, you don't say in this e-mail anything<br>261 1    about the fact that we've used these same tips on<br>261 2    other plugs, like the UltraFit Plus, and got good<br>261 3    attenuation values, but when we tested the same tip on<br>261 4    the green end of the plug using that hard wide<br>261 5    adapter, we got an 11 NRR in December of 1999 just<br>261 6    five months later, right? | | | | |
| **261:10 - 261:19   Berger, Elliott - 09-25-2020**<br>261 10    Q.   Yes.  You didn't say that to Mr. Ohlin,<br>261 11    right?<br>261 12    A.   It's not in that e-mail, no.<br>261 13    Q.   You also say:  "It might be possible to<br>261 14    lengthen the stem on the plug and insert the filter<br>261 15    ahead of the insert, like it is in the Euro version,<br>261 16    and then not have to have the plastic insert fitted so<br>261 17    deeply."<br>261 18    Right?<br>261 19    A.   Yes. | | | | |
| **261:20 - 262:20   Berger, Elliott - 09-25-2020**<br>261 20    Q.   So at least by November of 2004, the same<br>261 21    issues with respect to the plastic insert when fitted<br>261 22    deeply causing problems with the suitability of the<br>261 23    plug and achieving fit, you're discussing in this<br>261 24    e-mail, is that right?<br>262 1    MS. ELIZABETH:  Objection; form.<br>262 2    BY THE WITNESS:<br>262 3    A.   I am discussing them in that e-mail and | **Re: [261:20-262:20]**<br>Plt Objection - Improper<br>counter designation;<br>nonresponsive | **Re: [261:20-<br>262:20]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64, non-<br>responsive<br>**OVERRULLED** | **Re: [261:20-262:20]**<br>conjecture; speculation; FRE<br>402/403; 802; improper opinion<br>602/701/702. Plaintiffs MIL # 1,<br>2, 15, 16, 17, 18 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 262 4   whether there would be the feasibility to look into --<br>262 5   excuse me -- whether there would be the feasibility to<br>262 6   look into them and make any changes, which is<br>262 7   something we did look into in subsequent years at the<br>262 8   military's request when we made Versions 3 and 4,<br>262 9   which by the way did not implement those features.<br>262 10   Version 4 has the same diameter filter, they have<br>262 11   long, hard plastic inserts, not flexible inserts, they<br>262 12   have filters that are part of the adapter and not<br>262 13   ahead of the adapter.<br>262 14   So as we looked into those features, they<br>262 15   found -- we found that they were not feasible to<br>262 16   implement.  The biggest change moving forward in<br>262 17   Versions 3 and 4 was a multiple-sized product which<br>262 18   was something that the military specifically did not<br>262 19   want at the time of the introduction of the Combat<br>262 20   Arms 2. | | | | |
| **263:2 - 263:4   Berger, Elliott - 09-25-2020**<br>263 2   So the Version 4 and the Version 3 had<br>263 3   multiple sizes, right?<br>263 4   A.   Yes. | | | | |
| **264:13 - 264:16   Berger, Elliott - 09-25-2020**<br>264 13   Q.   Did -- did you tell Doug Ohlin in this<br>264 14   e-mail that the French were also concerned about the<br>264 15   diameter of this adapter and how it might affect the<br>264 16   performance of the plug? | | | | |
| **264:19 - 264:19   Berger, Elliott - 09-25-2020**<br>264 19   A.   That is not contained in this e-mail. | | | | |
| **265:6 - 265:11   Berger, Elliott - 09-25-2020**<br>265 6   Q.   Okay.  When you have a -- a hard, wide<br>265 7   adapter that's fitting in someone's ear canal, if<br>265 8   there are forces that are pushing or pulling the<br>265 9   earplug out of the ear, can having a hard plastic<br>265 10   piece make it easier for that plug to become dislodged<br>265 11   or loosened? | Re: [265:6-266:16]<br>Plt Objection - Improper<br>counter designation;<br>nonresponsive | Re: [265:6-<br>265:11]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64, non-<br>responsive<br>**SUSTAINED** | Re: [265:6-266:16]<br>conjecture; speculation; FRE<br>402/403; 802; improper opinion<br>602/701/702. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **265:21 - 266:14   Berger, Elliott - 09-25-2020**<br>265 21    A.   You describe it as a hard, wide adapter.<br>265 22    It was a hard adapter.  It was an adapter that fitted<br>265 23    into the stem of that earplug.  If the adapter was<br>265 24    sufficiently large in a smaller ear, it could have<br>266 1    some effect.<br>266 2    I also remind you that with the<br>266 3    three-flange earplug, it does not get inserted into<br>266 4    the same depth in everybody's earplug.  That's<br>266 5    something we knew when you have a one-sized plug,<br>266 6    that's something we knew since the time of the<br>266 7    UltraFit.<br>266 8    So it could well be that in a smaller ear<br>266 9    canal you only are inserting it up to the leading edge<br>266 10    of the third flange which is about the point at which<br>266 11    that stem is inside the earplug.<br>266 12    In a larger ear canal where it is inserted<br>266 13    further, there is, of course, more diameter available<br>266 14    for the stem of that plug to be urged into the canal. | **Re: [265:6-266:16]**<br>Plt Objection - Improper<br>counter designation;<br>nonresponsive | Re: [265:21-<br>266:14]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64, non-<br>responsive<br>**SUSTAINED** | **Re: [265:6-266:16]**<br>conjecture; speculation; FRE<br>402/403; 802; improper opinion<br>602/701/702. | **SUSTAINED** |
| **266:18 - 266:23   Berger, Elliott - 09-25-2020**<br>266 18    Q.   You agree that if there is a hard material<br>266 19    in the ear canal, if there are forces that are pushing<br>266 20    or pulling the plug that contains the hard material,<br>266 21    the fact that that material is hard and not more<br>266 22    flexible, that can have an effect on the ability of<br>266 23    that plug to become dislodged, right? | **Re: [266:18-267:4]**<br>Def Objection - Scope | Re: [266:18-<br>267:4]<br>Def Objection -<br>Scope<br>**OVERRULED** | | |
| **267:2 - 267:4   Berger, Elliott - 09-25-2020**<br>267 2    A.   Depending on the size of that material, it<br>267 3    could have some effect on the sit of the plug and<br>267 4    potentially its stability. | **Re: [266:18-267:4]**<br>Def Objection - Scope | Re: [266:18-<br>267:4]<br>Def Objection -<br>Scope<br>**OVERRULED** | | |
| **267:8 - 267:10   Berger, Elliott - 09-25-2020**<br>267 8    Q.   Mr. Berger, you have been involved in the<br>267 9    issues related to earplug design, testing, labeling<br>267 10    for your entire career, correct? | | | | |
| **267:13 - 268:10   Berger, Elliott - 09-25-2020**<br>267 13    A.   My career has been involved always with | | | | |

| | | | | |
|---|---|---|---|---|
| 267 14 | earplug design and testing among other things. | | | |
| 267 15 | BY MR. OVERHOLTZ: | | | |
| 267 16 | Q.   And you've even provide -- you've even | | | |
| 267 17 | provided commentary to the EPA regarding the noise | | | |
| 267 18 | labeling requirements for hearing protectors, right? | | | |
| 267 19 | A.   Yes. | | | |
| 267 20 | Q.   Okay.  We can go to Slide 96.  This is | | | |
| 267 21 | EB-2015. | | | |
| 267 22 | (WHEREUPON, a certain document was | | | |
| 267 23 | marked Elliott Berger Deposition | | | |
| 267 24 | Exhibit No. 24, for identification, | | | |
| 268 1 | as of 09/25/2020.) | | | |
| 268 2 | BY MR. OVERHOLTZ: | | | |
| 268 3 | Q.   This is a 1997 report from the EPA, and it | | | |
| 268 4 | is a big document, so let me know when you get it | | | |
| 268 5 | downloaded, but just for the record, I'm identifying | | | |
| 268 6 | it as a US EPA agency report entitled:  "Noise. | | | |
| 268 7 | Regulatory Analysis Supporting the Noise Labeling | | | |
| 268 8 | Requirements For Hearing Protectors." | | | |
| 268 9 | MS. ELIZABETH:  Is it Exhibit 23? | | | |
| 268 10 | MR. OVERHOLTZ:  I think it will be Exhibit 24. | | | |
| **269:21 - 270:2**   Berger, Elliott - 09-25-2020 | | | | |
| 269 21 | Q.   All right.  So I'm going to ask you a | | | |
| 269 22 | couple of just questions to identify this document for | | | |
| 269 23 | us, Mr. Berger. | | | |
| 269 24 | Do you see the first page here on the | | | |
| 270 1 | screen.  Do you recognize this document? | | | |
| 270 2 | A.   Yes.  It's a document from our files. | | | |
| **270:8 - 270:13**   Berger, Elliott - 09-25-2020 | | | | |
| 270 8 | Q.   If we go to Page 2, the next page, we see | | | |
| 270 9 | that the -- the title of the document, which is the | | | |
| 270 10 | "EPA Regulatory Analysis of This Noise Labeling | | | |
| 270 11 | Requirements For Hearing Protectors." | | | |
| 270 12 | Do you see that? | | | |
| 270 13 | A.   Yes. | | | |
| **271:21 - 272:7**   Berger, Elliott - 09-25-2020 | | | Re: [272:3-272:7] Counsel is testifying | **OVERRULED** |
| 271 21 | Q.   Okay.  And I'm sure that's been quite a | | | |
| 271 22 | whiles back, but that was not uncommon for you to | | | |
| 271 23 | attend a public meeting of the EPA regarding hearing | | | |

| | | | | |
|---|---|---|---|---|
| 271 24   protecting labeling requirements, correct?<br>272 1    A.   I tried to be involved and aware of that<br>272 2   process.<br>272 3    Q.   Okay.  And, in fact, you provided<br>272 4   comments.  If we go to Page 182, there is a comments<br>272 5   and at the very bottom left there is a -52 L, Elliott<br>272 6   Berger Acoustical Engineer, E-A-R Corporation, and<br>272 7   some comments start at No. 1 there. | | | | |
| **282:8 - 282:21   Berger, Elliott - 09-25-2020**<br>282 8    Q.   All right.  Before we get going, I want to<br>282 9   make sure that we attach -- do a little housekeeping.<br>282 10   The binder that -- of documents that you<br>282 11   reviewed, Mr. Berger, I want to attach that binder as<br>282 12   Exhibit 25 to this deposition.  All right?<br>282 13   (WHEREUPON, a certain document was<br>282 14   marked Elliott Berger Deposition<br>282 15   Exhibit No. 25, for identification,<br>282 16   as of 09/25/2020.)<br>282 17   BY MR. PIRTLE:<br>282 18    Q.  Mr. Berger, are these the documents that<br>282 19   you reviewed in preparation for your 30(b)(6)<br>282 20   deposition?<br>282 21    A.   Yes. | | | | |
| **283:20 - 284:9   Berger, Elliott - 09-25-2020**<br>283 20    Q.   Okay.  And then that will be Exhibit 26.<br>283 21   (WHEREUPON, a certain document was<br>283 22   marked Elliott Berger Deposition<br>283 23   Exhibit No. 26, for identification,<br>283 24   as of 09/25/2020.)<br>284 1   BY MR. PIRTLE:<br>284 2    Q.   And then Exhibit 27, I understand that you<br>284 3   have promised data from a Bob Zielinski.<br>284 4   Do you remember talking to Mr. Overholtz<br>284 5   about that?<br>284 6    A.   Yes.<br>284 7    Q.   So then we will make that exhibit<br>284 8   Exhibit 27, all right?<br>284 9    A.   Okay. | | | | |

**284:15 - 284:24   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 284 15     Q.  I want to talk to you about package<br>284 16     inserts or inserts that were with the earplugs and I<br>284 17     want to start out by saying, I've looked at some of<br>284 18     your documents and I see you did investigate when the<br>284 19     Combat Arms Version 2 earplug was sold, didn't you?<br>284 20     A.   Yes.<br>284 21     Q.   And that's beginning in 1999, according to<br>284 22     your document that you produced, correct?<br>284 23     A.   According to corporate documents, the<br>284 24     first products went out in 1999. | | | |

**285:1 - 285:15   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 285 1     Q.   And those sales of -- of Combat Arms<br>285 2     Version 2 consist -- continued all of the way to<br>285 3     through 2015?<br>285 4     A.   Correct.<br>285 5     Q.   All right.  Now, in terms of -- of the<br>285 6     warnings or the inserts, I have looked at what you<br>285 7     have produced starting with a document which I've<br>285 8     titled as C1.  It is being used in the Myers<br>285 9     deposition as Exhibit 34.  It looks like it has an<br>285 10     insert attached to it.  I'll pull it up as Exhibit 28.<br>285 11     This is Control No. C1.<br>285 12     (WHEREUPON, a certain document was<br>285 13     marked Elliott Berger Deposition<br>285 14     Exhibit No. 28, for identification,<br>285 15     as of 09/25/2020.) | | | |

**286:20 - 286:24   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 286 20     Q.   Okay.  This document appears to be written<br>286 21     in 2005, late 2005, right?  Right up on the top, we'll<br>286 22     highlight it if need be.  This is December the 13th of<br>286 23     2005, right?<br>286 24     A.   Yes. | | | |

**287:21 - 288:3   Berger, Elliott - 09-25-2020**

| | | | |
|---|---|---|---|
| 287 21     Q.   Okay.<br>287 22     A.   All I can tell you is that we -- is that<br>287 23     my investigations have confirmed that our<br>287 24     understanding was that the military was not requesting<br>288 1     that, they were interested in our input but they were | Re: [287:21-288:3]<br>Plt Objection -<br>nonresponsive | Re: [287:21-288:3]<br>Plt Objection -<br>non-responsive<br>**SUSTAINED** | Re: [287:21-288:3]<br>Improper counter designation;<br>conjecture; speculation; FRE<br>402/403; 802; improper opinion<br>602/701/702. Plaintiffs MIL 1,<br>2, 15, 16, 17, 21. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 288 2   creating their own instructions, such as the wallet<br>288 3   card and their instructions to their troops. | | | | |
| **288:4 - 288:13   Berger, Elliott - 09-25-2020**<br>288 4   Q.   Mr. Berger, if I understand you correctly,<br>288 5   the answer to my question is:  3M provided no<br>288 6   instructions in 1999 in written form to soldiers<br>288 7   getting this earplug, correct?<br>288 8   A.   Correct, we did not provide written<br>288 9   instructions to the military in 1999.<br>288 10   Q.   All right.  The same is true of the year<br>288 11   2000, correct, that 3M provided no written<br>288 12   instructions to anyone getting this earplug in 2000,<br>288 13   correct? | **Re: [288:4-288:17]**<br>Def Objection - Scope | Re: [288:4-<br>288:17]<br>Def Objection -<br>Scope<br>**OVERRULED** | | |
| **288:16 - 288:17   Berger, Elliott - 09-25-2020**<br>288 16   A.   We didn't provide instructions to the<br>288 17   US military. | **Re: [288:4-288:17]**<br>Def Objection - Scope | Re: [288:4-<br>288:17]<br>Def Objection -<br>Scope<br>**OVERRULED** | | |
| **289:9 - 289:12   Berger, Elliott - 09-25-2020**<br>289 9   Q.   What I'm trying to get to is what did 3M<br>289 10   do?  You may have an answer for why 3M didn't do it,<br>289 11   but for those years there were no written inserts<br>289 12   provided, fair? | **Re: [289:9-289:19]**<br>Def Objection - Scope | Re: [289:9-<br>289:19]<br>Def Objection -<br>Scope<br>**OVERRULED** | | |
| **289:17 - 289:19   Berger, Elliott - 09-25-2020**<br>289 17   A.   I believe I did.  For those years we did<br>289 18   not provide written inserts because we were guided not<br>289 19   to do that and they were not requested. | **Re: [289:9-289:19]**<br>Def Objection - Scope | Re: [289:9-<br>289:19]<br>Def Objection -<br>Scope<br>**OVERRULED** | | |
| **290:1 - 290:7   Berger, Elliott - 09-25-2020**<br>290 1   Q.   I said in 2005, late 2005, 3M did develop<br>290 2   an insert for a blister pack that contained the Combat<br>290 3   Arms Version 2 earplugs, correct?<br>290 4   A.   Yes.<br>290 5   Q.   And that was -- that insert was provided<br>290 6   by 3M in blister packs from late 2005 forward,<br>290 7   correct? | | | **Re: [290:5-290:12]**<br>MIL 21, Baker MIL 1 | **OVERRULED** |
| **290:10 - 290:18   Berger, Elliott - 09-25-2020**<br>290 10   A.   It was provided beginning in 2005 and, as | | | **Re: [290:5-290:12]**<br>MIL 21, Baker MIL 1 | **OVERRULED** |

| Transcript | | | Objection | Ruling |
|---|---|---|---|---|
| 290 11  you say, forward, I'm not sure what the end date would<br>290 12  be on that, but it was created in 2005.<br>290 13  BY MR. PIRTLE:<br>290 14  Q.  Yes.  What --<br>290 15  A.  Actually, it looks like this would be the<br>290 16  end of 2005, so it might not have appeared until 2006.<br>290 17  Q.  And that insert was directed towards the<br>290 18  soldiers, was it not? | | | | |
| **291:2 - 291:14   Berger, Elliott - 09-25-2020**<br>291 2  A.  This was not directed towards bulk sales<br>291 3  for the US military.  It was for individual packaging<br>291 4  that could have been sold on or near military bases<br>291 5  that soldiers might have personally acquired, but it<br>291 6  was not intended for the sales for the primary<br>291 7  distribution that the US military was providing to<br>291 8  their soldiers.<br>291 9  BY MR. PIRTLE:<br>291 10  Q.  I'm going to get to the bulk sales in just<br>291 11  a second, but what I want to -- what I -- what I had<br>291 12  asked you was, this insert that 3M developed in late<br>291 13  2005 for the blister pack was directed towards the<br>291 14  soldiers, correct? | | | Re: [291:10-291:20]<br>Outside scope pf 30(b) (6) | **OVERRULED** |
| **291:18 - 291:20   Berger, Elliott - 09-25-2020**<br>291 18  A.  It was directed to individual users who<br>291 19  would have been purchasing that package.  Among them<br>291 20  could have been soldiers. | | | Re: [291:10-291:20]<br>Outside scope pf 30(b) (6) | **OVERRULED** |
| **292:5 - 292:20   Berger, Elliott - 09-25-2020**<br>292 5  Q.  All right.  Since this -- this -- part of<br>292 6  this document was unreadable, pull up Exhibit 118<br>292 7  which I'm going to mark as Exhibit 29, I think now.<br>292 8  Control No. 118.<br>292 9  (WHEREUPON, a certain document was<br>292 10  marked Elliott Berger Deposition<br>292 11  Exhibit No. 29, for identification,<br>292 12  as of 09/25/2020.)<br>292 13  BY MR. PIRTLE:<br>292 14  Q.  Second page.<br>292 15  The reason why I asked you, Mr. Berger,<br>292 16  was it directed towards the soldier, right up at the | | | Re: [292:5-293:5]<br>602 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 292 17  left-hand side, that looks like a soldier standing<br>292 18  there next to Combat Arms Earplugs.<br>292 19  That's a silhouette of a soldier, isn't<br>292 20  it? | | | |
| **292:24 - 293:5   Berger, Elliott - 09-25-2020**<br>292 24  A.   It would appear to be a silhouette of a<br>293 1  soldier.<br>293 2  BY MR. PIRTLE:<br>293 3  Q.   And it says right up at the top, it says:<br>293 4  "Reading This Could Save Your Life."<br>293 5  That's a statement to a soldier, correct? | | | **Re: [292:5-293:5]**<br>602 | **OVERRULED** |
| **294:7 - 294:23   Berger, Elliott - 09-25-2020**<br>294 7  A.   This document would appear to be primarily<br>294 8  directed towards soldiers.<br>294 9  BY MR. PIRTLE:<br>294 10  Q.   All right.  And this is a document that<br>294 11  was created by 3M, at that time Aearo, correct?<br>294 12  A.   Yes, this is still pre 2008, which the<br>294 13  prior memo was, I'm not sure, let me download that,<br>294 14  but if it is pre 2008 it would be Aearo, if it is<br>294 15  subsequent to that, it would be 3M.<br>294 16  Q.   This is the attachment to the<br>294 17  December 2005 document that you produced to me that<br>294 18  you confirmed was in your binder.<br>294 19  A.   Okay.  So this is a readable version.<br>294 20  Q.   Yes.<br>294 21  A.   Is this Exhibit 29?<br>294 22  Q.   And it was created by Aearo, correct?<br>294 23  A.   Yes. | **Re: [294:7-294:8]**<br>Def Objection - 602<br>**Re: [294:7-294:15]**<br>Def Objection - Scope | **Re: [294:3-<br>294:8]**<br>Def Objection -<br>3M MIL No. 21<br>**OVERRULED**<br>**Re: [294:3-<br>294:15]**<br>Def Objection -<br>3M MIL No. 21<br>**OVERRULED** | | |
| **298:10 - 298:18   Berger, Elliott - 09-25-2020**<br>298 10  Q.   Now, did -- were you involved in placing<br>298 11  warnings on Combat Arms Version 2 product while you<br>298 12  were at Aearo and 3M personally?<br>298 13  A.   I was one of the people involved in<br>298 14  creating instruction sets and guidance on packaging.<br>298 15  Q.   Do you call these inserts or instructions?<br>298 16  What do you call them, Mr. Berger?<br>298 17  A.   I would call this instructions, labeling<br>298 18  and caution statements. | | | |

| | | | | |
|---|---|---|---|---|
| **299:3 - 299:15   Berger, Elliott - 09-25-2020** | | | | |
| 299 3    Q.   Let me show you what I'm going to mark as<br>299 4    Exhibit, I think we are at 31, which is my control<br>299 5    No. 33.<br>299 6    (WHEREUPON, a certain document was<br>299 7    marked Elliott Berger Deposition<br>299 8    Exhibit No. 31, for identification,<br>299 9    as of 09/25/2020.)<br>299 10   BY THE WITNESS:<br>299 11   A.   Excuse me.  There is one other caution on<br>299 12   that package, if you want to take a moment to look at<br>299 13   that, and that is also not something I created because<br>299 14   that is required EPA wording that accompanies the<br>299 15   example of how to use the NRR. | | | | |
| **300:20 - 300:23   Berger, Elliott - 09-25-2020** | | | **Re: [300:20-300:24]**<br>401-403 | **OVERRULED** |
| 300 20   Q.   Sure, I'm asking Mr. Berger was he<br>300 21   involved in any of the warnings that were placed on<br>300 22   the 3M double-ended Combat Arms, this is CAE<br>Version 2<br>300 23    for the UK? | | | | |
| **301:2 - 301:14   Berger, Elliott - 09-25-2020** | | | **Re: [301:2-301:5]**<br>401-403 | **OVERRULED** |
| 301 2    A.   I don't recall.  I did have communications<br>301 3    with the person responsible for these.  I don't recall<br>301 4    if we discussed warnings or if he showed me any<br>301 5    warnings or cautions for those documents.<br>301 6    BY MR. PIRTLE:<br>301 7    Q.   Who was the person, Mohammed Saleem?<br>301 8    A.   Yes.<br>301 9    Q.   You did have correspondence with him,<br>301 10   didn't you?<br>301 11   A.   As I said, I did, and I know I provided<br>301 12   him some information, but I don't recall if we<br>301 13   discussed cautions or warnings or if I had an<br>301 14   opportunity to review their final documents. | | | | |
| **301:15 - 301:21   Berger, Elliott - 09-25-2020** | | | | |
| 301 15   Q.   Mohammed Saleem was your corollary in the<br>301 16   UK, wasn't he?<br>301 17   MS. ELIZABETH:  Objection; form, foundation.<br>301 18   BY THE WITNESS: | | | | |

| | | | | |
|---|---|---|---|---|
| 301 19    A.  No.<br>301 20    BY MR. PIRTLE:<br>301 21    Q.  Fair enough. | | | | |
| **303:15 - 303:17   Berger, Elliott - 09-25-2020**<br>303 15    Q.  Were you involved in these -- the<br>303 16    decisions or the technical work behind these warnings<br>303 17    for the EU version of the Combat Arms Version 2? | | | **Re: [303:15-304:18]**<br>Asked and answered, 401-403 | **OVERRULED** |
| **303:20 - 304:16   Berger, Elliott - 09-25-2020**<br>303 20    A.  I don't recall being involved with<br>303 21    creating this page.<br>303 22    BY MR. PIRTLE:<br>303 23    Q.  If you look down into the text of the<br>303 24    warning, it says:<br>304 1    "With the yellow colored ear tip in the<br>304 2    ear, the product may not offer adequate protection in<br>304 3    all operating environments, which may lead to<br>304 4    noise-induced hearing loss."<br>304 5    Did I read that reasonably correct?<br>304 6    A.  Yes.<br>304 7    Q.  "Although test data from the ISL<br>304 8    laboratory for peak noise reduction shows that the<br>304 9    product offers increasing protection against peak<br>304 10    impulse noise up to 190-dB, it is recommended that<br>304 11    this product should be restricted to a maximum<br>304 12    external level of 160-dB peak in order to ensure the<br>304 13    level effective to the ear remains below the peak<br>304 14    exposure value (of 140-dB(C)."<br>304 15    Did I read that correctly?<br>304 16    A.  Yes. | | | **Re: [303:15-304:18]**<br>Asked and answered, 401-403<br>**Re: [303:20-304:16]**<br>401-403 | **OVERRULED** |
| **306:16 - 306:21   Berger, Elliott - 09-25-2020**<br>306 16    MR. PIRTLE:  Control No. 117, please.  And I<br>306 17    believe this will be Exhibit 32.<br>306 18    (WHEREUPON, a certain document was<br>306 19    marked Elliott Berger Deposition<br>306 20    Exhibit No. 32, for identification,<br>306 21    as of 09/25/2020.) | | | **Re: [306:16-306:21]**<br>401-403 | **OVERRULED** |
| **307:5 - 307:23   Berger, Elliott - 09-25-2020**<br>307 5    This is from you, isn't it?<br>307 6    A.  Yes, this is an e-mail from me to Mohammed | | | **Re: [307:5-307:23]**<br>401-403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 307 7 | Saleem. | | | |
| 307 8 | Q.   You call him Sal, correct? | | | |
| 307 9 | A.   That's how he was called by people at 3M, | | | |
| 307 10 | yes. | | | |
| 307 11 | Q.   It is dated 11/18 of 2011, correct? | | | |
| 307 12 | A.   Yes. | | | |
| 307 13 | Q.   It looks like that Sal or Mohammed Saleem | | | |
| 307 14 | had shared some data with you, correct? | | | |
| 307 15 | A.   Yes. | | | |
| 307 16 | Q.   Let's go back to the document.  And do you | | | |
| 307 17 | say, "Sal, Thanx for sharing the data." | | | |
| 307 18 | In the third paragraph you say: "I think | | | |
| 307 19 | your 160 dBC peak value is reasonable re the 140-dB | | | |
| 307 20 | limit value for exposure to large numbers of | | | |
| 307 21 | impulses." | | | |
| 307 22 | Did I read that correct? | | | |
| 307 23 | A.   Yes. | | | |
| **308:13 - 309:5   Berger, Elliott - 09-25-2020** | | | **Re: [308:13-309:5]**<br>**401-403** | **OVERRULED** |
| 308 13 | Q.   All right.  And, in fact, you said that | | | |
| 308 14 | you have interviewed Ted Madison, didn't you? | | | |
| 308 15 | A.   Yes. | | | |
| 308 16 | Q.   Ted Madison was the -- a technical service | | | |
| 308 17 | specialist at 3M? | | | |
| 308 18 | A.   Yes.  Yes. | | | |
| 308 19 | Q.   Let me show you a document that's marked | | | |
| 308 20 | C-12, and it's going to be Exhibit 33.  Control | | | |
| 308 21 | No. C-12. | | | |
| 308 22 | (WHEREUPON, a certain document was | | | |
| 308 23 | marked Elliott Berger Deposition | | | |
| 308 24 | Exhibit No. 33, for identification, | | | |
| 309 1 | as of 09/25/2020.) | | | |
| 309 2 | BY MR. PIRTLE: | | | |
| 309 3 | Q.   This appears to be a group of e-mails. | | | |
| 309 4 | You are included on it in 2014.  I'm interested in | | | |
| 309 5 | Bates No. 141 which is the second page. | | | |
| **309:14 - 309:20   Berger, Elliott - 09-25-2020** | | | **Re: [309:14-311:15]**<br>**401-403** | **OVERRULED** |
| 309 14 | Q.   And in Mr. Madison's comments, he is | | | |
| 309 15 | writing:  "Also, we need to be very clear that CAEs | | | |
| 309 16 | will not reduce 19" -- "190 dB explosions to a safe | | | |

| | | | | |
|---|---|---|---|---|
| 309 17 | level of 140 dB or less." | | | |
| 309 18 | Do you see where I -- where the | | | |
| 309 19 | highlighting is started? | | | |
| 309 20 | A.   Yes. | | | |
| **310:20 - 310:24   Berger, Elliott - 09-25-2020** | | | **Re: [309:14-311:15]** | **OVERRULED** |
| 310 20 | Q.   My question is:  Is there a warning or a | | 401-403 | |
| 310 21 | caution or a statement in any insert that was provided | | | |
| 310 22 | to any US soldier between 1999 and 2015 that 3M did | | | |
| 310 23 | not recommend the use of this product with the yellow | | | |
| 310 24 | end above 160 dBP? | | | |
| **311:2 - 311:8   Berger, Elliott - 09-25-2020** | | | **Re: [309:14-311:15]** | **OVERRULED** |
| 311 2 | BY THE WITNESS: | | 401-403 | |
| 311 3 | A.   We did not provide inserts to the | | | |
| 311 4 | US military, so, no, there would not have been this | | | |
| 311 5 | claim since there was no insert. | | | |
| 311 6 | BY MR. PIRTLE: | | | |
| 311 7 | Q.   This -- this information was internal to | | | |
| 311 8 | 3M, was it not? | | | |
| **311:10 - 311:15   Berger, Elliott - 09-25-2020** | | | **Re: [309:14-311:15]** | **OVERRULED** |
| 311 10 | BY THE WITNESS: | | 401-403 | |
| 311 11 | A.   This is an internal e-mail.  I need to | | | |
| 311 12 | take a look at -- okay.  Larry Dick is a salesperson, | | | |
| 311 13 | and if you go back to the beginning of the e-mail, | | | |
| 311 14 | this whole topic arises, and let me just go back there | | | |
| 311 15 | and look for a moment. | | | |
| **316:4 - 316:7   Berger, Elliott - 09-25-2020** | | | **Re: [316:4-316:12]** | **OVERRULED** |
| 316 4 | Q.   You know what an AR-15 is, don't you? | | 602, Relevance | |
| 316 5 | A.   Yes. | | | |
| 316 6 | Q.   Most soldiers in the United States Army | | | |
| 316 7 | are issued AR-15s, aren't they? | | | |
| **316:11 - 316:15   Berger, Elliott - 09-25-2020** | | | **Re: [316:4-316:12]** | **OVERRULED** |
| 316 11 | A.   I believe that is a commonly used weapon | | 602, Relevance | |
| 316 12 | in the US military. | | | |
| 316 13 | BY MR. PIRTLE: | | | |
| 316 14 | Q.   You have personally done testing on AR-15s | | | |
| 316 15 | to see how loud they are, haven't you? | | | |

| | | | | |
|---|---|---|---|---|
| **316:19 - 316:19   Berger, Elliott - 09-25-2020** | | | **Re: [316:19-316:19]** | **OVERRULED** |
| 316 19     A.   Yes, I have. | | | Relevance, 602, Outside scope of 30(b)(6) | |

| | | | | |
|---|---|---|---|---|
| **317:3 - 317:8   Berger, Elliott - 09-25-2020** | | | | |
| 317 3     Q.   Pull up Exhibit Control No. 36.  I believe | | | | |
| 317 4     the exhibit number is going to be now 34. | | | | |
| 317 5     (WHEREUPON, a certain document was | | | | |
| 317 6     marked Elliott Berger Deposition | | | | |
| 317 7     Exhibit No. 34, for identification, | | | | |
| 317 8     as of 09/25/2020.) | | | | |

| | | | | |
|---|---|---|---|---|
| **317:23 - 318:10   Berger, Elliott - 09-25-2020** | | | | |
| 317 23     Q.   You are the author of this paper, aren't | | | | |
| 317 24     you, or one of them, correct? | | | | |
| 318 1     A.   Yes. | | | | |
| 318 2     Q.   "Spectral analysis of hearing protector | | | | |
| 318 3     impulsive insertion loss," and the second author is | | | | |
| 318 4     Elliott Berger, correct? | | | | |
| 318 5     A.   Yes. | | | | |
| 318 6     Q.   And what happened is you and some other of | | | | |
| 318 7     these people went out to Jeff Hamer's farm and did | | | | |
| 318 8     some testing on, among other things, an AR-15, didn't | | | | |
| 318 9     you? | | | | |
| 318 10     A.   Yeah. | | | | |

| | | | | |
|---|---|---|---|---|
| **318:14 - 319:13   Berger, Elliott - 09-25-2020** | | | | |
| 318 14     Q.   I'm sorry.  Can you answer, Mr. Berger?  I | | | | |
| 318 15     think you said yes? | | | | |
| 318 16     A.   Yes, we -- yes. | | | | |
| 318 17     Q.   On Page 10 of your article -- let's see if | | | | |
| 318 18     I've got a better one.  I'm sorry.  Why don't we just | | | | |
| 318 19     do Page 5.  It's better. | | | | |
| 318 20     Page 5, you and the other authors write: | | | | |
| 318 21     "For impulses generated with the AR-15 rifle, the | | | | |
| 318 22     impulse peak level was controlled by varying the | | | | |
| 318 23     distance from the rifle's muzzle to the location of | | | | |
| 318 24     the ATF and free-field microphone.  The ISL ATF | | | | |
| 319 1     described above measured the in-ear waveforms," and | | | | |
| 319 2     the -- and it goes on. | | | | |
| 319 3     You said:  "To capture impulses with an | | | | |
| 319 4     nominal peak level of 168 dB, the ATF and free-field | | | | |

| | | | | |
|---|---|---|---|---|
| 319 5  microphone were positioned approximately 1.8 meters to<br>319 6  the side and slightly behind the AR-15's muzzle."<br>319 7  Did I read that correctly?<br>319 8  A.  Yes.<br>319 9  Q.  So when you position a microphone 1.8<br>319 10  meters to the side and slightly behind an AR-15<br>319 11  muzzle, the sound level that was captured was 168-dB<br>319 12  peak, correct?<br>319 13  A.  Yes. | | | | |
| **319:16 - 319:18   Berger, Elliott - 09-25-2020**<br>319 16  Q.  And this is just math, 168 is louder than<br>319 17  160-dB peak, correct?<br>319 18  A.  Yes. | | | | |
| **320:2 - 320:5   Berger, Elliott - 09-25-2020**<br>320 2  Q.  Is it reasonable to assume that a soldier<br>320 3  at a shooting range or in a combat situation is going<br>320 4  to be exposed to multiple bursts of AR-15 fire?<br>320 5  A.  Yes. | | | Re: [320:2-320:5]<br>602 | OVERRULED |
| **320:20 - 321:11   Berger, Elliott - 09-25-2020**<br>320 20  Q.  I want to drop and -- I want to talk about<br>320 21  something that is in some of these inserts, which is<br>320 22  this fitting tip.<br>320 23  You're familiar with where I'm talking<br>320 24  about?<br>321 1  A.  I believe I'm familiar with the fitting<br>321 2  tip, but let's make sure we are talking about the same<br>321 3  thing.<br>321 4  Q.  Yeah, the rolling back of the flanges,<br>321 5  right?  We are talking about the same thing?<br>321 6  A.  I'm -- yes.<br>321 7  Q.  Did you discover when that tip was taken<br>321 8  out of the -- the blister packs or the -- even the<br>321 9  range plug packs by 3M?<br>321 10  A.  That was removed from the packaging in<br>321 11  2012. | Re: [320:20-321:11]<br>Def Objection - 3M MIL<br>No. 21 | | | OVERRULED |
| **321:12 - 322:8   Berger, Elliott - 09-25-2020**<br>321 12  Q.  Why?<br>321 13  A.  In my conversations with Ted Madison who<br>321 14  was creating those instructions -- well, let me go | | | | |

| | | | | |
|---|---|---|---|---|
| 321 15    back.<br>321 16    Once we became part of 3M, the instruction<br>321 17    lead moved to technical service in St. Paul, and so by<br>321 18    around 2010, Ted Madison had taken that responsibility<br>321 19    and was assembling a set of instructions for all of<br>321 20    our passive insert earplugs.<br>321 21    And he was creating, based on his<br>321 22    experience, what he felt were a good set of adequate<br>321 23    and complete instructions for this range of products.<br>321 24    He was the one who drafted the instructions at that<br>322 1    time for the Combat Arms Earplug and put together what<br>322 2    he felt was a series of instructions and methods of<br>322 3    checking the fit.<br>322 4    He had not been familiar with the Combat<br>322 5    Arms existing instructions at that time or hadn't gone<br>322 6    back to look at them, so he was unaware of that<br>322 7    pullback instruction, so it did not get included at<br>322 8    that time. | | | | |
| **322:18 - 322:23   Berger, Elliott - 09-25-2020**<br>322 18    Q.   Well, it's called a tip. It came out in<br>322 19    2012, correct?<br>322 20    MS. ELIZABETH: Objection; form.<br>322 21    BY THE WITNESS:<br>322 22    A.   It no longer appears beginning in 2012.<br>322 23    BY MR. PIRTLE: | | | | |
| **322:24 - 323:3   Berger, Elliott - 09-25-2020**<br>322 24    Q.   And it --<br>323 1    A.   That had no effect on what was being<br>323 2    provided to the US military because we were not<br>323 3    providing instructions to the US military. | | | | |
| **323:4 - 323:9   Berger, Elliott - 09-25-2020**<br>323 4    Q.   I'm fine with that. I'm just trying to<br>323 5    get to the bottom of it. I've already established you<br>323 6    all didn't give the military anything.<br>323 7    What I want to know now is, this tip was<br>323 8    out in 2012 and stayed out through October of 2015,<br>323 9    correct? | **Re: [323:7-323:13]**<br>Def Objection - 3M MIL<br>No. 21 | | | **OVERRULED** |

| | | | |
|---|---|---|---|
| **323:12 - 323:13   Berger, Elliott - 09-25-2020** | **Re: [323:7-323:13]** | | **OVERRULED** |
| 323 12      A.   Correct.  The tip did not appear in 2012 | **Def Objection - 3M MIL** | | |
| 323 13      or thereafter. | **No. 21** | | |
| **325:19 - 326:2   Berger, Elliott - 09-25-2020** | | | |
| 325 19      Q.   Okay.  We were talking about you don't | | | |
| 325 20      recall whether or not Mr. Madison was shown the flange | | | |
| 325 21      report? | | | |
| 325 22      A.   Correct. | | | |
| 325 23      Q.   And you certainly didn't show him the | | | |
| 325 24      flange report, did you? | | | |
| 326 1      A.   I don't recall showing him the flange | | | |
| 326 2      report. | | | |
| **329:9 - 329:18   Berger, Elliott - 09-25-2020** | | | |
| 329 9      MR. PIRTLE:  Pull up Control No. 48.  Mark it as | | | |
| 329 10      Exhibit 34. | | | |
| 329 11      (WHEREUPON, a certain document was | | | |
| 329 12      marked Elliott Berger Deposition | | | |
| 329 13      Exhibit No. 35, for identification, | | | |
| 329 14      as of 09/25/2020.) | | | |
| 329 15      MR. PIRTLE:  This is a test report of Combat | | | |
| 329 16      Arms Earplugs in 2011 at ISL, and I'll leave it at | | | |
| 329 17      that, and then I'll make my statement.  This is | | | |
| 329 18      Exhibit 34. | | | |
| **334:1 - 334:11   Berger, Elliott - 09-25-2020** | | **Re: [334:1-334:11]** | **OVERRULED** |
| 334 1      So I want to shift and talk a little bit | | **Attorney testifying** | |
| 334 2      about Topic 5, which is again about packaging, | | | |
| 334 3      labeling for the Combat Arms earplugs, and I want to | | | |
| 334 4      walk through just on a very high level the timeline | | | |
| 334 5      for the packaging and the labeling, but I'm going to | | | |
| 334 6      specifically focus on the time period from roughly | | | |
| 334 7      1999 to 2004. | | | |
| 334 8      So the initial sales of the Combat Arms | | | |
| 334 9      Version 2 plugs were made before, and I'm talking the | | | |
| 334 10      1999-2000 time period, those were made before Aearo | | | |
| 334 11      had a noise reduction rating for the product? | | | |
| **335:8 - 335:10   Berger, Elliott - 09-25-2020** | | **Re: [335:8-335:19]** | **OVERRULED** |
| 335 8      Q.   So your answer to my question is:  Yes, | | **Asked, 403** | |
| 335 9      the Combat Arms Version 2 earplugs were sold before | | | |
| 335 10      there was a noise reduction rating? | | | |

| | | | | |
|---|---|---|---|---|
| **335:14 - 335:21   Berger, Elliott - 09-25-2020** | | | **Re: [335:8-335:19]** | **OVERRULED** |
| 335 14        A.   I guess the issue is whether you | | | Asked, 403 | |
| 335 15      considered it sold when there were limited quantities | | | **Re: [335:20-335:21]** | |
| 335 16      that the military procured for their evaluation | | | Relevance, 602, attorney | |
| 335 17      purposes.  But, yes, those would have gone out the | | | testifying | |
| 335 18      door before that time. | | | | |
| 335 19      BY MR. COOPER: | | | | |
| 335 20      Q.   And, in fact, you wrote an e-mail in | | | | |
| 335 21      November 20 -- in 1999 to that effect? | | | | |
| **343:8 - 343:11   Berger, Elliott - 09-25-2020** | | | **Re: [343:8-343:22]** | **OVERRULED** |
| 343 8      Wouldn't it have been safer to | | | Argumentative, Relevance, 403, | |
| 343 9      individually package and label the Combat Arms | | | 602, Outside scope of 30 (b) (6) | |
| 343 10      Version 2 earplugs that were going to the private | | | | |
| 343 11      distributors? | | | | |
| **343:16 - 343:22   Berger, Elliott - 09-25-2020** | | | **Re: [343:8-343:22]** | **OVERRULED** |
| 343 16      A.   I believe you said would it not have been | | | Argumentative, Relevance, 403, | |
| 343 17      safer to individually package and label products that | | | 602, Outside scope of 30 (b) (6) | |
| 343 18      were going to consumers outside the military? | | | | |
| 343 19      BY MR. COOPER: | | | | |
| 343 20      Q.   Correct. | | | | |
| 343 21      A.   Is that what you said? | | | | |
| 343 22      Q.   Yes. | | | | |
| **344:1 - 344:7   Berger, Elliott - 09-25-2020** | | | | |
| 344 1      A.   I -- I don't know that bulk package | | | | |
| 344 2      products went to consumers outside the military.  I | | | | |
| 344 3      know that the product we intended to go to consumers | | | | |
| 344 4      was packaged in accordance with EPA requirements and | | | | |
| 344 5      with our desire to have it in individual blister packs | | | | |
| 344 6      with -- and all of our labels and supplementary | | | | |
| 344 7      information. | | | | |
| **344:15 - 344:17   Berger, Elliott - 09-25-2020** | | | | |
| 344 15      Q.   Yes.  Was the bulk product, was that | | | | |
| 344 16      50 pairs of Combat Arms Version 2 Earplugs in a box, | | | | |
| 344 17      was that the sales unit? | | | | |
| **344:20 - 345:5   Berger, Elliott - 09-25-2020** | | | **Re: [344:23-345:5]** | **OVERRULED** |
| 344 20      A.   From reviewing other documents not related | | | 602 | |
| 344 21      to my responsibility, I do believe it was 50 pairs in | | | | |
| 344 22      a plastic bag in a cardboard box. | | | | |
| 344 23      BY MR. COOPER: | | | | |

| | | | | |
|---|---|---|---|---|
| 344 24   Q.   Was there any further individualized<br>345 1   packaging within the bag, the plastic bag?  So, let me<br>345 2   ask a better question.<br>345 3   Were there -- was it 100 earplugs in a<br>345 4   plastic bag or was it 50 unlabeled clear plastic<br>345 5   baggies tossed in a cardboard box? | | | | |
| **345:22 - 345:23   Berger, Elliott - 09-25-2020** | | | | |
| 345 22   A.   I don't know the answer to that.  It's not<br>345 23   something that I researched. | | | | |

# Kieper, Ronald 12-19-2019

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| **8:21 - 8:25** | **Kieper, Ronald 12-19-2019** | | | | |
| 8 21 | Q.   Good morning, Mr. Kieper.  Could you state | | | | |
| 8 22 | your full name for the record? | | | | |
| 8 23 | A.   Ronald William Kieper. | | | | |
| 8 24 | Q.   Great. | | | | |
| 8 25 | My name is Dave Buchanan.  . | | | | |
| **11:5 - 11:25** | **Kieper, Ronald 12-19-2019** | | | | |
| 11 5 | Q.   When did you start with Aearo? | | | | |
| 11 6 | A.   June of 1981. | | | | |
| 11 7 | Q.   And you stayed there until the date of | | | | |
| 11 8 | your retirement, is that right? | | | | |
| 11 9 | A.   Yes. | | | | |
| 11 10 | Q.   Okay.  And when did you retire, sir? | | | | |
| 11 11 | A.   June of 2016. | | | | |
| 11 12 | Q.   So 35 years? | | | | |
| 11 13 | A.   Yes. | | | | |
| 11 14 | Q.   Is that right? | | | | |
| 11 15 | A.   That's correct. | | | | |
| 11 16 | Q.   A full career with Aearo? | | | | |
| 11 17 | A.   Yes. | | | | |
| 11 18 | Q.   And there -- the company had a series of | | | | |
| 11 19 | transactions over the years.  It was at one point | | | | |
| 11 20 | Cabot, it was at one point Aearo, at a later point it | | | | |
| 11 21 | was 3M, but have you always gone to a location with a | | | | |
| 11 22 | sign over the door that said Aearo? | | | | |
| 11 23 | A.   It -- initially it was E-A-R, Division of | | | | |
| 11 24 | Cabot, and then, as you said, it transitioned through | | | | |
| 11 25 | several names, but I was always in the same building. | | | | |
| **12:9 - 12:12** | **Kieper, Ronald 12-19-2019** | | | | |
| 12 9 | Q.   During the entire time that you worked for | | | | |
| 12 10 | Aearo in the laboratory, was it called the E-A-RCAL | | | | |
| 12 11 | Laboratory? | | | | |
| 12 12 | A.   Yes. | | | | |

| | | | |
|---|---|---|---|
| **13:13 - 13:15   Kieper, Ronald 12-19-2019** | | | |
| 13 13    Q.   And what was your function when you moved | | | |
| 13 14    over there, sir? | | | |
| 13 15    A.   My title was Acoustic Technician. | | | |
| **13:20 - 13:24   Kieper, Ronald 12-19-2019** | **Re: [13:20-13:24]**<br>**Def Objection - Relevance**<br>**(401, 402)** | **Re: [13:20-13:24]**<br>**Def Objection - Relevance**<br>**(401, 402)**<br>**OVERRULED** | |
| 13 20    Q.   And please tell us, sir, kind of the | | | |
| 13 21    training process that you went through before you | | | |
| 13 22    moved into the lab? | | | |
| 13 23    A.   Before I moved into the lab, I had no | | | |
| 13 24    training. | | | |
| **14:9 - 14:13   Kieper, Ronald 12-19-2019** | | **Re: [14:4-14:13]**<br>401; 403 | **OVERRULED** |
| 14 9    Q.   Okay.  Certainly throughout your career, | | | |
| 14 10    sir, you've conducted a series of different I'll call | | | |
| 14 11    them acoustic or audiologic tests in that lab. | | | |
| 14 12    Would that be fair? | | | |
| 14 13    A.   Yes. | | | |
| **14:21 - 15:4   Kieper, Ronald 12-19-2019** | | **Re: [14:21-15:4]**<br>401; 403; 602 | **OVERRULED** |
| 14 21    Q.   Mr. Kieper, I'm passing you Exhibit 1 to | | | |
| 14 22    your deposition.  It's a copy of a PowerPoint from | | | |
| 14 23    2012, or a portion of a PowerPoint.  This being | | | |
| 14 24    e-mailed from Mr. Berger to a Jeff Hamer, and it | | | |
| says: | | | |
| 14 25    "Subject:  Updated capabilities file. | | | |
| 15 1    E-A-RCAL overview 2012 PowerPoint." | | | |
| 15 2    It is internally numbered P 221. | | | |
| 15 3    Do you see that first page, sir? | | | |
| 15 4    A.   Yes, I do. | | | |
| **16:9 - 17:2   Kieper, Ronald 12-19-2019** | | **Re: [16:9-17:2]**<br>401; 403 | **OVERRULED** |
| 16 9    Q.   Do you see the heading:  "Staff, | | | |
| 16 10    Indianapolis Acoustics"? | | | |
| 16 11    A.   Yes, I do. | | | |
| 16 12    Q.   Okay.  And there's pictures of four | | | |
| 16 13    individuals there? | | | |
| 16 14    A.   Yes. | | | |
| 16 15    Q.   Without the names in this version. | | | |
| 16 16    Top left, would that be Elliott Berger? | | | |
| 16 17    A.   Yes, that is Elliott. | | | |
| 16 18    Q.   Okay.  And he is the person who brought | | | |
| 16 19    you into the lab in 1988? | | | |

| | | | | |
|---|---|---|---|---|
| 16 20   A.   Yes.<br>16 21   Q.   Okay.  And you worked under him for your<br>16 22   entire time?<br>16 23   A.   Yes.<br>16 24   Q.   You retired before he retired, fair?<br>16 25   A.   That's correct.<br>17 1   Q.   Okay.  Bottom left, that would be you?<br>17 2   A.   Yes. | | | | |
| **17:7 - 17:12   Kieper, Ronald 12-19-2019**<br>17 7   Q.   "Acoustics" -- "Acoustics Technician, B.S.<br>17 8   Computer Technology," at that point "24 years in<br>17 9   E-A-RCAL," and "responsible for all label/NRR<br>tests,<br>17 10   expert in REAT, MIRE, and ATF tests."<br>17 11   Did I read that correctly?<br>17 12   A.   Yes, you did. | | | Re: [17:7-17:12]<br>401; 403 | **OVERRULED** |
| **17:13 - 17:15   Kieper, Ronald 12-19-2019**<br>17 13   Q.   And at what point in time did you complete<br>17 14   your B.S. in computer technology?<br>17 15   A.   It was in the 1990s. | Re: [17:13-18:14]<br>Plt Objection - Beyond the<br>scope of clarification counter | Re: [17:13-<br>18:14]<br>Plt Objection -<br>Beyond the<br>scope of<br>clarification<br>counter<br>**SUSTAINED** | | |
| **17:16 - 17:18   Kieper, Ronald 12-19-2019**<br>17 16   Q.   Okay.  So while you were working in the<br>17 17   lab you were kind of also pursuing your degree?<br>17 18   A.   That's correct. | Re: [17:13-18:14]<br>Plt Objection - Beyond the<br>scope of clarification counter | Re: [17:13-<br>18:14]<br>Plt Objection -<br>Beyond the<br>scope of<br>clarification<br>counter<br>**SUSTAINED** | | |
| **17:19 - 17:21   Kieper, Ronald 12-19-2019**<br>17 19   Q.   And where did you obtain your degree from,<br>17 20   sir?<br>17 21   A.   Purdue University. | Re: [17:13-18:14]<br>Plt Objection - Beyond the<br>scope of clarification counter | Re: [17:13-<br>18:14]<br>Plt Objection -<br>Beyond the<br>scope of<br>clarification | | |

| | | | | |
|---|---|---|---|---|
| | | | counter **SUSTAINED** | |
| **17:22 - 18:3**  **Kieper, Ronald 12-19-2019**<br>17 22   Q.   Okay.  And did you obtain any certificates<br>17 23   or other training, you know, formal training outside<br>17 24   of on-the-job training in audiology or acoustics?<br>17 25   A.   I -- right after I was hired, I took a<br>18 1   20-hour course given by Larry and Julie Royster on a<br>18 2   hearing conservation program, how to run a hearing<br>18 3   conservation program. | **Re: [17:13-18:14]**<br>Plt Objection - Beyond the<br>scope of clarification counter | **Re: [17:13-18:14]**<br>Plt Objection -<br>Beyond the<br>scope of<br>clarification<br>counter<br>**SUSTAINED** | |
| **18:4 - 18:14**  **Kieper, Ronald 12-19-2019**<br>18 4   Q.   Okay.  And what is a hearing conservation<br>18 5   program?<br>18 6   A.   In workplaces where the employees are<br>18 7   exposed to hazardous noise levels, the -- my<br>18 8   understanding is they -- they maybe legally have to<br>18 9   have a hearing conservation program which monitors --<br>18 10   well, it -- they give audiograms to the employees,<br>18 11   typically annually, they monitor and measure the noise<br>18 12   levels that the employees are exposed to, there is<br>18 13   education of the employees, and there may be one or<br>18 14   two other facets of the hearing conservation program. | **Re: [17:13-18:14]**<br>Plt Objection - Beyond the<br>scope of clarification counter | **Re: [17:13-18:14]**<br>Plt Objection -<br>Beyond the<br>scope of<br>clarification<br>counter<br>**SUSTAINED** | |
| **18:15 - 19:9**  **Kieper, Ronald 12-19-2019**<br>18 15   Q.   Thank you for that, sir.<br>18 16   And within Aearo, did you have<br>18 17   responsibility for managing or assisting in managing<br>18 18   the company's hearing conservation program?<br>18 19   A.   Yes, for the first several years I did the<br>18 20   entire hearing conservation program.  We were in one<br>18 21   building and then we expanded to a second building and<br>18 22   I continued doing the hearing conservation program<br>18 23   with those employees.  And then after a period of<br>18 24   time, the hearing conservation program went out of<br>18 25   house. | | | |

| | | | | |
|---|---|---|---|---|
| 19 1 | Q. It was overseen by somebody outside the | | | |
| 19 2 | firm? | | | |
| 19 3 | A. Correct. | | | |
| 19 4 | Q. Okay. And in your answer, sir, you were | | | |
| 19 5 | describing a little bit of the characteristics of a | | | |
| 19 6 | hearing conservation program. Would it be fair that | | | |
| 19 7 | one of them is assessing, if you will, the noise | | | |
| 19 8 | levels that people are exposed to in the workplace? | | | |
| 19 9 | A. That's correct. | | | |
| **19:19 - 19:23** | **Kieper, Ronald 12-19-2019** | | | |
| 19 19 | Do you have an understanding, sir, that | | | |
| 19 20 | the military has hearing conservation programs | | | |
| 19 21 | concerning its noises and the exposures that its | | | |
| 19 22 | service members and -- and other contractors and such | | | |
| 19 23 | are exposed to? | | | |
| **20:1 - 20:14** | **Kieper, Ronald 12-19-2019** | | | |
| 20 1 | A. Yes, I -- I know that the military has a | | | |
| 20 2 | hearing conservation program. | | | |
| 20 3 | BY MR. BUCHANAN: | | | |
| 20 4 | Q. And so one aspect of a hearing | | | |
| 20 5 | conservation program is assessing really the extent of | | | |
| 20 6 | exposure to loud noises, fair? | | | |
| 20 7 | A. Yes, that's -- that -- I would agree with | | | |
| 20 8 | that. | | | |
| 20 9 | Q. And the other aspect or other aspects | | | |
| 20 10 | include measures to reduce the extent of exposure to | | | |
| 20 11 | those lab noises, fair? | | | |
| 20 12 | A. Measures to... | | | |
| 20 13 | Yes, they -- you are tasked with reducing | | | |
| 20 14 | the noise levels as much as possible. | | | |
| **20:17 - 21:5** | **Kieper, Ronald 12-19-2019** | | | |
| 20 17 | There are several ways that you can | | | |
| 20 18 | attempt to reduce the extent of noise exposure, true? | | | |
| 20 19 | A. Yes, that's true. | | | |
| 20 20 | Q. You can try and reduce the extent of the | | | |
| 20 21 | noise at the source, right? | | | |
| 20 22 | A. Yes. | | | |

| | | | | |
|---|---|---|---|---|
| 20 23<br>20 24<br>20 25<br>21 1<br>21 2<br>21 3<br>21 4<br>21 5 | Q.   You can provide hearing protection devices<br>that will protect the ears from loud noises, true?<br>A.   If -- if your noise control efforts don't<br>reduce the noise levels sufficiently, then hearing<br>protection can be used, yes.<br>Q.   And hearing protection can be used to<br>reduce an individual's exposure to noise to what are<br>deemed safe levels, right? | | | |
| **21:8 - 21:17** | **Kieper, Ronald 12-19-2019** | | | |
| 21 8<br>21 9<br>21 10<br>21 11<br>21 12<br>21 13<br>21 14<br>21 15<br>21 16<br>21 17 | A.   Yes.<br>BY MR. BUCHANAN:<br>Q.   And other ways to try and prevent harm<br>from loud noises is to reduce not only noise at the<br>source and not only through the use of hearing<br>protection, the extent of noise that reaches a person,<br>but the length of time that somebody is exposed to<br>noise.<br>Would that be fair?<br>A.   Yes. | | | |
| **23:6 - 23:25** | **Kieper, Ronald 12-19-2019** | | Re: [23:6-23:25]<br>401; 403 | **OVERRULED** |
| 23 6<br>23 7<br>involvement<br>23 8<br>Lab,<br>23 9<br>23 10<br>23 11<br>23 12<br>23 13<br>all<br>23 14<br>23 15<br>23 16<br>23 17<br>23 18<br>23 19<br>23 20<br>23 21 | Q.   And we saw on the screen a few minutes ago<br>that, you know, you were familiar and had<br><br>for running all label/NRR tests for the E-A-RCAL<br><br>right?<br>A.   Yes, for many years I was.<br>Q.   Certainly as of the point of time of this<br>PowerPoint, a point in time you were still at the<br>company, or with Aearo, you were responsible for<br><br>label/NRR tests, right?<br>A.   Yes.<br>Q.   Okay.  So when we are talking about<br>hearing protection devices and I was talking about a<br>characteristic of them, one of the outputs of the test<br>that Aearo ran while you were at Aearo were tests that<br>would generate an NRR, correct?<br>A.   Yes, an NRR could be calculated. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 23 22<br>23 23<br>23 24<br>23 25 | Q.   And that's what it says on the screen here<br>in Exhibit 1 that you were responsible for all of the<br>label/NRR tests, right?<br>A.   Yes, that's what is right here. | | | | |
| **24:9 - 24:12**<br>24 9<br>24 10<br>24 11<br>24 12 | **Kieper, Ronald 12-19-2019**<br>Q.   Are you familiar, sir, that the EPA<br>specifies a label that is to accompany the sale of<br>hearing protection devices in this country?<br>A.   That -- that sounds right, yes. | Re: [24:9-24:12]<br>Def Objection - Relevance<br>(401, 402) | Re: [24:9-24:12]<br>Def Objection -<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |
| **24:21 - 25:6**<br>24 21<br>24 22<br>tests,<br>24 23<br>24 24<br>for<br>24 25<br>25 1<br>25 2<br>25 3<br>25 4<br>25 5<br>25 6 | **Kieper, Ronald 12-19-2019**<br>Q.   Okay.  But you do understand, though, that<br>the tests that you were running, so-called REAT<br><br>which we'll discuss in greater detail today, one of<br>the outputs of that, a finding of that was the NRR<br><br>the particular hearing protection device, right?<br>A.   Yes, an NRR could be the result of the --<br>the testing.<br>Q.   And while that's called out here in the<br>description of your responsibilities, really the first<br>one listed is responsible for all label/NRR tests,<br>right? | | | Re: [24:21-25:6]<br>701; 403; 401 | **OVERRULED** |
| **25:10 - 25:10**<br>25 10 | **Kieper, Ronald 12-19-2019**<br>A.   Yes, that's what it says here, right. | | | Re: [25:10-25:18]<br>403; 401 | **OVERRULED** |
| **25:19 - 25:21**<br>25 19<br>25 20<br>25 21 | **Kieper, Ronald 12-19-2019**<br>Q.   And that was a primary responsibility of<br>yours?<br>A.   It was one of several responsibilities. | | | Re: [25:19-25:21]<br>nonresponsive | **SUSTAINED** |
| **26:16 - 26:23**<br>26 16<br>26 17<br>loud<br>26 18<br>26 19<br>26 20<br>26 21<br>NRR | **Kieper, Ronald 12-19-2019**<br>Q.   Some hearing protection devices provide<br>more attenuation or more protection from sound --<br><br>noises than others, right?<br>A.   I think that's accurate, yes.<br>Q.   And that's really one of the things that<br>you were measuring when you were doing label and | Re: [26:20-26:23]<br>Def Objection - Vague (611,<br>403) | Re: [26:20-27:1]<br>Def Objection -<br>Vague (611,<br>403)<br>**OVERRULED** | Re: [26:16-26:19]<br>401; 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 26 22  tests is the extent of attenuation or protection that<br>26 23  the hearing protection device provided, right? | | | | |
| **27:1 - 27:1**  **Kieper, Ronald 12-19-2019**<br>27 1      A.   Yes. | Re: [27:1-27:1]<br>Def Objection - Vague (611, 403) | Re: [26:20-27:1]<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | | |
| **27:3 - 27:6**  **Kieper, Ronald 12-19-2019**<br>27 3      Q.   And that was the goal of label and NRR<br>27 4      tests was to come forward with numbers or metrics that<br>27 5      people could use in assessing the extent of protection<br>27 6      that your hearing protection devices provided, right? | | | | |
| **27:9 - 27:13**  **Kieper, Ronald 12-19-2019**<br>27 9      A.   The NRR -- the testing I did resulted in<br>27 10    an NRR, and that was obtained by obtaining a best fit<br>27 11    of the hearing protector.  And in general use, from my<br>27 12    experience, not everyone can fit the hearing protector<br>27 13    as well as I would fit it in a -- in a label test. | | | | |
| **27:19 - 27:23**  **Kieper, Ronald 12-19-2019**<br>27 19    One of the goals of generating an NRR was<br>27 20    to provide a measure that people could use in<br>27 21    assessing the protection that your hearing protection<br>27 22    devices provided.<br>27 23    Would that be fair? | Re: [27:19-27:23]<br>Def Objection - Misstates (611, 403); foundation (602) | Re: [27:19-28:3]<br>Def Objection - Misstates (611, 403); foundation (602)<br>**OVERRULED** | | |
| **28:1 - 28:11**  **Kieper, Ronald 12-19-2019**<br>28 1      A.   Yes, you could use the NRR of a variety of<br>28 2      products to assess their comparative protective<br>28 3      ability.<br>28 4      BY MR. BUCHANAN:<br>28 5      Q.   And so just so we understand, if you will,<br>28 6      the scheme correctly, higher NRRs convey greater<br>28 7      attenuation or protection, correct? | Re: [28:1-28:3]<br>Def Objection - Misstates (611, 403); foundation (602) | Re: [27:19-28:3]<br>Def Objection - Misstates (611, 403); foundation (602)<br>**OVERRULED** | Re: [28:5-28:13]<br>401; 403; 602; 701 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 28 8 | A.   Yes. | | | |
| 28 9 | Q.   Lower NRRs convey less attenuation or less | | | |
| 28 10 | protection, correct? | | | |
| 28 11 | A.   Yes. | | | |
| **29:3 - 29:12** | **Kieper, Ronald 12-19-2019** | | | |
| 29 3 | Q.   I'm passing you, sir, a picture of a | | | |
| 29 4 | hearing protection device.  I'm wondering if you could | | | |
| 29 5 | identify it for us? | | | |
| 29 6 | A.   This looks like the Combat Arms Earplug. | | | |
| 29 7 | Q.   Okay.  And we'll see documents today | | | |
| 29 8 | talking about this particular product. | | | |
| 29 9 | Do you refer to this at least to your | | | |
| 29 10 | understanding and your nomenclature, sir, as | | | |
| 29 11 | Version 2? | | | |
| 29 12 | A.   Yes. | | | |
| **32:11 - 33:25** | **Kieper, Ronald 12-19-2019** | | | **Re: [32:11-33:25]** | **OVERRULED** |
| 32 11 | Q.   I'm passing you Exhibit 5 to your | | | **Baker MIL 1; 401; 403** | |
| 32 12 | deposition, sir.  It is internally numbered P 978b. | | | | |
| 32 13 | Do you know what hearing protection device | | | | |
| 32 14 | is reflected on Exhibit 5, sir? | | | | |
| 32 15 | A.   That looks like a Combat Arms Earplug | | | | |
| 32 16 | Version 3. | | | | |
| 32 17 | Q.   And this is the -- a single-ended version, | | | | |
| 32 18 | is that right? | | | | |
| 32 19 | A.   This is a single-ended version. | | | | |
| 32 20 | Q.   And you could adjust whether it was open | | | | |
| 32 21 | or closed by swiveling that little toggle on the end | | | | |
| 32 22 | with the gun? | | | | |
| 32 23 | A.   The -- the internal where the gun is would | | | | |
| 32 24 | rotate and you could rotate it so that the path, the | | | | |
| 32 25 | sound path was open or closed. | | | | |
| 33 1 | Q.   Thank you. | | | | |
| 33 2 | I'm going to pass us another one, sir, so | | | | |
| 33 3 | we can kind of get our terminology down before we get | | | | |
| 33 4 | going today. | | | | |
| 33 5 | (WHEREUPON, a certain document was | | | | |
| 33 6 | marked Ron Kieper Deposition Exhibit | | | | |

| | | | |
|---|---|---|---|
| 33 7   No. 6, for identification, as of<br>33 8   12/19/2019.)<br>33 9   BY MR. BUCHANAN:<br>33 10   Q.   I'm passing you Exhibit 6.<br>33 11   And this is yet another earplug hearing<br>33 12   protection device, correct, sir?<br>33 13   A.   Yes.<br>33 14   Q.   And do you know what device this is?<br>33 15   A.   This looks like Combat Arms Earplug<br>33 16   Version 4.<br>33 17   Q.   And like the Version 3 that we just looked<br>33 18   at, this is a single-ended plug?<br>33 19   A.   Yes, it is.<br>33 20   Q.   You were describing a characteristic of<br>33 21   the Version 3 that you could turn the dial or turn the<br>33 22   gun in a certain direction and it would change from<br>33 23   the open position to the closed position.<br>33 24   Do you recall that?<br>33 25   A.   Yes. | | | |
| **34:8 - 35:2   Kieper, Ronald 12-19-2019** | | **Re: [34:8-35:2]**<br>401; 403; 701 | **OVERRULED** |
| 34 8   Q.   And that was really a characteristic of<br>34 9   the entire line of Combat Arms devices, correct,<br>there<br>34 10   is an open position and a closed position?<br>34 11   A.   For Versions 2, 3 and 4 there were open<br>34 12   and closed positions, but in Version 1 it was a<br>34 13   single-ended plug and it was always in the open<br>34 14   position.<br>34 15   Q.   And now when you say in the open position,<br>34 16   that sounds like that's not going to provide any<br>34 17   hearing protection.<br>34 18   What do you mean by that, "in the open<br>34 19   position"?<br>34 20   A.   I mean that instead of being a solid plug<br>34 21   it has a channel through the plug and in the channel<br>34 22   the filter was placed and the filter would lower the<br>34 23   sound levels to some degree.<br>34 24   Q.   Okay.  And is it your understanding, sir,<br>34 25   that the solid end or when it was in the closed | | | |

| | | | | |
|---|---|---|---|---|
| 35 1<br>35 2 | position, that was designed to provide attenuation or<br>protection like an UltraFit Plug? | | | |
| **35:6 - 35:8**<br>35 6<br>35 7<br>35 8 | **Kieper, Ronald 12-19-2019**<br>A.   Yes, it was based on the UltraFit and in<br>the closed position it -- it provided similar<br>protection to the UltraFit. | | **Re: [35:6-35:8]**<br>401; 403; 701; 602 | **OVERRULED** |
| **35:16 - 36:11**<br>35 16<br>35 17<br>are<br>35 18<br>35 19<br>35 20<br>35 21<br>35 22<br>35 23<br>35 24<br>35 25<br>36 1<br>36 2<br>36 3<br>36 4<br>36 5<br>36 6<br>36 7<br>36 8<br>36 9<br>36 10<br>36 11 | **Kieper, Ronald 12-19-2019**<br>So in Exhibit 2, sir, you see a<br>double-ended design.  That's the Version 2 that we<br><br>going to spend most of our time talking about today.<br>Was there an open and closed position with<br>this double-ended design?<br>A.   The yellow end of the plug is the open<br>part and the green end of this plug is the closed<br>part.<br>Q.   Okay.  So I guess you can kind of see it<br>there on the yellow end in the tip.  It looks like<br>there is a little hole in the end.<br>Do you see that?<br>A.   Yes.<br>Q.   And you can also see in the middle there<br>is like a lighter, maybe white plastic stem that looks<br>like it has a hole in it.<br>Do you see that?<br>A.   Yes.<br>Q.   And what's your understanding, sir, of<br>how -- if a user put the yellow end in their ear how<br>sound would get to their ear? | | **Re: [36:9-36:11]**<br>401; 403; 602; 701 | **OVERRULED** |
| **36:14 - 36:16**<br>36 14<br>36 15<br>36 16 | **Kieper, Ronald 12-19-2019**<br>A.   Well, sound would go in through the hole<br>in the side and go through the filter and then come<br>out the end of the plug that's in their ear. | | **Re: [36:14-36:16]**<br>401; 403; 602; 701 | **OVERRULED** |
| **39:3 - 39:5**<br>39 3<br>39 4<br>versus<br>39 5 | **Kieper, Ronald 12-19-2019**<br>Q.   When were people from the company's<br>perspective recommended to use the yellow end<br><br>the green end? | | **Re: [39:3-39:10]**<br>vague, nonresponsive, 403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **39:8 - 39:10** | **Kieper, Ronald 12-19-2019** | | | **Re: [39:3-39:10]** | **SUSTAINED** |
| 39 8 | A.   That was beyond the scope of my job.  I -- | | | vague, nonresponsive, 403 | |
| 39 9 | I just tested the plugs.  I don't know how they were | | | | |
| 39 10 | used. | | | | |
| **39:20 - 40:3** | **Kieper, Ronald 12-19-2019** | | | **Re: [39:20-40:3]** | **OVERRULED** |
| 39 20 | Q.   Sir, I am passing you over Exhibit 7 to | | | Baker MIL 1; 602; 401; 403 | |
| 39 21 | your deposition.  It is P 715 for the tech and our | | | | |
| 39 22 | internal reference.  I am also passing you Exhibit 8. | | | | |
| 39 23 | I'll say Exhibit 8 is the black and white and less | | | | |
| 39 24 | pretty version.  I think the color version which we | | | | |
| 39 25 | were able to find, that is Exhibit 7, does have the | | | | |
| 40 1 | additional footnote: "Download More PDF From | | | | |
| 40 2 | www.IranSafety.com," but I'm going to reference the | | | | |
| 40 3 | color one because I think it is easier to see. | | | | |
| **40:7 - 40:10** | **Kieper, Ronald 12-19-2019** | | | | |
| 40 7 | Q.   And, so, sir, have you ever seen marketing | | | | |
| 40 8 | or sell sheets for the Combat Arms? | | | | |
| 40 9 | A.   I -- I may have seen some.  I don't recall | | | | |
| 40 10 | seeing these before. | | | | |
| **40:11 - 41:12** | **Kieper, Ronald 12-19-2019** | | | **Re: [40:11-41:12]** | **OVERRULED** |
| 40 11 | Q.   Okay.  And on the cover here we see a | | | 602; 401; 403; Baker MIL 1 | |
| 40 12 | soldier and he has got obviously the yellow end in | | | | |
| and | | | | | |
| 40 13 | he has got the green end out. | | | | |
| 40 14 | Do you see that? | | | | |
| 40 15 | A.   I don't see the yellow end, but if he has | | | | |
| 40 16 | that plug on, then, yes, the yellow end is in his ear. | | | | |
| 40 17 | Q.   Well, on the bottom left, sir, I mean, | | | | |
| 40 18 | just to satisfy yourself, we are talking about the | | | | |
| 40 19 | Combat Arms Version 2, right, that's what this ad is | | | | |
| 40 20 | about? | | | | |
| 40 21 | A.   Yes, that's correct. | | | | |
| 40 22 | Q.   Okay.  It says: "Dual-ended design." It | | | | |
| 40 23 | says: "Insert the plug's yellow end for ambient | | | | |
| 40 24 | 'hear-through' protection." | | | | |
| 40 25 | Do you see that? | | | | |
| 41 1 | A.   Yes, that's what it states right there. | | | | |
| 41 2 | Q.   And then underneath that, it says: | | | | |
| 41 3 | "Insert the green end when exposed to steady high | | | | |

| | | | | |
|---|---|---|---|---|
| 41 4 | level noise," and then it lists "(aircraft, armored | | | |
| 41 5 | vehicles, et cetera) and the Combat Arms plug will | | | |
| 41 6 | provide a constant NRR of 22 dB." | | | |
| 41 7 | Do you see that, sir? | | | |
| 41 8 | A.  Yes. | | | |
| 41 9 | Q.  Okay.  And you'd agree that, you know, | | | |
| 41 10 | aircraft, armored -- armored vehicles, et cetera, are | | | |
| 41 11 | going to be loud noises, right? | | | |
| 41 12 | A.  Yes, they can generate a lot of noise. | | | |
| **42:5 - 42:9** | **Kieper, Ronald 12-19-2019** | | **Re: [42:1-43:25]** | **OVERRULED** |
| 42 5 | Q.  Thank you. | | 403; 401; 602 | |
| 42 6 | And on the back there is more details on | | | |
| 42 7 | this particular plug. | | | |
| 42 8 | Do you see those? | | | |
| 42 9 | A.  Yes, I see. | | | |
| **42:14 - 43:7** | **Kieper, Ronald 12-19-2019** | | **Re: [42:1-43:25]** | **OVERRULED** |
| 42 14 | Q.  There you go. | | 403; 401; 602 | |
| 42 15 | And underneath it says:  "Insert the | | | |
| 42 16 | yellow end," and then it has got some explanation, and | | | |
| 42 17 | on the right it says:  "Insert the green end." | | | |
| 42 18 | Do you see those arrows going left and | | | |
| 42 19 | right up top? | | | |
| 42 20 | A.  Yes. | | | |
| 42 21 | Q.  So on the left, it says:  "No jang" -- "No | | | |
| 42 22 | dangerous hearing impairment" under "insert the yellow | | | |
| 42 23 | end." | | | |
| 42 24 | Do you see that? | | | |
| 42 25 | A.  Yes. | | | |
| 43 1 | Q.  Okay.  "Other earplugs can put soldiers or | | | |
| 43 2 | police officers in increased danger by suppressing | | | |
| 43 3 | their ability to hear critical ambient sounds around | | | |
| 43 4 | their" -- "around them during their tactical | | | |
| 43 5 | maneuvers." | | | |
| 43 6 | Do you see that? | | | |
| 43 7 | A.  I see that. | | | |
| **43:8 - 44:16** | **Kieper, Ronald 12-19-2019** | | **Re: [42:1-43:25]** | **OVERRULED** |
| 43 8 | Q.  Okay.  And then it says:  "The yellow | | 403; 401; 602 | |

| | | | |
|---|---|---|---|
| 43 9    Combat Arms plug features a nonlinear acoustical<br>43 10    design with a calibrated filter within its stem.  The<br>43 11    result?  Most low level sounds are heard clearly<br>43 12    during wear...virtually unaffected."<br>43 13    Do you see that?<br>43 14    A.   Yes, that's right here.<br>43 15    Q.   Okay.  And then it talks about "instant<br>43 16    protection" with the yellow end.<br>43 17    Do you see that?<br>43 18    A.   Yes, it says that.<br>43 19    Q.   "No switch time delay," that's what it<br>43 20    reads, right?<br>43 21    A.   Yes.<br>43 22    Q.   "When loud impulse noises such as weapons<br>43 23    fire or explosives occur, the filter 'reacts'<br>43 24    instantly and suppresses the noise to a safer level.<br>43 25    The chance of permanent hearing damage or<br>44 1    disorientation from explosion is greatly reduced or<br>44 2    eliminated."<br>44 3    Do you see that?<br>44 4    A.   Yes, that's what's written here.<br>44 5    Q.   Impulse noises, when loud impulse noises<br>44 6    occur, that's what this is talking about with regard<br>44 7    to the yellow end, right?<br>44 8    A.   It's talking about -- it mentions<br>44 9    explosions and then it also earlier it talked about<br>44 10    the high noise levels of -- of the Army vehicles<br>44 11    and -- and aircraft.<br>44 12    Q.   Well, on the yellow side again, staying<br>44 13    with me, on "insert the yellow end," do you see<br>there<br>44 14    is like a left hand and then a right-hand side to the<br>44 15    page, sir?<br>44 16    A.   I see that. | | | **Re: [44:1-44:16]**<br>Baker MIL 1; 602; 401; 403 | |
| **44:19 - 45:2**    **Kieper, Ronald 12-19-2019**<br>44 19    Directing your attention to on the yellow<br>44 20    side, sir.<br>44 21    "Instant Protection - No Switch Time<br>44 22    Delay," do you see that paragraph towards the | | | **Re: [44:19-45:2]**<br>Baker MIL 1; 602; 401; 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| bottom?<br>44 23   A.  Yes.<br>44 24   Q.  "When loud impulse noises such as weapons<br>44 25   fire or explosives occur," and then it continues.<br>45 1   Do you see that?<br>45 2   A.  Yes, I do. | | | | |
| **45:3 - 45:9**   **Kieper, Ronald 12-19-2019**<br>45 3   Q.  Okay.  Impulse noises, did you ever have<br>45 4   any role or involvement in testing the protection<br>45 5   provided by the Combat Arms from impulse noises?<br>45 6   A.  No, I don't believe I did.<br>45 7   Q.  There is testing that can be done to<br>45 8   evaluate the protection provided from impulse noise,<br>45 9   true? | | | | |
| **45:12 - 45:24**   **Kieper, Ronald 12-19-2019**<br>45 12   A.  I don't know.  There -- there probably is.<br>45 13   I may or may -- I don't recall specifically how that<br>45 14   would be done.<br>45 15   BY MR. BUCHANAN:<br>45 16   Q.  Well, during your tenure at -- at Aearo<br>45 17   labs, did you ever get involved in impulse testing,<br>45 18   generally?<br>45 19   A.  No.<br>45 20   Q.  So with regards to any claims about the<br>45 21   protection afforded by the Combat Arms from<br>impulse<br>45 22   noise, you did not conduct any testing on that?<br>45 23   A.  No, I don't recall doing any testing on<br>45 24   that. | | | | |
| **45:25 - 47:4**   **Kieper, Ronald 12-19-2019**<br>45 25   Q.  Okay.  And we see at the bottom here a<br>46 1   table of data.  It says:  "Octave Band Attenuation<br>46 2   Data."<br>46 3   Do you see that?<br>46 4   A.  Yes.<br>46 5   Q.  And it results in the report of an NRR.<br>46 6   Do you see that?<br>46 7   A.  Yes.<br>46 8   Q.  Okay.  Am I correct, sir, that your role | **Re: [47:2-47:8]**<br>Def Objection - Vague (611, 403); foundation (602) | **Re: [47:2-47:8]**<br>Def Objection - Vague (611, 403); foundation (602)<br>**OVERRULED** | **Re: [45:25-47:1]**<br>Baker MIL 1; 602; 401; 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 46 9      and involvement with regard to the Combat Arms would<br>46 10     have been around generating this kind of data, octave<br>46 11     band attenuation data?<br>46 12     A.   These -- this type of data would be the<br>46 13     result of doing a real-ear test on this plug or<br>46 14     another hearing protection device.<br>46 15     Q.   Okay.  So in terms of protection afforded<br>46 16     by the Combat Arms Version 2, to the extent there was<br>46 17     testing done on it by Aearo, your function would have<br>46 18     been around real-ear attenuation data, is that fair?<br>46 19     A.   That's correct.<br>46 20     Q.   So-called REAT testing?<br>46 21     A.   Yes.<br>46 22     Q.   I've seen it written out like that.  Is<br>46 23     that how you pronounced it in your day-to-day<br>46 24     practice?<br>46 25     A.   The letters stand for real-ear attenuation<br>47 1      at threshold.<br>47 2      Q.   Okay.  And those are tests that can be<br>47 3      done in different ways, but those are tests the output<br>47 4      of which can be an NRR, correct? | | | | |
| **47:7 - 47:8     Kieper, Ronald 12-19-2019**<br>47 7      A.   Yes, the real-ear test can result in an<br>47 8      NRR being computed. | **Re: [47:2-47:8]**<br>Def Objection - Vague (611, 403); foundation (602) | Re: [47:2-47:8]<br>Def Objection - Vague (611, 403); foundation (602)<br>**OVERRULED** | | |
| **47:10 - 47:19     Kieper, Ronald 12-19-2019**<br>47 10     Q.   Okay.  Now, I'd like to take us up top<br>47 11     again and you see "Insert the Green End."<br>47 12     Do you see that heading?<br>47 13     A.   Yes.<br>47 14     Q.   Okay.  And it's underneath where it says: | | | **Re: [47:9-47:18]**<br>Baker MIL 1; 602; 401; 403<br>**Re: [47:10-47:19]**<br>Baker MIL 1; 602; 401; 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 47 15<br>47 16<br>47 17<br>47 18<br>47 19 | "'Stealth' Green Color" and we've got the pictures of<br>the soldiers and stuff with guns.<br>This would be the end that you told us was<br>for protection from continuous or steady noise, is<br>that right? | | | |
| **47:25 - 48:2**<br>47 25<br>48 1<br>dB<br>48 2 | **Kieper, Ronald 12-19-2019**<br>A.   That's what it says on this sheet,<br>"exposed to constant high-level sound sources (85<br><br>and above)." | | Re: [47:25-48:7]<br>Baker MIL 1; 602; 401; 403 | **OVERRULED** |
| **48:4 - 48:7**<br>48 4<br>48 5<br>48 6<br>48 7 | **Kieper, Ronald 12-19-2019**<br>Q.   Okay.  And we see there that the company<br>actually calls out in its marketing its NRR for this<br>product, right?<br>A.   Yes. | | Re: [47:25-48:7]<br>Baker MIL 1; 602; 401; 403 | **OVERRULED** |
| **48:9 - 48:18**<br>48 9<br>48 10<br>48 11<br>with an<br>48 12<br>48 13<br>48 14<br>48 15<br>48 16<br>48 17<br>48 18 | **Kieper, Ronald 12-19-2019**<br>It says:  "Insert the green end:  Constant<br>protection for constant noise.  The green end of the<br>Combat Arms Earplug provides steady protection<br><br>NRR of 22 dB."<br>Did I read that correctly?<br>A.   I believe you did.<br>Q.   Okay.  So the company calls out the result<br>of some of your REAT testing in its marketing<br>materials for the Combat Arms, fair?<br>A.   Yes. | | Re: [48:9-48:18]<br>Baker MIL 1; 602; 401; 403 | **OVERRULED** |
| **53:12 - 53:23**<br>53 12<br>53 13<br>53 14<br>53 15<br>53 16<br>53 17<br>53 18<br>53 19<br>53 20<br>53 21 | **Kieper, Ronald 12-19-2019**<br>Q.   And then it continues.<br>"This is the ideal wearing position when<br>exposed to constant high-level sound sources (85 dB<br>and above) such as aircraft, watercraft, armored<br>vehicles or machinery."<br>Did I read that correctly?<br>A.   Yes.<br>Q.   Okay.  And so these types of sound<br>exposures, aircraft, watercraft, armored vehicles or<br>machinery, I mean, they have a -- they have a sound | | Re: [53:12-53:23]<br>Baker MIL 1, 401, 403, 602,<br>701 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 53 22<br>53 23 | fingerprint in terms of a sound pressure level that's<br>associated with them, correct? | | | |
| **54:1 - 54:1** | **Kieper, Ronald 12-19-2019** | | | **OVERRULED** |
| 54 1 | A.   Yes. | | Re: [54:1-54:1]<br>Baker MIL 1, 401, 403, 602,<br>701 | |
| **54:13 - 55:3** | **Kieper, Ronald 12-19-2019** | | | **OVERRULED** |
| 54 13<br>54 14<br>54 15<br>constant<br>54 16<br>54 17<br>54 18<br>54 19<br>54 20<br>54 21<br>right?<br>54 22<br>54 23<br>54 24<br>understand<br>54 25<br>55 1<br>55 2<br>55 3 | Q.   Okay.  And what we see here is a statement<br>that use the closed end or the end that provides the<br>22 dBs when you are going to be exposed to<br><br>high-level sound sources.<br>Do you see that?<br>A.   Yes, "when exposed to constant high-level<br>sound sources."<br>Q.   Okay.  And it lists aircraft and<br>watercraft and armored vehicles and machinery,<br><br>A.   Yes.<br>Q.   Okay.  And you'd agree, sir, that it would<br>be reasonable for someone reading this to<br><br>if they are being -- if it's being suggested to use<br>this, and that's the ideal wearing position for the<br>green end, that if they put the green end in they'd<br>actually get protection down to safe levels? | | Re: [54:13-57:19]<br>Baker MIL 1, 401, 403, 602,<br>701 | |
| **55:6 - 55:8** | **Kieper, Ronald 12-19-2019** | | | **OVERRULED** |
| 55 6<br>55 7<br>55 8 | A.   It depends on how they put them, the plugs<br>in, whether they'd get protection to what would be<br>considered safe levels. | | Re: [54:13-57:19]<br>Baker MIL 1, 401, 403, 602,<br>701 | |
| **55:12 - 55:13** | **Kieper, Ronald 12-19-2019** | | | **OVERRULED** |
| 55 12<br>55 13 | It is providing, of course, an assurance<br>of a 22 dB attenuation, right? | | Re: [54:13-57:19]<br>Baker MIL 1, 401, 403, 602,<br>701 | |
| **55:15 - 55:18** | **Kieper, Ronald 12-19-2019** | | | **OVERRULED** |
| 55 15<br>55 16<br>55 17<br>protection<br>55 18 | BY THE WITNESS:<br>A.   The sheet -- yeah, the sheet says that<br>"the Combat Arms Earplug provides steady<br><br>with an NRR of 22 dB." | | Re: [54:13-57:19]<br>Baker MIL 1, 401, 403, 602,<br>701<br><br>Defendants object to<br>Plaintiffs' removal of<br>testimony from lines 55:20- | |

| | | | | |
|---|---|---|---|---|
| | | | 55:23 and 56:15-57:19 as confusing and misleading, and therefore renders the designations incomplete. Plaintiff disagrees, and reserves the right to play the originally designated testimony should completeness require. | **OVERRULED** |
| **55:24 - 56:4**   **Kieper, Ronald 12-19-2019**<br>55 24    Q.   I mean, you wouldn't fault somebody, sir,<br>55 25    for reading this and believing that if they wore your<br>56 1    earplugs, the Aearo Combat Arms Version 2 earplugs,<br>56 2    that they would, in fact, be safe from noises such as<br>56 3    aircraft, watercraft, armored vehicles and machinery,<br>56 4    would you? | | | **Re: [54:13-57:19]**<br>Baker MIL 1, 401, 403, 602, 701 | **OVERRULED** |
| **56:7 - 56:14**   **Kieper, Ronald 12-19-2019**<br>56 7    A.   I don't know what they would think.<br>56 8    BY MR. BUCHANAN:<br>56 9    Q.   Well, we just read it, right?<br>56 10    A.   We read it.<br>56 11    Q.   Okay.  And you'd agree that it's quoting<br>56 12    an NRR of 22, right?<br>56 13    A.   It's -- yes, it is talking about an NRR of<br>56 14    22. | | | **Re: [54:13-57:19]**<br>Baker MIL 1, 401, 403, 602, 701 | **OVERRULED** |
| **58:5 - 58:14**   **Kieper, Ronald 12-19-2019**<br>58 5    Q.   Sir, we spent some time talking about the<br>58 6    difference between the green end and the yellow end?<br>58 7    A.   Yes.<br>58 8    Q.   Just so the record is clear, you did what<br>58 9    you called real-ear attenuation at threshold testing<br>58 10    or REAT testing on the green end, correct?<br>58 11    A.   I tested both ends, yes.<br>58 12    Q.   Okay.  You tested both ends for the<br>58 13    attenuation using REAT tests, correct?<br>58 14    A.   Yes, I did. | | | **Re: [58:5-58:14]**<br>Baker MIL 1, 401, 403, 602, 701 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **58:15 - 58:16   Kieper, Ronald 12-19-2019** | | | | |
| 58 15      Q.   We also talked about impulse noise | | | | |
| 58 16      testing. | | | | |
| **58:19 - 58:20   Kieper, Ronald 12-19-2019** | | | | |
| 58 19      Q.   Is impulse testing done under a separate | | | | |
| 58 20      stet -- set of tests or standards? | | | | |
| **58:24 - 59:1   Kieper, Ronald 12-19-2019** | | | | |
| 58 24      A.   I have not -- I have not done impulse | | | | |
| 58 25      testing, so I don't know what -- how that would be | | | | |
| 59 1      done. | | | | |
| **59:3 - 59:5   Kieper, Ronald 12-19-2019** | | | Re: [59:3-59:11] | **OVERRULED** |
| 59 3      Q.   If you haven't done impulse testing | | | 602, 401, 403 | |
| 59 4      generally, you certainly have done no impulse testing | | | | |
| 59 5      on the Combat Arms Version 2, fair? | | | | |
| **59:8 - 59:11   Kieper, Ronald 12-19-2019** | | | Re: [59:3-59:11] | **OVERRULED** |
| 59 8      A.   That's correct. | | | 602, 401, 403 | |
| 59 9      BY MR. BUCHANAN: | | | | |
| 59 10      Q.   Have you done any other testing on the | | | | |
| 59 11      performance of the Combat Arms Version 2? | | | | |
| **59:14 - 59:18   Kieper, Ronald 12-19-2019** | | | Re: [59:14-59:18] | **OVERRULED** |
| 59 14      A.   Yes. | | | 602, 401, 403, 701 | |
| 59 15      BY MR. BUCHANAN: | | | | |
| 59 16      Q.   What type of testing would that be, sir? | | | | |
| 59 17      A.   Well, on -- I've tested the plugs on an | | | | |
| 59 18      acoustical test fixture. | | | | |
| **62:4 - 62:24   Kieper, Ronald 12-19-2019** | | | Re: [62:4-63:2] | **OVERRULED** |
| 62 4      Q.   And when we see "insertion loss results," | | | 602, 401, 403, 701 | |
| 62 5      that's referring to tests on a mannequin or on a | | | | |
| dummy | | | | |
| 62 6      head, right? | | | | |
| 62 7      A.   Yes. | | | | |
| 62 8      Q.   Okay.  Sometimes called a "test fixture"? | | | | |
| 62 9      A.   Test fixture, yes. | | | | |
| 62 10      Q.   Is the test fixture always in the shape of | | | | |
| 62 11      a head or is it sometimes something that just looks | | | | |
| 62 12      like a piece of equipment? | | | | |
| 62 13      A.   The first one that I worked with was a -- | | | | |
| 62 14      I think it's a 16-pound block of aluminum and it had | | | | |

a

| | | | | |
|---|---|---|---|---|
| 62 15    microphone inside and a -- an ear and actually some | | | | |
| 62 16    artificial skin on it.  We -- I used that primarily | | | | |
| 62 17    for measuring insertion loss on earmuffs, but the | | | | |
| 62 18    mannequins or the test fixtures that I would test the | | | | |
| 62 19    earplugs on, the insert type earplugs, would be more | | | | |
| 62 20    like a mannequin head, a human head. | | | | |
| 62 21    Q.   Okay.  So a big block of aluminum with | | | | |
| 62 22    kind of an ear on the outside.  That's -- that's a | | | | |
| 62 23    little less like a human being than some other things, | | | | |
| 62 24    right? | | | | |
| **63:2 - 63:2    Kieper, Ronald 12-19-2019** | | | **Re: [62:4-63:2]**<br>602, 401, 403, 701 | **OVERRULED** |
| 63 2    A.   Yes, yes. | | | | |
| **63:16 - 63:19    Kieper, Ronald 12-19-2019** | | | | |
| 63 16    Q.   Sir, you were primarily responsible | | | | |
| 63 17    certainly as of 2012 for REAT testing at E-A-<br>RCAL, | | | | |
| 63 18    right? | | | | |
| 63 19    A.   Yes. | | | | |
| **63:23 - 63:25    Kieper, Ronald 12-19-2019** | | | | |
| 63 23    Q.   Okay.  Label/NRR tests are done with | | | | |
| 63 24    people as the subjects, correct? | | | | |
| 63 25    A.   Yes. | | | | |
| **64:23 - 65:8    Kieper, Ronald 12-19-2019** | | | | |
| 64 23    Q.   Did you draft the labeling for the Combat | | | | |
| 64 24    Arms? | | | | |
| 64 25    A.   I'm sorry.  Did I draft labeling? | | | | |
| 65 1    Q.   Yes. | | | | |
| 65 2    A.   I'm not sure what you mean "labeling." | | | | |
| 65 3    The what goes on the product? | | | | |
| 65 4    Q.   Yeah.  With regard to this is how you | | | | |
| 65 5    should fit this device, this -- these are the | | | | |
| 65 6    Instructions for Use, did you draft the labeling for | | | | |
| 65 7    the product? | | | | |
| 65 8    A.   No, I didn't. | | | | |
| **65:9 - 65:18    Kieper, Ronald 12-19-2019** | | | **Re: [65:9-65:18]**<br>401, 403, 602 | **OVERRULED** |
| 65 9    Q.   I'm guessing you paused because you were | | | | |
| 65 10    involved in conducting REAT testing that generated<br>an | | | | |

| | | | | |
|---|---|---|---|---|
| 65 11 | NRR that you understood would have gone with the | | | |
| 65 12 | product, right? | | | |
| 65 13 | A.  That would be my understanding, yes. | | | |
| 65 14 | Q.  But in terms of writing the words that | | | |
| 65 15 | would instruct how to use the product or instruct how | | | |
| 65 16 | to fit or cautions or warnings, you didn't do any of | | | |
| 65 17 | that for the Combat Arms products, right? | | | |
| 65 18 | A.  That's right. | | | |
| **66:6 - 67:1** | **Kieper, Ronald 12-19-2019** | | **Re: [66:6-67:1]** | **OVERRULED** |
| 66 6 | Q.  Any other role or involvement with the | | 401, 403, Baker MIL 1 | |
| 66 7 | Combat Arms Version 2? | | | |
| 66 8 | A.  I would measure the plugs on what -- what | | | |
| 66 9 | we called the Acoustic -- let's see, what was it -- | | | |
| 66 10 | Acoustic Resistance Measurement Module. | | | |
| 66 11 | Q.  Understood. | | | |
| 66 12 | And is that something you did in | | | |
| 66 13 | connest -- in connection with your testing function, | | | |
| 66 14 | in other words, before you would conduct a test on | | | |
| 66 15 | human subjects, you would qualify the plugs to see | | | |
| 66 16 | whether they met a certain tolerance using ARC | | | |
| 66 17 | testing? | | | |
| 66 18 | A.  Yes, I'd measure the -- the acoustic | | | |
| 66 19 | resistance of the plug -- of the yellow end of the | | | |
| 66 20 | plugs on this box.  And, in fact, my measurements -- I | | | |
| 66 21 | believe my measurements were guiding for the range of | | | |
| 66 22 | the plugs, in other words, if the plugs had to fall | | | |
| 66 23 | within a range on this particular test to be | | | |
| 66 24 | considered in -- good as -- yeah, if -- to make sure | | | |
| 66 25 | that the plug was assembled properly and that it was | | | |
| 67 1 | functioning. | | | |
| **77:18 - 78:13** | **Kieper, Ronald 12-19-2019** | | **Re: [77:18-78:13]** | **OVERRULED** |
| 77 18 | Q.  And to the best of your knowledge, sir, | | 401, 403 | |
| 77 19 | and through the time of your departure in 2016, did | | | |
| 77 20 | the HPDA database contain your testing information on | | | |
| 77 21 | the various REAT tests that you conducted? | | | |

| | | | | |
|---|---|---|---|---|
| 77 22 | A.   Yes. | | | |
| 77 23 | Q.   At the point in time of your departure or | | | |
| 77 24 | retirement in 2016, was the HPDA database still the | | | |
| 77 25 | platform you were using to maintain REAT testing | | | |
| data? | | | | |
| 78 1 | A.   Yes. | | | |
| 78 2 | Q.   Did you use the HPDA database yourself? | | | |
| 78 3 | A.   Yes. | | | |
| 78 4 | Q.   How did you use it, sir, for what | | | |
| 78 5 | purposes? | | | |
| 78 6 | A.   Well, I would -- I would put the new test | | | |
| 78 7 | report data into the system and I could call up | | | |
| 78 8 | other -- I could call up previous reports, both tests | | | |
| 78 9 | that I had conducted and tests that were done by the | | | |
| 78 10 | previous lab technician. | | | |
| 78 11 | Q.   Kind of the system of record for the | | | |
| 78 12 | company's test results, would that be fair? | | | |
| 78 13 | A.   That sounds fair, yes. | | | |
| **79:5 - 79:25** | **Kieper, Ronald 12-19-2019** | | **Re: [79:5-79:25]** | **OVERRULED** |
| 79 5 | Q.   I see.  And we are going to go into the | | 401, 403, 701 | |
| 79 6 | REAT testing, you know, kind of workflow in | | | |
| greater | | | | |
| 79 7 | detail in a moment, but we got there a little earlier. | | | |
| 79 8 | As I understand it, certainly in the time, | | | |
| 79 9 | the late -- late '90s, early 2000s when you conducted | | | |
| 79 10 | REAT testing, you would generate cards for each | | | |
| test | | | | |
| 79 11 | iteration that you ran on a given subject, is that | | | |
| 79 12 | fair? | | | |
| 79 13 | A.   Yes. | | | |
| 79 14 | Q.   Okay.  And then you would extract the data | | | |
| 79 15 | from the cards, put it on an Excel spreadsheet, is | | | |
| 79 16 | that right? | | | |
| 79 17 | A.   Yes. | | | |
| 79 18 | Q.   And then you would -- once the data was on | | | |
| 79 19 | the Excel spreadsheet, then you would bring it over | | | |
| 79 20 | into the HPDA database, right? | | | |
| 79 21 | A.   Yes. | | | |
| 79 22 | Q.   And the HPDA database could essentially | | | |

| | | | |
|---|---|---|---|
| 79 23<br>79 24<br>79 25 | import data from the spreadsheet to populate the<br>various fields in the HPDA database, correct?<br>A.   Yes, that sounds right. | | |
| **82:25 - 83:5**<br>82 25<br>83 1<br>83 2<br>83 3<br>83 4<br>83 5 | **Kieper, Ronald 12-19-2019**<br>Q.   And they would come in and they would look<br>at your procedures, right?<br>A.   They looked at our operations manual, they<br>looked at our equipment, our calibration records.<br>They looked at our -- the format of our test reports<br>and a number of other things. | | |
| **85:1 - 85:14**<br>85 1<br>85 2<br>85 3<br>85 4<br>85 5<br>85 6<br>85 7<br>85 8<br>85 9<br>85 10<br>85 11<br>85 12<br>85 13<br>85 14 | **Kieper, Ronald 12-19-2019**<br>Q.   I'm passing you, sir, what we are marking<br>as Exhibit 9 to your deposition.  And this, sir, is a<br>manual from the National -- National Voluntary<br>Laboratory Accreditation Program.<br>Do you see that?<br>A.   Yes.<br>Q.   NIST Handbook 150-8.  This is the 2005<br>edition.  It says: "Acoustical Testing Services."<br>Do you see that, sir?<br>A.   Yes.<br>Q.   Okay.  I guess it is written by a<br>Ms. Betty Ann Torres.<br>Do you know her, sir?<br>A.   I do not. | **Re: [85:1-85:14]**<br>401, 403, 602 | **OVERRULED** |
| **86:2 - 87:9**<br>86 2<br>86 3<br>86 4<br>86 5<br>86 6<br>86 7<br>86 8<br>86 9<br>86 10<br>"Management<br>86 11<br>86 12<br>accreditation," | **Kieper, Ronald 12-19-2019**<br>Q.   Yeah.  Can I make a suggestion to you,<br>sir, and obviously you are free to always turn the<br>pages if you'd like, but I'll try and orient you so<br>you know where we are going.<br>If we can go to the Table of Contents at<br>.3.  This will help orient you to the contents of the<br>document.<br>There is different sections, "General<br>information," "Accreditation process,"<br>requires" -- "requirements for accreditation,"<br>Section 4, "Technical requirements for | **Re: [86:2-87:9]**<br>602, 403, 401 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 86 13 | and then "Additional requirements." | | | |
| 86 14 | Do you see that? | | | |
| 86 15 | A.   Yes, I see all of those. | | | |
| 86 16 | Q.    And then we have under Technical | | | |
| 86 17 | requirements for accreditation, there is a series of | | | |
| 86 18 | headings:  "General, Personnel, Accommodation and | | | |
| 86 19 | environmental conditions, Test and calibration methods | | | |
| 86 20 | and method validation, Equipment, Measurement | | | |
| 86 21 | traceability, Sampling, Handling of test and | | | |
| 86 22 | calibration items, Assuring the quality of test and | | | |
| 86 23 | calibration results," and then Section 5.10, | | | |
| 86 24 | "Reporting the results." | | | |
| 86 25 | Do you see that? | | | |
| 87 1 | A.   I see those. | | | |
| 87 2 | Q.    And are those the types of areas of | | | |
| 87 3 | inquiry that would occur during the accreditation -- | | | |
| 87 4 | the periodic accreditation reviews by NVLAP? | | | |
| 87 5 | A.   Yes, that was some of the things that we | | | |
| 87 6 | talked about. | | | |
| 87 7 | Q.   Okay.  Let's go to Technical requirements | | | |
| 87 8 | for accreditation. | | | |
| 87 9 | A.   Okay. | | | |
| **87:14 - 88:3** | **Kieper, Ronald 12-19-2019** | | | |
| 87 14 | Q.   Let's see.  At .18 hopefully on your | | | **Re: [87:14-88:19]** | **OVERRULED** |
| 87 15 | screen.  We are getting there.  If we could blow up | | | 401, 403, 602 | |
| 87 16 | 5.10, Reporting the results. | | | | |
| 87 17 | Are you with me now, sir, at Section 5.10? | | | | |
| 87 18 | A.   I see 5.10, yes. | | | | |
| 87 19 | Q.   Yeah, it says: | | | | |
| 87 20 | "Section 5.10  Reporting the results. | | | | |
| 87 21 | "5.10.1  Test reports shall provide all | | | | |
| 87 22 | necessary information to permit the same or another | | | | |
| 87 23 | laboratory to reproduce the test plan and obtain | | | | |
| 87 24 | comparable results." | | | | |
| 87 25 | Do you see that, sir? | | | | |
| 88 1 | A.   Yes, I do. | | | | |

| | | | | |
|---|---|---|---|---|
| 88 2 | Q.   You understand that to be a component of | | | |
| 88 3 | NVLAP certification, correct? | | | |
| **88:6 - 88:11** | **Kieper, Ronald 12-19-2019** | | **Re: [87:14-88:19]** | **OVERRULED** |
| 88 6 | A.   It's -- it's in this report.  I -- other | | 401, 403, 602 | |
| 88 7 | than that, I -- I don't know.  That's what it says. | | | |
| 88 8 | BY MR. BUCHANAN: | | | |
| 88 9 | Q.   Okay.  I mean, you are not fussing with | | | |
| 88 10 | that as something that an NVLAP certified lab | | | |
| should | | | | |
| 88 11 | do, are you? | | | |
| **88:14 - 88:19** | **Kieper, Ronald 12-19-2019** | | **Re: [87:14-88:19]** | **OVERRULED** |
| 88 14 | A.   No. | | 401, 403, 602 | |
| 88 15 | BY MR. BUCHANAN: | | | |
| 88 16 | Q.   And test reports should provide all | | | |
| 88 17 | necessary information to permit your lab or another | | | |
| 88 18 | lab to reproduce the test plan and obtain comparable | | | |
| 88 19 | results, right? | | | |
| **88:22 - 88:25** | **Kieper, Ronald 12-19-2019** | | **Re: [88:23-88:25]** | **OVERRULED** |
| 88 22 | A.   That's -- that's what it says here, yes. | | 401, 403, 602, 106 | |
| 88 23 | BY MR. BUCHANAN: | | | |
| 88 24 | Q.   Right.  I mean, you agree with that, don't | | | |
| 88 25 | you, sir? | | | |
| **89:3 - 89:4** | **Kieper, Ronald 12-19-2019** | | | |
| 89 3 | A.   That's the requirement or that's what they | | | |
| 89 4 | are saying in this document. | | | |
| **89:6 - 89:7** | **Kieper, Ronald 12-19-2019** | | | |
| 89 6 | Q.   And that's something that you should do | | | |
| 89 7 | with your test reports, correct? | | | |
| **89:11 - 89:11** | **Kieper, Ronald 12-19-2019** | | | |
| 89 11 | A.   We complied with this, yes. | | | |
| **89:23 - 89:24** | **Kieper, Ronald 12-19-2019** | | **Re: [89:23-89:24]** | **OVERRULED** |
| 89 23 | And I was just asking you whether you | | Leading, 401, 403, 602, 701 | |
| 89 24 | agree that that's an important thing? | | | |
| **90:2 - 90:3** | **Kieper, Ronald 12-19-2019** | | **Re: [90:2-90:3]** | **OVERRULED** |
| 90 2 | A.   It's -- it is in this document, so, yes, | | Leading, 401, 403, 602, 701 | |
| 90 3 | it's important. | | | |
| **90:5 - 90:7** | **Kieper, Ronald 12-19-2019** | | | |
| 90 5 | Q.   Okay.  Certainly something that an NVLAP | | | |

| | | | | |
|---|---|---|---|---|
| 90 6<br>90 7 | certified lab should do with its test reports,<br>correct? | | | | |
| **90:11 - 90:12   Kieper, Ronald 12-19-2019** | | | | | |
| 90 11<br>90 12 | A.   We were -- yes, we were certified by<br>NVLAP, so that is -- this is what we did, yes. | | | | |
| **91:4 - 92:10   Kieper, Ronald 12-19-2019** | | **Re: [92:7-92:13]**<br>Def Objection - Vague (611,<br>403) | **Re: [92:7-92:13]**<br>Def Objection -<br>Vague (611,<br>403)<br>**OVERRULED** | **Re: [91:4-91:16]**<br>602<br>**Re: [91:17-92:6]**<br>602, 701, 401, 403 | **OVERRULED** |
| 91 4<br>91 5<br>91 6<br>91 7<br>91 8<br>91 9<br>91 10<br>91 11<br>91 12<br>91 13<br>91 14<br>91 15<br>91 16<br>91 17<br>91 18<br>91 19<br>91 20<br>91 21<br>91 22<br>91 23<br>91 24<br>91 25<br>92 1<br>92 2<br>92 3<br>92 4<br>referring<br>92 5<br>92 6<br>92 7<br>92 8<br>S3.19, | Q.   Okay.  So going back, please, to<br>Exhibit 1, and we went down that, if you will, fork in<br>the road while we were talking about NVLAP<br>accreditation on this -- on this particular slide<br>talking about your E-A-RCAL facility.<br>"Established 1978 and NVLAP accredited in<br>1992."<br>Do you see that?<br>A.   Yes.<br>Q.   Okay.  It says: "Real-ear attenuation at<br>threshold per ANSI S3.19 and S12.6."<br>Do you see that, sir?<br>A.   Yes.<br>Q.   Okay.  What do those ANSI numbers<br>represent?<br>A.   Those are test standards.<br>Q.   Okay.  And the jury may have already heard<br>about these, but maybe you could help us out, sir.<br>ANSI S3.19, what is that?<br>A.   It's a document, I believe, that was<br>created in 1974 and it outlines test procedures and a<br>number of other things that are required to do<br>real-ear testing on people.  I believe it also talks<br>about insertion loss testing.<br>Q.   Okay.  And with regard to real attenuation<br>at threshold (REAT) per ANSI S3.19, is that<br><br>to so-called human testing in that standard?<br>A.   Yes.<br>Q.   Okay.  And that would be if you are doing<br>label testing on most US products under ANSI<br> | | | | |

| | | | | |
|---|---|---|---|---|
| 92 9<br>92 10 | you'd be using a particular subpart of that standard,<br>right? | | | | |
| **92:13 - 92:18**<br>92 13<br>92 14<br>92 15<br>92 16<br>92 17<br>92 18 | **Kieper, Ronald 12-19-2019**<br>A.   Yes.<br>BY MR. BUCHANAN:<br>Q.   You'd be using what's been called<br>Experimenter-Fit as the procedure, is that right?<br>A.   Yes, for labeling tests we would use<br>Experimenter-Fit. | **Re: [92:7-92:13]**<br>Def Objection - Vague (611,<br>403) | Re: [92:7-<br>92:13]<br>Def Objection -<br>Vague (611,<br>403)<br>**OVERRULED** | **Re: [92:14-92:25]**<br>602, 701, 401, 403 | **OVERRULED** |
| **92:19 - 93:14**<br>92 19<br>92 20<br>92 21<br>92 22<br>92 23<br>92 24<br>92 25<br>93 1<br>93 2<br>93 3<br>93 4<br>93 5<br>93 6<br>93 7<br>93 8<br>93 9<br>93 10<br>93 11<br>93 12<br>93 13<br>93 14 | **Kieper, Ronald 12-19-2019**<br>Q.   And then am I correct then if you were<br>doing Experimenter-Fit on labeling tests under that<br>particular standard, you would be the experimenter?<br>A.   I would be the experimenter.<br>Q.   And you would be then the one doing the<br>fit?<br>A.   Yes, I would.<br>Q.   How many hundreds or thousands of label<br>tests, sir, have you done in your career?<br>A.   I have no idea.<br>Q.   Hundreds?<br>A.   I -- possibly, but I don't know.  I really<br>don't know.<br>Q.   I mean, were you running them most of the<br>weeks you were there in the lab?<br>MS. ELIZABETH:  Objection; form.<br>BY THE WITNESS:<br>A.   I would say not -- not most of the weeks.<br>You know, it is hard to quantify.  I did a lot of<br>label tests, a lot of product development tests, and<br>as it says here, I conducted over 2200 full tests. | **Re: [93:1-93:6]**<br>Def Objection - Relevance<br>(401, 402)<br>**Re: [93:7-93:14]**<br>Def Objection - Vague;<br>misstates (611, 403);<br>relevance (401, 402) | Re: [93:1-<br>93:6]<br>Def Objection -<br>Relevance<br>(401, 402)<br>**SUSTAINED**<br>Re: [93:7-<br>93:14]<br>Def Objection -<br>Vague;<br>misstates (611,<br>403); relevance<br>(401, 402)<br>**OVERRULED** | **Re: [92:14-92:25]**<br>602, 701, 401, 403 | **OVERRULED** |
| **95:21 - 96:5**<br>95 21<br>95 22<br>95 23<br>pictures.<br>95 24<br>95 25<br>96 1 | **Kieper, Ronald 12-19-2019**<br>Q.   Okay.  Can we go to .5.<br>I'm wondering, sir, if you can help us<br>understand this REAT test by looking at the<br><br>The pictures show a gentleman left sitting<br>in a room.  There is a -- obviously a plastic head on<br>the right, bot -- lower right, and some kind of | | | **Re: [95:21-96:5]**<br>602, 701, 401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 96 2<br>96 3<br>96 4<br>96 5 | apparatus at the top right.<br>Which of these three testing scenarios or<br>four testing scenarios concern REAT testing?<br>A.  The picture on the left. | | | |
| **96:9 - 96:12**<br>96 9<br>96 10<br>96 11<br>96 12 | **Kieper, Ronald 12-19-2019**<br>Q.  All right.  I guess we'll just orient<br>ourselves to the picture on the left is the gentleman<br>sitting in the middle of a room?<br>A.   Yes. | | **Re: [96:9-96:13]**<br>602, 701, 401, 403 | **OVERRULED** |
| **97:7 - 97:20**<br>97 7<br>97 8<br>97 9<br>97 10<br>97 11<br>97 12<br>97 13<br>97 14<br>97 15<br>97 16<br>97 17<br>97 18<br>97 19<br>97 20 | **Kieper, Ronald 12-19-2019**<br>Q.   And so how does that work, sir?  He is<br>sitting there and how does the test run?<br>A.   In the room there are three sets of loud<br>speakers, and for real-ear testing, the person sits<br>there, sits in the chair and responds to the test<br>tones when they are presented in the room.<br>Q.   Okay.  And he is holding something in his<br>hand.  What's that?<br>A.   We call that our -- the hand switch.<br>Q.   And what's that?<br>A.   It has a light that goes -- that a person<br>can place his or her thumb or finger in and that --<br>that allows the person to control the loudness of the<br>test tones. | | **Re: [97:2-98:10]**<br>602, 701, 401, 403 | **OVERRULED** |
| **98:18 - 99:12**<br>98 18<br>98 19<br>98 20<br>98 21<br>standard<br>98 22<br>do<br>98 23<br>98 24<br>98 25<br>99 1<br>99 2<br>either<br>99 3 | **Kieper, Ronald 12-19-2019**<br>Q.   But before they are actually, you know,<br>starting this test, I guess if you are measuring a<br>hearing protection device, and you are running let's<br>call it an Experimenter-Fit, this ANSI S3.12<br><br>you were talking about before, S3.19 standard, what<br><br>you do before you start the test?<br>A.   Well, our normal procedure would be to<br>talk to the person outside the room, explain what --<br>what device we are testing, and then we'd go into the<br>room and get the person situated, and we would<br><br>begin to test with an open condition of their ears, | | **Re: [98:18-99:25]**<br>602, 701, 401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 99 4    meaning there is nothing in their ears, or covering<br>99 5    their ears, or a protected condition with the hearing<br>99 6    protector either inserted if it's a plug or over their<br>99 7    ears if it's an earmuff, so.<br>99 8    Q.   Now, are they actually sitting in that<br>99 9    chair that we are looking at on the screen when you as<br>99 10    the experimenter fit them with hearing protection to<br>99 11    test?<br>99 12    A.   Yes. | | | | |
| **99:13 - 99:16    Kieper, Ronald 12-19-2019**<br>99 13    Q.   So if they are in the open position, as I<br>99 14    understand it, an open position means they don't have<br>99 15    any hearing protection on them, right?<br>99 16    A.   Yes. | | | Re: [98:18-99:25]<br>602, 701, 401, 403 | OVERRULED |
| **99:17 - 100:12    Kieper, Ronald 12-19-2019**<br>99 17    Q.   And so what you are doing when you run<br>99 18    these tests is you are measuring the open position,<br>99 19    you know, how -- what's the earliest point in time<br>99 20    they can hear versus not hear particular tones, right?<br>99 21    A.   Yes.<br>99 22    Q.   And then you put the hearing protection on<br>99 23    and you see what's the earlier point in time that they<br>99 24    can hear or not hear particular tones when they have<br>99 25    the hearing protection on, right?<br>100 1    A.   Yes.<br>100 2    Q.   And then what you do is you measure -- you<br>100 3    subtract those two sound levels and compute an<br>100 4    attenuation at that given tone for that particular<br>100 5    test observation?<br>100 6    A.   That's accurate, yes.<br>100 7    Q.   And if you were running, as you said, an<br>100 8    ANSI '74 test for labeling purposes, you would<br>100 9    actually do three tests like that, open and closed,<br>100 10    for each test subject, correct?<br>100 11    A.   Yes, three repetitions of the open and<br>100 12    closed testing. | | | Re: [98:18-99:25]<br>602, 701, 401, 403<br>Re: [100:1-101:25]<br>401, 403, 701 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| **100:13 - 101:3   Kieper, Ronald 12-19-2019** | | | **Re: [100:1-101:25]** | **OVERRULED** |
| 100 13    Q.   And so when you go in to fit the hearing | | | 401, 403, 701 | |
| 100 14    protection device to test the closed attenuation value | | | | |
| 100 15    for somebody, describe that process for me? | | | | |
| 100 16    A.   I would go into the room and insert the | | | | |
| 100 17    hearing protector in their ears.  If it's a foam plug, | | | | |
| 100 18    we'd let it expand until it is fully expanded, then | | | | |
| 100 19    the person can turn on what we call fitting noise. | | | | |
| 100 20    This -- the room itself is soundproof, it is very low | | | | |
| 100 21    level, there is no HVAC noises or other machinery | | | | |
| 100 22    noises.  It is very quiet.  So we would -- we'd turn | | | | |
| 100 23    on the fitting noise and the person, the test subject | | | | |
| 100 24    has been trained on using the fitting noise to assess | | | | |
| 100 25    the fit of the hearing protector.  And they would | | | | |
| 101 1    cover and uncover their ears and do other things to | | | | |
| 101 2    confirm that the hearing protector was donned | | | | |
| 101 3    appropriately, that we were getting a good fit. | | | | |
| **101:4 - 101:18   Kieper, Ronald 12-19-2019** | | | **Re: [100:1-101:25]** | **OVERRULED** |
| 101 4    Q.   I see. | | | 401, 403, 701 | |
| 101 5    So before you start administering the | | | | |
| 101 6    tones to somebody, let's say it's the first -- the | | | | |
| 101 7    first iteration of a closed test on a REAT test -- | | | | |
| 101 8    A.   Yes. | | | | |
| 101 9    Q.    -- the person sitting in the chair, we see | | | | |
| 101 10    the picture on the screen, you would walk in and say, | | | | |
| 101 11    Okay.  Now we are going to do the closed end.  Here is | | | | |
| 101 12    the hearing protection device I am going to insert. | | | | |
| 101 13    And then you would insert it in the subject's ears for | | | | |
| 101 14    them, is that correct? | | | | |
| 101 15    A.   Yes. | | | | |
| 101 16    Q.   And then you would play what you called | | | | |
| 101 17    "fitting noise," is that right? | | | | |
| 101 18    A.   Yes. | | | | |
| **102:1 - 102:4   Kieper, Ronald 12-19-2019** | Re: [102:1-102:7] | Re: [102:1-102:7] | | |
| 102 1    Q.   And so the goal then is you fit them. | Def Objection - Vague; | Def Objection - | | |
| 102 2    Do you visually check to make sure they | misstates (611, 403) | | | |

| | | | | |
|---|---|---|---|---|
| 102 3 from<br>102 4 | are seated the way they are supposed to be seated<br>your perspective as an expert fitter? | | Vague;<br>misstates (611,<br>403)<br>OVERRULED | |
| **102:7 - 102:7   Kieper, Ronald 12-19-2019**<br>102 7 | A.   I -- I do a visual check, yes. | **Re: [102:1-102:7]**<br>Def Objection - Vague;<br>misstates (611, 403) | **Re: [102:1-102:7]**<br>Def Objection -<br>Vague;<br>misstates (611,<br>403)<br>**OVERRULED** | |
| **102:16 - 102:20   Kieper, Ronald 12-19-2019**<br>102 16 | Q.   So step one is you go in, you insert the<br>earplugs, you assure yourself to your satisfaction<br>that you have a good fit from optical inspection,<br>you looking at the fit in the ear, fair?<br>A.   Yes. | | | |
| 102 17 | | | | |
| 102 18 from | | | | |
| 102 19 | | | | |
| 102 20 | | | | |
| **102:21 - 102:23   Kieper, Ronald 12-19-2019**<br>102 21<br>102 22<br>102 23 attenuation? | Q.   Then either you turn on the fitting noise<br>or the subject turns on the fitting noise and they can<br>check to see whether they are discerning | | | |
| **103:1 - 103:3   Kieper, Ronald 12-19-2019**<br>103 1<br>103 2<br>103 3 | A.   They -- yes, they can assess how well the<br>hearing protector is fitting them by listening to the<br>fitting noise. | | | |
| **103:5 - 103:7   Kieper, Ronald 12-19-2019**<br>103 5<br>103 6<br>103 7 | Q.   And after you determine that the subject<br>has a good or an adequate fit, then you step out and<br>administer the test? | **Re: [103:5-103:12]**<br>Def Objection - Misstates<br>(611, 403) | **Re: [103:5-103:12]**<br>Def Objection -<br>Misstates (611,<br>403)<br>**OVERRULED** | |
| **103:10 - 103:21   Kieper, Ronald 12-19-2019**<br>103 10<br>103 11<br>103 12<br>103 13 | A.   If it's the first test, as you were<br>talking about, we would let them sit in the room for<br>five minutes before the test began.<br>BY MR. BUCHANAN: | **Re: [103:5-103:12]**<br>Def Objection - Misstates<br>(611, 403) | **Re: [103:5-103:12]**<br>Def Objection -<br>Misstates (611, | **Re: [103:14-103:21]**<br>401, 403, 701 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 103 14   Q.   Okay.  And you can see them when they are<br>103 15   in the room, right?<br>103 16   A.   Yes.  There is a window through which I<br>103 17   can see them.<br>103 18   Q.   And you'd be sitting kind of on the other<br>103 19   side of that window administering the test from the<br>103 20   other side of the glass, so to speak?<br>103 21   A.   Yes. | | 403)<br>**OVERRULED** | |
| **103:25 - 104:3   Kieper, Ronald 12-19-2019**<br>103 25   Q.   Are the instructions to the subject to sit<br>104 1   still and don't touch the hearing protectors after<br>104 2   they've been fit?<br>104 3   A.   Yes. | | | **Re: [103:25-104:3]**<br>401, 403, 701 | **OVERRULED** |
| **104:4 - 104:16   Kieper, Ronald 12-19-2019**<br>104 4   Q.   Okay.  And so the conducting a test,<br>104 5   according to the ANSI '74 standard, you would fit the<br>104 6   device, you would check with the subject to make sure<br>104 7   the subject discerned an appropriate fit, you would<br>104 8   turn on the fitting noise, and then you would leave<br>104 9   the room and let the person sit there for a period of<br>104 10   time.  Five minutes, I think you said?<br>104 11   A.   Before the first test, five minutes, yes.<br>104 12   Q.   Okay.  And so then you play the tones and<br>104 13   you describe the process of the person's thumb going<br>104 14   up and down to discern when they heard or didn't hear<br>104 15   particular tones, right?<br>104 16   A.   Yes. | | | |
| **104:17 - 104:22   Kieper, Ronald 12-19-2019**<br>104 17   Q.   Then as I understand it, there are -- the<br>104 18   subject has as part of an ANSI '74 test, they'll go<br>104 19   through these series of tones three times, right, open<br>104 20   and closed?<br>104 21   A.   A total of six times, yes, three open,<br>104 22   three closed, correct. | | | **Re: [104:17-104:22]**<br>401, 403, 701 | **OVERRULED** |

**104:23 - 105:13   Kieper, Ronald 12-19-2019**

| | | | | |
|---|---|---|---|---|
| 104 23 | Q.   Okay.  So then when you come back the | | | |
| 104 24 | second time to do the second test to closed, how do | | | |
| 104 25 | you do that? | | | |
| 105 1 | A.   We would do the same procedure as the | | | |
| 105 2 | first time with the exception of not waiting the five | | | |
| 105 3 | minutes. | | | |
| 105 4 | Q.   Oh, so you'd go back in and even though | | | |
| 105 5 | you've put them in once for the person, and the person | | | |
| 105 6 | probably nows what -- knows what they feel like, you | | | |
| 105 7 | go back and you put them in for each of the next two | | | |
| 105 8 | tests as well when you are testing closed position? | | | |
| 105 9 | A.   Yes, Experimenter-Fit. | | | |
| 105 10 | Q.   Same process, visual inspection, fitting | | | |
| 105 11 | noise either controlled by you or the subject, and you | | | |
| 105 12 | confirm with the subject that they are properly fit, | | | |
| 105 13 | correct? | | | |

**105:16 - 105:25   Kieper, Ronald 12-19-2019**

| | | | | |
|---|---|---|---|---|
| 105 16 | A.   Yes. | | | |
| 105 17 | BY MR. BUCHANAN: | | | |
| 105 18 | Q.   You don't run the tests if you don't think | | | |
| 105 19 | they are adequately fit, right? | | | |
| 105 20 | A.   I -- I fit them to the -- for best fit and | | | |
| 105 21 | then we run the test. | | | |
| 105 22 | Q.   Right. | | | |
| 105 23 | And the way you check and confirm the fit | | | |
| 105 24 | is both visually, right, that's one way? | | | |
| 105 25 | A.   That's one way, yes. | | | |

**105:18 - 106:9   Kieper, Ronald 12-19-2019**

| | | | | |
|---|---|---|---|---|
| 105 18 | Q.   You don't run the tests if you don't think | | Re: [105:18-106:8] | **OVERRULED** |
| 105 19 | they are adequately fit, right? | | 401, 403, 701 | |
| 105 20 | A.   I -- I fit them to the -- for best fit and | | | |
| 105 21 | then we run the test. | | | |
| 105 22 | Q.   Right. | | | |
| 105 23 | And the way you check and confirm the fit | | | |

| | | | | |
|---|---|---|---|---|
| 105 24    is both visually, right, that's one way?<br>105 25    A.   That's one way, yes.<br>106 1    Q.   Through the use of fitting noise is<br>106 2    another way, right?<br>106 3    A.   Yes.<br>106 4    Q.   And then through confirmation with the<br>106 5    subject, right?<br>106 6    A.   Yes.<br>106 7    Q.   Each of those three ways each time you run<br>106 8    a closed test, right?<br>106 9    A.   Yes, a combination. | | | | |
| **106:15 - 106:18    Kieper, Ronald 12-19-2019**<br>106 15    Q.   I'm advised through searching for your<br>106 16    initials in that database, sir, we identify almost<br>106 17    2,000 tests that you ran over the years, 1924.<br>106 18    Does that sound about right to you? | Re: [106:15-106:22]<br>Def Objection - Vague (611, 403); foundation (602) | Re: [106:15-106:22]<br>Def Objection - Vague (611, 403); foundation (602)<br>**OVERRULED** | | |
| **106:21 - 106:22    Kieper, Ronald 12-19-2019**<br>106 21    A.   That's as good an estimate as I could<br>106 22    make, yes. | Re: [106:15-106:22]<br>Def Objection - Vague (611, 403); foundation (602) | Re: [106:15-106:22]<br>Def Objection - Vague (611, 403); foundation (602)<br>**OVERRULED** | | |
| **107:18 - 108:4    Kieper, Ronald 12-19-2019**<br>107 18    I am passing you Exhibit 10, sir, to your<br>107 19    deposition.  It is a PowerPoint called Hearing<br>107 20    Protector Attenuation.  This has the 3M logo on it.<br>107 21    And do you recall, sir, 3M bought Aearo in<br>107 22    2000 -- 2007-2008?<br>107 23    A.   2008, I believe, yes.<br>107 24    Q.   That's when it went final in 2008?<br>107 25    A.   That's my understanding, yes.<br>108 1    Q.   Okay.  We see some PowerPoints obviously<br>108 2    with 3M logos, sometimes Cabot logos, sometimes<br>Aearo, | | | Re: [107:18-108:4]<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 108 3   but effectively the same lab the whole time, right?<br>108 4     A.  Yes.  The lab didn't change. | | | | |
| **111:25 - 112:10   Kieper, Ronald 12-19-2019**<br>111 25     Q.  Okay.  And Mr. Berger would come down from<br>112 1     time to time and watch the test being conducted?<br>112 2     A.  Yes, he could, sure.<br>112 3     Q.  Come down from time to time and talk to<br>112 4     you when you were conducting tests?<br>112 5     A.  Yes.<br>112 6     Q.  And he was the lab director?<br>112 7     A.  That -- yeah, I think that may be what he<br>112 8     was called in -- in the NVLAP, but, yes, that's a --<br>112 9     he was the -- he oversaw the construction and -- and<br>112 10     was, yeah, the lab director. | Re: [111:25-112:10]<br>Def Objection - Relevance<br>(401, 402) | Re: [111:25-112:10]<br>Def Objection - Relevance<br>(401, 402)<br>**OVERRULED** | | |
| **112:11 - 112:12   Kieper, Ronald 12-19-2019**<br>112 11     Q.  And he -- he guided the tests that you<br>112 12     conducted, fair? | Re: [112:11-112:17]<br>Plt Objection - beyond the<br>scope of a clarification counter<br>and answer is non responsive<br>beyond the answer "no" | Re: [112:11-112:17]<br>Plt Objection -<br>beyond the<br>scope of a<br>clarification<br>counter and<br>answer is non<br>responsive<br>beyond the<br>answer "no"<br>**SUSTAINED**<br>**as to [112:14-**<br>**112:17]**<br>**OVERRULED**<br>**in all other**<br>**respects** | | |
| **112:15 - 112:17   Kieper, Ronald 12-19-2019**<br>112 15     A.  No.  The -- the tests, if you are talking<br>112 16     about a labeling test, a real-ear test, I was guided<br>112 17     by the ANSI standard. | Re: [112:11-112:17]<br>Plt Objection - beyond the<br>scope of a clarification counter<br>and answer is non responsive<br>beyond the answer "no" | Re: [112:11-112:17]<br>Plt Objection -<br>beyond the<br>scope of a<br>clarification<br>counter and | | |

| | | | | |
|---|---|---|---|---|
| | | answer is non responsive beyond the answer "no" **SUSTAINED as to [112:14-112:17] OVERRULED in all other respects** | | |
| **112:21 - 113:6   Kieper, Ronald 12-19-2019**<br>112 21      In terms of telling you what product you<br>112 22      were going to test or what testing was going to be<br>112 23      done this week, I mean, he would essentially marshal<br>112 24      out the testing for you to do, fair?<br>112 25      A.   He -- yes, he guided -- he told me what he<br>113 1      wanted done, yes.<br>113 2      Q.   Right.<br>113 3      This week we are going to test Combat Arms<br>113 4      Version 2, he'd tell you that, and it's a labeling<br>113 5      test, and you would go about doing so, fair?<br>113 6      A.   Sure. | | | **Re: [112:21-113:13]**<br>701, 401, 403, 602 | **OVERRULED** |
| **113:7 - 113:10   Kieper, Ronald 12-19-2019**<br>113 7      Q.   Okay.  If you go to the .8, we see<br>113 8      real-ear attenuation at threshold.  That's the gold<br>113 9      standard for hearing protection attenuation<br>113 10      measurement, isn't it, sir? | | | **Re: [112:21-113:13]**<br>701, 401, 403, 602 | **OVERRULED** |
| **113:13 - 113:13   Kieper, Ronald 12-19-2019**<br>113 13      A.   That's what it says on this document. | | | **Re: [112:21-113:13]**<br>701, 401, 403, 602 | **OVERRULED** |
| **116:3 - 116:11   Kieper, Ronald 12-19-2019**<br>116 3      Q.   Okay.  When you were doing label testing<br>116 4      for the company's products, were you allowed to use<br>116 5      company employees in the testing?<br>116 6      A.   Yes.<br>116 7      Q.   Your procedures permitted that?<br>116 8      A.   Yes.<br>116 9      Q.   Did your policy and procedure manual<br>116 10      describe that you would use company employees to | **Re: [116:3-116:17]**<br>Def Objection - Relevance (401, 402)<br>**Re: [116:9-116:17]**<br>Def Objection - Foundation (602); relevance (401, 402) | Re: [116:3-116:17]<br>Def Objection - Relevance (401, 402)<br>**OVERRULED**<br>Re: [116:9-116:17]<br>Def Objection - | | |

| | | | | |
|---|---|---|---|---|
| test<br>116 11    your own products? | | Foundation (602); relevance (401, 402)<br>**OVERRULED** | | |
| **116:14 - 116:17   Kieper, Ronald 12-19-2019**<br>116 14    A.  I don't recall specifically what it says<br>116 15    in the -- in the manual regarding that, but some of<br>116 16    the test subjects were employees or relatives of<br>116 17    employees. | **Re: [116:3-116:17]**<br>Def Objection - Relevance (401, 402)<br>**Re: [116:9-116:17]**<br>Def Objection - Foundation (602); relevance (401, 402) | **Re: [116:3-116:17]**<br>Def Objection - Relevance (401, 402)<br>**OVERRULED**<br>**Re: [116:9-116:17]**<br>Def Objection - Foundation (602); relevance (401, 402)<br>**OVERRULED** | | |
| **116:19 - 116:25   Kieper, Ronald 12-19-2019**<br>116 19    Q.  Separating what you were allowed to do,<br>116 20    what was in the procedure manual, what NVLAP would<br>116 21    have permitted, as a practice when the company was<br>116 22    testing its products, quite often the test subjects<br>116 23    included company employees, is that true?<br>116 24    A.  Yes, company employees were on our test<br>116 25    panel. | | | | |
| **117:13 - 117:14   Kieper, Ronald 12-19-2019**<br>117 13    Q.  Who -- who created the policies for the<br>117 14    lab? | **Re: [117:13-117:17]**<br>Def Objection - Vague (611, 403) | **Re: [117:13-117:17]**<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | | |
| **117:17 - 118:1   Kieper, Ronald 12-19-2019**<br>117 17    A.  Elliott Berger.<br>117 18    BY MR. BUCHANAN:<br>117 19    Q.  He created the policies for the lab at all | **Re: [117:13-117:17]**<br>Def Objection - Vague (611, 403) | **Re: [117:13-117:17]**<br>Def Objection - Vague (611, | **Re: [117:18-117:21]**<br>401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 117 20   times you were there?<br>117 21      A.   As far as I remember, yes.<br>117 22      Q.   So when you were running testing in the<br>117 23      Aearo lab, it was your understanding there was no<br>117 24      prohibition against using company employees to do<br>117 25      labeling tests for company products, is that right?<br>118 1      A.   That's correct. | **Re: [117:22-118:1]**<br>Def Objection - Relevance<br>(401, 402) | 403)<br>**OVERRULED**<br>Re: [117:22-118:1]<br>Def Objection -<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |
| **118:2 - 118:5   Kieper, Ronald 12-19-2019** | | | | |
| 118 2      Q.   From your perspective, it was consistent<br>118 3      with the policies that Mr. Berger had laid out for<br>118 4      company employees to participate in REAT testing on<br>118 5      products they may have had involvement with? | | | | |
| **118:8 - 118:8   Kieper, Ronald 12-19-2019** | | | | |
| 118 8      A.   I don't know about that. | | | | |
| **119:18 - 119:20   Kieper, Ronald 12-19-2019** | | | **Re: [119:18-119:20]**<br>401, 403, 602 | **OVERRULED** |
| 119 18      Q.   Exhibit 10.  I'd like to direct your<br>119 19      attention to ratings.  It is on .19 -- .16.  Excuse<br>119 20      me. | | | | |
| **119:24 - 120:4   Kieper, Ronald 12-19-2019** | | | **Re: [119:24-119:25]**<br>401, 403, 602<br>**Re: [120:1-120:24]**<br>401, 403, 602 | **OVERRULED** |
| 119 24      Q.   "HPD Ratings," .16.<br>119 25      It says:  "How are attenuation data used<br>120 1      and calculated" -- "to calculate a single numbered<br>120 2      rating?"<br>120 3      Do you see that?<br>120 4      A.   Yes. | | | | |
| **120:5 - 120:18   Kieper, Ronald 12-19-2019** | | | **Re: [120:1-120:24]**<br>401, 403, 602<br>**Re: [120:14-120:18]**<br>701 | **OVERRULED** |
| 120 5      Q.   Okay.  And then it goes through how<br>120 6      "Ratings are based" -- "are all based on REAT<br>120 7      measurements (human subjects)."<br>120 8      Do you see that?<br>120 9      A.   Yes.<br>120 10      Q.   "Measurement differences between<br>120 11      standards."<br>120 12      Do you see that?<br>120 13      A.   Yes.<br>120 14      Q.   Because there are different ways that you<br>120 15      can run REAT tests, right? | | | | |

| | | | | |
|---|---|---|---|---|
| 120 16      A.   There is different rules for different --<br>120 17      from different standards and different countries and<br>120 18      et cetera. | | | | |
| **120:19 - 120:25   Kieper, Ronald 12-19-2019**<br>120 19      Q.   It says:  "The Goal:  The rating is<br>120 20      intended to be subtracted from noise exposure<br>120 21      information to determine if attenuation is adequate<br>120 22      for each worker."<br>120 23      Do you see that?<br>120 24      A.   I see that.<br>120 25      Q.   Do you agree with that? | **Re: [120:25-121:4]**<br>Def Objection - Foundation<br>(602); 702 | Re: [120:25-<br>121:4]<br>Def Objection -<br>Foundation<br>(602); 702<br>**OVERRULED** | **Re: [120:1-120:24]**<br>401, 403, 602 | **OVERRULED** |
| **121:3 - 121:4   Kieper, Ronald 12-19-2019**<br>121 3      A.   That's -- that's one way to -- to use the<br>121 4      NRR. | **Re: [120:25-121:4]**<br>Def Objection - Foundation<br>(602); 702 | Re: [120:25-<br>121:4]<br>Def Objection -<br>Foundation<br>(602); 702<br>**OVERRULED** | | |
| **121:6 - 121:16   Kieper, Ronald 12-19-2019**<br>121 6      Q.   And it says the goal -- the next goal:<br>121 7      "Rating should represent most users."<br>121 8      Do you see that?<br>121 9      A.   I see that, yes.<br>121 10      Q.   Okay.  And then on the next page we<br>121 11      actually see example of some attenuation data from<br>a<br>121 12      test, right?<br>121 13      A.   Yes.<br>121 14      Q.   And this is the .17.<br>121 15      These -- the subject initials are actually<br>121 16      folks from your E-A-RCAL Lab, right? | **Re: [121:15-121:19]**<br>Def Objection - Foundation<br>(602); relevance (401, 402) | Re: [121:15-<br>121:19]<br>Def Objection -<br>Foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | **Re: [121:6-121:14]**<br>401, 402, 602 | **OVERRULED** |
| **121:19 - 121:19   Kieper, Ronald 12-19-2019**<br>121 19      A.   I recognize the initials, yes. | **Re: [121:15-121:19]**<br>Def Objection - Foundation<br>(602); relevance (401, 402) | Re: [121:15-<br>121:19]<br>Def Objection -<br>Foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | | |

| 121:21 - 122:16   Kieper, Ronald 12-19-2019 | Re: [121:21-122:16] | Re: [121:21-122:16] | | |
|---|---|---|---|---|
| 121 21      Q.   Okay.  Any of those folks Aearo employees<br>121 22      during your time at Aearo, sir?<br>121 23      A.   One, two --<br>121 24      Q.   To your memory?<br>121 25      A.    -- three.  Three were employees that I<br>122 1      recall.<br>122 2      Q.   Three.  Who were they?<br>122 3      A.   GWG, TLS and BAK.<br>122 4      Q.   Any of those folks on the list family<br>122 5      members of employees?<br>122 6      A.   Yes.<br>122 7      Q.   Who?<br>122 8      A.   I could be wrong, but I believe KJC was<br>122 9      married to an employee, whoever she was married<br>to<br>122 10      they divorced, but she wasn't married at the time<br>that<br>122 11      I worked with her.  She was on the test panel before<br>I<br>122 12      came.  And DVF is the wife of an employee.<br>122 13      Q.   Who is the employee?<br>122 14      A.   Robert Falco.<br>122 15      CRF is my stepson.  CRR is Christopher<br>122 16      Rowland of whom we spoke earlier. | Def Objection - Relevance<br>(401, 402) | Def Objection -<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |
| 122:22 - 122:25   Kieper, Ronald 12-19-2019 | Re: [122:22-122:25] | Re: [122:22-122:25] | | |
| 122 22      Q.   Okay.  So from the -- of the ten people on<br>122 23      this example attenuation report, there are three<br>122 24      employees and four family members of employees?<br>122 25      A.   Yes. | Def Objection - Relevance<br>(401, 402) | Def Objection -<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |
| 124:12 - 124:21   Kieper, Ronald 12-19-2019 | Re: [124:12-124:21] | Re: [124:12-124:21] | | |
| 124 12      Q.   So you'd reuse -- excuse the language --<br>124 13      but these test subjects could be used over and over<br>124 14      and over again to test Aearo products?<br>124 15      A.   They could test Aearo products and<br>124 16      other -- other products also, yes.<br>124 17      Q.   And did that happen, did any of these<br>124 18      people participate in multiple tests, these employees | Def Objection - Relevance<br>(401, 402) | Def Objection -<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| 124 19 | and family members? | | | |
| 124 20 | A.   Well, all of the -- all of the test | | | |
| 124 21 | subjects participated in multiple tests, yes. | | | |
| **124:22 - 125:5   Kieper, Ronald 12-19-2019** | | | | |
| 124 22 | Q.   So when you were running a -- a labeling | | | |
| 124 23 | test or -- you didn't just go out into the community | | | |
| 124 24 | and work with someone to bring in test subjects that | | | |
| 124 25 | you would fit? | | | |
| 125 1 | A.   New test subjects came in throughout my | | | |
| 125 2 be | tenure there, so they would come in and they would | | | |
| 125 3 | trained to be a test subject, and they -- then they | | | |
| 125 4 used | could be -- once they were trained, they could be | | | |
| 125 5 | in -- in the real-ear testing. | | | |
| **127:7 - 127:11   Kieper, Ronald 12-19-2019** | | | | |
| 127 7 | Q.   Okay.  And you understand, really, the | | | |
| 127 8 population | concept of this NRR is based on a normal | | | |
| 127 9 | distribution, right? | | | |
| 127 10 | A.   I -- I am not familiar with, you know, | | | |
| 127 11 | that distribution.  I don't know. | | | |
| **132:6 - 132:8   Kieper, Ronald 12-19-2019** | | | | |
| 132 6 | Q.   And so the concept of the NRR, sir, is | | | |
| 132 7 | that 98 percent of the population should get | | | |
| 132 8 | protection greater than that NRR, right? | | | |
| **132:12 - 132:13   Kieper, Ronald 12-19-2019** | | | | |
| 132 12 | A.   I don't -- I don't know that that's the | | | |
| 132 13 | case. | | | |
| **132:15 - 132:15   Kieper, Ronald 12-19-2019** | | | | |
| 132 15 | Q.   You didn't have that understanding? | | | |
| **132:18 - 132:18   Kieper, Ronald 12-19-2019** | | | | |
| 132 18 | Q.   Or nobody told you that? | | | |
| **132:21 - 132:21   Kieper, Ronald 12-19-2019** | | | | |
| 132 21 | A.   No. | | | |
| **132:23 - 133:2   Kieper, Ronald 12-19-2019** | | Re: [132:23-133:5] | Re: [132:23-133:5] | |
| 132 23 | Q.   Okay.  I'm just wondering, sir, in | Def Objection - Foundation | Def Objection - | |
| 132 24 | connection with these tests, when you were | | | |

| | | | | |
|---|---|---|---|---|
| composing<br>132 25  your test panels, did you attempt to get a random<br>133 1  sample of the users who would be using the product as<br>133 2  your test subjects? | (602); vague (611, 403); prejudicial (403) | Foundation (602); vague (611, 403); prejudicial (403)<br>**OVERRULED** | | |
| **133:5 - 133:5   Kieper, Ronald 12-19-2019**<br>133 5  A.  No. | **Re: [132:23-133:5]**<br>Def Objection - Foundation (602); vague (611, 403); prejudicial (403) | Re: [132:23-133:5]<br>Def Objection - Foundation (602); vague (611, 403); prejudicial (403)<br>**OVERRULED** | | |
| **133:7 - 133:10   Kieper, Ronald 12-19-2019**<br>133 7  Q.  What measures did you take, sir, to ensure<br>133 8  that the test subjects actually represented a normal<br>133 9  distribution of the population that would be exposed<br>133 10  to the product? | **Re: [133:7-133:13]**<br>Def Objection - Vague (611, 403); prejudicial (403) | Re: [133:7-133:13]<br>Def Objection - Vague (611, 403); prejudicial (403)<br>**OVERRULED** | | |
| **133:13 - 133:13   Kieper, Ronald 12-19-2019**<br>133 13  A.  I didn't do anything like that. | **Re: [133:7-133:13]**<br>Def Objection - Vague (611, 403); prejudicial (403) | Re: [133:7-133:13]<br>Def Objection - Vague (611, 403); prejudicial (403)<br>**OVERRULED** | | |
| **133:15 - 133:23   Kieper, Ronald 12-19-2019**<br>133 15  Q.  Mr. Berger never instructed you to do<br>133 16  that?<br>133 17  A.  I don't recall that, no.<br>133 18  Q.  You understand for this to work, sir, for<br>133 19  the NRRs to have real-world implications, the test<br>133 20  subjects have -- actually have to be sampled in a<br>133 21  manner that represents a normal sample of the | **Re: [133:18-134:1]**<br>Def Objection - Foundation (602); 702; prejudicial (403); vague; argumentative (611, 403) | Re: [133:18-134:1]<br>Def Objection - Foundation (602); 702; prejudicial (403); vague; argumentative | **Re: [133:15-133:17]**<br>401, 403 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 133 22    population that's going to be exposed to the product.<br>133 23    Did you know that? | | (611, 403)<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| **134:1 - 134:1    Kieper, Ronald 12-19-2019**<br>134 1        A.   No, I didn't know that. | **Re: [133:18-134:1]**<br>Def Objection - Foundation (602); 702; prejudicial (403); vague; argumentative (611, 403) | Re: [133:18-134:1]<br>Def Objection - Foundation (602); 702; prejudicial (403); vague; argumentative (611, 403)<br>**OVERRULED** | | |
| **134:3 - 134:7    Kieper, Ronald 12-19-2019**<br>134 3        Q.   What assurance, sir, do we have then if<br>134 4        you didn't do that that the NRRs the company put on<br>134 5        its products would indeed provide that minimum level<br>134 6        of protection to 98 percent of the people that used<br>134 7        it? | **Re: [134:3-134:10]**<br>Def Objection - Foundation (602); 702; vague; misstates; argumentative (611, 403) | Re: [134:3-134:10]<br>Def Objection - Foundation (602); 702; vague; misstates; argumentative (611, 403)<br>**OVERRULED** | | |
| **134:10 - 134:10    Kieper, Ronald 12-19-2019**<br>134 10       A.   I don't know. | **Re: [134:3-134:10]**<br>Def Objection - Foundation (602); 702; vague; misstates; argumentative (611, 403) | Re: [134:3-134:10]<br>Def Objection - Foundation (602); 702; vague; misstates; argumentative (611, 403)<br>**OVERRULED** | | |
| **136:12 - 136:22    Kieper, Ronald 12-19-2019**<br>136 12       Moving beyond some of the preliminary<br>136 13       issues, as I understand your testimony to this point,<br>136 14       your -- your testing with regard to the Combat Arms<br>136 15       involved really three areas:  REAT testing, insertion | **Re: [136:20-136:25]**<br>Def Objection - Vague; misstates (611, 403) | Re: [136:20-136:25]<br>Def Objection - Vague; misstates (611, | **Re: [136:12-136:19]**<br>701, 401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 136 16   loss testing and I'll call it acoustic resistance<br>136 17   measurement of the Combat Arms.<br>136 18   Fair?<br>136 19   A.   Yes.<br>136 20   Q.   Okay.  With regard to human testing or<br>136 21   gold standard testing, what type of tests would<br>those<br>136 22   be? | | | 403)<br>**OVERRULED** | |
| **136:25 - 137:7   Kieper, Ronald 12-19-2019**<br>136 25   A.   Human testing is real-ear testing.<br>137 1   BY MR. BUCHANAN:<br>137 2   Q.   Is what testing, sir?  I'm sorry.<br>137 3   A.   Real-ear.<br>137 4   Q.   Real-ear testing.<br>137 5   We've seen the acronym in documents "REAT"<br>137 6   testing?<br>137 7   A.   Yes. | Re: [136:20-136:25]<br>Def Objection - Vague;<br>misstates (611, 403) | Re: [136:20-<br>136:25]<br>Def Objection -<br>Vague;<br>misstates (611,<br>403)<br>**OVERRULED** | Re: [137:1-137:7]<br>701, 401, 403 | **OVERRULED** |
| **142:6 - 142:7   Kieper, Ronald 12-19-2019**<br>142 6   Q.   Okay.  In fact, the product went to market<br>142 7   with no REAT testing, right? | Re: [142:6-142:10]<br>Def Objection - Foundation<br>(602); vague; misstates (611,<br>403) | Re: [142:6-<br>142:10]<br>Def Objection -<br>Foundation<br>(602); vague;<br>misstates (611,<br>403)<br>**OVERRULED** | | |
| **142:10 - 142:10   Kieper, Ronald 12-19-2019**<br>142 10   A.   I don't know that. | Re: [142:6-142:10]<br>Def Objection - Foundation<br>(602); vague; misstates (611,<br>403) | Re: [142:6-<br>142:10]<br>Def Objection -<br>Foundation<br>(602); vague;<br>misstates (611,<br>403)<br>**OVERRULED** | | |
| **143:14 - 143:16   Kieper, Ronald 12-19-2019**<br>143 14   Q.   Certainly as of several months after the<br>143 15   product had already been sold, you still didn't have<br>143 16   any REAT testing on this product, right? | | | Re: [143:14-143:23]<br>602, 401, 403 | **OVERRULED** |
| **143:19 - 143:23   Kieper, Ronald 12-19-2019**<br>143 19   A.   I don't know when it was begun to be sold. | | | Re: [143:14-143:23]<br>602, 401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 143 20   BY MR. BUCHANAN:<br>143 21   Q.   Let's say as of November of 1999, you<br>143 22   didn't have any REAT testing on this product, right,<br>143 23   sir? | | | | |
| **144:1 - 144:1**   Kieper, Ronald 12-19-2019<br>144 1   A.   I don't know. | | | Re: [144:1-144:1]<br>602, 401, 403 | OVERRULED |
| **144:3 - 144:4**   Kieper, Ronald 12-19-2019<br>144 3   Q.   Well, when did you all start the testing<br>144 4   on this product, sir, REAT testing? | | | | |
| **144:7 - 144:9**   Kieper, Ronald 12-19-2019<br>144 7   A.   I don't know.  I'd have to look at the<br>144 8   test reports to -- to tell me when the testing was<br>144 9   done. | | | | |
| **144:15 - 144:19**   Kieper, Ronald 12-19-2019<br>144 15   Q.   I'm passing you Exhibit 12, sir.<br>144 16   This is an e-mail from Mr. Berger at his,<br>144 17   I guess his personal e-mail account to Brian Myers.<br>144 18   Do you see that?<br>144 19   A.   Yes. | | | Re: [144:15-144:19]<br>401, 403, 602, Baker MIL 1 | OVERRULED |
| **144:20 - 144:22**   Kieper, Ronald 12-19-2019<br>144 20   Q.   Did Mr. Berger from time to time use his<br>144 21   personal e-mail account to correspond on company<br>144 22   business? | | | | |
| **144:25 - 144:25**   Kieper, Ronald 12-19-2019<br>144 25   A.   I don't know. | | | | |
| **145:4 - 145:6**   Kieper, Ronald 12-19-2019<br>145 4   Q.   Okay.  And you see the heading "Combat<br>145 5   Arms plug"?<br>145 6   A.   Yes, that's under subject, yes. | | | Re: [145:4-145:6]<br>401, 403, 602, Baker MIL 1 | OVERRULED |
| **145:17 - 145:22**   Kieper, Ronald 12-19-2019<br>145 17   Q.   And it is an e-mail to a -- addressed in<br>145 18   the body to an Armand.<br>145 19   Did you ever deal with an Armand Dancer<br>145 20   from ISL concerning the Combat Arms plug?<br>145 21   A.   I may have met Mr. Dancer, but I don't<br>145 22   recall. | | | Re: [145:17-145:22]<br>401, 403, 602, Baker MIL 1 | OVERRULED |

| 146:25 - 147:10 Kieper, Ronald 12-19-2019 | Re: [146:25-147:7] | Re: [146:25-147:7] | Re: [146:25-147:15] | OVERRULED |
|---|---|---|---|---|
| 146 25     Q.   Okay.   This e-mail drafted to an Armand,<br>147 1     it says:<br>147 2     "It recently occurred to us that we have<br>147 3     no data on the actual version of the nonlinear earplug<br>147 4     that we are now selling in the US, namely, the<br>147 5     dual-ended Combat Arms plug."<br>147 6     Do you see that, sir?<br>147 7     A.   I see that.<br>147 8     Q.   Does that help clarify for you, sir, that<br>147 9     at least as of this point in time in November 19,<br>147 10     1999, the company was already selling the plug? | Def Objection - Foundation (602)<br>**Re: [147:8-147:15]**<br>Def Objection - Foundation (602); asked; argumentative (611, 403) | Def Objection - Foundation (602)<br>**OVERRULED**<br>Re: [147:8-147:15]<br>Def Objection - Foundation (602); asked; argumentative (611, 403)<br>**OVERRULED** | Baker MIL 1 | |
| 147:14 - 147:15 Kieper, Ronald 12-19-2019 | Re: [147:8-147:15] | Re: [147:8-147:15] | Re: [146:25-147:15] | OVERRULED |
| 147 14     A.   I don't know.   That's -- that's what this<br>147 15     says. | Def Objection - Foundation (602); asked; argumentative (611, 403) | Def Objection - Foundation (602); asked; argumentative (611, 403)<br>**OVERRULED** | Baker MIL 1<br>**Re: [147:15-147:23]**<br>Baker MIL 1 | |
| 147:17 - 147:18 Kieper, Ronald 12-19-2019 | Re: [147:17-147:23] | Re: [147:17-147:23] | Re: [147:15-147:23] | OVERRULED |
| 147 17     Q.   Okay.   I mean, you worked with Mr. Berger.<br>147 18     Do you have a reason to disagree with him on it? | Def Objection - Foundation (602); asked; argumentative (611, 403) | Def Objection - Foundation (602); asked; argumentative (611, 403)<br>**OVERRULED** | Baker MIL 1 | |
| 147:22 - 147:23 Kieper, Ronald 12-19-2019 | Re: [147:17-147:23] | Re: [147:17-147:23] | Re: [147:15-147:23] | OVERRULED |
| 147 22     A.   I don't have a reason to agree or disagree<br>147 23     with him. | Def Objection - Foundation (602); asked; argumentative (611, 403) | Def Objection - Foundation (602); asked; argumentative (611, 403)<br>**OVERRULED** | Baker MIL 1 | |

| | | | |
|---|---|---|---|
| **148:5 - 148:7   Kieper, Ronald 12-19-2019** | | | |
| 148 5       Q.   Okay.  And so Mr. Berger writes in this | | | |
| 148 6       e-mail that they -- "we," you understand that to be | | | |
| 148 7       Aearo, "we"? | | | |
| **148:10 - 148:10   Kieper, Ronald 12-19-2019** | | | |
| 148 10       A.   I don't know. | | | |
| **148:12 - 148:25   Kieper, Ronald 12-19-2019** | **Re: [148:12-148:25]** | Re: [148:12-148:25] | |
| 148 12       Q.   Okay. | Def Objection - Relevance | Def Objection - Relevance | |
| 148 13       "It recently occurred to us that we have | (401, 402) | (401, 402) | |
| 148 14       no data on the actual version of the nonlinear earplug | | **OVERRULED** | |
| 148 15       that we are now selling." | | | |
| 148 16       Are you aware of any data the company had | | | |
| 148 17       on the Combat Arms Earplug that you were selling | | | |
| 148 18       November 19, 1999, concerning testing on humans? | | | |
| 148 19       A.   I'm not aware of -- of any. | | | |
| 148 20       Q.   Okay.  All right.  So that's helpful, sir. | | | |
| 148 21       So you'd agree with me that you are not | | | |
| 148 22       aware of any testing that had been conducted, REAT | | | |
| 148 23       testing concerning the Combat Arms Earplug prior to | | | |
| 148 24       November 19, 1999, right? | | | |
| 148 25       A.   No, I'm not aware of any. | | | |
| **148:13 - 149:6   Kieper, Ronald 12-19-2019** | **Re: [148:12-148:25]** | Re: [148:12-148:25] | |
| 148 13       "It recently occurred to us that we have | Def Objection - Relevance | Def Objection - Relevance | |
| 148 14       no data on the actual version of the nonlinear earplug | (401, 402) | (401, 402) | |
| 148 15       that we are now selling." | **Re: [149:1-149:6]** | **OVERRULED** | |
| 148 16       Are you aware of any data the company had | Def Objection - Relevance | Re: [149:1-149:6] | |
| 148 17       on the Combat Arms Earplug that you were selling | (401, 402) | Def Objection - Relevance | |
| 148 18       November 19, 1999, concerning testing on humans? | | (401, 402) | |
| 148 19       A.   I'm not aware of -- of any. | | **OVERRULED** | |
| 148 20       Q.   Okay.  All right.  So that's helpful, sir. | | | |
| 148 21       So you'd agree with me that you are not | | | |
| 148 22       aware of any testing that had been conducted, REAT | | | |
| 148 23       testing concerning the Combat Arms Earplug prior to | | | |

| | | | | |
|---|---|---|---|---|
| 148 24    November 19, 1999, right?<br>148 25    A.  No, I'm not aware of any.<br>149 1    Q.  Okay.  And then it continues:<br>149 2    "Therefore, we will be conducting REAT<br>149 3    evaluations in the near future on both ends of the<br>149 4    plug."<br>149 5    Do you see that?<br>149 6    A.  I see that, yes. | | | | |
| **149:16 - 149:24   Kieper, Ronald 12-19-2019**<br>149 16    "Therefore, we will be conducting REAT<br>149 17    evaluations in the near future on both ends of the<br>149 18    plug."<br>149 19    Do you see that?<br>149 20    A.  Yes, I see that.<br>149 21    Q.  And did you, in fact, conduct REAT<br>149 22    evaluations in the near future on both ends of the<br>149 23    plug, you, sir?<br>149 24    A.  I did. | Re: [149:16-149:20]<br>Def Objection - Relevance (401, 402) | Re: [149:16-149:20]<br>Def Objection - Relevance (401, 402)<br>**SUSTAINED** | | |
| **149:25 - 150:2   Kieper, Ronald 12-19-2019**<br>149 25    Q.  Okay.  Does that help you understand who<br>150 1    he is referring to when he says "we," does that mean<br>150 2    Aearo? | | | | |
| **150:5 - 150:6   Kieper, Ronald 12-19-2019**<br>150 5    A.  It may have been.  It may have been Aearo,<br>150 6    yes.  It may have been. | | | | |
| **150:8 - 150:13   Kieper, Ronald 12-19-2019**<br>150 8    Q.  Because that's in fact what happened,<br>150 9    right?  I mean, shortly -- shortly after this e-mail<br>150 10    where Mr. Berger says you have no data on the actual<br>150 11    version of the nonlinear earplug, the dual-ended<br>150 12    Combat Arms, you, sir, were asked to conduct REAT<br>150 13    evaluations on the dual-ended Combat Arms, right? | | | | |
| **150:16 - 150:21   Kieper, Ronald 12-19-2019**<br>150 16    A.  I did REAT tests on both ends of the plug,<br>150 17    yes.<br>150 18    BY MR. BUCHANAN:<br>150 19    Q.  And those were your first tests that you | | | | |

| | | | | |
|---|---|---|---|---|
| 150 20  conducted on both ends of the plugs, right?<br>150 21    A.   I'm not sure. | | | | |
| **150:22 - 150:23   Kieper, Ronald 12-19-2019**<br>150 22    Q.   Okay.  And you first conducted those tests<br>150 23    after this e-mail, November 19, 1999, right? | **Re: [150:22-151:2]**<br>Def Objection - Foundation (602); asked; argumentative (611, 403) | Re: [150:22-151:2]<br>Def Objection - Foundation (602); asked; argumentative (611, 403)<br>**OVERRULED** | | |
| **150:25 - 151:2   Kieper, Ronald 12-19-2019**<br>150 25    BY THE WITNESS:<br>151 1    A.   I tested the Combat Arms plug in de --<br>151 2    starting in December of 1999. | **Re: [150:22-151:2]**<br>Def Objection - Foundation (602); asked; argumentative (611, 403) | Re: [150:22-151:2]<br>Def Objection - Foundation (602); asked; argumentative (611, 403)<br>**OVERRULED** | | |
| **151:4 - 151:6   Kieper, Ronald 12-19-2019**<br>151 4    Q.   Okay.  So that would obviously be after<br>151 5    this and consistent with the fact that there had not<br>151 6    been a REAT test done prior to this e-mail, right? | **Re: [151:4-151:9]**<br>Def Objection - Asked (611, 403); foundation (602) | Re: [151:4-151:9]<br>Def Objection - Asked (611, 403); foundation (602)<br>**OVERRULED** | | |
| **151:8 - 151:9   Kieper, Ronald 12-19-2019**<br>151 8    BY THE WITNESS:<br>151 9    A.   That's what this says. | **Re: [151:4-151:9]**<br>Def Objection - Asked (611, 403); foundation (602) | Re: [151:4-151:9]<br>Def Objection - Asked (611, 403); foundation (602)<br>**OVERRULED** | | |
| **151:11 - 151:13   Kieper, Ronald 12-19-2019**<br>151 11    Q.   Okay.  Does that concern you a little bit,<br>151 12    sir, that you are selling a hearing protection device<br>151 13    without having conducted testing on it before? | **Re: [151:11-151:16]**<br>Def Objection - Foundation (602); misstates; asked; argumentative (611, 403) | Re: [151:11-151:16]<br>Def Objection - Foundation (602); | | |

| | | | | |
|---|---|---|---|---|
| | | misstates; asked; argumentative (611, 403) **OVERRULED** | | |
| **151:16 - 151:18   Kieper, Ronald 12-19-2019**<br>151 16     BY THE WITNESS:<br>151 17     A.   No, I have no opinion on that.  That's<br>151 18     beyond my -- the scope of my job. | **Re: [151:11-151:16]**<br>Def Objection - Foundation (602); misstates; asked; argumentative (611, 403)<br>**Re: [151:17-151:18]**<br>Def Objection - Foundation (602); misstates; asked; argumentative (611, 403) | **Re: [151:11-151:16]**<br>Def Objection - Foundation (602); misstates; asked; argumentative (611, 403) **OVERRULED**<br>**Re: [151:17-151:18]**<br>Def Objection - Foundation (602); misstates; asked; argumentative (611, 403) **OVERRULED** | | |
| **151:20 - 151:22    Kieper, Ronald 12-19-2019**<br>151 20     Q.   And there wasn't another REAT lab where<br>151 21     these kind of tests would be run without your<br>151 22     knowledge at Aearo, right? | | | | |
| **151:25 - 152:8   Kieper, Ronald 12-19-2019**<br>151 25     A.   There -- there were other labs that did<br>152 1     REAT testing that I believe Aearo and 3M and<br>Elliott<br>152 2     used for some label testing.<br>152 3     BY MR. BUCHANAN:<br>152 4     Q.   Okay.  Let's talk about with regard to the<br>152 5     Combat Arms Version 2, sir.<br>152 6     Was there any REAT testing conducted on | | | | |

| | | | |
|---|---|---|---|
| 152 7    the Combat Arms Version 2 before you did it in<br>152 8    December of 1999? | | | |
| **152:11 - 152:11   Kieper, Ronald 12-19-2019**<br>152 11    A.   I don't know. | | | |
| **152:16 - 152:17   Kieper, Ronald 12-19-2019**<br>152 16    Q.   Okay.  And so that had to be a little<br>152 17    concerning, right? | **Re: [152:16-152:22]**<br>Def Objection - Foundation<br>(602); asked; misstates (611,<br>403) | Re: [152:16-<br>152:22]<br>Def Objection -<br>Foundation<br>(602); asked;<br>misstates (611,<br>403)<br>**SUSTAINED** | |
| **152:20 - 152:22   Kieper, Ronald 12-19-2019**<br>152 20    BY THE WITNESS:<br>152 21    A.   I wasn't aware of it, so I couldn't be<br>152 22    concerned. | **Re: [152:16-152:22]**<br>Def Objection - Foundation<br>(602); asked; misstates (611,<br>403) | Re: [152:16-<br>152:22]<br>Def Objection -<br>Foundation<br>(602); asked;<br>misstates (611,<br>403)<br>**SUSTAINED** | |
| **157:18 - 157:19   Kieper, Ronald 12-19-2019**<br>157 18    Q.   And you started that testing, sir, and you<br>157 19    started on the open end in December of 1999, right? | **Re: [157:18-157:24]**<br>Def Objection - Vague (611,<br>403) | Re: [157:18-<br>157:24]<br>Def Objection -<br>Vague (611,<br>403)<br>**OVERRULED** | |
| **157:22 - 157:24   Kieper, Ronald 12-19-2019**<br>157 22    A.   My recollection is that I tested both<br>157 23    ends.  I may have begun the same day or in<br>157 24    approximately the same timeframe, yes. | **Re: [157:18-157:24]**<br>Def Objection - Vague (611,<br>403) | Re: [157:18-<br>157:24]<br>Def Objection -<br>Vague (611,<br>403)<br>**OVERRULED** | |
| **158:1 - 158:8   Kieper, Ronald 12-19-2019**<br>158 1    Q.   Okay.  You tested both ends.  When you say<br>158 2    "the ends," there is the open end or the yellow end,<br>158 3    the nonlinear end, right?<br>158 4    A.   Yes.<br>158 5    Q.   And you tested the closed end or the green | | **Re: [158:1-158:8]**<br>401, 403, 701 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 158 6    end or the continuous noise end in a separate set of<br>158 7    tests, right?<br>158 8    A.   Yes. | | | | |
| **158:23 - 159:2   Kieper, Ronald 12-19-2019**<br>158 23    Q.   Let's kind of orient where we are at this<br>158 24    point, sir, when you are starting this test.<br>158 25    You have a product that is being sold on<br>159 1    the market in late 1999, accepting Mr. Berger's e-<br>mail<br>159 2    as accurate, correct, sir? | | | **Re: [158:23-159:2]**<br>401, 403, 602 | **OVERRULED** |
| **159:10 - 159:11   Kieper, Ronald 12-19-2019**<br>159 10    A.   Again, I -- I was not aware of this memo<br>159 11    before today. | | | **Re: [159:10-159:11]**<br>401, 403, 602 | **OVERRULED** |
| **159:15 - 159:16   Kieper, Ronald 12-19-2019**<br>159 15    You started running this test in December<br>159 16    of 1999, and who killed the study on the closed<br>end? | **Re: [159:15-159:20]**<br>Def Objection - Misstates;<br>argumentative (611, 403) | **Re: [159:15-159:20]**<br>Def Objection -<br>Misstates;<br>argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **159:19 - 159:20   Kieper, Ronald 12-19-2019**<br>159 19    A.   Elliott would have told me to stop the<br>159 20    test on the closed end. | **Re: [159:15-159:20]**<br>Def Objection - Misstates;<br>argumentative (611, 403) | **Re: [159:15-159:20]**<br>Def Objection -<br>Misstates;<br>argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **159:21 - 160:10   Kieper, Ronald 12-19-2019**<br>159 21    BY MR. BUCHANAN:<br>159 22    Q.   Because that's what happened, right?<br>159 23    So you start running this study in<br>159 24    December of 1999 and you have ten people<br>identified<br>159 25    for -- to test on both ends of the plug, isn't that<br>160 1    right?<br>160 2    A.   I don't know how many people I had<br>160 3    scheduled at the time.<br>160 4    Q.   You've identified test subjects to come in<br>160 5    for testing on these plugs, right? | | | | |

| | | | | |
|---|---|---|---|---|
| 160 6     A.   The test subjects come into the lab and<br>160 7     they test whatever hearing protector.  If you are<br>160 8     talking about these, yes, they would have come to<br>the<br>160 9     lab and we would have tested one or the other end of<br>160 10     this plug. | | | | |
| **160:12 - 160:13   Kieper, Ronald 12-19-2019** | | | | |
| 160 12     And did you test the open and the closed<br>160 13     end on the same day? | | | | |
| **160:16 - 160:16   Kieper, Ronald 12-19-2019** | | | | |
| 160 16     A.   I don't recall. | | | | |
| **160:19 - 161:1   Kieper, Ronald 12-19-2019**<br>160 19     Q.   And so how is this working?  I mean, is<br>160 20     Mr. Berger getting like real-time data from you on<br>the<br>160 21     NRRs you are getting with each subject as it goes<br>160 22     along?<br>160 23     Is that what you are doing?<br>160 24     A.   I communicate with Mr. Berger --<br>160 25     communicated with him on a daily basis.  I don't<br>161 1     remember specifics. | | | **Re: [160:19-161:21]**<br>401, 403, 701 | **OVERRULED** |
| **161:2 - 161:10   Kieper, Ronald 12-19-2019**<br>161 2     Q.   Well, see, I guess there is one way to run<br>161 3     the study where you would try and figure out what<br>161 4     attenuation your product had, and so you would run<br>a<br>161 5     test to discern what that attenuation is and you'd<br>161 6     test everybody, you collect the data, and then you<br>161 7     analyze the data to see what is NR -- what is our<br>NRR<br>161 8     we achieved by our test.<br>161 9     That's one way to do the testing, you'd<br>161 10     agree? | | | **Re: [160:19-161:21]**<br>401, 403, 701 | **OVERRULED** |
| **161:13 - 161:18   Kieper, Ronald 12-19-2019**<br>161 13     A.   We could do the test that way.<br>161 14     BY MR. BUCHANAN:<br>161 15     Q.   You could do it that way, right?<br>161 16     A.   Yes. | | | **Re: [160:19-161:21]**<br>401, 403, 701 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 161 17<br>161 18 | Q.   That sounds kind of scientific, doesn't<br>it? | | | |
| **161:21 - 161:21   Kieper, Ronald 12-19-2019** | | | **Re: [160:19-161:21]**<br>401, 403, 701 | **OVERRULED** |
| 161 21 | A.   I don't know. | | | |
| **162:11 - 162:12   Kieper, Ronald 12-19-2019** | | **Re: [162:11-162:15]**<br>Def Objection - Misstates;<br>vague; argumentative (611,<br>403); 3M MIL No. 18 | Re: [162:11-<br>162:15]<br>Def Objection -<br>Misstates;<br>vague;<br>argumentative<br>(611, 403); 3M<br>MIL No. 18<br>**OVERRULED** | |
| 162 11<br>162 12 | Q.   You didn't test your products that way,<br>did you? | | | |
| **162:14 - 162:24   Kieper, Ronald 12-19-2019** | | **Re: [162:11-162:15]**<br>Def Objection - Misstates;<br>vague; argumentative (611,<br>403); 3M MIL No. 18<br>**Re: [162:17-163:3]**<br>Def Objection -<br>Argumentative; misstates<br>(611, 403); foundation (602);<br>3M MIL No. 18 | Re: [162:11-<br>162:15]<br>Def Objection -<br>Misstates;<br>vague;<br>argumentative<br>(611, 403); 3M<br>MIL No. 18<br>**OVERRULED**<br>Re: [162:17-<br>163:3]<br>Def Objection -<br>Argumentative;<br>misstates (611,<br>403);<br>foundation<br>(602); 3M MIL<br>No. 18<br>**OVERRULED** | **162:17-24<br>EXCLUDED as<br>repetitive.** |
| 162 14<br>162 15<br>162 16<br>162 17<br>162 18<br>162 19<br>162 20<br>162 21<br>162 22<br>162 23<br>162 24 | BY THE WITNESS:<br>A.   Yes.<br>BY MR. BUCHANAN:<br>Q.   The way you did it, you would test a<br>subject, you would see what the NRR was for that<br>particular subject, you would then test another<br>subject, run your calculation to see what that NRR<br>was, you'd be in real-time communication with<br>Mr. Berger on what direction the test was going in,<br>and then sometimes Mr. Berger would say, Kill the<br>study, right? | | | |
| **162:17 - 162:24   Kieper, Ronald 12-19-2019** | | **Re: [162:17-163:3]**<br>Def Objection -<br>Argumentative; misstates<br>(611, 403); foundation (602);<br>3M MIL No. 18 | Re: [162:17-<br>163:3]<br>Def Objection -<br>Argumentative;<br>misstates (611,<br>403);<br>foundation | |
| 162 17<br>162 18<br>162 19<br>162 20<br>162 21<br>162 22 | Q.   The way you did it, you would test a<br>subject, you would see what the NRR was for that<br>particular subject, you would then test another<br>subject, run your calculation to see what that NRR<br>was, you'd be in real-time communication with<br>Mr. Berger on what direction the test was going in, | | | |

| | | | |
|---|---|---|---|
| 162 23<br>162 24 | and then sometimes Mr. Berger would say, Kill the study, right? | | (602); 3M MIL No. 18<br>**OVERRULED** | | |
| **163:1 - 163:3   Kieper, Ronald 12-19-2019**<br>163 1<br>163 2<br>163 3 | BY THE WITNESS:<br>A.   There were times when Elliott would stop a test. | **Re: [162:17-163:3]**<br>Def Objection - Argumentative; misstates (611, 403); foundation (602); 3M MIL No. 18 | **Re: [162:17-163:3]**<br>Def Objection - Argumentative; misstates (611, 403); foundation (602); 3M MIL No. 18<br>**OVERRULED** | | |
| **163:5 - 163:7   Kieper, Ronald 12-19-2019**<br>163 5<br>163 6<br>163 7 | Q.   And you're giving him real-time data on what direction the study is going with regard to the NRR? | | | | |
| **163:10 - 163:12   Kieper, Ronald 12-19-2019**<br>163 10<br>163 11<br>163 12 | Q.   Right?<br>A.   I don't recall talking to him specifically every day about any given test. | | | | |
| **163:17 - 163:20   Kieper, Ronald 12-19-2019**<br>163 17<br>163 18<br>163 19<br>163 20 | Q.   You were keeping the lab director updated at his request, at Mr. Berger's request, on the NRRs you were getting as the study was going along, isn't that right? | **Re: [163:17-163:24]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18 | **Re: [163:17-163:24]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18<br>**OVERRULED** | | |
| **163:23 - 163:24   Kieper, Ronald 12-19-2019**<br>163 23<br>163 24 | A.   My recollection is that I would update him on how many people I had tested. | **Re: [163:17-163:24]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18 | **Re: [163:17-163:24]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18<br>**OVERRULED** | | |

| | | |
|---|---|---|
| **164:1 - 164:1   Kieper, Ronald 12-19-2019**<br>164 1     Q.   And the NRR you were getting, right? | **Re: [164:1-164:5]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18 | **Re: [164:1-164:5]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18<br>**OVERRULED** |
| **164:4 - 164:5   Kieper, Ronald 12-19-2019**<br>164 4     A.   I would show him the results that we were<br>164 5     getting, yes. | **Re: [164:1-164:5]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18 | **Re: [164:1-164:5]**<br>Def Objection - Misstates; argumentative (611, 403); 3M MIL No. 18<br>**OVERRULED** |
| **164:7 - 164:10   Kieper, Ronald 12-19-2019**<br>164 7     Q.   And you were computing the NRRs as each<br>164 8     subject went through the tests, right?<br>164 9     A.   That wasn't my normal way to do things,<br>164 10     no. | | |
| **164:11 - 164:13   Kieper, Ronald 12-19-2019**<br>164 11     Q.   Well, you were certainly checking in with<br>164 12     Elliott before the test was final with the NRR you got<br>164 13     as of that point in time, weren't you? | | |
| **164:16 - 164:16   Kieper, Ronald 12-19-2019**<br>164 16     A.   I was checking in with Elliott every day. | | |
| **165:2 - 165:3   Kieper, Ronald 12-19-2019**<br>165 2     Q.   And Elliott if he didn't like the NRR you<br>165 3     were getting would sometimes kill the study, right? | **Re: [165:2-165:7]**<br>Def Objection - Foundation (602); misstates; argumentative; asked (611, 403); 3M MIL No. 18 | **Re: [165:2-165:7]**<br>Def Objection - Foundation (602); misstates; argumentative; asked (611, 403); 3M MIL No. 18<br>**OVERRULED** |

| | | |
|---|---|---|
| **165:6 - 165:7   Kieper, Ronald 12-19-2019**<br>165 6      A.   I don't recall why -- I don't know why he<br>165 7      would stop studies.  He didn't tell me. | **Re: [165:2-165:7]**<br>**Def Objection - Foundation**<br>**(602); misstates;**<br>**argumentative; asked (611,**<br>**403); 3M MIL No. 18** | Re: [165:2-<br>165:7]<br>Def Objection -<br>Foundation<br>(602);<br>misstates;<br>argumentative;<br>asked (611,<br>403); 3M MIL<br>No. 18<br>**OVERRULED** |
| **165:9 - 165:11   Kieper, Ronald 12-19-2019**<br>165 9      Q.   Who stopped 213015, the study you started<br>165 10     in December of 2000 -- excuse me -- December of<br>1999?<br>165 11     Who gave the order? | **Re: [165:9-165:15]**<br>**Def Objection - Foundation**<br>**(602); 3M MIL No. 18; asked**<br>**(611, 403)** | Re: [165:9-<br>165:15]<br>Def Objection -<br>Foundation<br>(602); 3M MIL<br>No. 18; asked<br>(611, 403)<br>**OVERRULED** |
| **165:14 - 165:15   Kieper, Ronald 12-19-2019**<br>165 14     A.   I would assume it was Elliott that told me<br>165 15     to stop the test. | **Re: [165:9-165:15]**<br>**Def Objection - Foundation**<br>**(602); 3M MIL No. 18; asked**<br>**(611, 403)** | Re: [165:9-<br>165:15]<br>Def Objection -<br>Foundation<br>(602); 3M MIL<br>No. 18; asked<br>(611, 403)<br>**OVERRULED** |
| **165:17 - 165:19   Kieper, Ronald 12-19-2019**<br>165 17     Q.   Please tell the jury how many subjects you<br>165 18     had already tested in that 10-person study?<br>165 19     A.   I believe we had tested eight people. | **Re: [165:17-165:19]**<br>**Def Objection - 3M MIL No.**<br>**18** | Re: [165:17-<br>165:19]<br>Def Objection -<br>3M MIL No.<br>18<br>**OVERRULED** |
| **166:10 - 166:12   Kieper, Ronald 12-19-2019**<br>166 10     Please tell the jury the NRR you had<br>166 11     computed for the eight people in the study that was<br>166 12     killed or terminated by Mr. Berger? | **Re: [166:10-166:16]**<br>**Def Objection - Misstates;**<br>**argumentative (611, 403); 3M**<br>**MIL No. 18** | Re: [166:10-<br>166:16]<br>Def Objection -<br>Misstates;<br>argumentative<br>(611, 403); 3M |

| | | | | |
|---|---|---|---|---|
| | | MIL No. 18<br>**OVERRULED** | | |
| **166:15 - 166:16   Kieper, Ronald 12-19-2019**<br>166 15     A.   For the eight subjects we had tested, the<br>166 16       NRR would compute to around an 11. | Re: [166:10-166:16]<br>Def Objection - Misstates;<br>argumentative (611, 403); 3M<br>MIL No. 18 | Re: [166:10-<br>166:16]<br>Def Objection -<br>Misstates;<br>argumentative<br>(611, 403); 3M<br>MIL No. 18<br>**OVERRULED** | | |
| **166:19 - 166:20   Kieper, Ronald 12-19-2019**<br>166 19     Q.   How is that going to do with airplane<br>166 20       noise -- | | | Re: [166:19-167:3]<br>701, 401, 403, 602 | **OVERRULED** |
| **166:23 - 166:24   Kieper, Ronald 12-19-2019**<br>166 23     Q.   -- and track vehicles and watercraft in<br>166 24       terms of protection, sir? | | | Re: [166:19-167:3]<br>701, 401, 403, 602 | **OVERRULED** |
| **167:2 - 167:3   Kieper, Ronald 12-19-2019**<br>167 2     A.   I don't know.  It depends on how the<br>167 3       person fits the plug. | | | Re: [166:19-167:3]<br>701, 401, 403, 602 | **OVERRULED** |
| **167:7 - 167:9   Kieper, Ronald 12-19-2019**<br>167 7     At the point in time Mr. Berger killed<br>167 8       study 213015, you had already tested eight people,<br>167 9       right? | Re: [167:7-167:12]<br>Def Objection - Misstates;<br>asked (611, 403); 3M MIL No.<br>18 | Re: [167:7-<br>167:12]<br>Def Objection -<br>Misstates;<br>asked (611,<br>403); 3M MIL<br>No. 18<br>**OVERRULED** | | |
| **167:12 - 167:12   Kieper, Ronald 12-19-2019**<br>167 12     A.   Yes, we tested eight people. | Re: [167:7-167:12]<br>Def Objection - Misstates;<br>asked (611, 403); 3M MIL No.<br>18 | Re: [167:7-<br>167:12]<br>Def Objection -<br>Misstates;<br>asked (611,<br>403); 3M MIL<br>No. 18<br>**OVERRULED** | | |
| **167:14 - 167:15   Kieper, Ronald 12-19-2019**<br>167 14     Q.   There was a need to get data out because<br>167 15       the product was already being sold, right? | Re: [167:14-167:19]<br>Def Objection - Asked; | Re: [167:14-<br>167:19]<br>Def Objection - | | |

| | | |
|---|---|---|
| | misstates (611, 403); foundation (602) | Asked; misstates (611, 403); foundation (602) **SUSTAINED** |
| **167:19 - 167:19   Kieper, Ronald 12-19-2019**<br>167 19      A.   I wasn't aware of it. | Re: [167:14-167:19] Def Objection - Asked; misstates (611, 403); foundation (602) | Re: [167:14-167:19] Def Objection - Asked; misstates (611, 403); foundation (602) **SUSTAINED** |
| **167:25 - 168:2   Kieper, Ronald 12-19-2019**<br>167 25      Q.   You see that certainly in Mr. Berger's<br>168 1       correspondence that the product was already being<br>168 2       sold, correct? | Re: [167:25-168:5] Def Objection - Misstates; asked (611, 403); foundation (602) | Re: [167:25-168:5] Def Objection - Misstates; asked (611, 403); foundation (602) **OVERRULED** |
| **168:5 - 168:5   Kieper, Ronald 12-19-2019**<br>168 5       A.   This e-mail says that, yes. | Re: [167:25-168:5] Def Objection - Misstates; asked (611, 403); foundation (602) | Re: [167:25-168:5] Def Objection - Misstates; asked (611, 403); foundation (602) **OVERRULED** |
| **168:7 - 168:9   Kieper, Ronald 12-19-2019**<br>168 7       Q.   Okay.  So rather than get that data in<br>168 8       January of 2000 with the NRR of 11, Mr. Berger did<br>168 9       what? | Re: [168:7-168:13] Def Objection - Misstates; asked; argumentative (611, 403); foundation (602); 3M MIL No. 18 | Re: [168:7-168:13] Def Objection - Misstates; asked; argumentative |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (611, 403); foundation (602); 3M MIL No. 18 **OVERRULED** |  |  |
| **168:12 - 168:16   Kieper, Ronald 12-19-2019**<br><br>168 12   A.   Mr. Berger told me to stop the test after<br>168 13   eight subjects.<br>168 14   BY MR. BUCHANAN:<br>168 15   Q.   He was happy with the numbers he was<br>168 16   getting on the open end? | **Re: [168:7-168:13]**<br>Def Objection - Misstates;<br>asked; argumentative (611,<br>403); foundation (602); 3M<br>MIL No. 18<br>**Re: [168:15-168:20]**<br>Def Objection - Misstates<br>(611, 403); foundation (602) | **Re: [168:7-168:13]**<br>Def Objection -<br>Misstates;<br>asked;<br>argumentative<br>(611, 403);<br>foundation<br>(602); 3M MIL<br>No. 18<br>**OVERRULED**<br>**Re: [168:15-168:20]**<br>Def Objection -<br>Misstates (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED** |  |  |
| **168:19 - 168:24   Kieper, Ronald 12-19-2019**<br><br>168 19   A.   I don't recall him saying anything about<br>168 20   it.<br>168 21   BY MR. BUCHANAN:<br>168 22   Q.   Well, did he -- did he terminate the study<br>168 23   on the open end?<br>168 24   A.   No. | **Re: [168:15-168:20]**<br>Def Objection - Misstates<br>(611, 403); foundation (602)<br>**Re: [168:22-168:24]**<br>Def Objection -<br>Argumentative (611, 403); 3M<br>MIL No. 18 | **Re: [168:15-168:20]**<br>Def Objection -<br>Misstates (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED**<br>**Re: [168:22-168:24]**<br>Def Objection -<br>Argumentative<br>(611, 403); 3M<br>MIL No. 18<br>**OVERRULED** |  |  |

| | | | | |
|---|---|---|---|---|
| **169:17 - 169:22   Kieper, Ronald 12-19-2019**<br>169 17      Q.   Okay.  So with your testimony, sir, and in<br>169 18      absence of any memory of a difference in the way you<br>169 19      were fitting the yellow end from the green end, why<br>169 20      did Mr. Berger, to your understanding, allow the<br>169 21      yellow end of the study to continue but not the green<br>169 22      end? | **Re: [169:17-170:1]**<br>Def Objection - Foundation<br>(602); argumentative (611,<br>403); 3M MIL No. 18 | Re: [169:17-<br>170:1]<br>Def Objection -<br>Foundation<br>(602);<br>argumentative<br>(611, 403); 3M<br>MIL No. 18<br>**OVERRULED** | | |
| **169:25 - 170:3   Kieper, Ronald 12-19-2019**<br>169 25      A.   He just allowed me to finish the test.<br>170 1      I -- I don't recall specifically.<br>170 2      BY MR. BUCHANAN:<br>170 3      Q.   Did he like that NRR better? | **Re: [169:17-170:1]**<br>Def Objection - Foundation<br>(602); argumentative (611,<br>403); 3M MIL No. 18<br>**Re: [170:3-170:6]**<br>Def Objection - Foundation<br>(602); misstates;<br>argumentative; vague (611,<br>403) | Re: [169:17-<br>170:1]<br>Def Objection -<br>Foundation<br>(602);<br>argumentative<br>(611, 403); 3M<br>MIL No. 18<br>**OVERRULED**<br>Re: [170:3-<br>170:6]<br>Def Objection -<br>Foundation<br>(602);<br>misstates;<br>argumentative;<br>vague (611,<br>403)<br>**SUSTAINED** | | |
| **170:6 - 170:6   Kieper, Ronald 12-19-2019**<br>170 6      A.   I don't know. | **Re: [170:3-170:6]**<br>Def Objection - Foundation<br>(602); misstates;<br>argumentative; vague (611,<br>403) | Re: [170:3-<br>170:6]<br>Def Objection -<br>Foundation<br>(602);<br>misstates;<br>argumentative;<br>vague (611,<br>403)<br>**SUSTAINED** | | |

| | | | | |
|---|---|---|---|---|
| **170:8 - 170:10   Kieper, Ronald 12-19-2019** | | | | |
| 170 8       Q.   Did he tell you that?<br>170 9       A.   I don't recall him saying anything about<br>170 10      it. | | | | |
| **192:3 - 192:8   Kieper, Ronald 12-19-2019** | | | | |
| 192 3       Q.   And you're moving through the testing<br>192 4       process and you are testing the open end and you are<br>192 5       testing the closed end and generating your data, and<br>192 6       at some point in time, sir, before you've completed<br>192 7       the test on the closed end you learn that you've got a<br>192 8       problem, right? | | | | |
| **192:11 - 192:11   Kieper, Ronald 12-19-2019** | | | | |
| 192 11      A.   No.  I didn't have a problem, no. | | | | |
| **192:13 - 192:13   Kieper, Ronald 12-19-2019** | | | | |
| 192 13      Q.   There was a problem with the plug, right? | | | | |
| **192:16 - 192:22   Kieper, Ronald 12-19-2019** | | | | |
| 192 16      A.   No.  The plugs were fine.<br>192 17      BY MR. BUCHANAN:<br>192 18      Q.   Well, I guess sitting on a table they were<br>192 19      fine, but when they were put in people, if the goal of<br>192 20      the plug is to stay sealed and to prevent loud noises<br>192 21      from getting in, the plug had a problem, right?<br>192 22      MS. ELIZABETH:  Objection; form, asked and | | | | |
| **192:25 - 192:25   Kieper, Ronald 12-19-2019** | | | | |
| 192 25      A.   I didn't have a problem with it, no. | | | | |
| **193:2 - 193:16   Kieper, Ronald 12-19-2019** | **Re: [193:12-193:20]**<br>Def Objection - Misstates; argumentative (611, 403) | **Re: [193:12-193:20]**<br>Def Objection - Misstates; argumentative (611, 403)<br>**OVERRULED** | **Re: [193:2-193:11]**<br>802, 401, 403 | **OVERRULED** |
| 193 2       Q.   Okay, sir.  Let's just be clear.  In<br>193 3       December 1999, January 2000, you shared data from your<br>193 4       first test on the closed end of the plug with<br>193 5       Mr. Berger, right?<br>193 6       A.   That sounds right, yes.<br>193 7       Q.   He told you to stop the study, right?<br>193 8       A.   That's my recollection, yes.<br>193 9       Q.   He allowed the study or allowed you to<br>193 10      continue the study with the open end, right?<br>193 11      A.   Yes, I finished that study. | | | | |

| | | | | |
|---|---|---|---|---|
| 193 12    Q.   Two studies going on at the same time, one<br>193 13    on the open end, one on the closed end, and you show<br>193 14    the data to Mr. Berger before you've completed either<br>193 15    of them, he said, Terminate the study on the closed<br>193 16    end, right? | | | | |
| **193:19 - 193:20    Kieper, Ronald 12-19-2019**<br>193 19    A.   That's -- I stopped the test at his<br>193 20    direction, yes. | Re: [193:12-193:20]<br>Def Objection - Misstates;<br>argumentative (611, 403) | Re: [193:12-193:20]<br>Def Objection - Misstates;<br>argumentative (611, 403)<br>**OVERRULED** | | |
| **193:25 - 194:2    Kieper, Ronald 12-19-2019**<br>193 25    You had observed some problems with the<br>194 1    closed end of the plug, right, with your testing of<br>194 2    the closed end of the plug, isn't that right, sir? | Re: [193:25-194:6]<br>Def Objection - Vague; asked;<br>misstates (611, 403) | Re: [193:25-194:6]<br>Def Objection - Vague; asked;<br>misstates (611, 403)<br>**OVERRULED** | | |
| **194:6 - 194:6    Kieper, Ronald 12-19-2019**<br>194 6    A.   I don't recall that. | Re: [193:25-194:6]<br>Def Objection - Vague; asked;<br>misstates (611, 403) | Re: [193:25-194:6]<br>Def Objection - Vague; asked;<br>misstates (611, 403)<br>**OVERRULED** | | |
| **195:23 - 196:4    Kieper, Ronald 12-19-2019**<br>195 23    (WHEREUPON, a certain document was<br>195 24    marked Ron Kieper Deposition Exhibit<br>195 25    No. 14, for identification, as of<br>196 1    12/19/2019.)<br>196 2    BY MR. BUCHANAN:<br>196 3    Q.   I'm passing you Exhibit 14 to your<br>196 4    deposition, sir. | | | Re: [195:23-196:4]<br>401, 403 | **OVERRULED** |
| **196:12 - 197:16    Kieper, Ronald 12-19-2019**<br>196 12    Q.   Sir, before you is Exhibit 14.  It is a<br>196 13    memo from yourself to Mr. Elliott Berger. | | | Re: [196:12-197:16]<br>401, 403 | **OVERRULED** |

| | | |
|---|---|---|
| 196 14   Do you see that? | | |
| 196 15   A.   Yes, I do. | | |
| 196 16   Q.   He was your boss at this point in time, | | |
| 196 17   right? | | |
| 196 18   A.   Yes, he was. | | |
| 196 19   Q.   It says:  "Results of short-stemmed | | |
| 196 20   UltraFit Plug tests." | | |
| 196 21   Do you see that? | | |
| 196 22   A.   Yes. | | |
| 196 23   Q.   Okay.  It says:  "A short-stemmed UltraFit | | |
| 196 24   plug evaluated in tests 213015 and 213017 is the | | |
| 196 25   opposite end of the Combat Arms plug."  It says: | | |
| 197 1   "(See attached drawing)."  He continues further in the | | |
| 197 2   paragraph. | | |
| 197 3   Do you see where it talks about the | | |
| 197 4   initial test results? | | |
| 197 5   A.   The initial test 213015. | | |
| 197 6   Q.   Do you see that? | | |
| 197 7   A.   I do. | | |
| 197 8   Q.   Okay.  "The initial test 213015 was | | |
| 197 9   stopped after eight subjects..." | | |
| 197 10   Do you see that? | | |
| 197 11   A.   Yes. | | |
| 197 12   Q.   And it says why, right? | | |
| 197 13   A.   It says -- yes, it says "because." | | |
| 197 14   Q.   "...because the results were variable and | | |
| 197 15   the NRR was" what, sir? | | |
| 197 16   A.   It says "quite low." | | |
| **197:21 - 197:22   Kieper, Ronald 12-19-2019** | **Re: [197:21-197:25]** | **Re: [197:21-** |
| 197 21   In your words, sir, an NRR of 11 for a | Def Objection - Misstates; | **197:25]** |
| 197 22   plug like this was quite low, right, sir? | argumentative (611, 403) | Def Objection - |
| | | Misstates; |
| | | argumentative |
| | | (611, 403) |
| | | **OVERRULED** |
| **197:24 - 198:3   Kieper, Ronald 12-19-2019** | **Re: [197:21-197:25]** | **Re: [197:21-** |
| 197 24   BY THE WITNESS: | Def Objection - Misstates; | **197:25]** |
| 197 25   A.   That's what I wrote in the memo, yes. | argumentative (611, 403) | Def Objection - |

| | | | |
|---|---|---|---|
| 198 1    BY MR. BUCHANAN:<br>198 2    Q.   And that test was stopped by Mr. Berger<br>198 3    with knowledge of that, right, sir? | Re: [198:2-198:7]<br>Def Objection - Misstates;<br>argumentative (611, 403);<br>foundation (602); 3M MIL<br>No. 18 | Misstates;<br>argumentative<br>(611, 403)<br>**OVERRULED**<br>Re: [198:2-<br>198:7]<br>Def Objection -<br>Misstates;<br>argumentative<br>(611, 403);<br>foundation<br>(602); 3M MIL<br>No. 18<br>**OVERRULED** | |
| **[198:6 - 199:4]   Kieper, Ronald 12-19-2019** | | | |
| 198 6    A.   I don't know what his knowledge was, but<br>198 7    he is the one that stopped the test, yes.<br>198 8    BY MR. BUCHANAN:<br>198 9    Q.   Okay.  And then you did a retest, right?<br>198 10    A.   Yes, we tested the plug again.<br>198 11    Q.   Okay.  And you note there at the bottom:<br>198 12    "For test 213017," again, you're testing the green end<br>198 13    in test 213017, the closed end, right?<br>198 14    A.   Yes, that's correct.<br>198 15    Q.   And what you wrote, sir, was for that<br>198 16    test: "The yellow flanges of the Combat Arms end of<br>198 17    the plug were folded back prior to the plug being<br>198 18    fit."<br>198 19    Do you see that, sir?<br>198 20    A.   This is down at the bottom of Paragraph 2,<br>198 21    yes.<br>198 22    Q.   That's correct, right?<br>198 23    A.   "The folded black" -- "The folded-back<br>198 24    flanges provided a longer stem for the experimenter to<br>198 25    grasp and allowed for a deeper and more consistent fit | Re: [198:2-198:7]<br>Def Objection - Misstates;<br>argumentative (611, 403);<br>foundation (602); 3M MIL<br>No. 18<br>Re: [199:2-199:8]<br>Def Objection - Vague (611,<br>403) | Re: [198:2-<br>198:7]<br>Def Objection -<br>Misstates;<br>argumentative<br>(611, 403);<br>foundation<br>(602); 3M MIL<br>No. 18<br>**OVERRULED**<br>Re: [199:2-<br>199:8]<br>Def Objection -<br>Vague (611,<br>403)<br>**OVERRULED** | Re: [198:9-199:1]<br>401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 199 1    of the plugs for test 213017."<br>199 2    Q.   And my question to you, sir, is that is<br>199 3    what you did when you fit the plugs for test 213017,<br>199 4    correct, sir? | | | | |
| **199:7 - 199:11   Kieper, Ronald 12-19-2019**<br>199 7    A.   That's what it says here.  I don't recall<br>199 8    the specific test.<br>199 9    BY MR. BUCHANAN:<br>199 10    Q.   Well, you're not fussing with what you<br>199 11    wrote, right? | Re: [199:2-199:8]<br>Def Objection - Vague (611, 403)<br>Re: [199:10-199:14]<br>Def Objection - Argumentative (611, 403); cumulative ( 403) | Re: [199:2-199:8]<br>Def Objection - Vague (611, 403)<br>**OVERRULED**<br>Re: [199:10-199:14]<br>Def Objection - Argumentative (611, 403); cumulative ( 403)<br>**SUSTAINED** | | |
| **199:14 - 199:14   Kieper, Ronald 12-19-2019**<br>199 14    A.   I'm saying that that's what I wrote, yes. | Re: [199:10-199:14]<br>Def Objection - Argumentative (611, 403); cumulative ( 403) | Re: [199:10-199:14]<br>Def Objection - Argumentative (611, 403); cumulative ( 403)<br>**SUSTAINED** | | |
| **199:24 - 200:10   Kieper, Ronald 12-19-2019**<br>199 24    Q.   Sir, what you -- this was a memo to your<br>199 25    boss, correct?<br>200 1    A.   Yes.<br>200 2    Q.   About what you did, right?<br>200 3    A.   Yes.<br>200 4    Q.   In part about study 213017, correct, sir?<br>200 5    A.   Yes.<br>200 6    Q.   And what you wrote was for that test, "the<br>200 7    yellow flanges of the Combat Arms end of the plug were<br>200 8    folded back prior to the plug being fit." | | | **Re: [199:24-200:10]**<br>401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 200 9 Did I read that correctly?<br>200 10     A.  Yes, you did. | | | | |
| **201:15 - 201:17  Kieper, Ronald 12-19-2019**<br>201 15     Q.  Okay.  And sitting here today, sir, you<br>201 16     don't have any different recollection of what you<br>201 17     wrote, right? | | | | |
| **201:18 - 201:19  Kieper, Ronald 12-19-2019**<br>201 18     A.  I have no recollection on either side,<br>201 19     yes. | **Re: [201:18-201:19]**<br>Plt Objection - beyond the scope of confirmation counter | **Re: [201:18-201:19]**<br>Plt Objection - beyond the scope of confirmation counter<br>**SUSTAINED** | | |
| **201:22 - 201:24  Kieper, Ronald 12-19-2019**<br>201 22     Q.  All right.  And the problem that you had<br>201 23     observed when you didn't fold back the flanges is also<br>201 24     noted in this memo, right? | **Re: [201:22-202:5]**<br>Def Objection - Argumentative (611, 403); cumulative (403) | **Re: [201:22-202:5]**<br>Def Objection - Argumentative (611, 403); cumulative (403)<br>**OVERRULED** | | |
| **202:2 - 202:16  Kieper, Ronald 12-19-2019**<br>202 2     A.  Let me look.<br>202 3     Yes, it -- it lists some of the -- it<br>202 4     says:  "It was difficult to fit the plug deeply in<br>202 5     some subjects' ear canals."<br>202 6     BY MR. BUCHANAN:<br>202 7     Q.  Right.<br>202 8     And so you had difficulty fitting the plug<br>202 9     deeply in some subjects' ear canals, especially<br>202 10     subjects with what size ear canals, sir?<br>202 11     A.  This states:  "Especially those subjects<br>202 12     with medium and larger ear canals."<br>202 13     Q.  Right.<br>202 14     So you had difficulty fitting the plug<br>202 15     deeply in subjects who had ear canals that were medium<br>202 16     size, right? | **Re: [201:22-202:5]**<br>Def Objection - Argumentative (611, 403); cumulative (403)<br>**Re: [202:13-202:19]**<br>Def Objection - Cumulative (403) | **Re: [201:22-202:5]**<br>Def Objection - Argumentative (611, 403); cumulative (403)<br>**OVERRULED**<br>**Re: [202:13-202:19]**<br>Def Objection - Cumulative (403)<br>**OVERRULED** | | |

| | | | |
|---|---|---|---|
| **202:19 - 202:21   Kieper, Ronald 12-19-2019**<br>202 19     A.   It -- yeah, that's what it states here.<br>202 20     BY MR. BUCHANAN:<br>202 21     Q.   Large size? | **Re: [202:13-202:19]**<br>Def Objection - Cumulative (403)<br>**Re: [202:21-202:25]**<br>Def Objection - Foundation (602) | Re: [202:13-202:19]<br>Def Objection - Cumulative (403)<br>**OVERRULED**<br>Re: [202:21-202:25]<br>Def Objection - Foundation (602)<br>**OVERRULED** | |
| **202:24 - 203:3   Kieper, Ronald 12-19-2019**<br>202 24     A.   Yes.  It says "medium and larger ear<br>202 25     canals."<br>203 1     BY MR. BUCHANAN:<br>203 2     Q.   And that would also include extra large,<br>203 3     right? | **Re: [202:21-202:25]**<br>Def Objection - Foundation (602)<br>**Re: [203:2-203:7]**<br>Def Objection - Cumulative (403) | Re: [202:21-202:25]<br>Def Objection - Foundation (602)<br>**OVERRULED**<br>Re: [203:2-203:7]<br>Def Objection - Cumulative (403)<br>**OVERRULED** | |
| **203:6 - 203:12   Kieper, Ronald 12-19-2019**<br>203 6     A.   Larger would, yes, it would include large<br>203 7     and extra large.<br>203 8     BY MR. BUCHANAN:<br>203 9     Q.   And, please, sir, I mean, you fit a lot of<br>203 10     folks over the years, what is it, about 70, 80 percent<br>203 11     of the people have medium, large, extra large ear<br>203 12     canals? | **Re: [203:2-203:7]**<br>Def Objection - Cumulative (403)<br>**Re: [203:9-203:15]**<br>Def Objection - Foundation (602) | Re: [203:2-203:7]<br>Def Objection - Cumulative (403)<br>**OVERRULED**<br>Re: [203:9-203:15]<br>Def Objection - Foundation (602)<br>**SUSTAINED** | |
| **203:15 - 204:3   Kieper, Ronald 12-19-2019**<br>203 15     A.   I -- I don't know that data.<br>203 16     BY MR. BUCHANAN: | **Re: [203:9-203:15]**<br>Def Objection - Foundation (602) | Re: [203:9-203:15]<br>Def Objection - | |

| | | | |
|---|---|---|---|
| 203 17　Q.　You don't have those stats, sir?<br>203 18　A.　No, I don't.<br>203 19　Q.　You also noted here in your memo, sir --<br>203 20　and you wrote this memo, right?<br>203 21　A.　Yes, I believe I did.<br>203 22　Q.　Okay.  You also wrote:  "Additionally, the<br>203 23　geometry of the ear canal opening sometimes<br>inhibited<br>203 24　the deep plug insertion required for maximum<br>203 25　attenuation values."<br>204 1　Did I read that correctly?<br>204 2　A.　You did.<br>204 3　Q.　And that was true, right? | **Re: [203:15-203:18]**<br>Def Objection - Foundation<br>(602)<br>**Re: [204:3-204:7]**<br>Def Objection -<br>Argumentative (611, 403);<br>cumulative (403) | Foundation<br>(602)<br>**SUSTAINED**<br>Re: [203:15-<br>203:18]<br>Def Objection -<br>Foundation<br>(602)<br>**SUSTAINED**<br>Re: [204:3-<br>204:7]<br>Def Objection -<br>Argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**OVERRULED** | |
| **204:6 - 204:9　Kieper, Ronald 12-19-2019**<br>204 6　A.　That's what I wrote, so I believed that to<br>204 7　be true at that time, yes.<br>204 8　BY MR. BUCHANAN:<br>204 9　Q.　You wrote it because it happened, right? | **Re: [204:3-204:7]**<br>Def Objection -<br>Argumentative (611, 403);<br>cumulative (403)<br>**Re: [204:9-204:14]**<br>Def Objection - Asked;<br>misstates; argumentative (611,<br>403); cumulative (403) | Re: [204:3-<br>204:7]<br>Def Objection -<br>Argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**OVERRULED**<br>Re: [204:9-<br>204:14]<br>Def Objection -<br>Asked;<br>misstates;<br>argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**OVERRULED** | |
| **204:12 - 204:14　Kieper, Ronald 12-19-2019**<br>204 12　A.　Yes, sometimes the plug -- sometimes the<br>204 13　geometry of the ear canal opening would inhibit the<br>204 14　deep insertion of the plug. | **Re: [204:9-204:14]**<br>Def Objection - Asked;<br>misstates; argumentative (611,<br>403); cumulative (403) | Re: [204:9-<br>204:14]<br>Def Objection -<br>Asked; | |

| | | | | |
|---|---|---|---|---|
| | | misstates; argumentative (611, 403); cumulative (403) **OVERRULED** | | |
| **204:15 - 204:20   Kieper, Ronald 12-19-2019**<br>204 15    BY MR. BUCHANAN:<br>204 16    Q.   And you note that:  "When this plug was<br>204 17    fitted," and when we are talking about this plug, we<br>204 18    are talking about the Combat Arms plug, right?<br>204 19    A.   We are talking about the green end of the<br>204 20    Combat Arms plug. | | | **Re: [204:15-204:20]**<br>401, 403 | **OVERRULED** |
| **204:21 - 204:22   Kieper, Ronald 12-19-2019**<br>204 21    Q.   Right.  And with the -- this is referring,<br>204 22    of course, to the first test 213015, right? | | | | |
| **204:25 - 204:25   Kieper, Ronald 12-19-2019**<br>204 25    A.   It speaks to both tests, so I don't know. | | | | |
| **205:2 - 205:11    Kieper, Ronald 12-19-2019**<br>205 2    Q.   It speaks to the situation when the third<br>205 3    flange isn't folded back, right?<br>205 4    A.   It says:  "The third flange of the Combat<br>205 5    Arms plug could press against the subject's ear canal<br>205 6    opening and fold up."<br>205 7    Q.   Right.<br>205 8    You understand that to be referring to the<br>205 9    opposite side of the Combat Arms, in this case the<br>205 10    yellow, the third yellow flange when you are inserting<br>205 11    the green flanges in? | **Re: [205:8-205:14]**<br>Def Objection - Vague (611, 403) | **Re: [205:8-205:14]**<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | **Re: [205:2-205:7]**<br>401, 403 | **OVERRULED** |
| **205:14 - 205:17   Kieper, Ronald 12-19-2019**<br>205 14    A.   Yes, I think that's -- that's true.<br>205 15    BY MR. BUCHANAN:<br>205 16    Q.   And that was in fact true, right, that's<br>205 17    what happened? | **Re: [205:8-205:14]**<br>Def Objection - Vague (611, 403)<br>**Re: [205:16-205:20]**<br>Def Objection - Asked; argumentative (611, 403); cumulative (403) | **Re: [205:8-205:14]**<br>Def Objection - Vague (611, 403)<br>**OVERRULED**<br>**Re: [205:16-205:20]**<br>Def Objection - | | |

| | | | |
|---|---|---|---|
| | | Asked; argumentative (611, 403); cumulative (403) **SUSTAINED** | |

| 205:20 - 205:22   Kieper, Ronald 12-19-2019 | Re: [205:16-205:20] Def Objection - Asked; argumentative (611, 403); cumulative (403) Re: [205:22-205:25] Def Objection - Argumentative (611, 403); foundation (602) | Re: [205:16-205:20] Def Objection - Asked; argumentative (611, 403); cumulative (403) **SUSTAINED** Re: [205:22-205:25] Def Objection - Argumentative (611, 403); foundation (602) **SUSTAINED through 206:1** | |
|---|---|---|---|
| 205 20      A.   That's what I wrote, yes. 205 21      BY MR. BUCHANAN: 205 22      Q.   And you wrote it because it happened? | | | |

| 205:25 - 206:8   Kieper, Ronald 12-19-2019 | Re: [205:22-205:25] Def Objection - Argumentative (611, 403); foundation (602) | Re: [205:22-205:25] Def Objection - Argumentative (611, 403); foundation (602) **SUSTAINED through 206:1** | Re: [206:1-206:12] 401, 403, 602 | **OVERRULED** |
|---|---|---|---|---|
| 205 25      A.   I -- I don't recall, but I probably 206 1      observed that, that's why I would write that, yes. 206 2      BY MR. BUCHANAN: 206 3      Q.   Okay.  And then it continues:  "When the 206 4      inward pressure to the UltraFit Plug was released, the 206 5      Combat Arms flanges tended to return to their original 206 6      shape." 206 7      That was an observation you had when you 206 8      were working with this product in people, sir? | | | | |

| 206:11 - 206:18   Kieper, Ronald 12-19-2019 | Re: [206:14-206:18] Def Objection - cumulative (403) | Re: [206:14-206:18] Def Objection - | Re: [206:1-206:12] 401, 403, 602 | **OVERRULED** |
|---|---|---|---|---|
| 206 11      A.   I probably saw it and that's why I wrote 206 12      it down.  I don't recall specifically. | | | | |

| | | | | |
|---|---|---|---|---|
| 206 13   BY MR. BUCHANAN:<br>206 14   Q.   Well, you certainly memorialized that<br>206 15   observation in a memo that you sent to your boss,<br>206 16   true, sir?<br>206 17   A.   I wrote down what I observed in this memo<br>206 18   and gave it to my boss. | | cumulative<br>(403)<br>**OVERRULED** | | |
| **206:19 - 206:20   Kieper, Ronald 12-19-2019** | | | | |
| 206 19   Q.   Because it was -- you thought it was<br>206 20   important for him to have it, right? | | | | |
| **206:23 - 206:25   Kieper, Ronald 12-19-2019** | | | | |
| 206 23   A.   I don't know what my thinking was.  That<br>206 24   was -- this is what I would typically do to follow up<br>206 25   with a test. | | | | |
| **207:2 - 207:4   Kieper, Ronald 12-19-2019** | | | **Re: [207:2-207:19]**<br>602, 701 | **OVERRULED** |
| 207 2   Q.   You also characterized what could happen<br>207 3   as a result of inserting the plug without folding back<br>207 4   the flanges on the opposing side, right? | | | | |
| **207:7 - 207:8   Kieper, Ronald 12-19-2019** | | | **Re: [207:2-207:19]**<br>602, 701 | **OVERRULED** |
| 207 7   A.   This could happen in some -- in some<br>207 8   cases. | | | | |
| **207:10 - 207:20   Kieper, Ronald 12-19-2019** | **Re: [207:20-207:23]**<br>Def Objection - vague;<br>argumentative (611, 403) | **Re: [207:20-207:23]**<br>Def Objection - vague;<br>argumentative (611, 403)<br>**OVERRULED** | **Re: [207:2-207:19]**<br>602, 701 | **OVERRULED** |
| 207 10   Q.   What you said was that this third flan --<br>207 11   flange pressing against the user's ear could loosen<br>207 12   the plug.<br>207 13   Didn't you write that, sir?<br>207 14   A.   Let's see.<br>207 15   "The third flange could press against the<br>207 16   subject's ear canal opening and fold up.  When inward<br>207 17   pressure on the plug was released, the flanges tended<br>207 18   to return to their original shape and this could<br>207 19   loosen the plugs," yes.<br>207 20   Q.   Okay.  And that's not a good thing, right? | | | | |
| **207:23 - 208:8   Kieper, Ronald 12-19-2019** | **Re: [207:20-207:23]**<br>Def Objection - vague;<br>argumentative (611, 403) | **Re: [207:20-207:23]**<br>Def Objection - vague; | **Re: [207:24-208:4]**<br>403, 401, 701, 602 | **OVERRULED** |
| 207 23   A.   You want the plug to be in securely, yes.<br>207 24   BY MR. BUCHANAN:<br>207 25   Q.   Right, because you want to provide | | | | |

| | | | | |
|---|---|---|---|---|
| 208 1<br>208 2<br>208 3<br>208 4<br>208 5<br>208 6<br>208 7<br>208 8 | protection with a hearing protection device, right?<br>A.   My goal was to obtain a best fit and get<br>the most protection that the person could get with<br>that plug.<br>Q.   And what you found, sir, is that if you<br>didn't flip back the flanges, the plug or the opposing<br>flanges would press against the ear and loosen the<br>plug, right? | Re: [208:5-208:11]<br>Def Objection -<br>argumentative; misstates (611,<br>403) | argumentative<br>(611, 403)<br>**OVERRULED**<br>Re: [208:5-<br>208:11]<br>Def Objection -<br>argumentative;<br>misstates (611,<br>403)<br>**OVERRULED** | |
| 208:11 - 208:17   Kieper, Ronald 12-19-2019<br>208 11     A.   In some cases that happened.<br>208 12     BY MR. BUCHANAN:<br>208 13     Q.   You don't have any recollection of your<br>208 14     results apart from your memos, right, sir?<br>208 15     A.   No, that's correct.<br>208 16     Q.   And what you wrote is that this could<br>208 17     happen imperceptibly to the test subject, right? | Re: [208:5-208:11]<br>Def Objection -<br>argumentative; misstates (611,<br>403) | Re: [208:5-<br>208:11]<br>Def Objection -<br>argumentative;<br>misstates (611,<br>403)<br>**OVERRULED** | Re: [208:13-208:20]<br>602, 401, 403, leading | **OVERRULED** |
| 208:19 - 208:20   Kieper, Ronald 12-19-2019<br>208 19     BY THE WITNESS:<br>208 20     A.   Yes, that's what I wrote. | | | Re: [208:13-208:20]<br>602, 401, 403, leading | **OVERRULED** |
| 210:12 - 210:20   Kieper, Ronald 12-19-2019<br>210 12     Q.   Okay.  And the observation you noted in<br>210 13     your memo at the time, and before, frankly, this<br>210 14     became a bit of a situation for the company, is that<br>210 15     this issue with the opposing flanges pressing on the<br>210 16     ears could cause the plugs to loosen in an<br>210 17     imperceptible way to the subjects, right, sir?<br>210 18     A.   That's what is written, yes.<br>210 19     Q.   Okay.  And you don't disagree with that,<br>210 20     do you, sir? | Re: [210:12-210:25]<br>Def Objection - asked;<br>argumentative (611, 403),<br>cumulative (403) | Re: [210:12-<br>210:25]<br>Def Objection -<br>asked;<br>argumentative<br>(611, 403),<br>cumulative<br>(403)<br>**SUSTAINED** | | |
| 210:23 - 211:4   Kieper, Ronald 12-19-2019<br>210 23     A.   That it sometimes happened and it was<br>210 24     imperceptible to the subjects, no, I don't disagree<br>210 25     with that.<br>211 1     BY MR. BUCHANAN:<br>211 2     Q.   People were unaware that hearing<br>211 3     protection that they thought was seated was not<br>211 4     seated, correct? | Re: [210:12-210:25]<br>Def Objection - asked;<br>argumentative (611, 403),<br>cumulative (403)<br>Re: [211:2-211:8]<br>Def Objection - foundation<br>(602); vague (611, 403) | Re: [210:12-<br>210:25]<br>Def Objection -<br>asked;<br>argumentative<br>(611, 403),<br>cumulative | | |

| | | | |
|---|---|---|---|
| | | (403)<br>**SUSTAINED**<br>**Re: [211:2-211:8]**<br>Def Objection - foundation (602); vague (611, 403)<br>**OVERRULED** | |
| **211:7 - 211:8   Kieper, Ronald 12-19-2019**<br>211 7      A.   They were not aware that the plug had<br>211 8      loosened. | **Re: [211:2-211:8]**<br>Def Objection - foundation (602); vague (611, 403) | **Re: [211:2-211:8]**<br>Def Objection - foundation (602); vague (611, 403)<br>**OVERRULED** | |
| **211:16 - 211:20   Kieper, Ronald 12-19-2019**<br>211 16      BY MR. BUCHANAN:<br>211 17      Q.   When you don't get a good seal.<br>211 18      A.   Yes.<br>211 19      Q.   An outside noise gets around the hearing<br>211 20      protector, what happens when that happens? | | | **Re: [211:10-211:23]**<br>401, 403, 701, 602 | **OVERRULED** |
| **211:23 - 211:23   Kieper, Ronald 12-19-2019**<br>211 23      A.   The person hears the noise. | | | **Re: [211:10-211:23]**<br>401, 403, 701, 602 | **OVERRULED** |
| **212:15 - 212:19   Kieper, Ronald 12-19-2019**<br>212 15      Q.   So the problem you observed with the green<br>212 16      end being in the ear and imperceptibly loosening when<br>212 17      the yellow flanges contacted the ear -- let's pause<br>212 18      for a second.<br>212 19      You agree that's what you observed, right? | | | **Re: [212:10-212:19]**<br>401, 403, 701 | **OVERRULED** |
| **212:22 - 213:1   Kieper, Ronald 12-19-2019**<br>212 22      A.   Yes, that's what I wrote in the memo, yes.<br>212 23      BY MR. BUCHANAN:<br>212 24      Q.   Also applies when you try to put the<br>212 25      yellow end in and you have the green end pressing<br>213 1      against the ear, right, sir? | | | **Re: [212:22-213:5]**<br>401, 403, 701, 602 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **213:4 - 213:5   Kieper, Ronald 12-19-2019**<br>213 4    A.   I don't -- I don't know.  I don't recall<br>213 5    seeing that. | | | **Re: [212:22-213:5]**<br>401, 403, 701, 602 | **OVERRULED** |
| **213:15 - 213:18   Kieper, Ronald 12-19-2019**<br>213 15    BY MR. BUCHANAN:<br>213 16    Q.   You can't think of any reason why the<br>213 17    problem wouldn't exist with both ends of the plug,<br>213 18    right, sir? | **Re: [213:7-213:15]**<br>Def Objection - 701;<br>foundation (602); asked (611,<br>403)<br>**Re: [213:16-213:21]**<br>Def Objection -<br>argumentative, asked (611,<br>403); foundation (602) | Re: [213:7-<br>213:15]<br>Def Objection -<br>701; foundation<br>(602); asked<br>(611, 403)<br>**OVERRULED**<br>**Re: [213:16-<br>213:21]**<br>Def Objection -<br>argumentative,<br>asked (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED** | | |
| **213:21 - 213:21   Kieper, Ronald 12-19-2019**<br>213 21    A.   It could -- it could be a problem, yes. | **Re: [213:16-213:21]**<br>Def Objection -<br>argumentative, asked (611,<br>403); foundation (602) | Re: [213:16-<br>213:21]<br>Def Objection -<br>argumentative,<br>asked (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED** | | |
| **213:23 - 214:3   Kieper, Ronald 12-19-2019**<br>213 23    Q.   Well, based on your experience in fitting<br>213 24    the plug, knowing that the flanges on both sides are<br>213 25    the same, you can't think of any reason why the<br>214 1    observation you had when the green end was being<br>214 2    inserted wouldn't also apply to when the yellow end<br>214 3    was inserted, correct, sir? | | | | |
| **214:6 - 214:7   Kieper, Ronald 12-19-2019**<br>214 6    A.   I don't recall seeing a problem when I was<br>214 7    fitting the yellow end. | **Re: [214:6-214:6]**<br>Plt Objection - beyond the<br>scope of clarification counter | Re: [214:6-<br>214:7]<br>Plt Objection -<br>beyond the | | |

| | | | | |
|---|---|---|---|---|
| | and is non responsive to the question<br>**Re: [214:7-214:7]**<br>Plt Objection - beyond the scope of clarification counter and is non responsive to the question | scope of clarification counter and is non responsive to the question<br>**OVERRULED** | | |
| **214:9 - 214:13   Kieper, Ronald 12-19-2019**<br>214 9     Q.   Well, I'm wondering, sir, you got a 0 NRR<br>214 10        on the yellow end, right?<br>214 11     A.   Yes.<br>214 12     Q.   Your boss was happy with that one, wasn't<br>214 13        he? | **Re: [214:12-214:16]**<br>Def Objection - foundation (602); argumentative (611, 403) | **Re: [214:12-214:16]**<br>Def Objection - foundation (602); argumentative (611, 403)<br>**SUSTAINED** | | |
| **214:16 - 214:16   Kieper, Ronald 12-19-2019**<br>214 16     A.   I don't know. | **Re: [214:12-214:16]**<br>Def Objection - foundation (602); argumentative (611, 403) | **Re: [214:12-214:16]**<br>Def Objection - foundation (602); argumentative (611, 403)<br>**SUSTAINED** | | |
| **215:8 - 215:10   Kieper, Ronald 12-19-2019**<br>215 8     When you brought to him the results of the<br>215 9        first eight subjects with the green end and the yellow<br>215 10      end, which study did Mr. Berger say could continue? | | | **Re: [215:8-215:10]**<br>401, 403, 802 | **OVERRULED** |
| **215:13 - 215:16   Kieper, Ronald 12-19-2019**<br>215 13     A.   I completed the yellow end test.<br>215 14     BY MR. BUCHANAN:<br>215 15     Q.   Okay.  And which study did he say to stop?<br>215 16     A.   The green end test. | | | **Re: [215:13-215:21]**<br>401, 403 | **OVERRULED** |
| **221:1 - 221:7   Kieper, Ronald 12-19-2019**<br>221 1     BY MR. BUCHANAN:<br>221 2     Q.   Okay.  Did your boss express to you that<br>221 3        you clearly had a problem with this product?<br>221 4     A.   I don't recall him -- I don't recall any<br>221 5        conversations about this product. | **Re: [221:6-221:11]**<br>Def Objection - argumentative; misstates (611, 403); foundation (602) | **Re: [221:6-221:11]**<br>Def Objection - argumentative; misstates (611, 403); | **Re: [221:2-221:5]**<br>602, 401, 403 | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 221 6    Q.   There was a problem with the product.  Did<br>221 7    you know it was perceived that way by your boss? | | foundation<br>(602)<br>**SUSTAINED** | |
| **221:10 - 221:11   Kieper, Ronald 12-19-2019**<br>221 10    A.   No, I didn't know that was what his<br>221 11    thinking was. | Re: [221:6-221:11]<br>Def Objection -<br>argumentative; misstates (611,<br>403); foundation (602) | Re: [221:6-<br>221:11]<br>Def Objection -<br>argumentative;<br>misstates (611,<br>403);<br>foundation<br>(602)<br>**SUSTAINED** | |
| **221:13 - 222:4   Kieper, Ronald 12-19-2019**<br>221 13    (WHEREUPON, a certain document was<br>221 14    marked Ron Kieper Deposition Exhibit<br>221 15    No. 15, for identification, as of<br>221 16    12/19/2019.)<br>221 17    BY MR. BUCHANAN:<br>221 18    Q.   I am passing you, sir, Exhibit 15 to your<br>221 19    deposition.<br>221 20    Exhibit 15, sir, is an e-mail from<br>221 21    Mr. Berger.  That's your boss at the time, right?<br>221 22    A.   Yes.<br>221 23    Q.   To Brian Myers.<br>221 24    Who is he, sir?<br>221 25    A.   Another employee of 3M.  He may have been<br>222 1    Elliott's boss at that time.  I don't recall.<br>222 2    Q.   Okay.  And the lab was actually reporting<br>222 3    in to Mr. Myers at this point in time, isn't that<br>222 4    true? | Re: [221:18-222:1]<br>Def Objection - relevance<br>(401, 402); Prejudice (403)<br>Re: [222:2-222:8]<br>Def Objection - vague (611,<br>403); foundation (602) | Re: [221:18-<br>222:1]<br>Def Objection -<br>relevance (401,<br>402); Prejudice<br>(403)<br>**OVERRULED**<br>Re: [222:2-<br>222:8]<br>Def Objection -<br>vague (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED** | Re: [221:13-221:16]<br>602<br><br>**OVERRULED** |
| **222:7 - 222:8   Kieper, Ronald 12-19-2019**<br>222 7    A.   If he was Elliott's boss, that -- that<br>222 8    could be the case, yes. | Re: [222:2-222:8]<br>Def Objection - vague (611,<br>403); foundation (602) | Re: [222:2-<br>222:8]<br>Def Objection -<br>vague (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| **222:10 - 222:10   Kieper, Ronald 12-19-2019** | | | | |
| 222 10      Q.   And he was a business guy, right? | **Re: [222:10-222:14]**<br>Def Objection - vague (611, 403); foundation (602) | Re: [222:10-222:14]<br>Def Objection - vague (611, 403); foundation (602)<br>**OVERRULED** | | |
| **222:13 - 223:1   Kieper, Ronald 12-19-2019** | | | | |
| 222 13      A.   I'm -- I don't know what his background or<br>222 14      what his specific job was.<br>222 15      BY MR. BUCHANAN:<br>222 16      Q.   The memo from -- or the e-mail from<br>222 17      Mr. Berger to Mr. Myers dated the day after the memo<br>222 18      we just looked at, the one you wrote, do you see that?<br>222 19      A.   Yes, I see that.<br>222 20      Q.   Okay.  It says:  "Here are data on the<br>222 21      UltraFit end of the Combat Arms.  Note the original<br>222 22      study was stopped with eight subjects.  The second<br>222 23      study was with the folded-back flanges on the end<br>222 24      sticking out of the ear."<br>222 25      Did I read that correctly?<br>223 1      A.   Yes, you did. | **Re: [222:10-222:14]**<br>Def Objection - vague (611, 403); foundation (602)<br>**Re: [222:16-223:1]**<br>Def Objection - relevance (401, 402); Prejudice (403) | Re: [222:10-222:14]<br>Def Objection - vague (611, 403); foundation (602)<br>**OVERRULED**<br>Re: [222:16-223:1]<br>Def Objection - relevance (401, 402); Prejudice (403)<br>**OVERRULED** | | |
| **223:2 - 223:2   Kieper, Ronald 12-19-2019** | | | | |
| 223 2      Q.   And that's how you ran the study, right? | | | | |
| **223:5 - 223:6   Kieper, Ronald 12-19-2019** | | | | |
| 223 5      A.   That's what the memo says.  I don't have a<br>223 6      direct recollection of -- of doing this test. | | | | |
| **223:8 - 223:13   Kieper, Ronald 12-19-2019** | | | | |
| 223 8      Q.   You don't have a different understanding<br>223 9      of how you did that test, do you, sir?<br>223 10      A.   I don't have any understanding of how I<br>223 11      did it.<br>223 12      Q.   Okay.  No reason to disagree with that<br>223 13      sentence then, fair? | | | | |
| **223:16 - 223:18   Kieper, Ronald 12-19-2019** | | | | |
| 223 16      A.   No, there is no reason for me to -- I | | | | |

| | | | |
|---|---|---|---|
| 223 17    don't -- I don't know -- I hadn't seen this before, so<br>223 18    I wasn't aware of this, no. | | | |
| **223:20 - 223:21   Kieper, Ronald 12-19-2019**<br>223 20    Q.   You hadn't seen this before today?<br>223 21    A.   I don't believe so. | | | |
| **223:22 - 224:11   Kieper, Ronald 12-19-2019**<br>223 22    Q.   Okay.  It says:  "The second" -- "The<br>223 23    second study was with the folded-back flanges on the<br>223 24    end sticking out of the ear."<br>223 25    Do you see that?<br>224 1    A.   Yes.<br>224 2    Q.   And then there is a question to Mr. Myers<br>224 3    from Mr. Berger.<br>224 4    "Should I share this with Ohlin?"<br>224 5    Do you see that?<br>224 6    A.   Yes.<br>224 7    Q.   And then it continues.<br>224 8    "It looks like the existing product has<br>224 9    problems."  Let's pause there.<br>224 10    Did Mr. Berger ever share with you his<br>224 11    view that the existing product had problems? | **Re: [224:7-224:14]**<br>Def Objection - prejudice (403); foundation (602); vague; misstates (611, 403) | **Re: [224:7-224:14]**<br>Def Objection - prejudice (403); foundation (602); vague; misstates (611, 403)<br>**OVERRULED** | **Re: [223:22-224:6]**<br>602, 401, 403 | **OVERRULED** |
| **224:14 - 224:14   Kieper, Ronald 12-19-2019**<br>224 14    A.   Not that I recall. | **Re: [224:7-224:14]**<br>Def Objection - prejudice (403); foundation (602); vague; misstates (611, 403) | **Re: [224:7-224:14]**<br>Def Objection - prejudice (403); foundation (602); vague; misstates (611, 403)<br>**OVERRULED** | | |
| **224:16 - 224:18   Kieper, Ronald 12-19-2019**<br>224 16    Q.   Did he ever share with you at this point<br>224 17    in time that you were already selling this version of<br>224 18    the product? | **Re: [224:16-224:22]**<br>Def Objection - vague; misstates; asked (611, 403); foundation (602) | **Re: [224:16-224:22]**<br>Def Objection - vague; misstates; asked (611, 403); | | |

| | | | | |
|---|---|---|---|---|
| | | foundation (602) **OVERRULED** | | |
| **224:22 - 224:22   Kieper, Ronald 12-19-2019**<br>224 22      A.   No. | Re: [224:16-224:22]<br>Def Objection - vague; misstates; asked (611, 403); foundation (602) | Re: [224:16-224:22]<br>Def Objection - vague; misstates; asked (611, 403); foundation (602) **OVERRULED** | | |
| **225:4 - 225:6   Kieper, Ronald 12-19-2019**<br>225 4      Q.   Did you direct anybody, sir, that the<br>225 5      Combat Arms when worn should have the flanges folded<br>225 6      back in the same manner that you tested them? | Re: [225:4-225:10]<br>Def Objection - misstates (611, 403); MIL No. 18 | Re: [225:4-225:10]<br>Def Objection - misstates (611, 403); MIL No. 18 **OVERRULED** | | |
| **225:9 - 225:10   Kieper, Ronald 12-19-2019**<br>225 9      A.   I didn't have any input on the<br>225 10      instructions or... | Re: [225:4-225:10]<br>Def Objection - misstates (611, 403); MIL No. 18 | Re: [225:4-225:10]<br>Def Objection - misstates (611, 403); MIL No. 18 **OVERRULED** | | |
| **226:4 - 226:13   Kieper, Ronald 12-19-2019**<br>226 4      (WHEREUPON, a certain document was<br>226 5      marked Ron Kieper Deposition Exhibit<br>226 6      No. 16, for identification, as of<br>226 7      12/19/2019.)<br>226 8      BY MR. BUCHANAN:<br>226 9      Q.   Before you now, sir, is Exhibit --<br>226 10      Exhibit 16 to your examination.  It's a technical<br>226 11      report.  It's got a number in the middle.  Do you see<br>226 12      that?  E-A-R 00-12/HP.  Do you see that?<br>226 13      A.   Yes. | | | Re: [226:4-226:13]<br>401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **226:19 - 227:4   Kieper, Ronald 12-19-2019** | | | **Re: [226:19-227:12]**<br>401, 403 | **OVERRULED** |
| 226 19    Q.   Okay.  And you are the lead author on<br>226 20    this?<br>226 21    A.   Yes.<br>226 22    Q.   Okay.  For the record, Exhibit 16 is a<br>226 23    report entitled:  "How Folding the Flanges Back<br>226 24    Affects REAT Results of the UltraFit Earplug End<br>of<br>226 25    the Combat Arms Plug."<br>227 1    Do you see that, sir?<br>227 2    A.   Yes.<br>227 3    Q.   It is dated July 10, 2000?<br>227 4    A.   Yes. | | | | |
| **228:15 - 228:24   Kieper, Ronald 12-19-2019** | **Re: [228:21-229:3]**<br>Def Objection -<br>argumentative; vague (611,<br>403) | **Re: [228:21-<br>229:3]**<br>Def Objection -<br>argumentative;<br>vague (611,<br>403)<br>**OVERRULED** | **Re: [228:15-228:20]**<br>401, 403 | **OVERRULED** |
| 228 15    Q.   I take it, sir, that before you came in to<br>228 16    talk to us today on the record with our jury, you had<br>228 17    a chance to review this?<br>228 18    A.   Yes, I've looked at this.<br>228 19    Q.   As part of your preparation for today?<br>228 20    A.   Yes.<br>228 21    Q.   Okay.  Let's look at this.<br>228 22    And this is kind of a beefed up version of<br>228 23    that memo that we looked at from May of 2000 that<br>you<br>228 24    wrote yourself to Mr. Berger, is that right? | | | | |
| **229:2 - 230:4   Kieper, Ronald 12-19-2019** | **Re: [228:21-229:3]**<br>Def Objection -<br>argumentative; vague (611,<br>403)<br>**Re: [229:25-230:4]**<br>Def Objection - relevance<br>(401, 402) | **Re: [228:21-<br>229:3]**<br>Def Objection -<br>argumentative;<br>vague (611,<br>403)<br>**OVERRULED**<br>**Re: [229:25-<br>230:4]**<br>Def Objection -<br>relevance (401,<br>402)<br>**OVERRULED** | **Re: [229:4-229:24]**<br>401, 403 | **OVERRULED** |
| 229 2    A.   There is -- there is more to it than just<br>229 3    the memo, yes.<br>229 4    BY MR. BUCHANAN:<br>229 5    Q.   Okay.  And I'd like to -- this -- I'd like<br>229 6    to start with the test procedure, okay?<br>229 7    A.   Okay.<br>229 8    Q.   Under the heading Test Procedure, you are<br>229 9    talking about these two tests 213015 and 213017,<br>229 10    correct, sir?<br>229 11    A.   Yes.<br>229 12    Q.   Okay.  It says:  "Both tests followed the<br>229 13    S3.19-1974, Experimenter-Fit, protocol."<br>229 14    Do you see that? | | | | |

Kieper, Ronald - 12-19-2019 Objection Report

| | | | | |
|---|---|---|---|---|
| 229 15    A.   Yes.<br>229 16    Q.   And you described what you did.<br>229 17    They were tested three times each on the<br>229 18    subjects from your lab test panel, right?<br>229 19    A.   Yes.<br>229 20    Q.   Okay.  So that means these are those folks<br>229 21    that you have already prescreened and qualified, not<br>229 22    some sample from the general population, right?<br>229 23    A.   Yes, these were test subjects on our test<br>229 24    panel.<br>229 25    Q.   Okay.  Some of whom were employees, right?<br>230 1    A.   Yes.<br>230 2    Q.   Some of whom were relatives of employees,<br>230 3    right?<br>230 4    A.   Yes. | | | | |
| **230:18 - 230:23   Kieper, Ronald 12-19-2019**<br>230 18    Q.   It says: "For 213015, the plugs were fit<br>230 19    according to the standard plug's fitting<br>230 20    instructions," right?<br>230 21    A.   Yes, it says that.<br>230 22    Q.   "With no modifications," right?<br>230 23    A.   That's what it says, yes. | | | Re: [230:18-231:2]<br>401, 403, 602 | OVERRULED |
| **232:12 - 232:19   Kieper, Ronald 12-19-2019**<br>232 12    Q.   "Because the stem of the green, solid end<br>232 13    of the plug is so short, it was difficult for the<br>232 14    experimenter to insert the plug deeply into some<br>232 15    subjects' ear canals, especially those subjects with<br>232 16    medium and larger canals," right?<br>232 17    A.   That's what it says, yes.<br>232 18    Q.   Okay.  And that was true, of course,<br>232 19    right? | | | Re: [232:4-233:6]<br>401, 403, 701 | OVERRULED |
| **232:22 - 233:1   Kieper, Ronald 12-19-2019**<br>232 22    A.   That's -- that's what I wrote.<br>232 23    BY MR. BUCHANAN:<br>232 24    Q.   And you wrote it because it was --<br>232 25    A.   So I -- at that time I believed that, yes.<br>233 1    Q.   And you still believe it, don't you? | | | Re: [232:4-233:6]<br>401, 403, 701 | OVERRULED |
| **233:4 - 233:6   Kieper, Ronald 12-19-2019**<br>233 4    A.   I believe that it -- it was difficult for | | | Re: [232:4-233:6]<br>401, 403, 701 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 233 5 me to insert the plug deeply into some subjects' ear<br>233 6 canals. | | | | |
| **233:18 - 234:17   Kieper, Ronald 12-19-2019**<br>233 18    Q.    And then it continues.<br>233 19    "Additionally, the geometry of the ear<br>233 20    canal opening sometimes prevented the deep plug<br>233 21    insertion required for maximum attenuation<br>values,"<br>233 22    right?<br>233 23    A.    That's -- that's -- you read that right.<br>233 24    Q.    And then you continue to describe the<br>233 25    observation you had in your memo from a few<br>months<br>234 1    earlier.  You state:<br>234 2    "When the solid plug was fitted during the<br>234 3    first test, the basal edge of the third flange of the<br>234 4    yellow level-dependent plug sometimes pressed<br>against<br>234 5    the subject's ear canal opening and folded up."<br>234 6    Did I read that correctly?<br>234 7    A.    Yes, you did.<br>234 8    Q.    "When the inward pressure on the plug was<br>234 9    released, the yellow plug's flanges tended to return<br>234 10    to their original shape and this sometimes loosened<br>234 11    the plug."<br>234 12    Do you see that?<br>234 13    A.    I see that.<br>234 14    Q.    Okay.  And this loosening, sir, was often<br>234 15    imperceptible to the subject, isn't that true?<br>234 16    A.    That's what it says here.<br>234 17    Q.    And that was true? | | | Re: [233:18-235:7]<br>401, 403, 701 | **OVERRULED** |
| **234:20 - 235:9   Kieper, Ronald 12-19-2019**<br>234 20    A.    That's what I believed, yes.<br>234 21    BY MR. BUCHANAN:<br>234 22    Q.    That's what you wrote contemporaneous --<br>234 23    A.    That's what I wrote.<br>234 24    Q.    -- with the study?<br>234 25    A.    That's correct.<br>235 1    Q.    When you ran test 213017, as you | Re: [235:8-235:13]<br>Def Objection - foundation<br>(602) | Re: [235:8-235:13]<br>Def Objection -<br>foundation<br>(602)<br>**OVERRULED** | Re: [233:18-235:7]<br>401, 403, 701 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 235 2    documented in this report, "the yellow flanges of a<br>235 3    level-dependent end of the plug were folded back<br>prior<br>235 4    to the green, solid plug being inserted into the<br>235 5    subjects' ears."<br>235 6    Do you see that, sir?<br>235 7    A.   Yes.<br>235 8    Q.   And that's how you ran test 213017, right,<br>235 9    sir? | | | |
| **235:12 - 235:16   Kieper, Ronald 12-19-2019**<br>235 12      A.   I don't recall.  I hold -- I wrote that<br>235 13    here, so that's -- that's what I wrote at that time.<br>235 14      BY MR. BUCHANAN:<br>235 15      Q.   You don't doubt that's what you did,<br>235 16    right? | Re: [235:8-235:13]<br>Def Objection - foundation<br>(602)<br>Re: [235:15-235:19]<br>Def Objection - argumentative<br>(611, 403); cumulative (403) | Re: [235:8-<br>235:13]<br>Def Objection -<br>foundation<br>(602)<br>**OVERRULED**<br>Re: [235:15-<br>235:19]<br>Def Objection -<br>argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**OVERRULED** | |
| **235:18 - 235:19   Kieper, Ronald 12-19-2019**<br>235 18      BY THE WITNESS:<br>235 19      A.   No, I don't doubt that. | Re: [235:15-235:19]<br>Def Objection - argumentative<br>(611, 403); cumulative (403) | Re: [235:15-<br>235:19]<br>Def Objection -<br>argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**OVERRULED** | |
| **236:13 - 236:13   Kieper, Ronald 12-19-2019**<br>236 13      Q.   True then, true now, right? | Re: [236:13-236:17]<br>Plt Objection - it is cumulative<br>and therefore not clarification<br>counter | Re: [236:13-<br>236:17]<br>Plt Objection -<br>it is cumulative<br>and therefore<br>not clarification<br>counter<br>**SUSTAINED** | |

| | | | | |
|---|---|---|---|---|
| **236:16 - 236:17   Kieper, Ronald 12-19-2019**<br>236 16     A.   I don't know.  I haven't done any<br>236 17     experimenting in the last several years. | **Re: [236:13-236:17]**<br>Plt Objection - it is cumulative and therefore not clarification counter | **Re: [236:13-236:17]**<br>Plt Objection - it is cumulative and therefore not clarification counter<br>**SUSTAINED** | | |
| **246:22 - 246:25   Kieper, Ronald 12-19-2019**<br>246 22     BY MR. BUCHANAN:<br>246 23     Q.   Elliott was your immediate boss, but the<br>246 24     laboratory reported in to marketing, isn't that right,<br>246 25     sir? | | | **Re: [246:4-247:24]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **247:3 - 247:6   Kieper, Ronald 12-19-2019**<br>247 3     A.   I don't know.  I don't remember that.<br>247 4     BY MR. BUCHANAN:<br>247 5     Q.   You don't remember this becoming an issue<br>247 6     for you guys? | | | **Re: [246:4-247:24]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **247:9 - 247:9   Kieper, Ronald 12-19-2019**<br>247 9     A.   No. | | | **Re: [246:4-247:24]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **247:13 - 247:14   Kieper, Ronald 12-19-2019**<br>247 13     Q.   Because your lab is supposed to be<br>247 14     independent, not be tied to the business folks, right? | | | **Re: [246:4-247:24]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **247:17 - 247:21   Kieper, Ronald 12-19-2019**<br>247 17     A.   Our lab is -- yes, it was independent.<br>247 18     BY MR. BUCHANAN:<br>247 19     Q.   Well, I see.  I mean, who did -- who did<br>247 20     Mr. Berger send an e-mail to about the problems with<br>247 21     the product -- | | | **Re: [246:4-247:24]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **247:24 - 247:24   Kieper, Ronald 12-19-2019**<br>247 24     Q.   -- on May 12th, 2000, sir? | | | **Re: [246:4-247:24]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **248:2 - 248:5   Kieper, Ronald 12-19-2019**<br>248 2     A.   He sent an e-mail to Brian Myers.<br>248 3     BY MR. BUCHANAN:<br>248 4     Q.   The project manager for the Combat Arms,<br>248 5     right? | | | **Re: [248:2-248:10]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **248:8 - 248:10   Kieper, Ronald 12-19-2019**<br>248  8       A.   According to this, yeah, this sheet Brian<br>248  9       Myers was the project manager for the Combat<br>Arms<br>248 10       plug. | | | **Re: [248:2-248:10]**<br>Baker MIL 1, 401, 403, 602 | **OVERRULED** |
| **249:15 - 249:16   Kieper, Ronald 12-19-2019**<br>249 15       Q.   And Mr. Myers actually had supervisory<br>249 16       responsibility over Mr. Berger for the lab? | | | **Re: [249:15-249:24]**<br>602, 403, 401 | **OVERRULED** |
| **249:20 - 249:24   Kieper, Ronald 12-19-2019**<br>249 20       Q.   Right?<br>249 21       A.   I don't know.<br>249 22       Q.   You don't remember this becoming an issue<br>249 23       with your NVLAP certification that you had your<br>lab<br>249 24       reporting in to the marketing group? | | | **Re: [249:15-249:24]**<br>602, 403, 401 | **OVERRULED** |
| **250:2 - 250:4   Kieper, Ronald 12-19-2019**<br>250  2       A.   No.<br>250  3       BY MR. BUCHANAN:<br>250  4       Q.   NVLAP wrote you up on it, right? | | | **Re: [250:2-250:7]**<br>602, 403, 401 | **OVERRULED** |
| **250:7 - 250:7   Kieper, Ronald 12-19-2019**<br>250  7       A.   I don't recall. | | | **Re: [250:2-250:7]**<br>602, 403, 401 | **OVERRULED** |
| **257:13 - 259:15   Kieper, Ronald 12-19-2019**<br>257 13       Q.   I am passing you over Exhibit 20, sir.<br>257 14       Exhibit 20, sir, is a document produced by<br>257 15       your former employer to us.  It is titled<br>"Annotations<br>257 16       from E-A-R checklist with assessment annotations."<br>257 17       Do you see that, sir?<br>257 18       A.   Yes.<br>257 19       Q.   Do you recall as part of your audit<br>257 20       process with the NVLAP folks that there would be<br>a<br>257 21       back and forth where they shared their observations<br>257 22       and you got to respond?<br>257 23       A.   Yes.<br>257 24       Q.   Okay.  Here we are looking at an<br>257 25       annotation from Jeff G. Schmitt.  This is from<br>258  1       June 13th, 2001.<br>258  2       Do you see that? | **Re: [258:18-258:23]**<br>Def Objection -<br>argumentative; misstates (611,<br>403); foundation (602)<br>**Re: [259:2-259:9]**<br>Def Objection - foundation<br>(602); relevance (401, 402) | Re: [258:18-258:23]<br>Def Objection -<br>argumentative;<br>misstates (611,<br>403);<br>foundation<br>(602)<br>**SUSTAINED**<br>Re: [259:2-259:9]<br>Def Objection -<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | **Re: [257:7-258:17]**<br>401, 403, Baker MIL 1<br>**Re: [259:10-259:12]**<br>401, 403, 602<br>**Re: [259:15-259:15]**<br>602 | **OVERRULED** |

258 3      A.   Yes.
258 4      Q.   It says:  "The org chart of 12/1/2000
258 5      shows the lab director reporting through a marketing
258 6      manager."
258 7      Do you see that?
258 8      A.   Yes.
258 9      Q.   "While it is acceptable on a business
258 10     management basis, this creates a potential for a
258 11     conflict of interest at the laboratory testing level."
258 12     Do you see that, sir?
258 13     A.   Yes.
258 14     Q.   Were you involved in discussions between
258 15     Mr. Berger and Mr. Myers about whether to share
258 16     results from your testing with the military?
258 17     A.   No.
258 18     Q.   Do you know there is no evidence that your
258 19     research reports concerning folding back the
flanges
258 20     was shared with Dr. Ohlin?
258 21     MS. ELIZABETH:  Objection; form.
258 22     BY THE WITNESS:
258 23     A.   I'm sorry.  With whom?
258 24     BY MR. BUCHANAN:
258 25     Q.   Do you know who Dr. Ohlin is?
259 1      A.   No.
259 2      Q.   In that document we looked at, sir, there
259 3      was a question:  "Should we tell owe Ohlin?"
between
259 4      Mr. Berger and Mr. Myers.
259 5      Did you see that?
259 6      MS. ELIZABETH:  Objection; form.
259 7      BY THE WITNESS:
259 8      A.   Yes, I remember doctor -- I didn't realize
259 9      he was a doctor.
259 10     BY MR. BUCHANAN:
259 11     Q.   Were you ever instructed, sir, to share
259 12     your report with Dr. Ohlin?
259 13     MS. ELIZABETH:  Objection; form.

| | | | | |
|---|---|---|---|---|
| 259 14     BY THE WITNESS: | | | | |
| 259 15     A.   Not that I recall. | | | | |
| **260:16 - 260:20   Kieper, Ronald 12-19-2019** | | | **Re: [260:1-262:3]** | **OVERRULED** |
| 260 16      You've got the marketing folks overseeing | | | 401, 403, Baker MIL 1 | |
| 260 17      the lab folks who were testing the company's own | | | | |
| 260 18      products with the company's own employees as test | | | | |
| 260 19      subjects.  That is the state of play as of 2000, | | | | |
| 260 20      correct, sir? | | | | |
| **260:23 - 261:7   Kieper, Ronald 12-19-2019** | | | **Re: [260:1-262:3]** | **OVERRULED** |
| 260 23      A.   Well, to correct you a little bit, we used | | | 401, 403, Baker MIL 1 | |
| 260 24      both employees and non-employees as test subjects. | | | | |
| 260 25      BY MR. BUCHANAN: | | | | |
| 261 1       Q.   Yeah.  Among those non-employees were | | | | |
| 261 2       employee relatives, right? | | | | |
| 261 3       A.   Some of them were, yes. | | | | |
| 261 4       Q.   Okay.  And you've got Mr. Berger checking | | | | |
| 261 5       in with the project manager about whether you should | | | | |
| 261 6       share the results with the military. | | | | |
| 261 7       Do you see that? | | | | |
| **261:10 - 261:10   Kieper, Ronald 12-19-2019** | | | **Re: [260:1-262:3]** | **OVERRULED** |
| 261 10      A.   I saw Mr. Berger's e-mail. | | | 401, 403, Baker MIL 1 | |
| **271:14 - 271:18   Kieper, Ronald 12-19-2019** | **Re: [271:14-271:25]** | **Re: [271:14-271:25]** | **Re: [271:14-271:25]** | **OVERRULED** |
| 271 14      Q.   I am passing you, sir, what we are marking | Def Objection - asked; misstates; argumentative (611, 403); foundation (602) | Def Objection - asked; misstates; argumentative (611, 403); foundation (602) | Baker MIL 1 | |
| 271 15      as Exhibit 22. | | **OVERRULED** | | |
| 271 16      The truth is, sir, that 22 that you HAD | | | | |
| 271 17      been putting on the package was a bit of a problem, | | | | |
| 271 18      wasn't it, sir? | | | | |
| **271:21 - 271:21   Kieper, Ronald 12-19-2019** | **Re: [271:14-271:25]** | **Re: [271:14-271:25]** | **Re: [271:14-271:25]** | **No testimony; no ruling necessary.** |
| 271 21      BY MR. BUCHANAN: | Def Objection - asked; misstates; argumentative (611, 403); foundation (602) | Def Objection - asked; misstates; argumentative (611, 403); | Baker MIL 1 | |

| | | | foundation (602) **OVERRULED** | | |
|---|---|---|---|---|---|
| **271:25 - 271:25   Kieper, Ronald 12-19-2019**<br>271 25      A.   No. | | **Re: [271:14-271:25]**<br>Def Objection - asked; misstates; argumentative (611, 403); foundation (602) | **Re: [271:14-271:25]**<br>Def Objection - asked; misstates; argumentative (611, 403); foundation (602) **OVERRULED** | **Re: [271:14-271:25]**<br>Baker MIL 1 | **OVERRULED** |
| **272:2 - 272:5   Kieper, Ronald 12-19-2019**<br>272 2      Q.   Nobody came to you to ask you how you did<br>272 3      the testing and how did you come up with the 22, why<br>272 4      did you test the left end different than the right end<br>272 5      or the yellow end different from the green end? | | | | **Re: [272:2-272:11]**<br>leading, 401, 403 | **OVERRULED** |
| **272:8 - 272:8   Kieper, Ronald 12-19-2019**<br>272 8      Q.   Nobody came to the drill down on that? | | | | **Re: [272:2-272:11]**<br>leading, 401, 403 | **OVERRULED** |
| **272:11 - 273:16   Kieper, Ronald 12-19-2019**<br>272 11      A.   Not that I recall, no.<br>272 12      BY MR. BUCHANAN:<br>272 13      Q.   Okay.  I'd like to direct your attention,<br>272 14      sir, in this e-mail exchange, it's including Mr. Myers<br>272 15      again.  I'm directing your attention to .2.<br>272 16      There is an e-mail at the bottom from<br>272 17      Mr. Myers to a series of folks concerning an order<br>272 18      from -- an order for 500 packages with the SKU number<br>272 19      370-1011 for the Combat Arms Earplug.<br>272 20      Do you see that e-mail at the very bottom,<br>272 21      sir?<br>272 22      A.   I see the heading, yes.<br>272 23      Q.   And it continues on to Page 3, and it<br>272 24      says:  "Divinder, either way as I explained to you, we | | | | **Re: [272:2-272:11]**<br>leading, 401, 403<br>**Re: [272:13-274:18]**<br>401, 403, Baker MIL 1, 3M MIL 16 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 272 25    cannot distribute this with the current NRR on the<br>273 1    package."<br>273 2    Do you see that?<br>273 3    A.   Yes, I see that.<br>273 4    Q.   And that NRR you had computed for the<br>273 5    green end was 22, right?<br>273 6    A.   Yeah, the NRR for the green end of the<br>273 7    Combat Arms was 22.<br>273 8    Q.   Okay.  Let's go to Page 1.  There is more<br>273 9    back and forth in here.<br>273 10    Mr. Myers is commenting to his colleagues<br>273 11    and he communicates that it is not going to be a<br>phase<br>273 12    out but an abrupt stop and they are going to start<br>273 13    selling a new version, and then he continues.<br>273 14    "We cannot ship any further products with<br>273 15    the current labeling."<br>273 16    Did I read that correctly, sir? | | | | |
| **273:19 - 273:25   Kieper, Ronald 12-19-2019**<br>273 19    A.   Yes.<br>273 20    BY MR. BUCHANAN:<br>273 21    Q.   Were you aware the company stopped<br>273 22    shipping Combat Arms with your NRR of 22 in<br>2015?<br>273 23    A.   No.<br>273 24    Q.   Were you aware that rather than sell out<br>273 25    the stock they actually held it and destroyed it? | | | Re: [272:13-274:18]<br>401, 403, Baker MIL 1, 3M<br>MIL 16 | **SUSTAINED as<br>to 273:24-274:3.<br>Otherwise<br>OVERRULED.** |
| **274:3 - 274:13   Kieper, Ronald 12-19-2019**<br>274 3    A.   No, I was not aware of that.<br>274 4    BY MR. BUCHANAN:<br>274 5    Q.   Nobody called you and had a discussion<br>274 6    with you at that point in time about how you had<br>done<br>274 7    the testing or whether there was some alternate<br>274 8    interpretation of your test results, right?<br>274 9    A.   I don't recall any phone calls.<br>274 10    Q.   And that 22 that you were quoting on the<br>274 11    package for the closed end that we looked at in<br>some | | | Re: [272:13-274:18]<br>401, 403, Baker MIL 1, 3M<br>MIL 16 | **SUSTAINED as<br>to 273:24-274:3.<br>Otherwise<br>OVERRULED.** |

| | | | | |
|---|---|---|---|---|
| 274 12   marketing today, that was twice as high as the result<br>274 13   on the end the first time you tested, right? | | | | |
| **274:16 - 274:18   Kieper, Ronald 12-19-2019**<br>274 16   A.   It was the 015 test that was stopped after<br>274 17   eight subjects had an NRR of 11 for those eight<br>274 18   subjects. | | | Re: [272:13-274:18]<br>401, 403, Baker MIL 1, 3M<br>MIL 16 | OVERRULED |
| **274:20 - 274:22   Kieper, Ronald 12-19-2019**<br>274 20   Q.   As I remember your testimony, sir, you had<br>274 21   an NRR of 11 on study 015 at the point in time<br>274 22   Mr. Berger told you to stop testing, right? | Re: [274:20-275:1]<br>Def Objection - misstates;<br>asked; argumentative (611,<br>403); cumulative (403) | Re: [274:20-<br>275:1]<br>Def Objection -<br>misstates;<br>asked;<br>argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**SUSTAINED** | | |
| **274:25 - 275:1   Kieper, Ronald 12-19-2019**<br>274 25   A.   Yes, he asked me to stop testing after<br>275 1   eight subjects. | Re: [274:20-275:1]<br>Def Objection - misstates;<br>asked; argumentative (611,<br>403); cumulative (403) | Re: [274:20-<br>275:1]<br>Def Objection -<br>misstates;<br>asked;<br>argumentative<br>(611, 403);<br>cumulative<br>(403)<br>**SUSTAINED** | | |
| **276:14 - 276:15   Kieper, Ronald 12-19-2019**<br>276 14   Q.   No one came back to you and told you that<br>276 15   it was improper to fold the flanges? | | | Re: [276:13-276:18]<br>401, 403, Baker MIL 1, 3M<br>MIL 16 | OVERRULED |
| **276:18 - 276:18   Kieper, Ronald 12-19-2019**<br>276 18   A.   No. | | | Re: [276:13-276:18]<br>401, 403, Baker MIL 1, 3M<br>MIL 16 | OVERRULED |
| **276:25 - 277:4   Kieper, Ronald 12-19-2019**<br>276 25   Q.   Do you recognize the individual on the<br>277 1   screen, sir?<br>277 2   A.   Yes.<br>277 3   Q.   At a point in time, sir, did he ultimately<br>277 4   become somebody to whom the lab reported to? | | | Re: [276:25-277:18]<br>401, 403, Baker MIL 1, 3M<br>MIL 16 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| **277:7 - 277:18   Kieper, Ronald 12-19-2019** | | | Re: [276:25-277:18] | OVERRULED |
| 277 7      A.   Yes.  He was a technical director. | | | 401, 403, Baker MIL 1, 3M | |
| 277 8      BY MR. BUCHANAN: | | | MIL 16 | |
| 277 9      Q.   Okay.  What's his name? | | | | |
| 277 10     A.   Jeff Hamer. | | | | |
| 277 11     Q.   Okay.  And so Mr. Berger in your group | | | | |
| 277 12     would have reported in to him, the technical | | | | |
| director, | | | | |
| 277 13     certainly as of the date of this deposition, 2015, | | | | |
| 277 14     right? | | | | |
| 277 15     A.   I believe so, yes. | | | | |
| 277 16     Q.   Okay.  You were still working at Aearo at | | | | |
| 277 17     this time, right? | | | | |
| 277 18     A.   Yes, I was. | | | | |
| **277:21 - 278:16   Kieper, Ronald 12-19-2019** | | | Re: [277:21-278:19] | OVERRULED |
| 277 21     Q.   You can also read it, sir, if you'd like | | | 3M MIL 6, 401, 403 | |
| 277 22     on the screen, but it is going to be there for the | | | | |
| 277 23     jury to see if they would like. | | | | |
| 277 24     (Video played, as follows: | | | | |
| 277 25     "Q. Okay.  Would it be fair to | | | | |
| 278 1      say that if they did not test the | | | | |
| 278 2      open mode with the flange rolled | | | | |
| 278 3      back, but they did test the closed | | | | |
| 278 4      end with the flange rolled back, that | | | | |
| 278 5      that would be improper because the | | | | |
| 278 6      two tests were using the product in | | | | |
| 278 7      two different ways? | | | | |
| 278 8      "A. My opinion is that testing | | | | |
| 278 9      the product with the flange rolled | | | | |
| 278 10     back is improper.") | | | | |
| 278 11     BY MR. BUCHANAN: | | | | |
| 278 12     Q.   So we have that testimony from 2015, sir. | | | | |
| 278 13     I'm just wondering, did Mr. Hamer give you a call | | | | |
| 278 14     around the time of his deposition, before or after, | | | | |
| 278 15     ask you what were you thinking testing these plugs | | | | |
| 278 16     with the flanges folded back? | | | | |
| **278:19 - 278:19   Kieper, Ronald 12-19-2019** | | | Re: [277:21-278:19] | OVERRULED |
| 278 19     A.   No. | | | 3M MIL 6, 401, 403 | |

| | | | |
|---|---|---|---|
| **279:15 - 279:17   Kieper, Ronald 12-19-2019**<br>279 15   Q.   Sir, you were also deposed in that other<br>279 16   proceeding, right?<br>279 17   A.   Yes, 2015. | **Re: [279:15-279:17]**<br>Def Objection - 3M MIL No.<br>6; relevance (401, 402) | Re: [279:15-<br>279:17]<br>Def Objection -<br>3M MIL No. 6;<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **280:1 - 280:8   Kieper, Ronald 12-19-2019**<br>280 1   Q.   Sir, is that you I guess four or five<br>280 2   years ago at the time of your deposition in that<br>280 3   proceeding?<br>280 4   A.   Yes.<br>280 5   Q.   I guess four years ago there.<br>280 6   Whose -- whose idea was it to roll the<br>280 7   flange back and run 017 the way you did, sir?  Was it<br>280 8   Mr. Berger? | **Re: [280:1-280:4]**<br>Def Objection - 3M MIL No.<br>6; relevance (401, 402)<br>**Re: [280:5-280:12]**<br>Def Objection - 3M MIL No.<br>6; asked; misstates (611, 403);<br>foundation (602) | Re: [280:1-<br>280:4]<br>Def Objection -<br>3M MIL No. 6;<br>relevance (401,<br>402)<br>**OVERRULED**<br>Re: [280:5-<br>280:12]<br>Def Objection -<br>3M MIL No. 6;<br>asked;<br>misstates (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED** | |
| **280:11 - 281:3   Kieper, Ronald 12-19-2019**<br>280 11   A.   That would be my understanding, yes.  I<br>280 12   don't recall specifically.<br>280 13   BY MR. BUCHANAN:<br>280 14   Q.   Okay.  Let's see what you said then.<br>280 15   MR. BUCHANAN:  Can you play 50.<br>280 16   (Video played, as follows:<br>280 17   "Q.  Whose idea was it to roll<br>280 18   back the flange and do this?  Was it<br>280 19   Mr. Berger?<br>280 20   "A. I don't know, you know --<br>280 21   "Q. Who told you to do it?<br>280 22   "A. Mr. Berger.<br>280 23   "Q. Did you ask why?<br>280 24   "A. I don't recall.") | **Re: [280:5-280:12]**<br>Def Objection - 3M MIL No.<br>6; asked; misstates (611, 403);<br>foundation (602)<br>**Re: [280:11-281:6]**<br>Def Objection - cumulative<br>(403); asked (611, 403) | Re: [280:5-<br>280:12]<br>Def Objection -<br>3M MIL No. 6;<br>asked;<br>misstates (611,<br>403);<br>foundation<br>(602)<br>**OVERRULED**<br>Re: [280:11-<br>281:6]<br>Def Objection -<br>cumulative<br>(403); asked | |

| | | | | |
|---|---|---|---|---|
| 280 25    BY MR. BUCHANAN:<br>281 1       Q.   Okay.  Sir, you don't take exception to<br>281 2       your prior testimony that it was Mr. Berger who told<br>281 3       you to do it, do you, sir? | | (611, 403)<br>**OVERRULED** | | |
| **281:5 - 281:6   Kieper, Ronald 12-19-2019**<br>281 5       BY THE WITNESS:<br>281 6       A.   No. | **Re: [280:11-281:6]**<br>Def Objection - cumulative<br>(403); asked (611, 403) | **OVERRULED**<br>**Re: [280:11-281:6]**<br>Def Objection - cumulative<br>(403); asked (611, 403)<br>**OVERRULED** | | |
| **281:8 - 281:11   Kieper, Ronald 12-19-2019**<br>281 8       Q.   Okay.  So this issue, sir, about NRRs<br>281 9       being reported higher than they should be or higher<br>281 10      than they are tested at, that's an issue that's<br>281 11      familiar to Aearo, right? | | | **Re: [281:8-282:6]**<br>602, leading, 401, 403,<br>Baker MIL 1 | **OVERRULED** |
| **281:14 - 281:18   Kieper, Ronald 12-19-2019**<br>281 14      A.   Not that I'm aware of.<br>281 15      BY MR. BUCHANAN:<br>281 16      Q.   Well, you recall -- you recall Aearo<br>281 17      getting into some trouble concerning the way it was<br>281 18      promoting its NRRs for its products, don't you, sir? | | | **Re: [281:8-282:6]**<br>602, leading, 401, 403,<br>Baker MIL 1 | **OVERRULED** |
| **281:21 - 282:3   Kieper, Ronald 12-19-2019**<br>281 21      A.   No, I don't -- I'm not sure what you are<br>281 22      talking about.<br>281 23      BY MR. BUCHANAN:<br>281 24      Q.   Don't you remember really probably in your<br>281 25      early years in the lab, early '90s, sir, Aearo getting<br>282 1       hit with the largest fine ever for violating the Noise<br>282 2       Control Act or for allegations of violating the Noise<br>282 3       Control Act concerning its foam product? | | | **Re: [281:8-282:6]**<br>602, leading, 401, 403,<br>Baker MIL 1 | **OVERRULED** |
| **282:6 - 282:6   Kieper, Ronald 12-19-2019**<br>282 6       A.   No. | | | **Re: [281:8-282:6]**<br>602, leading, 401, 403,<br>Baker MIL 1 | **OVERRULED** |
| **282:10 - 282:11   Kieper, Ronald 12-19-2019**<br>282 10      Q.   Overstating NRRs is a big deal, isn't it,<br>282 11      sir? | **Re: [282:10-282:15]**<br>Def Objection -<br>argumentative; vague; | **Re: [282:10-282:15]**<br>Def Objection - | **Re: [282:10-282:22]**<br>Baker MIL 1 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| | misstates (611, 403); foundation (602) | argumentative; vague; misstates (611, 403); foundation (602) **OVERRULED** | | **OVERRULED** |
| **282:14 - 282:15   Kieper, Ronald 12-19-2019**<br>282 14     A.   Not putting the actual NRR on a package<br>282 15          would be, yeah, that would be a problem. | Re: [282:10-282:15]<br>Def Objection - argumentative; vague; misstates (611, 403); foundation (602) | Re: [282:10-282:15]<br>Def Objection - argumentative; vague; misstates (611, 403); foundation (602) **OVERRULED** | Re: [282:10-282:22]<br>Baker MIL 1 | **OVERRULED** |
| **282:17 - 282:18   Kieper, Ronald 12-19-2019**<br>282 17     Q.   Yeah, and -- and not putting down an NRR<br>282 18          that you can support would be a problem, right? | Re: [282:17-282:22]<br>Def Objection - 701; vague; misstates; argumentative (611, 403); foundation (602) | Re: [282:17-282:22]<br>Def Objection - 701; vague; misstates; argumentative (611, 403); foundation (602) **OVERRULED** | Re: [282:10-282:22]<br>Baker MIL 1 | **OVERRULED** |
| **282:21 - 282:22   Kieper, Ronald 12-19-2019**<br>282 21     A.   I can see how that would be a problem,<br>282 22          yes. | Re: [282:17-282:22]<br>Def Objection - 701; vague; misstates; argumentative (611, 403); foundation (602) | Re: [282:17-282:22]<br>Def Objection - 701; vague; misstates; argumentative (611, 403); foundation (602) **OVERRULED** | Re: [282:10-282:22]<br>Baker MIL 1 | **OVERRULED** |

| | | | |
|---|---|---|---|
| **283:3 - 283:5    Kieper, Ronald 12-19-2019** | **Re: [283:3-283:18]** | Re: [283:3-283:18] | **Re: [283:3-284:17]** |
| 283 3    Q.   All right. I'm passing you over what we | Def Objection - 3M MIL No. 8; foundation (602) | Def Objection - 3M MIL No. 8; foundation (602) | Baker MIL 1 |
| 283 4    are marking as Exhibit 23 to your deposition, sir. | | **SUSTAINED** | |
| 283 5    This is a press release -- | | | |

(continued)

| Deposition Testimony | Plaintiff Objection | Defendant Objection | Plaintiff Counter | Ruling |
|---|---|---|---|---|
| **283:3 - 283:5    Kieper, Ronald 12-19-2019**<br>283 3    Q.   All right. I'm passing you over what we<br>283 4    are marking as Exhibit 23 to your deposition, sir.<br>283 5    This is a press release -- | **Re: [283:3-283:18]**<br>Def Objection - 3M MIL No. 8; foundation (602) | Re: [283:3-283:18]<br>Def Objection - 3M MIL No. 8; foundation (602)<br>**SUSTAINED** | **Re: [283:3-284:17]**<br>Baker MIL 1 | **SUSTAINED** |
| **283:10 - 283:14    Kieper, Ronald 12-19-2019**<br>283 10    Q.   It is a press release, sir, from 1993 from<br>283 11    the Department of Justice directed to I guess it was<br>283 12    then Cabot Safety Corp.<br>283 13    Was that the parent of Aearo many years<br>283 14    ago, sir? | **Re: [283:3-283:18]**<br>Def Objection - 3M MIL No. 8; foundation (602) | Re: [283:3-283:18]<br>Def Objection - 3M MIL No. 8; foundation (602)<br>**SUSTAINED** | **Re: [283:3-284:17]**<br>Baker MIL 1 | **SUSTAINED** |
| **283:17 - 283:25    Kieper, Ronald 12-19-2019**<br>283 17    A.   I believe that was just another name of<br>283 18    E-A-R, Cabot Safety, Aearo, 3M.<br>283 19    BY MR. BUCHANAN:<br>283 20    Q.   Okay. So here we are in 1993, sir, and we<br>283 21    see this press release where your company -- under a<br>283 22    different name then, but your company is going to pay<br>283 23    a $900,000 civil penalty relating to alleged<br>283 24    violations of the Noise Control Act.<br>283 25    Do you see that, sir? | **Re: [283:3-283:18]**<br>Def Objection - 3M MIL No. 8; foundation (602)<br>**Re: [283:20-284:3]**<br>Def Objection - foundation (602); 3M MIL No. 8 | Re: [283:3-283:18]<br>Def Objection - 3M MIL No. 8; foundation (602)<br>**SUSTAINED**<br>Re: [283:20-284:3]<br>Def Objection - foundation (602); 3M MIL No. 8<br>**SUSTAINED** | **Re: [283:3-284:17]**<br>Baker MIL 1 | **SUSTAINED.**<br>**A witness can discuss the fine but not press release unless a witness disputes any aspect of the investigation or fine.** |
| **284:2 - 284:17    Kieper, Ronald 12-19-2019**<br>284 2    BY THE WITNESS:<br>284 3    A.   I see that.<br>284 4    BY MR. BUCHANAN:<br>284 5    Q.   Okay. At the bottom of the first page,<br>284 6    the regulations, the EPA regulations is what they are<br>284 7    referring to in the prior sentence, but:<br>284 8    "The regulations also require hearing<br>284 9    protection device manufacturers to test their products<br>284 10    in accordance with EPA testing protocols and to | **Re: [283:20-284:3]**<br>Def Objection - foundation (602); 3M MIL No. 8<br>**Re: [284:4-284:17]**<br>Def Objection - 3M MIL No. 8 | Re: [283:20-284:3]<br>Def Objection - foundation (602); 3M MIL No. 8<br>**SUSTAINED**<br>Re: [284:4-284:17]<br>Def Objection - | **Re: [283:3-284:17]**<br>Baker MIL 1 | **SUSTAINED.**<br>**A witness can discuss the fine but not press release unless a witness disputes any aspect of the investigation or fine.** |

| | | | |
|---|---|---|---|
| label<br>284 11    their products" with what, sir?<br>284 12    A.    "With an accurate rating."<br>284 13    Q.    Right.<br>284 14    And when we go to the second page, we see<br>284 15    the comments about that, that you all were quoting an<br>284 16    NRR that when the EPA came in and checked it, you<br>284 17    couldn't support, right? | | 3M MIL No. 8<br>**SUSTAINED** | |
| **284:25 - 285:9    Kieper, Ronald 12-19-2019**<br>284 25    Q.    Do you see that, sir?<br>285 1    A.    Yeah, I see the -- yeah, I'm looking at<br>285 2    Page 2.<br>285 3    Q.    Okay.  And do you recall, sir, that EPA<br>285 4    came in, supervised retesting of your product, these<br>285 5    were foamies, not Combat Arms in 1990s, but supervised<br>285 6    the retesting of your product, and when they did that<br>285 7    your product provided about 50 percent of the noise<br>285 8    reduction that was claimed on the label.<br>285 9    Do you see that? | **Re: [284:25-285:2]**<br>Def Objection -  foundation (602)<br>**Re: [285:3-285:12]**<br>Def Objection - foundation (602); 3M MIL No. 8 | **Re: [284:25-285:2]**<br>Def Objection - foundation (602)<br>**SUSTAINED**<br>**Re: [285:3-285:12]**<br>Def Objection - foundation (602); 3M MIL No. 8<br>**SUSTAINED** | **Re: [285:1-287:7]**<br>Baker MIL 1    **SUSTAINED.**<br>**A witness can discuss the fine but not press release unless a witness disputes any aspect of the investigation or fine.** |
| **285:12 - 285:14    Kieper, Ronald 12-19-2019**<br>285 12    A.    Yes, I see that.<br>285 13    BY MR. BUCHANAN:<br>285 14    Q.    That's not a good thing, right? | **Re: [285:3-285:12]**<br>Def Objection - foundation (602); 3M MIL No. 8<br>**Re: [285:14-285:18]**<br>Def Objection - vague; argumentative; (611, 403); foundation (602); 3M MIL No. 8 | **Re: [285:3-285:12]**<br>Def Objection - foundation (602); 3M MIL No. 8<br>**SUSTAINED**<br>**Re: [285:14-285:18]**<br>Def Objection - vague; argumentative; (611, 403); foundation (602); 3M MIL | **Re: [285:1-287:7]**<br>Baker MIL 1    **SUSTAINED.**<br>**A witness can discuss the fine but not press release unless a witness disputes any aspect of the investigation or fine.** |

| | | | | |
|---|---|---|---|---|
| | | No. 8<br>**SUSTAINED** | | |
| **285:17 - 285:24   Kieper, Ronald 12-19-2019**<br>285 17   A.   I don't know.  They were two different --<br>285 18   obviously two different tests.<br>285 19   BY MR. BUCHANAN:<br>285 20   Q.   Right, right.<br>285 21   So there was a test you all were using<br>285 22   that provided one measure and there was another test,<br>285 23   a retest, that shows about 50 percent of what you were<br>285 24   telling people publicly, right? | Re: [285:14-285:18]<br>Def Objection - vague; argumentative; (611, 403); foundation (602); 3M MIL No. 8<br>Re: [285:21-286:3]<br>Def Objection - foundation (602); 3M MIL No. 8 | Re: [285:14-285:18]<br>Def Objection - vague; argumentative; (611, 403); foundation (602); 3M MIL No. 8<br>**SUSTAINED**<br>Re: [285:21-286:3]<br>Def Objection - foundation (602); 3M MIL No. 8<br>**OVERRULED** | Re: [285:1-287:7]<br>Baker MIL 1 | **SUSTAINED.**<br>**A witness can discuss the fine but not press release unless a witness disputes any aspect of the investigation or fine.** |
| **286:1 - 286:13   Kieper, Ronald 12-19-2019**<br>286 1   BY MR. BUCHANAN:<br>286 2   Q.   That's what this says?<br>286 3   A.   That's what this says.<br>286 4   Q.   Well, you were in the lab when this was<br>286 5   all happening, right?<br>286 6   A.   I was in the lab in 1993, yes.<br>286 7   Q.   Did you do these tests that came up<br>286 8   50 percent under what you were publicly stating?<br>286 9   A.   I did the labeling, the current labeling<br>286 10   tests for the E-A-R foam plug.<br>286 11   Q.   Are you aware you all got a $900,000 fine<br>286 12   for putting forward an NRR that was twice as high as<br>286 13   the one that could really be supported? | Re: [285:21-286:3]<br>Def Objection - foundation (602); 3M MIL No. 8<br>Re: [286:4-286:10]<br>Def Objection - 3M MIL No. 8<br>Re: [286:11-286:16]<br>Def Objection - 3M MIL No. 8; foundation (602) | Re: [285:21-286:3]<br>Def Objection - foundation (602); 3M MIL No. 8<br>**OVERRULED**<br>Re: [286:4-286:10]<br>Def Objection - 3M MIL No. 8<br>**OVERRULED**<br>Re: [286:11-286:16]<br>Def Objection - 3M MIL No. 8; foundation (602)<br>**OVERRULED** | Re: [285:1-287:7]<br>Baker MIL 1 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **286:15 - 286:16   Kieper, Ronald 12-19-2019**<br>286 15   BY THE WITNESS:<br>286 16   A.  No, I wasn't aware of the fine. | **Re: [286:11-286:16]**<br>Def Objection - 3M MIL No.<br>8; foundation (602) | Re: [286:11-286:16]<br>Def Objection -<br>3M MIL No. 8;<br>foundation<br>(602)<br>**OVERRULED** | **Re: [285:1-287:7]**<br>Baker MIL 1 | **OVERRULED** |
| **286:18 - 287:3   Kieper, Ronald 12-19-2019**<br>286 18   Q.  The next paragraph continues:<br>286 19   "Acting Assistant Attorney General Myles<br>286 20   Flint of the Environment and Natural Resources<br>286 21   Division said, 'This is the largest civil penalty<br>286 22   under the statute.'"<br>286 23   Do you see that?<br>286 24   A.  Yes.<br>286 25   Q.  "Correct labeling and adequate testing are<br>287 1   absolutely necessary for the safety of the public."<br>287 2   Let's pause.<br>287 3   Do you agree? | **Re: [286:18-286:24]**<br>Def Objection - 3M MIL No.<br>8; foundation (602)<br>**Re: [286:25-287:7]**<br>Def Objection - 3M MIL No.<br>8; foundation (602); 701 | Re: [286:18-286:24]<br>Def Objection -<br>3M MIL No. 8;<br>foundation<br>(602)<br>**SUSTAINED**<br>Re: [286:25-287:7]<br>Def Objection -<br>3M MIL No. 8;<br>foundation<br>(602); 701<br>**SUSTAINED** | **Re: [285:1-287:7]**<br>Baker MIL 1 | **SUSTAINED.**<br>**A witness can discuss the fine but not press release unless a witness disputes any aspect of the investigation or fine.** |
| **287:5 - 287:7   Kieper, Ronald 12-19-2019**<br>287 5   BY THE WITNESS:<br>287 6   A.  That's -- that's his opinion.  I don't --<br>287 7   I don't have an opinion on it. | **Re: [286:25-287:7]**<br>Def Objection - 3M MIL No.<br>8; foundation (602); 701 | Re: [286:25-287:7]<br>Def Objection -<br>3M MIL No. 8;<br>foundation<br>(602); 701<br>**SUSTAINED** | **Re: [285:1-287:7]**<br>Baker MIL 1 | **SUSTAINED** |
| **287:9 - 287:12   Kieper, Ronald 12-19-2019**<br>287 9   Q.  Well, don't you agree, sir, that testing<br>287 10   that accurately reflects the protection a device can<br>287 11   provide is absolutely necessary for the safety of the<br>287 12   public? | | | **Re: [287:9-288:2]**<br>401, 403, 602, 701, leading | **OVERRULED** |
| **287:15 - 287:16   Kieper, Ronald 12-19-2019**<br>287 15   A.  I would say that's one -- one important<br>287 16   factor, yes. | | | **Re: [287:9-288:2]**<br>401, 403, 602, 701, leading | **OVERRULED** |
| **287:18 - 287:22   Kieper, Ronald 12-19-2019**<br>287 18   Q.  Right.<br>287 19   So if you are going to quote a protection | | | **Re: [287:9-288:2]**<br>401, 403, 602, 701, leading | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 287 20     level on your product, it should be a protection level<br>287 21     that's really attainable by the people that are using<br>287 22     it, right? | | | | |
| **287:25 - 288:2    Kieper, Ronald 12-19-2019**<br>287 25     A.   The -- the data that are published on a<br>288 1     hearing protector are the data that are the result of<br>288 2     doing an E -- an S3.19 Experimenter-Fit test. | | | **Re: [287:9-288:2]**<br>401, 403, 602, 701, leading | **OVERRULED** |
| **288:4 - 288:7    Kieper, Ronald 12-19-2019**<br>288 4     Q.   You just shouldn't kill tests because they<br>288 5     are 50 percent of the level that you want them to come<br>288 6     in at.<br>288 7     You'd agree with me on that, right, sir? | **Re: [288:4-288:10]**<br>Def Objection - 3M MIL No. 18; foundation (602); argumentative (611, 403); 3M MIL No. 8 | Re: [288:4-288:10]<br>Def Objection - 3M MIL No. 18; foundation (602); argumentative (611, 403); 3M MIL No. 8<br>**OVERRULED** | | |
| **288:10 - 288:12    Kieper, Ronald 12-19-2019**<br>288 10     A.   I don't have an opinion on that.<br>288 11     BY MR. BUCHANAN:<br>288 12     Q.   Do you think that's right? | **Re: [288:4-288:10]**<br>Def Objection - 3M MIL No. 18; foundation (602); argumentative (611, 403); 3M MIL No. 8<br>**Re: [288:11-288:22]**<br>Def Objection - 3M MIL No. 8; foundation (602); 3M MIL No. 18; vague; argumentative (611, 403) | Re: [288:4-288:10]<br>Def Objection - 3M MIL No. 18; foundation (602); argumentative (611, 403); 3M MIL No. 8<br>**OVERRULED**<br>**Re: [288:11-288:22]**<br>Def Objection - 3M MIL No. 8; foundation (602); 3M MIL No. 18; vague; argumentative (611, 403)<br>**OVERRULED** | | |

| | | | |
|---|---|---|---|
| **288:15 - 288:16   Kieper, Ronald 12-19-2019**<br>288 15    Q.   Shutting down tests so you don't get<br>288 16    numbers that are a problem for you? | **Re: [288:11-288:22]**<br>**Def Objection - 3M MIL No. 8; foundation (602); 3M MIL No. 18; vague; argumentative (611, 403)** | Re: [288:11-288:22]<br>Def Objection - 3M MIL No. 8; foundation (602); 3M MIL No. 18; vague; argumentative (611, 403)<br>**OVERRULED** | |
| **288:19 - 288:22   Kieper, Ronald 12-19-2019**<br>288 19    A.   I didn't shut down the test.<br>288 20    BY MR. BUCHANAN:<br>288 21    Q.   Who did?<br>288 22    A.   Mr. Berger. | **Re: [288:11-288:22]**<br>**Def Objection - 3M MIL No. 8; foundation (602); 3M MIL No. 18; vague; argumentative (611, 403)** | Re: [288:11-288:22]<br>Def Objection - 3M MIL No. 8; foundation (602); 3M MIL No. 18; vague; argumentative (611, 403)<br>**OVERRULED** | |
| **289:9 - 289:13   Kieper, Ronald 12-19-2019**<br>289 9    Q.   Do you recall, sir, from your days when<br>289 10    you were at Aearo the folks on the marketing side of<br>289 11    the house putting pressure on Elliott and the lab to<br>289 12    deliver the high NRRs they wanted for marketing<br>289 13    purposes? | | | **Re: [289:9-290:1]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |
| **289:16 - 289:17   Kieper, Ronald 12-19-2019**<br>289 16    Q.   Do you recall those issues, sir?<br>289 17    A.   No, I don't. | | | **Re: [289:9-290:1]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |
| **292:25 - 293:6   Kieper, Ronald 12-19-2019**<br>292 25    Q.   Okay.  And so let's go to the back,<br>293 1    please.  It's .4.<br>293 2    There is a memo there from Elliott H.<br>293 3    Berger to Jeff Hamer, Doug Moses, Doug Ohlin, Marc<br>293 4    Santoro and Brian Myers.<br>293 5    Do you see that?<br>293 6    A.   Yes. | | | **Re: [292:25-293:6]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |

| | | | |
|---|---|---|---|
| **295:2 - 295:11   Kieper, Ronald 12-19-2019** | | **Re: [294:15-298:6]** | **OVERRULED** |
| 295 2      Is this Mr. Berger reaching out to these | | 401, 403, Baker MIL 1, 602 | |
| 295 3      individuals, and I take it they'll understand what | | | |
| 295 4      their job roles and functions are by the time this | | | |
| 295 5      testimony is ever played, but he is reaching out to | | | |
| 295 6      them concerning a test protocol for the Combat | | | |
| Arms | | | |
| 295 7      Version 4, is that right? | | | |
| 295 8      A.   That's what the, yeah, the memo says. | | | |
| 295 9      Q.   And is that how that works, sir, within | | | |
| 295 10      your company that the marketing folks would | | | |
| 295 11      collaborate with the lab on how to test the product? | | | |
| **295:14 - 296:13   Kieper, Ronald 12-19-2019** | | **Re: [294:15-298:6]** | **OVERRULED** |
| 295 14      A.   I don't know that. | | 401, 403, Baker MIL 1, 602 | |
| 295 15      BY MR. BUCHANAN: | | | |
| 295 16      Q.   Well, you have this document before you, | | | |
| 295 17      right? | | | |
| 295 18      A.   Yes, I see this document. | | | |
| 295 19      Q.   And it actually has your name in it, | | | |
| 295 20      right, it says you were -- you were working with | | | |
| 295 21      Elliott on selecting the plug that you thought would | | | |
| 295 22      work best, right, so you were part of this process? | | | |
| 295 23      Do you see under the "What we did | | | |
| 295 24      heading," second paragraph of the memo? | | | |
| 295 25      A.   Yes. | | | |
| 296 1      Q.   All right.  You were part of this whole | | | |
| 296 2      process? | | | |
| 296 3      A.   I remember doing two tests, now this has | | | |
| 296 4      refreshed my memory, that we used -- we did a test | | | |
| 296 5      selecting the -- the larger size tip and then we did | | | |
| 296 6      another test selecting a small -- the smaller tip. | | | |
| 296 7      Q.   And so you were part of that process with | | | |
| 296 8      Mr. Berger.  I'm just wondering, were you dealing | | | |
| with | | | |
| 296 9      these marketing folks too as part of putting together | | | |
| 296 10      the test protocol? | | | |
| 296 11      A.   No, I didn't deal with the marketing | | | |
| 296 12      people. | | | |
| 296 13      Q.   Mr. Berger was handling that? | | | |

| | | | | |
|---|---|---|---|---|
| **296:16 - 296:25   Kieper, Ronald 12-19-2019** | | | Re: [294:15-298:6] | **OVERRULED** |
| 296 16      A.   Yes, from this memo or e-mail he was | | | 401, 403, Baker MIL 1, 602 | |
| 296 17      communicating with them, yes. | | | | |
| 296 18      BY MR. BUCHANAN: | | | | |
| 296 19      Q.   Well, let's roll forward on this document, | | | | |
| 296 20      sir.  We see this protocol gets forwarded from | | | | |
| 296 21      Mr. Berger to a Doug Ohlin who at that time, sir, I'll | | | | |
| 296 22      represent to you was working under the direction of | | | | |
| 296 23      Doug Moses on the marketing side. | | | | |
| 296 24      Now, you see the latest-in-time e-mail at | | | | |
| 296 25      the top from Doug Ohlin to Doug Moses? | | | | |
| **297:4 - 298:6    Kieper, Ronald 12-19-2019** | | | Re: [294:15-298:6] | **OVERRULED** |
| 297 4       A.   Okay.  Are you talking about Page 1? | | | 401, 403, Baker MIL 1, 602 | |
| 297 5       BY MR. BUCHANAN: | | | | |
| 297 6       Q.   I am, yes, earliest in time -- or latest | | | | |
| 297 7       in time.  It says:  "6/10/2009 12:23 p.m." | | | | |
| 297 8       "Doug, this situation reminds me of | | | | |
| 297 9       something that happened at Aearo years ago of which | | | | |
| 297 10      you may or may not be aware.  There has always been | | | | |
| 297 11      intense pressure on Elliott to match the attenuation | | | | |
| 297 12      values the Penn State Lab is able to produce.  I'm not | | | | |
| 297 13      sure if that's what instigated this incident or not, | | | | |
| 297 14      but Aearo received a six-figure fine from the EPA over | | | | |
| 297 15      some protocol issue related to an attempt to produce | | | | |
| 297 16      higher NRRs." | | | | |
| 297 17      Did I read that correctly, sir? | | | | |
| 297 18      A.   I believe you did, yes. | | | | |
| 297 19      Q.   Okay.  It continues here at the bottom of | | | | |
| 297 20      the second paragraph: | | | | |
| 297 21      "We are putting pressure on Elliott to | | | | |
| 297 22      come up with a higher NRR for this new version of the | | | | |
| 297 23      Combat Arms Earplug.  We could be setting up Aearo" -- | | | | |

| | | | | |
|---|---|---|---|---|
| 297 24    "We could be setting Aearo up for another fine.  If<br>297 25     that happens, those who applied the pressure will be<br>298 1     no less responsible."<br>298 2     Did I read that correctly, sir?<br>298 3     A.   Yes.<br>298 4     Q.   Okay.  Do you remember there being that<br>298 5     pressure, sir, to deliver the high NRRs that your<br>298 6     marketing department wanted? | | | | |
| **298:11 - 298:13    Kieper, Ronald 12-19-2019**<br>298 11     Q.   Do you remember killing studies at the<br>298 12     eighth or the ninth person because the NRR wasn't<br>high<br>298 13     enough? | Re: [298:11-298:16]<br>Def Objection - misstates;<br>asked; argumentative (611,<br>403); foundation (602); 3M<br>MIL No. 18; cumulative (403) | Re: [298:11-298:16]<br>Def Objection -<br>misstates;<br>asked;<br>argumentative<br>(611, 403);<br>foundation<br>(602); 3M MIL<br>No. 18;<br>cumulative<br>(403)<br>**OVERRULED** | Re: [298:11-299:2]<br>Baker MIL 1 | **OVERRULED** |
| **298:16 - 298:21    Kieper, Ronald 12-19-2019**<br>298 16     A.   I didn't -- I didn't make that decision.<br>298 17     BY MR. BUCHANAN:<br>298 18     Q.   I see.<br>298 19     Do you remember Elliott Berger killing<br>298 20     studies or telling you to stop studies because the<br>NRR<br>298 21     wasn't high enough? | Re: [298:11-298:16]<br>Def Objection - misstates;<br>asked; argumentative (611,<br>403); foundation (602); 3M<br>MIL No. 18; cumulative (403)<br>Re: [298:18-299:2]<br>Def Objection - 3M MIL No.<br>18; foundation (602); asked;<br>argumentative; misstates;<br>asked (611, 403); cumulative<br>(403) | Re: [298:11-298:16]<br>Def Objection -<br>misstates;<br>asked;<br>argumentative<br>(611, 403);<br>foundation<br>(602); 3M MIL<br>No. 18;<br>cumulative<br>(403)<br>**OVERRULED**<br>Re: [298:18-299:2]<br>Def Objection -<br>3M MIL No.<br>18; foundation | Re: [298:11-299:2]<br>Baker MIL 1 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| | | (602); asked; argumentative; misstates; asked (611, 403); cumulative (403) **OVERRULED** | | **OVERRULED** |
| **298:24 - 299:2   Kieper, Ronald 12-19-2019**<br>298 24        BY THE WITNESS:<br>298 25        A.   I don't know that he said that.  He<br>299 1        stopped -- you know, there were -- he stopped, you<br>299 2        know, numerous tests over the years. | **Re: [298:18-299:2]**<br>Def Objection - 3M MIL No. 18; foundation (602); asked; argumentative; misstates; asked (611, 403); cumulative (403) | **Re: [298:18-299:2]**<br>Def Objection - 3M MIL No. 18; foundation (602); asked; argumentative; misstates; asked (611, 403); cumulative (403)<br>**OVERRULED** | **Re: [298:11-299:2]**<br>Baker MIL 1 | **OVERRULED** |
| **299:14 - 299:18   Kieper, Ronald 12-19-2019**<br>299 14        Q.   Sir, were you aware that there were those<br>299 15        within the company and those working with the company<br>299 16        on developing new products who were of the view that<br>299 17        marketing was putting pressure on Elliott to come up<br>299 18        with higher NRRs for the products? | | | **Re: [299:14-300:24]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |
| **299:21 - 300:21   Kieper, Ronald 12-19-2019**<br>299 21        A.   I was not aware of that.<br>299 22        BY MR. BUCHANAN:<br>299 23        Q.   I see in this e-mail, sir, reference to<br>299 24        pressure, what, three, four times.<br>299 25        Do you see that?<br>300 1        "There has always been," second sentence,<br>300 2        what, on Mr. Berger?<br>300 3        A.   "There has always been intense pressure on | | | **Re: [299:14-300:24]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 300 4 | Elliott to match the attenuation values the Penn State | | | |
| 300 5 | Lab is able to produce." | | | |
| 300 6 | Q.   And stop there. | | | |
| 300 7 | Let's go to the middle of the second | | | |
| 300 8 | paragraph. | | | |
| 300 9 | "We," we, Doug Ohlin with his Aearo 3M | | | |
| 300 10 | e-mail address, Doug Moses with his Aearo 3M e-mail | | | |
| 300 11 | address, "are putting pressure on Elliott to come up | | | |
| 300 12 | with a higher NRR," and it continues. | | | |
| 300 13 | Do you see that, sir? | | | |
| 300 14 | A.   Yes, I see that. | | | |
| 300 15 | Q.   It continues: | | | |
| 300 16 | "We could be setting Aearo up for another" | | | |
| 300 17 | what, sir? | | | |
| 300 18 | A.   "We could be setting Aearo up for another | | | |
| 300 19 | fine." | | | |
| 300 20 | Q.   We looked at those documents a moment ago | | | |
| 300 21 | where Aearo got tagged for how much money? | | | |
| **300:24 - 300:24   Kieper, Ronald 12-19-2019** | | | | |
| 300 24 | A.   It says $900,000. | | | **Re: [299:14-300:24]** 401, 403, Baker MIL 1, 602 | **OVERRULED** |
| **301:1 - 301:2   Kieper, Ronald 12-19-2019** | | | | |
| 301 1 | Q.   For putting out an NRR that on retest was | | | |
| 301 2 | twice as high as the one that could be proven, right? | | | |
| **301:5 - 301:6   Kieper, Ronald 12-19-2019** | | | | |
| 301 5 | A.   Actually, the difference in the NRR was 35 | | | |
| 301 6 | to 29. | | | |
| **304:16 - 304:16   Kieper, Ronald 12-19-2019** | | | | |
| 304 16 | under what you had been marketing, right? | | | |
| **304:19 - 304:20   Kieper, Ronald 12-19-2019** | | | | |
| 304 19 | A.   They were two different tests, so the | | | |
| 304 20 | results can be different. | | | |
| **304:22 - 304:24   Kieper, Ronald 12-19-2019** | | | | |
| 304 22 | Q.   Okay.  My question to you was:  Pretty big | | | |
| 304 23 | deal that it was 6 dB difference from 35 to 29 on the | | | |
| 304 24 | NRR, right? | | | |

| | | | | |
|---|---|---|---|---|
| **305:3 - 305:4   Kieper, Ronald 12-19-2019** | | | | |
| 305 3       A.   To me it doesn't -- that doesn't seem like<br>305 4       a -- a huge difference. | | | | |
| **307:5 - 307:7   Kieper, Ronald 12-19-2019** | | | **Re: [307:5-308:17]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |
| 307 5       Q.   Sir, is it correct that you paid a<br>307 6       $900,000 fine because your NRR was 29 on retest<br>rather<br>307 7       than the 35 that you were marketing? | | | | |
| **307:10 - 307:21   Kieper, Ronald 12-19-2019** | | | **Re: [307:5-308:17]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED**<br>**but witness**<br>**can't reference**<br>**the document**<br>**unless witness**<br>**disputes some**<br>**aspect of it.** |
| 307 10     Q.   Is that correct?<br>307 11     A.   I don't know.  I -- I realize -- I see<br>307 12     this document from the Department of Justice that<br>says<br>307 13     that Cabot Safety Corporation will pay a $900,000<br>307 14     civil penalty.<br>307 15     Q.   Right.<br>307 16     And you were involved in the retest,<br>307 17     right?<br>307 18     A.   I -- I retested the plug.<br>307 19     Q.   And you got a 29, right?<br>307 20     A.   I got a 29.<br>307 21     Q.   And the company was marketing a 35, right? | | | | |
| **307:24 - 308:6   Kieper, Ronald 12-19-2019** | | | **Re: [307:5-308:17]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |
| 307 24     A.   That's my understanding.<br>307 25     BY MR. BUCHANAN:<br>308 1       Q.   Okay.  You all for this Combat Arms were<br>308 2       marketing a 22 on the closed end, isn't that right,<br>308 3       sir?<br>308 4       A.   Yes, a 22.<br>308 5       Q.   And you had a study that you killed at<br>308 6       subject eight with an NRR of what? | | | | |
| **308:9 - 308:13   Kieper, Ronald 12-19-2019** | | | **Re: [307:5-308:17]**<br>401, 403, Baker MIL 1, 602 | **OVERRULED** |
| 308 9       A.   It was an eight-subject NRR of 11.<br>308 10     BY MR. BUCHANAN:<br>308 11     Q.   Right.<br>308 12     So that would be 50 percent of 22,<br>308 13     wouldn't it? | | | | |

| | | | | |
|---|---|---|---|---|
| **308:16 - 308:17   Kieper, Ronald 12-19-2019** | | | **Re: [307:5-308:17]** | **OVERRULED** |
| 308 16      Q.   Half? | | | 401, 403, Baker MIL 1, 602 | |
| 308 17      A.   Yes. | | | | |
| **308:18 - 308:19   Kieper, Ronald 12-19-2019** | | | | |
| 308 18      Q.   Half the protection on your first test as | | | | |
| 308 19      compared to the one that you ran with the flipped | | | | |
| back | | | | |
| **308:23 - 308:24   Kieper, Ronald 12-19-2019** | | | | |
| 308 23      A.   The NRR was half.  The amount of | | | | |
| 308 24      protection was not half. | | | | |
| **309:3 - 309:11   Kieper, Ronald 12-19-2019** | | | **Re: [309:3-310:4]** | **OVERRULED** |
| 309 3      Let's go back, please, to Exhibit 24. | | | 401, 403, Baker MIL 1, 602 | |
| 309 4      "We are putting pressure on Elliott to | | | | |
| 309 5      come up with a higher NRR for this new version of | | | | |
| the | | | | |
| 309 6      Combat Arms." | | | | |
| 309 7      Do you see that, sir? | | | | |
| 309 8      A.   I see that. | | | | |
| 309 9      Q.   Okay.  Now, in fact, to facilitate this, | | | | |
| 309 10      sir, you knew Mr. Berger was using every trick in | | | | |
| the | | | | |
| 309 11      book, isn't that right? | | | | |
| **309:14 - 309:16   Kieper, Ronald 12-19-2019** | | | **Re: [309:3-310:4]** | **OVERRULED** |
| 309 14      A.   No. | | | 401, 403, Baker MIL 1, 602 | |
| 309 15      BY MR. BUCHANAN: | | | | |
| 309 16      Q.   You didn't have that understanding, sir? | | | | |
| **309:19 - 309:19   Kieper, Ronald 12-19-2019** | | | **Re: [309:3-310:4]** | **OVERRULED** |
| 309 19      A.   No. | | | 401, 403, Baker MIL 1, 602 | |
| **309:22 - 310:1   Kieper, Ronald 12-19-2019** | | | **Re: [309:3-310:4]** | **OVERRULED** |
| 309 22      Q.   That you all were stopping studies at | | | 401, 403, Baker MIL 1, 602 | |
| 309 23      patient eight, patient nine and rerunning them later, | | | | |
| 309 24      making little tweaks here or there to the next time | | | | |
| to | | | | |
| 309 25      try and get a higher one as an excuse, you didn't | | | | |
| know | | | | |
| 310 1      that was happening? | | | | |
| **310:4 - 310:4   Kieper, Ronald 12-19-2019** | | | **Re: [309:3-310:4]** | **OVERRULED** |
| 310 4      A.   That's not what was happening. | | | 401, 403, Baker MIL 1, 602 | |

| 310:8 - 310:22   Kieper, Ronald 12-19-2019 | Re: [310:8-310:22] | Re: [310:8-310:22] | Re: [310:8-310:22] | OVERRULED |
|---|---|---|---|---|
| 310 8    (WHEREUPON, a certain document was<br>310 9    marked Ron Kieper Deposition Exhibit<br>310 10    No. 25, for identification, as of<br>310 11    12/19/2019.)<br>310 12    BY MR. BUCHANAN:<br>310 13    Q.   It is Exhibit 25.<br>310 14    Sir, Exhibit 25 is another exchange<br>310 15    between these two marketing folks, Mr. Moses and<br>310 16    Dr. Ohlin, now working for Aearo, 2009.  The subject<br>310 17    is "Re: The new NRR for the CAE."<br>310 18    Do you see that, sir?<br>310 19    A.   Yes.<br>310 20    Q.   Okay.  I'd like to take you back, if we<br>310 21    could, sir, to your earliest in time e-mails.  It's<br>310 22    a -- I think it is .5. | Def Objection - relevance<br>(401, 402); foundation (602) | Def Objection -<br>relevance (401,<br>402);<br>foundation<br>(602)<br>OVERRULED | Baker MIL 1 | |
| 311:6 - 311:20   Kieper, Ronald 12-19-2019 | Re: [311:6-311:9] | Re: [311:6-311:9] | Re: [311:10-312:7] | OVERRULED |
| 311 6    MR. BUCHANAN:  We are on top of -- or at the<br>311 7    middle of the page on .5.  Can you blow that -- do you<br>311 8    have it out?<br>311 9    BY MR. BUCHANAN:<br>311 10    Q.   It is from Doug Ohlin to Doug Moses.  It<br>311 11    begins:<br>311 12    "I'd like this to be kept between you and<br>311 13    me.  There is already enough tension between the<br>311 14    research and marketing groups and your shop without me<br>311 15    adding to it."<br>311 16    Do you see that, sir?  And then it<br>311 17    continues.<br>311 18    A.   I'm sorry.  What was your question?<br>311 19    Q.   I was just asking whether you saw it?<br>311 20    A.   Yeah, I read through it. | Def Objection - relevance<br>(401, 402); foundation (602) | Def Objection -<br>relevance (401,<br>402);<br>foundation<br>(602)<br>OVERRULED | 401, 403, Baker MIL 1, 602 | |
| 312:2 - 312:7   Kieper, Ronald 12-19-2019 | | | Re: [311:10-312:7] | OVERRULED |
| 312 2    Q.   Okay.  And what Doug Ohlin writes is:<br>312 3    "There is already enough tension between<br>312 4    the research and marketing groups in your shop | | | 401, 403, Baker MIL 1, 602 | |

without

| | | | | |
|---|---|---|---|---|
| 312 5   me adding to it."<br>312 6   Do you see that?<br>312 7   A.  Yes, I do. | | | | |
| **314:14 - 314:18   Kieper, Ronald 12-19-2019**<br>314 14   Q.  One way to get a high NRR is just to keep<br>314 15   running tests and stopping tests when you don't like<br>314 16   those results and letting the tests that you think is<br>314 17   going to get a good result go to conclusion.<br>314 18   That's a trick, right? | **Re: [313:24-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates (611, 403)<br>**Re: [314:14-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates; asked (611, 403) | **SUSTAINED**<br>**Re: [313:24-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates (611, 403)<br>**OVERRULED**<br>**Re: [314:14-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates; asked (611, 403)<br>**SUSTAINED (repeat)** | **Re: [312:8-315:4]**<br>Baker MIL 1 | **OVERRULED** |
| **314:21 - 314:21   Kieper, Ronald 12-19-2019**<br>314 21   A.  That would be a trick. | **Re: [313:24-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates (611, 403)<br>**Re: [314:14-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates; asked (611, 403) | **SUSTAINED**<br>**Re: [313:24-314:21]**<br>Def Objection - 3M MIL No. 18; argumentative; misstates (611, 403)<br>**OVERRULED**<br>**Re: [314:14-314:21]**<br>Def Objection - 3M MIL No. | **Re: [312:8-315:4]**<br>Baker MIL 1 | **OVERRULED** |

| | | 18; argumentative; misstates; asked (611, 403) **SUSTAINED (repeat)** | | |
|---|---|---|---|---|
| 314:24 - 314:25   Kieper, Ronald 12-19-2019 | Re: [314:24-315:4] Def Objection - 3M MIL No. 18; argumentative; misstates; asked; vague (611, 403); foundation (602) Re: [314:24-315:4] Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 18 Re: [314:24-316:8] Def Objection - 3M MIL No. 18 | Re: [314:24-315:4] Def Objection - 3M MIL No. 18; argumentative; misstates; asked; vague (611, 403); foundation (602) **SUSTAINED** Re: [314:24-315:4] Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 18 **SUSTAINED (repeat)** Re: [314:24-316:8] Def Objection - 3M MIL No. 18 **SUSTAINED (repeat)** | Re: [312:8-315:4] Baker MIL 1 | **SUSTAINED** |
| 314 24       And so we have some examples of that, 314 25       right? | | | | |
| 315:3 - 315:15   Kieper, Ronald 12-19-2019 | Re: [314:24-315:4] Def Objection - 3M MIL No. 18; argumentative; misstates; | Re: [314:24-315:4] Def Objection - | Re: [312:8-315:4] Baker MIL 1 | **OVERRULED** |
| 315 3       A.   No, I don't see that we have -- we have an 315 4       example of that. | | | | |

315 5   BY MR. BUCHANAN:

315 6   Q.   Okay.  And we have one study you ran on

315 7   the Combat Arms Version 2, you're monitoring the data

315 8   as it's coming across and you are doing real-time

315 9   computations of what the NRR looks like, and you are

315 10   sharing that information with Mr. Berger because he

315 11   wants you to, right?

315 12   A.   Yes, I communicated with Elliott

315 13   regularly.

315 14   Q.   And Mr. Berger comes back to you and he

315 15   terminates the study?

asked; vague (611, 403); foundation (602)

**Re: [314:24-315:4]**
Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 18

**Re: [314:24-316:8]**
Def Objection - 3M MIL No. 18

**Re: [315:6-315:13]**
Def Objection - cumulative (403)

**Re: [315:14-315:19]**
Def Objection - foundation (602); asked; misstates; argumentative (611, 403); 3M MIL No. 18

3M MIL No. 18; argumentative; misstates; asked; vague (611, 403); foundation (602)
**SUTAINED**
**Re: [314:24-315:4]**
Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 18
**SUSTAINED (repeat)**
**Re: [314:24-316:8]**
Def Objection - 3M MIL No. 18
**SUSTAINED (repeat)**
**Re: [315:6-315:13]**
Def Objection - cumulative (403)
**OVERRULED**
**Re: [315:14-315:19]**
Def Objection - foundation (602); asked; misstates; argumentative

| | | (611, 403); 3M MIL No. 18 **OVERRULED** | | |
|---|---|---|---|---|
| **315:18 - 315:22   Kieper, Ronald 12-19-2019**<br>315 18    Q.   Right?<br>315 19    A.   Yes, he stopped the -- stopped the test.<br>315 20    Q.   And then you rerun it and you flip the<br>315 21    flanges back and you got a 22 rather than the 11 you<br>315 22    were going to get, right? | **Re: [314:24-316:8]**<br>Def Objection - 3M MIL No. 18<br>**Re: [315:14-315:19]**<br>Def Objection - foundation (602); asked; misstates; argumentative (611, 403); 3M MIL No. 18<br>**Re: [315:20-316:1]**<br>Def Objection - argumentative; asked; misstates (611, 403); foundation (602); 3M MIL No. 18 | **Re: [314:24-316:8]**<br>Def Objection - 3M MIL No. 18<br>**SUSTAINED**<br>**Re: [315:14-315:19]**<br>Def Objection - foundation (602); asked; misstates; argumentative (611, 403); 3M MIL No. 18<br>**OVERRULED**<br>**Re: [315:20-316:1]**<br>Def Objection - argumentative; asked; misstates (611, 403); foundation (602); 3M MIL No. 18<br>**OVERRULED** | | |
| **315:25 - 316:5   Kieper, Ronald 12-19-2019**<br>315 25    A.   I don't know what the final NRR would have been.<br>316 1<br>316 2    BY MR. BUCHANAN:<br>316 3    Q.   We know it was a number you didn't want to<br>316 4    see -- or at least Mr. Berger didn't want to see,<br>316 5    right? | **Re: [314:24-316:8]**<br>Def Objection - 3M MIL No. 18<br>**Re: [315:20-316:1]**<br>Def Objection - argumentative; asked; misstates (611, 403); foundation (602); 3M MIL No. 18 | **Re: [314:24-316:8]**<br>Def Objection - 3M MIL No. 18<br>**SUSTAINED**<br>**Re: [315:20-316:1]**<br>Def Objection - | | |

| | | | |
|---|---|---|---|
| | **Re: [316:3-316:8]**<br>Def Objection -<br>argumentative; misstates;<br>asked (611, 403); foundation<br>(602) | argumentative;<br>asked;<br>misstates (611,<br>403);<br>foundation<br>(602); 3M MIL<br>No. 18<br>**OVERRULED**<br>**Re: [316:3-**<br>**316:8]**<br>Def Objection -<br>argumentative;<br>misstates;<br>asked (611,<br>403);<br>foundation<br>(602)<br>**SUSTAINED** | |
| **316:8 - 316:8   Kieper, Ronald 12-19-2019**<br>316 8        A.   I don't know why he stopped the test. | **Re: [314:24-316:8]**<br>Def Objection - 3M MIL No.<br>18<br>**Re: [316:3-316:8]**<br>Def Objection -<br>argumentative; misstates;<br>asked (611, 403); foundation<br>(602) | **Re: [314:24-**<br>**316:8]**<br>Def Objection -<br>3M MIL No.<br>18<br>**SUSTAINED**<br>**Re: [316:3-**<br>**316:8]**<br>Def Objection -<br>argumentative;<br>misstates;<br>asked (611,<br>403);<br>foundation<br>(602)<br>**SUSTAINED** | |
| **318:24 - 319:1   Kieper, Ronald 12-19-2019**<br>318 24       Q.   Okay.  We could agree, sir, that based on<br>318 25       what you just told us, you flipped back the flanges<br>319 1        when you retested the green end, correct? | **Re: [318:24-319:6]**<br>Def Objection - asked (611,<br>403) | **Re: [318:24-**<br>**319:6]**<br>Def Objection -<br>asked (611, | |

| | | | | |
|---|---|---|---|---|
| | | 403)<br>**OVERRULED** | | |
| **319:4 - 319:8   Kieper, Ronald 12-19-2019**<br>319 4    Q.   In study 017 to be specific?<br>319 5    A.   I believe that's -- those were the<br>instructions that I followed.<br>319 6<br>319 7    Q.   And you did not retest the yellow end at<br>319 8    the same time with the flipped back flanges, right? | | **Re: [318:24-319:6]**<br>Def Objection - asked (611, 403)<br>**Re: [319:7-319:11]**<br>Def Objection - foundation (602); asked (611, 403) | **Re: [318:24-319:6]**<br>Def Objection - asked (611, 403)<br>**OVERRULED**<br>**Re: [319:7-319:11]**<br>Def Objection - foundation (602); asked (611, 403)<br>**OVERRULED** | | |
| **319:11 - 319:24   Kieper, Ronald 12-19-2019**<br>319 11    A.   That's right.<br>319 12    BY MR. BUCHANAN:<br>319 13    Q.   One fitting technique for one end of the<br>319 14    plug, a different fitting technique for the other end<br>319 15    of the plug, that's your testimony, right, sir, that's<br>319 16    what you did?<br>319 17    A.   That's my -- that's what I recall.<br>319 18    Q.   Mr. Berger never told you to retest the<br>319 19    yellow end with the flanges flipped back so you could<br>319 20    get that deep insertion?<br>319 21    A.   Not that I recall, no.<br>319 22    Q.   Okay.  So in this bag of tricks you all<br>319 23    had in the lab, what are some of the other things you<br>319 24    did to ensure you got high NRRs? | | **Re: [319:7-319:11]**<br>Def Objection - foundation (602); asked (611, 403)<br>**Re: [319:13-319:21]**<br>Def Objection - cumulative (403)<br>**Re: [319:22-320:3]**<br>Def Objection - argumentative; asked; vague; misstates (611, 403) | **Re: [319:7-319:11]**<br>Def Objection - foundation (602); asked (611, 403)<br>**OVERRULED**<br>**Re: [319:13-319:21]**<br>Def Objection - cumulative (403)<br>**OVERRULED**<br>**Re: [319:22-320:3]**<br>Def Objection - argumentative; asked; vague; misstates (611, 403)<br>**SUSTAINED** | | |
| **320:2 - 320:8   Kieper, Ronald 12-19-2019**<br>320 2    A.   I trained the subjects well and I followed<br>320 3    the test standard when I did the tests. | | **Re: [319:22-320:3]**<br>Def Objection - | **Re: [319:22-320:3]**<br>Def Objection - | | |

| | | | |
|---|---|---|---|
| 320 4   BY MR. BUCHANAN:<br>320 5   Q.   How about cherry-picking your test<br>320 6   subjects to make sure you got the highest<br>attenuating<br>320 7   subjects for each type of product, that would be a<br>320 8   trick, right? | argumentative; asked; vague;<br>misstates (611, 403)<br>**Re: [320:5-320:11]**<br>Def Objection -<br>argumentative; misstates;<br>vague; asked (611, 403); 3M<br>MIL No. 23 | argumentative;<br>asked; vague;<br>misstates (611,<br>403)<br>**SUSTAINED**<br>**Re: [320:5-<br>320:11]**<br>Def Objection -<br>argumentative;<br>misstates;<br>vague; asked<br>(611, 403); 3M<br>MIL No. 23<br>**SUSTAINED** | |
| **320:11 - 320:18   Kieper, Ronald 12-19-2019**<br>320 11   A.   I don't -- I don't recall ever doing that.<br>320 12   BY MR. BUCHANAN:<br>320 13   Q.   Didn't you all form test panels, sir,<br>320 14   where certain people were categorized as plug<br>testers<br>320 15   and other people were categorized as earmuff<br>testers<br>320 16   and other people were categorized as testers for<br>other<br>320 17   devices, didn't you sort your panels into those<br>320 18   divisions, sir? | **Re: [320:5-320:11]**<br>Def Objection -<br>argumentative; misstates;<br>vague; asked (611, 403); 3M<br>MIL No. 23<br>**Re: [320:13-320:24]**<br>Def Objection - asked;<br>misstates; argumentative (611,<br>403); 3M MIL No. 23;<br>relevance (401, 402) | **Re: [320:5-<br>320:11]**<br>Def Objection -<br>argumentative;<br>misstates;<br>vague; asked<br>(611, 403); 3M<br>MIL No. 23<br>**SUSTAINED**<br>**Re: [320:13-<br>320:24]**<br>Def Objection -<br>asked;<br>misstates;<br>argumentative<br>(611, 403); 3M<br>MIL No. 23;<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **320:21 - 320:24   Kieper, Ronald 12-19-2019**<br>320 21   A.   At a later date than the Combat Arms test<br>320 22   that we were talking about, we did form test panels<br>in | **Re: [320:13-320:24]**<br>Def Objection - asked;<br>misstates; argumentative (611,<br>403); 3M MIL No. 23;<br>relevance (401, 402) | **Re: [320:13-<br>320:24]**<br>Def Objection -<br>asked;<br>misstates; | |

| | | | | |
|---|---|---|---|---|
| 320 23   the lab and a given subject could be on one or all of<br>320 24   the panels. | | argumentative<br>(611, 403); 3M<br>MIL No. 23;<br>relevance (401,<br>402)<br>**OVERRULED** | | |
| **321:1 - 321:5   Kieper, Ronald 12-19-2019**<br>321 1   Q.   Right.<br>321 2   And what you did was you identified people<br>321 3   who were high attenuators, meaning you could get<br>good<br>321 4   fits and good protection and good readings, and,<br>321 5   therefore, boost NRRs, right? | Re: [321:2-321:9]<br>Def Objection -<br>argumentative; asked;<br>misstates (611, 403); 3M MIL<br>No. 23; relevance (401, 402) | Re: [321:2-<br>321:9]<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611,<br>403); 3M MIL<br>No. 23;<br>relevance (401,<br>402)<br>**OVERRULED** | Re: [321:1-321:1]<br>401 | **OVERRULED** |
| **321:8 - 321:11   Kieper, Ronald 12-19-2019**<br>321 8   A.   The data were more consistent generally,<br>321 9   yes.<br>321 10   BY MR. BUCHANAN:<br>321 11   Q.   And boost NRRs? | Re: [321:2-321:9]<br>Def Objection -<br>argumentative; asked;<br>misstates (611, 403); 3M MIL<br>No. 23; relevance (401, 402)<br>Re: [321:11-321:18]<br>Def Objection - 3M MIL No.<br>23; argumentative (611, 403) | Re: [321:2-<br>321:9]<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611,<br>403); 3M MIL<br>No. 23;<br>relevance (401,<br>402)<br>**OVERRULED**<br>Re: [321:11-<br>321:18]<br>Def Objection -<br>3M MIL No.<br>23;<br>argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **321:15 - 321:24   Kieper, Ronald 12-19-2019**<br>321 15   A.   I was saying that the -- when we formed<br>321 16   the test panels, the test results tended to be less | Re: [321:11-321:18]<br>Def Objection - 3M MIL No.<br>23; argumentative (611, 403) | Re: [321:11-<br>321:18]<br>Def Objection - | | |

| | | | |
|---|---|---|---|
| 321 17    variable and less variability will increase the NRR,<br>321 18    yes.<br>321 19    BY MR. BUCHANAN:<br>321 20    Q.   There you go.  Right.<br>321 21    You formed test panels with people who<br>321 22    were good test takers to test your products, Aearo<br>321 23    products, to raise NRRs.<br>321 24    Isn't that what happened? | **Re: [321:20-322:4]**<br>Def Objection - 3M MIL No.<br>23; misstates; argumentative;<br>asked (611, 403); foundation<br>(602); relevance (401, 402) | 3M MIL No.<br>23;<br>argumentative<br>(611, 403)<br>**OVERRULED**<br>**Re: [321:20-<br>322:4]**<br>Def Objection -<br>3M MIL No.<br>23; misstates;<br>argumentative;<br>asked (611,<br>403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **322:1 - 322:4    Kieper, Ronald 12-19-2019**<br>322 1    BY THE WITNESS:<br>322 2    A.   My recollection is that we formed the<br>322 3    panels so that we would get more consistent results in<br>322 4    the testing that we did. | **Re: [321:20-322:4]**<br>Def Objection - 3M MIL No.<br>23; misstates; argumentative;<br>asked (611, 403); foundation<br>(602); relevance (401, 402) | **Re: [321:20-<br>322:4]**<br>Def Objection -<br>3M MIL No.<br>23; misstates;<br>argumentative;<br>asked (611,<br>403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **323:6 - 323:7    Kieper, Ronald 12-19-2019**<br>323 6    BY MR. BUCHANAN:<br>323 7    Q.   Less variability raises NRRs, right, sir? | | | **Re: [323:7-323:10]**<br>leading, 401, 403 | **OVERRULED** |
| **323:9 - 323:12    Kieper, Ronald 12-19-2019**<br>323 9    BY THE WITNESS:<br>323 10    A.   Less variable tends to raise the NRRs.<br>323 11    BY MR. BUCHANAN:<br>323 12    Q.   That's good for marketing, isn't it? | **Re: [323:12-323:15]**<br>Def Objection - foundation<br>(602); cumulative (403) | **Re: [323:12-<br>323:15]**<br>Def Objection -<br>foundation<br>(602); | **Re: [323:7-323:10]**<br>leading, 401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| | | cumulative (403) **SUSTAINED** | | |
| **323:14 - 323:18   Kieper, Ronald 12-19-2019**<br>323 14   BY THE WITNESS:<br>323 15   A.   I'm not in marketing.  I don't know.<br>323 16   BY MR. BUCHANAN:<br>323 17   Q.   Well, you know higher NRRs say more<br>323 18   protection, right? | **Re: [323:12-323:15]**<br>Def Objection - foundation<br>(602); cumulative (403)<br>**Re: [323:17-323:25]**<br>Def Objection -<br>argumentative; asked;<br>misstates (611, 403);<br>foundation (602); 702 | **Re: [323:12-323:15]**<br>Def Objection -<br>foundation<br>(602);<br>cumulative<br>(403)<br>**SUSTAINED**<br>**Re: [323:17-323:25]**<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611,<br>403);<br>foundation<br>(602); 702<br>**OVERRULED** | | |
| **323:20 - 323:22   Kieper, Ronald 12-19-2019**<br>323 20   BY MR. BUCHANAN:<br>323 21   Q.   You don't need to be a marketer to know<br>323 22   that? | **Re: [323:17-323:25]**<br>Def Objection -<br>argumentative; asked;<br>misstates (611, 403);<br>foundation (602); 702 | **Re: [323:17-323:25]**<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611,<br>403);<br>foundation<br>(602); 702<br>**OVERRULED** | | |
| **323:24 - 323:25   Kieper, Ronald 12-19-2019**<br>323 24   BY THE WITNESS:<br>323 25   A.   Higher NRRs imply more protection, yes. | **Re: [323:17-323:25]**<br>Def Objection -<br>argumentative; asked;<br>misstates (611, 403);<br>foundation (602); 702 | **Re: [323:17-323:25]**<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611,<br>403);<br>foundation | | |

| | | (602); 702 **OVERRULED** | | |
|---|---|---|---|---|
| **324:3 - 324:12   Kieper, Ronald 12-19-2019**<br>324 3     And so just in terms of consumers, sir,<br>324 4     who might be thinking that when you are quoting an<br>NRR<br>324 5     in your product that actually represents some sample<br>324 6     of the population that could be representative, you<br>324 7     all have cherry-picked the population, looked at prior<br>324 8     testing results and sifted potential test<br>324 9     candidates -- subjects into buckets based on how<br>324 10    consistent and how high they attenuate for the<br>324 11    products you are testing.<br>324 12    Isn't that what happened? | **Re: [324:3-324:16]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; vague; compound (611, 403); relevance (401, 402) | **Re: [324:3-324:16]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; vague; compound (611, 403); relevance (401, 402)<br>**SUSTAINED** | | |
| **324:15 - 324:20   Kieper, Ronald 12-19-2019**<br>324 15    A.   We put people on the panel that tested<br>324 16    well with these four individual types of products.<br>324 17    BY MR. BUCHANAN:<br>324 18    Q.   Right.<br>324 19    So basically, you decide to test people<br>324 20    with your products who are the A students, right? | **Re: [324:3-324:16]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; vague; compound (611, 403); relevance (401, 402)<br>**Re: [324:19-324:24]**<br>Def Objection - argumentative; misstates; asked (611, 403); 3M MIL No. 23; relevance (401, 402) | **Re: [324:3-324:16]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; vague; compound (611, 403); relevance (401, 402)<br>**SUSTAINED**<br>**Re: [324:19-324:24]**<br>Def Objection - argumentative; misstates; asked (611, 403); 3M MIL No. 23; relevance (401, | | |

| | | | |
|---|---|---|---|
| | | 402) OVERRULED | |
| **324:23 - 325:8   Kieper, Ronald 12-19-2019**<br>324 23      A.   You could characterize it that way if you<br>324 24      want to.<br>324 25      BY MR. BUCHANAN:<br>325 1      Q.   Right.<br>325 2      You went through your panels, you<br>325 3      identified who is the A student on earplugs, okay.<br>325 4      That person goes in that bucket.  They go in the<br>325 5      earplug bucket.  Who is an A students on earmuffs,<br>325 6      okay, put people in that bucket.<br>325 7      And then when it came time to test your<br>325 8      products, you tested them with your A students,<br>right? | **Re: [324:19-324:24]**<br>Def Objection - argumentative; misstates; asked (611, 403); 3M MIL No. 23; relevance (401, 402)<br>**Re: [325:2-325:11]**<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates(611, 403) | Re: [324:19-324:24]<br>Def Objection - argumentative; misstates; asked (611, 403); 3M MIL No. 23; relevance (401, 402)<br>**OVERRULED**<br>Re: [325:2-325:11]<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates(611, 403)<br>**OVERRULED** | **Re: [325:1-325:1]**<br>401 | **OVERRULED** |
| **325:11 - 325:11   Kieper, Ronald 12-19-2019**<br>325 11      A.   To get the best results we could, yes. | **Re: [325:2-325:11]**<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates(611, 403) | Re: [325:2-325:11]<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates(611, 403)<br>**OVERRULED** | | |
| **325:20 - 326:2   Kieper, Ronald 12-19-2019**<br>325 20      Q.   You'd agree, sir, that in any classroom,<br>325 21      certainly most classrooms, sir, certainly the one that<br>325 22      I grew up in, there were A students and there were<br>B<br>325 23      students and there were C students, there may have | | | **Re: [325:20-327:22]**<br>leading, 401, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 325 24     even been some people who didn't score as well as a C, | | | | |
| 325 25     but you sifted out all of the Bs and the Cs and the Ds | | | | |
| 326 1     and you only tested your all stars. | | | | |
| 326 2     That's a trick, would you agree? | | | | |
| **326:5 - 326:13   Kieper, Ronald 12-19-2019** | | | **Re: [325:20-327:22]** leading, 401, 403 | **OVERRULED** |
| 326 5     A.   No.  It was within the guidelines of our | | | | |
| 326 6     policy manual and the parameters of the lab. | | | | |
| 326 7     BY MR. BUCHANAN: | | | | |
| 326 8     Q.   Okay.  So if the consuming public was | | | | |
| 326 9     expecting your product to actually be quoting a | | | | |
| 326 10    protection level that could be achievable to the | | | | |
| 326 11    98 percent of the population that we talked about | | | | |
| 326 12    before, we'd agree you only tested the A students, | | | | |
| 326 13    right? | | | | |
| **326:16 - 326:20   Kieper, Ronald 12-19-2019** | | | **Re: [325:20-327:22]** leading, 401, 403 | **OVERRULED** |
| 326 16    A.   We tested the people that were consistent | | | | |
| 326 17    on the individual products. | | | | |
| 326 18    BY MR. BUCHANAN: | | | | |
| 326 19    Q.   That would be a good thing to tell people, | | | | |
| 326 20    wouldn't it? | | | | |
| **326:23 - 326:24   Kieper, Ronald 12-19-2019** | | | **Re: [325:20-327:22]** leading, 401, 403 | **OVERRULED** |
| 326 23    A.   I don't know.  Why would -- why would we | | | | |
| 326 24    do that? | | | | |
| **330:12 - 330:21   Kieper, Ronald 12-19-2019** | | | **Re: [330:12-330:21]** 401, 403 | **OVERRULED** |
| 330 12    Q.   I'm passing you, sir, what's marked as | | | | |
| 330 13    Exhibit 26 to your deposition.  It is a document | | | | |
| 330 14    titled "The Development of the Combat Arms Earplug | | | | |
| 330 15    Version 1 Through Version 4." | | | | |
| 330 16    Do you see that, sir? | | | | |
| 330 17    A.   Yes. | | | | |
| 330 18    Q.   July 23, 2010, by this point in time you | | | | |
| 330 19    are up to Version 2.4. | | | | |
| 330 20    Do you see that? | | | | |
| 330 21    A.   Yes. | | | | |
| **331:4 - 331:18   Kieper, Ronald 12-19-2019** | | | **Re: [331:4-331:18]** 401, 403 | **OVERRULED** |
| 331 4     Q.   I just want to make sure you see where we | | | | |

| | | | | |
|---|---|---|---|---|
| 331 5   are.  If you don't, tell me and I'll get you there. | | | | |
| 331 6   It is actually, okay, top right corner, sir, .16. | | | | |
| 331 7   That might be easier.  There you go. | | | | |
| 331 8      A.    There it is. | | | | |
| 331 9      Q.   Okay.  "Real-ear Tests - Yellow (open) and | | | | |
| 331 10   (Figure 18)." | | | | |
| 331 11   Do you see that? | | | | |
| 331 12     A.   Yes. | | | | |
| 331 13     Q.    Okay.  This is a document you put | | | | |
| 331 14   together, right? | | | | |
| 331 15     A.    Yes, Elliott and I wrote this. | | | | |
| 331 16     Q.    Okay.  You worked collaborate -- | | | | |
| 331 17   collaboratively to do that, sir? | | | | |
| 331 18     A.    Yes. | | | | |
| **332:3 - 332:23   Kieper, Ronald 12-19-2019** | | | Re: [332:3-332:23] 701, 401, 403 | **OVERRULED** |
| 332 3    "One reason for the increase in the NRRs | | | | |
| 332 4    from 2000 to 2006 is that the lab had begun using four | | | | |
| 332 5    separate panels of listeners for the different styles | | | | |
| 332 6    of HPDs." | | | | |
| 332 7    Do you see that, sir? | | | | |
| 332 8     A.   Yes. | | | | |
| 332 9     Q.    And then it lists the four different | | | | |
| 332 10   styles:  "Foam, premolded, push-in-type plugs and | | | | |
| 332 11   muffs," right? | | | | |
| 332 12     A.   Yes. | | | | |
| 332 13     Q.    Muffs are earmuffs? | | | | |
| 332 14     A.    Earmuffs. | | | | |
| 332 15     Q.    Okay.  Otherwise it might look like head | | | | |
| 332 16   phones or something, right? | | | | |
| 332 17     A.   Yes. | | | | |
| 332 18     Q.    Okay.  "The listeners were assigned to one | | | | |
| 332 19   or more panels, based on individual test results on | | | | |
| 332 20   the four styles of HPDs." | | | | |
| 332 21   Did I read that correctly, sir? | | | | |
| 332 22     A.   Yes. | | | | |
| 332 23     Q.    And that happened, right, you did that? | | | | |
| **333:1 - 333:14   Kieper, Ronald 12-19-2019** | | | Re: [333:1-334:16] 701, 401, 403 | **OVERRULED** |
| 333 1     A.   Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| 333 2     BY MR. BUCHANAN:<br>333 3     Q.   And then you wrote:<br>333 4     "By using subjects whose test results<br>333 5     yielded higher and more homogeneous values, the means<br>333 6     tended to increase and the SDs tended to decrease,<br>333 7     yielding" what, sir?<br>333 8     A.   "Yielding higher NRRs."<br>333 9     Q.   That's what happened, right?<br>333 10    A.   That's what it states in this report, yes.<br>333 11    Q.   Okay.  So what you did was you went<br>333 12    through the classrooms and you picked your A students<br>333 13    out for earplugs and you put them in their own class,<br>333 14    right? | | | | |
| **333:17 - 333:23   Kieper, Ronald 12-19-2019** | | | **Re: [333:1-334:16]**<br>701, 401, 403 | **OVERRULED** |
| 333 17    A.   We put the test subjects into the four<br>333 18    different panels.<br>333 19    BY MR. BUCHANAN:<br>333 20    Q.   And then what you did after you put those<br>333 21    A students on earplugs in their own class, you went to<br>333 22    them and you tested them to see how well they did with<br>333 23    the attenuation or protection they got, right? | | | | |
| **334:1 - 334:16   Kieper, Ronald 12-19-2019** | | | **Re: [333:1-334:16]**<br>701, 401, 403 | **OVERRULED** |
| 334 1     A.   We would use them in the real-ear test,<br>334 2     yes.<br>334 3     BY MR. BUCHANAN:<br>334 4     Q.   Right.<br>334 5     And then when you used them in the<br>334 6     real-ear test, what you saw was they got higher.<br>334 7     Higher, do you see that, higher values and more<br>334 8     homogeneous values?<br>334 9     Do you see that, sir?<br>334 10    A.   Yes, I see that.<br>334 11    Q.   And that's what happens, right, higher<br>334 12    test scores, right?  Do you see that, sir? | | | | |

| | | | | |
|---|---|---|---|---|
| 334 13      A.   Higher attenuation, yes.<br>334 14      Q.   Yeah.  They got higher test scores and<br>334 15      they were more homogeneous, meaning they were very<br>334 16      much like one another, right? | | | | |
| **334:19 - 334:22   Kieper, Ronald 12-19-2019**<br>334 19      A.   The -- the attenuation values were<br>334 20      homogeneous.<br>334 21      BY MR. BUCHANAN:<br>334 22      Q.   Sure.  Right. | | | Re: [334:19-334:22]<br>401, 403 | **OVERRULED** |
| **334:23 - 334:25   Kieper, Ronald 12-19-2019**<br>334 23      So your A students when you put them<br>334 24      altogether in one room, they all got As.  That's not<br>334 25      surprising, is it? | Re: [334:23-335:3]<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403); relevance (401, 402) | Re: [334:23-335:3]<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403); relevance (401, 402)<br>**OVERRULED** | | |
| **335:3 - 335:6   Kieper, Ronald 12-19-2019**<br>335 3      A.   That was why we formed the panels.<br>335 4      BY MR. BUCHANAN:<br>335 5      Q.   Right.<br>335 6      To get the higher numbers, right? | Re: [334:23-335:3]<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403); relevance (401, 402)<br>Re: [335:6-335:10]<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403) | Re: [334:23-335:3]<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403); relevance (401, 402)<br>**OVERRULED**<br>Re: [335:6-335:10]<br>Def Objection - 3M MIL No. 23; foundation | | |

| | | | | |
|---|---|---|---|---|
| | | (602); argumentative; misstates; asked (611, 403) **OVERRULED** | | |
| **335:9 - 335:13   Kieper, Ronald 12-19-2019**<br>335 9       A.   To get more homogeneous values in our<br>335 10      testing in the lab, yes.<br>335 11      BY MR. BUCHANAN:<br>335 12      Q.   Higher NRRs, that's what you wanted,<br>335 13      that's what you got, right? | **Re: [335:6-335:10]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403)<br>**Re: [335:11-335:19]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403) | **Re: [335:6-335:10]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403)<br>**OVERRULED**<br>**Re: [335:11-335:19]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403)<br>**OVERRULED** | | |
| **335:19 - 335:19   Kieper, Ronald 12-19-2019**<br>335 19      A.   That was the result, yes. | **Re: [335:11-335:19]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403) | **Re: [335:11-335:19]**<br>Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403)<br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| **338:20 - 338:22   Kieper, Ronald 12-19-2019** | | | | |
| 338 20    Q.   Well, that's what you did, right, you<br>338 21    tested the A students and then you sold it to<br>338 22    everybody? | | | | |
| **339:1 - 339:2   Kieper, Ronald 12-19-2019** | | | | |
| 339 1    A.   We used our test subjects and got the<br>339 2    results and then we sold the products. | | | | |
| **339:21 - 339:25   Kieper, Ronald 12-19-2019** | | | **Re: [339:3-340:3]**<br>**401, 403, 701, 602** | **OVERRULED** |
| 339 21    Q.   Okay.  Did your manual say, We are not<br>339 22    going to test B students and C students and D<br>students<br>339 23    because we don't want to provide a representative<br>339 24    picture of how our product performs to the using<br>339 25    public? | | | | |
| **340:3 - 340:3   Kieper, Ronald 12-19-2019** | | | **Re: [339:3-340:3]**<br>**401, 403, 701, 602** | **OVERRULED** |
| 340 3    A.   That was not stated in our manual. | | | | |
| **340:5 - 340:9   Kieper, Ronald 12-19-2019** | **Re: [340:5-340:21]**<br>Def Objection - 3M MIL No.<br>23; foundation (602);<br>argumentative; misstates;<br>asked (611, 403); relevance<br>(401, 402) | Re: [340:5-<br>340:21]<br>Def Objection -<br>3M MIL No.<br>23; foundation<br>(602);<br>argumentative;<br>misstates;<br>asked (611,<br>403); relevance<br>(401, 402)<br>**OVERRULED** | | |
| 340 5    Q.   I'm just wondering, did you ever share<br>340 6    that outside of your company with the purchasers<br>that<br>340 7    these numbers are what they are because -- not just<br>340 8    because you are using Experimenter-Fit, you are<br>using<br>340 9    Experimenter-Fit on your A students only? | | | | |
| **340:12 - 340:17   Kieper, Ronald 12-19-2019** | **Re: [340:5-340:21]**<br>Def Objection - 3M MIL No.<br>23; foundation (602);<br>argumentative; misstates;<br>asked (611, 403); relevance<br>(401, 402) | Re: [340:5-<br>340:21]<br>Def Objection -<br>3M MIL No.<br>23; foundation<br>(602);<br>argumentative;<br>misstates;<br>asked (611,<br>403); relevance | | |
| 340 12    A.   I didn't -- was there a question?<br>340 13    BY MR. BUCHANAN:<br>340 14    Q.   There was, sir.<br>340 15    Did you ever share that with purchasers,<br>340 16    the purchasing community that that's the way you<br>were<br>340 17    coming up with those NRRs you were quoting? | | | | |

| | | (401, 402) OVERRULED | | |
|---|---|---|---|---|
| **340:20 - 340:21   Kieper, Ronald 12-19-2019** | | Re: [340:5-340:21] | | |
| 340 20    A.   I don't know.  I didn't -- I wasn't in | | Re: **[340:5-340:21]** | | |
| 340 21    marketing. | | Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403); relevance (401, 402) | Def Objection - 3M MIL No. 23; foundation (602); argumentative; misstates; asked (611, 403); relevance (401, 402) **OVERRULED** | |
| **341:7 - 342:3   Kieper, Ronald 12-19-2019** | | | Re: **[341:7-342:2]** | **OVERRULED** |
| 341 7     (WHEREUPON, a certain document was | | | 401, 403, 602 | |
| 341 8      marked Ron Kieper Deposition Exhibit | | | | |
| 341 9      No. 27, for identification, as of | | | | |
| 341 10     12/19/2019.) | | | | |
| 341 11      BY MR. BUCHANAN: | | | | |
| 341 12      Q.   Sir, passing you what is Exhibit 27 to | | | | |
| 341 13     your deposition, it's a -- it's a document from | | | | |
| 341 14     November 30th, 2000, an e-mail from Mr. Berger to | | | | |
| 341 15     Brian Myers. | | | | |
| 341 16     Do you see that? | | | | |
| 341 17      A.   Yes. | | | | |
| 341 18      Q.   Okay.  It says:  "Performance reviews for | | | | |
| 341 19     Kieper and Kladden." | | | | |
| 341 20     Do you see that? | | | | |
| 341 21      A.   Yes. | | | | |
| 341 22      Q.   And Mr. Berger, I take it, as part of his | | | | |
| 341 23     job and function would be providing performance | | | | |
| 341 24      reviews and assessments of you and other people in the | | | | |
| 341 25     lab, is that right? | | | | |
| 342 1      A.   Yes. | | | | |
| 342 2      Q.   And you got those from time to time? | | | | |
| 342 3      A.   Yes. | | | | |

| 342:4 - 342:7 Kieper, Ronald 12-19-2019 | Re: [342:4-342:7] Plt Objection - beyond the scope of clarification counter | Re: [342:4-342:7] Plt Objection - beyond the scope of clarification counter **SUSTAINED** | | |
|---|---|---|---|---|
| 342 4   Q.   You've seen this document before?<br>342 5   A.   I haven't seen the one for Cyd Kladden.<br>342 6   Q.   Okay.<br>342 7   A.   I would have seen mine. | | | | |
| **342:8 - 342:19   Kieper, Ronald 12-19-2019** | | | Re: [342:8-342:19]<br>401, 403, 602 | **OVERRULED** |
| 342 8   Q.   Okay.  Well, let's look at yours.  If we<br>342 9   go to .6, we see "Performance Assessment Addendum for<br>342 10   Ron Kieper (11/30/2000)," right?<br>342 11   A.   Yes.<br>342 12   Q.   And this would be that year, just to<br>342 13   orient our dates, this would be a few months after you<br>342 14   had run that 015, 016 and 017 study, right?<br>342 15   A.   Yes, almost a year after.<br>342 16   Q.   Well, actually 11/30/2000 -- when did you<br>342 17   write the flange report, sir?<br>342 18   A.   I'd have to look at it, but I -- my<br>342 19   recollection is it was in May. | | | | |
| **343:6 - 343:21   Kieper, Ronald 12-19-2019** | | | Re: [343:6-343:24]<br>401, 403, 602<br>Re: [343:19-343:24]<br>Baker MIL 1 | **OVERRULED** |
| 343 6   Q.   Okay.  This is a performance assessment<br>343 7   that's done about you by your boss Mr. Berger and sent<br>343 8   off to that marketing person who was heading the lab<br>343 9   at that point in time, Mr. -- Mr. Myers, right?<br>343 10   A.   I don't know what his job was, but<br>343 11   evidently Elliott still reported to him.<br>343 12   Q.   Right.<br>343 13   Well, we saw in that prior year, in, what,<br>343 14   late 1999, that Mr. Myers was the one who was the<br>343 15   project manager for the Combat Arms, right?<br>343 16   A.   He was the project manager for the Combat<br>343 17   Arms.<br>343 18   Q.   Right. | | | | |

| | | | | |
|---|---|---|---|---|
| 343 19<br>343 20<br>343 21 | He was booking, what was that, 4.8 million<br>in profit over the next three years for that as a<br>projection? | | | |
| **343:24 - 343:24   Kieper, Ronald 12-19-2019** | | | | |
| 343 24 | Q.   Do you remember seeing that, sir? | | | **Re: [343:6-343:24]**<br>401, 403, 602<br>**Re: [343:19-343:24]**<br>Baker MIL 1 | **OVERRULED** |
| **344:2 - 344:3   Kieper, Ronald 12-19-2019** | | | | |
| 344 2<br>344 3 | A.   I remember seeing those numbers on -- in<br>one of the documents, yes. | | | **Re: [344:2-344:3]**<br>401, 403, 602, Baker MIL 1 | **OVERRULED** |
| **344:5 - 345:5   Kieper, Ronald 12-19-2019** | | | | |
| 344 5<br>344 6<br>344 7<br>344 8<br>344 9<br>344 10<br>or<br>344 11<br>344 12<br>344 13<br>344 14<br>344 15<br>344 16<br>344 17<br>344 18<br>344 19<br>344 20<br>344 21<br>344 22<br>344 23<br>344 24<br>achieve<br>344 25<br>345 1<br>345 2<br>345 3<br>345 4<br>345 5 | Q.   Okay.  Well, let's look at on this page<br>.6.  Scroll down.  There is a section on "major<br>accomplishments," right?<br>A.   Yes.<br>Q.   Okay.  And then below it, I think it is<br>Section II B, "Tasks where Ron has exceeded, met,<br><br>fallen below expectations."<br>Do you see that?<br>A.   Yes.<br>Q.   It says:  "Ron's primary responsibility is<br>REAT testing," right?<br>A.   Yes.<br>Q.   And those tests 015, 016 and 017 we talked<br>about earlier today, those are REAT tests, right?<br>A.   Yes.<br>Q.   Okay.  It states here in the middle of the<br>paragraph, it says:<br>"His skills in fitting subjects continue<br>to improve and are undoubtedly in large part<br>responsible for the high NRRs we continue to<br><br>on many of our earplugs."<br>Right, sir?<br>A.   Yes.<br>Q.   Okay.  Do you remember being praised by<br>Mr. Berger for your skill in helping the company get<br>high NRRs? | **Re: [344:20-345:2]**<br>Def Objection - relevance<br>(401, 402)<br>**Re: [345:3-345:9]**<br>Def Objection - relevance<br>(401, 402); argumentative<br>(611, 403) | Re: [344:20-<br>345:2]<br>Def Objection -<br>relevance (401,<br>402)<br>**OVERRULED**<br>Re: [345:3-<br>345:9]<br>Def Objection -<br>relevance (401,<br>402);<br>argumentative<br>(611, 403)<br>**OVERRULED** | **Re: [344:5-344:19]**<br>401, 403 | **OVERRULED** |

| | | | |
|---|---|---|---|
| **345:8 - 345:9   Kieper, Ronald 12-19-2019** | **Re: [345:3-345:9]** | Re: [345:3-345:9] | |
| 345 8    A.   Well, I see his praise in this document, | Def Objection - relevance | Def Objection - | |
| 345 9    yes. | (401, 402); argumentative | relevance (401, | |
| | (611, 403) | 402); | |
| | | argumentative | |
| | | (611, 403) | |
| | | **OVERRULED** | |
| **346:5 - 346:7   Kieper, Ronald 12-19-2019** | | | **Re: [346:5-346:7]** | **OVERRULED** |
| 346 5    Q.   Okay.  And you had an understanding, sir, | | | 602, 401, 403 | |
| 346 6    that those NRRs were really important to the folks | | | | |
| 346 7    that were sending you products to test, right? | | | | |
| **346:13 - 346:13   Kieper, Ronald 12-19-2019** | | | | |
| 346 13    THE WITNESS:  Okay, no. | | | | |
| **346:15 - 346:17   Kieper, Ronald 12-19-2019** | | | **Re: [346:15-346:24]** | **OVERRULED** |
| 346 15    A.   It was always my intention to get the best | | | 602, 401, 403 | |
| 346 16    results that I could with a given hearing protector, | | | | |
| 346 17    yes. | | | | |
| **346:20 - 346:21   Kieper, Ronald 12-19-2019** | | | **Re: [346:15-346:24]** | **OVERRULED** |
| 346 20    I mean, you were apologizing to people | | | 602, 401, 403 | |
| 346 21    when you didn't get high NRRs, right? | | | | |
| **346:24 - 346:24   Kieper, Ronald 12-19-2019** | | | **Re: [346:15-346:24]** | **OVERRULED** |
| 346 24    A.   No. | | | 602, 401, 403 | |
| **347:6 - 348:14   Kieper, Ronald 12-19-2019** | | | **Re: [347:7-348:14]** | **OVERRULED** |
| 347 6    Q.   Who is Ron Throndsen? | | | 401, 403, Baker MIL 1, MIL | |
| 347 7    A.   Oh, my gosh, he -- he was an employee of | | | 18 | |
| 347 8    one of the companies at some time.  I don't remember | | | | |
| 347 9    the timeframe. | | | | |
| 347 10    Q.   Okay.  Do you remember doing some tests | | | | |
| 347 11    for Mr. Throndsen on some hearing protection devices? | | | | |
| 347 12    I see you looking at a page further in, | | | | |
| 347 13    sir.  Just maybe you can guide us as to what you are | | | | |
| 347 14    looking at. | | | | |
| 347 15    A.   I'm looking at Page .2. | | | | |
| 347 16    Q.   I see. | | | | |
| 347 17    A.   Okay.  I see the document. | | | | |

| | | | | |
|---|---|---|---|---|
| 347 18 | Q.   Okay.  You are going back and forth with a | | | |
| 347 19 | Mr. Throndsen concerning a particular hearing | | | |
| 347 20 | protection device. | | | |
| 347 21 | This is about 2010, right? | | | |
| 347 22 | A.   These are July of 2010. | | | |
| 347 23 | Q.   And if we look at the second page, you are | | | |
| 347 24 | reporting out to Mr. Throndsen, I guess you are both | | | |
| 347 25 | Rons, so this could get a little confusing, but at the | | | |
| 348 1 | top of the page from you to Mr. Throndsen: | | | |
| 348 2 | "Ron, I have tested nine, the NRR is 20. | | | |
| 348 3 | I will test the 10th person next week (probably | | | |
| 348 4 | Wednesday/Thursday) because of NVLAP onsite audit on | | | |
| 348 5 | Monday and Tuesday." | | | |
| 348 6 | Do you see that, sir? | | | |
| 348 7 | A.   Yes. | | | |
| 348 8 | Q.   Okay.  So you are reporting out to him | | | |
| 348 9 | that you got an NRR of 20, person nine, right? | | | |
| 348 10 | A.   Yes, after nine subjects had been tested. | | | |
| 348 11 | Q.   Okay.  And you are kind of monitoring this | | | |
| 348 12 | in real-time and reporting it out to your colleagues | | | |
| 348 13 | who are asking for the test so they know what's come | | | |
| 348 14 | in, huh? | | | |
| **348:17 - 349:17   Kieper, Ronald 12-19-2019** | | | **Re: [348:17-350:1]** | **OVERRULED** |
| 348 17 | A.   I was -- yeah, I was in communication with | | 401, 403, Baker MIL 1, MIL 18 | |
| 348 18 | Ron in this case. | | | |
| 348 19 | BY MR. BUCHANAN: | | | |
| 348 20 | Q.   And then you send him the final results, I | | | |
| 348 21 | guess a little bit later, a couple of weeks later, | | | |
| 348 22 | right?  You have to go to the first page.  It is the | | | |
| 348 23 | last-in-time e-mail. | | | |
| 348 24 | A.   Um-hum. | | | |
| 348 25 | Q.   It says: "Ron," that's from you to him, | | | |
| 349 1 | "the test results (means and standard deviations, NRR | | | |
| 349 2 | and CSA) are attached below.  Please forward them to | | | |

| | | | | |
|---|---|---|---|---|
| 349 3 | whoever needs them." | | | |
| 349 4 | Do you see that? | | | |
| 349 5 | A.   Yes. | | | |
| 349 6 | Q.   And then what do you say? | | | |
| 349 7 | A.   I beg your pardon. | | | |
| 349 8 | Q.   What do you say after that? | | | |
| 349 9 | A.   "Sorry the NRR wasn't higher." | | | |
| 349 10 | Q.   "Sorry the NRR wasn't higher," is that | | | |
| 349 11 | right? | | | |
| 349 12 | A.   Yes. | | | |
| 349 13 | Q.   Okay.  And you are giving him a 20, right? | | | |
| 349 14 | Isn't that what you reported?  You can look at the | | | |
| 349 15 | schedule on the back if you need to. | | | |
| 349 16 | A.   Yes, the NRR is 20. | | | |
| 349 17 | Q.   And you are apologizing to him? | | | |
| **349:20 - 350:1   Kieper, Ronald 12-19-2019** | | | **Re: [348:17-350:1]** | **OVERRULED** |
| 349 20 | Q.   Right? | | 401, 403, Baker MIL 1, MIL 18 | |
| 349 21 | A.   I said: "Sorry the NRR wasn't higher," | | | |
| 349 22 | yes. | | | |
| 349 23 | Q.   Okay.  I think in fairness, maybe not | | | |
| 349 24 | apologizing, you are expressing, what would it be, | | | |
| 349 25 | sir, you understood he was going to be disappoint -- | | | |
| 350 1 | disappointed with a 20, didn't you? | | | |
| **350:4 - 350:16   Kieper, Ronald 12-19-2019** | | | **Re: [350:4-350:16]** | **OVERRULED** |
| 350 4 | A.   I don't know what his -- whether he'd be | | 401, 403, Baker MIL 1, MIL 18 | |
| 350 5 | disappointed or not. | | | |
| 350 6 | BY MR. BUCHANAN: | | | |
| 350 7 | Q.   Well, he told you in the earliest-in-time | | | |
| 350 8 | e-mail but the last time you tested it on band A you | | | |
| 350 9 | got a 26, right? | | | |
| 350 10 | A.   We had a 26 dB NRR for the A band, yes. | | | |
| 350 11 | Q.   Right. | | | |
| 350 12 | And then you run this other test and you | | | |
| 350 13 | report a 20 and you say: "Sorry the NRR is not | | | |
| 350 14 | higher." | | | |
| 350 15 | That's what you wrote, right? | | | |
| 350 16 | A.   That's what I wrote. | | | |

| | | | |
|---|---|---|---|
| **350:17 - 350:19    Kieper, Ronald 12-19-2019** <br> 350  17    Q.   Okay.  You understood your marketing <br> 350  18    colleagues and your other colleagues were looking for <br> 350  19    high NRRs, didn't you, sir? | **Re: [350:17-350:22]** <br> Def Objection - foundation (602) | Re: [350:17-350:22] <br> Def Objection - foundation (602) <br> **OVERRULED** | **Re: [350:17-351:5]** <br> Baker MIL 1 <br><br> **OVERRULED** |
| **350:22 - 350:22    Kieper, Ronald 12-19-2019** <br> 350  22    A.   Yes, they -- they want high NRRs. | **Re: [350:17-350:22]** <br> Def Objection - foundation (602) | Re: [350:17-350:22] <br> Def Objection - foundation (602) <br> **OVERRULED** | **Re: [350:17-351:5]** <br> Baker MIL 1 <br><br> **OVERRULED** |
| **351:9 - 351:21    Kieper, Ronald 12-19-2019** <br> 351  9    (WHEREUPON, a certain document was <br> 351  10    marked Ron Kieper Deposition Exhibit <br> 351  11    No. 29, for identification, as of <br> 351  12    12/19/2019.) <br> 351  13    BY MR. BUCHANAN: <br> 351  14    Q.   I'm passing you, sir, Exhibit 29.  And we <br> 351  15    talked about this situation in 2000 where the study <br> 351  16    015 was cut short at eight people rather than finish <br> 351  17    it when you had an NRR of 11. <br> 351  18    Do you recall our discussion on that, sir? <br> 351  19    A.   I recall the discussion around test 015. <br> 351  20    Q.   And that was happening all of the time, <br> 351  21    wasn't it? | **Re: [351:20-352:6]** <br> Def Objection - 3M MIL No. 18; foundation (602); misstates (611, 403) | Re: [351:20-352:6] <br> Def Objection - 3M MIL No. 18; foundation (602); misstates (611, 403) <br> **OVERRULED** | **Re: [351:11-351:21]** <br> Baker MIL 1, MIL 18, 401, 403 <br><br> **OVERRULED** |
| **351:24 - 352:1    Kieper, Ronald 12-19-2019** <br> 351  24    Q.   Where you'd get interim data and you'd be <br> 351  25    concerned about it and have to get permission about <br> 352  1    whether to continue the study, right? | **Re: [351:20-352:6]** <br> Def Objection - 3M MIL No. 18; foundation (602); misstates (611, 403) | Re: [351:20-352:6] <br> Def Objection - 3M MIL No. 18; foundation (602); misstates (611, 403) <br> **OVERRULED** | **Re: [351:24-352:6]** <br> Baker MIL 1 <br><br> **OVERRULED** |
| **352:4 - 352:6    Kieper, Ronald 12-19-2019** <br> 352  4    A.   The lab procedure was for me to check in <br> 352  5    with Elliott regarding all testing that I was doing, <br> 352  6    yes. | **Re: [351:20-352:6]** <br> Def Objection - 3M MIL No. 18; foundation (602); misstates (611, 403) | Re: [351:20-352:6] <br> Def Objection - 3M MIL No. 18; foundation | **Re: [351:24-352:6]** <br> Baker MIL 1 <br><br> **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| | | (602); misstates (611, 403) **OVERRULED** | | **OVERRULED** |
| **352:8 - 352:11   Kieper, Ronald 12-19-2019**<br>352 8      Q.   Where would I find that in your lab<br>352 9      procedures that you might share with an auditor, that<br>352 10     the lab procedure was to stop the test at 8 or 10 if<br>352 11     you didn't like the NRR? | | | **Re: [352:8-352:24]**<br>Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| **352:14 - 352:18   Kieper, Ronald 12-19-2019**<br>352 14     Q.   Where would I find that, sir?<br>352 15     A.   I don't know.  I don't know that that's in<br>352 16     there.<br>352 17     Q.   Have you ever seen that written down as<br>352 18     the firm policy? | | | **Re: [352:8-352:24]**<br>Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| **352:21 - 352:21   Kieper, Ronald 12-19-2019**<br>352 21     Q.   As the lab policy? | | | **Re: [352:8-352:24]**<br>Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| **352:24 - 352:24   Kieper, Ronald 12-19-2019**<br>352 24     A.   No. | | | **Re: [352:8-352:24]**<br>Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| **353:1 - 353:3   Kieper, Ronald 12-19-2019**<br>353 1      Q.   Have you ever seen it written down that<br>353 2      you are going to stop studies and just keep running<br>353 3      them and fishing for the right NRR until you get it? | **Re: [353:1-353:6]**<br>Def Objection - argumentative; misstates (611, 403); 3M MIL No. 18 | Re: [353:1-353:6]<br>Def Objection - argumentative; misstates (611, 403); 3M MIL No. 18<br>**OVERRULED** | **Re: [353:1-353:6]**<br>Baker MIL 1 | **OVERRULED** |
| **353:6 - 353:6   Kieper, Ronald 12-19-2019**<br>353 6      A.   No. | **Re: [353:1-353:6]**<br>Def Objection - argumentative; misstates (611, 403); 3M MIL No. 18 | Re: [353:1-353:6]<br>Def Objection - argumentative; misstates (611, 403); 3M MIL No. 18<br>**OVERRULED** | **Re: [353:1-353:6]**<br>Baker MIL 1 | **OVERRULED** |
| **353:13 - 353:13   Kieper, Ronald 12-19-2019**<br>353 13     you might not want to write down? | | | | |

| | | | | |
|---|---|---|---|---|
| **353:16 - 353:16    Kieper, Ronald 12-19-2019**<br>353 16       A.   I don't know. | | | | |
| **353:18 - 353:20    Kieper, Ronald 12-19-2019**<br>353 18       Q.   Mr. Berger never asked you to document<br>353 19       that policy in the procedures manual, did he?<br>353 20       A.   Not that I recall. | | | **Re: [353:18-353:20]**<br>Baker MIL 1, MIL 18, 401,<br>403 | **OVERRULED** |
| **353:21 - 353:22    Kieper, Ronald 12-19-2019**<br>353 21       Q.   That would be an off-book procedure you<br>353 22       all had, right? | **Re: [353:21-354:1]**<br>Def Objection - 3M MIL No.<br>18; argumentative; misstates;<br>asked; vague (611, 403) | Re: [353:21-<br>354:1]<br>Def Objection -<br>3M MIL No.<br>18;<br>argumentative;<br>misstates;<br>asked; vague<br>(611, 403)<br>**OVERRULED** | **Re: [353:21-354:1]**<br>Baker MIL 1 | **OVERRULED** |
| **353:25 - 354:1    Kieper, Ronald 12-19-2019**<br>353 25       A.   That was the procedure that I followed<br>354 1       with Elliott. | **Re: [353:21-354:1]**<br>Def Objection - 3M MIL No.<br>18; argumentative; misstates;<br>asked; vague (611, 403) | Re: [353:21-<br>354:1]<br>Def Objection -<br>3M MIL No.<br>18;<br>argumentative;<br>misstates;<br>asked; vague<br>(611, 403)<br>**OVERRULED** | **Re: [353:21-354:1]**<br>Baker MIL 1 | **OVERRULED** |
| **354:4 - 354:10    Kieper, Ronald 12-19-2019**<br>354 4       I mean, there were the procedures that you<br>354 5       elected to put in writing that you might share with<br>354 6       the NVLAP auditors, for example, you had those,<br>right?<br>354 7       A.   Yes.<br>354 8       Q.   And then you had other procedures that you<br>354 9       didn't put in writing that weren't shared with the<br>354 10       NVLAP auditors, right? | | | **Re: [354:4-354:18]**<br>Baker MIL 1, MIL 18, 401,<br>403 | **OVERRULED** |
| **354:13 - 354:18    Kieper, Ronald 12-19-2019**<br>354 13       A.   I don't know if they were shared with the<br>354 14       auditors.<br>354 15       BY MR. BUCHANAN: | | | **Re: [354:4-354:18]**<br>Baker MIL 1, MIL 18, 401,<br>403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 354 16    Q.   Well, you've never seen them in writing,<br>354 17    have you?<br>354 18    A.   No. | | | | |
| 358:18 - 358:21   Kieper, Ronald 12-19-2019<br>358 18    Q.   Can you remember one instance among the<br>358 19    many thousands of studies you've conducted, sir, in a<br>358 20    later test where you had a higher NRR and Mr. Berger<br>358 21    said, Stop the study? | | | Re: [357:24-358:24]<br>401, 403, Baker MIL 1,<br>leading | **OVERRULED** |
| 358:24 - 358:24   Kieper, Ronald 12-19-2019<br>358 24    A.   I don't know. | | | Re: [357:24-358:24]<br>401, 403, Baker MIL 1,<br>leading | **OVERRULED** |
| 359:1 - 359:2   Kieper, Ronald 12-19-2019<br>359 1    Q.   You have no memory of that happening, do<br>359 2    you, sir? | | | Re: [359:1-359:11]<br>401, 403 | **OVERRULED** |
| 359:5 - 359:8   Kieper, Ronald 12-19-2019<br>359 5    A.   I don't have any memory of that.<br>359 6    BY MR. BUCHANAN:<br>359 7    Q.   You do have memory of him stopping studies<br>359 8    when the NRR was lower, right? | | | Re: [359:1-359:11]<br>401, 403 | **OVERRULED** |
| 359:11 - 359:11   Kieper, Ronald 12-19-2019<br>359 11    A.   He stopped the 015 test, yes. | | | Re: [359:1-359:11]<br>401, 403 | **OVERRULED** |
| 359:13 - 359:16   Kieper, Ronald 12-19-2019<br>359 13    Q.   I mean, you know, sir, that these NRRs<br>359 14    that you all were quoting on your products, I mean,<br>359 15    these were things within Aearo you are all trying to<br>359 16    protect, right? | | | | |
| 359:19 - 359:19   Kieper, Ronald 12-19-2019<br>359 19    A.   That was not my intention. | | | | |
| 359:21 - 359:23   Kieper, Ronald 12-19-2019<br>359 21    Q.   Well, I understand you were following the<br>359 22    procedures you were given to follow, correct, sir?<br>359 23    A.   I was following the test procedures, yes. | | | Re: [359:21-359:23]<br>Baker MIL 1 | **OVERRULED** |
| 365:17 - 365:18   Kieper, Ronald 12-19-2019<br>365 17    Q.   Were you aware there was a concern about<br>365 18    protecting the NRRs for the Combat Arms? | | | | |

| | | | | |
|---|---|---|---|---|
| **365:22 - 365:23   Kieper, Ronald 12-19-2019** | | | | |
| 365 22    Q.  You can answer. | | | | |
| 365 23    A.  No. | | | | |
| **373:9 - 373:13   Kieper, Ronald 12-19-2019** | | | **Re: [370:21-373:22]** <br> Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| 373 9    BY MR. BUCHANAN: | | | | |
| 373 10    Q.  All right.  We go all of the way through | | | | |
| 373 11    here, we've been looking at 2007, 2009, 2012.  I mean, | | | | |
| 373 12    this was the whole time was the policy, wasn't it, | | | | |
| 373 13    sir? | | | | |
| **373:16 - 373:22   Kieper, Ronald 12-19-2019** | | | **Re: [370:21-373:22]** <br> Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| 373 16    A.  The policy to report to Elliott when I was | | | | |
| 373 17    finishing a test, yes. | | | | |
| 373 18    BY MR. BUCHANAN: | | | | |
| 373 19    Q.  Before you go final with the test, | | | | |
| 373 20    Mr. Kieper, tell me the results and I will tell you | | | | |
| 373 21    whether we finish it, that was the policy, right? | | | | |
| 373 22    A.  Yes. | | | | |
| **374:6 - 374:22   Kieper, Ronald 12-19-2019** | | | **Re: [374:6-374:22]** <br> Baker MIL 1, MIL 18, 401, 403 | **OVERRULED** |
| 374 6    Q.  I'm passing you, sir, what we are marking | | | | |
| 374 7    as Exhibit 33. | | | | |
| 374 8    Again, sir, right up until the end, I | | | | |
| 374 9    think you told us you retired, and what was that, the | | | | |
| 374 10    summer of 2016? | | | | |
| 374 11    A.  Yes. | | | | |
| 374 12    Q.  I think I said this was Exhibit 23.  I | | | | |
| 374 13    meant 33.  Thank you. | | | | |
| 374 14    An e-mail from yourself to Mr. Berger, | | | | |
| 374 15    Mr. Hamer, Charles Myers.  We've seen Mr. Berger's | | | | |
| 374 16    name plenty, we've see Mr. Hamer's name plenty. | | | | |
| 374 17    Who was Mr. Myers? | | | | |
| 374 18    A.  He was a partner technician in the lab. | | | | |
| 374 19    Q.  Okay.  And you are reporting on this test | | | | |
| 374 20    result for the HearPlug with PelTip6 (Classic). | | | | |
| 374 21    Do you see that? | | | | |
| 374 22    A.  Yes. | | | | |
| **375:25 - 376:16   Kieper, Ronald 12-19-2019** | | | **Re: [375:25-376:16]** <br> 403 | **OVERRULED** |
| 375 25    Q.  We spent some time, sir, talking today | | | | |

| | | | |
|---|---|---|---|
| 376 1     about this HPDA database. Do you recall our | | Re: [376:4-376:8] | |
| 376 2     discussions earlier this morning? | | 401, 403 | |
| 376 3     A.   Yes. | | | |
| 376 4     Q.   Okay.  In the litigation, the lawyers for | | | |
| 376 5     3M, they went through and they collected up | | | |
| 376 6     information and they shared it with us.  Among the | | | |
| 376 7     information shared with us were various versions of | | | |
| 376 8     the HPDA database. | | | |
| 376 9     You understand that's a Microsoft Access | | | |
| 376 10     database, sir, and it's last incarnation you were | | | |
| 376 11     familiar with? | | | |
| 376 12     A.   Yes. | | | |
| 376 13     MR. BUCHANAN: Okay.  Counsel, I'm going to mark | | | |
| 376 14     on a thumb drive for your benefit the HPDA database. | | | |
| 376 15     We'll just need to keep that for the Court Reporter | | | |
| 376 16     and we'll give you another one somehow. | | | |
| **376:19 - 377:17   Kieper, Ronald 12-19-2019** | | Re: [376:19-377:17] | **OVERRULED** |
| 376 19     (WHEREUPON, a certain document was | | 401, 403 | |
| 376 20     marked Ron Kieper Deposition Exhibit | | | |
| 376 21     No. 34, for identification, as of | | | |
| 376 22     12/19/2019.) | | | |
| 376 23     BY MR. BUCHANAN: | | | |
| 376 24     Q.   So, sir, that HPDA database, that lists | | | |
| 376 25     the studies that have been conducted over the years by | | | |
| 377 1     you and other technicians in the Aearo lab, correct? | | | |
| 377 2     A.   My recollection is it has both our tests | | | |
| 377 3     and test results from labs both in the United States | | | |
| 377 4     and around the world. | | | |
| 377 5     Q.   Gotcha. | | | |
| 377 6     So if it -- if it was testing that you | | | |
| 377 7     conducted on Aearo products or other company products, | | | |
| 377 8     that would be in the database, right? | | | |
| 377 9     A.   They would probably be in the database, | | | |
| 377 10     yes. | | | |
| 377 11     Q.   And if there was testing that was | | | |

| | | | | |
|---|---|---|---|---|
| 377 12<br>377 13<br>377 14<br>377 15<br>377 16<br>377 17 | conducted by others on your products, on Aearo<br>products, you would also put that in your database,<br>right?<br>A.   Yes.<br>Q.   That was your standard practice, right?<br>A.   Yes. | | | |
| **378:2 - 378:6   Kieper, Ronald 12-19-2019**<br>378 2<br>378 3<br>378 4<br>378 5<br>378 6 | Q.   I'm passing you, sir, Exhibit 35.  For the<br>record, it's a binder and Exhibit 35 contains some<br>printouts.  I'll represent to you, sir, they are<br>screen captures of various records in the HPDA<br>database. | | **Re: [378:2-379:3]**<br>701, 401, 403, Baker MIL 1,<br>MIL 18 | **OVERRULED** |
| **396:25 - 397:1   Kieper, Ronald 12-19-2019**<br>396 25<br>397 1 | Q.   Killing study after study after study<br>after study, sir, for low results, right? | | **Re: [396:20-399:23]**<br>701, 401, 403, Baker MIL 1,<br>MIL 18 | **OVERRULED** |
| **397:4 - 397:8   Kieper, Ronald 12-19-2019**<br>397 4<br>397 5<br>397 6<br>397 7<br>397 8 | A.   Yes, we stopped these tests because of low<br>results.<br>BY MR. BUCHANAN:<br>Q.   Right at the end, right before they were<br>finished, right? | | **Re: [396:20-399:23]**<br>701, 401, 403, Baker MIL 1,<br>MIL 18 | **OVERRULED** |
| **397:11 - 398:13   Kieper, Ronald 12-19-2019**<br>397 11<br>397 12<br>397 13<br>397 14<br>397 15<br>to<br>397 16<br>397 17<br>397 18<br>397 19<br>397 20<br>397 21<br>397 22<br>397 23<br>397 24<br>397 25<br>398 1 | Q.   Right?<br>A.   Yes, we didn't complete ten subjects on<br>any of those.<br>Q.   Let's go forward to Tab 17.  Study 224033,<br>May 2005: "Testing stopped after five subjects due<br><br>low results," right?<br>A.   Yes, that's what it says, right.<br>Q.   If we go forward to Tab 18, 258195, still<br>in 2005, again, Stopping studies at five subjects due<br>to low results, right?<br>A.   Yes.<br>Q.   Going forward to Tab 19, study 258196,<br>October 2005: "Stopped after eight subjects due to<br>low results," right?<br>A.   Yes.<br>Q.   Tab 20, study 258199, December of 2005: | | **Re: [396:20-399:23]**<br>701, 401, 403, Baker MIL 1,<br>MIL 18 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 398 2    "Testing stopped after nine people due to low<br>398 3    results," right?<br>398 4    A.   Yes.<br>398 5    Q.   2006, I guess that's Tab 21, 258A08:<br>398 6    "Test stopped after nine subjects due to low results,"<br>398 7    right?<br>398 8    A.   Yes.<br>398 9    Q.   221023, now in 2006:  "Testing stopped<br>398 10    after 19 subjects due to low results."<br>398 11    Do you see that?<br>398 12    A.   Yes.<br>398 13    Q.    After 19 subjects? | | | | |
| **399:11 - 399:18   Kieper, Ronald 12-19-2019**<br>399 11    Q.   You say "we," sir.  And this is Mr. Berger<br>399 12    who is stopping these tests, isn't it?<br>399 13    A.   Yes.  I was working for Elliott.<br>399 14    Q.    Over and over and over again, I'm sure we<br>399 15    can spend more time than that, sir, on that binder,<br>399 16    would you it surprise you to see over and over and<br>399 17    over again studies with low results and low NRRs<br>being<br>399 18    stopped by your boss before you'd have a final<br>number? | | | **Re: [396:20-399:23]**<br>**701, 401, 403, Baker MIL 1,**<br>**MIL 18** | **OVERRULED** |
| **399:21 - 399:23   Kieper, Ronald 12-19-2019**<br>399 21    A.   No.<br>399 22    BY MR. BUCHANAN:<br>399 23    Q.   Protect the NRR, right? | | | **Re: [396:20-399:23]**<br>**701, 401, 403, Baker MIL 1,**<br>**MIL 18**<br>**Re: [399:23-399:23]**<br>**701, 401, 403, Baker MIL 1,**<br>**MIL 18, Leading** | **OVERRULED** |
| **400:1 - 400:4   Kieper, Ronald 12-19-2019**<br>400 1    A.   No.<br>400 2    BY MR. BUCHANAN:<br>400 3    Q.   That's what marketing said, right, protect<br>400 4    the NRRs? | | | **Re: [400:1-400:1]**<br>**602, leading**<br>**Re: [400:1-400:7]**<br>**602** | **OVERRULED** |
| **400:7 - 400:7   Kieper, Ronald 12-19-2019**<br>400 7    A.   That's what one of those memos said, yes. | | | **Re: [400:1-400:7]**<br>**602** | **OVERRULED** |
| **403:5 - 403:9   Kieper, Ronald 12-19-2019**<br>403 5    Q.   Sir, we spent some time talking about this<br>403 6    stopping of studies or putting studies on hold or | | | **Re: [403:5-403:10]**<br>**401, 403, Baker MIL 1, MIL**<br>**18** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 403 7 | terminating studies. | | | |
| 403 8 | Do you recall our discussion on that? | | | |
| 403 9 | A.   Yes. | | | |
| **403:18 - 403:23   Kieper, Ronald 12-19-2019** | | | **Re: [403:18-404:2]** <br> 602, 401, 403, Baker MIL 1, <br> MIL 18 | **OVERRULED** |
| 403 18 | Are you aware of any policy and procedures | | | |
| 403 19 | manual that has ever described the policy you | | | |
| 403 20 | described to us of stopping studies with eight or | | | |
| nine | | | | |
| 403 21 | subjects complete, reporting the NRRs to Mr. | | | |
| Berger | | | | |
| 403 22 | where he would selectively decide whether to | | | |
| continue | | | | |
| 403 23 | or to terminate the study? | | | |
| **404:1 - 404:2   Kieper, Ronald 12-19-2019** | | | **Re: [403:18-404:2]** <br> 602, 401, 403, Baker MIL 1, <br> MIL 18 | **OVERRULED** |
| 404 1 | A.   I don't know of any, anything written | | | |
| 404 2 | down. | | | |
| **406:17 - 406:20   Kieper, Ronald 12-19-2019** | | | **Re: [406:17-408:10]** <br> 701, 401, 403 | **OVERRULED** |
| 406 17 | Q.   Okay.  And so you said you'd run | | | |
| 406 18 | statistical tests after you completed the study and | | | |
| 406 19 | then using those tests you could even reject certain | | | |
| 406 20 | of the measures you had, right? | | | |
| **406:23 - 407:22   Kieper, Ronald 12-19-2019** | | | **Re: [406:17-408:10]** <br> 701, 401, 403 | **OVERRULED** |
| 406 23 | Q.   Certain of the measurements, right? | | | |
| 406 24 | A.   The -- if a subject failed one of the | | | |
| 406 25 | statistical tests at more than one frequency, the | | | |
| | person could be retested. | | | |
| 407 1 | | | | |
| 407 2 | Q.   Okay.  And you told us how you ran these | | | |
| 407 3 | tests at a few occasions today.  I just want to make | | | |
| 407 4 | sure we are confirmed. | | | |
| 407 5 | We saw that picture of the gentleman | | | |
| 407 6 | sitting in the chair in the acoustic chamber, acoustic | | | |
| 407 7 | test chamber. | | | |
| 407 8 | Do you recall that? | | | |
| 407 9 | A.   Yes. | | | |
| 407 10 | Q.   And when you are doing an EPA 1974 test, | | | |
| 407 11 | that's an Experimenter-Fit test, correct? | | | |
| 407 12 | A.   Yes. | | | |
| 407 13 | Q.   So you would go into the chamber, if you | | | |
| 407 14 | are testing earplugs, you would fit them in the | | | |

| | | | | |
|---|---|---|---|---|
| 407 15   subject's ears, right? | | | | |
| 407 16   A.   Yes. | | | | |
| 407 17   Q.   You would play the fitting noise for the | | | | |
| 407 18   subject, right? | | | | |
| 407 19   A.   Yes. | | | | |
| 407 20   Q.   And with that information you would | | | | |
| 407 21   determine in coordination with the subject whether the | | | | |
| 407 22   earplug was properly fit, right? | | | | |
| **407:25 - 408:10   Kieper, Ronald 12-19-2019** | | | **Re: [406:17-408:10]** <br> **701, 401, 403** | **OVERRULED** |
| 407 25   A.   Yes. | | | | |
| 408 1   BY MR. BUCHANAN: | | | | |
| 408 2   Q.   And whether you had an adequate fit? | | | | |
| 408 3   A.   Yes. | | | | |
| 408 4   Q.   Okay. And then you would leave the room. | | | | |
| 408 5   And after you had left the room, you would then start | | | | |
| 408 6   to administer the test, right? | | | | |
| 408 7   A.   Yes. | | | | |
| 408 8   Q.   And that would be playing the tones at the | | | | |
| 408 9   different frequencies, right? | | | | |
| 408 10   A.   Yes. | | | | |
| **409:25 - 410:9   Kieper, Ronald 12-19-2019** | | | **Re: [409:25-410:9]** <br> **701, 401, 403** | **OVERRULED** |
| 409 25   Q.   Okay. And so taking us back to the | | | | |
| 410 1   process you described earlier, you fit the earplugs, | | | | |
| 410 2   you run the tests, you capture the data, it all gets | | | | |
| 410 3   put into a spreadsheet and then it all gets brought | | | | |
| 410 4   into the database, is that right? | | | | |
| 410 5   A.   Yes. | | | | |
| 410 6   Q.   At what stage are you running these | | | | |
| 410 7   statistical tests that you described to look for | | | | |
| 410 8   outliers? | | | | |
| 410 9   A.   After ten subjects are tested. | | | | |
| **410:18 - 410:19   Kieper, Ronald 12-19-2019** | | | **Re: [410:18-411:14]** <br> **401, 403, 602, 701** | **OVERRULED** |
| 410 18   And who crafted the statistical test to | | | | |
| 410 19   determine if data was an outlier? | | | | |
| **410:22 - 411:2   Kieper, Ronald 12-19-2019** | | | **Re: [410:18-411:14]** <br> **401, 403, 602, 701** | **OVERRULED** |
| 410 22   A.   I believe Elliott used a -- a Dixon | | | | |
| 410 23   Outlier Test. | | | | |

| | | | | |
|---|---|---|---|---|
| 410 24    BY MR. BUCHANAN:<br>410 25    Q.   Okay.  So to your understanding, sir, was<br>411 1    it Mr. Berger who identified this outlier test and<br>411 2    crafted that as part of Aearo's policy? | | | | |
| **411:5 - 411:14   Kieper, Ronald 12-19-2019**<br>411 5    A.  I don't know that, but I would presume<br>411 6    that.<br>411 7    BY MR. BUCHANAN:<br>411 8    Q.   Is that your understanding?<br>411 9    A.   Yes.<br>411 10    Q.   Okay.  And after using the Dixon Outlier<br>411 11    Test, if you identified outlier data by virtue of that<br>411 12    test, you could retest somebody by your policies,<br>411 13    right?<br>411 14    A.   Yes. | | | Re: [410:18-411:14]<br>401, 403, 602, 701 | OVERRULED |
| **415:13 - 415:17   Kieper, Ronald 12-19-2019**<br>415 13    Q.   That happened in your years of testing at<br>415 14    Aearo where you'd reject some data for a person,<br>you'd<br>415 15    retest them and you'd reject the second test, and<br>then<br>415 16    you'd even bring in a replacement test subject,<br>right?<br>415 17    A.   Yes, we replaced people. | | | Re: [415:13-415:17]<br>401, 403, 602, 701 | OVERRULED |
| **421:19 - 421:20   Kieper, Ronald 12-19-2019**<br>421 19    Q.   I mean, there is nothing in the ANSI '74<br>421 20    guidance that says use an outlier test to dump data? | | | Re: [420:1-421:25]<br>401, 403, 701, leading | OVERRULED |
| **421:23 - 422:4   Kieper, Ronald 12-19-2019**<br>421 23    Q.   Right?<br>421 24    A.   I don't know that it says you can or<br>421 25    can't.<br>422 1    Q.   Well, you keep living in this territory,<br>422 2    sir, about whether if it doesn't say you can't, you<br>422 3    can.  Is that what you are telling me, or at least is<br>422 4    that how you all at Aearo interpreted the<br>regulations? | | | Re: [420:1-421:25]<br>401, 403, 701, leading<br>Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |
| **422:7 - 422:15   Kieper, Ronald 12-19-2019**<br>422 7    A.   The way I read the standard, it does not<br>422 8    prohibit using statistical tests. | | | Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 422 9    BY MR. BUCHANAN:<br>422 10    Q.   I'm just trying to figure out what you all<br>422 11    were trying to do here, sir.<br>422 12    Are you all looking for loopholes in<br>422 13    standards so that you could use all of the tricks in<br>422 14    your bag to get the highest NRRs?  Is that what was<br>422 15    happening here? | | | | |
| **422:18 - 422:23   Kieper, Ronald 12-19-2019**<br>422 18    A.   No.<br>422 19    BY MR. BUCHANAN:<br>422 20    Q.   Because, in fact, sir, once a tester has<br>422 21    been adequately fit, you are not permitted to dump<br>422 22    their data.<br>422 23    Did you know that, sir? | | | Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |
| **423:1 - 423:10   Kieper, Ronald 12-19-2019**<br>423 1    A.   I don't know that.<br>423 2    BY MR. BUCHANAN:<br>423 3    Q.   Once somebody has been adequately fit --<br>423 4    and that was your job to check, right?  Do I have<br>that<br>423 5    right?<br>423 6    A.   I was the experimenter.<br>423 7    Q.   And you would go in, and you told us all<br>423 8    day, sir, you'd go in there and you'd check and you'd<br>423 9    look and you'd play fitting noise and you'd check<br>with<br>423 10    the subject and they'd tell you they were fit, right? | | | Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |
| **423:13 - 423:13   Kieper, Ronald 12-19-2019**<br>423 13    Q.   That's how it worked? | | | Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |
| **423:16 - 423:20   Kieper, Ronald 12-19-2019**<br>423 16    A.   Yes.<br>423 17    BY MR. BUCHANAN:<br>423 18    Q.   And you wouldn't test that person until<br>423 19    you were satisfied that they were adequately fit,<br>423 20    right? | | | Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |
| **423:23 - 423:23   Kieper, Ronald 12-19-2019**<br>423 23    A.   Yes. | | | Re: [422:1-423:23]<br>401, 403, 701, leading,<br>argumentative, 602 | OVERRULED |

| 424:9 - 425:16   Kieper, Ronald 12-19-2019 | | | Re: [424:9-427:12] | OVERRULED |
|---|---|---|---|---|
| | | | 401, 403, 701 | |
| 424 9 | Q.   I'm passing you, sir, Exhibit 36.  This is | | | |
| 424 10 | a copy, sir, of the ANSI 1974 standard. | | | |
| 424 11 | Do you see that? | | | |
| 424 12 | A.   Yes. | | | |
| 424 13 | Q.   It's the Acoustical Society of America | | | |
| 424 14 | Standard, Method for the Measurement of Real-Ear | | | |
| 424 15 | Protection of Hearing Protectors and Physical | | | |
| 424 16 | Attenuation of Earmuffs. | | | |
| 424 17 | Do you see that, sir? | | | |
| 424 18 | A.   Yes. | | | |
| 424 19 | Q.   Is this a copy of the 1974 ANSI standard | | | |
| 424 20 | that we've been discussing today? | | | |
| 424 21 | A.   Yes. | | | |
| 424 22 | Q.   Okay.  There is a section on listeners. | | | |
| 424 23 | This calls them listeners, but they are the test | | | |
| 424 24 | subjects in your test, right? | | | |
| 424 25 | A.   Yes. | | | |
| 425 1 | Q.   Okay.  Section 3.2, do you see that, sir? | | | |
| 425 2 | A.   Yes. | | | |
| 425 3 | Q.   3.2, Listeners, and there is 3.2.1 and | | | |
| 425 4 | 3.2.2. | | | |
| 425 5 | Do you see that? | | | |
| 425 6 | A.   Yes. | | | |
| 425 7 | Q.   Okay.  And then there is 3.2.3.  On mine, | | | |
| 425 8 | it's at the at the top of .6 in the right-hand column. | | | |
| 425 9 | Do you see that? | | | |
| 425 10 | A.   Yes. | | | |
| 425 11 | Q.   It says: "Listeners who satisfy the other | | | |
| 425 12 | requirements of this standard and who do obtain an | | | |
| 425 13 | adequate fit with the test item may not be dismissed | | | |
| 425 14 | for reporting small amounts of protection." | | | |
| 425 15 | Did I read that correctly, sir? | | | |
| 425 16 | A.   Yes. | | | |
| **430:15 - 430:16   Kieper, Ronald 12-19-2019** | | | Re: [430:15-430:19] | SUSTAINED |
| | | | 403, argumentative, leading | |
| 430 15 | Q.   A pretty good trick in your bag of tricks, | | | |
| 430 16 | wouldn't you agree? | | | |
| **430:19 - 431:1   Kieper, Ronald 12-19-2019** | | | Re: [430:15-430:19] | OVERRULED |
| | | | 403, argumentative, leading | |
| 430 19 | A.   I don't see it as a trick. | | | |

| | | | | |
|---|---|---|---|---|
| 430 20<br>430 21<br>430 22<br>set<br>430 23<br>compute the<br>430 24<br>430 25<br>431 1 | BY MR. BUCHANAN:<br>Q.  I didn't see anything, sir, in the ANSI<br>standards saying you should go through your data<br><br>and make it more homogeneous before you<br><br>NRR and report it.<br>Did you see anything like that in the ANSI<br>standard ever, sir? | | **Re: [430:20-431:4]**<br>701, 401, 403 | |
| **431:4 - 431:8**   **Kieper, Ronald 12-19-2019**<br>431 4         A.   I don't recall seeing that, no.<br>431 5      BY MR. BUCHANAN:<br>431 6         Q.   All of the tricks in the book, that's what<br>431 7      you all were doing at Aearo, or at least what<br>431 8      Mr. Berger was doing, right? | | | **Re: [430:20-431:4]**<br>701, 401, 403<br>**Re: [431:6-431:11]**<br>401, 403, leading | **OVERRULED** |
| **431:11 - 431:14**   **Kieper, Ronald 12-19-2019**<br>431 11       A.   No.<br>431 12    BY MR. BUCHANAN:<br>431 13       Q.   When did the consumer enter the picture,<br>431 14    sir, and their right to have an NRR they could trust? | | | **Re: [431:6-431:11]**<br>401, 403, leading<br>**Re: [431:13-431:20]**<br>401, 403 | **OVERRULED** |
| **431:20 - 431:20**   **Kieper, Ronald 12-19-2019**<br>431 20       A.   I don't know. | | | **Re: [431:13-431:20]**<br>401, 403 | **OVERRULED** |
| **432:1 - 432:5**   **Kieper, Ronald 12-19-2019**<br>432 1         Q.   He is the one who put it in your policies<br>432 2      and procedures, right?<br>432 3         A.   Yes.<br>432 4         Q.   Okay.  Because we won't find that in the<br>432 5      ANSI standard, right? | | | **Re: [431:23-432:8]**<br>401, 403 | **OVERRULED** |
| **432:8 - 432:8**   **Kieper, Ronald 12-19-2019**<br>432 8         A.   That's not in the ANSI standard. | | | **Re: [431:23-432:8]**<br>401, 403 | **OVERRULED** |

# Moses, Doug [30(b)(6)] 10-17-2019

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| **10:4 - 10:11** | **Moses, Doug 10-17-2019** | | | | |
| 10 4 | Q.   Good morning, Mr. Moses.  My | | | | |
| 10 5 | name is Dave Buchanan.  I represent | | | | |
| 10 6 | plaintiffs in a litigation brought against | | | | |
| 10 7 | your employer, 3M, relating to a certain | | | | |
| 10 8 | product that you've been involved with for | | | | |
| 10 9 | many years, the Combat Arms. | | | | |
| 10 10 | You're aware of that? | | | | |
| 10 11 | A.   I am. | | | | |
| **10:18 - 10:22** | **Moses, Doug 10-17-2019** | | | | |
| 10 18 | Q.   Do you understand, sir, that | | | | |
| 10 19 | you've been designated on behalf of your | | | | |
| 10 20 | employer to provide testimony binding on the | | | | |
| 10 21 | company? | | | | |
| 10 22 | A.   I do. | | | | |
| **10:23 - 11:1** | **Moses, Doug 10-17-2019** | | | | |
| 10 23 | Q.   And you've been identified for | | | | |
| 10 24 | particular topics in connection with that | | | | |
| 10 25 | notice; that's your understanding? | | | | |
| 11 1 | A.   That's my understanding. | | | | |
| **18:9 - 18:16** | **Moses, Doug 10-17-2019** | | | | |
| 18 9 | Q.   So, sir, with regard to these | | | | |
| 18 10 | topics, marketing, distribution and sales, I | | | | |
| 18 11 | understand who you are, at least, within the | | | | |
| 18 12 | framework of the company and a little bit | | | | |
| 18 13 | within the story as it relates to the Combat | | | | |
| 18 14 | Arms. | | | | |
| 18 15 | You're a marketing person? | | | | |
| 18 16 | A.   Yeah. | | | | |
| **38:10 - 39:2** | **Moses, Doug 10-17-2019** | | | | |
| 38 10 | Q.   You have some familiarity with | | | | |
| 38 11 | the product; is that right, sir? | | | | |
| 38 12 | A.   I do. | | | | |
| 38 13 | Q.   Okay.  There is -- Combat Arms | | | | |
| 38 14 | is a brand.  There were civilian counterparts | | | | |
| 38 15 | to the Combat Arms, fair? | | | | |
| 38 16 | A.   Fair. | | | | |

| | | | | |
|---|---|---|---|---|
| 38 17 | Q.   Okay.  They went by the name of | | | |
| 38 18 | Arc plugs?  That's one version, right? | | | |
| 38 19 | A.   Yes. | | | |
| 38 20 | Q.   There was the AO Safety | | | |
| 38 21 | indoor/outdoor range earplug? | | | |
| 38 22 | A.   I believe so. | | | |
| 38 23 | Q.   Okay.  Those are brands you | | | |
| 38 24 | know and are familiar with? | | | |
| 38 25 | A.   I know AO Safety -- | | | |
| 39 1 | Q.   Uh-huh. | | | |
| 39 2 | A.   -- and I know Combat Arms. | | | |
| **39:3 - 39:12** | **Moses, Doug 10-17-2019** | | | |
| 39 3 | Q.   Okay.  When did you start with | | | |
| 39 4 | the company? | | | |
| 39 5 | A.   March 1, 2005. | | | |
| 39 6 | Q.   And when you started with the | | | |
| 39 7 | company, the company was making the Combat | | | |
| 39 8 | Arms, the AO Safety indoor/outdoor range | | | |
| 39 9 | earplug and the Arc plugs, correct? | | | |
| 39 10 | A.   I believe so, from what I've | | | |
| 39 11 | found here.  I wasn't on this product line, | | | |
| 39 12 | so... | | | |
| **39:13 - 40:16** | **Moses, Doug 10-17-2019** | | | |
| 39 13 | Q.   Okay.  And the market segments | | | |
| 39 14 | for these plugs was anyone with a gun, right? | | | |
| 39 15 | A.   Could be as -- yes. | | | |
| 39 16 | Q.   Construction workers? | | | |
| 39 17 | A.   Yes, could be. | | | |
| 39 18 | Q.   Electrical workers? | | | |
| 39 19 | A.   Yes. | | | |
| 39 20 | Q.   I mean, there were consumer and | | | |
| 39 21 | commercial applications, fair? | | | |
| 39 22 | A.   There were. | | | |
| 39 23 | Q.   Industrial applications? | | | |
| 39 24 | A.   Yes. | | | |
| 39 25 | Q.   There were sporting | | | |
| 40 1 | applications? | | | |
| 40 2 | A.   Yes. | | | |
| 40 3 | Q.   When I say "sporting," I mean | | | |

| | | | | |
|---|---|---|---|---|
| 40 4 sportsmen, people who shoot or go on ranges?<br>40 5    A.   Hunting and shooting.<br>40 6    Q.   Hunting and shooting, right?<br>40 7    A.   Yes.<br>40 8    Q.   And there were military market<br>40 9 segments, fair?<br>40 10    A.   Yes.<br>40 11    Q.   And the company over time<br>40 12 pursued all those segments, correct?<br>40 13    A.   It appears that they, yeah, hit<br>40 14 most of the ones you just mentioned, yes, to<br>40 15 some degree of success or...<br>40 16    Q.   Right. | | | | |
| **41:9 - 41:25**   **Moses, Doug 10-17-2019**<br>41 9    Q.   Passing you, sir, what we've<br>41 10 marked as Exhibit 12 to your deposition.<br>41 11 What is that, sir?<br>41 12    A.   That appears to be the<br>41 13 version 2 of the Combat Arms Earplug.<br>41 14    Q.   Okay.  Double-ended?<br>41 15    A.   It has two eartips, yes.<br>41 16    Q.   Okay.  And when we see those<br>41 17 tips, we see the darker end, or the olive<br>41 18 end, that would be for continuous protection,<br>41 19 from the company's marketing claims, correct?<br>41 20    A.   Correct.<br>41 21    Q.   And the yellow end would be,<br>41 22 quote, the open end, and that was for impulse<br>41 23 or weapons firing or on the range, right?<br>41 24    A.   Yes, that would be impulse<br>41 25 protection. | | | | |
| **42:1 - 42:4**   **Moses, Doug 10-17-2019**<br>42 1    Q.   Okay.  Let's go to --<br>42 2    A.   But importantly, you can also<br>42 3 hear through this when the gunfire isn't<br>42 4 happening. | Re: [42:2-42:4]<br>Plt Objection - non responsive | Re: [42:1-42:4]<br>Plt Objection - non responsive<br>**SUSTAINED** | Re: [42:2-42:4]<br>MIL 18; 802 | **SUSTAINED.**<br>**No new Baker-specific objections;**<br>**MIL 18 not preserved (see ECF No. 98).** |

| | | | | |
|---|---|---|---|---|
| **51:5 - 51:11** | **Moses, Doug 10-17-2019** | | | |
| 51 5 | The earplugs, let's just focus | | | |
| 51 6 | on the earplugs themselves.  If you talk | | | |
| 51 7 | about the Arc plugs, if you talk about the | | | |
| 51 8 | AO Safety indoor/outdoor range plugs, or we | | | |
| 51 9 | talk about the Combat Arms version 2, are the | | | |
| 51 10 | plugs themselves feature identical? | | | |
| 51 11 | A.    I think that's fair. | | | |
| **56:3 - 56:18** | **Moses, Doug 10-17-2019** | | | |
| 56 3 | The company had a product that | | | |
| 56 4 | it sold through its military channel, right? | | | |
| 56 5 | A.    It did. | | | |
| 56 6 | Q.    Combat Arms version.  Focus on | | | |
| 56 7 | the version 2 design for the moment. | | | |
| 56 8 | That was principally marketed | | | |
| 56 9 | through the military channel; is that your | | | |
| 56 10 | testimony? | | | |
| 56 11 | A.    It was, but there was some | | | |
| 56 12 | evidence early on that said that it was -- it | | | |
| 56 13 | didn't really -- we utilized some of the same | | | |
| 56 14 | salespeople as our industrial or some of our | | | |
| 56 15 | same staff members, so I'm not sure how it | | | |
| 56 16 | was marketed in the very, very beginning.  I | | | |
| 56 17 | know that it evolved to be very focused on | | | |
| 56 18 | military. | | | |
| **109:10 - 109:13** | **Moses, Doug 10-17-2019** | | | |
| 109 10 | When did you start at the | | | |
| 109 11 | company? | | | |
| 109 12 | A.    I started at the company | | | |
| 109 13 | March 1, 2005. | | | |
| **110:20 - 111:7** | **Moses, Doug 10-17-2019** | Re: [111:2-111:16] | Re: [111:2-111:16] | Re: [110:20-111:1] | **OVERRULED** |
| 110 20 | From this same time frame, | Def Objection - Argumentative, | Def Objection - | Relevance, 403, Baker MIL 1, | |
| 110 21 | August of 2005, it's true, isn't it, sir, | Vague (403, 611); Foundation | Argumentative, | MIL 7 | |
| 110 22 | that the company was seeking to leverage the | (602) | Vague (403, | | |
| 110 23 | Combat Arms to extend its presence and sales | | 611); | | |
| 110 24 | in the military, true? | | Foundation | | |
| 110 25 | A.    I think we were trying to sell | | (602) | | |
| 111 1 | more of it. | | **OVERRULED** | | |
| 111 2 | Q.    Well, not only sell more Combat | | | | |

| | | | | |
|---|---|---|---|---|
| 111 3  Arms, but you were going to leverage the | | | | |
| 111 4  brand to try and extend your foot -- | | | | |
| 111 5  A.   The brand Combat Arms? | | | | |
| 111 6  Q.   -- to extend your footprint | | | | |
| 111 7  into the military, true? | | | | |
| **111:10 - 111:24   Moses, Doug 10-17-2019** | Re: [111:2-111:16] | Re: [111:2-111:16] | | |
| 111 10  THE WITNESS:  I don't -- if | Def Objection - Argumentative, | Def Objection - | | |
| 111 11  you're talking about the brand Combat | Vague (403, 611); Foundation | Argumentative, | | |
| 111 12  Arms Earplugs, I don't know about | (602) | Vague (403, | | |
| 111 13  that -- the strategy behind extending | | 611); | | |
| 111 14  the brand -- the brand itself, Combat | | Foundation | | |
| 111 15  Arms, and to utilize it into the | | (602) | | |
| 111 16  military. | | **OVERRULED** | | |
| 111 17  QUESTIONS BY MR. BUCHANAN: | | | | |
| 111 18  Q.   Not by brand name, sir, but | | | | |
| 111 19  extend, if you will, the toehold you had with | | | | |
| 111 20  Combat Arms into a broader sales strategy for | | | | |
| 111 21  the military. | | | | |
| 111 22  You recall that right, sir? | | | | |
| 111 23  A.   I recall that we were -- yes, | | | | |
| 111 24  in general. | | | | |
| **112:2 - 112:7   Moses, Doug 10-17-2019** | | | | |
| 112 2  Q.   Okay.  Passing you Exhibit 19. | | | | |
| 112 3  And we've got these cover pages | | | | |
| 112 4  on here because they were produced to us in | | | | |
| 112 5  litigation in the native format, which means | | | | |
| 112 6  is Excel or Word document or PowerPoint.  So | | | | |
| 112 7  you can ignore the first page, sir. | | | | |
| **112:8 - 113:11   Moses, Doug 10-17-2019** | | | Re: [113:6-113:11] | **OVERRULED** |
| 112 8  For the record, what I've | | | Relevance, 403, Baker MIL 1, | |
| 112 9  passed you is exhibit -- as Exhibit 19, our | | | MIL 7 | |
| 112 10  internal numbering for that is P469, for | | | | |
| 112 11  those following along later. | | | | |
| 112 12  Let's go on to 469.3 at the | | | | |
| 112 13  bottom.  We see a description of the 2005 | | | | |
| 112 14  Business Analysis - Passive Hearing.  There's | | | | |
| 112 15  that heading at the top. | | | | |
| 112 16  Do you see that? | | | | |
| 112 17  A.   I do. | | | | |

| | | | | |
|---|---|---|---|---|
| 112 18   Q.  Okay.  Then it kind of breaks | | | | |
| 112 19   down the various components of the passive | | | | |
| 112 20   hearing market. | | | | |
| 112 21   Do you see that? | | | | |
| 112 22   A.  Yes, I see a number of headings | | | | |
| 112 23   below that. | | | | |
| 112 24   Q.  Yeah, disposable foam, push-in | | | | |
| 112 25   foam, reusable earplugs, all that stuff, | | | | |
| 113 1   right? | | | | |
| 113 2   A.  I do. | | | | |
| 113 3   Q.  Okay.  Then you see Military | | | | |
| 113 4   Channel at the bottom? | | | | |
| 113 5   A.  I do. | | | | |
| 113 6   Q.  It says, "Military is primary | | | | |
| 113 7   driver of market growth.  Substantial | | | | |
| 113 8   opportunity exists to further penetrate this | | | | |
| 113 9   channel with new products." | | | | |
| 113 10   Did I read that correctly? | | | | |
| 113 11   A.  Yes, you read that correctly. | | | | |
| **113:12 - 113:13   Moses, Doug 10-17-2019** | | | | |
| 113 12   Q.  Okay.  Taking you forward to | | | | |
| 113 13   469.5, it's two pages down -- | | | | |
| **113:21 - 114:23   Moses, Doug 10-17-2019** | Re: [114:5-114:10] | Re: [114:5-114:10] | Re: [114:11-114:23] | OVERRULED |
| 113 21   Q.  Okay.  Then towards the bottom | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | Relevance, 403, Baker MIL 1, MIL 7 | |
| 113 22   there it says "Combat Arms." | | **SUSTAINED as to Good. No surprise for you today.** | | |
| 113 23   Do you see that? | | | | |
| 113 24   A.  I do. | | | | |
| 113 25   Q.  I think your finger is already | | **OVERRULED in all other respects** | | |
| 114 1   on it.  Good. | | | | |
| 114 2   Have you seen this document | | | | |
| 114 3   before? | | | | |
| 114 4   A.  I've reviewed this document. | | | | |
| 114 5   Q.  Okay.  All right.  Good.  No | | | | |
| 114 6   surprises for you today, it seems. | | | | |
| 114 7   "Combat Arms sales exploded in | | | | |
| 114 8   2005, more than quadrupling 2004." | | | | |
| 114 9   Is that right? | | | | |
| 114 10   A.  That's what it says right here. | | | | |
| 114 11   Q.  That's what happened, right? | | | | |

| | | | | |
|---|---|---|---|---|
| 114 12 | A.    The sales data from that -- | | | |
| 114 13 | from the previous exhibit suggests that as | | | |
| 114 14 | well. | | | |
| 114 15 | Q.    All right.  It says, "Fiscal | | | |
| 114 16 | year 2005 sales should be at or above | | | |
| 114 17 | 4.5 million." | | | |
| 114 18 | Right? | | | |
| 114 19 | A.    Yes. | | | |
| 114 20 | Q.    Okay.  And looking forward, | | | |
| 114 21 | 2005 business analysis summary, next page, | | | |
| 114 22 | sir. | | | |
| 114 23 | Major Innovations? | | | |
| **115:3 - 115:7** | **Moses, Doug 10-17-2019** | Re: [115:6-115:7] | Re: [115:6-115:7] | Re: [115:2-115:5] | **OVERRULED** |
| 115 3 | Q.    2005 Business Analysis Summary. | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | Relevance, 403, Baker MIL 1, MIL 7 | |
| 115 4 | Do you see that? | | | Re: [115:6-115:7] | |
| 115 5 | A.    I do. | | **OVERRULED** | improperly designating Q without A | |
| 115 6 | Q.    Major Innovations.  And you've | | | | |
| 115 7 | got your finger right where I'm going. | | | | |
| **115:14 - 117:7** | **Moses, Doug 10-17-2019** | Re: [116:21-116:24] | Re: [116:21-116:24] | Re: [115:14-115:25] | **SUSTAINED** |
| 115 14 | Q.    Okay.  "Extend presence in the | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | Relevance, 403, Baker MIL 1, MIL 7 | |
| 115 15 | military, leveraging the Combat Arms Earplug | | | | |
| 115 16 | platform." | | **SUSTAINED** | | |
| 115 17 | Do you see that, sir? | | | | |
| 115 18 | A.    I do. | | | | |
| 115 19 | Q.    Does that sound like what we | | | | |
| 115 20 | were talking about a few minutes ago, about | | | | |
| 115 21 | leveraging the Combat Arms platform? | | | | |
| 115 22 | A.    Yes.  In this context, yes. | | | | |
| 115 23 | Q.    Right. | | | | |
| 115 24 | And in fact, that's what | | | | |
| 115 25 | you-all did, right? | | | | |
| 116 1 | That was the strategy in 2005, | | | | |
| 116 2 | and that's what the company in fact did, | | | | |
| 116 3 | right? | | | | |
| 116 4 | A.    This was our strategy, and we | | | | |
| 116 5 | did then create the Arc plug and extend it. | | | | |
| 116 6 | Q.    Oh, no.  I'm talking about in | | | | |
| 116 7 | the military, sir. | | | | |
| 116 8 | A.    Oh, I'm sorry.  Okay. | | | | |

| | | | | |
|---|---|---|---|---|
| 116 9 | Q. Right? | | | |
| 116 10 | A. Yes. We -- | | | |
| 116 11 | Q. This is talking about extending | | | |
| 116 12 | your presence in the military, "leveraging | | | |
| 116 13 | the Combat Arms Earplug platform." | | | |
| 116 14 | Did I read that correctly? | | | |
| 116 15 | A. You did. | | | |
| 116 16 | Q. And it says "extend the | | | |
| 116 17 | presence" where, sir? | | | |
| 116 18 | Extend your presence in what? | | | |
| 116 19 | A. I'm sorry, in the military, | | | |
| 116 20 | yes. | | | |
| 116 21 | Q. Thank you. | | | |
| 116 22 | A. Yes. | | | |
| 116 23 | Q. Okay. | | | |
| 116 24 | A. I understand. | | | |
| 116 25 | Q. And that's what you said in | | | |
| 117 1 | 2005, and that's what you started to do, | | | |
| 117 2 | right? | | | |
| 117 3 | A. Yes. | | | |
| 117 4 | Q. And if we go forward to 2006, | | | |
| 117 5 | you actually organized a strategic business | | | |
| 117 6 | unit. | | | |
| 117 7 | Do I have that right? | | | |
| **117:13 - 117:23  Moses, Doug 10-17-2019** | | | | |
| 117 13 | THE WITNESS: I don't recall | | | |
| 117 14 | the term "strategic business unit," | | | |
| 117 15 | but there was a group that was used | | | |
| 117 16 | and dedicated to focus towards | | | |
| 117 17 | military sales opportunities. | | | |
| 117 18 | QUESTIONS BY MR. BUCHANAN: | | | |
| 117 19 | Q. Right. | | | |
| 117 20 | And formed. Formed, right? | | | |
| 117 21 | A. Yes. | | | |
| 117 22 | Q. Within Aearo? | | | |
| 117 23 | A. Yes. | | | |
| **119:18 - 119:18  Moses, Doug 10-17-2019** | | Re: [119:18-120:11] | Re: [119:18-120:11] | |
| 119 18 | Q. Sir, when did 3M buy Aearo? | Def Objection - Scope; 3M MIL No. 7 | Def Objection - | |

| | | | | |
|---|---|---|---|---|
| | | Scope; 3M MIL No. 7 **OVERRULED** | | |
| **119:21 - 119:25   Moses, Doug 10-17-2019**<br>119 21    THE WITNESS:  I believe the<br>119 22    close date was April 1, 2008.<br>119 23    QUESTIONS BY MR. BUCHANAN:<br>119 24    Q.    And the deal was, I think,<br>119 25    announced in 2007; is that right? | **Re: [119:18-120:11]**<br>Def Objection - Scope; 3M MIL No. 7 | Re: [119:18-120:11]<br>Def Objection - Scope; 3M MIL No. 7<br>**OVERRULED** | | |
| **120:4 - 120:4   Moses, Doug 10-17-2019**<br>120 4    Q.    Did you know that? | **Re: [119:18-120:11]**<br>Def Objection - Scope; 3M MIL No. 7 | Re: [119:18-120:11]<br>Def Objection - Scope; 3M MIL No. 7<br>**OVERRULED** | | |
| **120:7 - 120:11   Moses, Doug 10-17-2019**<br>120 7    THE WITNESS:  I recall it was<br>120 8    in that fall time frame.<br>120 9    QUESTIONS BY MR. BUCHANAN:<br>120 10    Q.    Fall of 2007?<br>120 11    A.    Yes. | **Re: [119:18-120:11]**<br>Def Objection - Scope; 3M MIL No. 7 | Re: [119:18-120:11]<br>Def Objection - Scope; 3M MIL No. 7<br>**OVERRULED** | | |
| **121:8 - 121:10   Moses, Doug 10-17-2019**<br>121 8    In 2006, the company forms a<br>121 9    North American military strategic business<br>121 10    unit, correct? | **Re: [121:7-121:18]**<br>Def Objection - Asked (611, 403) | Re: [121:7-121:18]<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | | |
| **121:14 - 122:1   Moses, Doug 10-17-2019**<br>121 14    THE WITNESS:  I recall that<br>121 15    sometime in the October/November time<br>121 16    frame, that that was a time when we<br>121 17    pulled people from other areas onto a<br>121 18    team.<br>121 19    QUESTIONS BY MR. BUCHANAN:<br>121 20    Q.    Right.<br>121 21    Because, I mean, as we looked<br>121 22    in, what, August of 2005, I mean, this was<br>121 23    going to be, frankly, a way to grow the<br>121 24    business, right?  Leveraging Combat Arms? | **Re: [121:7-121:18]**<br>Def Objection - Asked (611, 403) | Re: [121:7-121:18]<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | **Re: [121:20-121:25]**<br>Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 121 25    A.   It was one of the ways, yes.<br>122 1      Q.   Yeah. | | | | |
| **122:22 - 122:24   Moses, Doug 10-17-2019**<br>122 22    Q.   So if you could look at<br>122 23    Exhibit 20.<br>122 24    A.   Okay. | | | | |
| **124:7 - 124:8   Moses, Doug 10-17-2019**<br>124 7    Q.   Okay.  I'm going to go to the<br>124 8    next page then. | | | **Re: [124:7-126:6]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |
| **124:9 - 126:6   Moses, Doug 10-17-2019**<br>124 9    All right.  "North American<br>124 10    Military Strategic Business Unit Formed;<br>124 11    North American Peltor Communications<br>124 12    Restructured."<br>124 13    Do you see that, sir?<br>124 14    A.   I do.<br>124 15    Q.   Okay.  And so it talks about<br>124 16    the creation of a new strategic business<br>124 17    unit.<br>124 18    Do you see that on the first<br>124 19    line?<br>124 20    A.   I do.<br>124 21    Q.   Created in the North American<br>124 22    industrial business, right?<br>124 23    A.   Yes.<br>124 24    Q.   "To provide focused resources<br>124 25    and effort against the rapidly growing<br>125 1    military," and then it also says "and law<br>125 2    enforcement channels."<br>125 3    Right?<br>125 4    A.   It does.<br>125 5    Q.   Okay.  So this military<br>125 6    strategic business unit, that was designed to<br>125 7    service both the military and the law<br>125 8    enforcement channels.<br>125 9    Do I have that right?<br>125 10    A.   It appears so, yeah.<br>125 11    Q.   Okay.  It says, "The new<br>125 12    military SBU" -- | | | **Re: [124:7-126:6]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 125 13 | That's just an acronym for | | | |
| 125 14 | strategic business unit; is that right? | | | |
| 125 15 | A.    Yes. | | | |
| 125 16 | Q.    Okay. | | | |
| 125 17 | -- "will manage all Aearo | | | |
| 125 18 | products sold into the military and law | | | |
| 125 19 | enforcement segments, including the Peltor | | | |
| 125 20 | ComTac headsets, E-A-R Combat Arms Earplugs | | | |
| 125 21 | and Peltor eyewear." | | | |
| 125 22 | Did I read that correctly? | | | |
| 125 23 | A.    Yes. | | | |
| 125 24 | Q.    Okay.  So under the military | | | |
| 125 25 | SBU, with a target towards the military and | | | |
| 126 1 | law enforcement, was going to be a focus on | | | |
| 126 2 | these various product lines, right? | | | |
| 126 3 | A.    It includes those, yes. | | | |
| 126 4 | Q.    Okay.  Encompassed within would | | | |
| 126 5 | be E-A-R Combat Arms Earplugs, right? | | | |
| 126 6 | A.    Yes. | | | |
| **138:21 - 139:5    Moses, Doug 10-17-2019** | | | | |
| 138 21 | Q.    Okay.  It was true, right? | | | |
| 138 22 | A.    As I recall, there was some | | | |
| 138 23 | crossover between what Tom and I did in de | | | |
| 138 24 | facto.  In other words, we had these titles | | | |
| 138 25 | but we also cross over.  He did some | | | |
| 139 1 | marketing for some areas -- with regards | | | |
| 139 2 | to the communication headset line.  So he did | | | |
| 139 3 | some marketing for the communication headset | | | |
| 139 4 | line.  I did things mostly without a battery, | | | |
| 139 5 | as we referred to it back then. | | | |
| **144:11 - 144:19    Moses, Doug 10-17-2019** | | | | |
| 144 11 | Q.    Okay.  And you were working in | | | |
| 144 12 | this military strategic business unit even | | | |
| 144 13 | after the 3M acquisition? | | | |
| 144 14 | A.    Yes, for a period of time. | | | |
| 144 15 | Q.    Right. | | | |
| 144 16 | So Mr. Cimino continued to be | | | |
| 144 17 | in charge of the strategic business unit to | | | |

| | | | | |
|---|---|---|---|---|
| 144 18   extend and leverage the CAE platform?<br>144 19       A.    I believe so. | | | | |
| **144:22 - 144:25   Moses, Doug 10-17-2019** | | | | |
| 144 22       QUESTIONS BY MR. BUCHANAN:<br>144 23       Q.    Okay.  Let's look at<br>144 24       Exhibit 22, sir.<br>144 25       A.    Thank you. | | | | |
| **145:7 - 146:2   Moses, Doug 10-17-2019**<br>145 7       Q.    Exhibit 22, for the record, is<br>145 8       a document entitled "Aearo Strategic Planning<br>145 9       Session - Military."  Mike Cimino is listed<br>145 10      there.<br>145 11      It's got that 3M logo, right?<br>145 12      So we're now under the 3M umbrella?<br>145 13      A.    It appears so, yes.<br>145 14      Q.    For the record, the MDL Bates<br>145 15      number is 3M_MDL00048948.<br>145 16      And it looks like it's a<br>145 17      business matter you-all considered, the<br>145 18      military, to be quite an opportunity; would<br>145 19      that be fair?<br>145 20      A.    Certainly the military SBU did.<br>145 21      Q.    Yeah.  And obviously good for<br>145 22      the military SBU, good for 3M, right?<br>145 23      A.    Sure, our success would be good<br>145 24      for 3M.<br>145 25      Q.    And that's what you were trying<br>146 1       to do, right?  You were trying to do well for<br>146 2       3M, right? | **Re: [145:25-146:6]**<br>Def Objection - Compound (611, 403) | **Re: [145:25-146:6]**<br>Def Objection - Compound (611, 403)<br>**OVERRULED** | | |
| **146:5 - 146:6   Moses, Doug 10-17-2019**<br>146 5       THE WITNESS:  I was trying to<br>146 6       do the best I could, yes. | **Re: [145:25-146:6]**<br>Def Objection - Compound (611, 403) | **Re: [145:25-146:6]**<br>Def Objection - Compound (611, 403)<br>**OVERRULED** | | |
| **146:23 - 147:15   Moses, Doug 10-17-2019**<br>146 23      Q.    Okay.  I mean, military SBU had<br>146 24      a plan or a budget, right?<br>146 25      A.    I believe it had a budget.  It | **Re: [147:13-147:20]**<br>Def Objection - Compound; Vague (611, 403); Foundation (602) | **Re: [147:13-147:20]**<br>Def Objection - Compound; | | |

| | | | | |
|---|---|---|---|---|
| 147 1  could have been some of that rolled up from<br>147 2  other groups, but -- so I'm not sure.<br>147 3  Q.    And just as a business person,<br>147 4  sir, and I guess as a marketing person,<br>147 5  you're not really in the science and<br>147 6  technical side; you were on the business<br>147 7  side, right?<br>147 8  A.    Yeah, I was the marketer.<br>147 9  Q.    Okay.  And so what you're<br>147 10  trying to do is you're trying to sell more<br>147 11  and grow the business, right?<br>147 12  A.    Yes.<br>147 13  Q.    And that's -- 10,000 foot,<br>147 14  that's the marketing strategy, right?  Sell<br>147 15  more, make more, right? | | Vague (611,<br>403);<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **147:18 - 147:24   Moses, Doug 10-17-2019**<br>147 18  THE WITNESS:  And keep our --<br>147 19  and make good products for our<br>147 20  customers.<br>147 21  QUESTIONS BY MR. BUCHANAN:<br>147 22  Q.    Well, certainly.  We'd hope<br>147 23  that would always be true, right?<br>147 24  A.    Yes. | Re: [147:13-147:20]<br>Def Objection - Compound;<br>Vague (611, 403); Foundation<br>(602) | Re: [147:13-<br>147:20]<br>Def Objection -<br>Compound;<br>Vague (611,<br>403);<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **150:12 - 151:15   Moses, Doug 10-17-2019**<br>150 12  So this is a strategic planning<br>150 13  session, right?<br>150 14  A.    Yes.<br>150 15  Q.    Okay.  PowerPoint, kind of<br>150 16  wrapping up the collection of thoughts from<br>150 17  it, right?<br>150 18  A.    I don't know if this was<br>150 19  produced before or after.<br>150 20  Q.    I see.<br>150 21  Okay.  So we see the agenda at<br>150 22  the top, page 2, military strategic planning<br>150 23  agenda, vision, mission, big dream, right?<br>150 24  A.    Yes.<br>150 25  Q.    Okay.  And we looked, | Re: [150:12-151:15]<br>Def Objection - Relevance (401,<br>402); Prejudice (403) | Re: [150:12-<br>151:15]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** | Re: [151:13-151:15]<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |

| 151 1 | obviously, about the organization of the | | | | |
| 151 2 | strategic business unit in 2006.  Now you're | | | | |
| 151 3 | going to seek to extend and leverage the | | | | |
| 151 4 | Combat Arms. | | | | |
| 151 5 | Do you recall that? | | | | |
| 151 6 | A.   I recall that from that sheet | | | | |
| 151 7 | you showed me. | | | | |
| 151 8 | Q.   Into the military, right? | | | | |
| 151 9 | A.   Yes. | | | | |
| 151 10 | Q.   Leverage Combat Arms as a | | | | |
| 151 11 | platform to expand military sales, fair? | | | | |
| 151 12 | A.   That's fair. | | | | |
| 151 13 | Q.   Okay.  And the dream was | | | | |
| 151 14 | $150 million of consolidated 3M military | | | | |
| 151 15 | business, correct? | | | | |
| **151:19 - 152:10   Moses, Doug 10-17-2019** | | **Re: [151:19-152:10]** <br> Def Objection - Relevance (401, 402); Prejudice (403) | **Re: [151:19-152:10]** <br> Def Objection - Relevance (401, 402); Prejudice (403) <br> **OVERRULED** | **Re: [151:19-152:10]** <br> Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| 151 19 | Q.   Well, do you remember that, | | | | |
| 151 20 | sir? | | | | |
| 151 21 | A.   I don't recall that, no. | | | | |
| 151 22 | Q.   Okay.  Let's go to .7. | | | | |
| 151 23 | A.   Thank you. | | | | |
| 151 24 | Q.   We see the mission, the vision | | | | |
| 151 25 | and the dream, right? | | | | |
| 152 1 | A.   I do. | | | | |
| 152 2 | Q.   Okay.  It says, "Stretch | | | | |
| 152 3 | revenue goal, 2012, 2014, how we will have | | | | |
| 152 4 | broadened our offering and reach." | | | | |
| 152 5 | Do you see that? | | | | |
| 152 6 | A.   I do. | | | | |
| 152 7 | Q.   "$150 million consolidated 3M | | | | |
| 152 8 | military business." | | | | |
| 152 9 | Do you see that? | | | | |
| 152 10 | A.   I do. | | | | |
| **155:6 - 155:11   Moses, Doug 10-17-2019** | | **Re: [155:6-155:11]** <br> Def Objection - Relevance (401, 402); Prejudice (403) | **Re: [155:6-155:11]** <br> Def Objection - Relevance (401, 402); | | |
| 155 6 | Q.   Okay.  All right.  So moving | | | | |
| 155 7 | forward here to .12, we see again a similar | | | | |
| 155 8 | one of these slides, Mission, Vision and | | | | |
| 155 9 | Dream. | | | | |

| | | | | |
|---|---|---|---|---|
| 155 10 | Do you see that? The dream? | | Prejudice (403) **OVERRULED** | |
| 155 11 | A.   Right here. | | | |
| **155:19 - 156:3   Moses, Doug 10-17-2019** | | **Re: [155:19-155:24]** Def Objection - Relevance (401, 402); Prejudice (403) **Re: [155:25-156:14]** Def Objection - Misstates; Vague (611, 403); Relevance (401, 402); Prejudice (403) | **Re: [155:19-155:24]** Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** **Re: [155:25-156:14]** Def Objection - Misstates; Vague (611, 403); Relevance (401, 402); Prejudice (403) **OVERRULED** | **Re: [155:19-158:14]** Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| 155 19 | Q.   "$150 million consolidated 3M | | | | |
| 155 20 | military business, increasing market | | | | |
| 155 21 | penetration through broader program, captures | | | | |
| 155 22 | expanding breadth of product and A&A." | | | | |
| 155 23 | Did I read that correctly? | | | | |
| 155 24 | A.   Yes. | | | | |
| 155 25 | Q.   And what you highlight, | | | | |
| 156 1 | obviously, on -- further in here is at .14, | | | | |
| 156 2 | you see the DOD is spending more money, | | | | |
| 156 3 | right? | | | | |
| **156:10 - 157:1   Moses, Doug 10-17-2019** | | **Re: [155:25-156:14]** Def Objection - Misstates; Vague (611, 403); Relevance (401, 402); Prejudice (403) **Re: [156:15-156:18]** Def Objection - Relevance (401; 402); Prejudice (403) **Re: [156:19-157:7]** Def Objection - Relevance (401, 402); Prejudice (403) | **Re: [155:25-156:14]** Def Objection - Misstates; Vague (611, 403); Relevance (401, 402); Prejudice (403) **OVERRULED** **Re: [156:15-156:18]** Def Objection - Relevance (401; 402); Prejudice (403) **OVERRULED** **Re: [156:19-157:7]** Def Objection - | **Re: [155:19-158:14]** Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| 156 10 | Q.   Do you need me to repeat the | | | | |
| 156 11 | question? | | | | |
| 156 12 | A.   I believe you asked whether it | | | | |
| 156 13 | shows that the military is spending more | | | | |
| 156 14 | money. | | | | |
| 156 15 | Q.   Yeah. | | | | |
| 156 16 | A.   This is a -- it says, "USA | | | | |
| 156 17 | spending government site," so, yes, DOD | | | | |
| 156 18 | spending.  Yes. | | | | |
| 156 19 | Q.   Right. | | | | |
| 156 20 | "Significant spending by DOD as | | | | |
| 156 21 | war efforts continue." | | | | |
| 156 22 | Do you see that? | | | | |
| 156 23 | A.   Yes. | | | | |
| 156 24 | Q.   And you-all saw that as market | | | | |
| 156 25 | opportunity? | | | | |
| 157 1 | A.   I think so. | | | | |

| | | | Relevance (401, 402); Prejudice (403) OVERRULED | | |
|---|---|---|---|---|---|
| **157:2 - 157:15   Moses, Doug 10-17-2019** | | Re: [156:19-157:7] Def Objection - Relevance (401, 402); Prejudice (403) **Re: [157:8-157:19]** Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [156:19-157:7] Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** Re: [157:8-157:19] Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **OVERRULED** | Re: [155:19-158:14] Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| 157 2 | Q.    And also highlight that it was | | | | |
| 157 3 | continuing to cost money to outfit | | | | |
| 157 4 | soldiers.  Next page, .15? | | | | |
| 157 5 | A.    Yeah.  This compares World | | | | |
| 157 6 | War II, Vietnam, current operations and then | | | | |
| 157 7 | a future system. | | | | |
| 157 8 | Q.    Yeah, right.  I mean, I guess | | | | |
| 157 9 | looking forward you're looking at -- I mean, | | | | |
| 157 10 | I guess at the time of this in 2007, at least | | | | |
| 157 11 | that's the cite at the bottom, current | | | | |
| 157 12 | operations and equipment costs, you know, | | | | |
| 157 13 | $17,000 per soldier, and you're looking at | | | | |
| 157 14 | future system costs of 28,000 to $60,000, | | | | |
| 157 15 | right? | | | | |
| **157:18 - 157:25   Moses, Doug 10-17-2019** | | Re: [157:8-157:19] Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **Re: [157:20-158:2]** Def Objection - Relevance (401, 402); Prejudice (403) | Re: [157:8-157:19] Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **OVERRULED** Re: [157:20-158:2] Def Objection - Relevance (401, 402); | Re: [155:19-158:14] Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| 157 18 | THE WITNESS:  That's what's on | | | | |
| 157 19 | this slide, yes. | | | | |
| 157 20 | QUESTIONS BY MR. BUCHANAN: | | | | |
| 157 21 | Q.    And you-all, within the | | | | |
| 157 22 | strategic business meeting, saw this as | | | | |
| 157 23 | opportunity, right? | | | | |
| 157 24 | A.    I think there's -- we saw an | | | | |
| 157 25 | opportunity to continue to grow our business. | | | | |

|  |  | Prejudice (403) **OVERRULED** |  |  |
|---|---|---|---|---|
| **158:1 - 158:4   Moses, Doug 10-17-2019**<br>158 1   I can't speak to the accuracy of some of<br>158 2   these numbers, though.<br>158 3   Q.   Okay.  And that dream grew,<br>158 4   right? | **Re: [157:20-158:2]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**Re: [158:3-158:14]**<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [157:20-158:2]<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED**<br>Re: [158:3-158:14]<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | **Re: [155:19-158:14]**<br>Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| **158:8 - 158:9   Moses, Doug 10-17-2019**<br>158 8   Q.   From $150 million to even<br>158 9   bigger numbers, right? | **Re: [158:3-158:14]**<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [158:3-158:14]<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | **Re: [155:19-158:14]**<br>Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| **158:12 - 158:14   Moses, Doug 10-17-2019**<br>158 12   THE WITNESS:  I don't know, but<br>158 13   it's possible that we had other<br>158 14   documents that showed growth numbers. | **Re: [158:3-158:14]**<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [158:3-158:14]<br>Def Objection - Vague; Compound (611, 403); | **Re: [155:19-158:14]**<br>Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| | | Foundation (602); Relevance (401, 402); Prejudice (403) **OVERRULED** | | |
| **158:20 - 158:20   Moses, Doug 10-17-2019** | | | | |
| 158 20      Q.   Passing you Exhibit 23, sir. | | | | |
| **161:14 - 161:21   Moses, Doug 10-17-2019** | Re: [161:14-162:2] Def Objection - Relevance (401, 402); Prejudice (403) | Re: [161:14-162:2] Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** | | |
| 161 14      All right, sir.  So kind of 161 15      moving forward in time here, we looked at 161 16      those early business plans from 2005, 2006, 161 17      the creation of the strategic business unit, 161 18      expand and leverage the CAE. 161 19      We see at this point kind of 161 20      the company's focus and expansion into the 161 21      military broadening, fair? | | | | |
| **161:25 - 162:16   Moses, Doug 10-17-2019** | Re: [161:14-162:2] Def Objection - Relevance (401, 402); Prejudice (403) Re: [162:3-162:16] Def Objection - Relevance (401, 402); Prejudice (403) | Re: [161:14-162:2] Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** Re: [162:3-162:16] Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** | | |
| 161 25      THE WITNESS:  The division was 162 1      continuing to put together plans and 162 2      grow.  I don't know about the company. 162 3      QUESTIONS BY MR. BUCHANAN: 162 4      Q.   Okay.  The division being the 162 5      OH&ESD division, right? 162 6      A.   Yes. 162 7      Q.   Okay.  And that's what this 162 8      PowerPoint's from, from Mr. Cimino, is the 162 9      business manager for it, right? 162 10      A.   It appears so, yes. 162 11      Q.   Okay.  Let's kind of scroll 162 12      forward.  If we go to .2, we see the "OH&ESD 162 13      roadmap to growth, expand targeted markets, 162 14      leveraging our entire portfolio." 162 15      Did I read that correctly? 162 16      A.   You did. | | | | |
| **162:23 - 163:18   Moses, Doug 10-17-2019** | Re: [162:23-163:11] Def Objection - Relevance (401, 402); Prejudice (403) | Re: [162:23-163:11] Def Objection - Relevance | | |
| 162 23      Q.   Actually, let's go back one 162 24      slide. 162 25      It says, "US Business | | | | |

| | | |
|---|---|---|
| 163 1  Overview - Presentation Outline."  It's<br>163 2  talking about your US military market center<br>163 3  team, current state assessment, market<br>163 4  opportunity, competitive overview and<br>163 5  imperatives.<br>163 6  Do you see that?<br>163 7  A.    Strategic imperatives, 2010,<br>163 8  yes.<br>163 9  Q.     And then charting the course,<br>163 10  vision, and then it says what?<br>163 11  A.    Vision and big dream.<br>163 12  Q.     Big dream.  Okay.<br>163 13  Let's go to the next page.<br>163 14  Kind of looking at the landscape here as your<br>163 15  unit was sizing it up.  Or I should say as<br>163 16  the OH&ESD unit was sizing it up.<br>163 17  Mega trends and market dynamics<br>163 18  lead to what, sir? | Re: [163:12-163:24]<br>Def Objection - Relevance (401, 402); Prejudice (403) | (401, 402);<br>Prejudice (403)<br>**OVERRULED**<br>**Re: [163:12-163:24]**<br>Def Objection - Relevance (401, 402);<br>Prejudice (403)<br>**OVERRULED** |
| **163:23 - 163:24   Moses, Doug 10-17-2019**<br>163 23  THE WITNESS:  Growth<br>163 24  opportunities. | Re: [163:12-163:24]<br>Def Objection - Relevance (401, 402); Prejudice (403) | Re: [163:12-163:24]<br>Def Objection - Relevance (401, 402);<br>Prejudice (403)<br>**OVERRULED** |
| **164:2 - 164:19   Moses, Doug 10-17-2019**<br>164 2  Q.    Okay.  And growth<br>164 3  opportunities, planet Earth at war, right?<br>164 4  A.    Yes.<br>164 5  Q.    Rising cost of the soldier<br>164 6  equipment and after-service injury benefits,<br>164 7  right?<br>164 8  Do you see that?<br>164 9  A.    Over here, yes.<br>164 10  Q.    Leading to driving sales of<br>164 11  existing portfolios, right?<br>164 12  A.    Yes, I'm reading that.<br>164 13  Q.    And what's the first one<br>164 14  listed, sir? | Re: [164:2-164:12]<br>Def Objection - Misstates (611, 403); Relevance (401, 402);<br>Prejudice (403)<br>Re: [164:13-164:19]<br>Def Objection - Relevance (401, 402); Prejudice (403) | Re: [164:2-164:12]<br>Def Objection - Misstates (611, 403);<br>Relevance (401, 402);<br>Prejudice (403)<br>**OVERRULED**<br>Re: [164:13-164:19]<br>Def Objection - Relevance (401, 402); |

| | | | |
|---|---|---|---|
| 164 15   A.   Passive hearing.<br>164 16   Q.   Passive hearing.<br>164 17   Is that something that the<br>164 18   Combat Arms would be in the portfolio of?<br>164 19   A.   Yes. | | Prejudice (403)<br>**OVERRULED** | |
| **164:20 - 165:2   Moses, Doug 10-17-2019**<br>164 20   Q.   Passive hearing meaning that it<br>164 21   doesn't have batteries?<br>164 22   A.   Yes, generically.<br>164 23   Q.   Okay.  I think you told us<br>164 24   earlier the lines were drawn, essentially,<br>164 25   active hearing was something with batteries<br>165 1   and passive was without?<br>165 2   A.   Yes. | | | |
| **165:3 - 165:7   Moses, Doug 10-17-2019**<br>165 3   Q.   Okay.  All right.  So when you<br>165 4   think passive hearing, that certainly<br>165 5   encompasses the Combat Arms, right?<br>165 6   A.   It would have fallen in this<br>165 7   bucket. | | | |
| **166:23 - 167:4   Moses, Doug 10-17-2019**<br>166 23   Q.   Okay.  And then one of the ways<br>166 24   you're going to pursue new programs is, what,<br>166 25   to seed products and technologies into<br>167 1   requirements?<br>167 2   Do I have that right?<br>167 3   A.   That's -- yes, that's what it<br>167 4   says. | | | |
| **167:24 - 168:2   Moses, Doug 10-17-2019**<br>167 24   And so among the imperatives<br>167 25   for success is to seed products and<br>168 1   technologies into requirements, government<br>168 2   requirements, right? | **Re: [167:24-168:5]**<br>Def Objection - Asked (611, 403) | **Re: [167:24-168:5]**<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | |
| **168:5 - 168:12   Moses, Doug 10-17-2019**<br>168 5   THE WITNESS:  Yes.<br>168 6   QUESTIONS BY MR. BUCHANAN:<br>168 7   Q.   Okay.  Let's go to .24.  And<br>168 8   this is the -- charting the course, I guess, | **Re: [167:24-168:5]**<br>Def Objection - Asked (611, 403) | **Re: [167:24-168:5]**<br>Def Objection - Asked (611, | |

| | | | |
|---|---|---|---|
| 168 9    is the slide we saw earlier, more of an<br>168 10    agenda.<br>168 11    But now we're at the vision of<br>168 12    the big dream. | **Re: [168:7-168:12]**<br>Def Objection - Relevance (401, 402); Prejudice (403) | 403)<br>**OVERRULED**<br>**Re: [168:7-168:12]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | |

| | | | |
|---|---|---|---|
| **168:19 - 168:22   Moses, Doug 10-17-2019**<br>168 19    Q.   It says, "Charting the course.<br>168 20    We've got the vision and the big dream."<br>168 21    Do you see that?<br>168 22    A.   I do. | **Re: [168:19-168:22]**<br>Def Objection - Relevance (401, 402); Prejudice (403) | **Re: [168:19-168:22]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | |

| | | | |
|---|---|---|---|
| **169:12 - 169:13   Moses, Doug 10-17-2019**<br>169 12    Go to the next page, please,<br>169 13    sir.  It lists our vision. | **Re: [169:11-169:13]**<br>Def Objection - Relevance (401, 402); Prejudice (403) | **Re: [169:11-169:13]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | |

| | | | |
|---|---|---|---|
| **169:19 - 170:1   Moses, Doug 10-17-2019**<br>169 19    Q.   It says, "Our Vision," right?<br>169 20    A.   It does.<br>169 21    Q.   It reads, "Chosen provider of<br>169 22    personal protective gear to combat forces and<br>169 23    support personnel," right?<br>169 24    A.   It says that.<br>169 25    Q.   Okay.  And that's your<br>170 1    $500 million dream, right? | **Re: [169:19-169:24]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**Re: [169:25-170:6]**<br>Def Objection - Misstates; Argumentative; Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **Re: [169:19-169:24]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED**<br>**Re: [169:25-170:6]**<br>Def Objection - Misstates; Argumentative; Vague (611, 403); Foundation (602); | Re: [169:19-170:12]<br>Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |

| | | | |
|---|---|---|---|
| | | Relevance (401, 402); Prejudice (403) OVERRULED | |
| **170:4 - 170:12   Moses, Doug 10-17-2019**<br>170 4   THE WITNESS: I haven't looked<br>170 5   at this. Is that what the number is<br>170 6   in here?<br>170 7   QUESTIONS BY MR. BUCHANAN:<br>170 8   Q.   What's the next page say, sir?<br>170 9   A.   Right at the top, yes, I see<br>170 10  it.<br>170 11  Q.   And what do you see?<br>170 12  A.   I see $500 million dream. | Re: [169:25-170:6]<br>Def Objection - Misstates;<br>Argumentative; Vague (611,<br>403); Foundation (602);<br>Relevance (401, 402); Prejudice<br>(403)<br>Re: [170:8-170:12]<br>Def Objection - Relevance (401,<br>402); Prejudice (403) | Re: [169:25-170:6]<br>Def Objection - Misstates;<br>Argumentative;<br>Vague (611, 403);<br>Foundation (602);<br>Relevance (401, 402);<br>Prejudice (403)<br>OVERRULED<br>Re: [170:8-170:12]<br>Def Objection - Relevance (401, 402);<br>Prejudice (403)<br>OVERRULED | Re: [169:19-170:12]<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |
| **170:18 - 171:12   Moses, Doug 10-17-2019**<br>170 18  Q.   So in 2005, as part of your<br>170 19  business plan, sir, by leveraging the Combat<br>170 20  Arms platform toehold into the military to<br>170 21  try and extend it, right? Remember we looked<br>170 22  at that?<br>170 23  A.   As one of the product lines,<br>170 24  yes.<br>170 25  Q.   As we looked at.<br>171 1   And then you form a strategic<br>171 2   business unit in 2006, do I have right,<br>171 3   targeting military?<br>171 4   A.   Yes.<br>171 5   Q.   Okay. Again, we saw in the<br>171 6   later business plan from that year about | Re: [170:18-171:9]<br>Def Objection - Relevance (401,<br>402); Prejudice (403)<br>Re: [171:10-171:16]<br>Def Objection - Asked;<br>Misstates; Vague (611, 403);<br>Relevance (401, 402); Prejudice<br>(403) | Re: [170:18-171:9]<br>Def Objection - Relevance (401, 402);<br>Prejudice (403)<br>OVERRULED<br>Re: [171:10-171:16]<br>Def Objection - Asked;<br>Misstates;<br>Vague (611, 403);<br>Relevance | Re: [170:18-171:16]<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 171 7    further extending the Combat Arms to extend<br>171 8    the military platform, right?<br>171 9    A.   Yes.<br>171 10    Q.   We saw your dream, I guess, a<br>171 11    few years earlier was a $150 million dream<br>171 12    for military business, right? | | (401, 402);<br>Prejudice (403)<br>**OVERRULED** | |
| **171:15 - 171:16   Moses, Doug 10-17-2019**<br>171 15    THE WITNESS:  Yes, we reviewed<br>171 16    that. | **Re: [171:10-171:16]**<br>Def Objection - Asked;<br>Misstates; Vague (611, 403);<br>Relevance (401, 402); Prejudice<br>(403) | Re: [171:10-<br>171:16]<br>Def Objection -<br>Asked;<br>Misstates;<br>Vague (611,<br>403);<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** | **Re: [170:18-171:16]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |
| **172:17 - 172:19   Moses, Doug 10-17-2019**<br>172 17    Q.   Okay.  So your dream evolved<br>172 18    from a $150 million dream to a $500 million<br>172 19    dream, right? | **Re: [172:17-172:23]**<br>Def Objection - Misstates;<br>Vague (611, 403); Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403) | Re: [172:17-<br>172:23]<br>Def Objection -<br>Misstates;<br>Vague (611,<br>403);<br>Foundation<br>(602);<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** | **Re: [172:17-173:3]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |
| **172:22 - 173:3   Moses, Doug 10-17-2019**<br>172 22    THE WITNESS:  Yes, based on<br>172 23    these documents, that's what it says.<br>172 24    QUESTIONS BY MR. BUCHANAN:<br>172 25    Q.   Yes.  From the same strategic<br>173 1    business unit targeting military sales,<br>173 2    right?<br>173 3    A.   Yes.  The -- yes. | **Re: [172:17-172:23]**<br>Def Objection - Misstates;<br>Vague (611, 403); Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403)<br>**Re: [172:25-173:3]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403) | Re: [172:17-<br>172:23]<br>Def Objection -<br>Misstates;<br>Vague (611,<br>403);<br>Foundation<br>(602);<br>Relevance<br>(401, 402); | **Re: [172:17-173:3]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |

| | | | |
|---|---|---|---|
| | | Prejudice (403)<br>**OVERRULED**<br>**Re: [172:25-**<br>**173:3]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** | |

**181:19 - 182:2   Moses, Doug 10-17-2019**

| 181 19 | Q.   I wanted to pick up with some |
| 181 20 | of the marketing statements and techniques. |
| 181 21 | I think you talked about collateral in one of |
| 181 22 | the documents we looked at shortly before the |
| 181 23 | break. |
| 181 24 | One of the items I think you |
| 181 25 | included within collateral was like sell |
| 182 1 | sheets; is that fair? |
| 182 2 | A.   Yes. |

**182:19 - 182:19   Moses, Doug 10-17-2019**

| 182 19 | Q.   Passing over, sir, Exhibit 24, |

**185:24 - 186:1   Moses, Doug 10-17-2019**

| 185 24 | So, all right, sir.  This would |
| 185 25 | be an example of marketing collateral, fair? |
| 186 1 | A.   Yes. |

**190:14 - 190:14   Moses, Doug 10-17-2019**

| 190 14 | Q.   What's an NRR? |

**190:17 - 191:9   Moses, Doug 10-17-2019**

| 190 17 | THE WITNESS:  It's the noise |
| 190 18 | reduction rating. |
| 190 19 | QUESTIONS BY MR. BUCHANAN: |
| 190 20 | Q.   Okay.  You're familiar with |
| 190 21 | what that is? |
| 190 22 | A.   Generally. |
| 190 23 | Q.   What is it? |
| 190 24 | A.   It is a numerical value of -- |
| 190 25 | or the attempt to provide a numerical value |
| 191 1 | of what that plug could offer as a noise |
| 191 2 | reduction rating, or an NRR. |

| | | | | |
|---|---|---|---|---|
| 191 3   Q.   Okay.  And you provide<br>191 4   marketing claims about your noise reduction<br>191 5   ratings, right?<br>191 6   A.   In some cases, yes.<br>191 7   Q.   In this case, right?<br>191 8   A.   The fact that it's on here is a<br>191 9   claim. | | | | |
| **194:16 - 195:6   Moses, Doug 10-17-2019** | | | | |
| 194 16   And there's different types of<br>194 17   claims that are made in marketing pieces,<br>194 18   right?<br>194 19   MR. MORRISS:  Object to form.<br>194 20   THE WITNESS:  There are claims<br>194 21   that are made, certainly.<br>194 22   QUESTIONS BY MR. BUCHANAN:<br>194 23   Q.   Some are performance-related<br>194 24   claims, right?<br>194 25   A.   Could be.<br>195 1   Q.   Some are safety-related claims,<br>195 2   right?<br>195 3   A.   In the case of the NRR, that<br>195 4   would be a safety claim.<br>195 5   Q.   Some are disclaimers?<br>195 6   A.   Could be, yes. | | | Re: [194:16-194:21]<br>Vague | OVERRULED |
| **195:7 - 195:12   Moses, Doug 10-17-2019** | | | | |
| 195 7   Q.   What's the system that tracks<br>195 8   marketing substantiation or claim<br>195 9   substantiation at 3M?<br>195 10   A.   There's a document retention --<br>195 11   or a document sign-off system called SS and<br>195 12   the PS, or ampersand PS. | | | Re: [195:7-195:10]<br>Beyond scope of counter; 402 | SUSTAINED |
| **195:22 - 196:22   Moses, Doug 10-17-2019** | | | | |
| 195 22   Q.   And through that system, can<br>195 23   you see the piece -- the sign-offs and<br>195 24   approvals as well as the underlying support<br>195 25   or reference materials that are cited in the<br>196 1   piece?<br>196 2   A.   I have not seen reference<br>196 3   materials cited in the piece.  I have seen a | | | Re: [195:22-196:22]<br>Beyond scope of counter; 402,<br>403 | SUSTAINED |

| | | | | |
|---|---|---|---|---|
| 196 4 | document or various iterations of a document | | | |
| 196 5 | if there were comments made, and it would | | | |
| 196 6 | list who within the organization reviewed it | | | |
| 196 7 | and approved it or approved it with comments. | | | |
| 196 8 | Q.   Okay.  So essentially a system | | | |
| 196 9 | to track the development and evolution of a | | | |
| 196 10 | marketing piece with the changes that are | | | |
| 196 11 | made over time and the sign-offs and | | | |
| 196 12 | approvals on it? | | | |
| 196 13 | A.    It's used for a number of | | | |
| 196 14 | things other than just marketing pieces.  It | | | |
| 196 15 | could be letters and other things. | | | |
| 196 16 | Q.    Something that's leaving the | | | |
| 196 17 | company with a, you know, a brand for the | | | |
| 196 18 | company name on it is going to go through a | | | |
| 196 19 | review and approval process? | | | |
| 196 20 | MR. MORRISS:  Object to form. | | | |
| 196 21 | THE WITNESS:  Generally.  I'm | | | |
| 196 22 | sorry.  Generally. | | | |
| **197:7 - 198:1** | **Moses, Doug 10-17-2019** | Re: [197:7-197:15] | Re: [197:7-197:15] | |
| 197 7 | Q.   All right.  So let's take a | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | |
| 197 8 | look at this one. | | **OVERRULED** | |
| 197 9 | We see on the first page here, | | | |
| 197 10 | you see -- and that's why I think it's a | | | |
| 197 11 | little easier in the color version.  We see | | | |
| 197 12 | the Combat Arms in the soldier's ear. | | | |
| 197 13 | MR. BUCHANAN:  Can you scroll | | | |
| 197 14 | up, please? | | | |
| 197 15 | QUESTIONS BY MR. BUCHANAN: | | | |
| 197 16 | Q.    And if the green end is | | | |
| 197 17 | sticking out, the yellow end's in the | | | |
| 197 18 | soldier's ear; is that right? | | | |
| 197 19 | A.    Presumably, yes. | | | |
| 197 20 | Q.    Okay.  And if the yellow end's | | | |
| 197 21 | in the ear, as you-all were intending these | | | |
| 197 22 | to be used, that was kind of in a weapons | | | |
| 197 23 | firing mode; is that right? | | | |
| 197 24 | A.    It was referred to in different | | | |

| | | | | |
|---|---|---|---|---|
| 197 25    ways, sometimes weapons fired mode, but more<br>198 1     generally open mode. | | | | |
| **198:12 - 198:20    Moses, Doug 10-17-2019**<br>198 12    "When needed, the plug's filter<br>198 13    reacts to provide instant protection from<br>198 14    high-level noises like weapons fire and<br>198 15    explosions."<br>198 16    Do you see that?<br>198 17    A.   I do.<br>198 18    Q.   Okay.  So this filter responds<br>198 19    to weapons fire or explosions and blocks the<br>198 20    impulse.  That's kind of the message, right? | Re: [198:18-198:23]<br>Def Objection - Compound (611, 403) | Re: [198:18-198:23]<br>Def Objection - Compound (611, 403)<br>**OVERRULED** | | |
| **198:22 - 198:23    Moses, Doug 10-17-2019**<br>198 22    THE WITNESS:  That's the<br>198 23    message on the sheet. | Re: [198:18-198:23]<br>Def Objection - Compound (611, 403) | Re: [198:18-198:23]<br>Def Objection - Compound (611, 403)<br>**OVERRULED** | | |
| **227:7 - 228:25    Moses, Doug 10-17-2019**<br>227 7    Q.   Okay.  Well, what it says is<br>227 8    that the "filter reacts to afford instant<br>227 9    protection from impact noises such as weapons<br>227 10    fire or improvised explosive devices," right?<br>227 11    A.   Yes.<br>227 12    Q.   Would you fault recipients of<br>227 13    this for interpreting that sentence as<br>227 14    meaning that this would in fact provide<br>227 15    instant protection from weapons fire or<br>227 16    improvised explosive devices?<br>227 17    A.   I don't know if I would fault<br>227 18    them, but I --<br>227 19    Q.   That's what you're saying?<br>227 20    A.   They can read this and see that<br>227 21    that's assigned to that product.<br>227 22    Q.   Right.<br>227 23    That's a marketing claim<br>227 24    associated with this product, by your own<br>227 25    words?<br>228 1    A.   Yes. | | | Re: [228:8-228:15]<br>Vague, Argumentative | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 228 2 | Q.   Thank you. | | | |
| 228 3 | Now, if you were going to say | | | |
| 228 4 | that, that should be true, right? | | | |
| 228 5 | A.   Yes. | | | |
| 228 6 | Q.   Okay. | | | |
| 228 7 | A.   Should have been reviewed. | | | |
| 228 8 | Q.   And there should be data | | | |
| 228 9 | demonstrating it, right? | | | |
| 228 10 | MR. MORRISS:  Object to the | | | |
| 228 11 | form. | | | |
| 228 12 | THE WITNESS:  Some claims -- | | | |
| 228 13 | some claims would have data.  Some | | | |
| 228 14 | claims would have other information | | | |
| 228 15 | behind them. | | | |
| 228 16 | QUESTIONS BY MR. BUCHANAN: | | | |
| 228 17 | Q.   Okay.  You'd certainly want | | | |
| 228 18 | them to be substantiated, correct? | | | |
| 228 19 | A.   Or the ability to demonstrate | | | |
| 228 20 | that these are -- these claims have been | | | |
| 228 21 | reviewed and approved. | | | |
| 228 22 | Q.   Well, it's not about whether | | | |
| 228 23 | they've been reviewed or approved; they | | | |
| 228 24 | should be true? | | | |
| 228 25 | A.   Yes, they should be true. | | | |
| **230:22 - 231:18   Moses, Doug 10-17-2019** | | | | |
| 230 22 | Q.   Okay.  I see at the bottom you | | | Re: [231:14-231:20] | OVERRULED |
| 230 23 | also have some testing data; is that fair? | | | 602, 403, assumes, | |
| 230 24 | A.   Yes.  Some output. | | | argumentative | |
| 230 25 | Q.   All right.  Dual-ended CAE, | | | | |
| 231 1 | yellow end, again, you're quoting that zero | | | | |
| 231 2 | NRR; is that right? | | | | |
| 231 3 | A.   On the yellow end, yes. | | | | |
| 231 4 | Q.   And a 22 NRR on the green end; | | | | |
| 231 5 | is that right? | | | | |
| 231 6 | A.   Yes. | | | | |
| 231 7 | Q.   And you said it was done -- | | | | |
| 231 8 | testing done in compliance with this set of | | | | |
| 231 9 | standards ANSI S3.19-1974; is that right? | | | | |
| 231 10 | A.   Where are you seeing that? | | | | |

| | | | | |
|---|---|---|---|---|
| 231 11    Q.   I'm seeing it above the box.<br>231 12    A.   Oh, I'm sorry, yes, on the<br>231 13    heading.<br>231 14    Q.   All right.  And certainly if<br>231 15    you're going to represent these are the<br>231 16    results of the tests, they should certainly<br>231 17    be conducted in compliance and consistent<br>231 18    with those standards, correct? | | | | |
| **231:20 - 231:20   Moses, Doug 10-17-2019**<br>231 20    THE WITNESS:  Yes. | | | Re: [231:14-231:20]<br>602, 403, assumes,<br>argumentative | **OVERRULED** |
| **235:8 - 235:21    Moses, Doug 10-17-2019**<br>235 8    So if you're firing a weapon,<br>235 9    if you're firing a weapon in training or in<br>235 10    combat, use the open mode.<br>235 11    That was the guidance?<br>235 12    A.   Set it to the open impulse<br>235 13    noise mode.<br>235 14    Q.   Right.<br>235 15    So use open mode when you're<br>235 16    firing a weapon in training or in combat, and<br>235 17    use the closed mode in other settings, fair?<br>235 18    MR. MORRISS:  Object to form.<br>235 19    THE WITNESS:  Yes.  And it goes<br>235 20    on to talk about some examples of<br>235 21    that. | | | Re: [235:14-235:21]<br>compound | **OVERRULED** |
| **271:21 - 272:10   Moses, Doug 10-17-2019**<br>271 21    Is it a true statement, sir,<br>271 22    that the company endorsed the use of the<br>271 23    Combat Arms version 2 in open mode with<br>271 24    weapons fire?<br>271 25    MR. MORRISS:  Object to the<br>272 1    form.<br>272 2    THE WITNESS:  Yes.<br>272 3    QUESTIONS BY MR. BUCHANAN:<br>272 4    Q.   Okay.  In its marketing<br>272 5    materials?<br>272 6    A.   Yes, in its marketing<br>272 7    materials. | | | Re: [271:21-272:2]<br>602, 403, misstates | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 272 8    Q.    In both training situations and | | | | |
| 272 9    in combat? | | | | |
| 272 10    A.    That's what we reviewed, yes. | | | | |
| **274:8 - 274:9    Moses, Doug 10-17-2019** | | | | |
| 274 8    Q.    Passing you, sir, Exhibits 30 | | | | |
| 274 9    and 31.  Just trying to move things along a | | | | |
| **274:20 - 274:24    Moses, Doug 10-17-2019** | | | | |
| 274 20    Q.    So am I correct, sir, that at a | Re: [274:20-274:24] Def Objection - Relevance (401, 402) | Re: [274:20-274:24] Def Objection - Relevance (401, 402) **OVERRULED** | | |
| 274 21    point in time the company placed ads for its | | | | |
| 274 22    hearing protection in the Army/Navy football | | | | |
| 274 23    program? | | | | |
| 274 24    A.    Yes. | | | | |
| **275:10 - 277:12    Moses, Doug 10-17-2019** | | | | |
| 275 10    Q.    Okay.  Let's look at this one. | Re: [275:10-277:12] Def Objection - Relevance (401, 402) | Re: [275:10-277:12] Def Objection - Relevance (401, 402) **OVERRULED** | | |
| 275 11    This would have been, I guess, actually what | | | | |
| 275 12    year?  We're in 2012 now? | | | | |
| 275 13    Is that right, sir? | | | | |
| 275 14    A.    I'm sorry, I just want to make | | | | |
| 275 15    sure. | | | | |
| 275 16    Yes, 2012, uh-huh. | | | | |
| 275 17    Q.    Yeah.  And I just discerned | | | | |
| 275 18    that from the e-mail on the cover.  This is | | | | |
| 275 19    August 28, 2012.  Looks like it's a proof of | | | | |
| 275 20    the ad for the Army/Navy football game to be | | | | |
| 275 21    at West Point that year. | | | | |
| 275 22    Is that right? | | | | |
| 275 23    A.    Yes. | | | | |
| 275 24    Q.    Okay.  And then on the back | | | | |
| 275 25    page is the ad itself. | | | | |
| 276 1    It shows the Combat Arms; is | | | | |
| 276 2    that right? | | | | |
| 276 3    A.    It shows some hearing | | | | |
| 276 4    protection products, one of which is the | | | | |
| 276 5    Combat Arms Earplug. | | | | |
| 276 6    Q.    Right. | | | | |
| 276 7    We see the E-A-R Combat Arms | | | | |
| 276 8    Earplugs. | | | | |
| 276 9    This is 2012, right? | | | | |
| 276 10    A.    Yes. | | | | |

| | | |
|---|---|---|
| 276 11 | Q.   And you're still promoting, | | |
| 276 12 | obviously, the version 2s? | | |
| 276 13 | A.   Promoting it.  Evidently, yes, | | |
| 276 14 | it's in this advertisement. | | |
| 276 15 | Q.   That's what's happening here, | | |
| 276 16 | right? | | |
| 276 17 | A.   Yes. | | |
| 276 18 | Q.   Okay.  "Hear the action now, | | |
| 276 19 | hear life later." | | |
| 276 20 | Is that the message? | | |
| 276 21 | A.   Yes. | | |
| 276 22 | Q.   "Losing your hearing is not a | | |
| 276 23 | requirement for serving your country." | | |
| 276 24 | Is that what it says? | | |
| 276 25 | A.   It does. | | |
| 277 1 | Q.   Okay.  "With proper fitting, | | |
| 277 2 | training and the right hearing protector, you | | |
| 277 3 | can maintain your survivability, lethality | | |
| 277 4 | and mission effectiveness and enjoy the quiet | | |
| 277 5 | sounds of life." | | |
| 277 6 | Did I read that correctly? | | |
| 277 7 | A.   Yes. | | |
| 277 8 | Q.   Okay.  And that was a true | | |
| 277 9 | statement from the company's perspective, | | |
| 277 10 | right? | | |
| 277 11 | A.   Yes.  This would have been | | |
| 277 12 | vetted.  This would have been reviewed. | | |
| **277:25 - 278:7   Moses, Doug 10-17-2019** | **Re: [277:25-278:7]** | **Re: [277:25-278:7]** | |
| 277 25 | "Losing your hearing is not a | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | |
| 278 1 | requirement for serving your country," right? | | **OVERRULED** | |
| 278 2 | A.   Yes. | | | |
| 278 3 | Q.   That's what you wrote? | | | |
| 278 4 | A.   That's what it says. | | | |
| 278 5 | Q.   From the company's perspective, | | | |
| 278 6 | that's a true statement, right? | | | |
| 278 7 | A.   Yes. | | | |
| **278:8 - 278:19   Moses, Doug 10-17-2019** | | | |
| 278 8 | Q.   The company's belief and | | | |
| 278 9 | expressed view is that one can serve their | | | |

| | | | | |
|---|---|---|---|---|
| 278 10  country, and if they're provided -- if they<br>278 11  use their hearing protection, leave with all<br>278 12  their hearing, right?<br>278 13  MR. MORRISS:  Object to the<br>278 14  form.  Misstates the document.<br>278 15  Go ahead.<br>278 16  THE WITNESS:  Well, with proper<br>278 17  fitting, training and the right<br>278 18  hearing protector, yes, you can<br>278 19  maintain your survive -- yes. | | | | |
| **278:22 - 279:2  Moses, Doug 10-17-2019**<br>278 22  And so it's not an<br>278 23  inevitability when a person serves in the<br>278 24  military, in the Army, Marines, Navy or the<br>278 25  Air Force, by virtue of their exposure to<br>279 1  weapons or aircraft or vehicles they're going<br>279 2  to lose their hearing, right? | | | **Re: [278:22-279:4]**<br>Foundation, 403 | **OVERRULED** |
| **279:4 - 279:4  Moses, Doug 10-17-2019**<br>279 4  THE WITNESS:  It shouldn't be. | | | **Re: [278:22-279:4]**<br>Foundation, 403 | **OVERRULED** |
| **279:6 - 279:17  Moses, Doug 10-17-2019**<br>279 6  Q.   With proper hearing or hearing<br>279 7  that delivers on its representations, one can<br>279 8  leave the military with their hearing intact,<br>279 9  true?<br>279 10  MR. MORRISS:  Object to the<br>279 11  form.  Misstates the document.<br>279 12  THE WITNESS:  So very<br>279 13  specifically it says, "With proper<br>279 14  fitting, training and the right<br>279 15  hearing protector."<br>279 16  QUESTIONS BY MR. BUCHANAN:<br>279 17  Q.   That's right. | | | **Re: [279:6-279:17]**<br>cumulative; beyond scope of<br>counter | **OVERRULED** |
| **279:18 - 280:11  Moses, Doug 10-17-2019**<br>279 18  And we can agree that the right<br>279 19  hearing protector would be one that actually<br>279 20  delivers the performance that it represents<br>279 21  it has, right?<br>279 22  A.   If -- yes, if properly fit and<br>279 23  trained. | **Re: [280:7-280:15]**<br>Def Objection - Compound (611,<br>403); Foundation (602) | **Re: [280:7-<br>280:15]**<br>Def Objection -<br>Compound<br>(611, 403);<br>Foundation | **Re: [279:18-279:23]**<br>403<br>**Re: [279:24-280:6]**<br>403, argumentative, asked | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 279 24    Q.   Sure.  Sure.<br>279 25    And so that in selecting<br>280 1    hearing protection devices, you wouldn't<br>280 2    fault people selecting those devices for<br>280 3    relying on claims about the protection they<br>280 4    can provide, would you?<br>280 5    A.   Not if they're properly fit and<br>280 6    trained.<br>280 7    Q.   In fact, you'd expect<br>280 8    decision-makers to rely on a company's<br>280 9    representations in their marketing materials<br>280 10    about the performance and safety capabilities<br>280 11    of hearing protectors, right? | | (602)<br>**OVERRULED** | | |
| **280:13 - 280:15   Moses, Doug 10-17-2019**<br>280 13    THE WITNESS:  They should be<br>280 14    able to count on these -- on the claim<br>280 15    that we make. | Re: [280:7-280:15]<br>Def Objection - Compound (611, 403); Foundation (602) | Re: [280:7-280:15]<br>Def Objection - Compound (611, 403); Foundation (602)<br>**OVERRULED** | | |
| **280:25 - 281:4   Moses, Doug 10-17-2019**<br>280 25    And so in making that decision<br>281 1    about the right hearing protector, you<br>281 2    wouldn't fault decision-makers for<br>281 3    considering your claims about the performance<br>281 4    of your products, would you? | | | | |
| **281:7 - 281:11   Moses, Doug 10-17-2019**<br>281 7    THE WITNESS:  I wouldn't -- I<br>281 8    wouldn't fault them as long as<br>281 9    there's, again, a proper fitting<br>281 10    protocol and a training protocol with<br>281 11    that. | | | | |
| **281:16 - 281:25   Moses, Doug 10-17-2019**<br>281 16    Q.   With regard to making the<br>281 17    decision about the right hearing protector,<br>281 18    certainly it was your expectation as somebody<br>281 19    communicating the characteristics of hearing<br>281 20    products that people receiving that messaging | | | | |

| | | | | |
|---|---|---|---|---|
| 281 21 would be considering the company's claims<br>281 22 about safety and performance, right?<br>281 23 A.  I would think it's likely that<br>281 24 they would read those claims and, yes, rely<br>281 25 on them. | | | | |
| **282:1 - 282:2   Moses, Doug 10-17-2019**<br>282 1 Q.  All the more reason for them to<br>282 2 be truthful, right? | Re: [282:1-282:5]<br>Def Objection - Argumentative<br>(611, 403) | Re: [282:1-282:5]<br>Def Objection - Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **282:4 - 282:5   Moses, Doug 10-17-2019**<br>282 4 THE WITNESS:  They should be<br>282 5 truthful. | Re: [282:1-282:5]<br>Def Objection - Argumentative<br>(611, 403) | Re: [282:1-282:5]<br>Def Objection - Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **283:24 - 284:2   Moses, Doug 10-17-2019**<br>283 24 Q.  And in the military there are<br>283 25 decision-makers who may provide the various<br>284 1 options for the servicemen and women, fair?<br>284 2 A.  Generally. | | | Re: [283:24-284:2]<br>602, foundation; beyond scope of counter | **SUSTAINED** |
| **285:18 - 286:3   Moses, Doug 10-17-2019**<br>285 18 Q.  Okay.  And it was certainly<br>285 19 3M's understanding that decision-makers in<br>285 20 the military would be relying on the truth of<br>285 21 the company's statements about the<br>285 22 performance and safety of its products,<br>285 23 right?<br>285 24 MR. MORRISS:  Object to form.<br>285 25 THE WITNESS:  Among other<br>286 1 internal testing that they might do or<br>286 2 other information that they might seek<br>286 3 to find. | | | | |
| **286:9 - 287:3   Moses, Doug 10-17-2019**<br>286 9 Q.  You understood that you had to<br>286 10 speak truthfully about the safety and<br>286 11 performance of 3M's hearing protective<br>286 12 products at all times when you were | | | Re: [286:9-287:3]<br>403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 286 13 | presenting information about your products to | | | |
| 286 14 | the military, fair? | | | |
| 286 15 | A.   I believe we -- we have been | | | |
| 286 16 | and should have been truthful in these in | | | |
| 286 17 | that they were reviewed by numerous people to | | | |
| 286 18 | make sure that we were -- that we were. | | | |
| 286 19 | Q.   Yeah, and I understand, sir, | | | |
| 286 20 | that you've been designated on the | | | |
| 286 21 | information the company had about its hearing | | | |
| 286 22 | protectors.  I'm just talking about what the | | | |
| 286 23 | company was saying about it. | | | |
| 286 24 | You would agree that if the | | | |
| 286 25 | company was making performance and safety | | | |
| 287 1 | claims about its products, it should be true, | | | |
| 287 2 | agreed? | | | |
| 287 3 | A.   Agreed.  Yes. | | | |
| **287:4 - 287:8   Moses, Doug 10-17-2019** | | | | |
| 287 4 | Q.   I mean, this piece of marketing | | | |
| 287 5 | literature suggests that there could be very | | | |
| 287 6 | serious outcomes to our servicemen and women | | | |
| 287 7 | if they were afforded, frankly, inadequate | | | |
| 287 8 | hearing protection, correct? | | | |
| **287:13 - 287:18   Moses, Doug 10-17-2019** | | | | |
| 287 13 | Q.   Does that misstate the | | | |
| 287 14 | document, sir? | | | |
| 287 15 | A.   Well, this talks about the | | | |
| 287 16 | benefits of wearing hearing -- properly | | | |
| 287 17 | fitted, proper trained, properly selected | | | |
| 287 18 | hearing protection. | | | |
| **287:20 - 287:23   Moses, Doug 10-17-2019** | | | | |
| 287 20 | And is it unreasonable, sir, to | **Re: [287:20-288:3]** Def Objection - Argumentative; Misstates (611, 403); Foundation (602) | **Re: [287:20-288:3]** Def Objection - Argumentative; Misstates (611, 403); Foundation (602) **OVERRULED** | |
| 287 21 | say that if one does not get good hearing | | | |
| 287 22 | protection, that the consequences could be | | | |
| 287 23 | quite devastating? | | | |

| | | | |
|---|---|---|---|
| **288:1 - 288:3   Moses, Doug 10-17-2019**<br>288 1   THE WITNESS:  This document<br>288 2   specifically is about there could be<br>288 3   some hearing loss. | **Re: [287:20-288:3]**<br>Def Objection - Argumentative;<br>Misstates (611, 403); Foundation<br>(602) | Re: [287:20-<br>288:3]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403);<br>Foundation<br>(602)<br>**OVERRULED** | |
| **298:23 - 299:11   Moses, Doug 10-17-2019**<br>298 23   Q.   In all of your review of the<br>298 24   marketing collateral that you've seen over<br>298 25   your years at the company, sir, have you ever<br>299 1   seen any marketing collateral for the Combat<br>299 2   Arms version 2 that have the flanges rolled<br>299 3   back in someone's ear?<br>299 4   A.   In the imagery of it?<br>299 5   Q.   Yeah.<br>299 6   A.   I don't recall seeing it with<br>299 7   the flanges rolled back in the ear.<br>299 8   Q.   Is there any marketing<br>299 9   collateral for the Combat Arms, sir, that has<br>299 10   the flange rolled back in someone's ear?<br>299 11   A.   Not that I was able to find. | | | |
| **299:12 - 299:18   Moses, Doug 10-17-2019**<br>299 12   Q.   You went looking for it, right?<br>299 13   MR. MORRISS:  Object to form.<br>299 14   THE WITNESS:  Not specifically<br>299 15   for the roll back.  I looked at pieces<br>299 16   of collateral, and I don't recall<br>299 17   seeing one with the flanges rolled<br>299 18   back. | | **Re: [299:12-299:18]**<br>402, 403, cumulative, discovery<br>process; beyond scope of counter | **SUSTAINED** |
| **300:6 - 300:20   Moses, Doug 10-17-2019**<br>300 6   So we talked a little bit today<br>300 7   about kind of the setting in and around the<br>300 8   company in 2005 extending and leveraging the<br>300 9   Combat Arms, the formation of the strategic<br>300 10   business unit targeted towards the military.<br>300 11   And we've looked now at some of the marketing | **Re: [300:6-300:20]**<br>Def Objection - Relevance (401,<br>402) | Re: [300:6-<br>300:20]<br>Def Objection -<br>Relevance<br>(401, 402)<br>**SUSTAINED** | |

| | | | | |
|---|---|---|---|---|
| 300 12 statements and claims in the literature over | | | | |
| 300 13 the years. | | | | |
| 300 14 What I'd like to do now is | | | | |
| 300 15 explore with you a few of the marketing | | | | |
| 300 16 techniques that were being used as you, you | | | | |
| 300 17 know, started to extend the strategic | | | | |
| 300 18 business unit. | | | | |
| 300 19 Okay? | | | | |
| 300 20 A.   Okay. | | | | |
| **318:9 - 318:23   Moses, Doug 10-17-2019** | | | | |
| 318 9 Q.   Passing you, sir, what we | | | | |
| 318 10 marked as Exhibit 34. | | | | |
| 318 11 Sir, this is an e-mail exchange | | | | |
| 318 12 between yourself and Mr. Cimino and | | | | |
| 318 13 Mr. Santoro, well, right around that time | | | | |
| 318 14 frame in March of 2011, right? | | | | |
| 318 15 A.   The date on the top e-mail is | | | | |
| 318 16 March.  Yes, it appears all the e-mails in | | | | |
| 318 17 the chain are from the March time frame. | | | | |
| 318 18 Q.   Yeah.  We have, frankly, your | | | | |
| 318 19 boss praising you for your success in seeding | | | | |
| 318 20 it into the new recruit program; isn't that | | | | |
| 318 21 right? | | | | |
| 318 22 A.   I want to read back up through | | | | |
| 318 23 here real quick. | | | | |
| **319:4 - 321:3   Moses, Doug 10-17-2019** | **Re: [319:9-319:14]** Def Objection - 3M MIL. No. 7; Prejudice (403); Relevance (401, 402) **Re: [319:19-320:1]** Def Objection - 3M MIL. No. 7; Prejudice (403); Relevance (401, 402) **Re: [320:15-320:20]** Def Objection - 3M MIL. No. 7; Prejudice (403); Relevance (401, 402) | Re: [319:9-319:14] Def Objection - 3M MIL. No. 7; Prejudice (403); Relevance (401, 402) **OVERRULED** Re: [319:19-320:1] Def Objection - 3M MIL. No. 7; Prejudice | **Re: [320:4-320:14]** Relevance, 403, Baker MIL 1, MIL 7 | **OVERRULED** |
| 319 4 Q.   I do want to orient you so | | | | |
| 319 5 you're not looking for -- you're free to read | | | | |
| 319 6 the whole document, but I'm on 431.1, the | | | | |
| 319 7 front page, middle e-mail.  It's an e-mail | | | | |
| 319 8 from Mr. Cimino to Mr. Santoro, cc to you. | | | | |
| 319 9 For the record, it reads, "85◆ | | | | |
| 319 10 cost, $7.63 selling price.  Doug seeded it | | | | |
| 319 11 into new recruit issue program in US DOD. | | | | |
| 319 12 What more does he need to know?  LOL." | | | | |
| 319 13 Did I read that correctly? | | | | |
| 319 14 A.   You did. | | | | |
| 319 15 Q.   Okay.  And Mr. Cimino was your | | | | |
| 319 16 boss? | | | | |

| | | |
|---|---|---|
| 319 17 A. Yes, probably at this time he | **Re: [320:25-321:6]** | (403); |
| 319 18 was, uh-huh. | Def Objection - 3M MIL No. 7; | Relevance |
| 319 19 Q. Okay. And you talk about | Compound; Vague (611, 403) | (401, 402) |
| 319 20 85 percent {sic} cost, 7.63 selling price. | | **OVERRULED** |
| 319 21 So it costs the company 85� to | | **Re: [320:15-** |
| 319 22 make these; is that right? | | **320:20]** |
| 319 23 A. I don't know where Mike got | | Def Objection - |
| 319 24 these numbers. It's close, from my | | 3M MIL. No. 7; |
| 319 25 recollection, but I don't know where he got | | Prejudice |
| 320 1 these numbers. | | (403); |
| 320 2 Q. Very profitable product? | | Relevance |
| 320 3 A. It's a profitable product. | | (401, 402) |
| 320 4 Q. I mean, it paid the bills, | | **OVERRULED** |
| 320 5 right? | | **Re: [320:25-** |
| 320 6 A. It was a very profitable | | **321:6]** |
| 320 7 product, yeah. | | Def Objection - |
| 320 8 Q. I mean, it paid the bills; | | 3M MIL No. 7; |
| 320 9 that's what you wrote. | | Compound; |
| 320 10 Didn't you write that, sir? | | Vague (611, |
| 320 11 A. Oh, are you looking at the top | | 403) |
| 320 12 here? | | **OVERRULED** |
| 320 13 Q. I am. | | |
| 320 14 A. Yes, I did write it there. | | |
| 320 15 Q. Okay. So your boss writes "85� | | |
| 320 16 cost, $7.63 selling price. Doug seeded it | | |
| 320 17 into new recruit issue program in US DOD. | | |
| 320 18 What more does he need to know? LOL." | | |
| 320 19 And you replied to that, right? | | |
| 320 20 A. I did. | | |
| 320 21 Q. "In US hearing protection" -- | | |
| 320 22 And this is your writing, | | |
| 320 23 right? | | |
| 320 24 A. It appears to be, yes. | | |
| 320 25 Q. -- "CAE is 5 percent of 3M's US | | |
| 321 1 revenue and 19 percent of the OI." | | |
| 321 2 Please tell the jury what OI | | |
| 321 3 is. | | |

| | | | | |
|---|---|---|---|---|
| **321:5 - 321:10   Moses, Doug 10-17-2019**<br>321 5   THE WITNESS:  That's operating<br>321 6   income.<br>321 7   QUESTIONS BY MR. BUCHANAN:<br>321 8   Q.   Okay.  "CAE pays the bills."<br>321 9   Is that what you wrote?<br>321 10   A.   I wrote that. | **Re: [320:25-321:6]**<br>Def Objection - 3M MIL No. 7;<br>Compound; Vague (611, 403) | **Re: [320:25-321:6]**<br>Def Objection -<br>3M MIL No. 7;<br>Compound;<br>Vague (611,<br>403)<br>**OVERRULED** | **Re: [321:8-321:10]**<br>Relevance, 403,  Baker MIL 1,<br>MIL 7 | **OVERRULED** |
| **322:7 - 322:17   Moses, Doug 10-17-2019**<br>322 7   Q.   Okay.  And so when you wrote<br>322 8   "19 percent of the operating income," what<br>322 9   you're basically saying here is that even<br>322 10   though we only -- even though it's only<br>322 11   5 percent of revenue, that 5 percent of --<br>322 12   that 5 percent of revenue may not look that<br>322 13   big, but because it's so profitable, because<br>322 14   our profit margin is so great, that scales to<br>322 15   19 percent of the entity's operating income.<br>322 16   That's what you're<br>322 17   communicating, right? | **Re: [322:7-322:19]**<br>Def Objection - 3M MIL No. 7;<br>Compound; Mistates (611, 403);<br>Prejudice (403) | **Re: [322:7-322:19]**<br>Def Objection -<br>3M MIL No. 7;<br>Compound;<br>Mistates (611,<br>403); Prejudice<br>(403)<br>**OVERRULED** | | |
| **322:19 - 322:19   Moses, Doug 10-17-2019**<br>322 19   THE WITNESS:  Generally. | **Re: [322:7-322:19]**<br>Def Objection - 3M MIL No. 7;<br>Compound; Mistates (611, 403);<br>Prejudice (403) | **Re: [322:7-322:19]**<br>Def Objection -<br>3M MIL No. 7;<br>Compound;<br>Mistates (611,<br>403); Prejudice<br>(403)<br>**OVERRULED** | | |
| **323:2 - 323:9   Moses, Doug 10-17-2019**<br>323 2   Q.   And so I guess getting it<br>323 3   seeded into that new recruit issue program at<br>323 4   the US DOD was a pretty good thing for<br>323 5   business, fair?<br>323 6   A.   It would help us sell more.<br>323 7   Q.   And that would be a pretty good<br>323 8   for business?<br>323 9   A.   Generally, yes. | | | **Re: [323:2-323:9]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |

| 345:3 - 346:6   Moses, Doug 10-17-2019 | | | Re: [345:3-345:3] | SUSTAINED |
|---|---|---|---|---|
| 345 3 | Q.    Actually, where I was going | | Beyond scope of counter; 602 | |
| 345 4 | was, did you have consulting agreements with | | | |
| 345 5 | Doug Ohlin? | | | |
| 345 6 | A.    Not prior to this, no. | | | |
| 345 7 | Q.    Okay.  And I guess that's | | | |
| 345 8 | helpful. | | | |
| 345 9 | So prior to the time he left | | | |
| 345 10 | the military, the company didn't have a | | | |
| 345 11 | consulting relationship with Doug Ohlin? | | | |
| 345 12 | A.    No, prior -- he worked for | | | |
| 345 13 | the -- the military as a contractor or as a | | | |
| 345 14 | consultant there. | | | |
| 345 15 | Q.    He was a consultant for them | | | |
| 345 16 | for a period of time? | | | |
| 345 17 | A.    Yes. | | | |
| 345 18 | Q.    Long period of time? | | | |
| 345 19 | A.    I don't know what it was called | | | |
| 345 20 | then, I forget, but I think it was like the | | | |
| 345 21 | Army hearing program sometime thereafter. | | | |
| 345 22 | Q.    Right. | | | |
| 345 23 | And it was your understanding | | | |
| 345 24 | he was a consultant to them? | | | |
| 345 25 | A.    I thought he was a senior | | | |
| 346 1 | person in that office. | | | |
| 346 2 | Q.    Okay. | | | |
| 346 3 | A.    Yeah, I misspoke just a moment | | | |
| 346 4 | ago.  I -- but I think when he was in the | | | |
| 346 5 | military, I think he had a senior role in -- | | | |
| 346 6 | with the audiology group. | | | |
| 346:18 - 346:23   Moses, Doug 10-17-2019 | | | Re: [346:18-346:23] | SUSTAINED |
| 346 18 | Q.    Okay. | | 403; superseded by other | |
| 346 19 | A.    And this indicates that we | | discovery; beyond scope of | |
| 346 20 | might have been talking about him retiring | | counter | |
| 346 21 | internally, but I don't believe -- I don't | | | |
| 346 22 | have a recollection of ever reaching out to | | | |
| 346 23 | him until after his retirement. | | | |
| 376:14 - 376:19   Moses, Doug 10-17-2019 | | | | |
| 376 14 | Q.    Okay.  So Dr. Ohlin worked with | | | |

| | | | | |
|---|---|---|---|---|
| 376 15   you for a number of years after his time in<br>376 16   the military?<br>376 17   A.   After his time -- yeah, he was<br>376 18   a civilian.  He wasn't in the military, but<br>376 19   he worked for a military organization. | | | | |
| **376:25 - 377:5   Moses, Doug 10-17-2019** | | | | |
| 376 25   He would attend booths?<br>377 1   A.   Sometimes.<br>377 2   Q.   Kind of like he described,<br>377 3   there'd be some marketing collateral,<br>377 4   Dr. Ohlin would be there; you would be there?<br>377 5   A.   Sometimes.  Sometimes, yeah. | | | | |
| **377:11 - 377:12   Moses, Doug 10-17-2019** | | | | |
| 377 11   Q.   Exhibit 41.  This is also P947,<br>377 12   Bates 3M_MDL000277922. | | | | |
| **377:13 - 377:18   Moses, Doug 10-17-2019** | | | | |
| 377 13   This is you, sir, looks like<br>377 14   scheduling a conference line with some<br>377 15   colleagues, fair?<br>377 16   A.   Yeah, this looks like what<br>377 17   would appear if we had a meeting and a<br>377 18   dial-in phone number. | | | | |
| **378:11 - 378:22   Moses, Doug 10-17-2019** | | | | |
| 378 11   Q.   Okay.  And you're reporting on<br>378 12   this conference AUSA; is that right?<br>378 13   A.   I'm not reporting on it.<br>378 14   I'm -- I think this appears to be before the<br>378 15   fact, before the AUSA event happened.<br>378 16   Q.   Thank you.  Thank you.<br>378 17   So this was before.  And I<br>378 18   guess you're talking about what has happened<br>378 19   in prior years at that event, correct?<br>378 20   A.   One moment, please.<br>378 21   I'm giving some recollections<br>378 22   of prior years, yes. | | | | |
| **378:23 - 380:15   Moses, Doug 10-17-2019** | **Re: [379:8-379:11]**<br>Def Objection - Prejudice (403);<br>Relevance (401, 402) | **Re: [379:8-379:11]**<br>Def Objection -<br>Prejudice | **Re: [379:12-380:11]**<br>Relevance, 403, Baker MIL 1,<br>MIL 7 | **OVERRULED** |
| 378 23   Q.   Okay.  And it says, "Over the<br>378 24   past four years, I would say that as much as<br>378 25   75 percent of the boot traffic was for | | | | |

| | | |
|---|---|---|
| 379 1    soldier protection, PPE, namely Combat Arms | **Re: [380:12-380:21]** | (403); |
| 379 2    Earplugs and ComTac," right? | Def Objection - Argumentative; | Relevance |
| 379 3    A.    Yes. | Vague (611, 403); Foundation | (401, 402) |
| 379 4    Q.    And is that leveraging the | (602); Relevance (401, 402) | **OVERRULED** |
| 379 5    Combat Arms brand into a broader military | | **Re: [380:12-** |
| 379 6    presence, sir? | | **380:21]** |
| 379 7    A.    At AUSA, yes. | | Def Objection - |
| 379 8    Q.    It says you had Doug Ohlin | | Argumentative; |
| 379 9    fitting Combat Arms to hundreds of soldiers, | | Vague (611, |
| 379 10    military personnel and key civilians, right? | | 403); |
| 379 11    A.    Yes, uh-huh. | | Foundation |
| 379 12    Q.    And he's, I guess, drawn in | | (602); |
| 379 13    many more soldiers and civilians and other | | Relevance |
| 379 14    displays and technologies and products | | (401, 402) |
| 379 15    combined, right? | | **OVERRULED** |
| 379 16    A.    That's what I've written here. | | |
| 379 17    Q.    And his presence there was | | |
| 379 18    actually helpful to the marketing of the | | |
| 379 19    product, fair? | | |
| 379 20    A.    It appears that I thought so, | | |
| 379 21    and I have a recollection that I thought so | | |
| 379 22    at the time. | | |
| 379 23    Q.    It was certainly in your view | | |
| 379 24    from a marketing perspective that the | | |
| 379 25    marketing dollars spent working with | | |
| 380 1    Dr. Ohlin were good for the CAE and passive | | |
| 380 2    hearing brands, correct? | | |
| 380 3    A.    I think they were good for the | | |
| 380 4    brands, yeah. | | |
| 380 5    Q.    Yeah. | | |
| 380 6    And certainly helped drive | | |
| 380 7    revenue growth, right? | | |
| 380 8    A.    I suppose in a general sense. | | |
| 380 9    I couldn't necessarily tie dollars back | | |
| 380 10    exactly to his efforts in all situations, | | |
| 380 11    but -- | | |
| 380 12    Q.    But from a return on investment | | |
| 380 13    approach, you know, kind of speaking like a | | |

| | | | | |
|---|---|---|---|---|
| 380 14 business person, you got a lot of bang for<br>380 15 your buck? | | | | |
| **380:17 - 380:21   Moses, Doug 10-17-2019**<br>380 17   QUESTIONS BY MR. BUCHANAN:<br>380 18   Q.   Fair?<br>380 19   A.   I thought the money that we<br>380 20   spent on his time was well worth it at the<br>380 21   time. | Re: [380:12-380:21]<br>Def Objection - Argumentative;<br>Vague (611, 403); Foundation<br>(602); Relevance (401, 402) | Re: [380:12-<br>380:21]<br>Def Objection -<br>Argumentative;<br>Vague (611,<br>403);<br>Foundation<br>(602);<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |
| **382:11 - 383:9   Moses, Doug 10-17-2019**<br>382 11   Q.   Okay.  And so it says, "Two<br>382 12   major developments."  I guess these are the<br>382 13   two major developments?<br>382 14   A.   Yes.<br>382 15   Q.   Okay.<br>382 16   A.   It seems logical.<br>382 17   Q.   "In this 5 to 7 million high<br>382 18   margin product line."<br>382 19   Did I read that correctly?<br>382 20   A.   Yeah.  Yes, you did.<br>382 21   Q.   Okay.  "Almost 90 percent<br>382 22   margin."<br>382 23   So is that profit margin you're<br>382 24   referring to?<br>382 25   A.   I believe I was speaking about<br>383 1   gross margin here.<br>383 2   Q.   Gross margin.<br>383 3   So that's just what you sell it<br>383 4   for versus what it costs to make?<br>383 5   A.   Yes.  Generally.<br>383 6   Q.   90 percent margin?<br>383 7   A.   Yes.  That's almost 90 percent.<br>383 8   Q.   That's a big deal.  That's a<br>383 9   good product, right? | Re: [382:17-383:7]<br>Def Objection - 3M MIL No. 7;<br>Relevance (401, 402); Prejudice<br>(403)<br>Re: [383:8-383:13]<br>Def Objection - Argumentative<br>(611, 403); Relevance (401, 402) | Re: [382:17-<br>383:7]<br>Def Objection -<br>3M MIL No. 7;<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED**<br>Re: [383:8-<br>383:13]<br>Def Objection -<br>Argumentative<br>(611, 403);<br>Relevance<br>(401, 402)<br>**OVERRULED** | | |

| | | | |
|---|---|---|---|
| **383:12 - 383:25   Moses, Doug 10-17-2019**<br>383 12    THE WITNESS:  I think it's a<br>383 13    profitable product.<br>383 14    QUESTIONS BY MR. BUCHANAN:<br>383 15    Q.   I mean, it paid all your<br>383 16    salaries?<br>383 17    A.   I've made some editorial<br>383 18    comments here that says that, yes.<br>383 19    Q.   That's what you wrote?<br>383 20    A.   I did.<br>383 21    Q.   This was an important product<br>383 22    to 3M, true?<br>383 23    A.   It was an important product to<br>383 24    me and to the military team.<br>383 25    Q.   It paid all your salaries? | **Re: [383:8-383:13]**<br>**Def Objection - Argumentative**<br>**(611, 403); Relevance (401, 402)**<br>**Re: [383:25-384:3]**<br>**Def Objection - Asked (611,**<br>**403)** | Re: [383:8-383:13]<br>Def Objection -<br>Argumentative<br>(611, 403);<br>Relevance<br>(401, 402)<br>**OVERRULED**<br>Re: [383:25-384:3]<br>Def Objection -<br>Asked (611, 403)<br>**OVERRULED** | Re: [383:15-383:24]<br>Relevance, 403, Baker MIL 1,<br>MIL 7 **OVERRULED** |
| **384:2 - 384:10   Moses, Doug 10-17-2019**<br>384 2    THE WITNESS:  That's what I've<br>384 3    written here.<br>384 4    QUESTIONS BY MR. BUCHANAN:<br>384 5    Q.   Okay.  And you've contracted<br>384 6    Doug Ohlin to participate to help call<br>384 7    attention to these new CAE developments; is<br>384 8    that right?<br>384 9    A.   That's what I've written here<br>384 10    as well. | **Re: [383:25-384:3]**<br>**Def Objection - Asked (611,**<br>**403)** | Re: [383:25-384:3]<br>Def Objection -<br>Asked (611, 403)<br>**OVERRULED** | |
| **456:21 - 456:25   Moses, Doug 10-17-2019**<br>456 21    At this point, sir, I<br>456 22    appreciate your testimony today and<br>456 23    thank you.  I have no further<br>456 24    questions.<br>456 25    THE WITNESS:  Thank you. | | | |

# Salon, Martin 01-29-2020

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **6:21 - 6:24**   **Salon, Martin 01-29-2020**<br>6 21   Q.   Good morning.<br>6 22   A.   Good morning.<br>6 23   Q.   What is your name, sir?<br>6 24   A.   Martin Salon. | | | | |
| **8:13 - 8:23**   **Salon, Martin 01-29-2020**<br>8 13   Q.   Okay.  Do you work for -- who do you work<br>8 14   for now?<br>8 15   A.   DeltaPlus Corporation.<br>8 16   Q.   Okay.  And when was the last time you<br>8 17   worked in the -- for either Aearo or 3M?<br>8 18   A.   June of 2009.<br>8 19   Q.   Okay.  And why did you leave?<br>8 20   A.   I was offered a severance package.<br>8 21   Q.   Okay.  Were they downsizing?<br>8 22   A.   They had a -- just acquired Aearo, so they<br>8 23   were downsizing -- | **Re: [8:13-8:15]**<br>**Def Objection - Relevance (401, 402)**<br>**Re: [8:19-8:20]**<br>**Def Objection - Relevance (401, 402)**<br>**Re: [8:21-9:1]**<br>**Def Objection - Relevance (401, 402)** | Re: [8:13-8:15]<br>Def Objection - Relevance (401, 402)<br>**OVERRULED**<br>Re: [8:19-8:20]<br>Def Objection - Relevance (401, 402)<br>**OVERRULED**<br>Re: [8:21-9:1]<br>Def Objection - Relevance (401, 402)<br>**OVERRULED** | | |
| **9:6 - 9:7**   **Salon, Martin 01-29-2020**<br>9 6   Q.   Okay.  I've got a copy of your CV here,<br>9 7   and let me give you this. | | | | |
| **10:1 - 10:3**   **Salon, Martin 01-29-2020**<br>10 1   Is this a true and accurate copy of your<br>10 2   resume or CV or whatever you want to call it?<br>10 3   A.   It's the most recent, yes. | | | | |
| **11:22 - 12:1**   **Salon, Martin 01-29-2020**<br>11 22   Q.   It looks like you worked from Aearo<br>11 23   Technologies from 1993 to 2009.<br>11 24   Is that right?<br>12 1   A.   That's correct. | | | | |
| **12:5 - 12:7**   **Salon, Martin 01-29-2020**<br>12 5   What years would you have been involved | | | | |

| | | | | |
|---|---|---|---|---|
| 12 6 | with the Combat Arms Earplug Version 2? | | | |
| 12 7 | A.   That would have been 2004 to 2006. | | | |
| **12:12 - 12:16** | **Salon, Martin 01-29-2020** | | | |
| 12 12 | Q.   I've got you from 2004 to 2005, vice | | | |
| 12 13 | president, consumer, military and construction sales, | | | |
| 12 14 | and then vice president, consumer and military sales | | | |
| 12 15 | from 2005 to 2006, is that right? | | | |
| 12 16 | A.   That's correct. | | | |
| **13:3 - 13:7** | **Salon, Martin 01-29-2020** | | **Re: [13:3-13:7]** | **SUSTAINED.** |
| 13 3 | Q.   Okay.  How long -- what years were you | | Beyond scope of counter | **Already testified** |
| 13 4 | involved with the Combat Arms Earplug Version 2?  Was | | | **to.** |
| 13 5 | it just this 2004 to 2006, or did you have any | | | |
| 13 6 | involvement in it -- with it any other times? | | | |
| 13 7 | A.   That was when I was involved with it. | | | |
| **13:16 - 14:6** | **Salon, Martin 01-29-2020** | | **Re: [13:16-14:2]** | **SUSTAINED** |
| 13 16 | Q.   Okay.  What are your thoughts of the | | MIL 18; beyond scope of | |
| 13 17 | Combat Arms Earplug Version 2? | | counter | |
| 13 18 | MS. ESFANDIARIFARD:  Object to form. | | | |
| 13 19 | BY MR. MONSOUR: | | | |
| 13 20 | Q.   Do you think it was a good product? | | | |
| 13 21 | A.   I thought it was a great product. | | | |
| 13 22 | Q.   As you sit here today, do you think it was | | | |
| 13 23 | a good product? | | | |
| 13 24 | A.   I do. | | | |
| 14 1 | Q.   Were there any problems with it? | | | |
| 14 2 | A.   Not to my knowledge. | | | |
| 14 3 | Q.   Okay.  Do you know Elliott Berger? | | | |
| 14 4 | A.   Yes. | | | |
| 14 5 | Q.   And how do you know Mr. Berger? | | | |
| 14 6 | A.   He worked at the lab while I was at Aearo. | | | |
| **14:13 - 14:17** | **Salon, Martin 01-29-2020** | | | |
| 14 13 | Q.   Okay.  With regard to the Combat Arms | | | |
| 14 14 | Earplug Version 2, use your own words and just tell | | | |
| 14 15 | me, what was your role with that product? | | | |

| | | | |
|---|---|---|---|
| 14 16    A.   I had a couple of people working for me<br>14 17    selling into the military market. | | | |
| **15:10 - 15:15   Salon, Martin 01-29-2020**<br>15 10    Q.   Okay.  If we look at your CV, Exhibit 1,<br>15 11    you listed at the top "core leadership strengths,"<br>and<br>15 12    one of them you list as "military and big box<br>15 13    contracts."<br>15 14    Do you see that?<br>15 15    A.   I do. | | | |
| **15:16 - 15:18   Salon, Martin 01-29-2020**<br>15 16    Q.   Did you negotiate any military contracts<br>15 17    for the Combat Arms Earplug Version 2?<br>15 18    A.   I did not. | | | |
| **16:11 - 16:18   Salon, Martin 01-29-2020**<br>16 11    Q.   Do you have any idea of who it might have<br>16 12    been?<br>16 13    A.   I do have ideas who might have been,<br>16 14    but...<br>16 15    Q.   Okay.  You can tell me.<br>16 16    A.   Brian Myers.<br>16 17    Q.   Okay.  Anyone else?<br>16 18    A.   Maybe Gary Warren. | | | |
| **17:17 - 19:1   Salon, Martin 01-29-2020**<br>17 17    Q.   2004 to 2006, there is the one from 2004<br>17 18    to '5 and then there is the one from 2005 to '6, and<br>17 19    if you look there, there is one, two, three, four,<br>17 20    five, six, seven bullet points for -- in total.<br>17 21    Do you see that?<br>17 22    A.   Yes, I do.<br>17 23    Q.   Which of those bullet points had to do<br>17 24    with the Combat Arms Version 2?<br>18 1    A.   The second bullet point under 2005 and<br>18 2    2006.<br>18 3    Q.   Okay.  So the one that had to do with the<br>18 4    Combat Arms Version 2 is this one right here that<br>18 5    says: "Managed team that secured the sale of a<br>new<br>18 6    safety product to the Army which is now provided | **Re: [18:5-18:9]**<br>Def Objection - 3M MIL No. 7<br>**Re: [18:13-18:18]**<br>Def Objection - Foundation<br>(602)<br>**Re: [18:21-19:1]**<br>Def Objection - Foundation<br>(602) | Re: [18:5-<br>18:9]<br>Def Objection -<br>3M MIL No. 7<br>**OVERRULED**<br>Re: [18:13-<br>18:18]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED**<br>Re: [18:21-<br>19:1]<br>Def Objection -<br>Foundation | |

| | | | |
|---|---|---|---|
| to | | (602) | |
| 18 7 | all deploying soldiers and produced first year revenue | **OVERRULED** | |
| 18 8 | in excess of $4 million with margins exceeding | | |
| 18 9 | 75 percent." | | |
| 18 10 | That's the one that deals with the Combat | | |
| 18 11 | Arms Version 2, correct? | | |
| 18 12 | A.   That's correct. | | |
| 18 13 | Q.   Okay.  Which members of your team secured | | |
| 18 14 | the sale of that product, the Combat Arms Version 2? | | |
| 18 15 | A.   It would have been one of two people. | | |
| 18 16 | Q.   Okay. | | |
| 18 17 | A.   It would have been Tim McNamara or Frank | | |
| 18 18 | Gavin. | | |
| 18 19 | Q.   Okay.  And you were their supervisor? | | |
| 18 20 | A.   Correct. | | |
| 18 21 | Q.   And would either Tim McNamara or Frank | | |
| 18 22 | Gavin, would they, I guess, go meet with people in the | | |
| 18 23 | Army to secure a -- some sort of an agreement to sell | | |
| 18 24 | the product? | | |
| 19 1 | A.   Yes. | | |
| **19:10 - 19:13**    **Salon, Martin 01-29-2020** | | | |
| 19 10 | Q.   Okay.  Do you know how many Combat Arms | **Re: [19:10-19:13]** Plt Objection - Beyond scope of counter | **Re: [19:10-19:13]** Plt Objection - outside scope of "clarification" |
| 19 11 | Earplugs Version 2 were sold while you were with the | | |
| 19 12 | company? | | **OVERRULED** |
| 19 13 | A.   I do not. | | |
| **20:6 - 20:24**    **Salon, Martin 01-29-2020** | | | **Re: [20:6-20:15]** Beyond scope of counter | **SUSTAINED** |
| 20 6 | Q.   Okay.  Were there ever any issues with the | | | |
| 20 7 | Combat Arms Earplug Version 2 where it became apparent | | | |
| 20 8 | that the soldiers using the product were having a hard | | | |
| 20 9 | time figuring out how to put it in properly? | | | |
| 20 10 | A.   Not that I'm aware of. | | | |

| | | | | |
|---|---|---|---|---|
| 20 11 | Q.   Did you ever have discussions with any of | | | |
| 20 12 | your co-employees at Aearo or 3M talking about how, | | | |
| 20 13 | Hey, it seems like the troops might not really | | | |
| 20 14 | understand how -- how they should use these products? | | | |
| 20 15 | A.   Not that I recall, no. | | | |
| 20 16 | Q.   Okay.  You were involved with attempting | | | |
| 20 17 | to directly market this product to the soldiers, true? | | | |
| 20 18 | A.   I was involved with selling to the -- | | | |
| 20 19 | managing the people who sold the product, not | | | |
| 20 20 | marketed. | | | |
| 20 21 | Q.   Okay.  To selling it? | | | |
| 20 22 | A.   Selling it. | | | |
| 20 23 | Q.   What's the difference between selling and | | | |
| 20 24 | marketing? | | | |
| **21:1 - 21:9** | **Salon, Martin 01-29-2020** | | | |
| 21 1 | A.   Selling is you take the product and you | | | |
| 21 2 | stick it in someone's face and you say, you know, This | | | |
| 21 3 | is what we'd like to talk about, the features and | | | |
| 21 4 | benefits. | | | |
| 21 5 | Q.   Okay. | | | |
| 21 6 | A.   Which came from the marketing department | | | |
| 21 7 | who produced the collateral material, the sales | | | |
| 21 8 | sheets, the pricing.  I mean, they basically, Here is | | | |
| 21 9 | the product, go out and sell it. | | | |
| **21:10 - 21:23** | **Salon, Martin 01-29-2020** | | | |
| 21 10 | Q.   So if I were to ask you, you'd -- you | | | |
| 21 11 | would say you were in sales, not marketing? | | | |
| 21 12 | A.   That's correct. | | | |
| 21 13 | Q.   Okay.  You were involved in selling these | | | |
| 21 14 | directly to soldiers, correct? | | | |
| 21 15 | A.   Not me personally, no. | | | |
| 21 16 | Q.   You were, I guess, overseeing that effort, | | | |
| 21 17 | correct? | | | |
| 21 18 | A.   Yes, I was. | | | |
| 21 19 | Q.   Okay.  And who were the people that were | | | |

| | | | | |
|---|---|---|---|---|
| | 21 20   working on that for you?<br>21 21   A.   To sell it?<br>21 22   Q.   Uh-huh.<br>21 23   A.   Tim McNamara and Frank Gavin. | | | |
| **21:24 - 22:8**   **Salon, Martin 01-29-2020** | 21 24   Q.   Okay.  And how would you have them, since<br>22 1   you were their boss, how would you have them go sell<br>22 2   the product?<br>22 3   A.   There are certain key locations where<br>22 4   the -- the government makes decisions.<br>22 5   Q.   Okay.<br>22 6   A.   Defense Logistics in Philadelphia,<br>22 7   Aberdeen Proving Grounds, so that would be where they<br>22 8   would try to focus their attention at the beginning. | | **Re: [21:24-22:8]**<br>Beyond scope of counter<br>**Re: [22:3-22:8]**<br>602, 702, 802, foundation, MIL 16 | **OVERRULED** |
| **22:15 - 22:19**   **Salon, Martin 01-29-2020** | 22 15   Q.   Okay.  Who would they typically meet with?<br>22 16   A.   It would depend on who they were calling<br>22 17   on. If they were calling on a base, it would be<br>22 18   supply officers.  If they were calling on Aberdeen, it<br>22 19   would be the people who do the testing. | | **Re: [22:15-22:19]**<br>Beyond scope of counter | **OVERRULED** |
| **22:20 - 23:1**   **Salon, Martin 01-29-2020** | 22 20   Q.   Okay.  Did Mr. McNamara and Mr. Gavin, did<br>22 21   they have expense accounts?<br>22 22   A.   Yes.<br>22 23   Q.   Were they able to use those expense<br>22 24   accounts to, I guess, wine and dine the potential<br>23 1   purchasers of these products? | **Re: [22:20-23:1]**<br>Def Objection - Relevance (401, 402), Foundation (602); Cumulative (403); Vague (611, 403) | **Re: [22:20-23:1]**<br>Def Objection - Relevance (401, 402), Foundation (602); Cumulative (403); Vague (611, 403)<br>**SUSTAINED** | |
| **23:4 - 23:5**   **Salon, Martin 01-29-2020** | 23 4   A.   They had expense accounts.  They may have<br>23 5   taken people out to dinner.  I don't recall. | **Re: [23:4-23:5]**<br>Def Objection - Relevance (401, 402), Foundation (602), Vague (611, 403) | **Re: [23:4-23:5]**<br>Def Objection - Relevance (401, 402), | |

Salon, Martin 01-29-2020

| | | Foundation (602), Vague (611, 403) **OVERRULED** | | |
|---|---|---|---|---|
| **23:6 - 23:13** | **Salon, Martin 01-29-2020** | | | |
| 23 6 | BY MR. MONSOUR: | | | |
| 23 7 | Q.   Okay.  All right.  Are there any | | | |
| 23 8 | limitations as to what Mr. McNamara and Mr. Gavin were | | | |
| 23 9 | allowed to do with their expense accounts? | | | |
| 23 10 | A.   They'd be assigned a budget at the | | | |
| 23 11 | beginning of the year.  They were to manage it to make | | | |
| 23 12 | sure they could travel throughout the year.  We didn't | | | |
| 23 13 | have any set limits, but they knew we had guidelines. | | | |
| **24:10 - 25:4** | **Salon, Martin 01-29-2020** | | | |
| 24 10 | Q.   Okay.  Who were the people that they were | | | |
| 24 11 | targeting to sell this product to? | | | |
| 24 12 | A.   Can you be more specific? | | | |
| 24 13 | Q.   I would like to be, but I'm not really for | | | |
| 24 14 | sure.  I was hoping you could fill that in. | | | |
| 24 15 | I'm just trying to get an idea of who were | | | |
| 24 16 | the people that your sales guys, Mr. McNamara and | | | |
| 24 17 | Mr. Gavin, who would they be contacting?  Would it be | | | |
| 24 18 | generals, would it be audiologists for the military, | | | |
| 24 19 | would it be the supply sergeant?  Who -- who would it | | | |
| 24 20 | be that they would be calling? | | | |
| 24 21 | A.   It would be more likely the supply | | | |
| 24 22 | sergeant.  It would not be generals. | | | |
| 24 23 | Q.   Okay. | | | |
| 24 24 | A.   They may get involved later. | | | |
| 25 1 | Q.   Okay. | | | |
| 25 2 | A.   But, you know, they could focus on troops, | | | |
| 25 3 | you know, let's get out some samples to the troops | | | |

| | | | | |
|---|---|---|---|---|
| and | | | | |
| 25 4 | let them try them. | | | |
| **25:18 - 25:23** | **Salon, Martin 01-29-2020** | **Re: [25:18-25:21]** | **Re: [25:18-** | |
| 25 18 | Q.   One of the things that you came up with to | Def Objection - Foundation | **25:21]** | |
| 25 19 | sell this directly or to market this directly to the | (602); Non-Responsive (611) | Def Objection - | |
| 25 20 | soldiers was a plan called Operation Cobra, | | Foundation | |
| correct? | | | (602); Non- | |
| 25 21 | A.   I don't recall that. | | Responsive | |
| 25 22 | Q.   Okay.  Well, I happen to have an e-mail | | (611) | |
| 25 23 | that you sent.  Let me mark this as Exhibit 2. | | **OVERRULED** | |
| **26:7 - 26:20** | **Salon, Martin 01-29-2020** | **Re: [26:7-26:17]** | **Re: [26:7-** | |
| 26 7 | Q.   This is an e-mail.  If you'll look at the | Def Objection - Foundation | **26:17]** | |
| 26 8 | front page, it's from you, Marty Salon, and it is to | (602) | Def Objection - | |
| 26 9 | Mike Cimino, Doug Moses, Marc Santoro, cc'ing | | Foundation | |
| Jim | | | (602) | |
| 26 10 | Greg, Gwen MacDonald, and Brian Myers. | | **OVERRULED** | |
| 26 11 | Do you see that? | | | |
| 26 12 | A.   I do. | | | |
| 26 13 | Q.   And the date of it is July 29 of 2005. | | | |
| 26 14 | Do you see that? | | | |
| 26 15 | A.   I do. | | | |
| 26 16 | Q.   And what is the subject of this e-mail? | | | |
| 26 17 | A.   Operation Cobra. | | | |
| 26 18 | Q.   Okay.  And there is an attachment, and | | | |
| 26 19 | what is the attachment titled? | | | |
| 26 20 | A.   Operation Cobra Marketing Support. | | | |
| **27:11 - 29:4** | **Salon, Martin 01-29-2020** | **Re: [27:11-29:14]** | **Re: [27:11-** | **Re: [27:1-31:17]** | **OVERRULED** |
| 27 11 | Q.   Okay.  So let's look at Operation Cobra | Def Objection - Foundation | **29:14]** | Baker MIL 1 | |
| 27 12 | that you were sending around. | (602) | Def Objection - | |
| 27 13 | Do you remember why you were sending | | Foundation | |
| 27 14 | around the Operation Cobra plan? | | (602) | |
| 27 15 | A.   I don't remember sending this. | | **OVERRULED** | |
| 27 16 | Q.   Okay.  Well, let's go through it.  Maybe | | | |
| 27 17 | it will kind of clear it up a little bit for you. | | | |
| 27 18 | It looks like one of the things that was | | | |
| 27 19 | being contemplated in Operation Cobra was a | | | |
| direct | | | | |
| 27 20 | mail piece. | | | |
| 27 21 | Do you see that -- | | | |

| | | | | | |
|---|---|---|---|---|---|
| 27 22 | A.  I -- | | | | |
| 27 23 | Q.  -- under No. 1? | | | | |
| 27 24 | A.  I do. | | | | |
| 28 1 | Q.  And it looks like there is 7,000 -- | | | | |
| 28 2 | "Direct mail to 7,000 purchasing and procurement | | | | |
| 28 3 | people.  We estimate we will have an additional | | | | |
| 1,000 | | | | | |
| 28 4 | mailers leave behind tubes for the sales force to | | | | |
| 28 5 | distribute.  Contact customer service for additional | | | | |
| 28 6 | samples." | | | | |
| 28 7 | Do you see that? | | | | |
| 28 8 | A.  I do. | | | | |
| 28 9 | Q.  Now, why was Aearo/3M, why were they | | | | |
| doing | | | | | |
| 28 10 | a direct mail to people with regard to the earplug? | | | | |
| 28 11 | A.  I don't recall. | | | | |
| 28 12 | Q.  Okay.  Then it looks like there were some | | | | |
| 28 13 | trade publications. | | | | |
| 28 14 | Do you see that, No. 2? | | | | |
| 28 15 | A.  I do. | | | | |
| 28 16 | Q.  And it says:  "Trade Publications - | | | | |
| 28 17 | National Defense, Armed Forces Journal and | | | | |
| ARMY | | | | | |
| 28 18 | Magazine.  Full page ads will run in July, August | | | | |
| and | | | | | |
| 28 19 | September (ad attached)." | | | | |
| 28 20 | Do you see that? | | | | |
| 28 21 | A.  I see that. | | | | |
| 28 22 | Q.  Okay.  Do you remember why you guys were | | | | |
| 28 23 | running this -- these advertisements in trade | | | | |
| 28 24 | publications? | | | | |
| 29 1 | A.  I do not. | | | | |
| 29 2 | Q.  What would generally be the purpose of | | | | |
| 29 3 | running an advertisement in a trade publication be? | | | | |
| 29 4 | A.  To generate leads and interest. | | | | |
| 29:5 - 30:2 | Salon, Martin 01-29-2020 | Re: [27:11-29:14] | Re: [27:11- | Re: [27:1-31:17] | OVERRULED |
| 29 5 | Q.  Okay.  It looks like here there is another | Def Objection - Foundation | 29:14] | Baker MIL 1 | |
| 29 6 | section called End User. | (602) | Def Objection - | | |
| 29 7 | It says:  "We are running (the same ads as | | Foundation | | |

| | | | | | |
|---|---|---|---|---|---|
| 29 8 and<br>29 9<br>29 10<br>29 11 Middle<br>29 12<br>29 13<br>29 14<br>29 15<br>29 16 by<br>29 17<br>29 18<br>29 19<br>29 20<br>29 21 to<br>29 22<br>29 23<br>29 24<br>30 1<br>30 2 | trade pubs) each Wednesday and Sunday in Stars<br>Stripes newspaper (through the end of September).<br>This publication does not run in the US, only<br>overseas, and we have chosen to only run in the<br>East where we believe usage and need is highest."<br>Do you see that?<br>A.   Yes, I do.<br>Q.   Now, what would be the purpose of running<br>an ad in a newspaper that was regularly reviewed<br>the soldiers in the Middle East?<br>A.   To generate interest in a product.<br>Q.   Okay.  When you're running an<br>advertisement for a product like the Combat Arms<br>Version 2, what type of information do you want<br>convey to the end users?<br>A.   The features and benefits of the product.<br>Q.   Okay.  Do you want to include in there<br>instructions on how to use the product?<br>A.   Not necessarily. | Re: [29:15-30:2]<br>Def Objection - Foundation<br>(602) | (602)<br>**OVERRULED**<br>Re: [29:15-30:2]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **30:6 - 30:14**<br>30 6<br>30 7<br>30 8<br>30 9<br>end<br>30 10<br>product?<br>30 11<br>30 12<br>30 13<br>30 14 | **Salon, Martin 01-29-2020**<br>Q.   Okay.  So you want to do features and<br>benefits of the product.<br>Is it important when you are marketing a<br>product or when you are marketing directly to the<br>users -- and who were the end users of this<br>A.   Soldiers.<br>Q.   Soldiers, right.<br>Is it important to shoot straight with the<br>soldiers, tell them the truth? | Re: [30:13-30:14]<br>Def Objection - Vague (611,<br>403); Foundation (602) | Re: [30:13-30:14]<br>Def Objection -<br>Vague (611,<br>403);<br>Foundation<br>(602)<br>**OVERRULED** | Re: [27:1-31:17]<br>Baker MIL 1 | **OVERRULED** |
| **30:17 - 30:18**<br>30 17<br>30 18 | **Salon, Martin 01-29-2020**<br>A.   I think all advertising should shoot<br>straight. | Re: [30:17-30:18]<br>Def Objection - Vague (611,<br>403); Foundation (602) | Re: [30:16-30:18]<br>Def Objection -<br>Vague (611, | Re: [27:1-31:17]<br>Baker MIL 1 | **OVERRULED** |

| | | | |
|---|---|---|---|
| | | 403);<br>Foundation<br>(602)<br>**OVERRULED** | |
| **30:20 - 31:13    Salon, Martin 01-29-2020** | **Re: [31:11-31:13]**<br>Def Objection - Vague (611, 403) | **Re: [31:11-31:13]**<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | **Re: [27:1-31:17]**<br>Baker MIL 1 **OVERRULED** |
| 30 20      Q.   Okay.  If there are positives of a<br>30 21      product, should those positives be told to the end<br>30 22      users?<br>30 23      A.   Features, yes.<br>30 24      Q.   Okay.  What if there is some negative<br>31 1       aspects of the product, should those negative<br>aspects<br>31 2       of the product also be shared with the end users, in<br>31 3       this case the soldiers?<br>31 4       A.   In this situation I would say no.<br>31 5       Q.   Okay.  Why would you not want to share<br>31 6       some of the negative aspects?<br>31 7       A.   Because a negative to you may not be a<br>31 8       negative to me, so you create -- creating doubt by<br>31 9       throwing negatives in there that -- that may not<br>31 10      apply.<br>31 11      Q.    Well, what if it is a negative that<br>31 12      involves the efficacy of the product, should that be<br>31 13      shared with the soldiers? | | | |
| **31:16 - 31:17    Salon, Martin 01-29-2020** | **Re: [31:16-31:17]**<br>Def Objection - Vague (611, 403) | **Re: [31:16-31:17]**<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | **Re: [27:1-31:17]**<br>Baker MIL 1 **OVERRULED** |
| 31 16      A.   I didn't know there was a problem with the<br>31 17      efficacy of the product, so I would have said no. | | | |
| **34:10 - 34:14    Salon, Martin 01-29-2020** | **Re: [34:12-34:14]**<br>Def Objection - Relevance (401, 402); Vague (611, 403); Foundation (602) | **Re: [34:12-34:14]**<br>Def Objection - Relevance (401, 402); Vague (611, 403); Foundation | **Re: [34:10-34:14]**<br>Baker MIL 1 **OVERRULED** |
| 34 10      Q.   Okay.  Mr. Salon, I gave you a copy of<br>34 11      what we call "the flange report," Exhibit No. 3.<br>34 12      Did you have a chance to look at the<br>34 13      flange report?<br>34 14      A.   Yes, I did. | | | |

| | | | |
|---|---|---|---|
| | | (602)<br>**OVERRULED** | |
| **34:15 - 34:17   Salon, Martin 01-29-2020**<br>34 15   Q.   Okay.  Had you ever seen it before I<br>34 16   had --<br>34 17   A.   I had not. | | | |
| **35:14 - 35:24   Salon, Martin 01-29-2020**<br>35 14   Okay.  So, you've never seen the flange<br>35 15   report before I showed it to you, true?<br>35 16   A.   True.<br>35 17   Q.   Does it concern you that in the<br>35 18   introduction to the flange report, it says:<br>35 19   "The purpose of this report is to document<br>35 20   that the current length of the UltraFit Earplug end of<br>35 21   the Combat Arms Plug is too short for proper<br>35 22   insertion."<br>35 23   Does that concern you?<br>35 24   A.   No, because I've never heard of it. | **Re: [35:14-36:6]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602); Vague (611,<br>403); 701 | **Re: [35:14-36:6]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague<br>(611, 403); 701<br>**OVERRULED** | **Re: [35:14-36:2]**<br>Baker MIL 1 | **OVERRULED** |
| **36:1 - 36:2   Salon, Martin 01-29-2020**<br>36 1   Q.   Okay.  If a plug is too short for proper<br>36 2   insertion, that can be a problem, true? | **Re: [35:14-36:6]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602); Vague (611,<br>403); 701 | **Re: [35:14-36:6]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague<br>(611, 403); 701<br>**OVERRULED** | **Re: [35:14-36:2]**<br>Baker MIL 1 | **OVERRULED** |
| **36:5 - 36:5   Salon, Martin 01-29-2020**<br>36 5   A.   I would think not in every case. | **Re: [35:14-36:6]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602); Vague (611,<br>403); 701 | **Re: [35:14-36:6]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague | **Re: [36:5-36:5]**<br>Baker MIL 1 | **OVERRULED** |

| | | | |
|---|---|---|---|
| | | (611, 403); 701 OVERRULED | |
| **36:13 - 36:17** Salon, Martin 01-29-2020<br>36 13   Q.   Does it concern you that Mr. Kieper and<br>36 14   Mr. Berger were writing memos that mention that<br>the<br>36 15   Combat Arms Plug is too short for proper<br>insertion,<br>36 16   yet you, as the sales guy, were never let in on this<br>36 17   secret? | **Re: [36:13-36:20]**<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague (611,403); 701 | **Re: [36:13-36:20]**<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague (611,403); 701 OVERRULED<br>**Re: [36:20-36:20]**<br>Def Objection - Foundation (602) OVERRULED | **Re: [36:13-36:17]**<br>Baker MIL 1 | **OVERRULED** |
| **36:20 - 36:20** Salon, Martin 01-29-2020<br>36 20   A.   No. | **Re: [36:13-36:20]**<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague (611,403); 701<br>**Re: [36:20-36:20]**<br>Def Objection - Foundation (602) | **Re: [36:13-36:20]**<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague (611,403); 701 OVERRULED<br>**Re: [36:20-36:20]**<br>Def Objection - Foundation (602) OVERRULED | **Re: [36:20-36:20]**<br>Baker MIL 1 | **OVERRULED** |
| **37:21 - 37:22** Salon, Martin 01-29-2020<br>37 21   My question was:  If you had been shared<br>37 22   this information, would you have told the troops? | **Re: [37:21-37:24]**<br>Plt Objection - 403 (waste of | **Re: [37:21-37:24]**<br>Plt Objection - | **Re: [37:21-37:24]**<br>cumulative | **OVERRULED** |

| | | | |
|---|---|---|---|
| | time), non-responsive, outside scope of "clarification" | 403 (waste of time), non-responsive, outside scope of "clarification" **OVERRULED** | |
| 37:23 - 37:24<br>37 23<br>37 24 | **Salon, Martin 01-29-2020**<br>A.   And I didn't deal directly with the troops. | **Re: [37:21-37:24]**<br>Plt Objection - 403 (waste of time), non-responsive, outside scope of "clarification" | Re: [37:21-37:24]<br>Plt Objection - 403 (waste of time), non-responsive, outside scope of "clarification" **OVERRULED** | **Re: [37:21-37:24]**<br>cumulative | **OVERRULED** |
| 38:13 - 38:16<br>38 13<br>38 14<br>for<br>38 15<br>38 16 | **Salon, Martin 01-29-2020**<br>A.   The information I got from E-A-RCAL, Elliott Berger, I had tremendous amount of respect for Elliott, if he felt this was necessary information, I believe he would have shared it with me. | **Re: [38:13-38:16]**<br>Plt Objection - incomplete designation (question not included), non-responsive (answer is not responsive to question that was left off counter designations), speculation, outside scope of "clarification" | Re: [38:13-38:16]<br>Plt Objection - incomplete designation (question not included), non-responsive (answer is not responsive to question that was left off counter designations), speculation, outside scope of "clarification" **SUSTAINED** | **Re: [38:13-38:16]**<br>MIL 12 | **SUSTAINED** |
| 38:17 - 39:4<br>38 17<br>38 18 | **Salon, Martin 01-29-2020**<br>Q.   Okay.  Do you agree with me that this report, this flange report, is concerning? | **Re: [38:17-39:4]**<br>Def Objection - Relevance (401, 402); Prejudice (403); | Re: [38:17-39:4]<br>Def Objection - | **Re: [38:17-39:4]**<br>Baker MIL 1 | **OVERRULED** |

| | | | | | |
|---|---|---|---|---|---|
| 38 19<br>38 20<br>38 21<br>38 22<br>38 23<br>38 24<br>39 1<br>with<br>39 2<br>39 3<br>39 4 | MS. ESFANDIARIFARD:  Object to form.<br>BY THE WITNESS:<br>A.   Again, I think if it was concerning<br>enough, Elliott would have passed it along.<br>BY MR. MONSOUR:<br>Q.   Okay.  Can you think of any reason why<br>Mr. Berger would have not shared this information<br><br>you?<br>A.   I can't comment on what he was thinking<br>or... | Foundation (602); Vague (611, 403); 701 | Relevance (401, 402); Prejudice (403); Foundation (602); Vague (611, 403); 701<br>**OVERRULED** | | |
| 39:5 - 39:17<br>39 5<br>39 6<br>guys<br>39 7<br>39 8<br>insertion?<br>39 9<br>39 10<br>39 11<br>39 12<br>39 13<br>39 14<br>39 15<br>39 16<br>39 17 | **Salon, Martin 01-29-2020**<br>Q.   Are you bothered by the fact that you sold<br>a plug to our soldiers and a couple of the main<br><br>that test the plug came to the conclusion that the<br>Combat Arms Plug was too short for proper<br><br>Does that concern you?<br>MS. ESFANDIARIFARD:  Object to form.<br>BY THE WITNESS:<br>A.   From my standpoint of wearing the product,<br>it was effective when I used it.<br>BY MR. MONSOUR:<br>Q.   So you did use it?<br>A.   I used it.  Every product I've ever sold I<br>tried to use. | | | **Re: [39:5-39:17]**<br>Nonresponsive, 402, MIL 18<br>**Re: [39:5-39:17]**<br>Beyond scope of counter | **SUSTAINED** |
| 40:6 - 40:24<br>40 6<br>40 7<br>too<br>40 8<br>40 9<br>40 10<br>40 11<br>40 12<br>40 13<br>40 14<br>40 15 | **Salon, Martin 01-29-2020**<br>The flange report that I've shown you<br>says, and I'll quote:  "The Combat Arms Plug is<br><br>short for proper insertion," correct?<br>A.   Yes, that's what it states.<br>Q.   And this report was written in July<br>of 2000, correct?<br>A.   Correct.<br>Q.   And we've looked at your CV and from 2004<br>to 2006 you were involved in directly selling this<br>product to our soldiers, true? | | | **Re: [40:6-40:12]**<br>(403), MIL 15, Baker MIL 1<br>**Re: [40:17-40:24]**<br>(403), MIL 15, Baker MIL 2 | **OVERRULED** |

| | | | | | |
|---|---|---|---|---|---|
| 40 16 | A.   True. | | | | |
| 40 17 | Q.   And when you were selling this product to | | | | |
| 40 18 | our soldiers, you did not know that there was an | | | | |
| 40 19 Combat | internal Aearo Company memo that said:  The | | | | |
| 40 20 correct? | Arms Plug is too short for proper insertion, | | | | |
| 40 21 | A.   Correct. | | | | |
| 40 22 | Q.   And you sold a significant number of these | | | | |
| 40 23 | plugs to our soldiers, true? | | | | |
| 40 24 | A.   True. | | | | |
| **41:1 - 41:2** | **Salon, Martin 01-29-2020** | Re: [41:1-41:16] | Re: [41:1-41:16] | Re: [41:1-41:16] | **OVERRULED** |
| 41 1 | Q.   If you had known this information, would | Def Objection - Relevance | Def Objection - Relevance | Baker MIL 1 | |
| 41 2 | you have changed up anything you did? | (401, 402); Prejudice (403); | (401, 402); | | |
| | | Foundation (602); Vague; | Prejudice | | |
| | | Misstates; Argumentative (611, | (403); | | |
| | | 403); 701 | Foundation | | |
| | | | (602); Vague; | | |
| | | | Misstates; | | |
| | | | Argumentative | | |
| | | | (611, 403); 701 | | |
| | | | **OVERRULED** | | |
| **41:4 - 41:5** | **Salon, Martin 01-29-2020** | Re: [41:1-41:16] | Re: [41:1-41:16] | Re: [41:1-41:16] | **OVERRULED** |
| 41 4 | BY THE WITNESS: | Def Objection - Relevance | Def Objection - | Baker MIL 1 | |
| 41 5 | A.   I would say no. | (401, 402); Prejudice (403); | Relevance | | |
| | | Foundation (602); Vague; | (401, 402); | | |
| | | Misstates; Argumentative (611, | Prejudice | | |
| | | 403); 701 | (403); | | |
| | | | Foundation | | |
| | | | (602); Vague; | | |
| | | | Misstates; | | |
| | | | Argumentative | | |
| | | | (611, 403); 701 | | |
| | | | **OVERRULED** | | |
| **41:6 - 41:8** | **Salon, Martin 01-29-2020** | Re: [41:1-41:16] | Re: [41:1-41:16] | Re: [41:1-41:16] | **OVERRULED** |
| 41 6 | BY MR. MONSOUR: | Def Objection - Relevance | | Baker MIL 1 | |

| 41 7<br>41 8<br>product? | Q.   Just -- you'd just keep selling it even<br>though you knew there was an issue with the | (401, 402); Prejudice (403);<br>Foundation (602); Vague;<br>Misstates; Argumentative (611,<br>403); 701 | Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>OVERRULED | | |
|---|---|---|---|---|---|
| **41:10 - 41:22   Salon, Martin 01-29-2020**<br>41 10   BY THE WITNESS:<br>41 11   A.   Again, some issues come up with a couple<br>41 12   of people, there is no earplug that fits everybody,<br>so<br>41 13   I didn't have -- I -- literally all of the time I said<br>41 14   I had any involvement with the Combat Arms, I<br>never<br>41 15   had anyone complain about the product, so I<br>assumed it<br>41 16   was a good product.<br>41 17   BY MR. MONSOUR:<br>41 18   Q.   But now --<br>41 19   A.   I still do.<br>41 20   Q.   But -- that was your assumption, and I've<br>41 21   shown you something that indicates that your<br>41 22   assumption might be incorrect, true? | | **Re: [41:1-41:16]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602); Vague;<br>Misstates; Argumentative (611,<br>403); 701<br>**Re: [41:18-42:11]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602); Vague;<br>Misstates; Argumentative (611,<br>403); 701 | **Re: [41:1-41:16]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>**OVERRULED**<br>**Re: [41:18-42:11]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>**OVERRULED** | **Re: [41:1-41:16]**<br>Baker MIL 1<br>**Re: [41:18-42:11]**<br>Baker MIL 2 | **OVERRULED** |
| **42:1 - 42:8   Salon, Martin 01-29-2020**<br>42 1   A.   It might. | | **Re: [41:18-42:11]**<br>Def Objection - Relevance | **Re: [41:18-42:11]** | **Re: [41:18-42:11]**<br>Baker MIL 2 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 42 2<br>42 3<br>42 4 and<br>42 5 Combat<br>42 6<br>42 7 you<br>42 8 | BY MR. MONSOUR:<br>Q.   Okay.  So knowing that your assumption<br>might be incorrect and knowing that Mr. Kieper<br><br>Mr. Berger signed off on a report that said the<br><br>Arms Plug is too short for proper insertion, if you<br>had to go back in time, would you change anything<br><br>did? | (401, 402); Prejudice (403);<br>Foundation (602); Vague;<br>Misstates; Argumentative (611,<br>403); 701 | Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>**OVERRULED** | | |
| **42:10 - 42:11   Salon, Martin 01-29-2020**<br>42 10<br>42 11 | BY THE WITNESS:<br>A.   I don't believe so. | **Re: [41:18-42:11]**<br>**Def Objection - Relevance**<br>**(401, 402); Prejudice (403);**<br>**Foundation (602); Vague;**<br>**Misstates; Argumentative (611,**<br>**403); 701** | Re: [41:18-<br>42:11]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>**OVERRULED** | **Re: [41:18-42:11]**<br>**Baker MIL 2** | **OVERRULED** |
| **42:13 - 42:19   Salon, Martin 01-29-2020**<br>42 13<br>42 14 directly<br>42 15<br>42 16<br>42 17<br>42 18<br>42 19 | Q.   Okay.  Would you have still implemented<br>Operation Cobra to try and sell this product<br><br>to our brave soldiers?<br>A.   Again, I don't recall this document.<br>Q.   Okay.<br>A.   So it's hard for me to comment what I --<br>what I would have or would not have changed. | **Re: [42:13-42:19]**<br>**Plt Objection - 403 (cumulative**<br>**of 27:11-15, waste of time),**<br>**non-responsive, outside scope**<br>**of "clarification"** | Re: [42:13-<br>42:19]<br>Plt Objection -<br>403<br>(cumulative of<br>27:11-15, waste<br>of time), non-<br>responsive,<br>outside scope<br>of<br>"clarification"<br>**OVERRULED** | | |
| **43:1 - 43:2   Salon, Martin 01-29-2020**<br>43 1<br>43 2 | Q.   Are you embarrassed by the fact that you<br>wrote Operation Cobra? | | | | |

| | | | | |
|---|---|---|---|---|
| **43:5 - 43:22** | **Salon, Martin 01-29-2020** | | | |
| 43 5 | A.   No.  And I -- I guess I'd like to make a | | | |
| 43 6 | comment. | | | |
| 43 7 | BY MR. MONSOUR: | | | |
| 43 8 | Q.   Sure. | | | |
| 43 9 | A.   In 2003 I had a cardiac arrest. | | | |
| 43 10 | Q.   Okay. | | | |
| 43 11 | A.   I was in an induced coma for over a week. | | | |
| 43 12 | Q.   Okay. | | | |
| 43 13 | A.   They had to defibrillate me. | | | |
| 43 14 | Q.   Okay. | | | |
| 43 15 | A.   I truly lost some memory from that. | | | |
| 43 16 | Q.   Okay. | | | |
| 43 17 | A.   So it was about this same time period. | | | |
| 43 18 period. | My -- my memory is not great from that time | | | |
| 43 19 | Q.   Okay. | | | |
| 43 20 | A.   And I'm -- I'm giving you the best I have | | | |
| 43 21 that | that I can remember, and that -- that bothers me | | | |
| 43 22 | that happened, but it did. | | | |
| **49:8 - 49:16** | **Salon, Martin 01-29-2020** | | | Re: [49:8-49:16] | **OVERRULED** |
| 49 8 | Q.   It says it was difficult for the | | | (602),(403),Baker MIL 1, | |
| 49 9 what | experimenter -- do you know Ron -- do you know | | | Argumentative, Mistates, | |
| 49 10 | Ron Kieper did every day? | | | Calles for Speculation | |
| 49 11 | A.   I do not. | | | | |
| 49 12 | Q.   Ron Kieper stuck earplugs in people's ears | | | | |
| 49 13 | every day, and testing people, that's his job. | | | | |
| 49 14 | If a guy like Ron Kieper can't stick one | | | | |
| 49 15 that's | of these things properly into somebody's ears, | | | | |
| 49 16 | a problem, wouldn't you agree? | | | | |
| **49:19 - 50:3** | **Salon, Martin 01-29-2020** | | | Re: [49:19-50:3] | **OVERRULED** |
| 49 19 | A.   It definitely -- it could definitely be a | | | (602),(403),Baker MIL 1, | |
| 49 20 | problem. | | | Argumentative, Mistates, | |
| 49 21 | BY MR. MONSOUR: | | | Calles for Speculation | |
| 49 22 | Q.   Okay.  So if a guy that sticks earplugs | | | | |
| 49 23 | into people's ears for a living can't stick these into | | | | |

| | | | | |
|---|---|---|---|---|
| 49 24   people's ear canals, that's a problem, right?<br>50 1     A.   It's not a good situation.<br>50 2     Q.   Should the fact that it's not a good<br>50 3     situation, should that be shared with the troops? | | | | |
| **50:6 - 50:6   Salon, Martin 01-29-2020**<br>50 6     A.   I don't believe so. | | | **Re: [50:6-50:6]**<br>**(602),(403),Baker MIL 1,**<br>**Argumentative, Mistates,**<br>**Calles for Speculation** | **OVERRULED** |
| **53:7 - 53:8   Salon, Martin 01-29-2020**<br>53 7     Q.   Is it okay for Aearo/3M to conceal this<br>53 8     information from the government or to the<br>government? | **Re: [53:7-53:15]**<br>**Def Objection - Relevance**<br>**(401, 402); Prejudice (403);**<br>**Foundation (602); Vague;**<br>**Misstates; Argumentative (611,**<br>**403); 701** | Re: [53:7-<br>53:15]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>**OVERRULED** | **Re: [52:24-55:4]**<br>**Baker MIL 1**<br>**Re: [53:7-55:4]**<br>**Baker MIL 1** | **OVERRULED** |
| **53:11 - 53:19   Salon, Martin 01-29-2020**<br>53 11    A.   I suppose it is, if the product is working<br>53 12    in -- in most cases.<br>53 13    BY MR. MONSOUR:<br>53 14    Q.   So you --<br>53 15    A.   Nothing is perfect.<br>53 16    Q.   So you think it is okay to conceal the<br>53 17    information that says the Combat Arms Plug is too<br>53 18    short for proper insertion, you think that's okay to<br>53 19    conceal that from the government? | **Re: [53:7-53:15]**<br>**Def Objection - Relevance**<br>**(401, 402); Prejudice (403);**<br>**Foundation (602); Vague;**<br>**Misstates; Argumentative (611,**<br>**403); 701**<br>**Re: [53:16-54:10]**<br>**Def Objection - Relevance**<br>**(401, 402); Prejudice (403);**<br>**Foundation (602); Vague;**<br>**Misstates; Argumentative (611,**<br>**403); 701** | Re: [53:7-<br>53:15]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602); Vague;<br>Misstates;<br>Argumentative<br>(611, 403); 701<br>**OVERRULED**<br>Re: [53:16-<br>54:10]<br>Def Objection -<br>Relevance<br>(401, 402); | **Re: [52:24-55:4]**<br>**Baker MIL 1**<br>**Re: [53:7-55:4]**<br>**Baker MIL 1** | **OVERRULED** |

| | | | |
|---|---|---|---|
| | | Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 **OVERRULED** | |
| **53:22 - 53:22   Salon, Martin 01-29-2020**<br>53 22      A.   Yes. | Re: [53:16-54:10]<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | Re: [53:16-54:10]<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 **OVERRULED** | Re: [52:24-55:4]<br>Baker MIL 1<br>Re: [53:7-55:4]<br>Baker MIL 1 |
| | | | **OVERRULED** |
| **53:24 - 54:2   Salon, Martin 01-29-2020**<br>53 24      Q.   Okay.  You understand that by concealing<br>54 1      this information from the government, that has a<br>54 2      negative effect on our soldiers, true? | Re: [53:16-54:10]<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | Re: [53:16-54:10]<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 **OVERRULED** | Re: [52:24-55:4]<br>Baker MIL 1<br>Re: [53:7-55:4]<br>Baker MIL 1 |
| | | | **OVERRULED** |
| **54:5 - 55:1   Salon, Martin 01-29-2020**<br>54 5      A.   Possibly.<br>54 6      BY MR. MONSOUR:<br>54 7      Q.   Okay.  Is that okay, to sell a product and<br>54 8      conceal information where it will have a negative | Re: [53:16-54:10]<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Vague; | Re: [53:16-54:10]<br>Def Objection - Relevance (401, 402); | Re: [52:24-55:4]<br>Baker MIL 1<br>Re: [53:7-55:4]<br>Baker MIL 1 |
| | | | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 54 9 effect on our soldiers?<br>54 10   A. Yes.<br>54 11   Q. Okay. Do you agree with me that our<br>54 12 soldiers, they are pretty heroic people, don't you<br>54 13 agree with that?<br>54 14   A. Absolutely.<br>54 15   Q. They have an incredibly dangerous job and<br>54 16 I think they would all tell you that they are<br>54 17 underpaid.<br>54 18 Do you agree with that?<br>54 19   A. I'm not sure about the underpaid part, but<br>54 20 I believe -- I'm guessing that would be a fair<br>54 21 statement.<br>54 22   Q. Okay. So for people that are as heroic as<br>54 23 our soldiers are and put their lives on the line to<br>54 24 benefit the United States, should -- should they be<br>55 1 given the full truth about the products that they<br>use? | Misstates; Argumentative (611, 403); 701<br>**Re: [54:11-55:4]**<br>Def Objection - 3M MIL No. 9; Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701<br>**OVERRULED**<br>**Re: [54:11-55:4]**<br>Def Objection - 3M MIL No. 9; Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701<br>**SUSTAINED** | | |
| **55:3 - 55:4**   Salon, Martin 01-29-2020<br>55 3   BY THE WITNESS:<br>55 4   A. Not necessarily. | **Re: [54:11-55:4]**<br>Def Objection - 3M MIL No. 9; Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | **Re: [54:11-55:4]**<br>Def Objection - 3M MIL No. 9; Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701<br>**SUSTAINED** | **Re: [52:24-55:4]**<br>Baker MIL 1<br>**Re: [53:7-55:4]**<br>Baker MIL 1 | **OVERRULED** |
| **56:19 - 57:4**   Salon, Martin 01-29-2020<br>56 19   Q. Okay. And Operation Cobra, if you look at<br>56 20 it, was basically designed to help sell the Combat | | | | |

| | | | | |
|---|---|---|---|---|
| 56 21 | Arms Version 2, right? | | | |
| 56 22 | A.   Correct. | | | |
| 56 23 | Q.   And it involved directly marketing this | | | |
| 56 24 | product to our soldiers, right? | | | |
| 57 1 | A.   Correct. | | | |
| 57 2 | Q.   Not just to their superiors, but to the | | | |
| 57 3 | soldiers themselves? | | | |
| 57 4 | A.   Correct. | | | |
| **59:12 - 59:19** | **Salon, Martin 01-29-2020** | | | |
| 59 12 | Q.   Who was the head of sales for the CAE v2? | | | |
| 59 13 | A.   Well, ultimately it was Gary Warren. | | | |
| 59 14 | Q.   Okay.  Did -- was he your boss? | | | |
| 59 15 | A.   Yes. | | | |
| 59 16 | Q.   Okay.  But you were -- what was your title | | | |
| 59 17 | from 2004 to 2006?  You were a vice president of the | | | |
| 59 18 | company, correct? | | | |
| 59 19 | A.   Yes. | | | |
| **64:12 - 64:15** | **Salon, Martin 01-29-2020** | | | |
| 64 12 | One of the things that Aearo/3M was doing | | | |
| 64 13 | is marketing directly to the troops, like in the Stars | | | |
| 64 14 | and Stripes newspaper, they were running ads, correct? | | | |
| 64 15 | A.   Correct. | | | |
| **65:8 - 66:4** | **Salon, Martin 01-29-2020** | | | Re: [65:8-66:4] 402, 403, confusing, ultimate issue, 602 foundation; Beyond scope of counter | **SUSTAINED** |
| 65 8 | Q.   How -- how should -- how should | | | |
| 65 9 | information on how to properly use the product be | | | |
| 65 10 | distributed to the end users? | | | |
| 65 11 | MS. ESFANDIARIFARD:  Object to foundation. | | | Re: [65:20-65:21] 402, 403, confusing, ultimate issue, 602 foundation | |
| 65 12 | BY THE WITNESS: | | | |
| 65 13 | A.   Military management should be tasked with | | | |
| 65 14 | teaching people how to use the product correctly. | | | |
| 65 15 | BY MR. MONSOUR: | | | |
| 65 16 | Q.   What about non-military users of the | | | |
| 65 17 | product? | | | |
| 65 18 | MS. ESFANDIARIFARD:  Object to foundation. | | | |
| 65 19 | BY THE WITNESS: | | | |
| 65 20 | A.   Again, it is the employer's job to train | | | |
| 65 21 | employees how to use the product. | | | |

| | | | | |
|---|---|---|---|---|
| 65 22   BY MR. MONSOUR:<br>65 23   Q.   Well, I mean, some of these products were<br>65 24   sold in retail stores in the United States, true?<br>66 1   A.   Um-hum.  Not under the name Combat Arms<br>66 2   though.<br>66 3   Q.   But it was the same plug though, right?<br>66 4   A.   Um-hum. | | | | |
| **71:4 - 72:2   Salon, Martin 01-29-2020**<br>71 4   Q.   Okay.  Did you have any role in -- in the<br>71 5   ads in soldier publications?<br>71 6   A.   No, I did not.<br>71 7   Q.   Okay.  And you understand the reason I'm<br>71 8   asking is because you were involved in Operation<br>Cobra<br>71 9   which was doing some of the same things?<br>71 10   A.   Correct.<br>71 11   Q.   Right?<br>71 12   A.   Right.<br>71 13   Q.   So you did not have a role in this part of<br>71 14   providing, I guess, educational tips on how to use<br>the<br>71 15   product?<br>71 16   A.   That's correct.<br>71 17   Q.   Okay.  Did you have any role in working<br>71 18   with the instructions that should be packaged with<br>71 19   each pair of the product?<br>71 20   A.   I had no role in that.<br>71 21   Q.   Did you have any role with any PR with<br>71 22   regard to this aspect?<br>71 23   A.   I had no role.<br>71 24   Q.   Did you have any role with the -- possibly<br>72 1   some online training content?<br>72 2   A.   I had no -- no role in that. | | | **Re: [71:4-72:2]**<br>Beyond scope of counter | **OVERRULED** |
| **76:16 - 76:22   Salon, Martin 01-29-2020**<br>76 16   Q.   Okay.  Do you -- in the flange report that<br>76 17   I showed you, it's mentioned that he folded back<br>the<br>76 18   flanges and stuck them in.<br>76 19   Do you do that when you put yours in? | **Re: [76:16-76:22]**<br>Def Objection - Foundation<br>(602); Prejudice (403);<br>Relevance (401, 402); Vague<br>(611, 403) | **Re: [76:16-<br>77:16]**<br>Def Objection -<br>Foundation<br>(602);<br>Prejudice | | |

| | | | | |
|---|---|---|---|---|
| 76 20<br>76 21<br>76 22 | A.  I've never heard of that.<br>Q.  You've never heard of that, okay.<br>A.  I've never heard of that. | | (403);<br>Relevance<br>(401, 402);<br>Vague (611,<br>403)<br>**OVERRULED** | |
| 77:7 - 77:12<br>77 7<br>77 8<br>77 9<br>77 10<br>77 11<br>77 12 | **Salon, Martin 01-29-2020**<br>Q.  Okay.  On the sales pieces, did you ever<br>include anything in there about rolling back the<br>flanges?<br>A.  Not to my knowledge.<br>Q.  If it was important, would you have done<br>that? | Re: [77:7-77:16]<br>Def Objection - Foundation<br>(602); Prejudice (403);<br>Relevance (401, 402); Vague<br>(611, 403) | Re: [76:16-<br>77:16]<br>Def Objection -<br>Foundation<br>(602);<br>Prejudice<br>(403);<br>Relevance<br>(401, 402);<br>Vague (611,<br>403)<br>**OVERRULED** | Re: [77:7-77:16]<br>Baker MIL 1 | **OVERRULED** |
| 77:15 - 77:16<br>77 15<br>77 16 | **Salon, Martin 01-29-2020**<br>A.  If it was an everyone-should-do-it kind of<br>thing, I would think that would be important. | Re: [77:7-77:16]<br>Def Objection - Foundation<br>(602); Prejudice (403);<br>Relevance (401, 402); Vague<br>(611, 403) | Re: [76:16-<br>77:16]<br>Def Objection -<br>Foundation<br>(602);<br>Prejudice<br>(403);<br>Relevance<br>(401, 402);<br>Vague (611,<br>403)<br>**OVERRULED** | Re: [77:7-77:16]<br>Baker MIL 1 | **OVERRULED** |
| 77:24 - 78:1<br>77 24<br>mark as<br>78 1 | **Salon, Martin 01-29-2020**<br>MR. MONSOUR:  Let me hand you what I'll<br><br>Exhibit 5. | | | | |
| 78:11 - 79:14<br>78 11<br>78 12<br>78 13<br>you | **Salon, Martin 01-29-2020**<br>Q.  And this is an e-mail from July of 2005.<br>It's talking about -- if -- if you look at the e-mail,<br>it is basically talking about Operation Cobra, if | Re: [78:11-79:14]<br>Def Objection - Relevance<br>(401, 402); Foundation (602) | Re: [78:11-<br>79:14]<br>Def Objection -<br>Relevance<br>(401, 402); | | |

| | | | | |
|---|---|---|---|---|
| 78 14 | look at it. | | Foundation (602) **OVERRULED** | |
| 78 15 | A.   Okay. | | | |
| 78 16 | Q.   Do you see that? | | | |
| 78 17 | A.   I do. | | | |
| 78 18 | Q.   It is talking about direct mail, trade | | | |
| 78 19 | publications, all of that kind of stuff? | | | |
| 78 20 | A.   Right. | | | |
| 78 21 | Q.   And it mentions the trade publications | | | |
| 78 22 | where the ad is going to be, and if you look, if you | | | |
| 78 23 | flip over two pages, it says that the ad is attached, | | | |
| 78 24 the | and if you flip over two pages, there is a copy of | | | |
| 79 1 | ad there. | | | |
| 79 2 | Do you see it? | | | |
| 79 3 | A.   Yep. | | | |
| 79 4 | Q.   Do you remember that ad? | | | |
| 79 5 | A.   I do not. | | | |
| 79 6 | Q.   Okay.  This is, though, based upon the | | | |
| 79 7 | e-mail, this is the ad that was going to be run in | | | |
| 79 8 | Stars and Stripes and those other trade publications | | | |
| 79 9 | that were aimed at the soldiers, correct? | | | |
| 79 10 | A.   Yes, I believe so. | | | |
| 79 11 | Q.   Okay.  It notes at the top, it says, | | | |
| 79 12 | Combat Arms Earplug and it says, "Hear Clearly," | | | |
| 79 13 | correct? | | | |
| 79 14 | A.   Correct. | | | |
| **80:6 - 80:17** | **Salon, Martin 01-29-2020** | Re: [80:6-80:17] | Re: [80:6-80:17] | |
| 80 6 | Q.   And there is a picture of a soldier | Def Objection - Relevance (401, 402); Prejudice (403) | Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** | |
| 80 7 the | wearing a helmet and he has the earplugs in and | | | |
| 80 8 | yellow side is in, correct? | | | |
| 80 9 | A.   Correct. | | | |
| 80 10 | Q.   And -- and when I say the yellow side is | | | |
| 80 11 | in, that means the green side is kind of facing out? | | | |
| 80 12 | A.   Okay. | | | |
| 80 13 | Q.   Correct? | | | |
| 80 14 | A.   Correct. | | | |
| 80 15 | Q.   The flanges on the green side are not | | | |

| | | | | |
|---|---|---|---|---|
| 80 16 | folded back, correct? | | | |
| 80 17 | A.   Correct. | | | |
| **80:18 - 81:16**   **Salon, Martin 01-29-2020** | | | | |
| 80 18 | Q.   What was the purpose of the yellow end of | | | |
| 80 19 | the earplugs? | | | |
| 80 20 | MS. ESFANDIARIFARD:  Object to foundation. | | | |
| 80 21 | BY THE WITNESS: | | | |
| 80 22 | A.   When the yellow -- the yellow end is | | | |
| 80 23 | inserted? | | | |
| 80 24 | BY MR. MONSOUR: | | | |
| 81 1 | Q.   Yes. | | | |
| 81 2 | A.   It allowed to -- you to hear localized | | | |
| 81 3 | sounds. | | | |
| 81 4 | Q.   Okay.  And then what's the purpose of the | | | |
| 81 5 | green end? | | | |
| 81 6 | A.   To provide noise reduction rating. | | | |
| 81 7 | Q.   Okay.  The advertisement also goes down | | | |
| 81 8 | and it shows, there is a website, | | | |
| 81 9 | www.combatarmsearplugs.com at the bottom. | | | |
| 81 10 | Do you see that? | | | |
| 81 11 | A.   I do. | | | |
| 81 12 | Q.   Did you have any role in creating the | | | |
| 81 13 | website? | | | |
| 81 14 | A.   No, I did not. | | | |
| 81 15 | Q.   Okay.  Did you ever look at the website? | | | |
| 81 16 | A.   Not that I recall. | | | |
| **94:8 - 95:1**   **Salon, Martin 01-29-2020** | | | **Re: [94:8-95:1]** | **SUSTAINED** |
| 94 8 | Q.   If -- if you were the decision maker, | | **Beyond scope of counter** | |
| 94 9 | would you say, Hey, let's -- let's work on this, | | | |
| 94 10 | let's -- let's give better instructions? | | | |
| 94 11 | A.   I wasn't the decision maker. | | | |
| 94 12 | Q.   If you were, though? | | | |
| 94 13 | MS. ESFANDIARIFARD:  Object to form. | | | |
| 94 14 | BY THE WITNESS: | | | |
| 94 15 | A.   But I wasn't. | | | |
| 94 16 | BY MR. MONSOUR: | | | |
| 94 17 | Q.   Okay.  Who would have been the decision | | | |
| 94 18 | maker? | | | |
| 94 19 | A.   On proper instructions? | | | |

| | | | | |
|---|---|---|---|---|
| 94 20    Q.   Uh-huh.  Yes.<br>94 21    MS. ESFANDIARIFARD:  Object to foundation.<br>94 22    MR. MONSOUR:  I just did it.<br>94 23    BY THE WITNESS:<br>94 24    A.  I would think that would be -- and, again,<br>95 1     I don't know who would have been responsible. | | | | |
| **95:3 - 95:3   Salon, Martin 01-29-2020**<br>95 3    Q.   Who was in charge of this product? | | | **Re: [95:2-95:9]**<br>**FRE 602**<br>**Re: [95:3-95:3]**<br>This is just a question w/o answer. The question was objected to and counsel asked a new question. | **SUSTAINED** |
| **95:6 - 95:6   Salon, Martin 01-29-2020**<br>95 6    Q.   Who was the -- the main person? | | | **Re: [95:2-95:9]**<br>**FRE 602** | **OVERRULED** |
| **95:9 - 95:9   Salon, Martin 01-29-2020**<br>95 9    A.   Brian Myers was the product manager. | | | **Re: [95:2-95:9]**<br>**FRE 602** | **OVERRULED** |
| **98:21 - 98:24   Salon, Martin 01-29-2020**<br>98 21    Q.   So if you keep hearing that the end users<br>98 22    aren't -- aren't able to put them in properly, then<br>98 23    that means they are not getting much benefit from the<br>98 24    plugs, right? | | | **Re: [98:21-99:6]**<br>Beyond scope of counter | **SUSTAINED** |
| **99:4 - 99:6   Salon, Martin 01-29-2020**<br>99 4    A.   Well, you said you keep hearing that it's<br>99 5    not working well.  As I said earlier, I never heard<br>99 6    that. | | | **Re: [98:21-99:6]**<br>Beyond scope of counter<br>**Re: [99:4-99:18]**<br>Misstates; incomplete designation; 403 | **SUSTAINED** |

# Tuten, Vickie 12-23-2020

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **10:14 - 10:18   Tuten, Vickie 12-23-2020** | | | | |
| 10 14      Q.    Good morning. | | | | |
| 10 15      A.    Good morning. | | | | |
| 10 16      Q.    Would you please state your | | | | |
| 10 17      full name for the record? | | | | |
| 10 18      A.    Vickie Tuten. | | | | |
| **12:16 - 12:18   Tuten, Vickie 12-23-2020** | | | | |
| 12 16      Q.    Now, you have been retained to | | | | |
| 12 17      be a paid consultant by 3M; is that right? | | | | |
| 12 18      A.    That's correct. | | | | |
| **19:7 - 19:11   Tuten, Vickie 12-23-2020** | | | | |
| 19 7      Q.    We've marked as Exhibit 1 a | | | | |
| 19 8      copy of your expert report.  You have a copy | | | | |
| 19 9      of that with you today? | | | | |
| 19 10      A.    I do.  That's the only thing I | | | | |
| 19 11      do have with me is a copy of my report. | | | | |
| **32:13 - 32:15   Tuten, Vickie 12-23-2020** | | | | |
| 32 13      Were you asked to look at 3M's | | | | |
| 32 14      conduct related to the Combat Arms version 2 | | | | |
| 32 15      earplug? | | | | |
| **32:18 - 33:6   Tuten, Vickie 12-23-2020** | | | | |
| 32 18      A.    No, I was not asked to do that. | | | | |
| 32 19      BY MR. CARTMELL: | | | | |
| 32 20      Q.    Then I take it you haven't done | | | | |
| 32 21      that; is that fair? | | | | |
| 32 22      A.    Again, I'm -- I'm sorry, I did | | | | |
| 32 23      not understand you. | | | | |
| 32 24      Q.    I take it you have not done | | | | |
| 32 25      that; is that right? | | | | |
| 33 1      A.    I've not offered any opinions | | | | |
| 33 2      on the design or 3M's -- on 3M in that | | | | |
| 33 3      regard, no. | | | | |
| 33 4      Q.    Have you done any research to | | | | |
| 33 5      look into 3M's conduct related to the Combat | | | | |
| 33 6      Arms version 2 earplug? | | | | |

| | | | | |
|---|---|---|---|---|
| **33:9 - 33:13   Tuten, Vickie 12-23-2020** | | | | |
| 33 9      A.    Actually, I have not. | | | | |
| 33 10     BY MR. CARTMELL: | | | | |
| 33 11     Q.    Have you done any research or | | | | |
| 33 12     looked into whether 3M withheld safety | | | | |
| 33 13     information from the military? | | | | |
| **33:16 - 33:19   Tuten, Vickie 12-23-2020** | | | | |
| 33 16     A.    No. | | | | |
| 33 17     BY MR. CARTMELL: | | | | |
| 33 18     Q.    Were you asked to do that? | | | | |
| 33 19     A.    No. | | | | |
| **54:3 - 54:24   Tuten, Vickie 12-23-2020** | | | | |
| 54 3      Q.    Now, Dr. Tuten, would you agree | | | | |
| 54 4      with me that when you're giving expert | | | | |
| 54 5      opinions in a lawsuit like this, that you | | | | |
| 54 6      want to try to be as accurate as possible? | | | | |
| 54 7      A.    I'm not sure I exactly | | | | |
| 54 8      understand what you mean by accurate as | | | | |
| 54 9      possible. | | | | |
| 54 10     Q.    Well, you understand what | | | | |
| 54 11     accurate means? | | | | |
| 54 12     A.    I do.  My report is based | | | | |
| 54 13     largely on my experiences, my personal | | | | |
| 54 14     experiences, and that's what my opinion was | | | | |
| 54 15     on, my experiences. | | | | |
| 54 16     Q.    And I'm just saying in general, | | | | |
| 54 17     when you set out to give opinions as a paid | | | | |
| 54 18     consultant on behalf of 3M, did you set out | | | | |
| 54 19     with the goal of trying to be as accurate as | | | | |
| 54 20     possible? | | | | |
| 54 21     A.    Yes. | | | | |
| 54 22     Q.    Okay.  And that's important, | | | | |
| 54 23     isn't it, for an expert witness? | | | | |
| 54 24     A.    Yes. | | | | |
| **189:11 - 190:5   Tuten, Vickie 12-23-2020** | **Re: [189:11-190:5]** | **Re: [189:11-190:5]** | | |
| 189 11    Q.    Okay.  So back in, let's say, | Plt Objection - Improper counter | Plt Objection - Improper Counter | | |
| 189 12    November of 2005, tell us where you were and | | | | |
| 189 13    what you were doing during that period of | | | | |
| 189 14    your career? | | | | |

| | | | | |
|---|---|---|---|---|
| 189 15    A.    Did you say November 2005?<br>189 16    Q.    Yes.<br>189 17    A.    Okay.  I would have just<br>189 18    arrived at Fort Bragg in July of that year.<br>189 19    Q.    Okay.  And you talked a lot<br>189 20    about in your report the training that the<br>189 21    Army would provide related to hearing<br>189 22    protective devices, instructions that would<br>189 23    be provided by the Army and fitting and<br>189 24    things like that.<br>189 25    But it's true, isn't it, also<br>190 1    that, for example, with respect to the CAEv2<br>190 2    product there would also be times when 3M<br>190 3    would actually pitch in and provide training<br>190 4    materials or information related to the<br>190 5    instructions for use for that product? | | Designation per<br>PTO 64<br>**SUSTAINED** | | |
| **190:8 - 190:16   Tuten, Vickie 12-23-2020**<br>190 8    A.    I wasn't at that time aware<br>190 9    that 3M was involved in producing all of the<br>190 10    materials.  I'm sure that they had input into<br>190 11    what was being passed down, and often, if I<br>190 12    was at a conference, I might grab one of<br>190 13    their brochures.<br>190 14    But for the most part we<br>190 15    assumed much of it was socialized through our<br>190 16    Public Health Command. | **Re: [190:8-190:16]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | **Re: [190:8-190:16]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [190:8-190:16]**<br>hearsay; 602, foundation | **SUSTAINED** |
| **192:2 - 192:10   Tuten, Vickie 12-23-2020**<br>192 2    Q.    Okay.  And so when, you know,<br>192 3    the manufacturer of the earplug sells that<br>192 4    earplug to the military, would you agree with<br>192 5    me that in your experience over time, the<br>192 6    military would listen to the manufacturer or<br>192 7    would take materials from the manufacturer<br>192 8    and at least consider them related to things<br>192 9    like fitting and instructions and things like<br>192 10    that? | **Re: [192:2-192:10]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64; nonresponsive | **Re: [192:2-192:10]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64;<br>nonresponsive<br>**SUSTAINED** | | |
| **192:13 - 193:6   Tuten, Vickie 12-23-2020**<br>192 13    A.    Well, I can speak to my<br>192 14    experience with a number of earplugs through | **Re: [192:13-193:6]**<br>Plt Objection - Improper | **Re: [192:13-193:6]**<br>Plt Objection - | **Re: [192:13-193:6]**<br>403; MIL 16 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 192 15   my career.  I don't recall instruction being<br>192 16   given to -- you know, with the others outside<br>192 17   of what we received from the Public Health<br>192 18   Command, nothing from the manufacturer.<br>192 19   But what was unique about this<br>192 20   was it was new technology, just brand-new<br>192 21   technology to the military, the fact that we<br>192 22   had a dual-function earplug.  So from that<br>192 23   respect, instruction on, you know, what<br>192 24   was -- when was it appropriate to use the<br>192 25   open and closed mode.  So from that respect<br>193 1    it was probably the first time I saw<br>193 2    instruction to that level.<br>193 3    I never really, with our<br>193 4    triple-flange or any foamies or any of that,<br>193 5    ever had instructions coming from the<br>193 6    manufacturer. | Counter Designation per PTO 64; nonresponsive | Improper Counter Designation per PTO 64; nonresponsive **SUSTAINED** | | |
| **193:8 - 193:17   Tuten, Vickie 12-23-2020**<br>193 8    Q.   Okay.  So that's a really good<br>193 9    point, and let me see if I understand you.<br>193 10    But it sounds like with the<br>193 11    ordinary flanged earplugs in the past, the<br>193 12    quad-flange, the triple-flange and the<br>193 13    single-sided events, you don't recall hearing<br>193 14    much from the manufacturers or receiving much<br>193 15    information or data or instructions from the<br>193 16    manufacturers related to those ordinary<br>193 17    flanged products, correct? | Re: [193:8-193:17]<br>Plt Objection - Improper counter | Re: [193:8-193:17]<br>Plt Objection - Improper Counter Designation per PTO 64; 402 **SUSTAINED** | | |
| **193:20 - 194:14   Tuten, Vickie 12-23-2020**<br>193 20    A.   Correct, but I would clarify,<br>193 21    from my perspective as an end user.  I don't<br>193 22    know what decision makers were provided.<br>193 23    BY MR. CARTMELL:<br>193 24    Q.   Okay.<br>193 25    A.   But as an end user, no.<br>194 1    Q.   Okay.  And I'm just asking you<br>194 2    about what you know.  I don't want you to<br>194 3    speculate about others.<br>194 4    And so in your position and | Re: [193:20-194:14]<br>Plt Objection - Improper Counter Designation per PTO 64; 402; calls for speculation | Re: [193:20-194:14]<br>Plt Objection - Improper Counter Designation per PTO 64; 402; calls for speculation **SUSTAINED** | | |

| | | | | |
|---|---|---|---|---|
| 194 5     based on your experience, once this new<br>194 6     earplug that was unique, different, novel in<br>194 7     the sense that it was the first time the<br>194 8     military had had this dual-ended technology,<br>194 9     is it fair to say that based on your<br>194 10    experience, the military was looking more to<br>194 11    the manufacturer, 3M, or its predecessor,<br>194 12    Aearo, for information, at least at first,<br>194 13    about this new technology?  Was that your<br>194 14    experience? | | | | |
| **194:17 - 195:2   Tuten, Vickie 12-23-2020**<br>194 17    A.    Again, going back to what I<br>194 18    said previously.  In terms of, you know, open<br>194 19    and closed mode, yeah, that kind of thing.<br>194 20    But how to properly insert, I don't know that<br>194 21    we were looking for that.  I had, you know,<br>194 22    been fitting preformed, curved -- or quad --<br>194 23    curved-flange earplugs prior to introduction<br>194 24    to the Combat Arms earplug, so I wasn't -- I<br>194 25    really wouldn't have sought out that<br>195 1     information, and I don't remember receiving<br>195 2     it. | **Re: [194:17-195:2]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64; 402; calls for speculation** | **Re: [194:17-195:2]**<br>Plt Objection - Improper Counter Designation per PTO 64; 402; calls for speculation<br>**SUSTAINED** | **Re: [194:17-195:2]**<br>403 cumulative | **SUSTAINED** |
| **214:10 - 214:18   Tuten, Vickie 12-23-2020**<br>214 10    Q.    And you mentioned that in your<br>214 11    report, but there were medics who were<br>214 12    embedded with these troops even at<br>214 13    Fort Bragg, correct?<br>214 14    A.    Correct.<br>214 15    Q.    And you say here, a medic who<br>214 16    might demonstrate and explain insertion or<br>214 17    the how-to.  Those were medics that were<br>214 18    actually trained to do that, correct? | | | **Re: [214:10-214:18]**<br>Improper counter; foundation | **SUSTAINED** |
| **214:21 - 215:21   Tuten, Vickie 12-23-2020**<br>214 21    A.    Well, I need to qualify that.<br>214 22    Not necessarily every medic was trained to do<br>214 23    that, no.<br>214 24    BY MR. CARTMELL:<br>214 25    Q.    Well, I understand that, but,<br>215 1     you know, did you have information and data | | | **Re: [214:21-215:21]**<br>Improper counter; MIL 1; MIL 2; MIL 16; 602, foundation; | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 215 2    about which ones were and which ones were not | | | | |
| 215 3    trained to properly insert an earplug like | | | | |
| 215 4    the Combat Arms version 2? | | | | |
| 215 5    A.    Again, because I was looking at | | | | |
| 215 6    this, it might have been a medic that was | | | | |
| 215 7    working with me who was actually part of my | | | | |
| 215 8    staff.  It might have been one that I trained | | | | |
| 215 9    where they went through three or four days of | | | | |
| 215 10    training with me and were certified as an | | | | |
| 215 11    occupational hearing conservationist. | | | | |
| 215 12    But as for medics who had that | | | | |
| 215 13    kind of information outside of that, there | | | | |
| 215 14    would have been very few that had that | | | | |
| 215 15    training. | | | | |
| 215 16    BY MR. CARTMELL: | | | | |
| 215 17    Q.    Your testimony is that there | | | | |
| 215 18    were very few medics who had the necessary | | | | |
| 215 19    training to teach soldiers how to insert an | | | | |
| 215 20    earplug?  Is that your testimony? | | | | |
| 215 21    A.    That's my testimony. | | | | |
| **299:20 - 300:22   Tuten, Vickie 12-23-2020** | Re: [299:9-300:22] Plt Objection - Improper Counter Designation per PTO 64 | Re: [299:9-300:22] Plt Objection - Improper Counter Designation per PTO 64 **OVERRULED** | Re: [299:20-300:22] nonresponsive; hearsay; MIL 1; MIL 16 ("our," "we") | **SUSTAINED** |
| 299 20    Q.    Okay. | | | | |
| 299 21    A.    We didn't do much mass fitting | | | | |
| 299 22    of Combat Arms version 2 earplugs because I | | | | |
| 299 23    never had them available to me for mass | | | | |
| 299 24    fittings or large groups, so it would have | | | | |
| 299 25    been normally one-on-one with me, and when I | | | | |
| 300 1    trained my technicians in an occupational | | | | |
| 300 2    hearing conservationist course, they would | | | | |
| 300 3    learn how to do it so that they could also | | | | |
| 300 4    provide those instructions and guidance if | | | | |
| 300 5    they ever had the opportunity to fit them. | | | | |
| 300 6    More of our emphasis at that | | | | |
| 300 7    time was with other types of earplugs because | | | | |
| 300 8    that was what we typically would fit at the | | | | |
| 300 9    time of a hearing test. | | | | |
| 300 10    Q.    Would you more typically fit | | | | |
| 300 11    earplugs that had different sizes? | | | | |
| 300 12    A.    We more typically fit -- no, | | | | |

| | | | | |
|---|---|---|---|---|
| 300 13 | not necessarily.  The quad-flange became a | | | |
| 300 14 | very popular earplug starting at my time at | | | |
| 300 15 | Fort Hood, and I would say it replaced in | | | |
| 300 16 | popularity the earplug -- the triple-flange | | | |
| 300 17 | earplugs, but it again was a one size fits | | | |
| 300 18 | most, so we had to fit the outliers with | | | |
| 300 19 | either a small or large triple-flange or | | | |
| 300 20 | another manufacturer, like -- like I used to | | | |
| 300 21 | order a lot of fusion-style earplugs.  So -- | | | |
| 300 22 | so not necessarily. | | | |

**301:4 - 301:8   Tuten, Vickie 12-23-2020**

| | |
|---|---|
| 301 4 | Let me ask you first:  Is your |
| 301 5 | testimony that there needed to be a fitting |
| 301 6 | of the Combat Arms version 2 earplugs at all |
| 301 7 | times before it was first used by the |
| 301 8 | soldiers? |

**301:11 - 302:13   Tuten, Vickie 12-23-2020**

| | |
|---|---|
| 301 11 | A.    My testimony would be that |
| 301 12 | there should be a fitting of any preformed |
| 301 13 | earplug. |
| 301 14 | BY MR. CARTMELL: |
| 301 15 | Q.    Okay. |
| 301 16 | A.    At any time. |
| 301 17 | Q.    So let me follow that up. |
| 301 18 | Okay. |
| 301 19 | So you said, first of all, |
| 301 20 | there should be a look in the ear, an |
| 301 21 | acoustic examination.  Is that what you said? |
| 301 22 | A.    An otoscopic. |
| 301 23 | Q.    An otoscopic.  Is that -- |
| 301 24 | A.    Using an otoscope. |
| 301 25 | Q.    So your testimony is that |
| 302 1 | before any soldier ever uses the Combat Arms |
| 302 2 | version 2 earplug, there needed to be |
| 302 3 | somebody with an otoscope looking in the |
| 302 4 | soldier's ear? |
| 302 5 | A.    That would be a best practice. |
| 302 6 | Q.    Okay.  I'm not asking -- |
| 302 7 | A.    That would be my rules if they |

302 8     worked with me.
302 9     Q.   Well, I'm asking about what was
302 10    required -- I understand you may have done --
302 11    A.   There's no requirement to do an
302 12    otoscopic examination by OSHA in their reg or
302 13    in the DoD that I'm aware of.  I have to

303:23 - 306:25   Tuten, Vickie 12-23-2020

303 23    Q.   Okay.  So after -- let's go
303 24    back.
303 25    The required fitting starts
304 1     with what?  What is the first thing that the
304 2     fitter does?
304 3     A.   The first thing the fitter does
304 4     is hand an earplug to the individual after
304 5     examining the ear.  Even if you don't do an
304 6     otoscopic exam, you should, you know, look at
304 7     the ear and see --
304 8     Q.   Okay.  Let me stop you there.
304 9     A look in the ear to make sure there's not
304 10    some deformation or something that would
304 11    prevent improper insertion; is that fair?
304 12    A.   Well, again, if you're not
304 13    doing an otoscopic exam, which is a little
304 14    more invasive, you know, just taking a glance
304 15    at the ear to see about sizing, if sizing was
304 16    an issue.
304 17    Q.   Okay.  All right.  If sizing
304 18    was an issue.  Is sizing not an issue
304 19    sometimes?
304 20    A.   Well, again, it is most of the
304 21    time, but you've got -- you've got to get a
304 22    general idea, does it look like it's sort of
304 23    a medium with -- or is it a larger, or is it
304 24    small?  And you have sized earplugs and you
304 25    go with that.
305 1     Q.   Okay.
305 2     A.   Medium, generally, is what I
305 3     do.
305 4     Q.   Okay.  But with the Combat Arms

305 5    earplugs, if you're going to fit that one,
305 6    sizing is not an issue because there's only
305 7    one.
305 8    A.    Correct.  You're going to
305 9    just -- you're going to attempt to insert and
305 10    see if you obtain an adequate seal.
305 11    Q.    Okay.  So let's start with the
305 12    Combat Arms version 2, you sort of -- it's
305 13    not your fault but you keep kind of veering
305 14    off into other earplugs.  I'm not asking
305 15    about other earplugs.
305 16    A.    Okay.
305 17    Q.    The Combat Arms version 2
305 18    earplugs, the required fitting starts with
305 19    you as the fitter handing the earplug to the
305 20    actual soldier; is that correct?
305 21    A.    Correct.
305 22    Q.    Does the soldier actually put
305 23    the earplug in the ear?
305 24    A.    They do, with my instruction.
305 25    I again instruct them to reach around and
306 1    pull back the ear and insert it and repeat it
306 2    for the other side.  Yeah.
306 3    Q.    Okay.  And you, the fitter,
306 4    instruct like you just said, which is reach
306 5    over the ear, pull back on the -- did you
306 6    call it the pinna?
306 7    A.    Pinna.
306 8    Q.    Pinna.
306 9    And then you, the fitter, watch
306 10    them put it in their ear, correct?
306 11    A.    Correct.
306 12    Q.    And then you, the fitter, do
306 13    what?
306 14    A.    I would -- personally, I always
306 15    did a tug test myself.  I would go up and
306 16    actually do a gentle tug on the ear.
306 17    Q.    Is that a required mandate for
306 18    the fitting of Combat Arms?

| | | | | |
|---|---|---|---|---|
| 306 19   A.  No, it's not a required | | | | |
| 306 20   mandate. | | | | |
| 306 21   Q.  Okay.  So we're talking about | | | | |
| 306 22   requirements.  So what would the fitter do | | | | |
| 306 23   that's required after the soldier puts the | | | | |
| 306 24   earplug in their ear, each ear? | | | | |
| 306 25   A.  I don't know that I was ever | | | | |

**307:1 - 307:18   Tuten, Vickie 12-23-2020**

| | | | Re: [307:1-307:18] | OVERRULED |
|---|---|---|---|---|
| 307 1   told what was required to do a Combat Arms | | | Improper counter; incomplete designation | |
| 307 2   earplug.  I had experience with preformed | | | | |
| 307 3   earplugs, and preformed earplugs, I -- there | | | | |
| 307 4   was no difference in the way that I | | | | |
| 307 5   instructed with the Combat Arms earplug.  It | | | | |
| 307 6   was the same.  You inserted -- | | | | |
| 307 7   Q.  Okay.  So is the fitting -- | | | | |
| 307 8   does the fitter then look to see if the | | | | |
| 307 9   earplug is inserted appropriately? | | | | |
| 307 10   A.  I've never been -- I've never | | | | |
| 307 11   been a fitter that used observation, visual | | | | |
| 307 12   look, as my guide.  It's not -- it's not a | | | | |
| 307 13   good method to use. | | | | |
| 307 14   Q.  Okay. | | | | |
| 307 15   A.  Just -- not -- especially not | | | | |
| 307 16   with a curved-flanged earplug. | | | | |
| 307 17   Q.  Like the Combat Arms version 2? | | | | |
| 307 18   A.  Exactly. | | | | |

**307:21 - 308:3   Tuten, Vickie 12-23-2020**

| | | | | |
|---|---|---|---|---|
| 307 21   What you're saying is that even | | | | |
| 307 22   if a medically trained fitter looks at the | | | | |
| 307 23   insertion of the earplug and tries to | | | | |
| 307 24   determine whether or not it's a good fit or | | | | |
| 307 25   seal, it's not a good method because you | | | | |
| 308 1   cannot guarantee that you'll be able to see | | | | |
| 308 2   whether or not there is a good seal or | | | | |
| 308 3   whether there's a leak; is that fair? | | | | |

**308:6 - 308:21   Tuten, Vickie 12-23-2020**

| | | | | |
|---|---|---|---|---|
| 308 6   A.  That's exactly correct. | | | | |
| 308 7   BY MR. CARTMELL: | | | | |
| 308 8   Q.  Okay.  And so then you | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 308 9 | instruct -- the fitter then instructs the | | | | |
| 308 10 | soldier on -- I think you said, first of all, | | | | |
| 308 11 | what's called a tug test; is that correct? | | | | |
| 308 12 | A.    That's correct. | | | | |
| 308 13 | Q.    And the fitter sees, makes sure | | | | |
| 308 14 | that the soldier does the tug test; is that | | | | |
| 308 15 | correct? | | | | |
| 308 16 | A.    That's correct. | | | | |
| 308 17 | Q.    And then the second thing the | | | | |
| 308 18 | fitter does is some sort of acoustic test, | | | | |
| 308 19 | teaches the soldier an acoustic test, | | | | |
| 308 20 | correct? | | | | |
| 308 21 | A.    Correct. | | | | |
| **308:22 - 310:6**   Tuten, Vickie 12-23-2020 | | **Re: [308:22-310:6]** Plt Objection - Improper Counter Designation per PTO 64; 402 | **Re: [308:22-310:6]** Plt Objection - Improper Counter Designation per PTO 64; 402 **SUSTAINED** | **Re: [308:22-310:6]** 403 cumulative; MIL 1; MIL 16 | **SUSTAINED** |
| 308 22 | Q.    And you mentioned the clicker, | | | | |
| 308 23 | but I got to tell you, in all the documents | | | | |
| 308 24 | I've seen, I didn't see those clickers come | | | | |
| 308 25 | along until much later in time, 2007, '8, '9. | | | | |
| 309 1 | Is that consistent with your memory? | | | | |
| 309 2 | A.    That could be correct, but I | | | | |
| 309 3 | will tell you, an acoustic check, a typical | | | | |
| 309 4 | acoustic check was -- whether it was a Combat | | | | |
| 309 5 | Arms or any other -- any earplug, even | | | | |
| 309 6 | including formable earplugs, an acoustic | | | | |
| 309 7 | check was really to have the person say | | | | |
| 309 8 | something out loud, 1, 2, 3, count out loud | | | | |
| 309 9 | and know that their voice was centered in the | | | | |
| 309 10 | middle in their head and a little lower in | | | | |
| 309 11 | pitch.  We call it the occlusion effect.  We | | | | |
| 309 12 | wanted them to experience that. | | | | |
| 309 13 | And if it's correct in and | | | | |
| 309 14 | sealed in both ears, you should expect to | | | | |
| 309 15 | hear it somewhere in the middle of your head. | | | | |
| 309 16 | If you've got a poor seal, you would expect | | | | |
| 309 17 | your voice to kind of migrate toward the ear | | | | |
| 309 18 | with the better seal. | | | | |
| 309 19 | So it was -- it was one of | | | | |
| 309 20 | those techniques that we used to teach a | | | | |
| 309 21 | person how to know when they had a good | | | | |

| | | | | |
|---|---|---|---|---|
| 309 22 insertion -- <br> 309 23   Q.   Okay. <br> 309 24   A.   -- and a good seal on both <br> 309 25   sides. <br> 310 1   Q.   Okay.  And so after instructing <br> 310 2   on the tug test and the acoustics and <br> 310 3   watching the soldier do those tests, is the <br> 310 4   fitting of the Combat Arms version 2, the <br> 310 5   fitting that is required, is it done at that <br> 310 6   point? | | | | |
| **310:9 - 310:18   Tuten, Vickie 12-23-2020** <br> 310 9   A.   Well, the only other <br> 310 10   instruction I know that I would provide, and <br> 310 11   this was true of, again, the Combat Arms <br> 310 12   earplug or any preformed earplug, was the <br> 310 13   fact that they tend sometimes to become <br> 310 14   displaced as people talk and chew, and so you <br> 310 15   need to be aware if the seal gets broken that <br> 310 16   you are just reaching up and re -- just doing <br> 310 17   another push in to make sure you've got that <br> 310 18   seal and do a quick tug testing. | **Re: [310:9-310:18]** <br> Plt Objection - Improper <br> Counter Designation per PTO <br> 64 | **Re: [310:9-310:18]** <br> Plt Objection - <br> Improper <br> Counter <br> Designation per <br> PTO 64 <br> **SUSTAINED** | **Re: [310:9-310:22]** <br> MIL 1, MIL 16 | **SUSTAINED** |
| **310:20 - 310:22   Tuten, Vickie 12-23-2020** <br> 310 20   Q.   Okay. <br> 310 21   A.   So that kind of instruction <br> 310 22   went along pretty much with most preformed. | | | **Re: [310:9-310:22]** <br> MIL 1, MIL 16 | **SUSTAINED** |
| **313:18 - 314:14   Tuten, Vickie 12-23-2020** <br> 313 18   Q.   Is the tug test required or is <br> 313 19   it just a best practice? <br> 313 20   A.   Again, it's something that <br> 313 21   audiologists developed over the years.  I <br> 313 22   don't recall that -- that it's -- that it's <br> 313 23   actually in the regulation to do that as a <br> 313 24   self-check, no. <br> 313 25   Q.   Okay.  All right.  And is the <br> 314 1   acoustic check just a best practice or is it <br> 314 2   required? <br> 314 3   A.   Again, I think it's just, <br> 314 4   again, a best practice, doing self-checks, <br> 314 5   teaching -- | **Re: [314:6-314:10]** <br> Def Objection - 401 | **Re: [314:6-314:10]** <br> Def Objection - <br> 401 <br> **OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| 314 6<br>314 7<br>314 8<br>314 9<br>314 10<br>314 11<br>314 12<br>314 13<br>314 14 | Q.   Okay.  Now, what you just<br>described as the fitting, okay, we have<br>sorted out what was just a best practice and<br>what would be required by the regs, and you<br>included instructions in that.<br>    Are there any additional<br>instructions you think need to be given for<br>the Combat Arms version 2 earplugs other than<br>reach over your head and pull back the pinna? | | | |
| **314:17 - 315:1   Tuten, Vickie 12-23-2020** | | | | |
| 314 17<br>314 18<br>314 19<br>314 20<br>314 21<br>314 22<br>314 23<br>314 24<br>314 25<br>315 1 | A.   I never gave any additional<br>instructions unless you're going to refer to<br>maintaining and keeping them clean.  I gave<br>those instructions as well before they left.<br>    BY MR. CARTMELL:<br>    Q.   But that's just a best<br>practice; that's not required, correct?<br>    A.   Again, call it best practice.<br>It wasn't required, but it was routinely<br>done. | | | |
| **317:20 - 317:23   Tuten, Vickie 12-23-2020** | | | **Re: [317:20-318:17]**<br>Improper counter; 403 waste<br>of time | **SUSTAINED** |
| 317 20<br>317 21<br>317 22<br>317 23 | Q.   How many Combat Arms version 2<br>earplugs did you fit and instruct on during<br>your career?  Only version 2.<br>    A.   Oh. | | | |
| **318:1 - 318:4   Tuten, Vickie 12-23-2020** | | | **Re: [317:20-318:17]**<br>Improper counter; 403 waste<br>of time | **SUSTAINED** |
| 318 1<br>318 2<br>318 3<br>318 4 | A.   As soon as the other versions<br>came out I probably wasn't fitting them at<br>all, so I would say take that 40 times 12 and<br>reduce it to years probably up to 2006-ish. | | | |
| **318:6 - 318:17   Tuten, Vickie 12-23-2020** | | | **Re: [317:20-318:17]**<br>Improper counter; 403 waste<br>of time | **SUSTAINED** |
| 318 6<br>318 7<br>318 8<br>318 9<br>318 10<br>318 11<br>318 12<br>318 13 | Q.   So 2003 to 2006, for three<br>years you could take 480 times three, and<br>that's probably the number of Combat Arms<br>earplugs; is that correct?<br>    A.   I would yes, that -- again,<br>that's a guesstimate.<br>    Q.   Okay.  That's, according to my<br>math, 1440 Combat Arms version 2 plugs where | | | |

| | | | | |
|---|---|---|---|---|
| 318 14    you did the actual fitting of it and you did<br>318 15    the actual instructing of it to the soldier,<br>318 16    fair?<br>318 17         A.    Fair. | | | | |
| **329:17 - 330:11    Tuten, Vickie 12-23-2020**<br>329 17         Q.    Okay.  Now, before the break<br>329 18    you described for us what would be a proper<br>329 19    fitting and proper instructions given to<br>329 20    soldiers per the regulations as it relates to<br>329 21    the Combat Arms version 2 earplug, correct?<br>329 22         A.    I don't know if it was per<br>329 23    regulation, but I was giving you based on my<br>329 24    experience in actually doing the fitting.<br>329 25    I'm not sure that the regulation goes to the<br>330 1    extent of telling us to pull back the ear and<br>330 2    that.  I don't know that the regulations<br>330 3    actually provide that information.<br>330 4         Q.    Okay.  So -- but you were, I<br>330 5    guess, then talking about, you know, what you<br>330 6    believe, I guess, according to your<br>330 7    experience, would be a proper instruction<br>330 8    that needed to be given to soldiers related<br>330 9    to the Combat Arms version 2 prior to them<br>330 10    wearing them, correct?<br>330 11         A.    Correct. | **Re: [329:17-330:11]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64** | **Re: [329:17-**<br>**330:11]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [329:17-330:11]**<br>MIL 1, MIL 2, MIL 16; 403 | **SUSTAINED** |
| **330:25 - 331:15    Tuten, Vickie 12-23-2020**<br>330 25         Q.    Okay.  And what about<br>331 1    required -- there is regulations about a<br>331 2    proper fitting, correct?<br>331 3         A.    There is regulations about the<br>331 4    fitting being done by qualified personnel.<br>331 5         Q.    Right.  And we talked about<br>331 6    that and what the regulation requires,<br>331 7    correct?<br>331 8         A.    Correct.  Medically --<br>331 9    medically trained personnel.<br>331 10         Q.    Right.  So the bottom line is,<br>331 11    I guess, is that if a soldier got the fitting<br>331 12    that you described and got instructions on | **Re: [330:25-331:15]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64** | **Re: [330:25-**<br>**331:15]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [330:25-331:15]**<br>MIL 1, MIL 2, MIL 16; 403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 331 13 | how to use the Combat Arms version 2 earplugs | | | |
| 331 14 | before first using them, then the military | | | |
| 331 15 | did its job.  Fair enough? | | | |
| **331:18 - 332:14   Tuten, Vickie 12-23-2020** | | **Re: [331:18-332:14]** Plt Objection - Improper Counter Designation per PTO 64 | **Re: [331:18-332:14]** Plt Objection - Improper Counter Designation per PTO 64 **SUSTAINED** | **Re: [331:18-332:14]** MIL 1, MIL 2, MIL 16; 403 | **SUSTAINED** |
| 331 18 | A.   I don't know that I'd agree | | | |
| 331 19 | with that statement. | | | |
| 331 20 | BY MR. CARTMELL: | | | |
| 331 21 | Q.   Why not? | | | |
| 331 22 | A.   Because learning how to fit and | | | |
| 331 23 | properly insert an earplug is just one step | | | |
| 331 24 | in the process.  The individual has to wear | | | |
| 331 25 | the earplug, and the fact that it's being | | | |
| 332 1 | worn has to be enforced by leadership. | | | |
| 332 2 | So it's not as simple as just | | | |
| 332 3 | handing somebody an earplug with | | | |
| 332 4 | instructions.  If it were that simple, life | | | |
| 332 5 | would be a lot easier and my job would have | | | |
| 332 6 | been a lot easier, but that was not the case. | | | |
| 332 7 | Q.   Well, look, I understand what | | | |
| 332 8 | you're saying with respect to the soldier has | | | |
| 332 9 | to wear the earplug, right, and I think you | | | |
| 332 10 | mentioned that in your report. | | | |
| 332 11 | First and foremost, the | | | |
| 332 12 | responsibility to wear the earplug falls with | | | |
| 332 13 | the soldier, correct? | | | |
| 332 14 | A.   Correct. | | | |
| **332:25 - 333:12   Tuten, Vickie 12-23-2020** | | | | |
| 332 25 | Q.   Okay.  And so -- but I want to | | | |
| 333 1 | talk about just, you know, assuming that a | | | |
| 333 2 | soldier wore the earplugs, you know, in | | | |
| 333 3 | combat or when -- when there was, you know, | | | |
| 333 4 | an environment that required it, if the | | | |
| 333 5 | soldier was provided the fitting before first | | | |
| 333 6 | wearing the Combat Arms version 2 that you | | | |
| 333 7 | described and got the instruction that you | | | |
| 333 8 | described of putting your head over your -- | | | |
| 333 9 | or your arm over your head and pulling back | | | |
| 333 10 | the pinna, as long as the soldier had | | | |

| | | | | |
|---|---|---|---|---|
| 333 11    received that before wearing them, would you | | | | |
| 333 12    agree with me that the military did its job? | | | | |
| **333:15 - 333:20   Tuten, Vickie 12-23-2020** | | | | |
| 333 15    A.   Again, I would -- I would agree | | | | |
| 333 16    that we had done the -- we had done the job | | | | |
| 333 17    of providing them the information they needed | | | | |
| 333 18    in order to -- yes, I would say that we had | | | | |
| 333 19    done the job of providing them that | | | | |
| 333 20    information. | | | | |
| **333:22 - 333:24   Tuten, Vickie 12-23-2020** | | | | |
| 333 22    Q.   Okay. | | | | |
| 333 23    A.   Again, I go back to | | | | |
| 333 24    enforcement's a big part of this. | | | | |
| **334:1 - 334:15   Tuten, Vickie 12-23-2020** | | | | |
| 334 1    So the bottom line, I guess, | | | | |
| 334 2    also is this:  Do you know how many tens of | | | | |
| 334 3    thousands of soldiers in the military that | | | | |
| 334 4    wore the Combat Arms version 2 got the proper | | | | |
| 334 5    instruction and training and fitting with the | | | | |
| 334 6    Combat Arms version 2? | | | | |
| 334 7    A.   I could not even begin to | | | | |
| 334 8    speculate or estimate that. | | | | |
| 334 9    Q.   I mean, it could be a million | | | | |
| 334 10    for all you know, correct? | | | | |
| 334 11    A.   It could be. | | | | |
| 334 12    Q.   It could be a half a million, | | | | |
| 334 13    correct? | | | | |
| 334 14    A.   Right.  I can't -- I can't even | | | | |
| 334 15    speculate on the numbers. | | | | |
| **342:13 - 342:20   Tuten, Vickie 12-23-2020** | **Re: [342:13-343:8]** **Plt Objection - Improper** **Counter Designation per PTO 64** | **Re: [342:13-343:8]** Plt Objection - Improper Counter Designation per PTO 64 **OVERRULED** | **Re: [342:13-343:8]** 403; 802; MIL 16 | **SUSTAINED** |
| 342 13    So, I mean, there's a lot of | | | | |
| 342 14    variables that would affect a fitting. | | | | |
| 342 15    Q.   Okay.  You said at page 17 of | | | | |
| 342 16    your report, quote:  My experience when | | | | |
| 342 17    asking a soldier to insert any plug without | | | | |
| 342 18    my instruction was they, quote, often did not | | | | |
| 342 19    insert deeply enough to seal. | | | | |
| 342 20    Do you recall that? | | | | |

| | | | | |
|---|---|---|---|---|
| **342:24 - 342:24   Tuten, Vickie 12-23-2020**<br>342 24        A.    Yes. | **Re: [342:13-343:8]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64** | Re: [342:13-343:8]<br>Plt Objection - Improper<br>Counter<br>Designation per<br>PTO 64<br>**OVERRULED** | **Re: [342:13-343:8]**<br>403; 802; MIL 16 | **OVERRULED** |
| **343:5 - 343:8     Tuten, Vickie 12-23-2020**<br>343 5        Q.    Okay.  When you made that<br>343 6        statement, were you talking only about the<br>343 7        Combat Arms version 2 or all earplugs?<br>343 8        A.    All earplugs. | **Re: [342:13-343:8]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64** | Re: [342:13-343:8]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**OVERRULED** | **Re: [342:13-343:8]**<br>403; 802; MIL 16 | **OVERRULED** |
| **345:5 - 345:10    Tuten, Vickie 12-23-2020**<br>345 5        Q.    And as you've said previously,<br>345 6        by just visually looking in their ear, you<br>345 7        don't know specifically with the Combat Arms<br>345 8        version 2 whether or not there is a good<br>345 9        seal, just by the visual inspection, correct?<br>345 10        A.    That's correct. | | | | |
| **345:13 - 345:15   Tuten, Vickie 12-23-2020**<br>345 13        A.    That is correct with the CAEv2<br>345 14        and any preformed or foam earplug, actually,<br>345 15        formable earplug, yes. | **Re: [345:13-345:15]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64; nonresponsive** | Re: [345:13-345:15]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64;<br>nonresponsive<br>**OVERRULED** | **Re: [345:13-345:15]**<br>602, foundation,<br>nonresponsive | **SUSTAINED.**<br>**No question.** |
| **345:17 - 346:16   Tuten, Vickie 12-23-2020**<br>345 17        Q.    Okay.  And we've talked a<br>345 18        little bit about this, but fit testing,<br>345 19        basically like a REAT test, is the only way<br>345 20        to really know that, correct?<br>345 21        A.    Fit testing is where you<br>345 22        actually have the earplugs in and you put | **Re: [345:17-346:11]**<br>**Plt Objection - Improper**<br>**counter** | Re: [345:17-346:16]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per | **Re: [346:12-346:16]**<br>Improper counter;  MIL 1,<br>MIL 16; 403, 802 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 345 23 | some specialized headphones on them and test | | PTO 64 | |
| 345 24 | the attenuation. | | **SUSTAINED** | |
| 345 25 | That was not a common practice | | | |
| 346 1 | at all during those years that that was being | | | |
| 346 2 | done, and I don't think it could have been | | | |
| 346 3 | done on a nonlinear earplug anyway, fit | | | |
| 346 4 | testing of that nature. | | | |
| 346 5 | What I'm referring to is fit | | | |
| 346 6 | testing that I've described up to this point | | | |
| 346 7 | is really more teaching of self-checks.  Fit | | | |
| 346 8 | testing is actually like respirator fit | | | |
| 346 9 | testing where you're getting a personal | | | |
| 346 10 | attenuation rating of that particular earplug | | | |
| 346 11 | inserted on a particular individual. | | | |
| 346 12 | Q.    Right.  And that was, of | | | |
| 346 13 | course, not required by -- | | | |
| 346 14 | A.    It was not required.  It still | | | |
| 346 15 | is not.  It's recommended as a best practice, | | | |
| 346 16 | but not required. | | | |
| **347:1 - 347:8**   **Tuten, Vickie 12-23-2020** | | | | |
| 347 1 | Q.    And one of the things that you | | | |
| 347 2 | wanted to ensure, I take it, as somebody who | | | |
| 347 3 | was in charge of hearing conservation | | | |
| 347 4 | programs, is that you tried to ensure that | | | |
| 347 5 | you would have safe and effective hearing | | | |
| 347 6 | protection in order to have a successful | | | |
| 347 7 | program; is that fair? | | | |
| 347 8 | A.    That's fair. | | | |
| **347:12 - 347:16**   **Tuten, Vickie 12-23-2020** | | | | |
| 347 12 | Q.    Okay.  And one of the sources | | | |
| 347 13 | of trying to get information about whether or | | | |
| 347 14 | not the hearing protection device is safe was | | | |
| 347 15 | from the manufacturers who manufactured the | | | |
| 347 16 | product, fair? | | | |
| **347:20 - 347:21**   **Tuten, Vickie 12-23-2020** | | | | |
| 347 20 | A.    Fair, at least in the area of | | | |
| 347 21 | attenuation it provided us that, yes. | | | |

| | | | | |
|---|---|---|---|---|
| **347:23 - 348:2   Tuten, Vickie 12-23-2020**<br>347 23    Q.   Right. And is it true that for<br>347 24    a successful hearing conservation program,<br>347 25    it's important to provide an earplug that's<br>348 1    able to consistently achieve a fit and a seal<br>348 2    across a wide range of ear canal sizes? | **Re: [347:23-348:6]**<br>**Plt Objection - Improper counter** | Re: [347:23-348:2]<br>Plt Objection - Improper Counter Designation per PTO 64<br>**SUSTAINED**<br>Re: [348:5-348:6]<br>Plt Objection - Improper Counter Designation per PTO 64<br>**SUSTAINED** | | |
| **348:5 - 348:6   Tuten, Vickie 12-23-2020**<br>348 5    A.   It's fair to say that that's<br>348 6    one variable, not the only variable. | **Re: [347:23-348:6]**<br>**Plt Objection - Improper counter** | Re: [347:23-348:2]<br>Plt Objection - Improper Counter Designation per PTO 64<br>**SUSTAINED**<br>Re: [348:5-348:6]<br>Plt Objection - Improper Counter Designation per PTO 64<br>**SUSTAINED** | | |
| **349:4 - 349:10   Tuten, Vickie 12-23-2020**<br>349 4    You want -- you want an earplug<br>349 5    that will give you a proper fit that includes<br>349 6    the ability of the plug to achieve a<br>349 7    consistent seal that's maintained under<br>349 8    normal conditions, knowing that there will be | | | **Re: [349:4-349:19]**<br>Improper counter; MIL 16 ("we"); MIL 1 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 349 9 | some times that it needs to be reseated. | | | |
| 349 10 | Fair? | | | |
| **349:13 - 349:19   Tuten, Vickie 12-23-2020** | | | | **Re: [349:4-349:19]** | **SUSTAINED** |
| 349 13 | A.   Okay.  I'd like to -- yes, | | | Improper counter; MIL 16 |
| 349 14 | ideally we'd like that, but there's no way to | | | ("we"); MIL 1 |
| 349 15 | know that without really doing personal | | | |
| 349 16 | attenuation ratings to know for sure that | | | |
| 349 17 | that's occurred.  You -- because you have no | | | |
| 349 18 | objective data.  It's at that point somewhat | | | |
| 349 19 | subjective. | | | |
| **354:12 - 354:17   Tuten, Vickie 12-23-2020** | | | | |
| 354 12 | Q.   Would you agree with me that in | | | |
| 354 13 | order to do your job as the head of hearing | | | |
| 354 14 | conservation programs, like you have been in | | | |
| 354 15 | the past, you need to know about safety | | | |
| 354 16 | issues with the products you are | | | |
| 354 17 | recommending? | | | |
| **354:20 - 354:20   Tuten, Vickie 12-23-2020** | | | | |
| 354 20 | A.   Yes. | | | |
| **355:1 - 355:6   Tuten, Vickie 12-23-2020** | | | | |
| 355 1 | Q.   Okay.  Do you want to know that | | | |
| 355 2 | the manufacturer has tested the device in a | | | |
| 355 3 | laboratory and determined whether it is safe | | | |
| 355 4 | and effective before deciding on whether or | | | |
| 355 5 | not to use that product in your hearing | | | |
| 355 6 | conservation program? | | | |
| **355:9 - 356:1   Tuten, Vickie 12-23-2020** | | | | |
| 355 9 | A.   I guess I've always assumed | | | |
| 355 10 | that was done.  I also know the Army does -- | | | |
| 355 11 | and all of the services do some testing on | | | |
| 355 12 | hearing protection, so I'm -- you know, other | | | |
| 355 13 | than the NRR, that's all I've known the | | | |
| 355 14 | manufacturer provides. | | | |
| 355 15 | BY MR. CARTMELL: | | | |
| 355 16 | Q.   Okay.  But you understand that | | | |
| 355 17 | the NRR comes from a test, correct? | | | |
| 355 18 | A.   Yes, correct.  I don't know how | | | |
| 355 19 | to do it, that test, but yes, I understand | | | |
| 355 20 | that. | | | |

| | | | | |
|---|---|---|---|---|
| 355 21  Q.  But you would expect, I take<br>355 22  it, you know, for you to be able to properly<br>355 23  evaluate the NRR as a component of the<br>355 24  factors you need to look at, you would expect<br>355 25  the manufacturer to do the test before<br>356 1  selling it to you, correct? | | | | |
| **356:4 - 356:4   Tuten, Vickie 12-23-2020**<br>356 4  A.  Yes. | | | | |
| **358:18 - 358:21   Tuten, Vickie 12-23-2020**<br>358 18  Q.  Do you want to know if the<br>358 19  earplug has characteristics that might make<br>358 20  it more difficult to maintain a seal as<br>358 21  compared to other ordinary flanged products? | | | | |
| **358:24 - 358:25   Tuten, Vickie 12-23-2020**<br>358 24  A.  Yes, I would say that I would<br>358 25  want to know that. | | | | |
| **359:2 - 359:4   Tuten, Vickie 12-23-2020**<br>359 2  Q.  Okay.  And if the manufacturer<br>359 3  knew that, would you expect the manufacturer<br>359 4  to tell you that? | | | **Re: [359:2-359:10]**<br>Improper counter; foundation;<br>**MIL 16** | **SUSTAINED** |
| **359:7 - 359:10   Tuten, Vickie 12-23-2020**<br>359 7  A.  The manufacturer themselves<br>359 8  tell me that?  No, I would expect that to be<br>359 9  socialized through higher levels of the Army,<br>359 10  not myself. | | | **Re: [359:2-359:10]**<br>Improper counter; foundation;<br>**MIL 16** | **SUSTAINED** |
| **361:6 - 361:10   Tuten, Vickie 12-23-2020**<br>361 6  Q.  Well, maybe it wasn't a good<br>361 7  one.<br>361 8  But you'd agree with me, if an<br>361 9  earplug is not effective, that can be<br>361 10  dangerous, right? | **Re: [361:6-361:10]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | **Re: [361:6-361:10]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [361:6-361:17]**<br>nonresponsive; 611; 403 | **SUSTAINED** |
| **361:13 - 361:17   Tuten, Vickie 12-23-2020**<br>361 13  A.  An earplug, to be effective,<br>361 14  again depends on a lot more variables than<br>361 15  just the NRR.  There's just so many variables | | | **Re: [361:6-361:17]**<br>nonresponsive; 611; 403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 361 16    that go into a properly inserted and worn<br>361 17    earplug. | | | | |
| **361:19 - 362:6    Tuten, Vickie 12-23-2020**<br>361 19    Q.    Well, let me say it this way:<br>361 20    Would you agree with me, as somebody who has<br>361 21    been in charge of the hearing conservation<br>361 22    program for the military and is involved in<br>361 23    actually choosing the technology that its<br>361 24    soldiers should wear, would you agree with me<br>361 25    that if a manufacturer of an earplug that<br>362 1    they're trying to sell to the military knows<br>362 2    that the earplug has certain design<br>362 3    characteristics that can make the earplug not<br>362 4    effective, and that's different than ordinary<br>362 5    flanged earplugs, would you agree with me<br>362 6    that they should tell the military that? | **Re: [361:19-362:6]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | **Re: [361:19-<br>362:6]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [361:19-362:6]**<br>MIL 16; 403; 611 | **SUSTAINED** |
| **362:9 - 363:3    Tuten, Vickie 12-23-2020**<br>362 9    A.    I would like to answer that.<br>362 10    Again, you said that's involved in the<br>362 11    ordering or selection. Again, that -- that<br>362 12    ordering and selection of earplugs is done --<br>362 13    was done at a level above me.<br>362 14    I was an end user, and my --<br>362 15    I'm a pragmatic person. I probably -- you<br>362 16    know, the NRR was really less important to me<br>362 17    as an end user. What was more important to<br>362 18    me was the practical application of whether<br>362 19    that person could wear an earplug and it<br>362 20    properly fit them. So I didn't give a lot of<br>362 21    credence to that kind of stuff.<br>362 22    All NRRs tend to be kind of in<br>362 23    the same ballpark in terms of numbers, so,<br>362 24    you know, two here, two there, knowing that,<br>362 25    again, the variability in insertion is so<br>363 1    variable, again, it's mischaracterizing to<br>363 2    say that I actually was involved in the<br>363 3    selection process at that point. | | | **Re: [362:9-362:21]**<br>Improper counter;<br>nonresponsive<br>**Re: [362:22-362:23]**<br>Improper counter; 602,<br>foundation<br>**Re: [362:24-363:3]**<br>Improper counter,<br>nonresponsive | **SUSTAINED** |
| **369:13 - 369:20    Tuten, Vickie 12-23-2020**<br>369 13    Q.    So let me ask you this. As far | | | | |

| | | | | |
|---|---|---|---|---|
| 369 14   as the Combat Arms version 2 earplugs, are<br>369 15   you familiar with or did you know that it was<br>369 16   advertised and labeled as having an NRR of<br>369 17   22?<br>369 18   A.   Well, I saw that on -- and to<br>369 19   my recollection, that was kind of the<br>369 20   ballpark, yes. | | | | |
| **369:21 - 369:25   Tuten, Vickie 12-23-2020**<br>369 21   Q.   Okay.  And based on your<br>369 22   expertise, how would you assume that the<br>369 23   earplug was fitted as far as, you know,<br>369 24   whether the arm was put over the ear, to get<br>369 25   that 22? | **Re: [369:21-369:25]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | Re: [369:21-<br>369:25]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [369:21-369:25]**<br>602, foundation | **SUSTAINED** |
| **370:3 - 370:8   Tuten, Vickie 12-23-2020**<br>370 3   A.   Again -- again, there's no way<br>370 4   of knowing that without doing objective PAR<br>370 5   testing that you're -- that you're achieving<br>370 6   that -- that attenuation.  In fact, again,<br>370 7   according to OSHA, it should be derated by at<br>370 8   least half. | **Re: [370:3-370:8]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | Re: [370:3-<br>370:8]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | **Re: [370:3-370:8]**<br>nonresponsive | **SUSTAINED** |
| **375:18 - 375:24   Tuten, Vickie 12-23-2020**<br>375 18   MR. CARTMELL:  Okay.  Let's<br>375 19   pull up P0389.<br>375 20   (Whereupon, Deposition Exhibit<br>375 21   Tuten-25, Kieper & Berger Flange<br>375 22   Report, 3M_MDL_000019514 -<br>375 23   3M_MDL_000019519, was marked for<br>375 24   identification.) | **Re: [375:18-375:24]**<br>Def Objection - 602 | Re: [375:18-<br>375:24]<br>Def Objection -<br>602<br>**OVERRULED** | | |
| **376:2 - 376:9   Tuten, Vickie 12-23-2020**<br>376 2   Q.   Dr. Tuten, this is a report<br>376 3   that was provided to us in this litigation<br>376 4   from the files inside 3M, and it's titled How<br>376 5   Folding the Flanges Back Affects REAT Results<br>376 6   of the UltraFit Earplug End of the Combat<br>376 7   Arms Plug. | **Re: [376:2-376:16]**<br>Def Objection - 602 | Re: [376:2-<br>376:16]<br>Def Objection -<br>602<br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| 376 8  Do you see that? | | | | |
| 376 9   A.   Yes. | | | | |
| **378:11 - 378:23   Tuten, Vickie 12-23-2020** | **Re: [378:11-379:9]** | **Re: [378:11-379:9]** | | |
| 378 11   Q.   Okay.  Well, let's look at this | Def Objection - 602 | Def Objection - 602 | | |
| 378 12   document.  And this document is dated -- | | **OVERRULED** | | |
| 378 13   let's go back to the first page.  I | | | | |
| 378 14   apologize -- July of 2000, so a little over | | | | |
| 378 15   20 years ago.  And this is from the Aearo | | | | |
| 378 16   laboratory, and as you can see, the two | | | | |
| 378 17   authors of this are R.W. Kieper and Elliott | | | | |
| 378 18   Berger. | | | | |
| 378 19   Do you see that? | | | | |
| 378 20   A.   Yes. | | | | |
| 378 21   Q.   Elliott Berger is someone you | | | | |
| 378 22   are very familiar with, correct? | | | | |
| 378 23   A.   Yes. | | | | |
| **379:21 - 380:6   Tuten, Vickie 12-23-2020** | **Re: [379:12-379:25]** | **Re: [379:12-379:25]** | | |
| 379 21   Q.   It says:  The purpose of this | Def Objection - 602 | Def Objection - 602 | | |
| 379 22   report is to document that the current length | **Re: [380:1-380:6]** | **OVERRULED** | | |
| 379 23   of the UltraFit earplug end of the Combat | Def Objection - 602 | **Re: [380:1-380:6]** | | |
| 379 24   Arms plug is too short for proper insertion. | | Def Objection - 602 | | |
| 379 25   Do you see that? | | **OVERRULED** | | |
| 380 1   A.   Okay.  I see that. | | | | |
| 380 2   Q.   Had Elliott Berger, at any of | | | | |
| 380 3   the conferences or committee meetings that | | | | |
| 380 4   you've been with him through the last | | | | |
| 380 5   20 years -- had he ever mentioned anything | | | | |
| 380 6   like that to you? | | | | |
| **380:9 - 380:25   Tuten, Vickie 12-23-2020** | | | **Re: [380:9-380:25]** | **SUSTAINED** |
| 380 9   A.   No, and we -- | | | Improper counter | **as to 380:14-25.** |
| 380 10   BY MR. CARTMELL: | | | | **Otherwise** |
| 380 11   Q.   Is it no? | | | | **OVERRULED.** |
| 380 12   A.   No, we never talked about | | | | |
| 380 13   things like this, ever. | | | | |
| 380 14   Q.   Okay.  Now, if you go down | | | | |
| 380 15   to -- let's go down to the paragraph that | | | | |
| 380 16   starts:  For test 213015.  It states:  The | | | | |
| 380 17   plugs were fit according to the standard | | | | |
| 380 18   plug's fitting instructions, with no | | | | |

| | | | | |
|---|---|---|---|---|
| 380 19 | modifications. | | | |
| 380 20 | Do you see that? | | | |
| 380 21 | A.    Yes. | | | |
| 380 22 | Q.    And I'll represent to you that | | | |
| 380 23 | that was standard fitting instructions for a | | | |
| 380 24 | flanged plug just like you have described | | | |
| 380 25 | here today, okay? | | | |
| **381:10 - 381:12    Tuten, Vickie 12-23-2020** | | **Re: [381:10-381:12]** | **Re: [381:10-381:12]** | **SUSTAINED** |
| 381 10 | Q.    Did anybody tell you or do you | Plt Objection - Improper | Plt Objection - | Re: [381:10-381:12] |
| 381 11 | know if anybody told anyone else at the | Counter Designation per PTO | Improper | Hearsay; MIL 1; MIL 16 |
| 381 12 | military about that? | 64; calls for speculation | Counter | |
| | | | Designation per | |
| | | | PTO 64; calls | |
| | | | for speculation | |
| | | | **SUSTAINED** | |
| **381:15 - 381:22    Tuten, Vickie 12-23-2020** | | **Re: [381:15-381:22]** | **Re: [381:15-381:22]** | **SUSTAINED** |
| 381 15 | A.    At some point -- at some point, | Plt Objection - Improper | Plt Objection - | Re: [381:15-381:22] |
| 381 16 | yes, this information did roll down.  I don't | Counter Designation per PTO | Improper | Hearsay; MIL 1; MIL 16; |
| 381 17 | recall exactly who it -- who heard it and | 64; calls for speculation | Counter | nonresponsive |
| 381 18 | when I heard it and that I paid a lot of | | Designation per | |
| 381 19 | attention to it, but I remember that it did | | PTO 64; calls | |
| 381 20 | roll down and people were aware of this at | | for speculation | |
| 381 21 | some point.  At what point, I don't know, | | **SUSTAINED** | |
| 381 22 | what year or what. | | | |
| **383:5 - 383:15    Tuten, Vickie 12-23-2020** | | **Re: [383:5-383:15]** | **Re: [383:5-383:15]** | **SUSTAINED** |
| 383 5 | Q.    Let me make sure we're | Plt Objection - Improper | Plt Objection - | MIL 16 ("told the military"); |
| 383 6 | communicating. | Counter Designation per PTO | Improper | foundation |
| 383 7 | Is your testimony that you | 64; calls for speculation | Counter | |
| 383 8 | think somebody from 3M told the company -- or | | Designation per | |
| 383 9 | excuse me, told the military that in their | | PTO 64; calls | |
| 383 10 | testing, they found that because the stem of | | for speculation | |
| 383 11 | the green solid end of the plug was so short | | **SUSTAINED** | |
| 383 12 | it was difficult for the experimenter to | | | |
| 383 13 | insert the plug deeply into ear canals, | | | |
| 383 14 | especially those with medium and larger | | | |
| 383 15 | canals? | | | |
| **383:18 - 384:23    Tuten, Vickie 12-23-2020** | | **Re: [383:18-384:23]** | **Re: [383:18-384:23]** | **SUSTAINED** |
| 383 18 | A.    I don't know that that was the | Plt Objection - Improper | | MIL 16; hearsay |

Tuten, Vickie 12-23-2020                                                                                                                        26

| | | | | |
|---|---|---|---|---|
| 383 19 characterization that was given.  It's just<br>383 20 that if you're having any difficulty -- and<br>383 21 again, this rolled down from probably<br>383 22 somebody in the Public Health Command, and I<br>383 23 don't know --<br>383 24 BY MR. CARTMELL:<br>383 25 Q.   Yeah, I don't want you to<br>384 1 speculate, so --<br>384 2 A.   Yeah, I don't recall that it<br>384 3 came to -- I don't recall specifically for<br>384 4 me.  I do know that in a couple conversations<br>384 5 Marty Robinette did say that, yes, he -- he<br>384 6 had the -- had been given those instructions.<br>384 7 Q.   What instructions are you<br>384 8 talking about?  I'm not -- I'm not asking<br>384 9 about instructions.<br>384 10 A.   Again, the instructions that if<br>384 11 the canal was too large, to fold back the<br>384 12 flange.<br>384 13 Q.   Okay.  This has nothing to do<br>384 14 with that.  I know that you've talked<br>384 15 about -- that you need to talk about that,<br>384 16 but I'm not there yet, okay?<br>384 17 A.   Oh.<br>384 18 Q.   I'm trying to be very precise<br>384 19 in my question, so I need you to answer my<br>384 20 question.<br>384 21 A.   Okay.  So no -- okay.<br>384 22 Q.   Okay.<br>384 23 A.   Go ahead. | Counter Designation per PTO 64; calls for speculation | Plt Objection - Improper Counter Designation per PTO 64; calls for speculation **SUSTAINED** | Re: [384:7-384:23]<br>Improper counter; 403 waste of time | |
| **385:13 - 385:15   Tuten, Vickie 12-23-2020**<br>385 13 Q.   Okay.<br>385 14 A.   I -- I don't know for sure.  I<br>385 15 just know it rolled downhill. | Re: [385:13-385:15]<br>Plt Objection - Improper Counter Designation per PTO 64; calls for speculation | Re: [385:13-385:15]<br>Plt Objection - Improper Counter Designation per PTO 64; calls for speculation **OVERRULED** | Re: [385:13-385:15]<br>403 confusing; 602, 802; MIL 16, MIL 1 | **SUSTAINED** |

| | | |
|---|---|---|
| **386:1 - 386:14   Tuten, Vickie 12-23-2020** | **Re: [386:1-386:14]**<br>Def Objection - 602; 403 | **Re: [386:1-386:14]**<br>Def Objection - 602; 403<br>**OVERRULED** |
| 386 1    Q.    It states:  Additionally, the<br>386 2    geometry of the ear canal opening sometimes<br>386 3    prevented the deep plug insertion required<br>386 4    for maximum attenuation values.<br>386 5    Do you think that was ever told<br>386 6    to you?<br>386 7    A.    No.<br>386 8    Q.    Okay.  When the solid plug was<br>386 9    fitted during the first test, 015, the basal<br>386 10    edge of the third flange of the yellow,<br>386 11    level-dependent plug sometimes pressed<br>386 12    against the subject's ear canal, opening and<br>386 13    folding up.<br>386 14    Did you see that? | | |
| **386:17 - 387:6   Tuten, Vickie 12-23-2020** | **Re: [386:17-387:6]**<br>Def Objection - 602;403 | **Re: [386:17-387:6]**<br>Def Objection - 602;403<br>**OVERRULED** |
| 386 17    A.    I see that here, but I -- I've<br>386 18    never seen that before.<br>386 19    BY MR. CARTMELL:<br>386 20    Q.    Right.  And you don't know<br>386 21    whether the military was ever told that by<br>386 22    3M, correct?<br>386 23    A.    I don't know.<br>386 24    Q.    Okay.  If, in fact, they were<br>386 25    finding that in their studies, in their<br>387 1    study, that when the solid plug was fitted,<br>387 2    the basal edge of the third flange of the<br>387 3    yellow, level-dependent plug sometimes<br>387 4    pressed against the subject's ear canal<br>387 5    opening and it folded up, would you have<br>387 6    wanted to know that from the manufacturer? | | |
| **387:13 - 388:11   Tuten, Vickie 12-23-2020** | **Re: [387:13-388:11]**<br>Def Objection - 602;403 | **Re: [387:13-388:11]**<br>Def Objection - 602;403<br>**OVERRULED** |
| 387 13    Q.    Would you have wanted to know<br>387 14    that from the manufacturer?<br>387 15    A.    Sure.<br>387 16    Q.    Okay.  It says:  When the<br>387 17    inward pressure of the plug was released, the<br>387 18    yellow plug's flanges tended to return to<br>387 19    their original shape, and this sometimes | | |

| | | | |
|---|---|---|---|
| 387 20   loosened the plug, often imperceptibly to the<br>387 21   subject.<br>387 22   Do you see that?<br>387 23   A.  Yes, I see that.<br>387 24   Q.  Did Elliott Berger or anyone<br>387 25   from the military -- or excuse me, from 3M<br>388 1   ever tell you anything about imperceptible<br>388 2   loosening of their plug?<br>388 3   A.  No.<br>388 4   Q.  Okay.  And you'd never heard<br>388 5   that before today?<br>388 6   A.  Not this specifically, no.<br>388 7   Q.  Okay.  And would you agree that<br>388 8   if a manufacturer was finding that and their<br>388 9   expert fitter in their study was finding<br>388 10   that, that that would be something that would<br>388 11   be good to tell the military about the plug? | | | |
| **388:14 - 389:2  Tuten, Vickie 12-23-2020**<br>388 14   A.  Again, it would have been --<br>388 15   yeah, I suppose it should have been passed<br>388 16   along.<br>388 17   BY MR. CARTMELL:<br>388 18   Q.  Okay.  Let's go down further.<br>388 19   Now, another test was done --<br>388 20   well, let me ask you this:  Did you know that<br>388 21   the company actually stopped the testing of<br>388 22   the Combat Arms earplug --<br>388 23   A.  No.<br>388 24   Q.  -- after eight subjects because<br>388 25   the data they were getting in the tests were<br>389 1   more variable than they had ever had in a<br>389 2   preformed molded earplug before? | Re: [388:14-389:2]<br>Def Objection - 602;403 | Re: [388:14-<br>389:2]<br>Def Objection -<br>602;403<br>**OVERRULED** | |
| **389:5 - 389:13  Tuten, Vickie 12-23-2020**<br>389 5   A.  No, I did not know that.<br>389 6   BY MR. CARTMELL:<br>389 7   Q.  Elliott Berger testified that<br>389 8   the data they got from this test was more<br>389 9   variable than they had ever gotten from a<br>389 10   preformed earplug. | Re: [389:5-389:13]<br>Def Objection - 602;403 | Re: [389:5-<br>389:13]<br>Def Objection -<br>602;403<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| 389 11   Do you believe that that is<br>389 12   something that maybe 3M should have told the<br>389 13   military? | | | | |
| **389:16 - 389:16  Tuten, Vickie 12-23-2020**<br>389 16   A.   Again, perhaps, yes. | **Re: [389:16-390:13]**<br>Def Objection - 602;403 | Re: [389:16-<br>390:13]<br>Def Objection -<br>602;403<br>**SUSTAINED** | | |
| **390:18 - 391:9   Tuten, Vickie 12-23-2020**<br>390 18   Q.   And then he says:  When folded<br>390 19   back in that way, the yellow flanges neither<br>390 20   touched the subjects' conchae nor compromised<br>390 21   the fit of the solid plugs.<br>390 22   Do you see that?<br>390 23   A.   Yes.<br>390 24   Q.   And if you go down to the<br>390 25   results of that second test, when they folded<br>391 1   back the flanges, they say the NRR obtained<br>391 2   from the test is 22.<br>391 3   Do you see that?<br>391 4   A.   Yes.<br>391 5   Q.   Now, you had no idea before<br>391 6   today that when 3M was testing this product,<br>391 7   to get that 22 NRR that you knew that they<br>391 8   claimed, that they had folded back the<br>391 9   flanges on those subjects' ears, did you? | **Re: [390:16-391:9]**<br>Def Objection - 602;403 | Re: [390:16-<br>391:9]<br>Def Objection -<br>602;403<br>**OVERRULED** | | |
| **391:12 - 391:12  Tuten, Vickie 12-23-2020**<br>391 12   A.   Not until today, no. | **Re: [391:12-391:21]**<br>Def Objection - 602;403 | Re: [391:12-<br>391:21]<br>Def Objection -<br>602;403<br>**OVERRULED** | | |
| **394:1 - 394:15  Tuten, Vickie 12-23-2020**<br>394 1   What were you, again, in 2009?<br>394 2   A.   I would have just arrived at<br>394 3   the Office of the Surgeon General, late --<br>394 4   like December, right around Christmastime<br>394 5   2008, so I would have been at the Office of<br>394 6   the Surgeon General.<br>394 7   Q.   Okay.  Tell me, if you would, | **Re: [394:1-394:15]**<br>Def Objection - 602; 403;<br>401; 402 | Re: [394:1-<br>394:15]<br>Def Objection -<br>602; 403; 401;<br>402<br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| 394 8<br>394 9<br>394 10<br>394 11<br>394 12<br>394 13<br>394 14<br>394 15 | what you know about the meeting where<br>Marjorie Grantham brought in Leanne<br>Battler-Cleveland to a meeting and<br>Ms. Battler-Cleveland was reprimanded for<br>promoting the Combat Arms or playing<br>favorites, favoritism towards the Combat Arms<br>at the expense of the SureFire product.  Tell<br>us about that. | | | |
| **394:18 - 395:7   Tuten, Vickie 12-23-2020**<br>394 18<br>394 19<br>394 20<br>394 21<br>394 22<br>394 23<br>394 24<br>394 25<br>395 1<br>395 2<br>395 3<br>395 4<br>395 5<br>395 6<br>395 7 | A.    I don't recall the meeting or<br>if I was in it, and my recollection of that<br>was that at the time, I think it would have<br>been maybe Captain Cleveland -- she might<br>have been a major by then -- had sort of made<br>some comments about she didn't think the<br>attenuation characteristics were as<br>advertised.<br>And again, my recollection of<br>that is sort of vague, because I don't<br>remember that I was involved in the actual<br>meeting.  I had peripheral knowledge of that.<br>BY MR. CARTMELL:<br>Q.    And you know, though, that she<br>was reprimanded for that conduct, correct? | **Re: [394:18-394:25]**<br>Def Objection - 602; 403;<br>401; 402<br>**Re: [395:1-395:8]**<br>Def Objection - 602; 403;<br>401; 402 | **Re: [394:18-394:25]**<br>Def Objection -<br>602; 403; 401;<br>402<br>**OVERRULED**<br>**Re: [395:1-395:8]**<br>Def Objection -<br>602; 403; 401;<br>402<br>**OVERRULED** | |
| **395:11 - 395:19   Tuten, Vickie 12-23-2020**<br>395 11<br>395 12<br>395 13<br>395 14<br>395 15<br>395 16<br>395 17<br>395 18<br>395 19 | A.    I don't remember that it was a<br>reprimand.  Probably told that that wasn't --<br>I mean, a reprimand, to me, in the military<br>means something pretty strong like some<br>disciplinary action was taken, and she was --<br>probably had a good talking-to, but I don't<br>know beyond that if anything else happened.<br>BY MR. CARTMELL:<br>Q.    Who would know more about that? | **Re: [395:11-395:19]**<br>Def Objection - 602; 403;<br>401; 402 | **Re: [395:11-395:19]**<br>Def Objection -<br>602; 403; 401;<br>402<br>**OVERRULED** | |
| **395:22 - 396:5   Tuten, Vickie 12-23-2020**<br>395 22<br>395 23<br>395 24<br>395 25 | A.    I -- I wouldn't be able to<br>speculate on that.  I -- I really don't --<br>you know, other than peripherally knowing<br>that she had said something about SureFire. | | | |

| | | | | |
|---|---|---|---|---|
| 396 1 | I didn't really think it was | | | |
| 396 2 | that big of a deal at the time, other than | | | |
| 396 3 | the fact that she said don't do that again. | | | |
| 396 4 | So I just really don't recall that there was | | | |
| 396 5 | a formal meeting on it. | | | |
| **397:6 - 397:20   Tuten, Vickie 12-23-2020** | | **Re: [397:6-397:20]** Plt Objection - Improper Counter Designation per PTO 64- D's direct of their expert | **Re: [397:6-397:20]** Plt Objection - Improper Counter Designation per PTO 64- D's direct of their expert **SUSTAINED** | |
| 397 6 | So you recall discussing | | | |
| 397 7 | something that folks in this case have | | | |
| 397 8 | referred to as the flange report with | | | |
| 397 9 | Mr. Cartmell? | | | |
| 397 10 | A.   Yes. | | | |
| 397 11 | Q.   Okay.  Are you an expert, | | | |
| 397 12 | Dr. Tuten, in the REAT, R-E-A-T, testing that | | | |
| 397 13 | manufacturers conduct on hearing protection | | | |
| 397 14 | devices? | | | |
| 397 15 | A.   No, I'm not, not at all. | | | |
| 397 16 | Q.    And with respect to the REAT | | | |
| 397 17 | testing that is described in the flange | | | |
| 397 18 | report, fair to say that you don't have any | | | |
| 397 19 | expertise in assessing that from a scientific | | | |
| 397 20 | perspective? | | | |
| **397:23 - 397:24   Tuten, Vickie 12-23-2020** | | | | |
| 397 23 | A.   Again, no, I have no expertise | | | |
| 397 24 | in that area. | | | |
| **398:1 - 398:19   Tuten, Vickie 12-23-2020** | | **Re: [398:1-398:19]** Plt Objection - Improper Counter Designation per PTO 64- D's direct of their expert | **Re: [398:1-398:19]** Plt Objection - Improper Counter Designation per PTO 64- D's direct of their expert **SUSTAINED** | **Re: [398:1-398:24]** 403; leading | **SUSTAINED** |
| 398 1 | Q.   With respect to your role in | | | |
| 398 2 | the Army, were you in a role in the Army in | | | |
| 398 3 | which you were having direct discussions with | | | |
| 398 4 | the manufacturers of earplugs and hearing | | | |
| 398 5 | protection devices regarding the design | | | |
| 398 6 | characteristics of those devices? | | | |
| 398 7 | A.   No, not with -- with the design | | | |
| 398 8 | characteristics, I would clarify, you know, | | | |
| 398 9 | when they were seeking feedback from all end | | | |
| 398 10 | users, we did things like say, yeah, we'd | | | |
| 398 11 | like more than one size, that kind of thing, | | | |
| 398 12 | but not design characteristics, so to speak, | | | |
| 398 13 | no. | | | |
| 398 14 | Q.   With respect to testing that | | | |

| | | | | |
|---|---|---|---|---|
| 398 15 | may have been conducted by the Army, | | | |
| 398 16 | including by the Army Research Laboratory or | | | |
| 398 17 | at the direction of CHPPM, is that a role | | | |
| 398 18 | that you held within the Army over the course | | | |
| 398 19 | of your career in the Army? | | | |
| **398:22 - 398:24** | **Tuten, Vickie 12-23-2020** | | | **Re: [398:1-398:24]** | **SUSTAINED** |
| 398 22 | A.   No, I never -- I was never at | | | 403; leading | |
| 398 23 | the Public Health Command or assigned there, | | | | |
| 398 24 | no. | | | | |
| **399:1 - 399:17** | **Tuten, Vickie 12-23-2020** | | | **Re: [399:1-399:13]** | **SUSTAINED** |
| 399 1 | Q.   And with respect to the | | | MIL 16 ("information known | |
| 399 2 | information known to the Army, including in | | | to the army"); improper | |
| 399 3 | CHPPM specifically, relative to the | | | counter; leading | |
| 399 4 | information known to a manufacturer about a | | | | |
| 399 5 | hearing protection device, did you ever hold | | | | |
| 399 6 | a position in the Army that would give you | | | | |
| 399 7 | any sort of specific knowledge on the | | | | |
| 399 8 | relative nature of the objections -- the | | | | |
| 399 9 | relative nature of the information that would | | | | |
| 399 10 | have been known to the Army as opposed to | | | | |
| 399 11 | manufacturers of hearing protection devices? | | | | |
| 399 12 | A.   No.  I wasn't in a position to | | | | |
| 399 13 | have that information. | | | | |
| 399 14 | Q.   Okay.  You discussed a little | | | | |
| 399 15 | bit with Mr. Cartmell fittings that were | | | | |
| 399 16 | conducted relating to earplugs.  Do you | | | | |
| 399 17 | remember that general line of questions? | | | | |
| **399:20 - 400:2** | **Tuten, Vickie 12-23-2020** | | | **Re: [399:22-400:11]** | **SUSTAINED** |
| 399 20 | A.   Yes. | | | Improper counter; leading; | |
| 399 21 | BY MR. BHIMANI: | | | MIL 1; MIL 2; Daubert order | |
| 399 22 | Q.   In addition to what I'll refer | | | | |
| 399 23 | to as an initial fitting on the hearing | | | | |
| 399 24 | protection device, were there requirements in | | | | |
| 399 25 | the Army for annual examinations of service | | | | |
| 400 1 | members to look at the fit and condition of | | | | |
| 400 2 | their hearing protection devices? | | | | |
| **400:4 - 400:11** | **Tuten, Vickie 12-23-2020** | | | **Re: [399:22-400:11]** | **SUSTAINED** |
| 400 4 | A.   Yes.  There absolutely were. | | | Improper counter; leading; | |
| 400 5 | Initial fitting was, you know, initial | | | MIL 1; MIL 2; Daubert order | |

| | | | | |
|---|---|---|---|---|
| 400 6<br>400 7<br>400 8<br>400 9<br>400 10<br>400 11 | fitting, but earplug sizes changed.<br>Sometimes the hearing protection became<br>unserviceable.  So it was routine at the time<br>of the hearing test, at least on programs<br>that I managed, that an earplug fitting would<br>be done at that time by somebody on my staff. | | | |
| **400:24 - 401:6   Tuten, Vickie 12-23-2020**<br>400 24<br>400 25<br>401 1<br>401 2<br>401 3<br>401 4<br>401 5<br>401 6 | We've talked throughout the<br>deposition about the requirement that<br>fittings be conducted by medically trained<br>persons, but beyond that, was there ever a<br>list, kind of like a checklist or anything<br>like that for what a medically trained person<br>would need to do for fitting of preformed<br>earplugs? | **Re: [400:24-401:6]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64- D's direct of their expert | Re: [400:24-<br>401:6]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64- D's<br>direct of their<br>expert<br>**SUSTAINED** | **Re: [400:24-401:6]**<br>MIL 1; MIL 2; MIL 16;<br>leading | **SUSTAINED** |
| **401:8 - 401:24   Tuten, Vickie 12-23-2020**<br>401 8<br>401 9<br>401 10<br>401 11<br>401 12<br>401 13<br>401 14<br>401 15<br>401 16<br>401 17<br>401 18<br>401 19<br>401 20<br>401 21<br>401 22<br>401 23<br>401 24 | A.   I don't recall a checklist<br>per se, but I'm sure as we trained these<br>people, we probably had, you know, an agenda<br>of things that we would cover or -- and I can<br>speak only for myself.  I would have a<br>checklist of -- or a -- you know, an outline<br>of things that I would cover, not necessarily<br>a competency checklist.<br>They had to show -- they had to<br>show me as per my instruction that they know<br>how to properly instruct somebody and teach<br>them how to put the earplug in their ear and<br>do a self-check.  So not only was it didactic<br>instruction, this is what you need to do, you<br>need to show me that you can do it.  So it<br>was twofold, I mean, any training that I<br>provided. | **Re: [401:8-401:24]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64- D's direct of their expert | Re: [401:8-<br>401:24]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64- D's<br>direct of their<br>expert<br>**SUSTAINED** | **Re: [401:8-401:24]**<br>Improper counter, leading;<br>MIL 2 | **SUSTAINED** |
| **402:1 - 402:5   Tuten, Vickie 12-23-2020**<br>402 1<br>402 2<br>402 3 | Q.   Okay.  And let me ask it this<br>way:  With respect to what you would do in<br>fittings for earplugs for service members, | | | **Re: [402:1-402:16]**<br>leading | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 402 4  could that vary from service member to | | | | |
| 402 5  service member? | | | | |
| **402:7 - 402:16   Tuten, Vickie 12-23-2020**<br>402 7   A.   Yes.  I mean, human beings are<br>402 8   variable.  Sometimes they were a little more<br>402 9   well versed, had worn earplugs a little more,<br>402 10   required less instruction, had done<br>402 11   self-checks on other kinds of hearing<br>402 12   protection.  Sometimes it was difficult to<br>402 13   fit, took a little longer for us to make a<br>402 14   decision on what earplug would actually --<br>402 15   they'd end up with.  So it was variable, yes,<br>402 16   very individual. | **Re: [402:7-402:16]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64- D's direct of their expert | Re: [402:7-<br>402:16]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64- D's<br>direct of their<br>expert<br>**SUSTAINED** | **Re: [402:1-402:16]**<br>leading | **SUSTAINED** |
| **402:18 - 402:23   Tuten, Vickie 12-23-2020**<br>402 18   Q.   All right.  Final thing.<br>402 19   So, Dr. Tuten, do you have in<br>402 20   front of you your report?  And for the<br>402 21   record, this was marked by Mr. Cartmell as<br>402 22   Exhibit 1, I believe, to the deposition.<br>402 23   A.   I do. | **Re: [402:18-402:23]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64- D's direct of their expert | Re: [402:18-<br>402:23]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64- D's<br>direct of their<br>expert<br>**SUSTAINED** | | |
| **403:6 - 403:25   Tuten, Vickie 12-23-2020**<br>403 6   Q.   And I'm just going to direct<br>403 7   your attention -- I'll read it for the<br>403 8   record.  There's a sentence here in the<br>403 9   bottom third, I guess, of the first full<br>403 10   paragraph that reads:  In practice, I<br>403 11   understood that rolling back the last flange<br>403 12   was sometimes necessary when fitting a<br>403 13   curved-flange earplug to achieve a better<br>403 14   insertion.  I had some prior experience with<br>403 15   some curved-flange earplugs, such as the<br>403 16   triple-flange.<br>403 17   Do you see that?<br>403 18   A.   Yeah, and actually that -- you<br>403 19   know, I'm going to just say I probably should<br>403 20   correct -- a triple-flange isn't really a | **Re: [403:6-403:25]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64- D's direct of their expert | Re: [403:6-<br>403:25]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64- D's<br>direct of their<br>expert<br>**SUSTAINED** | **Re: [403:6-403:25]**<br>leading; 403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 403 21 | curved-flange.  A quad-flange -- I probably | | | |
| 403 22 | meant the quad-flange, when fitting the | | | |
| 403 23 | quad-flange because it was curved.  The | | | |
| 403 24 | triple -- you know, I don't know how I missed | | | |
| 403 25 | that, but yeah, I'm sorry. | | | |
| **404:2 - 404:24** | **Tuten, Vickie 12-23-2020** | | | **Re: [404:2-404:24]** **SUSTAINED** |
| 404 2 | So I guess my question is more | | | Improper counter |
| 404 3 | about the first sentence, anyway. | | | |
| 404 4 | Can you explain what you meant | | | |
| 404 5 | in the sentence that begins "In practice, I | | | |
| 404 6 | understood that rolling back the last | | | |
| 404 7 | flange," what you meant in that sentence and | | | |
| 404 8 | what your opinion is in that regard? | | | |
| 404 9 | A.    Again, the -- a curved-flange | | | |
| 404 10 | earplug wasn't like another earplug in that | | | |
| 404 11 | you didn't necessarily insert it to the point | | | |
| 404 12 | where all flanges would disappear into the | | | |
| 404 13 | ear and not be seen and not visible from the | | | |
| 404 14 | outside. | | | |
| 404 15 | So sometimes you would -- you | | | |
| 404 16 | know, the depth of insertion was really very | | | |
| 404 17 | dependent on the ear canal, not like a | | | |
| 404 18 | triple-flanged earplug where -- or a | | | |
| 404 19 | straight -- what I mean, straight-flanged | | | |
| 404 20 | earplug, where the last flange had to be | | | |
| 404 21 | flush with the opening to the canal. | | | |
| 404 22 | Q.    Okay.  And what about the | | | |
| 404 23 | rolling of the flanges on curved-flanged | | | |
| 404 24 | earplugs? | | | |
| **405:2 - 405:14** | **Tuten, Vickie 12-23-2020** | | | **Re: [405:2-405:14]** **SUSTAINED** |
| 405 2 | A.    Again, the rolling back, again, | | | MIL 16 ("information did |
| 405 3 | if you had -- on the CAE, if you had a tragus | | | make its way down to us"); |
| 405 4 | that was sometimes -- because of the depth of | | | MIL 1; Improper counter; |
| 405 5 | insertion, depending on the depth of | | | |
| 405 6 | insertion, the tragus was interfering, | | | |
| 405 7 | sometimes rolling back the flange on the | | | |
| 405 8 | opposite side would help. | | | |
| 405 9 | I don't know that I ever had to | | | |
| 405 10 | do that.  I know that somewhere along the way | | | |

| | | | | |
|---|---|---|---|---|
| 405 11  that information did make its way down to us,<br>405 12  but I don't recall that by the time that that<br>405 13  information did come down that I was fitting<br>405 14  many CAEv2s. | | | | |
| **405:22 - 406:6   Tuten, Vickie 12-23-2020** | | | | |
| 405 22  Q.    Dr. Tuten, I have a few to<br>405 23  follow up with you, and I'll start with that<br>405 24  topic now.  And the topic is folding the<br>405 25  flanges back on the CAEv2.<br>406 1  And it's true, as you sit here<br>406 2  today, you don't have a recollection of ever<br>406 3  doing that or seeing a soldier do that with a<br>406 4  Combat Arms version 2, correct?<br>406 5  A.    I never did that personally or<br>406 6  saw another soldier do it. | | | | |
| **406:7 - 406:21   Tuten, Vickie 12-23-2020**<br>406 7  Q.    Right.  And you would walk<br>406 8  around the installations and you were in<br>406 9  areas where hearing protection was being worn<br>406 10  from time to time, and not one single time<br>406 11  did you see a Combat Arms version 2 earplug<br>406 12  with the flanges folded back, correct?<br>406 13  A.    Again, on the installations I<br>406 14  was on, I rarely saw CAEv2s being worn.  They<br>406 15  typically, back in garrison, did not wear<br>406 16  them.<br>406 17  Q.    Okay.<br>406 18  A.    They wore the other types.  So<br>406 19  unless I deployed, I probably wouldn't have<br>406 20  had occasion to actually observe that with<br>406 21  any -- to any significant degree. | Re: [406:7-406:21]<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | Re: [406:7-<br>406:21]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64<br>**SUSTAINED** | Re: [406:7-406:16]<br>cumulative; nonresponsive<br>Re: [406:17-406:21]<br>nonresponsive | **SUSTAINED** |

# Warren, Garrad - 01-23-2020

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **10:19 - 10:20    Warren, Garrad - 01-23-2020**<br>10 19    Q.    Good morning, Mr. Warren.<br>10 20    A.    Good morning. | | | | |
| **10:21 - 11:3    Warren, Garrad - 01-23-2020**<br>10 21    Q.    We met just prior to the<br>10 22    deposition, but my name is Bryan Aylstock.  I<br>10 23    do represent the plaintiffs in this<br>10 24    litigation, and that includes soldiers and<br>10 25    Marines who wore the Combat Arms version 2<br>11 1    earplugs.<br>11 2    Do you understand that?<br>11 3    A.    I do. | Re: [10:21-11:3]<br>Def Objection - Relevance<br>(401,402); Prejudice (403) | Re: [10:21-11:3]<br>Def Objection - Relevance (401,402); Prejudice (403) **SUSTAINED as to the phrase, and that includes soldiers and Marines who wore the Combat Arms version 2 earplugs.Ó OVERRULED in all other respects** | Re: [10:21-11:3]<br>Subject to MIL, 403, Relevance | **SUSTAINED as to the phrase, "and that includes soldiers and Marines who wore the Combat Arms version 2 earplugs." OVERRULED in all other respects.** |
| **12:24 - 13:1    Warren, Garrad - 01-23-2020**<br>12 24    Q.    Now, you're no longer with 3M<br>12 25    or Aearo; is that correct?<br>13 1    A.    No, that is correct. | | | | |
| **15:15 - 15:19    Warren, Garrad - 01-23-2020**<br>15 15    Q.    Okay.  Let me show you<br>15 16    Plaintiff's Exhibit 3 that was produced to us<br>15 17    pursuant to the subpoena.<br>15 18    Is that your most current CV?<br>15 19    A.    Yes, it is. | | | | |
| **16:9 - 16:13    Warren, Garrad - 01-23-2020**<br>16 9    And then you retired down to<br>16 10    Sarasota; is that right?<br>16 11    A.    Actually, I was living there, | | | | |

| | | | | |
|---|---|---|---|---|
| 16 12 | but, yes, but I retired while in Sarasota. | | | |
| 16 13 | That's my primary residence. | | | |
| **16:14 - 17:7** | **Warren, Garrad - 01-23-2020** | | **Re: [16:24-17:7]** | **OVERRULED** |
| 16 14 | Q.    Okay.  So I want to take you | | Relevance, 403 | |
| 16 15 | through some of this so the jury kind of | | | |
| 16 16 | understands your role and your background, | | | |
| 16 17 | but I note you have a bachelor's degree from | | | |
| 16 18 | Purdue University from 1974? | | | |
| 16 19 | A.    That's correct. | | | |
| 16 20 | Q.    And it looks like right from | | | |
| 16 21 | there you went to DowBrands in Indianapolis; | | | |
| 16 22 | is that correct? | | | |
| 16 23 | A.    Yes, sir. | | | |
| 16 24 | Q.    And it looks like through your | | | |
| 16 25 | efforts, at least, in part, in some | | | |
| 17 1 | reengineering and aggressive cost reductions, | | | |
| 17 2 | the DowBrands was ultimately sold to | | | |
| 17 3 | SC Johnson? | | | |
| 17 4 | A.    That is correct. | | | |
| 17 5 | Q.    And I take it it was sold for a | | | |
| 17 6 | profit? | | | |
| 17 7 | A.    Yes, it was. | | | |
| **17:8 - 17:13** | **Warren, Garrad - 01-23-2020** | | **Re: [17:8-17:13]** | **OVERRULED** |
| 17 8 | Q.    Given that you had helped | | **Improper clarification** | |
| 17 9 | reengineer the turnaround? | | **counter** | |
| 17 10 | A.    When you say "profit," I don't | | | |
| 17 11 | know if it was a profit.  We -- it was -- | | | |
| 17 12 | well, I'm not sure what kind of -- what kind | | | |
| 17 13 | of product Dow Chemical made on that. | | | |
| **19:23 - 20:5** | **Warren, Garrad - 01-23-2020** | | | |
| 19 23 | with regard to DowBrands, ultimately you -- | | | |
| 19 24 | that company was sold to SC Johnson and you | | | |
| 19 25 | moved on to a different company; is that | | | |
| 20 1 | right? | | | |
| 20 2 | A.    That is correct. | | | |
| 20 3 | Q.    And that was International Home | | | |
| 20 4 | Foods, correct? | | | |
| 20 5 | A.    Yes, sir. | | | |

| 20:6 - 21:3 | Warren, Garrad - 01-23-2020 | | | Re: [20:20-21:6] | OVERRULED |
|---|---|---|---|---|---|
| 20 6 | Q.    And at that point you were | | | Relevance, 403 | |
| 20 7 | senior vice president of sales and customer | | | | |
| 20 8 | development, correct? | | | | |
| 20 9 | A.    Yes, sir. | | | | |
| 20 10 | Q.    Did that company also get sold? | | | | |
| 20 11 | A.    Not while I was there.  It may | | | | |
| 20 12 | have subsequently have been sold.  It was | | | | |
| 20 13 | owned by a private equity firm, but I don't | | | | |
| 20 14 | know what the status of that is. | | | | |
| 20 15 | Q.    Okay.  So by "private equity," | | | | |
| 20 16 | are you talking about like a hedge fund or | | | | |
| 20 17 | something -- | | | | |
| 20 18 | A.    Not a hedge fund, but a private | | | | |
| 20 19 | equity firm. | | | | |
| 20 20 | Q.    Okay.  So it was owned by -- | | | | |
| 20 21 | well, how would you describe a private equity | | | | |
| 20 22 | firm? | | | | |
| 20 23 | A.    A private equity firm would be | | | | |
| 20 24 | a group of investors that invest in a | | | | |
| 20 25 | company, try to increase sales, profitability | | | | |
| 21 1 | and at some point they then will sell a | | | | |
| 21 2 | company.  Typically three to seven years | | | | |
| 21 3 | after they purchased it. | | | | |
| 21:4 - 21:6 | Warren, Garrad - 01-23-2020 | | | Re: [20:20-21:6] | OVERRULED |
| 21 4 | Q.    Hopefully turn it around and | | | Relevance, 403 | |
| 21 5 | make a profit? | | | | |
| 21 6 | A.    Hopefully, yes. | | | | |
| 21:7 - 21:16 | Warren, Garrad - 01-23-2020 | | | | |
| 21 7 | Q.    And then in 1999 you went on | | | | |
| 21 8 | with Aearo. | | | | |
| 21 9 | Can you tell us about how you | | | | |
| 21 10 | made that transition, please? | | | | |
| 21 11 | A.    Yes, I had left International | | | | |
| 21 12 | Home Foods, the DowBrands ex-CEO Mike McLain | | | | |
| 21 13 | became CEO of Aearo and called me and asked | | | | |
| 21 14 | me to come work for him again. | | | | |

| | | | | |
|---|---|---|---|---|
| 21 15 | Q.   So Mr. McLain became your boss? | | | |
| 21 16 | A.   Yes, sir. | | | |
| **21:17 - 22:3** | **Warren, Garrad - 01-23-2020** | | | |
| 21 17 | Q.   I saw some documents, it looks | | | |
| 21 18 | like he called some other folks who he knew | | | |
| 21 19 | at DowBrands as well. | | | |
| 21 20 | A.   Yes, sir. | | | |
| 21 21 | Q.   And it looks like, you know, | | | |
| 21 22 | five or six, at least, went over with you to | | | |
| 21 23 | Aearo when he became CEO; is that fair? | | | |
| 21 24 | A.   Probably, yes.  I don't recall | | | |
| 21 25 | the exact number without thinking more about | | | |
| 22 1 | it, but that sounds about right. | | | |
| 22 2 | Q.   Okay.  And we can look at some | | | |
| 22 3 | of those documents later. | | | |
| **22:4 - 22:9** | **Warren, Garrad - 01-23-2020** | | | |
| 22 4 | When you -- it looks like you | | | |
| 22 5 | started as vice president for sales North | | | |
| 22 6 | America -- | | | |
| 22 7 | A.   Yes. | | | |
| 22 8 | Q.   -- is that right? | | | |
| 22 9 | A.   Yes. | | | |
| **23:6 - 23:9** | **Warren, Garrad - 01-23-2020** | | | |
| 23 6 | Q.   Okay.  And then 2003 you became | | | |
| 23 7 | president, North America safety products | | | |
| 23 8 | group? | | | |
| 23 9 | A.   Yes. | | | |
| **23:10 - 23:18** | **Warren, Garrad - 01-23-2020** | | | |
| 23 10 | Q.   Tell the jury about that, if | | | |
| 23 11 | you would. | | | |
| 23 12 | A.   Safety products group consisted | | | |
| 23 13 | of ultimately five different SBUs, strategic | | | |
| 23 14 | business units, North American industrial, | | | |
| 23 15 | our consumer business, the construction | | | |
| 23 16 | business, military and our -- what we called | | | |
| 23 17 | SRx or the safety prescription eyewear | | | |
| 23 18 | business. | | | |
| **23:19 - 24:8** | **Warren, Garrad - 01-23-2020** | | | |
| 23 19 | Q.   Okay.  And in the description | | | |

| | | | | |
|---|---|---|---|---|
| 23 20 | here, it talks about your responsibilities | | | |
| 23 21 | included for those products the safety | | | |
| 23 22 | products, both consumer and military? | | | |
| 23 23 | A.    As part of the -- two of the | | | |
| 23 24 | five SBUs, yes, sir. | | | |
| 23 25 | Q.    Okay.  And that would include | | | |
| 24 1 | for the earplug part of the business -- | | | |
| 24 2 | A.    Yes. | | | |
| 24 3 | Q.    -- correct? | | | |
| 24 4 | A.    Yes. | | | |
| 24 5 | Q.    And for the Combat Arms | | | |
| 24 6 | version 2 earplugs specifically, correct? | | | |
| 24 7 | A.    That was part of that, yes, | | | |
| 24 8 | sir. | | | |
| **24:9 - 24:12** | **Warren, Garrad - 01-23-2020** | | | |
| 24 9 | Q.    So when it came to the Combat | | | |
| 24 10 | Arms version 2, you were ultimately | | | |
| 24 11 | responsible as president for what happened | | | |
| 24 12 | with regard to that; is that fair? | | | |
| **24:14 - 24:21** | **Warren, Garrad - 01-23-2020** | | | |
| 24 14 | THE WITNESS:  I wouldn't say | | | |
| 24 15 | ultimately responsible.  Again, I had | | | |
| 24 16 | direct responsibility for sales and | | | |
| 24 17 | marketing.  There were other functions | | | |
| 24 18 | that we worked with, operations, | | | |
| 24 19 | finance, and so forth.  That also | | | |
| 24 20 | played a key role in the management of | | | |
| 24 21 | that business. | | | |
| **24:23 - 25:9** | **Warren, Garrad - 01-23-2020** | | | |
| 24 23 | Q.    When it came to selling or | | | |
| 24 24 | marketing the Combat Arms version 2, other | | | |
| 24 25 | than Mr. McLain, who was the CEO of the | | | |
| 25 1 | entire company, you were the head guy? | | | |
| 25 2 | A.    I was -- yes, I was for the | | | |
| 25 3 | North American businesses. | | | |
| 25 4 | Q.    And that would include all | | | |
| 25 5 | sales to the United States military, correct? | | | |
| 25 6 | A.    That is correct. | | | |
| 25 7 | Q.    And marketing to the military | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 25 8 | and soldiers and Marines, correct? | | | |
| | 25 9 | A.    That is correct. | | | |
| **25:19 - 26:5** | | **Warren, Garrad - 01-23-2020** | | | |
| | 25 19 | Q.    The first bullet point under | | | |
| | 25 20 | your role as president for Aearo North | | | |
| | 25 21 | American safety products group is that you | | | |
| | 25 22 | were a key member of the management team | | | |
| | 25 23 | which sold business three times in four years | | | |
| | 25 24 | creating over 1 billion in total enterprise | | | |
| | 25 25 | value for three private equity firms. | | | |
| | 26 1 | Is that -- did I read that | | | |
| | 26 2 | correctly? | | | |
| | 26 3 | A.    Yes, sir. | | | |
| | 26 4 | Q.    And that's correct, right? | | | |
| | 26 5 | A.    Yes, sir. | | | |
| **26:6 - 26:7** | | **Warren, Garrad - 01-23-2020** | | | |
| | 26 6 | (Warren Exhibit 4 marked for | | | |
| | 26 7 | identification.) | | | |
| **26:9 - 27:12** | | **Warren, Garrad - 01-23-2020** | **Re: [26:9-26:17]** | Re: [26:9-26:17] | **Re: [26:9-27:12]** | **OVERRULED** |
| | 26 9 | Q.    I'm going to mark this exhibit, | Def Objection - 3M MIL No. 7 | Def Objection - 3M MIL No. 7 | Baker MIL 1, 403 | |
| | 26 10 | and it's a demonstrative exhibit we've | | **OVERRULED** | | |
| | 26 11 | created based upon what we know.  I just want | **Re: [26:21-27:10]** | Re: [26:21-27:10] | | |
| | 26 12 | to ask you if this is reflective of the three | Def Objection - 3M MIL No. 7 | Def Objection - 3M MIL No. 7 | | |
| | 26 13 | private equity firms over, well, four years | | **OVERRULED** | | |
| | 26 14 | that had created over $1 billion in value as | **Re: [27:11-27:12]** | Re: [27:11-27:12] | | |
| | 26 15 | reflected on your CV. | Def Objection - 3M MIL No. 7; Vague (611, 403) | Def Objection - 3M MIL No. 7; Vague (611, 403) | | |
| | 26 16 | A.    Those are the three private | | **OVERRULED** | | |
| | 26 17 | equity firms, yes, sir. | | | | |
| | 26 18 | Q.    And so VCP, what does that | | | | |
| | 26 19 | stand for? | | | | |
| | 26 20 | A.    Vestar Capital Partners. | | | | |
| | 26 21 | Q.    Okay.  So when you came on to | | | | |
| | 26 22 | Aearo, VCP was a private equity firm? | | | | |
| | 26 23 | A.    Yes, sir. | | | | |
| | 26 24 | Q.    A group of investors that owned | | | | |
| | 26 25 | it that were interested in making it into a | | | | |
| | 27 1 | more profitable company and selling it, | | | | |
| | 27 2 | right? | | | | |
| | 27 3 | A.    That is correct. | | | | |

| | | | | |
|---|---|---|---|---|
| 27 4  Q.   And they had purchased it for<br>27 5  205 million.<br>27 6  Does that sound right to you?<br>27 7  A.   I believe so, yes.<br>27 8  Q.   And then it looks like while<br>27 9  you were there, they sold it for $180 million<br>27 10  profit to Bear Stearns.<br>27 11  Does that comport with your<br>27 12  recollection? | | | | OVERRULED |
| **27:15 - 27:21   Warren, Garrad - 01-23-2020**<br>27 15  THE WITNESS:  They sold it for<br>27 16  $385 million.  I'm not sure what their<br>27 17  profit was.<br>27 18  QUESTIONS BY MR. AYLSTOCK:<br>27 19  Q.   Okay.  Well, VCP had bought it<br>27 20  205 and sold it for 385, so that's pretty<br>27 21  good. | Re: [27:15-27:21]<br>Def Objection - 3M MIL No.<br>7; Vague (611, 403) | Re: [27:15-27:21]<br>Def Objection -<br>3M MIL No. 7;<br>Vague (611, 403)<br>**OVERRULED** | Re: [27:15-30:7]<br>Baker MIL 1, 403 | OVERRULED |
| **27:23 - 27:23   Warren, Garrad - 01-23-2020**<br>27 23  THE WITNESS:  Yes, it is. | Re: [27:23-30:7]<br>Def Objection - 3M MIL No.<br>7 | Re: [27:23-30:7]<br>Def Objection -<br>3M MIL No. 7<br>**OVERRULED** | Re: [27:15-30:7]<br>Baker MIL 1, 403 | OVERRULED |
| **28:1 - 28:11   Warren, Garrad - 01-23-2020**<br>28 1  And so Bear Stearns, was that<br>28 2  private equity, or is that a hedge fund?<br>28 3  A.   No, that was -- again, these<br>28 4  are all private equity firms.<br>28 5  Q.   Again, a group of investors<br>28 6  looking to make the business profitable and<br>28 7  then sell it after a period of time --<br>28 8  A.   Yes, sir.<br>28 9  Q.   -- for hopefully a nice profit,<br>28 10  right?<br>28 11  A.   Yes, sir. | Re: [27:23-30:7]<br>Def Objection - 3M MIL No.<br>7 | Re: [27:23-30:7]<br>Def Objection -<br>3M MIL No. 7<br>**OVERRULED** | Re: [27:15-30:7]<br>Baker MIL 1, 403 | OVERRULED |
| **28:12 - 29:2   Warren, Garrad - 01-23-2020**<br>28 12  Q.   And it looks like they were<br>28 13  successful from 2004 to 2006, because Bear<br>28 14  Stearns private equity sold it to Permira?<br>28 15  A.   Yes, sir. | Re: [27:23-30:7]<br>Def Objection - 3M MIL No.<br>7 | Re: [27:23-30:7]<br>Def Objection -<br>3M MIL No. 7<br>**OVERRULED** | Re: [27:15-30:7]<br>Baker MIL 1, 403 | OVERRULED |

| | | | | | |
|---|---|---|---|---|---|
| 28 16<br>28 17<br>28 18<br>28 19<br>28 20<br>28 21<br>28 22<br>28 23<br>28 24<br>28 25<br>29 1<br>29 2 | Q.    And that was for 765 million.<br>Does that comport with your<br>recollection?<br>A.    Yes, sir.<br>Q.    And so now we're talking about<br>doubling inside of two years.<br>That's pretty good, isn't it?<br>A.    Well, not doubling, but it<br>was --<br>Q.    Pretty close?<br>A.    -- a good -- a nice increase,<br>yes. | | | | |
| **29:3 - 29:10**<br>29 3<br>29 4<br>29 5<br>29 6<br>29 7<br>29 8<br>29 9<br>29 10 | **Warren, Garrad - 01-23-2020**<br>Q.    And what -- for the jury, what<br>is Permira?  Is that --<br>A.    Again, they're a private equity<br>firm that are actually London based, but they<br>had operations in the US as well.<br>Q.    So am I pronouncing it right,<br>Permira?<br>A.    Permira, yes, sir. | Re: [27:23-30:7]<br>Def Objection - 3M MIL No.<br>7 | Re: [27:23-<br>30:7]<br>Def Objection -<br>3M MIL No. 7<br>**OVERRULED** | Re: [27:15-30:7]<br>Baker MIL 1, 403 | **OVERRULED** |
| **29:11 - 30:2**<br>29 11<br>29 12<br>29 13<br>29 14<br>29 15<br>29 16<br>29 17<br>29 18<br>29 19<br>29 20<br>29 21<br>29 22<br>29 23<br>29 24<br>29 25<br>30 1<br>30 2 | **Warren, Garrad - 01-23-2020**<br>Q.    So Permira bought it from Bear<br>Sterns in 2006-ish when you were there?<br>A.    Uh-huh.<br>Q.    And they're a group of<br>investors in London?<br>A.    That's where they're<br>headquartered, yes, sir.<br>Q.    Okay.  And so again, as private<br>equity, their goal is to make it more<br>profitable and then sell it again for another<br>profit after a few years, right?<br>A.    Yes, sir.<br>Q.    It looks like they were able to<br>achieve their goal as well because it wasn't<br>a couple years later they sold it for<br>1.2 billion to 3M; is that right?<br>A.    That is correct. | Re: [27:23-30:7]<br>Def Objection - 3M MIL No.<br>7 | Re: [27:23-<br>30:7]<br>Def Objection -<br>3M MIL No. 7<br>**OVERRULED** | Re: [27:15-30:7]<br>Baker MIL 1, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **30:3 - 30:7**  **Warren, Garrad - 01-23-2020** | **Re: [27:23-30:7]** Def Objection - 3M MIL No. 7 | **Re: [27:23-30:7]** Def Objection - 3M MIL No. 7 **OVERRULED** | **Re: [27:15-30:7]** Baker MIL 1, 403 | **OVERRULED** |
| 30 3    Q.    And you were part of the team 30 4    that helped engineer those sales to the 30 5    different private equity firms, Bear Stearns, 30 6    Permira and 3M, correct? 30 7    A.    Correct.  Yes, sir. | | | | |
| **30:16 - 30:21**  **Warren, Garrad - 01-23-2020** | | | | |
| 30 16    Q.    It talks about that you 30 17    successfully led business through multiple 30 18    line reviews with such key retails, Home 30 19    Depot, Lowe's, Ace Hardware and Walmart. 30 20    Do you see that? 30 21    A.    I do. | | | | |
| **30:22 - 30:25**  **Warren, Garrad - 01-23-2020** | | | | |
| 30 22    Q.    And you're aware, are you not, 30 23    that the Combat Arms version 2 also had a 30 24    consumer component to it? 30 25    A.    Yes. | | | | |
| **31:1 - 31:14**  **Warren, Garrad - 01-23-2020** | | | | |
| 31 1    Q.    And it was actually sold in 31 2    consumer retailers as a sportsman plug? 31 3    A.    Yes, I believe it was. 31 4    Q.    And to welders as an Arc plug. 31 5    Do you recall that? 31 6    A.    Yes. 31 7    Q.    And so was part of your 31 8    responsibility to get the Combat Arms 31 9    version 2 plug in a consumer form into the 31 10    consumer market? 31 11    A.    Yeah, part of our 31 12    responsibility was to get as many of our 31 13    products into retail as we possibly could, 31 14    and that included the Combat Arms. | | | | |
| **31:15 - 32:2**  **Warren, Garrad - 01-23-2020** | | | | |
| 31 15    Q.    Okay.  Because that would help 31 16    realize more profit, which hopefully would 31 17    make the company more profitable and able to 31 18    be sold, correct? 31 19    A.    As would all of the products | | | | |

| | | | | |
|---|---|---|---|---|
| 31 20   that we sold.<br>31 21   Q.   Okay.  Above -- well, let's<br>31 22   see.  After 2008, it looks like you left<br>31 23   Aearo Technologies; is that right?<br>31 24   A.   Yes, sir.<br>31 25   Q.   And that was after it was sold<br>32 1   to 3M, correct?<br>32 2   A.   Yes, sir. | | | | |
| **32:11 - 32:16   Warren, Garrad - 01-23-2020**<br>32 11   Q.   Okay.  But you were part of the<br>32 12   team that made the pitch to 3M to buy<br>32 13   Aearo --<br>32 14   A.   Yes.<br>32 15   Q.   -- for 1.2 billion, right?<br>32 16   A.   Yes.  Yes. | Re: [32:11-32:16]<br>Def Objection - 3M MIL No. 7; Relevance (401, 402); Prejudice (403) | Re: [32:11-32:16]<br>Def Objection - 3M MIL No. 7; Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | Re: [32:15-32:16]<br>Baker MIL 1, 403 | **OVERRULED** |
| **34:10 - 34:22   Warren, Garrad - 01-23-2020**<br>34 10   Q.   I'm handing you Exhibit<br>34 11   Number 5 to the deposition.  This was also<br>34 12   produced to us pursuant to our subpoena to<br>34 13   you.<br>34 14   A.   Yes.<br>34 15   Q.   Is this one of the documents<br>34 16   you were able to find on your computer?<br>34 17   A.   Yeah.<br>34 18   Q.   Regarding your time at Aearo?<br>34 19   A.   Yes, sir, it was.<br>34 20   Q.   Okay.  The title of it is the<br>34 21   Aearo Technologies Board of Directors<br>34 22   Meeting, December 6, 2007. | | | | |
| **36:2 - 36:19   Warren, Garrad - 01-23-2020**<br>36 2   Q.   Okay.  And it looks like you're<br>36 3   presenting to the board of directors.<br>36 4   You would have given this part<br>36 5   of the presentation, right?<br>36 6   A.   Yes, sir.<br>36 7   Q.   And if we look what's happening<br>36 8   at this -- what does SBU stand for?<br>36 9   A.   Strategic business unit. | | | | |

| | | | | |
|---|---|---|---|---|
| 36 10 Q. Strategic business unit. <br> 36 11 Okay. So it looks like what's <br> 36 12 happening in this strategic business unit, <br> 36 13 that is the very beginning of the <br> 36 14 presentation, is passive hearing, that would <br> 36 15 include the Combat Arms Earplugs, right? <br> 36 16 A. Yes, sir. <br> 36 17 Q. And it would include version 2, <br> 36 18 because it was being sold at this time? <br> 36 19 A. Yes, sir. | | | | |
| **37:3 - 37:13 Warren, Garrad - 01-23-2020** <br> 37 3 Q. So that's 76.1 million, right? <br> 37 4 A. Yes, sir. <br> 37 5 Q. And it actually grew by <br> 37 6 8 percent; is that correct? <br> 37 7 A. That is correct. <br> 37 8 Q. And it looks like one of the <br> 37 9 growth drivers, in fact, was the Combat Arms, <br> 37 10 if you look down, passive hearing growth <br> 37 11 drivers. <br> 37 12 Do you see that? <br> 37 13 A. I do. | | | Re: [37:3-37:13] <br> Baker MIL 1, 403 | **OVERRULED** |
| **37:25 - 38:10 Warren, Garrad - 01-23-2020** <br> 37 25 One of the -- in giving this <br> 38 1 presentation, one of the things you wanted to <br> 38 2 point out to the board of directors was that <br> 38 3 the Combat Arms Earplug was one of the growth <br> 38 4 drivers when it came to the sales in the <br> 38 5 strategic business unit, correct? <br> 38 6 A. As indicated on this -- on this <br> 38 7 slide, it was one of a number of products or <br> 38 8 product lines that grew. <br> 38 9 Q. Okay. <br> 38 10 A. So, yes. | Re: [37:25-38:8] <br> Def Objection - 3M MIL No. 7 | Re: [37:25-38:8] <br> Def Objection - 3M MIL No. 7 <br> **OVERRULED** | Re: [37:25-38:8] <br> Baker MIL 1, 403 | **OVERRULED** |
| **38:16 - 38:19 Warren, Garrad - 01-23-2020** <br> 38 16 Q. Okay. But Combat Arms was your <br> 38 17 primary military plug; is that fair? <br> 38 18 A. Primary military plug, yes, <br> 38 19 sir. | | | | |

| | | | |
|---|---|---|---|
| **38:20 - 38:25   Warren, Garrad - 01-23-2020**<br>38 20      Q.    Okay.  And if you go to the<br>38 21      next page, page 3, the next thing you pointed<br>38 22      out to the board of directors was that the<br>38 23      North American military business grew by<br>38 24      55 percent?<br>38 25      A.    That is correct. | **Re: [38:20-39:5]**<br>Def Objection - 3M MIL No. 7 | Re: [38:20-39:5]<br>Def Objection - 3M MIL No. 7<br>**OVERRULED** | **Re: [38:20-40:1]**<br>Baker MIL 1, 403 | **OVERRULED** |
| **39:1 - 39:6   Warren, Garrad - 01-23-2020**<br>39 1      Q.    And that's year over year, so<br>39 2      2006 to 2007 --<br>39 3      A.    Yes, sir.<br>39 4      Q.    -- it grew by 55 percent?<br>39 5      A.    Yes, sir.<br>39 6      Q.    That's pretty good, isn't it? | **Re: [38:20-39:5]**<br>Def Objection - 3M MIL No. 7<br>**Re: [39:6-39:6]**<br>Def Objection - 3M MIL No. 7; Leading; Vague (611, 403) | Re: [38:20-39:5]<br>Def Objection - 3M MIL No. 7<br>**OVERRULED**<br>Re: [39:6-39:6]<br>Def Objection - 3M MIL No. 7; Leading; Vague (611, 403)<br>**OVERRULED** | **Re: [38:20-40:1]**<br>Baker MIL 1, 403 | **OVERRULED** |
| **39:8 - 39:15   Warren, Garrad - 01-23-2020**<br>39 8      THE WITNESS:  It -- we were<br>39 9      happy with that growth, yes.<br>39 10      QUESTIONS BY MR. AYLSTOCK:<br>39 11      Q.    Okay.  And you compare down<br>39 12      below the fiscal year '06 and fiscal year '07<br>39 13      and the numbers here are in billions,<br>39 14      correct?<br>39 15      A.    Millions, yes, sir. | **Re: [39:8-39:9]**<br>Def Objection - 3M MIL No. 7; Vague (611, 403)<br>**Re: [39:11-40:1]**<br>Def Objection - 3M MIL No. 7 | Re: [39:8-39:9]<br>Def Objection - 3M MIL No. 7; Leading; Vague (611, 403)<br>**OVERRULED**<br>Re: [39:11-40:1]<br>Def Objection - 3M MIL No. 7<br>**OVERRULED** | **Re: [38:20-40:1]**<br>Baker MIL 1, 403 | **OVERRULED** |
| **39:16 - 39:21   Warren, Garrad - 01-23-2020**<br>39 16      Q.    Okay.  So you have a 55 percent<br>39 17      uptick to military distributors, and then you<br>39 18      also have a 73 percent for industrial<br>39 19      distributors. | **Re: [39:11-40:1]**<br>Def Objection - 3M MIL No. 7 | Re: [39:11-40:1]<br>Def Objection - 3M MIL No. 7<br>**OVERRULED** | **Re: [38:20-40:1]**<br>Baker MIL 1, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 39 20 | Do you see that? | | | |
| 39 21 | A.   Yes, sir. | | | |
| **39:22 - 40:1** | **Warren, Garrad - 01-23-2020** | **Re: [39:11-40:1]** | **Re: [39:11-40:1]** | **Re: [38:20-40:1]** | **OVERRULED** |
| 39 22 | Q.   And total military, again, | Def Objection - 3M MIL No. 7 | Def Objection - 3M MIL No. 7 | Baker MIL 1, 403 | |
| 39 23 | you've increased sales by -- or increased, | | **OVERRULED** | | |
| 39 24 | yeah, the dollar value of sales by | | | | |
| 39 25 | 55 percent, correct? | | | | |
| 40 1 | A.   Yes, sir. | | | | |
| **40:9 - 41:3** | **Warren, Garrad - 01-23-2020** | | | | |
| 40 9 | Q.   The fact that the passive | | | | |
| 40 10 | hearing protection business was the number 1 | | | | |
| 40 11 | in sales -- | | | | |
| 40 12 | A.   Yes. | | | | |
| 40 13 | Q.   -- volume in the strategic | | | | |
| 40 14 | business unit and had shown incredible growth | | | | |
| 40 15 | when it came to the military of over -- of | | | | |
| 40 16 | 55 percent, that was a good thing for the | | | | |
| 40 17 | business, right? | | | | |
| 40 18 | A.   Well, from these numbers, you | | | | |
| 40 19 | can't tell how much passive hearing | | | | |
| 40 20 | contributed to the military business.  We | | | | |
| 40 21 | don't have those numbers in front of us, and | | | | |
| 40 22 | I don't recall what that was. | | | | |
| 40 23 | Q.   Well, we do know that the | | | | |
| 40 24 | business grew by 55 percent for the military? | | | | |
| 40 25 | A.   The military business, but that | | | | |
| 41 1 | included all products that were sold in the | | | | |
| 41 2 | military, in addition to -- including, but in | | | | |
| 41 3 | addition, to Combat Arms. | | | | |
| **41:4 - 41:8** | **Warren, Garrad - 01-23-2020** | | | | |
| 41 4 | Q.   Okay.  And that was clearly as | | | | |
| 41 5 | a businessman a focus of your role is to | | | | |
| 41 6 | increase sales to the military, correct? | | | | |
| 41 7 | A.   It was one of our objectives, | | | | |
| 41 8 | yes. | | | | |
| **42:25 - 43:9** | **Warren, Garrad - 01-23-2020** | | | | |
| 42 25 | Q.   And so it has a picture here, | | | | |
| 43 1 | it looks like that's the Combat Arms | | | | |
| 43 2 | version 3 to me? | | | | |

| | | | | |
|---|---|---|---|---|
| 43 3     A.   We didn't refer to it as | | | | |
| 43 4     version 3, but that is the single-sided | | | | |
| 43 5     Combat Arms, yes. | | | | |
| 43 6     Q.   I've seen it referred to in | | | | |
| 43 7     some documents as the new and improved Combat | | | | |
| 43 8     Arms, is that -- | | | | |
| 43 9     A.   I think I've seen that as well. | | | | |
| **44:5 - 44:14   Warren, Garrad - 01-23-2020** | | | **Re: [44:5-44:14]** | **OVERRULED** |
| 44 5     Q.   Okay.  So it's fair to say, is | | | Baker MIL 1, 403 | |
| 44 6     it not, Mr. Warren, that the Combat Arms | | | | |
| 44 7     Earplugs were an important part of Aearo and | | | | |
| 44 8     its profitability, correct? | | | | |
| 44 9     A.   Yes. | | | | |
| 44 10    Q.    And in particular, the sales to | | | | |
| 44 11    the military were an important part of | | | | |
| 44 12    increasing the profitability of Aearo so it | | | | |
| 44 13    ultimately could be sold, correct? | | | | |
| 44 14    A.   Yes. | | | | |
| **45:14 - 45:15   Warren, Garrad - 01-23-2020** | | | | |
| 45 14    Q.   Okay.  Let me hand you | | | | |
| 45 15    Plaintiff's Exhibit 6. | | | | |
| **46:2 - 46:9   Warren, Garrad - 01-23-2020** | | | | |
| 46 2     Q.    Okay.  So the very first one | | | | |
| 46 3     there, you're there on the left, Gary Warren, | | | | |
| 46 4     president, North American safety products | | | | |
| 46 5     group.  It looks like you're -- there's only | | | | |
| 46 6     one person above you, that's Michael McLain, | | | | |
| 46 7     the president there, the CEO? | | | | |
| 46 8     A.   That is correct, I reported to | | | | |
| 46 9     Mike McLain. | | | | |
| **46:10 - 46:16   Warren, Garrad - 01-23-2020** | | | **Re: [46:10-46:16]** | **SUSTAINED** |
| 46 10    Q.    Okay.  And again, he was one of | | | Improper clarification | |
| 46 11    the -- he recruited you because he was at | | | counter | |
| 46 12    DowBrands -- | | | | |
| 46 13    A.   Yes, sir. | | | | |
| 46 14    Q.    -- with you, correct? | | | | |
| 46 15    And then if you go to GW-09216, | | | | |
| 46 16    about 15 more pages in. | | | | |

| | | | | |
|---|---|---|---|---|
| **46:21 - 47:2** | **Warren, Garrad - 01-23-2020** | | | |
| 46 21 | Q.   This is consumer sales and | | | |
| 46 22 | marketing. | | | |
| 46 23 | Do you see that at the top? | | | |
| 46 24 | A.   I do. | | | |
| 46 25 | Q.   And you're at the top of this | | | |
| 47 1 | chain, right? | | | |
| 47 2 | A.   Yes, sir. | | | |
| **47:3 - 47:6** | **Warren, Garrad - 01-23-2020** | | | |
| 47 3 | Q.   And so when it came to the | | | |
| 47 4 | consumer end of the products that you | | | |
| 47 5 | oversaw, that included the Combat Arms | | | |
| 47 6 | version 2, you were at the top, right? | | | |
| **47:8 - 47:11** | **Warren, Garrad - 01-23-2020** | | | |
| 47 8 | THE WITNESS:  The vice | | | |
| 47 9 | president and general manager | | | |
| 47 10 | responsible for that business | | | |
| 47 11 | reporting in to me, yes. | | | |
| **47:23 - 48:6** | **Warren, Garrad - 01-23-2020** | | | |
| 47 23 | Q.   And ultimately you would be | | | |
| 47 24 | responsible for what happened when it came to | | | |
| 47 25 | the sales and marketing of those products, | | | |
| 48 1 | correct? | | | |
| 48 2 | A.   Yeah, I would agree with that. | | | |
| 48 3 | Q.   And that would include the | | | |
| 48 4 | consumer version of the Combat Arms | | | |
| 48 5 | version 2, correct? | | | |
| 48 6 | A.   Yes. | | | |
| **48:7 - 48:8** | **Warren, Garrad - 01-23-2020** | | | |
| 48 7 | Q.   If we go to .27, so another 11 | | | |
| 48 8 | pages. | | | |
| **48:9 - 49:2** | **Warren, Garrad - 01-23-2020** | | | |
| 48 9 | A.   27?  Okay. | | | |
| 48 10 | Q.   Again, this is North American | | | |
| 48 11 | safety products, so this is sales, correct, | | | |
| 48 12 | according to the title at the top? | | | |
| 48 13 | A.   Yes, sir. | | | |
| 48 14 | Q.   And this -- the Combat Arms | | | |
| 48 15 | version 2 would fall under this category, | | | |

| | | | | |
|---|---|---|---|---|
| 48 16 | correct? | | | |
| 48 17 | A.    Yes, sir. | | | |
| 48 18 | Q.    The sales to the military? | | | |
| 48 19 | A.    Yes, sir. | | | |
| 48 20 | Q.    And again, you're at the top of | | | |
| 48 21 | the heap when it comes to this, right? | | | |
| 48 22 | A.    Ultimately, yes, this business | | | |
| 48 23 | reported into me. | | | |
| 48 24 | Q.    And the only person above you | | | |
| 48 25 | was president and CEO of the entire shebang, | | | |
| 49 1 | right? | | | |
| 49 2 | A.    Yes, sir. | | | |
| **49:3 - 49:13** | **Warren, Garrad - 01-23-2020** | | | |
| 49 3 | Q.    And so it looks like you had | | | |
| 49 4 | Mike Cimino report to you directly, right? | | | |
| 49 5 | A.    Yes. | | | |
| 49 6 | Q.    So you would interact with him | | | |
| 49 7 | on a regular basis? | | | |
| 49 8 | A.    I did. | | | |
| 49 9 | Q.    And then Doug Moses, Frank | | | |
| 49 10 | Gavin, Tom McNamara were under him. | | | |
| 49 11 | And you knew those individuals | | | |
| 49 12 | as well, didn't you? | | | |
| 49 13 | A.    Tim McNamara, but, yes, I did. | | | |
| **50:2 - 50:16** | **Warren, Garrad - 01-23-2020** | | | |
| 50 2 | Q.    And it looks like we have | | | |
| 50 3 | Mr. Moses again and -- as the senior brand | | | |
| 50 4 | manager and then also directly reporting to | | | |
| 50 5 | you is Brian Myers? | | | |
| 50 6 | A.    That is correct. | | | |
| 50 7 | Q.    Do you see that? | | | |
| 50 8 | And he was the vice president | | | |
| 50 9 | of the hearing conservation products, | | | |
| 50 10 | correct? | | | |
| 50 11 | A.    Yes.  Yes, sir. | | | |
| 50 12 | Q.    And so he would be the | | | |
| 50 13 | person -- one of the people that would report | | | |
| 50 14 | directly to you about the Combat Arms | | | |

| | | | | |
|---|---|---|---|---|
| 50 15 | version 2, correct? | | | |
| 50 16 | A.   Yes, sir. | | | |
| **51:2 - 51:7** | **Warren, Garrad - 01-23-2020** | | | |
| 51 2 | Q.   When you would ask for | | | |
| 51 3 | technical information about the Combat Arms | | | |
| 51 4 | version 2, who would you go to?  Mr. Myers? | | | |
| 51 5 | A.   We had a -- we had an R&D or a | | | |
| 51 6 | technical group that typically we got that | | | |
| 51 7 | kind of information from. | | | |
| **51:10 - 51:16** | **Warren, Garrad - 01-23-2020** | | | |
| 51 10 | Q.   And that would include | | | |
| 51 11 | Mr. Berger?  Did you ever interact with | | | |
| 51 12 | Mr. Berger? | | | |
| 51 13 | A.   On occasion, yes, sir. | | | |
| 51 14 | Q.   Okay.  And Mr. Myers, you would | | | |
| 51 15 | interact with him regularly as well, correct? | | | |
| 51 16 | A.   Yes. | | | |
| **53:4 - 53:9** | **Warren, Garrad - 01-23-2020** | | | |
| 53 4 | Q.   And we saw from your | | | |
| 53 5 | presentation to the board of directors | | | |
| 53 6 | earlier, part of your responsibility was | | | |
| 53 7 | coming up with a new -- a new and improved | | | |
| 53 8 | version of the Combat Arms to sell to the | | | |
| 53 9 | military, correct? | | | |
| **53:11 - 53:24** | **Warren, Garrad - 01-23-2020** | | | |
| 53 11 | THE WITNESS:  I'm not sure what | | | |
| 53 12 | you mean by "coming up with." | | | |
| 53 13 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 53 14 | Q.   Well, one of your goals that | | | |
| 53 15 | you stated to the board of directors in your | | | |
| 53 16 | presentation to them was to take some input | | | |
| 53 17 | from the military and invest behind the | | | |
| 53 18 | military and let's see if we can develop and | | | |
| 53 19 | market an improved version of the Combat | | | |
| 53 20 | Arms, right? | | | |
| 53 21 | A.   I wouldn't say it was | | | |
| 53 22 | necessarily improved.  It was certainly a | | | |
| 53 23 | line extension to the current Combat Arms | | | |
| 53 24 | version 2. | | | |

| | | | | |
|---|---|---|---|---|
| **54:7 - 54:11** | **Warren, Garrad - 01-23-2020** | | | |
| 54 7 | Q.   Okay.  And in this, in fact, | | | |
| 54 8 | your company and you being the head of this | | | |
| 54 9 | safety division, was trying to come up with | | | |
| 54 10 | an improvement to the Combat Arms version 2, | | | |
| 54 11 | correct? | | | |
| **54:13 - 54:18** | **Warren, Garrad - 01-23-2020** | | | |
| 54 13 | THE WITNESS:  Again, we were | | | |
| 54 14 | trying to come up with -- with an | | | |
| 54 15 | alternative to the current Combat Arms | | | |
| 54 16 | that had different features and in | | | |
| 54 17 | some cases benefits to it versus the | | | |
| 54 18 | current Combat Arms version 2. | | | |
| **54:19 - 54:21** | **Warren, Garrad - 01-23-2020** | | | |
| 54 19 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 54 20 | Q.   To me that sounds like you're | | | |
| 54 21 | trying to improve it? | | | |
| **54:23 - 54:25** | **Warren, Garrad - 01-23-2020** | | | |
| 54 23 | THE WITNESS:  That's your point | | | |
| 54 24 | of view.  I'm not sure I would agree | | | |
| 54 25 | with that. | | | |
| **58:15 - 58:18** | **Warren, Garrad - 01-23-2020** | | | |
| 58 15 | If there's too much attenuation | | | |
| 58 16 | on the yellow side, that would be a problem | | | |
| 58 17 | in selling the Combat Arms version 2, | | | |
| 58 18 | correct? | | | |
| **58:21 - 58:24** | **Warren, Garrad - 01-23-2020** | | | |
| 58 21 | THE WITNESS:  It obviously was | | | |
| 58 22 | not a problem.  We continued to sell | | | |
| 58 23 | this product, so I'm not sure why you | | | |
| 58 24 | would say it was a problem. | | | |
| **60:16 - 60:25** | **Warren, Garrad - 01-23-2020** | | | |
| 60 16 | Q.   Okay.  It also says one size | | | |
| 60 17 | doesn't fit all. | | | |
| 60 18 | You came to understand that | | | |
| 60 19 | that was one of the issues with the Combat | | | |
| 60 20 | Arms version 2, correct, that it only had -- | | | |
| 60 21 | it only was a one size fits all? | | | |

| | | | | |
|---|---|---|---|---|
| 60 22 | A.   I don't think that there was an | | | |
| 60 23 | understanding that there was an issue with | | | |
| 60 24 | that.  We sold millions of those plugs, and | | | |
| 60 25 | it was one size. | | | |
| **61:1 - 61:16** | **Warren, Garrad - 01-23-2020** | | | |
| 61 1 | Q.    And it was marketed as one size | | | |
| 61 2 | fits all? | | | |
| 61 3 | A.    I don't recall that, but... | | | |
| 61 4 | Q.    So earlier when you were | | | |
| 61 5 | talking about the NRR and you'd have to rely | | | |
| 61 6 | on the technical people, who would that be | | | |
| 61 7 | within your organization at Aearo? | | | |
| 61 8 | A.    That would include people like | | | |
| 61 9 | Dick Knauer, Elliott Berger, Bob Klun, who | | | |
| 61 10 | they reported to. | | | |
| 61 11 | Q.    Okay.  And if you go to the | | | |
| 61 12 | next page, there's a goal here, and the goal | | | |
| 61 13 | stated is to replace the current CAE, which | | | |
| 61 14 | at this point was the version 2, correct? | | | |
| 61 15 | A.    That's what it says. | | | |
| 61 16 | Q.    With an improved version, | | | |
| **61:11 - 62:7** | **Warren, Garrad - 01-23-2020** | | | |
| 61 11 | Q.    Okay.  And if you go to the | | | |
| 61 12 | next page, there's a goal here, and the goal | | | |
| 61 13 | stated is to replace the current CAE, which | | | |
| 61 14 | at this point was the version 2, correct? | | | |
| 61 15 | A.    That's what it says. | | | |
| 61 16 | Q.    With an improved version, | | | |
| 61 17 | right? | | | |
| 61 18 | A.    That's what it says. | | | |
| 61 19 | Q.    But as president of this | | | |
| 61 20 | business unit, you didn't view any of the | | | |
| 61 21 | later versions of the CAE as having any | | | |
| 61 22 | improvements over the CAE version 2; is that | | | |
| 61 23 | your testimony? | | | |
| 61 24 | A.    I think that there were -- to | | | |
| 61 25 | some users, I'm sure there were some | | | |
| 62 1 | improvements in that particular version, yes. | | | |
| 62 2 | Q.    Okay. | | | |

| | | | | |
|---|---|---|---|---|
| 62 3 | A.   To be -- to be clear, if I may, | | | |
| 62 4 | what I particularly take issue with is the | | | |
| 62 5 | statement that our goal was to replace the | | | |
| 62 6 | current Combat Arms.  That is unequivocally | | | |
| 62 7 | not true. | | | |
| **62:8 - 62:11** | **Warren, Garrad - 01-23-2020** | | | |
| 62 8 | Q.    And the reason that it wasn't | | | |
| 62 9 | true was because the Combat Arms version 2 | | | |
| 62 10 | was selling a lot; it was a lot of sales, | | | |
| 62 11 | correct? | | | |
| **62:13 - 62:21** | **Warren, Garrad - 01-23-2020** | | | |
| 62 13 | THE WITNESS:  As a matter of | | | |
| 62 14 | practice, when we came out with line | | | |
| 62 15 | extensions like this particular | | | |
| 62 16 | version 3, we -- I don't recall that | | | |
| 62 17 | we ever discontinued an existing | | | |
| 62 18 | product because we had existing sales | | | |
| 62 19 | on it, it might be cannibalized by the | | | |
| 62 20 | new product, but we continued to -- | | | |
| 62 21 | let that product continue to sell. | | | |
| **62:22 - 63:6** | **Warren, Garrad - 01-23-2020** | | | |
| 62 22 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 62 23 | Q.    Because it was still making | | | |
| 62 24 | money for the company, right? | | | |
| 62 25 | A.    Because it was still specced in | | | |
| 63 1 | by the end user.  They wanted that product, | | | |
| 63 2 | it was specced in, we allowed them to | | | |
| 63 3 | continue to buy that product, and we gave | | | |
| 63 4 | them a choice between the existing product | | | |
| 63 5 | and in this particular case the line | | | |
| 63 6 | extension, version 3. | | | |
| **64:2 - 64:10** | **Warren, Garrad - 01-23-2020** | | | |
| 64 2 | Q.    And when we're talking about | | | |
| 64 3 | products that are designed to protect people, | | | |
| 64 4 | it's important for a company selling those | | | |
| 64 5 | products to tell the people what the benefits | | | |
| 64 6 | of that product are and the risks of that | | | |
| 64 7 | product, fair? | | | |
| 64 8 | A.    As it relates specifically to | | | |

| | | | | |
|---|---|---|---|---|
| 64 9 | this issue, I'm not aware that there were any | | | |
| 64 10 | risks. | | | |
| **64:11 - 64:14** | **Warren, Garrad - 01-23-2020** | | | |
| 64 11 | Q.    Okay.  So in your view as the | | | |
| 64 12 | president, it wasn't your job to convey any | | | |
| 64 13 | risks because you didn't believe there to be | | | |
| 64 14 | any at all -- | | | |
| **64:16 - 66:1** | **Warren, Garrad - 01-23-2020** | | | |
| 64 16 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 64 17 | Q.    -- with the Combat Arms | | | |
| 64 18 | version 2? | | | |
| 64 19 | A.    I don't believe there were. | | | |
| 64 20 | To be clear -- if I may, to be | | | |
| 64 21 | clear, there is always the risk that a user | | | |
| 64 22 | is using the product improperly.  So that's a | | | |
| 64 23 | general risk, but beyond that, I'm not aware | | | |
| 64 24 | that there were any risks with this product. | | | |
| 64 25 | Q.    As the company selling the | | | |
| 65 1 | product, you would agree with me that it's | | | |
| 65 2 | incumbent on the company to instruct the user | | | |
| 65 3 | as to how to properly use whatever safety | | | |
| 65 4 | device it is, correct? | | | |
| 65 5 | A.    To instruct who? | | | |
| 65 6 | Q.    The user. | | | |
| 65 7 | You're selling the product and | | | |
| 65 8 | you just talked about there may be a risk if | | | |
| 65 9 | you use it wrong.  You understood it was | | | |
| 65 10 | ultimately your responsibility, Aearo's | | | |
| 65 11 | responsibility, to make sure that it was used | | | |
| 65 12 | properly, at least the instructions were | | | |
| 65 13 | there? | | | |
| 65 14 | A.    It was not -- it was not our | | | |
| 65 15 | responsibility, nor was it frankly possible | | | |
| 65 16 | for us to communicate directly with every end | | | |
| 65 17 | user that potentially used this product.  We | | | |
| 65 18 | did communicate with what we called the | | | |
| 65 19 | gatekeeper, that could be the purchasing | | | |
| 65 20 | agent, that could be the audiologist, that | | | |
| 65 21 | could be the safety director.  But to expect | | | |

| | | | | |
|---|---|---|---|---|
| 65 22 | us to go out and communicate with every | | | |
| 65 23 | possible end user in every -- you know, | | | |
| 65 24 | everywhere across the world, it frankly was | | | |
| 65 25 | just impossible for us to do, and it was not | | | |
| 66 1 | our responsibility. | | | |
| **66:9 - 66:16** | **Warren, Garrad - 01-23-2020** | **Re: [66:2-67:8]** | Re: [66:2-67:8] | |
| 66 9 | (Warren Exhibit 8 marked for | Def Objection - 3M MIL No. 7; Relevance (401, 402); Prejudice (403) | Def Objection - 3M MIL No. 7; Relevance (401, 402); Prejudice (403) **OVERRULED** | |
| 66 10 | identification.) | | | |
| 66 11 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 66 12 | Q.   Okay.  Plaintiff's Exhibit 8 | | | |
| 66 13 | for the record. | | | |
| 66 14 | You've seen this document | | | |
| 66 15 | before, haven't you? | | | |
| 66 16 | A.   I believe so, yes. | | | |
| **66:17 - 67:8** | **Warren, Garrad - 01-23-2020** | **Re: [66:2-67:8]** | Re: [66:2-67:8] | |
| 66 17 | Q.   In fact, you were involved in | Def Objection - 3M MIL No. 7; Relevance (401, 402); Prejudice (403) | Def Objection - 3M MIL No. 7; Relevance (401, 402); Prejudice (403) **OVERRULED** | |
| 66 18 | the creation of this document, correct? | | | |
| 66 19 | A.   I was.  Portions of it, yes. | | | |
| 66 20 | Q.   And the purpose of this | | | |
| 66 21 | document was to meet with 3M and try to | | | |
| 66 22 | convince 3M to purchase Aearo, correct? | | | |
| 66 23 | A.   The purpose of the document was | | | |
| 66 24 | to -- we made this presentation to a number | | | |
| 66 25 | of potential acquirers, of which 3M was one. | | | |
| 67 1 | Q.   Did Aearo get other bids to | | | |
| 67 2 | purchase it or just 3M's? | | | |
| 67 3 | A.   I believe we did, but I don't | | | |
| 67 4 | recall. | | | |
| 67 5 | Q.   3M's was the most, I take it, | | | |
| 67 6 | because you took that one? | | | |
| 67 7 | A.   3M's is the one that we | | | |
| 67 8 | accepted, yes, sir. | | | |
| **67:9 - 67:12** | **Warren, Garrad - 01-23-2020** | | | |
| 67 9 | Q.   Okay.  And since you weren't | | | |
| 67 10 | hanging around, it didn't really matter to | | | |
| 67 11 | you who bought it, other than whoever paid | | | |
| 67 12 | the most, right? | | | |
| **67:14 - 67:19** | **Warren, Garrad - 01-23-2020** | | | |
| 67 14 | THE WITNESS:  That is not | | | |

| | | | |
|---|---|---|---|
| 67 15  necessarily true.  We had sold the<br>67 16  company three previous times, and I<br>67 17  stuck around all three of those times.<br>67 18  So it really depended upon who the<br>67 19  acquirer was. | | | |
| **67:21 - 67:24  Warren, Garrad - 01-23-2020**<br>67 21     Q.    Okay.  Well, in any event, you<br>67 22     knew that if it was acquired that you stood<br>67 23     to gain financially, fair?<br>67 24     A.    Yes. | **Re: [67:21-67:24]**<br>Def Objection - 3M MIL No.<br>7; Relevance (401, 402);<br>Prejudice (403) | Re: [67:21-<br>67:24]<br>Def Objection -<br>3M MIL No. 7;<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** | |
| **68:4 - 68:12  Warren, Garrad - 01-23-2020**<br>68 4     Q.    And the very first slide after<br>68 5     that is the management team, and you're there<br>68 6     on the left, Gary Warren, senior vice<br>68 7     president, North America, right?<br>68 8     A.    Yes.<br>68 9     Q.    And the operating board on the<br>68 10     next page has your name on it as the<br>68 11     president, North America safety, correct?<br>68 12     A.    That is correct. | | | |
| **69:2 - 69:6  Warren, Garrad - 01-23-2020**<br>69 2     Q.    And when it came to North<br>69 3     American safety products, including the<br>69 4     Combat Arms version 2, you were the one<br>69 5     running that?<br>69 6     A.    North -- yes, sir. | | | |
| **70:7 - 70:11  Warren, Garrad - 01-23-2020**<br>70 7     Q.    And if we drill down a little<br>70 8     bit on page 11, one of the things any suitor<br>70 9     to purchase a company looks for is sales and<br>70 10     revenue growth over time, fair?<br>70 11     A.    That is correct. | | **Re: [70:7-70:22]**<br>Baker MIL 1, 403 | **OVERRULED** |
| **70:12 - 70:15  Warren, Garrad - 01-23-2020**<br>70 12     Q.    And, in fact, this chart<br>70 13     demonstrates that year after year after year | | **Re: [70:7-70:22]**<br>Baker MIL 1, 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 70 14<br>70 15 | Aearo was able to increase sales and increase<br>revenue? | | | |
| **70:18 - 70:18**<br>70 18 | **Warren, Garrad - 01-23-2020**<br>Q.    Making it a more attractive | | | Re: [70:7-70:22]<br>Baker MIL 1, 403 | **OVERRULED** |
| **70:22 - 70:22**<br>70 22 | **Warren, Garrad - 01-23-2020**<br>THE WITNESS:  Yes. | | | Re: [70:7-70:22]<br>Baker MIL 1, 403 | **OVERRULED** |
| **72:2 - 72:10**<br>72 2<br>72 3<br>72 4<br>72 5<br>72 6<br>72 7<br>72 8<br>72 9<br>72 10 | **Warren, Garrad - 01-23-2020**<br>Q.    And you don't quarrel with<br>anything that was presented to 3M about these<br>numbers, do you?<br>A.    I don't recall that I did at<br>the time, no.<br>Q.    Okay.  And you don't today<br>either, do you?<br>A.    I haven't looked at them, but,<br>no, I take it at face value. | | | | |
| **72:11 - 72:20**<br>72 11<br>72 12<br>72 13<br>72 14<br>72 15<br>72 16<br>72 17<br>72 18<br>72 19<br>72 20 | **Warren, Garrad - 01-23-2020**<br>Q.    Okay.  And if we're talking<br>about gross sales for the safety product<br>line, hearing protection is actually the<br>number one driver for sales, correct?<br>A.    It is certainly the largest,<br>yes.<br>Q.    Largest by far, and it's<br>increasing year over year, correct?<br>A.    4.4 percent versus the prior<br>year and -- yes, sir. | | | Re: [72:11-72:20]<br>Baker MIL 1, 403 | **OVERRULED** |
| **74:2 - 74:9**<br>74 2<br>74 3<br>74 4<br>74 5<br>74 6<br>74 7<br>74 8<br>74 9 | **Warren, Garrad - 01-23-2020**<br>Q.    What it says up at the top is<br>that Aearo has leading hearing and eyewear<br>R&D capabilities?<br>A.    Yes, sir.<br>Q.    And that, you believed, would<br>be important to 3M in deciding whether or not<br>to purchase Aearo, right?<br>A.    One of the factors, yes. | | | | |
| **74:10 - 74:13**<br>74 10 | **Warren, Garrad - 01-23-2020**<br>Q.    In fact, one of the factors | | | | |

| | | | | |
|---|---|---|---|---|
| 74 11 | here is that it had attenuation, NRR testing | | | |
| 74 12 | in a recognized testing lab, correct? | | | |
| 74 13 | A.    That is correct. | | | |
| **74:14 - 74:22   Warren, Garrad - 01-23-2020** | | | | |
| 74 14 | Q.    And you also tout here that it | | | |
| 74 15 | had extensive end user training programs. | | | |
| 74 16 | Do you see that? | | | |
| 74 17 | A.    I do. | | | |
| 74 18 | Q.    In fact, you were involved in | | | |
| 74 19 | the decision to do some training product -- | | | |
| 74 20 | programs with regard to Combat Arms | | | |
| 74 21 | version 2, correct? | | | |
| 74 22 | A.    Yes. | | | |
| **75:13 - 75:15   Warren, Garrad - 01-23-2020** | | | Re: [75:11-75:15] | **OVERRULED** |
| 75 13 | Q.    And you understand, do you not, | | 602 | |
| 75 14 | that fit is very important when it comes to | | | |
| 75 15 | passive hearing protection, correct? | | | |
| **75:18 - 75:20   Warren, Garrad - 01-23-2020** | | | Re: [75:18-75:20] | **OVERRULED** |
| 75 18 | THE WITNESS:  It is an | | 602 | |
| 75 19 | important -- one of a number of | | | |
| 75 20 | important factors, yes. | | | |
| **76:3 - 76:10   Warren, Garrad - 01-23-2020** | | | | |
| 76 3 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 76 4 | Q.    Well, if an earplug doesn't fit | | | |
| 76 5 | properly, it's not going to protect the user; | | | |
| 76 6 | it's not going to protect the soldier, is it? | | | |
| 76 7 | A.    If it doesn't fit properly, it | | | |
| 76 8 | will not protect as well as if it fitted -- | | | |
| 76 9 | you know, had a secure fit.  It doesn't mean | | | |
| 76 10 | it won't provide any protection at all. | | | |
| **76:11 - 76:17   Warren, Garrad - 01-23-2020** | | | | |
| 76 11 | Q.    Well, when we're talking about | | | |
| 76 12 | the men and women in uniform, you would agree | | | |
| 76 13 | with me that we want to provide them the best | | | |
| 76 14 | protection possible? | | | |
| 76 15 | A.    I think that goes -- you know, | | | |
| 76 16 | I would agree with that as well as all of our | | | |
| 76 17 | customers, yes. | | | |

| | | | | |
|---|---|---|---|---|
| **77:11 - 77:20**  Warren, Garrad - 01-23-2020 | | | | |
| 77 11   Q.    And if you go to page 78, you | | | | |
| 77 12   are in this presentation talking about the | | | | |
| 77 13   military and law enforcement growth at Aearo. | | | | |
| 77 14   This would have been, again, | | | | |
| 77 15   under your purview when it comes to passive | | | | |
| 77 16   hearing protection? | | | | |
| 77 17   A.    Again, this chart is referring | | | | |
| 77 18   specifically to global sales of which North | | | | |
| 77 19   America or the US sales were included in | | | | |
| 77 20   these numbers. | | | | |
| **78:4 - 78:15**  Warren, Garrad - 01-23-2020 | | | | |
| 78 4   Q.    Okay.  And you would be in | | | | |
| 78 5   charge of that, right? | | | | |
| 78 6   A.    Yes, sir. | | | | |
| 78 7   Q.    And, in fact, it says here | | | | |
| 78 8   there's been a significant change in US | | | | |
| 78 9   military communication requirements as well | | | | |
| 78 10   as greater recognition for the need for | | | | |
| 78 11   hearing protection. | | | | |
| 78 12   You know that's true as | | | | |
| 78 13   president of sales for North America, | | | | |
| 78 14   correct? | | | | |
| 78 15   A.    Yes. | | | | |
| **79:3 - 79:11**  Warren, Garrad - 01-23-2020 | **Re: [79:3-79:11]** Def Objection - 3M MIL No. 7 | Re: [79:3-79:11] Def Objection - 3M MIL No. 7 **OVERRULED** | **Re: [79:3-79:11]** Baker MIL 1, 403 | **OVERRULED** |
| 79 3   Q.    And it says at the top here, | | | | |
| 79 4   "Aearo's investment over the last few years | | | | |
| 79 5   in the military and law enforcement has | | | | |
| 79 6   delivered excellent results." | | | | |
| 79 7   And again, you've got that | | | | |
| 79 8   Aearo sales or global sales are going up for | | | | |
| 79 9   that, correct? | | | | |
| 79 10   A.    Yes, they went from 6.3 million | | | | |
| 79 11   in '02 to 24 million in '07. | | | | |
| **79:12 - 79:16**  Warren, Garrad - 01-23-2020 | **Re: [79:12-79:16]** Def Objection - 3M MIL No. 7; Compound (611, 403) | Re: [79:12-79:16] Def Objection - 3M MIL No. 7; Compound | | |
| 79 12   Q.    And a large part of that, | | | | |
| 79 13   according to this chart, is the emergence of | | | | |
| 79 14   the Combat Arms as a product -- protection | | | | |

| | | | |
|---|---|---|---|
| | 79 15 | product of choice by the Marine Corps and | | (611, 403) | | |
| | 79 16 | Army, correct? | | **OVERRULED** | | |
| **79:18 - 79:20** | | **Warren, Garrad - 01-23-2020** | **Re: [79:18-79:20]** | **Re: [79:18-** | | |
| | 79 18 | THE WITNESS:  It was one of | Def Objection - 3M MIL No. | **79:20]** | | |
| | 79 19 | the -- one of the key products that we | 7; Compound (611, 403) | Def Objection - | | |
| | 79 20 | sold to the military. | | 3M MIL No. 7; | | |
| | | | | Compound | | |
| | | | | (611, 403) | | |
| | | | | **OVERRULED** | | |
| **79:22 - 80:1** | | **Warren, Garrad - 01-23-2020** | | | | |
| | 79 22 | Q.    In fact, you know it to have | | | | |
| | 79 23 | been the product of choice when it came to | | | | |
| | 79 24 | the Marine Corps and the Army, correct? | | | | |
| | 79 25 | A.    Based on what it says here, | | | | |
| | 80 1 | yes. | | | | |
| **80:2 - 80:14** | | **Warren, Garrad - 01-23-2020** | | | | |
| | 80 2 | Q.    Okay.  Now, the key military | | | | |
| | 80 3 | product on page 79, if you just turn one page | | | | |
| | 80 4 | over, again, I guess we just went over this, | | | | |
| | 80 5 | but it says here on the bullet point on the | | | | |
| | 80 6 | right that, in fact, it was the product of | | | | |
| | 80 7 | choice, Combat Arms is a product of choice | | | | |
| | 80 8 | for DOD. | | | | |
| | 80 9 | Do you see that? | | | | |
| | 80 10 | A.    I do. | | | | |
| | 80 11 | Q.    And again, you don't disagree | | | | |
| | 80 12 | with that, correct? | | | | |
| | 80 13 | A.    I don't have any reason to | | | | |
| | 80 14 | disagree with that, no. | | | | |
| **80:15 - 80:23** | | **Warren, Garrad - 01-23-2020** | | | | |
| | 80 15 | Q.    If we go to page 83, one of | | | | |
| | 80 16 | the -- I guess now we're talking about | | | | |
| | 80 17 | military and law enforcement growth? | | | | |
| | 80 18 | A.    Yes, sir. | | | | |
| | 80 19 | Q.    And organizational | | | | |
| | 80 20 | capabilities, it looks like you created the | | | | |
| | 80 21 | North American military strategic business | | | | |
| | 80 22 | unit? | | | | |
| | 80 23 | A.    That is correct. | | | | |

| | | | | |
|---|---|---|---|---|
| **81:8 - 81:11** | **Warren, Garrad - 01-23-2020** | | | |
| 81 8 | Q.   And one of the things that you | | | |
| 81 9 | tout here is that you increased the number of | | | |
| 81 10 | salespeople? | | | |
| 81 11 | A.   Yes. | | | |
| **82:24 - 83:3** | **Warren, Garrad - 01-23-2020** | | | |
| 82 24 | Q.   And included in the passive | | | |
| 82 25 | hearing be would have been the consumer | | | |
| 83 1 | version of the Combat Arms that was being | | | |
| 83 2 | sold by your company, correct? | | | |
| 83 3 | A.   Yes. | | | |
| **83:25 - 84:6** | **Warren, Garrad - 01-23-2020** | | **Re: [83:25-84:6]** | **OVERRULED** |
| 83 25 | Q.   It looks like year over year | | Baker MIL 1, 403 | |
| 84 1 | there's significant growth when it -- or this | | | |
| 84 2 | is a nine-month chart, I suppose, where, | | | |
| 84 3 | again, Aearo is showing significant growth in | | | |
| 84 4 | sales and in profit over nine months, | | | |
| 84 5 | correct? | | | |
| 84 6 | A.   Yes. | | | |
| **84:13 - 84:17** | **Warren, Garrad - 01-23-2020** | | **Re: [84:13-84:17]** | **OVERRULED** |
| 84 13 | Q.   And the numbers here are in | | Baker MIL 1, 403 | |
| 84 14 | millions, right? | | | |
| 84 15 | A.   Yes, sir. | | | |
| 84 16 | Q.   340 million? | | | |
| 84 17 | A.   Yes, sir. | | | |
| **85:15 - 85:24** | **Warren, Garrad - 01-23-2020** | | | |
| 85 15 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 85 16 | Q.   Okay.  So one of the things | | | |
| 85 17 | here that it talks about is integrity and | | | |
| 85 18 | ethical behavior. | | | |
| 85 19 | Do you see that? | | | |
| 85 20 | A.   I do. | | | |
| 85 21 | Q.   You agree that that is | | | |
| 85 22 | paramount when it comes to running a company, | | | |
| 85 23 | correct? | | | |
| 85 24 | A.   I think it's very important. | | | |
| **85:25 - 86:6** | **Warren, Garrad - 01-23-2020** | | | |
| 85 25 | Q.   And it's even more important | | | |
| 86 1 | when it comes to selling products that are | | | |

| | | | | |
|---|---|---|---|---|
| 86 2 | designed to protect people, safety products, | | | |
| 86 3 | that you sold, right? | | | |
| 86 4 | A.    I'm not sure what you're | | | |
| 86 5 | comparing more important to.  Again, I would | | | |
| 86 6 | agree that it's very important. | | | |
| **86:7 - 86:14** | **Warren, Garrad - 01-23-2020** | | | |
| 86 7 | Q.    Well, you would agree that it's | | | |
| 86 8 | the most important thing, isn't it? | | | |
| 86 9 | A.    The most important thing? | | | |
| 86 10 | Q.    Well, it's certainly more | | | |
| 86 11 | important than sales and profit, you'd agree | | | |
| 86 12 | with that? | | | |
| 86 13 | A.    I'm not quite sure I know how | | | |
| 86 14 | to answer that. | | | |
| **87:1 - 87:4** | **Warren, Garrad - 01-23-2020** | | | |
| 87 1 | (Warren Exhibit 9 marked for | | | |
| 87 2 | identification.) | | | |
| 87 3 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 87 4 | Q.    Plaintiff's Exhibit 9. | | | |
| **87:5 - 87:8** | **Warren, Garrad - 01-23-2020** | | | |
| 87 5 | So you're familiar with the | | | |
| 87 6 | code of ethics, I take it? | | | |
| 87 7 | A.    I am not.  I don't recall it | | | |
| 87 8 | anyway, let me put it that way. | | | |
| **87:15 - 88:1** | **Warren, Garrad - 01-23-2020** | | | |
| 87 15 | Q.    Okay.  It says that, "To the | | | |
| 87 16 | best of my knowledge and ability, I act with | | | |
| 87 17 | honesty and integrity, avoiding actual or | | | |
| 87 18 | apparent conflicts of interest in personal | | | |
| 87 19 | and professional relationships." | | | |
| 87 20 | That's something you agree | | | |
| 87 21 | with, right? | | | |
| 87 22 | A.    Yes. | | | |
| 87 23 | Q.    And that applies -- should | | | |
| 87 24 | apply, not just to you as a member of the | | | |
| 87 25 | operating board, but everybody in Aearo? | | | |
| 88 1 | A.    It should, yes. | | | |

| | | | |
|---|---|---|---|
| **88:2 - 88:10**   **Warren, Garrad - 01-23-2020** | **Re: [88:8-88:14]** | Re: [88:8- | |
| 88 2    Q.    "I provide constituents with | Def Objection - Vague (611, | 88:14] | |
| 88 3    information that is accurate, complete, | 403) | Def Objection - | |
| 88 4    objective, relevant, timely and | | Vague (611, | |
| 88 5    understandable." | | 403) | |
| 88 6    You agree with that, right? | | **OVERRULED** | |
| 88 7    A.    I do. | | | |
| 88 8    Q.    And that would include when it | | | |
| 88 9    comes to end users of your safety products, | | | |
| 88 10    that should happen every time, correct? | | | |
| **88:13 - 88:18**   **Warren, Garrad - 01-23-2020** | **Re: [88:8-88:14]** | Re: [88:8- | |
| 88 13    THE WITNESS:  As it relates to | Def Objection - Vague (611, | 88:14] | |
| 88 14    who? | 403) | Def Objection - | |
| 88 15    QUESTIONS BY MR. AYLSTOCK: | | Vague (611, | |
| 88 16    Q.    Well, you're selling products | | 403) | |
| 88 17    designed to protect people, safety products? | | **OVERRULED** | |
| 88 18    A.    Yes.  Yes. | | | |
| **88:19 - 88:25**   **Warren, Garrad - 01-23-2020** | | | |
| 88 19    Q.    And when you're providing | | | |
| 88 20    constituents with information about those | | | |
| 88 21    safety products, you would agree that that | | | |
| 88 22    information conveyed by your company should | | | |
| 88 23    be accurate, complete, objective, relevant, | | | |
| 88 24    timely and understandable? | | | |
| 88 25    A.    Yes, I do. | | | |
| **89:1 - 89:15**   **Warren, Garrad - 01-23-2020** | | | |
| 89 1    Q.    Okay.  "I comply with rules and | | | |
| 89 2    regulations of federal, state, provincial and | | | |
| 89 3    local governments and other appropriate | | | |
| 89 4    private and public regulatory agencies." | | | |
| 89 5    Do you see that? | | | |
| 89 6    A.    I do. | | | |
| 89 7    Q.    That's something that's very | | | |
| 89 8    important, correct? | | | |
| 89 9    A.    I would agree with that. | | | |
| 89 10    Q.    And you would expect that of | | | |
| 89 11    not just yourself, but everybody working | | | |
| 89 12    under you, correct? | | | |
| 89 13    A.    Yes. | | | |

| | | | | |
|---|---|---|---|---|
| 89 14 | Q.    Everybody in Aearo? | | | |
| 89 15 | A.    Yes. | | | |
| **89:16 - 90:4** | **Warren, Garrad - 01-23-2020** | | | |
| 89 16 | Q.    "I act in good faith, | | | |
| 89 17 | responsibly, with due care, competence and | | | |
| 89 18 | diligence without misrepresenting material | | | |
| 89 19 | facts or allowing my independent judgment to | | | |
| 89 20 | be subordinated." | | | |
| 89 21 | Do you see that? | | | |
| 89 22 | A.    I do. | | | |
| 89 23 | Q.    That's, again, a very important | | | |
| 89 24 | part of running a company, right? | | | |
| 89 25 | A.    I agree. | | | |
| 90 1 | Q.    And that should be true with | | | |
| 90 2 | regard to from the lab technician all the way | | | |
| 90 3 | up to the president and CEO of the company? | | | |
| 90 4 | A.    I would agree. | | | |
| **90:5 - 90:9** | **Warren, Garrad - 01-23-2020** | | | |
| 90 5 | Q.    And, in fact, if someone fails | | | |
| 90 6 | in that, in your company or any company, they | | | |
| 90 7 | should be held accountable, you would agree | | | |
| 90 8 | with that? | | | |
| 90 9 | A.    I would agree. | | | |
| **90:10 - 90:21** | **Warren, Garrad - 01-23-2020** | | | |
| 90 10 | Q.    Number 6, "I share critical | | | |
| 90 11 | knowledge as relevant to my constituents' | | | |
| 90 12 | needs acquired during the performance of my | | | |
| 90 13 | job and do not restrict such knowledge only | | | |
| 90 14 | for my benefit." | | | |
| 90 15 | Do you see that? | | | |
| 90 16 | A.    I do. | | | |
| 90 17 | Q.    And again, if you or someone in | | | |
| 90 18 | your company obtains critical knowledge about | | | |
| 90 19 | one of the safety products, you would agree | | | |
| 90 20 | that they should share it with the end users | | | |
| 90 21 | of that product? | | | |
| **90:24 - 91:1** | **Warren, Garrad - 01-23-2020** | | | |
| 90 24 | Q.    Who might be putting themselves | | | |

| | | | | |
|---|---|---|---|---|
| 90 25 | at risk if they don't use it correctly, | | | | |
| 91 1 | correct? | | | | |
| **91:4 - 91:10** | **Warren, Garrad - 01-23-2020** | | | | |
| 91 4 | THE WITNESS:  Again, it depends | | | | |
| 91 5 | upon your definition of "end user," | | | | |
| 91 6 | but, yes, we would -- we would have | | | | |
| 91 7 | the responsibility to share that | | | | |
| 91 8 | information with, again, our key | | | | |
| 91 9 | contacts or our key -- the key | | | | |
| 91 10 | gatekeepers that we deal with. | | | | |
| **97:2 - 97:7** | **Warren, Garrad - 01-23-2020** | | | | |
| 97 2 | Q.    I wanted to ask you, as | | | | |
| 97 3 | president of the business unit that oversaw | | | | |
| 97 4 | the Combat Arms version 2, just some general | | | | |
| 97 5 | questions as they relate to some of these | | | | |
| 97 6 | codes of conduct, if I could, sir. | | | | |
| 97 7 | A.    Please. | | | | |
| **97:8 - 97:11** | **Warren, Garrad - 01-23-2020** | | | Re: [97:8-98:2] | OVERRULED |
| 97 8 | Q.    Would you agree with me that a | | | 602 | |
| 97 9 | manufacturer of a safety device should | | | | |
| 97 10 | disclose any known risks of that device to | | | | |
| 97 11 | its users? | | | | |
| **97:13 - 97:14** | **Warren, Garrad - 01-23-2020** | | | Re: [97:8-98:2] | OVERRULED |
| 97 13 | THE WITNESS:  Hypothetically, | | | 602 | |
| 97 14 | if there were risks involved, yes. | | | | |
| **97:15 - 97:21** | **Warren, Garrad - 01-23-2020** | | | Re: [97:8-98:2] | OVERRULED |
| 97 15 | QUESTIONS BY MR. AYLSTOCK: | | | 602 | |
| 97 16 | Q.    Because it's important for | | | | |
| 97 17 | folks using a device, any device, but | | | | |
| 97 18 | particularly a device designed to enhance | | | | |
| 97 19 | their safety, to know of risks so they can | | | | |
| 97 20 | properly protect themselves, correct? | | | | |
| 97 21 | A.    Yes. | | | | |
| **97:24 - 98:2** | **Warren, Garrad - 01-23-2020** | | | Re: [97:8-98:2] | OVERRULED |
| 97 24 | THE WITNESS:  Again, if there | | | 602 | |
| 97 25 | were risks that were known, then, yes, | | | | |
| 98 1 | I think we have an obligation to do | | | | |
| 98 2 | that. | | | | |

| | | | |
|---|---|---|---|
| **98:4 - 98:9    Warren, Garrad - 01-23-2020** | | | |
| 98 4      Q.    And it's important for a safety | | | |
| 98 5      device manufacturer to provide clear and | | | |
| 98 6      accurate information to those who may use | | | |
| 98 7      their products to avoid any needless harms, | | | |
| 98 8      fair? | | | |
| 98 9      A.    Yes. | | | |
| **98:10 - 98:14   Warren, Garrad - 01-23-2020** | | | |
| 98 10     Q.    And a safety device | | | |
| 98 11     manufacturer should test its products to | | | |
| 98 12     understand the risks before they actually | | | |
| 98 13     sell it and make money, fair? | | | |
| 98 14     A.    Yes. | | | |
| **98:15 - 98:18   Warren, Garrad - 01-23-2020** | | | |
| 98 15     Q.    Because if you sell a product | | | |
| 98 16     without knowing what the risks are, then | | | |
| 98 17     needless harm can happen in the end user, | | | |
| 98 18     fair? | | | |
| **98:20 - 99:1    Warren, Garrad - 01-23-2020** | | | |
| 98 20     THE WITNESS:  Again, I would | | | |
| 98 21     say that if we -- if we sold a product | | | |
| 98 22     without, you know, knowing how it | | | |
| 98 23     performed, then, yes, absolutely. | | | |
| 98 24     QUESTIONS BY MR. AYLSTOCK: | | | |
| 98 25     Q.    That would be wrong? | | | |
| 99 1      A.    Yes. | | | |
| **99:2 - 99:8    Warren, Garrad - 01-23-2020** | | | |
| 99 2      Q.    And a safety device | | | |
| 99 3      manufacturer should take -- if it becomes | | | |
| 99 4      aware of a risk, should take steps to inform | | | |
| 99 5      users of that risk, even if it's after the | | | |
| 99 6      sale of the product -- after it started | | | |
| 99 7      selling the product, rather? | | | |
| 99 8      A.    Yes. | | | |
| **99:9 - 99:14   Warren, Garrad - 01-23-2020** | **Re: [99:9-99:21]** <br> Def Objection - Vague (611, 402); Foundation (602) | Re: [99:9-99:21] <br> Def Objection - Vague (611, 402); | |
| 99 9      Q.    And if a product can be made | | | |
| 99 10     safer by the safety device manufacturer | | | |
| 99 11     without affecting the efficacy or the | | | |
| 99 12     effectiveness of the product, that's | | | |

| | | | | |
|---|---|---|---|---|
| 99 13<br>99 14 | something the manufacturer should do,<br>correct? | | Foundation<br>(602)<br>**OVERRULED** | |
| **99:16 - 100:3** | **Warren, Garrad - 01-23-2020** | **Re: [99:9-99:21]** | **Re: [99:9-**<br>**99:21]** | |
| 99 16<br>99 17<br>99 18<br>99 19<br>99 20<br>99 21<br>99 22<br>99 23<br>99 24<br>99 25<br>100 1<br>100 2<br>100 3 | THE WITNESS:  I think in large<br>part it would -- you know, if it is --<br>if it's being accepted by that end<br>user as it is, there may be reasons<br>why you would not want to incur<br>additional costs to that product.<br>QUESTIONS BY MR. AYLSTOCK:<br>Q.    Even if it meant a safer<br>product?<br>A.    Well, again, you know, the<br>question is, is it safe to begin with.  If<br>the answer is yes, then to what degree do you<br>continue to do that and at what cost. | Def Objection - Vague (611,<br>402); Foundation (602) | Def Objection -<br>Vague (611,<br>402);<br>Foundation<br>(602)<br>**OVERRULED** | |
| **100:5 - 100:8** | **Warren, Garrad - 01-23-2020** | | | |
| 100 5<br>100 6<br>100 7<br>100 8 | And if, in fact, a manufacturer<br>can design a product that is safer, that<br>achieves the same benefits, it should choose<br>to design a product that is safer, correct? | | | |
| **100:10 - 100:10** | **Warren, Garrad - 01-23-2020** | | | |
| 100 10 | THE WITNESS:  Not necessarily. | | | |
| **100:12 - 100:19** | **Warren, Garrad - 01-23-2020** | | | |
| 100 12<br>100 13<br>100 14<br>100 15<br>100 16<br>100 17<br>100 18<br>100 19 | Q.    Well, it shouldn't choose a<br>less safe product because it may cost a<br>little more money to make that product?<br>A.    I would agree with that.<br>Q.    And an unsafe product design is<br>not justified just because another company<br>has a same or similar design, true?<br>A.    I agree. | | | |
| **100:20 - 100:24** | **Warren, Garrad - 01-23-2020** | | | |
| 100 20<br>100 21<br>100 22<br>100 23<br>100 24 | Q.    And an unsafe product design<br>isn't justified because you have the patent<br>on that design and you may not have the<br>patent on another design, fair?<br>A.    I agree. | | | |

| | | | |
|---|---|---|---|
| **100:25 - 101:3   Warren, Garrad - 01-23-2020**<br>100 25    Q.    And if a safety device<br>101 1    manufacturer learns that its product is being<br>101 2    misused, it could take steps, reasonable<br>101 3    steps, to prevent the misuse, true? | **Re: [100:25-101:10]**<br>Def Objection - Vague (611, 403); 701 | Re: [100:25-101:10]<br>Def Objection - Vague (611, 403); 701<br>**OVERRULED** | |
| **101:6 - 101:15   Warren, Garrad - 01-23-2020**<br>101 6    THE WITNESS:  Again, it depends<br>101 7    on what that particular misuse is.<br>101 8    You know, if -- you know, some<br>101 9    of those things may be outside our<br>101 10    control.<br>101 11    QUESTIONS BY MR. AYLSTOCK:<br>101 12    Q.    But those that are in your<br>101 13    control you should take steps to prevent,<br>101 14    correct?<br>101 15    A.    Yes. | **Re: [100:25-101:10]**<br>Def Objection - Vague (611, 403); 701 | Re: [100:25-101:10]<br>Def Objection - Vague (611, 403); 701<br>**OVERRULED** | |
| **102:8 - 102:14   Warren, Garrad - 01-23-2020**<br>102 8    If a safety manufacturer is<br>102 9    made aware of complications related to its<br>102 10    product, or additional risks, and that<br>102 11    injuries were occurring due to that, that<br>102 12    manufacturer should take steps to make the<br>102 13    end user aware of those risks so injury can<br>102 14    be prevented, true? | **Re: [102:8-102:21]**<br>Def Objection - Vague, Argumentative (611, 403); 701; Foundation (602) | Re: [102:8-102:21]<br>Def Objection - Vague, Argumentative (611, 403); 701; Foundation (602)<br>**OVERRULED** | |
| **102:17 - 102:21   Warren, Garrad - 01-23-2020**<br>102 17    THE WITNESS:  Certainly if<br>102 18    injury resulted from the use of our<br>102 19    product, then, yes, I would agree we<br>102 20    have an obligation to make them aware<br>102 21    of that. | **Re: [102:8-102:21]**<br>Def Objection - Vague, Argumentative (611, 403); 701; Foundation (602) | Re: [102:8-102:21]<br>Def Objection - Vague, Argumentative (611, 403); 701; Foundation (602)<br>**OVERRULED** | |
| **102:22 - 103:2   Warren, Garrad - 01-23-2020**<br>102 22    QUESTIONS BY MR. AYLSTOCK: | | | |

| | | | | |
|---|---|---|---|---|
| 102 23 | Q.    Okay.  And you would agree, | | | |
| 102 24 | would you not, sir, that a company that | | | |
| 102 25 | manufactures a safety device shouldn't | | | |
| 103 1 | manipulate testing to increase sales, fair? | | | |
| 103 2 | A.    I would absolutely agree. | | | |
| **103:3 - 103:7   Warren, Garrad - 01-23-2020** | | | | |
| 103 3 | Q.    And when it comes to the | | | |
| 103 4 | representations the company makes, it's | | | |
| 103 5 | important that those representations be | | | |
| 103 6 | accurate, correct? | | | |
| 103 7 | A.    Yes. | | | |
| **103:8 - 103:12   Warren, Garrad - 01-23-2020** | | | | |
| 103 8 | Q.    And if the company doesn't know | | | |
| 103 9 | whether they're accurate or not, they | | | |
| 103 10 | shouldn't be making that representation, | | | |
| 103 11 | fair? | | | |
| 103 12 | A.    Yes. | | | |
| **103:13 - 103:15   Warren, Garrad - 01-23-2020** | | | | |
| 103 13 | Q.    And that would be true with | | | |
| 103 14 | regard to the Combat Arms Earplug, too? | | | |
| 103 15 | A.    Yes, to all of our products. | | | |
| **107:2 - 107:8   Warren, Garrad - 01-23-2020** | | | | |
| 107 2 | Q.    When you became president of | | | |
| 107 3 | the safety -- North America safety unit, | | | |
| 107 4 | Brian Myers was your subordinate directly? | | | |
| 107 5 | A.    In 2003 -- | | | |
| 107 6 | Q.    Yes, sir. | | | |
| 107 7 | A.    -- to the sale -- to the time | | | |
| 107 8 | that we sold the company, yes. | | | |
| **107:19 - 107:24   Warren, Garrad - 01-23-2020** | | | | |
| 107 19 | Q.    And one of the things Brian | | | |
| 107 20 | Myers was responsible for was the Combat Arms | | | |
| 107 21 | version 2, correct? | | | |
| 107 22 | A.    Yes. | | | |
| 107 23 | Q.    Okay.  So -- | | | |
| 107 24 | A.    The marketing of that product. | | | |
| **109:3 - 109:5   Warren, Garrad - 01-23-2020** | | | | |
| 109 3 | Q.    Yeah, you can. | | | |

| | | | | |
|---|---|---|---|---|
| 109 4      (Warren Exhibit 12 marked for<br>109 5       identification.) | | | | |
| **109:22 - 110:5   Warren, Garrad - 01-23-2020** | | | | |
| 109 22      Q.    Okay.  So let me show you<br>109 23      Exhibit 12, see if this helps refresh your<br>109 24      recollection.<br>109 25       Here we have Mr. Bosanko again<br>110 1      e-mailing your later-on subordinate,<br>110 2      Mr. Myers, and again, we're in January<br>110 3      of 2000.<br>110 4      Do you see that at the top?<br>110 5      A.    I do. | | | | |
| **110:6 - 110:18   Warren, Garrad - 01-23-2020** | | | | |
| 110 6      Q.    It looks like he received an<br>110 7      information packet on the Combat Arms, and<br>110 8      the first page is a color photo of the<br>110 9      earplug.<br>110 10     Do you see that at the top?<br>110 11     A.    I do.<br>110 12     Q.    And it looks like -- that "the<br>110 13     earplugs you sent me are going to be used at<br>110 14     basic training unit drill sergeants on the<br>110 15     firing range.  I'll let you know how the unit<br>110 16     likes them."<br>110 17     Do you see that?<br>110 18     A.    I do. | | | | |
| **110:19 - 111:3   Warren, Garrad - 01-23-2020** | | | Re: [110:19-111:3]<br>Improper clarification<br>counter | **OVERRULED** |
| 110 19     Q.    So would this indicate to you<br>110 20     that the military was using them as early<br>110 21     as -- well, in this case 2000?<br>110 22     A.    Well, again, it says, "I think<br>110 23     the soldiers are going to like the new<br>110 24     earplug."  It does not indicate to me that<br>110 25     they purchased it yet.<br>111 1      Q.    Okay.  So do you know when the<br>111 2      Combat Arms was first sold to the military?<br>111 3      A.    I do not. | | | | |

| | | | | |
|---|---|---|---|---|
| **111:7 - 111:7   Warren, Garrad - 01-23-2020**<br>111 7     Q.   Okay.  Exhibit 13, it's an | | | **Re: [111:7-111:7]**<br>Improper clarification<br>counter | **SUSTAINED** |
| **117:17 - 117:22   Warren, Garrad - 01-23-2020**<br>117 17     Q.   But if the company had been<br>117 18     selling the product prior to testing the<br>117 19     product, you would agree that would have not<br>117 20     been appropriate, correct?  The Combat Arms<br>117 21     version 2, that is.<br>117 22     A.   Yes. | Re: [117:8-117:22]<br>Def Objection - Foundation<br>(602) | Re: [117:8-<br>117:22]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **117:23 - 118:10   Warren, Garrad - 01-23-2020**<br>117 23     Q.   Okay.  Here what we have is the<br>117 24     open end is an NRR of zero.  That was what<br>117 25     was reflected on the packaging for the Combat<br>118 1     Arms during the entire time you were<br>118 2     president, correct?<br>118 3     A.   I believe so, yes.<br>118 4     Q.   And then in the closed<br>118 5     position, it has an NRR of 22.<br>118 6     Again, that was the NRR<br>118 7     reflected on the packaging and marketing<br>118 8     materials for this plug the entire time you<br>118 9     were president, correct?<br>118 10     A.   I believe so, yes. | | | | |
| **118:11 - 118:13   Warren, Garrad - 01-23-2020**<br>118 11     Q.   It's important that those<br>118 12     numbers be accurate?<br>118 13     A.   Yes. | | | | |
| **121:13 - 122:2   Warren, Garrad - 01-23-2020**<br>121 13     Q.   Okay.  Can you go to --<br>121 14     Exhibit 16.<br>121 15     (Warren Exhibit 16 marked for<br>121 16     identification.)<br>121 17     QUESTIONS BY MR. AYLSTOCK:<br>121 18     Q.   This is entitled "The Combat<br>121 19     Arms Earplugs Sales Review - April 11 -<br>121 20     Discussion Guide."<br>121 21     And in fairness, this is a<br>121 22     document that was created after you left the | | | | |

| | | | | |
|---|---|---|---|---|
| 121 23   company, but I'm going to ask you some<br>121 24   questions because it relates to sales while<br>121 25   you were with the company.<br>122 1   Do you understand?<br>122 2   A.   I do. | | | | |
| **124:1 - 124:4   Warren, Garrad - 01-23-2020**<br>124 1   Q.   And this is a chart of the<br>124 2   sales of the Combat Arms Earplugs.<br>124 3   Do you understand that?<br>124 4   A.   I do. | | | | |
| **124:5 - 124:10   Warren, Garrad - 01-23-2020**<br>124 5   Q.   And when it comes to the sales<br>124 6   of the generation 2, the version 2, you knew<br>124 7   from your time at the company that those<br>124 8   sales really took off when we began deploying<br>124 9   our troops overseas for the various conflicts<br>124 10   and wars, correct? | | | | |
| **124:12 - 124:14   Warren, Garrad - 01-23-2020**<br>124 12   THE WITNESS:  I do recall that<br>124 13   we had a fairly significant increase<br>124 14   in sales.  I believe it was in 2005. | | | | |
| **125:11 - 125:16   Warren, Garrad - 01-23-2020**<br>125 11   Q.   Well, that would -- you don't<br>125 12   dispute that that's not a bad guess, is it?<br>125 13   Best guess?<br>125 14   A.   To my knowledge, nobody else<br>125 15   made an equivalent product in the early<br>125 16   2000s. | | | **Re: [125:11-125:16]**<br>**Improper clarification**<br>**counter** | **SUSTAINED** |
| **125:17 - 125:20   Warren, Garrad - 01-23-2020**<br>125 17   Q.   Okay.  So with that knowledge,<br>125 18   your best guess as well would be that you had<br>125 19   95 to 100 percent of the market, correct?<br>125 20   A.   Yes. | **Re: [125:17-125:20]**<br>**Def Objection - Foundation**<br>**(602)** | Re: [124:16-<br>125:20]<br>Def Objection -<br>Foundation<br>(602)<br>**SUSTAINED** | **Re: [125:17-125:20]**<br>**602** | **SUSTAINED** |
| **125:21 - 126:5   Warren, Garrad - 01-23-2020**<br>125 21   Q.   Okay.  Now, when it comes to<br>125 22   providing instructions for use, you would<br>125 23   agree with me that it's important to provide | | | | |

| | | | | |
|---|---|---|---|---|
| 125 24 | accurate, clear and unambiguous instructions, | | | |
| 125 25 | correct? | | | |
| 126 1 | A.    Yes. | | | |
| 126 2 | Q.    And when it comes to the Combat | | | |
| 126 3 | Arms version 2, that's important as well, | | | |
| 126 4 | correct? | | | |
| 126 5 | A.    Of course. | | | |
| **126:11 - 126:20   Warren, Garrad - 01-23-2020** | | | | |
| 126 11 | Q.    Do you know who Daryl Charton | | | |
| 126 12 | is? | | | |
| 126 13 | A.    I do. | | | |
| 126 14 | Q.    Who is that? | | | |
| 126 15 | A.    He was the vice president of | | | |
| 126 16 | sales for North American industrial, | | | |
| 126 17 | reporting to me. | | | |
| 126 18 | Q.    Okay.  So he was your direct | | | |
| 126 19 | subordinate? | | | |
| 126 20 | A.    He was. | | | |
| **126:21 - 126:25   Warren, Garrad - 01-23-2020** | | | | |
| 126 21 | (Warren Exhibit 17 marked for | | | |
| 126 22 | identification.) | | | |
| 126 23 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 126 24 | Q.    Let me show you Exhibit 17, see | | | |
| 126 25 | if that refreshes your recollection. | | | |
| **127:24 - 128:13   Warren, Garrad - 01-23-2020** | | | | |
| 127 24 | Q.    On October 7, 2005, Daryl | | | |
| 127 25 | Charton e-mails and says, "I was in the | | | |
| 128 1 | Atlanta airport yesterday along with a large | | | |
| 128 2 | number of military personnel.  I had a long | | | |
| 128 3 | conversation with Lieutenant Colonel Stephen | | | |
| 128 4 | Tableman from the US Army and two sergeant | | | |
| 128 5 | majors.  We discussed the Combat Arms | | | |
| 128 6 | Earplugs.  They all wear the plugs but have | | | |
| 128 7 | trouble getting them.  They truly believe the | | | |
| 128 8 | Combat Arms are vital for every soldier to be | | | |
| 128 9 | wearing every day on every patrol.  They also | | | |
| 128 10 | believe we need to do a better job of | | | |
| 128 11 | communicating how to wear them properly." | | | |

| | | | | |
|---|---|---|---|---|
| 128 12   Do you see that?<br>128 13   A.   I do. | | | | |
| **129:3 - 129:16   Warren, Garrad - 01-23-2020** | | | | |
| 129 3   Q.    And ultimately this e-mail<br>129 4   filters up to you, along with Marc Santoro,<br>129 5   Mike Cimino, Frank Gavin, Tim McNamara, Doug<br>129 6   Moses, Brian Myers, Marty Salon.<br>129 7   Right?<br>129 8   A.    That's correct.<br>129 9   Q.    And what Marc writes and copies<br>129 10   you is that, "Daryl, thanks for the info."<br>129 11   Can you read to the jury his<br>129 12   next sentence there?<br>129 13   A.    "We recognize that education of<br>129 14   the proper use and benefits of the plug is<br>129 15   sorely lacking and are formulating a plan to<br>129 16   aggressively address this issue." | | | | |
| **129:17 - 129:25   Warren, Garrad - 01-23-2020** | | | | |
| 129 17   Q.    Okay.  So did you respond to<br>129 18   this e-mail and say that, "Look, our<br>129 19   education is fine, it's not lacking"?<br>129 20   A.    I don't recall.<br>129 21   Q.    Okay.  Does this -- I mean,<br>129 22   you're on this.  You would have read this,<br>129 23   correct?<br>129 24   A.    I assume so, yes.  I am on it,<br>129 25   and I assume I read it. | | | | |
| **130:1 - 130:9   Warren, Garrad - 01-23-2020** | | | | |
| 130 1   Q.    Okay.  And then he also says,<br>130 2   "We will probably be attacking this from<br>130 3   several angles, including posters, more ads<br>130 4   in soldier publications, i.e., Army Magazine,<br>130 5   instructions packaged with each product pair,<br>130 6   PR and possibly some online training<br>130 7   content."<br>130 8   Do you see that?<br>130 9   A.    I do. | | | | |

| | | | | |
|---|---|---|---|---|
| **130:21 - 131:6   Warren, Garrad - 01-23-2020** | | | | |
| 130 21 | Q.   Okay.  And ultimately, you | | | |
| 130 22 | would agree as president that it was Aearo's | | | |
| 130 23 | responsibility to educate folks on how to | | | |
| 130 24 | properly use your safety device? | | | |
| 130 25 | A.   It was our responsibility to | | | |
| 131 1 | educate those gatekeepers you know, in terms | | | |
| 131 2 | of how to properly use the plug and so forth. | | | |
| 131 3 | It was not possible for us to | | | |
| 131 4 | communicate and instruct all the potential | | | |
| 131 5 | users across the world as to how to properly | | | |
| 131 6 | do that.  We did not have that capability. | | | |
| **132:14 - 132:22   Warren, Garrad - 01-23-2020** | | | | |
| 132 14 | (Warren Exhibit 18 marked for | | | |
| 132 15 | identification.) | | | |
| 132 16 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 132 17 | Q.   GW-100, Exhibit 18, and let's | | | |
| 132 18 | give out this document.  See if this helps | | | |
| 132 19 | refresh your recollection. | | | |
| 132 20 | So at the top it's got Brian | | | |
| 132 21 | Myers, Marc Santoro and you, right? | | | |
| 132 22 | A.   Yes. | | | |
| **133:4 - 133:11   Warren, Garrad - 01-23-2020** | | | | |
| 133 4 | Q.   Okay.  So if we look down, Marc | | | |
| 133 5 | Santoro writes on July 12th that "Sales of | | | |
| 133 6 | our Combat Arms Earplugs have been very | | | |
| 133 7 | strong over the past few years, despite a | | | |
| 133 8 | lack of true marketing initiatives and | | | |
| 133 9 | support." | | | |
| 133 10 | Do you see that? | | | |
| 133 11 | A.   I do. | | | |
| **133:12 - 133:24   Warren, Garrad - 01-23-2020** | | | | |
| 133 12 | Q.   "It's time we take a more | | | |
| 133 13 | proactive approach to this product, so we're | | | |
| 133 14 | attacking on four fronts." | | | |
| 133 15 | Do you see that? | | | |
| 133 16 | A.   I do. | | | |
| 133 17 | Q.   So here's the plan, and there's | | | |
| 133 18 | four bullet points here, right? | | | |

| | | | | |
|---|---|---|---|---|
| 133 19    A.   There are.<br>133 20    Q.   And tell the ladies and<br>133 21    gentlemen of the jury what those four fronts<br>133 22    were that were going to be attacked.<br>133 23    A.   Direct mail, trade pubs,<br>133 24    end-user ads and end-user education. | | | | |
| **134:7 - 134:11   Warren, Garrad - 01-23-2020**<br>134 7    Q.   "Please let me know if there is<br>134 8    anything we can do to support your efforts<br>134 9    with Combat Arms."<br>134 10    Right?<br>134 11    A.   Yes. | | | | |
| **134:24 - 135:13   Warren, Garrad - 01-23-2020**<br>134 24    Q.   And so you knew as president<br>134 25    that you employed an entire force of people<br>135 1    to help sell the Combat Arms version 2 to the<br>135 2    military, fair?<br>135 3    A.   Yeah.<br>135 4    Q.   And in fact, one of the things<br>135 5    that you provided that sales force were<br>135 6    samples of the Combat Arms version 2 to hand<br>135 7    out?<br>135 8    A.   Sure, yes.<br>135 9    Q.   Okay.  And they would -- they<br>135 10    were permitted to hand them to soldiers,<br>135 11    sailors, Marines, whoever they came across,<br>135 12    correct?<br>135 13    A.   Yes. | | | | |
| **137:1 - 137:10   Warren, Garrad - 01-23-2020**<br>137 1    You knew that there was direct<br>137 2    mail going out to folks with regard to<br>137 3    purchasing and procurement military personnel<br>137 4    throughout the country, correct?<br>137 5    A.   I knew that there was a plan to<br>137 6    do so.<br>137 7    Q.   And you knew that there were<br>137 8    end-user ads, correct?<br>137 9    A.   Again, I knew there was a plan<br>137 10    to do so. | | | | |

**137:11 - 138:5   Warren, Garrad - 01-23-2020**

| | |
|---|---|
| 137 11 | Q.   I mean, you're not going to |
| 137 12 | tell this jury you didn't do some |
| 137 13 | advertisement in military publications -- |
| 137 14 | A.   I'm responding to the e-mail, |
| 137 15 | and all I know is that Marc says that our |
| 137 16 | plan is to do this.  I don't recall whether |
| 137 17 | or not it was done. |
| 137 18 | Q.   You don't recall whether you |
| 137 19 | had ads in military publications for the |
| 137 20 | Combat Arms? |
| 137 21 | A.   Sir, I'm responding to this |
| 137 22 | particular e-mail, and all I'm saying is, I |
| 137 23 | don't recall that this plan that Marc |
| 137 24 | outlines in the e-mail was actually |
| 137 25 | completed.  That's all I'm saying. |
| 138 1 | Q.   One way or the other. |
| 138 2 | A.   One way or the other what? |
| 138 3 | Q.   You don't know whether it was |
| 138 4 | done or not? |
| 138 5 | A.   I don't know. |

**138:9 - 138:15   Warren, Garrad - 01-23-2020**

| | |
|---|---|
| 138 9 | QUESTIONS BY MR. AYLSTOCK: |
| 138 10 | Q.   I was trying to be broader than |
| 138 11 | that, so we were talking past each other. |
| 138 12 | A.   Right.  Yeah. |
| 138 13 | Q.   And so my question isn't |
| 138 14 | related to this e-mail. |
| 138 15 | A.   Okay. |

**138:16 - 138:23   Warren, Garrad - 01-23-2020**     Re: [138:16-138:23]     **OVERRULED**
403

| | |
|---|---|
| 138 16 | Q.   My question is:  You know, as |
| 138 17 | president of the business unit for passive |
| 138 18 | hearing protection and safety that included |
| 138 19 | the Combat Arms version 2, that there were |
| 138 20 | ads in military publication that were |
| 138 21 | designed to be viewed and seen and relied |
| 138 22 | upon by US military personnel, fair? |
| 138 23 | A.   Yes, I agree with that. |

**138:24 - 139:10   Warren, Garrad - 01-23-2020**

| | |
|---|---|
| 138 24 | Q.    And the same is true with |
| 138 25 | regard to the direct mail.  You know |
| 139 1 | generally that there was direct mail about |
| 139 2 | Combat Arms version 2? |
| 139 3 | A.    I don't know that.  I do recall |
| 139 4 | that there were advertisements placed in the |
| 139 5 | various publications.  I don't recall that we |
| 139 6 | did direct mail prior to this or, frankly, |
| 139 7 | subsequent to this.  I just don't recall that |
| 139 8 | we did direct mail. |
| 139 9 | Q.    Fair enough. |
| 139 10 | A.    Okay. |

**139:11 - 139:14   Warren, Garrad - 01-23-2020**

| | |
|---|---|
| 139 11 | Q.    And you also know that there |
| 139 12 | were ads run in trade publications with |
| 139 13 | regard to Combat Arms? |
| 139 14 | A.    Yes. |

**139:15 - 140:12   Warren, Garrad - 01-23-2020**

Re: [139:15-140:12]
Improper clarification
counter

**OVERRULED**

| | |
|---|---|
| 139 15 | Q.    And you intended the |
| 139 16 | representations of those to be viewed and |
| 139 17 | relied upon by those folks in deciding |
| 139 18 | whether to use them, correct? |
| 139 19 | A.    Well, again, I think to be |
| 139 20 | clear, we typically advertised to -- whether |
| 139 21 | it was in the military or whether it was in |
| 139 22 | our industrial channel or whatever, we |
| 139 23 | typically advertised to those what we called |
| 139 24 | gatekeepers. |
| 139 25 | As he says here, "purchasing |
| 140 1 | procurement," a lot of times that would be -- |
| 140 2 | in this particular case, audiologists, |
| 140 3 | nurses, safety directors and so forth. |
| 140 4 | So our primary intent was to |
| 140 5 | inform those people who purchased the product |
| 140 6 | that in fact we had this product available |
| 140 7 | for their employees.  Okay? |
| 140 8 | We then relied upon them to |
| 140 9 | inform and educate the employees and to |

| | | | | |
|---|---|---|---|---|
| 140 10 | the -- A, that the product was available and | | | |
| 140 11 | what the proper use was, you know, of that | | | |
| 140 12 | product. | | | |
| **141:5 - 141:9** | **Warren, Garrad - 01-23-2020** | | **Re: [141:5-141:13]** | **SUSTAINED** |
| 141 5 | You do know generally -- I'm | | **Improper clarification** | |
| 141 6 | not asking you about this document now -- | | counter | |
| 141 7 | that there was end-user education as well | | | |
| 141 8 | that your company provided for the Combat | | | |
| 141 9 | Arms version 2, correct? | | | |
| **141:12 - 141:13** | **Warren, Garrad - 01-23-2020** | | **Re: [141:5-141:13]** | **SUSTAINED** |
| 141 12 | THE WITNESS:  Honestly, I don't | | **Improper clarification** | |
| 141 13 | recall whether we did a PR campaign on | | counter | |
| **141:24 - 142:21** | **Warren, Garrad - 01-23-2020** | | | |
| 141 24 | Q.   It's an e-mail chain from | | | |
| 141 25 | various members of the military, including | | | |
| 142 1 | Doug Ohlin, who actually wasn't in the | | | |
| 142 2 | military but was from CHPPM. | | | |
| 142 3 | Do you see that? | | | |
| 142 4 | A.   I do. | | | |
| 142 5 | Q.   And if we kind of start from | | | |
| 142 6 | the bottom up, Brian Myers e-mails Doug Ohlin | | | |
| 142 7 | on August 15th at 12:42 about debriefs. | | | |
| 142 8 | Do you see that? | | | |
| 142 9 | A.   I do. | | | |
| 142 10 | Q.    And tells Mr. Ohlin that "We | | | |
| 142 11 | are developing the new CAEs, and I wondered | | | |
| 142 12 | if I could take advantage of the opportunity | | | |
| 142 13 | to talk directly with a few people returning | | | |
| 142 14 | from combat who have been wearing -- who have | | | |
| 142 15 | some wearing experience with the CAE, or some | | | |
| 142 16 | other hearing protector which they may prefer | | | |
| 142 17 | to the CAE, in order to be certain we aren't | | | |
| 142 18 | missing any opportunities to address | | | |
| 142 19 | objections or issues." | | | |
| 142 20 | Do you see that? | | | |
| 142 21 | A.   I do. | | | |
| **143:1 - 143:5** | **Warren, Garrad - 01-23-2020** | | | |
| 143 1 | Q.   Mr. Ohlin from CHPPM does, in | | | |
| 143 2 | fact, respond, and if we just move up on that | | | |

| | | | | |
|---|---|---|---|---|
| 143 3 | same document:  "I hope you appreciate that | | | |
| 143 4 | some of the feedback we get from the troops | | | |
| 143 5 | can be pretty nonsensical." | | | |

**143:11 - 143:18   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 143 11 | Q.    "On the other hand, some | | | |
| 143 12 | feedback has been most helpful, e.g., we need | | | |
| 143 13 | cords to more easily keep track of the plugs, | | | |
| 143 14 | and the double-ended is uncomfortable for | | | |
| 143 15 | smaller ears, the double-ended plug sticks | | | |
| 143 16 | out too far, et cetera." | | | |
| 143 17 | Do you see that? | | | |
| 143 18 | A.    I do. | | | |

**144:5 - 144:18   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 144 5 | Q.    Okay.  And if we go to the | | | |
| 144 6 | first page, a William Porter ends up | | | |
| 144 7 | responding to Brian Myers, ultimately, and | | | |
| 144 8 | he's currently serving -- he, "Sir, I'm | | | |
| 144 9 | currently serving with the headquarter's | | | |
| 144 10 | first cavalry division, and I did deploy to | | | |
| 144 11 | Iraq for OIF II as a medical officer with the | | | |
| 144 12 | division." | | | |
| 144 13 | A.    I see that. | | | |
| 144 14 | Q.    "While in Iraq, I was impressed | | | |
| 144 15 | with the overall usage of the CAE by our | | | |
| 144 16 | soldiers." | | | |
| 144 17 | Do you see that? | | | |
| 144 18 | A.    I do. | | | |

**145:15 - 145:22   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 145 15 | Q.    And that was one of the things | | | |
| 145 16 | that you changed when it came to the Combat | | | |
| 145 17 | Arms version 3 and 4, is you made it multiple | | | |
| 145 18 | sizes as opposed to one size fits all, | | | |
| 145 19 | correct? | | | |
| 145 20 | A.    We didn't change it, just to be | | | |
| 145 21 | specific, but we did offer that then as | | | |
| 145 22 | another option. | | | |

**146:8 - 146:17   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 146 8 | Q.    Including making it multiple | | | |
| 146 9 | sizes instead of the one size fits all? | | | |

| | | | | |
|---|---|---|---|---|
| 146 10     A.    Multiple sizes, one side only, | | | | |
| 146 11     a lanyard, so forth. | | | | |
| 146 12     Q.    Okay.  Now, he says, "Not every | | | | |
| 146 13     ear canal is the same size." | | | | |
| 146 14     You became aware -- I mean, as | | | | |
| 146 15     the person in charge of passive hearing | | | | |
| 146 16     protection, you know that to be true? | | | | |
| 146 17     A.    Absolutely. | | | | |
| **152:7 - 152:16   Warren, Garrad - 01-23-2020** | | | | |
| 152 7     (Warren Exhibit 22 marked for | | | | |
| 152 8     identification.) | | | | |
| 152 9     QUESTIONS BY MR. AYLSTOCK: | | | | |
| 152 10    Q.    Show you Exhibit 22. | | | | |
| 152 11    A few days later, on Sunday, as | | | | |
| 152 12    a matter of fact, Theresa Schulz e-mails | | | | |
| 152 13    Brian and Mike, who work under you, and cc's | | | | |
| 152 14    you about a statement of work. | | | | |
| 152 15    Do you see that? | | | | |
| 152 16    A.   I do. | | | | |
| **152:24 - 153:5   Warren, Garrad - 01-23-2020** | | | | |
| 152 24    Q.    On October 30th, a Sunday, a | | | | |
| 152 25    couple days later, Theresa Schulz e-mails | | | | |
| 153 1     your subordinates, Brian and Marc, and copies | | | | |
| 153 2     you on a statement of work about the Combat | | | | |
| 153 3     Arms Earplug. | | | | |
| 153 4     Do you see that? | | | | |
| 153 5     A.   I do. | | | | |
| **153:6 - 153:10   Warren, Garrad - 01-23-2020** | | | | |
| 153 6     Q.    And she actually attached a | | | | |
| 153 7     draft of the statement of work and includes | | | | |
| 153 8     samples of three others. | | | | |
| 153 9     Do you see that? | | | | |
| 153 10    A.   I do. | | | | |
| **153:11 - 153:16   Warren, Garrad - 01-23-2020** | | | | |
| 153 11    Q.    "The statement of work is | | | | |
| 153 12    really a request from Doug for work to be | | | | |
| 153 13    done." | | | | |
| 153 14    She's talking about Doug Ohlin | | | | |

| | | | | |
|---|---|---|---|---|
| 153 15    there, right?<br>153 16    A.   I believe so. | | | | |
| **154:11 - 154:19   Warren, Garrad - 01-23-2020**<br>154 11    Q.   All right.  So she actually<br>154 12    attaches, if you go to the next page, first<br>154 13    statement of work.<br>154 14    Do you see that?<br>154 15    A.   I do.<br>154 16    Q.   And it's actually an agreement<br>154 17    between your company, Aearo, and CHPPM.<br>154 18    Do you see that?<br>154 19    A.   A proposed agreement, yes. | | | | |
| **155:15 - 155:20   Warren, Garrad - 01-23-2020**<br>155 15    Q.   Okay.  So what Theresa Schulz<br>155 16    sent to you, Gary Warren, as well as Brian<br>155 17    Myers and Marc Santoro, was a draft statement<br>155 18    of work, correct?<br>155 19    A.   What she sent -- what she<br>155 20    copied me on, yes. | | | | |
| **156:2 - 156:11   Warren, Garrad - 01-23-2020**<br>156 2    (Warren Exhibit 23 marked for<br>156 3    identification.)<br>156 4    QUESTIONS BY MR. AYLSTOCK:<br>156 5    Q.   Okay.  And if you look at<br>156 6    Exhibit 23, we're now about a week later, the<br>156 7    following Monday.  Now she's got a draft<br>156 8    statement of work specific to the Combat Arms<br>156 9    Earplug.<br>156 10    Do you see that?<br>156 11    A.   I do. | | | | |
| **156:12 - 156:15   Warren, Garrad - 01-23-2020**<br>156 12    Q.   And she's sending it to Doug<br>156 13    Ohlin at CHPPM and copying Marc Santoro.<br>156 14    Do you see that?<br>156 15    A.   I do. | | | | |
| **156:16 - 156:19   Warren, Garrad - 01-23-2020**<br>156 16    Q.   And this would have been an<br>156 17    agreement between Aearo and CHPPM, correct, | | | | |

| | | | | |
|---|---|---|---|---|
| 156 18    to do the work? | | | | |
| 156 19    A.   I believe so, yes. | | | | |

**156:20 - 157:1   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 156 20    Q.   And as president, you would | | | | |
| 156 21    have been involved.  Your subordinates aren't | | | | |
| 156 22    going to make an agreement between a company | | | | |
| 156 23    and a US governmental agency without your | | | | |
| 156 24    knowledge, right? | | | | |
| 156 25    A.   They were not authorized to do | | | | |
| 157 1    that on their own, no. | | | | |

**157:2 - 157:5   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 157 2    Q.   So this would have been | | | | |
| 157 3    something that you would have looked at? | | | | |
| 157 4    A.   I assume so, yes.  I don't have | | | | |
| 157 5    any recollection of it, but I assume so. | | | | |

**157:10 - 157:13   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 157 10    Q.   All right.  And the task order | | | | |
| 157 11    title is "Combat Arms Earplug Training." | | | | |
| 157 12    See that? | | | | |
| 157 13    A.   Yes. | | | | |

**157:14 - 157:20   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 157 14    Q.   And if you go down to phase 2 | | | | |
| 157 15    on the next page -- well, phase 2 is that | | | | |
| 157 16    "Aearo Corporations will create and test | | | | |
| 157 17    strategies to train deploying soldiers on the | | | | |
| 157 18    correct use of the CAE." | | | | |
| 157 19    Do you see that? | | | | |
| 157 20    A.   I do. | | | | |

**157:21 - 158:3   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 157 21    Q.   And phase 3 was that "Aearo | | | | |
| 157 22    will developing training materials and tools | | | | |
| 157 23    to train soldiers and commanders in all | | | | |
| 157 24    settings - garrison, pre-deployment and | | | | |
| 157 25    deployed - in the appropriate use of the | | | | |
| 158 1    Combat Arms." | | | | |
| 158 2    Do you see that? | | | | |
| 158 3    A.   I do. | | | | |

**158:4 - 158:6   Warren, Garrad - 01-23-2020**

158 4     Q.   And so with regard to the
158 5     training of the proper use of Combat Arms,
158 6     Aearo took on that responsibility, correct?

**158:9 - 158:12   Warren, Garrad - 01-23-2020**

158 9     THE WITNESS:  We took on the
158 10    responsibility -- well, in working
158 11    with the government to do so, with
158 12    CHPPM.

**158:22 - 159:6   Warren, Garrad - 01-23-2020**

158 22    Q.   It doesn't say Aearo and the
158 23    government will create and test strategies to
158 24    train deploying soldiers.  It says, "Aearo
158 25    Corporation will create and test strategies,"
159 1     correct?
159 2     A.   It does.
159 3     Q.   And same with developing the
159 4     training materials and tools.  That's Aearo
159 5     Corporation, correct?
159 6     A.   It does, yes.

**159:7 - 159:11   Warren, Garrad - 01-23-2020**

159 7     Q.   Okay.  Now, with regard to the
159 8     proper use of the Combat Arms version 2, you
159 9     would agree with me that the average person
159 10    isn't going to know how to use it unless
159 11    instructions are provided, correct?

**159:14 - 159:20   Warren, Garrad - 01-23-2020**

159 14    QUESTIONS BY MR. AYLSTOCK:
159 15    Q.   Or use it properly, I should
159 16    say?
159 17    A.   I think -- I think the plug
159 18    itself needed some explanation as to, you
159 19    know, to the dual-sided and the benefits of
159 20    both sides, yes.

**159:21 - 159:24   Warren, Garrad - 01-23-2020**

159 21    Q.   And it was Aearo who provided
159 22    those -- that explanation and instructions on
159 23    how to use it right, correctly?
159 24    A.   Yes.

**163:17 - 163:21   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 163 17   Q.   Do you know how to put the<br>163 18   product in properly?<br>163 19   A.   I do.<br>163 20   Q.   Can you describe to the jury<br>163 21   how you put it in properly? | | | | |

**164:9 - 164:15   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 164 9   Q.   Well, can you tell the jury how<br>164 10   to do it?<br>164 11   A.   Yeah.  Basically you would --<br>164 12   you would pull up on your earlobe, on the top<br>164 13   of your ear, and insert the plug.<br>164 14   Q.   Okay.  That's it?<br>164 15   A.   That's it. | | | | |

**164:16 - 164:18   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 164 16   Q.   Is there any particular way to<br>164 17   insert it, other than just stick it in your<br>164 18   ear? | Re: [164:16-164:21]<br>Def Objection - Vague,<br>Argumentative (611, 403) | Re: [164:16-164:22]<br>Def Objection -<br>Vague,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |

**164:20 - 164:21   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 164 20   THE WITNESS:  Not to my<br>164 21   knowledge. | Re: [164:16-164:21]<br>Def Objection - Vague,<br>Argumentative (611, 403) | Re: [164:16-164:22]<br>Def Objection -<br>Vague,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |

**165:19 - 166:2   Warren, Garrad - 01-23-2020**

| | | | | |
|---|---|---|---|---|
| 165 19   Q.   I have handed you Exhibit 24,<br>165 20   and this is another e-mail chain that you're<br>165 21   on from Marc Santoro dated just a couple<br>165 22   weeks prior to that, October 13, 2005.<br>165 23   Do you see that?<br>165 24   A.   I do.<br>165 25   Q.   And this is the Aearo Company<br>166 1   product literature, right?<br>166 2   A.   It seems to be, yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **166:9 - 166:12   Warren, Garrad - 01-23-2020** | | | | |
| 166 9      Q.    Okay.  Would you have<br>166 10       conference calls from time to time with users<br>166 11       of your product?<br>166 12       A.    From time to time. | | | | |
| **166:18 - 167:1   Warren, Garrad - 01-23-2020** | | | | |
| 166 18      Q.    And if we look at the very<br>166 19       first page after the cover e-mail, this is a<br>166 20       different earplug than the Combat Arms, but<br>166 21       it does say you want to make sure earplugs<br>166 22       fit.<br>166 23       Do you see that?<br>166 24       A.    I do.<br>166 25       Q.    And that's a true statement,<br>167 1       right? | | | | |
| **167:2 - 167:5   Warren, Garrad - 01-23-2020** | | | | |
| 167 2       As the president of the<br>167 3       company, you want to make sure the earplugs<br>167 4       you're selling are fit properly, correct?<br>167 5       A.    Yes. | | | | |
| **167:6 - 167:10   Warren, Garrad - 01-23-2020** | | | | |
| 167 6       Q.    And we also have -- if we go to<br>167 7       the second to the last page, now we're at the<br>167 8       Combat Arms specifically.<br>167 9       Do you see that?<br>167 10       A.    I'm sorry, let me get to it. | | | | |
| **167:25 - 168:2   Warren, Garrad - 01-23-2020** | **Re: [167:25-168:6]**<br>Def Objection - Foundation<br>(602) | **Re: [167:25-168:6]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| 167 25      Q.    So this is a US military<br>168 1       soldier wearing the Combat Arms version 2,<br>168 2       correct? | | | | |
| **168:5 - 168:6   Warren, Garrad - 01-23-2020** | **Re: [167:25-168:6]**<br>Def Objection - Foundation<br>(602) | **Re: [167:25-168:6]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| 168 5       THE WITNESS:  It looks as -- it<br>168 6       looks like it is, yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **168:8 - 168:12   Warren, Garrad - 01-23-2020** | | | | |
| 168 8       Q.    Okay.  And we've established<br>168 9        that it's important when it comes to any of<br>168 10        these marketing materials that they be<br>168 11        accurate, clear and unambiguous, correct?<br>168 12       A.    Yes. | | | | |
| **168:20 - 168:23   Warren, Garrad - 01-23-2020** | | | | |
| 168 20       Q.    In any event, it's important<br>168 21        that the information here be accurate,<br>168 22        correct?<br>168 23       A.    Yes. | | | | |
| **168:24 - 169:2   Warren, Garrad - 01-23-2020** | | | | |
| 168 24       Q.    And this is information that<br>168 25        you intended for whoever viewed this to be<br>169 1        able to rely upon as accurate, correct?<br>169 2       A.    Yes. | | | | |
| **169:3 - 169:11   Warren, Garrad - 01-23-2020** | | | | |
| 169 3       Q.    Okay.  And circled is the<br>169 4        Combat Arms.  It looks like the yellow end is<br>169 5        in the soldier's ear, correct?<br>169 6       A.    Yes.<br>169 7       Q.    And the dark green end is<br>169 8        sticking out.  And it looks like if you have<br>169 9        the circle there, that he's got it in just as<br>169 10        you described to the jury, right?<br>169 11       A.    Yes. | | | | |
| **169:12 - 169:15   Warren, Garrad - 01-23-2020** | | | | |
| 169 12       Q.    You stick in one end, and you<br>169 13        don't need to manipulate or change the<br>169 14        configuration of anything with regard to the<br>169 15        other end, correct? | | | | |
| **169:18 - 169:19   Warren, Garrad - 01-23-2020** | | | | |
| 169 18       THE WITNESS:  For -- for me,<br>169 19        that is true. | | | | |
| **169:21 - 169:24   Warren, Garrad - 01-23-2020** | | | | |
| 169 21       Q.    Okay.  Well, and then this,<br>169 22        this is exactly how this soldier put it in, | | | | |

| | | | | |
|---|---|---|---|---|
| 169 23 | right? | | | |
| 169 24 | A.   It looks as though, yes. | | | |
| **170:8 - 170:21   Warren, Garrad - 01-23-2020** | | | | |
| 170 8 | Q.    And it says, "When needed, the | | | |
| 170 9 | plug's filter reacts to provide instant | | | |
| 170 10 | protection from high-level noises." | | | |
| 170 11 | Do you see that? | | | |
| 170 12 | A.   I do. | | | |
| 170 13 | Q.    "Like weapons fire and | | | |
| 170 14 | explosions.  It's that easy.  It's that | | | |
| 170 15 | quick." | | | |
| 170 16 | Do you see that? | | | |
| 170 17 | A.   I do. | | | |
| 170 18 | Q.    "You don't have to sacrifice | | | |
| 170 19 | your hearing in order to protect it." | | | |
| 170 20 | Do you see that? | | | |
| 170 21 | A.   I do. | | | |
| **170:25 - 171:14   Warren, Garrad - 01-23-2020** | | | | |
| 170 25 | Q.    So what this is communicating | | | |
| 171 1 | is that this will provide protection, instant | | | |
| 171 2 | protection, from weapons fire and explosions, | | | |
| 171 3 | correct? | | | |
| 171 4 | A.    Yeah, that's one of the -- | | | |
| 171 5 | that's one of the things that it does, yes. | | | |
| 171 6 | Q.    It also says, "low-level sounds | | | |
| 171 7 | heard clearly" on the right? | | | |
| 171 8 | A.   Yes. | | | |
| 171 9 | Q.    "High-impulse noise blocked | | | |
| 171 10 | instantly"? | | | |
| 171 11 | A.    Correct. | | | |
| 171 12 | Q.    And it says "comfortable and | | | |
| 171 13 | reusable," right? | | | |
| 171 14 | A.   Yes. | | | |
| **171:15 - 171:18   Warren, Garrad - 01-23-2020** | | | | |
| 171 15 | Q.    And it says "premolded, | | | |
| 171 16 | triple-flanged design fits most ear canals." | | | |
| 171 17 | Do you see that? | | | |
| 171 18 | A.   I do. | | | |

| | | | |
|---|---|---|---|
| **171:19 - 171:22   Warren, Garrad - 01-23-2020** | | | |
| 171 19    Q.   And then it talks on the left, | | | |
| 171 20    it has a picture of the earplugs and the | | | |
| 171 21    dual-ended design, right? | | | |
| 171 22    A.   Yes. | | | |
| **173:2 - 173:24   Warren, Garrad - 01-23-2020** | | | |
| 173 2    Q.   It says, "The yellow Combat | | | |
| 173 3    Arms plug features a nonlinear, acoustical | | | |
| 173 4    design with a calibrated filter within its | | | |
| 173 5    stem." | | | |
| 173 6    A.   Yes. | | | |
| 173 7    Q.   "The result, most low-level | | | |
| 173 8    sounds are heard clearly during wear, | | | |
| 173 9    virtually unaffected." | | | |
| 173 10    Do you see that? | | | |
| 173 11    A.   I do. | | | |
| 173 12    Q.   And then under this it says, | | | |
| 173 13    "Instant protection, no switch time delay." | | | |
| 173 14    And can you read to the jury | | | |
| 173 15    the next sentence there, please? | | | |
| 173 16    A.   "When loud impulse noises such | | | |
| 173 17    as weapons fire or explosives occur, the | | | |
| 173 18    filter reacts instantly and suppresses the | | | |
| 173 19    noise to a safer level." | | | |
| 173 20    Q.   And then the next sentence, | | | |
| 173 21    please? | | | |
| 173 22    A.   "The chance of permanent | | | |
| 173 23    hearing damage or disorientation from | | | |
| 173 24    explosion is greatly reduced or eliminated." | | | |
| **173:25 - 174:3   Warren, Garrad - 01-23-2020** | Re: [173:25-174:19] Def Objection - Misstates, Argumentative (611, 403); Foundation (602) | Re: [173:25-174:19] Def Objection - Misstates, Argumentative (611, 403); Foundation (602) **OVERRULED** | |
| 173 25    Q.   Okay. And if we look over on | | | |
| 174 1    the green end, can you read to the jury what | | | |
| 174 2    is being represented to the soldier here in | | | |
| 174 3    this communication -- | | | |

| | | |
|---|---|---|
| **174:9 - 174:19   Warren, Garrad - 01-23-2020** | **Re: [173:25-174:19]** | Re: [173:25- |
| 174 9      A.   The headline is "Constant | Def Objection - Misstates, | 174:19] |
| 174 10     protection for constant noise.  The green end | Argumentative (611, 403); | Def Objection - |
| 174 11     of the Combat Arms Earplug provides steady | Foundation (602) | Misstates, |
| 174 12     protection with an NRR of 22 decibel.  This | | Argumentative |
| 174 13     is the ideal wearing position when exposed to | | (611, 403); |
| 174 14     constant high-level sound sources, in parens, | | Foundation |
| 174 15     85 decibel and above, such as aircraft, | | (602) |
| 174 16     watercraft, armored vehicles or machinery. | | **OVERRULED** |
| 174 17     In this mode, the plug provides excellent | | |
| 174 18     protection against noise, but it will block | | |
| 174 19     speech and other ambient sounds as well." | | |
| **174:20 - 174:23   Warren, Garrad - 01-23-2020** | | |
| 174 20     Q.   And your company intended for | | |
| 174 21     whoever views this to be able to rely on that | | |
| 174 22     representation, correct? | | |
| 174 23     A.   Yes. | | |
| **174:24 - 174:25   Warren, Garrad - 01-23-2020** | | |
| 174 24     Q.   Including the 22 dB, correct? | | |
| 174 25     A.   Yes. | | |
| **175:11 - 175:17   Warren, Garrad - 01-23-2020** | | |
| 175 11     Q.   Well, if your company had | | |
| 175 12     information that it -- that only the green | | |
| 175 13     end should be used in the rifle range, that | | |
| 175 14     would be something that -- it should be | | |
| 175 15     communicated, correct? | | |
| 175 16     A.   Assuming that we had that | | |
| 175 17     information, yes, I assume so. | | |
| **176:8 - 176:12   Warren, Garrad - 01-23-2020** | | |
| 176 8      Q.   Well, at some point, as head of | | |
| 176 9      the company, these would have been materials | | |
| 176 10     you would have reviewed, correct? | | |
| 176 11     A.   I was aware of these materials, | | |
| 176 12     yes, sir. | | |
| **176:13 - 176:21   Warren, Garrad - 01-23-2020** | | |
| 176 13     (Warren Exhibit 25 marked for | | |
| 176 14     identification.) | | |
| 176 15     QUESTIONS BY MR. AYLSTOCK: | | |
| 176 16     Q.   Okay.  Let me hand you | | |

| | | | | |
|---|---|---|---|---|
| 176 17 | Exhibit 25. | | | |
| 176 18 | It's a representation of the | | | |
| 176 19 | packaging for the Combat Arms Earplug, | | | |
| 176 20 | correct? | | | |
| 176 21 | A.   It seems to be, yes. | | | |
| **176:22 - 176:24   Warren, Garrad - 01-23-2020** | | | | |
| 176 22 | Q.    And this would be the | | | |
| 176 23 | dual-ended, correct? | | | |
| 176 24 | A.    I believe so, yes.  Yes. | | | |
| **176:25 - 177:11   Warren, Garrad - 01-23-2020** | | | | |
| 176 25 | Q.    What it says here at the top | | | |
| 177 1 | is, on the right-hand side, "The yellow tip | | | |
| 177 2 | end should be inserted only when ambient | | | |
| 177 3 | noise levels are not hazardous and the wearer | | | |
| 177 4 | wants Hear-Through◆ capability from instant | | | |
| 177 5 | protection from impulse noises." | | | |
| 177 6 | Do you see that? | | | |
| 177 7 | A.    I do. | | | |
| 177 8 | Q.    And read what's in parentheses | | | |
| 177 9 | for the jury, please. | | | |
| 177 10 | A.    "i.e., weapons fire or | | | |
| 177 11 | explosive devices." | | | |
| **177:12 - 177:15   Warren, Garrad - 01-23-2020** | | | | |
| 177 12 | Q.    Okay.  So this would | | | |
| 177 13 | communicate to the user that it would be okay | | | |
| 177 14 | to wear the yellow end on the range for | | | |
| 177 15 | weapons fire, correct? | | | |
| **177:18 - 177:21   Warren, Garrad - 01-23-2020** | | | | |
| 177 18 | THE WITNESS:  No. | | | |
| 177 19 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 177 20 | Q.    No? | | | |
| 177 21 | A.    No.  I would say no. | | | |
| **177:22 - 178:4   Warren, Garrad - 01-23-2020** | | | | |
| 177 22 | Q.    Okay.  It says, if we drop | | | |
| 177 23 | down, "The green end should be inserted when | | | |
| 177 24 | continuous noise is present and if it is | | | |
| 177 25 | determined that the attenuation reduces the | | | |
| 178 1 | hazardous noise to a safe level as determined | | | |

| | | |
|---|---|---|
| 178 2    by a qualified professional."<br>178 3    Do you see that?<br>178 4    A.   I do. | | |
| **178:5 - 178:10   Warren, Garrad - 01-23-2020**<br>178 5    Q.   And so if someone wanted to use<br>178 6    the earplug to protect them from weapons<br>178 7    fire, what end of the plug is being<br>178 8    communicated should be used, according to the<br>178 9    packaging here?<br>178 10    A.   I'm sorry, the yellow tip. | | |
| **178:11 - 178:19   Warren, Garrad - 01-23-2020**<br>178 11    Q.   Okay.  And this was an earplug<br>178 12    that, according to the packaging on the left,<br>178 13    could be used for the range, correct?<br>178 14    A.   Yes.<br>178 15    Q.   Hunting?<br>178 16    A.   Yes.<br>178 17    Q.   Military and law enforcement,<br>178 18    correct?<br>178 19    A.   Yes.  Yes. | **Re: [178:15-178:19]**<br>**Def Objection - Relevance**<br>**(401, 402); Prejudice (403)** | Re: [178:15-178:19]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** |
| **178:20 - 178:23   Warren, Garrad - 01-23-2020**<br>178 20    Q.   And then what we have is the<br>178 21    NRR of 22 in the green end and the NRR of<br>178 22    zero in the yellow end, correct?<br>178 23    A.   That's correct. | | |
| **178:24 - 179:4   Warren, Garrad - 01-23-2020**<br>178 24    Q.   And then there's a picture with<br>178 25    a gentleman -- I guess a drawing of a<br>179 1    gentleman putting the earplug in his ear on<br>179 2    the right-hand side.<br>179 3    Do you see that?<br>179 4    A.   I do. | | |
| **179:5 - 179:9   Warren, Garrad - 01-23-2020**<br>179 5    Q.   And he put it in -- it's<br>179 6    demonstrating he's putting it in just as you<br>179 7    showed the jury how it should be put in,<br>179 8    correct?<br>179 9    A.   That is correct. | | |

| 179:10 - 179:13 Warren, Garrad - 01-23-2020 | Re: [179:10-179:13] | Re: [179:10-179:13] | | |
|---|---|---|---|---|
| 179 10  Q.   And there's nothing in here | Def Objection - 3M MIL No. 21 | Def Objection - 3M MIL No. 21 | | |
| 179 11  about folding flanges back or anything like | | **OVERRULED** | | |
| 179 12  that, is there? | | | | |
| 179 13  A.   I don't see anything, no. | | | | |
| **180:20 - 180:21 Warren, Garrad - 01-23-2020** | | | | |
| 180 20  A.   This says 2000 -- yes, | | | | |
| 180 21  March 10th of 2008. | | | | |
| **185:1 - 185:22 Warren, Garrad - 01-23-2020** | | | | |
| 185 1  THE WITNESS:  Yeah.  You know, | | | | |
| 185 2  again, we did provide the proper | | | | |
| 185 3  instructions to those gatekeepers, and | | | | |
| 185 4  it was their responsibility then to | | | | |
| 185 5  communicate that information on the | | | | |
| 185 6  proper use and insertion and so forth | | | | |
| 185 7  of the plugs to the ultimate end user | | | | |
| 185 8  within their -- within their purview. | | | | |
| 185 9  QUESTIONS BY MR. AYLSTOCK: | | | | |
| 185 10  Q.   But you also communicated with | | | | |
| 185 11  the end user instructions for using them, | | | | |
| 185 12  correct? | | | | |
| 185 13  A.   But that didn't necessarily go | | | | |
| 185 14  to the war fighter. | | | | |
| 185 15  Q.   Well, we've established that | | | | |
| 185 16  you put in ads and put up posters with the | | | | |
| 185 17  intent that it go to the war fighter? | | | | |
| 185 18  A.   No.  We established that we did | | | | |
| 185 19  ads.  Okay? | | | | |
| 185 20  Q.   With the intent that they go to | | | | |
| 185 21  the war fighter -- | | | | |
| 185 22  A.   No -- | | | | |
| **185:25 - 186:23 Warren, Garrad - 01-23-2020** | | | | |
| 185 25  THE WITNESS:  Yeah. | | | | |
| 186 1  We established that we did ads. | | | | |
| 186 2  I never agreed that we did posters. | | | | |
| 186 3  That was part of a plan that we | | | | |
| 186 4  discussed.  I don't know that that | | | | |
| 186 5  plan was implemented. | | | | |

| | | | |
|---|---|---|---|
| 186 6     And number two, our target<br>186 7     audience for those ads was generally<br>186 8     the gatekeeper, again, the purchasing<br>186 9     procurement manager, the safety<br>186 10    director, the audiologist, the nurse<br>186 11    and so forth, not the war fighter out<br>186 12    in the field.  That was not our<br>186 13    responsibility.<br>186 14    QUESTIONS BY MR. AYLSTOCK:<br>186 15    Q.    What about the war fighter who<br>186 16    got one of these on exhibit -- Exhibit 25,<br>186 17    the Combat Arms, good for military use?<br>186 18    A.    Once we sold this to the<br>186 19    military, I don't know how they then sent it<br>186 20    on out to the war fighter.  I don't know if<br>186 21    it came in this package, if they put it into<br>186 22    bulk.  I don't know, sir.  That -- all I know<br>186 23    is how we sold it to the military. | | | |
| **193:5 - 193:15   Warren, Garrad - 01-23-2020**<br>193 5     (Warren Exhibit 28 marked for<br>193 6     identification.)<br>193 7     QUESTIONS BY MR. AYLSTOCK:<br>193 8     Q.    Hand you Exhibit 23 to your<br>193 9     deposition.  Sorry, 28 to the deposition.<br>193 10    It's a document entitled, "How Folding the<br>193 11    Flanges Back Affects the REAT Results of the<br>193 12    UltraFit Earplug End of the Combat Arms<br>193 13    Earplug."<br>193 14    Do you see that?<br>193 15    A.    I do. | **Re: [193:5-194:1]**<br>Def Objection - Foundation<br>(602) | **Re: [193:5-194:24]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | |
| **193:22 - 194:1   Warren, Garrad - 01-23-2020**<br>193 22    Q.    And this E-A-RCAL laboratory is<br>193 23    the laboratory you referred to in your<br>193 24    presentation to 3M as one of the reasons 3M<br>193 25    should buy Aearo, correct?<br>194 1     A.    That's correct. | **Re: [193:5-194:1]**<br>Def Objection - Foundation<br>(602) | **Re: [193:5-194:24]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | |
| **194:11 - 194:18   Warren, Garrad - 01-23-2020**<br>194 11    Actually, why don't you read<br>194 12    that to the jury, the second sentence. | **Re: [194:11-194:24]**<br>Def Objection - Foundation<br>(602) | **Re: [193:5-194:24]**<br>Def Objection - | |

| | | | |
|---|---|---|---|
| 194 13 A. "The purpose of this report is<br>194 14 to document that the current length of the<br>194 15 UltraFit earplug and the Combat Arms plug is<br>194 16 too short for proper insertion, and how<br>194 17 changing the fitting technique affected the<br>194 18 results of real-ear tests of this plug." | | Foundation<br>(602)<br>**OVERRULED** | |
| **194:19 - 194:24   Warren, Garrad - 01-23-2020**<br>194 19 Q. Is this the first time you<br>194 20 became aware that the Combat Arms Earplug was<br>194 21 too short for proper insertion?<br>194 22 A. I don't recall that I was ever<br>194 23 told that it was too short for proper<br>194 24 insertion. | Re: [194:11-194:24]<br>Def Objection - Foundation<br>(602) | Re: [193:5-<br>194:24]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | |
| **195:7 - 196:5   Warren, Garrad - 01-23-2020**<br>195 7 Q. Okay. The solid plug end is<br>195 8 green, and that -- and it is this plug which<br>195 9 was evaluated in two separate REAT tests,<br>195 10 213015 and 213017.<br>195 11 We looked at 213017 earlier?<br>195 12 A. We did, yes.<br>195 13 Q. "This plug is the linear<br>195 14 earplug end of the Combat Arms Earplug."<br>195 15 Do you see that?<br>195 16 A. I do.<br>195 17 Q. And then it talks about this<br>195 18 prior test, 213015. That one wasn't listed<br>195 19 on that history of the Combat Arms document<br>195 20 we looked at, correct?<br>195 21 A. I don't recall, but I'll --<br>195 22 I'll accept that.<br>195 23 Q. Okay. It says, "For test<br>195 24 213015, the plugs were fit according to the<br>195 25 standard plug's fitting instructions with no<br>196 1 modifications."<br>196 2 That would be just putting it<br>196 3 in your ear like you demonstrated to the<br>196 4 jury, right?<br>196 5 A. Right. Right. | Re: [195:7-196:5]<br>Def Objection - Foundation<br>(602) | Re: [195:7-<br>196:5]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | |

| 196:9 - 196:16   Warren, Garrad - 01-23-2020 | Re: [196:8-196:16] | Re: [196:8-197:19] | |
|---|---|---|---|
| 196 9     Q.    "Because the stem of the green,<br>196 10    solid end is so short, it was difficult for<br>196 11    the experimenter to insert the plug deeply<br>196 12    into some subjects' ear canals, especially<br>196 13    those subjects with medium and larger ear<br>196 14    canals."<br>196 15    Do you see that?<br>196 16    A.    I do. | Def Objection - Foundation (602) | Def Objection - Foundation (602)<br>**OVERRULED** | |
| **196:25 - 197:19   Warren, Garrad - 01-23-2020** | Re: [196:23-197:19] | Re: [196:8-197:19] | |
| 196 25    Q.    Okay.  "Additionally, the<br>197 1    geometry of the ear canal opening sometimes<br>197 2    prevented the deep plug insertion required<br>197 3    for maximum attenuation values."<br>197 4    Do you see that?<br>197 5    A.    I do.<br>197 6    Q.    And then it says, "When the<br>197 7    solid plug was fitted during the first test,<br>197 8    015, the basal edge of the third flange of<br>197 9    the yellow, level-dependent plug sometimes<br>197 10    pressed against the subject's ear canal and<br>197 11    folded up.  The inward pressure on the plug<br>197 12    was released" -- I'm sorry.  "When the inward<br>197 13    pressure of the plug was released, the yellow<br>197 14    plug's flanges tended to return to their<br>197 15    original shape, and this sometimes loosened<br>197 16    the plug, often imperceptibly to the<br>197 17    subject."<br>197 18    Do you see that?<br>197 19    A.    I do. | Def Objection - Foundation (602) | Def Objection - Foundation (602)<br>**OVERRULED** | |
| **197:20 - 197:23   Warren, Garrad - 01-23-2020** | Re: [197:20-197:23] | Re: [197:20-198:13] | |
| 197 20    Q.    Is this the first time you're<br>197 21    hearing that that may be an issue with this<br>197 22    plug?<br>197 23    A.    It is. | Def Objection - Vague, Misstates (611, 403); Foundation (602) | Def Objection - Vague, Misstates (611, 403); Foundation (602)<br>**OVERRULED** | |

| | | |
|---|---|---|
| **198:14 - 198:17   Warren, Garrad - 01-23-2020**<br>198 14    Q.   You would agree if it's<br>198 15    loosening and doing so that's imperceptible<br>198 16    to the subject, that's a real problem; that<br>198 17    can endanger the user, correct? | **Re: [198:14-198:17]**<br>Def Objection - Vague (611, 403); Foundation (602); 701 | Re: [198:14-199:2]<br>Def Objection - Vague (611, 403); Foundation (602); 701<br>**OVERRULED** |
| **198:20 - 199:2   Warren, Garrad - 01-23-2020**<br>198 20    THE WITNESS:  I think that if<br>198 21    it was not properly inserted and was<br>198 22    coming loose, that it would -- you<br>198 23    know, had seepage around the plug,<br>198 24    then it would not perform as<br>198 25    originally intended, but it doesn't<br>199 1    mean that it wouldn't provide any<br>199 2    hearing protection. | | |
| **199:4 - 199:9   Warren, Garrad - 01-23-2020**<br>199 4    Q.   Well, if it provides less than<br>199 5    represented by your company to a soldier in<br>199 6    combat or serving overseas or even training,<br>199 7    you would agree that's a big issue for your<br>199 8    company, correct?<br>199 9    A.   I would say it's an issue, yes. | **Re: [199:4-199:9]**<br>Def Objection - Foundation (602); 701 | Re: [199:4-199:9]<br>Def Objection - Foundation (602); 701<br>**OVERRULED** |
| **199:10 - 199:13   Warren, Garrad - 01-23-2020**<br>199 10    Q.   And if, in fact, the Combat<br>199 11    Arms Earplug is too short for proper<br>199 12    insertion, that's a -- that's a problem with<br>199 13    the plug itself, isn't it? | | |
| **199:16 - 199:19   Warren, Garrad - 01-23-2020**<br>199 16    THE WITNESS:  Again, I don't<br>199 17    have the experience to say that.  I<br>199 18    think you'd have to talk to the R&D<br>199 19    folks about that. | | |
| **202:24 - 203:4   Warren, Garrad - 01-23-2020**<br>202 24    QUESTIONS BY MR. AYLSTOCK:<br>202 25    Q.   You've heard that before?<br>203 1    A.   I've seen it on our literature,<br>203 2    that in some instances, for some users, that | | |

| | | | | |
|---|---|---|---|---|
| 203 3     you might get a better fit if you folded it<br>203 4     back. | | | | |
| **203:18 - 203:21   Warren, Garrad - 01-23-2020**<br>203 18     Q.   And did it say that for those<br>203 19     in medium and large ear canals, that's how we<br>203 20     tested it to get the NRR of 22, so you should<br>203 21     do it that way? | | | | |
| **203:24 - 204:1   Warren, Garrad - 01-23-2020**<br>203 24     THE WITNESS:  I don't know how<br>203 25     it was tested, sir.  That wasn't in my<br>204 1     area of expertise. | | | | |
| **204:8 - 204:10   Warren, Garrad - 01-23-2020**<br>204 8     Q.   So how would any user know<br>204 9     whether or not to fold the flanges back if<br>204 10     Aearo didn't tell them? | | | **Re: [204:8-205:1]**<br>Improper clarification<br>counter | **SUSTAINED** |
| **204:13 - 204:20   Warren, Garrad - 01-23-2020**<br>204 13     THE WITNESS:  I believe that<br>204 14     there were documents that were<br>204 15     published that in fact we did say<br>204 16     that.<br>204 17     QUESTIONS BY MR. AYLSTOCK:<br>204 18     Q.   Well, how would they know if<br>204 19     they had an ear that needed it folded back or<br>204 20     not if the loosening was imperceptible? | | | **Re: [204:8-205:1]**<br>Improper clarification<br>counter | **SUSTAINED** |
| **204:23 - 205:1   Warren, Garrad - 01-23-2020**<br>204 23     THE WITNESS:  Again, I -- you<br>204 24     know, I think they're going to have to<br>204 25     rely on the audiologists and so forth<br>205 1     to help them get a good fit. | | | **Re: [204:8-205:1]**<br>Improper clarification<br>counter | **SUSTAINED** |
| **205:14 - 205:16   Warren, Garrad - 01-23-2020**<br>205 14     Q.   And if you didn't tell them,<br>205 15     knowing what we know today, that would have<br>205 16     been a failing by Aearo, correct? | | | **Re: [205:14-206:9]**<br>Improper clarification<br>counter | **SUSTAINED** |
| **205:18 - 205:19   Warren, Garrad - 01-23-2020**<br>205 18     THE WITNESS:  But we did tell<br>205 19     them. | | | **Re: [205:14-206:9]**<br>Improper clarification<br>counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **205:22 - 205:24   Warren, Garrad - 01-23-2020** | | | **Re: [205:14-206:9]** Improper clarification counter | **SUSTAINED** |
| 205 22       If that message wasn't 205 23       communicated, then that would have been a 205 24       failing. | | | | |
| **206:1 - 206:9   Warren, Garrad - 01-23-2020** | | | **Re: [205:14-206:9]** Improper clarification counter | **SUSTAINED** |
| 206 1       QUESTIONS BY MR. AYLSTOCK: 206 2       Q.    Is that what you're saying? 206 3       A.    I don't know that I would agree 206 4       that it was a failing. 206 5       Again, in some situations with 206 6       some subjects that did not get a proper fit, 206 7       a suggestion was made -- or a tip, if you 206 8       will, as we've referred to it, a tip was made 206 9       that you might need to roll back the flange. | | | | |
| **206:20 - 207:4   Warren, Garrad - 01-23-2020** | **Re: [206:20-207:4]** Def Objection - Relevance (401, 402); Prejudice (403), Foundation (602) | **Re: [206:20-207:14]** Def Objection - Relevance (401, 402); Prejudice (403), Foundation (602) **OVERRULED** | | |
| 206 20       Q.    Exhibit 25. 206 21       You were in charge of not only 206 22       the military sales of this but also the 206 23       consumer sales, right? 206 24       A.    Yes. 206 25       Q.    Hunters, welders, anybody who 207 1       wanted to have hearing protection could buy 207 2       your product because you put it out there in 207 3       the market, correct? 207 4       A.    Correct. | | | | |
| **207:25 - 208:7   Warren, Garrad - 01-23-2020** | **Re: [207:25-209:5]** Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602) | **Re: [207:25-209:18]** Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602) **OVERRULED** | | |
| 207 25       Q.    If I'm a hunter or I'm a welder 208 1       and I buy your product -- and we've got an 208 2       example of it here -- I'd be entitled to rely 208 3       on these instructions for use and not -- I 208 4       wouldn't have to go to an audiologist and 208 5       tell me how to put it in.  I could look at 208 6       the instructions and read it and put it in, 208 7       right? | | | | |
| **208:11 - 208:20   Warren, Garrad - 01-23-2020** | **Re: [207:25-209:5]** Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602) | **Re: [207:25-209:18]** Def Objection - Relevance | | |
| 208 11       Q.    That was the intent of this, 208 12       correct? 208 13       A.    Yeah, we instructed the user | | | | |

| | | |
|---|---|---|
| 208 14    how to -- how to insert the plug, yes.<br>208 15    Q.    Okay.  And where on this does<br>208 16    it say fold back the flanges or -- well,<br>208 17    where on this does it say the earplug is too<br>208 18    short for proper insertion?<br>208 19    Does it say that at all?<br>208 20    A.    No. | | (401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** |
| **208:21 - 208:24   Warren, Garrad - 01-23-2020**<br>208 21    Q.    Does it say that for medium and<br>208 22    large ear canals, in particular, the earplug<br>208 23    can imperceptibly loosen?<br>208 24    A.    It does not say that, no. | **Re: [207:25-209:5]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602) | Re: [207:25-<br>209:18]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** |
| **208:25 - 209:5   Warren, Garrad - 01-23-2020**<br>208 25    Q.    Does it say to get our NRR of<br>209 1    22, which is here in a box, that we had to<br>209 2    fold back the flanges on the people to do<br>209 3    that because when we got -- did it without<br>209 4    folding back the flanges, we got an NRR of<br>209 5    10.7? | **Re: [207:25-209:5]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602) | Re: [207:25-<br>209:18]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** |
| **209:6 - 209:6   Warren, Garrad - 01-23-2020**<br>209 6    Does it say that, sir? | | |
| **209:9 - 209:10   Warren, Garrad - 01-23-2020**<br>209 9    THE WITNESS:  It does not say<br>209 10    that, no. | **Re: [209:9-209:18]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602) | Re: [207:25-<br>209:18]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** |

| | | Re: [209:12-209:18]<br>Def Objection - 3M MIL No. 21; Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | | |
|---|---|---|---|---|
| **209:12 - 209:18   Warren, Garrad - 01-23-2020**<br>209 12    Q.    Okay.  And where does it say on<br>209 13    this, sir, that you need to fold back the<br>209 14    flanges at all to get a proper insertion?<br>209 15    A.    Well, first of all, not<br>209 16    everybody needed to fold back the flange, but<br>209 17    directly to your question, it does not say<br>209 18    that. | **Re: [209:9-209:18]**<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602)<br>**Re: [209:12-209:18]**<br>Def Objection - 3M MIL No. 21; Relevance (401, 402); Prejudice (403) | **Re: [207:25-209:18]**<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602)<br>**OVERRULED**<br>**Re: [209:12-209:18]**<br>Def Objection - 3M MIL No. 21; Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | | |
| **209:19 - 210:4   Warren, Garrad - 01-23-2020**<br>209 19    Q.    Okay.  Having read the flange<br>209 20    report we just looked at by Mr. Berger and<br>209 21    Mr. Kieper, don't you think it should have<br>209 22    said those things?<br>209 23    A.    First of all, again, this is<br>209 24    the first time that I -- that I recall having<br>209 25    seen this, and we took the -- we in marketing<br>210 1    took the direction from our technical<br>210 2    community in terms of what the appropriate<br>210 3    NRRs were and so forth, relied upon them to<br>210 4    do the proper testing. | **Re: [209:19-210:4]**<br>Def Objection - Foundation (602); 701 | **Re: [209:19-210:4]**<br>Def Objection - Foundation (602); 701<br>**OVERRULED** | | |

**210:20 - 210:24   Warren, Garrad - 01-23-2020**

| 210 20 | QUESTIONS BY MR. AYLSTOCK: |
| 210 21 | Q.   Well, and R&D, part of the R&D, |
| 210 22 | is to make sure that whatever product you're |
| 210 23 | putting out there is safe for its intended |
| 210 24 | user, right? |

**211:2 - 211:6   Warren, Garrad - 01-23-2020**

| 211 2 | THE WITNESS:  Well, again, as |
| 211 3 | relates to R&D and the E-A-RCAL lab, |
| 211 4 | their responsibility was to do the |
| 211 5 | testing and inform us as to what the |
| 211 6 | proper, you know, ratings were. |

**211:8 - 211:25   Warren, Garrad - 01-23-2020**

| 211 8 | Q.   And if they were looking to a |
| 211 9 | marketing person to determine what rating |
| 211 10 | should be put on an earplug, that wouldn't be |
| 211 11 | the right chain of command, right? |
| 211 12 | A.   We -- we sometimes -- in |
| 211 13 | development process, we sometimes set targets |
| 211 14 | as to what NRR we would like to achieve based |
| 211 15 | upon competitive situations and other factors |
| 211 16 | in the marketplace. |
| 211 17 | Q.   Sure. |
| 211 18 | A.   But R&D, you know, as they were |
| 211 19 | developing the product, was shooting for |
| 211 20 | that, but they -- if they received -- if they |
| 211 21 | got -- if they got a 15 and we were shooting |
| 211 22 | for a 27, they would tell us it was a 15, and |
| 211 23 | then we had a couple choices to what to do. |
| 211 24 | We could either redesign the product, or we |
| 211 25 | could move on to another project. |

**212:1 - 212:3   Warren, Garrad - 01-23-2020**

| 212 1 | Q.   That's the way it should be |
| 212 2 | done, right? |
| 212 3 | A.   That's the way it was done. |

**212:4 - 212:8   Warren, Garrad - 01-23-2020**

| 212 4 | Q.   You shouldn't change the |
| 212 5 | testing and manipulate the testing just to |
| 212 6 | get the NRR that marketing needs to sell the |

| | | | | |
|---|---|---|---|---|
| 212 7 | product.  That would be wrong. | | | |
| 212 8 | A.    Absolutely. | | | |
| **213:9 - 213:18   Warren, Garrad - 01-23-2020** | | **Re: [213:9-214:4]** | **Re: [213:12-214:4]** | |
| 213 9 | (Warren Exhibit 29 marked for | **Def Objection - Foundation** | Def Objection - | |
| 213 10 | identification.) | **(602)** | Foundation | |
| 213 11 | QUESTIONS BY MR. AYLSTOCK: | | (602) | |
| 213 12 | Q.    All right.  If we look at the | | **OVERRULED** | |
| 213 13 | next exhibit, 29. | | | |
| 213 14 | And this is a memo from | | | |
| 213 15 | Elliott -- well, from Ron Kieper to Elliott | | | |
| 213 16 | Berger dated August 17, 2000. | | | |
| 213 17 | Do you see that? | | | |
| 213 18 | A.    I do. | | | |
| **213:19 - 214:4   Warren, Garrad - 01-23-2020** | | **Re: [213:9-214:4]** | **Re: [213:12-214:4]** | |
| 213 19 | Q.    And it's talking about these | **Def Objection - Foundation** | Def Objection - | |
| 213 20 | two tests that are reflected in the flange | **(602)** | Foundation | |
| 213 21 | report, Exhibit 28, correct?  The 213015 and | | (602) | |
| 213 22 | 213017, right? | | **OVERRULED** | |
| 213 23 | A.    Yes.  Yes. | | | |
| 213 24 | Q.    And what it says is, "The | | | |
| 213 25 | initial test, 213015, was stopped after eight | | | |
| 214 1 | subjects because the results were variable | | | |
| 214 2 | and the NRR was quite low, 11." | | | |
| 214 3 | Do you see that? | | | |
| 214 4 | A.    I do. | | | |
| **214:5 - 214:17   Warren, Garrad - 01-23-2020** | | | | |
| 214 5 | Q.    In your experience in passive | | | |
| 214 6 | hearing protection, that would be a quite low | | | |
| 214 7 | NRR, correct? | | | |
| 214 8 | A.    11? | | | |
| 214 9 | Q.    Yes. | | | |
| 214 10 | A.    It would be lower, yes. | | | |
| 214 11 | Q.    That would make it -- | | | |
| 214 12 | A.    The lower end of the scale. | | | |
| 214 13 | Q.    That would make it harder to | | | |
| 214 14 | sell? | | | |
| 214 15 | A.    Absolutely. | | | |
| 214 16 | Q.    If not impossible to sell? | | | |
| 214 17 | A.    Absolutely. | | | |

| | | |
|---|---|---|
| **214:18 - 214:23   Warren, Garrad - 01-23-2020**<br>214 18    Q.    Okay.  "At all tested<br>214 19    frequencies, test 213017 means are higher,<br>214 20    and SDs are lower than those of 213015, and<br>214 21    the NRR is 22."<br>214 22    Do you see that?<br>214 23    A.    I do. | **Re: [214:18-214:23]**<br>Def Objection - Foundation<br>(602) | Re: [214:18-<br>214:23]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** |
| **214:24 - 215:4   Warren, Garrad - 01-23-2020**<br>214 24    Q.    So at any point in time did you<br>214 25    ever see any packaging or instructions or<br>215 1    communications to the military, consumers,<br>215 2    anybody using the Combat Arms version 2, that<br>215 3    the company had received an NRR that was<br>215 4    quite low at 11? | **Re: [214:24-215:10]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602) | Re: [214:24-<br>215:10]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** |
| **215:7 - 215:10   Warren, Garrad - 01-23-2020**<br>215 7    THE WITNESS:  I had never seen<br>215 8    anything to the military, nor,<br>215 9    frankly, had I seen anything<br>215 10    internally that suggested that. | **Re: [214:24-215:10]**<br>Def Objection - Relevance<br>(401, 402); Prejudice (403);<br>Foundation (602) | Re: [214:24-<br>215:10]<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** |
| **215:11 - 215:15   Warren, Garrad - 01-23-2020**<br>215 11    QUESTIONS BY MR. AYLSTOCK:<br>215 12    Q.    Okay.  This is the first time,<br>215 13    today, as we sit here in 2020, that you've<br>215 14    ever seen or heard anything about this?<br>215 15    A.    That I recall, yes. | | |
| **215:16 - 215:22   Warren, Garrad - 01-23-2020**<br>215 16    Q.    And then could you read the<br>215 17    next sentence to the jury?<br>215 18    A.    "Because the UltraFit plug's<br>215 19    stem is so short, it was difficult to fit the<br>215 20    plug deeply into some subjects' ear canals, | **Re: [215:16-215:22]**<br>Def Objection - Foundation<br>(602) | Re: [215:16-<br>215:22]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 215 21 | especially those subjects with medium and | | | |
| 215 22 | larger ear canals." | | | |
| **216:9 - 216:20**  **Warren, Garrad - 01-23-2020** | | | | |
| 216 9 | Q.    Okay.  And then, again, it | **Re: [216:9-216:20]** **Def Objection - Foundation** **(602)** | **Re: [216:9-216:20]** **Def Objection -** **Foundation** **(602)** **OVERRULED** | |
| 216 10 | talks about the geometry of the ear canal | | | |
| 216 11 | opening sometimes inhibited the deep plug | | | |
| 216 12 | insertion required for maximum attenuation | | | |
| 216 13 | values. | | | |
| 216 14 | Do you see that? | | | |
| 216 15 | A.    I do. | | | |
| 216 16 | Q.    And then it talks about this | | | |
| 216 17 | flange issue pressing against the subject's | | | |
| 216 18 | ear canal and folding up. | | | |
| 216 19 | Do you see that? | | | |
| 216 20 | A.    I do. | | | |
| **220:13 - 221:2**  **Warren, Garrad - 01-23-2020** | | | | |
| 220 13 | Q.    Okay.  Show you Exhibit 30. | **Re: [220:13-221:2]** **Def Objection - Foundation** **(602)** | **Re: [220:13-221:2]** **Def Objection -** **Foundation** **(602)** **OVERRULED** | |
| 220 14 | This is dated May 12th of 2000, | | | |
| 220 15 | less than a month after the last document we | | | |
| 220 16 | looked at, talking about the Combat Arms | | | |
| 220 17 | Earplug and the UltraFit end. | | | |
| 220 18 | Do you see that? | | | |
| 220 19 | A.    I do. | | | |
| 220 20 | Q.    It says, "Note the original | | | |
| 220 21 | study was stopped with eight subjects." | | | |
| 220 22 | So do you understand -- or do | | | |
| 220 23 | you have an understanding about what he's | | | |
| 220 24 | talking about, stopping a study? | | | |
| 220 25 | A.    I was not aware that there was | | | |
| 221 1 | a -- there was an initial study that was | | | |
| 221 2 | stopped with eight prior to this process, no. | | | |
| **221:3 - 221:7**  **Warren, Garrad - 01-23-2020** | | | | |
| 221 3 | Q.    Well, should a study be stopped | | | |
| 221 4 | because the results don't -- because the | | | |
| 221 5 | results that are obtained aren't good enough | | | |
| 221 6 | to market the product?  Is that a reason to | | | |
| 221 7 | stop the study? | | | |
| **221:10 - 221:15**  **Warren, Garrad - 01-23-2020** | | | | |
| 221 10 | THE WITNESS:  There are various | | | |

| | | | | |
|---|---|---|---|---|
| 221 11 | reasons why one might stop a study, | | | |
| 221 12 | and, you know -- but again, I don't | | | |
| 221 13 | know, you know, why that occurred in | | | |
| 221 14 | this particular case. You'd have to | | | |
| 221 15 | talk to Elliott Berger. | | | |
| **224:3 - 224:7** | **Warren, Garrad - 01-23-2020** | | | |
| 224 3 | But in none of the marketing | | | |
| 224 4 | materials or any materials that you saw that | | | |
| 224 5 | went to the government was there ever an NRR | | | |
| 224 6 | of 11. Or 10.7? | | | |
| 224 7 | A.   Not to my knowledge, no. | | | |
| **224:8 - 224:10** | **Warren, Garrad - 01-23-2020** | | | |
| 224 8 | Q.   Or to the consumers who might | | | |
| 224 9 | go to Walmart and get it? | | | |
| 224 10 | A.   Not to my knowledge, no. | | | |
| **224:11 - 224:20** | **Warren, Garrad - 01-23-2020** | | | |
| 224 11 | Q.   So it says on this -- read the | | | |
| 224 12 | second sentence there to the jury, if you | | | |
| 224 13 | would. | | | |
| 224 14 | A.   "Note the original study was | | | |
| 224 15 | stopped with eight subjects." | | | |
| 224 16 | Q.   And what does the third | | | |
| 224 17 | sentence say? | | | |
| 224 18 | A.   "The second study was with the | | | |
| 224 19 | folded-back flanges on the end sticking out | | | |
| 224 20 | of the ear." | | | |
| **224:21 - 224:25** | **Warren, Garrad - 01-23-2020** | | | |
| 224 21 | Q.   Okay. So was it ever | | | |
| 224 22 | communicated to anybody, to your knowledge, | | | |
| 224 23 | that the way in which Aearo achieved an NRR | | | |
| 224 24 | was by folding the flanges back on the end | | | |
| 224 25 | sticking out of the ear? | | | |
| **225:3 - 225:10** | **Warren, Garrad - 01-23-2020** | | | |
| 225 3 | THE WITNESS: I don't -- I | | | |
| 225 4 | don't know the answer to that | | | |
| 225 5 | question. | | | |
| 225 6 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 225 7 | Q.   Have you seen -- can you point | | | |
| 225 8 | the jury to anything ever? | | | |

| | | | | |
|---|---|---|---|---|
| 225 9      A.   I don't recall that I've seen<br>225 10     anything, no. | | | | |
| **225:22 - 226:9   Warren, Garrad - 01-23-2020**<br>225 22     Q.   Well, Elliott asks Brian, the<br>225 23     marketing person:  "Should I share this with<br>225 24     Ohlin?"<br>225 25     Do you see that?<br>226 1     A.   I do.<br>226 2     Q.   And read to the jury what else<br>226 3     he says about the Combat Arms version 2.<br>226 4     A.   You're saying the last<br>226 5     sentence?<br>226 6     Q.   Yes, sir.<br>226 7     A.   "It looks like the existing<br>226 8     product has problems unless the user<br>226 9     instructions are revised." | **Re: [225:22-226:9]**<br>Def Objection - Foundation<br>(602) | **Re: [225:22-226:9]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **226:18 - 226:23   Warren, Garrad - 01-23-2020**<br>226 18     Q.   Is there any valid reason you<br>226 19     can think of why Mr. Berger, the technical<br>226 20     person, would be asking Brian Myers, who is<br>226 21     going to market and sell this product, if he<br>226 22     should share this information with somebody<br>226 23     from the government? | **Re: [226:18-227:8]**<br>Def Objection - Foundation<br>(602) | **Re: [226:18-227:8]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **227:1 - 227:8   Warren, Garrad - 01-23-2020**<br>227 1     THE WITNESS:  You'd have to ask<br>227 2     Elliott Berger.  I have no idea what<br>227 3     his intention was.<br>227 4     QUESTIONS BY MR. AYLSTOCK:<br>227 5     Q.   Can you think of any reason<br>227 6     why --<br>227 7     A.   It would be speculation and,<br>227 8     no, I can't. | **Re: [226:18-227:8]**<br>Def Objection - Foundation<br>(602) | **Re: [226:18-227:8]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **228:24 - 229:6   Warren, Garrad - 01-23-2020**<br>228 24     When you came on as president,<br>228 25     we established that Brian Myers was your<br>229 1     direct subordinate.<br>229 2     A.   Yes, sir.<br>229 3     Q.   And did he ever tell you that,<br>229 4     look, on the Combat Arms, we have an issue | | | | |

| | | | | |
|---|---|---|---|---|
| 229 5    with the user instructions, at all, ever?<br>229 6         A.    No. | | | | |
| **229:7 - 229:12   Warren, Garrad - 01-23-2020**<br>229 7         Q.    Did he ever tell you that,<br>229 8    look, we tested it with the flanges folded<br>229 9    back, and I shared this with Doug Ohlin at<br>229 10    CHPPM?<br>229 11    Did you ever --<br>229 12         A.    I'm not aware that he did that. | | | | |
| **229:13 - 229:15   Warren, Garrad - 01-23-2020**<br>229 13         Q.    Okay.  And you don't know why<br>229 14    Mr. Berger would be asking Mr. Myers in<br>229 15    marketing whether to share it either, do you? | Re: [229:13-229:19]<br>Def Objection - Cumulative<br>(403); Foundation (602) | Re: [229:13-229:19]<br>Def Objection - Cumulative (403); Foundation (602)<br>**SUSTAINED** | | |
| **229:18 - 229:19   Warren, Garrad - 01-23-2020**<br>229 18    THE WITNESS:  No, I don't.<br>229 19    You'd have to ask Mr. Berger. | Re: [229:13-229:19]<br>Def Objection - Cumulative<br>(403); Foundation (602) | Re: [229:13-229:19]<br>Def Objection - Cumulative (403); Foundation (602)<br>**SUSTAINED** | | |
| **229:20 - 229:21   Warren, Garrad - 01-23-2020**<br>229 20    (Warren Exhibit 31 marked for<br>229 21    identification.) | | | | |
| **230:11 - 230:16   Warren, Garrad - 01-23-2020**<br>230 11         Q.    Okay.  Take a look at<br>230 12    Exhibit 31, if you would.<br>230 13         A.    Okay.<br>230 14         Q.    This was a document that came<br>230 15    out of 3M's files, actually, but it's a CHPPM<br>230 16    document.  So 3M had this. | | | | |
| **230:19 - 230:24   Warren, Garrad - 01-23-2020**<br>230 19         Q.    And it's a lengthy document,<br>230 20    but the entitle -- the title of it is | | | | |

| | | | | |
|---|---|---|---|---|
| 230 21 | "Personal Hearing Protective Devices:  Their | | | |
| 230 22 | Fitting, Care and Use." | | | |
| 230 23 | Do you see that? | | | |
| 230 24 | A.    I do. | | | |
| **234:1 - 234:11** | **Warren, Garrad - 01-23-2020** | | | |
| 234 1 | Q.    Okay.  And it doesn't say in | | | |
| 234 2 | here that because the earplug is so short | | | |
| 234 3 | that it could be difficult to fit in people | | | |
| 234 4 | with medium or large ear canals, does it? | | | |
| 234 5 | A.    No, it does not say that. | | | |
| 234 6 | Q.    And it doesn't say that the | | | |
| 234 7 | test results, if you don't fold the flanges | | | |
| 234 8 | back, have an NRR of 11. | | | |
| 234 9 | Doesn't say that either, does | | | |
| 234 10 | it? | | | |
| 234 11 | A.    No. | | | |
| **243:8 - 243:12** | **Warren, Garrad - 01-23-2020** | | | |
| 243 8 | (Warren Exhibit 34 marked for | | | |
| 243 9 | identification.) | | | |
| 243 10 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 243 11 | Q.    Okay.  Let me show you | | | |
| 243 12 | Exhibit 34. | | | |
| **243:19 - 244:1** | **Warren, Garrad - 01-23-2020** | | | |
| 243 19 | Q.    And specifically the e-mail | | | |
| 243 20 | from James Jolissaint to Doug Ohlin. | | | |
| 243 21 | And what he tells Doug Ohlin | | | |
| 243 22 | and others is that "General Wallace just | | | |
| 243 23 | approved the Combat earplug for RFI issue to | | | |
| 243 24 | all soldiers." | | | |
| 243 25 | Do you see that? | | | |
| 244 1 | A.    I do. | | | |
| **244:17 - 244:19** | **Warren, Garrad - 01-23-2020** | | | |
| 244 17 | Q.    So it looks like Mr. Ohlin here | | | |
| 244 18 | was excited that the Combat Arms was going to | | | |
| 244 19 | be used for all soldiers, right? | | | |
| **244:22 - 245:10** | **Warren, Garrad - 01-23-2020** | | | |
| 244 22 | THE WITNESS:  You'd have to ask | | | |
| 244 23 | Mr. Ohlin. | | | |
| 244 24 | QUESTIONS BY MR. AYLSTOCK: | | | |

| | | | | |
|---|---|---|---|---|
| 244 25 | Q.   Okay.  Well, it says it's "too | | | |
| 245 1 | good to be true."  I'd like to notice | | | |
| 245 2 | Mr. Ohlin, but unfortunately he's passed | | | |
| 245 3 | away. | | | |
| 245 4 | In any event, Colonel | | | |
| 245 5 | Jolissaint says in the next page up, "In | | | |
| 245 6 | theory, as approved at the meeting, it is for | | | |
| 245 7 | deploying troops and for basic combat | | | |
| 245 8 | trainees." | | | |
| 245 9 | Do you see that? | | | |
| 245 10 | A.   I do. | | | |
| **246:4 - 246:17   Warren, Garrad - 01-23-2020** | | | | |
| 246 4 | Q.   And then you get a copy of all | | | |
| 246 5 | of this as well, don't you, from Mr. Myers? | | | |
| 246 6 | A.   Finally, yes. | | | |
| 246 7 | Q.   Okay.  And what does Mr. Myers | | | |
| 246 8 | tell you about this? | | | |
| 246 9 | A.   "This looks very good for our | | | |
| 246 10 | Combat Arms business.  Apparently the | | | |
| 246 11 | initiative I sent to you last week | | | |
| 246 12 | intended both for deploying troops and for | | | |
| 246 13 | basic trainees as well.  It's just that | | | |
| 246 14 | apparently funds have to be appropriated for | | | |
| 246 15 | the latter.  However, it looks like the | | | |
| 246 16 | military folks are trying to get coordinated | | | |
| 246 17 | to ensure that funding is in place." | | | |
| **246:18 - 246:25   Warren, Garrad - 01-23-2020** | | | | |
| 246 18 | Q.   And at this point in time, | | | |
| 246 19 | we're at war in Iraq, correct? | | | |
| 246 20 | A.   The timing sounds about | | | |
| 246 21 | correct, yes. | | | |
| 246 22 | Q.   In fact, I think we have many, | | | |
| 246 23 | many troops deployed, right? | | | |
| 246 24 | A.   Yeah.  I'm not sure about the | | | |
| 246 25 | exact date, but, generally, yes. | | | |
| **247:1 - 247:5   Warren, Garrad - 01-23-2020** | | | **Re: [247:1-247:5]** | **OVERRULED** |
| 247 1 | Q.   Okay.  And so Mr. Myers is | | | **Baker MIL 1, 403** | |
| 247 2 | sending this to you because this is a good | | | |
| 247 3 | development for the Combat Arms on the sales | | | |

| | | | | |
|---|---|---|---|---|
| 247 4 | and profit? | | | |
| 247 5 | A.   Yes. | | | |
| **291:4 - 291:21   Warren, Garrad - 01-23-2020** | | | | |
| 291 4 | (Warren Exhibit 46 marked for | | | |
| 291 5 | identification.) | | | |
| 291 6 | QUESTIONS BY MR. AYLSTOCK: | | | |
| 291 7 | Q.   We're back, Mr. Warren.  In | | | |
| 291 8 | front of you is Exhibit 46. | | | |
| 291 9 | It's a short e-mail, but it's | | | |
| 291 10 | from you to who, sir? | | | |
| 291 11 | A.   Mike McLain, the CEO. | | | |
| 291 12 | Q.   He is your boss, right? | | | |
| 291 13 | A.   Yes. | | | |
| 291 14 | Q.   And the subject is what, sir? | | | |
| 291 15 | A.   Combat Arms Earplug. | | | |
| 291 16 | Q.   And what do you tell your boss, | | | |
| 291 17 | the CEO? | | | |
| 291 18 | A.   That one of our military | | | |
| 291 19 | distributors, ADS, received a 1.4 million | | | |
| 291 20 | Combat Arms order today for March shipment. | | | |
| 291 21 | Have a good weekend." | | | |
| **291:22 - 292:4   Warren, Garrad - 01-23-2020** | | | Re: [292:1-292:4] | **OVERRULED** |
| 291 22 | Q.   Okay.  So your boss, | | 403, Relevance, Baker MIL | |
| 291 23 | Mr. McLain, was also interested in the sales | | 1 | |
| 291 24 | of CAE, apparently? | | | |
| 291 25 | A.   Of course. | | | |
| 292 1 | Q.   Okay.  Because they were an | | | |
| 292 2 | important part of the sales and profits for | | | |
| 292 3 | the company, right? | | | |
| 292 4 | A.   Sure, yes. | | | |
| **292:8 - 292:11   Warren, Garrad - 01-23-2020** | | | | |
| 292 8 | Q.   Let me show you Exhibit 47. | | | |
| 292 9 | And this is an exhibit -- in fairness, we | | | |
| 292 10 | created it based upon the sales data we were | | | |
| 292 11 | provided. | | | |
| **292:22 - 292:25   Warren, Garrad - 01-23-2020** | | | | |
| 292 22 | A.   Are these global sales or US | | | |
| 292 23 | sales, or do you know? | | | |

| | | | | |
|---|---|---|---|---|
| 292 24 | Q.    My understanding is that these | | | |
| 292 25 | are global sales. | | | |
| **293:4 - 293:18    Warren, Garrad - 01-23-2020** | | | | |
| 293 4 | But let me just ask you as | | | |
| 293 5 | president of the company and somebody who was | | | |
| 293 6 | following the sales of the version 2 and | | | |
| 293 7 | reporting those to your superior, the CEO: | | | |
| 293 8 | Does this look reasonably correct to you as | | | |
| 293 9 | far as the sales of the Combat Arms | | | |
| 293 10 | version 2? | | | |
| 293 11 | A.    You know, again, sir, the | | | |
| 293 12 | reason I asked whether they were global or | | | |
| 293 13 | not, I don't have a good handle on what we | | | |
| 293 14 | were doing from a global standpoint.  I have | | | |
| 293 15 | no reason to dispute these numbers, but I | | | |
| 293 16 | really can't comment on whether or not | | | |
| 293 17 | they're accurate, so... | | | |
| 293 18 | Q.    That's fair enough. | | | |
| **301:3 - 301:8    Warren, Garrad - 01-23-2020** | | | | Re: [301:3-301:25] Baker MIL 1, 403 | **OVERRULED** |
| 301 3 | You, Mr. Warren, as president, | | | |
| 301 4 | and your superior, Mike McLain, as CEO, are | | | |
| 301 5 | very interested in the sales and sales growth | | | |
| 301 6 | for the Combat Arms Earplugs because that | | | |
| 301 7 | helps the bottom line, right? | | | |
| 301 8 | A.    Yes. | | | |
| **306:6 - 306:9    Warren, Garrad - 01-23-2020** | | Re: [306:6-306:9] Def Objection - 3M MIL No. 7 | Re: [306:6-306:14] Def Objection - 3M MIL No. 7 **OVERRULED** | |
| 306 6 | Q.    Okay.  Now, ultimately -- we | | | |
| 306 7 | talked about this -- you were involved in | | | |
| 306 8 | pitching the sale of Aearo to 3M, correct? | | | |
| 306 9 | A.    Yes, among others, but, yes. | | | |
| **307:1 - 307:6    Warren, Garrad - 01-23-2020** | | Re: [307:1-309:3] Def Objection - 3M MIL No. 7 | Re: [306:24-310:20] Def Objection - 3M MIL No. 7 **OVERRULED** | Re: [307:1-307:18] Baker MIL 1, 403 | **OVERRULED** |
| 307 1 | Why'd you sell it? | | | |
| 307 2 | A.    We felt we could get a good | | | |
| 307 3 | price for it. | | | |
| 307 4 | Q.    And, in fact, you were a part | | | |
| 307 5 | owner in Aearo? | | | |
| 307 6 | A.    I was. | | | |

| | | | | |
|---|---|---|---|---|
| **307:7 - 307:18   Warren, Garrad - 01-23-2020** | Re: [307:1-309:3] | Re: [306:24- | Re: [307:1-307:18] | OVERRULED |
| 307 7    (Warren Exhibit 53 marked for | Def Objection - 3M MIL No. | 310:20] | Baker MIL 1, 403 | |
| 307 8    identification.) | 7 | Def Objection - | | |
| 307 9    QUESTIONS BY MR. AYLSTOCK: | | 3M MIL No. 7 | | |
| 307 10    Q.    These are some schedules to the | | OVERRULED | | |
| 307 11    plan to merger -- the sale, basically, of | | | | |
| 307 12    Aearo to 3M. | | | | |
| 307 13    A.    Okay. | | | | |
| 307 14    Q.    Are you familiar with this? | | | | |
| 307 15    A.    I am. | | | | |
| 307 16    Q.    It's Exhibit 53. | | | | |
| 307 17    What's the date on it? | | | | |
| 307 18    A.    November 14, 2007. | | | | |
| **307:22 - 308:9   Warren, Garrad - 01-23-2020** | Re: [307:1-309:3] | Re: [306:24- | Re: [307:22-308:9] | OVERRULED |
| 307 22    Q.    -- about four pages in, it | Def Objection - 3M MIL No. | 310:20] | Baker MIL 1, 403 | |
| 307 23    actually lists the number of common shares | 7 | Def Objection - | | |
| 307 24    and preferred shares you have, correct? | | 3M MIL No. 7 | | |
| 307 25    A.    That's correct. | | OVERRULED | | |
| 308 1    Q.    And you have 86,102 common | | | | |
| 308 2    shares and 776.668 preferred shares, right? | | | | |
| 308 3    A.    Correct. | | | | |
| 308 4    Q.    And so when 3M purchased Aearo, | | | | |
| 308 5    it had to purchase all these shares, correct? | | | | |
| 308 6    A.    That is correct. | | | | |
| 308 7    Q.    And it bought them from you. | | | | |
| 308 8    Or the ones you owned, you sold, right? | | | | |
| 308 9    A.    That is correct. | | | | |
| **308:19 - 308:21   Warren, Garrad - 01-23-2020** | Re: [307:1-309:3] | Re: [306:24- | Re: [308:19-309:3] | OVERRULED |
| 308 19    Q.    Well, it was -- it ended up | Def Objection - 3M MIL No. | 310:20] | Baker MIL 1, 403 | |
| 308 20    being millions of dollars, right, sir? | 7 | Def Objection - | | |
| 308 21    A.    Yes. | | 3M MIL No. 7 | | |
| | | OVERRULED | | |
| **308:22 - 309:3   Warren, Garrad - 01-23-2020** | Re: [307:1-309:3] | Re: [306:24- | Re: [308:19-309:3] | OVERRULED |
| 308 22    Q.    Okay.  And, in fact, you also | Def Objection - 3M MIL No. | 310:20] | Baker MIL 1, 403 | |
| 308 23    had options in the company as well, correct? | 7 | Def Objection - | | |
| 308 24    A.    That's correct. | | 3M MIL No. 7 | | |
| 308 25    Q.    And if you turn to the page | | OVERRULED | | |
| 309 1    that ends in 218, there's a schedule of | | | | |

| | | | | |
|---|---|---|---|---|
| 309 2 | options, and you're there? | | | |
| 309 3 | A.    Yes, I am. | | | |
| **310:2 - 310:10   Warren, Garrad - 01-23-2020** | | | | |
| 310 2 | Q.    Okay.  And so you also made | **Re: [310:2-310:10]** Def Objection - 3M MIL No. 7 | **Re: [306:24-310:20]** Def Objection - 3M MIL No. 7 **OVERRULED** | **Re: [310:2-310:10]** Baker MIL 1, 403 | **OVERRULED** |
| 310 3 | millions of dollars on the options side as | | | | |
| 310 4 | well, correct? | | | | |
| 310 5 | A.    Yeah.  Whatever that math is, | | | | |
| 310 6 | yes. | | | | |
| 310 7 | Q.    Okay.  And after you sold out | | | | |
| 310 8 | your shares, your ownership, of Aearo to 3M, | | | | |
| 310 9 | you moved on? | | | | |
| 310 10 | A.    I retired. | | | | |
| **317:13 - 319:20   Warren, Garrad - 01-23-2020** | | | | |
| 317 13 | QUESTIONS BY MR. FIELDS: | | | | |
| 317 14 | Q.    Based on your recollection, | | | | |
| 317 15 | what was the NRR that was published for the | | | | |
| 317 16 | open end of the Combat Arms Earplug | | | | |
| 317 17 | version 2? | | | | |
| 317 18 | A.    Zero. | | | | |
| 317 19 | Q.    With respect to the closed mode | | | | |
| 317 20 | of the Combat Arms Earplug version 2, do you | | | | |
| 317 21 | recall what was the published NRR value? | | | | |
| 317 22 | A.    22. | | | | |
| 317 23 | Q.    Can you look at -- maybe we can | | | | |
| 317 24 | just pull up Exhibit 25. | | | | |
| 317 25 | Exhibit 25 was, it looks like, | | | | |
| 318 1 | a copy of -- you don't -- | | | | |
| 318 2 | A.    Okay.  I've got it. | | | | |
| 318 3 | Q.    It looks like some artwork | | | | |
| 318 4 | relating to a Peltor Combat Arms Earplugs. | | | | |
| 318 5 | Do you see that? | | | | |
| 318 6 | A.    I do. | | | | |
| 318 7 | Q.    And this was a document you | | | | |
| 318 8 | were asked questions about earlier? | | | | |
| 318 9 | A.    I was. | | | | |
| 318 10 | Q.    Do you know whether or not this | | | | |
| 318 11 | package, artwork for this package, was the | | | | |
| 318 12 | final version that was used in marketing the | | | | |
| 318 13 | Peltor Combat Arms Earplug? | | | | |

| | | | |
|---|---|---|---|
| 318 14 | A.    I do not. | | |
| 318 15 | Q.    Can you turn your attention to | | |
| 318 16 | Exhibit 33? | | |
| 318 17 | A.    Okay. | | |
| 318 18 | Q.    And specifically counsel | | |
| 318 19 | earlier asked you a few questions about this | | |
| 318 20 | particular document. | | |
| 318 21 | Do you recall looking at this | | |
| 318 22 | document earlier in the deposition? | | |
| 318 23 | A.    I do. | | |
| 318 24 | Q.    And I wanted to turn your | | |
| 318 25 | attention to the page that ends in 657, and | | |
| 319 1 | specifically the top entry on that page. | | |
| 319 2 | A.    Okay. | | |
| 319 3 | Q.    Do you recall being asked | | |
| 319 4 | questions about the org chart of the lab | | |
| 319 5 | for -- as of December 1, 2000? | | |
| 319 6 | A.    I do. | | |
| 319 7 | Q.    Now, first of all, with respect | | |
| 319 8 | to the timing, as of December 1, 2000, did | | |
| 319 9 | you have any responsibility for marketing at | | |
| 319 10 | Aearo? | | |
| 319 11 | A.    No. | | |
| 319 12 | Q.    As of December 2000, was the | | |
| 319 13 | laboratory in your chain of -- the | | |
| 319 14 | organizational chain for you, or the | | |
| 319 15 | organizational chart -- well, let me ask a | | |
| 319 16 | different question. | | |
| 319 17 | As of December 1, 2000, was the | | |
| 319 18 | laboratory or the director of the laboratory | | |
| 319 19 | one of your subordinates? | | |
| 319 20 | A.    He was not. | | |
| **319:21 - 320:6   Warren, Garrad - 01-23-2020** | | | |
| 319 21 | Q.    At some point in time, you | | |
| 319 22 | became president of Aearo's North American | | |
| 319 23 | safety products group? | | |
| 319 24 | A.    Yes, sir. | | |
| 319 25 | Q.    What year was that? | | |
| 320 1 | A.    2003. | | |

| | | | | |
|---|---|---|---|---|
| 320 2 | Q. When you became president of | | | |
| 320 3 | North -- of Aearo's North American safety | | | |
| 320 4 | products group, at that point in time were | | | |
| 320 5 | you responsible for marketing? | | | |
| 320 6 | A. I was. | | | |
| **320:7 - 323:1** | **Warren, Garrad - 01-23-2020** | | | |
| 320 7 | Q. Beginning in 2003 until the | | | |
| 320 8 | time the company was sold to 3M in 2008, did | | | |
| 320 9 | you -- did the laboratory fall under your | | | |
| 320 10 | purview? | | | |
| 320 11 | A. Did not. | | | |
| 320 12 | Q. During that period of time, do | | | |
| 320 13 | you recall to whom the laboratory reported? | | | |
| 320 14 | A. Yes. It ultimately reported to | | | |
| 320 15 | Bob Klun, who was, I think, vice president of | | | |
| 320 16 | R&D. | | | |
| 320 17 | Q. Now, prior to you becoming | | | |
| 320 18 | president of North American -- of the North | | | |
| 320 19 | American safety products group, had you had | | | |
| 320 20 | any interactions with Elliott Berger? | | | |
| 320 21 | A. Not that I recall. | | | |
| 320 22 | Q. Okay. As you sit here today, | | | |
| 320 23 | do you ever recall Elliott Berger raising any | | | |
| 320 24 | concerns with you about actual or potential | | | |
| 320 25 | conflicts of interest that his lab was having | | | |
| 321 1 | with the marketing function? | | | |
| 321 2 | A. No. | | | |
| 321 3 | Q. While you were president of the | | | |
| 321 4 | North American safety products group, do you | | | |
| 321 5 | recall having any conversations with Elliott | | | |
| 321 6 | Berger wherein Elliott Berger raised concerns | | | |
| 321 7 | about actual or potential conflicts of | | | |
| 321 8 | interest the E-A-RCAL lab was having with the | | | |
| 321 9 | marketing function? | | | |
| 321 10 | A. No. | | | |
| 321 11 | Q. While you were president of the | | | |
| 321 12 | North American products safety group, did | | | |
| 321 13 | anyone ever raise any concern with you about | | | |
| 321 14 | potential or actual conflicts of interest | | | |

| | | | | |
|---|---|---|---|---|
| 321 15 | between the laboratory, the E-A-RCAL | | | |
| 321 16 | laboratory, and the marketing function at the | | | |
| 321 17 | company? | | | |
| 321 18 | A.   No. | | | |
| 321 19 | Q.   If you would turn your | | | |
| 321 20 | attention to Exhibit 23. | | | |
| 321 21 | A.   Okay. | | | |
| 321 22 | Q.   Exhibit 23 was a document that | | | |
| 321 23 | you were shown earlier in a deposition. | | | |
| 321 24 | Do you recall that? | | | |
| 321 25 | A.   I do. | | | |
| 322 1 | Q.   And this particular document | | | |
| 322 2 | was an e-mail that -- at least there was a | | | |
| 322 3 | cover e-mail from Theresa Schulz to Doug | | | |
| 322 4 | Ohlin, copying Marc Santoro? | | | |
| 322 5 | A.   Yes. | | | |
| 322 6 | Q.   Okay.  Now, do you recall being | | | |
| 322 7 | a recipient of this particular e-mail in or | | | |
| 322 8 | around November 2005? | | | |
| 322 9 | A.   No. | | | |
| 322 10 | Q.   During this time period, | | | |
| 322 11 | November of 2005, would it have been the | | | |
| 322 12 | regular course or practice of folks that | | | |
| 322 13 | worked for you to show you drafts of all | | | |
| 322 14 | contracts or statement -- draft statement of | | | |
| 322 15 | work? | | | |
| 322 16 | A.   Not in the draft form, no. | | | |
| 322 17 | Q.   With respect to this particular | | | |
| 322 18 | exhibit, you see attached to this is a | | | |
| 322 19 | document entitled "Agreement between Aearo | | | |
| 322 20 | Corporation and the US Army Center for Health | | | |
| 322 21 | Promotion and Preventive Medicine." | | | |
| 322 22 | Do you see that? | | | |
| 322 23 | A.   I do. | | | |
| 322 24 | Q.   Do you recall reviewing a draft | | | |
| 322 25 | of this agreement in November 2005 or any | | | |
| 323 1 | point in 2005? | | | |
| **323:4 - 323:11   Warren, Garrad - 01-23-2020** | | | | |
| 323 4 | THE WITNESS:  I do not. | | | |

| | | | | |
|---|---|---|---|---|
| 323 5 | QUESTIONS BY MR. FIELDS: | | | |
| 323 6 | Q.   At any point in time prior to | | | |
| 323 7 | today, do you recall reviewing a draft of | | | |
| 323 8 | this agreement between -- or statement of | | | |
| 323 9 | work between Aearo Corporation and the | | | |
| 323 10 | US Army Center for Health Promotion and | | | |
| 323 11 | Preventive Medicine? | | | |
| **323:14 - 325:7   Warren, Garrad - 01-23-2020** | | | | |
| 323 14 | THE WITNESS:  I do not. | | | |
| 323 15 | QUESTIONS BY MR. FIELDS: | | | |
| 323 16 | Q.   Do you know whether or not | | | |
| 323 17 | Aearo Corporation and the US Army Center for | | | |
| 323 18 | Health Promotion and Preventive Medicine ever | | | |
| 323 19 | executed or agreed -- came to an agreement | | | |
| 323 20 | and finalized this statement of work? | | | |
| 323 21 | A.   I do not. | | | |
| 323 22 | Q.   Can you tell the jury whether, | | | |
| 323 23 | when you became president of the North | | | |
| 323 24 | American safety products group, whether or | | | |
| 323 25 | not the Combat Arms Earplug version 2 had | | | |
| 324 1 | already been developed? | | | |
| 324 2 | A.   It had been, yes. | | | |
| 324 3 | Q.   Okay.  Did you play any role in | | | |
| 324 4 | the development of the Combat Arms Earplug | | | |
| 324 5 | version 2? | | | |
| 324 6 | A.   I did not. | | | |
| 324 7 | Q.   Do you know what role, if any, | | | |
| 324 8 | the US government had in the development of | | | |
| 324 9 | the Combat Arms Earplug version 2? | | | |
| 324 10 | A.   No, I do not. | | | |
| 324 11 | Q.   Do you know what | | | |
| 324 12 | specifications, if any, the US government | | | |
| 324 13 | provided to Aearo for the development of the | | | |
| 324 14 | Combat Arms Earplug version 2? | | | |
| 324 15 | A.   Specifically, no. | | | |
| 324 16 | Q.   Now, did you ever have any | | | |
| 324 17 | conversations with Doug Ohlin about the | | | |
| 324 18 | development of the Combat Arms Earplug | | | |
| 324 19 | version 2? | | | |

| | | | |
|---|---|---|---|
| 324 20    A.    No. | | | |
| 324 21    Q.    When you became president of | | | |
| 324 22     the North American safety products group, did | | | |
| 324 23     you try to investigate who invented or | | | |
| 324 24     provided specifications for the Combat Arms | | | |
| 324 25     Earplug version 2? | | | |
| 325 1    A.    I did not, no. | | | |
| 325 2    Q.    Would it have been your custom | | | |
| 325 3    and practice to investigate the development | | | |
| 325 4    of a product that was already on the market | | | |
| 325 5    at the time that you became leader? | | | |
| 325 6    A.    No, it would not. | | | |
| 325 7    MR. FIELDS:  That's all I have. | | | |