# EXHIBIT 1

# Kieper, Ronald - 12/20/2019

### [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **475:17 - 475:18   Kieper, Ronald 12-20-2019**<br>475 17      Sir, we spent some time yesterday with a<br>475 18      document I understand you had some involvement<br>with. | | | | **No new objections for ruling** |
| **475:24 - 476:8   Kieper, Ronald 12-20-2019**<br>475 24      Q.   It is Exhibit No. 26 in your stack.  It's<br>475 25      The Development of the Combat Arms Earplug,<br>Version 1<br>476 1      through Version 4.  I'd like to spend a moment with<br>476 2      you on that document, sir.<br>476 3      First of all, what prompted the creation<br>476 4      of this document?<br>476 5      A.   This technical report was requested by my<br>476 6      boss, Mr. Berger, to document, as the title indicates,<br>476 7      the development of the Combat Arms through four<br>476 8      versions. | | | | |
| **476:20 - 476:22   Kieper, Ronald 12-20-2019**<br>476 20      Q.   And so as I understand it, sir, you played<br>476 21      a primary role in the creation of this document, is<br>476 22      that fair? | | | | |
| **476:24 - 477:5   Kieper, Ronald 12-20-2019**<br>476 24      BY THE WITNESS:<br>476 25      A.   We worked together on it, but, yes, I was<br>477 1      the primary author.<br>477 2      BY MR. BUCHANAN:<br>477 3      Q.   Okay.  And Mr. Berger also worked on it,<br>477 4      correct?<br>477 5      A.   Yes, that's right. | | | | |
| **477:19 - 478:2   Kieper, Ronald 12-20-2019**<br>477 19      Q.   Are you at .42, sir?<br>477 20      A.   Yes, I am.<br>477 21      Q.   And what is that?<br>477 22      A.   It is a table listing the real-ear tests<br>477 23      of the four versions of the Combat Arms Earplug.<br>477 24      Q.   Okay.  We spent some time yesterday<br>477 25      talking about a few of these studies.<br>478 1      Do you recall that? | | | | |

| | | | | |
|---|---|---|---|---|
| 478 2         A.   Yes, I do. | | | | |
| **478:3 - 478:5   Kieper, Ronald 12-20-2019** | | | | |
| 478 3         Q.   Okay.  We talked about study 213016.  That
478 4         would have been the test that was done in early
2000
478 5         with the open end of the plug, right? | | | | |
| **478:8 - 478:8   Kieper, Ronald 12-20-2019** | | | | |
| 478 8         A.   Yes, sir. | | | | |
| **478:10 - 478:16   Kieper, Ronald 12-20-2019**
478 10       Q.   Okay.  And we talked yesterday about the
478 11       reported NRR for the open end as being a 0.
478 12       Do you recall our discussion on that
478 13       yesterday?
478 14       A.   Yes.
478 15       Q.   In actuality, the NRR that was computed
478 16       from that study was a negative 2, right? | Re: [478:15-478:18]
Def Objection - misstates;
argumentative (611, 403);
relevance (401, 402)
Re: [478:15-478:19]
Def Objection - relevance (401, 402) | Re: [478:15-478:18]
Def Objection -
misstates;
argumentative
(611, 403);
relevance (401, 402)
**OVERRULED**
Re: [478:15-478:19]
Def Objection -
relevance (401, 402)
**OVERRULED** | | |
| **478:19 - 478:19   Kieper, Ronald 12-20-2019**
478 19       A.   Yes, sir. | Re: [478:15-478:19]
Def Objection - relevance (401, 402) | Re: [478:15-478:18]
Def Objection -
misstates;
argumentative
(611, 403);
relevance (401, 402)
**OVERRULED**
Re: [478:15-478:19]
Def Objection -
relevance (401, 402)
**OVERRULED** | | |
| **478:21 - 478:22   Kieper, Ronald 12-20-2019** | Re: [478:21-478:25] | Re: [478:21- | | |

| | | |
|---|---|---|
| 478 21    Q.   Who made the decision, sir, to report the<br>478 22    NRR as a 0 rather than a negative 2? | Def Objection - foundation (602) | 478:25]<br>Def Objection -<br>foundation<br>(602)<br>**OVERRULED** |
| **478:25 - 479:3   Kieper, Ronald 12-20-2019**<br>478 25    A.   I don't know who made that decision.<br>479 1    BY MR. BUCHANAN:<br>479 2    Q.   It wasn't you?<br>479 3    A.   It was not me. | **Re: [478:21-478:25]**<br>Def Objection - foundation (602) | Re: [478:21-<br>478:25]<br>Def Objection -<br>foundation<br>(602)<br>**OVERRULED** |
| **479:18 - 480:4   Kieper, Ronald 12-20-2019**<br>479 18    Q.   So there is a double asterisk here at the<br>479 19    bottom.  It says:  "Note that when the real-ear test<br>479 20    results compute to a negative number for the NRR,<br>we<br>479 21    chose to label the device with a 0."<br>479 22    Do you see that?<br>479 23    A.   Yes, I see that.<br>479 24    Q.   And the "we" in that instance was not you,<br>479 25    right?<br>480 1    A.   I -- I didn't make any determination, so,<br>480 2    yes, that would not include me.<br>480 3    Q.   That would have been others?<br>480 4    A.   That would have been others, yes, sir. | **Re: [479:18-480:4]**<br>Def Objection - foundation (602); relevance (401, 402) | Re: [479:18-<br>480:4]<br>Def Objection -<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** |
| **480:6 - 480:8   Kieper, Ronald 12-20-2019**<br>480 6    And then we see the study 213017, you<br>480 7    documented that as January 2000, but that's not<br>when<br>480 8    the study finished, right? | | |
| **480:11 - 480:15   Kieper, Ronald 12-20-2019**<br>480 11    A.   That's correct.  That's an erroneous date.<br>480 12    BY MR. BUCHANAN:<br>480 13    Q.   Yeah.  The study actually finished five<br>480 14    months later, right?<br>480 15    A.   I believe it finished in May, yes. | | |
| **480:16 - 480:17   Kieper, Ronald 12-20-2019**<br>480 16    Q.   There was a study that could have been<br>480 17    finished in January of 2000, right? | | |

| | | | |
|---|---|---|---|
| **480:20 - 481:5   Kieper, Ronald 12-20-2019** | | | |
| 480 20      A.   We tested the closed end of the Combat | | | |
| 480 21      Arms in an earlier test, yes. | | | |
| 480 22      BY MR. BUCHANAN: | | | |
| 480 23      Q.   Right. | | | |
| 480 24      And that's the one that was going in | | | |
| 480 25      parallel with study 016, right? | | | |
| 481 1      A.   Yes. | | | |
| 481 2      Q.   Study 015? | | | |
| 481 3      A.   Yes. | | | |
| 481 4      Q.   Okay.  Study 015 is the one that in | | | |
| 481 5      January of 2000 you had an NRR of 11, right? | | | |
| **481:8 - 481:13   Kieper, Ronald 12-20-2019** | | | |
| 481 8      A.   Yes.  After eight subjects the NRR | | | |
| 481 9      computed to an 11. | | | |
| 481 10      BY MR. BUCHANAN: | | | |
| 481 11      Q.   Okay.  So that's actually the study that | | | |
| 481 12      was done as far as it was going to go in January | | | |
| 481 13      of 2000, right? | | | |
| **481:16 - 481:21   Kieper, Ronald 12-20-2019** | | | |
| 481 16      A.   That test was stopped, yes, in January. | | | |
| 481 17      BY MR. BUCHANAN: | | | |
| 481 18      Q.   So if we are looking at the January | | | |
| 481 19      of 2000 study for the Combat Arms in the closed | | | |
| 481 20      position, that would be study 213015, right? | | | |
| 481 21      A.   Yes. | | | |
| **482:5 - 482:11   Kieper, Ronald 12-20-2019** | Re: [482:8-482:15] | Re: [482:8-482:15] | |
| 482 5      It looks like you ran some other tests on | Def Objection - argumentative; | Def Objection - argumentative; | |
| 482 6      the closed end of the Combat Arms, right? | misstates (611, 403); | misstates (611, 403); | |
| 482 7      A.   Yes. | foundation (602); 3M MIL No. | foundation (602); 3M MIL | |
| 482 8      Q.   And that's what you were doing here is you | 18; relevance (401, 402) | No. 18; relevance (401, 402) | |
| 482 9      were collecting that data on the different versions | | **OVERRULED** | |
| 482 10      and presenting it in what was to be a comprehensive | | | |
| 482 11      report in the Combat Arms, right? | | | |
| **482:14 - 482:21   Kieper, Ronald 12-20-2019** | Re: [482:8-482:15] | Re: [482:8- | |

| | | |
|---|---|---|
| 482 14    A.   Yes, we -- we listed all of the testing<br>482 15    that was done on all four versions of the plug.<br>482 16    BY MR. BUCHANAN:<br>482 17    Q.   Okay.  The next time you tested the Combat<br>482 18    Arms in the closed position, it looks like it was<br>482 19    June 2005?<br>482 20    A.   Yes, that's true.<br>482 21    Q.   And what NRR did you get on that one, sir? | Def Objection - argumentative;<br>misstates (611, 403);<br>foundation (602); 3M MIL No.<br>18; relevance (401, 402)<br><br>Re: [482:17-482:25]<br>Def Objection - misstates;<br>vague; (611, 403); relevance<br>(401, 402) | 482:15]<br>Def Objection -<br>argumentative;<br>misstates (611,<br>403);<br>foundation<br>(602); 3M MIL<br>No. 18;<br>relevance (401,<br>402)<br>OVERRULED<br>Re: [482:17-<br>482:25]<br>Def Objection -<br>misstates;<br>vague; (611,<br>403); relevance<br>(401, 402)<br>OVERRULED |
| **482:24 - 483:9    Kieper, Ronald 12-20-2019**<br>482 24    A.   We tested -- I tested five subjects and<br>482 25    the NRR computed was 15.<br>483 1    BY MR. BUCHANAN:<br>483 2    Q.   What study number is that?<br>483 3    A.   215508.<br>483 4    Q.   And then the next time you tested the<br>483 5    closed end you got what, sir?<br>483 6    A.   Again, in June 2005 there was another test<br>483 7    with five subjects and the NRR from those five<br>483 8    subjects' data was 21.<br>483 9    Q.   But that wasn't right, right? | Re: [482:17-482:25]<br>Def Objection - misstates;<br>vague; (611, 403); relevance<br>(401, 402)<br>Re: [483:1-483:8]<br>Def Objection - vague;<br>argumentative (611, 403);<br>foundation (602); relevance<br>(401, 402)<br>Re: [483:9-483:12]<br>Def Objection - vague;<br>argumentative (611, 403);<br>foundation (602); relevance<br>(401, 402) | Re: [482:17-<br>482:25]<br>Def Objection -<br>misstates;<br>vague; (611,<br>403); relevance<br>(401, 402)<br>OVERRULED<br>Re: [483:1-<br>483:8]<br>Def Objection -<br>vague;<br>argumentative<br>(611, 403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>OVERRULED<br>Re: [483:9- |

| | | | |
|---|---|---|---|
| | | 483:12]<br>Def Objection -<br>vague;<br>argumentative<br>(611, 403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **483:12 - 483:14   Kieper, Ronald 12-20-2019**<br>483 12    A.   I'm sorry.  What do you mean?<br>483 13    BY MR. BUCHANAN:<br>483 14    Q.   The actual NRR was 15, right? | Re: [483:9-483:12]<br>Def Objection - vague;<br>argumentative (611, 403);<br>foundation (602); relevance<br>(401, 402)<br>Re: [483:14-483:18]<br>Def Objection - foundation<br>(602) | Re: [483:9-<br>483:12]<br>Def Objection -<br>vague;<br>argumentative<br>(611, 403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED**<br>Re: [483:14-<br>483:18]<br>Def Objection -<br>foundation<br>(602)<br>**OVERRULED** | |
| **483:16 - 483:23   Kieper, Ronald 12-20-2019**<br>483 16    BY THE WITNESS:<br>483 17    A.   On this sheet for the second June 2005<br>483 18    five-subject test, it says that the NRR was 21.<br>483 19    BY MR. BUCHANAN:<br>483 20    Q.   That is what it says, right?<br>483 21    A.   Yes, sir.<br>483 22    Q.   But that's not what the data showed,<br>483 23    right? | Re: [483:14-483:18]<br>Def Objection - foundation<br>(602)<br>Re: [483:22-484:2]<br>Def Objection - foundation<br>(602); argumentative (611, 403) | Re: [483:14-<br>483:18]<br>Def Objection -<br>foundation<br>(602)<br>**OVERRULED**<br>Re: [483:22-<br>484:2]<br>Def Objection -<br>foundation<br>(602);<br>argumentative | |

| | | | |
|---|---|---|---|
| | | (611, 403) **OVERRULED** | |
| **484:1 - 484:2   Kieper, Ronald 12-20-2019** | **Re: [483:22-484:2]** | **Re: [483:22-484:2]** | |
| 484 1    A.   I haven't seen the data recently, so I | Def Objection - foundation (602); argumentative (611, 403) | Def Objection - foundation (602); argumentative (611, 403) | |
| 484 2    don't know. | | **OVERRULED** | |
| **484:10 - 484:25   Kieper, Ronald 12-20-2019** | **Re: [484:10-484:25]** | **Re: [484:10-484:25]** | |
| 484 10    (WHEREUPON, a certain document was | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | |
| 484 11    marked Ron Kieper Deposition Exhibit | | **OVERRULED** | |
| 484 12    No. 44, for identification, as of | | | |
| 484 13    12/20/2019.) | | | |
| 484 14    BY MR. BUCHANAN: | | | |
| 484 15    Q.   I'm passing you, sir, what we're marking | | | |
| 484 16    as Exhibit 44 to your deposition. | | | |
| 484 17    Exhibit 44 is a memo from yourself to | | | |
| 484 18    Mr. Berger dated February 14, 2017.  The internal | | | |
| 484 19    numbering on it is P2069. | | | |
| 484 20    Do you see that, sir? | | | |
| 484 21    A.   Yes, I do. | | | |
| 484 22    Q.   It's a memo that says, from you to | | | |
| 484 23    Mr. Berger, "Re:  E-A-R 7-25 CAE Update." | | | |
| 484 24    Do you see that? | | | |
| 484 25    A.   Yes. | | | |
| **485:20 - 485:23   Kieper, Ronald 12-20-2019** | **Re: [485:20-486:20]** | **Re: [485:20-486:20]** | |
| 485 20    So the history of the Combat Arms has a | Def Objection - Relevance (401, 402) | Def Objection - Relevance (401, 402) | |
| 485 21    chart.  Do you see that?  That was on .42 that we were | | **OVERRULED** | |
| 485 22    on before. | | **Re: [486:19-486:23]** | |
| 485 23    A.   Yes. | | Def Objection - foundation (602); relevance (401, | |

| | | |
|---|---|---|
| | | 402); prejudicial (403) **OVERRULED** |
| **486:2 - 486:20   Kieper, Ronald 12-20-2019** | **Re: [485:20-486:20]** Def Objection - Relevance (401, 402) **Re: [486:19-486:23]** Def Objection - foundation (602); relevance (401, 402); prejudicial (403) | **Re: [485:20-486:20]** Def Objection - Relevance (401, 402) **OVERRULED** **Re: [486:19-486:23]** Def Objection - foundation (602); relevance (401, 402); prejudicial (403) **OVERRULED** |
| 486 2   Q.   And then on the exhibit I just passed you,  486 3   sir, this memo you did in 2017, I'd like you to go to  486 4   .9.  486 5   And .9 reflects from the test data from  486 6   study 215512.  486 7   Do you see that?  486 8   A.   Yes.  486 9   Q.   Okay.  And when you look at the data from  486 10   study 215512, which I think you told us was a  486 11   five-subject test, is that right, sir?  486 12   A.   Yes.  486 13   Q.   Okay.  The NRR that you get is 15.9,  486 14   right?  486 15   A.   Yes.  486 16   Q.   Okay.  So your chart reflected for that  486 17   particular study an NRR of what?  486 18   A.   The table shows 21.  486 19   Q.   Okay.  And the -- the five-subject data  486 20   for this particular study shows 15.9, right, sir? | | |
| **486:23 - 486:23   Kieper, Ronald 12-20-2019** | **Re: [486:19-486:23]** Def Objection - foundation (602); relevance (401, 402); prejudicial (403) | **Re: [486:19-486:23]** Def Objection - foundation (602); relevance (401, 402); prejudicial (403) **OVERRULED** |
| 486 23   A.   Yes, sir. | | |
| **487:13 - 488:9   Kieper, Ronald 12-20-2019** | **Re: [488:1-488:4]** Def Objection - foundation (602); relevance (401, 402); prejudicial (403) **Re: [488:5-488:13]** | **Re: [488:1-488:4]** Def Objection - foundation (602); |
| 487 13   Q.   Can you see it on the Elmo too, sir?  I'm  487 14   sorry.  On your screen?  487 15   A.   I can see the table, yes.  487 16   Q.   And that's the chart you were looking at | | |

| | | |
|---|---|---|
| 487 17   in the history of the Combat Arms, correct?<br>487 18   A.   Yes.<br>487 19   Q.   To satisfy yourself, at dot -- .42?  Yeah?<br>487 20   A.   Yes, sir.<br>487 21   Q.   Okay.  So this is your collection of test<br>487 22   data in the history of the Combat Arms.  I'm going to<br>487 23   highlight here, and just for our convenience, the<br>487 24   studies that you collected on the closed end, okay.<br>487 25   And here.<br>488 1   So we know from the document we just<br>488 2   looked at on study 215512, that five-subject test, the<br>488 3   NRR from the study itself was, what was it, 15.9?<br>488 4   A.   Yes.<br>488 5   Q.   Okay.  All right.<br>488 6   We know the study 215508 -- actually,<br>488 7   there is full data in there as well, right, we can see<br>488 8   that?  That was 14.8.  So you are closer on that one,<br>488 9   right? | Def Objection - foundation (602) | relevance (401, 402);<br>prejudicial (403)<br>**OVERRULED**<br>Re: [488:5-488:13]<br>Def Objection - foundation (602)<br>**OVERRULED** |
| **488:13 - 489:7   Kieper, Ronald 12-20-2019**<br>488 13   A.   It is 14.8, yes.<br>488 14   BY MR. BUCHANAN:<br>488 15   Q.   Okay.  We spent a lot of time talking<br>488 16   about study 213017, right, the one that carried the<br>488 17   22?<br>488 18   A.   Yes.<br>488 19   Q.   Okay.  And it looks like you got another<br>488 20   study with only three folks that came in at a 14,<br>488 21   right?<br>488 22   A.   Yes, sir.<br>488 23   Q.   Okay.  And I guess if we are going to be<br>488 24   complete, if you are listing three-person studies and<br>488 25   five-person studies, there is -- there is also an<br>489 1   eight-person study, right?<br>489 2   A.   The 015 test was stopped after eight<br>489 3   subjects, yes.<br>489 4   Q.   Okay.  So why don't we slip that one in | Re: [488:5-488:13]<br>Def Objection - foundation (602)<br><br>Re: [488:13-488:22]<br>Def Objection - relevance (401, 402)<br><br>Re: [488:23-489:3]<br>Def Objection - relevance (401, 402); cumulative (403)<br><br>Re: [489:4-489:10]<br>Def Objection - compound; vague (611, 403) | Re: [488:5-488:13]<br>Def Objection - foundation (602)<br>**OVERRULED**<br>Re: [488:13-488:22]<br>Def Objection - relevance (401, 402)<br>**OVERRULED**<br>Re: [488:23-489:3]<br>Def Objection - relevance (401, 402); cumulative (403) |

| | | |
|---|---|---|
| 489 5   here because that was January of 2000 -- that's<br>489 6   actually the one that did happen in January of 2000,<br>489 7   right? | | **OVERRULED**<br>**Re: [489:4-**<br>**489:10]**<br>Def Objection -<br>compound;<br>vague (611,<br>403)<br>**OVERRULED**<br>**Re: [489:10-**<br>**489:16]**<br>Def Objection -<br>cumulative<br>(403)<br>**OVERRULED** |
| **489:10 - 489:13   Kieper, Ronald 12-20-2019**<br>489 10     A.   That's when the test was stopped, yes.<br>489 11     BY MR. BUCHANAN:<br>489 12     Q.   Yeah.  So if we put 213015, you had an NRR<br>489 13     of 11, right? | **Re: [489:4-489:10]**<br>Def Objection - compound;<br>vague (611, 403)<br>**Re: [489:10-489:16]**<br>Def Objection - cumulative<br>(403)<br>**Re: [489:12-489:16]**<br>Def Objection - misstates (611,<br>403)<br>**Re: [489:12-490:10]**<br>Def Objection - cumulative<br>(403) | **Re: [489:4-**<br>**489:10]**<br>Def Objection -<br>compound;<br>vague (611,<br>403)<br>**OVERRULED**<br>**Re: [489:10-**<br>**489:16]**<br>Def Objection -<br>cumulative<br>(403)<br>**OVERRULED**<br>**Re: [489:12-**<br>**489:16]**<br>Def Objection -<br>misstates (611,<br>403)<br>**OVERRULED**<br>**Re: [489:12-**<br>**490:10]**<br>Def Objection -<br>cumulative<br>(403)<br>**OVERRULED** |

| | | | |
|---|---|---|---|
| | | **Re: [489:18-490:20]** Def Objection - relevance (401, 402); cumulative (403) **OVERRULED** **Re: [490:6-490:10]** Def Objection - misstates; vague (611, 403); foundation (602) **OVERRULED** | |
| **489:16 - 489:23   Kieper, Ronald 12-20-2019** 489 16   A.   Yes, an eight-subject NRR of 11, yes. 489 17   BY MR. BUCHANAN: 489 18   Q.   Right. 489 19   And you had eight subjects in one that one, 489 20   right? 489 21   A.   Correct. 489 22   Q.   Is that right? 489 23   A.   That's correct. | **Re: [489:10-489:16]** Def Objection - cumulative (403) **Re: [489:12-489:16]** Def Objection - misstates (611, 403) **Re: [489:12-490:10]** Def Objection - cumulative (403) **Re: [489:18-490:20]** Def Objection - relevance (401, 402); cumulative (403) | **Re: [489:4-489:10]** Def Objection - compound; vague (611, 403) **OVERRULED** **Re: [489:10-489:16]** Def Objection - cumulative (403) **OVERRULED** **Re: [489:12-489:16]** Def Objection - misstates (611, 403) **OVERRULED** **Re: [489:12-490:10]** Def Objection - | |

| | | |
|---|---|---|
| | | cumulative (403) **OVERRULED** **Re: [489:18-490:20]** Def Objection - relevance (401, 402); cumulative (403) **OVERRULED** |
| **489:24 - 490:7   Kieper, Ronald 12-20-2019**<br>489 24    Q.   Okay.  So if we look at this data -- and<br>489 25     you do report studies for -- that only had three<br>490 1    people in them, right, on the closed end?<br>490 2    A.   Yes.<br>490 3    Q.   And you report two studies that only have<br>490 4    five people in them for the closed end, right?<br>490 5    A.   Yes.<br>490 6    Q.   You didn't report the data for 215 --<br>490 7    213015 that had eight subjects in it, right? | **Re: [489:12-490:10]**<br>Def Objection - cumulative (403)<br>**Re: [489:18-490:20]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**Re: [490:6-490:10]**<br>Def Objection - misstates; vague (611, 403); foundation (602) | **Re: [489:10-489:16]**<br>Def Objection - cumulative (403)<br>**OVERRULED**<br>**Re: [489:12-489:16]**<br>Def Objection - misstates (611, 403)<br>**OVERRULED**<br>**Re: [489:12-490:10]**<br>Def Objection - cumulative (403)<br>**OVERRULED**<br>**Re: [489:18-490:20]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**OVERRULED**<br>**Re: [490:6-** |

| | | | |
|---|---|---|---|
| | | **490:10]**<br>Def Objection - misstates; vague (611, 403); foundation (602)<br>**OVERRULED** | |
| **490:10 - 490:13   Kieper, Ronald 12-20-2019**<br>490 10     A.   That's right.<br>490 11     BY MR. BUCHANAN:<br>490 12     Q.   Okay.  And please tell the jury, sir, what<br>490 13     NRR this product carried for its entire marketed<br>life? | **Re: [489:12-490:10]**<br>Def Objection - cumulative (403)<br>**Re: [489:18-490:20]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**Re: [490:6-490:10]**<br>Def Objection - misstates; vague (611, 403); foundation (602)<br>**Re: [490:12-490:16]**<br>Def Objection - foundation (602) | **Re: [489:10-489:16]**<br>Def Objection - cumulative (403)<br>**OVERRULED**<br>**Re: [489:12-489:16]**<br>Def Objection - misstates (611, 403)<br>**OVERRULED**<br>**Re: [489:12-490:10]**<br>Def Objection - cumulative (403)<br>**OVERRULED**<br>**Re: [489:18-490:20]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**OVERRULED**<br>**Re: [490:6-490:10]**<br>Def Objection - misstates; | |

| | | vague (611, 403); foundation (602) **OVERRULED Re: [490:12-490:16]** Def Objection - foundation (602) **OVERRULED** | | |
|---|---|---|---|---|
| **490:15 - 490:21   Kieper, Ronald 12-20-2019**<br>490 15   BY THE WITNESS:<br>490 16   A.   I believe the NRR was a 22.<br>490 17   BY MR. BUCHANAN:<br>490 18   Q.   And so you had one study that reported a<br>490 19   22, right?<br>490 20   A.   Yes.<br>490 21   Q.   You had one that reported a 14.8, right? | Re: [489:18-490:20]<br>Def Objection - relevance (401, 402); cumulative (403)<br>Re: [490:12-490:16]<br>Def Objection - foundation (602)<br>Re: [490:21-490:24]<br>Def Objection - misstates; asked (611, 403) | **Re: [489:12-490:10]** Def Objection - cumulative (403) **OVERRULED Re: [489:18-490:20]** Def Objection - relevance (401, 402); cumulative (403) **OVERRULED Re: [490:6-490:10]** Def Objection - misstates; vague (611, 403); foundation (602) **OVERRULED Re: [490:12-490:16]** Def Objection - foundation (602) | | |

| | | | |
|---|---|---|---|
| | | **OVERRULED** Re: **[490:21-490:24]** Def Objection - misstates; asked (611, 403) **OVERRULED** | |
| **490:24 - 491:2   Kieper, Ronald 12-20-2019** 490 24    A.   Yes, a five-subject study. 490 25     BY MR. BUCHANAN: 491 1    Q.   You had one that reported a 15.9. 491 2     Do you see that, sir? | Re: **[490:21-490:24]** Def Objection - misstates; asked (611, 403) Re: **[491:1-491:5]** Def Objection - misstates; asked (611, 403); cumulative (403); relevance (401, 402) | Re: **[490:21-490:24]** Def Objection - misstates; asked (611, 403) **OVERRULED** Re: **[491:1-491:5]** Def Objection - misstates; asked (611, 403); cumulative (403); relevance (401, 402) **OVERRULED** | |
| **491:4 - 491:7   Kieper, Ronald 12-20-2019** 491 4     BY THE WITNESS: 491 5    A.   Yes, I do. 491 6     BY MR. BUCHANAN: 491 7    Q.   You had one that reported a 14, right? | Re: **[491:1-491:5]** Def Objection - misstates; asked (611, 403); cumulative (403); relevance (401, 402) Re: **[491:7-491:10]** Def Objection - asked; misstates (611, 403) Re: **[491:7-491:10]** Def Objection - relevance (401, 402); cumulative (403) | Re: **[491:1-491:5]** Def Objection - misstates; asked (611, 403); cumulative (403); relevance (401, 402) **OVERRULED** Re: **[491:7-491:10]** | |

| | | |
|---|---|---|
| | | Def Objection - asked; misstates (611, 403) **OVERRULED Re: [491:7-491:10]** Def Objection - relevance (401, 402); cumulative (403) **OVERRULED** |
| **491:9 - 491:12   Kieper, Ronald 12-20-2019**<br>491 9    BY THE WITNESS:<br>491 10    A.   Yes, sir.<br>491 11    BY MR. BUCHANAN:<br>491 12    Q.   You had one that reported an 11? | **Re: [491:7-491:10]**<br>Def Objection - asked; misstates (611, 403)<br>**Re: [491:7-491:10]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**Re: [491:12-491:16]**<br>Def Objection - asked; misstates (611, 403) | **Re: [491:7-491:10]**<br>Def Objection - asked; misstates (611, 403)<br>**OVERRULED Re: [491:7-491:10]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**OVERRULED Re: [491:12-491:16]**<br>Def Objection - asked; misstates (611, 403)<br>**OVERRULED** |
| **491:14 - 491:18   Kieper, Ronald 12-20-2019**<br>491 14    BY MR. BUCHANAN:<br>491 15    Q.   Right?<br>491 16    A.   An eight-subject study, yes. | **Re: [491:12-491:16]**<br>Def Objection - asked; misstates (611, 403)<br>**Re: [491:17-491:21]** | **Re: [491:12-491:16]**<br>Def Objection - asked; |

| | | | |
|---|---|---|---|
| 491 17   Q.   The one you all stopped before it could be<br>491 18   completed, right? | Def Objection - cumulative<br>(403); misstates; argumentative;<br>vague; asked (611, 403) | misstates (611,<br>403)<br>**OVERRULED**<br>**Re: [491:17-**<br>**491:21]**<br>Def Objection -<br>cumulative<br>(403);<br>misstates;<br>argumentative;<br>vague; asked<br>(611, 403)<br>**OVERRULED** | |
| **491:21 - 492:1   Kieper, Ronald 12-20-2019**<br>491 21   A.   Yes, that plug -- that test was stopped.<br>491 22   BY MR. BUCHANAN:<br>491 23   Q.   And yet, as I understand your testimony,<br>491 24   sir, this product carried an NRR of 22 until it was<br>491 25   determined that the product could not be marketed<br>with<br>492 1   that NR -- NRR any longer, correct, sir? | **Re: [491:17-491:21]**<br>Def Objection - cumulative<br>(403); misstates; argumentative;<br>vague; asked (611, 403)<br>**Re: [491:23-492:4]**<br>Def Objection - foundation<br>(602); misstates; asked;<br>argumentative (611, 403) | **Re: [491:17-**<br>**491:21]**<br>Def Objection -<br>cumulative<br>(403);<br>misstates;<br>argumentative;<br>vague; asked<br>(611, 403)<br>**OVERRULED**<br>**Re: [491:23-**<br>**492:4]**<br>Def Objection -<br>foundation<br>(602);<br>misstates;<br>asked;<br>argumentative<br>(611, 403)<br>**OVERRULED** | |
| **492:3 - 492:12   Kieper, Ronald 12-20-2019**<br>492 3   BY THE WITNESS:<br>492 4   A.   I'm not aware of that.<br>492 5   BY MR. BUCHANAN:<br>492 6   Q.   You saw those documents yesterday, right?<br>492 7   A.   I saw a number of documents, yes. | **Re: [491:23-492:4]**<br>Def Objection - foundation<br>(602); misstates; asked;<br>argumentative (611, 403)<br>**Re: [492:9-492:15]**<br>Def Objection - foundation | **Re: [491:23-**<br>**492:4]**<br>Def Objection -<br>foundation<br>(602);<br>misstates; | |

| | | |
|---|---|---|
| 492 8   Q.   Right.<br>492 9   Do you recall the documents, sir, where<br>492 10   Mr. Myers, the person who was -- to whom Mr. Berger<br>492 11   was reporting in 2000, saying that the product could<br>492 12   no longer be marketed with that NRR of 22? | (602); misstates (611, 403) | asked;<br>argumentative<br>(611, 403)<br>**OVERRULED**<br>**Re: [492:9-492:15]**<br>Def Objection -<br>foundation<br>(602); misstates<br>(611, 403)<br>**OVERRULED** |
| **492:15 - 492:15   Kieper, Ronald 12-20-2019**<br>492 15   A.   I do recall that. | **Re: [492:9-492:15]**<br>Def Objection - foundation<br>(602); misstates (611, 403) | **Re: [492:9-492:15]**<br>Def Objection -<br>foundation<br>(602); misstates<br>(611, 403)<br>**OVERRULED** |
| **492:17 - 492:19   Kieper, Ronald 12-20-2019**<br>492 17   Q.   As we saw from that DOJ interaction in the<br>492 18   early '90s, sir, overstating NRRs can be a pretty big<br>492 19   deal, right? | | |
| **492:22 - 492:22   Kieper, Ronald 12-20-2019**<br>492 22   A.   Yes. | | |
| **533:1 - 533:2   Kieper, Ronald 12-20-2019**<br>533 1   Sir, this is Table 1 in the history of the<br>533 2   Combat Arms. | | |
| **533:5 - 533:13   Kieper, Ronald 12-20-2019**<br>533 5   Q.   It is Exhibit 26 to your deposition, sir?<br>533 6   It lists a bunch of studies that were<br>533 7   done. I think we can agree that it didn't include the<br>533 8   eight-person testing you did in 213015, correct?<br>533 9   A.   That -- that -- those results were not<br>533 10   included in this table, yes.<br>533 11   Q.   Okay. It doesn't include some other<br>533 12   testing you did on the Version 2 of the Combat Arms,<br>533 13   right? | **Re: [533:5-533:10]**<br>Def Objection - relevance (401,<br>403); prejudice (403)<br>**Re: [533:11-533:16]**<br>Def Objection - foundation<br>(602); prejudice (403) | **Re: [533:5-533:10]**<br>Def Objection -<br>relevance (401,<br>403); prejudice<br>(403)<br>**OVERRULED**<br>**Re: [533:11-533:16]**<br>Def Objection -<br>foundation<br>(602); |

| | | prejudice (403) **OVERRULED** | | |
|---|---|---|---|---|
| **533:16 - 533:24   Kieper, Ronald 12-20-2019** | **Re: [533:11-533:16]** Def Objection - foundation (602); prejudice (403) **Re: [533:18-533:24]** Def Objection - 3M MIL No. 22; relevance (401, 402) | Re: [533:11-533:16] Def Objection - foundation (602); prejudice (403) **OVERRULED** Re: [533:18-533:24] Def Objection - 3M MIL No. 22; relevance (401, 402) **OVERRULED** | | |
| 533 16    A.   I'm not sure. 533 17    BY MR. BUCHANAN: 533 18    Q.   And what about your Method B testing? 533 19    A.   Okay.  I'm -- I don't -- no, the -- these 533 20    were only best 3.19 tests.  I believe that states that 533 21    down at the bottom. 533 22    Q.   Because you all had done some Method B 533 23    testing on the Combat Arms, right? 533 24    A.   I believe we did. | | | | |
| **534:7 - 534:25   Kieper, Ronald 12-20-2019** | **Re: [534:7-534:25]** Def Objection - relvance (401, 402); 3M MIL No. 22 | Re: [534:7-534:25] Def Objection - relvance (401, 402); 3M MIL No. 22 **OVERRULED** | | |
| 534 7    Q.   Please tell the jury the difference 534 8    between an ANSI '74 study and a so-called Method B 534 9    study? 534 10    A.   A Method B study is described in the ANSI 534 11    Standard 12.6-1997 and it uses inexperienced test 534 12    subjects and the subjects -- 534 13    Q.   Sorry.  Before you continue, did you say 534 14    inexperienced or an experienced? 534 15    A.   Inexperienced. 534 16    Q.   Thank you.  Sorry. 534 17    A.   People with very little, if any, 534 18    experience wearing hearing protection, and that's 534 19    specified in the standard.  And the test subjects are 534 20    given the instructions that come with the plug and 534 21    they fit the plug in the test chamber without the 534 22    experimenter, myself, being in the room.  And then the 534 23    test is conducted at seven frequencies, which is 534 24    different than the '74 standard requires of the nine 534 25    frequencies. | | | | |
| **535:9 - 535:11   Kieper, Ronald 12-20-2019** | **Re: [535:9-535:14]** | Re: [535:9- | | |

| | | |
|---|---|---|
| 535 9    Q.   Designed to take a lot of the tricks that<br>535 10   Mr. Berger told you to use out of the testing process,<br>535 11   right? | Def Objection - 3M MIL No.<br>22; argumentative; misstates<br>(611, 403); 702 | 535:14]<br>Def Objection -<br>3M MIL No.<br>22;<br>argumentative;<br>misstates (611,<br>403); 702<br>**SUSTAINED** |
| **535:14 - 535:14   Kieper, Ronald 12-20-2019**<br>535 14    A.   I don't agree with the terminology. | **Re: [535:9-535:14]**<br>Def Objection - 3M MIL No.<br>22; argumentative; misstates<br>(611, 403); 702 | **Re: [535:9-535:14]**<br>Def Objection -<br>3M MIL No.<br>22;<br>argumentative;<br>misstates (611,<br>403); 702<br>**SUSTAINED** |
| **535:16 - 535:18   Kieper, Ronald 12-20-2019**<br>535 16    Q.   Okay.  Well, we could agree that you<br>535 17   weren't allowed to only test the A students with<br>535 18   Method B testing, right? | **Re: [535:16-535:22]**<br>Def Objection - 3M MIL No.<br>22; 3M MIL No. 23;<br>argumentative; asked; misstates<br>(611, 403) | **Re: [535:16-535:22]**<br>Def Objection -<br>3M MIL No.<br>22; 3M MIL<br>No. 23;<br>argumentative;<br>asked;<br>misstates (611,<br>403)<br>**OVERRULED** |
| **535:20 - 536:4   Kieper, Ronald 12-20-2019**<br>535 20   BY THE WITNESS:<br>535 21    A.   The test subjects were inexperienced test<br>535 22   subjects.<br>535 23   BY MR. BUCHANAN:<br>535 24    Q.   Right.<br>535 25   Not people that you had gone through and<br>536 1   sifted to see how well they had tested in other<br>536 2   products and prior tests and determined that they were<br>536 3   excellent candidates to get the highest NRRs, that's | **Re: [535:16-535:22]**<br>Def Objection - 3M MIL No.<br>22; 3M MIL No. 23;<br>argumentative; asked; misstates<br>(611, 403)<br>**Re: [535:25-536:10]**<br>Def Objection - argumentative;<br>misstates (611, 403); 3M MIL<br>No. 22; 3M MIL No. 23 | **Re: [535:16-535:22]**<br>Def Objection -<br>3M MIL No.<br>22; 3M MIL<br>No. 23;<br>argumentative;<br>asked;<br>misstates (611,<br>403)<br>**OVERRULED** |

| | | | |
|---|---|---|---|
| 536 4 | not how you do Method B testing, right? | | Re: [535:25-536:10] Def Objection - argumentative; misstates (611, 403); 3M MIL No. 22; 3M MIL No. 23 OVERRULED |
| **536:6 - 536:20   Kieper, Ronald 12-20-2019** | | **Re: [535:25-536:10]** Def Objection - argumentative; misstates (611, 403); 3M MIL No. 22; 3M MIL No. 23 **Re: [536:16-536:24]** Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); 702 | **Re: [535:25-536:10]** Def Objection - argumentative; misstates (611, 403); 3M MIL No. 22; 3M MIL No. 23 OVERRULED **Re: [536:16-536:24]** Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); 702 OVERRULED |
| 536 6 | BY THE WITNESS: | | |
| 536 7 | A.   Method B testing is done with | | |
| 536 8 | inexperienced subjects and no instructions from the | | |
| 536 9 | experimenter other than the fitting instructions that | | |
| 536 10 | come with the plug. | | |
| 536 11 | BY MR. BUCHANAN: | | |
| 536 12 | Q.   Right. | | |
| 536 13 | And, in fact, you are not even allowed to | | |
| 536 14 | touch the test subject or insert the plugs, right? | | |
| 536 15 | A.   That's correct. | | |
| 536 16 | Q.   So the experimenter doesn't get to fiddle | | |
| 536 17 around | and put them in or out or, you know, inspect | | |
| 536 18 | and make sure they are all deep up in there the way | | |
| 536 19 them at | you go with the ANSI '74 test, the way you did | | |
| 536 20 | least, sir, right? | | |
| **536:22 - 536:25   Kieper, Ronald 12-20-2019** | | **Re: [536:16-536:24]** Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); 702 | **Re: [536:16-536:24]** Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); 702 OVERRULED |
| 536 22 | BY THE WITNESS: | | |
| 536 23 | A.   It is subject fit, not the -- not | | |
| 536 24 | Experimenter-Fit. | | |
| 536 25 | BY MR. BUCHANAN: | | |
| **537:1 - 537:3   Kieper, Ronald 12-20-2019** | | | |
| 537 1 | Q.   Okay.  And you are not allowed to go | | |
| 537 2 | through and scrub data out, some kind of outlier | | |

| | | | |
|---|---|---|---|
| test,<br>537 3        right? | | | |
| **537:6 - 537:11   Kieper, Ronald 12-20-2019**<br>537 6        A.   We didn't use outlier tests in Method B<br>537 7        testing, no.<br>537 8        BY MR. BUCHANAN:<br>537 9        Q.   Designed to close up all of these little<br>537 10       loopholes you all were using in your non-Method B<br>537 11       tests, right? | | | |
| **537:14 - 537:14   Kieper, Ronald 12-20-2019**<br>537 14       A.   I don't think that's accurate. | | | |
| **537:16 - 537:17   Kieper, Ronald 12-20-2019**<br>537 16       Q.   Well, we know what the outcome is of<br>537 17       Method B testing, right? | **Re: [537:16-538:2]**<br>Def Objection - 3M MIL No.<br>22; argumentative; misstates<br>(611, 403); relevance (401, 402) | **Re: [537:16-538:2]**<br>Def Objection -<br>3M MIL No.<br>22;<br>argumentative;<br>misstates (611, 403); relevance (401, 402)<br>**OVERRULED** | |
| **537:19 - 537:20   Kieper, Ronald 12-20-2019**<br>537 19       BY MR. BUCHANAN:<br>537 20       Q.   More real-world results, right? | **Re: [537:16-538:2]**<br>Def Objection - 3M MIL No.<br>22; argumentative; misstates<br>(611, 403); relevance (401, 402) | **Re: [537:16-538:2]**<br>Def Objection -<br>3M MIL No.<br>22;<br>argumentative;<br>misstates (611, 403); relevance (401, 402)<br>**OVERRULED** | |
| **537:23 - 538:5   Kieper, Ronald 12-20-2019**<br>537 23       A.   My understanding of the standard is the --<br>537 24       by following the Method B protocol, the results would<br>537 25       be -- reflect the amount of protection that a<br>538 1        person -- an inexperienced person would obtain with a | **Re: [537:16-538:2]**<br>Def Objection - 3M MIL No.<br>22; argumentative; misstates<br>(611, 403); relevance (401, 402)<br>**Re: [538:4-538:8]**<br>Def Objection - foundation | **Re: [537:16-538:2]**<br>Def Objection -<br>3M MIL No.<br>22;<br>argumentative;<br>misstates (611, | |

| | | |
|---|---|---|
| 538 2    given hearing protector.<br>538 3    BY MR. BUCHANAN:<br>538 4    Q.   Did you know, sir, that the Army required<br>538 5    Method -- Method B testing? | (602); misstates (611, 403); 3M MIL No. 22 | 403); relevance (401, 402)<br>**OVERRULED Re: [538:4-538:8]**<br>Def Objection - foundation (602); misstates (611, 403); 3M MIL No. 22<br>**SUSTAINED** |
| **538:7 - 538:8   Kieper, Ronald 12-20-2019**<br>538 7    BY THE WITNESS:<br>538 8    A.   No. | **Re: [538:4-538:8]**<br>Def Objection - foundation (602); misstates (611, 403); 3M MIL No. 22 | **Re: [538:4-538:8]**<br>Def Objection - foundation (602); misstates (611, 403); 3M MIL No. 22<br>**SUSTAINED** |
| **538:21 - 539:19   Kieper, Ronald 12-20-2019**<br>538 21    Sir, Exhibit 51 is a -- I guess a document<br>538 22    from the Department of the Army Medical Services. It<br>538 23    says: "Hearing Conservation Program."<br>538 24    Do you see that, on .2?<br>538 25    A.   Yes.<br>539 1    Q.   Okay.  Medical Services, Hearing<br>539 2    Conservation Program, Headquarters, Department of the<br>539 3    Army, Washington, D.C., right?<br>539 4    A.   Yes.<br>539 5    Q.   If we go to .3, sir, the next page, it is<br>539 6    five bullets up from the bottom with its summary of<br>539 7    changes, and it says:  "This revision" what, sir, what<br>539 8    does it say, the fifth bullet from the bottom?<br>539 9    A.    The fifth bullet from the bottom.<br>539 10    "Mandates the use of hearing protection<br>539 11    attenuation data based on Method B (subject fit) of | | |

| | | |
|---|---|---|
| 539 12   American National Standards Institute Standard<br>539 13   S12.6-1997 (Paragraph 6-2)."<br>539 14   Q.   All right.  So we are in 1998, sir, and<br>539 15   that ANSI standard came out in 1997, is that right?<br>539 16   A.   Yes, the first version did.<br>539 17   Q.   So in the first year out, the Army is<br>539 18   requiring or mandating the use of the Method B<br>subject<br>539 19   fit standard for its attenuation data, isn't it? | | |
| **539:22 - 539:23   Kieper, Ronald 12-20-2019**<br>539 22   Q.   As you read this?<br>539 23   A.   That's what it says in this document, yes. | | |
| **540:21 - 540:23   Kieper, Ronald 12-20-2019**<br>540 21   BY MR. BUCHANAN:<br>540 22   Q.   All right.  Please look at Exhibit 52<br>540 23   which we just passed over to you, sir. | | |
| **541:1 - 541:7   Kieper, Ronald 12-20-2019**<br>541 1   Q.   It is an article by Mr. Berger, and what's<br>541 2   the title?<br>541 3   A.   Occupational Hearing Conservation.  "So,<br>541 4   How Do You Want Your NRRs:  Realistic or<br>541 5   Sunny-Side-Up?"<br>541 6   Q.   Okay.  Realistic, we could agree that's a<br>541 7   good thing for an NRR, right -- | **Re: [541:6-541:13]**<br>Def Objection - foundation<br>(602); vague; argumentative<br>(611, 403) | **Re: [541:6-541:13]**<br>Def Objection -<br>foundation<br>(602); vague;<br>argumentative<br>(611, 403)<br>**OVERRULED** |
| **541:9 - 541:10   Kieper, Ronald 12-20-2019**<br>541 9   BY MR. BUCHANAN:<br>541 10   Q.   -- for it to be realistic? | **Re: [541:6-541:13]**<br>Def Objection - foundation<br>(602); vague; argumentative<br>(611, 403) | **Re: [541:6-541:13]**<br>Def Objection -<br>foundation<br>(602); vague;<br>argumentative<br>(611, 403)<br>**OVERRULED** |
| **541:12 - 541:13   Kieper, Ronald 12-20-2019**<br>541 12   BY THE WITNESS:<br>541 13   A.   Yes. | **Re: [541:6-541:13]**<br>Def Objection - foundation<br>(602); vague; argumentative<br>(611, 403) | **Re: [541:6-541:13]**<br>Def Objection -<br>foundation<br>(602); vague;<br>argumentative<br>(611, 403) |

| | | OVERRULED | |
|---|---|---|---|
| **542:5 - 542:15   Kieper, Ronald 12-20-2019** | **Re: [542:14-542:18]** | **Re: [542:14-542:18]** | |
| 542 5    Let's talk here about -- actually, let's | Def Objection - relevance (401, 402); 3M MIL No. 22 | Def Objection - relevance (401, 402); 3M MIL No. 22 | |
| 542 6    go to .4.  There is a discussion -- this is an article | | **OVERRULED** | |
| 542 7    by Mr. Berger, right? | | | |
| 542 8    A.   Yes, that's correct. | | | |
| 542 9    Q.   In the Discussion section here, it's about | | | |
| 542 10    halfway down, it's talking about NRR(SF). | | | |
| 542 11    When we see NRR(SF), sir, is that the way | | | |
| 542 12    you denote an NRR determined for subject fit? | | | |
| 542 13    A.   That's correct. | | | |
| 542 14    Q.   So an NRR determined by virtue of that | | | |
| 542 15    ANSI 1997 standard, right? | | | |
| **542:18 - 543:1   Kieper, Ronald 12-20-2019** | **Re: [542:14-542:18]** | **Re: [542:14-542:18]** | |
| 542 18    A.   Yes, Method B test yields an NRR(SF). | Def Objection - relevance (401, 402); 3M MIL No. 22 | Def Objection - relevance (401, 402); 3M MIL No. 22 | |
| 542 19    BY MR. BUCHANAN: | **Re: [542:21-542:24]** | **OVERRULED** | |
| 542 20    Q.   Right. | Def Objection - 3M MIL No. 22; relevance (401, 402) | **Re: [542:21-542:24]** | |
| 542 21    And those N -- those Method B tests aren't | **Re: [542:25-543:4]** | Def Objection - 3M MIL No. 22; relevance (401, 402) | |
| 542 22    limited to ten people either, are they, on earplugs? | Def Objection - 3M MIL No. 22; misstates (611, 403) | **OVERRULED** | |
| 542 23    A.   My recollection is that they require 20 | | **Re: [542:25-543:4]** | |
| 542 24    people. | | Def Objection - 3M MIL No. 22; misstates (611, 403) | |
| 542 25    Q.   So you've got to test twice as many people | | **OVERRULED** | |
| 543 1    in a Method B test, right? | | | |
| **543:3 - 543:11   Kieper, Ronald 12-20-2019** | **Re: [542:25-543:4]** | **Re: [542:25-543:4]** | |
| 543 3    BY THE WITNESS: | Def Objection - 3M MIL No. 22; misstates (611, 403) | Def Objection - 3M MIL No. 22; misstates | |
| 543 4    A.   Yes. | **Re: [543:5-543:8]** | | |
| 543 5    BY MR. BUCHANAN: | Def Objection - 3M MIL No. | | |
| 543 6    Q.   The experimenter doesn't get to put the | | | |

| | | |
|---|---|---|
| 543 7    plugs in, right?<br>543 8    A.   Yes.<br>543 9    Q.   You don't get to dump data from the study<br>543 10    through some statistical test that you call an outlier<br>543 11    test, right? | 22; misstates (611, 403) | (611, 403)<br>**OVERRULED**<br>**Re: [543:5-**<br>**543:8]**<br>Def Objection -<br>3M MIL No.<br>22; misstates<br>(611, 403)<br>**OVERRULED** |

**543:14 - 543:18   Kieper, Ronald 12-20-2019**

| | | |
|---|---|---|
| 543 14    A.   There are no outlier tests performed on<br>543 15    S -- on subject fit data.<br>543 16    BY MR. BUCHANAN:<br>543 17    Q.   I'm sorry, sir.  Do you get to dump data<br>543 18    in a subject fit test through any technique? | | |

**543:21 - 543:25   Kieper, Ronald 12-20-2019**

| | | |
|---|---|---|
| 543 21    A.   The data are -- are kept in -- in the<br>543 22    report.<br>543 23    BY MR. BUCHANAN:<br>543 24    Q.   And they are all used in computing the<br>543 25    subject fit NRR, right? | | |

**544:3 - 544:21   Kieper, Ronald 12-20-2019**

| | | |
|---|---|---|
| 544 3    A.   All 20 people's data are used to compute<br>544 4    the NRR(SF).<br>544 5    BY MR. BUCHANAN:<br>544 6    Q.   Okay.  So in the middle of this paragraph,<br>544 7    it says, talking about this subject B or Method B --<br>544 8    withdrawn.<br>544 9    It begins:  "Regardless, Method B data and<br>544 10    to some extent NRR(SF) values are starting to<br>appear."<br>544 11    Did I read that correctly, sir?<br>544 12    A.   Yes.<br>544 13    Q.   "In addition to the unanimous support of<br>544 14    the professional community, the US military now<br>544 15    requires testing to the new Method B."<br>544 16    Did I read that correctly, sir?<br>544 17    A.   Yes.<br>544 18    Q.   And so you don't doubt, sir, that at this | **Re: [544:6-544:17]**<br>Def Objection - 3M MIL No.<br>22; relevance (401, 402)<br>**Re: [544:18-544:21]**<br>Def Objection - misstates (611,<br>403); foundation (602); 3M<br>MIL No. 22 | Re: [544:6-<br>544:17]<br>Def Objection -<br>3M MIL No.<br>22; relevance<br>(401, 402)<br>**OVERRULED**<br>Re: [544:18-<br>544:21]<br>Def Objection -<br>misstates (611,<br>403);<br>foundation<br>(602); 3M MIL<br>No. 22<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 544 19     point in time in 1999, September of 1999, Mr. Berger | | | | |
| 544 20     clearly knew that the military was requiring Method B | | | | |
| 544 21     testing, do you, sir? | | | | |
| **545:3 - 545:10   Kieper, Ronald 12-20-2019** | **Re: [545:3-545:4]** <br> Def Objection - misstates (611, 403); foundation (602); 3M MIL No. 22 | **Re: [545:3-545:4]** <br> Def Objection - misstates (611, 403); foundation (602); 3M MIL No. 22 <br> **OVERRULED** | |
| 545 3     A.   From what it says here, Elliott knew that | | | | |
| 545 4     Method B was required for US military. | | | | |
| 545 5     Q.   Right. | | | | |
| 545 6     And so I under -- as I understand it, sir, | | | | |
| 545 7     this was a product, this Combat Arms Version 2, that | | | | |
| 545 8     the company at least had some hope and plan of selling | | | | |
| 545 9     to the US military. | | | | |
| 545 10     Would that be fair? | | | | |
| **545:13 - 545:18   Kieper, Ronald 12-20-2019** | | | | |
| 545 13     A.   I was not involved in the marketing of it. | | | | |
| 545 14     BY MR. BUCHANAN: | | | | |
| 545 15     Q.   September '99, the date of this article, | | | | |
| 545 16     do you remember looking at documents with me | | | | |
| 545 17     yesterday, sir, from November of 1999 where Mr. Berger | | | | |
| 545 18     wrote:  "We have no REAT testing on the Combat Arms"? | | | | |
| **545:21 - 545:22   Kieper, Ronald 12-20-2019** | | | | |
| 545 21     A.   I remember -- could I see that document | | | | |
| 545 22     again? | | | | |
| **546:10 - 546:19   Kieper, Ronald 12-20-2019** | | | | |
| 546 10     Q.   What's that sentence say, sir, about | | | | |
| 546 11     whether the company had or did not have data on the | | | | |
| 546 12     actual version of the nonlinear earplug that we are | | | | |
| 546 13     now selling in the US? | | | | |
| 546 14     A.   Yes.  "We have no data on the actual | | | | |
| 546 15     version of the nonlinear earplug." | | | | |
| 546 16     Q.   And just for clarity, sir, in the subject | | | | |
| 546 17     line in that e-mail from Mr. Berger to Mr. Myers, what | | | | |

| | | | |
|---|---|---|---|
| 546 18       was the earplug that was being talked about?<br>546 19          A.   Combat Arms plug. | | | |
| **546:20 - 546:24    Kieper, Ronald 12-20-2019**<br>546 20          Q.   Okay.  So when Mr. Berger gave you that<br>546 21          call in December of 1999 after he had written this<br>546 22          article, talking about how the military requires<br>546 23          Method B testing, did he ask you to conduct<br>Method B<br>546 24          testing? | **Re: [546:20-547:2]**<br>Def Objection - argumentative;<br>misstates; asked (611, 403);<br>foundation (602); relevance<br>(401, 402) | Re: [546:20-<br>547:2]<br>Def Objection -<br>argumentative;<br>misstates;<br>asked (611,<br>403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **547:1 - 547:2    Kieper, Ronald 12-20-2019**<br>547 1          BY THE WITNESS:<br>547 2          A.   I don't recall. | **Re: [546:20-547:2]**<br>Def Objection - argumentative;<br>misstates; asked (611, 403);<br>foundation (602); relevance<br>(401, 402) | Re: [546:20-<br>547:2]<br>Def Objection -<br>argumentative;<br>misstates;<br>asked (611,<br>403);<br>foundation<br>(602);<br>relevance (401,<br>402)<br>**OVERRULED** | |
| **547:4 - 547:12    Kieper, Ronald 12-20-2019**<br>547 4          Q.   And there should be no mistake, sir, that<br>547 5          you know how to do Method B testing, right, you,<br>sir,<br>547 6          Mr. Kieper?<br>547 7          A.   Yes.<br>547 8          Q.   I mean, you had been doing Method B<br>547 9          testing since 1997, isn't that true?<br>547 10          A.   I did -- I don't remember when I started<br>547 11          doing Method B testing, but it was probably in the<br>547 12          1997 timeframe. | **Re: [547:4-547:12]**<br>Def Objection - 3M MIL No.<br>22; relevance (401, 402) | Re: [547:4-<br>547:12]<br>Def Objection -<br>3M MIL No.<br>22; relevance<br>(401, 402)<br>**OVERRULED** | |
| **547:24 - 548:11    Kieper, Ronald 12-20-2019**<br>547 24          (WHEREUPON, a certain document was | | | |

| | | | | |
|---|---|---|---|---|
| 547 25 | marked Ron Kieper Deposition Exhibit | | | |
| 548 1 | No. 53, for identification, as of | | | |
| 548 2 | 12/20/2019.) | | | |
| 548 3 | BY MR. BUCHANAN: | | | |
| 548 4 | Q.   Okay.  You have Exhibit 53 before you, is | | | |
| 548 5 | that right? | | | |
| 548 6 | A.   Yes, I do. | | | |
| 548 7 | MS. ELIZABETH:  Is it -- okay. | | | |
| 548 8 | BY MR. BUCHANAN: | | | |
| 548 9 | Q.   This is that memo between Mr. Berger and | | | |
| 548 10 | Mr. Myers, September 30, 1997, right? | | | |
| 548 11 | A.   Yes. | | | |
| **552:5 - 553:2** | **Kieper, Ronald 12-20-2019** | | | |
| 552 5 | We are talking about Method B testing, | | | |
| 552 6 | sir.  We see ANSI S12.6-1997 Method B testing. | | | |
| 552 7 | Do you see that? | | | |
| 552 8 | A.   Yes. | | | |
| 552 9 | Q.   It says you got a new report cover | | | |
| 552 10 | sheet -- excuse me, everybody. | | | |
| 552 11 | It says you have a new report cover sheet | | | |
| 552 12 | created for your Method B reports as of this point | | | |
| in | | | | |
| 552 13 | time in 1997, right? | | | |
| 552 14 | A.   That's what it says, yes. | | | |
| 552 15 | Q.   And then it talks about how you are going | | | |
| 552 16 | to start testing under this standard at the end of the | | | |
| 552 17 | month, right, or how you did start testing under | | | |
| this | | | | |
| 552 18 | method at the end of the month, right? | | | |
| 552 19 | A.   I don't see where it says that. | | | |
| 552 20 | Q.   Well, under the heading ANSI S12.6-1997 | | | |
| 552 21 | Method B Testing, it talks about creating the new | | | |
| 552 22 | cover sheet.  And at the end it says:  "Testing for | | | |
| 552 23 | the new list of devices started on the 29th." | | | |
| 552 24 | Did I read that correctly? | | | |
| 552 25 | A.   Oh, in the second paragraph. | | | |
| 553 1 | "Testing for the new list of devices | | | |
| 553 2 | started on the 29th." | | | |
| **553:3 - 553:8** | **Kieper, Ronald 12-20-2019** | | | |

| | | | | |
|---|---|---|---|---|
| 553 3     Q.  Okay.  And, in fact, you, sir, were<br>553 4     experienced doing Method B testing as of the time the<br>553 5     Combat Arms was tested, right?<br>553 6     A.  I was doing Method B tests at that time,<br>553 7     yes.<br>553 8     Q.  And my question was:  You were experienced | | | | |
| **553:15 - 553:17   Kieper, Ronald 12-20-2019** | | | | |
| 553 15     BY THE WITNESS:<br>553 16     A.  We started doing testing in -- apparently<br>553 17     in September of '97. | | | | |
| **553:19 - 553:21   Kieper, Ronald 12-20-2019** | | | | |
| 553 19     Q.  Sir, I'm looking now at Exhibit 27.  That<br>553 20     should be in your stack.  This is the performance<br>553 21     assessment addendum for you by Mr. Berger. | | | | |
| **554:9 - 554:12   Kieper, Ronald 12-20-2019** | | | | |
| 554 9     Q.  My question to you, sir, was:  Do you<br>554 10     remember there where you were getting praised for your<br>554 11     ability to get the high NRRs?  We looked at that<br>554 12     yesterday. | | | | |
| **554:15 - 555:8   Kieper, Ronald 12-20-2019** | | | | |
| 554 15     A.  Yes.<br>554 16     BY MR. BUCHANAN:<br>554 17     Q.  Okay.<br>554 18     A.  It says --<br>554 19     Q.  Up top it says "Major accomplishments."<br>554 20     It is highlighting your major accomplishments as of<br>554 21     11/30/2000.<br>554 22     That would be the end of the year 2000, I<br>554 23     guess, right?<br>554 24     A.  Yes.<br>554 25     Q.  It says under II A, little letter b:<br>555 1     "Independent conduct of nine Method B<br>555 2     tests with 19 others in process, seamlessly<br>555 3     integrating the prior work of Don Peyton on this same<br>555 4     product." | | | | |

| | | | |
|---|---|---|---|
| 555 5   Do you see that, sir?<br>555 6   A.   Yes.<br>555 7   Q.   Okay.  And it is praising you for your<br>555 8   ability to independently run Method B tests, right? | | | |
| **555:11 - 555:17   Kieper, Ronald 12-20-2019**<br>555 11   A.   Yes.<br>555 12   BY MR. BUCHANAN:<br>555 13   Q.   Major accomplishments that you did in that<br>555 14   last year, right?<br>555 15   A.   Yes.<br>555 16   Q.   It looks like you all were running a whole<br>555 17   lot of Method B tests, right? | | | |
| **555:20 - 555:21   Kieper, Ronald 12-20-2019**<br>555 20   A.   We did a number, yes, quite a few tests<br>555 21   under Method B. | | | |
| **556:1 - 556:4   Kieper, Ronald 12-20-2019**<br>556 1   Q.   Okay.  Is it fair to say if Mr. Berger<br>556 2   approached you and say, Hey, Mr. Kieper, I'd like you<br>556 3   to run a Method B test on the Combat Arms, you could<br>556 4   have done that, right? | **Re: [556:1-556:7]**<br>Def Objection - 3M MIL No.<br>22; argumentative (611, 403);<br>relevance (401, 402) | **Re: [556:1-556:7]**<br>Def Objection - 3M MIL No. 22; argumentative (611, 403); relevance (401, 402)<br>**OVERRULED** | |
| **556:6 - 556:12   Kieper, Ronald 12-20-2019**<br>556 6   BY THE WITNESS:<br>556 7   A.   I could have.<br>556 8   BY MR. BUCHANAN:<br>556 9   Q.   It certainly indicates from the fall<br>556 10   of 1999, sir, that the head of your lab understood<br>556 11   that Method B was required by the military.<br>556 12   Do you remember seeing that? | **Re: [556:1-556:7]**<br>Def Objection - 3M MIL No.<br>22; argumentative (611, 403);<br>relevance (401, 402)<br>**Re: [556:9-556:15]**<br>Def Objection - foundation<br>(602); argumentative (611, 403) | **Re: [556:1-556:7]**<br>Def Objection - 3M MIL No. 22; argumentative (611, 403); relevance (401, 402)<br>**OVERRULED**<br>**Re: [556:9-556:15]**<br>Def Objection - foundation | |

| | | (602); argumentative (611, 403) **OVERRULED** | | |
|---|---|---|---|---|
| **556:14 - 556:15   Kieper, Ronald 12-20-2019** | | Re: [556:9-556:15] Def Objection - foundation (602); argumentative (611, 403) | Re: [556:9-556:15] Def Objection - foundation (602); argumentative (611, 403) **OVERRULED** | |
| 556 14      BY THE WITNESS: 556 15      A.   Mr. Berger was aware of that. | | | | |
| **556:18 - 556:25   Kieper, Ronald 12-20-2019** | | | | |
| 556 18      And yet after that November 1999 e-mail 556 19      saying you've got no REAT tests, Mr. Berger didn't 556 20      call you up and say, Hey, we should do a Method B on 556 21      this, that's what the military needs, more reasonable, 556 22      more real world, we don't get to dump data on it, 556 23      better approximate real-world experience? 556 24      He never called you and had a conversation 556 25      like that, sir? | | | | |
| **557:3 - 557:4   Kieper, Ronald 12-20-2019** | | | | |
| 557 3      A.   I don't recall any conversation like that, 557 4      no. | | | | |
| **558:2 - 558:5   Kieper, Ronald 12-20-2019** | | | | |
| 558 2      Q.   If Mr. Berger had asked you in the fall 558 3      of 1999 to run a Method B, you would have run a Method 558 4      B, right? 558 5      A.   Yes. | | | | |
| **558:13 - 558:19   Kieper, Ronald 12-20-2019** | | | | |
| 558 13      Q.   I mean, your company could run Method B 558 14      tests when it wanted to run Method B tests, right? 558 15      A.   Our lab could conduct Method B tests when 558 16      we -- when Elliott designated that, yes. 558 17      Q.   We could see by .6 your lab had been 558 18      designated to run Method B tests on a whole bunch | | | | |

| of | | | |
|---|---|---|---|
| 558 19 | stuff, right? | | |
| **558:22 - 558:24   Kieper, Ronald 12-20-2019** | | | |
| 558 22 | A.   In this -- in my performance assessment | | |
| 558 23 | there were approximately 20 tests going on under | | |
| 558 24 | Method B. | | |
| **559:13 - 559:18   Kieper, Ronald 12-20-2019** | | | |
| 559 13 | Q.   Okay.  We spent some time talking about | | |
| 559 14 | this kind of nate -- late '90s window of time, the | | |
| 559 15 | evolution of Method B testing and your role and | | |
| 559 16 | involvement in Method B testing. | | |
| 559 17 | Do you recall our discussion on that? | | |
| 559 18 | A.   Yes. | | |
| **559:24 - 560:4   Kieper, Ronald 12-20-2019** | | **Re: [559:24-560:4]** | **Re: [559:24-560:4]** |
| 559 24 | Q.   Okay.  And so at some point in time | Def Objection - 3M MIL No. 22; cumulative (403); relevance (401, 402) | Def Objection - 3M MIL No. 22; cumulative (403); relevance (401, 402) |
| 559 25 | Mr. Berger came to you and said, Mr. Kieper, would you | | |
| 560 1 | run a Method B test on the Combat Arms, right? | | |
| 560 2 | A.   Yes, we did a Method B test. | | |
| 560 3 | Q.   And you did that, right? | | **OVERRULED** |
| 560 4 | A.   Yes. | | |
| **560:6 - 560:12   Kieper, Ronald 12-20-2019** | | | |
| 560 6 | (WHEREUPON, a certain document was | | |
| 560 7 | marked Ron Kieper Deposition Exhibit | | |
| 560 8 | No. 54, for identification, as of | | |
| 560 9 | 12/20/2019.) | | |
| 560 10 | BY MR. BUCHANAN: | | |
| 560 11 | Q.   I'm passing you sir, what we are marking | | |
| 560 12 | at P 105. | | |
| **560:16 - 560:18   Kieper, Ronald 12-20-2019** | | | |
| 560 16 | Q.   We have two number systems, sir.  I | | |
| 560 17 | apologize.  Exhibit 54 to your deposition internally | | |
| 560 18 | is P 105 for my tech. | | |
| **560:21 - 560:24   Kieper, Ronald 12-20-2019** | | **Re: [560:21-561:3]** | **Re: [560:21-561:3]** |
| 560 21 | Q.   Sir, is this the report of your Method B | Def Objection - 3M MIL No. 22; relevance (401, 402) | Def Objection - 3M MIL No. |
| 560 22 | test on the Combat Arms? | | |
| 560 23 | A.   This is a Method B test of the solid end | | |

| | | |
|---|---|---|
| 560 24    of the Combat Arms Earplug. | | 22; relevance (401, 402) **OVERRULED** |

| | | |
|---|---|---|
| **561:17 - 562:8   Kieper, Ronald 12-20-2019** | **Re: [561:17-562:12]** | **Re: [561:17-562:12]** |
| 561 17    Q.   And so what you were testing in this | Def Objection - 3M MIL No. 22; relevance (401, 402); foundation (602) | Def Objection - 3M MIL No. 22; relevance (401, 402); foundation (602) |
| 561 18    particular study -- was this study 21 -- study 213030, | **Re: [562:6-562:12]** | **OVERRULED** |
| 561 19    sir? | Def Objection - argumentative; misstates (611, 403); 3M MIL No. 22; relevance (401, 402) | **Re: [562:6-562:12]** |
| 561 20    A.   That's -- yes, that's the test ID of this | | Def Objection - argumentative; misstates (611, 403); 3M MIL No. 22; relevance (401, 402) |
| 561 21    report. | | **OVERRULED** |
| 561 22    Q.   It is off to the right under the NRR. | | |
| 561 23    Do you see that? | | |
| 561 24    A.   It is above the NRR. It's below the | | |
| 561 25    NRR(SF). | | |
| 562 1    Q.   Thank you for the clarification, sir. | | |
| 562 2    The NRR(SF) would be the NRR you got when | | |
| 562 3    you used the subject fit NRR calculation for Method B | | |
| 562 4    testing, right? | | |
| 562 5    A.   Yes. | | |
| 562 6    Q.   And please tell the jury what you found | | |
| 562 7    when you actually ran a test using Method B on the | | |
| 562 8    Combat Arms with the standard the military required? | | |

| | | |
|---|---|---|
| **562:11 - 562:18   Kieper, Ronald 12-20-2019** | **Re: [561:17-562:12]** | **Re: [561:17-562:12]** |
| 562 11    A.   The results of this test was an NRR(SF) of | Def Objection - 3M MIL No. 22; relevance (401, 402); foundation (602) | Def Objection - 3M MIL No. 22; relevance (401, 402); foundation (602) |
| 562 12    4.4. | **Re: [562:6-562:12]** | **OVERRULED** |
| 562 13    BY MR. BUCHANAN: | Def Objection - argumentative; misstates (611, 403); 3M MIL No. 22; relevance (401, 402) | **Re: [562:6-562:12]** |
| 562 14    Q.   Thank you, sir. | **Re: [562:15-562:21]** | Def Objection - argumentative; misstates (611, 403); 3M MIL |
| 562 15    And this is the same Method B framework | Def Objection - foundation (602); misstates; asked (611, 403); 3M MIL No. 22; relevance (401, 402) | |
| 562 16    that you understand, from looking at documents with me | | |
| 562 17    today, Mr. Berger recognized was required by the US | | |
| 562 18    military, right? | | |

| | | |
|---|---|---|
| | | No. 22; relevance (401, 402) **OVERRULED** Re: [562:15-562:21] Def Objection - foundation (602); misstates; asked (611, 403); 3M MIL No. 22; relevance (401, 402) **OVERRULED** |
| **562:21 - 562:21   Kieper, Ronald 12-20-2019** <br> 562 21     A.   This was a Method B test. | **Re: [562:15-562:21]** <br> Def Objection - foundation (602); misstates; asked (611, 403); 3M MIL No. 22; relevance (401, 402) | **Re: [562:15-562:21]** <br> Def Objection - foundation (602); misstates; asked (611, 403); 3M MIL No. 22; relevance (401, 402) **OVERRULED** |
| **562:23 - 562:25   Kieper, Ronald 12-20-2019** <br> 562 23     Q.   Okay.  And we looked at that document <br> 562 24     earlier today from 1998 where the military was <br> 562 25     mandating the use of Method B, right? | | |
| **563:3 - 563:3   Kieper, Ronald 12-20-2019** <br> 563 3     A.   Yes. | | |
| **563:9 - 563:13   Kieper, Ronald 12-20-2019** <br> 563 9     Q.   I believe your testimony, sir, was that <br> 563 10     you were not aware of that document before you came <br> 563 11     here today, is that correct? | | |

| 563 12 | A.  I believe that was the first time I had | | |
| 563 13 | seen that. | | |

| 563:14 - 563:22   Kieper, Ronald 12-20-2019 | Re: [563:18-563:21] | Re: [563:18-563:21] | |
|---|---|---|---|
| 563 14 | Q.   Okay.  So the result of the Method B | Def Objection - 3M MIL No. 22; relevance (401, 402); prejudicial (403) | Def Objection - 3M MIL No. 22; relevance (401, 402); prejudicial (403) | |
| 563 15 subject fit | testing on the Combat Arms yielded an NRR | Re: [563:22-564:5] | **OVERRULED** | |
| 563 16 | of 4.4, right? | Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 22; prejudicial (403) | Re: [563:22-564:5] | |
| 563 17 | A.   Yes. | | Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 22; prejudicial (403) | |
| 563 18 | Q.   And if you had used the older ANSI '74 | | **OVERRULED** | |
| 563 19 negative | type calculation, EPA calculation, you got a | | | |
| 563 20 | 4.7, right? | | | |
| 563 21 | A.   The NRR per EPA 1979 is a minus 4.7. | | | |
| 563 22 | Q.   That doesn't sound very protective? | | | |

| 563:25 - 563:25   Kieper, Ronald 12-20-2019 | Re: [563:22-564:5] | Re: [563:22-564:5] | |
|---|---|---|---|
| 563 25 | Q.   You'd agree? | Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 22; prejudicial (403) | Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 22; prejudicial (403) | |
| | | | **OVERRULED** | |

| 564:3 - 564:6   Kieper, Ronald 12-20-2019 | Re: [563:22-564:5] | Re: [563:22-564:5] | |
|---|---|---|---|
| 564 3 | A.   That's the -- that's the result of the -- | Def Objection - argumentative; vague; misstates (611, 403); 3M MIL No. 22; prejudicial (403) | Def Objection - argumentative; vague; misstates (611, | |
| 564 4 | the number calculated from the attenuation data and | | | |
| 564 5 | standard deviations in this test. | | | |
| 564 6 | BY MR. BUCHANAN: | | | |

| | | | |
|---|---|---|---|
| | | 403); 3M MIL No. 22; prejudicial (403) **OVERRULED** | |
| **564:7 - 564:10   Kieper, Ronald 12-20-2019**<br>564 7    Q.   Right.<br>564 8    You'd agree with me, sir, that a negative<br>564 9    4.7 NRR doesn't sound very protective if someone is<br>564 10    looking for hearing protection? | Re: [564:8-564:14]<br>Def Objection - vague; argumentative; misstates (611, 403); 3M MIL No. 22; foundation (602); prejudicial (403) | Re: [564:8-564:14]<br>Def Objection - vague; argumentative; misstates (611, 403); 3M MIL No. 22; foundation (602); prejudicial (403) **OVERRULED** | |
| **564:12 - 564:14   Kieper, Ronald 12-20-2019**<br>564 12    BY THE WITNESS:<br>564 13    A.   That's -- that's a negative value is a low<br>564 14    number for an NRR. | Re: [564:8-564:14]<br>Def Objection - vague; argumentative; misstates (611, 403); 3M MIL No. 22; foundation (602); prejudicial (403) | Re: [564:8-564:14]<br>Def Objection - vague; argumentative; misstates (611, 403); 3M MIL No. 22; foundation (602); prejudicial (403) **OVERRULED** | |
| **565:14 - 565:16   Kieper, Ronald 12-20-2019**<br>565 14    Q.   Okay.  Well, using the calculation<br>565 15    specified by ANSI 1997, please tell the jury what you<br>565 16    found in terms of the reported NRR for this product? | | | |
| **565:19 - 565:20   Kieper, Ronald 12-20-2019**<br>565 19    A.   You are asking about the NRR or the | | | |

| | | | |
|---|---|---|---|
| 565 20 | NRR(SF)? | | |
| **565:19 - 566:1   Kieper, Ronald 12-20-2019** | | | |
| 565 19 | A.   You are asking about the NRR or the | | |
| 565 20 | NRR(SF)? | | |
| 565 21 | BY MR. BUCHANAN: | | |
| 565 22 | Q.   Let's start with the NRR(SF). | | |
| 565 23 | That's -- to be clear, sir, the NRR(SF) is | | |
| 565 24 | what ANSI '97 directs an ANSI '97 Method B study to | | |
| 565 25 | generate, correct? | | |
| 566 1 | A.   Yes. | | |
| **566:2 - 566:6   Kieper, Ronald 12-20-2019** | | Re: [566:2-566:4] | Re: [566:2-566:4] |
| 566 2 | Q.   Okay.  So what is the NRR generated using | Def Objection - 3M MIL No. 22; relevance (401, 402); prejudice (403) | Def Objection - 3M MIL No. 22; relevance (401, 402); prejudice (403) |
| 566 3 | Method B in this test? | Re: [566:5-566:9] | **OVERRULED** |
| 566 4 | A.   4.4. | Def Objection - cumulative (403); argumentative; misstates (611, 403); foundation (602); 3M MIL No. 22; relevance (401, 402) | Re: [566:5-566:9] |
| 566 5 | Q.   Okay.  Lower than the 22 you carried on | | Def Objection - cumulative (403); argumentative; misstates (611, 403); foundation (602); 3M MIL No. 22; relevance (401, 402) |
| 566 6 | this product for 15 years? | | **OVERRULED** |
| **566:8 - 566:12   Kieper, Ronald 12-20-2019** | | Re: [566:5-566:9] | Re: [566:5-566:9] |
| 566 8 | BY THE WITNESS: | Def Objection - cumulative (403); argumentative; misstates (611, 403); foundation (602); 3M MIL No. 22; relevance (401, 402) | Def Objection - cumulative (403); argumentative; |
| 566 9 | A.   Yes, that's lower than 22. | | |
| 566 10 | BY MR. BUCHANAN: | | |
| 566 11 | Q.   Lower than the 11 in the study Mr. Berger | | |
| 566 12 | killed? | | |

| | | | |
|---|---|---|---|
| | **Re: [566:11-566:16]** <br> Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); prejudicial (403) | misstates (611, 403); foundation (602); 3M MIL No. 22; relevance (401, 402) **OVERRULED** **Re: [566:11-566:16]** Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); prejudicial (403) **OVERRULED** | |
| **566:14 - 566:16   Kieper, Ronald 12-20-2019** <br> 566 14    BY THE WITNESS: <br> 566 15    A.   Lower than the eight-subject estimated NRR <br> 566 16    from test 2150 -- 213015. | **Re: [566:11-566:16]** <br> Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); prejudicial (403) | **Re: [566:11-566:16]** Def Objection - 3M MIL No. 22; argumentative; misstates (611, 403); prejudicial (403) **OVERRULED** | |
| **566:22 - 566:22   Kieper, Ronald 12-20-2019** <br> 566 22    A.   From the ANSI S3.19 test. | **Re: [566:22-566:22]** <br> Plt Objection - improper counter | **Re: [566:22-566:22]** Plt Objection - beyond the scope of clarification **SUSTAINED** | |
| **567:3 - 567:10   Kieper, Ronald 12-20-2019** <br> 567 3    Was this a test that we are looking at | **Re: [567:3-567:6]** <br> Def Objection - 3M MIL No. | **Re: [567:3-567:6]** | |

| | | | |
|---|---|---|---|
| 567 4   here, this Method B test, of the closed end or the<br>567 5   open end?<br>567 6   A.   It's the solid end, the closed end.<br>567 7   Q.   The one that's supposed to provide<br>567 8   protection from helicopter noise and plane noise and<br>567 9   tracked vehicles, as we saw in the marketing<br>567 10   yesterday, right? | 22; relevance (401, 402)<br>**Re: [567:7-567:15]**<br>Def Objection - argumentative (611, 403); relevance (401, 402); foundation (602) | Def Objection - 3M MIL No. 22; relevance (401, 402)<br>**OVERRULED**<br>**Re: [567:7-567:15]**<br>Def Objection - argumentative (611, 403); relevance (401, 402); foundation (602)<br>**OVERRULED** | |
| **567:12 - 567:15   Kieper, Ronald 12-20-2019**<br>567 12   BY THE WITNESS:<br>567 13   A.   It was designed -- it was a solid ended<br>567 14   plug that was designed to provide protection from the<br>567 15   effects of loud noise. | **Re: [567:7-567:15]**<br>Def Objection - argumentative (611, 403); relevance (401, 402); foundation (602) | **Re: [567:7-567:15]**<br>Def Objection - argumentative (611, 403); relevance (401, 402); foundation (602)<br>**OVERRULED** | |
| **571:22 - 571:25   Kieper, Ronald 12-20-2019**<br>571 22   You'd agree based on our discussion today,<br>571 23   sir, that Mr. Berger was aware of the requirement for<br>571 24   testing under Method B by the military as of the fall<br>571 25   of '99, correct? | | | |
| **572:3 - 572:16   Kieper, Ronald 12-20-2019**<br>572 3   A.   His article reflects that.<br>572 4   BY MR. BUCHANAN:<br>572 5   Q.   Okay.  And when the test was ultimately<br>572 6   done under Method B on the solid end of the Combat<br>572 7   Arms in 2006 you got an NRR(SF) of 4.4, right? | | | |

| | | |
|---|---|---|
| 572 8      A.   Yes.<br>572 9      Q.   Do you have -- oh, in your history of the<br>572 10     Combat Arms, sir, could you share with us where<br>test<br>572 11     213030 is reported?<br>572 12     A.   I don't believe that report is listed in<br>572 13     this document.<br>572 14     Q.   Was that Mr. Berger's decision not to<br>572 15     include the NRR subject fit data from 213030 in<br>the<br>572 16     history of the Combat Arms? | | |
| **572:19 - 572:19   Kieper, Ronald 12-20-2019**<br>572 19     A.   I don't recall specifically. | | |
| **577:2 - 577:5   Kieper, Ronald 12-20-2019**<br>577 2      BY MR. BUCHANAN:<br>577 3      Q.   We could agree, sir, in January of 2000<br>577 4      you ran a test, 215015 and 215016, 215 on the<br>closed<br>577 5      end of the Combat Arms, 016 on the open end,<br>right? | Re: [577:2-578:7]<br>Def Objection - cumulative<br>(403) | Re: [577:2-578:7]<br>Def Objection - cumulative<br>(403)<br>**OVERRULED** |
| **577:7 - 577:19   Kieper, Ronald 12-20-2019**<br>577 7      BY THE WITNESS:<br>577 8      A.   Yes.<br>577 9      BY MR. BUCHANAN:<br>577 10     Q.   You got data for eight subjects, you went<br>577 11     and talked to your boss, terminated the first<br>attempt<br>577 12     when you were testing the closed end 015, right?<br>577 13     A.   That test was stopped.<br>577 14     Q.   Allowed 016 to continue as we talked about<br>577 15     earlier, right?<br>577 16     A.   And 016 was completed.<br>577 17     Q.   And after terminating the first test<br>577 18     attempt on the closed end, you all made another<br>test<br>577 19     attempt, right? | Re: [577:2-578:7]<br>Def Objection - cumulative<br>(403) | Re: [577:2-578:7]<br>Def Objection - cumulative<br>(403)<br>**OVERRULED** |
| **577:21 - 578:4   Kieper, Ronald 12-20-2019**<br>577 21     BY THE WITNESS:<br>577 22     A.   We tested the closed end in a subsequent | Re: [577:2-578:7]<br>Def Objection - cumulative<br>(403) | Re: [577:2-578:7]<br>Def Objection - |

| | | |
|---|---|---|
| 577 23     test.<br>577 24      BY MR. BUCHANAN:<br>577 25      Q.   That would be the 017 study, right?<br>578 1      A.   That's the one I'm referring to, yes.<br>578 2      Q.   Mr. Berger didn't share with you that<br>578 3      multiple test attempts, sir, violated or was<br>578 4      prohibited by the EPA? | Re: [578:2-578:7]<br>Def Objection - foundation (602); argumentative (611, 403); hearsay (801, 802) | cumulative (403)<br>**OVERRULED**<br>**Re: [578:2-578:7]**<br>Def Objection - foundation (602); argumentative (611, 403); hearsay (801, 802)<br>**OVERRULED** |
| **578:6 - 578:7    Kieper, Ronald 12-20-2019**<br>578 6      BY THE WITNESS:<br>578 7      A.   Not that I recall. | Re: [577:2-578:7]<br>Def Objection - cumulative (403)<br>Re: [578:2-578:7]<br>Def Objection - foundation (602); argumentative (611, 403); hearsay (801, 802) | **Re: [577:2-578:7]**<br>Def Objection - cumulative (403)<br>**OVERRULED**<br>**Re: [578:2-578:7]**<br>Def Objection - foundation (602); argumentative (611, 403); hearsay (801, 802)<br>**OVERRULED** |
| **581:12 - 581:15    Kieper, Ronald 12-20-2019**<br>581 12      BY MR. BUCHANAN:<br>581 13      Q.   Okay.  I'm just wondering, sir, what kind<br>581 14      of test did you run on Combat Arms Earplugs after they<br>581 15      had been folded over for a while? | Re: [581:13-581:22]<br>Def Objection - foundation (602); misstates (611, 403); prejudice (403) | **Re: [581:13-581:22]**<br>Def Objection - foundation (602); misstates (611, 403); prejudice (403)<br>**OVERRULED** |
| **581:17 - 581:18    Kieper, Ronald 12-20-2019**<br>581 17      BY MR. BUCHANAN: | Re: [581:13-581:22]<br>Def Objection - foundation | **Re: [581:13-581:22]** |

| | | |
|---|---|---|
| 581 18       Q.   A month, two months, three months? | (602); misstates (611, 403); prejudice (403) | Def Objection - foundation (602); misstates (611, 403); prejudice (403) **OVERRULED** |
| **581:20 - 581:24   Kieper, Ronald 12-20-2019**<br>581 20       BY MR. BUCHANAN:<br>581 21       Q.   Did you run any studies like that?<br>581 22       A.   I don't recall doing that.<br>581 23       Q.   What impact do the distorted flanges that<br>581 24       follow folding them over have on attenuation<br>values? | Re: [581:13-581:22]<br>Def Objection - foundation (602); misstates (611, 403); prejudice (403)<br>Re: [581:23-582:2]<br>Def Objection - foundation (602); prejudice (403) | Re: [581:13-581:22]<br>Def Objection - foundation (602); misstates (611, 403); prejudice (403) **OVERRULED**<br>Re: [581:23-582:2]<br>Def Objection - foundation (602); prejudice (403) **OVERRULED** |
| **582:1 - 582:7   Kieper, Ronald 12-20-2019**<br>582 1       BY THE WITNESS:<br>582 2       A.   I don't know.<br>582 3       BY MR. BUCHANAN:<br>582 4       Q.   Did you ever test the impact, sir, of the<br>582 5       distortion that follows folding these flanges over<br>582 6       over time on the real-ear attenuation at threshold<br>582 7       test you ran, sir? | Re: [581:23-582:2]<br>Def Objection - foundation (602); prejudice (403)<br>Re: [582:4-582:11]<br>Def Objection - asked (611, 403); foundation (602); prejudicial (403) | Re: [581:23-582:2]<br>Def Objection - foundation (602); prejudice (403) **OVERRULED**<br>Re: [582:4-582:11]<br>Def Objection - asked (611, 403); foundation (602); prejudicial (403) **OVERRULED** |
| **582:10 - 582:15   Kieper, Ronald 12-20-2019** | Re: [582:4-582:11] | Re: [582:4- |

| | | |
|---|---|---|
| 582 10  BY THE WITNESS:<br>582 11  A.  Not that I recall.<br>582 12  BY MR. BUCHANAN:<br>582 13  Q.  Don't you think that would be a pretty<br>582 14  important test if folding over the flanges distorts<br>582 15  them as to what the impact is on real-ear<br>attenuation? | Def Objection - asked (611, 403); foundation (602); prejudicial (403)<br>**Re: [582:13-582:18]**<br>Def Objection - vague (611, 403); foundation (602); prejudicial (403) | 582:11]<br>Def Objection - asked (611, 403); foundation (602); prejudicial (403)<br>**OVERRULED**<br>**Re: [582:13-582:18]**<br>Def Objection - vague (611, 403); foundation (602); prejudicial (403)<br>**OVERRULED** |
| **582:17 - 582:23   Kieper, Ronald 12-20-2019**<br>582 17  BY THE WITNESS:<br>582 18  A.  I -- I don't know.<br>582 19  BY MR. BUCHANAN:<br>582 20  Q.  Did Mr. Berger ever tell you to run a test<br>582 21  on the impact of those distorted flanges on real-ear<br>582 22  attenuation?<br>582 23  A.  Not that I recall. | **Re: [582:13-582:18]**<br>Def Objection - vague (611, 403); foundation (602); prejudicial (403) | **Re: [582:13-582:18]**<br>Def Objection - vague (611, 403); foundation (602); prejudicial (403)<br>**OVERRULED** |
| **623:9 - 623:11   Kieper, Ronald 12-20-2019**<br>623 9  Q.  And does doing ARC and acoustic resistance<br>623 10  testing allow you to verify that the product will<br>623 11  function properly when it's provided to the end<br>user? | **Re: [623:9-623:14]**<br>Plt Objection - improper counter | **Re: [623:9-623:14]**<br>Plt Objection - beyond the scope of clarification<br>**OVERRULED** |
| **623:13 - 623:14   Kieper, Ronald 12-20-2019**<br>623 13  BY THE WITNESS:<br>623 14  A.  Not in general. | **Re: [623:9-623:14]**<br>Plt Objection - improper counter | **Re: [623:9-623:14]**<br>Plt Objection - |

Kieper, Ronald - 12/20/2019 Objection Report

| | | | |
|---|---|---|---|
| | | beyond the scope of clarification **OVERRULED** | |
| **625:1 - 625:3   Kieper, Ronald 12-20-2019**<br>625 1    Q.   Okay.  Do you do the ARC testing to verify<br>625 2    that the plug -- the plugs can give a user the<br>625 3    protection that was claimed? | **Re: [625:1-625:13]**<br>Plt Objection - improper counter | **Re: [625:1-625:13]**<br>Plt Objection - beyond the scope of clarification **OVERRULED** | |
| **625:7 - 625:7   Kieper, Ronald 12-20-2019**<br>625 7    A.   No, that's not what this test does. | **Re: [625:1-625:13]**<br>Plt Objection - improper counter | **Re: [625:1-625:13]**<br>Plt Objection - beyond the scope of clarification **OVERRULED** | |
| **625:9 - 625:13   Kieper, Ronald 12-20-2019**<br>625 9    Q.   Okay.  RWK disagrees that ARC testing<br>625 10    allows you to verify the plug can give user the<br>amount<br>625 11    of protection that was claimed.<br>625 12    Is that right?<br>625 13    A.   Yes. | **Re: [625:1-625:13]**<br>Plt Objection - improper counter | **Re: [625:1-625:13]**<br>Plt Objection - beyond the scope of clarification **OVERRULED** | |
| **673:1 - 673:7   Kieper, Ronald 12-20-2019**<br>673 1    Q.   Did they send the plugs to Indy for<br>673 2    testing back in '03?<br>673 3    MS. ELIZABETH:  Objection; foundation.<br>673 4    BY THE WITNESS:<br>673 5    A.   I don't recall the specifics of what<br>673 6    happened.  I believe I described what we ended up<br>673 7    doing with me visiting Mexico. | **Re: [673:1-673:7]**<br>Plt Objection - improper counter | **Re: [673:1-673:7]**<br>Plt Objection - beyond the scope of clarification **SUSTAINED** | |
| **761:13 - 762:1   Kieper, Ronald 12-20-2019**<br>761 13    Q.   You previously testified that there are<br>761 14    different standards or methods for testing hearing<br>761 15    protection devices.<br>761 16    Do you remember that testimony?<br>761 17    A.   Yes. | **Re: [761:13-762:1]**<br>Plt Objection - beyond the scope of clarification | **Re: [761:13-762:1]**<br>Plt Objection - beyond the scope of clarification | |

| | | |
|---|---|---|
| 761 18   Q.   And specifically you mentioned being<br>761 19   familiar with two ANSI standards.<br>761 20   Do you remember what those two ANSI<br>761 21   standards were?<br>761 22   A.   Yes.  The first is ANSI S3.19-1974 and the<br>761 23   second standard is S -- ANSI S12.6-1997.<br>761 24   Q.   When conduct -- when conducting a REAT<br>761 25   labeling test, which of those ANSI standards is<br>762 1   applicable? | | **SUSTAINED** |
| **762:4 - 762:5   Kieper, Ronald 12-20-2019**<br>762 4   A.   For labeling tests, the ANSI S3.19-1974<br>762 5   standard is used. | **Re: [762:4-762:5]**<br>Plt Objection - beyond the<br>scope of clarification | **Re: [762:4-<br>762:5]**<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **762:7 - 762:13   Kieper, Ronald 12-20-2019**<br>762 7   Q.   Can you just remind us what REAT stands<br>762 8   for?<br>762 9   A.   REAT stands for real-ear attenuation at<br>762 10   threshold.<br>762 11   Q.   Do you have an understanding as to why the<br>762 12   ANSI S3.19 standard is applicable to REAT<br>labeling<br>762 13   tests? | **Re: [762:7-762:13]**<br>Plt Objection - beyond the<br>scope of clarification | **Re: [762:7-<br>762:13]**<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **762:16 - 762:20   Kieper, Ronald 12-20-2019**<br>762 16   A.   It is applicable because it describes the<br>762 17   method by which hearing protectors are tested on<br>762 18   people to obtain a best fit to -- to estimate the<br>762 19   amount of protection that a person who fit the<br>hearing<br>762 20   protectors well could obtain. | **Re: [762:16-762:20]**<br>Plt Objection - beyond the<br>scope of clarification | **Re: [762:16-<br>762:20]**<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **762:23 - 762:24   Kieper, Ronald 12-20-2019**<br>762 23   Q.   Is it your understanding that ANSI S3.19<br>762 24   is required under the REAT to do a REAT labeling<br>test? | **Re: [762:23-762:24]**<br>Plt Objection - beyond the<br>scope of clarification | **Re: [762:23-<br>762:24]**<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |

| 763:2 - 763:2   Kieper, Ronald 12-20-2019 | Re: [763:2-763:2] | Re: [763:2-763:2] | | |
|---|---|---|---|---|
| 763 2   A.   Yes, that's my understanding. | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | | |

| 763:4 - 764:24   Kieper, Ronald 12-20-2019 | Re: [763:4-764:24] | Re: [763:4-764:24] | | |
|---|---|---|---|---|
| 763 4   Q.   I want to direct your attention to<br>763 5   Exhibit 36 that's been previously marked, if you can<br>763 6   find that in your stack, please.<br>763 7   MR. BUCHANAN:  We just may need a second. My<br>763 8   right arm just walked out of the room.<br>763 9   MS. ELIZABETH:  Sure.<br>763 10   MR. BUCHANAN:  Did you say 37?<br>763 11   MS. ELIZABETH:  36.<br>763 12   MR. BUCHANAN:  All good.  Thank you.<br>763 13   BY MS. ELIZABETH:<br>763 14   Q.   Do you recognize Exhibit 36, Mr. Kieper?<br>763 15   A.   Yes.  It's a copy of the ANSI S3.19-1974<br>763 16   standard.<br>763 17   Q.   You were asked about Section 3.2.3 of<br>763 18   Exhibit 36.  If you could turn there, please.<br>763 19   A.   Yes.<br>763 20   Q.   And that's at Bates MDL 187996.<br>763 21   Do you remember generally being asked<br>763 22   about this by Plaintiffs' counsel?<br>763 23   A.   Yes, I do.<br>763 24   Q.   Can you give us a brief explanation as to<br>763 25   what Section 3.2.3 is of the ANSI S3.19 standard?<br>764 1   MR. BUCHANAN:  Same objection you raised<br>764 2   yesterday, foundation.<br>764 3   BY THE WITNESS:<br>764 4   A.   It states that: "Listeners who satisfy<br>764 5   the other requirements of this standard and who do<br>764 6   obtain an adequate fit with the test item may not be<br>764 7   dismissed for reporting small amounts of | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | | |

protection.

| | | |
|---|---|---|
| 764 8 | In reporting the results, listeners for whom an | |
| 764 9 | adequate fit cannot be obtained should be noted, but | |
| 764 10 | should not be included in the evaluation." | |
| 764 11 | BY MS. ELIZABETH: | |
| 764 12 | Q.   And you might recall in your testimony | |
| 764 13 | that Plaintiffs' counsel allowed you to read the first | |
| 764 14 | sentence but not the second sentence. | |
| 764 15 | Do you remember that? | |
| 764 16 | MR. BUCHANAN:  Objection; form. | |
| 764 17 | BY THE WITNESS: | |
| 764 18 | A.   Yes. | |
| 764 19 | THE WITNESS:  Sorry. | |
| 764 20 | BY MS. ELIZABETH: | |
| 764 21 | Q.   You talked a little bit about the Dixon | |
| 764 22 | Outlier Test. | |
| 764 23 | Do you remember that testimony? | |
| 764 24 | A.   Yes, I do. | |

| 765:2 - 768:17 | Kieper, Ronald 12-20-2019 | Re: [765:2-768:17] | Re: [765:2-768:17] |
|---|---|---|---|
| 765 2 | Does the Dixon Outlier Test allow you to | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** |
| 765 3 amounts of | dismiss someone simply for reporting small | | |
| 765 4 | protection? | | |
| 765 5 | MR. BUCHANAN:  Objection to form. | | |
| 765 6 | BY THE WITNESS: | | |
| 765 7 | A.   No, it does not. | | |
| 765 8 | BY MS. ELIZABETH: | | |
| 765 9 | Q.   What does it do? | | |
| 765 10 | A.   The Dixon Outlier Test looks at the data | | |
| 765 11 | from the ten subjects tested in a labeling test and it | | |
| 765 12 | assesses if one person's data is markedly different | | |
| 765 13 | from the rest of the -- the other nine subjects. | | |
| 765 14 | Q.   And when you say "markedly different," | | |
| 765 15 | what do you mean? | | |
| 765 16 | A.   The Dixon test is a statistical test and | | |
| 765 17 | it is implemented by sorting the data from the test, | | |
| 765 18 | both the -- the range of the individual subjects' | | |
| 765 19 | responses at each frequency and also the average | | |
| 765 20 | amount of protection or attenuation that each | | |

subject
765 21      gets.
765 22      Q.   For the REAT test that you conducted while
765 23      at the E-A-RCAL Lab, was it your normal practice
to
765 24      note whether a subject had been retested or
replaced
765 25      under the Dixon Outlier Test?
766 1       MR. BUCHANAN:  Objection to form.
766 2       BY THE WITNESS:
766 3       A.   Yes, for -- for the S3.19 tests, any
766 4       retesting or replacement was -- was noted on the
final
766 5       report.
766 6       MS. ELIZABETH:  Would you mark that, please.
766 7       (WHEREUPON, a certain document was
766 8       marked Ron Kieper Deposition Exhibit
766 9       No. 83, for identification, as of
766 10      12/20/2019.)
766 11      BY THE WITNESS:
766 12      A.   Thank you.
766 13      BY MS. ELIZABETH:
766 14      Q.   The Court Reporter has just handed you a
766 15      document that's been marked Exhibit 83.
766 16      Do you recognize this document?
766 17      A.   Yes.
766 18      Q.   What is it?
766 19      A.   It is a test report of a test of the
766 20      UltraFit end of the Combat Arms Earplug.
766 21      Q.   And if you turn to Bates MDL 195519.
766 22      A.   Yes.
766 23      Q.   It says in the Comment section:  "GWG
766 24      failed the Extreme Range Test.  He was retested."
766 25      Do you see that?
767 1       A.   Yes.
767 2       Q.   Who made that note on test 017?
767 3       A.   I don't recall specifically, but typically
767 4       I would put the comments in this -- on this form.
767 5       Q.   And what was the purpose of that comment?

767 6      A.   The comment was to document that subject
767 7      GWG's data when he first tested this plug failed the
767 8      Dixon Outlier Test that looks at the extreme ranges
767 9      obtained in the -- in the test.
767 10     Q.   And referring back to exhibit --
767 11      MR. BUCHANAN:  Excuse me, counsel.  You actually
767 12     gave me one that has your notes on it.
767 13     MS. ELIZABETH:  Oh, that is my notes.
767 14      MR. BUCHANAN:  I thought I was going to have one
767 15     that was clean.  I don't want to work with yours.
767 16     MS. ELIZABETH:  Thank you.
767 17     BY MS. ELIZABETH:
767 18     Q.   So referring back to Exhibit 36, the
767 19     second sentence of 3.2.3:
767 20     "In reporting the results, listeners for
767 21     whom an adequate fit cannot be obtained should be
767 22     noted but should not be included in the evaluation."
767 23     Do you see that?
767 24     A.   Yes.
767 25     Q.   What is your understanding of the purpose
768 1      for commenting on test 213017 that GWG failed the
768 2      Extreme Range Test and was retested?
768 3      MR. BUCHANAN:  Objection; foundation.
768 4      BY THE WITNESS:
768 5      A.   That procedure was outlined in our
768 6      laboratory's Policies and Procedures Manual so that
768 7      after ten subjects were tested, these -- the Dixon
768 8      test was applied, and if a person failed at more than
768 9      one frequency in one of those two tests, then the
768 10      person could be retested and the retest data would be
768 11     used assuming that those new data did not fail the
768 12     Dixon test.
768 13     Q.   Was it your understanding that you were
768 14     complying with ANSI S3.19?

| | | | |
|---|---|---|---|
| 768 15    MR. BUCHANAN: Objection to form, leading.<br>768 16    BY THE WITNESS:<br>768 17    A.  Yes. | | | |
| **770:3 - 770:19  Kieper, Ronald 12-20-2019**<br>770 3    Q.  Can you describe to the jury what<br>770 4    Experimenter-Fit is under Section 3.3.3?<br>770 5    A.  Yes.<br>770 6    Experimenter-Fit says that the<br>770 7    experimenter, and in cases that we are talking about<br>I<br>770 8    was the experimenter, the experimenter shall fit and<br>770 9    personally check the -- each hearing protector<br>770 10    installation on the subject.  And the -- once the<br>770 11    hearing protector is fit to the -- fit is assessed by<br>770 12    turning on a fitting noise for the subject to use to<br>770 13    assess that they have a good fit of the hearing<br>770 14    protector.  After that is done, the fitting noise is<br>770 15    turned off, the experimenter leaves the test<br>chamber<br>770 16    and the test is begun.<br>770 17    Q.  Under Experimenter-Fit in the ANSI S3.19<br>770 18    standard, it describes "best fit."<br>770 19    What does best fit mean to you? | **Re: [770:3-770:19]**<br>Plt Objection - beyond the<br>scope of clarification | **Re: [770:3-<br>770:19]**<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** | |
| **770:22 - 771:15  Kieper, Ronald 12-20-2019**<br>770 22    A.  To me a best fit is the fitting the<br>770 23    hearing protector such that the noise -- the fitting<br>770 24    noise level is reduced as much as possible in the<br>770 25    listener's ear, and hence when the attenuation test<br>is<br>771 1    done, the subject, the test subject, the listener, is<br>771 2    achieving as much protection as he or she can<br>achieve<br>771 3    with that particular hearing protector.<br>771 4    BY MS. ELIZABETH:<br>771 5    Q.  And when you say "as much protection,"<br>771 6    what do you mean?<br>771 7    A.  I mean each person is unique and in the<br>771 8    fitting and testing of hearing protectors, different<br>771 9    people can get different results even when the | **Re: [770:22-771:15]**<br>Plt Objection - beyond the<br>scope of clarification | **Re: [770:22-<br>771:15]**<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** | |

| | | | |
|---|---|---|---|
| subject | | | |
| 771 10    and the experimenter agree that the hearing protector | | | |
| 771 11    is fit as well as it could be on this person.  Some | | | |
| 771 12    people get higher levels of protection than other | | | |
| 771 13    people do. | | | |
| 771 14    Q.   So what is your goal in getting a best fit | | | |
| 771 15    under Experimenter-Fit? | | | |
| **771:19 - 771:22   Kieper, Ronald 12-20-2019** | **Re: [771:19-771:22]** | **Re: [771:19-771:22]** | |
| 771 19    A.   My goal is to fit the hearing protector | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | |
| 771 20    such that the subject gets as high a level of | | | |
| 771 21    protection as -- as is possible with -- with that | | | |
| 771 22    hearing protector. | | | |
| **771:24 - 772:1    Kieper, Ronald 12-20-2019** | **Re: [771:24-772:1]** | **Re: [771:24-772:1]** | |
| 771 24    Q.   In your experience, what is the main | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | |
| 771 25    difference or differences between subject fit and | | | |
| 772 1    Experimenter-Fit under the ANSI S3.19 standard? | | | |
| **772:4 - 772:9    Kieper, Ronald 12-20-2019** | **Re: [772:4-772:9]** | **Re: [772:4-772:9]** | |
| 772 4    A.   The -- the main difference is that the -- | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | |
| 772 5    in the subject fit the experimenter does not assist | | | |
| 772 6    the listener or test subject other than giving them | | | |
| 772 7    the fitting instructions that come with the device, | | | |
| 772 8    whereas an Experimenter-Fit, the experimenter actually | | | |
| 772 9    fits the device on the person. | | | |
| **772:16 - 774:20   Kieper, Ronald 12-20-2019** | **Re: [772:16-774:20]** | **Re: [772:16-774:20]** | |
| 772 16    Q.   We've heard a little bit about Method B | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | |
| 772 17    testing. | | | |
| 772 18    Do you remember that testimony? | | | |
| 772 19    A.   Yes. | | | |
| 772 20    Q.   Is Method B testing required under ANSI | | | |
| 772 21    S3.19? | | | |
| 772 22    A.   No, it is not. | | | |
| 772 23    Q.   What is Method B testing? | | | |

| | | | | |
|---|---|---|---|---|
| 772 24 | A.   Method B is a subset of the ANSI | | | |
| 772 25 | S12.6-1997 standard.  There are two fitting techniques | | | |
| 773 1 | described in the standard.  Method A is titled | | | |
| 773 2 | "Informed User Fit" wherein the listener may have | | | |
| 773 3 | experience using hearing protectors and the -- the | | | |
| 773 4 | listener has been trained how to fit the hearing | | | |
| 773 5 | protectors well.  In -- | | | |
| 773 6 | Q.   And what about Method B fit? | | | |
| 773 7 | A.   Method B -- | | | |
| 773 8 | MR. BUCHANAN:  Objection to form. | | | |
| 773 9 | BY THE WITNESS: | | | |
| 773 10 | A.   Method B -- the Method B protocol is | | | |
| 773 11 | called "subject fit," and in that case, first of all, | | | |
| 773 12 | the listener must be relatively inexperienced.  There | | | |
| 773 13 | are limits to the number of times -- excuse me.  There | | | |
| 773 14 | are limits to the number of times the listener can | | | |
| 773 15 | have worn the hearing protector and still be | | | |
| 773 16 | considered inexperienced.  So these inexperienced | | | |
| 773 17 | people come to the lab and with minimal training on | | | |
| 773 18 | how to actually do the test, when they actually test | | | |
| 773 19 | the hearing protector, we start outside the test | | | |
| 773 20 | chamber, and, again, I would give them the | | | |
| 773 21 | instructions that came with the hearing protector and | | | |
| 773 22 | allow them to read the instructions and fit the | | | |
| 773 23 | hearing protector until they were satisfied with the | | | |
| 773 24 | fit that they were able to achieve. | | | |
| 773 25 | When they notify me that they are | | | |
| 774 1 | satisfied and they are ready to do the test, they | | | |
| 774 2 | would remove the hearing protectors, we would both go | | | |
| 774 3 | into the test chamber, I would supply them with the | | | |
| 774 4 | hearing protectors that were needed for the test, and | | | |
| 774 5 | then I would leave the chamber and they would fit the | | | |

| | | | | |
|---|---|---|---|---|
| 774 6 | hearing protectors when it came time to do a | | | |
| protected | | | | |
| 774 7 | condition. | | | |
| 774 8 | MR. BUCHANAN:  Objection to the overbroad | | | |
| 774 9 | narrative.  I'm just saying that for your benefit if | | | |
| 774 10 | you want to try and fix things. | | | |
| 774 11 | MS. ELIZABETH:  No, I understand. | | | |
| 774 12 | MR. BUCHANAN:  You are asking for them and | | | |
| he is | | | | |
| 774 13 | giving them to you. | | | |
| 774 14 | BY MS. ELIZABETH: | | | |
| 774 15 | Q.   So if I understand your testimony | | | |
| 774 16 | correctly, Method B is one of two fitting -- fitting | | | |
| 774 17 | techniques outlined in ANSI S12 -- S12.6? | | | |
| 774 18 | MR. BUCHANAN:  Objection to form. | | | |
| 774 19 | BY THE WITNESS: | | | |
| 774 20 | A.   Yes. | | | |
| **775:6 - 775:22**   **Kieper, Ronald 12-20-2019** | | Re: [775:6-775:22] | Re: [775:6- | |
| 775 6 | Q.   You previously testified that the Aearo | Plt Objection - beyond the | 775:22] | |
| 775 7 | lab was accredited by an organization called | scope of clarification | Plt Objection - | |
| NVLAP in | | | beyond the | |
| 775 8 | approximately 1992. | | scope of | |
| 775 9 | Do you remember that testimony? | | clarification | |
| 775 10 | A.   Yes. | | **SUSTAINED** | |
| 775 11 | Q.   And can you remind us what NVLAP stands | | | |
| 775 12 | for? | | | |
| 775 13 | A.   The acronym stands for National Voluntary | | | |
| 775 14 | Laboratory Accreditation Program. | | | |
| 775 15 | Q.   To the best of your knowledge, for what | | | |
| 775 16 | time period was the E-A-RCAL Lab accredited by | | | |
| NVLAP? | | | | |
| 775 17 | A.   We were first accredited I believe in 1991 | | | |
| 775 18 | or '92, and as far as I know, they've -- they've | | | |
| 775 19 | maintained that accreditation up to this date. | | | |
| 775 20 | Q.   In connection with that accreditation, do | | | |
| 775 21 | you have an understanding as to whether NVLAP | | | |
| audited | | | | |
| 775 22 | Aearo's laboratory? | | | |
| **775:25 - 776:18**   **Kieper, Ronald 12-20-2019** | | Re: [775:25-775:25] | Re: [775:25- | |

| | | |
|---|---|---|
| 775 25     A.   Yes.  Our lab was audited for the initial<br>776 1     accreditation and every two years after that we had an<br>776 2     onsite auditor, a person come in as an auditor onsite<br>776 3     and perform -- look at all of our documents, look at<br>776 4     our calibration records, look at our procedures<br>776 5     manual, and numerous other documents that we would<br>776 6     supply them.  The auditor would also observe myself<br>776 7     and later any other acoustic technicians that did<br>776 8     real-ear testing, they would observe us do a test.<br>776 9     BY MS. ELIZABETH:<br>776 10    Q.   So I think what I have here is that after<br>776 11    the initial audit by NVLAP, NVLAP in its audit every<br>776 12    two years of the E-A-RCAL Lab would look at the<br>776 13    E-A-RCAL Lab's documents, its calibration records, its<br>776 14    Policies and Procedures Manual, and numerous other<br>776 15    documents that you would supply them, and that the<br>776 16    auditor would also observe yourself and other acoustic<br>776 17    technicians conduct real-ear testing.<br>776 18    Do I have that right? | Plt Objection - beyond the scope of clarification<br>**Re: [776:2-776:18]**<br>Plt Objection - beyond the scope of clarification | 775:25]<br>Plt Objection - beyond the scope of clarification<br>**SUSTAINED**<br>Re: [776:2-776:18]<br>Plt Objection - beyond the scope of clarification<br>**SUSTAINED** |
| **777:4 - 777:4    Kieper, Ronald 12-20-2019**<br>777 4     A.   Yes. | **Re: [777:4-777:4]**<br>Plt Objection - beyond the scope of clarification | Re: [777:4-777:4]<br>Plt Objection - beyond the scope of clarification<br>**SUSTAINED** |
| **777:6 - 777:16    Kieper, Ronald 12-20-2019**<br>777 6     Q.   How so?  What would you have done?<br>777 7     A.   We would have done the same thing we would<br>777 8     have done without the auditor there.  If it was a<br>777 9     research and development test, we would have | **Re: [777:6-777:16]**<br>Plt Objection - beyond the scope of clarification | Re: [777:6-777:16]<br>Plt Objection - beyond the scope of |

| | | |
|---|---|---|
| conducted | | clarification **SUSTAINED** |
| 777 10     that. If it was a -- if we were doing a labeling | | |
| 777 11     test, then we would have conducted -- we would have | | |
| 777 12     tested one person on the hearing protector that we | | |
| 777 13     were testing for a label value. | | |
| 777 14     Q. Is it your understanding that NVLAP had | | |
| 777 15     the opportunity to determine whether you were testing | | |
| 777 16     in compliance with their accreditation standards? | | |
| **777:22 - 778:9    Kieper, Ronald 12-20-2019** | **Re: [777:22-778:9]** Plt Objection - beyond the scope of clarification | **Re: [777:22-778:9]** Plt Objection - beyond the scope of clarification **SUSTAINED** |
| 777 22     Q. I want to direct your attention to | | |
| 777 23     Exhibit 19 that's been previously marked. | | |
| 777 24     A. Yes, I have that. | | |
| 777 25     Q. Do you recognize this document? | | |
| 778 1     A. Yes, I do. | | |
| 778 2     Q. What is it? | | |
| 778 3     A. It is a copy of the E-A-RCAL Lab's | | |
| 778 4     Policies and Procedures Manual, dated February | | |
| 778 5     of 1999. | | |
| 778 6     Q. Do you know whether NVLAP would have | | |
| 778 7     reviewed Aearo Company's Policies and Procedures | | |
| 778 8     Manual that has been marked as Exhibit 19 as a part of | | |
| 778 9     their accreditation process? | | |
| **778:12 - 778:17    Kieper, Ronald 12-20-2019** | **Re: [778:12-778:17]** Plt Objection - beyond the scope of clarification | **Re: [778:12-778:17]** Plt Objection - beyond the scope of clarification **SUSTAINED** |
| 778 12     A. Yes, they would have. | | |
| 778 13     BY MS. ELIZABETH: | | |
| 778 14     Q. Do you know whether NVLAP would have | | |
| 778 15     determined that Aearo's policies and procedures as of | | |
| 778 16     1999 met the requirements for NVLAP's accreditation as | | |
| 778 17     of that time? | | |
| **778:20 - 778:24    Kieper, Ronald 12-20-2019** | **Re: [778:20-778:24]** Plt Objection - beyond the scope of clarification | **Re: [778:20-778:24]** Plt Objection - beyond the |
| 778 20     A. Yes, they -- they accredited us, they -- | | |
| 778 21     our accreditation continued, and my understanding was | | |

| | | | | |
|---|---|---|---|---|
| 778 22 | that was confirmation that we were following the | | scope of | |
| 778 23 | procedures that we -- were outlined in this manual and | | clarification | |
| 778 24 | were following the test standard that we were using. | | **SUSTAINED** | |
| **779:14 - 780:1** | **Kieper, Ronald 12-20-2019** | **Re: [779:14-779:25]** | **Re: [779:14-779:25]** | |
| 779 14 | Q.   When did you first begin your REAT | Plt Objection - beyond the | Plt Objection - | |
| 779 15 | labeling tests under ANSI S3.19 on the Combat Arms | scope of clarification | beyond the scope of | |
| 779 16 | Earplug Version 2? | | clarification | |
| 779 17 | A.   I believe we started the testing in | | **SUSTAINED** | |
| 779 18 | December of 1999. | | | |
| 779 19 | Q.   And would the Exhibit 19 Policies and | | | |
| 779 20 | Procedures Manual that is dated February 4th, 1999, | | | |
| 779 21 | been in effect at that time? | | | |
| 779 22 | A.   Yes, it would have been. | | | |
| 779 23 | Q.   Do you know whether the NVLAP auditors | | | |
| 779 24 | that accredited the E-A-RCAL Lab since 1992, do you | | | |
| 779 25 | know whether those auditors were employees or | | | |
| 780 1 | otherwise associated with Aearo or 3M? | | | |
| **780:4 - 792:7** | **Kieper, Ronald 12-20-2019** | **Re: [780:4-792:7]** | **Re: [780:4-792:7]** | |
| 780 4 | A.   They were not. | Plt Objection - beyond the | Plt Objection - | |
| 780 5 | BY MS. ELIZABETH: | scope of clarification | beyond the scope of | |
| 780 6 | Q.   Okay.  I'd like to direct your attention | | clarification | |
| 780 7 | to Bates 14629 in Exhibit 19. | | **SUSTAINED** | |
| 780 8 | A.   Yes. | | | |
| 780 9 | Q.   Are you familiar with this section of the | | | |
| 780 10 | Policies and Procedures Manual? | | | |
| 780 11 | A.   Yes, I am. | | | |
| 780 12 | Q.   What is it? | | | |
| 780 13 | A.   This is Appendix 5.  It's titled | | | |
| 780 14 | "Statistical Procedures for Rejecting Outlier Data." | | | |
| 780 15 | Q.   Is this section otherwise referred to as | | | |
| 780 16 | the Dixon Outlier Test? | | | |
| 780 17 | A.   Yes, it is. | | | |
| 780 18 | Q.   Is it your understanding that just like | | | |
| 780 19 | this section is in the February 1990 manual -- | | | |

| | | | | |
|---|---|---|---|---|
| 780 20 | February 1999 manual that you are looking at today, | | | |
| 780 21 | that would -- that it would have also been a part of | | | |
| 780 22 | the manual that the NVLAP group reviewed as a part of | | | |
| 780 23 | their accreditation process? | | | |
| 780 24 | A.   Yes. | | | |
| 780 25 | MR. BUCHANAN:  Objection to form, foundation. | | | |
| 781 1 | BY THE WITNESS: | | | |
| 781 2 | A.   Yes, they would have reviewed this | | | |
| 781 3 | document in all its versions. | | | |
| 781 4 | BY MS. ELIZABETH: | | | |
| 781 5 | Q.   On Bates 14630, which is the next page, | | | |
| 781 6 | we've also put this up on the slide -- nope, go back. | | | |
| 781 7 | There. | | | |
| 781 8 | It talks about "the purpose and overview" | | | |
| 781 9 | of the Dixon Outlier Test. | | | |
| 781 10 | Do you see that? | | | |
| 781 11 | A.   Yes. | | | |
| 781 12 | Q.   Can you briefly tell the jury what the | | | |
| 781 13 | purpose of the Dixon Outlier Test was? | | | |
| 781 14 | A.   The purpose is as it's written there, to | | | |
| 781 15 | exclude aberrant results due to either as it describes | | | |
| 781 16 | an unusual inability of a subject to consistently fit | | | |
| 781 17 | a hearing protector as measured by the range of their | | | |
| 781 18 | attenuation values across the usually three fittings | | | |
| 781 19 | of the device or the dissimilarity of his or her mean | | | |
| 781 20 | attenuation values with respect to the other nine | | | |
| 781 21 | subjects tested. | | | |
| 781 22 | Q.   Why would the E-A-RCAL Lab want to exclude | | | |
| 781 23 | aberrant results? | | | |
| 781 24 | MR. BUCHANAN:  Objection; foundation. | | | |
| 781 25 | BY THE WITNESS: | | | |
| 782 1 | A.   My understanding was so that we could more | | | |
| 782 2 | easily compare test results of the same hearing | | | |
| 782 3 | protector across different years and different tests. | | | |

782 4      BY MS. ELIZABETH:
782 5      Q.   Does that have to do with consistency?
782 6      MR. BUCHANAN:  Objection; form.
782 7      BY THE WITNESS:
782 8      A.   Yes, consistency is -- is a major
782 9      component of that.
782 10     BY MS. ELIZABETH:
782 11     Q.   And why is consistency important?
782 12     MR. BUCHANAN:  Objection; form, foundation.
782 13     BY THE WITNESS:
782 14     A.   To me consistency implies that both the
782 15     experimenter and the test subjects are doing the
test
782 16     procedure the same way every time it's -- the test is
782 17     done.
782 18     BY MS. ELIZABETH:
782 19     Q.   And just so that the record is clear, you
782 20     are a coauthor of Exhibit 19, the Policies and
782 21     Procedures Manual, as of February 4th, 1999,
correct?
782 22     MR. BUCHANAN:  Objection; form.
782 23     BY THE WITNESS:
782 24     A.   Yes, Mr. Berger and I coauthored this.
782 25     BY MS. ELIZABETH:
783 1      Q.   I want to direct your attention to the
783 2      next page, Bates 14631 of the Dixon Outlier Test.
783 3      Can you briefly tell the jury how you
783 4      implemented the Dixon Outlier Test pursuant to
your
783 5      Policy and Procedures Manual?
783 6      A.   Yes.  After the ten subjects have been
783 7      tested, we first looked at the range of the
783 8      attenuation values that the test subjects obtained.
783 9      We would sort those values by each frequency, we
would
783 10     sort the ten ranges, and then do a calculation to
783 11     obtain an R value which would indicate either that
all
783 12     of the data were consistent or if one person's data

| | |
|---|---|
| 783 13 | were aberrant, that that value -- the value of the R |
| 783 14 | would be above 477. |
| 783 15 | Q. Okay. So let's kind of take that one at a |
| 783 16 | time. |
| 783 17 | A. Sure. |
| 783 18 | Q. So you look at the range of the |
| 783 19 | attenuation values that the test subjects obtain |
| 783 20 | during the real-ear test. |
| 783 21 | Do I have that right? |
| 783 22 | A. That's right. |
| 783 23 | MR. BUCHANAN: Objection to form, leading. |
| 783 24 | BY THE WITNESS: |
| 783 25 | A. Yes, that's correct. |
| 784 1 | BY MS. ELIZABETH: |
| 784 2 | Q. And then you determine whether there are |
| 784 3 | subjects that are aberrant, I think you said, right? |
| 784 4 | MR. BUCHANAN: Objection to form. |
| 784 5 | BY THE WITNESS: |
| 784 6 | A. Yes, that's the -- |
| 784 7 | BY MS. ELIZABETH: |
| 784 8 | Q. What does aberrant mean? |
| 784 9 | A. To me aberrant means significant -- |
| 784 10 | significantly different. |
| 784 11 | Q. And is another word for that an outlier? |
| 784 12 | MR. BUCHANAN: Objection to form. |
| 784 13 | BY THE WITNESS: |
| 784 14 | A. That's the term that Dixon often uses. |
| 784 15 | BY MS. ELIZABETH: |
| 784 16 | Q. So it says here on this page: "A |
| 784 17 | one-sided Dixon test is used to determine if any |
| 784 18 | subject's value is aberrantly large," and it has a |
| 784 19 | calculation there. |
| 784 20 | Is that the calculation you were |
| 784 21 | describing? |
| 784 22 | MR. BUCHANAN: Objection to form. |
| 784 23 | BY THE WITNESS: |
| 784 24 | A. Yes, it is. |
| 784 25 | BY MS. ELIZABETH: |
| 785 1 | Q. So after this calculation run, what |

785 2      happen -- is run, what happens next?
785 3      A.   If one subject fails, and by failing I
785 4      mean the range of their response is -- the range of
785 5      their responses results in the R value being above
785 6      477, they would fail at that particular frequency.  If
785 7      that subject fails at more than one frequency, our
785 8      policy would be to retest that person initially.
785 9      Q.   If the person does not fail at more than
785 10     one frequency, what happens then?
785 11     A.   I would do -- I would do the mean value
785 12     test.
785 13     Q.   Okay.  And that's the next step in the
785 14     Dixon Outlier Test, is that right?
785 15     A.   That's the next -- that's correct, the
785 16     next step.
785 17     Q.   Okay.  So before we get to the next
785 18     step --
785 19     A.   Okay.
785 20     Q.   -- if a subject fails according to this
785 21     calculation at two or more frequencies, then what
785 22     happens?
785 23     A.   Initially the person who fails is
785 24     retested.
785 25     Q.   And when you say "retested," what do you
786 1      mean?
786 2      A.   The person would come back to the lab and
786 3      we -- we would repeat the test of the hearing
786 4      protector, full test, three repetitions, and the data
786 5      achieved on that date would be considered their
retest
786 6      data.  Those data would replace their original data.
786 7      Q.   What happens if the subject fails a second
786 8      time?
786 9      MR. BUCHANAN:  Objection to form.
786 10     BY THE WITNESS:
786 11     A.   If the same subject fails a second time,
786 12     he or she is replaced with another subject.
786 13     BY MS. ELIZABETH:
786 14     Q.   And this is all under the range portion of

786 15    the Dixon Outlier Test?
786 16    A.   Yes.
786 17    Q.   All right.  Let's move to the mean value
786 18    test under the Dixon Outlier Test.
786 19    Can you briefly describe how that works?
786 20    A.   Yes.  Again, after all ten --
786 21    MR. BUCHANAN:  Objection; form, foundation.
786 22    THE WITNESS:  Sorry.
786 23    BY THE WITNESS:
786 24    A.   Again, after all ten people are tested,
786 25    the -- the mean values, the average values of their
787 1     attenuation or protection are sorted by frequency.
787 2     And in this case a two-sided test is done to look at
787 3     aberrant values either lower than everyone else or
787 4     higher than everyone else.  The -- once the --
787 5     BY MS. ELIZABETH:
787 6     Q.   One second.
787 7     A.   I'm sorry.
787 8     Q.   So -- so when you say "a two-sided Dixon
787 9     test," is this the calculation that's set forth under
787 10    the mean value test of the Dixon Outlier Test on
787 11    Bates 14631?
787 12    MR. BUCHANAN:  Objection; form.
787 13    BY THE WITNESS:
787 14    A.   Yes, it's detailed under the heading B2.
787 15    BY MS. ELIZABETH:
787 16    Q.   And if a subject fails this test, what
787 17    happens?
787 18    MR. BUCHANAN:  Objection to form,
foundation.
787 19    BY THE WITNESS:
787 20    A.   Again, if -- if a subject fails this test
787 21    at two or more frequencies, that person is retested.
787 22    BY MS. ELIZABETH:
787 23    Q.   What happens if the person does not fail
787 24    at two or more frequencies?
787 25    A.   Then the -- their original data are kept.
788 1     Q.   And I believe you said if the person fails
788 2     at two or more frequencies, they are retested.  Is

788 3      that what you said?
788 4      A.   Yes, they are retested.
788 5      Q.   And if they fail another time after being
788 6      retest -- tested, what happens?
788 7      A.   If they fail the mean value test a second
788 8      time, they can be replaced in this test unless a
788 9      subject has already been replaced.  In -- in the case
788 10     that one subject has been replaced, then no further
788 11     testing is conducted.
788 12     Q.   Mr. Kieper, are you permitted to
788 13     independently determine whether to retest or replace a
788 14     test subject after a REAT labeling test is conducted?
788 15     MR. BUCHANAN:  Objection to form.
788 16     BY THE WITNESS:
788 17     A.   No, I'm not.
788 18     BY MS. ELIZABETH:
788 19     Q.   Can you explain to the jury how using an
788 20     objective test like the Dixon Outlier Test helps
788 21     remove subjectivity from the E-A-RCAL Lab's testing
788 22     process?
788 23     MR. BUCHANAN:  Objection to the leading.
788 24     BY THE WITNESS:
788 25     A.   Because it's a statistical test and the
789 1      experimenter has no effect on the calculations, the --
789 2      it is a -- to me it seems like a good tool to use to
789 3      identify the subject -- a subject who is aberrant in a
789 4      given test.
789 5      BY MS. ELIZABETH:
789 6      Q.   Did you replace any subjects using the
789 7      Dixon Outlier Test on the 213016 REAT labeling test
789 8      that you performed on the Combat Arms Version 2 plug?
789 9      A.   No, I don't believe we did.
789 10     Q.   Did you replace any subjects using the

| | |
|---|---|
| 789 11 | Dixon Outlier Test on the 213017 REAT labeling |
| test | |
| 789 12 | that you performed on the Combat Arms Version 2 |
| plug? | |
| 789 13 | A. Yes, we had one replacement. |
| 789 14 | Q. Well, let's look at 213017. |
| 789 15 | A. Excuse me. I misspoke. |
| 789 16 | Q. Okay. |
| 789 17 | A. We didn't have a replacement. One subject |
| 789 18 | failed the Extreme Range Test. He was retested. |
| 789 19 | Q. Okay. So let me ask that again. |
| 789 20 | A. Okay. |
| 789 21 | Q. Did you replace any subjects using the |
| 789 22 | Dixon Outlier Test on the 213017 REAT labeling |
| test | |
| 789 23 | that you performed on the Combat Arms Version 2 |
| plug? | |
| 789 24 | A. No, we did not. |
| 789 25 | Q. You were asked previously about 3M's |
| 790 1 | change of reporting structure between Elliott |
| Berger | |
| 790 2 | and Brian Myers because of a potential conflict of |
| 790 3 | interest noted by NVLAP. |
| 790 4 | Do you remember that discussion with |
| 790 5 | Plaintiffs' counsel? |
| 790 6 | A. Yes, I remember the discussion. |
| 790 7 | Q. I want to direct your attention to |
| 790 8 | Exhibit 20, which has been previously marked. |
| 790 9 | A. I have Exhibit 20. |
| 790 10 | Q. And it's titled: "Annotations from E-A-R |
| 790 11 | checklist with assessment annotations.pdf." |
| 790 12 | Do you see that? |
| 790 13 | A. Yes, I see that. |
| 790 14 | Q. Were you familiar -- or had you seen this |
| 790 15 | document before your deposition today or |
| yesterday? | |
| 790 16 | A. I don't recall seeing this document before |
| 790 17 | that. |
| 790 18 | Q. Okay. Do you know whether you authored |

790 19    this document?
790 20    A.  I did not author this document.
790 21    Q.  Okay.  And do you even recognize what this
790 22    document is?
790 23    A.  As the title indicates, it's the checklist
790 24    by the auditor Mr. Jeff G. Schmitt who audited the
lab
790 25    in it looks like June of 2001.
791 1    Q.  Okay.  You were asked to read the first
791 2    sentence of the first paragraph on this document:
791 3    "Annotation 1:  Label:  Jeff G. Schmitt;  Date:
791 4    6/13/2001 6:20:29 a.m."
791 5    Do you remember that?
791 6    A.  Yes.
791 7    MR. BUCHANAN:  Objection.  Objection; form.
791 8    BY THE WITNESS:
791 9    A.  Yes, I remember.
791 10    BY MS. ELIZABETH:
791 11    Q.  Okay.  And that says:  "The org chart of
791 12    12/01/2000 shows the lab director reporting
through a
791 13    marketing manager.  While this is acceptable on a
791 14    business management basis, this creates a potential
791 15    for a conflict of interest at the laboratory testing
791 16    level."
791 17    Do you see that?
791 18    A.  I see that.
791 19    Q.  Could you please read for the jury the
791 20    remaining sentences in that paragraph?
791 21    A.  "Laboratory management indicates that no
791 22    such conflicts have been experiences," I believe
that
791 23    should be experienced, "in the past and that it has
791 24    access to upper management levels should such
791 25    conflicts arise in the future.  It is recommended
that
792 1    this be clarified in the quality manual."
792 2    Q.  Do you have any knowledge of a conflict of
792 3    interest in the E-A-RCAL Lab at the time you

worked

| | | | | |
|---|---|---|---|---|
| 792 4        there? | | | | |
| 792 5        MR. BUCHANAN:  Objection to form. | | | | |
| 792 6        BY THE WITNESS: | | | | |
| 792 7        A.  I'm not aware of any, no. | | | | |
| **807:14 - 807:17    Kieper, Ronald 12-20-2019** | Re: [807:14-807:17] | Re: [807:14-807:17] | | |
| 807 14        Q.   In the 1999 to 2000 time -- timeframe, how | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | | |
| 807 15        would you go about selecting a particular subject on | | | | |
| 807 16        your test panel to participate in an ANSI S3.19 REAT | | | | |
| 807 17        test? | | | | |
| **807:20 - 807:22    Kieper, Ronald 12-20-2019** | Re: [807:20-807:22] | Re: [807:20-807:22] | | |
| 807 20        A.   I would use -- I would randomly call | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | | |
| 807 21        people who were qualified test subjects and ask them | | | | |
| 807 22        if they were available to come in and do a test. | | | | |
| **807:24 - 808:1    Kieper, Ronald 12-20-2019** | Re: [807:24-808:1] | Re: [807:24-808:1] | | |
| 807 24        Q.   Would you call certain people on the test | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | | |
| 807 25        panel to test certain hearing protection products in | | | | |
| 808 1        the 1999 to 2000 timeframe? | | | | |
| **808:4 - 808:7    Kieper, Ronald 12-20-2019** | Re: [808:4-808:7] | Re: [808:4-808:7] | | |
| 808 4        A.   No.  The -- the -- the people that I would | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification **SUSTAINED** | | |
| 808 5        call would be random.  I would -- I would just call | | | | |
| 808 6        anyone on the test panel list who had been qualified | | | | |
| 808 7        to the S3.19 standard. | | | | |
| **809:9 - 810:22    Kieper, Ronald 12-20-2019** | Re: [809:9-810:22] | Re: [809:9-810:22] | | |
| 809 9        "testing people with your products who are A | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification | | |
| 809 10        students." | | | | |
| 809 11        Do you remember that? | | | | |
| 809 12        A.   Yes, I do. | | | | |
| 809 13        Q.   How would you, Mr. Kieper, characterize | | | | |

| | | |
|---|---|---|
| 809 14 | Aearo's product specific panels? | SUSTAINED |
| 809 15 | A.   The product -- the people on the product | |
| 809 16 | specific panels showed by their test results that they | |
| 809 17 | were able to be consistent in the protection levels | |
| 809 18 | that they would achieve wearing that designated type | |
| 809 19 | of hearing protector. | |
| 809 20 | Q.   And, again, why is consistency important? | |
| 809 21 | MR. BUCHANAN:  Objection to form. | |
| 809 22 | BY THE WITNESS: | |
| 809 23 | A.   Consistency is important in my mind for | |
| 809 24 | being able to reproduce similar results over a period | |
| 809 25 | of time. | |
| 810 1 | BY MS. ELIZABETH: | |
| 810 2 | Q.   And just so that we're clear, at the time | |
| 810 3 | that you were testing the Combat Arms Earplug | |
| 810 4 | Version 2, the REAT labeling test under ANSI S3.19, | |
| 810 5 | did Aearo or the E-A-RCAL Lab organize its test | |
| 810 6 | subjects into those four product specific panels that | |
| 810 7 | we were discussing? | |
| 810 8 | A.   No.  That was done -- | |
| 810 9 | MR. BUCHANAN:  Objection to form. | |
| 810 10 | THE WITNESS:  Sorry. | |
| 810 11 | BY THE WITNESS: | |
| 810 12 | A.   No.  The four panels were organized at | |
| 810 13 | some point in the 2000s, but it was after the testing | |
| 810 14 | that was done on the Combat Arms Earplug. | |
| 810 15 | BY MS. ELIZABETH: | |
| 810 16 | Q.   And as you've testified, at the time that | |
| 810 17 | you were testing the Combat Arms Earplug Version 2, | |
| 810 18 | Aearo selected its test subjects randomly from its | |
| 810 19 | test panel, isn't that right? | |
| 810 20 | MR. BUCHANAN:  Objection to form and leading. | |
| 810 21 | BY THE WITNESS: | |

| | | | |
|---|---|---|---|
| 810 22    A.   That's correct. | | | |
| **811:12 - 813:19   Kieper, Ronald 12-20-2019** | **Re: [811:12-813:19]** | **Re: [811:12-813:19]** | |
| 811 12    Q.   In your view is whether Aearo or the | Plt Objection - beyond the | Plt Objection - | |
| 811 13    E-A-RCAL Lab, whether their organization of its test | scope of clarification | beyond the scope of | |
| 811 14    subjects into product specific panels at all relevant | | clarification | |
| 811 15    to your testing of the Combat Arms Earplug Version 2? | | **SUSTAINED** | |
| 811 16    MR. BUCHANAN:  Objection to form. | | | |
| 811 17    BY THE WITNESS: | | | |
| 811 18    A.   No. | | | |
| 811 19    BY MS. ELIZABETH: | | | |
| 811 20    Q.   Why not? | | | |
| 811 21    A.   Because we used -- we randomly selected | | | |
| 811 22    subjects -- or I randomly called subjects to ask when | | | |
| 811 23    they were available.  I didn't target any one or group | | | |
| 811 24    of people for these labeling tests. | | | |
| 811 25    Q.   Plaintiffs' counsel have also suggested | | | |
| 812 1    that because some of the members of your test panel | | | |
| 812 2    were employees of the company or affiliated with | | | |
| 812 3    employees of the company that that somehow would bias | | | |
| 812 4    your results. | | | |
| 812 5    Do you remember those discussions? | | | |
| 812 6    MR. BUCHANAN:  Objection to form. | | | |
| 812 7    BY THE WITNESS: | | | |
| 812 8    A.   Yes, I do. | | | |
| 812 9    BY MS. ELIZABETH: | | | |
| 812 10    Q.   Do you believe that using employees or | | | |
| 812 11    people affiliated with employees as test subjects | | | |
| 812 12    biased the results of the testing that you conducted | | | |
| 812 13    in the E-A-RCAL Lab? | | | |
| 812 14    MR. BUCHANAN:  Objection to form, foundation. | | | |
| 812 15    BY THE WITNESS: | | | |
| 812 16    A.   No, I don't believe that. | | | |

812 17      BY MS. ELIZABETH:
812 18      Q.   Why not?
812 19      A.   Because I don't know how a person would
812 20      cheat the test, if you will.  First of all, they are
812 21      trained -- they are all trained the same way to
812 22      respond to the test tones at the earliest time that
812 23      they can detect the tones, and they would do that
both
812 24      in the open condition and in the protected
condition,
812 25      and I don't -- like I said, I don't know how a person
813 1      would cheat the test to try to make the results
813 2      different.
813 3      Q.   Did you ever have any concern that any of
813 4      your test subjects in your REAT testing at the
813 5      E-A-RCAL Lab were purposefully trying to
manipulate
813 6      the test to increase NRR results?
813 7      A.   No, I have no i- -- no reason to believe
813 8      that.
813 9      MR. BUCHANAN:  Objection to form.
813 10      BY MS. ELIZABETH:
813 11      Q.   Other than employees or people affiliated
813 12      with employees, did the E-A-RCAL Lab ever draw
test
813 13      subjects from any other source?
813 14      A.   We obtained test subjects through
813 15      newspaper ads and -- and putting fliers up at
schools
813 16      and universities, and we always asked current test
813 17      subjects if they knew friends or relatives that
would
813 18      be interested in earning a little extra money as a
813 19      test subject.

| 817:2 - 833:9 | Kieper, Ronald 12-20-2019 | Re: [817:2-833:9] | Re: [817:2-833:9] | |
|---|---|---|---|---|
| 817 2 | Q.   Do you know what testing the military | Plt Objection - beyond the | Plt Objection - | |
| 817 3 | required Aearo to provide with respect to Combat Arms | scope of clarification | beyond the scope of | |
| 817 4 | Earplug Version 2? | | | |

| | | | | |
|---|---|---|---|---|
| 817 5 | A.   No. | | clarification | |
| 817 6 | Q.   I want to direct your attention to | | **SUSTAINED** | |
| 817 7 | Exhibit 54, which has been previously marked. | | | |
| 817 8 | A.   Yes, I have that. | | | |
| 817 9 | Q.   So Plaintiffs' counsel asked you multiple | | | |
| 817 10 | questions about this test. | | | |
| 817 11 | Can you tell the jury what this test is, | | | |
| 817 12 | again, just to refamiliarize yourself? | | | |
| 817 13 | A.   Yes.  This is an S12.6-1997 test of Method | | | |
| 817 14 | B subject fit test of the so-called ARC plug solid -- | | | |
| 817 15 | the solid end of the Combat Arms Earplug. | | | |
| 817 16 | Q.   What was the purpose of conducted -- | | | |
| 817 17 | conducting this Method B test under the ANSI Standard | | | |
| 817 18 | S12.6? | | | |
| 817 19 | MR. BUCHANAN:  Objection to form and foundation. | | | |
| 817 20 | BY THE WITNESS: | | | |
| 817 21 | A.   The purpose is to evaluate or understand | | | |
| 817 22 | how much protection an inexperienced test subject | | | |
| 817 23 | would obtain wearing this hearing protector. | | | |
| 817 24 | BY MS. ELIZABETH: | | | |
| 817 25 | Q.   Was this test conducted for the purposes | | | |
| 818 1 | of labeling the Combat Arms Version 2 plug? | | | |
| 818 2 | MR. BUCHANAN:  Objection to form, foundation. | | | |
| 818 3 | BY THE WITNESS: | | | |
| 818 4 | A.   No.  No, it was not. | | | |
| 818 5 | BY MS. ELIZABETH: | | | |
| 818 6 | Q.   Plaintiffs' counsel asked you about this | | | |
| 818 7 | NRR(SF) of 4.4.  Do you see that there? | | | |
| 818 8 | A.   Yes. | | | |
| 818 9 | Q.   Okay.  Can you explain why you might see a | | | |
| 818 10 | difference in NRR(S -- between NRR(SF) ratings in | | | |
| 818 11 | Method B tests when you compare them with NRR ratings | | | |
| 818 12 | from tests conducted under ANSI S3.19 | | | |
| 818 13 | Experimenter-Fit? | | | |
| 818 14 | MR. BUCHANAN:  Objection; form, foundation, | | | |

and
818 15      calling for undisclosed expert testimony.
818 16      BY THE WITNESS:
818 17      A.   Yes.  The Method B subject fit protocol
818 18      utilizes inex- -- relatively inexperienced, and by
818 19      that I mean the people can only have worn hearing
818 20      protectors a limited number of times, and so they
are
818 21      inexperienced in wearing hearing protectors, and
from
818 22      my experience they do not fit the plugs as deeply
in
818 23      their ears as I as an experimenter would testing
under
818 24      S3.19.  And this would give them -- tend to give
them
818 25       both lower values and possibly more variation
between
819 1      and among subjects than is typically seen in an
S3.19
819 2      test.
819 3      MS. ELIZABETH:  Would you mark that, please.
819 4      (WHEREUPON, a certain document was
819 5      marked Ron Kieper Deposition Exhibit
819 6      No. 84, for identification, as of
819 7      12/20/2019.)
819 8      MS. ELIZABETH:  Is this Exhibit 84?
819 9      THE COURT REPORTER:  Yes, it is.
819 10       BY MS. ELIZABETH:
819 11      Q.   The Court Reporter has just handed you a
819 12      document that's been marked Exhibit 84.
819 13      Do you have that?
819 14      A.   Yes, I do.
819 15      Q.   Do you recognize this document?
819 16      A.   Yes.
819 17      Q.   What is it?
819 18      A.   It is -- excuse me.
819 19      This is the results of my testing eight
819 20      people on the UltraFit end or the green end of the

819 21    Combat Arms Earplug.
819 22    Q.   Do you have a specific recollection of
819 23    conducting this REAT test labeled Test ID
213015?
819 24    MR. BUCHANAN:  Objection to form.
819 25    BY THE WITNESS:
820 1    A.   No, I don't.
820 2    BY MS. ELIZABETH:
820 3    Q.   You were previously asked several times
820 4    about the NRR rating for test 213015.
820 5    Do you remember generally that discussion
820 6    from Plaintiffs' counsel?
820 7    A.   Yes.
820 8    Q.   Okay.  And in the -- on the first page of
820 9    this document, below the chart it has an NRR 2 SD
of
820 10    10.9.
820 11    Do you see that?
820 12    A.   Yes.
820 13    Q.   And that was referred to as an NRR of 11
820 14    in your previous discussions with Plaintiffs'
counsel.
820 15    Do you remember that?
820 16    A.   Yes.
820 17    Q.   Can there be an NRR for a test that does
820 18    not include at least ten subjects?
820 19    MR. BUCHANAN:  Objection to the leading.
820 20    BY THE WITNESS:
820 21    A.   No.  The S3.19 standard which we use for
820 22    labeling testing requires at least ten subjects.
820 23    BY MS. ELIZABETH:
820 24    Q.   So what is this NRR 2 SD equals 10.9
820 25    that's found on Test ID 213015?
821 1    A.   I would characterize it as an estimate of
821 2    what the NRR could be.
821 3    MR. BUCHANAN:  Belated objection to form and
821 4    foundation.
821 5    BY MS. ELIZABETH:
821 6    Q.   And just remind us what NRR stands for

| | | | |
|---|---|---|---|
| 821 7    again? | | | |
| 821 8    A.   Noise reduction rating. | | | |
| 821 9    Q.   So when Plaintiffs' counsel asked you | | | |
| 821 10    whether the NRR on test 017, which has been marked as | | | |
| 821 11    Exhibit 83 and is an NRR of 22, was twice as high as | | | |
| 821 12    the NRR -- the estimated NRR that's on Test ID 213015, | | | |
| 821 13    is that a true statement, that the NRR on test 17 is | | | |
| 821 14    twice as high as the NRR on test 15? | | | |
| 821 15    MR. BUCHANAN:  Objection to the prefatory | | | |
| 821 16    comment, foundation and form. | | | |
| 821 17    BY THE WITNESS: | | | |
| 821 18    A.   No, again, because the noise reduction | | | |
| 821 19    rating shown in test 213015 after eight subjects were | | | |
| 821 20    tested is an estimate of what the NRR could be if ten | | | |
| 821 21    subjects were tested. | | | |
| 821 22    BY MS. ELIZABETH: | | | |
| 821 23    Q.   And when Plaintiffs' counsel asked you | | | |
| 821 24    whether the NRR on test 15 was half of the NRR of -- | | | |
| 821 25    on test 017, is that true? | | | |
| 822 1    MR. BUCHANAN:  Objection to form. | | | |
| 822 2    BY THE WITNESS: | | | |
| 822 3    A.   I don't feel it's true. | | | |
| 822 4    BY MS. ELIZABETH: | | | |
| 822 5    Q.   Why not? | | | |
| 822 6    A.   Again, because it's -- it's an estimate. | | | |
| 822 7    It's not a final noise reduction rating because only | | | |
| 822 8    eight people were tested. | | | |
| 822 9    Q.   Okay.  I want to direct your attention to | | | |
| 822 10    Plaintiffs' Demonstrative Exhibit 45 in your stack. | | | |
| 822 11    MS. ELIZABETH:  Can I have the Elmo, please. | | | |
| 822 12    MR. BUCHANAN:  Thank you. | | | |
| 822 13    BY THE WITNESS: | | | |
| 822 14    A.   I have that. | | | |

822 15     BY MS. ELIZABETH:
822 16     Q.   Okay.  Do you remember that Plaintiffs'
822 17     counsel showed you Demonstrative Exhibit 45 and made
822 18     some markings on it?
822 19     A.   Yes.
822 20     Q.   Okay.  So let's take a look at the closed
822 21     end tests that are listed here on Exhibit 45.
822 22     So we have the 213017 test.
822 23     Do you see that?
822 24     A.   Yes.
822 25     Q.   And what was the NRR for that test?
823 1      A.   It calculated to a 22.
823 2      Q.   If you look at Test ID 215508, do you see
823 3      that?
823 4      A.   Yes.
823 5      Q.   Is that an open or closed end test?
823 6      A.   That's a closed end test.
823 7      Q.   Under ANSI S3.19, was this test a REAT
823 8      labeling test with a completed NRR?
823 9      MR. BUCHANAN:  Objection to form.
823 10     BY THE WITNESS:
823 11     A.   No, it was not.
823 12     BY MS. ELIZABETH:
823 13     Q.   So we have test 215508 that is not a REAT
823 14     test with an NRR.  If you go down to --
823 15     MR. BUCHANAN:  Objection to the leading or the
823 16     comment.  That's not a question.
823 17     BY MS. ELIZABETH:
823 18     Q.   If you go down to Test ID 215512, do you
823 19     see that?
823 20     A.   Yes.
823 21     Q.   Is that an open or closed end test?
823 22     A.   It's a closed end test.
823 23     Q.   Okay.  And is Test ID 215512 an ANSI S3.19
823 24     REAT labeling test with a completed NRR?
823 25     A.   No, it is not.
824 1      Q.   So test 215512 is not a REAT test with an

824 2      NRR, correct, with a --
824 3      MR. BUCHANAN:  Objection.
824 4      BY MS. ELIZABETH:
824 5      Q.   -- completed NRR, correct?
824 6      MR. BUCHANAN:  Objection to form.
824 7      BY THE WITNESS:
824 8      A.   That's correct.
824 9      BY MS. ELIZABETH:
824 10     Q.   If you scroll down to Test ID 215516, do
824 11     you see that?
824 12     A.   Yes.
824 13     Q.   And is that an open or closed end test of
824 14     the Combat Arms Version 2?
824 15     A.   That's a closed end test.
824 16     Q.   Is Test ID 215516 an ANSI S3.19 REAT
824 17     labeling test with a completed NRR?
824 18     A.   It is not.
824 19     Q.   So is it your testimony, Mr. Kieper, that
824 20     Test ID 215516 is not a REAT test with a
completed
824 21     NRR?
824 22     MR. BUCHANAN:  Objection to the leading,
form.
824 23     BY THE WITNESS:
824 24     A.   Yes.
824 25     BY MS. ELIZABETH:
825 1      Q.   Do you know what these tests without
825 2      completed NRRs would have been conducted for?
825 3      MR. BUCHANAN:  Objection to form.
825 4      BY THE WITNESS:
825 5      A.   They could have been conducted for a
825 6      number of reasons.  Research and development.
They
825 7      may have been coupled with other devices that
were
825 8      tested at the same time for comparison purposes.
825 9      There may be other reasons that don't come to my
mind
825 10      at this time.

825 11     BY MS. ELIZABETH:
825 12     Q.   Even though this column here on Exhibit 45
825 13     says NRR at the top, do you consider this 14.8 that
825 14     Plaintiffs' counsel wrote on test 215508 an NRR?
825 15     MR. BUCHANAN:  Objection to form and
leading.
825 16     BY THE WITNESS:
825 17     A.   No, I don't.
825 18     BY MS. ELIZABETH:
825 19     Q.   Do you consider this 15.9 on the Test ID
825 20     215512 an NRR?
825 21     MR. BUCHANAN:  Objection to form.
825 22     BY THE WITNESS:
825 23     A.   I do not.
825 24     BY MS. ELIZABETH:
825 25     Q.   Do you consider the 14 here under test
826 1      215516 an NRR?
826 2      MR. BUCHANAN:  Objection to form.
826 3      BY THE WITNESS:
826 4      A.   No.
826 5      MS. ELIZABETH:  I'll mark this as Defendant's
826 6      Demonstrative Exhibit 1.
826 7      (WHEREUPON, a certain document was
826 8      marked Defendant's Demonstrative
826 9      Deposition Exhibit No. 1, for
826 10     identification, as of 12/20/2019.)
826 11     BY MS. ELIZABETH:
826 12     Q.   I want to refer you back to Exhibit 26, if
826 13     you can find it.
826 14     A.   I have that.
826 15     Q.   Okay.  Do you recognize Exhibit 26 that's
826 16     been previously marked?
826 17     A.   Yes, I do.
826 18     Q.   And what is it?
826 19     A.   This is a technical report that Mr. Berger
826 20     and I coauthored as the title indicates on the
826 21     development of the Combat Ear -- Combat Arms
Earplug
826 22     Version 1 through Version 4.

826 23    Q.   Okay.  I want to direct your attention to
826 24      the chart, the listing of REAT tests of Combat
Arms
826 25      Versions 1 through 4, if you could find that.  I
827 1    believe it is on Bates MDL 259907.
827 2    Do you see that?
827 3    A.   Yes, I see that.
827 4    Q.   Okay.  So I'm going to use this version
827 5    now.  Plaintiffs' counsel asked you about the open
827 6    tests that were conducted and listed in this
827 7    exhibit as well.
827 8    Do you remember that?
827 9    A.   Yes.
827 10    Q.   Okay.  And the first open test that you
827 11    discussed is 213016 which is the -- well, what is
that
827 12    test?
827 13    A.   That was the labeling test of the open
827 14    end, the yellow end of the Combat Arms Earplug.
827 15    Q.   So I'm going to skip down and there is an
827 16    open test that's labeled test 215507.
827 17    Do you see that?
827 18    A.   Yes.
827 19    Q.   Do you consider the 4 that's listed under
827 20    the Test ID 215507 to be an ANSI S3.19 NRR?
827 21    MR. BUCHANAN:  Objection to form.
827 22    BY THE WITNESS:
827 23    A.   No, I don't.
827 24    BY MS. ELIZABETH:
827 25    Q.   Why not?
828 1    A.   Well, because there were only five
828 2    subjects tested, so that would preclude it being
828 3    considered a labeling test because the S3.19
standard
828 4    requires at least ten subjects to be tested.
828 5    Q.   Skipping down to Test ID 215511, do you
828 6    see that?
828 7    A.   Yes.
828 8    Q.   Is that an open or a closed end test?

| | |
|---|---|
| 828 9 | A.  It's an open end test. |
| 828 10 | Q.  Do you consider the -- do you consider the |
| 828 11 | 6 listed here to be an ANSI S3.19 NRR? |
| 828 12 | A.  No, I don't. |
| 828 13 | Q.  Why not? |
| 828 14 | A.  For the same reason.  There were only five |
| 828 15 | people tested. |
| 828 16 | Q.  And then skipping down to Test ID 215515, |
| 828 17 | do you see that? |
| 828 18 | A.  Yes. |
| 828 19 | Q.  Is that an open or closed test? |
| 828 20 | A.  That's an open end test. |
| 828 21 | Q.  Okay.  Do you consider the 5 listed here |
| 828 22 | to be an ANSI S3.19 NRR? |
| 828 23 | MR. BUCHANAN:  Objection to form. |
| 828 24 | BY THE WITNESS: |
| 828 25 | A.  No, I don't. |
| 829 1 | BY MS. ELIZABETH: |
| 829 2 | Q.  Why not? |
| 829 3 | A.  Because only five people were tested. |
| 829 4 | Q.  Plaintiffs' counsel also talked to you |
| 829 5 | about the open tests in this chart that did have ten |
| 829 6 | subjects tested. |
| 829 7 | Do you remember that? |
| 829 8 | A.  Yes. |
| 829 9 | Q.  So the first test that had ten subjects |
| 829 10 | was the REAT labeling test that we've discussed |
| 829 11 | 213016. |
| 829 12 | Is that your understanding? |
| 829 13 | A.  Yes. |
| 829 14 | Q.  So the second test that has ten subjects |
| 829 15 | in the open condition is which test? |
| 829 16 | A.  The ID is 215009. |
| 829 17 | Q.  And how would you -- strike that. |
| 829 18 | How would you compare test two -- the NRR |
| 829 19 | result from test 215009 to that of test 213016? |
| 829 20 | MR. BUCHANAN:  Objection to form. |
| 829 21 | BY THE WITNESS: |
| 829 22 | A.  The NRRs computed are -- are very close. |

829 23      They are within one dB of each other.
829 24       BY MS. ELIZABETH:
829 25       Q.   And how many years after 21301 -- the
830 1      213016 test was conducted was the 215009 test
830 2      conducted?
830 3      A.   It was completed about approximately
830 4      four-and-a-half years later.
830 5      Q.   And then there is a third ten-subject open
830 6      test.
830 7      Do you see that?
830 8      A.   Yes, I do.
830 9      Q.   What's the Test ID for that test?
830 10      A.   That was 215012.
830 11      Q.   And that had an NRR of 5.
830 12      Do you see that?
830 13      A.   Yes.
830 14      Q.   Okay.  When was that test completed?
830 15      A.   It was completed in April of 2006.
830 16      Q.   Okay.  I want to direct your attention to
830 17      same document but to Bates MDL 259910.
830 18      A.   I see that.
830 19      Q.   Can you -- can you tell the jury what this
830 20      page generally describes?
830 21       MR. BUCHANAN:  Objection to form and
foundation.
830 22       BY THE WITNESS:
830 23      A.   This document appears to discuss the three
830 24      real-ear tests of the yellow end, the open end of the
830 25      Combat Arms, the three occasions on which the --
this
831 1      device was tested on ten people.
831 2      BY MS. ELIZABETH:
831 3      Q.   And is that what we discussed just a
831 4      minute ago, the 0 NRR, another 0 NRR four years
later,
831 5      and a 5 NRR two years after that?
831 6      A.   Yes.
831 7      Q.   Were you involved in the decision to keep
831 8      the labeling for the Combat Arms Version 2 plug

for
831 9      the yellow end at an NRR of 0?
831 10     A.   No.
831 11     Q.   During Plaintiffs' counsel's questioning
831 12     of you, they brought up Exhibit 30.  Can you find
that
831 13     exhibit that's been previously marked?
831 14     A.   Yes, Exhibit 30.
831 15     Q.   Had you seen this exhibit before
831 16     Plaintiffs' counsel showed it to you?
831 17     A.   No, I don't recall seeing this before
831 18     that.
831 19     Q.   Are you the chair on this calendar invite
831 20     of Exhibit 30?
831 21     A.   I am not.
831 22     Q.   Are you one of the invitees on this
831 23     calendar invite that is labeled Exhibit 30?
831 24     A.   No.
831 25     Q.   You may recall that Plaintiffs' counsel
832 1      pointed to the section under No. 3,
832 2      Testing/Labeling/Reporting.
832 3      Do you remember that?
832 4      A.   Yes.
832 5      Q.   And specifically he pointed out the
832 6      language which says:  "Who does what and how do
we
832 7      protect our current NRRs?"
832 8      Do you remember that?
832 9      A.   Yes.
832 10     Q.   Mr. Kieper, did you ever have any
832 11     discussions with anyone about how to "protect our
832 12     current NRRs"?
832 13     A.   No, I did not.
832 14     Q.   Do you even have an understanding of what
832 15     that means?
832 16     A.   No.
832 17     Q.   I want to quickly go back to -- we were
832 18     talking about test 213015 which is Exhibit 84.
832 19     Do you have that?

| | | |
|---|---|---|
| 832 20  A.  I believe I do.<br>832 21  MR. BUCHANAN:  Which study was that,<br>Counsel?<br>832 22  MS. ELIZABETH:  213015, Exhibit 84.<br>832 23  BY THE WITNESS:<br>832 24  A.  Yes, I have it.<br>832 25  BY MS. ELIZABETH:<br>833 1  Q.  And Plaintiffs' counsel asked you about<br>833 2  this test multiple times during their questioning of<br>833 3  you, correct?<br>833 4  A.  Yes.<br>833 5  Q.  And you discussed the reasons why you<br>833 6  stopped the labeling test after eight subjects?<br>833 7  MR. BUCHANAN:  Objection to form.<br>833 8  BY THE WITNESS:<br>833 9  A.  Yes. | | |
| **833:11 - 833:14   Kieper, Ronald 12-20-2019**<br>833 11  Q.  From your perspective, was there anything<br>833 12  unusual about the decision to stop the 213015 test<br>833 13  after eight subjects?<br>833 14  A.  No. | **Re: [833:11-833:14]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [833:11-<br>833:14]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **834:8 - 834:10    Kieper, Ronald 12-20-2019**<br>834 8  BY MS. ELIZABETH:<br>834 9  Q.  In your view, were you permitted to stop<br>834 10  labeling tests under the ANSI S3.19 standard? | **Re: [834:8-834:10]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [834:8-<br>834:10]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **834:13 - 834:15   Kieper, Ronald 12-20-2019**<br>834 13  A.  I -- I don't know why -- I don't know of<br>834 14  any reason dictated in the ANSI standard that<br>would<br>834 15  prevent someone from stopping a test. | **Re: [834:13-834:15]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [834:13-<br>834:15]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **834:24 - 835:1    Kieper, Ronald 12-20-2019**<br>834 24  Q.  While working for the E-A-RCAL Lab, did | **Re: [834:24-835:1]**<br>Plt Objection - beyond the | Re: [834:24-<br>835:1] |

| | | | |
|---|---|---|---|
| 834 25<br>835 1 | you ever stop a test for the purpose of "tricking the<br>system" as Plaintiffs' counsel suggested? | scope of clarification | Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **835:5 - 835:10   Kieper, Ronald 12-20-2019**<br>835 5   A.   No, I did not.<br>835 6   BY MS. ELIZABETH:<br>835 7   Q.   While working for the E-A-RCAL Lab, did<br>835 8   you ever try to boost the NRR for the CAE v2 in<br>order<br>835 9   to help the company sell more plugs?<br>835 10   A.   No, I did not. | | **Re: [835:5-835:10]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [835:5-<br>835:10]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **835:13 - 835:21   Kieper, Ronald 12-20-2019**<br>835 13   Q.   Do you remember when Plaintiffs' counsel<br>835 14   put in front of you a series of HPDA test reports?<br>835 15   A.   Yes.<br>835 16   Q.   And he showed you that some of those tests<br>835 17   had been stopped before getting to ten subjects.<br>835 18   Do you remember that?<br>835 19   A.   Yes.<br>835 20   Q.   Would all of those tests have been REAT<br>835 21   ANSI S3.19 labeling tests? | | **Re: [835:13-835:25]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [835:13-<br>835:25]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **835:24 - 835:25   Kieper, Ronald 12-20-2019**<br>835 24   A.   I'd have to look at them again, but that's<br>835 25   not my recollection. | | **Re: [835:13-835:25]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [835:13-<br>835:25]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |
| **840:17 - 841:2   Kieper, Ronald 12-20-2019**<br>840 17   Were the same test subjects used in 213017<br>840 18   that were used in 213015?<br>840 19   A.   Some were the same and some were<br>840 20   different.<br>840 21   Q.   Why is it that you did not use all of the<br>840 22   same subjects in 213017 that you did in 213015?<br>840 23   A.   I don't recall specifically.  Probably<br>840 24   the -- the subjects tested in 213015 may not have | | **Re: [840:17-841:2]**<br>Plt Objection - beyond the<br>scope of clarification | Re: [840:17-<br>841:2]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>**SUSTAINED** |

| | | |
|---|---|---|
| been | | |
| 840 25   available to come in and test and other people were | | |
| 841 1   available and so I scheduled those people and tested | | |
| 841 2   them. | | |
| **841:5 – 841:7**   **Kieper, Ronald 12-20-2019** | **Re: [841:5-841:7]** Plt Objection - beyond the scope of clarification | **Re: [841:5-841:7]** Plt Objection - beyond the scope of clarification **SUSTAINED** |
| 841 5   Q.  What would have been your process in | | |
| 841 6   getting the test subjects for 213017 -- for the 213017 | | |
| 841 7   test in the 2000 timeframe? | | |
| **841:10 – 842:25**   **Kieper, Ronald 12-20-2019** | **Re: [841:10-842:25]** Plt Objection - beyond the scope of clarification | **Re: [841:10-842:25]** Plt Objection - beyond the scope of clarification **SUSTAINED** |
| 841 10   A.  I would randomly call people on our test | | |
| 841 11   subject panel. | | |
| 841 12   BY MS. ELIZABETH: | | |
| 841 13   Q.  Did you think it was a problem that you | | |
| 841 14   did not test the exact same subjects for test 213017 | | |
| 841 15   and test 213015? | | |
| 841 16   A.  No. | | |
| 841 17   Q.  Why not? | | |
| 841 18   MR. BUCHANAN:  Objection to form, foundation. | | |
| 841 19   BY THE WITNESS: | | |
| 841 20   A.  Because in my experience a person's | | |
| 841 21   results on a test of a given hearing protector can | | |
| 841 22   vary from test to test and there was no reason that - - | | |
| 841 23   and there was no procedure that we had outlined to -- | | |
| 841 24   to utilize the same subjects on subsequent tests. | | |
| 841 25   BY MS. ELIZABETH: | | |
| 842 1   Q.  So you said in your experience a person's | | |
| 842 2   results on a test of a given hearing protector can | | |
| 842 3   vary from test to test, so there was no reason to use | | |
| 842 4   the same test subjects. | | |
| 842 5   Can you just explain what you mean? | | |
| 842 6   MR. BUCHANAN:  Objection to the form. | | |
| 842 7   BY THE WITNESS: | | |
| 842 8   A.  Well, no matter how consistently I or the | | |

| | | | |
|---|---|---|---|
| 842 9       subject would fit a hearing protector on two different | | | |
| 842 10      occasions, their test results were not going to be | | | |
| 842 11      exactly the same.  Their opens can vary.  Even within | | | |
| 842 12      one setting we do three repetitions.  And the open | | | |
| 842 13      values are not the same, nor are the occluded values | | | |
| 842 14      the same in a test of a hearing protector in one day. | | | |
| 842 15      BY MS. ELIZABETH: | | | |
| 842 16      Q.   When calling subjects to participate in | | | |
| 842 17      test 213017, did you cherry pick the subjects from | | | |
| 842 18      213015 that received higher NRRs on that test to | | | |
| 842 19      participate in the 213017 test? | | | |
| 842 20      MR. BUCHANAN:  Objection to form and foundation. | | | |
| 842 21      He has already said he doesn't remember. | | | |
| 842 22      BY THE WITNESS: | | | |
| 842 23      A.   I -- again, I don't remember the specific | | | |
| 842 24      test, but my procedure -- normal procedure would be to | | | |
| 842 25      randomly call people for whatever test I was doing. | | | |
| **846:12 - 848:10   Kieper, Ronald 12-20-2019** | Re: [846:12-848:10] | Re: [846:12-848:10] | |
| 846 12      Q.   I want to direct your attention to | Plt Objection - beyond the scope of clarification | Plt Objection - beyond the scope of clarification | |
| 846 13      previously marked Exhibit 16, if you can get that in | | **SUSTAINED** | |
| 846 14      your stack. | | | |
| 846 15      A.   I've got it.  Just a minute.  There is 16. | | | |
| 846 16      I have 16. | | | |
| 846 17      Q.   Okay.  Do you recognize this document? | | | |
| 846 18      A.   Yes, it's -- | | | |
| 846 19      Q.   You've talked a lot about this document, right? | | | |
| 846 20 | | | |
| 846 21      A.   Yes. | | | |
| 846 22      Q.   And it's titled: "How folding the flanges | | | |
| 846 23      back affects REAT result of the UltraFit earplug end | | | |
| 846 24      of the Combat Arms plug." | | | |
| 846 25      Did I read that right? | | | |

847 1     A.   Yes.
847 2     Q.   And this has also been referred to as the
847 3     flange memo or the flange report?
847 4     A.   Yes, I've heard it described that way.
847 5     Q.   If you turn to Bates 3M 21496?
847 6     A.   Yes.
847 7     Q.   You were asked about this Introduction
847 8     section of the flange memo.
847 9     Do you remember that?
847 10    A.   Yes, I remember being asked about it.
847 11    Q.   And specifically you were asked about the
847 12    sentence that reads:
847 13    "The purpose of this report is to document
847 14    that the current length of the UltraFit earplug end
of
847 15    the Combat Arms plug is too short for proper
insertion
847 16    and how changing the fitting technique affected the
847 17    results of real-ear tests of this plug."
847 18    Do you see that?
847 19    A.   I see that.
847 20    Q.   I want to direct your attention to
847 21    Exhibit 14 really quickly, if you can find that.
847 22    Okay.  So why don't you have both
847 23    Exhibit 14 and Exhibit 16 handy.
847 24    A.   I have that.
847 25    Q.   Okay.  Looking at Exhibit 14, what is this
848 1     document?
848 2     A.   This would be a memo from me to Mr. Berger
848 3     regarding the test results of test 213015 and
213017.
848 4     Q.   And it's dated May 11th, 2000?
848 5     A.   Yes.
848 6     Q.   Is the language that I just read about the
848 7     Combat Arms plug being too short for proper
insertion
848 8     anywhere in Exhibit 14, your memo to Elliott
Berger as
848 9     of May 11th, 2000?

| | | | | |
|---|---|---|---|---|
| 848 10     A.  No, I don't see that. | | | | |
| **848:25 - 849:4  Kieper, Ronald 12-20-2019**<br>848 25     Q.  I want you to refer back to Exhibit 16<br>849 1     which is the flange memo, and I want you to look at<br>849 2     the section that's entitled "Test Procedure."<br>849 3     Do you see that?<br>849 4     A.  Yes. | Re: [848:25-849:14]<br>Plt Objection - beyond the<br>scope of clarification | Re: [848:25-<br>849:14]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>SUSTAINED | | |
| **849:5 - 849:14  Kieper, Ronald 12-20-2019**<br>849 5     Q.  Okay.  And I want you to focus on the<br>849 6     second paragraph under Test Procedure.<br>849 7     You were asked quite a few questions about<br>849 8     this last sentence which says:<br>849 9     "When the inward pressure on the plug was<br>849 10     released, the yellow plug's flanges tended to return<br>849 11     to their original shape and this sometimes loosened<br>849 12     the plug, often imperceptibly to the subject."<br>849 13     Do you see that?<br>849 14     A.  Yes. | Re: [848:25-849:14]<br>Plt Objection - beyond the<br>scope of clarification | Re: [848:25-<br>849:14]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>SUSTAINED | | |
| **850:12 - 850:17  Kieper, Ronald 12-20-2019**<br>850 12     Q.  You described in your previous testimony<br>850 13     that before an ANSI S3.19 REAT test can begin,<br>the<br>850 14     subject has to sit in this test chamber that you've<br>850 15     described as a soundproof room.<br>850 16     Do you remember that testimony?<br>850 17     A.  Yes. | Re: [850:12-850:17]<br>Plt Objection - beyond the<br>scope of clarification | Re: [850:12-<br>850:17]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>SUSTAINED | | |
| **850:20 - 851:6  Kieper, Ronald 12-20-2019**<br>850 20     You said something about the room being<br>850 21     dark.  Can you explain that?<br>850 22     A.  The -- the room has night lights just for<br>850 23     some illumination.  During the testing the overhead<br>850 24     lights are turned off because there is a possibility<br>850 25     of elect -- electrical hum noise being created and<br>851 1     that could interfere with a person's open ear<br>851 2     measurements.  So because not only the lights are<br>851 3     turned off and there is no noise created by that, but,<br>851 4     again, the low levels of sound in the test chamber,<br>851 5     people don't hear things.  You know, they have -- | Re: [850:20-851:6]<br>Plt Objection - beyond the<br>scope of clarification | Re: [850:20-<br>851:6]<br>Plt Objection -<br>beyond the<br>scope of<br>clarification<br>SUSTAINED | | |

they

| | | | |
|---|---|---|---|
| 851 6       hear nothing.  It's very quiet. | | | |
| **851:13 - 851:16   Kieper, Ronald 12-20-2019** | **Re: [851:13-851:16]** | Re: [851:13-851:16] | |
| 851 13       Do you think it's more likely for someone | Plt Objection - beyond the | Plt Objection - | |
| 851 14       in the test chamber to experience an imperceptible | scope of clarification | beyond the | |
| 851 15       loosening of an earplug than for someone who is in | | scope of | |
| the | | clarification | |
| 851 16       real world wearing an earplug? | | **SUSTAINED** | |
| **851:19 - 851:22   Kieper, Ronald 12-20-2019** | **Re: [851:19-851:22]** | Re: [851:19-851:22] | |
| 851 19       A.   Yes, I would -- I would think that would | Plt Objection - beyond the | Plt Objection - | |
| 851 20       be the case. | scope of clarification | beyond the | |
| 851 21       BY MS. ELIZABETH: | | scope of | |
| 851 22       Q.   And why is that? | | clarification | |
| | | **SUSTAINED** | |
| **851:25 - 852:6   Kieper, Ronald 12-20-2019** | **Re: [851:25-852:6]** | Re: [851:25-852:6] | |
| 851 25       A.   Again, because in the real world or | Plt Objection - beyond the | Plt Objection - | |
| 852 1       outside a soundproof test chamber, there is what we | scope of clarification | beyond the | |
| 852 2       call ambient noise or noises that are just inherent in | | scope of | |
| 852 3       the environment, and those noises can be a cue to | | clarification | |
| the | | **SUSTAINED** | |
| 852 4       hearing protector wearer if the fit of the hearing | | | |
| 852 5       protection device changes.  They would perceive | | | |
| the | | | |
| 852 6       noise levels around them to increase. | | | |
| **853:12 - 853:20   Kieper, Ronald 12-20-2019** | **Re: [853:12-853:24]** | Re: [853:12-853:24] | |
| 853 12       Is it correct, sir, that you spent some | Def Objection - relevance (401, | Def Objection - | |
| 853 13       time meeting with counsel for 3M, the individual | 402) | relevance (401, | |
| who | **Re: [853:19-853:24]** | 402) | |
| 853 14       just examined you for two-and-a-half hours? | Def Objection - asked; | **SUSTAINED** | |
| 853 15       A.   Yes. | argumentative (611, 403) | **as to [853:12-** | |
| 853 16       Q.   Over the course of, what was that, five | | **933:12]—** | |
| 853 17       days, is that right, getting ready for today? | | **Excluded** | |
| 853 18       A.   Yes, that sounds right. | | **because** | |
| 853 19       Q.   Some 40-plus hours working on your | | **proposed** | |
| 853 20       testimony, is that right? | | **clarification** | |
| | | **excluded.** | |

| | | Re: [853:19-853:24] Def Objection - asked; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
|---|---|---|---|---|
| **853:23 - 853:24   Kieper, Ronald 12-20-2019**<br>853 23      BY THE WITNESS:<br>853 24      A.   It may have approached 40 hours. | Re: [853:12-853:24]<br>Def Objection - relevance (401, 402)<br>**Re: [853:19-853:24]**<br>Def Objection - asked; argumentative (611, 403) | Re: [853:12-853:24] Def Objection - relevance (401, 402) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** Re: [853:19-853:24] Def Objection - asked; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed** | | |

| | | clarification excluded. | | |
|---|---|---|---|---|
| **856:17 - 856:21   Kieper, Ronald 12-20-2019**<br>856 17   Q.   You ran through a bunch of questions with<br>856 18   counsel for 3M about what a real NRR is versus an<br>856 19   estimated NRR versus a completed NRR.<br>856 20   Do you remember that?<br>856 21   A.   Yes. | **Re: [856:17-856:22]**<br>Def Objection - argumentative; misstates (611, 403); relevance (401, 402) | **Re: [856:17-856:22]**<br>Def Objection - argumentative; misstates (611, 403); relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **857:2 - 857:7   Kieper, Ronald 12-20-2019**<br>857 2   BY MR. BUCHANAN:<br>857 3   Q.   Am I correct, sir, that we looked through<br>857 4   a bunch of documents over and over and over<br>again? We<br>857 5   were referring to NRRs and subjects and in tests,<br>857 6   right, regardless of whether they had ten people,<br>857 7   right, sir? | **Re: [857:3-857:12]**<br>Def Objection - 3M MIL No. 18; argumentative; vague (611, 403) | **Re: [857:3-857:12]**<br>Def Objection - 3M MIL No. 18; argumentative; vague (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **857:9 - 857:12   Kieper, Ronald 12-20-2019**<br>857 9   BY MR. BUCHANAN:<br>857 10   Q.   Do you remember that?<br>857 11   A.   Yes, we used the term "NRR" in our<br>857 12   discussions. | **Re: [857:3-857:12]**<br>Def Objection - 3M MIL No. 18; argumentative; vague (611, 403) | **Re: [857:3-857:12]**<br>Def Objection - 3M MIL No. 18; argumentative; | | |

| | | | |
|---|---|---|---|
| | | vague (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **858:7 - 858:11   Kieper, Ronald 12-20-2019**<br>858 7      BY MR. BUCHANAN:<br>858 8      Q.   We could agree that when you were<br>858 9      reporting out those NRRs from the studies, in the very<br>858 10     document the 3M counsel showed you, you didn't say<br>858 11     they were estimated NRRs, did you? | Re: [858:8-858:17]<br>Def Objection - argumentative (611, 403) | Re: [858:8-858:17]<br>Def Objection - argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **858:13 - 858:14   Kieper, Ronald 12-20-2019**<br>858 13     BY MR. BUCHANAN:<br>858 14     Q.   That's not what you wrote? | Re: [858:8-858:17]<br>Def Objection - argumentative (611, 403) | Re: [858:8-858:17]<br>Def Objection - argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **858:16 - 858:20   Kieper, Ronald 12-20-2019**<br>858 16     BY THE WITNESS:<br>858 17     A.   No, I didn't write "estimated NRRs." | Re: [858:8-858:17]<br>Def Objection - argumentative (611, 403) | Re: [858:8-858:17]<br>Def Objection - | |

| | | |
|---|---|---|
| 858 18   BY MR. BUCHANAN:<br>858 19   Q.   Right.  You wrote "NRRs" in that list of<br>858 20   studies in your history of the Combat Arms, right? | Re: [858:19-858:24]<br>Def Objection - asked;<br>cumulative (611, 403) | argumentative<br>(611, 403)<br>**SUSTAINED<br>as to [853:12-<br>933:12]—<br>Excluded<br>because<br>proposed<br>clarification<br>excluded.**<br>Re: [858:19-<br>858:24]<br>Def Objection -<br>asked;<br>cumulative<br>(611, 403)<br>**SUSTAINED<br>as to [853:12-<br>933:12]—<br>Excluded<br>because<br>proposed<br>clarification<br>excluded.** | |
| **858:22 - 858:24   Kieper, Ronald 12-20-2019**<br>858 22   BY MR. BUCHANAN:<br>858 23   Q.   Isn't that right?<br>858 24   A.   Yes, I used the term "NRR." | Re: [858:19-858:24]<br>Def Objection - asked;<br>cumulative (611, 403) | Re: [858:19-<br>858:24]<br>Def Objection -<br>asked;<br>cumulative<br>(611, 403)<br>**SUSTAINED<br>as to [853:12-<br>933:12]—<br>Excluded<br>because<br>proposed<br>clarification<br>excluded.** | |
| **861:23 - 862:4   Kieper, Ronald 12-20-2019** | Re: [861:23-862:9] | Re: [861:23- | |

| | | |
|---|---|---|
| 861 23    In the ordinary course of business when<br>861 24    you were talking about the protection your hearing<br>861 25    protection devices were providing well before there<br>862 1    was this situation that brings you here today, sir,<br>862 2    when you were talking about your study observations,<br>862 3    you quoted out NRRs based on however many people had<br>862 4    been tested, isn't that true, sir? | Def Objection - cumulative (403); misstates; argumentative (611, 403) | 862:9]<br>Def Objection - cumulative (403); misstates; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** |
| **862:7 - 862:15   Kieper, Ronald 12-20-2019**<br>862 7    BY THE WITNESS:<br>862 8    A.   I would quote the results, the NRR that<br>862 9    was the result of the tests that was done.<br>862 10    BY MR. BUCHANAN:<br>862 11    Q.   That's right.  And that's how you<br>862 12    presented it in the Combat Arms memo in the ordinary<br>862 13    course of business before you got called here to<br>862 14    provide testimony in these proceedings.<br>862 15    Isn't that true, sir? | **Re: [861:23-862:9]**<br>Def Objection - cumulative (403); misstates; argumentative (611, 403)<br>**Re: [862:11-862:20]**<br>Def Objection - asked; misstates; argumentative (611, 403) | **Re: [861:23-862:9]**<br>Def Objection - cumulative (403); misstates; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>**Re: [862:11-862:20]**<br>Def Objection - asked; misstates; argumentative (611, 403) **SUSTAINED** |

| | | | |
|---|---|---|---|
| | | as to [853:12-933:12]—Excluded because proposed clarification excluded. | |
| **862:19 - 862:22   Kieper, Ronald 12-20-2019**<br>862 19   A.   Yes, that's -- I called them NRRs in the<br>862 20   documents that I've created.<br>862 21   Q.   Without the caveats that you just put on<br>862 22   them with counsel on examination for 3M, correct,<br>sir? | **Re: [862:11-862:20]**<br>Def Objection - asked; misstates; argumentative (611, 403)<br>**Re: [862:21-863:2]**<br>Def Objection - asked; argumentative (611, 403) | **Re: [862:11-862:20]**<br>Def Objection - asked; misstates; argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.**<br>Re: [862:21-863:2]<br>Def Objection - asked; argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | |
| **862:25 - 863:2   Kieper, Ronald 12-20-2019**<br>862 25   BY THE WITNESS:<br>863 1   A.   I didn't -- I didn't use estimated in | **Re: [862:21-863:2]**<br>Def Objection - asked; argumentative (611, 403) | **Re: [862:21-863:2]**<br>Def Objection - | |

| | | | |
|---|---|---|---|
| 863 2 | my -- in my documents. | | asked; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** |

| | | |
|---|---|---|
| **874:5 - 874:8   Kieper, Ronald 12-20-2019**<br>874 5    Q.   There was a study, as I understand it,<br>874 6    that you talked about with counsel that you also had<br>874 7    in your pocket at the time that you were doing this<br>874 8    that didn't make the chart, right? | Re: [874:5-874:11]<br>Def Objection - argumentative;<br>misstates (611, 403) | Re: [874:5-874:11] Def Objection - argumentative; misstates (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** |
| **874:10 - 874:15   Kieper, Ronald 12-20-2019**<br>874 10    BY THE WITNESS:<br>874 11    A.   I'm sorry.  Which -- which test is that?<br>874 12    BY MR. BUCHANAN:<br>874 13    Q.   Study 213030.<br>874 14    Actually the largest study you ever did on<br>874 15    the Combat Arms, isn't that right? | Re: [874:5-874:11]<br>Def Objection - argumentative;<br>misstates (611, 403) | Re: [874:5-874:11] Def Objection - argumentative; misstates (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** |

| | | | | |
|---|---|---|---|---|
| **874:25 - 875:6   Kieper, Ronald 12-20-2019**<br><br>874 25     Q.   Do you remember the study you just<br>875 1     discussed with defense counsel?<br>875 2     A.   I remember some of it.<br>875 3     Q.   Right.<br>875 4     You actually did a 20-person test on the<br>875 5     Combat Arms, isn't that true, sir?<br>875 6     A.   I believe it was a Method B test, correct. | **Re: [874:25-875:6]**<br>Def Objection - 3M MIL No.<br>22 | **Re: [874:25-875:6]**<br>Def Objection -<br>3M MIL No.<br>22<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| **875:15 - 876:1   Kieper, Ronald 12-20-2019**<br><br>875 15     Q.   Okay.  It is Exhibit 54, sir.  If I can<br>875 16     have the Elmo back.<br>875 17     This is that study.  Okay.  It is also on<br>875 18     your screen, sir.  It's a study, sir, that we looked<br>875 19     at earlier, but it's from June 27th, 2006, on the<br>ARC<br>875 20     plug solid end of Combat Arms Earplug.<br>875 21     Do you see that, sir?<br>875 22     A.   Yes.<br>875 23     Q.   Would you satisfy yourself based on your<br>875 24     review of the chart we've been looking at from the<br>875 25     history of the Combat Arms that this is indeed the<br>876 1     largest study ever done on the Combat Arms? | **Re: [875:15-875:22]**<br>Def Objection - 3M MIL No.<br>22<br>**Re: [875:23-876:5]**<br>Def Objection - foundation<br>(602); 3M MIL No. 22 | **Re: [875:15-875:22]**<br>Def Objection -<br>3M MIL No.<br>22<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.**<br>**Re: [875:23-876:5]**<br>Def Objection -<br>foundation<br>(602); 3M MIL<br>No. 22<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification** | | |

| | | | excluded. | | |
|---|---|---|---|---|---|
| **876:3 - 876:8   Kieper, Ronald 12-20-2019**<br>876 3    BY THE WITNESS:<br>876 4    A.   I don't -- I don't know that there is a<br>876 5    larger -- if there is not a larger study.<br>876 6    BY MR. BUCHANAN:<br>876 7    Q.   There is certainly not a larger study you<br>876 8    were involved with, right, sir? | **Re: [875:23-876:5]**<br>Def Objection - foundation<br>(602); 3M MIL No. 22<br>**Re: [876:7-876:11]**<br>Def Objection - foundation<br>(602); relevance (401, 402);<br>asked; argumentative (611,<br>403) | **Re: [875:23-876:5]**<br>Def Objection -<br>foundation<br>(602); 3M MIL<br>No. 22<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>Re: [876:7-<br>876:11]<br>Def Objection -<br>foundation<br>(602);<br>relevance (401,<br>402); asked;<br>argumentative<br>(611, 403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | | |
| **876:10 - 876:11   Kieper, Ronald 12-20-2019**<br>876 10    BY THE WITNESS:<br>876 11    A.   Not that I'm aware of. | **Re: [876:7-876:11]**<br>Def Objection - foundation<br>(602); relevance (401, 402);<br>asked; argumentative (611,<br>403) | **Re: [876:7-**<br>**876:11]**<br>Def Objection -<br>foundation<br>(602);<br>relevance (401,<br>402); asked; | | |

| | | argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
|---|---|---|---|---|
| **876:19 - 876:20   Kieper, Ronald 12-20-2019**<br>876 19     Q.   The study format that, as we discussed<br>876 20         earlier, was the one mandated by the military? | Re: [876:19-876:25]<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates (611, 403) | Re: [876:19-876:25]<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **876:23 - 876:25   Kieper, Ronald 12-20-2019**<br>876 23     BY THE WITNESS:<br>876 24     A.   We talked -- yes, we talked about the<br>876 25         military requiring a Method B test. | Re: [876:19-876:25]<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates (611, 403) | Re: [876:19-876:25]<br>Def Objection - 3M MIL No. 22; foundation (602); argumentative; misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]—** | | |

| | | |
|---|---|---|
| | | **Excluded because proposed clarification excluded.** |
| **877:2 - 877:5   Kieper, Ronald 12-20-2019**<br>877 2    Q.   Right.<br>877 3    In fact, that was reflected in the hearing<br>877 4    conservation manual from the military in 1998, right,<br>877 5    remember we saw that? | | |
| **877:9 - 877:13   Kieper, Ronald 12-20-2019**<br>877 9    A.   I believe I remember that.<br>877 10    BY MR. BUCHANAN:<br>877 11    Q.   And Aearo in the E-A-RCAL Lab, you all<br>877 12    have a study under that protocol in 2006 of 20 people,<br>877 13    right? | Re: [877:11-877:16]<br>Def Objection - 3M MIL No. 22; vague (611, 403) | Re: [877:11-877:16]<br>Def Objection - 3M MIL No. 22; vague (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** |
| **877:15 - 878:4   Kieper, Ronald 12-20-2019**<br>877 15    BY THE WITNESS:<br>877 16    A.   Yes.<br>877 17    BY MR. BUCHANAN:<br>877 18    Q.   Reporting out an NRR(SF), meaning subject<br>877 19    fit, right?<br>877 20    A.   Yes.<br>877 21    Q.   Meaning it wasn't done by the<br>877 22    experimenter, but the subjects themselves fit these<br>877 23    earplugs in this study, isn't that right, sir?<br>877 24    A.   Yes.<br>877 25    Q.   And the NRR you reported out was 4.4,<br>878 1    right?<br>878 2    A.   Yes. | Re: [877:11-877:16]<br>Def Objection - 3M MIL No. 22; vague (611, 403)<br>Re: [877:17-878:7]<br>Def Objection - 3M MIL No. 22; cumulative (403)<br>Re: [878:3-878:7]<br>Def Objection - asked; argumentative (611, 403); relevance (401, 402) | Re: [877:11-877:16]<br>Def Objection - 3M MIL No. 22; vague (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** |

| | | | |
|---|---|---|---|
| 878 3<br>878 4 | Q.   And that didn't make your chart of REAT<br>studies in the history of the Combat Arms, right? | | Re: [877:17-878:7]<br>Def Objection - 3M MIL No. 22; cumulative (403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>Re: [878:3-878:7]<br>Def Objection - asked; argumentative (611, 403); relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **878:6 - 878:16   Kieper, Ronald 12-20-2019** | | | |
| 878 6<br>878 7<br>878 8<br>878 9<br>878 10<br>878 11<br>878 12<br>878 13 | BY THE WITNESS:<br>A.   We didn't include this test in that chart.<br>BY MR. BUCHANAN:<br>Q.   Okay.  We can agree there was another one<br>that didn't make that chart also on the green end,<br>right?<br>A.   Which one was that, sir?<br>Q.   213015.  Do you remember that study? | Re: [877:17-878:7]<br>Def Objection - 3M MIL No. 22; cumulative (403)<br>Re: [878:3-878:7]<br>Def Objection - asked; argumentative (611, 403); relevance (401, 402)<br>Re: [878:9-878:18]<br>Def Objection - asked (611, | Re: [877:17-878:7]<br>Def Objection - 3M MIL No. 22; cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—** | |

| | | | |
|---|---|---|---|
| 878 14   A.   Yes.  That -- that study was stopped.<br>878 15   Q.   Right.  Eight people, right?<br>878 16   A.   Yes. | 403); cumulative (403);<br>relevance (401, 402) | **Excluded because proposed clarification excluded. Re: [878:3-878:7]** Def Objection - asked; argumentative (611, 403); relevance (401, 402) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded. Re: [878:9-878:18]** Def Objection - asked (611, 403); cumulative (403); relevance (401, 402) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **878:17 - 878:18   Kieper, Ronald 12-20-2019** | **Re: [878:9-878:18]** | Re: [878:9- | |

| | | |
|---|---|---|
| 878 17    Q.   You told us today that you had test panels<br>878 18      in 1999 that you thought were good test panels,<br>right? | Def Objection - asked (611,<br>403); cumulative (403);<br>relevance (401, 402) | 878:18]<br>Def Objection -<br>asked (611,<br>403);<br>cumulative<br>(403);<br>relevance (401,<br>402)<br>**SUSTAINED<br>as to [853:12-<br>933:12]—<br>Excluded<br>because<br>proposed<br>clarification<br>excluded.** |
| **878:21 - 879:1    Kieper, Ronald 12-20-2019**<br>878 21    A.   I had one panel of listeners, yes.<br>878 22    BY MR. BUCHANAN:<br>878 23    Q.   You had a panel of listeners that you had<br>878 24      screened and you went through great detail with<br>878 25      defense counsel about how you screened them.<br>879 1      Do you recall that discussion? | | |
| **879:4 - 879:5    Kieper, Ronald 12-20-2019**<br>879 4    A.   I remember the discussion talking about<br>879 5      how I trained the test subjects. | | |
| **879:21 - 880:2    Kieper, Ronald 12-20-2019**<br>879 21    Q.   Okay.   Well, you've got these studies<br>879 22      going on in 1999 with these qualified and trained<br>test<br>879 23      subjects in study 213015, right?<br>879 24    A.   Yes.<br>879 25    Q.   Okay.   And please tell the jury what the<br>880 1      NRR was in that test, in those trained test subjects,<br>880 2      at the time you all pulled the plug on the study? | Re: [879:21-880:15]<br>Def Objection - asked;<br>misstates; argumentative (611,<br>403); relevance (401, 402) | Re: [879:21-<br>880:15]<br>Def Objection -<br>asked;<br>misstates;<br>argumentative<br>(611, 403);<br>relevance (401,<br>402)<br>**SUSTAINED<br>as to [853:12-<br>933:12]—<br>Excluded** |

| | | | |
|---|---|---|---|
| | | because proposed clarification excluded. | |
| **880:5 - 880:12   Kieper, Ronald 12-20-2019**<br>880 5    BY THE WITNESS:<br>880 6    A.    The -- the calculated NRR for that study<br>880 7    after eight subjects was a 10.9.<br>880 8    BY MR. BUCHANAN:<br>880 9    Q.    10.9?<br>880 10    A.    I believe so.<br>880 11    Q.    Okay.  We agree that that's not in your<br>880 12    history of the Combat Arms, correct? | Re: [879:21-880:15]<br>Def Objection - asked; misstates; argumentative (611, 403); relevance (401, 402) | Re: [879:21-880:15]<br>Def Objection - asked; misstates; argumentative (611, 403); relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **880:14 - 880:15   Kieper, Ronald 12-20-2019**<br>880 14    BY THE WITNESS:<br>880 15    A.    It is not on that chart. | Re: [879:21-880:15]<br>Def Objection - asked; misstates; argumentative (611, 403); relevance (401, 402) | Re: [879:21-880:15]<br>Def Objection - asked; misstates; argumentative (611, 403); relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **884:24 - 885:6   Kieper, Ronald 12-20-2019** | Re: [885:1-885:9] | Re: [885:1- | |

| | | | |
|---|---|---|---|
| 884 24     Q.   All right.  Please can we pull up P 925,<br>884 25     Exhibit 15.<br>885 1     We spent some time with this earlier, sir.<br>885 2     I just want to make sure we have your testimony in<br>885 3     context and whether you disagree with your boss.<br>885 4     It's that e-mail from Mr. Berger to the<br>885 5     business guy, Mr. Myers, on May 12, 2000.<br>885 6     Do you see that? | Def Objection - argumentative;<br>compound (611, 403);<br>foundation (602); cumulative<br>(403) | 885:9]<br>Def Objection -<br>argumentative;<br>compound<br>(611, 403);<br>foundation<br>(602);<br>cumulative<br>(403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | |
| **885:8 - 885:15   Kieper, Ronald 12-20-2019**<br>885 8     BY THE WITNESS:<br>885 9     A.   Yes.<br>885 10     BY MR. BUCHANAN:<br>885 11     Q.   Okay.  It is talking about how the<br>885 12     original study was stopped with eight subjects,<br>right?<br>885 13     A.   It is, yes.<br>885 14     Q.   Okay.  That's the study that had the NRR<br>885 15     of 11, right? | **Re: [885:1-885:9]**<br>Def Objection - argumentative;<br>compound (611, 403);<br>foundation (602); cumulative<br>(403)<br>**Re: [885:14-885:19]**<br>Def Objection - asked;<br>misstates (611, 403) | Re: [885:1-<br>885:9]<br>Def Objection -<br>argumentative;<br>compound<br>(611, 403);<br>foundation<br>(602);<br>cumulative<br>(403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>Re: [885:14-<br>885:19]<br>Def Objection -<br>asked; | |

| | | | |
|---|---|---|---|
| | | misstates (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **885:17 - 886:8   Kieper, Ronald 12-20-2019** | **Re: [885:14-885:19]** | **Re: [885:14-885:19]** | |
| 885 17   BY THE WITNESS: | Def Objection - asked; | Def Objection - | |
| 885 18   A.   Yes, the eight-subject NRR was 10.9 which | misstates (611, 403) | asked; | |
| 885 19   rounds to 11. | **Re: [885:21-886:5]** | misstates (611, | |
| 885 20   BY MR. BUCHANAN: | Def Objection - foundation | 403) | |
| 885 21   Q.   The second study was with the folded back | (602) | **SUSTAINED** | |
| 885 22   flanges on the end sticking out of the ear. | **Re: [886:6-886:12]** | **as to [853:12-** | |
| 885 23   Do you see that, sir? | Def Objection - asked; | **933:12]—** | |
| 885 24   A.   I see that. | argumentative (611, 403); | **Excluded** | |
| 885 25   Q.   And then he says:  "Should I share this | cumulative (403) | **because** | |
| with Ohlin?" with a question mark, right? | | **proposed** | |
| 886 1   A.   Yes. | | **clarification** | |
| 886 2   Q.   And then he continued.  He said: "It | | **excluded.** | |
| 886 3   looks like the existing product has problems," | | **Re: [885:21-** | |
| 886 4   right? | | **886:5]** | |
| 886 5   A.   That's what it says. | | Def Objection - | |
| 886 6   Q.   Did Mr. Berger share with you his view | | foundation | |
| 886 7   that the existing product had problems in May of | | (602) | |
| 2000, | | **SUSTAINED** | |
| 886 8   sir? | | **as to [853:12-** | |
| | | **933:12]—** | |
| | | **Excluded** | |
| | | **because** | |
| | | **proposed** | |
| | | **clarification** | |
| | | **excluded.** | |
| | | **Re: [886:6-** | |
| | | **886:12]** | |

| | | | | |
|---|---|---|---|---|
| | | Def Objection - asked; argumentative (611, 403); cumulative (403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **886:11 - 886:17   Kieper, Ronald 12-20-2019**<br>886 11    BY THE WITNESS:<br>886 12    A.   Not that I recall.<br>886 13    BY MR. BUCHANAN:<br>886 14    Q.   Sir, you deferred quite a bit in your<br>886 15    testimony to Mr. Berger, and he gave you instructions<br>886 16    on when to start studies and stop studies, right?<br>886 17    A.   Yes, he did. | Re: [886:6-886:12]<br>Def Objection - asked; argumentative (611, 403); cumulative (403)<br>Re: [886:14-886:17]<br>Def Objection - argumentative (611, 403); 3M MIL No. 18 | Re: [886:6-886:12]<br>Def Objection - asked; argumentative (611, 403); cumulative (403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>Re: [886:14-886:17]<br>Def Objection - argumentative (611, 403); 3M MIL No. 18<br>**SUSTAINED as to [853:12-933:12]—** | | |

| | | | | |
|---|---|---|---|---|
| | | Excluded because proposed clarification excluded. | | |
| **887:7 - 887:9   Kieper, Ronald 12-20-2019**<br>887 7      Q.   Sir, Mr. Berger is the one who instructed<br>887 8      you to flip back the flanges when you reran the study,<br>887 9      that's study 213017, right, sir? | | | | |
| **887:12 - 887:14   Kieper, Ronald 12-20-2019**<br>887 12      A.   I don't have a recollection of that<br>887 13      exactly, but that would be the standard procedure in<br>887 14      the laboratory. | | | | |
| **888:3 - 888:4   Kieper, Ronald 12-20-2019**<br>888 3      Q.   Okay.  He is the one who gave you the<br>888 4      instructions on the study, right -- | Re: [888:3-888:11]<br>Def Objection - asked (611, 403); cumulative (403) | Re: [888:3-888:11]<br>Def Objection - asked (611, 403); cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| **888:6 - 888:7   Kieper, Ronald 12-20-2019**<br>888 6      BY MR. BUCHANAN:<br>888 7      Q.   -- how to do the study? | Re: [888:3-888:11]<br>Def Objection - asked (611, 403); cumulative (403) | Re: [888:3-888:11]<br>Def Objection - asked (611, 403); cumulative (403)<br>**SUSTAINED as to [853:12-** | | |

| | | | |
|---|---|---|---|
| | | 933:12]—Excluded because proposed clarification excluded. | |
| **888:10 - 888:15   Kieper, Ronald 12-20-2019**<br>888 10  BY THE WITNESS:<br>888 11  A.   He would have told me how to proceed, yes.<br>888 12  BY MR. BUCHANAN:<br>888 13  Q.   Right.<br>888 14  And what you wrote in your report, sir, is<br>888 15  that you flipped back the flanges in study 017, right? | **Re: [888:3-888:11]**<br>Def Objection - asked (611, 403); cumulative (403)<br>**Re: [888:14-888:21]**<br>Def Objection - foundation (602); asked (611, 403); cumulative (403) | Re: [888:3-888:11]<br>Def Objection - asked (611, 403); cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.**<br>Re: [888:14-888:21]<br>Def Objection - foundation (602); asked (611, 403); cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | |
| **888:18 - 888:24   Kieper, Ronald 12-20-2019**<br>888 18  BY MR. BUCHANAN: | **Re: [888:14-888:21]**<br>Def Objection - foundation | Re: [888:14-888:21] | |

| | | | |
|---|---|---|---|
| 888 19<br>888 20<br>888 21<br>888 22<br>888 23<br>888 24 | Q.  Right, sir?<br>A.  I believe that's -- my comment is in<br>the -- it's in the Comment section of the report.<br>Q.   Right.<br>You folded back the flanges in study 017,<br>correct? | (602); asked (611, 403);<br>cumulative (403)<br>**Re: [888:23-889:2]**<br>Def Objection - foundation<br>(602); asked; misstates (611,<br>403); cumulative (403) | Def Objection -<br>foundation<br>(602); asked<br>(611, 403);<br>cumulative<br>(403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>**Re: [888:23-**<br>**889:2]**<br>Def Objection -<br>foundation<br>(602); asked;<br>misstates (611,<br>403);<br>cumulative<br>(403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | |
| **889:1 - 889:6**  **Kieper, Ronald 12-20-2019** | | **Re: [888:23-889:2]** | **Re: [888:23-** | |
| 889 1<br>889 2<br>889 3<br>889 4<br>889 5<br><br>889 6 | BY THE WITNESS:<br>A.   That's -- that's my recollection, yes.<br>BY MR. BUCHANAN:<br>Q.   And your recollection, sir, is that you<br>would have done as Mr. Berger instructed you to<br>do,<br>isn't that right, sir? | Def Objection - foundation<br>(602); asked; misstates (611,<br>403); cumulative (403)<br>**Re: [889:3-889:10]**<br>Def Objection - asked (611,<br>403) | **889:2]**<br>Def Objection -<br>foundation<br>(602); asked;<br>misstates (611,<br>403);<br>cumulative | |

| | | | | |
|---|---|---|---|---|
| | | (403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded. Re: [889:3-889:10]** Def Objection - asked (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded. Re: [889:9-889:15]** Def Objection - relevance (401, 402); foundation (602) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **889:9 - 889:13   Kieper, Ronald 12-20-2019** <br> 889 9      BY THE WITNESS: | | **Re: [889:3-889:10]** <br> Def Objection - asked (611, | **Re: [889:3-889:10]** | |

| | | |
|---|---|---|
| 889 10   A.   Yes.<br>889 11   BY MR. BUCHANAN:<br>889 12   Q.   Let's look at some of your correspondence<br>889 13   on these NRRs, sir. | 403)<br>**Re: [889:9-889:15]**<br>Def Objection - relevance (401,<br>402); foundation (602) | Def Objection -<br>asked (611,<br>403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>**Re: [889:9-**<br>**889:15]**<br>Def Objection -<br>relevance (401,<br>402);<br>foundation<br>(602)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | |
| **889:17 - 889:19   Kieper, Ronald 12-20-2019**<br>889 17      Q.   This is an e-mail from you, sir, to<br>889 18      Mr. Berger, Mr. Hamer and a few other<br>individuals.  It<br>889 19      is from May of 2007. | **Re: [889:17-889:19]**<br>Def Objection - 3M MIL No.<br>18 | **Re: [889:17-**<br>**889:19]**<br>Def Objection -<br>3M MIL No.<br>18<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | |

| 890:8 - 890:20   Kieper, Ronald 12-20-2019 | Re: [890:8-890:24] | Re: [890:8-890:24] | | |
|---|---|---|---|---|
| 890 8   Q.  This is an e-mail from yourself to a<br>890 9   series of folks, May 16th, 2007.<br>890 10   "I've tested nine subjects in this test.<br>890 11   The NRR is 20.  The NRR for the previous version is<br>890 12   21.  I assume I should stop this test, yes?" with a<br>890 13   question mark.<br>890 14   Do you see that?<br>890 15   A.  Yes, I see that.<br>890 16   Q.  Okay.  That was part of the policy that<br>890 17   you had at the Aearo lab at that point in time, sir,<br>890 18   of before you went final with your studies, checking<br>890 19   in with your boss to see if the NRR was good enough to<br>890 20   go to conclusion, right? | Def Objection - 3M MIL No. 18; relevance (401, 402) | Def Objection - 3M MIL No. 18; relevance (401, 402) **SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| 890:23 - 890:25   Kieper, Ronald 12-20-2019 | Re: [890:8-890:24] | Re: [890:8-890:24] | | |
| 890 23   A.  I checked with Mr. Berger before I<br>890 24   completed the test.<br>890 25   BY MR. BUCHANAN: | Def Objection - 3M MIL No. 18; relevance (401, 402) | Def Objection - 3M MIL No. 18; relevance (401, 402) **SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| 894:1 - 894:2   Kieper, Ronald 12-20-2019 | Re: [893:25-894:9] | Re: [893:25-894:9] | | |
| 894 1   You spent some time looking at it with 3M counsel<br>894 2   today and with me.  Is that in the policy manual? | Def Objection - 3M MIL No. 18; argumentative; asked; misstates (611, 403) | Def Objection - 3M MIL No. 18; argumentative; asked; misstates (611, | | |

| | | | |
|---|---|---|---|
| | | 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| 894:4 - 894:16   Kieper, Ronald 12-20-2019<br>894 4      BY THE WITNESS:<br>894 5      A.   That I check with Mr. Berger?<br>894 6      BY MR. BUCHANAN:<br>894 7      Q.   Yes.<br>894 8      A.   I don't recall that being in the policy<br>894 9      manual.<br>894 10     Q.   Right.<br>894 11     So when the NVLAP folks come in to look at<br>894 12     things and look at your policies and procedures and<br>894 13     see whether you are doing science or whether you are<br>894 14     fishing for NRRs or trying to protect NRRs for<br>894 15     marketing purposes, that's not a policy they see<br>894 16     written down in your manuals, right, sir? | Re: [893:25-894:9]<br>Def Objection - 3M MIL No. 18; argumentative; asked; misstates (611, 403)<br>Re: [894:11-894:20]<br>Def Objection - 3M MIL No. 18; asked; misstates; argumentative (611, 403) | Re: [893:25-894:9]<br>Def Objection - 3M MIL No. 18; argumentative; asked; misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>Re: [894:11-894:20]<br>Def Objection - 3M MIL No. 18; asked; misstates; argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because** | |

| | | | |
|---|---|---|---|
| | | proposed clarification excluded. | |
| **894:18 - 894:20   Kieper, Ronald 12-20-2019** | **Re: [894:11-894:20]** | **Re: [894:11-894:20]** | |
| 894 18    BY THE WITNESS: | Def Objection - 3M MIL No. 18; asked; misstates; argumentative (611, 403) | Def Objection - 3M MIL No. 18; asked; misstates; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| 894 19    A.    That policy is not written down that I'm | | | |
| 894 20    aware of. | | | |
| **903:16 - 904:2   Kieper, Ronald 12-20-2019** | | | |
| 903 16    Q.   Here, sir, just to satisfy you. | | | |
| 903 17    Here we are, sir, looking at Exhibit 14, | | | |
| 903 18    it should be on the Elmo, you see here for test | | | |
| 903 19    213017? | | | |
| 903 20    A.   Yes. | | | |
| 903 21    Q.   It reads:  "The yellow flanges of the | | | |
| 903 22    Combat Arms end of the plug were folded back prior to | | | |
| 903 23    the plug being fit." | | | |
| 903 24    Did I read that correctly, sir? | | | |
| 903 25    A.   Yes. | | | |
| 904 1    Q.   You don't doubt that's what you did, | | | |
| 904 2    right? | | | |
| **904:5 - 904:5   Kieper, Ronald 12-20-2019** | | | |
| 904 5    A.   I don't doubt that. | | | |
| **910:11 - 910:14   Kieper, Ronald 12-20-2019** | **Re: [910:11-910:25]** | Re: [910:11-910:25] | |
| 910 11    Q.   This -- this study 213015 we talked about | Def Objection - cumulative (403) | Def Objection - cumulative | |
| 910 12    a moment ago, every person that you had tested in that | | | |

| | | |
|---|---|---|
| 910 13  study you had checked the fit on three ways before you<br>910 14  administered each of the tests to them, right? | | (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** |
| **910:16 - 910:25   Kieper, Ronald 12-20-2019**<br>910 16  BY THE WITNESS:<br>910 17  A.   Yes, we fit the plug the way we always fit<br>910 18  plugs.<br>910 19  BY MR. BUCHANAN:<br>910 20  Q.   Right.<br>910 21  You got the best fit on every one of those<br>910 22  people, every one of the eight before Mr. Berger<br>910 23  terminated the study, you got the best fit before you<br>910 24  walked out of that room and started the test, isn't<br>910 25  that right, sir? | **Re: [910:11-910:25]**<br>Def Objection - cumulative (403) | Re: [910:11-910:25]<br>Def Objection - cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** |
| **911:2 - 911:7   Kieper, Ronald 12-20-2019**<br>911 2  BY THE WITNESS:<br>911 3  A.   That was my goal.<br>911 4  BY MR. BUCHANAN:<br>911 5  Q.   Your conclusion was they were adequately<br>911 6  fit before you walked out of that room, isn't that<br>911 7  true, sir? | **Re: [911:5-911:10]**<br>Def Objection - foundation (602) | Re: [911:5-911:10]<br>Def Objection - foundation (602)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** |
| **911:9 - 911:13   Kieper, Ronald 12-20-2019**<br>911 9  BY THE WITNESS:<br>911 10  A.   That was my assumption.<br>911 11  BY MR. BUCHANAN: | **Re: [911:5-911:10]**<br>Def Objection - foundation (602)<br>**Re: [911:12-912:1]** | Re: [911:5-911:10]<br>Def Objection - foundation |

| | | | |
|---|---|---|---|
| 911 12    Q. That was your conclusion because you<br>911 13    wouldn't have run the test unless you did? | Def Objection - argumentative;<br>asked; misstates (611, 403) | (602)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>Re: [911:12-912:1]<br>Def Objection - argumentative; asked; misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **911:15 - 911:16   Kieper, Ronald 12-20-2019**<br>911 15    BY MR. BUCHANAN:<br>911 16    Q. Right? | Re: [911:12-912:1]<br>Def Objection - argumentative;<br>asked; misstates (611, 403) | Re: [911:12-912:1]<br>Def Objection - argumentative; asked; misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |

| | | | |
|---|---|---|---|
| **911:22 - 912:1   Kieper, Ronald 12-20-2019**<br>911 22   A.  I believe that -- I believe that I was<br>911 23   fitting the plug as well as it could be fit.<br>911 24   Q.  You believed each and every one of those<br>911 25   people was adequately fit before you administered the<br>912 1   test, true, sir? | **Re: [911:12-912:1]**<br>Def Objection - argumentative;<br>asked; misstates (611, 403) | **Re: [911:12-912:1]**<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | |
| **912:7 - 912:9   Kieper, Ronald 12-20-2019**<br>912 7   A.  I believed that the fit that we obtained<br>912 8   on each subject, each fit was the best that could be<br>912 9   gotten at that time, yes. | **Re: [912:6-912:9]**<br>Def Objection - argumentative;<br>asked; misstates (611, 403) | **Re: [912:6-912:9]**<br>Def Objection -<br>argumentative;<br>asked;<br>misstates (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | |
| **913:2 - 913:4   Kieper, Ronald 12-20-2019**<br>913 2   Q.  And what you wrote, sir, and what you told<br>913 3   Mr. Berger is that you saw imperceptible loosening,<br>913 4   right? | **Re: [913:2-913:7]**<br>Def Objection - cumulative<br>(403) | **Re: [913:2-913:7]**<br>Def Objection -<br>cumulative<br>(403)<br>**SUSTAINED as to [853:12-933:12]—Excluded** | |

| | | because proposed clarification excluded. | | |
|---|---|---|---|---|
| **913:6 - 913:23   Kieper, Ronald 12-20-2019** | **Re: [913:2-913:7]** | **Re: [913:2-913:7]** | | |
| 913 6    BY THE WITNESS: | Def Objection - cumulative (403) | Def Objection - cumulative (403) | | |
| 913 7    A.   That's what I wrote. | **Re: [913:9-913:21]** | **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| 913 8    BY MR. BUCHANAN: | Def Objection - cumulative (403) | | | |
| 913 9    Q.   And there is some discussion about a | **Re: [913:21-914:8]** | | | |
| 913 10    paragraph in the flange report about whether you'd | Def Objection - asked; argumentative (611, 403) | | | |
| 913 11    observed anything about the shortness of the plug. | | | | |
| 913 12    Do you remember that? | | **Re: [913:9-913:21]** | | |
| 913 13    A.   I remember talking about the -- the length | | Def Objection - cumulative (403) | | |
| 913 14    of the plug. | | **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| 913 15    Q.   You observed something about the shortness | | | | |
| 913 16    of the plug, didn't you, sir?  You said it was so | | | | |
| 913 17    short, right, your observation? | | | | |
| 913 18    A.   It was so short. | | **Re: [913:21-914:8]** | | |
| 913 19    Q.   It was so short it was difficult to fit it | | Def Objection - asked; argumentative (611, 403) | | |
| 913 20    in deeply, right? | | **SUSTAINED as to [853:12-933:12]—** | | |
| 913 21    A.   In some subjects' ear canals. | | | | |
| 913 22    Q.   Yeah, the some that had medium and larger, | | | | |
| 913 23    right -- | | | | |

| | | | | |
|---|---|---|---|---|
| | | Excluded because proposed clarification excluded. | | |
| 913:25 - 914:1   Kieper, Ronald 12-20-2019<br>913 25    BY MR. BUCHANAN:<br>914 1    Q.   -- ear canals, that's what you wrote? | Re: [913:21-914:8]<br>Def Objection - asked; argumentative (611, 403) | Re: [913:9-913:21]<br>Def Objection - cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.**<br>Re: [913:21-914:8]<br>Def Objection - asked; argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| 914:3 - 914:11   Kieper, Ronald 12-20-2019<br>914 3    BY THE WITNESS:<br>914 4    A.   It says especially, yes --<br>914 5    BY MR. BUCHANAN:<br>914 6    Q.   Right.<br>914 7    A.   -- with medium and larger ear canals.<br>914 8    Q.   Right. | Re: [913:21-914:8]<br>Def Objection - asked; argumentative (611, 403)<br>Re: [914:9-914:17]<br>Def Objection - asked; misstates; argumentative (611, 403) | Re: [913:9-913:21]<br>Def Objection - cumulative (403)<br>**SUSTAINED as to [853:12-** | | |

| | | | | |
|---|---|---|---|---|
| 914 9  So not just with those with medium and<br>914 10  larger, but it's worse in people with medium and<br>914 11  larger, right? | | 933:12]—<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>**Re: [913:21-**<br>**914:8]**<br>Def Objection -<br>asked;<br>argumentative<br>(611, 403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>**Re: [914:9-**<br>**914:17]**<br>Def Objection -<br>asked;<br>misstates;<br>argumentative<br>(611, 403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | | |
| **914:13 - 914:14   Kieper, Ronald 12-20-2019**<br>914 13     BY MR. BUCHANAN:<br>914 14     Q.   Especially in them? | Re: [914:9-914:17]<br>Def Objection - asked;<br>misstates; argumentative (611,<br>403) | Re: [914:9-<br>914:17]<br>Def Objection -<br>asked; | | |

| | | | |
|---|---|---|---|
| | | misstates; argumentative (611, 403) **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **914:16 - 915:1   Kieper, Ronald 12-20-2019**<br>914 16    BY THE WITNESS:<br>914 17    A.   That's what it states.<br>914 18    BY MR. BUCHANAN:<br>914 19    Q.   And then you note additional issues,<br>914 20    right?  "Additionally, the geometry of the ear canal<br>914 21    opening sometimes inhibited the deep plug<br>insertion<br>914 22    required," right?<br>914 23    A.   That's what I stated, yes.<br>914 24    Q.   It wasn't just the shortness, something<br>914 25    else about the design that inhibited with the<br>geometry<br>915 1    of the ear canal, right? | **Re: [914:9-914:17]**<br>Def Objection - asked;<br>misstates; argumentative (611, 403)<br>**Re: [914:24-915:7]**<br>Def Objection - cumulative (403) | **Re: [914:9-914:17]**<br>Def Objection - asked;<br>misstates; argumentative (611, 403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>**Re: [914:24-915:7]**<br>Def Objection - cumulative (403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |

**915:3 - 915:17   Kieper, Ronald 12-20-2019**

| | | |
|---|---|---|
| 915 3 | BY MR. BUCHANAN: | |
| 915 4 | Q.   That's what you wrote? | |
| 915 5 | A.   It says, yes, "the geometry of the ear | |
| 915 6 | canal opening sometimes inhibited the deep plug | |
| 915 7 | insertion." | |
| 915 8 | Q.   And then you further noted that "when the | |
| 915 9 | plug was fitted, the third flange could press against | |
| 915 10 | the subject's ear canal opening and fold up," right? | |
| 915 11 | A.   Again, that's what I wrote. | |
| 915 12 | Q.   And the consequence of that, as you noted | |
| 915 13 | here based on your observations, was that it could | |
| 915 14 | loosen the plug, right? | |
| 915 15 | A.   That's right. | |
| 915 16 | Q.   Sometimes imperceptibly to the subject, | |
| 915 17 | right? | |

**Re: [914:24-915:7]**
Def Objection - cumulative (403)
**Re: [915:8-915:15]**
Def Objection - cumulative (403)
**Re: [915:16-915:20]**
Def Objection - foundation (602)

**Re: [914:24-915:7]**
Def Objection - cumulative (403)
**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**
**Re: [915:8-915:15]**
Def Objection - cumulative (403)
**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**
**Re: [915:16-915:20]**
Def Objection - foundation (602)
**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**

| 915:19 - 916:6   Kieper, Ronald 12-20-2019 | Re: [915:16-915:20] | Re: [915:16-915:20] | | |
|---|---|---|---|---|
| 915 19    BY THE WITNESS: | Def Objection - foundation (602) | Def Objection - foundation (602) | | |
| 915 20    A.   Yes. | Re: [915:22-916:6] | **SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| 915 21    BY MR. BUCHANAN: | Def Objection - cumulative (403) | | | |
| 915 22    Q.   Okay.  Now, there was some discussion with | | | | |
| 915 23    3M counsel about whether you observed any fit problems | | | | |
| 915 24     in study 016. | | Re: [915:22-916:6] | | |
| 915 25     Do you recall that? | | Def Objection - cumulative (403) | | |
| 916 1    A.   I recall talking about 016. | | **SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| 916 2    Q.   I mean, 016 was that study that was done | | | | |
| 916 3    on the yellow end, right? | | | | |
| 916 4    A.   Yes. | | | | |
| 916 5    Q.   The one that Mr. Berger didn't stop, | | | | |
| 916 6    right? | | | | |
| 916:8 - 916:24   Kieper, Ronald 12-20-2019 | Re: [916:7-916:9] | Re: [916:7-916:9] | | |
| 916 8    BY THE WITNESS: | Def Objection - cumulative (403) | Def Objection - cumulative (403) | | |
| 916 9    A.   That's right, we completed it. | Re: [916:11-916:22] | **SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.** | | |
| 916 10    BY MR. BUCHANAN: | Def Objection - cumulative (403) | | | |
| 916 11    Q.   The one that -- the one that he allowed to | Re: [916:23-917:2] | | | |
| 916 12    go to completion and that yielded a 0 NRR -- actually | Def Objection - asked; misstates (611, 403); foundation (602) | | | |
| 916 13    a negative 2 NRR, right, sir? | | | | |
| 916 14    A.   That's the -- yes, that was what the NRR | | | | |
| 916 15    computed to. | | | | |
| 916 16    Q.   Right. | | | | |
| 916 17    The actual NRR on the study computed to a | | | | |
| 916 18    negative 2, right? | | | | |

| | | | |
|---|---|---|---|
| 916 19   A.   That's correct.<br>916 20   Q.   The company reported a 0, right?<br>916 21   A.   Yes, that's what they labeled the plug<br>916 22   with.<br>916 23   Q.   Okay.  In fact, there were fit issues in<br>916 24   that study, isn't that true, sir? | | **Re: [916:11-916:22]**<br>Def Objection - cumulative (403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>**Re: [916:23-917:2]**<br>Def Objection - asked; misstates (611, 403); foundation (602)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **917:1 - 917:2   Kieper, Ronald 12-20-2019**<br>917 1   BY THE WITNESS:<br>917 2   A.   Not that I'm aware of. | **Re: [916:23-917:2]**<br>Def Objection - asked; misstates (611, 403); foundation (602) | **Re: [916:23-917:2]**<br>Def Objection - asked; misstates (611, 403); foundation (602)<br>**SUSTAINED as to [853:12-** | |

| | | | | |
|---|---|---|---|---|
| | | 933:12]— Excluded because proposed clarification excluded. | | |
| **917:7 - 917:14   Kieper, Ronald 12-20-2019**<br>917 7      You've given prior testimony concerning<br>917 8      this flange report, haven't you, sir?<br>917 9      A.   In my deposition yesterday and today?<br>917 10    Q.   You gave testimony back in 2015 in another<br>917 11    proceeding, didn't you, sir?<br>917 12    A.   Yes, I was deposed in another proceeding.<br>917 13    Q.   Okay.  Isn't it true, sir, that there were<br>917 14    subjects in study 213016 that were poorly fit? | Re: [917:13-917:18]<br>Def Objection - foundation (602) | Re: [917:13-917:18]<br>Def Objection - foundation (602)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **917:16 - 917:18   Kieper, Ronald 12-20-2019**<br>917 16    BY THE WITNESS:<br>917 17    A.   I don't recall that they -- details about<br>917 18    that study. | Re: [917:13-917:18]<br>Def Objection - foundation (602) | Re: [917:13-917:18]<br>Def Objection - foundation (602)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **917:24 - 918:1   Kieper, Ronald 12-20-2019**<br>917 24    BY MR. BUCHANAN:<br>917 25    Q.   What is your testimony on the fit in 016,<br>918 1      sir? | Re: [917:25-918:5]<br>Def Objection - foundation (602) | Re: [917:25-918:5]<br>Def Objection - foundation (602)<br>**SUSTAINED as to [853:12-** | | |

| | | |
|---|---|---|
| | | 933:12]—Excluded because proposed clarification excluded. |
| **918:3 - 918:10   Kieper, Ronald 12-20-2019**<br><br>918 3     BY THE WITNESS:<br>918 4     A.   I don't remember any fitting problems in<br>918 5     test 016.<br>918 6     BY MR. BUCHANAN:<br>918 7     Q.   Okay.  Well, let's refresh your<br>918 8     recollection with your prior testimony.<br>918 9     MR. BUCHANAN:  Could we please have Mr.<br>Kieper's<br>918 10     deposition from 10/9/2015. | **Re: [917:25-918:5]**<br>Def Objection - foundation (602)<br>**Re: [918:7-918:12]**<br>Def Objection - relevance (401, 402); cumulative (403) | **Re: [917:25-918:5]**<br>Def Objection - foundation (602)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.**<br>**Re: [918:7-918:12]**<br>Def Objection - relevance (401, 402); cumulative (403)<br>**SUSTAINED as to [853:12-933:12]—Excluded because proposed clarification excluded.**<br>**Re: [918:12-919:17]**<br>Def Objection - improper impeachment |

| | | | |
|---|---|---|---|
| | | **SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **918:12 - 918:12   Kieper, Ronald 12-20-2019**<br>918 12      MR. BUCHANAN:  Page 109, Line 20 to Page 110. | Re: [918:7-918:12]<br>Def Objection - relevance (401, 402); cumulative (403)<br>Re: [918:12-919:17]<br>Def Objection - improper impeachment | Re: [918:7-918:12]<br>Def Objection - relevance (401, 402); cumulative (403)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.**<br>Re: [918:12-919:17]<br>Def Objection - improper impeachment<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | |
| **918:14 - 919:17   Kieper, Ronald 12-20-2019**<br>918 14      MR. BUCHANAN:  You can play it.<br>918 15      (Video played, as follows: | Re: [918:12-919:17]<br>Def Objection - improper impeachment | Re: [918:7-918:12]<br>Def Objection - | |

| | | | |
|---|---|---|---|
| 918 16    "Q.  Anyway, sir, coming back to<br>918 17    the exam, doesn't it look to you like<br>918 18    on Exhibit 5205, the 213016 test,<br>918 19    that GWG in the second trial had a<br>918 20    poorly fit hearing protection device?<br>918 21    "A.  The fit -- the second fit<br>918 22    was not as good as the fit -- the<br>918 23    first fit.  That is apparent from the<br>918 24    results, yes.  That's what I would<br>918 25    say.<br>919 1    "Q.  And the effect of that<br>919 2    second test -- withdrawn.<br>919 3    That second test being a poor<br>919 4    fit could have been caused because<br>919 5    the green flanges were causing the<br>919 6    yellow end to come out of GWG's ear,<br>919 7    correct?<br>919 8    "A.  That's possible, sure.<br>919 9    "Q.  But you never did this test<br>919 10    rolling back the flange on the green<br>919 11    end while testing the yellow end,<br>919 12    correct?<br>919 13    "A.  Not to my recollection, no.<br>919 14    I wouldn't have done that.<br>919 15    "Q.  And Mr. Berger didn't ask<br>919 16    you to do it?<br>919 17    "A.  He did not.") | | relevance (401,<br>402);<br>cumulative<br>(403)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.**<br>Re: [918:12-<br>919:17]<br>Def Objection -<br>improper<br>impeachment<br>**SUSTAINED**<br>**as to [853:12**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification**<br>**excluded.** | |
| **920:6 - 920:9    Kieper, Ronald 12-20-2019**<br>920 6    Q.   Sir, and that's your prior testimony from<br>920 7    four years ago concerning study 213016.<br>920 8    You are not recanting your prior testimony<br>920 9    from 2015, are you, sir? | Re: [920:6-920:18]<br>Def Objection - relevance (401,<br>402) | Re: [920:6-<br>920:18]<br>Def Objection -<br>relevance (401,<br>402)<br>**SUSTAINED**<br>**as to [853:12-**<br>**933:12]—**<br>**Excluded**<br>**because**<br>**proposed**<br>**clarification** | |

| | | excluded. | | |
|---|---|---|---|---|
| **920:11 - 920:14   Kieper, Ronald 12-20-2019**<br>920 11      BY THE WITNESS:<br>920 12      A.   No.  It's -- it's on the screen.<br>920 13      BY MR. BUCHANAN:<br>920 14      Q.   You agree with it, right? | **Re: [920:6-920:18]**<br>Def Objection - relevance (401, 402) | **Re: [920:6-920:18]**<br>Def Objection - relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **920:16 - 920:18   Kieper, Ronald 12-20-2019**<br>920 16      BY THE WITNESS:<br>920 17      A.   I agree that, like I said, fit two was --<br>920 18      didn't give as much protection as the first fit did. | **Re: [920:6-920:18]**<br>Def Objection - relevance (401, 402) | **Re: [920:6-920:18]**<br>Def Objection - relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification excluded.** | | |
| **922:4 - 922:19   Kieper, Ronald 12-20-2019**<br>922 4      BY MR. BUCHANAN:<br>922 5      Q.   All right.  Could we roll, please, your<br>922 6      testimony from October 9, 2015, Page 111, 14 to 20.<br>922 7      (Video played, as follows:<br>922 8      "Q.  Looking at this, don't you<br>922 9      believe -- doesn't it look to you<br>922 10      like in trial two, the hearing<br>922 11      protection device, the yellow end,<br>922 12      was not fit as well as in trial one?<br>922 13      "A.  That -- apparently from the | **Re: [922:4-922:9]**<br>Def Objection - relevance (401, 402) | **Re: [922:4-922:9]**<br>Def Objection - relevance (401, 402)<br>**SUSTAINED as to [853:12-933:12]— Excluded because proposed clarification** | | |

| | | | | |
|---|---|---|---|---|
| 922 14 | results.  That -- that -- that's | | **excluded.** | |
| 922 15 | probably the case, yes.") | | | |
| 922 16 | BY MR. BUCHANAN: | | | |
| 922 17 | Q.   That was your testimony in 2015 concerning | | | |
| 922 18 | fit in study 213016, correct, sir? | | | |
| 922 19 | A.   For GWG, yes. | | | |
| **923:24 - 924:2**   **Kieper, Ronald 12-20-2019** | | | | |
| 923 24 | Q.   Okay.  Sir, passing you what we've just | | | |
| 923 25 | marked as Exhibit 86 to your deposition, this is an | | | |
| 924 1 | e-mail from a Brian Myers to Eric Fallon, cc'd to | | | |
| Doug | | | | |
| 924 2 | Moses. | | | |
| **924:19 - 925:7**   **Kieper, Ronald 12-20-2019** | | | | |
| 924 19 | Do you have before you Exhibit 86, sir? | | | |
| 924 20 | A.   Yes, I do. | | | |
| 924 21 | Q.   It is an e-mail from Mr. Myers to Eric | | | |
| 924 22 | Fallon, Doug Moses.  It says:  "Thank you." | | | |
| 924 23 | Do you see that? | | | |
| 924 24 | A.   I see that. | | | |
| 924 25 | Q.   Mr. Myers is writing and he -- moving into | | | |
| 925 1 | the middle, he says:  "I would just offer a couple of | | | |
| 925 2 | constructive comments." | | | |
| 925 3 | Do you see that? | | | |
| 925 4 | A.   Oh, second, yes, I see that. | | | |
| 925 5 | Q.   And underneath it says "Combat Arms | | | |
| 925 6 | Earplugs," right? | | | |
| 925 7 | A.   Yes. | | | |
| **926:1 - 926:4**   **Kieper, Ronald 12-20-2019** | | | | |
| 926 1 | And so what he is writing here a little | | | |
| 926 2 | later, shortly before you stop selling them because | | | |
| 926 3 | the NRR of 22 couldn't be used on a label anymore, | | | |
| he | | | | |
| 926 4 | writes this e-mail to Mr. Fallon, right? | | | |
| **926:7 - 926:21**   **Kieper, Ronald 12-20-2019** | | | | |
| 926 7 | A.   He wrote the e-mail to Mr. Fallon in July | | | |
| 926 8 | of 2015. | | | |
| 926 9 | BY MR. BUCHANAN: | | | |
| 926 10 | Q.   He says:  "Combat Arms Earplugs - | | | |
| 926 11 | something I have always noticed with the Combat | | | |

| | | | | |
|---|---|---|---|---|
| Arms | | | | |
| 926 12 | is that I never feel like they are working because I | | | |
| 926 13 | am used to that 'plugged up' distorted listening | | | |
| with | | | | |
| 926 14 | convention" -- "with a conventional earplug." | | | |
| 926 15 | Do you see that, sir? | | | |
| 926 16 | A.   I see that. | | | |
| 926 17 | Q.   That's because the Combat Arms on the | | | |
| 926 18 | yellow side, the side that soldiers are supposed to | | | |
| 926 19 | wear when they are going to be exposed to fire or | | | |
| on | | | | |
| 926 20 | the range or impulse noises had "hear-through" | | | |
| claims, | | | | |
| 926 21 | right? | | | |
| **926:24 - 927:5   Kieper, Ronald 12-20-2019** | | | | |
| 926 24 | A.   I remember hearing that term | | | |
| 926 25 | "hear-through." | | | |
| 927 1 | BY MR. BUCHANAN: | | | |
| 927 2 | Q.   Right. | | | |
| 927 3 | Because when you had the open end in your | | | |
| 927 4 | ears, you were supposed to be able to hear-through, | | | |
| 927 5 | right? | | | |
| **927:8 - 927:9   Kieper, Ronald 12-20-2019** | | | | |
| 927 8 | A.   When I've worn the plug I can hear people | | | |
| 927 9 | converse, yes. | | | |
| **929:7 - 929:12   Kieper, Ronald 12-20-2019** | | | | |
| 929 7 | And so that whole discussion you were | | | |
| 929 8 | having with counsel about being in that quiet room | | | |
| 929 9 | out -- people can't really tell if earplugs are | | | |
| 929 10 | imperceptibly listening because it is so quiet, that's | | | |
| 929 11 | a different story with the yellow end of the plug, | | | |
| 929 12 | right? | | | |
| **929:15 - 929:16   Kieper, Ronald 12-20-2019** | | | | |
| 929 15 | Q.   Because you don't get that plugged up | | | |
| 929 16 | feeling with the yellow end of the plug, do you? | | | |
| **929:19 - 929:25   Kieper, Ronald 12-20-2019** | | | | |
| 929 19 | A.   Mr. Myers doesn't. | | | |
| 929 20 | BY MR. BUCHANAN: | | | |
| 929 21 | Q.   Right. | | | |

| | | | | |
|---|---|---|---|---|
| 929 22    You don't get that plugged up distorted<br>929 23    listening feeling like you do with a conventional<br>929 24    earplug, right?<br>929 25    A.   That's what Mr. Myers said. | | | | |
| **931:23 - 932:5   Kieper, Ronald 12-20-2019**<br>931 23    BY MR. BUCHANAN:<br>931 24    Q.   And Mr. Myers when he was writing to his<br>931 25    colleagues said as the brand -- product manager of<br>932 1    this product at the outset, "The one thing I've always<br>932 2    noticed" -- "Something I have always noticed with the<br>932 3    Combat Arms is that I never feel like they are<br>932 4    working."<br>932 5    Isn't that what he wrote? | | | | |
| **932:9 - 932:9   Kieper, Ronald 12-20-2019**<br>932 9    A.   That's what he wrote. | | | | |
| **933:11 - 933:12   Kieper, Ronald 12-20-2019**<br>933 11    MR. BUCHANAN:  Mr. Kieper, thank you.  I have no<br>933 12    further questions at this time.  We have our | | | | |

# Knauer, Richard 12-17-2019

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **8:6 - 8:10   Knauer, Richard 12-17-2019** | | | | |
| 8 6      BY MR. MONSOUR: | | | | |
| 8 7      Q.   Good morning. | | | | |
| 8 8      A.   Good morning. | | | | |
| 8 9      Q.   What's your name? | | | | |
| 8 10     A.   Richard Knauer. | | | | |
| **8:18 - 8:24   Knauer, Richard 12-17-2019** | | | | |
| 8 18     Q.   Okay.  What do you do for a living? | | | | |
| 8 19     A.   I am retired. | | | | |
| 8 20     Q.   Okay.  How long have you been retired? | | | | |
| 8 21     A.   I have been retired since 2006. | | | | |
| 8 22     Q.   Okay.  And who did you work for when you | | | | |
| 8 23     retired? | | | | |
| 8 24     A.   I worked for Aearo. | | | | |
| **8:25 - 9:4   Knauer, Richard 12-17-2019** | | | | |
| 8 25     Q.   And why did you retire in 2006? | | | | |
| 9 1      A.   I was 60 years old, had three young | | | | |
| 9 2      grandchildren, my wife was retiring, and I wanted | | | | |
| 9 3      to -- and my wife and I enjoy time together, so I | | | | |
| 9 4      wanted to make sure we had a lot of time together. | | | | |
| **9:10 - 10:1   Knauer, Richard 12-17-2019** | | | | |
| 9 10     Q.   Okay?  Did you ever work for 3M? | | | | |
| 9 11     A.   I -- after I retired from Aearo in -- in | | | | |
| 9 12     2006, I went back to work for Aearo at that time as a | | | | |
| 9 13     consultant and continued to work for Aearo for about | | | | |
| 9 14     three, three-and-a-half years, and I believe in that | | | | |
| 9 15     period of time -- definitely in that period of time 3M | | | | |
| 9 16     purchased Aearo, yes. | | | | |
| 9 17     Q.   Okay.  So you retired from working full | | | | |
| 9 18     time in 2006. | | | | |
| 9 19     Could you tell me exactly when in 2006? | | | | |
| 9 20     A.   It was April 30th, 2006. | | | | |
| 9 21     Q.   Okay.  And then how long did you work as a | | | | |
| 9 22     consultant? | | | | |
| 9 23     A.   I worked two different stints as a | | | | |
| 9 24     consultant.  The original time I worked from 2006 to, | | | | |
| 9 25     I believe 2009, possibly a little bit in 2010.  I | | | | |
| 10 1     don't have all -- I don't remember all of the details. | | | | |
| **10:2 - 10:17   Knauer, Richard 12-17-2019** | | | | |
| 10 2     But I -- | | | | |

| | | | | |
|---|---|---|---|---|
| 10 3 | Q.   Okay. | | | |
| 10 4 | A.   And in the beginning it was fairly many | | | |
| 10 5 | days a week and at the end it was on a very limited | | | |
| 10 6 | basis. | | | |
| 10 7 | Q.   Okay. | | | |
| 10 8 | A.   And then, after that, I then stopped | | | |
| 10 9 | consulting, but because an individual had passed away | | | |
| 10 10 | unexpectedly, that had experience in materials | | | |
| 10 11 | development, which was my specialty, I advised the | | | |
| 10 12 | technical director, Jeff Hamer, that I would come back | | | |
| 10 13 | and do some consulting again on materials development, | | | |
| 10 14 | which is, again, my specialty.  So that was in 2013. | | | |
| 10 15 | The spring of 2013, maybe February, March, April, and | | | |
| 10 16 | did that for two to -- I believe three years, up to | | | |
| 10 17 | three years. | | | |
| **12:1 - 12:8** | **Knauer, Richard 12-17-2019** | | Re: [12:1-13:8] | **SUSTAINED** |
| 12 1 | Q.   When you retired, what was your title? | | improper counter | |
| 12 2 | A.   Technical director. | | | |
| 12 3 | Q.   And you have a Bachelor of Science degree, | | | |
| 12 4 | correct? | | | |
| 12 5 | A.   I have a Bachelor of Science, a major in | | | |
| 12 6 | math, minor in chemistry. | | | |
| 12 7 | Q.   Okay.  And then you have an MBA, too? | | | |
| 12 8 | A.   I have an MBA, yes. | | | |
| **12:9 - 12:18** | **Knauer, Richard 12-17-2019** | | Re: [12:1-13:8] | **SUSTAINED** |
| 12 9 | Q.   And where did you get your bachelor's | | improper counter | |
| 12 10 | from? | | | |
| 12 11 | A.   University of Toledo. | | | |
| 12 12 | Q.   Okay.  And then where did you get your | | | |
| 12 13 | MBA? | | | |
| 12 14 | A.   Indiana University. | | | |
| 12 15 | Q.   Okay.  Where are you from? | | | |
| 12 16 | A.   I am from Toledo, Ohio. | | | |
| 12 17 | Q.   Okay. | | | |
| 12 18 | A.   Originally. | | | |
| **12:19 - 13:3** | **Knauer, Richard 12-17-2019** | | Re: [12:1-13:8] | **OVERRULED** |
| 12 19 | Q.   And how did you end up with Aearo? | | improper counter | |
| 12 20 | A.   I worked after college, I worked for a | | | |
| 12 21 | company called Owens-Illinois in the metal closure | | | |
| 12 22 | division and materials development issues, or | | | |
| 12 23 | materials development.  I worked for them in Toledo, | | | |
| 12 24 | Ohio and Glassboro, New Jersey for several years, I | | | |

| | | | | |
|---|---|---|---|---|
| 12 25<br>13 1<br>13 2<br>13 3 | think roughly 10 or 11 years.  I was looking for a<br>growth opportunity, saw it in Aearo, which at that<br>time was called E-A-R, and joined that company in<br>1979. | | | |
| **13:4 - 13:8** | **Knauer, Richard 12-17-2019** | | | Re: [12:1-13:8]<br>improper counter | **OVERRULED** |
| 13 4<br>13 5<br>13 6<br>13 7<br>13 8 | Q.   So you worked full time for Aearo or<br>various versions of it from 1979 to 2006?<br>A.   That's correct.<br>Q.   Did you like the company?<br>A.   Yes. | | | |
| **13:9 - 13:13** | **Knauer, Richard 12-17-2019** | | | | |
| 13 9<br>13 10<br>13 11<br>13 12<br>13 13 | Q.   What was your work relationship, and I'm<br>talking about hierarchy, with Elliott Berger?<br>Were you his supervisor?<br>A.   At times -- yes, many times I was his<br>supervisor. | | | |
| **13:14 - 13:17** | **Knauer, Richard 12-17-2019** | | | | |
| 13 14<br>13 15<br>13 16<br>13 17 | Q.   Okay.<br>A.   Sometimes I wasn't; sometimes I was.  They<br>changed, they were continually changing the<br>arrangement. | | | |
| **13:18 - 14:1** | **Knauer, Richard 12-17-2019** | | | | |
| 13 18<br>13 19<br>13 20<br>13 21<br>13 22<br>13 23<br>13 24<br>13 25<br>14 1 | Q.   And then there is a man by the name of, I<br>think, Ron Kieper?<br>A.   Yes.<br>Q.   Were you his supervisor as well?<br>A.   Elliott Berger was his supervisor.<br>Q.   Okay.  So Kieper reported to Berger,<br>Berger reported to you?<br>A.   At -- certainly at the end of the -- at --<br>at one point, yes. | | | |
| **14:9 - 14:18** | **Knauer, Richard 12-17-2019** | | | Re: [14:9-14:18]<br>improper counter | **SUSTAINED** |
| 14 9<br>14 10<br>14 11<br>14 12<br>14 13<br>14 14<br>14 15<br>14 16<br>14 17<br>14 18 | Q.   Okay.  I've got a document here, and this<br>document, it says several things, but I don't really<br>care about a lot of what it says.  I'm just trying to<br>get some background and to kind of put people in<br>perspective, and it -- it has kind of a simple<br>biography for you, so I want to go through it and see<br>if it's accurate?<br>A.   Okay.<br>Q.   Okay?<br>A.   Yes. | | | |

| | | | | |
|---|---|---|---|---|
| **14:25 - 15:2   Knauer, Richard 12-17-2019** | | | **Re: [14:25-15:2]** | **SUSTAINED** |
| 14 25    Q.   Okay.  This is Knauer Exhibit 1.  Here you | | | improper counter | |
| 15 1     go, sir. | | | | |
| 15 2     A.   Okay. | | | | |
| **15:13 - 16:14   Knauer, Richard 12-17-2019** | | | **Re: [15:13-16:14]** | **SUSTAINED** |
| 15 13    Q.   It says: "Dick is the Senior Technical | | | improper counter | |
| 15 14    Director For Passive Hearing Protection for Aearo | | | | |
| 15 15    Company, with the overall responsibility for | | | | |
| 15 16    development of new passive hearing products, has | | | | |
| 15 17    worked for the company for 26 years in a variety of | | | | |
| 15 18    technical areas related to development, evaluation, | | | | |
| 15 19    and testing of hearing protection and noise control | | | | |
| 15 20    products." | | | | |
| 15 21    Did I get that right? | | | | |
| 15 22    A.   Yes. | | | | |
| 15 23    Q.   "Dick has a BS from the University of | | | | |
| 15 24    Toledo and an MBA from the University of Indiana.  He | | | | |
| 15 25    holds several patents, including one for the | | | | |
| 16 1     technology used to manufacture the SuperFit style of | | | | |
| 16 2     multi-layered foam earplug." | | | | |
| 16 3     Did I get that right? | | | | |
| 16 4     A.   That is correct. | | | | |
| 16 5     Q.   "With the exception of the Classic foam | | | | |
| 16 6     earplug, Dick has worked on and/or overseen | | | | |
| 16 7     development of nearly all passive hearing protection | | | | |
| 16 8     products that are currently sold by Aearo.  He is a | | | | |
| 16 9     member of The Society of Plastics Engineers and a | | | | |
| 16 10    former member and officer (vice president) of the | | | | |
| 16 11    Hearing Protection Committee of the International | | | | |
| 16 12    Safety Equipment Association." | | | | |
| 16 13    Did I get that right? | | | | |
| 16 14    A.   Yes. | | | | |
| **16:18 - 16:21   Knauer, Richard 12-17-2019** | | | **Re: [16:18-16:21]** | **SUSTAINED** |
| 16 18    Q.   And this is about a year before you | | | improper counter | |
| 16 19    retired, if we look at this front page, it says May | | | | |
| 16 20    of 2005, correct? | | | | |
| 16 21    A.   Yes. | | | | |
| **18:14 - 18:25   Knauer, Richard 12-17-2019** | **Re: [18:14-18:25]** | Re: [18:14- | | |
| 18 14    Q.   What do you think of the Combat Arms | Plt Objection - improper counter | 18:25] | | |
| 18 15    Version 2 earplug? | | Plt Objection - | | |
| 18 16    A.   It is a good product.  It -- I -- we heard | | Improper | | |
| 18 17    many, many comments back about how -- lives it saved | | Counter | | |

| | | | |
|---|---|---|---|
| 18 18  and that type of thing, as I remember.<br>18 19  Q.   Did you ever hear any criticisms of the<br>18 20  product?<br>18 21  A.   I don't remember any criticisms.  It would<br>18 22  not be unusual, any project that's developed, you are<br>18 23  going to get an occasional criticism.  So it's<br>18 24  possible that there were criticisms.  I don't remember<br>18 25  any, but it's possible there were criticisms. | | Designation per<br>PTO 64; 402<br>**OVERRULED** | |
| **19:9 - 19:10   Knauer, Richard 12-17-2019**<br>19 9  Q.   Do you consider Elliott Berger to be the<br>19 10  primary inventor of the Combat Arms Version 2 plug? | Re: [19:9-19:18]<br>Plt Objection - improper counter | Re: [19:9-19:18]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64; 402;<br>nonresponsive<br>**SUSTAINED** | |
| **19:12 - 19:18   Knauer, Richard 12-17-2019**<br>19 12  BY THE WITNESS:<br>19 13  A.   The product -- the concept was Elliott<br>19 14  Berger was the project manager for development of the<br>19 15  thing -- of the concept.  The product was developed<br>19 16  through working with the military and taking feedback<br>19 17  back and forth from the military about what they<br>19 18  wanted in the product. | Re: [19:9-19:18]<br>Plt Objection - improper counter | Re: [19:9-19:18]<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64; 402;<br>nonresponsive<br>**SUSTAINED** | |
| **25:21 - 26:3   Knauer, Richard 12-17-2019**<br>25 21  Q.   Okay.  Is Elliott good at his job?<br>25 22  A.   Yes.<br>25 23  Q.   Is Elliott a competent, capable person?<br>25 24  A.   Yes.<br>25 25  Q.   Is he smart?<br>26 1  A.   Yes.<br>26 2  Q.   Does he pay attention to detail?<br>26 3  A.   Yes, he pays attention to detail. | | Re: [25:21-26:3]<br>improper counter; bolstering | **SUSTAINED** |
| **50:23 - 52:2   Knauer, Richard 12-17-2019**<br>50 23  Q.   Is there a way when you are testing people<br>50 24  for an NRR that -- are there ways to kind of game the<br>50 25  system or manipulate the system to alter what the NRR<br>51 1  results are?<br>51 2  A.   To game the system, I don't understand<br>51 3  what you mean.<br>51 4  Q.   Are there ways that you can -- you can, I<br>51 5  guess, massage the data to get a better NRR? | Re: [50:23-51:14]<br>Def Objection - Vague (403),<br>Relevance (401, 402), Prejudice<br>(403), Foundation (602)<br>Re: [51:15-52:2]<br>Def Objection - 3M MIL No. 23,<br>Relevance (401, 402), Prejudice<br>(403) | Re: [50:23-<br>51:14]<br>Def Objection -<br>Vague (403),<br>Relevance (401,<br>402), Prejudice<br>(403),<br>Foundation (602)<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| 51 6 | A.   If there are ways to do it, we would not | | Re: [51:15-52:2] | |
| 51 7 | do that. | | Def Objection - | |
| 51 8 | Q.   Are there ways to do it? | | 3M MIL No. 23, | |
| 51 9 | A.   There -- there might -- there might be | | Relevance (401, | |
| 51 10 | ways to do it, but we wouldn't do it. | | 402) Prejudice | |
| 51 11 | Q.   What are some of the ways that there might | | (403) | |
| 51 12 | be that you could do it? | | **OVERRULED** | |
| 51 13 | A.   I'm not even sure.  I never thought about | | | |
| 51 14 | massaging data, so... | | | |
| 51 15 | Q.   Could -- is one of the ways you could do | | | |
| 51 16 | it, could you hand select certain people to be tested | | | |
| 51 17 | that you know from past experience get certain | | | |
| 51 18 | results? | | | |
| 51 19 | Is that one way? | | | |
| 51 20 | A.   Certainly if certain individuals get | | | |
| 51 21 | better results on products, for whatever reason, and | | | |
| 51 22 | showed consistency in results, the ability to hand | | | |
| 51 23 | select subjects could increase your chances of having | | | |
| 51 24 | a higher NRR. | | | |
| 51 25 | Q.   So that would be one way that if a company | | | |
| 52 1 | wanted to massage the data, they could, I guess, | | | |
| 52 2 | cherry pick the people they test, true? | | | |
| **52:5 - 52:8** | **Knauer, Richard 12-17-2019** | Re: [52:5-52:8] | Re: [52:5-52:8] | |
| 52 5 | A.   I -- I -- again, I wouldn't -- I mean, | Def Objection - 3M MIL No. 23, | Def Objection - | |
| 52 6 | when you say -- when you call it "massage the data," | Relevance (401, 402), Prejudice | 3M MIL No. 23, | |
| 52 7 | you -- you could pick subjects that are more -- get | (403) | Relevance (401, | |
| 52 8 | more consistent results. | | 402), Prejudice | |
| | | | (403) | |
| | | | **OVERRULED** | |
| **52:24 - 54:8** | **Knauer, Richard 12-17-2019** | Re: [52:24-53:4] | Re: [52:24-53:4] | |
| 52 24 | Q.   Mr. Knauer, I wanted to ask you, were you | Def Objection - Vague (403) | Def Objection - | |
| 52 25 | ever involved in the testing of earplugs and -- as the | Re: [53:5-54:8] | Vague (403) | |
| 53 1 | tests were going on, the REAT testing? | Def Objection - 3M MIL No. 18, | **OVERRULED** | |
| 53 2 | A.   When you say "involved," I'm just trying | Relevance (401, 402), Prejudice | Re: [53:5-54:8] | |
| 53 3 | to understand your question. | (403) | Def Objection - | |
| 53 4 | Q.   Sure. | Re: [54:6-54:8] | 3M MIL No. 18, | |
| 53 5 | A lot of times in these REAT test -- REAT, | Def Objection - 3M MIL No. 18, | Relevance (401, | |
| 53 6 | I'll call it REAT? | Relevance (401, 402), Prejudice | 402), Prejudice | |
| 53 7 | A.   Yes. | (403), Foundation (602); Vague | (403) | |
| 53 8 | Q.   Tests, they would test, let's say, ten | (611, 402) | **OVERRULED** | |
| 53 9 | people, correct? | | Re: [54:6-54:8] | |
| 53 10 | A.   If -- if you were doing an official REAT | | Def Objection - | |

| | | |
|---|---|---|
| 53 11    test, you test ten people, that's correct. | | 3M MIL No. 18, |
| 53 12    Q.   Okay.  And would you ever get updates on | | Relevance (401, |
| 53 13    how the testing was going before they got to ten | | 402), Prejudice |
| 53 14    people? | | (403), |
| 53 15    A.   Yes, sometimes I got updates, yes. | | Foundation |
| 53 16    Q.    And why would you be given updates prior | | (602); Vague |
| 53 17    to the completion of ten people? | | (611, 402) |
| 53 18    A.   Trying to understand what -- what the data | | **OVERRULED** |
| 53 19    was looking at -- like through X number of subjects, | | |
| 53 20    whatever number of subjects it was. | | |
| 53 21    Q.   Did you all ever stop the testing before | | |
| 53 22    you got to ten because you didn't like what the NRR | | |
| 53 23    was looking like? | | |
| 53 24    A.   We did on sometimes stop the testing if | | |
| 53 25     there was a -- if the project goal was to hit a | | |
| 54 1    certain number and we were not going to be close to it | | |
| 54 2    and it was apparent that we were not going to get | | |
| 54 3    there with doing ten people, there was lit -- nothing | | |
| 54 4    to be gained, nothing to be learned by continuing, so | | |
| 54 5    sometimes we did stop, yes. | | |
| 54 6    Q.   Now, why is ten the magic number?  Why -- | | |
| 54 7    once you got to ten, did it trigger some sort of a -- | | |
| 54 8    a duty by the company? | | |
| **54:11 - 54:21    Knauer, Richard 12-17-2019** | **Re: [54:11-54:21]** | Re: [54:11- |
| 54 11    A.   No.  Ten -- ten is -- ten is what's called | Def Objection - 3M MIL No. 18, | **54:21]** |
| 54 12    for in the ANSI standard, I believe, or the EPA | Relevance (401, 402), Prejudice | Def Objection - |
| 54 13    regulation, one of them, so ten -- ten is the official | (403), Foundation (602) | 3M MIL No. 18, |
| 54 14    test, but it just we -- we just took a look at the | **Re: [54:17-55:1]** | Relevance (401, |
| 54 15    data and saw what the data was saying. | Def Objection - Foundation (602) | 402), Prejudice |
| 54 16    BY MR. MONSOUR: | | (403), |
| 54 17    Q.   But -- but I guess if you did complete the | | Foundation (602) |
| 54 18    test and you did ten people and the results were not | | **OVERRULED** |
| 54 19    what you had hoped for, is there a duty on the company | | **Re: [54:17-55:1]** |
| 54 20    to still report the testing since ten people were | | Def Objection - |
| 54 21    completed? | | Foundation (602) |
| | | **OVERRULED** |
| **54:24 - 55:1    Knauer, Richard 12-17-2019** | **Re: [54:17-55:1]** | **OVERRULED** |
| 54 24    A.   If the product -- if -- if ten people were | Def Objection - Foundation (602) | **Re: [54:17-55:1]** |
| 54 25    tested and you came out with that product, then the | | Def Objection - |
| 55 1    duty would be to report that data. | | Foundation (602) |
| | | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **55:3 - 55:4** **Knauer, Richard 12-17-2019** | | | **Re: [55:3-55:20]** improper counter; nonresponsive | **OVERRULED** |
| 55 3   Q.   Okay.  But if only eight people were | | | | |
| 55 4   tested, there is no duty to report it? | | | | |
| **55:7 - 55:20** **Knauer, Richard 12-17-2019** | | | **Re: [55:3-55:20]** improper counter; nonresponsive | **OVERRULED** |
| 55 7   A.   When you say "duty to report," if we stop | | | | |
| 55 8   testing for any reason, our process would be to go in | | | | |
| 55 9   and evaluate why -- evaluate, the best we can, why we | | | | |
| 55 10   were not hitting our goal, and that could be any | | | | |
| 55 11   number of reasons.  A lot of my experience is in foam, | | | | |
| 55 12   so the foam is too soft, the foam is too hard, | | | | |
| 55 13   whatever, the recovery is too fast, the recovery is | | | | |
| 55 14   too slow.  We would go in and evaluate what was the | | | | |
| 55 15   difficulty and identify the difficulty and correct the | | | | |
| 55 16   difficulty if we could, and then create a new -- | | | | |
| 55 17   basically start again.  It would be a new product.  It | | | | |
| 55 18   would be something different because we would go in | | | | |
| 55 19   and make a change to the product or the instructions | | | | |
| 55 20   or whatever. | | | | |
| **55:22 - 56:3** **Knauer, Richard 12-17-2019** | **Re: [55:22-56:3]** Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602) | **Re: [55:22-56:3]** Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602) **OVERRULED** | | |
| 55 22   Q.   Okay.  Let me ask you this, sir.  Let's | | | | |
| 55 23   say you've got a product and you're doing NRR REAT | | | | |
| 55 24   testing on the product and after eight people it looks | | | | |
| 55 25   like you are not going to get the NRR you want. | | | | |
| 56 1   Is it okay to stop the testing and then | | | | |
| 56 2   just bring in a new panel and start the testing again? | | | | |
| 56 3   A.   No, we would not do that. | | | | |
| **56:4 - 56:25** **Knauer, Richard 12-17-2019** | | | **Re: [56:10-56:25]** improper counter; nonresponsive | **OVERRULED** |
| 56 4   Q.   Okay.  Why would you not do that? | | | | |
| 56 5   A.   Because that's -- that's -- we wouldn't do | | | | |
| 56 6   that.  That wasn't our policy, not to do that.  Our -- | | | | |
| 56 7   our policy is if we stopped after any number of | | | | |
| 56 8   subjects and tried to see would be -- determine why we | | | | |
| 56 9   are not hitting -- going to hit our goal. | | | | |
| 56 10   Q.   Okay.  Is it true, sir, that to have a new | | | | |
| 56 11   test started, you had to somehow change the product | | | | |
| 56 12   and then you could test it again? | | | | |
| 56 13   A.   We would have to change something.  In | | | | |
| 56 14   some instances it would be to change the product, or | | | | |
| 56 15   if we found it was an instruction problem, a user | | | | |
| 56 16   instructions, we could change the instructions.  It | | | | |
| 56 17   would have to be some significant change, we would -- | | | | |
| 56 18   but we would evaluate it. | | | | |

| | | | | |
|---|---|---|---|---|
| 56 19<br>56 20<br>56 21<br>56 22<br>56 23<br>56 24<br>56 25 | That's, again, the scientific process,<br>going through, seeing -- get -- doing a test, seeing<br>what you see, go back, learn from that, make a change,<br>whatever that change might be.  And that's an<br>iterative process, it may be five steps, in some<br>instances it may be one step.  It just depended upon<br>the product. | | | |
| **63:3 - 63:23** | **Knauer, Richard 12-17-2019** | **Re: [63:3-63:23]**<br>Def Objection - Foundation (602) | Re: [63:3-63:23]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| 63 3<br>63 4<br>63 5<br>63 6<br>63 7<br>63 8<br>63 9<br>63 10<br>63 11<br>63 12<br>63 13<br>63 14<br>63 15<br>63 16<br>63 17<br>63 18<br>63 19<br>63 20<br>63 21<br>63 22<br>63 23 | Let me hand you what has been marked as<br>Exhibit 7.<br>(WHEREUPON, a certain document was<br>marked Dick Knauer Deposition Exhibit<br>No. 7, for identification, as of<br>12/17/2019.)<br>BY MR. MONSOUR:<br>Q.   I don't know if you've seen this before.<br>Exhibit 7, do you know who a man by the<br>name of Michael McLain is?<br>A.   Michael McLain, yes, I know who Michael<br>McLain is.<br>Q.   And who is he?<br>A.   At -- at -- at that time he was president<br>of the company.<br>Q.   Okay.  If you will look, this is a letter<br>from Michael McLain dated November 27, 2002, and this<br>is a letter that is referencing Aearo's position<br>regarding NRR testing.<br>Do you see that?<br>A.   Yes. | | | |
| **63:24 - 64:12** | **Knauer, Richard 12-17-2019** | | | |
| 63 24<br>63 25<br>64 1<br>64 2<br>64 3<br>64 4<br>64 5<br>64 6<br>64 7<br>64 8<br>64 9<br>64 10 | Q.   And it says:  "First, I want to underscore<br>Aearo's position regarding NRR testing."<br>The second bullet point, he notes, is:<br>"The labeling on our products meets EPA requirements,<br>and our disclaimer (which is not required) is in the<br>best interests of informing and protecting workers."<br>Do you see that?<br>A.   Yes, I see that.<br>Q.   No. 3, it says:  "We do not believe that<br>our advertising is misleading in any way.  It simply<br>states the NRR's for our products and that our testing<br>laboratory is NVLAP approved, which it is." | | | |

| | | | | |
|---|---|---|---|---|
| 64 11<br>64 12 | Did I get that right?<br>A.   Yes. | | | |
| **64:13 - 64:14**<br>64 13<br>64 14 | **Knauer, Richard 12-17-2019**<br>Q.   Was it important to your company that the<br>advertising not to be misleading in any way? | **Re: [64:13-64:14]**<br>Def Objection - Vague (403),<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [64:13-64:14]**<br>Def Objection -<br>Vague (403),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |
| **64:19 - 64:19**<br>64 19 | **Knauer, Richard 12-17-2019**<br>A.   Of course it's important. | **Re: [64:19-64:19]**<br>Def Objection - Vague (403),<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [64:19-64:19]**<br>Def Objection -<br>Vague (403),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |
| **64:20 - 64:25**<br>64 20<br>64 21<br>64 22<br>64 23<br>64 24<br>64 25 | **Knauer, Richard 12-17-2019**<br>BY MR. MONSOUR:<br>Q.   You would never want to say that a product<br>like the yellow end of the Combat Arms Earplug<br>provided protection without impairment, you would<br>never want to say that because that's not true,<br>correct? | **Re: [64:21-64:25]**<br>Def Objection - Relevance (401,<br>402), Prejudice (403), Foundation<br>(602) | **Re: [64:21-64:25]**<br>Def Objection -<br>Relevance (401,<br>402), Prejudice<br>(403),<br>Foundation (602)<br>**OVERRULED** | |
| **65:3 - 65:4**<br>65 3<br>65 4 | **Knauer, Richard 12-17-2019**<br>A.   I would -- I would prefer that it -- it<br>say something in a little more general sense. | **Re: [65:3-65:4]**<br>Def Objection - Vague (403),<br>Relevance (401, 402), Prejudice<br>(403), Foundation (602) | **Re: [65:3-65:4]**<br>Def Objection -<br>Vague (403),<br>Relevance (401,<br>402), Prejudice<br>(403),<br>Foundation (602)<br>**OVERRULED** | |
| **65:15 - 65:21**<br>65 15<br>65 16<br>65 17<br>65 18<br>65 19<br>65 20<br>65 21 | **Knauer, Richard 12-17-2019**<br>BY MR. MONSOUR:<br>Q.   Sure.<br>If -- if the company in its advertisements<br>was noting that the yellow end provided hearing<br>protection and allowed people to hear without<br>impairment, that could be misleading to the users,<br>true? | | | **Re: [65:15-66:8]**<br>improper counter | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **65:23 - 66:8**  **Knauer, Richard 12-17-2019**<br>65 23   BY THE WITNESS:<br>65 24     A.   The word -- the word "misleading" is a --<br>65 25    is a gross exaggeration. It's -- it's just -- it --<br>66 1    it -- it provides the information -- excuse me.  It<br>66 2    provides information.<br>66 3    BY MR. MONSOUR:<br>66 4     Q.   You said the word "misleading" is a gross<br>66 5    exaggeration.<br>66 6     A.   Well, it's -- it's -- you call it<br>66 7    misleading.  It's -- the company is making a comment,<br>66 8    okay. | | | **Re: [65:15-66:8]**<br>improper counter | **OVERRULED** |
| **66:9 - 66:12**  **Knauer, Richard 12-17-2019**<br>66 9     Q.   Right.  But if the company were to say<br>66 10    that the yellow end of the plug allowed its users to<br>66 11    hear without impairment, that would be misleading,<br>66 12    true? | **Re: [66:9-66:12]**<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [66:9-66:12]<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | | |
| **66:16 - 66:18**  **Knauer, Richard 12-17-2019**<br>66 16     A.   It -- it is.  "Without impairment" is<br>66 17    probably not scientifically absolutely correct.  There<br>66 18    is minor impairment. | **Re: [66:16-66:18]**<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [66:16-66:18]<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | | |
| **67:20 - 68:21**  **Knauer, Richard 12-17-2019**<br>67 20    "Aearo supports that new products rated<br>67 21    above the designated ceiling must receive that rating<br>67 22    based on testing with an outside testing laboratory."<br>67 23    Did I get that right?<br>67 24     A.   Yes.<br>67 25     Q.   Okay.<br>68 1    "It goes without saying that Aearo<br>68 2    supports that multiple testing attempts with the same<br>68 3    product are not allowed because this is prohibited by<br>68 4    the EPA."<br>68 5    Did I get that right?<br>68 6     A.   Yes.<br>68 7     Q.   That's the question that I was asking you<br>68 8    earlier.  Do you remember that? | **Re: [67:20-68:21]**<br>Def Objection - Foundation (602) | Re: [67:20-68:21]<br>Def Objection - Foundation (602)<br>**OVERRULED** | | |

| | | | |
|---|---|---|---|
| 68 9 | A.   Yes. | | |
| 68 10 | Q.   It goes on:  "Further, when multiple tests | | |
| 68 11 | are conducted, we must all agree and have EPA approval | | |
| 68 12 | for the proper NRR labeling protocol." | | |
| 68 13 | Did I get that right? | | |
| 68 14 | A.   Yes. | | |
| 68 15 | Q.    So let's go back and let's look at the | | |
| 68 16 | second sentence in No. 3. | | |
| 68 17 | "It goes without saying that Aearo | | |
| 68 18 | supports that multiple testing attempts with the same | | |
| 68 19 | product are not allowed because this is prohibited by | | |
| 68 20 | the EPA." | | |
| 68 21 | What does that mean? | | |
| **68:24 - 69:3** | **Knauer, Richard 12-17-2019** | **Re: [68:24-69:3]** | **Re: [68:24-69:3]** |
| 68 24 | A.   What does that mean, I don't know what | Def Objection - Foundation (602) | Def Objection - Foundation (602) |
| 68 25 | that means.  I mean it -- I don't know what it means. | | **OVERRULED** |
| 69 1 | BY MR. MONSOUR: | | |
| 69 2 | Q.   Does it mean that you can't just keep | | |
| 69 3 | retesting a product to get the NRR you want? | | |
| **69:6 - 69:15** | **Knauer, Richard 12-17-2019** | **Re: [69:6-69:15]** | **Re: [69:6-69:15]** |
| 69 6 | A.   It means that you cannot just keep | Def Objection - Foundation (602) | Def Objection - Foundation (602) |
| 69 7 | testing -- without making a change, without doing some | | **OVERRULED** |
| 69 8 | modification, be it to the product, the design, | | |
| 69 9 | formulation, instructions, whatever, something that | | |
| 69 10 | affects how the plug is fitted into the ear, I -- I | | |
| 69 11 | say plug, how the plug is fitted into the ear.  You | | |
| 69 12 | cannot just go in and test until you get the NRR that | | |
| 69 13 | you desire. | | |
| 69 14 | BY MR. MONSOUR: | | |
| 69 15 | Q.   Okay.  Why is that important? | | |
| **69:24 - 70:1** | **Knauer, Richard 12-17-2019** | **Re: [69:24-70:1]** | **Re: [69:24-70:1]** |
| 69 24 | A.   It's -- it's -- it's just a -- it -- you | Def Objection - Foundation (602) | Def Objection - Foundation (602) |
| 69 25 | would -- just because it -- you need to -- you need to | | **OVERRULED** |
| 70 1 | do a test and get the results that you get. | | |
| **70:15 - 70:19**   **Knauer, Richard 12-17-2019** | | **Re: [70:15-71:1]** | **Re: [70:15-71:1]** |
| 70 15 | Q.   Okay.  Because it's true that if a company | Def Objection - Argumentative, Vague (403), Prejudice (403), Foundation (602) | Def Objection - Argumentative, Vague (403), Prejudice (403), Foundation (602) |
| 70 16 | wanted to massage the data, if they didn't get the NRR | | **OVERRULED** |
| 70 17 | that they liked the first time, they could bring a | | |
| 70 18 | different group in to test that had certain | | |
| 70 19 | characteristics and maybe improve the NRRs, true? | | |

Knauer, Richard 12-17-2019                                                                                         13

| 70:22 - 71:1 | Knauer, Richard 12-17-2019 | Re: [70:15-71:1] | Re: [70:15-71:1] | | |
|---|---|---|---|---|---|
| 70 22 | A.   If -- if you are asking could -- if you | Def Objection - Argumentative, | Def Objection - Argumentative, | | |
| 70 23 | did not get the NRR you desired, could you hand pick | Vague (403), Prejudice (403), | Vague (403), | | |
| 70 24 | subjects and then just test those subjects and get a | Foundation (602) | Prejudice (403), | | |
| 70 25 | higher NRR, that is -- that is within the range of | | Foundation (602) | | |
| 71 1 | possibilities, I guess. | | **OVERRULED** | | |
| **75:2 - 76:1** | **Knauer, Richard 12-17-2019** | | | **Re: [75:6-75:7]** | **OVERRULED** |
| 75 2 | Q.   Let me hand you Exhibit No. 9, sir. | | | Relevance / 403 | |
| 75 3 | A.   Okay. | | | | |
| 75 4 | Q.   And what I would like for you to do is | | | | |
| 75 5 | look at -- | | | | |
| 75 6 | MR. WASDIN:  Is there a copy for me? | | | | |
| 75 7 | MS. KROTTINGER:  Yes.  Sorry. | | | | |
| 75 8 | BY MR. MONSOUR: | | | | |
| 75 9 | Q.   This is an e-mail dated April 9, 1999, and | | | | |
| 75 10 | it is from Doug Ohlin to Doug Ohlin.  It says: | | | | |
| 75 11 | "Letter for Combat Arms earplug."  And immediately | | | | |
| 75 12 | below that there is an e-mail from Brian Myers to Doug | | | | |
| 75 13 | Ohlin. | | | | |
| 75 14 | Do you see that? | | | | |
| 75 15 | A.   Yes, I see that. | | | | |
| 75 16 | Q.   And it says, they are talking about -- | | | | |
| 75 17 | they are talking about the Combat Arms Version 2 | | | | |
| 75 18 | earplug, correct? | | | | |
| 75 19 | A.   Yes, it look -- it appears that way, yes, | | | | |
| 75 20 | sir. | | | | |
| 75 21 | Q.   And it says in the second paragraph, it | | | | |
| 75 22 | says:  "I spoke with Dick Knauer who believes that we | | | | |
| 75 23 | can probably shorten the plug by 1/4" required to fit | | | | |
| 75 24 | your current container." | | | | |
| 75 25 | Did I read that correctly? | | | | |
| 76 1 | A.   Yes. | | | | |
| **76:2 - 76:21** | **Knauer, Richard 12-17-2019** | | | | |
| 76 2 | Q.   Do you remember speaking with Brian Myers | | | | |
| 76 3 | about shortening the Combat Arms Earplug Version 2 by | | | | |
| 76 4 | a quarter of an inch? | | | | |
| 76 5 | A.   I have a memory that we did -- that I -- | | | | |
| 76 6 | that we were asked to shorten the plug, yes. | | | | |
| 76 7 | Q.   Okay.  Good. | | | | |
| 76 8 | How did it come up, do you remember? | | | | |
| 76 9 | A.   It came up, to the best of my memory, that | | | | |

| | | | | |
|---|---|---|---|---|
| 76 10 | when we provided samples to the military where the | | | |
| 76 11 | plug was longer, provided a -- I don't know how many | | | |
| 76 12 | samples, but we provided samples, and it may have been | | | |
| 76 13 | multiple samples multiple times, they did an | | | |
| 76 14 | evaluation of the product, and may have taken weeks, | | | |
| 76 15 | it may have taken months, I don't remember, but they | | | |
| 76 16 | came back with the evaluation and said, We like things | | | |
| 76 17 | about the product but we would like it a quarter inch | | | |
| 76 18 | shorter. | | | |
| 76 19 | Q.   Okay.  What went into the decision-making | | | |
| 76 20 | process of whether or not the original length of the | | | |
| 76 21 | plug could be shortened by a quarter of an inch? | | | |
| **76:24 - 78:3** | **Knauer, Richard 12-17-2019** | Re: [77:7-77:23] | Re: [77:7-77:23] | |
| 76 24 | A.   What -- what went into the decision-making | Def Objection - Relevance (401, | Def Objection - | |
| 76 25 | process, I don't understand your question. | 402); Foundation (602) | Relevance (401, | |
| 77 1 | BY MR. MONSOUR: | Re: [77:24-78:3] | 402); Foundation | |
| 77 2 | Q.   It probably was an inartful question. | Def Objection - Misstates (403), | (602) | |
| 77 3 | What I'm trying to find out is, is what | Prejudice (403) | **OVERRULED** | |
| 77 4 | did you have to look at to determine whether or not | | Re: [77:24-78:3] | |
| 77 5 | the plug could be shortened by a quarter of an inch? | | Def Objection - | |
| 77 6 | A.   Okay. | | Misstates (403), | |
| 77 7 | Q.   I'm -- I'm assuming that you came up or | | Prejudice (403) | |
| 77 8 | someone came up with the original length for some | | **OVERRULED** | |
| 77 9 | reason, you didn't just pick it out of the air, and | | | |
| 77 10 | then I'm assuming that there was a reason for the | | | |
| 77 11 | original length and then I'm assuming that somebody | | | |
| 77 12 | had to look at something to determine whether or not a | | | |
| 77 13 | quarter inch could have been taken off of it? | | | |
| 77 14 | A.   There -- there was a -- to answer your | | | |
| 77 15 | question then, there was a -- because of the | | | |
| 77 16 | manufacturing process of how that plug was | | | |
| 77 17 | manufactured, there was a concern about our ability to | | | |
| 77 18 | make a plug, if -- if you shorten the plug by a | | | |
| 77 19 | quarter of an inch, you basically then have no -- the | | | |
| 77 20 | stem is as -- ends at where the black flange ended as | | | |
| 77 21 | I remember, and trying to do that in -- in | | | |
| 77 22 | manufacturing, there were some manufacturing issues | | | |
| 77 23 | with that. | | | |
| 77 24 | Q.   Okay.  So the -- the decision whether or | | | |
| 77 25 | not the plug could be shortened by a quarter of an | | | |
| 78 1 | inch didn't necessarily have to do with the | | | |

| | | | | |
|---|---|---|---|---|
| 78 2<br>78 3 | performance of the plug, it had more to do with<br>production of the plug, am I close? | | | |
| 78:6 - 78:13 | Knauer, Richard 12-17-2019 | Re: [78:6-78:13]<br>Def Objection - Misstates (403),<br>Prejudice (403) | Re: [78:6-78:13]<br>Def Objection -<br>Misstates (403),<br>Prejudice (403)<br>**OVERRULED** | |
| 78 6<br>78 7<br>78 8<br>78 9<br>78 10<br>78 11<br>78 12<br>78 13 | A.   The -- the issue had to be with our<br>capability to -- to manufacture a plug that had a --<br>you know, that quarter inch taken off, yes.<br>BY MR. MONSOUR:<br>Q.   Okay.  So the thought process in whether<br>or not the plug could be shortened a quarter inch, the<br>thought process wasn't on would the plug perform, it<br>was, can our machines make the plug? | | | |
| 78:16 - 79:11 | Knauer, Richard 12-17-2019 | Re: [78:16-78:22]<br>Def Objection - Misstates (403),<br>Prejudice (403) | Re: [78:16-<br>78:22]<br>Def Objection -<br>Misstates (403),<br>Prejudice (403)<br>**OVERRULED** | |
| 78 16<br>78 17<br>78 18<br>78 19<br>78 20<br>78 21<br>78 22<br>78 23<br>78 24<br>78 25<br>79 1<br>79 2<br>79 3<br>79 4<br>79 5<br>79 6<br>79 7<br>79 8<br>79 9<br>79 10<br>79 11 | A.   The -- the question at this time was could<br>we do that, and we could basically -- so we had to<br>investigate whether we could do that.  So the way we<br>would do that would be to, at minimum, we could cut<br>the end off, make some samples and send them to the<br>Army and let them evaluate it and tell us what -- how<br>the performance was.<br>BY MR. MONSOUR:<br>Q.   Right.  But I'm getting at -- it says:  "I<br>spoke with Dick Knauer who believes we can probably<br>shorten the plug by the 1/4" required to fit your<br>current container."<br>When you made the decision that -- that<br>the plug could be shortened by a quarter of an inch,<br>were you looking at the capabilities of the plug or<br>were you looking at the manufacturing process<br>necessary to create the plug?<br>A.   We were looking at -- I -- I was<br>specifically -- or Bob Falco was specifically looking<br>at the capability of being able to manufacture a<br>shorter plug. | | | |
| 79:12 - 80:16 | Knauer, Richard 12-17-2019 | | | Re: [79:12-80:21]<br>improper counter; nonresponsive | **SUSTAINED** |
| 79 12<br>79 13<br>79 14<br>79 15<br>79 16<br>79 17<br>79 18<br>79 19 | Q.   Okay.<br>A.   However, we then wanted to provide that<br>plug to the Army and let them evaluate it and tell us<br>whether it works, because we were depending upon their<br>feedback, did this solve your problem, is it working,<br>and that type of thing.<br>Q.   Okay.  How was the original length of the<br>Combat Arms Version 2 plug arrived at? | | | |

| | | | |
|---|---|---|---|
| 79 20 | A. I do not remember how that was arrived at. | | |
| 79 21 | Q. Was it your decision or would it have been | | |
| 79 22 | Berger's decision or would it have been Falco's | | |
| 79 23 | decision or would it have been somebody else? | | |
| 79 24 | A. I do not remember how that was decided. | | |
| 79 25 | Q. Okay. Do you consider yourself one of the | | |
| 80 1 | designers of the Combat Arms Version 2 earplug? | | |
| 80 2 | A. No. | | |
| 80 3 | Q. Who do you consider to be the designer of | | |
| 80 4 | the Combat Arms Version 2 earplug? | | |
| 80 5 | A. When you -- when you say designed, what do | | |
| 80 6 | you mean, design? | | |
| 80 7 | Q. I don't know any other word. | | |
| 80 8 | A. Certainly we provided samples, we provided | | |
| 80 9 | a variety of samples to the military. Originally, if | | |
| 80 10 | I remember correctly, and this is if I remember | | |
| 80 11 | correctly, the first product we showed them was a | | |
| 80 12 | single-ended UltraFit long stem, the normal length of | | |
| 80 13 | the stem of the UltraFit, with a filter in it, provide | | |
| 80 14 | the samples, got feedback. So it was an iterative | | |
| 80 15 | process back and forth, to answer your question the | | |
| 80 16 | best I can. | | |
| **80:17 - 80:21** | **Knauer, Richard 12-17-2019** | | **Re: [79:12-80:21]** | **SUSTAINED** |
| 80 17 | Q. Who was the one, though, that came up with | improper counter; nonresponsive | |
| 80 18 | the -- the let's take two UltraFits, put them on two | | |
| 80 19 | ends, we'll put a piece of plastic in the middle and | | |
| 80 20 | we'll put a filter in there, who is the one that -- | | |
| 80 21 | who is the one that came up with that design? | | |
| **80:24 - 81:17** | **Knauer, Richard 12-17-2019** | | **Re: [80:24-81:17]** | **SUSTAINED** |
| 80 24 | A. When you asked who came up with the | improper counter | |
| 80 25 | design, the feedback we got from the military after | | |
| 81 1 | providing them with a single-ended stem, single-ended | | |
| 81 2 | product, was we liked the concept, we would like | | |
| 81 3 | something -- Doug Ohlin specifically, but it was the | | |
| 81 4 | military in general, we -- we like the concept, but we | | |
| 81 5 | would like it to have a double-ended plug to it. | | |
| 81 6 | BY MR. MONSOUR: | | |
| 81 7 | Q. Right. And so if Doug Ohlin says, We | | |
| 81 8 | would like to have a double-ended to it, that product | | |
| 81 9 | doesn't just appear, somebody has to literally design | | |
| 81 10 | the product so you can make it, right? | | |
| 81 11 | A. Basically, when he asked for that, we then | | |

| | | | |
|---|---|---|---|
| 81 12   went in and made up samples, however we made them up,<br>81 13   and sent them to Doug, and it could have been two or<br>81 14   three, I don't remember.<br>81 15   Q.   Okay.<br>81 16   A.   We sent samples to him, he said this is --<br>81 17   this is good, this is bad, whatever. | | | |
| **81:24 - 82:3   Knauer, Richard 12-17-2019**<br>81 24   Q.   Yeah.  Yeah.  Who -- who came up with the<br>81 25   idea of how to put the -- the -- come up with this --<br>82 1   if the military said we wanted a two-sided document,<br>82 2   who is the one that came up with the design for the<br>82 3   two sides? | | | |
| **82:6 - 82:17   Knauer, Richard 12-17-2019**<br>82 6   A.   To the best of my memory, what we did was<br>82 7   we took the -- because we had the UltraFit tips, we<br>82 8   took them and cut them down to certain lengths, put a<br>82 9   filter in the adapter and put them together and sent<br>82 10   them and said, Doug, is this what you want, is this<br>82 11   not what you want, that type of thing.<br>82 12   Q.   So who did that, was it you?<br>82 13   A.   No, it was not me.<br>82 14   Q.   Okay.<br>82 15   A.   The most likely person that had did -- had<br>82 16   made the actual samples was Bob Falco, the design<br>82 17   engineer. | | | |
| **83:10 - 83:15   Knauer, Richard 12-17-2019**<br>83 10   Q.   Okay.  But for the simple premise, you --<br>83 11   you understand that -- that triple flange plugs do<br>83 12   come in more than one size, right?<br>83 13   A.   They can come in more than one size, yes.<br>83 14   Q.   Okay.  How did the company arrive at this<br>83 15   size for the Version 2 Combat Arms? | | | |
| **83:18 - 84:25   Knauer, Richard 12-17-2019**<br>83 18   A.   How did they determine that that size for<br>83 19   the Combat Arms?<br>83 20   BY MR. MONSOUR:<br>83 21   Q.   Uh-huh.<br>83 22   A.   The company basically made the UltraFit<br>83 23   earplug and -- and did since I believe the early --<br>83 24   excuse me -- mid '80s.<br>83 25   Q.   Okay. | | | |

| | | | | |
|---|---|---|---|---|
| 84 1 | A.   They came out -- came out with the | | | |
| 84 2 | UltraFit earplug, and field experience, feedback from | | | |
| 84 3 | end users, indicated that that product, the UltraFit, | | | |
| 84 4 | fit almost everyone, no -- no product fits everybody. | | | |
| 84 5 | There are people that have very small ear canals, very | | | |
| 84 6 | large ear canals.  That product fit the vast majority | | | |
| 84 7 | of the population.  So the design was a good design to | | | |
| 84 8 | fit a lot of people, the vast majority of the | | | |
| 84 9 | population. | | | |
| 84 10 | Q.   Okay.  So is this -- the UltraFit was a | | | |
| 84 11 | one-size product, correct? | | | |
| 84 12 | A.   The UltraFit was a one-size product with a | | | |
| 84 13 | longer stem, yes. | | | |
| 84 14 | Q.   Okay.  Is the Version 2 the exact same | | | |
| 84 15 | size as the UltraFit? | | | |
| 84 16 | A.   To the best of my memory, the UltraFit -- | | | |
| 84 17 | the -- excuse me.  Let me -- let me take a step back. | | | |
| 84 18 | To the best of my memory, the Combat | | | |
| 84 19 | Arms 2 version uses the same size flanges, of course | | | |
| 84 20 | the stem is shorter, but the flanges are the same as | | | |
| 84 21 | they were in the UltraFit, to the best of my memory. | | | |
| 84 22 | Q.   Okay.  So literally you took the existing | | | |
| 84 23 | UltraFits that you had, you kind of stuck them | | | |
| 84 24 | together with the piece of plastic and that's the | | | |
| 84 25 | Version 2, and you added a filter? | | | |
| **85:3 - 85:5** | **Knauer, Richard 12-17-2019** | | | |
| 85 3 | A.   We -- we -- we took those -- those items | | | |
| 85 4 | and that eventually became the Combat Arms product, | | | |
| 85 5 | yes. | | | |
| **85:6 - 85:14** | **Knauer, Richard 12-17-2019** | | Re: [85:6-85:14] | SUSTAINED |
| 85 6 | BY MR. MONSOUR: | | improper counter | |
| 85 7 | Q.   Okay.  Now, do you know what percentage of | | | |
| 85 8 | the population has very large ear canals? | | | |
| 85 9 | A.   No, I don't know. | | | |
| 85 10 | Q.   Can you give me an estimate? | | | |
| 85 11 | A.   No. | | | |
| 85 12 | Q.   Okay.  I mean, you don't know if it's like | | | |
| 85 13 | 1 percent or maybe 10 percent or anything like that? | | | |
| 85 14 | A.   No, I don't know the number. | | | |
| **87:6 - 87:8** | **Knauer, Richard 12-17-2019** | | | |
| 87 6 | Q.   Are you familiar with the document that we | | | |

| | | | | |
|---|---|---|---|---|
| 87 7 | refer to as "the flange report"? | | | |
| 87 8 | A.   No. | | | |
| **87:9 - 87:23** | **Knauer, Richard 12-17-2019** | **Re: [87:9-87:23]** | **Re: [87:9-87:23]** | |
| 87 9 | Q.   Okay.  Let me hand you what I'll mark as | Def Objection - Foundation (602), | Def Objection - | |
| 87 10 | Exhibit 10. | Relevance (401, 402), Prejudice | Foundation | |
| 87 11 | (WHEREUPON, a certain document was | (403) | (602), Relevance | |
| 87 12 | marked Dick Knauer Deposition Exhibit | | (401, 402), | |
| 87 13 | No. 10, for identification, as of | | Prejudice (403) | |
| 87 14 | 12/17/2019.) | | **OVERRULED** | |
| 87 15 | BY MR. MONSOUR: | | | |
| 87 16 | Q.   This is Exhibit 10.  It is entitled How | | | |
| 87 17 | Folding the Flanges Back Affects REAT Results of the | | | |
| 87 18 | UltraFit Earplug End of the Combat Arms Plug. | | | |
| 87 19 | Do you see that? | | | |
| 87 20 | A.   Yes, I see that. | | | |
| 87 21 | Q.   And it is dated July 10th of 2000. | | | |
| 87 22 | Do you see that? | | | |
| 87 23 | A.   Yes, I see that. | | | |
| **87:24 - 88:3** | **Knauer, Richard 12-17-2019** | | | |
| 87 24 | Q.   Have you ever seen this document before | | | |
| 87 25 | today? | | | |
| 88 1 | A.   Back to my original comment, I -- when I | | | |
| 88 2 | was employed at Aearo and 3M, I do not remember seeing | | | |
| 88 3 | this document. | | | |
| **90:3 - 90:22** | **Knauer, Richard 12-17-2019** | **Re: [90:3-90:22]** | **Re: [90:3-90:22]** | |
| 90 3 | Q.   And the document states under the | Def Objection - Foundation (602), | Def Objection - | |
| 90 4 | Introduction, it says:  "The Combat Arms Earplug was | Relevance (401, 402), Prejudice | Foundation | |
| 90 5 | shortened, at the request of the Army, so that it | (403) | (602), Relevance | |
| 90 6 | would fit into a carrying case.  Because of this, the | | (401, 402), | |
| 90 7 | plug is shorter than any other UltraFit Plug design. | | Prejudice (403) | |
| 90 8 | The purpose of this report is to document that the | | **OVERRULED** | |
| 90 9 | current length of the UltraFit earplug end of the | | | |
| 90 10 | Combat Arms plug is too short for proper insertion and | | | |
| 90 11 | how changing the fitting technique affected the | | | |
| 90 12 | results of real-ear tests of this plug." | | | |
| 90 13 | Did I get that right? | | | |
| 90 14 | A.   Yes, you read that correctly. | | | |
| 90 15 | Q.   Do you agree with the statement that the | | | |
| 90 16 | current length of the UltraFit earplug end of the | | | |
| 90 17 | Combat Arms plug is too short for proper insertion? | | | |
| 90 18 | Do you agree with that statement? | | | |
| 90 19 | MR. WASDIN:  Objection to foundation. | | | |

| | | | | |
|---|---|---|---|---|
| 90 20 | BY THE WITNESS: | | | |
| 90 21 | A.   I agree with that, without changing the | | | |
| 90 22 | fitting instructions. | | | |
| **90:24 - 91:1** | **Knauer, Richard 12-17-2019** | | | |
| 90 24 | Q.   Okay.  So without changing the fitting | | | |
| 90 25 | instructions, the plug is too short for proper | | | |
| 91 1 | insertion, you do agree with that? | | | |
| **91:3 - 91:8** | **Knauer, Richard 12-17-2019** | | | |
| 91 3 | BY THE WITNESS: | | | |
| 91 4 | A.   That was the comment that was made in this | | | |
| 91 5 | report. | | | |
| 91 6 | BY MR. MONSOUR: | | | |
| 91 7 | Q.   Okay. | | | |
| 91 8 | A.   So it was written by someone else. | | | |
| **95:6 - 95:13** | **Knauer, Richard 12-17-2019** | Re: [95:6-95:13] | Re: [95:6-95:13] | |
| 95 6 | Q.   Okay.  Would it be concerning if you're | Def Objection - Foundation (602), | Def Objection - | |
| 95 7 | testing a Combat Arms Version 2 plug and you've got | Relevance (401, 402), Prejudice | Foundation | |
| 95 8 | the UltraFit that you used to make the Version 2 plug, | (403) | (602), Relevance | |
| 95 9 | correct? | | (401, 402), | |
| 95 10 | A.   Correct. | | Prejudice (403) | |
| 95 11 | Q.   If you know the UltraFit typically is | | **OVERRULED** | |
| 95 12 | getting you a 21 NRR, is it concerning when testing of | | | |
| 95 13 | the Version 2 shows a 10.9 NRR? | | | |
| **95:16 - 95:18** | **Knauer, Richard 12-17-2019** | Re: [95:16-95:18] | Re: [95:16- | |
| 95 16 | A.   The -- if you saw results like that, you | Def Objection - Foundation (602), | 95:18] | |
| 95 17 | would believe that something -- you needed to go in | Relevance (401, 402), Prejudice | Def Objection - | |
| 95 18 | and try to figure out what's happening. | (403) | Foundation | |
| | | | (602), Relevance | |
| | | | (401, 402), | |
| | | | Prejudice (403) | |
| | | | **OVERRULED** | |
| **95:19 - 96:3** | **Knauer, Richard 12-17-2019** | | | Re: [95:19-96:3] | **SUSTAINED** |
| 95 19 | BY MR. MONSOUR: | | | improper counter | |
| 95 20 | Q.   Okay.  Let me ask you this:  It mentions | | | | |
| 95 21 | on test on the next page, 213017, it mentions that the | | | | |
| 95 22 | yellow flanges were folded outward to allow a deeper | | | | |
| 95 23 | insertion of the green plug, correct? | | | | |
| 95 24 | A.   That's what it says, yes, sir. | | | | |
| 95 25 | Q.   Okay.  So let me -- let me show this on -- | | | | |
| 96 1 | so what it talks about, if we could, this is the plug, | | | | |
| 96 2 | correct, and what -- what that 213017 report is | | | | |
| 96 3 | talking about is doing that, correct? | | | | |

| | | | | |
|---|---|---|---|---|
| **96:5 - 96:19** **Knauer, Richard 12-17-2019** | | | **Re: [96:5-96:19]** improper counter; nonresponsive | **SUSTAINED** |
| 96 5  BY MR. MONSOUR: | | | | |
| 96 6  Q. Is rolling back the yellow side, correct? | | | | |
| 96 7  A. My interpretation is that that was done | | | | |
| 96 8  on -- on some subjects, yes. | | | | |
| 96 9  Q. Okay. Do you know how many subjects it | | | | |
| 96 10  was done on? | | | | |
| 96 11  A. No, I do not. | | | | |
| 96 12  Q. Okay. So here is what was done on 213017. | | | | |
| 96 13  Let me ask you this: To insert the yellow | | | | |
| 96 14  end, would you need to roll back the green flange like | | | | |
| 96 15  that? | | | | |
| 96 16  A. I do not know. | | | | |
| 96 17  Q. Would you think you would need to do that | | | | |
| 96 18  to get a proper fit? | | | | |
| 96 19  A. I do not know. I did not do the testing. | | | | |
| **98:1 - 98:6** **Knauer, Richard 12-17-2019** | | | | |
| 98 1  Do you see that? | | | | |
| 98 2  A. Yes, I see that. | | | | |
| 98 3  Q. Do you remember ever talking with Elliott | | | | |
| 98 4  Berger or Ron Kieper about this imperceptible | | | | |
| 98 5  loosening of the plug? | | | | |
| 98 6  A. No, I do not. | | | | |
| **98:7 - 98:8** **Knauer, Richard 12-17-2019** | **Re: [98:7-99:1]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | **Re: [98:7-99:1]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **OVERRULED** | | |
| 98 7  Q. Do you consider imperceptible loosening of | | | | |
| 98 8  a plug to be a problem? | | | | |
| **98:11 - 99:3** **Knauer, Richard 12-17-2019** | **Re: [98:7-99:1]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **Re: [99:2-99:8]** Def Objection - Vague (403, 611); Foundation (602), Relevance (401, 402), Prejudice (403) | **Re: [98:7-99:1]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **OVERRULED** **Re: [99:2-99:8]** Def Objection - Vague (403, 611); Foundation (602), Relevance | | |
| 98 11  A. I don't know what imperceptible -- I'm | | | | |
| 98 12  sorry -- I don't know what that terminology means. | | | | |
| 98 13  That was Mr. Kieper's or -- and/or Mr. Berger term. | | | | |
| 98 14  I -- I'm not sure what imperceptible means. | | | | |
| 98 15  Q. You -- you do not know what imperceptible | | | | |
| 98 16  means? | | | | |
| 98 17  A. I -- well, I know what imperceptible | | | | |
| 98 18  means. I don't know what they meant by this. | | | | |
| 98 19  Q. Do you know what the term "loosened" | | | | |
| 98 20  means? | | | | |
| 98 21  A. Loosened, yes. | | | | |

| | | | | |
|---|---|---|---|---|
| 98 22    Q.   Okay.  So if a plug is -- if you know what<br>98 23    imperceptible means and you know what loosened means<br>98 24    and you know what an ear -- you know what an earplug<br>98 25    is, correct?<br>99 1    A.   That is correct.<br>99 2    Q.   If an earplug imperceptibly loosens, would<br>99 3    that be a problem with the plug? | | (401, 402),<br>Prejudice (403)<br>**SUSTAINED AS TO imperceptibly.**<br>**OVERRULED in all other respects.** | | |
| **99:6 - 99:8    Knauer, Richard 12-17-2019**<br>99 6    A.   If a earplug loosened, there is certainly<br>99 7    something that is going on and you need to understand<br>99 8    what is going on. | Re: [99:2-99:8]<br>Def Objection - Vague (403, 611);<br>Foundation (602), Relevance (401,<br>402), Prejudice (403) | Re: [99:2-99:8]<br>Def Objection -<br>Vague (403,<br>611); Foundation<br>(602), Relevance<br>(401, 402),<br>Prejudice (403)<br>**SUSTAINED AS TO imperceptibly.**<br>**OVERRULED in all other respects.** | | |
| **99:10 - 99:11    Knauer, Richard 12-17-2019**<br>99 10    Q.   Okay.  Why is loosening of an earplug<br>99 11    significant? | | | Re: [99:10-99:11]<br>improper counter | **OVERRULED** |
| **99:13 - 99:19    Knauer, Richard 12-17-2019**<br>99 13    BY THE WITNESS:<br>99 14    A.   If a earplug were loosened, it -- it may<br>99 15    affect -- it may or may not affect its performance.<br>99 16    BY MR. MONSOUR:<br>99 17    Q.   If -- if an earplug loosens and it creates<br>99 18    leaks, do leaks lessen the attenuation of a plug?<br>99 19    A.   They may lessen the attenuation of a plug. | | | Re: [99:13-99:19]<br>improper counter | **OVERRULED** |
| **100:8 - 100:14    Knauer, Richard 12-17-2019**<br>100 8    Q.   And what happens if there is a leak?<br>100 9    A.   What happens if there is a leak?<br>100 10    Q.   Uh-huh.<br>100 11    A.   It depend upon the leak.  There are -- it<br>100 12    could be a very minor leak that would not affect<br>100 13    anything at all.  If there was a major leak, sound<br>100 14    could theoretically go through that path. | | | Re: [100:8-100:14]<br>improper counter | **OVERRULED** |
| **102:22 - 103:18    Knauer, Richard 12-17-2019**<br>102 22    Q.   What -- what material are these flanges | Re: [103:15-103:24]<br>Def Objection - Foundation (602) | Re: [103:15-<br>103:24] | | |

| | | |
|---|---|---|
| 102 23    made out of?<br>102 24    A.   It's a thermoplastic elastomer.<br>102 25    Q.   Do you know why the plastic piece in the<br>103 1    middle, and I'm looking at it right here, I'm folding<br>103 2    back both flanges, if we could look.<br>103 3    Do you know why this -- do you see the<br>103 4    piece I'm pointing to?<br>103 5    A.   Yes, yes.<br>103 6    Q.   The -- the -- the white piece?<br>103 7    A.   Um-hum.<br>103 8    Q.   How did you all determine how hard that --<br>103 9    that white piece of plastic should be?<br>103 10    A.   I have no memory at all what -- how that<br>103 11    was decided.<br>103 12    Q.   Was there any testing that was done to<br>103 13    determine how hard that should be?<br>103 14    A.   I have no memory of that.  I'm sorry.<br>103 15    Q.   Are there -- are there other options for<br>103 16    the -- the white piece in the middle?  Could -- could<br>103 17    your company have made a -- the plastic piece more<br>103 18    pliable? | | Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **103:21 - 103:24   Knauer, Richard 12-17-2019**<br>103 21    A.   I -- we -- I have no i- -- I mean, could<br>103 22    it have been made more, possibly, by why we made it<br>103 23    that, I don't know, we made it that and provided<br>103 24    samples and we are happy with it. | **Re: [103:15-103:24]**<br>Def Objection - Foundation (602) | **Re: [103:15-103:24]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |
| **105:19 - 105:25   Knauer, Richard 12-17-2019**<br>105 19    Q.   Again, one of the things that we look from<br>105 20    an earlier page is the fact that Mr. Kieper is noting<br>105 21    that there is imperceptible loosening, correct?<br>105 22    A.   Mr. Kieper noted that, yes.<br>105 23    Q.   The fact that there is imperceptible<br>105 24    loosening with the plug, that's important, true?<br>105 25    A.   Cor- -- | **Re: [105:19-105:25]**<br>Def Objection - Foundation (602),<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [105:19-105:25]**<br>Def Objection -<br>Foundation<br>(602), Relevance<br>(401, 402),<br>Prejudice (403)<br>**OVERRULED** |
| **106:2 - 106:8   Knauer, Richard 12-17-2019**<br>106 2    BY THE WITNESS:<br>106 3    A.   Certainly he made that observation, so<br>106 4    it's important information.<br>106 5    BY MR. MONSOUR:<br>106 6    Q.   Since it's important information that he<br>106 7    observed, is that the type of information that should<br>106 8    have been shared with the government? | **Re: [106:2-106:8]**<br>Def Objection - Foundation (602),<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [106:2-106:8]**<br>Def Objection -<br>Foundation<br>(602), Relevance<br>(401, 402),<br>Prejudice (403)<br>**OVERRULED** |

| 106:10 - 106:18   Knauer, Richard 12-17-2019 | Re: [106:10-106:18] | Re: [106:10-106:18] | | |
|---|---|---|---|---|
| 106 10  BY THE WITNESS:<br>106 11  A.  I don't know what was shared or could have<br>106 12  been shared.  I don't know what was done.<br>106 13  BY MR. MONSOUR:<br>106 14  Q.  It -- that's not my question.<br>106 15  My question was:  Should it have been<br>106 16  shared --<br>106 17  A.  It --<br>106 18  Q.  -- with the government? | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **OVERRULED** | | |
| **106:20 - 107:3   Knauer, Richard 12-17-2019** | **Re: [106:20-107:8]** | **Re: [106:20-107:8]** | | |
| 106 20  BY THE WITNESS:<br>106 21  A.  It -- it was -- that -- that would be a --<br>106 22  a call that an Elliott Berger would make.<br>106 23  BY MR. MONSOUR:<br>106 24  Q.  Okay.  If this flange report had been<br>106 25  shared with you, would you have shared the fact that<br>107 1  there was imperceptible loosening with the government?<br>107 2  A.  It wasn't shared with me, as -- as I -- as<br>107 3  I remembered. | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **SUSTAINED** | | |
| **109:2 - 109:18   Knauer, Richard 12-17-2019** | **Re: [108:23-109:18]** | **Re: [108:23-109:18]** | | |
| 109 2  Q.  Okay.  And you know who the end users are<br>109 3  of these earplugs, the Combat Arms Earplugs Version 2,<br>109 4  correct?<br>109 5  A.  Yes.<br>109 6  Q.  They are our soldiers, correct?<br>109 7  A.  Absolutely, yes.<br>109 8  Q.  A pretty worthy group of people to have<br>109 9  information shared with on their behalf, true?<br>109 10  A.  Obviously, the soldiers are somebody that<br>109 11  deserve all of the benefit, everything that we can<br>109 12  tell them, yes.<br>109 13  Q.  Sure.<br>109 14  So knowing that they are a very deserving<br>109 15  group and knowing that imperceptible loosening is<br>109 16  important, had you been made aware of imperceptible<br>109 17  loosening in 2000, you would have shared that with the<br>109 18  government, true? | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **Re: [109:14-109:25]** Def Objection - Argumentative, Vague (403, 611); Relevance (401, 402) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **SUSTAINED** Re: [109:14-109:25] Def Objection - Argumentative, Vague (403, 611); Relevance (401, 402) **SUSTAINED** | | |
| **109:21 - 109:25   Knauer, Richard 12-17-2019** | **Re: [109:14-109:25]** | **Re: [109:14-109:25]** | | |
| 109 21  A.  Again, I would need to understand what<br>109 22  the -- what he meant by imperceptibly loosening,<br>109 23  depending upon what he meant, then, yes, we'll share | Def Objection - Argumentative, Vague (403, 611); Relevance (401, 402) | Def Objection - Argumentative, | | |

| | | | |
|---|---|---|---|
| 109 24  it, absolutely if it is something -- if it is a real<br>109 25  observation. | **Re: [109:21-109:25]**<br>Def Objection - Foundation (602),<br>Relevance (401, 402), Prejudice<br>(403) | Vague (403,<br>611); Relevance<br>(401, 402)<br>**SUSTAINED**<br>**Re: [109:21-**<br>**109:25]**<br>Def Objection -<br>Foundation<br>(602), Relevance<br>(401, 402),<br>Prejudice (403)<br>**SUSTAINED** | |
| **110:24 - 111:13   Knauer, Richard 12-17-2019**<br>110 24     Q.   Do you know why -- since Kieper reported<br>110 25     to Berger and Berger reported to you, why would this<br>111 1   have not been shared with you?<br>111 2     A.   I do not know why this was not shared with<br>111 3   me.<br>111 4     Q.   Does it concern you that it was not shared<br>111 5   with you?<br>111 6     A.   No.<br>111 7     Q.   Are you disappointed in Elliott Berger<br>111 8   that he didn't share this with you?<br>111 9     A.   No.<br>111 10    Q.   Why not?<br>111 11    A.    Because Elliott Berger is a very thorough<br>111 12   individual and will look at everything and I trust his<br>111 13   judgment. | **Re: [110:24-111:13]**<br>Plt Objection - improper counter | **Re: [110:24-**<br>**111:13]**<br>Plt Objection -<br>Improper<br>Counter<br>Designation per<br>PTO 64; 402<br>**SUSTAINED** | |
| **112:24 - 113:11   Knauer, Richard 12-17-2019**<br>112 24    Q.   Okay.  Did you work with Ron Kieper on a<br>112 25   regular basis?<br>113 1     A.   When you say did I work with him, he<br>113 2   worked -- he basically worked for Elliott Berger.  Did<br>113 3   I discuss items with him, yes.<br>113 4    Q.   Okay.  Was he capable?<br>113 5     A.   Yes.<br>113 6    Q.   Okay.  Good employee?<br>113 7     A.   Yes.<br>113 8    Q.   Trustworthy?<br>113 9     A.   Yes.<br>113 10   Q.   Smart?<br>113 11    A.   Yes. | | | |

| | | |
|---|---|---|
| **114:14 - 115:5   Knauer, Richard 12-17-2019** | **Re: [114:14-115:5]** | **Re: [114:14-115:5]** |
| 114 14    Q.   Let me hand you what I've marked as | Def Objection - Foundation (602), | Def Objection - Foundation |
| 114 15    Exhibit 11.  It is a very short e-mail.  And it is an | Relevance (401, 402), Prejudice | (602) Relevance |
| 114 16    e-mail from Elliott Berger to Brian Myers. | (403) | (401, 402), |
| 114 17    And it says: "Here are the data on the | | Prejudice (403) |
| 114 18    UltraFit end of the Combat Arms.  Note the original | | **OVERRULED** |
| 114 19    study was stopped with eight subjects.  The second | | |
| 114 20    study was with the folded-back flanges on the end | | |
| 114 21    sticking out of the ear.  Should I share this with | | |
| 114 22    Ohlin?  It looks like the existing product has | | |
| 114 23    problems unless the user instructions are revised." | | |
| 114 24    Do you see that? | | |
| 114 25    A.   Yes, I see that. | | |
| 115 1    Q.   Did I read it correctly? | | |
| 115 2    A.   Yes. | | |
| 115 3    Q.   Why would Elliott Berger be talking with | | |
| 115 4    Brian Myers about whether important data from the | | |
| 115 5    Combat Arms earplugs should be shared with Doug | | |
| Ohlin? | | |
| **115:8 - 115:9   Knauer, Richard 12-17-2019** | **Re: [115:8-115:9]** | **Re: [115:8-115:9]** |
| 115 8    A.   Again, I don't know.  I -- I have no -- I | Def Objection - Foundation (602), | Def Objection - |
| 115 9    don't know why he sent that e-mail. | Relevance (401, 402), Prejudice | Foundation |
| | (403) | (602), Relevance |
| | | (401, 402), |
| | | Prejudice (403) |
| | | **OVERRULED** |
| **181:7 - 181:8   Knauer, Richard 12-17-2019** | | |
| 181 7    So we last looked at Exhibit? | | |
| 181 8    MS. HOEKSTRA:  That was Exhibit 18. | | |
| **182:5 - 182:18   Knauer, Richard 12-17-2019** | **Re: [182:5-182:11]** | **Re: [182:5-182:11]** |
| 182 5    Q.   So -- so one thing we know is that the ARC | Def Objection - 3M MIL No. 26, | Def Objection - |
| 182 6    is a quality control for acoustic resistance. | Relevance (401, 402), Prejudice | 3M MIL No. 26, |
| 182 7    Now, did you have an understanding that, | (403) | Relevance (401, |
| 182 8    for the Combat Arms plugs that contained the -- the | **Re: [182:12-183:3]** | 402), Prejudice |
| 182 9    French filter in the yellow end, right? | Def Objection - 3M MIL No. 26, | (403) |
| 182 10    A.   Yes, it contained a filter in the yellow | Relevance (401, 402), Prejudice | **OVERRULED** |
| 182 11    end, yeah. | (403), Vague (403) | **Re: [182:12-183:3]** |
| 182 12    Q.   Okay.  So did you have an understanding | | Def Objection - |
| 182 13    that the Combat Arms plugs that contained that French | | 3M MIL No. 26, |
| 182 14    filter, that to make sure that you are getting to get | | |
| 182 15    the impulse noise reduction from that filter the way | | |

| | | |
|---|---|---|
| 182 16    it is manufactured and put together, that you need to<br>182 17    test -- test the acoustic resistance to make sure it<br>182 18    is within certain levels? | | Relevance (401,<br>402), Prejudice<br>(403), Vague<br>(403)<br>**OVERRULED** |

**182:21 - 183:9    Knauer, Richard 12-17-2019**

| | | |
|---|---|---|
| 182 21    A.   My understanding for what that test did is<br>182 22    that it measured the acoustic resistance and that<br>182 23    Elliott Berger had done some work to -- Elliott Berger<br>182 24    and Ron Kieper and poss- -- very possibly others had<br>182 25    done some work to determine what that range of<br>183 1    acoustic resistance needed to be in order to -- for<br>183 2    the filter to be performing in a way it's designed to<br>183 3    be -- designed.<br>183 4    BY MR. OVERHOLTZ:<br>183 5    Q.   Okay.  And it was your understanding<br>183 6    that -- that that test -- that -- that work that had<br>183 7    been done with acoustic resistance, that it a- -- that<br>183 8    it was done to make sure that the filter was going to<br>183 9    limit impulse noise? | **Re: [182:12-183:3]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403), Vague (403)<br>**Re: [183:4-184:5]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [182:12-183:3]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403), Vague<br>(403)<br>**OVERRULED**<br>Re: [183:4-184:5]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** |

**183:12 - 183:25    Knauer, Richard 12-17-2019**

| | | |
|---|---|---|
| 183 12    Q.   That's why you do this test?<br>183 13    A.   The test was to measure the acoustic<br>183 14    resistance and based on Elliott Berger's, and possibly<br>183 15    other people's testing, a range was identified of<br>183 16    acoustic resistance that the filter was performing in<br>183 17    the range that it was supposed to be performing.<br>183 18    Q.   All right.  So what -- so based on your<br>183 19    testimony, what you are looking for is -- is the<br>183 20    acoustic resistance within an acceptable range?<br>183 21    A.   It was -- it was within an acceptable<br>183 22    range.<br>183 23    Q.   Okay.  And you are trying to make sure<br>183 24    that this filter side of the plug is going to work<br>183 25    right and stop the impulse noise, right? | **Re: [183:4-184:5]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [183:4-184:5]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** |

**184:3 - 184:5    Knauer, Richard 12-17-2019**

| | | |
|---|---|---|
| 184 3    A.   The objective was to demonstrate that the<br>184 4    filter was in there and doing what the testing had<br>184 5    said it should do. | **Re: [183:4-184:5]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | **Re: [183:4-184:5]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401, |

| | | | | |
|---|---|---|---|---|
| | | | | 402), Prejudice (403) **OVERRULED** |
| **184:14 - 184:17   Knauer, Richard 12-17-2019**<br>184 14    Q.   Okay.  So looking at Exhibit 21, this is<br>184 15    an e-mail that you sent to Brian Myers and Gary Warren<br>184 16    on January 5th, 2006, is that right?<br>184 17    A.   That's what it looks like, yes, sir. | | | Re: [184:14-184:17]<br>improper counter | **OVERRULED** |
| **185:9 - 185:15   Knauer, Richard 12-17-2019**<br>185 9    And you say: "Gary:  We have developed a<br>185 10    test fixture that measures acoustical impedance" I<br>185 11    think is what you meant there, right?<br>185 12    A.   Where --<br>185 13    Q.   At the very --<br>185 14    A.   The -- yes, yes, yeah, yeah, yes,<br>185 15    impedance, yes. | | | Re: [185:9-185:15]<br>improper counter | **OVERRULED** |
| **186:13 - 186:21   Knauer, Richard 12-17-2019**<br>186 13    Q.   Okay.  So let me ask that again and then I<br>186 14    think -- that was because that was going to be my next<br>186 15    question.  My next one was in my head.<br>186 16    Is -- Gary Warren wrote on January 5th and<br>186 17    said: "Dick:  how do we test the effectiveness of<br>186 18    Combat Arms to ensure that it in fact blocks out<br>186 19    impact noise levels?"<br>186 20    Do you see that?<br>186 21    A.   Yes, I see that. | Re: [186:13-186:21]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | Re: [186:13-186:21]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403)<br>**DESIGNATION WITHDRAWN [186:13-186:15], 3/13/2021 OVERRULED as to [186:16-21]** | | |
| **187:13 - 188:17   Knauer, Richard 12-17-2019**<br>187 13    So you respond and say: "We have<br>187 14    developed a test fixture that measures acoustical<br>187 15    impedance," and then you go on.<br>187 16    Do you see that?<br>187 17    A.   Yes.<br>187 18    Q.   "When the product was developed, the<br>187 19    Combat Arms were tested at a firing range:  for those<br>187 20    that provided acceptable performance for blocking out<br>187 21    the appropriate amount of impact noise, it was<br>187 22    determined that those plugs had a particular<br>187 23    acoustical impedance."<br>187 24    Do you see that? | Re: [187:13-188:15]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403)<br>Re: [188:16-188:17]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | Re: [187:13-188:15]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403)<br>**OVERRULED**<br>Re: [188:16-188:17]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, | | |

| | | | |
|---|---|---|---|
| 187 25   A.  Yes.<br>188 1   Q.  Is that the work that Elliott Berger, you<br>188 2   were talking about, had done?<br>188 3   A.  On the test device, yes.<br>188 4   Q.  Yeah, okay.<br>188 5   "A range of acceptable acoustical<br>188 6   impedance was developed thereafter."<br>188 7   Do you see that?<br>188 8   A.  Yes.<br>188 9   Q.  So that was the range that we were talking<br>188 10   about before, right?<br>188 11   A.  Yes.<br>188 12   Q.  Okay.  "Currently when the product is<br>188 13   assembled, the testing is done on 100% of the plugs."<br>188 14   Do you see that?<br>188 15   A.  Yes.<br>188 16   Q.  Now, why do you do the testing on<br>188 17   100 percent of the plugs? | | 402), Prejudice<br>(403)<br>**OVERRULED** | |
| **188:20 - 189:3**   **Knauer, Richard 12-17-2019**<br>188 20   A.  We -- I mean, you asked why we do it on<br>188 21   100 percent of the plugs?<br>188 22   BY MR. OVERHOLTZ:<br>188 23   Q.  Yes.<br>188 24   A.  When we set up this product, had various<br>188 25   discussions obviously, I had various discussions, and<br>189 1   because of the importance of the test, we made a<br>189 2   decision, and I'm not sure who all made it, but we<br>189 3   made a decision to test 100 percent of the plugs. | Re: [188:20-189:3]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | Re: [188:20-<br>189:3]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |
| **192:9 - 192:12**   **Knauer, Richard 12-17-2019**<br>192 9   Q.  Was the quality control testing done in<br>192 10   Mexico as well?<br>192 11   A.  There was a quality control testing done<br>192 12   in Mexico, yes. | Re: [192:9-192:12]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403) | Re: [192:9-<br>192:12]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | Re: [192:9-192:12]<br>Baker MIL 1 | **OVERRULED** |
| **193:5 - 196:17**   **Knauer, Richard 12-17-2019**<br>193 5   Q.  22, which is DK-15, MDL434795.<br>193 6   So if you'll take a look at this<br>193 7   Exhibit 22, Mr. Knauer, it's another one of the<br>193 8   Elliott Berger monthly reports, this one dated<br>193 9   February 28th, 2003, February Monthly Report. | Re: [193:5-195:6]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403)<br>Re: [195:7-196:21]<br>Def Objection - 3M MIL No. 26, | Re: [193:5-<br>195:6]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice | Re: [194:9-194:19]<br>Baker MIL 1, 403<br>Re: [195:4-195:6]<br>Baker MIL 1, 403<br>Re: [195:14-196:17]<br>Baker MIL 1 | **OVERRULED** |

| | | |
|---|---|---|
| 193 10   A.   Yeah. | Relevance (401, 402), Prejudice | (403) |
| 193 11   Q.   Do you see that? | (403); Foundation (602) | **OVERRULED** |
| 193 12   A.   Yes, I see that. | | **Re: [195:7-** |
| 193 13   Q.   And there's a couple of different | | **196:21]** |
| 193 14   sections, Hercules Project and then below that, | | Def Objection - |
| 193 15   Project-Related Research and Development and Support. | | 3M MIL No. 26, |
| 193 16   Do you see that? | | Relevance (401, |
| 193 17   A.   Yes. | | 402), Prejudice |
| 193 18   Q.   Okay.  It said:  "Hosted Mead" -- "Mead | | (403); |
| 193 19   Killion." | | Foundation (602) |
| 193 20   Do you see that? | | **OVERRULED** |
| 193 21   A.   Yes. | | |
| 193 22   Q.   He was one of the head guys over at | | |
| 193 23   Etymotic Research, is that right? | | |
| 193 24   A.   He was the head guy at Etymotic Research, | | |
| 193 25   yes. | | |
| 194 1   Q.   Okay.  The next sentence says -- okay, and | | |
| 194 2   just to be clear, this monthly report that Berger | | |
| 194 3   sent, he sent it to you, right, at the top of the | | |
| 194 4   page? | | |
| 194 5   A.   Yes. | | |
| 194 6   Q.   Okay.  And the next sentence says:  "RWK," | | |
| 194 7   that would be referring to Ron Kieper? | | |
| 194 8   A.   That's correct. | | |
| 194 9   Q.   Okay.  "Ron Kieper assisted Gordon Grogan | | |
| 194 10   and spoke with Bob Zielinski about the problems with | | |
| 194 11   the Combat Arms Plug in Mexico." | | |
| 194 12   Do you see that? | | |
| 194 13   A.   Yes. | | |
| 194 14   Q.   "He recommended that one of the ARCs be | | |
| 194 15   sent to Indianapolis so the 100 plugs can be measured | | |
| 194 16   in the lab, to help determine why Mexico's | | |
| 194 17   measurements had an 80% reject rate." | | |
| 194 18   Did I read that right? | | |
| 194 19   A.   Yes. | | |
| 194 20   Q.   Okay.  And the ARCs, again, is talking | | |
| 194 21   about the same thing that we were talking about before | | |
| 194 22   on the screen, this quality control device, right? | | |
| 194 23   A.   Yes. | | |
| 194 24   Q.   Okay.  And you told me Zielinski's job was | | |
| 194 25   in operations, is that right? | | |
| 195 1   A.   His job was in operations, yes. | | |

195 2     Q.   Okay. And how about Gordon Grogan?

195 3     A.   He was a quality control guy and...

195 4     Q.   Okay. And so -- do you remember the

195 5    80 percent failure they were getting down in Mexico?

195 6     A.   No, I don't remember that.

195 7     Q.   Okay. Let's -- let's take a look at what

195 8    we'll mark as Exhibit 23, which is DK-46.

195 9     (WHEREUPON, a certain document was

195 10    marked Dick Knauer Deposition Exhibit

195 11    No. 23, for identification, as of

195 12    12/17/2019.)

195 13    BY MR. OVERHOLTZ:

195 14     Q.   So if we can take a look at this document,

195 15    it's titled "Mexico Visit, Bob Zielinski

195 16    Responsibilities," right?

195 17     A.   Yes.

195 18     Q.   And the first section is called Issues.

195 19    And it says: "There have been problems

195 20    with test equipment procedures not being followed at

195 21    TJR."

195 22    Do you see that?

195 23     A.   Yes.

195 24     Q.   TJR, is that the Mexican company?

195 25     A.   Yes.

196 1     Q.   Okay. Do you remember what that stood

196 2    for?

196 3     A.   No.

196 4     Q.   The machine -- do you know where -- did I

196 5    ask you this before, do you know where it was in

196 6    Mexico?

196 7     A.   I -- it was in the middle of nowhere in

196 8    Mexico from my best understanding.

196 9     Q.   Okay.

196 10    The next sentence says: "The machines

196 11    were due for calibration in May of 03 as stipulated in

196 12    the specified Operating procedure, but even a year

196 13    later were not calibrated."

196 14    Do you see that?

196 15     A.   Yes.

196 16     Q.   That was talking about the ARC quality

196 17    control testing equipment in Mexico, right?

| | | | | |
|---|---|---|---|---|
| **196:20 - 197:2   Knauer, Richard 12-17-2019**<br><br>196 20    A.   That was talking about the equipment that<br>196 21    was used, the -- the ARC equipment.<br>196 22    BY MR. OVERHOLTZ:<br>196 23    Q.   Because what we looked at before in that<br>196 24    monthly report was Ron Kieper was recommending we<br>send<br>196 25    another ARC down to Mexico to see what's going on,<br>197 1    right?<br>197 2    A.   I would -- | **Re: [195:7-196:21]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403); Foundation (602)<br>**Re: [196:22-198:15]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403); Foundation (602) | **Re: [195:7-196:21]**<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403); Foundation (602)<br>**OVERRULED**<br>**Re: [196:22-198:15]**<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403); Foundation (602)<br>**DESIGNATION WITHDRAWN [198:11 198:15], 3/13/2021 OVERRULED as to [196:22-198:10]** | **Re: [196:20-197:2]**<br>Baker MIL 1 | **OVERRULED** |
| **197:5 - 198:11   Knauer, Richard 12-17-2019**<br><br>197 5    A.   I would have to go back and look to see.<br>197 6    BY MR. OVERHOLTZ:<br>197 7    Q.   Sure.<br>197 8    Yeah, he said:  "RWK assisted Gordon<br>197 9    Grogan and spoke with Bob Zielinski about the problems<br>197 10    with the plug in Mexico.  He recommended that one of<br>197 11    the ARCs be sent to Indianapolis so the 100 plugs<br>197 12    could be measured in the lab to help determine why<br>197 13    Mexico's measurements had a 80% reject rate."<br>197 14    Right?<br>197 15    A.   Yeah, he recommended that the device be<br>197 16    sent to Indianapolis --<br>197 17    Q.   Right.<br>197 18    A.   -- so we could look at it, yes.<br>197 19    Q.   So send the ARC from Mexico up to<br>197 20    Indianapolis and let's see what's happening?<br>197 21    A.   That's what it sounds like was he was | **Re: [196:22-198:15]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403); Foundation (602) | **Re: [196:22-198:15]**<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403); Foundation (602)<br>**DESIGNATION WITHDRAWN [198:11 198:15], 3/13/2021 OVERRULED as to [196:22-198:10]** | **Re: [197:5-198:11]**<br>Baker MIL 1 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 197 22    asking for.<br>197 23    Q.   Okay.<br>197 24    Issue No. 2.  "It was requested in May 04<br>197 25     to rectify the calibration issue but it has taken<br>198 1    approximately six months for TJR to get all of the<br>198 2    machines out for calibration.  Operating procedures<br>198 3    not followed."<br>198 4    Do you see that?<br>198 5    A.   Yes.<br>198 6    Q.   "Because of equipment measurement<br>198 7    problems, TJR had to operate with a quality waiver for<br>198 8    several months."<br>198 9    Do you see that?<br>198 10    A.   Yes.<br>198 11    Q.   What's a quality waiver? | | | |
| **197:24 - 198:10   Knauer, Richard 12-17-2019**<br>197 24    Issue No. 2.  "It was requested in May 04<br>197 25     to rectify the calibration issue but it has taken<br>198 1    approximately six months for TJR to get all of the<br>198 2    machines out for calibration.  Operating procedures<br>198 3    not followed."<br>198 4    Do you see that?<br>198 5    A.   Yes.<br>198 6    Q.   "Because of equipment measurement<br>198 7    problems, TJR had to operate with a quality waiver for<br>198 8    several months."<br>198 9    Do you see that?<br>198 10    A.   Yes. | **Re: [196:22-198:15]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403); Foundation (602) | Re: [196:22-<br>198:15]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403);<br>Foundation (602)<br>**DESIGNATION<br>WITHDRAWN<br>[198:11 □<br>198:15],<br>3/13/2021<br>OVERRULED<br>as to [196:22-<br>198:10]** | **Re: [197:5-198:15]**<br>Baker MIL 1 | **OVERRULED** |
| **201:16 - 202:14   Knauer, Richard 12-17-2019**<br>201 16    Q.   Okay.  Now it says R&D Position.<br>201 17    Do you see that?<br>201 18    A.   Yes.<br>201 19    Q.   "It took over six months for TJR to get<br>201 20    their quality testing in place for the Combat Arms<br>201 21    product."<br>201 22    Do you see that?<br>201 23    A.   Yes.<br>201 24    Q.   "Now we have more quality testing<br>201 25    problems.  We need to take this opportunity to fix the | **Re: [201:8-202:22]**<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403), Foundation (602) | Re: [201:8-<br>202:22]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403),<br>Foundation (602)<br>**DESIGNATION<br>WITHDRAWN<br>[201:8-201:15],** | **Re: [201:8-202:14]**<br>Baker MIL 1 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 202 1   equipment, ensure people are properly trained and<br>202 2   procedures are being followed."<br>202 3   Right?<br>202 4   A.   Yes.<br>202 5   Q.   "A joint visit by Bob and Ron to make a<br>202 6   big improvement in our quality testing is needed."<br>202 7   That's what's written there, right?<br>202 8   A.   Yes.<br>202 9   Q.   The next page:  "We believe this issue is<br>202 10   not an acute problem, but rather a chronic that needs<br>202 11   to be fixed now."<br>202 12   Right?<br>202 13   A.   Yes.<br>202 14   Q.   Chronic means a continuing problem, right? | | | 3/13/2021<br>OVERRULED<br>as to 201:16-<br>202:22 | |
| **202:17 - 202:22   Knauer, Richard 12-17-2019**<br>202 17   A.   I don't know what it means.  I didn't<br>202 18   write this.<br>202 19   BY MR. OVERHOLTZ:<br>202 20   Q.   Like chronic hip pain or chronic knee<br>202 21   pain?<br>202 22   A.   I -- I don't know what it means. | Re: [201:8-202:22]<br>Def Objection - 3M MIL No. 26,<br>Relevance (401, 402), Prejudice<br>(403), Foundation (602) | Re: [201:8-<br>202:22]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403),<br>Foundation (602)<br>**DESIGNATION<br>WITHDRAWN<br>[201:8-201:15],<br>3/13/2021<br>OVERRULED<br>as to 201:16-<br>202:22** | Re: [202:17-202:22]<br>Baker MIL 1 | **OVERRULED** |

# Madison, Ted 12-10-2019

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **8:24 - 9:5**   **Madison, Ted 12-10-2019** | | | | |
| 8 24      Q.   Good morning.<br>8 25      A.   Good morning.<br>9 1       Q.   Would you please state your name for the<br>9 2       record?<br>9 3       A.   Ted Madison.<br>9 4       Q.   Mr. Madison, my name is Tom Pirtle.  I am<br>9 5       a lawyer out of Houston with a firm called Laminack, | | | | |
| **9:9 - 9:10**   **Madison, Ted 12-10-2019** | | | | |
| 9 9       Do you understand?<br>9 10      A.   I do, yes. | | | | |
| **9:22 - 9:25**   **Madison, Ted 12-10-2019** | | | Re: [9:22-9:25]<br>Relevance (403) | SUSTAINED |
| 9 22      Q.   All right.  I'd note, and I'm not<br>9 23      going to -- nothing up my sleeve, you testified in<br>9 24      front of the EPA?<br>9 25      A.   Yes. | | | | |
| **11:2 - 11:7**   **Madison, Ted 12-10-2019** | | | | |
| 11 2      Q.   And you are retired?<br>11 3      A.   I am retired from 3M.  I continue to work<br>11 4      as an audiologist in St. Paul.<br>11 5      Q.   Okay.  You are retired from 3M, and you<br>11 6      had been employed by 3M for how long?<br>11 7      A.   From 1992 until 2019. | | | | |
| **11:11 - 11:13**   **Madison, Ted 12-10-2019** | | | | |
| 11 11     Q.   And now your practice is as an audiologist<br>11 12     in St. Paul?<br>11 13     A.   Yes. | | | | |
| **15:19 - 15:21**   **Madison, Ted 12-10-2019** | | | | |
| 15 19     Were you an audiologist when you started<br>15 20     with 3M?<br>15 21     A.   Yes. | | | | |
| **15:22 - 16:5**   **Madison, Ted 12-10-2019** | | | | |
| 15 22     Q.   And how did you become an audi --<br>15 23     audiologist?<br>15 24     A.   I completed a master's degree in audiology<br>15 25     at the University of Iowa.<br>16 1      Q.   Is that where you got your undergraduate<br>16 2      degree, too?<br>16 3      A.   Yes, sir. | | | | |

| | | | | |
|---|---|---|---|---|
| 16 4 | Q.   And what was that in? | | | |
| 16 5 | A.   Speech and hearing science. | | | |
| **16:9 - 16:12** | **Madison, Ted 12-10-2019** | | | |
| 16 9 | Q.   Tell me about that.  Where did you go | | | |
| 16 10 | after you got your degree? | | | |
| 16 11 | A.   I started working for the United States | | | |
| 16 12 | Veterans Administration. | | | |
| **16:16 - 17:15** | **Madison, Ted 12-10-2019** | | | |
| 16 16 | Q.   And were you working with hearing impaired | | | |
| 16 17 | veterans? | | | |
| 16 18 | A.   Yes, sir. | | | |
| 16 19 | Q.   How long did you keep that position? | | | |
| 16 20 | A.   From 1984 until the end of 1986.  So a | | | |
| 16 21 | little over two years. | | | |
| 16 22 | Q.   Was that your first job after you got your | | | |
| 16 23 | master's? | | | |
| 16 24 | A.   Yes. | | | |
| 16 25 | Q.   And were you in the -- well, what did you | | | |
| 17 1 | do at the Veterans Administration? | | | |
| 17 2 | A.   I provided clinical audiology services, | | | |
| 17 3 | including diagnostic testing and rehabilitative | | | |
| 17 4 | services. | | | |
| 17 5 | Q.   You fit people with hearing aids and that | | | |
| 17 6 | kind of stuff? | | | |
| 17 7 | A.   Absolutely. | | | |
| 17 8 | Q.   Now, after 1986 I've got to get up to '92 | | | |
| 17 9 | when you went with 3M.  What were you doing between | | | |
| 17 10 | '86 and '92, 1992? | | | |
| 17 11 | A.   In 1987 through the end of '88 I worked | | | |
| 17 12 | for a company called Timbre, T-i-m-b-r-e, Hearing and | | | |
| 17 13 | Speech Centers in Kansas City, Missouri. | | | |
| 17 14 | Q.   As an audiologist? | | | |
| 17 15 | A.   Yes, um-hum. | | | |
| **26:2 - 26:5** | **Madison, Ted 12-10-2019** | | | |
| 26 2 | Q.   You provided support for these product | | | |
| 26 3 | lines? | | | |
| 26 4 | A.   To some extent as they related to certain | | | |
| 26 5 | markets, but not for the military market. | | | |
| **26:8 - 26:11** | **Madison, Ted 12-10-2019** | | | |
| 26 8 | When you say "not for the military | | | |
| 26 9 | market," explain that a little bit more? | | | |

| | | | | |
|---|---|---|---|---|
| 26 10 | A.   The military business was outside of my | | | |
| 26 11 | scope. | | | |
| **35:18 - 35:21** | **Madison, Ted 12-10-2019** | | | |
| 35 18 | Q.   And the -- the -- the laboratory that | | | |
| 35 19 | Elliot Berger worked at was acquired along with the | | | |
| 35 20 | Aearo company or product lines in 2008? | | | |
| 35 21 | A.   Yes. | | | |
| **40:6 - 40:17** | **Madison, Ted 12-10-2019** | | | |
| 40 6 | Q.   So in this particular document, Exhibit 3, | | | |
| 40 7 | you list job responsibilities. | | | |
| 40 8 | Is this a -- a -- a fair and accurate | | | |
| 40 9 | depiction of your job responsibilities at least as of | | | |
| 40 10 | 2015? | | | |
| 40 11 | A.   Yes, I think so. | | | |
| 40 12 | Q.   And how long had these job | | | |
| 40 13 | responsibilities been the same before 2015? | | | |
| 40 14 | A.   I couldn't say for sure how long. | | | |
| 40 15 | Q.   Give me your best estimate. | | | |
| 40 16 | A.   I would -- I would say since 2008, since | | | |
| 40 17 | the Aearo acquisition. | | | |
| **40:18 - 41:4** | **Madison, Ted 12-10-2019** | | | |
| 40 18 | Q.   And did your job responsibilities pretty | | | |
| 40 19 | much remain the same from '15 -- from 2015 to 2019 | | | |
| 40 20 | when you -- when you retired? | | | |
| 40 21 | A.   Yes. | | | |
| 40 22 | Q.   And did you retire at the end of -- or the | | | |
| 40 23 | beginning? | | | |
| 40 24 | A.   No.  I retired May -- well, June 1st was | | | |
| 40 25 | the first day of my retirement, 2019. | | | |
| 41 1 | Q.   Oh, you are freshly retired? | | | |
| 41 2 | A.   Yes. | | | |
| 41 3 | Q.   Enjoying it? | | | |
| 41 4 | A.   Yes, sir. | | | |
| **41:5 - 41:24** | **Madison, Ted 12-10-2019** | | | |
| 41 5 | Q.   "Support growth of 3M global hearing | | | |
| 41 6 | protection business by:  Enhancing the technical | | | |
| 41 7 | knowledge and skills of 3M technical, marketing and | | | |
| 41 8 | sales." | | | |
| 41 9 | Did I read that reasonably correct? | | | |
| 41 10 | A.   Yes. | | | |
| 41 11 | Q.   And what I take from this, and I think | | | |
| 41 12 | we've already talked about it, you trained and helped | | | |

Madison, Ted 12-10-2019                                                                                                         4

| | | | |
|---|---|---|---|
| 41 13 | 3M technical people and 3M marketing people and 3M | | |
| 41 14 | salespeople in the hearing protection business? | | |
| 41 15 | A.   Hearing protection and more broadly | | |
| 41 16 | hearing conservation. | | |
| 41 17 | Q.   What's the difference? | | |
| 41 18 | A.   Hearing protection is only one part of | | |
| 41 19 | hearing conservation.  Hearing conservation involves | | |
| 41 20 | assessing the hazard, controlling noise, providing | | |
| 41 21 | hearing protection, doing -- conducting annual hearing | | |
| 41 22 | tests, monitoring the health of the worker, training | | |
| 41 23 | workers.  So those are all components of hearing | | |
| 41 24 | conservation. | | |
| **42:4 - 42:8** | **Madison, Ted 12-10-2019** | | |
| 42 4 | Q.   "Developing tools and technical documents | | |
| 42 5 | to help 3M customers select, fit, and use hearing | | |
| 42 6 | protectors more effectively." | | |
| 42 7 | Did I read that reasonably correct? | | |
| 42 8 | A.   Yes. | | |
| **43:9 - 43:19** | **Madison, Ted 12-10-2019** | | |
| 43 9 | Q.   So you would have developers within 3M | | |
| 43 10 | that would be working on a certain new product? | | |
| 43 11 | A.   Yes. | | |
| 43 12 | Q.   All right.  And -- | | |
| 43 13 | A.   Or modifying an old one, yeah. | | |
| 43 14 | Q.   To fit a customer's specific needs? | | |
| 43 15 | A.   Yes. | | |
| 43 16 | Q.   And then you would be involved in the | | |
| 43 17 | evaluation process of how that actually does or | | |
| 43 18 | doesn't fit the customer's specific needs? | | |
| 43 19 | A.   Yes. | | |
| **48:12 - 48:23** | **Madison, Ted 12-10-2019** | | |
| 48 12 | Back to the Exhibit 3:  "Responding to | | |
| 48 13 | customer requests, both internal and external, for | | |
| 48 14 | technical support"? | | |
| 48 15 | A.   Yes, that's correct. | | |
| 48 16 | Q.   I think I understand that.  If a customer | | |
| 48 17 | had a question, it would get referred to you and if | | |
| 48 18 | you needed to talk to somebody else, you would refer | | |
| 48 19 | them to someone else or talk to someone else? | | |
| 48 20 | A.   That's correct. | | |
| 48 21 | Q.   "Investigating and resolving complaints | | |

| | | | | |
|---|---|---|---|---|
| 48 22   related to 3M hearing protection products"? | | | | |
| 48 23   A.  Yes. | | | | |
| **49:2 - 49:5   Madison, Ted 12-10-2019** | | | | |
| 49 2   Q.  Well, I -- you -- you did respond to | | | | |
| 49 3   some -- some complaints from people within the | | | | |
| 49 4   military? | | | | |
| 49 5   A.  Yes. | | | | |
| **64:14 - 65:6   Madison, Ted 12-10-2019** | | | | |
| 64 14   Q.  Let me see if I understand, and I think I | | | | |
| 64 15   was getting to that when I rephrased the question | | | | |
| 64 16   and -- and said, Well, tell me about NRR. | | | | |
| 64 17   NRR is an -- is an estimate within a | | | | |
| 64 18   laboratory of the noise reduction rating of an implant | | | | |
| 64 19   and it might not be indicative of what it -- what is | | | | |
| 64 20   actually going on with -- out in the field with the | | | | |
| 64 21   people, is that fair? | | | | |
| 64 22   A.  Yes, I -- I would say that's correct, that | | | | |
| 64 23   it's not necessarily a good predictor of individual | | | | |
| 64 24   attenuation in the workplace. | | | | |
| 64 25   Q.  All right.  Fair enough. | | | | |
| 65 1   So you might get an earplug that has an | | | | |
| 65 2   NRR of 30 that doesn't do as good a job protecting | | | | |
| 65 3   your hearing, under certain circumstances, as a | | | | |
| 65 4   hearing plug that had an NRR of 26? | | | | |
| 65 5   A.  Correct. | | | | |
| 65 6   Q.  See, I can learn. | | | | |
| **67:14 - 67:16   Madison, Ted 12-10-2019** | | | | |
| 67 14   Q.  Okay.  And obviously if I get the gist of | | | | |
| 67 15   this, too, every manufacturer out there, not just 3M, | | | | |
| 67 16   wants a high NRR number -- | | | | |
| **67:19 - 67:19   Madison, Ted 12-10-2019** | | | | |
| 67 19   Q.  -- in terms of sales? | | | | |
| **67:22 - 67:22   Madison, Ted 12-10-2019** | | | | |
| 67 22   A.  I don't agree with that. | | | | |
| **76:11 - 76:25   Madison, Ted 12-10-2019** | | | | |
| 76 11   Q.  Now, you were not involved in testing, | | | | |
| 76 12   you've already told me that, in -- in terms of the NRR | | | | |
| 76 13   numbers within -- for 3M products? | | | | |
| 76 14   A.  What do you mean "involved"? | | | | |
| 76 15   Q.  You didn't conduct the test? | | | | |
| 76 16   A.  I didn't conduct the tests, no. | | | | |
| 76 17   Q.  And they were actually done at a | | | | |

| | | | |
|---|---|---|---|
| 76 18   laboratory called E-A-RCAL Laboratories in<br>76 19   Indianapolis?<br>76 20   A.  Can you be specific about the timeframe?<br>76 21   Q.  Sure.  After you had -- starting after the<br>76 22   3M company had purchased Aearo in 2008?<br>76 23   A.  The tests were performed not only at<br>76 24   E-A-RCAL Laboratory in Indianapolis but also at<br>76 25   Michael & Associates in State College, Pennsylvania. | | | |
| **77:11 - 77:22**  **Madison, Ted 12-10-2019**<br>77 11   Q.  Well, according to my reading, I'm just --<br>77 12   that there was two, one of them was E-A-RCAL or<br>77 13   E-A-RCAL and the other one was in -- in Pennsylvania.<br>77 14   I think the State College is what they called it.<br>77 15   A.  I know that those two labs were NVLAP<br>77 16   accredited.<br>77 17   Q.  What is NVLAV (sic)?<br>77 18   A.  NVLAP is a voluntary accreditation through<br>77 19   the Department of -- US Department of Commerce.<br>77 20   Q.  Which lab about 3M use prior to the<br>77 21   acquisition of Aearo?<br>77 22   A.  Michael & Associates and E-A-RCAL. | | | |
| **78:2 - 78:12**  **Madison, Ted 12-10-2019**<br>78 2   Q.  And then after the acquisition, they had<br>78 3   the one in Pennsylvania that Elliot Berger ran, and<br>78 4   did they also acquire one in Sweden?<br>78 5   MR. FIELDS:  Objection.  You said "Pennsylvania<br>78 6   that Elliot Berger ran."<br>78 7   MR. PIRTLE: I'm sorry.  Indiana.  Thank you.<br>78 8   BY THE WITNESS:<br>78 9   A.  Yes, there was a real-ear attenuation test<br>78 10   facility in Indianapolis, the E-A-RCAL Lab, and there<br>78 11   is also a facility in V�rnamo, Sweden in the Peltor<br>78 12   offices, laboratory. | | | |
| **79:7 - 79:8**  **Madison, Ted 12-10-2019**<br>79 7   Q.  I'm going to hand you what I've marked as<br>79 8   Exhibit 5 to your deposition and ask you to review it. | Re: [79:7-79:8]<br>Def Objection - Foundation (602) | Re: [79:7-79:8]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | |
| **79:24 - 80:11**  **Madison, Ted 12-10-2019**<br>79 24   Q.  When is the last time you saw this<br>79 25   document?<br>80 1   A.  I don't recall. | Re: [79:24-81:22]<br>Def Objection - Foundation (602) | Re: [79:24-<br>81:22]<br>Def Objection -<br>Foundation | |

| | | |
|---|---|---|
| 80 2    Q.   Do you recall ever seeing it?<br>80 3    A.   Yes, I believe so.<br>80 4    Q.   I will tell you that it -- a copy of this<br>80 5    was in your custodial file, which was produced to us<br>80 6    by 3M.  That doesn't tell me when you saw it last.<br>80 7    Has it been recently?<br>80 8    A.   No.<br>80 9    Q.   This is a report of testing done at<br>80 10    E-A-RCAL, correct?<br>80 11    A.   Yes, it appears to be. | | (602)<br>**OVERRULED**<br>Re: [80:4-80:6]<br>Def Objection -<br>Relevance (401,<br>402); attorney<br>colloquy (401,<br>402);<br>Foundation<br>(602)<br>**SUSTAINED**<br>Re: [80:7-<br>81:18]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** |
| **80:12 - 81:22   Madison, Ted 12-10-2019**<br>80 12    Q.   And it looks like that the people that<br>80 13    performed the testing was Mr. Berger and Mr. Kieper,<br>80 14    Kieper?<br>80 15    A.   Kieper.<br>80 16    Q.   Kieper?<br>80 17    A.   Yes.<br>80 18    Q.   Who you've identified earlier, correct?<br>80 19    A.   Yes.<br>80 20    Q.   And it talks about:  "How folding back the<br>80 21    flanges" -- "How Folding the Flanges Back Affects REAT<br>80 22    Results..." for -- for "...the UltraFit Earplug End of<br>80 23    the Combat Arms Plug."<br>80 24    Did I read that reasonably correct?<br>80 25    A.   Yes.<br>81 1    Q.   And when we are talking about the UltraFit<br>81 2    end of the Combat Arms earplug, we are talking about<br>81 3    the green part, correct?<br>81 4    A.   Yes, I -- as I read this, that is what<br>81 5    they are referring to as the -- the solid end, the<br>81 6    green.<br>81 7    Q.   In this Mr. Berger writes:<br>81 8    "Combat Arms earplug was shortened, at the<br>81 9    request of Army, so that it would fit in the carrying<br>81 10    case.  Because of this the plug is shorter than any | **Re: [79:24-81:22]**<br>Def Objection - Foundation (602) | Re: [79:24-<br>81:22]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED**<br>Re: [80:7-<br>81:18]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED**<br>Re: [81:19-<br>81:22]<br>Def Objection -<br>Foundation,<br>speculation<br>(602); assumes<br>facts (611, 403)<br>**OVERRULED** |

| | | |
|---|---|---|
| 81 11    other UltraFit design.  The purpose of this report is<br>81 12    to document that the current length of the UltraFit<br>81 13    Earplug end of the Combat Arms Plug is too short for<br>81 14    proper insertion, and how changing the fitting<br>81 15    technique affected the results of the real-ear tests<br>81 16    of this plug."<br>81 17    Did I read that reasonably correct?<br>81 18    A.   Yes.<br>81 19    Q.   So what had went on was, this plug was --<br>81 20    Elliot Berger, as the lead investigator, had tested<br>81 21    this plug prior to this 2000 test result that we have<br>81 22    in our hand, correct? | | |
| **81:25 - 82:5**    **Madison, Ted 12-10-2019**<br>81 25    A.   I don't know when it was tested before.<br>82 1    BY MR. PIRTLE:<br>82 2    Q.   It was a device tested, but it -- but it<br>82 3    appears that the Combat Arms earplug was too short,<br>82 4    right, according to Mr. Berger?<br>82 5    A.   That's what he states, yes. | **Re: [81:25-81:25]**<br>**Def Objection - Foundation,**<br>**speculation (602); assumes facts**<br>**(611, 403)**<br>**Re: [82:1-82:7]**<br>**Def Objection - Foundation (602)** | **Re: [81:25-81:25]**<br>Def Objection - Foundation, speculation (602); assumes facts (611, 403)<br>**OVERRULED**<br>**Re: [82:1-82:5]**<br>Def Objection - Foundation (602)<br>**OVERRULED** |
| **82:20 - 83:13**    **Madison, Ted 12-10-2019**<br>82 20    Q.   So you'll see reported down here:  "The<br>82 21    initial test," and there is a number on it, "213015,"<br>82 22    it is under Results.<br>82 23    A.   Okay.<br>82 24    Q.   "...was stopped after eight subjects<br>82 25    because individual results were variable and the NRR<br>83 1    was quite low (11)."<br>83 2    Are you with me?<br>83 3    A.   I see it, yes.<br>83 4    Q.   All right.  So what I'd ask you, if it had<br>83 5    been tested before, and the answer is yes, and there<br>83 6    is the -- the E-A-RCAL number, correct?<br>83 7    A.   I don't know that what that test number<br>83 8    refers to, if it was an initial test during this test<br>83 9    period or some previous time.<br>83 10    Q.   "The initial test" -- what he says is: | **Re: [82:9-83:16]**<br>**Def Objection - Foundation (602)** | **Re: [82:20-83:13]**<br>Def Objection - Foundation (602)<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 83 11 | "Initial test" and gives a number "was stopped after | | | |
| 83 12 | eight subjects," correct? | | | |
| 83 13 | A.   That's what he wrote, yes. | | | |
| **84:4 - 84:23** | **Madison, Ted 12-10-2019** | | | **Re: [84:15-84:19]** | **OVERRULED** |
| 84 4 | Q.   You -- you discussed NRRs and -- | | | 701, 403 | |
| 84 5 | A.   Yes. | | | | |
| 84 6 | Q.   -- retested to get bigger ones or better | | | | |
| 84 7 | ones? | | | | |
| 84 8 | A.   Yes, in the previous document. | | | | |
| 84 9 | Q.   Yeah. | | | | |
| 84 10 | And so what Mr. Berger says in this | | | | |
| 84 11 | document is, this initial test, as he describes it, | | | | |
| 84 12 | 213015, was stopped, the NRR was quite low at 11, | | | | |
| 84 13 | correct? | | | | |
| 84 14 | A.   That's what it says, yes. | | | | |
| 84 15 | Q.   And 11 is quite low, isn't it? | | | | |
| 84 16 | A.   It -- again, I don't know what his context | | | | |
| 84 17 | was for making that comparison.  Low compared to what, | | | | |
| 84 18 | I don't know.  It is lower -- much lower than a | | | | |
| 84 19 | typical earplug. | | | | |
| 84 20 | Q.   I mean, 3M typically doesn't sell hearing | | | | |
| 84 21 | protection with an NRR of 11, does it? | | | | |
| 84 22 | A.   We have at least one.  It's in that range. | | | | |
| 84 23 | Q.   What's it used for? | | | | |
| **84:24 - 85:3** | **Madison, Ted 12-10-2019** | **Re: [84:24-84:24]** | **Re: [84:24-84:24]** | | |
| 84 24 | A.   It is used for listening to music. | Def Objection - Incomplete | Def Objection - | | |
| 84 25 | Q.   Not for use in combat situations? | designation, no question (403); | Incomplete | | |
| 85 1 | A.   No, sir. | relevance (401, 402); Prejudice | designation, no | | |
| 85 2 | Q.   Not for military applications? | (403) | question (403); | | |
| 85 3 | A.   No. | **Re: [84:24-85:3]** | relevance (401, | | |
| | | Def Objection - Foundation (602) | 402); Prejudice | | |
| | | **Re: [84:25-85:6]** | (403); | | |
| | | Def Objection -  (403); Relevance | Foundation | | |
| | | (401, 402); Prejudice (403) | (602) | | |
| | | | **OVERRULED** | | |
| | | | **Re: [84:25-85:6]** | | |
| | | | Def Objection - | | |
| | | | Foundation | | |
| | | | (602); | | |
| | | | Incomplete | | |

| | | | |
|---|---|---|---|
| | | designation (403); Relevance (401, 402); Prejudice (403) **OVERRULED** | |
| **89:5 - 89:7**   Madison, Ted 12-10-2019<br>89 5   Q.   Do you know if test -- the initial test, 213015, was given to the EPA?<br>89 6<br>89 7   A.   I do not. | Re: [88:17-89:10]<br>Def Objection - Foundation (602) | Re: [88:17-88:19]<br>Def Objection - Foundation (602); misstates (611,403) **OVERRULED**<br>Re: [88:20-89:24]<br>Def Objection - Foundation (602) **OVERRULED** | |
| **89:8 - 89:10**   Madison, Ted 12-10-2019<br>89 8   Q.   Do you know if it was given to anybody outside of Aearo -- E-A-RCAL?<br>89 9<br>89 10   A.   I don't know that. | Re: [88:17-89:10]<br>Def Objection - Foundation (602) | Re: [88:20-89:24]<br>Def Objection - Foundation (602) **OVERRULED** | |
| **90:21 - 90:23**   Madison, Ted 12-10-2019<br>90 21   Q.   I said the -- the folding of the flanges<br>90 22   was not an improvement of the product in a meaningful<br>90 23   way, was it? | | | |
| **91:1 - 91:4**   Madison, Ted 12-10-2019<br>91 1   A.   The improvement in the product was that<br>91 2   the military requested a shorter earplug that was --<br>91 3   that was an improvement that they were requesting to<br>91 4   make. | | | |
| **91:13 - 91:20**   Madison, Ted 12-10-2019<br>91 13   Q.   "But by retesting a product repeatedly,"<br>91 14   that did happen, didn't it, at least twice?<br>91 15   A.   The first test was -- was stopped, so I --<br>91 16   I don't know that you'd call that a retest.<br>91 17   Q.   Well, if it was stopped because the NRR<br>91 18   was 11, then that shouldn't have occurred either, and | | | |

| | | | | |
|---|---|---|---|---|
| 91 19 | you -- you would say that, and I think you did, by the | | | |
| 91 20 | way? | | | |
| **91:23 - 92:1** | **Madison, Ted 12-10-2019** | | | |
| 91 23 | A.   I wouldn't say that stopping a test is -- | | | |
| 91 24 | yeah, I'm not -- I'm not sure how you characterized | | | |
| 91 25 | it, but I wouldn't say that that's necessarily | | | |
| 92 1 | inappropriate. | | | |
| **142:9 - 142:12** | **Madison, Ted 12-10-2019** | | | |
| 142 9 | (WHEREUPON, a certain document was | | | |
| 142 10 | marked Ted Madison Deposition Exhibit | | | |
| 142 11 | No. 11, for identification, as of | | | |
| 142 12 | 12/10/2019.) | | | |
| **142:17 - 142:22** | **Madison, Ted 12-10-2019** | | | |
| 142 17 | Q.   Mr. Madison, I want to hand you a document | | | |
| 142 18 | which is Exhibit 11.  The front page is meaningless, | | | |
| 142 19 | but the second page, I believe, gets into something we | | | |
| 142 20 | talked about earlier, which is your hearing protection | | | |
| 142 21 | and conservation seminars? | | | |
| 142 22 | A.   Yes. | | | |
| **143:3 - 143:9** | **Madison, Ted 12-10-2019** | | | |
| 143 3 | Q.   Did you author this document? | | | |
| 143 4 | A.   Yes. | | | |
| 143 5 | Q.   And is this a -- it is dated, at least on | | | |
| 143 6 | the PowerPoint I'm looking at, October 11th of 2012. | | | |
| 143 7 | Do you see?  We'll blow it up for you. | | | |
| 143 8 | There you go. | | | |
| 143 9 | A.   I see, yes, um-hum. | | | |
| **144:4 - 144:8** | **Madison, Ted 12-10-2019** | | | |
| 144 4 | Q.   But this -- this is your thinking in | | | |
| 144 5 | October of 2012, at least, on the subject of hearing | | | |
| 144 6 | protection and conservation, correct, as reflected in | | | |
| 144 7 | these slides? | | | |
| 144 8 | A.   Yes, um-hum. | | | |
| **144:14 - 144:21** | **Madison, Ted 12-10-2019** | | | |
| 144 14 | Q.   And then the next -- did you have someone | | | |
| 144 15 | you were -- you would present with sometimes? | | | |
| 144 16 | A.   Yeah.  Dr. Laurie Wells. | | | |
| 144 17 | Q.   And she was an audiologist? | | | |
| 144 18 | A.   She is. | | | |
| 144 19 | Q.   And would you do part of it, would she do | | | |
| 144 20 | part of it? | | | |
| 144 21 | A.   Yes. | | | |

**145:7 - 146:1   Madison, Ted 12-10-2019**

145 7     Q.   Okay.  And I don't want to go through all
145 8     of them, but I want to go to Page 11.
145 9     A.   What -- you are referring to the number
145 10    down at the bottom right?
145 11    Q.   Yes, sir.  Yes, sir.
145 12    A.   Okay.
145 13    Q.   And where it -- "Health Effects Related to
145 14    Noise Exposure"?
145 15    A.   Yes.
145 16    Q.   And in here you've got, after that, the
145 17    auditory system?
145 18    A.   Yes.
145 19    Q.   And the next page continues with talking
145 20    about the inner ear and then hair cells, I assume you
145 21    are talking about within the inner ear?
145 22    A.   That's correct.
145 23    Q.   And -- and the idea is if you are exposed
145 24    to loud noises, the -- some of those hair cells start
145 25    to die?
146 1     A.   They can die, yes.

**147:12 - 148:9   Madison, Ted 12-10-2019**

147 12    You describe on the next page, 13, health
147 13    effects associated with hearing loss.  You go and talk
147 14    about the damage to the hair cells?
147 15    A.   Yes.
147 16    Q.   And then health effects, tinnitus or
147 17    tinnitus?
147 18    A.   Um-hmm, yes.
147 19    Q.   Annoying ringing or buzzing sound,
147 20    interferes with concentration and sleeping?
147 21    A.   Yes.
147 22    Q.   That's what happens?
147 23    A.   Those are some of the things, interfering
147 24    with concentration or sleeping may happen.  It
147 25    doesn't --
148 1     Q.   May or may not?
148 2     A.   May not.
148 3     Q.   You've just got to interview the person to
148 4     figure that out?
148 5     A.   Yes.
148 6     Q.   And hearing loss is permanent, am I

| | | | | |
|---|---|---|---|---|
| 148 7    correct?<br>148 8    A.  It can be temporary or permanent.<br>148 9    Q.  A lot of times it's permanent? | | | | |
| **148:12 - 148:15  Madison, Ted 12-10-2019** | | | | |
| 148 12    Q.  Or it can be permanent?<br>148 13    A.  Permanent threshold shift, or PTS, is --<br>148 14    is very common.  I don't know if that's what you are<br>148 15    asking, but... | | | | |
| **148:21 - 150:21  Madison, Ted 12-10-2019** | | | **Re: [149:21-150:7]**<br>701<br>**Re: [150:10-150:18]**<br>701 | **OVERRULED** |
| 148 21    In terms of health effects, you say:<br>148 22    Noise-induced hearing loss; difficulty<br>148 23    hearing quiet sounds; conversation sounds muffled;<br>148 24    certain words are difficult to hear correctly; need to<br>148 25    ask other people to repeat; need to turn up volume on<br>149 1    TV or radio.<br>149 2    These are things that you have noticed<br>149 3    both in the literature and as an audiologist?<br>149 4    A.  Yes, they are.<br>149 5    Q.  And then it looks like on Page 14 you do a<br>149 6    hearing loss simulation and, quite frankly, I don't<br>149 7    have the ability to do that so we are not going to do<br>149 8    it.  Then there is non-auditory effects.<br>149 9    What do -- what do you mean by stress<br>149 10    reactions?<br>149 11    A.  So exposure to noise, loud noise,<br>149 12    hazardous noise, creates a stress response in the<br>149 13    body.<br>149 14    So when you work in a noisy area, people's<br>149 15    physiological reaction is -- is similar to other kinds<br>149 16    of stress, noise is a stressful hazard in the<br>149 17    workplace.<br>149 18    Q.  So noise itself or prolonged exposure to<br>149 19    noise --<br>149 20    A.  I wanted to add to that if I may.<br>149 21    Q.  Oh, okay, I'm sorry.  I'm --<br>149 22    A.  So I mean -- I meant two things there.  I<br>149 23    meant that, that working in noise can be stressful and<br>149 24    you can have health effects related to that.  But<br>149 25    also, having hearing loss can be stressful, the person<br>150 1    who has the hearing loss, it creates stress as they<br>150 2    experience those symptoms.<br>150 3    Q.  Okay.  So the stress -- the noisy | | | | |

| | | | | |
|---|---|---|---|---|
| 150 4 | environment in and of itself can be stressful, but the | | | |
| 150 5 | effects of hearing loss can also have a -- an effect | | | |
| 150 6 | on the individual too? | | | |
| 150 7 | A.   Yes, that's what I was indicating. | | | |
| 150 8 | Q.   Okay.  Thank you. | | | |
| 150 9 | A.   Uh-huh. | | | |
| 150 10 | Q.   Irritability, is that part of that chain | | | |
| 150 11 | of things? | | | |
| 150 12 | A.   It could be related to stress, yes. | | | |
| 150 13 | Q.   Lower morale, reduced productivity, | | | |
| 150 14 | annoyance and disrupted -- disrupted concentration and | | | |
| 150 15 | fatigue. | | | |
| 150 16 | A.   Uh-huh. | | | |
| 150 17 | Q.   And I'm just going to ask, you believe | | | |
| 150 18 | that hearing loss is -- can be a serious problem? | | | |
| 150 19 | A.   Yes, I do. | | | |
| 150 20 | Q.   And it can be permanent? | | | |
| 150 21 | A.   Yes, it can. | | | |

**151:21 - 152:5   Madison, Ted 12-10-2019**

| | | | | |
|---|---|---|---|---|
| 151 21 | Q.   What are the over-the-counter treatments | | | |
| 151 22 | that some people find effective? | | | |
| 151 23 | A.   There are some dietary supplements that | | | |
| 151 24 | for some people provide relief from their tinnitus and | | | |
| 151 25 | there -- tinnitus can be caused by many things and for | | | |
| 152 1 | some people changing sleep, diet, exercise can provide | | | |
| 152 2 | them with some relief, but I would call those | | | |
| 152 3 | lifestyle changes or -- | | | |
| 152 4 | Q.   Sure. | | | |
| 152 5 | A.   Yeah, not necessarily medical treatment. | | | |

**153:14 - 153:18   Madison, Ted 12-10-2019**

| | | | | |
|---|---|---|---|---|
| 153 14 | Q.   I think I saw some figure, it was -- and | | | |
| 153 15 | it may have been in these slides, about $1.3 billion | | | |
| 153 16 | annually on hearing loss spend for the VA or the | | | |
| 153 17 | taking care of the -- the -- the veterans and soldiers | | | |
| 153 18 | who have come home? | | | |

**153:20 - 154:5   Madison, Ted 12-10-2019**

| | | | | |
|---|---|---|---|---|
| 153 20 | BY MR. PIRTLE: | | | |
| 153 21 | Q.   Regardless of -- of how it was caused, | | | |
| 153 22 | it's a problem? | | | |
| 153 23 | A.   It's a very significant expenditure of | | | |
| 153 24 | money that the VA pays to veterans for tinnitus and | | | |
| 153 25 | hearing loss. | | | |

| | | | |
|---|---|---|---|
| 154 1    Q.   Do you know where it tanks on the chart<br>154 2    of -- of the expenditures?<br>154 3    A.   I have been told it is the No. 1 and 2<br>154 4    compensable conditions in the VA, tinnitus and hearing<br>154 5    loss. | | | |
| **196:15 - 197:2   Madison, Ted 12-10-2019** | | | |
| 196 15    Q.   And then, again, we've talked about New<br>196 16    Dynamics and the partnership.<br>196 17    Do you know what AbilityOne is?<br>196 18    A.   I believe it relates to that federal<br>196 19    program that provides companies that employ disabled<br>196 20    people certain purchasing priorities or preferences.<br>196 21    Q.   You are correct.  AbilityOne is the<br>196 22    program, New Dynamics is the company partnered with<br>196 23    3M, and the statement down at the bottom is the<br>196 24    Federal Procurement List For Mandatory Purchase<br>Combat<br>196 25    Arms Earplugs and the -- and the like.<br>197 1    That's -- the whole thing is interrelated<br>197 2    as a program, correct? | | | |
| **197:5 - 197:6   Madison, Ted 12-10-2019** | | | |
| 197 5    A.   It appears from this brochure that that's<br>197 6    the case, yes. | | | |
| **197:8 - 198:9   Madison, Ted 12-10-2019** | **Re: [197:7-198:9]**<br>Def Objection - Foundation (602) | **Re: [197:7-<br>198:9]**<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | |
| 197 8    Q.   All right.  Go to the next page.<br>197 9    A.   Okay.<br>197 10    Q.   Des -- Designed for Combat.  And of course<br>197 11    there is a picture of the Combat Arms Version 2 down<br>197 12    there, correct?<br>197 13    A.   Yes.<br>197 14    Q.   Now, the second paragraph, it says:<br>197 15    "The level-dependent technology used in<br>197 16    the earplug has been tested and found to be protective<br>197 17    up to approximately 190 dBP for outdoor exposures<br>197 18    (sufficient to cover most weapons in the military<br>197 19    inventory, including shoulder-fired rockets)."<br>197 20    And then there is another citation or an<br>197 21    asterisk, and it refers down to D.L. Johnson, correct,<br>197 22    same study?<br>197 23    A.   Yes, I believe it is.<br>197 24    Q.   Do you know what shoulder-fired rockets 3M<br>197 25    is referring to here? | | | |

| 198 1 | A.   No, I don't. | | | | |
| 198 2 | Q.   Do you know what was in the US military | | | | |
| 198 3 | inventory at this point in time? | | | | |
| 198 4 | A.   No, I don't. | | | | |
| 198 5 | Q.   Any familiarity with shoulder-fired | | | | |
| 198 6 | rockets at all? | | | | |
| 198 7 | A.   None whatsoever. | | | | |
| 198 8 | Q.   Have you ever heard one go off? | | | | |
| 198 9 | A.   I have not. | | | | |
| **199:22 - 200:1** | **Madison, Ted 12-10-2019** | Re: [199:22-200:1] | Re: [199:22-200:1] | | |
| 199 22 | Q.   I mean, these are people out there | Def Objection - Foundation (602); | Def Objection - Foundation (602); | | |
| 199 23 | protecting this country and 3M is saying, Hey, you can | misstates, argumentative (611, 403) | misstates, argumentative (611, 403) | | |
| 199 24 | fire shoulder-fired rocket with this earplug in | | **SUSTAINED as to I mean, these are people out there protecting this country and.** | | |
| 199 25 | clearly. | | **OVERRULED in all other respects** | | |
| 200 1 | That's what they are saying, isn't it? | | | | |
| **200:4 - 200:17** | **Madison, Ted 12-10-2019** | Re: [200:4-200:5] | Re: [200:4-200:5] | | |
| 200 4 | A.   What they said was that the -- the -- the | Def Objection - Foundation (602); | Def Objection - Foundation (602); | | |
| 200 5 | earplugs are protective up to 190 dB Peak. | misstates, argumentative (611, 403) | misstates, argumentative (611, 403) | | |
| 200 6 | BY MR. PIRTLE: | | **OVERRULED** | | |
| 200 7 | Q.   Which covers most weapons in the US | | | | |
| 200 8 | inventory, including shoulder-fired rockets? | | | | |
| 200 9 | A.   I don't have any background in that area | | | | |
| 200 10 | to say yes or no. | | | | |
| 200 11 | Q.   I'm not asking if you have background. | | | | |
| 200 12 | That's just what the company you used to work for said | | | | |
| 200 13 | in this brochure, isn't it? | | | | |
| 200 14 | A.   Yes, they -- they listed examples of | | | | |
| 200 15 | weapons, yes. | | | | |
| 200 16 | Q.   That was one of the examples used? | | | | |
| 200 17 | A.   Uh-huh, yes, it was. | | | | |

| | | | |
|---|---|---|---|
| **201:20 - 201:24   Madison, Ted 12-10-2019**<br>201 20    Q.   I'm looking at the top of -- I'm looking<br>201 21    at the top of the Frequently Asked Questions.  We are<br>201 22    going to get it back up.  And we'll blow it up.<br>201 23    MR. FIELDS:  Which exhibit is that?<br>201 24    MR. PIRTLE:  It is the preceding. | | | |
| **202:1 - 202:1   Madison, Ted 12-10-2019**<br>202 1    MR. PIRTLE:  16, at the top. | | | |
| **202:3 - 202:3   Madison, Ted 12-10-2019**<br>202 3    A.   I've seen that tag line before. | | | |
| **203:4 - 203:7   Madison, Ted 12-10-2019**<br>203 4    Q.   -- but the truth of the matter is, "You<br>203 5    protect us," you are talking, you are saying, Thank<br>203 6    you, soldiers, for protecting us, we protect you, you<br>203 7    are talking about the soldiers' hearing? | **Re: [203:4-203:7]**<br>Def Objection - Foundation (602);<br>argumentative (611, 403) | Re: [203:4-203:7]<br>Def Objection - Foundation (602); argumentative (611, 403)<br>**OVERRULED** | |
| **203:10 - 203:12   Madison, Ted 12-10-2019**<br>203 10    Q.   That's just the truth, isn't it?<br>203 11    A.   I think that's a reasonable interpretation<br>203 12    of that phrase. | **Re: [203:10-203:12]**<br>Def Objection - Foundation (602);<br>argumentative (611, 403) | Re: [203:10-203:12]<br>Def Objection - Foundation (602); argumentative (611, 403)<br>**OVERRULED** | |
| **213:11 - 213:19   Madison, Ted 12-10-2019**<br>213 11    Q.   I'm going to show you what I'm marking as<br>213 12    Exhibit 20 to your deposition.<br>213 13    (WHEREUPON, a certain document was<br>213 14    marked Ted Madison Deposition Exhibit<br>213 15    No. 20, for identification, as of<br>213 16    12/10/2019.)<br>213 17    BY MR. PIRTLE:<br>213 18    Q.   Just let me know when you are ready to go.<br>213 19    A.   Okay. | **Re: [213:11-213:24]**<br>Def Objection - Relevance (401, 402); Prejudice (403) | Re: [213:11-213:25]<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED** | |
| **215:14 - 215:19   Madison, Ted 12-10-2019**<br>215 14    Q.   If you turn to the next-to-last page,<br>215 15    which is 10146.<br>215 16    A.   Okay.<br>215 17    Q.   It looks like a Ryan Kamerzell, zellee, or | **Re: [215:12-216:2]**<br>Def Objection - Relevance (401, 402); Prejudice (403) | Re: [215:7-219:1]<br>Def Objection - Relevance (401, 402); Prejudice | |

| | | | | |
|---|---|---|---|---|
| 215 18 | zell? | | (403) | |
| 215 19 | A.   Um-mm, yes. | | OVERRULED | |
| **215:20 - 216:2   Madison, Ted 12-10-2019** | | **Re: [215:12-216:2]** | **Re: [215:7-** | |
| 215 20 | Q.   CI -- I mean, yeah, CIH, from Lawrence | Def Objection - Relevance (401, | **219:1]** | |
| 215 21 | Liver -- Livermore National Laboratory, Worker Safety | 402); Prejudice (403) | Def Objection - | |
| 215 22 | and Health, is -- is sending an e-mail to various | | Relevance (401, | |
| 215 23 | members of 3M, Eric, Bill and Larry. | | 402); Prejudice | |
| 215 24 | A.   Yes, I see that. | | (403) | |
| 215 25 | Q.   Are you familiar with Lawrence | | **OVERRULED** | |
| 216 1 | Livermore -- | | | |
| 216 2 | A.   Yes. | | | |
| **216:3 - 216:9   Madison, Ted 12-10-2019** | | | | |
| 216 3 | Q.   -- National Laboratory? | | | |
| 216 4 | A.   Yes. | | | |
| 216 5 | Q.   Is it in San Francisco? | | | |
| 216 6 | A.   It's in -- outside of Oakland, yeah. | | | |
| 216 7 | Q.   University of California-Davis? | | | |
| 216 8 | A.   I don't -- I don't know about its | | | |
| 216 9 | university affiliation. | | | |
| **216:14 - 216:19   Madison, Ted 12-10-2019** | | **Re: [216:14-216:19]** | **Re: [215:7-** | |
| 216 14 | Q.   So:  "Thank you for your information.  I'm | Def Objection - Relevance (401, | **219:1]** | |
| 216 15 | very excited to get my hands on the technical proof | 402); Prejudice (403) | Def Objection - | |
| 216 16 | that the 3M Combat Arms plugs are effective up to | | Relevance (401, | |
| 216 17 | 190 dB, even though they only have an NRR of 21." | | 402); Prejudice | |
| 216 18 | Did I read that reasonably correct? | | (403) | |
| 216 19 | A.   I believe so. | | **OVERRULED** | |
| **217:5 - 217:21   Madison, Ted 12-10-2019** | | | | |
| 217 5 | Q.   These are saying that they are | | | |
| 217 6 | currently -- they have 8-hour time weighted average of | | | |
| 217 7 | 111 average decibels? | | | |
| 217 8 | A.   dBA is a -- is a specific decibel scale, | | | |
| 217 9 | the A scale, and so the statement appears to say that | | | |
| 217 10 | they are eight-hour average, time weighted average, | | | |
| 217 11 | for these workers is, I don't know what upwards of, | | | |
| 217 12 | but it is in that range of 111 dBA. | | | |
| 217 13 | Q.   Go to Page 144.  This is an e-mail from | | | |
| 217 14 | Jason Jones, whom you've identified, correct? | | | |
| 217 15 | A.   I don't know that we've mentioned Jason | | | |
| 217 16 | today.  He is a marketer, yeah. | | | |
| 217 17 | Q.   And it is to Larry Dick? | | | |
| 217 18 | A.   Yes. | | | |
| 217 19 | Q.   And who is that? | | | |

| | | | | |
|---|---|---|---|---|
| 217 20    A.  Larry was a 3M PSD sales specialist, | | | | |
| 217 21    hearing specialist in southern California. | | | | |
| **217:22 - 218:13   Madison, Ted 12-10-2019** | **Re: [217:22-218:13]** | **Re: [215:7-** | | |
| 217 22    Q.  It says: "Larry, I can't answer most of | Def Objection - Relevance (401, | **219:1]** | | |
| 217 23    the questions below."  And "Ted we need you (sic) to | 402); Prejudice (403) | Def Objection - | | |
| 217 24    weigh in here." | | Relevance (401, | | |
| 217 25    That -- you are the Ted, aren't you? | | 402); Prejudice | | |
| 218 1    A.  Yes, "Ted will need to weigh in here," | | (403) | | |
| 218 2    yes. | | **OVERRULED** | | |
| 218 3    Q.   And it says: "If" -- and I'm going down | | | | |
| 218 4    to the third-to-the-bottom bullet point -- "If you are | | | | |
| 218 5    at the range shooting and the guns are going off a lot | | | | |
| 218 6    (every 30 seconds, et cetera), the open position of | | | | |
| 218 7    the combat arms plug is not going to provide | | | | |
| 218 8    protection.  Your ear cannot take a 110 dB," decibel, | | | | |
| 218 9    "blast every 30 seconds." | | | | |
| 218 10    Did I read that correctly? | | | | |
| 218 11    A.  Yes, you read it correctly. | | | | |
| 218 12    Q.  Do you agree with that statement? | | | | |
| 218 13    A.  No, I do not. | | | | |
| **218:14 - 218:23   Madison, Ted 12-10-2019** | | | | |
| 218 14    Q.  What part of it do you disagree with? | | | | |
| 218 15    A.  Personally, the -- the open position of | | | | |
| 218 16    the Combat Arms is not going to provide protection, | | | | |
| 218 17    that's what Mr. Jones said, and that's not a true | | | | |
| 218 18    statement. | | | | |
| 218 19    And then, secondly, your ear cannot take a | | | | |
| 218 20    110-dB blast every 30 seconds, that's -- that's a | | | | |
| 218 21    gross overstatement I think.  I wouldn't agree with | | | | |
| 218 22    that.  If you are wearing protection, it may be that | | | | |
| 218 23    that's a safe level to be exposed. | | | | |
| **218:24 - 219:6   Madison, Ted 12-10-2019** | | | | |
| 218 24    Q.  Well, let's turn over to Page 143. | | | | |
| 218 25    The -- this is Mr. Berger, correct? | | | | |
| 219 1    A.  Bear with me a moment -- | | | | |
| 219 2    Q.  Sure. | | | | |
| 219 3    A.  -- while I catch up to you. | | | | |
| 219 4    Yes. | | | | |
| 219 5    Q.  Mr. Berger should know about what this | | | | |
| 219 6    earplug could do, shouldn't he? | | | | |

| 219:10 - 220:13   Madison, Ted 12-10-2019 | Re: [219:12-220:13] | Re: [219:12-220:13] | | |
|---|---|---|---|---|
| 219 10    A.   Mr. Berger is very knowledgeable about | Def Objection - Relevance (401, 402); Prejudice (403) | Def Objection - Relevance (401, 402); Prejudice (403) | | |
| 219 11    this earplug and how it works. | | **OVERRULED** | | |
| 219 12    Q.   And he said: "The onset of risk for | | | | |
| 219 13    impulse noise is normally estimated at 135 to 140 dB | | | | |
| 219 14    Peak." | | | | |
| 219 15    Is that what he says? | | | | |
| 219 16    A.   That is what he says. | | | | |
| 219 17    Q.   Do you agree with that? | | | | |
| 219 18    A.   Yes, I do. | | | | |
| 219 19    Q.   "Thus, if gunfights" -- "shots can be | | | | |
| 219 20    reduced below that level, they are considered | | | | |
| 219 21    essentially safe.  However, when shooting in an indoor | | | | |
| 219 22    reverberant space, the reverberant energy, which is | | | | |
| 219 23    much longer lived than the impulses, even at low (sic) | | | | |
| 219 24    level, can still be hazardous." | | | | |
| 219 25    Did I read that reasonably correct? | | | | |
| 220 1    A.   "Even at a lower level can still be | | | | |
| 220 2    hazardous." | | | | |
| 220 3    Q.   Do you agree with that? | | | | |
| 220 4    A.   Yes, I do agree. | | | | |
| 220 5    Q.   "At indoor ranges many weapons firing more | | | | |
| 220 6    protection than can be provided by the" -- "many" -- | | | | |
| 220 7    "at indoor ranges with many weapons firing, more | | | | |
| 220 8    protection than can be provided by the Combat Arms | | | | |
| 220 9    earplug is required." | | | | |
| 220 10    Did I read that correctly? | | | | |
| 220 11    A.   Yes. | | | | |
| 220 12    Q.   Do you agree with that? | | | | |
| 220 13    A.   Yes, I do. | | | | |
| 220:14 - 220:15   Madison, Ted 12-10-2019 | | | | |
| 220 14    Q.   So these Combat Arms earplugs are not good | | | | |
| 220 15    for indoor in the yellow position in the ear? | | | | |
| 220:18 - 220:22   Madison, Ted 12-10-2019 | | | | |
| 220 18    A.   The yellow end in the ear, that | | | | |
| 220 19    level-dependent mode, will provide some reduction in | | | | |
| 220 20    the sound, the peak sound level in an indoor range. | | | | |
| 220 21    The phrase -- the statement that he is making here is | | | | |
| 220 22    whether that's sufficient to reduce risk. | | | | |
| 221:4 - 221:6   Madison, Ted 12-10-2019 | | | | |
| 221 4    Q.   Well, this is important.  Should it be | | | | |

| | | | | |
|---|---|---|---|---|
| 221 5     used indoors or not? | | | | |
| 221 6     A.   I believe what I said -- | | | | |

**221:7 - 221:13   Madison, Ted 12-10-2019**

| | | | | |
|---|---|---|---|---|
| 221 7     Q.   We are getting there. | | | | |
| 221 8     A.   Yep.  So that's my -- | | | | |
| 221 9     Q.   I'm -- I'm -- trust me, I'm not going to | | | | |
| 221 10     leave it out. | | | | |
| 221 11     A.   What I be -- are you asking -- why don't | | | | |
| 221 12     you restate the question. | | | | |
| 221 13     Q.   Sure. | | | | |

**221:14 - 222:1   Madison, Ted 12-10-2019**

| | | |
|---|---|---|
| 221 14     It says:  "Even at a lower level can still<br>221 15     be hazardous.  At indoor ranges with many weapons<br>221 16     firing, more protection than can be provided by the<br>221 17     CAE is required," "is required."<br>221 18     Is that true?<br>221 19     A.   I believe that in some cases that would be<br>221 20     true.<br>221 21     Q.   All right.  Now, these -- these Combat<br>221 22     Arms Version 2 earplugs were sold to the US military,<br>221 23     right?<br>221 24     A.   Yes.<br>221 25     Q.   It's wholly foreseeable that folks are<br>222 1     going to be shooting weapons indoors, isn't it? | **Re: [221:14-222:1]**<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**Re: [221:25-222:1]**<br>Def Objection - Foundation (602); Calls for legal conclusion (403) | Re: [221:14-221:24]<br>Def Objection - Relevance (401, 402); Prejudice (403)<br>**OVERRULED**<br>Re: [221:25-222:1]<br>Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602); Calls for legal conclusion (403)<br>**OVERRULED** |

**222:4 - 223:12   Madison, Ted 12-10-2019**

| | | |
|---|---|---|
| 222 4     A.   I -- I don't know how they are -- how they<br>222 5     shoot their weapons or -- or practice shooting.  I<br>222 6     have not been to a military base.<br>222 7     BY MR. PIRTLE:<br>222 8     Q.   Well, let's just handle it this way.  On<br>222 9     the gun range situation, you've seen or been to indoor<br>222 10     gun ranges, particularly handgun ranges, haven't you?<br>222 11     A.   Yes, I have.<br>222 12     Q.   Would it surprise you to find out that the<br>222 13     military has indoor handgun ranges for their people to<br>222 14     qualify with?<br>222 15     A.   You are asking me if it would surprise me?<br>222 16     Q.   Surprise you. | **Re: [222:4-222:6]**<br>Def Objection - Foundation (602); Calls for legal conclusion (403) | Re: [222:4-222:6]<br>Def Objection - Foundation (602); Calls for legal conclusion (403)<br>**OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 222 17    A.  That wouldn't surprise me.<br>222 18    Q.  And you know -- and you would know as<br>222 19    somebody who has watched the television news that --<br>222 20    and you would have certainly known by the time that<br>222 21    these documents were written in 2014 that, outside of<br>222 22    the gun range scenario, that there are soldiers that<br>222 23    are going and clearing houses in Iraq, in Afghanistan,<br>222 24    discharging weapons indoors on top of each other.<br>222 25    You've seen that on the news, hadn't you?<br>223 1    A.  I've seen video of combat situations,<br>223 2    urban combat.<br>223 3    Q.  You've heard of Fallujah, hadn't you?<br>223 4    A.  I have.<br>223 5    Q.  Do you know of any statement by 3M that<br>223 6    said, Hey, we are selling these to you, but they won't<br>223 7    protect you in Fallujah?<br>223 8    A.  No, I know of no such statement.<br>223 9    Q.  Or they won't protect you in an indoor<br>223 10    range?<br>223 11    A.  I haven't seen a statement phrased that<br>223 12    way before, no. | | | | |
| **223:24 - 224:4  Madison, Ted 12-10-2019**<br>223 24    Don't you think the people on the ground<br>223 25    that are sweeping and clearing houses in Afghanistan,<br>224 1    in Iraq and even Syria -- Syria, would have a right --<br>224 2    they have a right to know that, Hey, these Combat Arms<br>224 3    earplugs are not going to protect my hearing when I'm<br>224 4    in this house in a fire fight? | | | | |
| **224:6 - 224:8  Madison, Ted 12-10-2019**<br>224 6    BY THE WITNESS:<br>224 7    A.  Yeah, I guess I don't agree with the<br>224 8    premise of that that they are not going to protect. | | | | |
| **224:18 - 224:25  Madison, Ted 12-10-2019**<br>224 18    Q.  Well, are you saying you believe that they<br>224 19    do protect their hearing?<br>224 20    A.  It gets down to what you mean by protect.<br>224 21    It reduces your exposure, so it helps to reduce<br>224 22    your -- the risk of hearing loss.<br>224 23    Q.  Well, are you saying that it is better<br>224 24    than nothing?<br>224 25    A.  Yes. | | | Re: [224:18-224:24]<br>(701) (403) | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **225:2 - 225:3   Madison, Ted 12-10-2019** | **Re: [225:2-225:3]** | **Re: [225:2-225:3]** | | |
| 225 2        Now, this is you weighing in, correct? | Def Objection - Relevance (401, 402); Prejudice (403) | Def Objection - Relevance (401, 402); Prejudice (403) | | |
| 225 3        A.   Yes, these are my comments. | | **OVERRULED** | | |
| **226:20 - 227:2   Madison, Ted 12-10-2019** | **Re: [226:20-227:2]** | **Re: [225:17-227:4]** | | |
| 226 20       Q.   "More broadly, I'm not sure the Combat | Def Objection - Relevance (401, 402); Prejudice (403) | Def Objection - Relevance (401, 402); Prejudice (403) | | |
| 226 21       Arms makes sense in this application.  The benefit of | | **OVERRULED** | | |
| 226 22       Combat Arms is to allow the wearer to hear better | | | | |
| 226 23       between impulses (i.e. situational awareness) which | | | | |
| 226 24       makes sense in a tactical police, hunting, or military | | | | |
| 226 25       combat situation." | | | | |
| 227 1        Is that what you wrote? | | | | |
| 227 2        A.   Yes, I wrote that. | | | | |
| **227:3 - 227:4   Madison, Ted 12-10-2019** | | | | |
| 227 3        Q.   Do you agree with it? | | | | |
| 227 4        A.   Yes. | | | | |
| **228:2 - 228:4   Madison, Ted 12-10-2019** | | | **Re: [228:2-228:7]** | **OVERRULED** |
| 228 2        Q.   Well, in combat situations, at least in -- | | | Foundation (403,701) | |
| 228 3        in a large number of them the fire is almost | | | | |
| 228 4        continuous, isn't it? | | | | |
| **228:7 - 228:7   Madison, Ted 12-10-2019** | | | **Re: [228:2-228:7]** | **OVERRULED** |
| 228 7        A.   I have never been in combat. | | | Foundation (403,701) | |
| **228:24 - 229:5   Madison, Ted 12-10-2019** | | | | |
| 228 24       Q.   So are you saying that these earplugs work | | | | |
| 228 25       for that situation? | | | | |
| 229 1        A.   I'm saying that that's an example of the | | | | |
| 229 2        situation where situational awareness is critical to | | | | |
| 229 3        the -- to the war fighter and that the Army has chosen | | | | |
| 229 4        that hearing protector to allow that situational | | | | |
| 229 5        awareness, as we described earlier. | | | | |
| **229:21 - 230:4   Madison, Ted 12-10-2019** | | | | |
| 229 21       Q.   After 2008 it's been represented that -- | | | | |
| 229 22       by 3M that these earplugs in this configuration work | | | | |
| 229 23       in combat situations by 3M employees, including | | | | |
| 229 24       yourself, right? | | | | |
| 229 25       A.   Yes, that they are -- they help provide | | | | |
| 230 1        protection in combat situations as well as situational | | | | |
| 230 2        awareness. | | | | |

| | | | |
|---|---|---|---|
| 230 3    Q.   Are you saying they are better than<br>230 4    nothing? | | | |
| **230:7 - 230:13   Madison, Ted 12-10-2019** | | | |
| 230 7    A.   You have used that phrase twice.<br>230 8    BY MR. PIRTLE:<br>230 9    Q.   That's right.<br>230 10    A.   Those aren't -- those aren't my words.<br>230 11    Q.   Okay.<br>230 12    A.   I'm saying they help reduce the exposure<br>230 13    to impulse noise. | | | |
| **258:18 - 259:14   Madison, Ted 12-10-2019** | | | |
| 258 18    Q.   What did you do with the complaint?<br>258 19    A.   The complaint, because it was an alleged<br>258 20    health allegation, we implemented our process for<br>258 21    responding and documenting this type of complaint.  So<br>258 22    we -- we met with our product responsibility liaison,<br>258 23    these are the people who are responsible for any<br>258 24    alleged health out -- negative health outcomes as well<br>258 25    as our business team and our laboratory to assess the<br>259 1    proper response.<br>259 2    Q.   And what was the proper response?<br>259 3    A.   There were several, several responses.<br>259 4    First thing we a -- we all agreed we needed to notify<br>259 5    the U.S. Army about the complaint and so we did so.<br>259 6    Secondly, we discussed whether additional<br>259 7    warnings and cautions and user information should be<br>259 8    added to our products, the Combat Arms earplugs, to<br>259 9    help people understand the risks of impulse noise and<br>259 10    how to select which mode the earplugs should be worn<br>259 11    in for the type of exposure, whether the open mode<br>259 12    with level dependent attenuation was appropriate or<br>259 13    whether the closed mode for continuous noise<br>259 14    applications would be more appropriate. | | | |
| **273:16 - 274:24   Madison, Ted 12-10-2019** | **Re: [273:15-274:24]** | **Re: [273:15-** | |
| 273 16    Q.   Let me show you Exhibit 28. | Def Objection - Baker MIL No. 1; | **274:13]** | |
| 273 17    Do you recognize Exhibit 28? | (403) | Def Objection - | |
| 273 18    A.   Yes. | | 404; Prejudice | |
| 273 19    Q.   When is the last time you saw it? | | (403); Hearsay | |
| 273 20    A.   At the time it was written, I believe. | | (801, 802); | |
| 273 21    Q.   This is another complaint? | | relevance (401, | |
| 273 22    A.   It is a complaint, yes, and my response to | | 402); 3M MIL | |
| 273 23    the complaint. | | | |

| | | | | |
|---|---|---|---|---|
| 273 24 Q. This is Howard Elmer. It looks like he is<br>273 25 from Marietta, Georgia, writing you.<br>274 1 "I inserted the olive end into my ears, as<br>274 2 recommended on the back of the package, thought it had<br>274 3 seated, entered the shooting range and set up and<br>274 4 began firing. "<br>274 5 A. "Thought it had seated well, entered the<br>274 6 shooting range."<br>274 7 Q. Yep.<br>274 8 A. "And set up and began firing."<br>274 9 Q. "At some point I felt a sharp piercing<br>274 10 pain/noise in my left ear. Both ears had some<br>274 11 ringing, which subsided, by my left ear feels like<br>274 12 there is a buzzing/vibrating feeling when I speak<br>274 13 now."<br>274 14 You are an audiologist, what type of<br>274 15 symptom is that indicative of or what type of an<br>274 16 injury is that symptom indicative of?<br>274 17 A. A buzzing and vibrating feeling could be a<br>274 18 tinnitus, a type of tinnitus. I -- I don't know what<br>274 19 he was referring to, but...<br>274 20 Q. "It" -- "It has been about two weeks since<br>274 21 this occurred with only slight improvement in my left<br>274 22 ear. Loud noises are bothersome to my left ear."<br>274 23 Did I read that reasonably correct?<br>274 24 A. I believe so. | | No. 10<br>**OVERRULED**<br>**Re: [274:20-274:24]**<br>Def Objection - 404; Prejudice (403); Hearsay (801, 802); relevance (401, 402); 3M MIL No. 10<br>**OVERRULED** | | |
| **275:13 - 275:20 Madison, Ted 12-10-2019**<br>275 13 Q. And then you write him back: "Thank you<br>275 14 for letting us know about your experience," this is<br>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. "I'm traveling today and tomorrow."<br>275 16 Did you ever talk to this fellow, Howard<br>275 17 Elmer?<br>275 18 A. I -- I can't tell from this document<br>275 19 whether that conversation ever happened or not. I<br>275 20 don't recall that. | | | **Re: [275:13-276:2]**<br>Baker MIL No. 1; (403); Relevance | **OVERRULED** |
| **275:21 - 276:2 Madison, Ted 12-10-2019**<br>275 21 Q. Do you recall that -- whether or not<br>275 22 anything ever happened after that?<br>275 23 A. Well, I'm sure that we would have entered<br>275 24 this complaint into our complaint system and it would<br>275 25 have been identified as an alleged injury and we would | | | **Re: [275:13-276:2]**<br>Baker MIL No. 1; (403); Relevance | **OVERRULED** |

| | | | |
|---|---|---|---|
| 276 1  have followed that procedure to respond to an alleged<br>276 2      injury. | | | |
| **348:20 - 348:21   Madison, Ted 12-10-2019** | | | |
| 348 20      Q.   Mr. Madison, as you know, my name is Barry<br>348 21      Fields.  I just wanted to ask you a few questions. | | | |
| **350:8 - 351:15   Madison, Ted 12-10-2019** | Re: [350:8-355:1]<br>Plt Objection - improper counter<br>per PTO 64 | Re: [350:8-351:15]<br>Plt Objection - improper counter per PTO 64<br>**OVERRULED** | |
| 350 8       Q.   Now, one of the -- there were a series of<br>350 9      questions during the deposition regarding various<br>350 10     testing that might have been performed relating to the<br>350 11     Combat Arms earplug Version 2.<br>350 12     Do you recall that?<br>350 13     A.   I recall that.<br>350 14     Q.   And for purposes of my questions, when I<br>350 15     use the term "Combat Arms earplug Version 2," I'm<br>350 16     speaking about the dual-ended Combat Arms earplug.<br>350 17     Can we agree on that?<br>350 18     A.   Yes.<br>350 19     Q.   And one of -- some of the questions<br>350 20     concerned certain labeling tests that were performed<br>350 21     by Aearo back in the early 2000s for the Combat Arms<br>350 22     Version 2.<br>350 23     Do you recall that, the questions?<br>350 24     A.   Yes, I recall that, those questions.<br>350 25     Q.   At 3M, was it your responsibility to<br>351 1      perform labeling tests on the Combat Arms earplug<br>351 2      Version 2?<br>351 3      A.   No, it was not.<br>351 4      Q.   Was it your responsibility to perform<br>351 5      labeling tests on what has been called the ARC<br>351 6      earplug?<br>351 7      A.   No.<br>351 8      Q.   Was it your responsibility to perform<br>351 9      labeling tests on any hearing protection device at 3M?<br>351 10     A.   It was not my responsibility.<br>351 11     Q.   Putting aside whether or not it was your<br>351 12     responsibility, did you consider one of your<br>351 13     specialties when you were at 3M to perform labeling<br>351 14     tests for hearing protection devices?<br>351 15     A.   No. | | | |
| **351:16 - 355:1   Madison, Ted 12-10-2019** | Re: [350:8-355:1]<br>Plt Objection - improper counter<br>per PTO 64 | Re: [351:16-355:1]<br>Plt Objection - | |
| 351 16     Q.   Earlier there was some discussion<br>351 17     regarding a specific type of test called the REAT | | | |

| | | |
|---|---|---|
| 351 18 | test. | improper |
| 351 19 | Do you recall that? | counter per |
| 351 20 | A.   Yes. | PTO 64 |
| 351 21 | Q.   And what does REAT stand for? | **OVERRULED** |
| 351 22 | A.   Real-ear attenuation at threshold. | |
| 351 23 | Q.   And based on your work at 3M, did you | |
| 351 24 | become aware of various REAT tests that were | |
| performed | | |
| 351 25 | on 3M or Aearo hearing protection devices? | |
| 352 1 | A.   Can you say that again, please. | |
| 352 2 | Q.   Sure.  While we -- while you were at 3M, | |
| 352 3 | did you become aware of certain REAT tests that were | |
| 352 4 | performed on various hearing protection devices? | |
| 352 5 | A.   Yes, I was aware of testing being | |
| 352 6 | performed on hearing protection devices. | |
| 352 7 | Q.   While you were at 3M, was one of your | |
| 352 8 | specialties or focuses to perform REAT tests on | |
| 352 9 | hearing protection devices? | |
| 352 10 | A.   No. | |
| 352 11 | Q.   Was one of your specialties or focuses | |
| 352 12 | while you were at 3M to perform labeling tests on | |
| 352 13 | hearing protection devices? | |
| 352 14 | A.   No. | |
| 352 15 | Q.   You indicated earlier that your job title, | |
| 352 16 | at least after the acquisition of Aearo by 3M, was a | |
| 352 17 | technical services specialist or something similar to | |
| 352 18 | that? | |
| 352 19 | A.   That's right. | |
| 352 20 | Q.   As a technical service specialist, was one | |
| 352 21 | of your responsibility -- in one of your | |
| 352 22 | responsibilities to review all of the testing that had | |
| 352 23 | been performed relating to the Combat Arms earplug | |
| 352 24 | Version 2? | |
| 352 25 | A.   No. | |
| 353 1 | Q.   Did you ever attempt to identify all of | |
| 353 2 | the testing of the Combat Arms earplug Version 2 that | |
| 353 3 | had been performed, first of all, before the | |
| 353 4 | acquisition of Aearo in 2008? | |
| 353 5 | A.   No. | |
| 353 6 | Q.   Did you ever attempt to identify all of | |
| 353 7 | the testing of the Combat Arms earplug Version 2 that | |
| 353 8 | was performed at any point in time after the | |

| | |
|---|---|
| 353 9 | acquisition of Aearo by 3M in 2008? |
| 353 10 | A.   No. |
| 353 11 | Q.   There was some discussion earlier in the |
| 353 12 | deposition regarding testing concerning the |
| 353 13 | situational awareness that could result if one was |
| 353 14 | wearing a hearing protection device. |
| 353 15 | Do you recall that? |
| 353 16 | A.   Yes. |
| 353 17 | Q.   Was one of your specialties or -- or |
| 353 18 | focuses as a technical service specialist to evaluate |
| 353 19 | the test data on the intelligibility that would result |
| 353 20 | when users were wearing a hearing protection device |
| 353 21 | such as the Combat Arms earplug Version 2? |
| 353 22 | A.   No. |
| 353 23 | Q.   Were you ever involved in performing |
| 353 24 | testing to evaluate a soldier's situation awareness |
| 353 25 | when wearing hearing protection devices? |
| 354 1 | A.   No. |
| 354 2 | Q.   As you sit here today, are you aware of |
| 354 3 | all of the various tests that have been performed over |
| 354 4 | the years relating to the Combat Arms earplug |
| 354 5 | Version 2? |
| 354 6 | A.   No. |
| 354 7 | Q.   Do you know all of the entities or |
| 354 8 | agencies that have been involved in evaluating or |
| 354 9 | testing the Combat Arms earplug Version 2? |
| 354 10 | A.   No. |
| 354 11 | Q.   What about with respect to the testing on |
| 354 12 | the Version 3 or Version 4 of the earplug? |
| 354 13 | A.   No. |
| 354 14 | Q.   There were a series of questions earlier |
| 354 15 | about the Johnson Blast Overpressure study. |
| 354 16 | Do you recall that? |
| 354 17 | A.   Yes, I do. |
| 354 18 | Q.   Was -- do you consider yourself to have |
| 354 19 | expertise in evaluating blast overpressure studies? |
| 354 20 | A.   No, I don't. |
| 354 21 | Q.   At any point in time did you attempt to |
| 354 22 | identify whether there were similar studies to the |
| 354 23 | Johnson study that had been published in the |
| 354 24 | peer-reviewed literature or otherwise that were |

| 354 25 | evaluating Combat Arms earplugs? | | | | |
| 355 1 | A.   No, I didn't. | | | | |