# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 4

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the following witness depositions:

1. Merkley, John 2-26-2020

2. Ohlin, Doug 4-24-2013 (Moldex)

**SO ORDERED**, on this 4th day of June, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**