# EXHIBIT 1

# Merkley, John 2-26-2020

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| **8:7 - 8:18** | **Merkley, John 2-26-2020** | | | | |
| 8 7 | Q.   Good morning, LTC Merkley.  My name is | | | | |
| 8 8 | Nick Wasdin, and I represent 3M Company in this | | | | |
| 8 9 | case.  You serve as the Army Hearing Division chief | | | | |
| 8 10 | at the Army Public Health Center in Aberdeen, | | | | |
| 8 11 | Maryland; is that right? | | | | |
| 8 12 | A.   I'm -- I'm the Army Hearing Program | | | | |
| 8 13 | Manager.  There's been a reorganization over the | | | | |
| 8 14 | last year, so it's not -- it's not a division any | | | | |
| 8 15 | more.  It's a -- it's a program. | | | | |
| 8 16 | Q.  How long have you had the title of chief | | | | |
| 8 17 | of that program or head of that program? | | | | |
| 8 18 | A.   Since July of 2018. | | | | |
| **8:19 - 13:8** | **Merkley, John 2-26-2020** | | | **Re: [8:19-13:8]** | **SUSTAINED** |
| 8 19 | Q.  Can you give us an overview of your | | | Improper counter designation; | |
| 8 20 | military service leading up to July of 2018? | | | FRE 402/403, 701/702; 802; | |
| 8 21 | A.  Sure.  I -- I started in the National | | | improper bolstering; improper | |
| 9 1 | Guard in 19 -- September 1991.  I joined the Utah | | | narrative. Plaintiffs MIL # 1, 2, 16, | |
| 9 2 | National Guard as a linguist.  I went to basic | | | 17 | |
| 9 3 | training in October of '91 to December of '91 at | | | | |
| 9 4 | Fort Leonard Wood, Missouri. | | | | |
| 9 5 | I was a -- I went from there to the | | | | |
| 9 6 | Defense Language Institute to study Russian, and I | | | | |
| 9 7 | was at the Defense Language Institute for almost | | | | |
| 9 8 | all of 1992, and then went to Fort Huachuca and was | | | | |
| 9 9 | trained as an interrogator. | | | | |
| 9 10 | I went off of active duty in March of '93 | | | | |
| 9 11 | and into the National Guard and stayed in the | | | | |
| 9 12 | National Guard until June of 1998, when I graduated | | | | |
| 9 13 | as an audiologist and left the state of Utah. | | | | |
| 9 14 | I was in inactive -- the inactive ready | | | | |
| 9 15 | reserve through June of 1999 and then commissioned | | | | |
| 9 16 | as a First Lieutenant in the Army Reserves as an | | | | |
| 9 17 | audiologist with the 7231st Mobilization Support | | | | |
| 9 18 | Unit in Lubbock, Texas. | | | | |
| 9 19 | I left that unit in March -- or February | | | | |
| 9 20 | of 2000 and went in -- on active duty as an | | | | |
| 9 21 | audiologist and then went to basic training as an | | | | |
| 10 1 | audi- -- officer basic training in 2000, March of | | | | |
| 10 2 | 2000. | | | | |

10 3      From there, I went to -- to duty stations
10 4      at Fort Drum, New York.  I was stationed at Fort
10 5      Drum, New York from June or July, I don't remember
10 6      exactly, of -- of 2000 through July of 2004 and
10 7      then moved to Wurzburg, Germany from 2004 to 2006,
10 8      when I deployed to Iraq.
10 9      I was in Iraq -- well, on a deployment.
10 10     I went with the 28th Combat Support Hospital, so we
10 11     did some train-up.  I left in August.  We trained
10 12     up, went to Kuwait in September of 2006.
10 13     I went into Iraq in October 2006 and then
10 14     returned from that deployment in November of 2007
10 15     to Fort Bragg.  I returned home on the 1st of
10 16     December 2007 and then stayed in Wurzburg for three
10 17     years, and then PCS'd to Landstuhl.
10 18     I'm sorry, I'm not telling you my
10 19     position.  So, my position at Fort Drum was the
10 20     chief of audiology and the hearing -- installation
10 21     hearing conservation program manager.  In Wurzburg,
11 1      I had the same title.  I was the chief of audiology
11 2      and the hearing conservation program manager for
11 3      all of the Bavaria region.  So, the Wurzburg
11 4      Hospital and all of the subordinate clinics to
11 5      Wurzburg.
11 6      Then as -- with the 28th CSH, I deployed
11 7      as an audiologist, and in Iraq, I also served as
11 8      the theatre consultant for audiology.
11 9      Then PCS'd -- I came back to Germany,
11 10     PCS'd to Landstuhl where I was assigned to the Army
11 11     Public Health -- well, it was -- it was the Center
11 12     for Health Promotion and Preventive Medicine at the
11 13     time.
11 14     Q.  CHPPM?
11 15     A.  CHPPM.  CHPPM Europe.  They transitioned
11 16     to the Army Public Health Command Region Europe
11 17     while I was there.  That was in 2008.  So,
11 18     2008/2009 is when -- when that transitioned.
11 19     I left that position -- oh, while in
11 20     Europe, I also served as the Europe audiology
11 21     consultant, so that -- the European -- European
12 1      Regional Medical Command audiology consultant.
12 2      Then PCS'd from Germany in 200- -- August

| | | | | |
|---|---|---|---|---|
| 12 3 | 2011 to Fort Carson, where I served as the chief | | | |
| 12 4 | of -- well, I'm sorry.  I served as the | | | |
| 12 5 | installation hearing program manager and was | | | |
| 12 6 | assigned to the Department of Preventive Medicine. | | | |
| 12 7 | I also served as the western | | | |
| 12 8 | region or, I'm sorry, southern region audiology | | | |
| 12 9 | consultant until the regions changed and Fort | | | |
| 12 10 | Carson fell under the western -- I have to go back. | | | |
| 12 11 | Q.  That's okay. | | | |
| 12 12 | A.  But I was the audiology consultant for | | | |
| 12 13 | the region, -- | | | |
| 12 14 | Q.  Got it. | | | |
| 12 15 | A.  -- whichever it was.  Because it | | | |
| 12 16 | transitioned, and I became the central region | | | |
| 12 17 | audiology consultant.  And then PCS'd from Fort | | | |
| 12 18 | Carson in January 2015 to the Defense Hearing | | | |
| 12 19 | Center of Excellence, where I was assigned as the | | | |
| 12 20 | Army liaison officer to the DoD Hearing Center of | | | |
| 12 21 | Excellence. | | | |
| 13 1 | Q.  What year was that? | | | |
| 13 2 | A.  That was in January 2015. | | | |
| 13 3 | Q.  What did you do between 2015 when you | | | |
| 13 4 | took over as the chief of the Army -- | | | |
| 13 5 | A.  So -- | | | |
| 13 6 | Q.  -- hearing division? | | | |
| 13 7 | A.  So, I left San Antonio in May of 2018 and | | | |
| 13 8 | PCS'd to Aberdeen Proving Grounds. | | | |
| **13:16 - 15:18   Merkley, John 2-26-2020** | | | | |
| 13 16 | So, were you the Army liaison officer at | | | Re: [13:16-15:18] | **SUSTAINED** |
| 13 17 | the Defense Center for Hearing Excellence up until | | | Improper counter designation; | |
| 13 18 | you took over as the chief of the, what is now the | | | FRE 402/403, 701/702 improper | |
| 13 19 | Army Hearing Program? | | | opinion testimony; 802; improper | |
| 13 20 | A.  Yes. | | | bolstering; improper narrative; | |
| 13 21 | Q.  And that was in July of 2018? | | | conjecture; Plaintiffs MIL # 1, 2, | |
| 14 1 | A.  Correct. | | | 16, 17 | |
| 14 2 | Q.  What responsibilities does the Army | | | | |
| 14 3 | Hearing Program have? | | | | |
| 14 4 | A.  Well, the Army Hearing Program has | | | | |
| 14 5 | responsibility for oversight of the -- of | | | | |
| 14 6 | the -- the Army Hearing Program across the world. | | | | |
| 14 7 | We have professionals that monitor the | | | | |
| 14 8 | database for surveillance audiometry and report on | | | | |

| | | | | |
|---|---|---|---|---|
| 14 9 | the database report statistics from the -- you | | | |
| 14 10 | know, we -- we can find the number of individuals | | | |
| 14 11 | that were -- were required to receive a -- a | | | |
| 14 12 | monitoring audiogram, the number of individuals | | | |
| 14 13 | that received a monitoring audiogram, injury and | | | |
| 14 14 | illness rates, recordable injury and illness rates, | | | |
| 14 15 | follow-up compliance and the information like that. | | | |
| 14 16 | That's one area of what we do. | | | |
| 14 17 | We also have a studies and investigations | | | |
| 14 18 | group that was borne out of the Institute of | | | |
| 14 19 | Medicine report, and I believe it was the 2009 NDAA | | | |
| 14 20 | that looked at what we needed to do to improve | | | |
| 14 21 | hearing health across the Department of Defense. | | | |
| 15 1 | The Army stood up this studies group to look | | | |
| 15 2 | specifically at ways of improving hearing health. | | | |
| 15 3 | So, we -- we conduct studies and | | | |
| 15 4 | collaborate with other organizations, like the | | | |
| 15 5 | Defense Hearing Center of Excellence, to look at, | | | |
| 15 6 | you know, best practices and implementing best | | | |
| 15 7 | practices in hearing conservation. | | | |
| 15 8 | Q.  Does the Army Hearing Program have a role | | | |
| 15 9 | in determining what type of hearing protection | | | |
| 15 10 | devices would be used by service members in the | | | |
| 15 11 | Army? | | | |
| 15 12 | A.  They have a consultative role in that | | | |
| 15 13 | currently.  I mean, I don't -- I don't make | | | |
| 15 14 | selections or I don't solicit hearing protection | | | |
| 15 15 | and make an up or down vote on what hearing | | | |
| 15 16 | protectors are used.  That falls -- that | | | |
| 15 17 | responsibility falls to the Program Executive | | | |
| 15 18 | Office for soldiers -- | | | |
| **17:8 - 19:5** | **Merkley, John 2-26-2020** | | | |
| | | | Re: [17:8-19:12] | SUSTAINED |
| 17 8 | You mentioned that the Army Hearing | | Improper counter designation; | |
| 17 9 | Program had a consulting responsibility with | | FRE 402/403, 701/702 improper | |
| 17 10 | respect to the selection of hearing protection | | opinion testimony; 802; improper | |
| 17 11 | devices in the Army.  What is that consulting | | bolstering; improper narrative; | |
| 17 12 | responsibility? | | conjecture; Plaintiffs MIL # 1, 2, | |
| 17 13 | MR. BUCHANAN:  Objection to form. | | 16, 17 | |
| 17 14 | THE WITNESS:  Okay.  Now, this | | | |
| 17 15 | isn't -- it's not codified in any document that I'm | | | |
| 17 16 | aware of.  We -- if, for example, the Program | | | |
| 17 17 | Executive Office for head protection is looking at | | | |

| | | | | |
|---|---|---|---|---|
| 17 18 | an integrated eyewear hearing protection device and | | | |
| 17 19 | they reached out to us for our -- if -- I don't | | | |
| 17 20 | know if they wanted our endorsement of the hearing | | | |
| 17 21 | protector that is integrated into that device, they | | | |
| 18 1 | share lab results with us, and then we can review | | | |
| 18 2 | the lab results and make a -- a recommendation | | | |
| 18 3 | either for or against that hearing protector. | | | |
| 18 4 | Now, we also are working with the Program | | | |
| 18 5 | Executive Office to determine requirements for | | | |
| 18 6 | hearing protection devices with -- with regard to | | | |
| 18 7 | what -- what we want a hearing protector to do. | | | |
| 18 8 | Hearing protectors right now, the current | | | |
| 18 9 | requirement is to -- is that any hearing protector | | | |
| 18 10 | has to reduce noise exposure to below 85 dBA. | | | |
| 18 11 | Q.  That's -- | | | |
| 18 12 | A.  That's the only -- it's steady-state | | | |
| 18 13 | noise. | | | |
| 18 14 | Q.  Yeah. | | | |
| 18 15 | A.  Or below 140 dB peak impulsive noise, and | | | |
| 18 16 | that's the only requirement.  So, most hearing | | | |
| 18 17 | protectors are capable of -- of doing that. | | | |
| 18 18 | Q.  Where is the Army Hearing Program | | | |
| 18 19 | physically located? | | | |
| 18 20 | A.  Aberdeen Proving Grounds.  The Edgewood | | | |
| 18 21 | area of Aberdeen Proving Grounds. | | | |
| 19 1 | Q.  What is the Army Research Laboratory? | | | |
| 19 2 | A.  The Army -- it's a -- a research | | | |
| 19 3 | laboratory located at Aberdeen Proving Grounds, not | | | |
| 19 4 | associated with the Army Public Health Center. | | | |
| 19 5 | Q.  I have seen some testing reports of | | | |
| **19:8 - 19:12** | **Merkley, John 2-26-2020** | | | **Re: [17:8-19:12]** | **SUSTAINED** |
| 19 8 | Q.  Is there a piece of the Army Research | | | Improper counter designation; FRE 402/403, 701/702 improper opinion testimony; 802; improper bolstering; improper narrative; conjecture; Plaintiffs MIL # 1, 2, 16, 17 | |
| 19 9 | Laboratory that tests hearing protection devices? | | | | |
| 19 10 | A.  Not currently that I'm aware of. | | | | |
| 19 11 | Q.  Okay.  Was there historically? | | | | |
| 19 12 | A.  Historically, yes. | | | | |
| **20:1 - 20:19** | **Merkley, John 2-26-2020** | | | **Re: [20:15-20:19]** | **SUSTAINED** |
| 20 1 | Q.  Let's talk currently first, and then I'll | | | Improper counter designation; FRE 402/403, 701/702 improper opinion testimony; 802; improper | |
| 20 2 | go back in time. | | | | |
| 20 3 | A.  Okay.  Currently, I believe USAARL is the | | | | |
| 20 4 | only lab that is still capable of doing hearing | | | | |

| | | | | |
|---|---|---|---|---|
| 20 5   protection testing.<br>20 6   Q.  And then what about in the 1995 to, say,<br>20 7   2005 time period?<br>20 8   A.  Yeah, I -- I believe ARL and USAARL --<br>20 9   Q.  Okay.<br>20 10   A.  -- were the two Army facilities.<br>20 11   Q.  And ARL is also located at Aberdeen,<br>20 12   correct?<br>20 13   A.  A -- ARL is located at Aberdeen North, so<br>20 14   they're -- they're not on the Edgewood area.<br>20 15   Q.  Switching gears a little bit.  Are<br>20 16   hearing loss and tinnitus common injuries in the<br>20 17   military?<br>20 18   MR. BUCHANAN:  Objection to form.<br>20 19   THE WITNESS:  Yes. | | | bolstering; conjecture; Plaintiffs<br>MIL # 1, 2, 16, 17 | |
| **24:17 - 25:21**   **Merkley, John 2-26-2020**<br>24 17   Q.  Are Army service members able to choose<br>24 18   what hearing protection device they wear while in<br>24 19   service?<br>24 20   A.  Yes.<br>24 21   Q.  6.6.7 says that preformed earplugs shall<br>25 1   be fitted and issued only under the supervision of<br>25 2   personnel who have been specifically trained to fit<br>25 3   earplugs, did I read that right?<br>25 4   A.  Correct.<br>25 5   Q.  What are preformed earplugs?<br>25 6   A.  Preformed earplugs are ear -- earplugs<br>25 7   that are -- you -- you don't form on yourself.<br>25 8   They're not moldable.  They -- they come premolded<br>25 9   usually containing flanges.  They can be single<br>25 10   flanges up to -- currently there are hearing<br>25 11   protectors that have four flanges.<br>25 12   Q.  Is -- are you familiar with the Combat<br>25 13   Arms Version 2 Earplug?<br>25 14   A.  Yes.<br>25 15   Q.  Is that a preformed earplug?<br>25 16   A.  Yes.<br>25 17   Q.  And so, when the Combat Arms Version 2 is<br>25 18   issued to service members, the DoD instruction<br>25 19   requires that it would be fitted and issued only<br>25 20   under the supervision of personnel who have been<br>25 21   specifically trained to fit earplugs -- | | | Re: [24:17-25:21]<br>Improper counter designation;<br>FRE 402/403, 701/702 improper<br>opinion testimony; 802; improper<br>bolstering; improper narrative;<br>conjecture; Plaintiffs MIL # 1, 2,<br>16, 17 | **SUSTAINED** |

| 26:3 - 26:19 | Merkley, John 2-26-2020 | | | Re: [26:3-26:19] | SUSTAINED |
|---|---|---|---|---|---|
| 26 3 | Q. -- is that right? | | | Improper counter designation; | |
| 26 4 | A. That's correct. | | | FRE 402/403, 701/702 improper | |
| 26 5 | Q. 6.6.9, going down, states that medically | | | opinion testimony; 802; improper | |
| 26 6 | trained personnel must examine the fit and | | | bolstering; foundation; scope; | |
| 26 7 | condition of preformed and custom earplugs at least | | | conjecture; Plaintiffs MIL # 1, 2, | |
| 26 8 | annually, right? | | | 16, 17, 21. | |
| 26 9 | A. Yes. | | | | |
| 26 10 | Q. So, under 6.6.9, anyone who had been | | | | |
| 26 11 | issued the Combat Arms Version 2 should have been | | | | |
| 26 12 | examined for fit at least annually? | | | | |
| 26 13 | A. Correct. | | | | |
| 26 14 | Q. And then 6.6.8 allows that if basically | | | | |
| 26 15 | you couldn't be fit by the medically trained | | | | |
| 26 16 | personnel with the preformed earplug, such as the | | | | |
| 26 17 | Combat Arms, then they would move to a custom | | | | |
| 26 18 | device in special circumstances; is that right? | | | | |
| 26 19 | A. Correct. | | | | |
| **31:20 - 32:20** | **Merkley, John 2-26-2020** | | | Re: [31:20-32:18] | SUSTAINED |
| 31 20 | Q. I noticed, if you go back to 6.1c on page | | | Improper counter designation; | |
| 31 21 | 5, there's a reference that an earplug carrying | | | FRE 402/403, 701/702 improper | |
| 32 1 | case must also be provided in addition to earplugs? | | | opinion testimony; 802; improper | |
| 32 2 | A. Um-hum. | | | bolstering; foundation; scope; | |
| 32 3 | Q. And then it has a single national stock | | | conjecture; Plaintiffs MIL # 1, 2, | |
| 32 4 | number there? | | | 16, 17, 21. | |
| 32 5 | A. Correct. | | | Re: [32:19-33:4] | |
| 32 6 | Q. Do you know what carrying case that's | | | Improper counter designation; | |
| 32 7 | referring to? | | | FRE 402/403, 701/702 improper | |
| 32 8 | A. Yes. | | | opinion testimony; 802; improper | |
| 32 9 | Q. At the time in 1998, was there just one | | | bolstering; foundation; scope; | |
| 32 10 | carrying case that would be issued regardless of | | | conjecture; Plaintiffs MIL # 1, 2, | |
| 32 11 | what type of preformed earplug you get? | | | 16, 17, 21. | |
| 32 12 | A. Yes. | | | | |
| 32 13 | Q. And did the military have -- they had | | | | |
| 32 14 | that carrying case as of at least December 1998 | | | | |
| 32 15 | already? | | | | |
| 32 16 | A. Well, I -- they -- they had it in -- yes. | | | | |
| 32 17 | I was issued one in the National Guard, so -- and | | | | |
| 32 18 | that was prior to 1998. | | | | |
| 32 19 | Q. How long had the military had that | | | | |
| 32 20 | particular earplug carrying case? | | | | |

| | | | | |
|---|---|---|---|---|
| **33:1 - 34:4** | **Merkley, John 2-26-2020** | | | **Re: [32:19-33:4]** | **SUSTAINED** |
| 33 1 | THE WITNESS:  I don't know. | | | Improper counter designation; |
| 33 2 | BY MR. WASDIN: | | | FRE 402/403, 701/702 improper |
| 33 3 | Q.  What year were you issued one? | | | opinion testimony; 802; improper |
| 33 4 | A.  I was issued one in 1994. | | | bolstering; foundation; scope; |
| 33 5 | Q.  Focusing on 6.3a, the requirement that | | | conjecture; Plaintiffs MIL # 1, 2, |
| 33 6 | medically trained personnel must fit and examine | | | 16, 17, 21. |
| 33 7 | preformed earplugs at least annually to ensure | | | **Re: [33:5-34:4]** |
| 33 8 | proper fit and condition, can you tell us how, if | | | Improper counter designation; |
| 33 9 | you know at this time, medically trained personnel | | | FRE 402/403, 701/702 improper |
| 33 10 | would have evaluated the fit of preformed earplugs | | | opinion testimony; 802; improper |
| 33 11 | for service members? | | | bolstering; foundation; scope; |
| 33 12 | A.  For -- | | | conjecture; Plaintiffs MIL # 1, 2, |
| 33 13 | MR. BUCHANAN:  Objection to form and | | | 16, 17, 21. |
| 33 14 | foundation. | | | |
| 33 15 | THE WITNESS:  Okay.  So, if it was -- if | | | |
| 33 16 | it was done correctly -- and I was fitted with | | | |
| 33 17 | preformed earplugs at basic training back in | | | |
| 33 18 | October of 1991.  They were the triple-flanged, | | | |
| 33 19 | orange, regular hearing protectors, and the | | | |
| 33 20 | medically trained personnel would do a tug test and | | | |
| 33 21 | a visual inspection of the ear to see, you know, | | | |
| 34 1 | were -- were all of the flanges in the ear and then | | | |
| 34 2 | tugged -- well, they actually had us tug to make | | | |
| 34 3 | sure that we felt the suction and that the earplug | | | |
| 34 4 | didn't just come out of the ear. | | | |
| **34:9 - 34:12** | **Merkley, John 2-26-2020** | | | |
| 34 9 | Q.  Okay. | | | |
| 34 10 | A.  We trained all of our technicians on the | | | |
| 34 11 | same fitting technique and how to identify a -- a | | | |
| 34 12 | good or a poor fit. | | | |
| **34:17 - 35:4** | **Merkley, John 2-26-2020** | | | |
| 34 17 | Q.  Okay. | | | |
| 34 18 | A.  The -- the service member would insert | | | |
| 34 19 | the earplug, and then the -- the -- the service | | | |
| 34 20 | member would walk by the technician, and the | | | |
| 34 21 | technician would do a check. | | | |
| 35 1 | Q.  Visual and tug test? | | | |
| 35 2 | A.  Visual and tug test. | | | |
| 35 3 | MR. BUCHANAN:  Objection to form. | | | |
| 35 4 | THE WITNESS:  For both ears. | | | |

| | | | | |
|---|---|---|---|---|
| **36:17 - 37:11  Merkley, John 2-26-2020** | | | | |
| 36 17    Q.  What is situation awareness? | | | | |
| 36 18    A.  Well, just the -- the awareness of your | | | | |
| 36 19       surroundings. | | | | |
| 36 20    Q.  Is situation awareness important in the | | | | |
| 36 21       military? | | | | |
| 37 1    A.  Yes. | | | | |
| 37 2    Q.  Why? | | | | |
| 37 3    A.  Because in a combat zone, a combat | | | | |
| 37 4       environment, you need to be aware of what's | | | | |
| 37 5       happening around you. | | | | |
| 37 6    Q.  Is situation awareness a dueling priority | | | | |
| 37 7       with hearing protection? | | | | |
| 37 8    A.  Absolutely. | | | | |
| 37 9    Q.  Why? | | | | |
| 37 10    A.  Because any time you plug the ears, it | | | | |
| 37 11       affects your ability to hear and localize sounds. | | | | |
| **40:14 - 40:21   Merkley, John 2-26-2020** | | | **Re: [40:14-40:21]** | **SUSTAINED** |
| 40 14    Q.  So, as of December 1998, the Army | | | Improper counter designation; | |
| 40 15       requirement was that when in combat, service | | | FRE 402/403, 701/702 improper | |
| 40 16       members should not, and not there is all | | | opinion testimony; 802; improper | |
| 40 17       capitalized, wear hearing protectors when they | | | bolstering; foundation; scope; | |
| 40 18       impair necessary hearing, including with dismounted | | | conjecture; Plaintiffs MIL # 1, 2, | |
| 40 19       infantry op- -- operations, right? | | | 16, 17, 21. | |
| 40 20    MR. BUCHANAN:  Objection to form. | | | | |
| 40 21    THE WITNESS:  That's what it says. | | | | |
| **51:9 - 55:1   Merkley, John 2-26-2020** | | | **Re: [51:9-55:1]** | **SUSTAINED** |
| 51 9    Q.  Before I ask you this, you said earlier | | | Improper counter designation; | |
| 51 10       that you heard of the Dan Johnson study.  Can you | | | FRE 402/403, 701/702 improper | |
| 51 11       just sort of give us an overview of what you know | | | opinion testimony; 802; improper | |
| 51 12       about it? | | | bolstering; foundation; scope; | |
| 51 13    A.  I've just heard -- this is the | | | conjecture; Plaintiffs MIL # 1, 2, | |
| 51 14       Albuquerque -- | | | 16, 17, 21. | |
| 51 15    Q.  Yeah. | | | | |
| 51 16    A.  -- study.  I've -- I've just heard -- I | | | | |
| 51 17       work with the -- the acoustic engineers that refer | | | | |
| 51 18       back to this study based on their work for | | | | |
| 51 19       the -- on AHAAH model for determining health hazard | | | | |
| 51 20       assessment and risks, and -- and that's really what | | | | |
| 51 21       I know about it. | | | | |
| 52 1    Q.  Okay. | | | | |
| 52 2    A.  It was a -- it was a blast study on human | | | | |

52 3      subjects.
52 4      Q.  Impulse noise study?
52 5      A.  Impulse noise study, yeah.
52 6      Q.  Using nonlinear earplugs?
52 7      MR. BUCHANAN:  Objection to form and
52 8      foundation.
52 9      THE WITNESS:  Well, I -- I didn't -- I
52 10     don't -- I just knew it was a blast study.
52 11     BY MR. WASDIN:
52 12     Q.  On page 4 -- IV, page 5, there's a Figure
52 13     IV-2 that compares the Rucker Plug to French No. 1
52 14     Plug with respect to percent of unacceptable TTS
52 15     versus peek level, do you see that?
52 16     A.  Yes.
52 17     Q.  What does TTS mean?
52 18     A.  Temporary threshold shift.
52 19     Q.  So, that means essentially that someone's
52 20     hearing shifts temporarily and responds to an
52 21     exposure to noise?
53 1      MR. BUCHANAN:  Objection to form.
53 2      THE WITNESS:  Yes.
53 3      BY MR. WASDIN:
53 4      Q.  And then there's data in the -- the chart
53 5      above that plots out how the French No. 1 and the
53 6      Rucker Plug performed as a measure of percent of
53 7      unacceptable TTS?
53 8      A.  Yes.
53 9      Q.  And it looks like that data tracks their
53 10     performance up through 193 decibels at various
53 11     numbers of shots fired?
53 12     MR. BUCHANAN:  Objection to form and
53 13     foundation.  Leading.
53 14     THE WITNESS:  Yes.
53 15     BY MR. WASDIN:
53 16     Q.  And if you track, you can see on the
53 17     right that the French No. 1 Plug, the plug with the
53 18     UltraFit and the ISL filter, is tracked on two
53 19     metrics using the solid line; once at six shots
53 20     fired and then once at 100 shots fired, right?
53 21     A.  Correct.
54 1      Q.  And at six shots fired at 190 decibels,
54 2      the French No. 1 Plug showed ten percent of

| | | | | |
|---|---|---|---|---|
| 54 3 | unacceptable TTS? | | | |
| 54 4 | MR. BUCHANAN:  Objection to form. | | | |
| 54 5 | THE WITNESS:  If that is at the ten | | | |
| 54 6 | percent mark, and it appears to be close to ten | | | |
| 54 7 | percent, then, yes. | | | |
| 54 8 | BY MR. WASDIN: | | | |
| 54 9 | Q.  Okay.  So, 90 percent of the folks who | | | |
| 54 10 | were exposed to 190 dB using the French No. 1 Plug | | | |
| 54 11 | for six shots did not have unacceptable TTS? | | | |
| 54 12 | MR. BUCHANAN:  Objection to form. | | | |
| 54 13 | MAJOR EVANS:  Don't answer that, sir. | | | |
| 54 14 | BY MR. WASDIN: | | | |
| 54 15 | Q.   And then the line above that tracks the | | | |
| 54 16 | performance of the French No. 1 Plug at 100 shots, | | | |
| 54 17 | right? | | | |
| 54 18 | MR. BUCHANAN:  Objection to form. | | | |
| 54 19 | THE WITNESS:  The solid line above that? | | | |
| 54 20 | BY MR. WASDIN: | | | |
| 54 21 | Q.  Yes. | | | |
| 55 1 | A.  Yes. | | | |
| **75:13 - 76:4** | **Merkley, John 2-26-2020** | | | |
| 75 13 | Q.  LTC Merkley, what we have marked as | | | **Re: [75:13-76:4]** | **SUSTAINED** |
| 75 14 | Exhibit 6 is a series of email communications that | | | Improper counter designation; | |
| 75 15 | were produced to us by the -- the military in this | | | FRE 402/403; 701/702 improper | |
| 75 16 | case, and I believe they're sort of out of order | | | opinion testimony; 802; 805; | |
| 75 17 | and just kind of -- | | | improper bolstering; foundation; | |
| 75 18 | A.  Um-hum. | | | scope; conjecture; Plaintiffs MIL # | |
| 75 19 | Q.  -- they don't track a -- a single | | | 1, 2, 16, 17, 21. | |
| 75 20 | conversation over a linear period of time, but I'll | | | | |
| 75 21 | try to direct you around as best I can. | | | | |
| 76 1 | First, I should ask, did you -- I think | | | | |
| 76 2 | you may have done some work to kind of pull | | | | |
| 76 3 | together testing reports -- | | | | |
| 76 4 | A.  Yes. | | | | |
| **76:12 - 77:1** | **Merkley, John 2-26-2020** | | | |
| 76 12 | Q.  Okay.  If you turn to the second page of | | | **Re: [76:12-77:1]** | **SUSTAINED** |
| 76 13 | the Exhibit 6 and go to the bottom email, there's | | | Improper counter designation; | |
| 76 14 | an email from Doug Ohlin to a few other people | | | FRE 402/403; foundation; | |
| 76 15 | dated April 13th, 1999, do you see that? | | | speculation; 602; 611; 701/702 | |
| 76 16 | A.  Yes. | | | improper opinion testimony; 802; | |
| 76 17 | Q.  Who is Wayne -- the recipients are Wayne | | | 805. Plaintiffs MIL #1, 2, 15,16. | |
| 76 18 | Loyborg, David Chandler, and then I'm -- I'm not | | | | |

| | | | | |
|---|---|---|---|---|
| 76 19<br>76 20<br>76 21<br>77 1 | sure, there's just an email address there, but who<br>is Wayne Loyborg?<br>A.  I've -- I've heard his name.  I believe<br>he's an audiologist. | | | |
| **77:4 - 77:6**<br>77 4<br>77 5<br>77 6 | **Merkley, John 2-26-2020**<br>Q.  And who is David Chandler?<br>A.  David Chandler was an Army active duty<br>audiologist. | | | **Re: [77:4-77:6]**<br>Improper counter; FRE 402/403;<br>foundation; speculation; 602; 611;<br>701/702 improper opinion<br>testimony; 802; 805. Plaintiffs<br>MIL #1, 2, 15,16. | **SUSTAINED** |
| **77:10 - 78:9**<br>77 10<br>77 11<br>77 12<br>77 13<br>77 14<br>77 15<br>77 16<br>77 17<br>77 18<br>77 19<br>77 20<br>77 21<br>78 1<br>78 2<br>78 3<br>78 4<br>78 5<br>78 6<br>78 7<br>78 8<br>78 9 | **Merkley, John 2-26-2020**<br>Q.  And then below that, there's Martin<br>Robinette?<br>A.  Right.<br>Q.  Who's Martin Robinette?<br>A.  He is an active duty Army audiologist.<br>Q.  Okay.  In April of 1999, Doug Ohlin<br>writes to that group and says, the production<br>samples Aearo sent me were at least a quarter of an<br>inch too long.  I took the liberty in cutting down<br>the samples I'm sending you under a separate cover.<br>The production samples didn't fit in the standard<br>earplug hearing case, didn't take advantage of a<br>design that could minimize wind noise and, most<br>importantly, were hit by the Kelvar helmet chin<br>strap when it was fastened, did I read that right?<br>A.  Yes.<br>Q.  If you turn back a page to the front,<br>there's an email from Brian Myers at a Compuserve<br>email address to Doug Ohlin dated April 8th, 1999,<br>do you see that?<br>A.  Um-hum. | | | **Re: [77:10-78:9]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 611; 701/702<br>improper opinion testimony; 802;<br>805. Plaintiffs MIL #1, 2, 15,16. | **SUSTAINED** |
| **78:12 - 79:15**<br>78 12<br>78 13<br>78 14<br>78 15<br>78 16<br>78 17<br>78 18<br>78 19<br>78 20 | **Merkley, John 2-26-2020**<br>Q.  Okay.  The email says, Doug, and then the<br>second paragraph says, I spoke with Dick Knauer who<br>believes that we can probably shorten the plug by<br>the one-quarter inch required to fit your current<br>container.  The designer will look at this when he<br>gets back from vacation on the 19th.  It may help<br>to expedite the redesign if we could get a storage<br>container from you, and then he gives the contact<br>information for Dick Knauer, do you see that? | | | **Re: [78:12-79:6]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602;  701/702<br>improper opinion testimony; 802;<br>805. Plaintiffs MIL #1, 2, 15,16. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 78 21    A.  Um-hum.<br>79 1    Q.  Prior to today, had you ever heard that<br>79 2    the original design of the Combat Arms Version 2<br>79 3    was too long to fit in the military carrying case?<br>79 4    MR. BUCHANAN:  Objection to form.<br>79 5    THE WITNESS:  I -- I don't remember.<br>79 6    If -- if I was told that, I don't recall.<br>79 7    BY MR. WASDIN:<br>79 8    Q.  Okay.  Prior to today, did you know that<br>79 9    the Combat Arms Version 2 was shortened a quarter<br>79 10    of an inch?<br>79 11    A.  No.<br>79 12    Q.  Okay.  You had no personal involvement in<br>79 13    any discussions regarding whether to shorten the<br>79 14    Combat Arms Version 2?<br>79 15    A.  No. | | | | |
| **100:14 - 101:7   Merkley, John 2-26-2020** | | | **Re: [100:14-101:7]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 611; 701/702<br>improper opinion testimony; 802;<br>805. Plaintiffs MIL #1, 2, 15,16. | **SUSTAINED** |
| 100 14    Q.  Who is Elliott Berger?<br>100 15    A.  Elliott Berger is -- I think he is the<br>100 16    principal engineer at 3M at their test lab, hearing<br>100 17    protection testing lab.<br>100 18    Q.  Do you know Elliott?<br>100 19    A.  I do.<br>100 20    Q.  How long have you known Mr. Berger?<br>100 21    A.  I have -- well, I have known him -- I've<br>101 1    known of him for, I don't know, 20 years or so.<br>101 2    I've had more personal interactions with him in the<br>101 3    last eight years just as a member of the -- the<br>101 4    Council for Accreditation in Occupational Hearing<br>101 5    Conservation and his work in different chapters and<br>101 6    regulations that go into the hearing conservation<br>101 7    manual, his work on the ANSI working group. | | | | |
| **102:5 - 102:21   Merkley, John 2-26-2020** | | | **Re: [102:5-104:7]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 611; 701/702<br>improper opinion testimony; 802;<br>805. Improper witness bolstering.<br>Plaintiffs MIL #1, 2, 12, 13, 15,16. | **SUSTAINED** |
| 102 5    Q.  I'll try -- let me ask the question again<br>102 6    just so we get a Q and A.  But what are some of<br>102 7    Mr. Berger's contributions to the national<br>102 8    hearing -- conservation hearing that you're aware<br>102 9    of?<br>102 10    MR. BUCHANAN:  I have the same objection.<br>102 11    Form and foundation.<br>102 12    THE WITNESS:  Well, he's a well-known<br>102 13    figure in hearing conservation.  He is the editor | | | | |

| | | | | |
|---|---|---|---|---|
| 102 14 of the noise manual.  He's contributed to multiple<br>102 15 chapters on hearing conservation in the United<br>102 16 States and has been recognized at -- at the<br>102 17 National Hearing Conservation Association as such.<br>102 18 BY MR. WASDIN:<br>102 19 Q.  Has he won awards for that?<br>102 20 A.  He has.<br>102 21 Q.  What type of awards? | | | | |
| **103:3 - 104:7   Merkley, John 2-26-2020**<br>103 3 THE WITNESS:  Yeah, I -- I don't know for<br>103 4 sure what those awards -- I think -- well,<br>103 5 I'd -- I'd be trying to remember, and I don't -- I<br>103 6 don't recall.<br>103 7 BY MR. WASDIN:<br>103 8 Q.  Do you know whether Mr. Berger has ever<br>103 9 worked with members of the military to help the<br>103 10 military advance its hearing conservation mission?<br>103 11 A.  I have seen documents between he and Doug<br>103 12 Ohlin, but that's the extent of what I've -- what I<br>103 13 know about with regard to hearing pro- -- his<br>103 14 involvement in hearing protection in the military.<br>103 15 Q.  Just based on the documents that you've<br>103 16 seen, was he working with Doug Ohlin on a<br>103 17 particular project?<br>103 18 A.  I -- yes.  I believe he was working<br>103 19 on -- with Doug Ohlin on this Combat Arms Earplug<br>103 20 project.<br>103 21 Q.  Okay.  Given what you know about<br>104 1 Mr. Berger and the contributions he's made to<br>104 2 national hearing conservation, does it surprise you<br>104 3 that Doug Ohlin would work with him to develop a<br>104 4 product for the military?<br>104 5 MR. BUCHANAN:  Objection to form and<br>104 6 foundation.<br>104 7 THE WITNESS:  No. | | | Re: [102:5-104:7]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 611; 701/702<br>improper opinion testimony; 802;<br>805. Improper witness bolstering.<br>Plaintiffs MIL #1, 2, 12, 13, 15,16. | **SUSTAINED** |
| **115:12 - 117:13   Merkley, John 2-26-2020**<br>115 12 Q.  I know you have never seen this before.<br>115 13 This was a document that was just produced in this<br>115 14 litigation by a particular Plaintiff, and I wanted<br>115 15 to ask you, it's just questions about training on<br>115 16 the Combat Arms Earplug in here, and if you go to<br>115 17 question 10, it's -- the question is, describe how | | | Re: [115:5-117:13]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802; 805. Plaintiffs MIL<br>#1, 2, 15,16, 17, 21. | **SUSTAINED** |

115 18       you inserted each end of the CAEv2 into your ears,
115 19       and there's a general description of the insertion
115 20       technique that ends with, was trained to fold back
115 21       the opposite end flanges for insertion, do you see
116 1       that?
116 2       A.   Um-hum.
116 3       Q.   And then if you flip the page to page 4,
116 4       there's a section for Training and Instructions,
116 5       and it says, describe any instruction or training
116 6       you were provided on how to use the Combat Arms
116 7       Earplug, including, but not limited to, any written
116 8       or oral instructions and in-person training, do you
116 9       see that question?
116 10       A.   Um-hum.
116 11       Q.   And the answer provided is, I attended
116 12       Hearing Conservation Program training in 2005 in
116 13       Korea.  During the duration of training, my
116 14       classmates and I were introduced to the Combat Arms
116 15       Earplugs.  From that point on, I would use -- would
116 16       issue CAEv2 as patients completed their hearing
116 17       exams, do you see that?
116 18       A.   Um-hum.
116 19       Q.   And then the next question is 14.  Were
116 20       you instructed or trained to roll or fold back any
116 21       flanges on the CAEv2 for proper insertion?  Answer,
117 1       Yes.  Do you see that?
117 2       A.   Yes.
117 3       Q.   Okay.  So, all I wanted to ask was, this
117 4       reference to Hearing Conservation Program training
117 5       in 2005 in Korea, does that mean anything to you?
117 6       Do -- do you have an understanding of what that
117 7       would be?
117 8       MR. BUCHANAN:  Objection.  Foundation and
117 9       form.
117 10       THE WITNESS:  I -- it could be a -- a
117 11       couple of different training events, so I don't
117 12       know exactly what -- what this training is
117 13       referring to.

**118:14 - 119:6    Merkley, John 2-26-2020**
118 14       BY MR. WASDIN:
118 15       Q.   This training we've been talking about
118 16       on -- that was provided by technicians to

| | | | | |
|---|---|---|---|---|
| 118 17    individual service members, I think you said<br>118 18    earlier that you received that fit from a<br>118 19    technician and any instruction on how to use your<br>118 20    earplug during basic training, am I right?<br>118 21    A.  I was fitted --<br>119 1    Q.  Okay.<br>119 2    A.  -- with the hearing protection.  I don't<br>119 3    recall getting specific training on how to -- how<br>119 4    to fit it, other than they -- they gave us<br>119 5    instruction on, you know, how to put it in your ear<br>119 6    and then check the fit. | | | | |
| **119:19 - 122:21   Merkley, John 2-26-2020** | | | | |
| 119 19    Q.  Okay.  Well, then fast forwarding to the<br>119 20    time period when you are in charge of audiology at<br>119 21    Fort Drum.  When in a service member's career, I<br>120 1    guess, would they receive a piece of hearing<br>120 2    protection and then be fit with it?<br>120 3    A.  We fit at Fort Drum any individuals when<br>120 4    they were coming to the installation, so<br>120 5    we -- we provided hearing protection fit or hearing<br>120 6    health education and hearing protection fitting<br>120 7    at in-processing to the installation.<br>120 8    Q.  I just don't know sort of how this works<br>120 9    in the Army, but have they already completed basic<br>120 10    training by the time they arrive?<br>120 11    A.  Yes.<br>120 12    Q.  Okay.  And is -- when you say when they<br>120 13    arrive at the facility, is that sort of like the<br>120 14    first stop after basic training?<br>120 15    A.  No.  It depends.  It -- it could be right<br>120 16    after basic training.  It may be that they're<br>120 17    PCS'ing.<br>120 18    Q.  Okay.<br>120 19    A.  Having -- changing duty stations and<br>120 20    moving from one installation to Fort Drum.  Then<br>120 21    when they get to that installation, there's an<br>121 1    in-processing part, and part of that in-processing<br>121 2    includes a medical in-processing, and they would<br>121 3    receive a hearing test, get fitted with hearing<br>121 4    protection and a small class on hearing<br>121 5    conservation.<br>121 6    Q.  Would the fitting with hearing protection | | | Re: [119:19-122:21]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; conjecture; 602;<br>701/702 improper opinion<br>testimony; improper bolstering;<br>scope; 802; 805. Plaintiffs MIL<br>#1, 2, 15,16, 17, 21. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 121 7 | as part of the intake process be done by the | | | |
| 121 8 | technicians we talked about earlier? | | | |
| 121 9 | A.  Either the technicians or the audiologist | | | |
| 121 10 | on site, yes. | | | |
| 121 11 | Q.  Okay. | | | |
| 121 12 | MAJOR EVANS:  And, sir, can you just | | | |
| 121 13 | clarify the ranks, the rank level of soldiers that | | | |
| 121 14 | go through in-processing? | | | |
| 121 15 | THE WITNESS:  Yeah.  The rank -- I mean, | | | |
| 121 16 | they can be private, E1 to Colonel. | | | |
| 121 17 | BY MR. WASDIN: | | | |
| 121 18 | Q.  Okay.  So, some are brand new in the | | | |
| 121 19 | military; some may have been there for a | | | |
| 121 20 | while -- | | | |
| 121 21 | A.  Right. | | | |
| 122 1 | Q.  -- but whenever you get a transition of | | | |
| 122 2 | your class or duty station -- regardless of how | | | |
| 122 3 | long you have been in the Army, when you show up at | | | |
| 122 4 | Fort Drum, while you were there, one of the first | | | |
| 122 5 | things that happened was the medical exam that | | | |
| 122 6 | included fitting hearing protection? | | | |
| 122 7 | A.  Correct. | | | |
| 122 8 | Q.  And was that done for all service | | | |
| 122 9 | members? | | | |
| 122 10 | A.  Everybody that came through | | | |
| 122 11 | in-processing. | | | |
| 122 12 | Q.  Was there a training component during | | | |
| 122 13 | that intake on how to fit themselves with earplugs | | | |
| 122 14 | going forward? | | | |
| 122 15 | A.  Yes. | | | |
| 122 16 | Q.  And would -- was it your expectation that | | | |
| 122 17 | the audiologist or the technicians would have given | | | |
| 122 18 | the service members the same fitting tips that you | | | |
| 122 19 | had provided them? | | | |
| 122 20 | A.  Right.  Yes. | | | |
| 122 21 | Q.  And that would include that if they | | | |
| **123:4 - 123:12   Merkley, John 2-26-2020** | | | **Re: [123:2-123:21]** | **SUSTAINED** |
| 123 4 | THE WITNESS:  If -- if they were fitted | | Improper counter designation; | |
| 123 5 | with a Combat Arms Earplug.  We did not routinely | | FRE 402/403; foundation; | |
| 123 6 | fit the Combat Arms Earplug for in-processing. | | speculation; 602; 701/702 | |
| 123 7 | BY MR. WASDIN: | | improper opinion testimony; | |
| 123 8 | Q.  Got it.  If their earplug was the Combat | | | |

| | | | | |
|---|---|---|---|---|
| 123 9  Arms Version 2, their training would have included<br>123 10  the option to fold back the flanges as needed to<br>123 11  get a good fit?<br>123 12  A.  Yes. | | | scope; 802; 805. Plaintiffs MIL<br>#1, 2, 15,16, 17, 21. | |
| **123:16 - 123:21   Merkley, John 2-26-2020**<br>123 16  Q.  Looking at the wallet card, which was<br>123 17  marked as Exhibit 9, the second bullet at the<br>123 18  bottom mentions the option to fold back the flanges<br>123 19  on the plug, and then there's an image of it,<br>123 20  right?<br>123 21  A.  Correct. | | | Re: [123:2-123:21]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802; 805. Plaintiffs MIL<br>#1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **125:1 - 125:18   Merkley, John 2-26-2020**<br>125 1  Q.  Yeah.<br>125 2  A.  Yeah.<br>125 3  Q.  Do you know if the military did its own<br>125 4  analysis of what size ear canals were likely to<br>125 5  benefit from a fold of the flange?<br>125 6  A.  I'm not -- not that I recall.<br>125 7  Q.  The military drafted the wallet card<br>125 8  though, right?<br>125 9  A.  Yes.<br>125 10  MR. BUCHANAN:  Objection to form.<br>125 11  BY MR. WASDIN:<br>125 12  Q.  Other than -- did the military distribute<br>125 13  this wallet card to individual service members?<br>125 14  MAJOR EVANS:  And can we just clarify<br>125 15  real quick, this is the Army's wallet card,<br>125 16  correct?  Not the --<br>125 17  THE WITNESS:  It is the -- it is the<br>125 18  Army's wallet card, yeah. | | | Re: [125:1-125:18]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony; 802.<br>Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **128:17 - 129:10   Merkley, John 2-26-2020**<br>128 17  Q.  When you were responsible for training<br>128 18  technicians and hearing conservation officers on<br>128 19  how to fit the Combat Arms Version 2, you weren't<br>128 20  relying on any Aearo or 3M instructions; is that<br>128 21  fair?<br>129 1  MR. BUCHANAN:  Objection to form.<br>129 2  THE WITNESS:  Yes.<br>129 3  BY MR. WASDIN:<br>129 4  Q.  Do you know whether the Army ever used<br>129 5  any instructions or training materials provided by<br>129 6  Aearo or 3M to train soldiers on how to use the | Re: [128:17-129:19]<br>Plt Objection - improper counter<br>designation per PTO 64 | Re: [128:17-<br>129:10]<br>Plt Objection -<br>improper counter<br>designation per<br>PTO 64<br>**SUSTAINED** | Re: [128:17-129:13]<br>foundation; speculation; 602;<br>701/702 improper opinion<br>testimony;  scope; 802; 805.<br>Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |

Merkley, John 2-26-2020                                                                                                      19

| | | | |
|---|---|---|---|
| 129 7   Combat Arms Version 2?<br>129 8     A.  I -- I don't know.<br>129 9     Q.  You've never seen it?<br>129 10    A.  I -- I haven't seen it, no. | | | |
| **129:11 - 129:13   Merkley, John 2-26-2020**<br>129 11    Q.  Okay.  And, certainly, you wouldn't use<br>129 12    any when you were training folks?<br>129 13    A.  I -- well, I didn't -- I didn't use any. | Re: [128:17-129:19]<br>Plt Objection - improper counter<br>designation per PTO 64 | Re: [128:17-129:10]<br>Plt Objection - improper counter designation per PTO 64<br>**SUSTAINED** | Re: [128:17-129:13]<br>foundation; speculation; 602; 701/702 improper opinion testimony;  scope; 802; 805. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **151:5 - 151:21   Merkley, John 2-26-2020**<br>151 5     Do you know who authored the Just the Facts<br>151 6     document on the Combat Arms Version 2?<br>151 7     A.  The -- I -- I don't know who the author<br>151 8     was.  It was put out by the Army Public Health<br>151 9     Center, the Army Hearing Program or the Army<br>151 10    Hearing Conservation Program, so it was Doug Ohlin<br>151 11    and his staff.<br>151 12    Q.  If you go down to the column on the left,<br>151 13    the bottom left of the first page title -- titled,<br>151 14    Protection Available, --<br>151 15    A.  Um-hum.<br>151 16    Q.  -- about midway through that paragraph it<br>151 17    says, the nonlinearity begins at about 110 dBP and<br>151 18    increases with increasing peak pressure level.  At<br>151 19    190 dBP, there's an overall peak reduction of 25<br>151 20    dB, do you see that?<br>151 21    A.  Yes. | Re: [151:5-151:21]<br>Plt Objection - improper counter<br>designation per PTO 64; 602 | Re: [151:5-151:21]<br>Plt Objection - improper counter designation per PTO 64; 602<br>**SUSTAINED** | Re: [151:5-151:21]<br>FRE 402/403; foundation; speculation; 701/702 improper opinion testimony; scope; 802; 805. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **154:6 - 154:15   Merkley, John 2-26-2020**<br>154 6     Q.  And then if you go on, that same sentence<br>154 7     in the Just the Facts says, testing at a U.S.<br>154 8     military facility found this nonlinear earplug<br>154 9     protective up to 190 dB peak, do you see that?<br>154 10    A.  Yes.<br>154 11    Q.  And then if you flip the page, you can<br>154 12    see that the citation there, the first one is to<br>154 13    that Dan Johnson study that we looked at a long<br>154 14    time ago?<br>154 15    A.  Right. | Re: [154:6-154:15]<br>Plt Objection - improper counter<br>designation per PTO 64; 602; 802 | Re: [154:6-154:15]<br>Plt Objection - improper counter designation per PTO 64; 602; 802<br>**SUSTAINED** | Re: [154:6-154:15]<br>FRE 402/403; foundation; speculation; 701/702 improper opinion testimony; scope; 805. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |

| 155:3 - 156:3   Merkley, John 2-26-2020 | Re: [155:3-156:3] | Re: [155:3-156:3] | Re: [155:3-156:3] | SUSTAINED |
|---|---|---|---|---|
| 155 3   Q.  What I wanted to ask you about was, this<br>155 4   statement that testing at a U.S. military facility<br>155 5   found this nonlinear earplug protective up to 190<br>155 6   dB peak, that's a statement that's included in the<br>155 7   Army's Just the Facts document, right?<br>155 8   MR. BUCHANAN:  Objection to form.<br>155 9   THE WITNESS:  Yes.<br>155 10   BY MR. WASDIN:<br>155 11   Q.  Yeah.  And it's -- the source of that<br>155 12   representation is the Dan Johnson study that he did<br>155 13   for the Army in 1995?<br>155 14   MR. BUCHANAN:  Objection to the form.<br>155 15   BY MR. WASDIN:<br>155 16   Q.  Or '96?<br>155 17   A.  It appears to be, yes.<br>155 18   Q.  And so, this is an Army interpretation of<br>155 19   an Army study that the testing at a U.S. military<br>155 20   facility found this nonlinear earplug protective up<br>155 21   to 190 dB peak?<br>156 1   MR. BUCHANAN:  Objection to form.<br>156 2   Argumentative.  Foundation.<br>156 3   THE WITNESS:  Yes. | Plt Objection - improper counter designation per PTO 64; 602; 611 | Plt Objection - improper counter designation per PTO 64; 602; 611<br>**SUSTAINED** | FRE 402/403; foundation; speculation; 701/702 improper opinion testimony; scope; 802; 805. Plaintiffs MIL #1, 2, 15,16, 17, 21. | |
| 164:3 - 164:12   Merkley, John 2-26-2020 | | | | |
| 164 3   Q.  Do you know when a hearing<br>164 4   protector -- protection device is labeled for<br>164 5   civilian use, do they use the Method A standard to<br>164 6   do that?<br>164 7   A.  Well, the -- the noise reduction rating<br>164 8   label on a hearing protector is not measured to<br>164 9   S12.6-1997.<br>164 10   Q.  It's measured to the 1974 standard,<br>164 11   right?<br>164 12   A.  Correct. | | | | |
| 164:20 - 165:14   Merkley, John 2-26-2020 | Re: [164:20-165:14] | Re: [164:20-165:14] | Re: [164:20-165:14] | SUSTAINED |
| 164 20   Q.  Have you ever heard the term experimenter<br>164 21   fit?<br>165 1   A.  Yes.<br>165 2   Q.  What does that mean?<br>165 3   A.  That -- experimenter fit means that the<br>165 4   person that's conducting the experiment fits the<br>165 5   hearing protector on the test subject. | Plt Objection - improper counter designation per PTO 64; 402 | Plt Objection - improper counter designation per PTO 64; 402<br>**SUSTAINED** | FRE 402/403; foundation; speculation; 701/702 improper opinion testimony; scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | |

| | | | | |
|---|---|---|---|---|
| 165 6    Q. And have you heard user fit?<br>165 7    A. Yes.<br>165 8    Q. What does that mean?<br>165 9    A. That means the user is the one that fits<br>165 10    the hearing protector in the -- the ear prior to<br>165 11    the test.<br>165 12    Q. Do you know if the 74 standard is<br>165 13    experimenter fitter versus user fit?<br>165 14    A. No. It's experimenter fit. | | | | |
| **197:1 - 197:11**    Merkley, John 2-26-2020<br>197 1    Q. Okay. Have you ever personally used the<br>197 2    Combat Arms Version 2?<br>197 3    A. Yes.<br>197 4    Q. Did it work for you?<br>197 5    A. Yes.<br>197 6    Q. Did you need to fold the flanges back to<br>197 7    get a good fit?<br>197 8    A. I didn't.<br>197 9    Q. So, you wore it without the flanges<br>197 10    folded back, and it worked?<br>197 11    A. Yes. | | | Re: [197:4-197:11]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>improper bolstering; scope; 802;<br>805. Plaintiffs MIL #1, 2, 12, 13,<br>15,16, 17, 18, 21. | **SUSTAINED** |
| **197:17 - 198:6**    Merkley, John 2-26-2020<br>197 17    Q. How often did you wear it in service?<br>197 18    A. As -- as long as I had it.<br>197 19    Q. What time period did you have it?<br>197 20    A. So, I had that earplug -- well, I -- I<br>197 21    got my first set in -- right around 2000 when they<br>198 1    were just starting to come out in the military.<br>198 2    It was at the -- I believe the MASC, the<br>198 3    military audiology short course, so it may have<br>198 4    been 2001, because I -- I don't remember if I went<br>198 5    in 2000. In 2001 definitely, and then up until<br>198 6    the -- the new version came out -- | | | Re: [197:17-198:17]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>improper bolstering; scope.<br>Plaintiffs MIL #1, 2, 15,16, 17, 18. | **SUSTAINED** |
| **198:9 - 198:15**    Merkley, John 2-26-2020<br>198 9    Q. Do you remember what year you<br>198 10    transitioned from the dual-ended to the<br>198 11    single-ended version?<br>198 12    A. In 2007.<br>198 13    Q. So, you wore the Version 2, the<br>198 14    dual-ended version, during your deployment in Iraq,<br>198 15    right? | | | Re: [197:17-198:17]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>improper bolstering; scope.<br>Plaintiffs MIL #1, 2, 15,16, 17, 18. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **198:17 - 198:17   Merkley, John 2-26-2020**<br>198  17       THE WITNESS:  Yes. | | | **Re: [197:17-198:17]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>improper bolstering; scope.<br>Plaintiffs MIL #1, 2, 15,16, 17, 18. | **SUSTAINED** |
| **199:1 - 199:20   Merkley, John 2-26-2020**<br>199  1       Q.  How frequently --<br>199  2       A.  No.  I -- I -- I'm sorry, how frequently?<br>199  3       Q.  Sorry.  I interrupted you there.  Go<br>199  4       ahead.<br>199  5       A.  I was going to say, I -- I used the<br>199  6       quad-flange earplug probably more often than<br>199  7       the -- the Combat Arms Earplug, but if on a range,<br>199  8       I would wear the Combat Arms Earplug.<br>199  9       Q.  You fired weapons with it in?<br>199  10      A.  Yes.<br>199  11      Q.  What was the loudest weapon you can<br>199  12      remember being around while wearing the Combat Arms<br>199  13      Version 2?<br>199  14      A.  Oh, an M4 -- an M16.<br>199  15      Q.  A rifle basically?<br>199  16      A.  Yeah, a rifle.<br>199  17      MR. BUCHANAN:  I'm sorry, was that both<br>199  18      of those, or just an M16?<br>199  19      THE WITNESS:  I -- M16.  I -- I fired the<br>199  20      M16.  I haven't fired an M4. | | | **Re: [199:1-199:20]**<br>Improper counter desigation; FRE<br>402/403;  701/702 improper<br>opinion testimony; improper<br>bolstering; scope; 802. Plaintiffs<br>MIL #1, 15,16, 17,  18, 21. | **SUSTAINED** |
| **225:21 - 227:14   Merkley, John 2-26-2020**<br>225  21      Q.  LTC Merkley, I just have a few more<br>226  1       questions before we break for lunch, the first of<br>226  2       which relates to your own use of the Combat Arms<br>226  3       Earplug Version 2.<br>226  4       A.  Okay.<br>226  5       Q.  I think you told me that when you used<br>226  6       the Combat Arms Version 2, you did not need to roll<br>226  7       back the flanges in order to achieve a proper fit?<br>226  8       MR. BUCHANAN:  Objection to form.<br>226  9       THE WITNESS:  Correct.<br>226  10       BY MR. WASDIN:<br>226  11      Q.  When you used the Combat Arms Version 2,<br>226  12      were you able to achieve a good fit? | | | **Re: [225:21-227:14]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>conjecture; speculation; 602;<br>701/702 improper opinion<br>testimony; improper bolstering;<br>scope; 802; 805. Plaintiffs MIL<br>#1, 2, 15,16, 17, 18, 21. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 226 13 MR. BUCHANAN: Objection to form. | | | | |
| 226 14 THE WITNESS: Yes. | | | | |
| 226 15 BY MR. WASDIN: | | | | |
| 226 16 Q.  And during the course of whatever time | | | | |
| 226 17 you used them, were you able to keep that fit with | | | | |
| 226 18 the Combat Arms Version 2? | | | | |
| 226 19 MR. BUCHANAN: Objection to form. | | | | |
| 226 20 THE WITNESS: Yes. | | | | |
| 226 21 BY MR. WASDIN: | | | | |
| 227 1 Q.  It didn't wiggle out of your ear or | | | | |
| 227 2 something? | | | | |
| 227 3 MR. BUCHANAN: Objection to form. | | | | |
| 227 4 THE WITNESS: Well, if it wiggled out, I | | | | |
| 227 5 knew it, and I could put it back in, but that's | | | | |
| 227 6 common with -- with all premolded earplugs. | | | | |
| 227 7 BY MR. WASDIN: | | | | |
| 227 8 Q.  That's -- the idea that a premolded | | | | |
| 227 9 earplug, you know, may lose its seal is reported in | | | | |
| 227 10 the academic literature in hearing conservation, | | | | |
| 227 11 right? | | | | |
| 227 12 MR. BUCHANAN: Objection. Foundation and | | | | |
| 227 13 form. | | | | |
| 227 14 THE WITNESS: Yes. | | | | |
| **228:1 - 228:21   Merkley, John 2-26-2020** | | | **Re: [228:1-228:21]** Improper counter designation; FRE 402/403; foundation; 701/702 improper opinion testimony; scope;. Plaintiffs MIL #1, 2, 15,16, 17, 18, 21. | **SUSTAINED** |
| 228 1 Q.  You were aware when you were a military | | | | |
| 228 2 audiologist or an Army audiologist that preformed | | | | |
| 228 3 earplugs of any variety could loosen in a wearer's | | | | |
| 228 4 ear, right? | | | | |
| 228 5 MR. BUCHANAN: Objection to the | | | | |
| 228 6 leadingness. | | | | |
| 228 7 THE WITNESS: Yes. | | | | |
| 228 8 BY MR. WASDIN: | | | | |
| 228 9 Q.  And on occasions when a preformed earplug | | | | |
| 228 10 does lose its seal, you found that to be | | | | |
| 228 11 perceptible because you could hear ambient noise | | | | |
| 228 12 louder than you did when you had a seal, right? | | | | |
| 228 13 MR. BUCHANAN: Objection to form. | | | | |
| 228 14 THE WITNESS: Yes. | | | | |
| 228 15 BY MR. WASDIN: | | | | |
| 228 16 Q.  Did you have any problem properly | | | | |
| 228 17 inserting the CAEv2 into your ear when you used it? | | | | |
| 228 18 MR. BUCHANAN: Objection to form to the | | | | |

| | | | | |
|---|---|---|---|---|
| 228 19   personal use.<br>228 20   THE WITNESS: No.<br>228 21   BY MR. WASDIN: | | | | |
| **229:1 - 230:6   Merkley, John 2-26-2020**<br>229 1   Q. The last thing I want to ask you about is<br>229 2   we talked a little bit about experimenter fit<br>229 3   versus user fit in the testing of hearing<br>229 4   protection devices; do you remember that?<br>229 5   A. Yes.<br>229 6   Q. And we said that experimenter fit was<br>229 7   definitely the standard -- the fitting methodology<br>229 8   for the 1974 ANSI standard, right?<br>229 9   A. Correct.<br>229 10   Q. That's the standard that's used during<br>229 11   NRR labeling testing?<br>229 12   A. Yes.<br>229 13   Q. Are you aware that the results achieved<br>229 14   when an experimenter fits an earplug are often<br>229 15   greater than when a user fits the plug themselves?<br>229 16   MR. BUCHANAN: Objection to form.<br>229 17   THE WITNESS: Yes.<br>229 18   BY MR. WASDIN:<br>229 19   Q. Is that something that is discussed at<br>229 20   the NHCA conference from time to time?<br>229 21   A. Yes.<br>230 1   Q. For that reason, NRR ratings tend to<br>230 2   overestimate the amount of attenuation any<br>230 3   particular person would get with a product, right?<br>230 4   MR. BUCHANAN: Objection. Form and<br>230 5   foundation.<br>230 6   THE WITNESS: Yes. | Re: [229:1-230:6]<br>Plt Objection - improper counter<br>designation per PTO 64; 602; 611 | Re: [229:1-230:6]<br>Plt Objection -<br>improper counter<br>designation per<br>PTO 64; 602;<br>611<br>**SUSTAINED** | Re: [229:1-230:6]<br>FRE 402/403; foundation;<br>speculation; 701/702 improper<br>opinion testimony; improper<br>bolstering; scope; 802; 805.<br>Plaintiffs MIL #1, 2, 15,16, 17, 18,<br>21. | **SUSTAINED** |
| **232:3 - 232:14   Merkley, John 2-26-2020**<br>232 3   Q. Were you generally aware during your time<br>232 4   as an Army audiologist that the yellow end did<br>232 5   provide some level of attenuation --<br>232 6   MR. BUCHANAN: Objection to form.<br>232 7   THE WITNESS: Yes.<br>232 8   BY MR. WASDIN:<br>232 9   Q. -- even for lower-level sounds?<br>232 10   A. Yes.<br>232 11   Q. You didn't think that it let one hundred<br>232 12   percent of all ambient sound come through? | | | Re: [232:3-232:14]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>improper bolstering; scope; 802.<br>Plaintiffs MIL #1, 2, 15,16, 17, 18 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 232 13 | MR. BUCHANAN:  Objection to the leading. | | | |
| 232 14 | THE WITNESS:  Correct. | | | |
| **233:4 - 233:17   Merkley, John 2-26-2020** | | | | **"I represent service members and veterans in connections with their claims against 3M relating to the Combat Arms Version 2" (233:5-7) is EXCLUDED.** |
| 233 4 | Q.  Good afternoon, LTC Merkley.  My name is | | | |
| 233 5 | Dave Buchanan.  I represent service members and | | | |
| 233 6 | veterans in connections with their claims against | | | |
| 233 7 | 3M relating to the Combat Arms Version 2.  I've got | | | |
| 233 8 | some questions now for you -- | | | |
| 233 9 | A.  Um-hum. | | | |
| 233 10 | Q.  -- probably touching on many of the same | | | |
| 233 11 | areas, probably a few other ones, but before we | | | |
| 233 12 | went down that road, I wanted to make sure I | | | |
| 233 13 | understood, you know, in a more complete way | | | |
| 233 14 | exactly where you are today. | | | |
| 233 15 | Is it correct, sir, that you're at the | | | |
| 233 16 | Army Hearing Conservation Program office today? | | | |
| 233 17 | A.  It's the Army Hearing Program Office. | | | |
| **235:15 - 236:5   Merkley, John 2-26-2020** | | | | |
| 235 15 | Q.  Okay.  Am I correct, sir, you -- you | | | |
| 235 16 | served as a clinical audiologist for several years | | | |
| 235 17 | and in several different settings and then have | | | |
| 235 18 | separately held positions where I'll say more | | | |
| 235 19 | policy based, is that fair? | | | |
| 235 20 | A.  Yes. | | | |
| 235 21 | Q.  Okay.  Could you kind of identify for us | | | |
| 236 1 | your windows when you had clinical experience? | | | |
| 236 2 | A.  Clinical experience initially from 2000 | | | |
| 236 3 | to -- well, really all of the way through 2015 when | | | |
| 236 4 | I moved to the Defense Hearing Center of | | | |
| 236 5 | Excellence. | | | |
| **242:15 - 252:16   Merkley, John 2-26-2020** | | | | |
| 242 15 | MR. BUCHANAN:  Could we pull up P1547? | | | |
| 242 16 | And that's just a video.  We'll pass it to you on a | | | |
| 242 17 | thumb drive.  Can we pause for a moment? | | | |
| 242 18 | BY MR. BUCHANAN: | | | |
| 242 19 | Q.  We've been talking about the Hearing | | | |
| 242 20 | Center of Excellence.  Is that attached to the DoD | | | |
| 242 21 | as opposed to the Army specifically? | | | |
| 243 1 | A.  It is -- it is a -- attached to the | | | |
| 243 2 | Defense Health Agency. | | | |
| 243 3 | Q.  Okay. | | | |
| 243 4 | MR. BUCHANAN:  Thank you. | | | |

243 5    BY MR. BUCHANAN:
243 6    Q.  Do you recognize the logo, sir.
243 7    A.  Yes.
243 8    Q.  Are you familiar with videos that the
243 9    Hearing Center of Excellence made available?
243 10   A.  I am.
243 11   Q.  Okay.  Were you a part of that initiative
243 12   to make those available?
243 13   A.  A lot of the videos that are out there I
243 14   was not a part of.  I -- I played a -- an advising
243 15   role in three training videos prior to going to the
243 16   Center of Excellence --
243 17   Q.  Okay.
243 18   A.  -- and then worked on some -- you know,
243 19   making some of these available in a shorter
243 20   commercial-type time frame.
243 21   Q.  Okay.  And did you work on this one?
244 1    A.  I don't know.
244 2    Q.  Or have I not rolled it far enough?
244 3    A.  Yeah, I don't -- I don't know which one
244 4    this one is.
244 5    MR. BUCHANAN:  Can we play it, please?
244 6    It says, Protect Your Hearing.  It's a Noisy World.
244 7    Thank you for the transcript.  You can
244 8    continue, Zach.
244 9    (Video.)
244 10    Hearing is an absolutely critical
244 11    component of communication in terms of getting our
244 12    job done and performing the mission.
244 13    We in the military are very focused on
244 14    the impact of hearing loss and hearing-related
244 15    issues on job performance.
244 16    If you incur hearing loss at a very young
244 17    age through your military service, it has long-term
244 18    consequences.
244 19    Perhaps the greatest tragedy is that
244 20    long-term effect of hearing loss on quality of
244 21    life.
245 1    Hearing is oftentimes overlooked as an
245 2    invisible injury.  It doesn't bleed, and oftentimes
245 3    it doesn't hurt.
245 4    MR. BUCHANAN:  Can you stop it?

245 5    BY MR. BUCHANAN:
245 6    Q.  I just wanted to pause on that for a
245 7    moment.  One of the statements in the video is that
245 8    hearing loss has an impact on quality of life long
245 9    lasting.  These statements that are in the video,
245 10    were those endorsed by the HC -- the HCE --
245 11    A.  Yes.
245 12    Q.  -- in connection with the -- okay.  It
245 13    states -- the video just stated hearing is
245 14    oftentimes overlooked as an invisible injury.  What
245 15    does that mean?
245 16    A.  Well, it means a lot of times the -- the
245 17    injury is -- there's no physical manifestation of
245 18    the injury, and there's no blood that comes out of
245 19    the ear or -- and in -- in many cases, you don't
245 20    even notice it until somebody does a hearing test
245 21    and identifies it.
246 1    Q.  You provided some testimony on
246 2    examination from defense counsel about your
246 3    experience in Iraq, and I think you were discussing
246 4    some of the impacts of IEDs, and colloquialize it,
246 5    it was ruptured eardrums, right?
246 6    A.  Correct.  Yes.
246 7    Q.  And that was something that had been
246 8    observed in Iraq by yourself, fair?
246 9    A.  Yes.
246 10    Q.  There are other categories of hearing
246 11    loss that occur that don't manifest themselves
246 12    visibly in the same way?
246 13    A.  Right.
246 14    Q.  Okay.  And -- and that's what we're
246 15    referring to, or the video just referred to, as
246 16    invisible injury, is that fair?
246 17    A.  Right.  Yes.
246 18    MR. BUCHANAN:  Can you continue?
246 19    (Video.)
246 20    Unfortunately, it sneaks up on you over
246 21    time, and by the time you notice the hearing loss,
247 1    the damage is already done.
247 2    Hearing loss has a significant impact on
247 3    family relationships and quality of life.
247 4    We are social animals.  We rely on

247 5      communication a lot more with friends and peers.
247 6      The quality of life largely depends on
247 7      the people near and dear to us.
247 8      Hearing allows you to communicate
247 9      verbally, and verbal communication is very often
247 10     the foundation of relationships.
247 11     Sitting around a table with extended
247 12     family, now, those are pleasurable moments.
247 13     We've all seen these at family
247 14     get-togethers.  Grandpa sitting in the corner with
247 15     a newspaper pretending to read for the 14th time
247 16     because he can't understand what you're talking
247 17     about.
247 18     They don't feel a part of the crowd.
247 19     They don't feel as connected, and so it's
247 20     isolating.
247 21     They may withdraw from their family
248 1      members, which can, in turn, affect the whole
248 2      family and just the health and wellness of that
248 3      family unit.
248 4      So, when we don't hear and we can't
248 5      communicate or participate or we can't participate
248 6      in the world around us, it's a big effect.
248 7      It doesn't take very much hearing loss to
248 8      really make you feel isolated and to realize that
248 9      you're not following the conversation because you
248 10     really are missing too much information.  And you
248 11     nod and you laugh and you do what we all do, and
248 12     you want everyone to think that you're following
248 13     the conversation, but you just are not.
248 14     Most likely the individual is not aware
248 15     of the hearing loss.  It's usually the family
248 16     members or close friends that become aware of the
248 17     hearing problems.
248 18     BY MR. BUCHANAN:
248 19     Q.  Do you remember the video at this point,
248 20     sir?
248 21     A.  I -- I know this video, yes.
249 1      Q.  Were you involved in the production and
249 2      the preparation?
249 3      A.  No.
249 4      Q.  Okay.  You recognized several of the

249 5      folks in there?
249 6      A.  Right.  Yes.
249 7      Q.  Some names I think we've heard about in
249 8      your testimony, I think -- I think you were -- you
249 9      discussed CDR Bealer earlier today, do you recall
249 10     him?
249 11     A.  Yes.
249 12     Q.  You saw LTC Eric Fallon.  Did you see his
249 13     picture in the --
249 14     A.  Yes.
249 15     Q.  Is he a -- currently a 3M employee?
249 16     A.  I -- I believe so.  Last -- last I heard
249 17     he was.
249 18     Q.  Okay.  Is that something the military
249 19     does for these kind of things?  They'll partner
249 20     with industry for the preparation of them?
249 21     A.  I don't know that they partner with
250 1      industry for the preparation of these.  At the time
250 2      when they filmed this, I think COL Fallon was on
250 3      active duty.
250 4      Q.  I see.
250 5      A.  But I don't -- I don't know that for
250 6      sure.
250 7      Q.  Were you with the Hearing Center of
250 8      Excellence when this was prepared?
250 9      A.  I was not.
250 10     Q.  Okay.  Did it predate you?
250 11     A.  It did.
250 12     Q.  Oh, I see.
250 13     A.  Yes.
250 14     Q.  Thank you.  You have actually presented
250 15     as part of your hearing conservation programs to
250 16     bases and others about the importance of being
250 17     aware of this kind of silent nature of hearing
250 18     loss, fair?
250 19     A.  Yes.
250 20     Q.  Okay.  It's your view -- withdrawn.
250 21     Let me share with you a copy of P1534.
251 1      MR. WASDIN:  Did you get the flash drive
251 2      for the last one?
251 3      MR. BACHMANN:  No.
251 4      MR. WASDIN:  Did you say we'll get a

| | |
|---|---|
| 251 5 | flash drive? |
| 251 6 | MR. BUCHANAN:  Yes, we're happy to.  I'm |
| 251 7 | asking you, sir, P1534.  One for you, Major Evans. |
| 251 8 | BY MR. BUCHANAN: |
| 251 9 | Q.  P1534 is a PowerPoint that was shared |
| 251 10 | with us by 3M, but it's reflected in the cover |
| 251 11 | sheet as being one that you modified in 2012. |
| 251 12 | That's at P1534. |
| 251 13 | A.  One that I -- I modified? |
| 251 14 | Q.  That's what the cover sheet references. |
| 251 15 | I -- we'll satisfy yourself when we look at it, |
| 251 16 | sir, that these are the statements of somebody from |
| 251 17 | 3M. |
| 251 18 | It says -- it's an email between Jason |
| 251 19 | Jones, a marketing person at 3M, and Eric Fallon, |
| 251 20 | copy to another 3M person, Doug Moses? |
| 251 21 | A.  Right. |
| 252 1 | Q.  It says, Eric:  Have you seen this |
| 252 2 | presentation before?  Walter Pawlowski from New |
| 252 3 | Dynamics found it online.  New Dynamics was a -- |
| 252 4 | A.  Oh, okay. |
| 252 5 | Q.  New Dynamics was a distributor of the |
| 252 6 | Combat earplugs, were you aware of that? |
| 252 7 | A.  I -- I didn't know that. |
| 252 8 | Q.  Okay.  It says it was created by Todd |
| 252 9 | Jensen in 2007 and modified to this form in 2012 by |
| 252 10 | John Merkley. |
| 252 11 | A.  Okay. |
| 252 12 | Q.  Had you been having dealings with folks |
| 252 13 | within 3M in the, you know, late '2000s, early |
| 252 14 | 2010, '11, '12? |
| 252 15 | A.  Not that I recall.  Nothing like |
| 252 16 | official. |
| **244:5 - 248:21   Merkley, John 2-26-2020** | |
| 244 5 | MR. BUCHANAN:  Can we play it, please? |
| 244 6 | It says, Protect Your Hearing.  It's a Noisy World. |
| 244 7 | Thank you for the transcript.  You can |
| 244 8 | continue, Zach. |
| 244 9 | (Video.) |
| 244 10 | Hearing is an absolutely critical |
| 244 11 | component of communication in terms of getting our |
| 244 12 | job done and performing the mission. |

244 13      We in the military are very focused on

244 14      the impact of hearing loss and hearing-related

244 15      issues on job performance.

244 16      If you incur hearing loss at a very young

244 17      age through your military service, it has long-term

244 18      consequences.

244 19      Perhaps the greatest tragedy is that

244 20      long-term effect of hearing loss on quality of

244 21      life.

245 1      Hearing is oftentimes overlooked as an

245 2      invisible injury.  It doesn't bleed, and oftentimes

245 3      it doesn't hurt.

245 4      MR. BUCHANAN:  Can you stop it?

245 5      BY MR. BUCHANAN:

245 6      Q.   I just wanted to pause on that for a

245 7      moment.  One of the statements in the video is that

245 8      hearing loss has an impact on quality of life long

245 9      lasting.  These statements that are in the video,

245 10      were those endorsed by the HC -- the HCE --

245 11      A.   Yes.

245 12      Q.   -- in connection with the -- okay.  It

245 13      states -- the video just stated hearing is

245 14      oftentimes overlooked as an invisible injury.  What

245 15      does that mean?

245 16      A.   Well, it means a lot of times the -- the

245 17      injury is -- there's no physical manifestation of

245 18      the injury, and there's no blood that comes out of

245 19      the ear or -- and in -- in many cases, you don't

245 20      even notice it until somebody does a hearing test

245 21      and identifies it.

246 1      Q.   You provided some testimony on

246 2      examination from defense counsel about your

246 3      experience in Iraq, and I think you were discussing

246 4      some of the impacts of IEDs, and colloquialize it,

246 5      it was ruptured eardrums, right?

246 6      A.   Correct.  Yes.

246 7      Q.   And that was something that had been

246 8      observed in Iraq by yourself, fair?

246 9      A.   Yes.

246 10      Q.   There are other categories of hearing

246 11      loss that occur that don't manifest themselves

246 12      visibly in the same way?

246 13    A.  Right.
246 14    Q.  Okay.  And -- and that's what we're
246 15    referring to, or the video just referred to, as
246 16    invisible injury, is that fair?
246 17    A.  Right.  Yes.
246 18    MR. BUCHANAN:  Can you continue?
246 19    (Video.)
246 20    Unfortunately, it sneaks up on you over
246 21    time, and by the time you notice the hearing loss,
247 1    the damage is already done.
247 2    Hearing loss has a significant impact on
247 3    family relationships and quality of life.
247 4    We are social animals.  We rely on
247 5    communication a lot more with friends and peers.
247 6    The quality of life largely depends on
247 7    the people near and dear to us.
247 8    Hearing allows you to communicate
247 9    verbally, and verbal communication is very often
247 10    the foundation of relationships.
247 11    Sitting around a table with extended
247 12    family, now, those are pleasurable moments.
247 13    We've all seen these at family
247 14    get-togethers.  Grandpa sitting in the corner with
247 15    a newspaper pretending to read for the 14th time
247 16    because he can't understand what we're talking
247 17    about.
247 18    They don't feel a part of the crowd.
247 19    They don't feel as connected, and so it's
247 20    isolating.
247 21    They may withdraw from their family
248 1    members, which can, in turn, affect the whole
248 2    family and just the health and wellness of that
248 3    family unit.
248 4    So, when we don't hear and we can't
248 5    communicate or participate and we can't participate
248 6    in the world around us, it's a big effect.
248 7    It doesn't take very much hearing loss to
248 8    really make you feel isolated and to realize that
248 9    you're not following the conversation because you
248 10    really are missing too much information.  And you
248 11    nod and you laugh and you do what we all do, and
248 12    you want everyone to think that you're following

| | | | | |
|---|---|---|---|---|
| 248 13    the conversation, but you just are not.<br>248 14    Most likely the individual is not aware<br>248 15    of the hearing loss.  It's usually the family<br>248 16    members or close friends that become aware of the<br>248 17    hearing problems.<br>248 18    BY MR. BUCHANAN:<br>248 19    Q.  Do you remember the video at this point,<br>248 20    sir?<br>248 21    A.  I -- I know this video, yes. | | | | |
| **249:1 - 249:3   Merkley, John 2-26-2020**<br>249 1    Q.  Were you involved in the production and<br>249 2    the preparation?<br>249 3    A.  No. | | | | |
| **249:18 - 250:3   Merkley, John 2-26-2020**<br>249 18    Q.  Okay.  Is that something the military<br>249 19    does for these kind of things?  They'll partner<br>249 20    with industry for the preparation of them?<br>249 21    A.  I don't know that they partner with<br>250 1    industry for the preparation of these.  At the time<br>250 2    when they filmed this, I think COL Fallon was on<br>250 3    active duty. | | | Re: [249:18-250:3]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 21. | SUSTAINED |
| **250:7 - 250:11   Merkley, John 2-26-2020**<br>250 7    Q.  Were you with the Hearing Center of<br>250 8    Excellence when this was prepared?<br>250 9    A.  I was not.<br>250 10    Q.  Okay.  Did it predate you?<br>250 11    A.  It did. | | | | |
| **250:14 - 250:19   Merkley, John 2-26-2020**<br>250 14    Q.  Thank you.  You have actually presented<br>250 15    as part of your hearing conservation programs to<br>250 16    bases and others about the importance of being<br>250 17    aware of this kind of silent nature of hearing<br>250 18    loss, fair?<br>250 19    A.  Yes. | | | | |
| **251:9 - 251:12   Merkley, John 2-26-2020**<br>251 9    Q.  P1534 is a PowerPoint that was shared<br>251 10    with us by 3M, but it's reflected in the cover<br>251 11    sheet as being one that you modified in 2012.<br>251 12    That's at P1534. | | | | |
| **252:12 - 252:16   Merkley, John 2-26-2020**<br>252 12    Q.  Had you been having dealings with folks<br>252 13    within 3M in the, you know, late '2000s, early | | | | |

| | | | | |
|---|---|---|---|---|
| 252 14 | 2010, '11, '12? | | | |
| 252 15 | A.  Not that I recall.  Nothing like | | | |
| 252 16 | official. | | | |
| **253:3 - 253:8** | **Merkley, John 2-26-2020** | | | |
| 253 3 | Q.  Okay.  Do you recognize this now as | | | |
| 253 4 | something you had some involvement with or | | | |
| 253 5 | familiarity with? | | | |
| 253 6 | A.  I -- I don't, but -- but, you know, I've | | | |
| 253 7 | prepared so many training events over the years, | | | |
| 253 8 | and in 2012, so I would have been at Ft. Carson. | | | |
| **253:18 - 254:4** | **Merkley, John 2-26-2020** | | | Re: [253:18-254:4] | **OVERRULED** |
| 253 18 | Q.  You recognize that framing or phrasing as | | | Improper counter designation; FRE 403; foundation; scope; 802; 805; Plaintiffs MIL 1, 2, 15, 16, 17, 21 | |
| 253 19 | yours -- | | | | |
| 253 20 | A.  I -- | | | | |
| 253 21 | Q.  -- or language you used? | | | | |
| 254 1 | A.  Not nec- -- I've -- I've used that, and | | | | |
| 254 2 | I've learned it.  It's not unique to me, I'll say | | | | |
| 254 3 | that.  It's something that we have taught and used | | | | |
| 254 4 | for years. | | | | |
| **254:5 - 255:8** | **Merkley, John 2-26-2020** | Re: [254:5-255:3] | Re: [254:5-255:3] | | |
| 254 5 | Q.  And fair to say, sir, in connection with | Def Objection - Vague (611, 403); Foundation (602); 702 | Def Objection - Vague (611, 403); Foundation (602); 702 | | |
| 254 6 | your teaching about this to -- as part of hearing | | **602 AND 611 OBJECTIONS WITHDRAWN, 3/11/2021 OVERRULED, as to remaining objections** | | |
| 254 7 | conservation programs, an important point to | | | | |
| 254 8 | emphasize is that it's painless and that the | | | | |
| 254 9 | soldier or service member may not realize that | | | | |
| 254 10 | they're being impacted by their noise environment | | | | |
| 254 11 | in a potentially harmful way? | | | | |
| 254 12 | A.  Right. | | | | |
| 254 13 | Q.  That it's progressive, meaning that it | | | | |
| 254 14 | can accumulate over time, fair? | | | | |
| 254 15 | A.  Right. | | | | |
| 254 16 | Q.  That it's permanent, right? | | | | |
| 254 17 | A.  Correct. | | | | |
| 254 18 | Q.  Meaning there's hairs in the inner ear | | | | |
| 254 19 | that when they get wiped out for one reason or | | | | |
| 254 20 | another, they don't grow back? | | | | |
| 254 21 | A.  Correct. | | | | |
| 255 1 | Q.  And, lastly, in your emphasis here, that | | | | |
| 255 2 | it's preventable, fair? | | | | |
| 255 3 | A.  Yes. | | | | |
| 255 4 | Q.  And that's really fundamentally one of | | | | |
| 255 5 | the emphases of the of the Army and its hearing | | | | |

| | | | | |
|---|---|---|---|---|
| 255 6 | conservation program.  It's trying to minimize and | | | |
| 255 7 | prevent hearing loss, right? | | | |
| 255 8 | A.  Right. | | | |
| **256:6 - 257:9** | **Merkley, John 2-26-2020** | | | **Re: [256:15-256:20]** | **SUSTAINED** |
| 256 6 | MAJOR EVANS:  I just want to interrupt | | | Improper counter designation; | |
| 256 7 | for a second.  He can't be qualified as an expert | | | sidebar | |
| 256 8 | for any of this, and so we're starting to get into | | | | |
| 256 9 | this where he's identifying items on the | | | | |
| 256 10 | PowerPoint, and I'm okay with that. | | | | |
| 256 11 | I just want to make sure that it's clear | | | | |
| 256 12 | that he's not going to be answering any opinions | | | | |
| 256 13 | here about anything that would be related to his, | | | | |
| 256 14 | you know, profession as an audiologist. | | | | |
| 256 15 | MR. BUCHANAN:  Understood.  And I | | | | |
| 256 16 | understood from -- it was not your intent in | | | | |
| 256 17 | offering him pursuant to the Touhy request that he | | | | |
| 256 18 | was going to be offering any opinions with regard | | | | |
| 256 19 | to 3M's request, so this transcript should be | | | | |
| 256 20 | appropriately construed in that way. | | | | |
| 256 21 | MAJOR EVANS:  Yes.  So, I just want to | | | | |
| 257 1 | make sure that we're clear that he's not here in an | | | | |
| 257 2 | expert capacity. | | | | |
| 257 3 | MR. BUCHANAN:  I appreciate that and | | | | |
| 257 4 | understand that. | | | | |
| 257 5 | BY MR. BUCHANAN: | | | | |
| 257 6 | Q.  I'm -- I'm trying to stay within what I | | | | |
| 257 7 | understood you factually used.  This is a slide | | | | |
| 257 8 | that you have used, sir? | | | | |
| 257 9 | A.  I -- I believe so, yes. | | | | |
| **258:5 - 259:2** | **Merkley, John 2-26-2020** | | | | |
| 258 5 | Q.  Okay.  I'd like to take us to .98 of that | | | | |
| 258 6 | same document. | | | | |
| 258 7 | A.  .98? | | | | |
| 258 8 | Q.  I think I just -- I think I just | | | | |
| 258 9 | misspoke.  .48, thank you.  I can't read my own | | | | |
| 258 10 | writing, sir. | | | | |
| 258 11 | A.  Okay. | | | | |
| 258 12 | Q.  Another slide in your presentation, sir, | | | | |
| 258 13 | and you -- you note that the great majority of | | | | |
| 258 14 | hearing loss incurred by soldiers is incurred in | | | | |
| 258 15 | the garrison or training environment.  It can and | | | | |
| 258 16 | should be prevented, do you see that? | | | | |

Merkley, John 2-26-2020                                                                                          36

| | | | | |
|---|---|---|---|---|
| 258 17    A. Yes.<br>258 18    Q. Okay. And for the jury's benefit, a<br>258 19    garrison is what?<br>258 20    A. An installation, a -- a base, I guess,<br>258 21    you know, where the soldiers live, work and train.<br>259 1    So, like an installation. If you're on the<br>259 2    installation, that's -- you're in the garrison. | | | | |
| **259:21 - 260:9   Merkley, John 2-26-2020**<br>259 21    Q. Okay. And so, what you're writing here<br>260 1    then is the great majority of hearing loss by<br>260 2    soldiers is incurred in a garrison. So, in other<br>260 3    words, stateside on a base?<br>260 4    A. Right.<br>260 5    Q. Okay. Or training environment, right?<br>260 6    A. Right.<br>260 7    Q. Okay. It can and should be prevented,<br>260 8    that's what you wrote?<br>260 9    A. Yes. | | | | |
| **264:19 - 265:6   Merkley, John 2-26-2020**<br>264 19    Q. Okay. We see on 1532.31 catalog, it says<br>264 20    at the top, New Dynamics Corp, do you see that?<br>264 21    A. Yes.<br>265 1    Q. Military and government hearing<br>265 2    protection, right?<br>265 3    A. Um-hum.<br>265 4    Q. On the next page, it's showing the design<br>265 5    for Combat -- Combat Arms, right?<br>265 6    A. Right. | | | | |
| **265:7 - 265:12   Merkley, John 2-26-2020**<br>265 7    Q. Do you remember getting catalogs and<br>265 8    marketing literature during your period of time at<br>265 9    Ft. Carson --<br>265 10    A. Yes.<br>265 11    Q. -- for the Combat Arms?<br>265 12    A. Yes. | | | | |
| **265:13 - 265:16   Merkley, John 2-26-2020**<br>265 13    Q. So, you got the company's marketing<br>265 14    claims and the scientific data they shared with you<br>265 15    in their communications?<br>265 16    A. Yes. | Re: [265:13-265:16]<br>Def Objection - Vague (611, 403) | Re: [265:13-265:16]<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | | |

| 265:19 - 266:10   Merkley, John 2-26-2020 | Re: [265:19-266:6] | Re: [265:19-266:6] | | |
|---|---|---|---|---|
| 265 19    Q.  Okay.  We see, if we go to -- I don't<br>265 20    know if I identified that page for the record.<br>265 21    That was P1532.32.  And this particular document<br>266 1    states the level-dependent technology used in the<br>266 2    earplug has been tested and found to be protective<br>266 3    up to approximately 190 dBP for outdoor exposures<br>266 4    sufficient to cover most of the weapons in the<br>266 5    military inventory, including shoulder-fired<br>266 6    rockets.  Did I read that correctly?<br>266 7    A.  Yes.<br>266 8    Q.  Okay.  And if the company was going to<br>266 9    state that to you, I take it, from your perspective<br>266 10    sir, it should have been true? | Def Objection - Relevance (401, 402)<br>**Re: [266:8-266:12]**<br>Def Objection - Relevance (401, 402); Argumentative (611, 403) | Def Objection - Relevance (401, 402)<br>**OVERRULED**<br>**Re: [266:8-266:12]**<br>Def Objection - Relevance (401, 402);<br>Argumentative (611, 403)<br>**OVERRULED** | | |
| 266:12 - 266:21   Merkley, John 2-26-2020 | Re: [266:8-266:12] | Re: [266:8-266:12] | | |
| 266 12    THE WITNESS:  Yes.<br>266 13    BY MR. BUCHANAN:<br>266 14    Q.  When you received this information, sir,<br>266 15    from manufacturers, do you review it to see the<br>266 16    performance characteristics to see what offerings<br>266 17    maybe should be available to soldiers in your<br>266 18    units?<br>266 19    A.  Yes.<br>266 20    Q.  It's important the performance<br>266 21    characteristics that are shared with you be true? | Def Objection - Relevance (401, 402); Argumentative (611, 403)<br>**Re: [266:14-266:19]**<br>Def Objection - Relevance (401, 402)<br>**Re: [266:20-267:2]**<br>Def Objection - Relevance (401, 402); Argumentative (611, 403) | Def Objection - Relevance (401, 402);<br>Argumentative (611, 403)<br>**OVERRULED**<br>**Re: [266:14-266:19]**<br>Def Objection - Relevance (401, 402)<br>**OVERRULED**<br>**Re: [266:20-267:2]**<br>Def Objection - Relevance (401, 402);<br>Argumentative (611, 403)<br>**OVERRULED** | | |
| 267:2 - 267:2   Merkley, John 2-26-2020 | Re: [266:20-267:2] | Re: [266:20-267:2] | | |
| 267 2    THE WITNESS:  Yes. | Def Objection - Relevance (401, 402); Argumentative (611, 403) | Def Objection - Relevance (401, 402);<br>Argumentative | | |

| | | (611, 403) OVERRULED | | |
|---|---|---|---|---|
| **267:12 - 267:21   Merkley, John 2-26-2020** | | | | |
| 267 12      Q.  It says, losing your hearing is not a | | | | |
| 267 13      requirement for serving your country.  With proper | | | | |
| 267 14      fitting, training and the right hearing protector, | | | | |
| 267 15      you can maintain your survivability, lethality and | | | | |
| 267 16      mission effectiveness and enjoy the quiet sounds of | | | | |
| 267 17      life, do you see that? | | | | |
| 267 18      A.  Yes. | | | | |
| 267 19      Q.  Did the -- did the Army from time to time | | | | |
| 267 20      receive posters that it -- from manufacturers that | | | | |
| 267 21      it would make available on its -- in its garrisons? | | | | |
| **268:3 - 268:3   Merkley, John 2-26-2020** | | | | |
| 268 3       THE WITNESS:  Yes, I've received this. | | | | |
| **268:12 - 268:17   Merkley, John 2-26-2020** | | | **Re: [268:12-268:17]** Improper counter designation; nonresponsive narrative answer; speculation. | **SUSTAINED** |
| 268 12      Q.  Okay. | | | | |
| 268 13      A.  -- and -- but I don't remember if we used | | | | |
| 268 14      it.  We -- we got a lot of Honeywell.  You know, we | | | | |
| 268 15      get a lot of these things, so I'm -- I'm not sure | | | | |
| 268 16      if I ever used this particular one or any -- any of | | | | |
| 268 17      these. | | | | |
| **272:6 - 274:16   Merkley, John 2-26-2020** | | | **Re: [272:6-274:16]** Improper counter designation; FRE 402/403; foundation; speculation; 602; 701/702 improper opinion testimony; scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| 272 6       Q.  Okay.  Could we go to 6.6.5?  It's on | | | | |
| 272 7       P1504.7.  I think you were shown this in the prior | | | | |
| 272 8       version, but it states, personnel shall be allowed | | | | |
| 272 9       to choose personal hearing protectors among those | | | | |
| 272 10      approved devices, and it continues.  Has that been | | | | |
| 272 11      your experience, sir, with the Army? | | | | |
| 272 12      A.  Yes. | | | | |
| 272 13      Q.  Has that been your experience as a | | | | |
| 272 14      hearing conservation program manager on bases? | | | | |
| 272 15      A.  Yes. | | | | |
| 272 16      Q.  Has that been your experience in your | | | | |
| 272 17      capacity now as a hearing -- Army Hearing Program | | | | |
| 272 18      manager? | | | | |
| 272 19      A.  Yes. | | | | |
| 272 20      Q.  Soldiers, service members have the right | | | | |
| 272 21      to choose the hearing protector of their choice so | | | | |
| 273 1       long as based on the information the Army has | | | | |
| 273 2       received, it's going to bring their exposure to | | | | |
| 273 3       safe levels? | | | | |

| | | | | |
|---|---|---|---|---|
| 273 4    A.  Right. | | | | |
| 273 5    Q.  Okay.  Does the Army share that, if you | | | | |
| 273 6    will, policy with the service members so they are | | | | |
| 273 7    aware that they have that right to choose? | | | | |
| 273 8    A.  I believe so.  It's part -- it's a | | | | |
| 273 9    requirement of annual training. | | | | |
| 273 10    Q.   And so, as a requirement, then soldiers | | | | |
| 273 11    would be told they have the right to select the | | | | |
| 273 12    hearing protector that's going to -- that they're | | | | |
| 273 13    most satisfied with given the Army's approved | | | | |
| 273 14    devices? | | | | |
| 273 15    A.   Yeah.  I just want to make one thing | | | | |
| 273 16    clear.  The Army and the Army Public Health | | | | |
| 273 17    Command, as far as I know, does not approve | | | | |
| 273 18    devices.  The devices have to meet a certain | | | | |
| 273 19    criteria, and there is currently an evaluated | | | | |
| 273 20    product list, but like the Army Public Health | | | | |
| 273 21    Center in my -- my position, I do not approve | | | | |
| 274 1    hearing protectors. | | | | |
| 274 2    Q.  Fair.  And if I -- if -- my question kind | | | | |
| 274 3    of took us back in the wrong direction.  I | | | | |
| 274 4    appreciate that clarification. | | | | |
| 274 5    I understand from your testimony earlier | | | | |
| 274 6    today that you have not in your capacity as the | | | | |
| 274 7    Army program manager for hearing been responsible | | | | |
| 274 8    for selecting or approving hearing protection | | | | |
| 274 9    devices, correct? | | | | |
| 274 10    A.  Correct. | | | | |
| 274 11    Q.   And you have not at any of the other | | | | |
| 274 12    sites and locations you've been at through the | | | | |
| 274 13    course of your career been responsible for | | | | |
| 274 14    approving available hearing protection devices, | | | | |
| 274 15    correct? | | | | |
| 274 16    A.  Correct. | | | | |
| **305:7 - 306:21   Merkley, John 2-26-2020** | | | | |
| 305 7    MR. BUCHANAN:  Could I please have | | | | |
| 305 8    P1364A. | | | | |
| 305 9    BY MR. BUCHANAN: | | | | |
| 305 10    Q.  It's in your binder, 1364A.  For the | | | | |
| 305 11    record, sir, this is a document entitled Medical | | | | |
| 305 12    Procurement Item Description.  It's dated April 9, | | | | |
| 305 13    2003, and it goes through describing the Aearo | | | | |

| | | | | |
|---|---|---|---|---|
| 305 14 | Corporation's PN 3701000 or equal.  I'll represent | | | |
| 305 15 | to you, sir, as noted up top, it's the Combat Arms | | | |
| 305 16 | double-sided 50 pair.  Do you see that on the | | | |
| 305 17 | top-right corner? | | | |
| 305 18 | A.   Yes. | | | |
| 305 19 | Q.   Okay.  And then it talks about salient | | | |
| 305 20 | characteristics.  That's heading 2, do you see | | | |
| 305 21 | that? | | | |
| 306 1 | A.   Um-hum. | | | |
| 306 2 | Q.   And then if we go to the next page, | | | |
| 306 3 | Section 2.5, Instructions, and among the salient | | | |
| 306 4 | characteristics for the plugs is this particular | | | |
| 306 5 | heading, Instructions, do you see that on the | | | |
| 306 6 | second page? | | | |
| 306 7 | A.   Yes. | | | |
| 306 8 | Q.   It says, illustrated instructions | | | |
| 306 9 | explaining the proper use and handling of the | | | |
| 306 10 | earplugs shall be supplied with each unit. | | | |
| 306 11 | Instructions shall be legible and easy to -- it | | | |
| 306 12 | says easy to ready, but I assume read? | | | |
| 306 13 | A.   Read. | | | |
| 306 14 | Q.   Instructions shall be printed in black or | | | |
| 306 15 | navy blue ink on a suitable sheet of paper which | | | |
| 306 16 | shall be placed inside the unit package prior to | | | |
| 306 17 | sealing.  As an alternate, instructions may be | | | |
| 306 18 | printed on a suitable clearly visible location on | | | |
| 306 19 | the unit container in permanent black or navy blue | | | |
| 306 20 | ink.  Did I read that correctly, sir? | | | |
| 306 21 | A.   Yes. | | | |
| **307:1 - 307:3** | **Merkley, John 2-26-2020** | | | |
| 307 1 | Q.   Okay.  I'm going to move forward. | | | |
| 307 2 | There's a later NPID.  This one is from 2003. | | | |
| 307 3 | There's one from 2006. | | | |
| **307:14 - 308:1** | **Merkley, John 2-26-2020** | | | |
| 307 14 | Q.   This is the medical pro- -- Medical | | | |
| 307 15 | Procurement Item Description dated July 16, 2006. | | | |
| 307 16 | Again, you'll satisfy yourself, sir.  On the right | | | |
| 307 17 | it says, plug ear Combat Arms double-ended, 50 | | | |
| 307 18 | pair, do you see that? | | | |
| 307 19 | A.   Yes. | | | |
| 307 20 | Q.   And under Salient Characteristics, moving | | | |

| | | | | |
|---|---|---|---|---|
| 307 21 | down to Section 2.5 Instructions, do you see that? | | | |
| 308 1 | Section 2.5, Instruction? | | | |
| **308:5 - 308:21   Merkley, John 2-26-2020** | | | | |
| 308 5 | A.  Yes.  Okay.  Yes. | | | |
| 308 6 | Q.  It reads, illustrated instructions | | | |
| 308 7 | explaining the proper use and handling of the | | | |
| 308 8 | earplug shall be supplied with each unit. | | | |
| 308 9 | Instructions shall be legible and easy to read. | | | |
| 308 10 | Instructions shall be printed in permanent black | | | |
| 308 11 | and navy ink on a suitable sheet of paper which | | | |
| 308 12 | shall be placed inside the unit package prior to | | | |
| 308 13 | sealing.  As an alternate, instructions may be | | | |
| 308 14 | printed on a suitable clearly visible location on | | | |
| 308 15 | the unit container in permanent black or navy blue | | | |
| 308 16 | ink.  Did I read that reasonably correctly? | | | |
| 308 17 | A.  Yes. | | | |
| 308 18 | Q.  Okay.  Are you aware, sir, that orders | | | |
| 308 19 | were placed pursuant to medical product item | | | |
| 308 20 | description 1 and 2 for the Combat Arms Earplug? | | | |
| 308 21 | A.  Yes. | | | |
| **309:1 - 309:7   Merkley, John 2-26-2020** | | | | |
| 309 1 | Q.  Are you aware that orders were filled | | | |
| 309 2 | pursuant to them? | | | |
| 309 3 | A.  Yes. | | | |
| 309 4 | Q.  Okay.  Fair to say at least within the | | | |
| 309 5 | framework of the item description, instructions are | | | |
| 309 6 | required? | | | |
| 309 7 | A.  Yes. | | | |
| **311:19 - 311:21   Merkley, John 2-26-2020** | | | | |
| 311 19 | Q.  Do you understand, sir, from your review | | | |
| 311 20 | of the NPIDs that instructions were required to | | | |
| 311 21 | accompany the Combat Arms? | | | |
| **312:2 - 312:2   Merkley, John 2-26-2020** | | | | |
| 312 2 | THE WITNESS: Yes. | | | |
| **312:4 - 312:15   Merkley, John 2-26-2020** | | | Re: [312:4-312:15] Improper counter designation; FRE 402/403; foundation; speculation; 602; 701/702 improper opinion testimony; scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| 312 4 | Q.  I understand, sir, that you've had some | | | |
| 312 5 | involvement looking for documents in connection | | | |
| 312 6 | with this litigation.  Have you had any involvement | | | |
| 312 7 | trying to get documents from DLA or communicating | | | |
| 312 8 | with them? | | | |
| 312 9 | A.  Yes, but I don't recall if it was related | | | |
| 312 10 | to this Touhy request.  I had requested information | | | |

| | | | | |
|---|---|---|---|---|
| 312 11     related to Combat Arms Earplug sales for the Combat<br>312 12     Arms Version 2 after -- as we were preparing memos<br>312 13     for -- to go out for instructions on how to manage<br>312 14     individuals that either were current or may<br>312 15     currently still be using this particular earplug. | | | | |
| **313:1 - 313:19   Merkley, John 2-26-2020**<br>313 1     Q.  And it's my understanding, sir, that the<br>313 2     Combat Arms are no longer offered for sale Version<br>313 3     2?<br>313 4     A.  Right.<br>313 5     Q.  Is that your understanding as well?<br>313 6     A.  Yes.<br>313 7     Q.  I'll find that document at the break.  It<br>313 8     naturally followed the point you were making, but<br>313 9     there were communications relating to, I guess,<br>313 10     cease use of the Combat Arms Version 2?<br>313 11     A.  Initial communications were not to cease<br>313 12     the use, but if you were using that earplug, to go<br>313 13     and get fit checked to make sure that you were<br>313 14     getting adequately protected.<br>313 15     Q.  That was the initial communication?<br>313 16     A.  Yes.<br>313 17     Q.  Okay.  Have there been subsequent<br>313 18     communications on that issue?<br>313 19     A.  Not that I recall from the Army. | | | Re: [313:1-313:6]<br>Relevance, (402, 407), MIL 16 | **OVERRULED** |
| **314:9 - 314:11   Merkley, John 2-26-2020**<br>314 9     Q.  DLA doesn't currently stock CAV2s,<br>314 10     correct?<br>314 11     A.  No. | | | | |
| **315:11 - 316:8   Merkley, John 2-26-2020**<br>315 11     Q.  Thank you, LTC Merkley.  A few questions.<br>315 12     You discussed with defense counsel on<br>315 13     examination the way in which soldiers would be fit<br>315 14     or trained to be fit, do you recall that<br>315 15     discussion?<br>315 16     A.  Yes.<br>315 17     Q.  As I understood it, the -- there's a<br>315 18     base-level audiologist who also had technicians?<br>315 19     A.  Right.<br>315 20     Q.  And then the technicians would interact<br>315 21     with soldiers and service members?<br>316 1     A.  Yes. | | | | |

| | | | |
|---|---|---|---|
| 316 2   Q.  Okay.  And from your testimony, it sounds<br>316 3      like the technicians teach the soldiers or the<br>316 4      service members how to insert the plugs and use the<br>316 5      plugs and check fit --<br>316 6   A.  Yes.<br>316 7   Q.  -- is that fair?<br>316 8   A.  Yes. | | | |
| **316:18 - 318:4   Merkley, John 2-26-2020** | | | |
| 316 18   Q.   Okay.  And you said for yourself, your<br>316 19      primary earplug protection on base would be a<br>316 20      triple-flange plug, the one that you were initially<br>316 21      acquainted with in the early '90s?<br>317 1   A.  No.  I actually carried both.  The -- I<br>317 2      don't -- I don't generally use the triple flange<br>317 3      any more.  I use the quad flange --<br>317 4   Q.  Oh.<br>317 5   A.  -- or a -- a version of a -- a tactical<br>317 6      earplug, and I have all -- well, my two versions<br>317 7      that I really like.<br>317 8   Q.  Okay.  So, there's a triple-flange plug<br>317 9      single ended, right?<br>317 10   A.  Yes.<br>317 11   Q.  A quad-flange plug?<br>317 12   A.  Yes.<br>317 13   Q.   And then you said there are other<br>317 14      tactical plugs that are currently approved for use<br>317 15      in the Army?<br>317 16   A.  Right.<br>317 17   Q.  Okay.  There's a battle plug?<br>317 18   A.  Correct.<br>317 19   Q.  A sure-fire plug?<br>317 20   A.  Yes.<br>317 21   Q.   And then the subsequent generation of the<br>318 1      Combat Arms?<br>318 2   A.  Yes.<br>318 3   Q.  The Version 4?<br>318 4   A.  Yes. | | | |
| **318:5 - 318:8   Merkley, John 2-26-2020** | | | |
| 318 5   Q.  Any other passive nonlinear hearing<br>318 6      protection currently available for soldiers to<br>318 7      choose from?<br>318 8   A.  For nonlinear, not that I'm aware of, no. | | Re: [318:5-318:8]<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony; | **OVERRULED** |

| | | | scope. Plaintiffs MIL #1, 2, 15,16, 17, 21. | |
|---|---|---|---|---|
| **318:9 - 319:9   Merkley, John 2-26-2020** | **Re: [319:4-319:9]** | **Re: [319:4-319:9]** | | |
| 318 9      Q.   Okay.  So, these are available options | **Def Objection - Argumentative** | Def Objection - | | |
| 318 10      for service members to select from, fair? | **(611, 403)** | Argumentative | | |
| 318 11      A.   Yes. | | (611, 403) | | |
| 318 12      Q.   And I take it your technicians provide | | **OVERRULED** | | |
| 318 13      information to them about the characteristics of | | | | |
| 318 14      each so they're appropriately trained on each? | | | | |
| 318 15      A.   Yes. | | | | |
| 318 16      Q.   And the strengths and limitations of | | | | |
| 318 17      each? | | | | |
| 318 18      A.   Yes. | | | | |
| 318 19      Q.   Would it be important, sir, for I guess | | | | |
| 318 20      the base audiologist and also the technicians to be | | | | |
| 318 21      aware of the strengths and limitations so they | | | | |
| 319 1      could appropriately share that information with | | | | |
| 319 2      service -- service members? | | | | |
| 319 3      A.   Yes. | | | | |
| 319 4      Q.   And if the company had information on the | | | | |
| 319 5      strengths and limitations, you'd certainly want | | | | |
| 319 6      that shared with you so, so you could share that | | | | |
| 319 7      with the base-level audiologists and their | | | | |
| 319 8      technicians? | | | | |
| 319 9      A.   Yes. | | | | |
| **319:13 - 319:17   Merkley, John 2-26-2020** | | | **Re: [319:13-319:19]** | **OVERRULED** |
| 319 13      Q.   And if those limitations bore on the | | | -602 | |
| 319 14      performance of the product, affected the | | | | |
| 319 15      performance of the product, you'd certainly want | | | | |
| 319 16      that shared with you so you could share it with | | | | |
| 319 17      base-level audiologists and also technicians, fair? | | | | |
| **319:19 - 320:5   Merkley, John 2-26-2020** | | | **Re: [319:13-319:19]** | **OVERRULED** |
| 319 19      THE WITNESS:  Yes. | | | -602 | |
| 319 20      BY MR. BUCHANAN: | | | | |
| 319 21      Q.   You want your technicians and | | | | |
| 320 1      audiologists to be aware of the strengths and | | | | |
| 320 2      limitations so they can then communicate adequately | | | | |
| 320 3      with the service members to adequately protect | | | | |
| 320 4      their hearing health, fair? | | | | |
| 320 5      A.   Yes. | | | | |
| **320:18 - 323:10   Merkley, John 2-26-2020** | | | **Re: [323:7-323:16]** | **OVERRULED** |
| 320 18      Q.   Okay.  We have before us, sir, I think | | | (602), Vague | |

320 19     what you identified as a wallet card?
320 20     A.  Yes.
320 21     Q.  It says, Combat Arms Earplug, insert
321 1     yellow end, showing the left ear?
321 2     A.  Um-hum.
321 3     Q.  Insert green end, showing the green end
321 4     inserted on the -- the other ear, do you see that?
321 5     A.  Yes.
321 6     Q.  Okay.  And then there's a second bullet
321 7     there that says, for very large ear canals, fold
321 8     opposing plug back.  Do you recall looking at that
321 9     earlier today?
321 10     A.  Yes.
321 11     Q.  Okay.  Do you see if we go to the first
321 12     page, sir, .1, that this draft wallet card was
321 13     shared with folks from -- from industry as well as
321 14     other Army folks for comments?  Do you see that?
321 15     A.  Yes.
321 16     Q.  There's Mr. Myers' name you see listed
321 17     there, correct?  He's the -- in the last line next
321 18     to --
321 19     A.  Oh, yes.
321 20     Q.  -- Dancer?
321 21     A.  Um-hum.
322 1     Q.  And we saw some correspondence with
322 2     Dancer earlier today, do you recall that?
322 3     A.  Yes.
322 4     Q.  And we see EBerger@compuserv.com.
322 5     Mr. Berger from Aearo Corporation, do you see that?
322 6     About the third line up.
322 7     A.  Yes.  Yes.
322 8     Q.  Yeah, there you go.  And this email from
322 9     Doug Ohlin to this distribution list looks like
322 10     it's from October 2004, do you see that?
322 11     A.  Yes.
322 12     Q.  Okay.  It says, these will be
322 13     wallet-sized laminated cards to be issued with the
322 14     earplugs.  Any comments, other than the need to
322 15     correct the NSN for the double-ended plug, do you
322 16     see that?
322 17     A.  Yes.
322 18     Q.  Okay.  And in connection with your review

| | | | | |
|---|---|---|---|---|
| 322 19     of materials in response to the Touhy requests,<br>322 20     sir, did you see any responses from any of the<br>322 21     Aearo individuals to correct or change this wallet<br>323 1     card?<br>323 2     A.  I don't recall any, no.<br>323 3     Q.  Any correction or clarification that the<br>323 4     flanges needed to be folded back for everybody<br>323 5     using the plugs?<br>323 6     A.  Not that I recall, no.<br>323 7     Q.  Any clarification to the military recall<br>323 8     all of our testing with these for attenuation on<br>323 9     the green end was with the flanges folded back for<br>323 10     retesting? | | | | |
| **323:13 - 323:13   Merkley, John 2-26-2020**<br>323 13     Q.  Any communication, anything like that? | | | Re: [323:7-323:16]<br>(602), Vague | **OVERRULED** |
| **323:16 - 323:16   Merkley, John 2-26-2020**<br>323 16     THE WITNESS:  Not that I recall. | | | Re: [323:7-323:16]<br>(602), Vague | **OVERRULED** |
| **323:20 - 324:2   Merkley, John 2-26-2020**<br>323 20     Any statement back to Dr. Ohlin from<br>323 21     Aearo that in order to attain the attenuation, the<br>324 1     military expects from these plugs, you'll need to<br>324 2     fold the flanges back for everyone? | | | Re: [323:20-324:15]<br>-602 | **OVERRULED** |
| **324:4 - 324:9   Merkley, John 2-26-2020**<br>324 4     THE WITNESS:  Not that I recall.<br>324 5     BY MR. BUCHANAN:<br>324 6     Q.  Were you aware, sir, that in connection<br>324 7     with the company's testing of the product, they<br>324 8     folded the flanges back for everyone with regard to<br>324 9     the green end -- | | | Re: [323:20-324:15]<br>-602 | **OVERRULED** |
| **324:12 - 324:12   Merkley, John 2-26-2020**<br>324 12     Q.  -- to get a proper fit? | | | Re: [323:20-324:15]<br>-602 | **OVERRULED** |
| **324:14 - 324:19   Merkley, John 2-26-2020**<br>324 14     THE WITNESS:  Only in the -- I'm aware of<br>324 15     it now.<br>324 16     BY MR. BUCHANAN:<br>324 17     Q.  Okay.  You became aware of it in<br>324 18     connection with the litigation?<br>324 19     A.  Right. | | | Re: [323:20-324:15]<br>-602 | **OVERRULED** |
| **325:17 - 325:21   Merkley, John 2-26-2020**<br>325 17     about that in a moment.  Prior to your involvement<br>325 18     with the litigation, you had no awareness that the<br>325 19     company folded back the flanges on the yellow end | Re: [325:17-326:10]<br>Def Objection - Argumentative<br>(611, 403) | Re: [325:17-<br>326:10]<br>Def Objection -<br>Argumentative | | |

| | | |
|---|---|---|
| 325 20    when it was trying to get high attenuations for the<br>325 21    green end -- | | (611, 403)<br>**OVERRULED** |

**326:4 - 326:10    Merkley, John 2-26-2020**

| | | |
|---|---|---|
| 326 4    Q.  -- correct?<br>326 5    A.  No.  Correct.<br>326 6    Q.  Thank you.  Were you aware, sir, that<br>326 7    when they tested the yellow end where less<br>326 8    attenuation would be desirable that they didn't<br>326 9    fold back the flanges on the green end?<br>326 10    A.  No. | **Re: [325:17-326:10]**<br>Def Objection - Argumentative<br>(611, 403) | **Re: [325:17-<br>326:10]**<br>Def Objection -<br>Argumentative<br>(611, 403)<br>**OVERRULED** |

**326:13 - 326:16    Merkley, John 2-26-2020**

| | | |
|---|---|---|
| 326 13    Q.  They fitted and tested the green end one<br>326 14    way and the yellow end another way, I'll represent<br>326 15    that to you.  Did you have any awareness of that?<br>326 16    A.  No. | **Re: [326:13-326:16]**<br>Def Objection - Foundation (602) | **Re: [326:13-<br>326:16]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** |

**328:16 - 328:20    Merkley, John 2-26-2020**

| | | |
|---|---|---|
| 328 16    Q.  I think you told me just a moment ago,<br>328 17    sir, there had -- you didn't find any<br>328 18    communications from the company or others to Doug<br>328 19    Ohlin that there were problems with the plug,<br>328 20    correct? | **Re: [328:16-329:1]**<br>Def Objection - Relevance (401,<br>402); Argumentative (611, 403) | **Re: [328:16-<br>329:1]**<br>Def Objection -<br>Relevance (401,<br>402);<br>Argumentative<br>(611, 403)<br>**[329:1] – Ds<br>agree that, if<br>otherwise<br>admissible, this<br>clarification<br>designation will<br>be played as<br>part of Ps'<br>affirmative<br>designations to<br>correct an<br>original<br>designation that<br>was incomplete.<br>Ds, however,<br>assert the same<br>objections to<br>this testimony<br>that were<br>asserted to Ps'** |

| | | | | |
|---|---|---|---|---|
| | | **corresponding affirmative designations, 3/11/2021 OVERRULED, as to all objections** | | |
| **329:1 - 329:1**   **Merkley, John 2-26-2020**<br>329 1   THE WITNESS:  Correct. | **Re: [328:16-329:1]**<br>Def Objection - Relevance (401, 402); Argumentative (611, 403) | Re: [328:16-329:1]<br>Def Objection - Relevance (401, 402); Argumentative (611, 403)<br>**[329:1] – Ds agree that, if otherwise admissible, this clarification designation will be played as part of Ps' affirmative designations to correct an original designation that was incomplete. Ds, however, assert the same objections to this testimony that were asserted to Ps' corresponding affirmative designations, 3/11/2021 OVERRULED, as to all objections** | | |

**329:3 - 329:14   Merkley, John 2-26-2020**

| | | | | |
|---|---|---|---|---|
| 329 3   Q.  And you're of the view, sir, that it's<br>329 4   important for base-level audiologists and also<br>329 5   their technicians to have information concerning<br>329 6   the strengths and limitations of the plugs that<br>329 7   they're offering to service members, fair?<br>329 8   A.  Yes.<br>329 9   Q.  I take it it would be important for<br>329 10  base-level audiologists to have information about<br>329 11  problems with the plug so they could appropriately<br>329 12  characterize them to the people they were<br>329 13  counseling, fair?<br>329 14  A.  Yes. | | | | |

**329:16 - 330:4   Merkley, John 2-26-2020**

| | | | | |
|---|---|---|---|---|
| 329 16  BY MR. BUCHANAN:<br>329 17  Q.  If the Combat Arms had a particular<br>329 18  problem sealing or maintaining a seal, would that<br>329 19  be something important to know?<br>329 20  A.  Yes.<br>329 21  Q.  If there were particular features about<br>330 1  the Combat Arms that made it stiff or unable to<br>330 2  conform to geometry of ear canals such that it<br>330 3  would loosen in a way that users didn't know, would<br>330 4  that be important to know? | Re: [329:17-330:6]<br>Def Objection - Foundation (602),<br>Argumentative (611, 403) | Re: [329:17-330:6]<br>Def Objection - Foundation (602), Argumentative (611, 403) **FOUNDATION OBJECTION WITHDRAWN, 3/11/2021 OVERRULED, as to remaining objection** | | |

**330:6 - 330:6   Merkley, John 2-26-2020**

| | | | | |
|---|---|---|---|---|
| 330 6  THE WITNESS:  Yes. | Re: [329:17-330:6]<br>Def Objection - Foundation (602),<br>Argumentative (611, 403) | Re: [329:17-330:6]<br>Def Objection - Foundation (602), Argumentative (611, 403) **FOUNDATION OBJECTION WITHDRAWN, 3/11/2021 OVERRULED, as to remaining objection** | | |

| | | | | |
|---|---|---|---|---|
| **330:12 - 330:17   Merkley, John 2-26-2020** | | | | |
| 330 12   That was a confusing question.  Have you<br>330 13   seen in connection with your review of materials<br>330 14   any correspondence from 3M or Aearo alerting the<br>330 15   Army or the military to findings and conclusions it<br>330 16   made in that regard?<br>330 17   A.  No. | | | | |
| **330:18 - 330:20   Merkley, John 2-26-2020** | | | | |
| 330 18   Q.  Would you expect a company, if it made<br>330 19   findings such as those, to share them with the<br>330 20   Army? | | | | |
| **331:2 - 331:7   Merkley, John 2-26-2020** | | | **Re: [331:2-331:7]**<br>Objection is to everything after<br>"Yes." on line 02. Improper<br>counter designation;<br>nonresponsive (everything after<br>"Yes") and improper narrative;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 18, 21. | **SUSTAINED** |
| 331 2   THE WITNESS:  Yes.  But I want to go back<br>331 3   because I -- I recall one of the documents that did<br>331 4   report on the differences between the flange folded<br>331 5   back and the flange forward.  I -- but I don't<br>331 6   recall if that report was from Aearo and 3M or if<br>331 7   that was an ARL report, and I don't have it. | | | | |
| **345:13 - 345:17   Merkley, John 2-26-2020** | | | **Re: [345:13-346:5]**<br>Assumes, Misstates, (602) | **OVERRULED** |
| 345 13   Q.  Okay.  Do you agree, sir, that important<br>345 14   information concerning potential safety risks of<br>345 15   hearing protection device, limitations in their<br>345 16   use, strengths, limitations, etcetera should be<br>345 17   shared with the U.S. Government? | | | | |
| **345:19 - 346:3   Merkley, John 2-26-2020** | | | **Re: [345:13-346:5]**<br>Assumes, Misstates, (602) | **OVERRULED** |
| 345 19   THE WITNESS:  Yes.<br>345 20   BY MR. BUCHANAN:<br>345 21   Q.  So that information can certainly be<br>346 1   incorporated into the counseling that's provided to<br>346 2   service members on their selection of hearing<br>346 3   protection? | | | | |
| **346:5 - 346:5   Merkley, John 2-26-2020** | | | **Re: [345:13-346:5]**<br>Assumes, Misstates, (602) | **OVERRULED** |
| 346 5   THE WITNESS:  Yes. | | | | |
| **348:5 - 348:17   Merkley, John 2-26-2020** | | | | |
| 348 5   Q.  The DoD instruction allows the service<br>348 6   member to elect their hearing protection device of<br>348 7   choice, correct?<br>348 8   A.  Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| 348 9    Q.  I think you've shared with us that<br>348 10    the -- the base folks, audiologists and<br>348 11    technicians, are to counsel the service members on<br>348 12    the strengths and limitations of the various<br>348 13    products, fair?<br>348 14    A.  Right.  Yes.<br>348 15    Q.  Okay.  And to allow them to make informed<br>348 16    decisions?<br>348 17    A.  Yes. | | | | |
| **349:4 - 349:8   Merkley, John 2-26-2020** | | | | |
| 349 4    Q.  I take it nobody had shared with you,<br>349 5    during the time when you were a base-level<br>349 6    audiologist, or otherwise, that the Combat Arms had<br>349 7    been identified as subject to imperceptible<br>349 8    loosening? | | | | |
| **349:10 - 349:10   Merkley, John 2-26-2020** | | | | |
| 349 10    THE WITNESS:  Correct. | | | | |
| **349:21 - 350:4   Merkley, John 2-26-2020** | | | Re: [349:21-350:4]<br>-602 | **OVERRULED** |
| 349 21    Q.  Okay.  I take it, sir, you have not seen<br>350 1    any correspondence or exchange of information from<br>350 2    3M to the military, the Army, advising them of the<br>350 3    slippage problem particular to the Combat Arms?<br>350 4    A.  No. | | | | |
| **354:9 - 355:3   Merkley, John 2-26-2020** | Re: [354:9-355:3]<br>Plt Objection - improper counter designation per PTO 64 | Re: [354:9-355:3]<br>Plt Objection - improper counter designation per PTO 64<br>**44266** | Re: [354:9-355:3]<br>FRE 402/403; foundation; speculation; 602; 701/702 improper opinion testimony; scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| 354 9    Q.  I'm passing you, sir, what we have marked<br>354 10    as P1272.  It look like a tri-fold pamphlet, do you<br>354 11    see that?<br>354 12    A.  Yes.<br>354 13    Q.  Okay.  It says Army Earplug Reference,<br>354 14    right?<br>354 15    A.  Yes.<br>354 16    Q.  It looks like this one is out of Ft. Hood<br>354 17    in Texas, do you see that?<br>354 18    A.  Yes.<br>354 19    Q.  The Community Hospital?<br>354 20    A.  Yes.<br>354 21    Q.  Okay.  And so, I guess, bases could put<br>355 1    together their own materials for the benefit of<br>355 2    their service members?<br>355 3    A.  Yes. | | | | |
| **357:16 - 358:4   Merkley, John 2-26-2020** | | | | |
| 357 16    Q.  Thank you.  Have you ever seen a picture | | | | |

| | | | | |
|---|---|---|---|---|
| 357 17  of the Combat Arms in someone's ears with the<br>357 18  flanges folded back in any marketing material from<br>357 19  3M?<br>357 20  A.  No, not that I recall.<br>357 21  Q.  Have you ever seen pictures in any Army<br>358 1  training materials of the Combat Arms in a soldier<br>358 2  or service member's ears with the flanges folded<br>358 3  back?<br>358 4  A.  Not that I can recall. | | | | |
| **373:17 - 374:1   Merkley, John 2-26-2020**<br>373 17  Is that common for the Army to get<br>373 18  information about product characteristics from the<br>373 19  vendors?<br>373 20  A.  Yes.<br>373 21  Q.  And does the Army rely on product<br>374 1  information from its vendors? | | | Re: [373:21-374:3]<br>-602 | OVERRULED |
| **374:3 - 374:3   Merkley, John 2-26-2020**<br>374 3  THE WITNESS: Yes. | | | Re: [373:21-374:3]<br>-602 | OVERRULED |
| **379:21 - 380:1   Merkley, John 2-26-2020**<br>379 21  Q.  Did the Army ever receive a recall notice<br>380 1  from 3M about the Combat Arms? | Re: [379:21-380:10]<br>Def Objection - Foundation (602);<br>Misstates (611, 403); Prejudice<br>(403) | Re: [379:21-<br>380:10]<br>Def Objection -<br>Foundation<br>(602); Misstates<br>(611, 403);<br>Prejudice (403)<br>**OVERRULED** | | |
| **380:3 - 380:10   Merkley, John 2-26-2020**<br>380 3  THE WITNESS:  No.<br>380 4  MAJOR EVANS:  Well, do you know that,<br>380 5  sir, do you know if there was ever a recall<br>380 6  notice?<br>380 7  THE WITNESS:  I --<br>380 8  MAJOR EVANS:  To your knowledge.<br>380 9  THE WITNESS:  I don't -- to my knowledge,<br>380 10  no. | Re: [379:21-380:10]<br>Def Objection - Foundation (602);<br>Misstates (611, 403); Prejudice<br>(403) | Re: [379:21-<br>380:10]<br>Def Objection -<br>Foundation<br>(602); Misstates<br>(611, 403);<br>Prejudice (403)<br>**OVERRULED** | | |
| **381:5 - 381:8   Merkley, John 2-26-2020**<br>381 5  Q.  Are you aware of any correspondence from<br>381 6  the company that the testing that had been done in<br>381 7  2000 was not proper because it wasn't proper to<br>381 8  fold the flanges? | | | Re: [381:5-381:11]<br>-602 | OVERRULED |
| **381:11 - 381:11   Merkley, John 2-26-2020**<br>381 11  THE WITNESS:  No. | | | Re: [381:5-381:11]<br>-602 | OVERRULED |

Merkley, John 2-26-2020

53

| | | | | |
|---|---|---|---|---|
| **382:2 - 382:7   Merkley, John 2-26-2020** | | | **Re: [382:2-382:10]** | **OVERRULED** |
| 382 2      Q.  Sure.  Are you aware of any | | | -602 | |
| 382 3      correspondence from 3M or Aearo -- at this point it | | | | |
| 382 4      would have been 3M -- in or around this time frame, | | | | |
| 382 5      October 2015, that it would have been improper for | | | | |
| 382 6      it to continue selling the Combat Arms without | | | | |
| 382 7      fixing it? | | | | |
| **382:10 - 382:10   Merkley, John 2-26-2020** | | | **Re: [382:2-382:10]** | **OVERRULED** |
| 382 10      THE WITNESS:  No. | | | -602 | |
| **383:5 - 383:14   Merkley, John 2-26-2020** | | | **Re: [383:5-383:14]** | **OVERRULED** |
| 383 5      Q.  Understood.  Do you have an understanding | | | Improper counter designation; | |
| 383 6      more generally, sir, as of late 2015 as to whether | | | FRE 402/403; foundation; | |
| 383 7      the dual-ended Combat Arms was still being stocked | | | speculation; 602; 701/702 | |
| 383 8      by the Army? | | | improper opinion testimony; | |
| 383 9      A.  I'm sorry? | | | scope; 802. Plaintiffs MIL #1, 2, | |
| 383 10      Q.  Was still stocked by the Army? | | | 15,16, 17, 21. | |
| 383 11      A.  I did not have any knowledge of it being | | | | |
| 383 12      stocked by the Army.  I -- we had transitioned to | | | | |
| 383 13      the single-sided in -- in most, if not all, clinics | | | | |
| 383 14      by then. | | | | |
| **384:18 - 385:4   Merkley, John 2-26-2020** | | | | |
| 384 18      Q.  I'd like to play you, sir, an excerpt | | | | |
| 384 19      from the deposition of the -- the lab manager, | | | | |
| 384 20      Mr. Berger's supervisor, -- | | | | |
| 384 21      A.  Okay. | | | | |
| 385 1      Q.  -- for the lab at Aearo that conducted | | | | |
| 385 2      the testing on the Combat Arms.  His name is | | | | |
| 385 3      Jeffrey Hamer. | | | | |
| 385 4      MR. BUCHANAN:  Clip one, please. | | | | |
| **385:6 - 385:14   Merkley, John 2-26-2020** | | | **Re:[385:15-386:2]** | **OVERRULED** |
| 385 6      (Video.) | | | 106 | |
| 385 7      'Question.  Okay.  Would it be fair to | | | | |
| 385 8      say that if they did not test the open mode with | | | | |
| 385 9      the flange rolled back, but they did test the | | | | |
| 385 10      closed end with the flange rolled back, that that | | | | |
| 385 11      would be improper because the two tests were using | | | | |
| 385 12      the product in two different ways? | | | | |
| 385 13      'Answer.  My opinion is that testing the | | | | |
| 385 14      product with the flange rolled back is improper. | | | | |
| **385:20 - 386:3   Merkley, John 2-26-2020** | | | | |
| 385 20      In your review of materials, did you see | | | | |
| 385 21      any communication from the company, from 3M, to the | | | | |

| | | | | |
|---|---|---|---|---|
| 386 1   Army that the testing that had been done on the<br>386 2   Combat Arms was done improperly?<br>386 3   A.  No. | | | | |
| **387:6 - 387:9   Merkley, John 2-26-2020**<br>387 6   Q.  Did you receive any communication from<br>387 7   the company in or around October 2015 describing<br>387 8   that the product had problems that had not been<br>387 9   fixed? | | | **Re: [387:6-387:11]**<br>(602, 403), Relevance | **OVERRULED** |
| **387:11 - 387:11   Merkley, John 2-26-2020**<br>387 11   THE WITNESS:  No. | | | **Re: [387:6-387:11]**<br>(602, 403), Relevance | **OVERRULED** |
| **388:8 - 388:12   Merkley, John 2-26-2020**<br>388 8   Q.  Fair enough.  Let's push the clock back<br>388 9   to 2003 and '04.  In 2003 or '04 if the company was<br>388 10   aware of problems they hadn't fixed, would that<br>388 11   have been important to share with the Army from<br>388 12   your perspective? | | | **Re: [388:8-388:14]**<br>(602), Speculation | **OVERRULED** |
| **388:14 - 388:19   Merkley, John 2-26-2020**<br>388 14   THE WITNESS:  Yes.<br>388 15   BY MR. BUCHANAN:<br>388 16   Q.  And your answer would be the same, during<br>388 17   all of the periods of time that the Army was<br>388 18   purchasing that, fair?<br>388 19   A.  Yes. | | | **Re: [388:8-388:14]**<br>(602), Speculation | **OVERRULED** |
| **389:1 - 389:11   Merkley, John 2-26-2020**<br>389 1   Q.  Sir, you provided some statements<br>389 2   about --<br>389 3   MR. BUCHANAN:  If we can go back to<br>389 4   P1165, Zach, on the screen.<br>389 5   BY MR. BUCHANAN:<br>389 6   Q.  -- that by 2015, at least in your<br>389 7   audiology clinics, you were no longer using<br>389 8   the -- the double-ended version, you had advanced<br>389 9   to, I think, probably Version 4 by that point in<br>389 10   time?<br>389 11   A.  Probably. | | | **Re: [389:1-389:11]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 21. | **SUSTAINED** |
| **406:16 - 406:18   Merkley, John 2-26-2020**<br>406 16   Q.  You mentioned, sir, there was another way<br>406 17   of testing plugs called Subject Fit; is that right?<br>406 18   A.  Yes. | | | | |
| **409:11 - 409:16   Merkley, John 2-26-2020**<br>409 11   Q.  -- it says Method B, Subject Fit, P105.2.<br>409 12   Method B, Subject Fit is the testing where the | | | | |

| | | | | |
|---|---|---|---|---|
| 409 13    user, using the instructions, seats the earplugs in<br>409 14    their ears and then sits and does the REAT testing,<br>409 15    correct?<br>409 16      A.  Correct. | | | | |
| **410:4 - 410:9   Merkley, John 2-26-2020**<br>410 4      Q.  NRR 4.4 for a triple-flanged plug would<br>410 5    be low?<br>410 6      MR. WASDIN:  Objection to form.<br>410 7      THE WITNESS:  You're -- so, the NRR in a<br>410 8    Subject Fit, a low NRR, it -- it is low, but I -- I<br>410 9    won't -- I -- I don't know that it's uncommon. | | | **Re: [410:4-410:9]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 21. | **SUSTAINED** |
| **410:11 - 410:18   Merkley, John 2-26-2020**<br>410 11     Q.  Fair enough, sir.  In looking at this<br>410 12    particular product that DLA was reaching out for<br>410 13    testing results from Aearo on, in your review of<br>410 14    materials or effort to collect information, did you<br>410 15    see any communication from Aearo with the military<br>410 16    or the Army that they had done different testing<br>410 17    using Subject Fit methodology and determined the<br>410 18    NRR was 4.4? | **Re: [410:11-411:1]**<br>Def Objection - 3M MIL No. 22;<br>Misstates (611, 403); Prejudice<br>(403) | **Re: [410:11-411:1]**<br>Def Objection -<br>3M MIL No. 22;<br>Misstates (611,<br>403); Prejudice<br>(403)<br>**OVERRULED** | | |
| **410:20 - 411:5   Merkley, John 2-26-2020**<br>410 20     THE WITNESS:  I -- I did not see that,<br>410 21    but, again, I didn't read every document that we<br>411 1    came across in discovery.<br>411 2      BY MR. BUCHANAN:<br>411 3      Q.  I'll represent to you, sir, that the<br>411 4    company states they're not aware of it having been<br>411 5    transmitted to the Army or the military. | **Re: [410:11-411:1]**<br>Def Objection - 3M MIL No. 22;<br>Misstates (611, 403); Prejudice<br>(403)<br>**Re: [411:3-411:11]**<br>Def Objection - Foundation (602);<br>Relevance (401, 402); 3M MIL<br>No. 22 | **Re: [410:11-411:1]**<br>Def Objection -<br>3M MIL No. 22;<br>Misstates (611,<br>403); Prejudice<br>(403)<br>**OVERRULED**<br>**Re: [411:3-411:11]**<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402); 3M<br>MIL No. 22<br>**SUSTAINED,**<br>**as to [411:3-411:6]**<br>**OVERRULED,**<br>**as to [411:8-411:11]** | | |

| | | |
|---|---|---|
| **411:7 - 411:17   Merkley, John 2-26-2020**<br>411 7    BY MR. BUCHANAN:<br>411 8    Q.  I take it you don't have any other facts<br>411 9    from your side of the -- of the fence, so to speak,<br>411 10    to show that the Army got this information?<br>411 11    A.  No.<br>411 12    Q.  When you look at Army hearing<br>411 13    conservation guidance about reducing noise exposure<br>411 14    from, say, 108 dBs with a triple-flange<br>411 15    plug -- plug, to 85 dBs, we could agree that an NRR<br>411 16    of 4.4 would be concerning, fair?<br>411 17    A.  Yes. | **Re: [411:3-411:11]**<br>Def Objection - Foundation (602);<br>Relevance (401, 402); 3M MIL<br>No. 22<br>**Re: [411:12-411:17]**<br>Def Objection - 3M MIL No. 22;<br>Misstates; Argumentative (403) | Re: [411:3-411:11]<br><br>Def Objection - Foundation (602); Relevance (401, 402); 3M MIL No. 22<br>**SUSTAINED, as to [411:3-411:6]**<br>**OVERRULED, as to [411:8-411:11]**<br>Re: [411:12-411:17]<br>Def Objection - 3M MIL No. 22; Misstates; Argumentative (403)<br>**OVERRULED** |
| **412:1 - 413:2   Merkley, John 2-26-2020**<br>412 1    Q.  In your binder, sir, from -- in your<br>412 2    binder is Exhibit P922.  I'll represent to you,<br>412 3    sir, that the testimony in this case shows that<br>412 4    there were purchases by the Army of Combat Arms in<br>412 5    the late summer of 1999, August or so.  Is that<br>412 6    consistent with your knowledge?<br>412 7    A.  Once again, that --<br>412 8    Q.  I'm sorry, is that consistent with your<br>412 9    knowledge, that the Army started purchasing the<br>412 10    double-ended in late summer of 1999?<br>412 11    A.  I -- I really don't know.  They were just<br>412 12    coming out, and we didn't -- we had not purchased<br>412 13    any at Ft. Drum until after the summer of 2000.<br>412 14    Q.  Got it.<br>412 15    A.  Okay.  So, I don't know.<br>412 16    Q.  Whatever purchases happened before you<br>412 17    first purchased them happened by others?<br>412 18    A.  Right.<br>412 19    Q.  Okay.  This is an email from Mr. Berger<br>412 20    to Brian Myers.  It's addressed to Armand, and | | |

| | | | | |
|---|---|---|---|---|
| 412 21    we've seen an Armand Dancer in some of the<br>413 1    documents we've looked at today, correct, sir?<br>413 2    A.  Correct. | | | | |
| **413:3 - 413:4   Merkley, John 2-26-2020**<br>413 3    Q.  It's a draft email.  I think that's the<br>413 4    testimony and record evidence at this point. | | | | |
| **413:5 - 413:14   Merkley, John 2-26-2020**<br>413 5    It recently occurred to us that we have<br>413 6    no data on the actual version of the nonlinear<br>413 7    earplug that we are now selling in the U.S., namely<br>413 8    the dual-ended Combat Arms plug, did I read that<br>413 9    reasonably correctly?<br>413 10    A.  Yes.<br>413 11    Q.  It says, therefore, we will be conducting<br>413 12    REAT evaluations in the near future on both ends of<br>413 13    the plug, do you see that, sir?<br>413 14    A.  Yes. | | | | |
| **414:7 - 414:9   Merkley, John 2-26-2020**<br>414 7    Q.  Okay.  Would it concern you, sir, if the<br>414 8    company was selling earplugs to the Army that it<br>414 9    had not yet conduct -- conducted testing on? | | | Re: [414:7-414:11]<br>(602), Assumes | **OVERRULED** |
| **414:11 - 414:11   Merkley, John 2-26-2020**<br>414 11    THE WITNESS:  Yes. | | | Re: [414:7-414:11]<br>(602), Assumes | **OVERRULED** |
| **414:13 - 414:18   Merkley, John 2-26-2020**<br>414 13    Q.  This states that it recently occurred to<br>414 14    us we that have no data on the actual version of<br>414 15    the nonlinear earplug that we're now selling in the<br>414 16    U.S., namely the dual-ended Combat Arms Earplug, do<br>414 17    you see that?<br>414 18    A.  Yes. | | | | |
| **423:19 - 424:2   Merkley, John 2-26-2020**<br>423 19    Q.  Do you have knowledge sitting here today<br>423 20    one way or the other whether the Combat Arms<br>423 21    Version 2 was actually tested in the Johnson blast<br>424 1    studies?<br>424 2    A.  No. | | | | |
| **424:4 - 424:12   Merkley, John 2-26-2020**<br>424 4    There was some testimony on the defense<br>424 5    exam about safety and protection of the yellow end,<br>424 6    do you recall that examination, at certain blast<br>424 7    exposure levels?<br>424 8    A.  Yes. | | | Re: [424:9-424:14]<br>(602, Assumes, Misstates | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 424 9    Q.  Okay.  If Mr. Berger had determined that<br>424 10    the company didn't have data to support a claim,<br>424 11    that it was protective up to 190 dB, would that<br>424 12    concern you? | | | | |
| **424:14 - 425:3   Merkley, John 2-26-2020**<br>424 14    THE WITNESS:  Yes.<br>424 15    BY MR. BUCHANAN:<br>424 16    Q.  Would you want to know information, the<br>424 17    company's conclusions of its examination of data<br>424 18    with regard to the level of protection the Combat<br>424 19    Arms Version 2 provided?<br>424 20    A.  Yes.<br>424 21    Q.  That would be important to you in making<br>425 1    a proper assessment of whether you could safely use<br>425 2    it in certain settings you were recommending it in,<br>425 3    fair? | | | **Re: [424:9-424:14]**<br>(602, Assumes, Misstates<br>**Re: [424:21-425:16]**<br>(602, Assumes, Misstates | **OVERRULED** |
| **425:5 - 425:7   Merkley, John 2-26-2020**<br>425 5    THE WITNESS:  Yes.<br>425 6    BY MR. BUCHANAN:<br>425 7    Q.  Or using it at all -- | | | **Re: [424:21-425:16]**<br>(602, Assumes, Misstates | **OVERRULED** |
| **425:10 - 425:14   Merkley, John 2-26-2020**<br>425 10    Q.  -- right?<br>425 11    A.  Yes.<br>425 12    Q.  If the company determined that the Combat<br>425 13    Arms, the yellow end, was not really protective for<br>425 14    range use, is that something you'd want to know? | | | **Re: [424:21-425:16]**<br>(602, Assumes, Misstates | **OVERRULED** |
| **425:16 - 425:16   Merkley, John 2-26-2020**<br>425 16    THE WITNESS:  Yes. | | | **Re: [424:21-425:16]**<br>(602, Assumes, Misstates | **OVERRULED** |
| **425:18 - 426:4   Merkley, John 2-26-2020**<br>425 18    Q.  I take it in your -- in your review of<br>425 19    materials, sir, you didn't find any communication<br>425 20    from Mr. Berger or others at Aearo or 3M reflecting<br>425 21    conclusions about the safety of the Combat Arms<br>426 1    Version 2 for range use?<br>426 2    MR. WASDIN:  Objection to form.<br>426 3    THE WITNESS:  I did not, but, again, I<br>426 4    didn't read all of the documents. | | | **Re: [425:18-426:4]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; 602; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 18, 21. | **OVERRULED** |
| **426:6 - 426:14   Merkley, John 2-26-2020**<br>426 6    Q.  Okay.  To reframe my question a little,<br>426 7    you didn't see any communication from Aearo at any<br>426 8    point in time that we're really not so sure you<br>426 9    should be using this on the range, anything like | | | **Re: [426:11-426:14]**<br>(602, Assumes, Misstates | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 426 10    that? | | | | |
| 426 11    A.  No, I didn't see anything like that. | | | | |
| 426 12    Q.  If the company had reached that | | | | |
| 426 13    conclusion, is that something you'd want to know? | | | | |
| 426 14    A.  Yes. | | | | |
| **428:3 - 429:6    Merkley, John 2-26-2020** | Re: [428:3-429:6] | Re: [428:3-429:6] | | |
| 428 3    Q.  And what conference was that, sir? | Def Objection - Relevance (401, | Def Objection - | | |
| 428 4    A.  The National Hearing Conservation | 402); Waste of Time (403) | Relevance (401, | | |
| 428 5    Association. | | 402); Waste of | | |
| 428 6    Q.  Okay.  Did you run into any other folks | | Time (403) | | |
| 428 7    from 3M at that conference? | | **OVERRULED** | | |
| 428 8    A.  Yes.  I ran into -- I'm sorry. | | | | |
| 428 9    MR. WASDIN:  Nick Wasdin. | | | | |
| 428 10    THE WITNESS:  Nick.  Nick and just other | | | | |
| 428 11    representatives and occupational health | | | | |
| 428 12    professionals, Pegeen Smith I believe is her name. | | | | |
| 428 13    BY MR. BUCHANAN: | | | | |
| 428 14    Q.  I'm -- | | | | |
| 428 15    A.  I don't -- | | | | |
| 428 16    Q.  We hadn't met before today, fair? | | | | |
| 428 17    A.  Yeah. | | | | |
| 428 18    Q.  You and I? | | | | |
| 428 19    A.  No. | | | | |
| 428 20    Q.  Okay.  What was the occasion for you to | | | | |
| 428 21    meet Mr. Wasdin last week? | | | | |
| 429 1    A.  At the -- the National Hearing | | | | |
| 429 2    Conservation Association.  He was attending the | | | | |
| 429 3    conference. | | | | |
| 429 4    Q.  Did -- do you understand Mr. Wasdin to be | | | | |
| 429 5    in the field of audiology? | | | | |
| 429 6    A.  No. | | | | |
| **429:7 - 429:9    Merkley, John 2-26-2020** | | | | |
| 429 7    Q.  Or hearing conservation? | | | | |
| 429 8    A.  And he didn't -- he didn't represent | | | | |
| 429 9    himself that way. | | | | |
| **433:13 - 434:1    Merkley, John 2-26-2020** | | | Re: [433:13-434:1] | **SUSTAINED** |
| 433 13    BY MR. WASDIN: | | | Improper counter; FRE 402; | |
| 433 14    Q.  LTC Merkley, I do have a couple of | | | 701/702; Plaintiff MIL #1, 16, 17, | |
| 433 15    follow-up questions -- | | | 21 | |
| 433 16    A.  Okay. | | | | |
| 433 17    Q.  -- regarding the questions that | | | | |
| 433 18    Plaintiff's Counsel asked you. | | | | |

| | | | | |
|---|---|---|---|---|
| 433 19   First, you looked at some DoD -- is it<br>433 20   the Center for Excellence or Hearing Center for<br>433 21   Excellence?  Am I saying that right?<br>434 1   A.  DoD Hearing Center of Excellence, yes. | | | | |
| **434:2 - 434:13   Merkley, John 2-26-2020**<br>434 2   Q.  Hearing Center of Excellence.  You looked<br>434 3   at some DoD materials that talk about hearing loss<br>434 4   being preventable in the military, do you remember<br>434 5   those?<br>434 6   A.  Yes.<br>434 7   Q.  I think you and I talked earlier about<br>434 8   ways to prevent, or at least the 40-501<br>434 9   regulations, on how someone should approach noise<br>434 10   to give themselves the best chance of preventing<br>434 11   hearing loss, do you remember those discussions we<br>434 12   had?<br>434 13   A.  Yes. | **Re: [434:2-434:13]**<br>Plt Objection - improper counter designation per PTO 64 | **Re: [434:2-434:13]**<br>Plt Objection - improper counter designation per PTO 64<br>**SUSTAINED** | **Re: [434:2-434:13]**<br>FRE 402/403; foundation; speculation; 602; 701/702 improper opinion testimony; scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **435:3 - 435:7   Merkley, John 2-26-2020**<br>435 3   Q.  -- because I asked like basically the<br>435 4   question backwards.  Some noise is quiet enough<br>435 5   that it's not dangerous even without hearing<br>435 6   protection, right?<br>435 7   A.  Yes. | | | **Re: [435:3-436:17]**<br>Improper counter designation; FRE 402/403; foundation; conjecture; speculation; 602; 701/702 improper opinion testimony;  scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **435:8 - 435:21   Merkley, John 2-26-2020**<br>435 8   Q.  Some levels of noise you can protect<br>435 9   yourself against with a single-hearing protection<br>435 10   device, right?<br>435 11   A.  Yes.<br>435 12   Q.  Some levels of noise are high enough that<br>435 13   you would need two separate hearing protection<br>435 14   devices together, right?<br>435 15   A.  Yes.<br>435 16   Q.  In order to prevent hearing loss, right?<br>435 17   A.  Yes.<br>435 18   Q.  And some noises are so high that the only<br>435 19   way to prevent hearing loss is to either limit your<br>435 20   time in them or not encounter them at all, right?<br>435 21   A.  Correct. | **Re: [435:8-435:21]**<br>Plt Objection - improper counter designation per PTO 64 | **Re: [435:8-435:21]**<br>Plt Objection - improper counter designation per PTO 64<br>**SUSTAINED** | **Re: [435:3-436:17]**<br>Improper counter designation; FRE 402/403; foundation; conjecture; speculation; 602; 701/702 improper opinion testimony;  scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 21. | **SUSTAINED** |
| **436:3 - 436:17   Merkley, John 2-26-2020**<br>436 3   Q.  So, when we say hearing loss is<br>436 4   preventable, we mean with one, with multiple | | | **Re: [435:3-436:17]**<br>Improper counter designation; FRE 402/403; foundation; | **SUSTAINED** |

Merkley, John 2-26-2020                                            61

| | | | |
|---|---|---|---|
| 436 5   hearing protection devices or by just by avoiding<br>436 6   the noise in the first place, right?<br>436 7   MR. BUCHANAN:  Objection to the form and<br>436 8   foundation.<br>436 9   THE WITNESS:  Correct.<br>436 10   BY MR. WASDIN:<br>436 11   Q.  The materials you reviewed with<br>436 12   Mr. Buchanan did not say that all hearing losses<br>436 13   are preventable in the military by wearing the<br>436 14   Combat Arms Version 2 on its own, right?<br>436 15   MR. BUCHANAN:  Objection to form and<br>436 16   foundation.<br>436 17   THE WITNESS:  Correct. | | | conjecture; speculation; 602;<br>701/702 improper opinion<br>testimony;  scope; 802. Plaintiffs<br>MIL #1, 2, 15,16, 17, 21. | |
| **436:19 - 437:3**  **Merkley, John 2-26-2020**<br>436 19   Q.  Okay.  Mr. Buchanan also asked you a<br>436 20   series of questions regarding a 3M advertisement, I<br>436 21   believe, from 2013 that said the Combat Arms<br>437 1   Version 2 had been found to be protective up to 190<br>437 2   decibels, do you remember that?<br>437 3   A.  Yes. | **Re: [436:19-437:3]**<br>Plt Objection - 602; 611; 702;<br>improper counter designation per<br>PTO 64 | | **Re: [436:19-437:3]**<br>FRE 402/403; foundation;<br>speculation; scope; 802. Plaintiffs<br>MIL #1, 2, 15,16, 17, 18, 21. | **SUSTAINED** |
| **438:4 - 439:17**  **Merkley, John 2-26-2020**<br>438 4   Q.  If you flip to P1532.32, I think you'll<br>438 5   find the ad you were discussing with Mr. Buchanan.<br>438 6   A.  Okay.<br>438 7   Q.  Looking at the second paragraph,<br>438 8   Mr. Buchanan focused his questions on the sentence,<br>438 9   the level-dependent technology used in the earplug,<br>438 10   that's the Combat Arms Version 2, has been tested<br>438 11   and found to be protective up to approximately 192<br>438 12   dB for outdoor exposures, did I read that right?<br>438 13   A.  Yes.<br>438 14   Q.  I believe he asked you a question along<br>438 15   the lines of, if the company knew that was<br>438 16   incorrect, shouldn't they have told you or<br>438 17   something like that.  Do you remember his questions<br>438 18   around this document?<br>438 19   MR. BUCHANAN:  Objection.  Misstates it,<br>438 20   but --<br>438 21   THE WITNESS:  Yes.<br>439 1   MR. BUCHANAN:  Form.<br>439 2   BY MR. WASDIN:<br>439 3   Q.  Okay.  Now, you and I earlier during my | | | **Re: [438:4-439:17]**<br>Improper counter designation;<br>FRE 402/403; foundation;<br>speculation; conjecture; 701/702<br>improper opinion testimony;<br>scope; 802, 805. Plaintiffs MIL #1,<br>2, 15,16, 17, 18, 21. | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 439 4<br>439 5<br>439 6<br>439 7<br>439 8<br>439 9<br>439 10<br>439 11<br>439 12<br>439 13<br>439 14<br>439 15<br>439 16<br>439 17 | exam talked about a different document that was<br>authored by the Army USACHPPM about a decade<br>earlier that makes the exact same statement.  Do<br>you remember that, the Just the Facts document?<br>MR. BUCHANAN:  Objection.  Objection to<br>form.<br>THE WITNESS:  Yes.<br>BY MR. WASDIN:<br>Q.  In the Just the Facts document the Army<br>says, at 190 dB, there's an overall peak reduction<br>of 25 dB.  Testing at a U.S. military facility<br>found this nonlinear earplug protective up to 190<br>dB.  Do you remember that?<br>A.  Yes. | | | |
| **440:6 - 441:8   Merkley, John 2-26-2020** | | | | |
| 440 6<br>440 7<br>440 8<br>440 9<br>440 10<br>440 11<br>440 12<br>440 13<br>440 14<br>440 15<br>440 16<br>440 17<br>440 18<br>440 19<br>440 20<br>440 21<br>441 1<br>441 2<br>441 3<br>441 4<br>441 5<br>441 6<br>441 7<br>441 8 | Q.  Okay.  So, when the Army was authoring<br>the Just the Facts document, the Army had<br>determined that testing at a U.S. military facility<br>found this nonlinear earplug, the Combat Arms<br>Earplug, protective up to 190 dB?<br>MR. BUCHANAN:  Objection to form.<br>THE WITNESS:  Yes.<br>BY MR. WASDIN:<br>Q.  That's what the document says.  And then<br>ten years later, or nine years later, the exact<br>same statement is in a 3M advertisement on the<br>product, right?<br>A.  Yes.<br>Q.  And, indeed, if you look at the 3M ad,<br>there's a citation on the end of that sentence,<br>too, and it's to the Dan Johnson blast study?<br>A.  To the study, yes.<br>Q.  So, what 3M is doing in the ad is just<br>repeating the Army's own interpretation of the<br>Army's study that the Army had made almost a decade<br>earlier, right?<br>MR. BUCHANAN:  Objection to form and<br>foundation.<br>THE WITNESS:  Yes. | Re: [440:6-441:8]<br>Plt Objection - improper counter<br>designation per PTO 64; 602; 611 | Re: [440:6-<br>441:8]<br>Plt Objection -<br>improper counter<br>designation per<br>PTO 64; 602;<br>611<br>**SUSTAINED** | Re: [440:6-441:8]<br>FRE 402/403; foundation; scope;<br>conjecture; speculation; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 18, 21. | **SUSTAINED** |
| **441:10 - 445:16   Merkley, John 2-26-2020** | | | | |
| 441 10<br>441 11 | Q.  Okay.  Mr. Buchanan asked you a lot of<br>questions along the lines of the following:  He | | | Re: [441:10-444:15]<br>Improper counter designation;<br>FRE 402/403; foundation; scope; | **SUSTAINED** |

| | |
|---|---|
| 441 12    would represent to you what some other witness had | conjecture; speculation; 602; |
| 441 13    said in a case, he may play you a clip, he may just | 701/702 improper opinion |
| 441 14    tell it to you orally, and then ask you whether or | testimony;  scope; 802; 805. |
| 441 15    not you had found any information to disagree with | Plaintiffs MIL #1, 2, 15,16, 17, 18, |
| 441 16    that.  Do you remember those questions? | 21. |
| 441 17    A.  Yes. | **Re: [445:11-445:16]** |
| 441 18    Q.  Let me tell you about some testimony he | Improper counter designation; |
| 441 19    didn't mention to you.  Elliott Berger has | FRE 402/403; foundation; scope; |
| 441 20    testified in this case that he had a meeting with | conjecture; speculation; 602; |
| 441 21    Doug Ohlin and others at the United States Army at | 701/702 improper opinion |
| 442 1    Aberdeen Proving Grounds in December of 1997. | testimony;  scope; 802. Plaintiffs |
| 442 2    When you were doing your review of | MIL #1, 2, 15,16, 17, 18, 21. |
| 442 3    documents in this case, did you find anything that | |
| 442 4    contradicted that? | |
| 442 5    MR. BUCHANAN:  Objection to form. | |
| 442 6    THE WITNESS:  That contradicted that he | |
| 442 7    had a meeting? | |
| 442 8    BY MR. WASDIN: | |
| 442 9    Q.  At Aberdeen Proving Grounds in December | |
| 442 10    of 1997? | |
| 442 11    A.  I don't -- I didn't find anything related | |
| 442 12    to that meeting. | |
| 442 13    Q.  You don't have any reason to disagree | |
| 442 14    with it? | |
| 442 15    A.  I don't, no. | |
| 442 16    Q.  Okay.  Mr. Berger testified that at that | |
| 442 17    meeting, Doug Ohlin gave him a variety of | |
| 442 18    specifications for what would become the Combat | |
| 442 19    Arms Version 2.  You don't have any reason to | |
| 442 20    disagree with that, do you? | |
| 442 21    MR. BUCHANAN:  Objection to form. | |
| 443 1    THE WITNESS:  No. | |
| 443 2    BY MR. WASDIN: | |
| 443 3    Q.  Mr. Berger testified that Doug Ohlin | |
| 443 4    requested from him a dual-ended product that | |
| 443 5    included the Ultra Fit tips of a single size and | |
| 443 6    the ISL filter.  You don't have any reason to | |
| 443 7    disagree with that testimony, do you? | |
| 443 8    MR. BUCHANAN:  Objection to form. | |
| 443 9    THE WITNESS:  No. | |
| 443 10    BY MR. WASDIN: | |
| 443 11    Q.  Now, you and I looked at some documents | |

443 12     that included emails from Doug Ohlin in the April
443 13     1999 time period, do you remember those?
443 14     A.  Yes.
443 15     Q.  And in those emails, Mr. Ohlin had found
443 16     that the original production samples of that plug
443 17     that were sent by Aearo were about a quarter of an
443 18     inch too long and didn't fit into the military
443 19     carrying case, do you remember those emails?
443 20     A.  Yes.
443 21     Q.  Subsequent to those emails, Aearo reduced
444 1     the size, reduced the length of the Combat Arms
444 2     Version 2 by a quarter of an inch.
444 3     During your investigation of the
444 4     materials in this case, did you find anything that
444 5     contradicts that Aearo shortened the length of the
444 6     Combat Arms Version 2 in response to Doug Ohlin's
444 7     request?
444 8     MR. BUCHANAN:  Objection to form.
444 9     Ambiguous.
444 10     THE WITNESS:  No.
444 11     BY MR. WASDIN:
444 12     Q.  You don't have any reason to disagree
444 13     with that, do you?
444 14     MR. BUCHANAN:  Leading.
444 15     THE WITNESS:  No.
444 16     BY MR. WASDIN:
444 17     Q.  Now, additionally, Mr. Berger gave
444 18     extensive testimony over a number of days regarding
444 19     his conversations with Doug Ohlin in the 1999 and
444 20     2000 time period about the company's internal
444 21     testing.
445 1     Mr. Buchanan asked you about 50 times
445 2     whether or not you had seen anything that
445 3     transmitted that testing to the government, and I
445 4     think you said, no, that in your review, you didn't
445 5     find any communication from Aearo transmitting the
445 6     results of its internal testing to the government;
445 7     am I right about that?
445 8     A.  You're right.
445 9     MR. BUCHANAN:  Objection to form.
445 10     BY MR. WASDIN:
445 11     Q.  But you don't have any reason to disagree

| | | | | |
|---|---|---|---|---|
| 445 12      with Mr. Berger's testimony that he told Doug Ohlin | | | | |
| 445 13      about the company's internal testing while it was | | | | |
| 445 14      happening, do you? | | | | |
| 445 15      MR. BUCHANAN:  Objection to form. | | | | |
| 445 16      THE WITNESS:  No. | | | | |
| **446:3 - 447:16   Merkley, John 2-26-2020** | | | **Re: [446:3-447:16]** | **SUSTAINED** |
| 446 3      Q.  Now, your experience with the plug, when | | | Improper counter designation; | |
| 446 4      you used it, is that you got a seal, correct? | | | FRE 402/403; foundation; scope; | |
| 446 5      A.  Correct. | | | conjecture; speculation; 602; | |
| 446 6      Q.  You didn't have any problem getting a | | | 701/702 improper opinion | |
| 446 7      seal with the Combat Arms Version 2, right? | | | testimony;  scope; 802; 805. | |
| 446 8      MR. BUCHANAN:  Objection to form. | | | Plaintiffs MIL #1, 2, 15,16, 17, 18, | |
| 446 9      THE WITNESS:  No. | | | 21. | |
| 446 10      BY MR. WASDIN: | | | | |
| 446 11      Q.  So, in addition to -- that's -- that's a | | | | |
| 446 12      piece of questioning by Mr. Buchanan that you | | | | |
| 446 13      actually do have a reason to disagree with, right? | | | | |
| 446 14      MR. BUCHANAN:  Objection to form. | | | | |
| 446 15      Misstates the testimony. | | | | |
| 446 16      BY MR. WASDIN: | | | | |
| 446 17      Q.  Your own personal experience is contrary | | | | |
| 446 18      to his representation, right? | | | | |
| 446 19      MR. BUCHANAN:  Objection to form. | | | | |
| 446 20      THE WITNESS:  Correct. | | | | |
| 446 21      BY MR. WASDIN: | | | | |
| 447 1      Q.  Okay.  I believe you mentioned in passing | | | | |
| 447 2      to Mr. Buchanan, and he cut you off, that you | | | | |
| 447 3      recalled at some point seeing some testing where | | | | |
| 447 4      the flanges had been folded back on the plug, am I | | | | |
| 447 5      remembering that right? | | | | |
| 447 6      MR. BUCHANAN:  Objection to form. | | | | |
| 447 7      THE WITNESS:  That I had seen -- yes. | | | | |
| 447 8      BY MR. WASDIN: | | | | |
| 447 9      Q.  What was that testing? | | | | |
| 447 10      A.  I -- I don't recall what the testing was. | | | | |
| 447 11      Q.  Do you remember -- | | | | |
| 447 12      A.  I -- I don't remember.  I -- I just | | | | |
| 447 13      recall seeing testing or some document, I don't | | | | |
| 447 14      remember if it was in the DOJ documents or where, | | | | |
| 447 15      that they had done testing with flanges folded | | | | |
| 447 16      forward and flanges folded backward. | | | | |

**452:12 - 454:13   Merkley, John 2-26-2020**

| | |
|---|---|
| 452 12 | Q.   First, we have test data from a variety |
| 452 13 | of branches of the military that show that the plug |
| 452 14 | provides reasonable attenuation or good attenuation |
| 452 15 | under a variety of different circumstances, right? |
| 452 16 | MR. BUCHANAN:  Objection to form and |
| 452 17 | foundation.  Vague. |
| 452 18 | THE WITNESS:  Yes. |
| 452 19 | BY MR. WASDIN: |
| 452 20 | Q.   Second, you have personal experience with |
| 452 21 | the plug, and for you, it worked well? |
| 453 1 | A.   Yes. |
| 453 2 | MR. BUCHANAN:  Objection to form. |
| 453 3 | BY MR. WASDIN: |
| 453 4 | Q.   Third, we reviewed a number of success |
| 453 5 | stories from other members of the military who |
| 453 6 | served in Iraq who said that the plug worked for |
| 453 7 | them, too, right? |
| 453 8 | A.   Yes. |
| 453 9 | Q.   Third, you treated patients in Iraq, and |
| 453 10 | your experience was those that didn't use a plug |
| 453 11 | had hearing loss, and those that did use a hearing |
| 453 12 | protector, like the CAEv2, did not, right? |
| 453 13 | MR. BUCHANAN:  Objection.  Form. |
| 453 14 | THE WITNESS:  Correct. |
| 453 15 | BY MR. WASDIN: |
| 453 16 | Q.   Mr. Buchanan walked through a number of |
| 453 17 | documents, training materials that were written by |
| 453 18 | the Army on the Combat Arms Version 2, right? |
| 453 19 | A.   Yes. |
| 453 20 | Q.   And he asked you for each, did it mention |
| 453 21 | folding back the flanges.  Do you remember those |
| 454 1 | questions? |
| 454 2 | A.   Yes. |
| 454 3 | Q.   Now, there are some Army training |
| 454 4 | materials that do mention folding back the flanges, |
| 454 5 | right? |
| 454 6 | MR. BUCHANAN:  Objection.  Form. |
| 454 7 | THE WITNESS:  Yes. |
| 454 8 | BY MR. WASDIN: |
| 454 9 | Q.   Indeed, the wallet card, which I think |
| 454 10 | was the principal training material, has a picture |

Re: [452:12-454:14]
Improper counter designation;
FRE 402/403; foundation; scope;
conjecture; speculation; 602;
701/702 improper opinion
testimony;  scope; 802; 805.
Plaintiffs MIL #1, 2, 15,16, 17, 18,
21.

**SUSTAINED**

| | | | | |
|---|---|---|---|---|
| 454 11 | of the plug with the flanges rolled back on it, | | | |
| 454 12 | right? | | | |
| 454 13 | A.  Yes. | | | |
| **455:1 - 455:12   Merkley, John 2-26-2020** | | | | |
| 455 1 | Q.  But your experience was, regardless of | | **Re: [455:1-455:12]** | **SUSTAINED** |
| 455 2 | what a particular document did or did not say, that | | Improper counter designation; | |
| 455 3 | in the 2001 to 2005 time period, Doug Ohlin | | FRE 402/403; foundation; scope; | |
| 455 4 | instructed you and other Army audiologists to fold | | conjecture; speculation; 602; | |
| 455 5 | back the flanges as needed to get a good fit, | | 701/702 improper opinion | |
| 455 6 | right? | | testimony;  scope; 802; 805; | |
| 455 7 | MR. BUCHANAN:  Objection to form. | | improper bolstering. Plaintiffs | |
| 455 8 | THE WITNESS:  Yes. | | MIL #1, 2, 15,16, 17, 18, 21. | |
| 455 9 | BY MR. WASDIN: | | | |
| 455 10 | Q.  And he didn't limit that instruction to | | | |
| 455 11 | any particular ear -- ear canal size, right? | | | |
| 455 12 | A.  I don't recall that, no. | | | |
| **456:2 - 456:20   Merkley, John 2-26-2020** | | | | |
| 456 2 | Q.  Now, you told me earlier that all | | **Re: [456:2-456:20]** | **SUSTAINED** |
| 456 3 | preformed earplugs are susceptible to loosening, | | Improper counter designation; | |
| 456 4 | right? | | FRE 402/403; foundation; scope; | |
| 456 5 | A.  Yes. | | conjecture; speculation; 602; | |
| 456 6 | Q.  That's a well-known phenomenon, right? | | 701/702 improper opinion | |
| 456 7 | A.  Yes. | | testimony;  scope; 802; 805. | |
| 456 8 | MR. BUCHANAN:  Objection to form. | | Plaintiffs MIL #1, 2, 15,16, 17, 18, | |
| 456 9 | BY MR. WASDIN: | | 21. | |
| 456 10 | Q.  So, users of the Combat Arms Version 2, | | | |
| 456 11 | at least the audiology community, would know, like | | | |
| 456 12 | other preformed earplugs it could be susceptible | | | |
| 456 13 | to loosening, right? | | | |
| 456 14 | MR. BUCHANAN:  Objection.  Form. | | | |
| 456 15 | Foundation.  Well beyond the witness. | | | |
| 456 16 | THE WITNESS:  Yes. | | | |
| 456 17 | BY MR. WASDIN: | | | |
| 456 18 | Q.  Yourself included, right? | | | |
| 456 19 | MR. BUCHANAN:  Objection to form. | | | |
| 456 20 | THE WITNESS:  Yes. | | | |
| **458:2 - 459:1   Merkley, John 2-26-2020** | | | | |
| 458 2 | Q.  I'll represent to you some testimony | | **Re: [458:2-459:1]** | **SUSTAINED** |
| 458 3 | given in this case.  Mr. Berger said that the | | Improper counter designation; | |
| 458 4 | concept of imperceptible loosening is a phenomenon | | FRE 402/403; foundation; scope; | |
| 458 5 | that's limited to the REAT chamber because there | | conjecture; speculation; 602; | |
| 458 6 | are no auditory clues in a silent room.  Do you | | 701/702 improper opinion | |

| | | | | |
|---|---|---|---|---|
| 458 7 follow that logic?<br>458 8 MR. BUCHANAN: Objection to form.<br>458 9 THE WITNESS: Yes.<br>458 10 BY MR. WASDIN:<br>458 11 Q. And in a silent room that had no auditory<br>458 12 external clues, if you lost your seal on a plug,<br>458 13 you might not notice it, right?<br>458 14 MR. BUCHANAN: Objection to form and<br>458 15 foundation.<br>458 16 THE WITNESS: Correct.<br>458 17 BY MR. WASDIN:<br>458 18 Q. But in the real world, particularly in a<br>458 19 combat setting or in military training, if you lose<br>458 20 your seal on a plug, you will notice it?<br>458 21 MR. BUCHANAN: Objection. Foundation.<br>459 1 THE WITNESS: Generally, yes. | | | testimony; scope; 802. Plaintiffs MIL #1, 2, 15,16, 17, 18, 21. | |
| **459:6 - 460:5   Merkley, John 2-26-2020**<br>459 6 Q. I have one or two final questions in my<br>459 7 minute. Mr. Buchanan asked you, did anybody send<br>459 8 you the so-called flange memo that discusses how<br>459 9 folding back the flanges impacted the results of<br>459 10 REAT testing at Aearo Company, do you remember that<br>459 11 question?<br>459 12 A. Yes.<br>459 13 Q. And I think you said, no, no one sent me<br>459 14 the memo, right?<br>459 15 A. Correct.<br>459 16 Q. But if the issue in the memo, the central<br>459 17 issue in the memo was that for some people folding<br>459 18 back the flanges could benefit them to get a good<br>459 19 fit, that was information you already had, right?<br>459 20 MR. BUCHANAN: Objection to form.<br>459 21 Misstates the document.<br>460 1 THE WITNESS: Yes.<br>460 2 MR. BUCHANAN: Foundation.<br>460 3 THE WITNESS: Depending on when that<br>460 4 information was made available. I was made aware<br>460 5 of it in 2001 or thereabouts. | Re: [459:6-460:5]<br>Plt Objection - 602; 611;<br>miststates the document | Re: [459:6-460:5]<br>Plt Objection - 602; 611;<br>miststates the document<br>**OVERRULED** | Re: [459:6-460:12]<br>Improper counter designation;<br>FRE 402/403; foundation; scope;<br>conjecture; speculation; 701/702<br>improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 18, 21. | **SUSTAINED** |
| **460:7 - 460:12   Merkley, John 2-26-2020**<br>460 7 Q. Okay. But as of 2001, information that<br>460 8 for some people they could benefit by folding back<br>460 9 the flanges on the opposite side of the plug, you | | | Re: [459:6-460:12]<br>Improper counter designation;<br>FRE 402/403; foundation; scope;<br>conjecture; speculation; 701/702 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 460 10   had that information as of 2001?<br>460 11   MR. BUCHANAN:  Objection to form.<br>460 12   THE WITNESS:  Yes. | | | improper opinion testimony;<br>scope; 802. Plaintiffs MIL #1, 2,<br>15,16, 17, 18, 21. | |
| **481:7 - 481:9   Merkley, John 2-26-2020**<br>481 7     Q.   If the company had manipulated testing<br>481 8     for the Combat Arms, is that something you'd want<br>481 9     to know? | Re: [481:7-482:15]<br>Def Objection - Misstates,<br>Argumentative (611, 403) | Re: [481:7-<br>482:15]<br>Def Objection -<br>Misstates,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **481:11 - 481:14   Merkley, John 2-26-2020**<br>481 11   THE WITNESS:  Yes.<br>481 12   BY MR. BUCHANAN:<br>481 13   Q.   And you'd want to know early enough to<br>481 14   make a difference in a decision to use it, right? | Re: [481:7-482:15]<br>Def Objection - Misstates,<br>Argumentative (611, 403) | Re: [481:7-<br>482:15]<br>Def Objection -<br>Misstates,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **481:16 - 481:19   Merkley, John 2-26-2020**<br>481 16   THE WITNESS:  Yes.<br>481 17   BY MR. BUCHANAN:<br>481 18   Q.   Not 16 years later or 19 years later,<br>481 19   fair? | Re: [481:7-482:15]<br>Def Objection - Misstates,<br>Argumentative (611, 403) | Re: [481:7-<br>482:15]<br>Def Objection -<br>Misstates,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **481:21 - 482:6   Merkley, John 2-26-2020**<br>481 21   THE WITNESS:  Sure.  Fair.<br>482 1     BY MR. BUCHANAN:<br>482 2     Q.   I take it the first you learned about<br>482 3     this issue with manipulating testing or<br>482 4     misrepresenting test results is in connection with<br>482 5     your role in the litigation at this point; is that<br>482 6     fair? | Re: [481:7-482:15]<br>Def Objection - Misstates,<br>Argumentative (611, 403) | Re: [481:7-<br>482:15]<br>Def Objection -<br>Misstates,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **482:8 - 482:13   Merkley, John 2-26-2020**<br>482 8     THE WITNESS:  Yes.<br>482 9     BY MR. BUCHANAN:<br>482 10   Q.   That had not been shared with you by<br>482 11   anybody at 3M at any point from 2000 until the time<br>482 12   you got involved on behalf of the Army in this<br>482 13   litigation, fair? | Re: [481:7-482:15]<br>Def Objection - Misstates,<br>Argumentative (611, 403) | Re: [481:7-<br>482:15]<br>Def Objection -<br>Misstates,<br>Argumentative<br>(611, 403)<br>**OVERRULED** | | |
| **482:15 - 482:15   Merkley, John 2-26-2020**<br>482 15   THE WITNESS:  Yes. | Re: [481:7-482:15]<br>Def Objection - Misstates,<br>Argumentative (611, 403) | Re: [481:7-<br>482:15]<br>Def Objection - | | |

| | | Misstates, Argumentative (611, 403) OVERRULED | | |
|---|---|---|---|---|
| **482:17 - 484:14   Merkley, John 2-26-2020** | | | Re: [484:13-484:16] -602 | SUSTAINED as to 483:19-21; 484:9-16. Otherwise OVERRULED. |
| 482 17     Q.  I'll pass to you, sir, I'm sorry, P1521. | | | | |
| 482 18     There were a lot of questions about your awareness | | | | |
| 482 19     of any evidence that showed a problem or didn't | | | | |
| 482 20     show a problem with the Combat Arms. | | | | |
| 482 21     This is a memorandum that was produced to | | | | |
| 483 1     us by the government in the last few weeks.  It's | | | | |
| 483 2     from the Department of the Air Force Headquarters, | | | | |
| 483 3     United States Air Force, Washington, D.C., from COL | | | | |
| 483 4     J. Vietas, do you see that, sir? | | | | |
| 483 5     A.  Yes. | | | | |
| 483 6     Q.  Do you know him? | | | | |
| 483 7     A.  I don't. | | | | |
| 483 8     Q.  Okay.  It talks about subject removal of | | | | |
| 483 9     3M dual-ended Combat Arms Earplugs from inventory, | | | | |
| 483 10     and he identifies a national item identification | | | | |
| 483 11     number, do you see that, sir? | | | | |
| 483 12     A.  Yes. | | | | |
| 483 13     Q.  Okay.  It says, please verify with all | | | | |
| 483 14     shops on the Hearing Conservation Program and all | | | | |
| 483 15     shops that use hearing protection that any 3M | | | | |
| 483 16     dual-ended Combat earplugs are not being used for | | | | |
| 483 17     hearing protection purposes, do you see that, sir? | | | | |
| 483 18     A.  Yes. | | | | |
| 483 19     Q.  These earplugs were found to be | | | | |
| 483 20     defective, do you see that, sir? | | | | |
| 483 21     A.  Yes. | | | | |
| 484 1     Q.  The Air Force stopped purchasing these | | | | |
| 484 2     items from 3M in 2016; however, inventory may | | | | |
| 484 3     remain.  Did I read that correctly? | | | | |
| 484 4     A.  Yes. | | | | |
| 484 5     Q.  Had you seen this before? | | | | |
| 484 6     A.  I believe I have seen it.  I -- I don't | | | | |
| 484 7     recall when I -- it actually came to me, | | | | |
| 484 8     but -- | | | | |
| 484 9     Q.  Okay.  And were you part of the process | | | | |
| 484 10     through which they were found to be defective by | | | | |
| 484 11     the airport -- by the Air Force? | | | | |

| | | | | |
|---|---|---|---|---|
| 484 12   A.  No.  No.<br>484 13   Q.  Fair to say that determination was<br>484 14   reached independent of you? | | | | |
| **484:16 - 484:16   Merkley, John 2-26-2020**<br>484 16   THE WITNESS:  Yes. | | | Re: [484:13-484:16]<br>-602 | **SUSTAINED** |
| **487:7 - 488:1   Merkley, John 2-26-2020**<br>487 7   Q.  Would it surprise you, sir, if maybe you<br>487 8   have more experience than the average soldier in<br>487 9   discerning --<br>487 10   A.  No, it wouldn't surprise me that I have<br>487 11   more experience.<br>487 12   Q.  And, perhaps, more knowledge into whether<br>487 13   loosening is detectable or not?<br>487 14   MR. WASDIN:  Objection to form and<br>487 15   foundation.<br>487 16   THE WITNESS:  Well, I don't -- I don't<br>487 17   know about that.  I -- I wouldn't say that I have<br>487 18   more knowledge on determining loosening, because<br>487 19   once you've experienced a good fit and -- and<br>487 20   you're not getting the -- the same attenuation,<br>487 21   generally, you know it's -- there's -- there's an<br>488 1   issue, and it just needs to be reseated. | | | Re: [487:7-488:1]<br>Improper counter designation;<br>FRE 402/403; foundation; scope;<br>conjecture; speculation; 602;<br>701/702 improper opinion<br>testimony;  scope; 802. Plaintiffs<br>MIL #1, 2, 15,16, 17, 18, 21. | **SUSTAINED** |
| **495:13 - 495:14   Merkley, John 2-26-2020**<br>495 13   MR. BUCHANAN:  Thank you.  I have no<br>495 14   further questions. | | | | |

# Ohlin, Douglas 4-24-2013 (Moldex)

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **6:7 - 6:10   Ohlin, Douglas 4-24-2013**<br>6 7    Q.   Good morning.  Please state your full<br>6 8    name and spell it for the record.<br>6 9    A.   Douglas Warren Ohlin.  D-O-U-G-L-A-S,<br>6 10    W-A-R-R-E-N, O-H-L-I-N. | | | **Re: [6:7-6:10]**<br>Global Objection to all<br>designations in this transcript<br>subject to resolution of defendant's<br>objections to all Moldex transcripts | **OVERRULED** |
| **8:13 - 8:21   Ohlin, Douglas 4-24-2013**<br>8 13    So let's begin a little bit with your<br>8 14    personal background.<br>8 15    You attended college, I assume?<br>8 16    A.   Uh-huh.<br>8 17    Q.   And where --<br>8 18    A.   Yes, I did.<br>8 19    Q.   And where was that?<br>8 20    A.   I attended Catonsville Community College,<br>8 21    Towson State College, and Ohio State. | | | **Re: [8:13-8:21]**<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| **10:13 - 10:22   Ohlin, Douglas 4-24-2013**<br>10 13    Q.   What did degree did you receive from<br>10 14    Towson State?<br>10 15    A.   A BS degree.<br>10 16    Q.   In what?<br>10 17    A.   Bachelor of science in speech pathology.<br>10 18    Q.   What does the speech pathology program<br>10 19    entail at Towson State?<br>10 20    A.   At that time, it -- the concentration at<br>10 21    that time was on articulation problems of children<br>10 22    stuttering. | | | **Re: [10:13-10:22]**<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| **12:23 - 13:8   Ohlin, Douglas 4-24-2013**<br>12 23    Q.   So in 1967, the fall, you said you began<br>12 24    at Ohio State?<br>12 25    A.   Uh-huh.<br>13 1    Q.   And what program was that?<br>13 2    A.   Speech and hearing science.<br>13 3    Q.   Did you -- did you graduate from that<br>13 4    program?<br>13 5    A.   Yeah, I got a master's and I followed up<br>13 6    with a Ph.D.<br>13 7    Q.   When did you receive your master's?<br>13 8    A.   '69. | | | | |
| **13:12 - 13:14   Ohlin, Douglas 4-24-2013**<br>13 12    Q.   And when did you receive your -- your | | | **Re: [13:12-13:14]**<br>Improper designation, 401/402 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 13 13 Ph.D.?<br>16:14 A. 1972. | | | | |
| **16:6 - 16:11** **Ohlin, Douglas 4-24-2013**<br>16 6 BY MR. HILL:<br>16 7 Q. Well, what aspects of your dissertation<br>16 8 related to hearing?<br>16 9 A. Well, they had to hear the stop<br>16 10 consonants, and they had to be able to distinguish<br>16 11 between 'em. | | | **Re: [16:3-16:11]**<br>Improper designation, 401/402 | **SUSTAINED** |
| **16:25 - 17:7** **Ohlin, Douglas 4-24-2013**<br>16 25 Q. Did -- did you take any classes -- did<br>17 1 you take any classes after you received your master's,<br>17 2 while working on your Ph.D., related to hearing<br>17 3 generally?<br>17 4 A. Yes.<br>17 5 Q. And what classes were those?<br>17 6 A. We had -- we had some hearing<br>17 7 conservation. | | | **Re: [16:25-17:7]**<br>Improper designation | **SUSTAINED** |
| **19:8 - 19:12** **Ohlin, Douglas 4-24-2013**<br>19 8 Q. So was this your first job after<br>19 9 receiving your Ph.D., then?<br>19 10 A. I worked for a year in the public school<br>19 11 system as the audiologist of the Columbus Public<br>19 12 School System. | | | **Re: [19:8-19:12]**<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| **20:5 - 20:6** **Ohlin, Douglas 4-24-2013**<br>20 5 Q. During your time with the government,<br>20 6 were you ever not a civilian employee? | | | **Re: [20:5-20:6]**<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| **20:8 - 21:24** **Ohlin, Douglas 4-24-2013**<br>20 8 A. I spent three years in the Navy. Is that<br>20 9 what you're talking about?<br>20 10 BY MR. HILL:<br>20 11 Q. Yeah, when -- when was that?<br>20 12 A. That was upon graduation from high<br>20 13 school.<br>20 14 Q. And what time -- when was that?<br>20 15 A. That was 1959 to 1962.<br>20 16 Q. What did you do in the Navy?<br>20 17 A. I was on the honor guard detail in<br>20 18 Washington, D.C., for the first part of my tour and<br>20 19 second part of my tour I was on a submarine rescue<br>20 20 vessel out of New London, Connecticut.<br>20 21 Q. Did those duties have anything to do with | | | **Re: [20:8-21:24]**<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 20 22 | hearing protection? | | | |
| 20 23 | A.   No. | | | |
| 20 24 | Q.   Had anything to do with audiology? | | | |
| 20 25 | A.   No, but -- no. | | | |
| 21 1 | Q.   "No, but"? | | | |
| 21 2 | A.   Well, I lost some hearing in the Navy. | | | |
| 21 3 | Q.   Oh. | | | |
| 21 4 | A.   I wish I had known about hearing | | | |
| 21 5 | protection. | | | |
| 21 6 | Q.   So now we are in -- in 1972, July 3rd, | | | |
| 21 7 | you become a audiologist for the Army.  Is there a | | | |
| 21 8 | reason you remember that date so specific? | | | |
| 21 9 | A.   Yeah, she -- the gal got me in just | | | |
| 21 10 | before the 4th of July so I could have a paid holiday. | | | |
| 21 11 | I thought it was pretty nice of her. | | | |
| 21 12 | Q.   What -- what were your responsibilities | | | |
| 21 13 | as an audiologist at that time? | | | |
| 21 14 | A.   When I was hired? | | | |
| 21 15 | Q.   Yes. | | | |
| 21 16 | A.   A lot of it was learning about the | | | |
| 21 17 | military, the Army, and the basics of military hearing | | | |
| 21 18 | conservation. | | | |
| 21 19 | Q.   So, now, how long do you have that title? | | | |
| 21 20 | A.   I was -- I think I was made program | | | |
| 21 21 | manager in about 1987, as I recall.  I'm not clear on | | | |
| 21 22 | -- on the date. | | | |
| 21 23 | Q.   So we're talking approximately 15 years? | | | |
| 21 24 | A.   Uh-huh. | | | |
| **22:2 - 22:2** | **Ohlin, Douglas 4-24-2013** | | **Re: [22:2-22:2]** | **SUSTAINED** |
| 22 2 | THE WITNESS:  Yes. | | Improper designation, 401/402, 403 | |
| **22:11 - 22:16** | **Ohlin, Douglas 4-24-2013** | | | |
| 22 11 | Q.   So you -- you said that when you joined | | | |
| 22 12 | you joined as an audiologist. | | | |
| 22 13 | A.   Yeah. | | | |
| 22 14 | Q.   And then in 1987, you believe you were | | | |
| 22 15 | made a program manager. | | | |
| 22 16 | A.   Uh-huh. | | | |
| **23:14 - 23:15** | **Ohlin, Douglas 4-24-2013** | | | |
| 23 14 | Q.   How were you trying to prevent hearing | | | |
| 23 15 | loss at the Army? | | | |

| | | | | |
|---|---|---|---|---|
| **23:17 - 23:25   Ohlin, Douglas 4-24-2013** | | | | |
| 23 17    A.   We were trying to educate people as to<br>23 18    what the hazards were.  We were trying to get the<br>23 19    right hearing protectors on the -- on the individuals;<br>23 20    ensure that they knew how to use them.  We were<br>23 21    monitoring their hearing.  We were encouraging<br>23 22    engineering control measures out in the field, trying<br>23 23    to identify places where it might be feasible.  We<br>23 24    were monitoring the posting of hazards.  We were<br>23 25    developing health education materials. | | | | |
| **24:1 - 24:9   Ohlin, Douglas 4-24-2013** | | | | |
| 24 1    BY MR. HILL:<br>24 2    Q.   And when you say you were trying to get<br>24 3    "the right hearing protectors," what do you mean by<br>24 4    that?<br>24 5    A.   Well, you -- you don't want to<br>24 6    overprotect them.  You don't want 'em to be wearing<br>24 7    double hearing protection in -- in instances where<br>24 8    they might be too isolated and might pose a<br>24 9    communication issue. | | | | |
| **25:9 - 25:17   Ohlin, Douglas 4-24-2013** | | | Re: [25:9-25:17]<br>Improper designation | **SUSTAINED** |
| 25 9    Q.   You said that you also were encouraging<br>25 10    engineering control measures.  What do you mean by<br>25 11    that?<br>25 12    A.   Well, if you can engineer out the noise,<br>25 13    you don't have to have a hearing conservation program.<br>25 14    That's the ultimate.  But we can't make a quiet tank<br>25 15    or a quiet 155 Howitzer, so we were stuck with most of<br>25 16    the noise.  Sometimes in the industrial environment,<br>25 17    you saw something that looked feasible. | | | | |
| **26:8 - 26:16   Ohlin, Douglas 4-24-2013** | | | Re: [26:8-26:16]<br>Improper designation, 401/402 | **SUSTAINED** |
| 26 8    Q.   You had mentioned that when you were<br>26 9    hired, it was the U.S. Army Environmental Hygiene<br>26 10    Agency.<br>26 11    A.   Uh-huh.<br>26 12    Q.   Did that organization change its name?<br>26 13    A.   Yeah.  It morphed -- they expanded their<br>26 14    mission, and it became the U.S. Army Center for Health<br>26 15    Promotion and Preventive Medicine.  And after I left,<br>26 16    they changed again. | | | | |
| **28:12 - 28:14   Ohlin, Douglas 4-24-2013** | | | | |
| 28 12    Q.   Were you more involved with creating | | | | |

| | | | | |
|---|---|---|---|---|
| 28 13    specifications for hearing protection products? | | | | |
| 28 14         A.   I -- | | | | |
| **28:16 - 28:16   Ohlin, Douglas 4-24-2013** | | | | |
| 28 16         A.   -- did not create specifications. | | | | |
| **30:19 - 31:1   Ohlin, Douglas 4-24-2013** | | | **Re: [30:19-31:1]**<br>Improper designation | **OVERRULED** |
| 30 19         Q.   Were people who were working for you | | | | |
| 30 20    providing input into the specifications? | | | | |
| 30 21         A.   It was a group effort sometimes.  When | | | | |
| 30 22    something came in, it was passed -- passed around. | | | | |
| 30 23    Everybody would get a chop on it. | | | | |
| 30 24         Q.   And who -- who was providing the input in | | | | |
| 30 25    addition to yourself? | | | | |
| 31 1          A.   Other staff members. | | | | |
| **31:6 - 31:13   Ohlin, Douglas 4-24-2013** | | | | |
| 31 6          Q.   How long were -- how long were you | | | | |
| 31 7     program manager? | | | | |
| 31 8          A.   Up to -- up to June 2007. | | | | |
| 31 9          Q.   What happened in June 2007? | | | | |
| 31 10         A.   I retired. | | | | |
| 31 11         Q.   And did you have a job after that? | | | | |
| 31 12         A.   I was hired by Aearo.  I think my first | | | | |
| 31 13    labor invoice was October of that year. | | | | |
| **31:15 - 31:18   Ohlin, Douglas 4-24-2013** | | | | |
| 31 15    So you were talking about earplug specs | | | | |
| 31 16    from medical command.  What years are you talking | | | | |
| 31 17    about? | | | | |
| 31 18         A.   I don't recall. | | | | |
| **54:11 - 54:14   Ohlin, Douglas 4-24-2013** | | | **Re: [54:11-54:14]**<br>Improper designation | **SUSTAINED** |
| 54 11         Q.   Dr. Ohlin, did your department track | | | | |
| 54 12    soldier hearing loss and correlate it with specific | | | | |
| 54 13    hearing protectors? | | | | |
| 54 14         A.   We tried to do that, yeah. | | | | |
| **60:8 - 60:11   Ohlin, Douglas 4-24-2013** | | | | |
| 60 8          Q.   Earlier you had said you tried to | | | | |
| 60 9     correlate different hearing protectors to the hearing | | | | |
| 60 10    loss of soldiers.  Did you succeed? | | | | |
| 60 11         A.   Not very well. | | | | |
| **60:14 - 60:24   Ohlin, Douglas 4-24-2013** | | | | |
| 60 14         Q.   When you say "not very well," what do you | | | | |
| 60 15    mean? | | | | |
| 60 16         A.   Well, there's a -- there turned out to be | | | | |
| 60 17    a little bit of a difference between type issued and | | | | |

| | | | | |
|---|---|---|---|---|
| 60 18<br>60 19<br>60 20<br>60 21<br>60 22<br>60 23<br>60 24 | type used and had some trouble pinning that down<br>sometimes.<br>Q.   What -- what is the difference you just<br>referred to?<br>A.   Well, you may issue someone a particular<br>earplug in the clinic, but out in the field, they may<br>choose to use something else. | | | |
| **61:5 - 61:7**   **Ohlin, Douglas 4-24-2013**<br>61 5<br>61 6<br>61 7 | BY MR. HILL:<br>Q.   Do you recall which products were<br>tracked? | | | **EXCLUDED** |
| **61:10 - 61:20**   **Ohlin, Douglas 4-24-2013**<br>61 10<br>61 11<br>61 12<br>61 13<br>61 14<br>61 15<br>61 16<br>61 17<br>61 18<br>61 19<br>61 20 | A.   It would be the -- the hearing protectors<br>listed on the audiogram.<br>BY MR. HILL:<br>Q.   And which would those have been?<br>A.   I'm not gonna remember 'em all, but there<br>was helmets, the aviator's helmet, the tanker's<br>helmet, the comfit triple flange, the V-51-R foam<br>plug.  That might have just been a generic disposable.<br>And eventually, the Combat Arms Earplug made it onto<br>the forum too and the -- and, of course, there's<br>always the other. | | Re: [61:10-61:20]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| **62:1 - 62:5**   **Ohlin, Douglas 4-24-2013**<br>62 1<br>62 2<br>62 3<br>62 4<br>62 5 | When you say the helmets, like the<br>helmets, tanker's helmet, what do you mean by that?<br>A.   CVC helmet.  It had a head bump<br>protection and a built-in hearing protector, and it<br>was sized. | | Re: [62:1-62:5]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| **64:17 - 64:24**   **Ohlin, Douglas 4-24-2013**<br>64 17<br>64 18<br>64 19<br>64 20<br>64 21<br>64 22<br>64 23<br>64 24 | Q.   Now, the muff products that you were<br>talking about that were their own category, that is,<br>the ones not part of the hearing, were those passive<br>muffs?<br>A.   Yeah.<br>Q.   Were those all passive muffs?<br>A.   As far as -- yeah, the -- yeah.<br>Q.   Did this study reach any conclusions? | | Re: [64:17-64:24]<br>Improper designation, 401/402 | **SUSTAINED** |
| **65:2 - 65:5**   **Ohlin, Douglas 4-24-2013**<br>65 2<br>65 3 | A.   It wasn't a study.  It just -- ran the<br>program a couple times to see if we could -- see if we | | Re: [65:2-65:5]<br>Improper designation, 401/402 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 65 4 | could get anything out of it.  I didn't trust the | | | |
| 65 5 | data. | | | |
| **65:7 - 65:20** | **Ohlin, Douglas 4-24-2013** | | | **Re: [65:7-65:20]** | **SUSTAINED** |
| 65 7 | Q.   And why didn't you trust the data? | | | Relevance, 403 |
| 65 8 | A.   Because there was an apparent difference | | | |
| 65 9 | between type issued and type used. | | | |
| 65 10 | Q.   And when you say that, what -- what do | | | |
| 65 11 | you mean? | | | |
| 65 12 | A.   Like I said before, they might be issued | | | |
| 65 13 | something in the clinic, but they may be using | | | |
| 65 14 | something entirely different out in the field.  You | | | |
| 65 15 | couldn't always know. | | | |
| 65 16 | Q.   You mean a totally different product in | | | |
| 65 17 | the field? | | | |
| 65 18 | A.   (Shook head.) | | | |
| 65 19 | Q.   Is that a "yes"? | | | |
| 65 20 | A.   Yes. | | | |
| **67:9 - 67:11** | **Ohlin, Douglas 4-24-2013** | | | **Re: [67:9-67:11]** | **SUSTAINED** |
| 67 9 | Q.   Do you recall any products that were | | | Improper designation |
| 67 10 | being used in the field that were different than what | | | |
| 67 11 | was issued? | | | |
| **67:14 - 67:20** | **Ohlin, Douglas 4-24-2013** | | | **Re: [67:14-67:20]** | **SUSTAINED** |
| 67 14 | A.   Sometimes we'd see custom molded plugs | | | Improper designation |
| 67 15 | out there.  Although we approved them for cases where | | | |
| 67 16 | people couldn't be fitted with anything else, some | | | |
| 67 17 | units would take it upon themselves to get everybody | | | |
| 67 18 | custom molded plugs, which was a -- if they had the | | | |
| 67 19 | money, fine, but it was kind of cost prohibitive and | | | |
| 67 20 | we didn't see any. | | | |
| **74:20 - 74:22** | **Ohlin, Douglas 4-24-2013** | | | | |
| 74 20 | Q.   Did you have a particular -- did you have | | | |
| 74 21 | contacts at the different vendors who you worked with | | | |
| 74 22 | while you were at the military? | | | |
| **75:1 - 75:2** | **Ohlin, Douglas 4-24-2013** | | | | |
| 75 1 | Q.   That is, were there people who you | | | |
| 75 2 | interfaced with at the various vendors? | | | |
| **75:5 - 75:13** | **Ohlin, Douglas 4-24-2013** | **Re: [75:5-75:17]** | **Re: [75:5-** | |
| 75 5 | A.   I went to -- I had two primary sources | Def Objection - Incomplete (611, | 75:17] | |
| 75 6 | for technical information: One was Elliott Berger at | 403) | Def Objection - | |
| 75 7 | Aearo and the other was Dr. Paul Michael at Penn | | Incomplete | |
| 75 8 | State.  Early in my career, I depended on them for a | | (611, 403) | |
| 75 9 | lot of technical input. | | **OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| 75 10 | BY MR. HILL: | | | |
| 75 11 | Q.   When you say "technical input," what do | | | |
| 75 12 | you mean? | | | |
| 75 13 | A.   Things -- things I didn't know. | | | |
| **75:19 - 76:6** | **Ohlin, Douglas 4-24-2013** | Re: [76:5-76:9] | Re: [76:5-76:9] | |
| 75 19 | Q.   And when did you first meet Elliott | Def Objection - Foundation (602); | Def Objection - Foundation | |
| 75 20 | Berger? | Misstates (611, 403) | (602); Misstates | |
| 75 21 | A.   I don't recall. | | (611, 403) | |
| 75 22 | Q.   But he was still at -- let -- as a | | **OVERRULED** | |
| 75 23 | threshold matter, the pronunciation of A-E-A-R-O, | | | |
| 75 24 | that's Aearo; is that right?  Or how -- is that Aearo | | | |
| 75 25 | Company? | | | |
| 76 1 | A.   That sounds right to me.  I don't know. | | | |
| 76 2 | Q.   Okay.  So I may -- I may say Aearo, just | | | |
| 76 3 | 'cause that's how I've always thought of it.  I mean, | | | |
| 76 4 | I think what you're talking about is Aearo. | | | |
| 76 5 | So you're saying that Elliott Berger was | | | |
| 76 6 | at Aearo when you first met him? | | | |
| **76:9 - 76:18** | **Ohlin, Douglas 4-24-2013** | Re: [76:5-76:9] | Re: [76:5-76:9] | |
| 76 9 | A.   Yes. | Def Objection - Foundation (602); | Def Objection - Foundation | |
| 76 10 | BY MR. HILL: | Misstates (611, 403) | (602); Misstates | |
| 76 11 | Q.   But you don't recall when you first -- | | (611, 403) | |
| 76 12 | A.   No. | | **OVERRULED** | |
| 76 13 | Q.   -- met him? | | | |
| 76 14 | A.   No, no. | | | |
| 76 15 | Q.   Was it before you were a program manager? | | | |
| 76 16 | A.   Yes, I believe it was. | | | |
| 76 17 | Q.   So that would be prior to 1986? | | | |
| 76 18 | A.   1987. | | | |
| **76:19 - 76:20** | **Ohlin, Douglas 4-24-2013** | | | |
| 76 19 | Q.   1987.  Prior to 1987. | | | |
| 76 20 | A.   If that date is correct. | | | |
| **77:9 - 77:18** | **Ohlin, Douglas 4-24-2013** | | | |
| 77 9 | Q.   Other than Mr. Berger, was there anyone | | | |
| 77 10 | else at Aearo who you would speak to? | | | |
| 77 11 | A.   No. | | | |
| 77 12 | Q.   What about Doug Moses? | | | |
| 77 13 | A.   Oh.  Yeah.  What time frames are -- are | | | |
| 77 14 | we talking about now? | | | |
| 77 15 | Q.   Any -- any time frame during your -- your | | | |
| 77 16 | time working for the military. | | | |

| | | | | |
|---|---|---|---|---|
| 77 17<br>77 18 | A.   Okay.  Yeah, Doug -- Doug Moses, I met<br>him at the -- at conferences. | | | |
| **80:1 - 80:3** | **Ohlin, Douglas 4-24-2013** | | **Re: [80:1-80:3]** | **OVERRULED** |
| 80 1<br>80 2<br>80 3 | BY MR. HILL:<br>Q.   Do you recall generally what you talked<br>about with him? | | Improper designation | |
| **80:5 - 80:6** | **Ohlin, Douglas 4-24-2013** | | **Re: [80:5-80:6]** | **OVERRULED** |
| 80 5<br>80 6 | A.   Generally would be in the area of hearing<br>protection. | | Improper designation | |
| **80:21 - 80:25** | **Ohlin, Douglas 4-24-2013** | | | |
| 80 21<br>80 22<br>80 23<br>80 24<br>80 25 | Q.   Did you ever speak to Mr. Berger about<br>the Combat Arms Earplug?<br>A.   Yes.<br>Q.   And what did you talk to him about that<br>product? | | | |
| **81:2 - 81:7** | **Ohlin, Douglas 4-24-2013** | | | |
| 81 2<br>81 3<br>81 4<br>81 5<br>81 6<br>81 7 | A.   I don't remember the specifics of the<br>conversation, but it had to do with the filter that<br>was being developed by Dr. Armand Dancer and his<br>colleagues at the French-German Institute.<br>BY MR. HILL:<br>Q.   What about the filter? | | | |
| **81:9 - 81:10** | **Ohlin, Douglas 4-24-2013** | | | |
| 81 9<br>81 10 | A.   That they had come up with a -- a filter<br>that could function as a non-linear hearing protector. | | | |
| **81:21 - 81:22** | **Ohlin, Douglas 4-24-2013** | | | |
| 81 21<br>81 22 | Q.   What about Mr. Moses?  What did you speak<br>to him about when you were working for the military? | | | |
| **81:25 - 81:25** | **Ohlin, Douglas 4-24-2013** | | | |
| 81 25 | A.   The Combat Arms Earplug probably. | | | |
| **87:1 - 87:18** | **Ohlin, Douglas 4-24-2013** | | | |
| 87 1<br>87 2<br>87 3<br>87 4<br>87 5<br>87 6<br>87 7<br>87 8<br>87 9<br>87 10<br>87 11 | Q.   Did you later go to work for Aearo?<br>A.   Yes.<br>Q.   And when was that?<br>A.   First labor invoice was October of 2007.<br>Q.   Had you done work previous to October of<br>2007 for them?<br>A.   Did I work for 'em?<br>Q.   Yes.<br>A.   There was no -- I -- I met with them<br>before that, but to -- to sign a contract and -- and<br>be interviewed, but I don't remember -- | | | |

| | | | | |
|---|---|---|---|---|
| 87 12 | Q.   And what -- | | | |
| 87 13 | A.   -- specific dates. | | | |
| 87 14 | Q.   When did you meet with them? | | | |
| 87 15 | A.   They approached me and asked me if I was | | | |
| 87 16 | interested. | | | |
| 87 17 | Q.   When did they approach you? | | | |
| 87 18 | A.   I don't remember the specific dates. | | | |
| **87:19 - 87:24** | **Ohlin, Douglas 4-24-2013** | | | Re: [87:19-87:24] | **SUSTAINED** |
| 87 19 | Q.   Was it after you had told Mr. Berger | | | Improper designation, 401/402 | |
| 87 20 | about the -- | | | | |
| 87 21 | A.   It was after I retired. | | | | |
| 87 22 | Q.   But was it after you told Dr. Berger -- | | | | |
| 87 23 | or Mr. Berger about the -- Dr. Dancer's filter? | | | | |
| 87 24 | A.   That was in the early '90s. | | | | |
| **88:4 - 88:8** | **Ohlin, Douglas 4-24-2013** | Re: [88:7-88:8] | Re: [88:7-88:8] | | |
| 88 4 | Q.   And who approached you regarding working | Def Objection - Foundation (602); | Def Objection - | | |
| 88 5 | for Aearo? | Vague (611, 403) | Foundation | | |
| 88 6 | A.   Doug Moses. | | (602); Vague | | |
| 88 7 | Q.   And when did they -- what did they want | | (611, 403) | | |
| 88 8 | you to do for Aearo? | | **SUSTAINED** | | |
| **88:11 - 88:11** | **Ohlin, Douglas 4-24-2013** | | | | |
| 88 11 | A.   They wanted me to be a consultant. | | | | |
| **91:14 - 91:16** | **Ohlin, Douglas 4-24-2013** | | | Re: [91:12-91:16] | **OVERRULED** |
| 91 14 | Q.   Were you ever paid anything by Aearo | | | Improper designation | |
| 91 15 | while you were working for the military? | | | | |
| 91 16 | A.   No. | | | | |
| **91:17 - 92:1** | **Ohlin, Douglas 4-24-2013** | | | | |
| 91 17 | Q.   Did Aearo give you samples of products | | | | |
| 91 18 | while you were working for the military? | | | | |
| 91 19 | A.   Yes. | | | | |
| 91 20 | Q.   Which -- which products? | | | | |
| 91 21 | A.   Foam plugs. | | | | |
| 91 22 | Q.   Anything else? | | | | |
| 91 23 | A.   While I was working for the military? | | | | |
| 91 24 | Q.   Yes. | | | | |
| 91 25 | A.   I don't recall anything other than the | | | | |
| 92 1 | foam plugs. | | | | |
| **92:2 - 92:3** | **Ohlin, Douglas 4-24-2013** | | | Re: [92:2-92:3] | **OVERRULED** |
| 92 2 | Q.   Did Aearo give you anything else during | | | Improper designation | |
| 92 3 | your time in the military? | | | | |
| **92:6 - 92:9** | **Ohlin, Douglas 4-24-2013** | | | Re: [92:6-92:9] | **OVERRULED** |
| 92 6 | A.   No. | | | Improper designation | |

| | | | | |
|---|---|---|---|---|
| 92 7<br>92 8<br>92 9 | BY MR. HILL:<br>Q.   Did Aearo make any promises to you during<br>your time when you were working in the military? | | | |
| **92:11 - 92:11**   **Ohlin, Douglas 4-24-2013**<br>92 11 | A.   No. | | | **Re: [92:11-92:11]**<br>Improper designation | **OVERRULED** |
| **93:1 - 93:9**   **Ohlin, Douglas 4-24-2013**<br>93 1<br>93 2<br>93 3<br>93 4<br>93 5<br>93 6<br>93 7<br>93 8<br>93 9 | Q.   Did you ever have any communications with<br>Mr. Moses prior to that about your working for Aearo?<br>MR. MYERS:  Objection, vague, irrelevant.<br>A.   I don't recall.<br>BY MR. HILL:<br>Q.   Are you saying that you didn't or are you<br>saying --<br>A.   I don't -- I'm not -- I -- I don't<br>recall. | **Re: [93:1-93:9]**<br>Plt Objection - Improper<br>designation | **Re: [93:1-93:9]**<br>Plt Objection -<br>Atty Colloquy<br>(Objection);<br>Foundation;<br>Speculative<br>**SUSTAINED** | |
| **94:1 - 94:14**   **Ohlin, Douglas 4-24-2013**<br>94 1<br>94 2<br>94 3<br>94 4<br>94 5<br>94 6<br>94 7<br>94 8<br>94 9<br>94 10<br>94 11<br>94 12<br>94 13<br>94 14 | Q.   How long was the gap between when you<br>stopped working for the military and began working for<br>Aearo?<br>A.   Retired first week of June 2007; the<br>first labor invoice I submitted was for October of --<br>of that year.<br>Q.   When did you -- when did you technically<br>get the -- let me take a step back.<br>Did you say that you had signed a<br>contract prior to October?<br>A.   Yes.<br>Q.   And when was that?<br>A.   I don't recall.<br>Q.   But sometime between June and October? | | | **Re: [94:1-94:14]**<br>Relevance, 403 | **OVERRULED** |
| **94:17 - 94:21**   **Ohlin, Douglas 4-24-2013**<br>94 17<br>94 18<br>94 19<br>94 20<br>94 21 | A.   Yes.<br>BY MR. HILL:<br>Q.   Was a contract signed before you had left<br>the employment of the military?<br>A.   No. | | | **Re: [94:17-94:21]**<br>Improper designation | **OVERRULED** |
| **96:18 - 96:20**   **Ohlin, Douglas 4-24-2013**<br>96 18<br>96 19<br>96 20 | Q.   So what was the -- what was the scope of<br>your relationship with Aearo when you were hired on in<br>2007? | | | | |
| **96:23 - 96:25**   **Ohlin, Douglas 4-24-2013**<br>96 23 | A.   I was expected to attend conferences, | | | | |

| | | | | |
|---|---|---|---|---|
| 96 24 | give papers, write articles, review instructional | | | |
| 96 25 | materials for their hearing protectors. | | | |
| **106:1 - 106:4** | **Ohlin, Douglas 4-24-2013** | | Re: [106:1-106:4]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 106 1 | BY MR. HILL: | | | |
| 106 2 | Q.   So in the course of your work for 3M, | | | |
| 106 3 | have you ever reached out to people to get information | | | |
| 106 4 | for 3M about Moldex products? | | | |
| **106:6 - 106:6** | **Ohlin, Douglas 4-24-2013** | | Re: [106:6-106:6]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 106 6 | A.   Yes. | | | |
| **106:8 - 106:17** | **Ohlin, Douglas 4-24-2013** | | Re: [106:8-106:20]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 106 8 | A.   Yes. | | | |
| 106 9 | BY MR. HILL: | | | |
| 106 10 | Q.   Which people? | | | |
| 106 11 | A.   I -- I asked Colonel Tuten if she knew | | | |
| 106 12 | there was a stock number.  I asked if they had stock | | | |
| 106 13 | numbers, they had part numbers.  And I asked Colonel | | | |
| 106 14 | Grantham the same question.  I could have gone to | | | |
| 106 15 | logistics sources, but I didn't know what they were, | | | |
| 106 16 | and this was a faster way for me to do it.  It was | | | |
| 106 17 | public information, so... | | | |
| **109:4 - 109:6** | **Ohlin, Douglas 4-24-2013** | | Re: [109:4-109:6]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 109 4 | BY MR. HILL: | | | |
| 109 5 | Q.   Now, when you say you "felt comfortable," | | | |
| 109 6 | what do you mean by that? | | | |
| **109:8 - 109:15** | **Ohlin, Douglas 4-24-2013** | | Re: [109:8-109:15]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 109 8 | A.   I thought it was public information, and | | | |
| 109 9 | I thought that the attorney at -- okay.  Was being the | | | |
| 109 10 | usual -- | | | |
| 109 11 | THE COURT REPORTER:  What?  At where? | | | |
| 109 12 | A.   It was -- now they changed the name.  But | | | |
| 109 13 | at the U.S. Army Public Health Command, was being a | | | |
| 109 14 | little overzealous.  I had worked with him before, and | | | |
| 109 15 | I knew how he operated.  He just lived to say no. | | | |
| **110:1 - 110:3** | **Ohlin, Douglas 4-24-2013** | | Re: [110:1-110:3]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 110 1 | Q.   Did you tell Colonel Tuten that you were | | | |
| 110 2 | not supposed to get that information from the | | | |
| 110 3 | military? | | | |
| **110:7 - 110:9** | **Ohlin, Douglas 4-24-2013** | | Re: [110:7-110:9]<br>Improper designation, 401/402,<br>403 | **SUSTAINED** |
| 110 7 | A.   I told her that Colonel Grantham had been | | | |
| 110 8 | advised not to talk to me.  Yes, I did -- I did tell | | | |
| 110 9 | her that. | | | |

Ohlin, Douglas 4-24-2013                                                                                                                    13

| | | | | |
|---|---|---|---|---|
| **110:11 - 110:12   Ohlin, Douglas 4-24-2013** | | | **Re: [110:11-110:12]** | **SUSTAINED** |
| 110 11      Q.   Did you tell Colonel Tuten that she could | | | Improper designation, 401/402, 403 | |
| 110 12      say that 3M was requesting this information? | | | | |
| **110:14 - 110:16   Ohlin, Douglas 4-24-2013** | | | **Re: [110:14-110:16]** | **SUSTAINED** |
| 110 14      A.   I don't remember that specific. | | | Improper designation, 401/402, 403 | |
| 110 15      BY MR. HILL: | | | | |
| 110 16      Q.   Do you remember generally? | | | | |
| **111:1 - 111:4   Ohlin, Douglas 4-24-2013** | | | **Re: [111:1-111:4]** | **SUSTAINED** |
| 111 1      Q.   Were you putting Colonel Tuten in a | | | Improper designation, 401/402, 403 | |
| 111 2      difficult position when you asked her for information | | | | |
| 111 3      after Colonel Grantham had been advised by legal | | | | |
| 111 4      counsel not to provide that information to 3M? | | | | |
| **111:7 - 111:8   Ohlin, Douglas 4-24-2013** | | | **Re: [111:7-111:8]** | **SUSTAINED** |
| 111 7      A.   I didn't think so because I thought it | | | Improper designation, 401/402, 403 | |
| 111 8      was public information. | | | | |
| **112:17 - 112:18   Ohlin, Douglas 4-24-2013** | | | **Re: [112:17-112:18]** | **SUSTAINED** |
| 112 17      Q.   So you thought it was public because of | | | Improper designation, 401/402, 403 | |
| 112 18      documents you didn't know anything about? | | | | |
| **112:21 - 113:3   Ohlin, Douglas 4-24-2013** | | | **Re: [112:21-113:3]** | **SUSTAINED** |
| 112 21      A.   I've never known NSNs to be confidential | | | Improper designation, 401/402, 403 | |
| 112 22      in -- in the past. | | | | |
| 112 23      BY MR. HILL: | | | | |
| 112 24      Q.   Did you ever ask if the military had | | | | |
| 112 25      ordered any Moldex products to Colonel Tuten? | | | | |
| 113 1      A.   I might have, but I don't recall | | | | |
| 113 2      specifically. | | | | |
| 113 3      Q.   Would that information have been public? | | | | |
| **113:6 - 113:14   Ohlin, Douglas 4-24-2013** | | | **Re: [113:6-113:14]** | **SUSTAINED** |
| 113 6      A.   I think government purchases, unless | | | Improper designation, 401/402, 403 | |
| 113 7      you're dealing with some kind of classified equipment, | | | | |
| 113 8      is generally open to the public. | | | | |
| 113 9      BY MR. HILL: | | | | |
| 113 10      Q.   Did you know specifically if the | | | | |
| 113 11      information you're saying was public actually was | | | | |
| 113 12      public when you made the request from -- to Colonel | | | | |
| 113 13      Tuten? | | | | |
| 113 14      A.   I assumed -- | | | | |
| **113:16 - 113:16   Ohlin, Douglas 4-24-2013** | | | **Re: [113:16-113:16]** | **SUSTAINED** |
| 113 16      A.   -- it was public. | | | Improper designation, 401/402, 403 | |

| | | | | |
|---|---|---|---|---|
| **113:19 - 113:19   Ohlin, Douglas 4-24-2013** | | | **Re: [113:19-113:19]** Improper designation, 401/402, 403 | **SUSTAINED** |
| 113 19       THE WITNESS:  I assumed it was public. | | | | |
| **116:3 - 116:5   Ohlin, Douglas 4-24-2013** | | | **Re: [116:3-116:5]** Improper designation | **SUSTAINED** |
| 116 3       Q.   Did you get the -- did you get the | | | | |
| 116 4       information you requested as a result of this e-mail? | | | | |
| 116 5       A.   I don't think so, no. | | | | |
| **117:13 - 117:17   Ohlin, Douglas 4-24-2013** | | | | |
| 117 13       Q.   Dr. Ohlin, direct -- directing your | | | | |
| 117 14       attention to Document 506 again, do you recall sending | | | | |
| 117 15       this e-mail? | | | | |
| 117 16       A.   Yes. | | | | |
| 117 17       Q.   And were you asked to send that e-mail? | | | | |
| **117:19 - 118:1   Ohlin, Douglas 4-24-2013** | | | | |
| 117 19       A.   I was asked not to send this specific | | | | |
| 117 20       e-mail, but I was asked if I could find out if there | | | | |
| 117 21       was a stock number on the BattlePlug. | | | | |
| 117 22       BY MR. HILL: | | | | |
| 117 23       Q.   And who asked you to do that? | | | | |
| 117 24       A.   Probably Doug Moses. | | | | |
| 117 25       Q.   And did Mr. Moses tell you why he wanted | | | | |
| 118 1       you to do that? | | | | |
| **118:2 - 118:10   Ohlin, Douglas 4-24-2013** | **Re: [118:9-118:15]** Def Objection - Vague (611, 403) | **Re: [118:9-118:15]** Def Objection - Vague (611, 403) **OVERRULED** | | |
| 118 2       A.   I think we both shared a concern that the | | | | |
| 118 3       corporate people at 3M had to know the competition out | | | | |
| 118 4       there was real. | | | | |
| 118 5       Q.   Which corporate people are you referring | | | | |
| 118 6       to? | | | | |
| 118 7       A.   I don't know, but -- I don't know the | | | | |
| 118 8       names of those guys.  They're way above me. | | | | |
| 118 9       Q.   Why were you reaching out to get the | | | | |
| 118 10       stock number information rather than Doug himself? | | | | |
| **118:12 - 118:15   Ohlin, Douglas 4-24-2013** | **Re: [118:9-118:15]** Def Objection - Vague (611, 403) | **Re: [118:9-118:15]** Def Objection - Vague (611, 403) **OVERRULED** | | |
| 118 12       A.   I was his -- his gopher for this kind of | | | | |
| 118 13       stuff.  I -- I assumed that he had -- he had other | | | | |
| 118 14       things to do.  He thought I might be able to get it | | | | |
| 118 15       quicker. | | | | |
| **119:24 - 120:1   Ohlin, Douglas 4-24-2013** | **Re: [119:24-120:1]** Plt Objection - Improper designation | **Re: [119:24-120:1]** Plt Objection - Foundation; | | |
| 119 24       Q.   What was the improvement? | | | | |
| 119 25       A.   As I described to you, it was a method to | | | | |
| 120 1       reduce the attenuation in the non-linear mode. | | | | |

|  |  | 403
OVERRULED |  |  |
|---|---|---|---|---|
| **122:7 - 122:20   Ohlin, Douglas 4-24-2013**<br>122 7    Q.   So, Dr. Ohlin, before the break, you had<br>122 8    mentioned that Mr. Moses said he waited an appropriate<br>122 9    amount of time to contact you about your employment<br>122 10    with Aearo after your retirement from working for the<br>122 11    military.<br>122 12    Do you recall our discussing that?<br>122 13    A.   Discussing it with whom?<br>122 14    Q.   Do you recall our discussing it this<br>122 15    morning?<br>122 16    A.   Yes, yes.<br>122 17    Q.   Do you know what the appropriate amount<br>122 18    of time that Mr. Moses was referring to when he told<br>122 19    you that?<br>122 20    A.   No. |  |  |  |  |
| **126:22 - 127:3   Ohlin, Douglas 4-24-2013**<br>126 22    Q.   Why not?<br>126 23    A.   I don't know.  I didn't -- I didn't -- I<br>126 24    don't control the specifications.<br>126 25    Q.   So let's talk more about that<br>127 1    specification process.  You said that you sometimes<br>127 2    acted as a gatekeeper, in terms of what products were<br>127 3    going to be approved; is that correct? | **Re: [126:23-126:24]**<br>Def Objection - Incomplete (611, 403)<br>**Re: [126:23-127:19]**<br>Def Objection - Relevance (401, 402) | **Re: [126:23-126:24]**<br>Def Objection - Incomplete (611, 403); Relevance (401, 402)<br>**OVERRULED**<br>**Re: [126:25-127:19]**<br>Def Objection - Relevance (401, 402)<br>**OVERRULED** |  |  |
| **127:6 - 127:11   Ohlin, Douglas 4-24-2013**<br>127 6    A.   I act as gatekeeper as to what would be<br>127 7    recommended.  I didn't make decisions, per se.  In my<br>127 8    position, you made recommendations.<br>127 9    BY MR. HILL:<br>127 10    Q.   And were those recommendations given to<br>127 11    the people who wrote the specifications? | **Re: [126:23-127:19]**<br>Def Objection - Relevance (401, 402) | **OVERRULED**<br>**Re: [126:25-127:19]**<br>Def Objection - Relevance (401, 402)<br>**OVERRULED** |  |  |
| **127:13 - 127:15   Ohlin, Douglas 4-24-2013**<br>127 13    A.   Not directly, no.<br>127 14    BY MR. HILL:<br>127 15    Q.   Who were the recommendations given to? | **Re: [126:23-127:19]**<br>Def Objection - Relevance (401, 402) | **OVERRULED**<br>**Re: [126:25-127:19]**<br>Def Objection - |  |  |

| | | | |
|---|---|---|---|
| | | Relevance (401, 402)<br>**OVERRULED** | |
| **127:17 - 127:19   Ohlin, Douglas 4-24-2013**<br>127 17      A.   Recommendations would be passed up the<br>127 18      line through my -- through my superiors to medical<br>127 19      logistics folks. | **Re: [126:23-127:19]**<br>Def Objection - Relevance (401, 402) | **OVERRULED**<br>**Re: [126:25-127:19]**<br>Def Objection - Relevance (401, 402)<br>**OVERRULED** | |
| **130:6 - 130:7   Ohlin, Douglas 4-24-2013**<br>130 6      Q.   What input did you have into the Combat<br>130 7      Arms Earplug specifications? | **Re: [130:6-130:23]**<br>Def Objection - Vague (611, 403); Assumes facts not in evidence (611, 403) | **Re: [130:6-130:23]**<br>Def Objection - Vague (611, 403); Assumes facts not in evidence (611, 403)<br>**OVERRULED** | |
| **130:10 - 130:17   Ohlin, Douglas 4-24-2013**<br>130 10      A.   I wanted it to be -- I wanted to have a<br>130 11      linear and non-linear mode so it could be used for<br>130 12      steady-state noise as well as input noise.<br>130 13      BY MR. HILL:<br>130 14      Q.   Did you write those specs?<br>130 15      A.   No.<br>130 16      Q.   Did you recommend that there be specs<br>130 17      issued for those products? | **Re: [130:6-130:23]**<br>Def Objection - Vague (611, 403); Assumes facts not in evidence (611, 403) | **Re: [130:6-130:23]**<br>Def Objection - Vague (611, 403); Assumes facts not in evidence (611, 403)<br>**OVERRULED** | |
| **130:19 - 130:23   Ohlin, Douglas 4-24-2013**<br>130 19      A.   I don't remember.<br>130 20      BY MR. HILL:<br>130 21      Q.   So you don't --<br>130 22      A.   I don't -- I don't recall a specification<br>130 23      for the Combat Arms Earplug. | **Re: [130:6-130:23]**<br>Def Objection - Vague (611, 403); Assumes facts not in evidence (611, 403) | **Re: [130:6-130:23]**<br>Def Objection - Vague (611, 403); Assumes facts not in evidence (611, 403)<br>**OVERRULED** | |
| **130:24 - 131:5   Ohlin, Douglas 4-24-2013**<br>130 24      Q.   Did you recommend that the Combat Arms<br>130 25      Earplug be approved for military use?<br>131 1      A.   Yes.<br>131 2      Q.   And when was that? | | **Re: [130:24-131:5]**<br>Improper designation | **SUSTAINED** |

Ohlin, Douglas 4-24-2013                                                                                                   17

| | | | | |
|---|---|---|---|---|
| 131 3   A.   I don't know the time frame, but as chair<br>131 4   of the DOD working group, I put it on the table and<br>131 5   the group recommended it. | | | | |
| **131:22 - 131:23   Ohlin, Douglas 4-24-2013** | | | **Re: [131:22-131:23]**<br>Improper designation, 401/402,<br>403, MIL | **SUSTAINED** |
| 131 22   Q.   Does the medical command have a role in<br>131 23   approving specifications? | | | | |
| **131:25 - 132:6   Ohlin, Douglas 4-24-2013** | | | **Re: [131:25-132:6]**<br>Improper designation, 401/402,<br>403, MIL | **SUSTAINED** |
| 131 25   A.   If it pertains to a medical item, yes.<br>132 1   BY MR. HILL:<br>132 2   Q.   And when you say "a medical item," what<br>132 3   do you mean?<br>132 4   A.   Anything that's designated as a -- as a<br>132 5   medical item.  Earplugs are designated as a medical<br>132 6   item 'cause it's something that goes into the ear. | | | | |
| **133:16 - 133:22   Ohlin, Douglas 4-24-2013** | | | | |
| 133 16   Q.   And did you say you're not sure if there<br>133 17   are specs covering the Combat Arms Earplug?  I -- I<br>133 18   wasn't quite clear on what you were telling me.<br>133 19   A.   I don't remember seeing any specs on<br>133 20   that, to tell you the truth.  There may be a product<br>133 21   description out there, something like that, but I<br>133 22   don't remember specification. | | | | |
| **136:19 - 137:8   Ohlin, Douglas 4-24-2013** | **Re: [136:19-137:8]**<br>Plt Objection - Improper<br>designation | Re: [136:19-<br>137:8]<br>Plt Objection -<br>401; 403 (If<br>played; add<br>136:4-136:17)<br>**SUSTAINED** | | |
| 136 19   Q.   When you say "the overpressure study,"<br>136 20   what are you talking about?<br>136 21   A.   We -- they were getting weapons into the<br>136 22   system that had very high overpressure levels, and<br>136 23   they wanted more bang for their buck, but they were<br>136 24   getting up to levels where we were concerned about<br>136 25   gas-containing organs, like the lungs, and we were<br>137 1   getting into gray areas that we really didn't know<br>137 2   could we protect people, could we protect people's<br>137 3   hearing, could -- could we do damage to these<br>137 4   gas-containing organs, and they wanted these weapon<br>137 5   systems into the system, and they wanted to determine<br>137 6   whether or not it was -- it was feasible.  You didn't<br>137 7   want -- you want to be hurting the enemy, not your own<br>137 8   troops with your weapon systems. | | | | |
| **137:17 - 137:22   Ohlin, Douglas 4-24-2013** | | | **Re: [137:17-137:22]**<br>Improper designation | **SUSTAINED** |
| 137 17   BY MR. HILL:<br>137 18   Q.   So when you say there was no other plugs<br>137 19   that had human subject testing, you're referring to | | | | |

| | | | | |
|---|---|---|---|---|
| 137 20<br>137 21<br>137 22 | testing that stopped in 1993, and you don't think<br>could ever get going again?<br>A.  Not -- | | | |
| **137:25 - 138:4   Ohlin, Douglas 4-24-2013** | | | **Re: [137:25-138:4]**<br>Improper designation | **SUSTAINED** |
| 137 25<br>138 1<br>138 2<br>138 3<br>138 4 | A.  It was very difficult to get -- those<br>human use protocols were very difficult to get<br>approved, and things have tightened up even more since<br>then.  I don't know if they could ever resurrect<br>something like that again. | | | |
| **140:22 - 140:24   Ohlin, Douglas 4-24-2013** | | | | |
| 140 22<br>140 23<br>140 24 | Q.  So when was the Combat Arms Earplug<br>recommended?<br>A.  Sometime in the '90s. | | | |
| **140:25 - 141:5   Ohlin, Douglas 4-24-2013** | | **Re: [141:4-141:7]**<br>Def Objection - Misstates (611, 403) | **Re: [141:4-141:7]**<br>Def Objection - Misstates (611, 403)<br>**OVERRULED** | |
| 140 25<br>141 1<br>141 2<br>141 3<br>141 4<br>141 5 | Q.  Was this after you told Mr. Berger about<br>the French patent related to non-linear filtration of<br>sound?<br>A.  Yeah.<br>Q.  And you suggested that he put that filter<br>into the earplug; is that correct? | | | |
| **141:8 - 142:8   Ohlin, Douglas 4-24-2013** | | **Re: [141:10-142:8]**<br>Def Objection - Foundation (602) | **Re: [141:10-142:8]**<br>Def Objection - Foundation (602)<br>**OVERRULED** | |
| 141 8<br>141 9<br>141 10<br>141 11<br>141 12<br>141 13<br>141 14<br>141 15<br>141 16<br>141 17<br>141 18<br>141 19<br>141 20<br>141 21<br>141 22<br>141 23<br>141 24<br>141 25<br>142 1<br>142 2<br>142 3 | A.  Who we talking about?<br>BY MR. HILL:<br>Q.  My understanding is that Aearo had some<br>sort of a tip?<br>A.  Yes.<br>Q.  A tip, and you said something about<br>putting Mr. Dancer -- I'm not a French speaker --<br>A.  That's right.<br>Q.  -- Mr. Dancer, his filter into that<br>earplug; is that --<br>A.  Yes.<br>Q.  -- correct?<br>A.  Yes.<br>Q.  And was that done?<br>A.  Yes.<br>Q.  And did that became the Combat Arms<br>Earplug?<br>A.  I think there -- there was a French<br>version of the Combat Arms Earplug under a different<br>manufacturer.  Might have been Moldex, I don't know.<br>I don't know if it was Moldex or it was -- what's the | | | |

Ohlin, Douglas 4-24-2013      19

| | | | | |
|---|---|---|---|---|
| 142 4    other one?  Anyway, they had a quality control problem<br>142 5    with it.  But it was not -- the first Combat Arms<br>142 6    Earplug put out there with that filter was not with an<br>142 7    Aearo product.  The French put it out with some other<br>142 8    manufacturer. | | | | |
| **142:9 - 142:10   Ohlin, Douglas 4-24-2013**<br>142 9    Q.   And you didn't suggest that any other<br>142 10    vendors put this filter in their products? | | | **Re: [142:9-142:10]**<br>Improper designation, 401/402, 403 | **SUSTAINED** |
| **142:13 - 142:16   Ohlin, Douglas 4-24-2013**<br>142 13    A.   No.<br>142 14    BY MR. HILL:<br>142 15    Q.   And why not?<br>142 16    A.   Well -- | | | **Re: [142:13-142:16]**<br>Improper designation, 401/402, 403 | **SUSTAINED** |
| **142:18 - 142:25   Ohlin, Douglas 4-24-2013**<br>142 18    A.   -- I had a relationship with Berger at<br>142 19    the time that he would listen to me and follow up on<br>142 20    my suggestions, and not everybody always did.<br>142 21    BY MR. HILL:<br>142 22    Q.   When you said you had a relationship with<br>142 23    Berger, what do you mean?<br>142 24    A.   I could depend on him for objective,<br>142 25    technical information. | | | **Re: [142:18-142:25]**<br>Improper designation, 401/402, 403 | **SUSTAINED** |
| **143:11 - 143:12   Ohlin, Douglas 4-24-2013**<br>143 11    Q.   Did you -- well, what did you talk to<br>143 12    Mr. Berger about? | | | | |
| **143:15 - 143:18   Ohlin, Douglas 4-24-2013**<br>143 15    A.   The conversations I remember had to do<br>143 16    with the ANSI standard and the -- the inadequacies of<br>143 17    the ANSI standard that we had to use for evaluating<br>143 18    hearing protectors. | | | | |
| **144:15 - 144:21   Ohlin, Douglas 4-24-2013**<br>144 15    BY MR. HILL:<br>144 16    Q.   Did you send any plugs that didn't have a<br>144 17    hole and ask Dancer, "Hey, would this work if you put<br>144 18    a hole in it" --<br>144 19    A.   No.<br>144 20    Q.   -- "this filter"?<br>144 21    A.   No. | | | **Re: [144:15-144:21]**<br>Improper designation, 401/402, 403, cumulative | **SUSTAINED** |
| **144:25 - 145:1   Ohlin, Douglas 4-24-2013**<br>144 25    BY MR. HILL:<br>145 1    Q.   Why not? | | | **Re: [144:25-145:1]**<br>Improper designation, 401/402, 403, cumulative | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **145:4 - 145:6   Ohlin, Douglas 4-24-2013** | | | **Re: [145:4-145:6]** Improper designation, 401/402, 403, cumulative | **SUSTAINED** |
| 145 4      A.   Why? | | | | |
| 145 5      BY MR. HILL: | | | | |
| 145 6      Q.   Yeah, why not? | | | | |
| **145:9 - 145:15   Ohlin, Douglas 4-24-2013** | **Re: [145:9-145:17]** Def Objection - Incomplete (611, 403) **Re: [145:14-145:17]** Def Objection - Foundation (602); Relevance (401, 402) | Re: [145:9-145:13] Def Objection - Incomplete (611, 403) **OVERRULED** Re: [145:14-145:17] Def Objection - Foundation (602); Relevance (401, 402); Incomplete (611, 403) **OVERRULED** | | |
| 145 9       A.   The only other plug I ever considered for | | | | |
| 145 10      -- for the Combat Arms Earplug was the Elvex Quattro. | | | | |
| 145 11      I thought it was a -- it was a superior pre-formed | | | | |
| 145 12      earplug for a lot of reasons:  comfort, ease, ease of | | | | |
| 145 13      insertion, et cetera, but it didn't have a hole in it. | | | | |
| 145 14      BY MR. HILL: | | | | |
| 145 15      Q.   Could they have put a hole in it? | | | | |
| **145:17 - 145:17   Ohlin, Douglas 4-24-2013** | **Re: [145:9-145:17]** Def Objection - Incomplete (611, 403) **Re: [145:14-145:17]** Def Objection - Foundation (602); Relevance (401, 402) | **OVERRULED** Re: [145:14-145:17] Def Objection - Foundation (602); Relevance (401, 402); Incomplete (611, 403) **OVERRULED** | | |
| 145 17      A.   I don't know -- | | | | |
| **150:1 - 150:3   Ohlin, Douglas 4-24-2013** | | | **Re: [150:1-150:3]** Improper designation | **SUSTAINED** |
| 150 1      BY MR. HILL: | | | | |
| 150 2      Q.   Then why didn't you reach out to any | | | | |
| 150 3      other vendors about the French filter? | | | | |
| **150:7 - 150:14   Ohlin, Douglas 4-24-2013** | | | **Re: [150:7-150:14]** Improper designation | **SUSTAINED** |
| 150 7      A.   Again, at this time, this was a company | | | | |
| 150 8      that listened to us and were very responsive and | | | | |
| 150 9      innovative, and we thought we had our best shot with | | | | |
| 150 10      them. | | | | |
| 150 11      BY MR. HILL: | | | | |
| 150 12      Q.   But -- | | | | |

| | | | | |
|---|---|---|---|---|
| 150 13     A.   And we had this -- this earplug ready to | | | | |
| 150 14     go. | | | | |
| **163:7 - 164:18   Ohlin, Douglas 4-24-2013** | | | **Re: [163:7-164:18]** | **SUSTAINED** |
| 163 7     BY MR. HILL: | | | Improper designation | |
| 163 8     Q.   Dr. Ohlin, during the break, you said you | | | | |
| 163 9     have an addition you want to make. | | | | |
| 163 10     A.   Yeah, I wanted to make something clear. | | | | |
| 163 11     I -- I was not just -- sounds like I've been just | | | | |
| 163 12     pushing Aearo products here and that's not -- not | | | | |
| 163 13     true.  A few years back I tried to get the Noise | | | | |
| 163 14     Buster system -- the Army to adopt the Noise Buster | | | | |
| 163 15     system.  I bought one and sent it down to an | | | | |
| 163 16     installation for them to evaluate that had a | | | | |
| 163 17     particularly high steady-state noise exposure, and I | | | | |
| 163 18     couldn't get any traction with it. | | | | |
| 163 19     Just for the record, the Noise Buster | | | | |
| 163 20     system used Moldex products, so... | | | | |
| 163 21     Q.   When was that? | | | | |
| 163 22     A.   That was a few -- a few years ago.  I | | | | |
| 163 23     don't remember the exact time frame.  As you have been | | | | |
| 163 24     able to determine, I'm lousy with time frame, but it | | | | |
| 163 25     was around the time when Kevin Michael first came out | | | | |
| 164 1     with the Noise Buster system. | | | | |
| 164 2     Q.   And what niche was the Noise Buster | | | | |
| 164 3     supposed to fill? | | | | |
| 164 4     A.   It was a -- it was a really slick system | | | | |
| 164 5     where the hearing protector was hooked up to a | | | | |
| 164 6     dosimeter, and you could tell at the end of the day | | | | |
| 164 7     just how well the -- that the hearing protector was | | | | |
| 164 8     protecting your hearing, what kind of a noise dose you | | | | |
| 164 9     were getting. | | | | |
| 164 10     Q.   Is that a -- and you said you couldn't | | | | |
| 164 11     get any traction on that? | | | | |
| 164 12     A.   Yeah.  I think cost maybe had something | | | | |
| 164 13     to do with it.  They just didn't want to go the extra | | | | |
| 164 14     mile, and I'd sent it to an installation that really | | | | |
| 164 15     needed something like this, but the people running the | | | | |
| 164 16     program had almost an exclusive focus on noise | | | | |
| 164 17     measurement and paying lip service to engineering | | | | |
| 164 18     controls. | | | | |
| **167:4 - 167:6   Ohlin, Douglas 4-24-2013** | | | | |
| 167 4     Q.   Has anyone at 3M or Aearo ever said that | | | | |

| | | | | |
|---|---|---|---|---|
| 167 5   you're responsible for the Combat Arms Earplug<br>167 6   business? | | | | |
| **167:9 - 167:10   Ohlin, Douglas 4-24-2013** | | | | |
| 167 9      A.   I don't remember that ever being said,<br>167 10    no. | | | | |
| **167:12 - 167:16   Ohlin, Douglas 4-24-2013**<br>167 12      Q.   Has anyone ever said that you came up<br>167 13    with the idea for the Combat Arms --<br>167 14      A.   It wasn't --<br>167 15      Q.   -- product?<br>167 16      A.   It wasn't me. | **Re: [167:12-167:22]**<br>Def Objection - Foundation (602) | Re: [167:12-<br>167:22]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **167:20 - 167:22   Ohlin, Douglas 4-24-2013**<br>167 20      A.   That -- that was developed at the<br>167 21    French-German Institute by Dr. Dancer and his<br>167 22    colleagues, not me. | **Re: [167:12-167:22]**<br>Def Objection - Foundation (602) | Re: [167:12-<br>167:22]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **168:17 - 168:19   Ohlin, Douglas 4-24-2013**<br>168 17      Q.   Has anyone at 3M or Aearo ever said that<br>168 18    your specifications have been responsible for the<br>168 19    Combat Arms business? | **Re: [168:17-169:4]**<br>Def Objection - Foundation (602) | Re: [168:17-<br>169:4]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **168:22 - 168:23   Ohlin, Douglas 4-24-2013**<br>168 22      A.   I don't know of any specification for the<br>168 23    Combat Arms Earplug. | **Re: [168:17-169:4]**<br>Def Objection - Foundation (602) | Re: [168:17-<br>169:4]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **169:1 - 169:1   Ohlin, Douglas 4-24-2013**<br>169 1      Q.   Any product descriptions? | **Re: [168:17-169:4]**<br>Def Objection - Foundation (602) | Re: [168:17-<br>169:4]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **169:4 - 169:4   Ohlin, Douglas 4-24-2013**<br>169 4      A.   I don't recall one. | **Re: [168:17-169:4]**<br>Def Objection - Foundation (602) | Re: [168:17-<br>169:4]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | | |

| | | | | |
|---|---|---|---|---|
| **169:5 - 169:8   Ohlin, Douglas 4-24-2013** | | | | |
| 169 5   BY MR. HILL: | | | | |
| 169 6   Q.   Any general discussion about your being | | | | |
| 169 7   responsible for any hearing protection business of | | | | |
| 169 8   Aearo or 3M? | | | | |
| **169:11 - 169:13   Ohlin, Douglas 4-24-2013** | | | | |
| 169 11   A.   I'm not on the business side, per se. | | | | |
| 169 12   I'm on the technical side.  You know, I don't get | | | | |
| 169 13   involved in the business end of it. | | | | |
| **173:22 - 173:24   Ohlin, Douglas 4-24-2013** | | | | |
| 173 22   Q.   What does NRR stand for? | | | | |
| 173 23   A.   Noise reduction rating. | | | | |
| 173 24   Q.   What is a noise reduction rating? | | | | |
| **174:1 - 174:3   Ohlin, Douglas 4-24-2013** | | | | |
| 174 1   A.   It is a number derived from testing a | | | | |
| 174 2   hearing protector by ANSI standard.  That's supposed | | | | |
| 174 3   to be a measure of its acoustic protection. | | | | |
| **175:2 - 175:3   Ohlin, Douglas 4-24-2013** | | | Re: [175:2-176:2]<br>701 | **OVERRULED** |
| 175 2   Q.   Under what circumstances is a higher NRR | | | | |
| 175 3   better? | | | | |
| **175:5 - 176:2   Ohlin, Douglas 4-24-2013** | | | Re: [175:2-176:2]<br>701 | **OVERRULED** |
| 175 5   A.   Extreme noise exposures. | | | | |
| 175 6   BY MR. HILL: | | | | |
| 175 7   Q.   When you say "extreme noise exposures," | | | | |
| 175 8   what do you mean? | | | | |
| 175 9   A.   Well, that's a relative term.  But once | | | | |
| 175 10   you start getting over, say, a hundred dBA, I think | | | | |
| 175 11   you want a higher-performing earplug. | | | | |
| 175 12   Q.   And what's a dBA? | | | | |
| 175 13   A.   It's a noise level. | | | | |
| 175 14   Q.   I mean, what does dBA stand for? | | | | |
| 175 15   A.   Decibels under the A-weighted network. | | | | |
| 175 16   Q.   Are gunshots an example of extreme noise? | | | | |
| 175 17   A.   Yes, but it's an entirely different | | | | |
| 175 18   animal. | | | | |
| 175 19   Q.   And when you say "an entirely different | | | | |
| 175 20   animal," what do you mean? | | | | |
| 175 21   A.   It's a different mode of damage to the | | | | |
| 175 22   ear.  It's more immediate.  It's more of a mechanical | | | | |
| 175 23   mode of damage.  In some ways, depending on the type | | | | |
| 175 24   of weapons fired, it's easy to protect yourself from | | | | |
| 175 25   it, but it's also very unforgiving.  You can get more | | | | |

| | | | | |
|---|---|---|---|---|
| 176 1 | hearing loss in one afternoon on a firing range than | | | |
| 176 2 | years of listening to some steady-state noise. | | | |

**176:20 - 176:23   Ohlin, Douglas 4-24-2013**

| | | | | |
|---|---|---|---|---|
| 176 20 | Q.   And in what way does a customer place a | | | Re: [176:12-176:23] | OVERRULED |
| 176 21 | lot of weight on NRR? | | | 701, 602 | |
| 176 22 | A.   Well, they think the higher NRR is -- is | | | | |
| 176 23 | always better. | | | | |

**176:24 - 176:25   Ohlin, Douglas 4-24-2013**

| | | | | |
|---|---|---|---|---|
| 176 24 | Q.   Where do the NRR ratings that 3M used on | | | |
| 176 25 | its products come from? | | | |

**177:3 - 177:10   Ohlin, Douglas 4-24-2013**

| | | | | |
|---|---|---|---|---|
| 177 3 | A.   Out of their laboratory. | | | |
| 177 4 | BY MR. HILL: | | | |
| 177 5 | Q.   Which laboratory? | | | |
| 177 6 | A.   The laboratory in Indianapolis. | | | |
| 177 7 | Q.   Who runs that laboratory? | | | |
| 177 8 | A.   Who what? | | | |
| 177 9 | Q.   Who runs that laboratory? | | | |
| 177 10 | A.   Elliott -- | | | |

**177:12 - 177:12   Ohlin, Douglas 4-24-2013**

| | | | | |
|---|---|---|---|---|
| 177 12 | A.   -- Berger. | | | |

**180:21 - 181:22   Ohlin, Douglas 4-24-2013**

| | | | | |
|---|---|---|---|---|
| 180 21 | Q.   Do all Combat Arms earplugs have the same | | | |
| 180 22 | fit instructions, do you know? | | | |
| 180 23 | A.   It depends on the version. | | | |
| 180 24 | Q.   Let's start with the first version.  Do | | | |
| 180 25 | you know? | | | |
| 181 1 | A.   Generally -- can't speak in specifics, | | | |
| 181 2 | but generally, you know you got it in right if you tug | | | |
| 181 3 | on the plug and there's tension and you get a slight | | | |
| 181 4 | occlusion effect.  That is, when you talk, your own | | | |
| 181 5 | voice sounds and feels low tone, like you're talking | | | |
| 181 6 | inside of a barrel. | | | |
| 181 7 | Q.   Did that instruction involve a large size | | | |
| 181 8 | or small size or anything like that? | | | |
| 181 9 | A.   That -- that's not relevant to size, per | | | |
| 181 10 | se. | | | |
| 181 11 | Q.   What about the second version?  Did -- | | | |
| 181 12 | did those plugs all have the same fitting | | | |
| 181 13 | instructions? | | | |
| 181 14 | A.   No.  We had different -- different | | | |
| 181 15 | procedures from -- going from linear to non-linear. | | | |

| | | | | |
|---|---|---|---|---|
| 181 16   The second version a lot of people aren't -- even<br>181 17    within the company forget this.  The first version was<br>181 18    a single-sided, three- -- three-flange plug.  The<br>181 19    second version was a double-ended plug with -- it was<br>181 20    olive drab and yellow, and one plug was for<br>181 21    steady-state noise and the other plug was for the<br>181 22    non-linear mode for weapons fire. | | | | |
| **181:23 - 181:25   Ohlin, Douglas 4-24-2013**<br>181 23    Q.   Was there a third version?<br>181 24    A.   Third version had a -- a disk that you<br>181 25    turn to change modes. | | | | |
| **182:5 - 182:6   Ohlin, Douglas 4-24-2013**<br>182 5    Q.   Which -- which version had a fit change<br>182 6    instruction to increase the NRR? | | | **Re: [182:5-183:21]**<br>Relevance, 403, Baker MIL 1 | **OVERRULED** |
| **182:9 - 182:12   Ohlin, Douglas 4-24-2013**<br>182 9    A.   I don't remember which -- off the top of<br>182 10    my head, I do not remember which version was the first<br>182 11    to get sized.  I think it was -- I think it was the<br>182 12    third version. | | | **Re: [182:5-183:21]**<br>Relevance, 403, Baker MIL 1 | **OVERRULED** |
| **182:14 - 182:17   Ohlin, Douglas 4-24-2013**<br>182 14    Q.   Have you ever advised anyone at 3M that<br>182 15    you were worried that Elliott Berger was being<br>182 16    pressured to increase NRR on a product?<br>182 17    A.   Yes. | | | **Re: [182:5-183:21]**<br>Relevance, 403, Baker MIL 1 | **OVERRULED** |
| **182:22 - 183:13   Ohlin, Douglas 4-24-2013**<br>182 22    BY MR. HILL:<br>182 23    Q.   -- when was that?<br>182 24    A.   I don't know when it was, but it was when<br>182 25    -- when they tested the new size plug and they got the<br>183 1    NRR, got such a lower NRR with the same earplug, I<br>183 2    heard there was a lot concern about that.  What<br>183 3    happened?<br>183 4    Q.   Who did you report your concern to at 3M?<br>183 5    A.   Doug Moses.<br>183 6    Q.   Anyone else?<br>183 7    A.   I don't recall anybody else, no.<br>183 8    Q.   Did you have any conversations with<br>183 9    Mr. Moses about this?<br>183 10    A.   Probably.  I don't recall the, you know,<br>183 11    exact conversation.<br>183 12    Q.   Do you know if Mr. Moses took any action<br>183 13    as a result of your e-mail? | **Re: [183:12-183:21]**<br>Def Objection - Foundation (602) | Re: [183:12-<br>183:21]<br>Def Objection -<br>Foundation<br>(602)<br>**OVERRULED** | **Re: [182:5-183:21]**<br>Relevance, 403, Baker MIL 1 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **183:16 - 183:21   Ohlin, Douglas 4-24-2013** | **Re: [183:12-183:21]** | **Re: [183:12-183:21]** | **Re: [182:5-183:21]** | **OVERRULED** |
| 183 16    A.   I think they passed on my -- my | Def Objection - Foundation (602) | Def Objection - Foundation (602) | Relevance, 403, Baker MIL 1 | |
| 183 17    suggestion to fit smaller. | | | | |
| 183 18    BY MR. HILL: | | **OVERRULED** | | |
| 183 19    Q.   Did they pass on anything regarding your | | | | |
| 183 20    concern that Mr. Berger was being pressured to | | | | |
| 183 21    increase NRRs? | | | | |
| **183:24 - 183:24   Ohlin, Douglas 4-24-2013** | | | | |
| 183 24    A.   I don't know. | | | | |
| **184:11 - 184:13   Ohlin, Douglas 4-24-2013** | | | **Re: [184:11-184:13]** | **SUSTAINED** |
| 184 11    Q.   Have you ever had communications with | | | Improper designation | |
| 184 12    Mr. Berger generally regarding his role as an NRR | | | | |
| 184 13    tester as well a Aearo or 3M employee? | | | | |
| **184:15 - 184:18   Ohlin, Douglas 4-24-2013** | | | **Re: [184:15-184:18]** | **SUSTAINED** |
| 184 15    A.   Probably.  I -- you know, it's -- he was | | | Improper designation | |
| 184 16    my -- he was my source of expertise in this area, and | | | | |
| 184 17    I also served on the ANSI standard committee, so, you | | | | |
| 184 18    know, I was bound to hear something about it. | | | | |
| **184:20 - 185:2   Ohlin, Douglas 4-24-2013** | | | **Re: [184:20-185:2]** | **SUSTAINED** |
| 184 20    Q.   What ANSI standard committee was that? | | | Improper designation | |
| 184 21    A.   S-12. | | | | |
| 184 22    Q.   When was that? | | | | |
| 184 23    A.   They have semi-annual meetings, of which | | | | |
| 184 24    I've missed the last couple years because of health | | | | |
| 184 25    reasons and other -- other conflicts. | | | | |
| 185 1    Q.   Do you still serve on a -- this ANSI | | | | |
| 185 2    standard committee with Mr. Berger? | | | | |
| **185:13 - 185:21   Ohlin, Douglas 4-24-2013** | | | | |
| 185 13    (Ohlin Exhibit 507 was marked for | | | | |
| 185 14    purposes of identification.) | | | | |
| 185 15    BY MR. HILL: | | | | |
| 185 16    Q.   Dr. Ohlin, I'm setting in front of you | | | | |
| 185 17    Exhibit No. 507.  Please take a moment to look at | | | | |
| 185 18    this. | | | | |
| 185 19    Do you recognize this document? | | | | |
| 185 20    A.   Yes. | | | | |
| 185 21    Q.   What is it? | | | | |
| **185:23 - 185:24   Ohlin, Douglas 4-24-2013** | | | | |
| 185 23    A.   It's an e-mail message from me to Doug | | | | |
| 185 24    Moses. | | | | |
| **186:1 - 186:3   Ohlin, Douglas 4-24-2013** | | | **Re: [186:3-187:25]** | **OVERRULED** |
| 186 1    Q.   And why did you send this e-mail? | | | Relevance, 403, Baker MIL 1 | |

| | | | | |
|---|---|---|---|---|
| 186 2 | A.   Why? | | | |
| 186 3 | Q.   Yes. | | | |
| **186:5 - 187:19   Ohlin, Douglas 4-24-2013** | | **Re: [187:17-188:1]** | **Re: [187:17-188:1]** | **Re: [186:3-187:25]** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **186:5 - 187:19   Ohlin, Douglas 4-24-2013** | | Re: [187:17-188:1] Def Objection - Asked (611, 403) | Re: [187:17-188:1] Def Objection - Asked (611, 403) **OVERRULED** | Re: [186:3-187:25] Relevance, 403, Baker MIL 1 | **OVERRULED** |
| 186 5 | A.   I didn't know if Doug was privy to this | | | | |
| 186 6 | history, and I wanted to make sure that -- since I | | | | |
| 186 7 | heard all this concern about the lower NRR, I wanted | | | | |
| 186 8 | to make sure that they weren't putting pressure on | | | | |
| 186 9 | him. | | | | |
| 186 10 | BY MR. HILL: | | | | |
| 186 11 | Q.   What -- what history are you talking | | | | |
| 186 12 | about? | | | | |
| 186 13 | A.   I didn't know -- as you can see there, I | | | | |
| 186 14 | didn't know a lot about it, but I know that the -- for | | | | |
| 186 15 | some reason, EPA fined that lab -- fined the E.A.R. | | | | |
| 186 16 | lab for some discrepancy over how they changed their | | | | |
| 186 17 | NRR or something.  I didn't have any details on it. | | | | |
| 186 18 | Q.   Do you see the second line in the first | | | | |
| 186 19 | paragraph where you say, "There has always been | | | | |
| 186 20 | intense pressure on Elliott to match the attenuation | | | | |
| 186 21 | values the Penn State Lab is able to produce"? | | | | |
| 186 22 | A.   Yes. | | | | |
| 186 23 | Q.   And what do you mean by that? | | | | |
| 186 24 | A.   Exactly what I said.  If -- if one | | | | |
| 186 25 | laboratory is getting higher NSNs (sic) with the same | | | | |
| 187 1 | product, higher -- higher NRRs with the same product | | | | |
| 187 2 | than you are, then somebody wants -- wants to know | | | | |
| 187 3 | why. | | | | |
| 187 4 | Q.   In the second paragraph, do you see the | | | | |
| 187 5 | line that says, "We are putting pressure on Elliott to | | | | |
| 187 6 | come up with a higher NRR for this new version of the | | | | |
| 187 7 | Combat Arms Earplug"?  Then you say, "We could be | | | | |
| 187 8 | setting Aearo up for another fine." | | | | |
| 187 9 | Do you see those lines? | | | | |
| 187 10 | A.   Yes. | | | | |
| 187 11 | Q.   What did you mean by that? | | | | |
| 187 12 | A.   I didn't -- I didn't want them to put him | | | | |
| 187 13 | in a position -- which I don't think he would have | | | | |
| 187 14 | done anyway -- in a position to repeat what happened | | | | |
| 187 15 | before, whatever that was, and I didn't know what it | | | | |
| 187 16 | was. | | | | |
| 187 17 | Q.   Now, you're saying that we are putting | | | | |

| | | | | |
|---|---|---|---|---|
| 187 18<br>187 19 | pressure on Elliott to come up with a higher NRR.<br>What do you mean by that? | | | |
| **187:22 - 188:7   Ohlin, Douglas 4-24-2013**<br>187 22     A.   I think we're looking for explanations.<br>187 23     I don't know if "pressure" is the right word there,<br>187 24     but what's going on?  Why, you know?  And my<br>187 25     explanation was it's -- they're dealing with a sized<br>188 1     earplug, and they're fitting it too large.<br>188 2     BY MR. HILL:<br>188 3     Q.   But you're not really talking about the<br>188 4     fitting of this earplug in this e-mail, are you?<br>188 5     A.   No.<br>188 6     Q.   What are you talking about in this<br>188 7     e-mail? | Re: [187:17-188:1]<br>Def Objection - Asked (611, 403)<br>Re: [188:6-188:11]<br>Def Objection - Asked (611, 403) | Re: [187:17-188:1]<br>Def Objection - Asked (611, 403)<br>**OVERRULED**<br>Re: [188:6-188:11]<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | Re: [186:3-187:25]<br>Relevance, 403, Baker MIL 1 | **OVERRULED** |
| **188:10 - 188:19   Ohlin, Douglas 4-24-2013**<br>188 10     A.   What I'm talking about is if anybody is<br>188 11     putting pressure on him, for them to back off.<br>188 12     BY MR. HILL:<br>188 13     Q.   Now, you say -- you say if we are putting<br>188 14     pressure.  Do you see in that middle paragraph where<br>188 15     it says, "We are putting pressure on Elliott to come<br>188 16     up with a higher NRR for this new version of the<br>188 17     Combat Arms Earplug"?<br>188 18     A.   Uh-huh.<br>188 19     Q.   And what did you mean by that line? | Re: [188:6-188:11]<br>Def Objection - Asked (611, 403)<br>Re: [188:19-188:23]<br>Def Objection - Asked (611, 403) | Re: [188:6-188:11]<br>Def Objection - Asked (611, 403)<br>**OVERRULED**<br>Re: [188:19-188:23]<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | Re: [188:13-188:18]<br>Relevance, 403, Baker MIL 1 | **OVERRULED** |
| **188:22 - 188:23   Ohlin, Douglas 4-24-2013**<br>188 22     A.   We wanted him to go back and try to<br>188 23     figure out why there was a difference. | Re: [188:19-188:23]<br>Def Objection - Asked (611, 403) | Re: [188:19-188:23]<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | | |
| **189:4 - 189:7   Ohlin, Douglas 4-24-2013**<br>189 4     Q.   Please take a look at this document,<br>189 5     which has been marked as Exhibit No. 508, which is<br>189 6     3M00030114.  See that?<br>189 7     A.   Uh-huh. | | | | |
| **191:18 - 191:21   Ohlin, Douglas 4-24-2013**<br>191 18     Q.   So when you say that we are putting<br>191 19     pressure on Elliott to come up with a higher NRR for<br>191 20     this new version of the Combat Arms Earplug, were you<br>191 21     referring to the change in fitting protocol? | Re: [191:18-192:2]<br>Def Objection - Asked (611, 403) | Re: [191:18-192:2]<br>Def Objection - Asked (611, | Re: [191:18-192:2]<br>403, Baker MIL 1 | **OVERRULED** |

| | | 403) OVERRULED | | |
|---|---|---|---|---|
| **191:24 - 192:2   Ohlin, Douglas 4-24-2013**<br>191 24        A.   And I said before, I think we were<br>191 25        looking for an explanation of why it was -- why it was<br>192 1        lower, and this was the explanation that I provided.<br>192 2        I thought they were fitting them too large. | **Re: [191:18-192:2]**<br>**Def Objection - Asked (611, 403)** | Re: [191:18-192:2]<br>Def Objection - Asked (611, 403)<br>**OVERRULED** | **Re: [191:18-192:2]**<br>403, Baker MIL 1 | **OVERRULED** |
| **192:4 - 192:5   Ohlin, Douglas 4-24-2013**<br>192 4        Q.   But you were trying to get the NRR<br>192 5        increased; is that correct? | **Re: [192:4-192:8]**<br>**Def Objection - Misstates (611, 403)** | Re: [192:4-192:8]<br>Def Objection - Misstates (611, 403)<br>**OVERRULED** | | |
| **192:8 - 192:10   Ohlin, Douglas 4-24-2013**<br>192 8        A.   Sure.<br>192 9        BY MR. HILL:<br>192 10        Q.   And why is that? | **Re: [192:4-192:8]**<br>**Def Objection - Misstates (611, 403)**<br>**Re: [192:9-192:23]**<br>**Def Objection - Vague (611, 403)** | Re: [192:4-192:8]<br>Def Objection - Misstates (611, 403)<br>**OVERRULED**<br>Re: [192:9-192:23]<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | | |
| **192:12 - 192:17   Ohlin, Douglas 4-24-2013**<br>192 12        A.   People would be curious as to why the<br>192 13        same -- we're getting a lower NRR with the same<br>192 14        earplug, that we had somehow degraded this, you know.<br>192 15        It may raise some eyebrows out there among other<br>192 16        distributors, end users, that we might have done<br>192 17        something wrong here with this earplug. | **Re: [192:9-192:23]**<br>**Def Objection - Vague (611, 403)** | Re: [192:9-192:23]<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | | |
| **192:19 - 192:21   Ohlin, Douglas 4-24-2013**<br>192 19        Q.   Have you seen other earplugs where the<br>192 20        fit protocol was changed after receiving one NRR to<br>192 21        get another NRR? | **Re: [192:9-192:23]**<br>**Def Objection - Vague (611, 403)** | Re: [192:9-192:23]<br>Def Objection - Vague (611, 403)<br>**OVERRULED** | | |
| **192:23 - 192:23   Ohlin, Douglas 4-24-2013**<br>192 23        A.   I don't recall that, no. | **Re: [192:9-192:23]**<br>**Def Objection - Vague (611, 403)** | Re: [192:9-192:23]<br>Def Objection - | | |

Ohlin, Douglas 4-24-2013                                                                                                                    30

| | | Vague (611, 403) **OVERRULED** | | |
|---|---|---|---|---|
| **193:21 - 193:23   Ohlin, Douglas 4-24-2013** | | | | |
| 193 21     Q.   Have you -- do you know if 3M used the | | | | |
| 193 22     new fitting protocol for the NRR numbers it reported | | | | |
| 193 23     on the Combat Arms Earplug products? | | | | |
| **194:1 - 194:3   Ohlin, Douglas 4-24-2013** | | | **Re: [194:1-194:3]** | **SUSTAINED** |
| 194 1     A.   Which one? | | | Improper designation, 602 | |
| 194 2     BY MR. HILL: | | | | |
| 194 3     Q.   Let's say the -- on any of them. | | | | |
| **194:6 - 194:12   Ohlin, Douglas 4-24-2013** | | | **Re: [194:6-194:12]** | **SUSTAINED** |
| 194 6     A.   Since this? | | | Improper designation, 602 | |
| 194 7     BY MR. HILL: | | | | |
| 194 8     Q.   Yes. | | | | |
| 194 9     A.   I'm -- I'm not -- I don't know.  I'm not | | | | |
| 194 10     present at that -- when he does that testing, and I -- | | | | |
| 194 11     I would assume that, based on this, that's the | | | | |
| 194 12     protocol that he's using. | | | | |
| **194:13 - 194:14   Ohlin, Douglas 4-24-2013** | | | | |
| 194 13     Q.   Do you know if 3M told its customers of a | | | | |
| 194 14     change in protocol, in terms of fitting? | | | | |
| **194:17 - 194:17   Ohlin, Douglas 4-24-2013** | | | | |
| 194 17     A.   I don't know. | | | | |
| **228:21 - 228:25   Ohlin, Douglas 4-24-2013** | | | **Re: [228:21-228:25]** | **SUSTAINED** |
| 228 21     Q.   Prior to your involvement with the | | | Improper designation | |
| 228 22     military hearing protection program, was there a | | | | |
| 228 23     gatekeeper? | | | | |
| 228 24     A.   Yes.  There was a Surgeon General's | | | | |
| 228 25     committee on approving hearing protectors. | | | | |
| **229:25 - 230:2   Ohlin, Douglas 4-24-2013** | | | **Re: [229:25-230:2]** | **SUSTAINED** |
| 229 25     Q.   Did limiting the list of approved | | | Improper designation | |
| 230 1     protectors limit the number of companies who could | | | | |
| 230 2     sell those protectors to the military? | | | | |
| **230:4 - 230:4   Ohlin, Douglas 4-24-2013** | | | **Re: [230:4-230:4]** | **SUSTAINED** |
| 230 4     A.   If it's a generic product, no. | | | Improper designation | |
| **230:6 - 230:7   Ohlin, Douglas 4-24-2013** | | | **Re: [230:6-230:7]** | **SUSTAINED** |
| 230 6     Q.   What about for -- with respect to the | | | Improper designation | |
| 230 7     Combat Arms Earplug? | | | | |
| **230:10 - 230:10   Ohlin, Douglas 4-24-2013** | | | **Re: [230:10-230:10]** | **SUSTAINED** |
| 230 10     A.   That was very specific. | | | Improper designation | |

Ohlin, Douglas 4-24-2013

| | | | | |
|---|---|---|---|---|
| **231:7 - 231:10**   Ohlin, Douglas 4-24-2013 | | | **Re: [231:7-231:10]**<br>Improper designation | **SUSTAINED** |
| 231 7       Q.   And you were limiting it based, at least<br>231 8       for the Combat Arms product, in part, on a study that<br>231 9       was conducted in 1993 or before?<br>231 10      A.   Correct. | | | | |
| **231:17 - 231:22**   Ohlin, Douglas 4-24-2013 | | | **Re: [231:17-231:22]**<br>Improper designation | **SUSTAINED** |
| 231 17      Q.   And your other basis was Elliott Berger's<br>231 18      study on non-linear hearing devices?<br>231 19      A.   Yes.  And there was an Air Force study on<br>231 20      localization, evaluated 13 tactical hearing<br>231 21      protectors, and the Combat Arms Earplug had the best<br>231 22      sound localization capabilities. | | | | |
| **239:15 - 239:22**   Ohlin, Douglas 4-24-2013 | | | | |
| 239 15      (Ohlin Exhibit 520 was marked for<br>239 16      purposes of identification.)<br>239 17      BY MR. HILL:<br>239 18      Q.   All right.  I'm handing to you a document<br>239 19      that's been marked as Exhibit No. 520.  Do you<br>239 20      recognize this document?<br>239 21      A.   Apparently, I wrote it, but I don't<br>239 22      specifically remember.  What's -- what's the date on | | | | |
| **239:23 - 240:3**   Ohlin, Douglas 4-24-2013 | | | | |
| 239 23      this sucker?<br>239 24      Q.   It's -- well, it says --<br>239 25      A.   Okay.<br>240 1        Q.   It references a date at the top; at least<br>240 2        the date of an event.<br>240 3        A.   Okay, yeah.  Okay. | | | | |
| **240:4 - 241:2**   Ohlin, Douglas 4-24-2013 | **Re: [240:21-241:8]**<br>Def Objection - Vague; Misstates (611, 403); Assumes facts not in evidence (611, 403) | Re: [240:21-241:8]<br>Def Objection - Vague; Misstates (611, 403); Assumes facts not in evidence (611, 403)<br>**OVERRULED** | | |
| 240 4        Q.   What is this document?<br>240 5        A.   This is a request for a national stock<br>240 6        number.<br>240 7        Q.   And that's for a non-linear earplug<br>240 8        configured to the specifications of the enclosed<br>240 9        production samples to be adapted -- be adopted for<br>240 10       military use.  What -- what non-linear earplug samples<br>240 11       were those?<br>240 12       A.   This would be for the double-ended plug.<br>240 13       Q.   The Combat Arms Earplug?<br>240 14       A.   Yes.<br>240 15       Q.   Does this reflect your -- does this<br>240 16       refresh your recollection as to whether there was | | | | |

| | | | | |
|---|---|---|---|---|
| 240 17<br>240 18<br>240 19<br>240 20<br>240 21<br>240 22<br>240 23<br>240 24<br>240 25<br>241 1<br>241 2 | specifications relating to that plug?<br>A.   This was a justification.  This wasn't<br>really specifications, per se.  The label here is<br>justification for non-linear earplug.<br>Q.   When you say -- "...recommended that a<br>non-linear earplug configured to the specifications of<br>the enclosed production."<br>So are you saying there the<br>specifications is -- is being used in a different<br>sense of the specification that we talked about<br>earlier today? | | | |
| 241:5 - 241:8   Ohlin, Douglas 4-24-2013<br>241 5<br>241 6<br>241 7<br>241 8 | A.   Again, I -- I know of no specification<br>for the Combat Arms Earplug.  This was a just- --<br>justification for getting a national stock number for<br>it. | Re: [240:21-241:8]<br>Def Objection - Vague; Misstates<br>(611, 403); Assumes facts not in<br>evidence (611, 403) | Re: [240:21-241:8]<br>Def Objection -<br>Vague;<br>Misstates (611,<br>403); Assumes<br>facts not in<br>evidence (611,<br>403)<br>OVERRULED | |
| 241:9 - 241:11   Ohlin, Douglas 4-24-2013<br>241 9<br>241 10<br>241 11 | BY MR. HILL:<br>Q.   Did you write the justification?<br>A.   I believe I did. | | | Re: [241:9-241:11]<br>Improper designation | OVERRULED |
| 241:23 - 242:9   Ohlin, Douglas 4-24-2013<br>241 23<br>241 24<br>241 25<br>242 1<br>242 2<br>242 3<br>242 4<br>242 5<br>242 6<br>242 7<br>242 8<br>242 9 | Q.   It makes a reference to Dr. Armand Dancer<br>--<br>A.   Uh-huh.<br>Q.   -- and his colleagues --<br>A.   Yeah.<br>Q.   -- at the French-German Institute in<br>St. Louis?<br>A.   Right.<br>Q.   How did you originally learn of his<br>existence?<br>A.   Through the -- George Garinther at Army<br>research lab. | | | Re: [241:23-242:9]<br>Improper designation | SUSTAINED |