# EXHIBIT 1

# Falco, Robert 2-11-2020

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **10:5 - 10:12   Falco, Robert 2-11-2020** | | | | |
| 10 5     Q.    Will you state your name for | | | | |
| 10 6     the record? | | | | |
| 10 7     A.    My name is Robert Nicolo Falco, | | | | |
| 10 8     Senior. | | | | |
| 10 9     Q.    I was just fixing to ask, | | | | |
| 10 10     Junior or Senior. | | | | |
| 10 11     You are Robert Falco, Senior? | | | | |
| 10 12     A.    Correct. | | | | |
| **10:13 - 10:14   Falco, Robert 2-11-2020** | | | Re: [10:13-10:14] Incomplete designation; beyond scope of counter | **SUSTAINED** |
| 10 13     Q.    All right.  Mr. Falco, my | | | | |
| 10 14     name's Tom Pirtle, and I'm a lawyer from | | | | |
| **10:18 - 20:21   Falco, Robert 2-11-2020** | | | Re: [10:18-10:18] Continuing objection 10:18-20:21 as beyond scope of counter | **SUSTAINED** |
| 10 18     You understand I'm on the | | | Re: [14:23-15:5] 402, 403; beyond scope of counter | |
| 10 19     opposite of the lawsuit from your former | | | Re: [15:6-15:16] beyond scope of counter | |
| 10 20     employer? | | | Re: [15:13-15:13] 403 | |
| 10 21     A.    Yes. | | | | |
| 10 22     (Falco Exhibit 1 marked for | | | | |
| 10 23     identification.) | | | | |
| 10 24     QUESTIONS BY MR. PIRTLE: | | | | |
| 10 25     Q.    I want to hand you what I've | | | | |
| 11 1     marked as Exhibit 1, ask if you've seen it. | | | | |
| 11 2     It's the notice of deposition. | | | | |
| 11 3     MR. PIRTLE:  I also understand | | | | |
| 11 4     there was a subpoena attached.  You | | | | |
| 11 5     responded, and I believe I have those | | | | |
| 11 6     documents. | | | | |
| 11 7     MR. BLAIKLOCK:  To the | | | | |
| 11 8     subpoena.  Yeah, to the subpoena you | | | | |
| 11 9     sent last week? | | | | |
| 11 10     MR. PIRTLE:  Yes. | | | | |
| 11 11     MR. BLAIKLOCK:  Yes. | | | | |
| 11 12     MS. ELIZABETH:  Do you have | | | | |
| 11 13     another copy, Tom? | | | | |
| 11 14     MR. PIRTLE:  I do. | | | | |
| 11 15     MS. ELIZABETH:  Okay.  Great. | | | | |
| 11 16     MR. BLAIKLOCK:  Is this 1? | | | | |

11 17    MS. ELIZABETH:  Yes.
11 18    MR. PIRTLE:  That's 1.
11 19    QUESTIONS BY MR. PIRTLE:
11 20    Q.    Mr. Falco, how long did you
11 21    work for 3M?
11 22    A.    Several years.
11 23    Q.    I've got it that you started in
11 24    1971, so you were there a while, weren't you?
11 25    A.    That was when I was working
12 1    with the Cabot Corporation.
12 2    Q.    I understand, and I should have
12 3    been clear.
12 4    When I say "3M," I'm going back
12 5    all the way through the chain of companies
12 6    that 3M has purchased.
12 7    I understand it was Cabot
12 8    Safety and then it was Aearo.  Then it became
12 9    3M, I believe, in 2008; am I correct?
12 10    A.    That's -- I guess that's
12 11    correct.
12 12    Q.    Before we get going, let me go
12 13    over a few things that might help us get out
12 14    of here a little bit quicker, hopefully.
12 15    One, and very importantly, if
12 16    you don't understand a question that I ask,
12 17    ask me to repeat it, and I'll repeat it as
12 18    many times as necessary until we have a
12 19    meeting of the minds.
12 20    All right?
12 21    A.    Okay.
12 22    Q.    Along the same lines, if you
12 23    answer one of the questions that I ask, I'm
12 24    going to assume that you've understood it.
12 25    Is that fair?
13 1    A.    That's fair.
13 2    Q.    And it's wholly possible you
13 3    might not, because I'm from the deep South
13 4    and I might have an accent.
13 5    If you need to take a break,

13 6      just let me know.  As long as a question is
13 7      not pending, you can break at any time.
13 8      All right?
13 9      A.    Yes.
13 10     Q.    And please remember that this
13 11     testimony is under oath as if you're in front
13 12     of a judge and jury and will be used in this
13 13     rather large lawsuit pending in Pensacola,
13 14     Florida.
13 15     All right?
13 16     A.    Okay.
13 17     Q.    First off, have you given
13 18     testimony before under oath?
13 19     A.    Yes.
13 20     Q.    All right.  Deposition?
13 21     A.    Yes.
13 22     Q.    What depositions have you
13 23     given?
13 24     A.    It was a deposition for a
13 25     patent case.
14 1      Q.    All right.  I think I saw that
14 2      in your documentation, and I believe it was
14 3      in the job review in like 2005 that it talked
14 4      about that you had testified in a patent case
14 5      between 3M, or Aearo at the time, and another
14 6      company --
14 7      A.    Yes.
14 8      Q.    -- is that fair?
14 9      Is that the only time that
14 10     you've testified in a deposition?
14 11     A.    Yes.
14 12     Q.    Have you given any statements,
14 13     sworn or otherwise, like to the US Justice
14 14     Department?
14 15     MS. ELIZABETH:  Objection.
14 16     Form.
14 17     THE WITNESS:  Not that I know
14 18     of.
14 19     QUESTIONS BY MR. PIRTLE:

| | |
|---|---|
| 14 20 | Q.   Testified at court or any |
| 14 21 | matter? |
| 14 22 | A.   No. |
| 14 23 | Q.   I also understand from looking |
| 14 24 | at what you provided to me, you're a former |
| 14 25 | service member? |
| 15 1 | A.   Yes. |
| 15 2 | Q.   And you served in Vietnam? |
| 15 3 | A.   Yes. |
| 15 4 | Q.   As a combat engineer? |
| 15 5 | A.   Yes. |
| 15 6 | Q.   My father was a combat |
| 15 7 | engineer, so I have good feelings about that. |
| 15 8 | What did you -- you got out of |
| 15 9 | the military in '68, I believe, 1968? |
| 15 10 | A.   Yes. |
| 15 11 | Q.   And then between '68 and '71, |
| 15 12 | what did you do? |
| 15 13 | A.   I left the service.  I went up |
| 15 14 | and moved to Muskegon, Michigan, stayed there |
| 15 15 | for a while, and then I moved back home to |
| 15 16 | Massachusetts. |
| 15 17 | Q.   And how did you make your way |
| 15 18 | out here to Indianapolis? |
| 15 19 | A.   I took a job with Cabot |
| 15 20 | Corporation, and from there worked my way up |
| 15 21 | through the company. |
| 15 22 | They acquired another company, |
| 15 23 | the one that made the earplugs, foamed |
| 15 24 | earplugs, and when they moved out to |
| 15 25 | Indianapolis, I moved with them. |
| 16 1 | Q.   Okay.  So the company moved and |
| 16 2 | you moved with them? |
| 16 3 | A.   Yes. |
| 16 4 | Q.   Okay.  And then you relocated |
| 16 5 | here in Indianapolis and I guess have been |
| 16 6 | here ever since? |
| 16 7 | A.   Repeat the question. |
| 16 8 | Q.   I said, then you relocated here |

16 9      in Indianapolis and have been here ever
16 10     since?
16 11     A.   Yes.
16 12     Q.   I was not clear from reviewing
16 13     your records that I have when you retired.
16 14     When did you -- or when you left the company.
16 15     Did you retire?
16 16     A.   I was terminated from the
16 17     company.
16 18     Q.   All right.  When were you
16 19     terminated from the company?
16 20     A.   Approximately 2010.
16 21     Q.   That was a date that came to my
16 22     mind.
16 23     So you were terminated.
16 24     What were the reasons, or the
16 25     reason?
17 1      A.   Inappropriate use of the
17 2      company's computer system.
17 3      Q.   What specifically are you
17 4      talking about?
17 5      MR. BLAIKLOCK:  I'm going to
17 6      object and instruct him not to answer
17 7      that.  It's -- I can represent to you
17 8      it's nothing illegal.  It's got
17 9      nothing to do with the case.  It's got
17 10     nothing to do with any products.  I'm
17 11     going to instruct him not to answer
17 12     that.
17 13     QUESTIONS BY MR. PIRTLE:
17 14     Q.   Are you going to follow your
17 15     lawyer's advice?
17 16     A.   Yes.
17 17     Q.   Even though it may mean that
17 18     we're going to come back here?
17 19     A.   Yes.
17 20     Q.   All right.  Let's see what I
17 21     can do now.
17 22     This lawyer that you have over

| | |
|---|---|
| 17 23 | here that's objecting, are you paying him? |
| 17 24 | A.    No. |
| 17 25 | Q.    Who is? |
| 18 1 | A.    3M. |
| 18 2 | Q.    Prior to getting noticed for |
| 18 3 | this deposition, did you know this fellow |
| 18 4 | who's representing you? |
| 18 5 | A.    No. |
| 18 6 | Q.    And did you select him? |
| 18 7 | A.    No. |
| 18 8 | Q.    Who did? |
| 18 9 | MS. ELIZABETH:  Objection. |
| 18 10 | Form.  Foundation. |
| 18 11 | THE WITNESS:  I don't know. |
| 18 12 | QUESTIONS BY MR. PIRTLE: |
| 18 13 | Q.    But it wasn't you? |
| 18 14 | A.    Yes. |
| 18 15 | Q.    How did he appear? |
| 18 16 | MS. ELIZABETH:  Objection. |
| 18 17 | Form. |
| 18 18 | MR. BLAIKLOCK:  Objection. |
| 18 19 | QUESTIONS BY MR. PIRTLE: |
| 18 20 | Q.    How did you meet him? |
| 18 21 | A.    Through this deposition. |
| 18 22 | Q.    I mean, the first time you met |
| 18 23 | him -- I understand it was for the |
| 18 24 | deposition, but the first time you met him, |
| 18 25 | how did you meet him? |
| 19 1 | A.    I don't remember. |
| 19 2 | Q.    Did you look him up in the |
| 19 3 | Yellow Pages? |
| 19 4 | A.    Did I look him up in the Yellow |
| 19 5 | Pages?  No. |
| 19 6 | Q.    I shouldn't even say that.  I |
| 19 7 | don't even know whether they have Yellow |
| 19 8 | Pages anymore. |
| 19 9 | All right. |
| 19 10 | MR. PIRTLE:  I have agreed for |
| 19 11 | you not to make an appearance in this |

| | | | | |
|---|---|---|---|---|
| 19 12 | case, think you ought to now. | | | |
| 19 13 | MS. ELIZABETH:  I'm sorry.  Did | | | |
| 19 14 | you hear that?  I'm sorry. | | | |
| 19 15 | ZMR. PIRTLE:  Did I not speak | | | |
| 19 16 | clearly? | | | |
| 19 17 | I said, I think you ought to | | | |
| 19 18 | make an appearance in the case now if | | | |
| 19 19 | you're going to determine that certain | | | |
| 19 20 | things are not related to this | | | |
| 19 21 | litigation and that be the basis of an | | | |
| 19 22 | instruction.  I think you need to make | | | |
| 19 23 | an appearance in the case. | | | |
| 19 24 | MR. BLAIKLOCK:  I appreciate | | | |
| 19 25 | your opinion. | | | |
| 20 1 | MR. PIRTLE:  All right. | | | |
| 20 2 | QUESTIONS BY MR. PIRTLE: | | | |
| 20 3 | Q.    Who terminated you? | | | |
| 20 4 | MS. ELIZABETH:  Objection to | | | |
| 20 5 | form. | | | |
| 20 6 | THE WITNESS:  I have no idea. | | | |
| 20 7 | QUESTIONS BY MR. PIRTLE: | | | |
| 20 8 | Q.    Who told you that you were | | | |
| 20 9 | terminated? | | | |
| 20 10 | A.    I don't remember. | | | |
| 20 11 | Q.    Did you have a supervisor at | | | |
| 20 12 | the time you were terminated? | | | |
| 20 13 | A.    Yes. | | | |
| 20 14 | Q.    What's the name of the | | | |
| 20 15 | supervisor? | | | |
| 20 16 | A.    I don't remember his name. | | | |
| 20 17 | Q.    We'll go through some names up | | | |
| 20 18 | into 2010, and I think we'll be able to | | | |
| 20 19 | identify who that person was. | | | |
| 20 20 | His name wasn't Hamer, was it? | | | |
| 20 21 | A.    No. | | | |
| **10:25 - 11:2** | **Falco, Robert 2-11-2020** | | | |
| 10 25 | Q.    I want to hand you what I've | | | |
| 11 1 | marked as Exhibit 1, ask if you've seen it. | | | |
| 11 2 | It's the notice of deposition. | | | |

| | | | | |
|---|---|---|---|---|
| **11:20 - 12:11   Falco, Robert 2-11-2020** | | | | |
| 11 20   Q.   Mr. Falco, how long did you | | | | |
| 11 21   work for 3M? | | | | |
| 11 22   A.   Several years. | | | | |
| 11 23   Q.   I've got it that you started in | | | | |
| 11 24   1971, so you were there a while, weren't you? | | | | |
| 11 25   A.   That was when I was working | | | | |
| 12 1   with the Cabot Corporation. | | | | |
| 12 2   Q.   I understand, and I should have | | | | |
| 12 3   been clear. | | | | |
| 12 4   When I say "3M," I'm going back | | | | |
| 12 5   all the way through the chain of companies | | | | |
| 12 6   that 3M has purchased. | | | | |
| 12 7   I understand it was Cabot | | | | |
| 12 8   Safety and then it was Aearo.  Then it became | | | | |
| 12 9   3M, I believe, in 2008; am I correct? | | | | |
| 12 10   A.   That's -- I guess that's | | | | |
| 12 11   correct. | | | | |
| **14:23 - 15:5   Falco, Robert 2-11-2020** | | | **Re: [14:23-15:5]** | **SUSTAINED** |
| 14 23   Q.   I also understand from looking | | | 402, 403; beyond scope of | |
| 14 24   at what you provided to me, you're a former | | | counter | |
| 14 25   service member? | | | | |
| 15 1   A.   Yes. | | | | |
| 15 2   Q.   And you served in Vietnam? | | | | |
| 15 3   A.   Yes. | | | | |
| 15 4   Q.   As a combat engineer? | | | | |
| 15 5   A.   Yes. | | | | |
| **15:11 - 15:25   Falco, Robert 2-11-2020** | | | **Re: [15:6-15:16]** | **SUSTAINED** |
| 15 11   Q.   And then between '68 and '71, | | | beyond scope of counter | |
| 15 12   what did you do? | | | **Re: [15:13-15:13]** | |
| 15 13   A.   I left the service.  I went up | | | 403 | |
| 15 14   and moved to Muskegon, Michigan, stayed there | | | | |
| 15 15   for a while, and then I moved back home to | | | | |
| 15 16   Massachusetts. | | | | |
| 15 17   Q.   And how did you make your way | | | | |
| 15 18   out here to Indianapolis? | | | | |
| 15 19   A.   I took a job with Cabot | | | | |
| 15 20   Corporation, and from there worked my way up | | | | |
| 15 21   through the company. | | | | |

| | | | | |
|---|---|---|---|---|
| 15 22<br>15 23<br>15 24<br>15 25 | They acquired another company,<br>the one that made the earplugs, foamed<br>earplugs, and when they moved out to<br>Indianapolis, I moved with them. | | | |
| **25:22 - 26:1** | **Falco, Robert 2-11-2020** | | | |
| 25 22<br>25 23<br>25 24<br>25 25<br>26 1 | Q.   And are you being compensated<br>in any form for those hours or for your<br>preparation for the testimony here today?<br>Are you getting paid?<br>A.   Oh, no. | | | |
| **33:11 - 33:21** | **Falco, Robert 2-11-2020** | | | |
| 33 11<br>33 12<br>33 13<br>33 14<br>33 15<br>33 16<br>33 17<br>33 18<br>33 19<br>33 20<br>33 21 | Q.   What type of machine work did<br>you do?<br>A.   Repairing machines.<br>Q.   Machines like the punches and<br>things like that?<br>A.   The punch press, the punches,<br>yes.<br>Q.   I see from the CV that you've<br>provided or -- that you in '83 went to<br>vocational school?<br>A.   Yes. | | | |
| **34:3 - 34:9** | **Falco, Robert 2-11-2020** | | | |
| 34 3<br>34 4<br>34 5<br>34 6<br>34 7<br>34 8<br>34 9 | Q.   What's the difference between<br>machining and -- or machine work versus<br>machine tool design?<br>I think I know, but help me.<br>A.   The course was a course in<br>advanced machining, mills, lathes and design<br>of jigs, fixtures. | | | |
| **34:13 - 34:16** | **Falco, Robert 2-11-2020** | | **Re: [34:13-34:16]**<br>403; beyond scope of counter | **SUSTAINED** |
| 34 13<br>34 14<br>34 15<br>34 16 | Q.   You went to the tenth grade in<br>high school, and then did you join the<br>service?<br>A.   Yes. | | | |
| **36:4 - 36:8** | **Falco, Robert 2-11-2020** | | | |
| 36 4<br>36 5<br>36 6 | Q.   What were you doing as a<br>prototype parts worker?<br>A.   I manufactured first-run | | | |

| | | | | |
|---|---|---|---|---|
| 36 7 | prototype parts.  Also made jigs and | | | |
| 36 8 | fixtures. | | | |
| **36:16 - 36:18** | **Falco, Robert 2-11-2020** | | | |
| 36 16 | Q.    Now, I assume that you were | | | |
| 36 17 | manufacturing prototype hearing protection | | | |
| 36 18 | devices? | | | |
| **36:21 - 36:22** | **Falco, Robert 2-11-2020** | | | |
| 36 21 | THE WITNESS:  I manufactured | | | |
| 36 22 | several things. | | | |
| **36:24 - 37:1** | **Falco, Robert 2-11-2020** | | | |
| 36 24 | Q.    What were the several things? | | | |
| 36 25 | A.    The jigs and the fixtures used | | | |
| 37 1 | for testing. | | | |
| **38:2 - 38:11** | **Falco, Robert 2-11-2020** | | | |
| 38 2 | Q.    Are you familiar with the | | | |
| 38 3 | product called the 3M Combat Arms Earplug? | | | |
| 38 4 | A.    Yes. | | | |
| 38 5 | Q.    And how did you become familiar | | | |
| 38 6 | with 3M Combat Arms? | | | |
| 38 7 | A.    I was asked to make some parts | | | |
| 38 8 | for it. | | | |
| 38 9 | Q.    What parts were you asked to | | | |
| 38 10 | make? | | | |
| 38 11 | A.    The earplugs, the tips. | | | |
| **38:12 - 38:18** | **Falco, Robert 2-11-2020** | | | |
| 38 12 | Q.    Okay.  Let me hand you a set of | | | |
| 38 13 | these and see if you can identify those for | | | |
| 38 14 | me. | | | |
| 38 15 | A.    I manufactured -- well, I | | | |
| 38 16 | provided the yellow and the green eartips. | | | |
| 38 17 | Q.    For this product? | | | |
| 38 18 | A.    Yes. | | | |
| **38:19 - 39:6** | **Falco, Robert 2-11-2020** | | | |
| 38 19 | Q.    And is this a 3M Combat Arms | | | |
| 38 20 | what they call version 2? | | | |
| 38 21 | A.    I believe that's true. | | | |
| 38 22 | Q.    And the version 2 uses tips | | | |
| 38 23 | that actually you're the inventor of, | | | |

| | | | | |
|---|---|---|---|---|
| 38 24   correct?  At least as far as you hold a<br>38 25   patent?<br>39 1   A.  I hold the patent for the<br>39 2   UltraFit earplug.<br>39 3   Q.  The UltraFit earplug was an<br>39 4   earplug that you had worked on prior to the<br>39 5   introduction of the 3M Combat Arms version 2?<br>39 6   A.  Yes. | | | | |
| **39:7 - 39:16   Falco, Robert 2-11-2020**<br>39 7   Q.  And it was a single-ended<br>39 8   earplug that used one tip versus two tips for<br>39 9   each plug?<br>39 10   A.  Okay.  Repeat the question.<br>39 11   Q.  Sure.<br>39 12   It's a single-ended plug --<br>39 13   A.  Which is the single-ended plug?<br>39 14   Q.  The first one, the UltraFit.<br>39 15   A.  The UltraFit is a single-ended<br>39 16   plug, yes. | | | **Re: [39:7-39:16]**<br>cumulative, confusing | **OVERRULED** |
| **39:22 - 39:24   Falco, Robert 2-11-2020**<br>39 22   So what you did was you adapted<br>39 23   a tip that you had worked with before to put<br>39 24   onto the 3M Combat Arms version 2? | | | | |
| **40:2 - 40:3   Falco, Robert 2-11-2020**<br>40 2   THE WITNESS:  I'm not sure of<br>40 3   that. | | | | |
| **40:5 - 40:7   Falco, Robert 2-11-2020**<br>40 5   Q.  What are you unsure about?<br>40 6   A.  I'm not -- I guess I don't<br>40 7   understand the question. | | | **Re: [40:5-40:7]**<br>Confusing, distracting, 403 | **SUSTAINED** |
| **40:9 - 40:14   Falco, Robert 2-11-2020**<br>40 9   You used some tips that were<br>40 10   already in existence that 3M -- that Aearo at<br>40 11   the time was already making; is that true?<br>40 12   A.  Was Aearo making the tips?<br>40 13   Q.  Yes, sir.<br>40 14   A.  No. | | | | |

| | | | | |
|---|---|---|---|---|
| **43:23 - 44:9**   **Falco, Robert 2-11-2020** | | | | |
| 43 23    Q.   How does that work? | | | | |
| 43 24     Assuming I don't know anything | | | | |
| 43 25      about it -- you used the word "change" one of | | | | |
| 44 1      the pins in the tool -- will you describe the | | | | |
| 44 2      pins in the tool for me? | | | | |
| 44 3     A.    There are many parts in the | | | | |
| 44 4      injection molding mold.  Several of the parts | | | | |
| 44 5      of the mold make the flanges.  There's a part | | | | |
| 44 6      of the body of the mold with a pin for | | | | |
| 44 7      venting that's in the base of the mold. | | | | |
| 44 8      There's a pin in that.  And if you lengthen | | | | |
| 44 9      that pin, it makes the stem shorter. | | | | |
| **45:3 - 45:18**   **Falco, Robert 2-11-2020** | | | | |
| 45 3     Q.    What parts are they?  What are | | | | |
| 45 4      you talking about? | | | | |
| 45 5     A.    One part has a hole through it. | | | | |
| 45 6      Now, for that part, the pin that was used to | | | | |
| 45 7      shorten the stem had an additional section on | | | | |
| 45 8      it that made the through-hole.  One would | | | | |
| 45 9      just have a longer pin.  The other would have | | | | |
| 45 10     a longer pin with an extension on it that | | | | |
| 45 11      would make the through-hole. | | | | |
| 45 12     Q.    Okay.  So the yellow one would | | | | |
| 45 13      have a pin with an extension through it that | | | | |
| 45 14      would make the through-hole? | | | | |
| 45 15     A.    Correct. | | | | |
| 45 16     Q.    And the green one would just | | | | |
| 45 17      have a pin? | | | | |
| 45 18     A.    Correct. | | | | |
| **46:9 - 46:11**   **Falco, Robert 2-11-2020** | | | **Re: [46:9-46:11]** | **OVERRULED** |
| 46 9     Q.    Did you do any other work on | | | 402 | |
| 46 10      the Combat Arms version 2? | | | | |
| 46 11     A.    No. | | | | |
| **48:15 - 48:23**   **Falco, Robert 2-11-2020** | | | **Re: [48:15-48:23]** | **SUSTAINED** |
| 48 15     Q.   -- in that it -- the version 3 | | | beyond scope of counter | |
| 48 16      was single-sided? | | | **Re: [48:19-48:23]** | |
| 48 17     A.    Version 3 was single-sided, | | | Cumulative, 403 | |
| 48 18      yes. | | | | |

| | | | | |
|---|---|---|---|---|
| 48 19    Q.   Version 3 also did use | | | | |
| 48 20    through-hole ultra tip fit -- tips, correct? | | | | |
| 48 21    A.   Yes. | | | | |
| 48 22    Q.   It had a filter? | | | | |
| 48 23    A.   Yes. | | | | |
| **52:12 - 52:14   Falco, Robert 2-11-2020** | | | | |
| 52 12    And what did Marc Doty do with | | | | |
| 52 13    you? | | | | |
| 52 14    A.   Marc was our draftsperson. | | | | |
| **52:21 - 53:4   Falco, Robert 2-11-2020** | | | | |
| 52 21    Q.   What did he draft? | | | | |
| 52 22    A.   Parts. | | | | |
| 52 23    Q.   Is that another way of saying | | | | |
| 52 24    he drew parts? | | | | |
| 52 25    A.   Excuse me? | | | | |
| 53 1    Q.   Is that another way of saying | | | | |
| 53 2    he drew parts? | | | | |
| 53 3    A.   He formalized drawings for our | | | | |
| 53 4    system. | | | | |
| **53:10 - 53:12   Falco, Robert 2-11-2020** | | | | |
| 53 10    Q.   Would he work with the | | | | |
| 53 11    computer? | | | | |
| 53 12    A.   Yes. | | | | |
| **53:24 - 54:1   Falco, Robert 2-11-2020** | | | | |
| 53 24    Q.   Knauer? | | | | |
| 53 25    A.   Knauer. | | | | |
| 54 1    Q.   Knauer. | | | | |
| **56:12 - 56:15   Falco, Robert 2-11-2020** | | | | |
| 56 12    Q.   I want to show you what I'm | | | | |
| 56 13    going to mark as Exhibit 2 to your | | | | |
| 56 14    deposition.  See if we can put some names | | | | |
| 56 15    with the products. | | | | |
| **57:12 - 57:13   Falco, Robert 2-11-2020** | | | | |
| 57 12    Q.   The date on these e-mails are | | | | |
| 57 13    April of 1999, correct? | | | | |
| **57:17 - 58:6   Falco, Robert 2-11-2020** | | | | |
| 57 17    Q.   I've got it blown up on the | | | | |
| 57 18    screen there for you. | | | | |

| | | | | |
|---|---|---|---|---|
| 57 19 | A.   I can see that. | | | |
| 57 20 | Q.   April of 1999? | | | |
| 57 21 | A.   That's what it says there on | | | |
| 57 22 | the screen. | | | |
| 57 23 | Q.   And there's some correspondence | | | |
| 57 24 | back and forth.  There's a Brian Myers in | | | |
| 57 25 | here. | | | |
| 58 1 | I would assume you knew | | | |
| 58 2 | Mr. Myers? | | | |
| 58 3 | A.   I knew of him, yes. | | | |
| 58 4 | Q.   You say you knew of him. | | | |
| 58 5 | What do you mean? | | | |
| 58 6 | A.   Well, I didn't work with him. | | | |
| **58:15 - 58:16** | **Falco, Robert 2-11-2020** | | | |
| 58 15 | Q.   On the ladder, was he above or | | | |
| 58 16 | below you? | | | |
| **58:19 - 58:21** | **Falco, Robert 2-11-2020** | | | |
| 58 19 | THE WITNESS:  I don't -- I | | | |
| 58 20 | don't -- he was in a different | | | |
| 58 21 | department.  I don't know what he was. | | | |
| **63:5 - 63:8** | **Falco, Robert 2-11-2020** | | | |
| 63 5 | Q.   I'm going to hand you what I've | | | |
| 63 6 | marked as Exhibit 3 to your deposition.  I | | | |
| 63 7 | think this is some of Mr. Doty's work, but it | | | |
| 63 8 | bears your name. | | | |
| **64:4 - 64:5** | **Falco, Robert 2-11-2020** | | | **Re: [64:4-64:16]** <br> Confusing, cumulative, 403 | **SUSTAINED** |
| 64 4 | Q.   And they are drawings of the 3M | | | |
| 64 5 | Combat Arms version 2 earplug, correct? | | | |
| **64:8 - 64:9** | **Falco, Robert 2-11-2020** | | | **Re: [64:4-64:16]** <br> Confusing, cumulative, 403 | **SUSTAINED** |
| 64 8 | THE WITNESS:  I'm not sure.  It | | | |
| 64 9 | says it's an UltraFlex earplug short. | | | |
| **64:11 - 64:13** | **Falco, Robert 2-11-2020** | | | **Re: [64:4-64:16]** <br> Confusing, cumulative, 403 | **SUSTAINED** |
| 64 11 | Q.   And that was one of the tip | | | |
| 64 12 | ends for -- or the tip ends for the Combat | | | |
| 64 13 | Arms version 2, correct? | | | |
| **64:16 - 64:16** | **Falco, Robert 2-11-2020** | | | **Re: [64:4-64:16]** <br> Confusing, cumulative, 403 | **SUSTAINED** |
| 64 16 | THE WITNESS:  I'm not sure. | | | |

| 66:25 - 67:5 | **Falco, Robert 2-11-2020** | | | | |
|---|---|---|---|---|---|
| 66 25 | And you assembled prototypes | | | | |
| 67 1 | for the Combat Arms version 2, correct? | | | | |
| 67 2 | A.   Did I assemble them? | | | | |
| 67 3 | Q.   Or you caused them to be | | | | |
| 67 4 | assembled? | | | | |
| 67 5 | A.   No. | | | | |
| **71:24 - 72:8** | **Falco, Robert 2-11-2020** | | | | |
| 71 24 | Q.   Now, go back to the preceding | | | | |
| 71 25 | exhibit, Exhibit 3.  Turn to page 784.  Let's | | | | |
| 72 1 | blow it up down at the bottom. | | | | |
| 72 2 | You quoted the number yourself | | | | |
| 72 3 | by -- that's what you-all go by, 2041-3, | | | | |
| 72 4 | correct? | | | | |
| 72 5 | A.   That's correct. | | | | |
| 72 6 | Q.   That is the same drawing, isn't | | | | |
| 72 7 | it? | | | | |
| 72 8 | A.   Version 3, yes. | | | | |
| **72:12 - 72:13** | **Falco, Robert 2-11-2020** | | | | |
| 72 12 | Q.   -- and it gives some | | | | |
| 72 13 | dimensions, correct? | | | | |
| **72:17 - 73:7** | **Falco, Robert 2-11-2020** | | | | |
| 72 17 | THE WITNESS:  Yeah.  All right. | | | | |
| 72 18 | I'm looking at 2041-3, correct. | | | | |
| 72 19 | And what was the question? | | | | |
| 72 20 | QUESTIONS BY MR. PIRTLE: | | | | |
| 72 21 | Q.   And I said, and there are some | | | | |
| 72 22 | dimensions listed, correct? | | | | |
| 72 23 | A.   Yes.  It's an assembly drawing. | | | | |
| 72 24 | Q.   And it shows certain dimensions | | | | |
| 72 25 | for various parts, including the overall | | | | |
| 73 1 | length? | | | | |
| 73 2 | A.   That's correct. | | | | |
| 73 3 | Q.   And the overall length of the | | | | |
| 73 4 | plug is listed at what? | | | | |
| 73 5 | A.   1.404 inches, | | | | |
| 73 6 | 35.66 centimeters -- or millimeters.  I guess | | | | |
| 73 7 | it's centimeters. | | | | |

| | | | | |
|---|---|---|---|---|
| **73:18 - 74:8   Falco, Robert 2-11-2020** | | | | |
| 73 18    Q.    And then if you'll go back two | | | | |
| 73 19    pages, there's another diagram.  This is | | | | |
| 73 20    2041-1.  On the MDL page it's 782. | | | | |
| 73 21    There's also dimensions listed | | | | |
| 73 22    by this particular representation of the | | | | |
| 73 23    version 2 assembly, correct? | | | | |
| 73 24    A.    That's the drawing for Combat | | | | |
| 73 25    Arms Earplug assembly version 1. | | | | |
| 74 1    Q.    Version 1? | | | | |
| 74 2    A.    Correct. | | | | |
| 74 3    Q.    And what is the length on that? | | | | |
| 74 4    A.    Total length is 1.588 inches. | | | | |
| 74 5    Q.    Or 40.34? | | | | |
| 74 6    A.    Yes. | | | | |
| 74 7    Q.    Centimeters? | | | | |
| 74 8    A.    Centimeters. | | | | |
| **75:23 - 75:24   Falco, Robert 2-11-2020** | | | **Re: [75:23-76:3]** | **OVERRULED** |
| 75 23    Q.    All right.  And you approved | | | Cumulative, confusing; beyond | |
| 75 24    this, correct? | | | scope of counter | |
| **76:2 - 76:3   Falco, Robert 2-11-2020** | | | **Re: [75:23-76:3]** | **OVERRULED** |
| 76 2    THE WITNESS:  I'm not sure. | | | Cumulative, confusing; beyond | |
| 76 3    No, I'm not sure. | | | scope of counter | |
| **79:21 - 79:23   Falco, Robert 2-11-2020** | | | | |
| 79 21    Q.    All right.  And would that be | | | | |
| 79 22    something that you would do, approve | | | | |
| 79 23    revisions? | | | | |
| **80:1 - 80:1   Falco, Robert 2-11-2020** | | | **Re: [80:1-80:6]** | **OVERRULED** |
| 80 1    THE WITNESS:  I'm not sure. | | | Nonresponsive, confusing | |
| **80:3 - 80:6   Falco, Robert 2-11-2020** | | | **Re: [80:1-80:6]** | **OVERRULED** |
| 80 3    Q.    Why are you not sure? | | | Nonresponsive, confusing | |
| 80 4    A.    The revision might have come | | | | |
| 80 5    from someone else, and all I did was do what | | | | |
| 80 6    they wanted. | | | | |
| **80:21 - 80:22   Falco, Robert 2-11-2020** | | | | |
| 80 21    Q.    That would be something you | | | | |
| 80 22    would remember, wouldn't it? | | | | |

| | | | | |
|---|---|---|---|---|
| **80:25 - 81:1   Falco, Robert 2-11-2020** | | | | |
| 80 25     THE WITNESS:  I don't know | | | | |
| 81 1       that. | | | | |
| **81:7 - 81:8   Falco, Robert 2-11-2020** | | | **Re: [81:7-81:12]**<br>cumulative | **OVERRULED** |
| 81 7       Q.    And you're not aware of anybody | | | | |
| 81 8       from the Army ever doing it either, are you? | | | | |
| **81:11 - 81:12   Falco, Robert 2-11-2020** | | | **Re: [81:7-81:12]**<br>cumulative | **OVERRULED** |
| 81 11      THE WITNESS:  I'm not sure of | | | | |
| 81 12      that. | | | | |
| **83:3 - 83:19   Falco, Robert 2-11-2020** | | | **Re: [83:3-83:19]**<br>402, 403, MIL 12; beyond scope<br>of counter | **SUSTAINED** |
| 83 3       It says up here at the top, | | | | |
| 83 4       "List of accomplishments that will contribute | | | | |
| 83 5       to Aearo business success." | | | | |
| 83 6       A.    I see that. | | | | |
| 83 7       Q.    It says, "Bob is a dedicated | | | | |
| 83 8       team player, committed to manufacturing | | | | |
| 83 9       products that meets the highest standards." | | | | |
| 83 10      Did I read that correctly? | | | | |
| 83 11      A.    Yes. | | | | |
| 83 12      Q.    "He's a hands-on engineer | | | | |
| 83 13      that's not afraid to get dirty in making sure | | | | |
| 83 14      the job gets done right." | | | | |
| 83 15      Did I read that correctly? | | | | |
| 83 16      A.    Yes. | | | | |
| 83 17      Q.    Go down to number 2.  "What do | | | | |
| 83 18      you think are the main areas of strength of | | | | |
| 83 19      this employee?  Give some specific examples." | | | | |
| **102:2 - 102:5   Falco, Robert 2-11-2020** | | | | |
| 102 2      Q.    You don't recall nonlinear | | | | |
| 102 3      plugs at all? | | | | |
| 102 4      A.    Not really.  It's just too long | | | | |
| 102 5      ago. | | | | |
| **102:14 - 102:16   Falco, Robert 2-11-2020** | | | **Re: [102:14-102:20]**<br>402, 403, cumulative, confusing;<br>beyond scope of counter | **SUSTAINED** |
| 102 14     Q.    Have you made an effort to try | | | | |
| 102 15     to not think about your work there at 3M and | | | | |
| 102 16     Aearo? | | | | |

| | | | | |
|---|---|---|---|---|
| **102:19 - 102:20   Falco, Robert 2-11-2020** | | | **Re: [102:14-102:20]** | **SUSTAINED** |
| 102 19     THE WITNESS:  I'm not sure I | | | 402, 403, cumulative, confusing; | |
| 102 20     understand your question. | | | beyond scope of counter | |
| **103:19 - 103:20   Falco, Robert 2-11-2020** | | | | |
| 103 19     Q.   Did you look for other work? | | | | |
| 103 20     A.   No. | | | | |
| **103:24 - 104:14   Falco, Robert 2-11-2020** | | | **Re: [104:2-104:14]** | **SUSTAINED** |
| 103 24     Q.   Did you apply anywhere? | | | 402, 403; beyond scope of | |
| 103 25     A.   I thought about it, but I | | | counter | |
| 104 1     didn't. | | | | |
| 104 2     Q.   Why is that? | | | | |
| 104 3     A.   I like being retired.  Every | | | | |
| 104 4     day is Saturday. | | | | |
| 104 5     Q.   That's for sure. | | | | |
| 104 6     You like riding motorcycles, | | | | |
| 104 7     too? | | | | |
| 104 8     A.   Yes. | | | | |
| 104 9     Q.   Did you yourself try to open | | | | |
| 104 10     any other business? | | | | |
| 104 11     A.   No. | | | | |
| 104 12     Q.   What have you done with your | | | | |
| 104 13     time? | | | | |
| 104 14     A.   Enjoyed my retirement. | | | | |
| **122:18 - 122:24   Falco, Robert 2-11-2020** | | | **Re: [122:18-122:24]** | **SUSTAINED** |
| 122 18     Q.   Now, I don't mean this to be -- | | | 403; beyond scope of counter | |
| 122 19     to sound anything other than just me | | | | |
| 122 20     inquiring, but I got to ask you, so I'm not | | | | |
| 122 21     trying to be rude. | | | | |
| 122 22     Have you had anything happen to | | | | |
| 122 23     you since you left that affects your memory? | | | | |
| 122 24     A.   Age. | | | | |
| **123:20 - 123:23   Falco, Robert 2-11-2020** | | | | |
| 123 20     Q.   Anything that has to do with | | | | |
| 123 21     the brain? | | | | |
| 123 22     A.   I've had a few motorcycle | | | | |
| 123 23     wrecks. | | | | |
| **124:18 - 124:18   Falco, Robert 2-11-2020** | | | | |
| 124 18     Q.   This is Exhibit 9. | | | | |

| | | | | |
|---|---|---|---|---|
| **138:4 - 138:5   Falco, Robert 2-11-2020** | | | **Re: [138:4-138:9]** | **OVERRULED** |
| 138 4 | Q.   So we're looking at tips for | | cumulative, confusing; beyond | |
| 138 5 | the Combat Arms, aren't we? | | scope of counter | |
| **138:8 - 138:9   Falco, Robert 2-11-2020** | | | **Re: [138:4-138:9]** | **OVERRULED** |
| 138 8 | THE WITNESS:  No, I'm not sure | | cumulative, confusing; beyond | |
| 138 9 | of that. | | scope of counter | |
| **139:23 - 139:25   Falco, Robert 2-11-2020** | | | | |
| 139 23 | Q.   Let me turn back into here. | | | |
| 139 24 | This is -- we do not have page numbers on | | | |
| 139 25 | this. | | | |
| **140:3 - 140:7   Falco, Robert 2-11-2020** | | | **Re: [140:3-140:11]** | **SUSTAINED** |
| 140 3 | MR. PIRTLE:  Same exhibit. | | Beyond scope of counter | |
| 140 4 | Book number H1026.  That's it. | | | |
| 140 5 | QUESTIONS BY MR. PIRTLE: | | | |
| 140 6 | Q.   Are these Mr. Doty's | | | |
| 140 7 | handwritten notes? | | | |
| **140:10 - 140:11   Falco, Robert 2-11-2020** | | | **Re: [140:3-140:11]** | **SUSTAINED** |
| 140 10 | THE WITNESS:  It says -- it's | | Beyond scope of counter | |
| 140 11 | recorded by what looks like Marc Doty. | | | |
| **140:25 - 141:5   Falco, Robert 2-11-2020** | | | **Re: [140:25-141:5]** | **SUSTAINED** |
| 140 25 | Q.   It says down here on number 2, | | Cumulative; beyond scope of | |
| 141 1 | "The three flanges are dimensioned as radii. | | counter | |
| 141 2 | However, none are circular." | | | |
| 141 3 | Did I make that out correct? | | | |
| 141 4 | A.   It reads, "However, none are | | | |
| 141 5 | circular." | | | |
| **141:22 - 141:25   Falco, Robert 2-11-2020** | | | | |
| 141 22 | Q.   Are you familiar when the | | | |
| 141 23 | Combat Arms Earplugs version 2 went onto the | | | |
| 141 24 | market? | | | |
| 141 25 | A.   No, I'm not aware of that. | | | |
| **144:18 - 145:7   Falco, Robert 2-11-2020** | | | **Re: [144:18-145:10]** | **SUSTAINED** |
| 144 18 | Q.   Combat Arms, we've talked about | | Cumulative; beyond scope of | |
| 144 19 | some of your work on Combat Arms, right? | | counter | |
| 144 20 | A.   Yes, I made parts for the | | | |
| 144 21 | Combat Arms. | | | |
| 144 22 | Q.   Product description and | | | |
| 144 23 | positioning:  Nonlinear plug. | | | |

| | | | | |
|---|---|---|---|---|
| 144 24    Now, we hadn't agreed on<br>144 25    nonlinear, but you don't know what that<br>145 1    means?<br>145 2    A.  I don't remember exactly what<br>145 3    it is.<br>145 4    Q.  To be sold to the military and<br>145 5    as shooter's plug.<br>145 6    Do you know what a shooter's<br>145 7    plug is? | | | | |
| **145:10 - 145:10   Falco, Robert 2-11-2020**<br>145 10    THE WITNESS:  Not really, no. | | | **Re: [144:18-145:10]**<br>Cumulative; beyond scope of<br>counter | **SUSTAINED** |
| **145:20 - 145:21   Falco, Robert 2-11-2020**<br>145 20    Q.  Okay.  Not aware of supplying<br>145 21    earplugs for, say, hunters? | | | | |
| **145:24 - 146:1   Falco, Robert 2-11-2020**<br>145 24    THE WITNESS:  I have no<br>145 25    recollection of that.  That's not my<br>146 1    department. | | | | |
| **150:23 - 151:16   Falco, Robert 2-11-2020**<br>150 23    Q.  When did you author this<br>150 24    document?<br>150 25    A.  After I left the company.<br>151 1    That's all I remember.<br>151 2    Q.  And it says, "Future goal:<br>151 3    Seeking employment in motivated company and<br>151 4    develop new, innovative products from<br>151 5    conception to design to fulfill production<br>151 6    launch -- to full production launch."<br>151 7    Did I read that correctly,<br>151 8    reasonably?<br>151 9    A.  Yes.<br>151 10    Q.  So at one point in time, is it<br>151 11    fair to say, that you were thinking about<br>151 12    seeking other employment?<br>151 13    A.  I was thinking about it.<br>151 14    Q.  And did you interview with<br>151 15    anybody?<br>151 16    A.  No. | | | **Re: [150:23-151:16]**<br>beyond scope of counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **167:4 - 167:6   Falco, Robert 2-11-2020** | | | | |
| 167 4          Q.    Do you have memory of proposing | | | | |
| 167 5          this change to the UltraFit? | | | | |
| 167 6          A.    No, I don't. | | | | |
| **173:8 - 173:9   Falco, Robert 2-11-2020** | | | | |
| 173 8          Let me hand you what I've | | | | |
| 173 9          marked as Exhibit 12. | | | | |
| **173:14 - 174:10   Falco, Robert 2-11-2020** | | | **Re: [173:14-174:10]**<br>402, 403, cumulative, beyond<br>scope of counter | **SUSTAINED** |
| 173 14        Q.    It's a safety products lab | | | | |
| 173 15        analytical report requested by your boss. | | | | |
| 173 16        The date on the document is 10/12 of '05. | | | | |
| 173 17        A.    Okay. | | | | |
| 173 18        Q.    Do you see that? | | | | |
| 173 19        A.    Yes. | | | | |
| 173 20        Q.    Subject, heat resistance of | | | | |
| 173 21        Combat Arms Earplug. | | | | |
| 173 22        Did I read that reasonably | | | | |
| 173 23        correct? | | | | |
| 173 24        A.    That's correct. | | | | |
| 173 25        Q.    Now, this particular document | | | | |
| 174 1          is addressing loud noises or encountered from | | | | |
| 174 2          electrical ares. | | | | |
| 174 3          What they're basically doing is | | | | |
| 174 4          they're exposing a Combat Arms Earplug to | | | | |
| 174 5          various oven temperatures for a period of ten | | | | |
| 174 6          minutes, correct? | | | | |
| 174 7          A.    That's what it says here. | | | | |
| 174 8          Q.    And they were looking to see if | | | | |
| 174 9          by exposing these earplugs to high heat they | | | | |
| 174 10        could observe any detrimental effects -- | | | | |
| **174:14 - 174:22   Falco, Robert 2-11-2020** | | | **Re: [174:14-174:22]**<br>beyond scope of counter; 402,<br>403 | **SUSTAINED** |
| 174 14        Q.    -- correct? | | | | |
| 174 15        A.    I'm not familiar with this | | | | |
| 174 16        document or any testing like that. | | | | |
| 174 17        Q.    I understand. | | | | |
| 174 18        Are you familiar with a plug | | | | |
| 174 19        called an Arc blast plug? | | | | |
| 174 20        A.    No. | | | | |

| | | | | |
|---|---|---|---|---|
| 174 21   Q.   Never heard of Arc blast?<br>174 22   A.   No. | | | | |
| **177:18 - 177:20   Falco, Robert 2-11-2020**<br>177 18   Q.   Do you know what was going on<br>177 19   in the world as pertains to the Combat Arms<br>177 20   Earplugs? | | | **Re: [177:18-177:23]**<br>Vague, confusing, incomplete<br>designation, beyond scope of<br>counter | **SUSTAINED** |
| **177:23 - 177:23   Falco, Robert 2-11-2020**<br>177 23   THE WITNESS:  No, I don't. | | | **Re: [177:18-177:23]**<br>Vague, confusing, incomplete<br>designation, beyond scope of<br>counter | **SUSTAINED** |
| **180:21 - 180:23   Falco, Robert 2-11-2020**<br>180 21   Q.   I said, would you take into<br>180 22   account the results of testing when you were<br>180 23   designing parts for various products? | | | **Re: [180:21-180:23]**<br>Cumulative, beyond scope of<br>counter | **SUSTAINED** |
| **186:24 - 187:1   Falco, Robert 2-11-2020**<br>186 24   Q.   All right.  I'm going to hand<br>186 25   you what I've marked as Exhibit 14, ask you<br>187 1   to take a look at it. | | | | |
| **187:9 - 187:17   Falco, Robert 2-11-2020**<br>187 9   Q.   All right.  It appears that<br>187 10   Exhibit 14 is another first article<br>187 11   inspection, right?<br>187 12   A.   Yes.<br>187 13   Q.   And since you told me that that<br>187 14   was standardly done around Aearo, I would<br>187 15   assume that this is a document format that<br>187 16   you're familiar with, fair?<br>187 17   A.   It was generally used, yes. | | | **Re: [187:9-187:17]**<br>Cumulative; 402; beyond scope<br>of counter | **SUSTAINED** |
| **197:10 - 197:11   Falco, Robert 2-11-2020**<br>197 10   Q.   And you still don't know what<br>197 11   nonlinear attenuation is, right? | | | **Re: [197:10-198:2]**<br>cumulative; 402; 403; beyond<br>scope of counter | **SUSTAINED** |
| **197:14 - 197:22   Falco, Robert 2-11-2020**<br>197 14   THE WITNESS: It's the name of<br>197 15   the part.  That's it.<br>197 16   QUESTIONS BY MR. PIRTLE:<br>197 17   Q.   Sorry?<br>197 18   A.   It's just the name of the part.<br>197 19   Q.   Well, the name of the part's a | | | **Re: [197:10-198:2]**<br>cumulative; 402; 403; beyond<br>scope of counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 197 20 | filter. | | | |
| 197 21 | Nonlinear attenuation is what | | | |
| 197 22 | it does, isn't it? | | | |
| **197:25 - 198:2   Falco, Robert 2-11-2020** | | | **Re: [197:10-198:2]** cumulative; 402; 403; beyond scope of counter | **SUSTAINED** |
| 197 25 | THE WITNESS:  That's what -- it | | | |
| 198 1 | says here on the -- it is a filter for | | | |
| 198 2 | a nonlinear plug. | | | |
| **199:22 - 199:24   Falco, Robert 2-11-2020** | | | **Re: [199:22-200:3]** beyond scope of counter; 402 | **SUSTAINED** |
| 199 22 | Q.   Now, the size specifications | | | |
| 199 23 | for the flanges and those type of things can | | | |
| 199 24 | affect fit, can't it? | | | |
| **200:2 - 200:3   Falco, Robert 2-11-2020** | | | **Re: [199:22-200:3]** beyond scope of counter; 402 | **SUSTAINED** |
| 200 2 | THE WITNESS:  That, I'm not | | | |
| 200 3 | aware of. | | | |
| **238:6 - 238:10   Falco, Robert 2-11-2020** | | | | |
| 238 6 | Q.   I'm going to hand you what I've | | | |
| 238 7 | marked as Exhibit 18 to your deposition. | | | |
| 238 8 | Let me know when you've looked | | | |
| 238 9 | at the document. | | | |
| 238 10 | A.   Okay.  I've looked this over. | | | |
| **238:11 - 239:13   Falco, Robert 2-11-2020** | **Re: [238:11-239:8]** Def Objection - Prejudice (403); Foundation (602) **Re: [239:9-239:13]** Def Objection - Vague; Compound (611, 403); Foundation (602) | Re: [238:11-239:8] Def Objection - Prejudice (403); Foundation (602) **OVERRULED** Re: [239:9-239:23] Def Objection - Vague; Compound (611, 403); Foundation (602) **OVERRULED** | | |
| 238 11 | Q.   All right.  Do you recognize | | | |
| 238 12 | this document? | | | |
| 238 13 | A.   No. | | | |
| 238 14 | Q.   Have you ever seen it before | | | |
| 238 15 | today? | | | |
| 238 16 | A.   Not that I can recall. | | | |
| 238 17 | Q.   This is important.  Back in -- | | | |
| 238 18 | can you see this document is dated July | | | |
| 238 19 | the 10, 2000? | | | |
| 238 20 | A.   Yes. | | | |
| 238 21 | Q.   Back when you were the -- what | | | |
| 238 22 | is it, project engineer for Combat Arms | | | |
| 238 23 | version 2?  I believe that was your title. | | | |
| 238 24 | A.   Okay.  If that's what you say. | | | |
| 238 25 | Q.   Were you ever shown a copy of | | | |
| 239 1 | this document, to your knowledge? | | | |
| 239 2 | A.   Not to my knowledge, no. | | | |
| 239 3 | Q.   Have you heard of the document? | | | |

239 4     A.    Actually, no.
239 5     Q.    Ever heard of something called
239 6   "the flange report"?
239 7     A.    Doesn't ring a bell with me.  I
239 8   don't recall it.
239 9     Q.    Okay.  You see the introduction
239 10   here?  "The Combat Arms Earplug was shortened
239 11   at the request of the Army so it would fit in
239 12   the carrying case.  Because of this, the plug
239 13   is shorter than any other UltraFit design."

| 240:1 - 240:15   Falco, Robert 2-11-2020 | Re: [240:1-240:10] | Re: [239:24-240:10] | | |
|---|---|---|---|---|
| 240 1   "The purpose of this report is | Def Objection - Prejudice (403); Foundation (602) | Def Objection - Prejudice (403); Foundation (602) | | |
| 240 2   to document that the current length of the | **Re: [240:11-240:20]** | **OVERRULED** | | |
| 240 3   UltraFit earplug end of the Combat Arms plug | Def Objection - Compound; Argumentative; Asked (611, 403); Prejudice (403); Foundation (602) | Re: [240:11-240:20] | | |
| 240 4   is too short for proper insertion and how | | Def Objection - Compound; Argumentative; Asked (611, 403); Prejudice (403); Foundation (602) | | |
| 240 5   changing this fitting technique -- the | | | | |
| 240 6   fitting technique affected the results of | | | | |
| 240 7   real-ear test of this plug." | | | | |
| 240 8   Did I read that reasonably | | | | |
| 240 9   correct? | | | | |
| 240 10     A.    That's what it reads here, yes. | | | | |
| 240 11     Q.    Okay.  And you're telling me | | | | |
| 240 12   that as the project designer on this earplug, | | | | |
| 240 13   Combat Arms version 2, this is the first | | | | |
| 240 14   time, sitting here today, you've ever seen | | **OVERRULED** | | |
| 240 15   this document? | | | | |
| **240:18 - 241:2   Falco, Robert 2-11-2020** | **Re: [240:11-240:20]** | Re: [240:11-240:20] | | |
| 240 18   THE WITNESS:  I don't recall | Def Objection - Compound; Argumentative; Asked (611, 403); Prejudice (403); Foundation (602) | Def Objection - Compound; Argumentative; Asked (611, 403); Prejudice (403); Foundation (602) | | |
| 240 19   this document.  Testing of the product | **Re: [240:21-241:6]** | | | |
| 240 20   is something that's out of my field. | Def Objection - Vague; Compound; Assumes (611, 403); Prejudice (403) | | | |
| 240 21   QUESTIONS BY MR. PIRTLE: | | | | |
| 240 22     Q.    Got it.  I understand. | | | | |
| 240 23   Do you ever recall anybody | | | | |
| 240 24   coming to you and saying, "Mr. Falco," or | | | | |
| 240 25   "Bob," as some of them call you, "this plug, | | | | |
| 241 1   this Combat Arms version 2, is too short. | | | | |
| 241 2   Let's do something about it"? | | **OVERRULED** | | |

| | | Re: [240:21-241:6] Def Objection - Vague; Compound; Assumes (611, 403); Prejudice (403) **OVERRULED** | | |
|---|---|---|---|---|
| **241:5 - 241:6   Falco, Robert 2-11-2020**<br>241 5   THE WITNESS:  No, I don't<br>241 6   recall that. | **Re: [240:21-241:6]**<br>Def Objection - Vague; Compound; Assumes (611, 403); Prejudice (403) | Re: [240:21-241:6] Def Objection - Vague; Compound; Assumes (611, 403); Prejudice (403) **OVERRULED** | | |
| **241:8 - 241:16   Falco, Robert 2-11-2020**<br>241 8   Q.   You did, from time to time,<br>241 9   request certain tests be run, and I can<br>241 10   remember one right off the top of my head on<br>241 11   whether or not it was ever a comfortable fit<br>241 12   on an earplug design that you were working<br>241 13   on.<br>241 14   As far as tips, you would<br>241 15   request stuff like that to be done from time<br>241 16   to time, wouldn't you? | | | **Re: [241:8-241:20]**<br>beyond scope of counter | **SUSTAINED** |
| **241:19 - 241:20   Falco, Robert 2-11-2020**<br>241 19   THE WITNESS: No.  I don't<br>241 20   recall that, no. | | | **Re: [241:8-241:20]**<br>beyond scope of counter | **SUSTAINED** |
| **242:4 - 242:6   Falco, Robert 2-11-2020**<br>242 4   Q.   But nobody came to you and<br>242 5   said, "Hey, listen, let's redesign this<br>242 6   thing.  Let's do something different"? | | | | |
| **242:25 - 243:1   Falco, Robert 2-11-2020**<br>242 25   Q.   Were you ever told that the<br>243 1   earplug was too long? | | | | |

| 243:4 - 243:5   Falco, Robert 2-11-2020 | | | |
|---|---|---|---|
| 243  4     THE WITNESS:  I don't recall<br>243  5          that, no. | | | |
| **248:14 - 248:16   Falco, Robert 2-11-2020**<br>248  14     Q.    Do you ever recall ever<br>248  15     recommending that this plug be worn any other<br>248  16     way than like that or like that? | Re: [248:14-249:5]<br>Def Objection - Vague;<br>Compound (611, 403) | Re: [248:14-<br>249:5]<br>Def Objection -<br>Vague;<br>Compound<br>(611, 403)<br>**OVERRULED**<br>Re: [249:5-<br>249:10]<br>Def Objection -<br>Vague (611,<br>403); Relevance<br>(401, 402);<br>Prejudice (403);<br>Foundation<br>(602)<br>**OVERRULED** | |
| **248:21 - 249:2   Falco, Robert 2-11-2020**<br>248  21     THE WITNESS:  Not to my<br>248  22     recollection, no.<br>248  23     QUESTIONS BY MR. PIRTLE:<br>248  24     Q.    You never, ever, recommended a<br>248  25     roll-down or articulated that somehow, some<br>249  1     way, the flanges of this plug should be<br>249  2     folded back? | Re: [248:14-249:5]<br>Def Objection - Vague;<br>Compound (611, 403) | Re: [248:14-<br>249:5]<br>Def Objection -<br>Vague;<br>Compound<br>(611, 403)<br>**OVERRULED**<br>Re: [249:5-<br>249:10]<br>Def Objection -<br>Vague (611,<br>403); Relevance<br>(401, 402);<br>Prejudice (403);<br>Foundation<br>(602)<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| **249:5 - 249:7   Falco, Robert 2-11-2020**<br>249 5    THE WITNESS:  No.<br>249 6    QUESTIONS BY MR. PIRTLE:<br>249 7    Q.   Make any sense to you? | **Re: [248:14-249:5]**<br>Def Objection - Vague;<br>Compound (611, 403)<br>**Re: [249:5-249:10]**<br>Def Objection - Vague (611,<br>403); Relevance (401, 402);<br>Prejudice (403); Foundation<br>(602) | **Re: [248:14-<br>249:5]**<br>Def Objection -<br>Vague;<br>Compound<br>(611, 403)<br>**OVERRULED**<br>**Re: [249:5-<br>249:10]**<br>Def Objection -<br>Vague (611,<br>403); Relevance<br>(401, 402);<br>Prejudice (403);<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **249:10 - 249:10   Falco, Robert 2-11-2020**<br>249 10    THE WITNESS:  No. | **Re: [249:5-249:10]**<br>Def Objection - Vague (611,<br>403); Relevance (401, 402);<br>Prejudice (403); Foundation<br>(602) | **Re: [248:14-<br>249:5]**<br>Def Objection -<br>Vague;<br>Compound<br>(611, 403)<br>**OVERRULED**<br>**Re: [249:5-<br>249:10]**<br>Def Objection -<br>Vague (611,<br>403); Relevance<br>(401, 402);<br>Prejudice (403);<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **311:16 - 313:7   Falco, Robert 2-11-2020**<br>311 16    Q.   One more subject area that I'm<br>311 17    going to try to see if I can understand.<br>311 18    Did the company, Aearo, 3M,<br>311 19    utilize employees and relatives of employees | **Re: [311:16-312:8]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403); 3M MIL<br>No. 23 | **Re: [311:16-<br>312:8]**<br>Def Objection -<br>Relevance (401,<br>402); Prejudice | | |

| | | |
|---|---|---|
| 311 20   as test subjects for REAT testing of | **Re: [312:9-313:7]** | (403); 3M MIL |
| 311 21   products? | Def Objection - Relevance (401, | No. 23 |
| 311 22   I think I've showed you where | 402); Prejudice (403); 3M MIL | **OVERRULED** |
| 311 23   Mandy was on one. | No. 23 | **Re: [312:9-** |
| 311 24   A.    Oh, the company used some of | | **313:7]** |
| 311 25   its employees and outside people that they | | Def Objection - |
| 312 1   hired to do testing. | | Relevance (401, |
| 312 2   Q.    They used you before? | | 402); Prejudice |
| 312 3   A.    For a REAT test? | | (403); 3M MIL |
| 312 4   Q.    Yeah. | | No. 23 |
| 312 5   A.    Probably not. | | **SUSTAINED** |
| 312 6   Q.    What about for another type of | | **as to** |
| 312 7   test, like a comfort test? | | **☐Thought so☐** |
| 312 8   A.    I don't remember. | | **at 312:19.** |
| 312 9   Q.    All right.  See if I can get an | | **SUSTAINED** |
| 312 10   understanding of -- this is Exhibit 125 -- of | | **as to 313:3-5;** |
| 312 11   number 26. | | **313:8-11.** |
| 312 12   Now, we put this up on the | | **Otherwise** |
| 312 13   screen.  It's fairly simple.  We've actually | | **OVERRULED.** |
| 312 14   went out and created this document by pulling | | |
| 312 15   out testing panel results from folks that | | |
| 312 16   either -- that have your name, and I want to | | |
| 312 17   ask you who they are. | | |
| 312 18   A.    These are my family members. | | |
| 312 19   Q.    Okay.  Thought so. | | |
| 312 20   Deena Veronica Falco, who is | | |
| 312 21   that? | | |
| 312 22   A.    That was my -- at that time my | | |
| 312 23   wife. | | |
| 312 24   Q.    Okay.  And I understand she's | | |
| 312 25   passed on. | | |
| 313 1   A.    Yes. | | |
| 313 2   Q.    Sorry to hear that. | | |
| 313 3   And it looks like she was | | |
| 313 4   involved in a test panel that we have listed | | |
| 313 5   there that we could go into. | | |
| 313 6   Robert Nicolo Falco, Senior, | | |
| 313 7   that's you? | | |

| | | | | |
|---|---|---|---|---|
| **313:16 - 313:16   Falco, Robert 2-11-2020**<br>313 16      A.    I'm the senior, yes. | **Re: [313:16-314:2]**<br>Def Objection - Relevance (401, 402); Prejudice (403); 3M MIL No. 23 | Re: [313:12-314:2]<br>Def Objection - Relevance (401, 402); Prejudice (403); 3M MIL No. 23<br>**OVERRULED** | | |
| **313:17 - 314:5   Falco, Robert 2-11-2020**<br>313 17      Q.    And there's a test panel there<br>313 18      for you.<br>313 19      Mandy Katherine (Jared) Falco,<br>313 20      and that is --<br>313 21      A.    That's my daughter.<br>313 22      Q.    That's your daughter.<br>313 23      James Edward Falco?<br>313 24      A.    That's one of my sons.<br>313 25      Q.    And Robert N. Falco, Junior, is<br>314 1      another one of your sons?<br>314 2      A.    Another one of my sons.<br>314 3      Q.    Okay.  So you have wife at the<br>314 4      time, daughter and two sons and yourself?<br>314 5      A.    Yes.  That's on the -- | **Re: [313:16-314:2]**<br>Def Objection - Relevance (401, 402); Prejudice (403); 3M MIL No. 23 | Re: [313:12-314:2]<br>Def Objection - Relevance (401, 402); Prejudice (403); 3M MIL No. 23<br>**OVERRULED** | | |
| **315:2 - 315:23   Falco, Robert 2-11-2020**<br>315 2      Q.    How do these people that are<br>315 3      your family members get selected as testing<br>315 4      subjects?<br>315 5      A.    Well, they applied through an<br>315 6      outside source.  We needed people to test --<br>315 7      we had many people test products.  We had<br>315 8      panels, different panels.  And it was rather<br>315 9      hard getting some people to come in and work<br>315 10     for an hour and have to drive in there and,<br>315 11     you know, get $25 for a test or whatever the<br>315 12     price was.  I'm not sure what exactly the<br>315 13     price was.<br>315 14     And, you know, everyone --<br>315 15     every person here lived within a mile of the<br>315 16     company. | | | **Re: [315:20-315:23]**<br>402 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 315 17   Q.  Okay. So --<br>315 18   A.  Convenience. Probably they got<br>315 19  picked because of convenience.<br>315 20   Q.  For one reason would be<br>315 21  convenience.<br>315 22  Another reason, they got some<br>315 23  type of compensation, albeit minor? | | | | |
| **316:2 - 316:17  Falco, Robert 2-11-2020**<br>316 2   Q.  You said $25 or so, whatever it<br>316 3  was?<br>316 4   A.  Whatever the outside panel -- I<br>316 5  mean, the people who paid them. I didn't<br>316 6  really, you know, get into that.<br>316 7   Q.  And what I was asking you was,<br>316 8  is that more Elliott Berger's area than your<br>316 9  area?<br>316 10   A.  These people would be testing<br>316 11  in the NVLAP that Elliott was the manager of.<br>316 12   Q.  That's what I was getting at.<br>316 13  So Elliott was the manager, and<br>316 14  this pool of people, which includes some of<br>316 15  your family members, would be called by the<br>316 16  NVLAP from time to time to test certain<br>316 17  products? | | | **Re: [316:2-316:17]**<br>Cumulative, beyond scope of<br>counter | **SUSTAINED** |
| **316:21 - 316:22  Falco, Robert 2-11-2020**<br>316 21   Q.  Or a person. One -- maybe one<br>316 22  at a time, the way I understand it worked. | | | **Re: [316:21-317:2]**<br>beyond scope of counter | **SUSTAINED** |
| **316:25 - 317:2  Falco, Robert 2-11-2020**<br>316 25  THE WITNESS: There's different<br>317 1  tests. I don't know that because<br>317 2  there was different types of tests. | | | **Re: [316:21-317:2]**<br>beyond scope of counter | **SUSTAINED** |

# Falco, Robert 2-12-2020

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **371:4 - 371:6   Falco, Robert 2-12-2020 (revised)** | | | | |
| 371 4    Q.   All right. Fair enough. | | | | |
| 371 5    Do you recognize the document? | | | | |
| 371 6    A.   No, I do not. | | | | |
| **374:5 - 374:14   Falco, Robert 2-12-2020 (revised)** | | | **Re: [374:5-374:14]** | **SUSTAINED** |
| 374 5    Q.   Well, I can get out his title | | | improper counter | |
| 374 6    in this project. I think he's senior project | | | | |
| 374 7    manager, but we'll let that set. That was | | | | |
| 374 8    three documents ago. | | | | |
| 374 9    "We have received several | | | | |
| 374 10    smaller sustainment orders since the launch, | | | | |
| 374 11    but are starting to see the new CAE take hold | | | | |
| 374 12    in the US military." | | | | |
| 374 13    That's what he wrote, correct? | | | | |
| 374 14    A.   Yes, that's what he wrote. | | | | |
| **374:20 - 375:5   Falco, Robert 2-12-2020 (revised)** | | | **Re: [374:20-375:5]** | **SUSTAINED** |
| 374 20    Q.   All right. What it says -- he | | | improper counter | |
| 374 21    writes to you, "We have received several | | | | |
| 374 22    smaller sustainment orders since the launch, | | | | |
| 374 23    but we are starting to see the new CLE" -- I | | | | |
| 374 24    mean "CAE take hold in the US military." | | | | |
| 374 25    Correct? | | | | |
| 375 1    A.   That's what it reads here, yes. | | | | |
| 375 2    Q.   All right. So this is a -- | | | | |
| 375 3    he's conveying to you that this is a product | | | | |
| 375 4    that the military is starting to like as of | | | | |
| 375 5    2010? | | | | |
| **375:11 - 375:17   Falco, Robert 2-12-2020 (revised)** | | | | |
| 375 11    Q.   "As you can see below, thanks | | | | |
| 375 12    to your design and work with your colleagues, | | | | |
| 375 13    we're getting more institutional activity. | | | | |
| 375 14    Last month, one order alone was for | | | | |
| 375 15    1.7 million." | | | | |
| 375 16    Did I read that correctly? | | | | |
| 375 17    A.   That's what it says here, yes. | | | | |
| **388:6 - 388:15   Falco, Robert 2-12-2020 (revised)** | | | | |
| 388 6    Q.   All right. One thing, I had | | | | |

    

| | | | | |
|---|---|---|---|---|
| 388 7   handed you yesterday a set of Combat Arms<br>388 8   Earplugs that I believe you identified as<br>388 9   Combat Arms Earplugs.  I'm going to hand them<br>388 10   back to you.<br>388 11   And just so my record is clear,<br>388 12   as we are here, will you identify what I've<br>388 13   handed to you on the video record?<br>388 14   A.   I believe this is the Combat<br>388 15   Arms version 2. | | | | |
| **388:21 - 388:23   Falco, Robert 2-12-2020 (revised)**<br>388 21   Q.   And it's a product that you<br>388 22   worked on while you were at 3M?<br>388 23   A.   That's correct. | | | | |
| **389:2 - 389:14   Falco, Robert 2-12-2020 (revised)**<br>389 2   Q.   There are two ends.  Can you<br>389 3   hold that product up?<br>389 4   A.   (Witness complies.)<br>389 5   Q.   And there is an olive drab or<br>389 6   green type of end?<br>389 7   A.   Yes.<br>389 8   Q.   And there is a yellow end?<br>389 9   A.   Yes.<br>389 10   Q.   And the yellow end in is your<br>389 11   left hand?<br>389 12   A.   That's correct.<br>389 13   Q.   Now, what's the difference<br>389 14   between the two ends? | | | **Re: [389:2-389:14]**<br>improper counter | **SUSTAINED** |
| **389:18 - 389:21   Falco, Robert 2-12-2020 (revised)**<br>389 18   Q.   Other than color.<br>389 19   A.   One has a hole in it.<br>389 20   Q.   Okay.  And what is the purpose<br>389 21   of that hole? | | | **Re: [389:18-389:21]**<br>improper counter | **SUSTAINED** |
| **389:24 - 389:25   Falco, Robert 2-12-2020 (revised)**<br>389 24   THE WITNESS:  There's a<br>389 25   through-hole in it. | | | **Re: [389:24-389:25]**<br>improper counter | **SUSTAINED** |
| **390:2 - 390:2   Falco, Robert 2-12-2020 (revised)**<br>390 2   Q.   Okay.  And what does it do? | | | **Re: [390:2-390:2]**<br>improper counter | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| **390:4 - 390:5   Falco, Robert 2-12-2020 (revised)** | | | **Re: [390:4-390:5]** | **SUSTAINED** |
| 390 4        THE WITNESS:  It's a sound | | | improper counter | |
| 390 5        path. | | | | |
| **390:7 - 390:9   Falco, Robert 2-12-2020 (revised)** | | | **Re: [390:7-390:9]** | **SUSTAINED** |
| 390 7        Q.    And so the sound would go out | | | improper counter | |
| 390 8        of that hole into the person's ear if it was | | | | |
| 390 9        inserted into the ear? | | | | |
| **390:12 - 390:16   Falco, Robert 2-12-2020 (revised)** | | | **Re: [390:12-390:16]** | **SUSTAINED** |
| 390 12       THE WITNESS:  Yes, the sound | | | improper counter | |
| 390 13       path is through the -- there's a piece | | | | |
| 390 14       in the middle here, and it goes | | | | |
| 390 15       through that and then through the | | | | |
| 390 16       earplug. | | | | |
| **390:18 - 390:20   Falco, Robert 2-12-2020 (revised)** | | | **Re: [390:18-390:20]** | **SUSTAINED** |
| 390 18       Q.    Okay.  And what is in between | | | improper counter | |
| 390 19       the hole in the middle and the hole in the | | | | |
| 390 20       end? | | | | |
| **390:23 - 390:25   Falco, Robert 2-12-2020 (revised)** | | | **Re: [390:23-390:25]** | **SUSTAINED** |
| 390 23       THE WITNESS:  There's another | | | improper counter | |
| 390 24       part in there, a little a black part, | | | | |
| 390 25       the filter. | | | | |
| **391:2 - 391:9   Falco, Robert 2-12-2020 (revised)** | | | **Re: [391:2-391:9]** | **SUSTAINED** |
| 391 2        Q.    The filter? | | | improper counter | |
| 391 3        A.    The filter, yeah. | | | | |
| 391 4        Q.    So that's where this I-S-L | | | | |
| 391 5        filter is, ISL filter is? | | | | |
| 391 6        A.    Yes. | | | | |
| 391 7        Q.    And what would be the purpose | | | | |
| 391 8        of someone putting the yellow end into the | | | | |
| 391 9        ear -- | | | | |
| **391:12 - 391:12   Falco, Robert 2-12-2020 (revised)** | | | **Re: [391:12-391:12]** | **SUSTAINED** |
| 391 12       Q.    -- versus the green end? | | | improper counter | |
| **391:15 - 391:15   Falco, Robert 2-12-2020 (revised)** | | | **Re: [391:15-391:15]** | **SUSTAINED** |
| 391 15       THE WITNESS:  I'm not sure. | | | improper counter | |
| **391:17 - 391:21   Falco, Robert 2-12-2020 (revised)** | | | **Re: [391:17-391:21]** | **SUSTAINED** |
| 391 17       Q.    All right.  Which end of that | | | improper counter | |
| 391 18       earplug is the attenuating end? | | | | |
| 391 19       If I wanted to get nonlinear | | | | |

| | | | | |
|---|---|---|---|---|
| 391 20    attenuation from the earplug, which end would<br>391 21         I put into the ear? | | | | |
| **391:24 - 391:25   Falco, Robert 2-12-2020 (revised)**<br>391 24      THE WITNESS:  The one with the<br>391 25         hole in it. | | | **Re: [391:24-391:25]**<br>improper counter | **SUSTAINED** |
| **392:2 - 392:3   Falco, Robert 2-12-2020 (revised)**<br>392 2      Q.   Okay.  What's the purpose of<br>392 3      the green end? | | | **Re: [392:2-392:3]**<br>improper counter | **SUSTAINED** |
| **392:5 - 392:6   Falco, Robert 2-12-2020 (revised)**<br>392 5      THE WITNESS:  It's to block<br>392 6      sound. | | | **Re: [392:5-392:6]**<br>improper counter | **SUSTAINED** |
| **392:8 - 392:10   Falco, Robert 2-12-2020 (revised)**<br>392 8      Q.   And so is it a total sound<br>392 9      block in terms of there's no hole in the end<br>392 10      of that? | | | **Re: [392:8-392:10]**<br>improper counter | **SUSTAINED** |
| **392:8 - 392:10   Falco, Robert 2-12-2020 (revised)**<br>392 8      Q.   And so is it a total sound<br>392 9      block in terms of there's no hole in the end<br>392 10      of that? | | | **Re: [392:8-392:10]**<br>improper counter | **SUSTAINED** |
| **392:13 - 392:14   Falco, Robert 2-12-2020 (revised)**<br>392 13      THE WITNESS:  No, I'm not sure<br>392 14      of that. | | | **Re: [392:13-392:14]**<br>improper counter | **SUSTAINED** |
| **392:16 - 392:18   Falco, Robert 2-12-2020 (revised)**<br>392 16      Q.   Why are you unsure?<br>392 17      A.   Could have a bad fit.  Sound<br>392 18      goes through your body also. | | | **Re: [392:16-392:23]**<br>improper counter | **SUSTAINED** |
| **392:16 - 392:23   Falco, Robert 2-12-2020 (revised)**<br>392 16      Q.   Why are you unsure?<br>392 17      A.   Could have a bad fit.  Sound<br>392 18      goes through your body also.<br>392 19      Q.   "Could have a bad fit," what do<br>392 20      you mean by that?<br>392 21      A.   Whoever was putting it in the<br>392 22      ear, they might have not put it in correctly.<br>392 23      It might not just have fit. | | | **Re: [392:16-392:23]**<br>improper counter | **SUSTAINED** |
| **395:9 - 395:10   Falco, Robert 2-12-2020 (revised)**<br>395 9      Q.   No other part, no other thing<br>395 10      to do to it?  That's it? | | | | |

| | | | |
|---|---|---|---|
| **395:13 - 395:14   Falco, Robert 2-12-2020 (revised)**<br>395 13    THE WITNESS:  That's the way<br>395 14      you properly fit an UltraFit. | | | |
| **395:16 - 395:17   Falco, Robert 2-12-2020 (revised)**<br>395 16    Q.    All right.  Is that the way you<br>395 17      properly fit a Combat Arms version 2? | | | |
| **395:20 - 395:21   Falco, Robert 2-12-2020 (revised)**<br>395 20    THE WITNESS:  I'm not sure of<br>395 21      that. | | | |
| **396:23 - 396:25   Falco, Robert 2-12-2020 (revised)**<br>396 23    Q.    Do you know of any other way<br>396 24      other than what you showed me, is my<br>396 25      question. | | | |
| **397:3 - 397:5   Falco, Robert 2-12-2020 (revised)**<br>397 3    THE WITNESS:  You'd have to<br>397 4      look at the instructions.  That's the<br>397 5      way to put it in. | | | |
| **445:19 - 445:24   Falco, Robert 2-12-2020 (revised)**<br>445 19    One of the issues that's been<br>445 20      discussed, and I think the jury heard, is<br>445 21      your role in designing the Combat Arms<br>445 22      Earplug.<br>445 23      Have you -- do you believe you<br>445 24      designed the Combat Arms version 2 earplug? | Re: [445:23-446:5]<br>Def Objection - Vague; Asked (611, 403); Prejudice (403); Cumulative (403) | Re: [445:23-446:5]<br>Def Objection - Vague; Asked (611, 403); Prejudice (403); Cumulative (403)<br>**OVERRULED** | |
| **446:2 - 446:5   Falco, Robert 2-12-2020 (revised)**<br>446 2    THE WITNESS:  Did I design it?<br>446 3      QUESTIONS BY MR. OVERHOLTZ:<br>446 4    Q.    Yes.<br>446 5    A.    No. | Re: [445:23-446:5]<br>Def Objection - Vague; Asked (611, 403); Prejudice (403); Cumulative (403) | Re: [445:23-446:5]<br>Def Objection - Vague; Asked (611, 403); Prejudice (403); Cumulative (403)<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| **447:3 - 447:10   Falco, Robert 2-12-2020 (revised)** | | | **Re: [447:3-447:10]**<br>Cumulative (403) | **OVERRULED** |
| 447 3     Do you remember the exhibit<br>447 4     where they talked about the fact that the<br>447 5     designer was on vacation, and when he got<br>447 6     back they'd try to shorten the plug by a<br>447 7     quarter-inch?<br>447 8     A.   I don't remember that.<br>447 9     Q.   Maybe we can -- can I get your<br>447 10    stack of exhibits there?  It's Exhibit 2. | | | | |
| **447:23 - 447:25   Falco, Robert 2-12-2020 (revised)** | | | **Re: [447:23-447:25]**<br>Cumulative (403) | **OVERRULED** |
| 447 23    THE WITNESS:  I may have looked<br>447 24    at it, yes.  It's just not ringing a<br>447 25    bell. | | | | |
| **448:5 - 448:10   Falco, Robert 2-12-2020 (revised)** | | | | |
| 448 5     Q.   So this is the e-mail, and it<br>448 6     said, "I spoke with Dick Knauer."<br>448 7     That was your boss, right?<br>448 8     A.   He was the department manager,<br>448 9     yes.<br>448 10    Q.   Sure. | | | | |
| **448:11 - 449:5   Falco, Robert 2-12-2020 (revised)** | | | **Re: [448:11-449:6]**<br>Cumulative (403) | **OVERRULED** |
| 448 11    It says, "I spoke with Dick<br>448 12    Knauer, who believes that we can probably<br>448 13    shorten the plug by the quarter-inch required<br>448 14    to fit your current container.  The designer<br>448 15    will look at this when he gets back from<br>448 16    vacation on the 19th."<br>448 17    Do you recall that e-mail?<br>448 18    A.   No.<br>448 19    Q.   Okay.  So I asked Mr. Berger<br>448 20    about it -- and if I could get the ELMO.<br>448 21    I asked Mr. Berger about it,<br>448 22    and I said:  "All right.  In reviewing this<br>448 23    e-mail" -- and I read it to him -- "I<br>448 24    spoke with Dick Knauer, who believes we<br>448 25    can probably shorten the plug.  Do you<br>449 1     see that?<br>449 2     "Yes.<br>449 3     "The designer will look at this | | | | |

| | | | | |
|---|---|---|---|---|
| 449 4<br>449 5 | when he gets back from vacation on the<br>19th, right?" | | | |
| **449:6 - 449:6   Falco, Robert 2-12-2020 (revised)** | | | **Re: [448:11-449:6]** | **OVERRULED** |
| 449 6 | "Yes." | | | Cumulative (403) | |
| **449:14 - 450:5   Falco, Robert 2-12-2020 (revised)** | | | **Re: [449:14-449:25]** | **OVERRULED** |
| 449 14<br>449 15<br>449 16<br>449 17<br>449 18<br>449 19<br>449 20<br>449 21<br>449 22<br>449 23<br>449 24<br>449 25<br>450 1<br>450 2<br>450 3<br>450 4<br>450 5 | Q.   "The designer will look at this<br>when he gets back from vacation on the<br>19th, right?<br>"Yes."<br>So I was reading this e-mail to<br>Elliott Berger.<br>A.   Okay.<br>Q.   And I said -- the next thing I<br>asked him was: "And the designer you're<br>talking about there is Bob Falco,<br>right?"<br>And he says: "Correct."<br>Right?<br>A.   That's what it says here, yes.<br>Q.   Yeah.  So Elliott Berger<br>considered you the designer of the plug,<br>right? | | | Cumulative (403)<br>**Re: [450:1-450:5]**<br>(602, 403) | |
| **450:9 - 450:19   Falco, Robert 2-12-2020 (revised)** | | | **Re: [450:9-450:19]** | **OVERRULED** |
| 450 9<br>450 10<br>450 11<br>450 12<br>450 13<br>450 14<br>450 15<br>450 16<br>450 17<br>450 18<br>450 19 | THE WITNESS:  What plug are you<br>talking about?<br>QUESTIONS BY MR. OVERHOLTZ:<br>Q.   The Combat Arms plug.<br>A.   Which Combat Arms?<br>Q.   The version 2.<br>A.   What is the question?<br>Q.   Elliott Berger, when I asked<br>him who the designer was in Exhibit 2, that<br>e-mail, he says it would have been you they<br>were talking about. | | | (602, 403) | |
| **451:12 - 452:4   Falco, Robert 2-12-2020 (revised)** | | | | |
| 451 12<br>451 13<br>451 14<br>451 15 | MR. OVERHOLTZ:  I didn't mark<br>it as an exhibit.  It's just testimony<br>from a prior deposition.  We can make<br>it an exhibit. | | | | |

| | | | |
|---|---|---|---|
| 451 16  We'll mark it as Exhibit 39.<br>451 17  (Falco Exhibit 39 marked for<br>451 18  identification.)<br>451 19  QUESTIONS BY MR. OVERHOLTZ:<br>451 20  Q.   So this e-mail that was<br>451 21  Exhibit 2 that I asked Elliott Berger about,<br>451 22  when I asked Elliott Berger who the designer<br>451 23  they're talking about there, he said it was<br>451 24  Bob Falco, right?<br>451 25  A.   Which plug are you talking<br>452 1  about?<br>452 2  Q.   Well, that e-mail was talking<br>452 3  about the Combat Arms version 2 back in 1999.<br>452 4  A.   Okay. | | | |
| **452:10 - 452:14   Falco, Robert 2-12-2020 (revised)**<br>452 10  Q.   Yep.<br>452 11  And Elliott Berger said who<br>452 12  they were talking about in that e-mail on<br>452 13  behalf of the company in 1999 when they said<br>452 14  the designer, they were talking about you. | | | |
| **452:20 - 452:25   Falco, Robert 2-12-2020 (revised)**<br>452 20  THE WITNESS:  Is that what they<br>452 21  said?<br>452 22  QUESTIONS BY MR. OVERHOLTZ:<br>452 23  Q.   That's what Elliott Berger<br>452 24  said.<br>452 25  A.   Okay. | Re: [452:23-453:16]<br>Def Objection - Prejudice (403);<br>Foundation (602) | Re: [452:23-453:16]<br>Def Objection - Prejudice (403);<br>Foundation (602)<br>**OVERRULED** | |
| **453:1 - 453:5   Falco, Robert 2-12-2020 (revised)**<br>453 1  Q.   Did you know he had told us<br>453 2  that you were the designer?<br>453 3  A.   The designer of Combat Arms 2?<br>453 4  Q.   Yes.<br>453 5  A.   I didn't design that. | Re: [452:23-453:16]<br>Def Objection - Prejudice (403);<br>Foundation (602) | Re: [452:23-453:16]<br>Def Objection - Prejudice (403);<br>Foundation (602)<br>**OVERRULED** | |
| **453:6 - 453:11   Falco, Robert 2-12-2020 (revised)**<br>453 6  Q.   Okay.  So we got to spend<br>453 7  several days with Elliott Berger -- and this | Re: [452:23-453:16]<br>Def Objection - Prejudice (403);<br>Foundation (602) | Re: [452:23-453:16]<br>Def Objection - | |

| | | | |
|---|---|---|---|
| 453 8    is 602.<br>453 9    (Falco Exhibit 40 marked for<br>453 10    identification.)<br>453 11    QUESTIONS BY MR. OVERHOLTZ: | | Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** | |
| **453:12 - 453:16   Falco, Robert 2-12-2020 (revised)**<br>453 12    Q.    So I've shown you what we'll<br>453 13    mark as Exhibit 40, which is a deposition of<br>453 14    Elliott Berger that we took back in December,<br>453 15    December 11, 2019, and I'll direct your<br>453 16    attention down to the bottom on line 22. | Re: [452:23-453:16]<br>Def Objection - Prejudice (403);<br>Foundation (602) | Re: [452:23-<br>453:16]<br>Def Objection -<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED** | |
| **453:23 - 454:20   Falco, Robert 2-12-2020 (revised)**<br>453 23    Q.    And you see the question was --<br>453 24    well, it starts -- if we look at 17 first:<br>453 25    "Would you have been the top dog with<br>454 1    regard to design?" was asked of<br>454 2    Mr. Berger.<br>454 3    And he said:  "Part of a team."<br>454 4    And then the question was:<br>454 5    "Who were the other members of the<br>454 6    team?"<br>454 7    "Bob Falco, Dick Knauer, I'd<br>454 8    say, would be the principal people."<br>454 9    Do you see that?<br>454 10    A.    Yes.<br>454 11    Q.    And then if we turn over, it<br>454 12    says, starting at line 3: "If you were<br>454 13    ranking the people with regard to<br>454 14    design, would you put yourself at the<br>454 15    top or would you put Knauer at the<br>454 16    top?"<br>454 17    And he says:  "He was the<br>454 18    manager of the group."<br>454 19    That's true, right?  Knauer was<br>454 20    the manager? | | | |
| **454:23 - 455:3   Falco, Robert 2-12-2020 (revised)**<br>454 23    THE WITNESS:  He was the | | | |

| | | | |
|---|---|---|---|
| 454 24   department manager, yes.<br>454 25<br>455 1   QUESTIONS BY MR. OVERHOLTZ:<br>455 2   Q.  Okay.  And then question:<br>455 3   "Okay?" | | | |
| **455:4 - 455:13  Falco, Robert 2-12-2020 (revised)**<br>455 4   Next answer from Elliott<br>455 5   Berger:  "The person who actually drew the<br>455 6   parts, conceived of the way the dual<br>455 7   end would go together initially, would<br>455 8   be Bob Falco."<br>455 9   Do you see that?<br>455 10   A.  Yes.<br>455 11   Q.  So he said you conceived of the<br>455 12   way this two-ended plug would go together,<br>455 13   right? | | | |
| **455:16 - 455:20  Falco, Robert 2-12-2020 (revised)**<br>455 16   THE WITNESS:  That's what it<br>455 17   reads here.<br>455 18   QUESTIONS BY MR. OVERHOLTZ:<br>455 19   Q.  Okay.  Now, was he telling the<br>455 20   truth when he said that? | | **Re: [455:19-455:20]**<br>Hearsay (403, 602) | **OVERRULED** |
| **455:23 - 455:24  Falco, Robert 2-12-2020 (revised)**<br>455 23   THE WITNESS:  Well, this is<br>455 24   what he says here. | | **Re: [455:23-455:24]**<br>Hearsay (403, 602) | **OVERRULED** |
| **456:2 - 456:2  Falco, Robert 2-12-2020 (revised)**<br>456 2   Q.  Well, is he telling the truth? | | **Re: [456:2-456:2]**<br>Hearsay (403, 602) | **OVERRULED** |
| **456:5 - 456:6  Falco, Robert 2-12-2020 (revised)**<br>456 5   THE WITNESS:  What is the<br>456 6   question? | | **Re: [456:5-456:6]**<br>Hearsay (403, 602) | **OVERRULED** |
| **456:8 - 456:12  Falco, Robert 2-12-2020 (revised)**<br>456 8   Q.  Was Elliott Berger telling the<br>456 9   truth when he said that the person who drew<br>456 10   the parts and conceived of the way the<br>456 11   dual-end would go together initially was you,<br>456 12   Bob Falco? | **Re: [456:8-456:19]**<br>Def Objection - Vague;<br>Compound; Argumentative;<br>Misstates (611, 403); Prejudice<br>(403); Foundation (602) | Re: [456:8-<br>456:19]<br>Def Objection -<br>Vague;<br>Compound;<br>Argumentative;<br>Misstates (611,<br>403); Prejudice | |

| | | (403); Foundation (602) **OVERRULED** | | |
|---|---|---|---|---|
| **456:15 - 456:17   Falco, Robert 2-12-2020 (revised)**<br>456 15   THE WITNESS:  No.<br>456 16   QUESTIONS BY MR. OVERHOLTZ:<br>456 17   Q.   He wasn't telling the truth? | Re: [456:8-456:19]<br>Def Objection - Vague; Compound; Argumentative; Misstates (611, 403); Prejudice (403); Foundation (602) | Re: [456:8-456:19]<br>Def Objection - Vague; Compound; Argumentative; Misstates (611, 403); Prejudice (403); Foundation (602) **OVERRULED** | | |
| **456:19 - 456:19   Falco, Robert 2-12-2020 (revised)**<br>456 19   THE WITNESS:  Yes. | Re: [456:8-456:19]<br>Def Objection - Vague; Compound; Argumentative; Misstates (611, 403); Prejudice (403); Foundation (602) | Re: [456:8-456:19]<br>Def Objection - Vague; Compound; Argumentative; Misstates (611, 403); Prejudice (403); Foundation (602) **OVERRULED** | | |
| **457:6 - 457:17   Falco, Robert 2-12-2020 (revised)**<br>457 6   Q.   So we got to take your boss,<br>457 7   Dick Knauer's, deposition too.  Let me show<br>457 8   you what we'll mark as Exhibit Number 41.<br>457 9   And this was the deposition<br>457 10   that we took of Dick Knauer on the 17th of<br>457 11   December, 2019, here in Indianapolis.<br>457 12   And if you turn with me -- if<br>457 13   you look with me at the top, they're talking<br>457 14   about shortening that plug by a quarter-inch.<br>457 15   Do you remember the Exhibit 2 | | | | |

| | | | | |
|---|---|---|---|---|
| 457 16  that talked about shortening the plug by a<br>457 17    quarter-inch? | | | | |

**457:23 - 458:13   Falco, Robert 2-12-2020 (revised)**

| | | | | |
|---|---|---|---|---|
| 457 23    Q.   Do you see that at the top,<br>457 24     they're talking about the quarter-inch?<br>457 25     "When you made the decision<br>458 1     that the plug could be shortened by a<br>458 2     quarter-inch, were you looking at the<br>458 3     capabilities of the plug or were you<br>458 4     looking at the manufacturing process<br>458 5     necessary to create the plug?"<br>458 6     And Dick Knauer said:  "We were<br>458 7     looking at -- I -- I was<br>458 8     specifically or Bob Falco was<br>458 9     specifically looking at the capability<br>458 10     of being able to manufacture a shorter<br>458 11     plug."<br>458 12     Do you see that?<br>458 13     A.   Yes. | | | | |

**459:23 - 460:18   Falco, Robert 2-12-2020 (revised)**

| | | | | |
|---|---|---|---|---|
| 459 23    Q.   Dick Knauer said: "To the best<br>459 24     of my memory, what we did, we took<br>459 25     the -- because we had the UltraFit<br>460 1     tips, we took them and cut them down to<br>460 2     certain lengths, put a filter in the<br>460 3     adapter and put them together and sent<br>460 4     them and said, 'Hey, Doug, is this what<br>460 5     you want?  Is this not what you want?'<br>460 6     that type of thing."<br>460 7     And the question:  "So who did<br>460 8     that?  Was it you?<br>460 9     "No, it was not me," is what<br>460 10     Knauer said.<br>460 11     "Okay.<br>460 12     "The most likely person that<br>460 13     had made the actual sample, Bob Falco,<br>460 14     the design engineer."<br>460 15     Do you see that?<br>460 16     A.   Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| 460 17   Q.   So he's saying that you came up<br>460 18   with the two-sided design. | | | | |
| **460:22 - 460:22   Falco, Robert 2-12-2020 (revised)** | | | | |
| 460 22   Q.   That wasn't true, right? | | | | |
| **461:2 - 461:9   Falco, Robert 2-12-2020 (revised)** | | | | |
| 461 2   THE WITNESS:  I don't recall<br>461 3   this.<br>461 4   QUESTIONS BY MR. OVERHOLTZ:<br>461 5   Q.   Okay.  You don't recall being<br>461 6   asked --<br>461 7   A.   No.<br>461 8   Q.    -- to come up with the<br>461 9   two-sided design? | | | | |
| **461:17 - 461:21   Falco, Robert 2-12-2020 (revised)**<br>461 17   Q.   When Berger said, "The person<br>461 18   who actually drew up the parts, conceived of<br>461 19   the way the dual-end would go together<br>461 20   initially, would be Bob Falco," he was lying<br>461 21   there? | | | **Re: [461:17-461:21]**<br>Hearsay (403, 602) | **OVERRULED** |
| **461:24 - 461:25   Falco, Robert 2-12-2020 (revised)**<br>461 24   THE WITNESS:  I have no<br>461 25   knowledge of that. | | | **Re: [461:24-461:25]**<br>Hearsay (403, 602) | **OVERRULED** |
| **462:21 - 463:2   Falco, Robert 2-12-2020 (revised)**<br>462 21   Q.   The question is:  When Elliott<br>462 22   Berger testified on behalf of the company --<br>462 23   or for himself that the person who actually<br>462 24   drew the parts, conceived of the way the<br>462 25   dual-end would go together initially would be<br>463 1   Bob Falco, he wasn't telling the truth,<br>463 2   right? | | | | |
| **463:5 - 463:6   Falco, Robert 2-12-2020 (revised)**<br>463 5   THE WITNESS:  I don't recall<br>463 6   that. | | | | |
| **463:15 - 463:18   Falco, Robert 2-12-2020 (revised)**<br>463 15   Q.   You have no understanding as to<br>463 16   why Elliott Berger would testify that the<br>463 17   person who came up with this two sides to go<br>463 18   together would be Bob Falco? | **Re: [463:15-463:22]**<br>Def Objection - Compound;<br>Asked; Misstates (611, 403);<br>Prejudice (403); Foundation<br>(602) | Re: [463:15-<br>463:22]<br>Def Objection -<br>Compound;<br>Asked; | | |

| | | |
|---|---|---|
| | Misstates (611, 403); Prejudice (403); Foundation (602) **OVERRULED** | |
| **463:21 – 463:22   Falco, Robert 2-12-2020 (revised)**<br>463 21    THE WITNESS:  I didn't come up<br>463 22       with that design. | Re: [463:15-463:22]<br>Def Objection - Compound; Asked; Misstates (611, 403); Prejudice (403) Foundation (602) | Re: [463:15-463:22]<br>Def Objection - Compound; Asked; Misstates (611, 403); Prejudice (403); Foundation (602) **OVERRULED** | |
| **464:6 – 464:10    Falco, Robert 2-12-2020 (revised)**<br>464 6     Q.   If people at 3M are testifying<br>464 7       in this case that it was you who designed<br>464 8       this plug, this Combat Arms version 2, do you<br>464 9       have an understanding as to why they would<br>464 10      say that if it wasn't true? | Re: [464:6-464:24]<br>Def Objection - Vague; Compound; Asked; Misstates; Argumentative (611, 403); Prejudice (403) Foundation (602) | Re: [464:6-464:24]<br>Def Objection - Vague; Compound; Asked; Misstates; Argumentative (611, 403); Prejudice (403); Foundation (602) **OVERRULED** | |
| **464:16 – 464:16    Falco, Robert 2-12-2020 (revised)**<br>464 16      THE WITNESS:  I have no idea. | Re: [464:6-464:24]<br>Def Objection - Vague; Compound; Asked; Misstates; Argumentative (611, 403); Prejudice (403) Foundation (602) | Re: [464:6-464:24]<br>Def Objection - Vague; Compound; Asked; Misstates; Argumentative | |

| | | (611, 403); Prejudice (403); Foundation (602) **OVERRULED** | | |
|---|---|---|---|---|
| **464:18 - 464:19   Falco, Robert 2-12-2020 (revised)**<br>464 18    Q.   Your testimony today is they'd<br>464 19        be wrong for saying that? | Re: [464:6-464:24]<br>Def Objection - Vague;<br>Compound; Asked; Misstates;<br>Argumentative (611, 403);<br>Prejudice (403); Foundation<br>(602) | Re: [464:6-464:24]<br>Def Objection - Vague;<br>Compound;<br>Asked;<br>Misstates;<br>Argumentative (611, 403);<br>Prejudice (403);<br>Foundation (602)<br>**OVERRULED** | | |
| **464:23 - 464:24   Falco, Robert 2-12-2020 (revised)**<br>464 23    THE WITNESS:  I have no idea<br>464 24        why they'd say that. | Re: [464:6-464:24]<br>Def Objection - Vague;<br>Compound; Asked; Misstates;<br>Argumentative (611, 403);<br>Prejudice (403); Foundation<br>(602) | Re: [464:6-464:24]<br>Def Objection - Vague;<br>Compound;<br>Asked;<br>Misstates;<br>Argumentative (611, 403);<br>Prejudice (403);<br>Foundation (602)<br>**OVERRULED** | | |
| **466:13 - 467:4   Falco, Robert 2-12-2020 (revised)**<br>466 13    Q.   Okay.  And so if you look with<br>466 14        me on the next page, there's a section here<br>466 15        called "Brief History of Passive Earplugs."<br>466 16        Do you see that? | | | | |

| | | | | |
|---|---|---|---|---|
| 466 17   A.    Yes.<br>466 18   Q.    And the first was the ear<br>466 19   classic, first patented disposable foam<br>466 20   earplug developed in the '70s, and then the<br>466 21   next one is the UltraFit earplug, right?<br>466 22   A.    Yes, that's what it says here.<br>466 23   Q.    And you did come up with the<br>466 24   UltraFit, right?<br>466 25   A.    Yes.<br>467 1   Q.    And you hold the patent on the<br>467 2   UltraFit?<br>467 3   A.    I'm the inventor of it.  The<br>467 4   patent is held by the corporation. | | | | |
| **468:3 - 468:7    Falco, Robert 2-12-2020 (revised)**<br>468 3   Q.    So you see this picture of the<br>468 4   ear, and then there's four descriptions there<br>468 5   of how earplugs function.<br>468 6   Do you see those?<br>468 7   A.    Yes. | | | **Re: [468:3-468:7]**<br>improper counter | **SUSTAINED** |
| **471:18 - 471:21    Falco, Robert 2-12-2020 (revised)**<br>471 18   Q.    As the design engineer who was<br>471 19   designing the plugs at Aearo and then 3M,<br>471 20   you're not aware of whether poor fit can<br>471 21   result in poor performance for a plug? | | | | |
| **471:24 - 471:25    Falco, Robert 2-12-2020 (revised)**<br>471 24   THE WITNESS:  No, I'm not aware<br>471 25   of that. | | | | |
| **474:11 - 474:14    Falco, Robert 2-12-2020 (revised)**<br>474 11   Q.    I mean, when you learned that<br>474 12   something didn't work, did you just keep<br>474 13   doing it as the design engineer, or did you<br>474 14   try to change? | | | **Re: [474:11-474:14]**<br>Overbroad | **OVERRULED** |
| **474:16 - 474:16    Falco, Robert 2-12-2020 (revised)**<br>474 16   THE WITNESS:  I don't know. | | | **Re: [474:16-474:16]**<br>Overbroad | **OVERRULED** |
| **475:6 - 475:13    Falco, Robert 2-12-2020 (revised)**<br>475 6   Q.    If you had been told, hey, you<br>475 7   need to work on this and make it better,<br>475 8   would you have done that? | | | | |

| | | | | |
|---|---|---|---|---|
| 475 9    A.   I don't remember anybody ever<br>475 10   saying that to me.<br>475 11   Q.   No one ever told you that,<br>475 12   right?<br>475 13   A.   I'm not aware of that. | | | | |
| **490:7 - 490:10   Falco, Robert 2-12-2020 (revised)**<br>490 7    Q.   As the product designer of the<br>490 8    plug, you didn't have an idea about whether<br>490 9    it was important that they get manufactured<br>490 10   without defects? | Re: [490:7-490:14]<br>Def Objection - Vague;<br>Argumentative (611, 403);<br>Prejudice (403); Foundation<br>(602) | Re: [490:6-<br>490:14]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**SUSTAINED** | | |
| **490:13 - 490:14   Falco, Robert 2-12-2020 (revised)**<br>490 13   THE WITNESS:  I have no<br>490 14   knowledge of that. | Re: [490:7-490:14]<br>Def Objection - Vague;<br>Argumentative (611, 403);<br>Prejudice (403); Foundation<br>(602) | Re: [490:6-<br>490:14]<br>Def Objection -<br>Vague;<br>Argumentative<br>(611, 403);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**SUSTAINED** | | |
| **497:13 - 498:2   Falco, Robert 2-12-2020 (revised)**<br>497 13   So this is a series of drawings<br>497 14   related to the Combat Arms plug version 2, so<br>497 15   I wanted to go and look at a few of these.<br>497 16   And we'll probably come back to this as we go<br>497 17   through them.<br>497 18   But you recognize these<br>497 19   drawings?<br>497 20   A.   The one that's marked UltraFlex<br>497 21   earplug short?<br>497 22   Q.   Right.<br>497 23   A.   2068? | | | | |

| | | | | |
|---|---|---|---|---|
| 497 24  Q.   Right.<br>497 25  A.   Yes.<br>498 1  Q.   That's one of the parts for<br>498 2  this Combat Arms version 2, right? | | | | |
| **498:5 - 498:6   Falco, Robert 2-12-2020 (revised)**<br>498 5  THE WITNESS:  I'm not sure.<br>498 6  This is for an UltraFlex earplug. | | | | |
| **499:18 - 499:21   Falco, Robert 2-12-2020 (revised)**<br>499 18  Q.   That's the 2039.<br>499 19  And part B is 2068, which is<br>499 20  the UltraFlex earplug, right?<br>499 21  A.   Yes. | | | | |
| **502:10 - 502:13   Falco, Robert 2-12-2020 (revised)**<br>502 10  Q.   So these drawings, they start<br>502 11  out by hand or they start in the CAD program?<br>502 12  A.   I'm not sure of that.  Marc<br>502 13  Doty took care of the drawings. | | | | |
| **503:24 - 504:2   Falco, Robert 2-12-2020 (revised)**<br>503 24  Did anyone tell you that this<br>503 25  needed to be a hard plastic stem in the<br>504 1  middle?<br>504 2  A.   Not that I'm aware of, no. | | | | |
| **504:24 - 504:25   Falco, Robert 2-12-2020 (revised)**<br>504 24  Q.   It's possible to use a<br>504 25  different material, right? | | | Re: [504:24-505:16]<br>improper counter | OVERRULED |
| **505:3 - 505:4   Falco, Robert 2-12-2020 (revised)**<br>505 3  THE WITNESS:  I'm -- I don't<br>505 4  know that. | | | Re: [504:24-505:16]<br>improper counter | OVERRULED |
| **505:6 - 505:12   Falco, Robert 2-12-2020 (revised)**<br>505 6  Q.   I mean, you chose materials for<br>505 7  lots of different things, right?<br>505 8  A.   I'm not sure I chose that<br>505 9  material.<br>505 10  Q.   Okay.  But the company could<br>505 11  have chosen a different material for this<br>505 12  plastic insert, right? | | | Re: [504:24-505:16]<br>improper counter | OVERRULED |

| | | | | |
|---|---|---|---|---|
| **505:15 - 505:16   Falco, Robert 2-12-2020 (revised)**<br>505  15   THE WITNESS:  I don't have any<br>505  16       knowledge of that. | | | **Re: [504:24-505:16]**<br>improper counter | **OVERRULED** |
| **648:3 - 648:3   Falco, Robert 2-12-2020 (revised)**<br>648  3       THE WITNESS:  Excuse me? | Re: [647:16-648:3]<br>Def Objection - Vague;<br>Compound; Misstates; (611,<br>403); Relevance (401, 402);<br>Prejudice (403); Foundation<br>(602) | Re: [647:16-<br>648:6]<br>Def Objection -<br>Vague;<br>Compound;<br>Misstates; (611,<br>403);<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**SUSTAINED**<br>☐ confusing. | | |
| **648:18 - 648:21   Falco, Robert 2-12-2020 (revised)**<br>648  18       Q.   Were there any drawings made by<br>648  19       you or Marc Doty that showed those flanges<br>648  20       folded back on the Combat Arms plug?<br>648  21       A.   On the Combat Arms plug? | Re: [648:18-649:1]<br>Def Objection - Vague;<br>Compound; Asked (611, 403);<br>Relevance (401, 402);<br>Foundation (602) | Re: [648:18-<br>649:1]<br>Def Objection -<br>Vague;<br>Compound;<br>Asked (611,<br>403);<br>Relevance<br>(401, 402);<br>Foundation<br>(602)<br>**OVERRULED** | | |
| **648:25 - 649:4   Falco, Robert 2-12-2020 (revised)**<br>648  25       Q.   Yes.<br>649  1       A.   Not that I remember.<br>649  2       Q.   You never designed a version of<br>649  3       the plug that would have the flanges folded<br>649  4       back, right? | Re: [648:18-649:1]<br>Def Objection - Vague;<br>Compound; Asked (611, 403);<br>Relevance (401, 402);<br>Foundation (602)<br>Re: [649:2-649:8]<br>Def Objection - Vague (611,<br>403); Relevance (401, 402);<br>Prejudice (403) | Re: [648:18-<br>649:1]<br>Def Objection -<br>Vague;<br>Compound;<br>Asked (611,<br>403);<br>Relevance<br>(401, 402); | | |

| | | Foundation (602) **OVERRULED** **Re: [649:2-649:8]** Def Objection - Vague (611, 403); Relevance (401, 402); Prejudice (403) **OVERRULED** | | |
|---|---|---|---|---|
| **649:7 - 649:21   Falco, Robert 2-12-2020 (revised)** | **Re: [649:2-649:8]** Def Objection - Vague (611, 403); Relevance (401, 402); Prejudice (403) **Re: [649:9-649:15]** Def Objection - Relevance (401, 402); Prejudice (403) **Re: [649:16-649:25]** Def Objection - Vague; Compound (611, 403); Relevance (401, 402); Prejudice (403); Foundation (602) | **Re: [649:2-649:8]** Def Objection - Vague (611, 403); Relevance (401, 402); Prejudice (403) **OVERRULED** **Re: [649:9-649:15]** Def Objection - Relevance (401, 402); Prejudice (403) **OVERRULED** **Re: [649:16-649:25]** Def Objection - Vague; Compound (611, 403); Relevance (401, 402); Prejudice (403); Foundation | | |
| 649 7    THE WITNESS:  I don't recall 649 8    that, no. 649 9    QUESTIONS BY MR. OVERHOLTZ: 649 10    Q.    Did you do any testing, ever, 649 11    of the Combat Arms plug with the flanges 649 12    folded back? 649 13    A.    Me personally? 649 14    Q.    Yes. 649 15    A.    No. 649 16    Q.    Were you aware of any testing 649 17    done on the Combat Arms plug as far as the -- 649 18    what it means to the material and the quality 649 19    of the material and strength of the material 649 20    from a manufacturing perspective if the 649 21    flanges are folded back? | | | | |

| | | | |
|---|---|---|---|
| | | (602) OVERRULED | |
| **649:24 - 651:2   Falco, Robert 2-12-2020 (revised)**<br>649 24    THE WITNESS:  I don't recall<br>649 25     any of -- anything like that.<br>650 1        QUESTIONS BY MR. OVERHOLTZ:<br>650 2        Q.    You said the flanges were made<br>650 3      out of some kind of elastomer; is that right?<br>650 4        A.    Yes.<br>650 5        Q.    Did you ever do any testing of<br>650 6      the elastomer and what would happen to the<br>650 7      elastomer as far as whether it could tear or<br>650 8      crack if the flanges were folded back?<br>650 9        A.    Any testing of it?<br>650 10       Q.    Yeah.<br>650 11       A.    No.<br>650 12       Q.    In your design of the Combat<br>650 13     Arms version 3 and then version 4 that you<br>650 14     designed, right?<br>650 15       A.    Yes.<br>650 16       Q.    On those plugs, did you ever<br>650 17     design any of them for having the flanges<br>650 18     folded back?<br>650 19       A.    Not that I remember.<br>650 20       Q.    And when you worked on the<br>650 21     UltraFit -- that was your design as well, the<br>650 22     UltraFit plug, right?<br>650 23       A.    Yes.<br>650 24       Q.    Did you ever design the<br>650 25     UltraFit plug, ever do any drawings with the<br>651 1      flanges of the UltraFit folded back?<br>651 2        A.    Not that I can recall. | **Re: [649:16-649:25]**<br>Def Objection - Vague;<br>Compound (611, 403);<br>Relevance (401, 402); Prejudice<br>(403); Foundation (602)<br>**Re: [650:5-650:15]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403)<br>**Re: [650:16-650:19]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403)<br>**Re: [650:24-651:2]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403) | **Re: [649:16-649:25]**<br>Def Objection -<br>Vague;<br>Compound<br>(611, 403);<br>Relevance<br>(401, 402);<br>Prejudice<br>(403);<br>Foundation<br>(602)<br>**OVERRULED**<br>**Re: [650:5-650:15]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED**<br>**Re: [650:16-650:19]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED**<br>**Re: [650:24-651:2]**<br>Def Objection -<br>Relevance<br>(401, 402);<br>Prejudice (403)<br>**OVERRULED** | |
| **653:7 - 653:8   Falco, Robert 2-12-2020 (revised)**<br>653 7      THE WITNESS:  Not that I'm<br>653 8      aware of. | **Re: [653:7-653:8]**<br>Def Objection - Vague (611,<br>403); Foundation (602) | **Re: [653:3-653:8]**<br>Def Objection - | |

| | | | | |
|---|---|---|---|---|
| | | Vague (611, 403); Foundation (602) **OVERRULED** | | |
| **658:24 - 658:25   Falco, Robert 2-12-2020 (revised)** | | | | |
| 658 24        THE WITNESS:  No, I'm not aware | | | | |
| 658 25            of that. | | | | |
| **664:24 - 711:14   Falco, Robert 2-12-2020 (revised)** | | | **Re: [664:24-711:14]** improper counter - designated 50 minutes from direct without regard to affirmative testimony designated by plaintiffs. 402; 403; cumulative with defendants' affirmative designation. | **SUSTAINED** |
| 664 24        Q.   Good afternoon, Mr. Falco. | | | | |
| 664 25          My name is Sierra Elizabeth, | | | | |
| 665 1        and I represent 3M in this litigation.  Thank | | | | |
| 665 2        you for your time today. | | | | |
| 665 3          You understand that you're | | | | |
| 665 4        still under oath? | | | | |
| 665 5        A.   Yes. | | | | |
| 665 6        Q.   I want to follow up on some | | | | |
| 665 7        questions from plaintiff's counsel about your | | | | |
| 665 8        background. | | | | |
| 665 9          You mentioned that you went to | | | | |
| 665 10        high school, right? | | | | |
| 665 11        A.   Up to the tenth grade, yes. | | | | |
| 665 12        Q.   Okay.  And you decided to then | | | | |
| 665 13        go to the military? | | | | |
| 665 14        A.   Yes. | | | | |
| 665 15        Q.   Tell us about why you made that | | | | |
| 665 16        decision, to leave tenth grade and go to the | | | | |
| 665 17        military. | | | | |
| 665 18        A.   We had a fire in our school; | | | | |
| 665 19        half of it burned down.  We were on half-day | | | | |
| 665 20        sessions.  I was kind of tired of school.  I | | | | |
| 665 21        was kind of patriotic, and the war was going | | | | |
| 665 22        on in Vietnam, and I decided to join the | | | | |
| 665 23        Army.  I figured I could finish my education | | | | |
| 665 24        in the Army.  At the time I was 17, couldn't | | | | |
| 665 25        go overseas until you were 18, so I | | | | |
| 666 1        guaranteed a year in the States. | | | | |
| 666 2          And on my 18th birthday I got a | | | | |
| 666 3        little message from the government, and then | | | | |

666 4    I went to Vietnam.
666 5    I went into the service, which
666 6    went -- I went to basic training in Fort Dix,
666 7    New Jersey, advanced training in Fort Leonard
666 8    Wood, Missouri, as a combat engineer.  I was
666 9    still 17, so I was deployed to a company in
666 10    Fort Riley, Kansas, an engineering company
666 11    that built bridges.
666 12    And then shortly after that I
666 13    turned 18, and I got my orders for Vietnam.
666 14    Q.    Thank you.
666 15    Can you describe to the jury
666 16    what a combat engineer is?
666 17    A.    A combat engineer, my
666 18    particular group is called 12A10.  We were
666 19    called pioneers.  We were what you might
666 20    think as a kind of a construction worker, an
666 21    expedient engineer.  We were called to clear
666 22    roads with minesweeping, build perimeters in
666 23    Vietnam.
666 24    We were helicoptered into areas
666 25    and dropped through ropes into the jungle,
667 1    and then we would use demolition and
667 2    chainsaws to clear the area to build fire
667 3    bases.
667 4    Q.    What kind of training did you
667 5    receive to prepare you to be able to take on
667 6    those duties?
667 7    A.    Most of that was all in the
667 8    engineer school at Fort Leonard Wood,
667 9    Missouri.
667 10    Q.    And that was when you were how
667 11    old?
667 12    A.    I was still 17 then.
667 13    Q.    And you said you thought you
667 14    could finish your degree in the military.
667 15    Did you do that?
667 16    A.    Yes.
667 17    Q.    When did you do that?

667 18   A.   While I was there, I think it
667 19   was still in the States, I got a GED, which
667 20   was a high school equivalency.
667 21   Q.   How long were you a combat
667 22   engineer in the military?
667 23   A.   My whole time in the service,
667 24   with the exception of basic training, which
667 25   was about eight weeks.
668 1   Q.   So how long were you in the
668 2   military?
668 3   A.   Three years.
668 4   Q.   Were you honorably discharged?
668 5   A.   Yes, I was.
668 6   Q.   What did you do when you left
668 7   the service?
668 8   A.   I left the service.  I was --
668 9   at that time there I was stationed in Fort
668 10   Carson, Colorado.  I had a son on the way,
668 11   and so we left the service in Fort Carson,
668 12   Colorado, and moved to Muskegon, Michigan,
668 13   where my wife was from so we had a base and a
668 14   hospital to have the child.  And shortly
668 15   after that, I moved back to Massachusetts.
668 16   Q.   Before we talk about your move
668 17   back to Massachusetts, is that where you grew
668 18   up?
668 19   A.   Yes.
668 20   Q.   Tell me what you were doing in
668 21   Muskegon, Michigan, other than having your
668 22   first born.
668 23   A.   Well, for there, it was just a
668 24   place to go that we had family.  My wife's
668 25   father owned a restaurant, so I helped him
669 1   out in the restaurant and, you know, just
669 2   earned my keep.
669 3   Q.   What did you do?
669 4   A.   I cooked.  I cleaned.  I fixed
669 5   his equipment.  Just anything that needed to
669 6   be done.

| | | | | |
|---|---|---|---|---|
| 669 7 | Q.   And how long were you in | | | |
| 669 8 | Muskegon, Michigan? | | | |
| 669 9 | A.   Probably less than a year. | | | |
| 669 10 | Q.   Okay.  And then you said you | | | |
| 669 11 | moved back to Massachusetts? | | | |
| 669 12 | A.   Yes. | | | |
| 669 13 | Q.   Where did you move? | | | |
| 669 14 | A.   I moved back to Malden, | | | |
| 669 15 | Massachusetts. | | | |
| 669 16 | Q.   Where is that? | | | |
| 669 17 | A.   That's about four or five miles | | | |
| 669 18 | north of Boston. | | | |
| 669 19 | Q.   And why did you move back to | | | |
| 669 20 | Massachusetts? | | | |
| 669 21 | A.   I had moved back to | | | |
| 669 22 | Massachusetts because that's where I came | | | |
| 669 23 | from, that's a better place to get jobs, and | | | |
| 669 24 | I had family there.  Lots of family. | | | |
| 669 25 | Q.   Were you able to find a job? | | | |
| 670 1 | A.   Yes. | | | |
| 670 2 | Q.   What kind of work were you | | | |
| 670 3 | doing? | | | |
| 670 4 | A.   Well, at first I got a job at | | | |
| 670 5 | the Malden Hospital, pretty much just doing | | | |
| 670 6 | janitorial work and light maintenance. | | | |
| 670 7 | Q.   And how long were you working | | | |
| 670 8 | at the Malden Hospital? | | | |
| 670 9 | A.   Probably less than a year. | | | |
| 670 10 | Q.   And what did you do next? | | | |
| 670 11 | A.   The next thing I did was I got | | | |
| 670 12 | a job in Everett in Ober Tool & Die Shop as a | | | |
| 670 13 | machinist. | | | |
| 670 14 | Q.   And is that Everett, | | | |
| 670 15 | Massachusetts? | | | |
| 670 16 | A.   Everett, Massachusetts. | | | |
| 670 17 | Q.   Where is Everett? | | | |
| 670 18 | A.   Everett is about three miles | | | |
| 670 19 | north of Boston. | | | |
| 670 20 | Q.   Okay.  And you said you got a | | | |

| | | | | |
|---|---|---|---|---|
| 670 21 | job at Open Tool & Die? | | | |
| 670 22 | A.   Ober, O-b-e-r, Ober. | | | |
| 670 23 | Q.   O-b-e-r. | | | |
| 670 24 | A.   Yes. | | | |
| 670 25 | Q.   And what you were doing there? | | | |
| 671 1 | A.   I was doing general machine | | | |
| 671 2 | work, running mills, lathes, fabrication | | | |
| 671 3 | work, tooling -- some tool and die work. | | | |
| 671 4 | Q.   Why did you decide to work for | | | |
| 671 5 | Ober Tool & Die? | | | |
| 671 6 | A.   I made more money there. | | | |
| 671 7 | Q.   If you don't mind me asking, | | | |
| 671 8 | approximately how much were you making? | | | |
| 671 9 | A.   Boy, that's a good question.  I | | | |
| 671 10 | don't remember. | | | |
| 671 11 | Q.   Okay.  And did you receive any | | | |
| 671 12 | training in order to fulfill your duties at | | | |
| 671 13 | Ober Tool & Die? | | | |
| 671 14 | A.   Yes, I took courses at | | | |
| 671 15 | Middlesex Community College and a regional | | | |
| 671 16 | vocational trade school.  Night school. | | | |
| 671 17 | Q.   What kind of courses did you | | | |
| 671 18 | take? | | | |
| 671 19 | A.   Well, in the regional | | | |
| 671 20 | vocational school I took machine shop, tool | | | |
| 671 21 | and fixture manufacturing. | | | |
| 671 22 | Q.   So I think you mentioned two | | | |
| 671 23 | different schools:  Middlesex Community | | | |
| 671 24 | College and then Indiana vocational. | | | |
| 671 25 | Do I have that right? | | | |
| 672 1 | A.   The Middlesex -- that was in | | | |
| 672 2 | Massachusetts. | | | |
| 672 3 | Q.   Okay. | | | |
| 672 4 | A.   And Ivy Tech was here in | | | |
| 672 5 | Indianapolis. | | | |
| 672 6 | Q.   Okay.  So the classes that you | | | |
| 672 7 | took related to tool and fixture, machine | | | |
| 672 8 | shop, manufacturing, was that at Middlesex? | | | |
| 672 9 | A.   No, at Middlesex I took some | | | |

672 10    general courses.  I took an anthropology
672 11    course.  I took, let's see -- the
672 12    anthropology one I remember.  I forget what
672 13    the rest of them were.
672 14    Q.    So how long did you work at
672 15    Ober Tool & Die?
672 16    A.    Less than a year.
672 17    Q.    What did you do next?
672 18    A.    Next from Ober Tool & Die, at
672 19    the time I was living -- I had moved from
672 20    Malden, and I moved to a place called
672 21    Billerica, Massachusetts, which is about
672 22    30 miles north of Boston --
672 23    Q.    Okay.
672 24    A.    -- where I acquired a small
672 25    house.  And I was -- now I had to -- I got a
673 1    better deal on a house, but now I had to
673 2    commute back to Everett, which was about 30
673 3    miles.  And at the time I had a motorcycle.
673 4    And I had to do this out on Route 128, which
673 5    was almost worse than a combat zone.
673 6    And one day I was in Billerica.
673 7    I passed by a driveway, and I saw this sign
673 8    that said the Cabot Corporation.  And I was
673 9    just curious, so I went down this driveway
673 10    that led into the woods, and in there was the
673 11    Cabot Corporation research and development
673 12    headquarters.
673 13    Q.    In Billerica, Massachusetts?
673 14    A.    In Billerica, Massachusetts,
673 15    which is now only about a mile away from my
673 16    house.
673 17    So I went in there and I --
673 18    Q.    One question --
673 19    A.    Okay.
673 20    Q.    -- on that.
673 21    Do you know what year this was
673 22    when you were driving down and saw the Cabot
673 23    Corporation sign?

673 24      A.   The later part of '69 or into
673 25       the -- 1970.
674 1       Q.   Okay.
674 2       A.   I do remember that I started at
674 3       Cabot at 1970.
674 4       Q.   Okay.  So you see the Cabot
674 5       Corporation sign --
674 6       A.   Uh-huh.
674 7       Q.   -- and what happens next?
674 8       A.   I ran into the lobby, and I --
674 9       I asked them if they had any, you know, job
674 10       openings.
674 11       And a person from personnel
674 12       came down and talked with me, and she just
674 13       said, well, you know -- wanted to know a
674 14       little bit about who I was.
674 15       Gave her that, and I told her I
674 16       was an Army veteran.  And at the time, I was
674 17       only 20 years old, so they knew if they hired
674 18       me, I wasn't going to get drafted.
674 19       So there were two job openings:
674 20       One was a technician working in one of their
674 21       pilot plants, the pilot laboratory there on
674 22       the grounds; and the other was in the
674 23       mailroom.
674 24       I didn't get the job as the
674 25       technician, somebody else in the company
675 1       bumped into that one there, so I took the job
675 2       in the mailroom delivering mail.
675 3       And that's how it all started
675 4       in Cabot Corporation.
675 5       Q.   How long were you delivering
675 6       mail at the Cabot Corporation?
675 7       A.   Probably the better part of a
675 8       year, maybe, you know, or less.
675 9       Q.   What happened next?
675 10       A.   Cabot acquired a company called
675 11       National Research Corporation for other
675 12       reasons.  This company was a turnkey research

675 13      and development facility.  They would invent
675 14      things, and they would look for prospective
675 15      buyers to come into these laboratories.  And
675 16      if they liked what they saw, it was turnkey.
675 17      If you liked what you saw, they would build
675 18      you -- you'd tell them where they {sic}
675 19      wanted you to build the plant, and they did
675 20      it from there.
675 21      And it was more of a
675 22      technology -- they were selling technology.
675 23      Some of the things that came
675 24      out of National Research were Minute Maid
675 25      orange juice process, freeze-dried coffee,
676 1       the ability to make sound movies on
676 2       8-millimeter.
676 3       And they also had a laboratory
676 4       there that had a lot of the information on
676 5       cryogenics, the distribution and storage of
676 6       liquid natural gas.
676 7       Also in this company, down in
676 8       the basement, was this company, fledging
676 9       company, called at that time E-A-R.  I was
676 10      sent down there from Billerica, from the
676 11      mailroom, to help clear out some of these
676 12      laboratories.  And I had met this gentleman
676 13      called Ross Gardner.
676 14      Q.   Before we talk about Ross
676 15      Gardner, you said you were sent down there.
676 16      What do you mean by that?
676 17      A.   Well, I was -- being a mailroom
676 18      person, we did all kinds of duties, you know.
676 19      If they needed snow shoveling or if they
676 20      needed to deliver the mail or, you know,
676 21      drive the company truck to pick up some
676 22      parts, you know, these are just general -- if
676 23      you worked in the mailroom, you just did a
676 24      lot of general stuff.  Just a good helper.
676 25      Q.   And you said you were sent down
677 1       to E-A-R?

677 2       A.   When Cabot bought this National
677 3     Research Corporation, all of these labs were
677 4     being slowly disbanded, you know.  Cabot just
677 5     wanted the things that they wanted.  And the
677 6     rest, they were just attrition.  They were,
677 7     you know, closing down these labs.
677 8     I went down there to help move
677 9     some material around with our company truck.
677 10    We were, you know, either disposing things or
677 11    moving them to a new location.
677 12    Q.   What happened next?
677 13    A.   I met this gentleman called
677 14    Ross Gardner.  It was in the basement of the
677 15    building.
677 16    Ross Gardner was punching these
677 17    little yellow earplugs, so I helped to move
677 18    some boxes and stuff around there.  And I
677 19    talked with him a little bit, but he was
677 20    telling me something about, you know,
677 21    polymers and plastics and, you know, what he
677 22    was doing and this little earplug that he
677 23    made.
677 24    And as I was walking away from
677 25    him, he flips me this little blue ball.  So I
678 1     caught it.  I just walked away, and I threw
678 2     it down on the concrete floor and it went
678 3     thud.  It did not bounce.  And being a
678 4     curious person, I picked it up, and I walked
678 5     back to Ross and I said, "How come this
678 6     didn't bounce?"
678 7     And in about two hours later, I
678 8     had the full story, and I had this vision
678 9     that this guy was really on to something.
678 10    And I told him, I says, you know, if you --
678 11    once you -- they were also going to be moving
678 12    up to Billerica.  We had some space up there
678 13    that they could move their operation into.
678 14    Q.   Where was E-A-R located at the
678 15    time?

678 16      A.   E-A-R was -- that was on
678 17      Memorial Drive in Cambridge, right next to
678 18      MIT.  Right on the river.
678 19      Q.    Okay.
678 20      A.    Okay.
678 21      Q.    Well, let me ask you a
678 22      clarifying question.
678 23      What do you mean when you said
678 24      Ross Gardner was punching these little yellow
678 25      earplugs?
679 1       A.    In a room, there is a -- this
679 2       ancient, 100-year-old USM clicking machine.
679 3       This is what they used to punch shoe parts
679 4       out of up in like -- in the -- in the New
679 5       England area, there are massive factories
679 6       building shoes and parts.  They had these --
679 7       they would like have a hundred of these
679 8       machines.
679 9       Well, anyway, Ross Gardner, I
679 10      guess his budget was pretty tight.  But
679 11      anyway, they acquired one of these machines.
679 12      And they had a board with these punches in
679 13      it, and this thing would just stomp it, and
679 14      you'd get these little, cylindrical, yellow
679 15      earplugs.
679 16      And so that's -- they were
679 17      packaging these things by hand, and they had
679 18      some salespeople that were going out there
679 19      and, you know, trying to sell them.
679 20      Q.    Do you know what those earplugs
679 21      were called?
679 22      A.    They were called an E-A-R plug.
679 23      Q.    Okay.  And do you know who
679 24      invented those earplugs?
679 25      A.    The inventor was Ross Gardner.
680 1       Q.    Okay.  And I also want to
680 2       revisit your comment about the blue ball that
680 3       he threw you.
680 4       A.    Yes.

680 5    Q.    Did you ever learn about what
680 6    that was?
680 7    A.    Oh, yeah.  Oh, I knew exactly
680 8    what that did.
680 9    Q.    What was it?
680 10   A.    Ross Gardner was a chemist, and
680 11   he had worked on polymers, plastic vinyl
680 12   polymers.  And he had formulations -- a
680 13   method to make the rubber, this flexible
680 14   rubber material, absorb the energy.
680 15   When that ball hit the ground,
680 16   okay, normal ball would have -- it would have
680 17   absorbed the energy and then released it to
680 18   make it bounce up.  Well, this didn't.  It
680 19   absorbed the energy and held it there.  And
680 20   that's -- to me, that was the -- just unique,
680 21   you know.
680 22   And like I said, it took almost
680 23   two hours for him to go through the whole
680 24   routine, explain everything.  And along the
680 25   way he also told me about the earplugs that
681 1    he was making.
681 2    The polymer that made the
681 3    E-A-R -- the ball was a very similar polymer
681 4    that made the earplug energy absorbant.
681 5    Q.    So you were saying that E-A-R,
681 6    they were thinking about relocating it to
681 7    Billerica, Massachusetts?
681 8    A.    Yes.
681 9    Q.    Okay.  Tell me about that.
681 10   A.    We had space in a warehouse and
681 11   some -- vacant laboratories in Billerica.
681 12   And, of course, they didn't have a buyer for
681 13   the E-A-R group, and anybody that, you know,
681 14   they couldn't get rid of through attrition,
681 15   well, they had to move them up.  There was
681 16   something in a contract when they bought the
681 17   company that they couldn't just close down
681 18   labs and fire people.  Somehow it was worked

681 19     in it so that they had to -- there had to be
681 20     some kind of attrition.
681 21     A lot of the labs would
681 22     either -- you know, they were through -- they
681 23     would either disband themselves or we would
681 24     absorb them.  They absorbed the laboratory
681 25     that did the cryogenic work, and they -- what
682 1      was left was E-A-R, and they didn't really
682 2      like E-A-R.  It was kind of a, well -- it was
682 3      way, way out of their marketing.
682 4      But they took it on, they had
682 5      the room, and so that's how it got started.
682 6          Q.    Okay.  And what happened next
682 7      in terms of your employment?
682 8          A.    Well, it had seemed that at
682 9      that time, a lot of companies were being sued
682 10     because their workers were losing their
682 11     hearing.  And so this came -- quite a bit of
682 12     these companies were really getting -- you
682 13     know, losing lots of money because they had
682 14     to settle these lawsuits.
682 15     There was a mad scramble to
682 16     find how could we, you know, address this
682 17     problem.
682 18     Well, some people says, well,
682 19     we'll try to, you know, quiet down the
682 20     facilities, but some places it was just
682 21     impossible to quiet down.
682 22     This earplug that Ross Gardner
682 23     made, one -- at the time, it won an IR-100
682 24     award, which meant this was one of the
682 25     most -- 100 of the most significant
683 1      inventions for that year.  So it was, you
683 2      know, the classic right time, right place.
683 3      We started punching this thing,
683 4      and the salesmen were going out, and it was
683 5      part of their sales pitch to a corporation
683 6      to -- this is a very inexpensive product.
683 7      Your workers -- it's an earplug, and the

683 8     earplug was almost as good as an earmuff.
683 9     Q.   Now, were you still in the
683 10    mailroom at this time?
683 11    A.   No, at this time here -- this
683 12    is when I transitioned.  As I told you, I
683 13    asked Mr. Gardner if he ever needed any help,
683 14    I would like to transfer into his group.
683 15    Q.   And you did that?
683 16    A.   And I did that, yes.
683 17    Q.   Okay.  So tell us about what
683 18    happened after you transferred into his --
683 19    Ross Gardner's group.
683 20    A.   Well, as I transferred into
683 21    Ross Gardner's group, I was the guy now
683 22    punching the earplugs and sweeping the floors
683 23    and doing anything they needed.
683 24    I had -- I had a unique talent
683 25    that at the beginning of this company's
684 1    fledgeling beginning, I was -- I became
684 2    valuable.
684 3    The company actually had two --
684 4    they really had two products.  One was like
684 5    products made out of the material that was in
684 6    that rubber ball, like grommets and isolators
684 7    and damping material, and then there was this
684 8    consumer, industrial product, the earplug.
684 9    So when I could punch plugs,
684 10    Ross Gardner could work more on his polymers
684 11    and other things, so I was just there -- I
684 12    relieved some of the duties that Ross was
684 13    doing.
684 14    Q.   What happened next?
684 15    A.   Well, as I said, this earplug
684 16    really started to catch on.  And we were
684 17    getting orders, and it was more than we could
684 18    make with that little machine that we were
684 19    using.
684 20    So we had moved up to -- out of
684 21    Cambridge.  We moved up to Billerica.  We

684 22    made a bigger room.  We -- I think we ended
684 23    up with two punching presses, and I think
684 24    there was another person they hired to run
684 25    that.
685 1     Plus also, the foam that we
685 2     made had to be made out in Ravenna, Ohio.
685 3     And one of the other duties that I, you know,
685 4     grew into was to go out and supervise the
685 5     manufacturing of this foam, you know.
685 6     After working with Ross Gardner
685 7     for a while, you know, he was -- he was
685 8     teaching me.  He was training me.  He was my
685 9     mentor.
685 10    And so I guess he felt
685 11    comfortable enough to let me go out and
685 12    supervise these runs and to record, you
685 13    know -- I had to make a lot of measurements
685 14    on the foam.  I had to work with the people
685 15    out at this company to ensure that, you know,
685 16    they were keeping it within the
685 17    specifications that we were required.
685 18    Q.    Did you have a job title?
685 19    A.    Just an hourly employee, you
685 20    know, at the time.
685 21    Q.    What happened next?
685 22    A.    Well, like I said, the company
685 23    was -- really needed to make more earplugs.
685 24    It got to the point where we needed to move
685 25    out of the Billerica facility and we -- after
686 1     some time, they agreed to build -- or lease a
686 2     big warehouse in Westwood, Massachusetts.
686 3     At first Cabot didn't want to
686 4     kind of -- you know, they didn't get it.  And
686 5     because I was in the mailroom, I had a
686 6     unique -- I had a unique insight into all of
686 7     this because I knew everybody.  And they knew
686 8     me, too.
686 9     So when I was around in
686 10    Billerica, people would, you know, hey, how

686 11    you doing, Bob, how's it going over there.
686 12    And I would really play up the E-A-R, and I
686 13    would say, "Hey, this is really a big thing.
686 14    It's really going."  And I would give them an
686 15    insight.
686 16    I would talk to like some of
686 17    the Cabot people that were -- you know, the
686 18    vice presidents, the heads of their legal
686 19    department.  You know, a lot of people that I
686 20    met, they were the highest echelon of the
686 21    company.
686 22    And so I built up more
686 23    confidence that this was really a good idea.
686 24    And I don't know, you know, they just liked
686 25    me and they figured, he's not lying to me,
687 1    you know.  I know that guy.  You know, he
687 2    always made sure my packages went out on
687 3    time.
687 4    And they agreed to give us the
687 5    extra money to go into the facility in
687 6    Westwood, Massachusetts.  We bought enormous
687 7    punch presses.  We were -- we were making
687 8    runs to Ohio to make the foam almost on a
687 9    biweekly basis.  And these were -- oh, let's
687 10    see, we would probably make, you know, 60 or
687 11    70 rolls of foam that had 150 feet of -- by
687 12    54 inches wide of foam.  And we would store
687 13    it in our facility at Westwood.
687 14    Q.    So by the time the company
687 15    moved -- or the E-A-R facility moved to
687 16    Westwood, Massachusetts --
687 17    A.    Yes.
687 18    Q.    -- how long had you been with
687 19    the Cabot Corporation?
687 20    A.    Including Cabot and the move to
687 21    Westwood?  Probably several years.
687 22    Q.    So after moving -- uh-huh.
687 23    A.    Well, from Westwood --
687 24    Q.    So let me ask the question.

687 25   A.   Okay.
688 1   Q.   So after moving into the
688 2   Westwood facility --
688 3   A.   Facility.
688 4   Q.   -- what were your job duties?
688 5   A.   By that year, I was pretty much
688 6   working in the lab.  You know, the company
688 7   was drawing -- we were hiring a lot of
688 8   people.  You know, probably had more than 20
688 9   or 30 people working at the company.  We were
688 10   running it -- the punching presses 24 hours a
688 11   day.
688 12   We were at that point there
688 13   like the McDonald's of the earplug business.
688 14   We were making millions a day.
688 15   And I also worked with Gardner
688 16   because of my machining skills.  I helped
688 17   develop better tools, better punches that
688 18   lasted longer, that could produce the earplug
688 19   without an hourglass in it.
688 20   Q.   Tell me what you mean.
688 21   A.   Well, when you punch something,
688 22   you -- if it's a piece of foam, it all
688 23   compresses.  But when that gets compressed,
688 24   it gets compressed and then the final cut is
688 25   cut.  And then when it relaxes, well, it has
689 1   a distortion in it.  It comes out like an
689 2   hourglass.
689 3   And so by manipulating how we
689 4   manufactured the punches and the conditions
689 5   that we -- you know, we kept the foam at --
689 6   the foam was kept pretty cold.  It was like
689 7   at, I don't know, maybe 58 degrees or
689 8   something that we kept it, so it improved the
689 9   punching quality of it.
689 10   Q.   And you said you helped develop
689 11   better tools to help the punches last longer?
689 12   A.   The punches to last longer and
689 13   to cut the plugs straight.  And also to build

689 14    big gangs -- I mean, there's like, you know,
689 15    72 punches in a -- one die, and they were all
689 16    ganged together.  And we had to calculate the
689 17    space in between the punches, and we had to
689 18    figure out ways to put, you know, little
689 19    injector pieces of plastic in between the
689 20    punches so it would release the foam from all
689 21    the punches, and develop a conveyor system to
689 22    convey the plugs out of the tool.
689 23    Q.    How did you come up with these
689 24    ideas?
689 25    A.    Trial and error.
690 1     Q.    Tell me what happened next.
690 2     A.    Well, again, when we moved to
690 3     Westwood, and that probably was from around
690 4     May -- I'm going to say maybe 1972 to about
690 5     1977, that's when I moved out to
690 6     Indianapolis.
690 7     Q.    Why did you move to
690 8     Indianapolis?
690 9     A.    We moved to Indianapolis for
690 10    possibly two reasons.  One, we needed more
690 11    space.  And at this time here, everybody
690 12    agreed that we were -- we were an entity.  We
690 13    were producing lots of cash.  We had about a
690 14    200 percent profit margin on our product.  We
690 15    were mostly into the industrial market.
690 16    And when we moved out to
690 17    west -- to Indianapolis, it was an ideal
690 18    location for us for shipping reasons.  We
690 19    were -- we were selling air.  You'd have a
690 20    giant case, and it might weigh 7 pounds, you
690 21    know.  And when you're in the East Coast,
690 22    you're trying to ship to the West Coast,
690 23    you're going to pay for that.
690 24    So they decided on coming to
690 25    Indianapolis.  That was the winning city.
691 1     They looked at Atlanta, and they might have
691 2     looked at -- I think they might have looked

691 3      at Chicago, but it seemed like Indianapolis
691 4      had the best -- it was the best buy.  Things
691 5      were pretty inexpensive out here.  Kind of
691 6      this little sleepy town, but it was growing.
691 7      But the main thing was for
691 8      transportation purposes, it was the hub of
691 9      the United States.  It was the crossroads of
691 10    America.
691 11    So that's it, we just kept
691 12    growing and growing, and still here today.
691 13    Q.   So in around 1977, you moved
691 14    your family to Indianapolis to continue
691 15    working for E-A-R?
691 16    A.   Yes.
691 17    Q.   Okay.  And then when you moved
691 18    to Indianapolis, did your job duties change
691 19    at all?
691 20    A.   Yes, a little bit.
691 21    By now I was, you know, in the
691 22    technical department.  I was also the only
691 23    hourly employee they moved.  They -- a lot of
691 24    the people that moved -- they stayed behind.
691 25    And I was the one that they moved out there
692 1      with all the professional people.  It came
692 2      out in, like, kind of a couple of waves.
692 3      So I was the first one they
692 4      chose to move out with us, basically because
692 5      I -- you know, I worked in the lab.  And the
692 6      lab work and troubleshooting and -- you know,
692 7      I had more experience than anybody else that
692 8      held like, you know -- they absorbed me into
692 9      the lab and -- kind of like I was still an
692 10    hourly employee for many years, but I had
692 11    a -- I had some features that they thought
692 12    were worth keeping close.  I was creative.
692 13    Seemed like they -- you know,
692 14    I -- some of the business, the noise
692 15    dampening and the isolation business, we had
692 16    a lot of people coming to us because they had

692 17  heard about our materials, but we really
692 18  didn't have any way in the company to
692 19  manufacture a prototype part for them.
692 20  And that's when I kind of, you
692 21  know, really stepped in.  And I had machine
692 22  experience, I had some mold experience, and I
692 23  just convinced Gardner that -- you know, he
692 24  showed me a drawing of something, yeah, I can
692 25  make that.  And I was fast.  I was super
693 1   fast.
693 2   Q.   Well, can you tell me -- so
693 3   when you moved to Indianapolis, I think what
693 4   we talked about before is that you went to
693 5   Indiana Vocational Technical Institute?
693 6   A.   Yes.
693 7   Q.   All right.  What were your
693 8   reasons for going there?
693 9   A.   I wanted more -- more technical
693 10  knowledge of machining.  And a lot of the
693 11  information that I learned wasn't
693 12  particularly for what I needed at work, but I
693 13  was finding that I was being the liaison to
693 14  go out to other shops to get things
693 15  manufactured.  And I had a better knowledge
693 16  of -- you know, if you go into a company
693 17  that's building molds or tools, you know, I
693 18  had a little bit more better knowledge than
693 19  everybody, and it was easier for me to
693 20  interface with them.  I had a good rapport
693 21  with them, and that was just part of my new
693 22  assignments.
693 23  Q.   Did you get a degree from the
693 24  technical institute?
693 25  A.   Did I get a degree?
694 1   Q.   Yes.
694 2   A.   No.
694 3   Q.   Okay.  How long were you there?
694 4   A.   I think I was there about two
694 5   years.

694 6    Q.   What happened next in terms of
694 7    your employment at E-A-R?
694 8    A.   Well, I kept advancing in the
694 9    company, and I -- because I was in the
694 10   laboratory, we get a lot of requests for all
694 11   kinds of items.  And I -- like I said before,
694 12   I would do the prototyping.
694 13   And marketing at one time came
694 14   to us because at the time, the marketing
694 15   department that was dealing with the hearing
694 16   protection, we were only selling earplugs,
694 17   and they wanted more -- and sometimes they
694 18   wanted more things.  We did a line of
694 19   earmuffs.
694 20   But it came to -- our main
694 21   product was the earplugs.  They came to us
694 22   and said that there were certain markets that
694 23   they couldn't get into because the worker had
694 24   to roll down this foam earplug.  So it was
694 25   very difficult for the mining industry and
695 1    certain other industries that the workers
695 2    were, you know, dirty, you know, it was a
695 3    dirty environment, it really wasn't, you
695 4    know -- we weren't making progress in selling
695 5    our product in there.
695 6    So marketing came back to the
695 7    technical department, which Ross Gardner was
695 8    the head of, and they had requested, can we
695 9    come up with a semi-permanent earplug.
695 10   And they gave us kind of a --
695 11   you know, their idea of what they wanted to
695 12   be able to compete.  At the time, there was
695 13   lots of semi-permanent earplugs on the
695 14   market.
695 15   We invented the foamed earplug
695 16   market.  But the rest of the market that was
695 17   already there was established.  There was
695 18   one, you know, semi-permanent plugs.
695 19   Q.   What is a semi-permanent

695 20   earplug, just generally?
695 21      A.    A semi-permanent earplug would
695 22   be a molded -- like a rubbery product.  It
695 23   would have some type of a flange or it would
695 24   have a solid member that, you know, you would
695 25    put in your ear.
696 1      Q.    So the marketing department
696 2   came to the technical department --
696 3      A.    Yes.
696 4      Q.    -- because they were trying to
696 5   find a semi-permanent earplug to sell.
696 6   What happened next?
696 7      A.    Okay.  The -- you know, they
696 8   actually came to Ross Gardner, and he came --
696 9   you know, we had our meetings, and he would
696 10    tell us what marketing was, you know, looking
696 11    for.
696 12    And marketing had said that
696 13    basically they wanted a plug that was more
696 14    comfortable than the most comfortable earplug
696 15    on the market and had an attenuation -- the
696 16    best attenuating plug on market.
696 17    So I looked at a lot of
696 18    these -- Gardner came to me and kind gave me
696 19    the -- he told me, okay, see what you can
696 20    come up with.
696 21      Q.    Do you know why he did that?
696 22      A.    Well, I think he had confidence
696 23    in me.  I was -- you know, I was his
696 24    right-hand man.  You know, I was there to
696 25     assist him.
697 1    You know, he had a lot of --
697 2    you know, he had a ton of good ideas, and I
697 3    was -- you know, he needed things made to
697 4    prove his, you know, concepts and stuff.  And
697 5    I was there, and I enjoyed working for this
697 6    guy.  He was -- he was just fantastic.
697 7      Q.    So he came to you?
697 8      A.    He came to me with this request

| | | | |
|---|---|---|---|
| 697 9    that came down from marketing, and I said | | | |
| 697 10    okay. | | | |
| 697 11    So I looked at all the earplugs | | | |
| 697 12    that were semi-permanent earplugs on the | | | |
| 697 13    market.  And I looked at them all and I tried | | | |
| 697 14    to figure out, well, how does this one work | | | |
| 697 15    and how does this one work. | | | |
| 697 16    And after looking at all these, | | | |
| 697 17    you know, I figured, you know -- I told Ross | | | |
| 697 18    Gardner, I says, you know, "I have an idea | | | |
| 697 19    that I think I can do this, but I need a | | | |
| 697 20    lathe to work on."  Because we didn't have | | | |
| 697 21    that in the place. | | | |
| 697 22    So he agreed to purchase a | | | |
| 697 23    lathe.  It was like $10,000 for this thing. | | | |
| 697 24    So it was -- you know, that's -- you know, I | | | |
| 697 25    got an idea.  Give me $10,000. | | | |
| 698 1    Well, you know, but he believed | | | |
| 698 2    in me.  So he let me go out and look around, | | | |
| 698 3    and I bought a brand new lathe, and I brought | | | |
| 698 4    it into the shop.  And I started to build | | | |
| 698 5    what I -- I sketched out in my head. | | | |
| 698 6    I had some drawings of what my | | | |
| 698 7    concept was, and I made molds that made each | | | |
| 698 8    individual section of what is now the | | | |
| 698 9    UltraFit.  I made different sizes.  I made -- | | | |
| 698 10    and I made these in a way so that we could -- | | | |
| 698 11    like a kit, we could put things together | | | |
| 698 12    until we got it right. | | | |
| 698 13    And I made them out of silicone | | | |
| 698 14    because I could -- I could mold that.  We had | | | |
| 698 15    presses and -- you know, that's what it was | | | |
| 698 16    made out of in the beginning. | | | |
| 698 17    And we came up with a product | | | |
| 698 18    that I submitted.  I gave it to Ross Gardner, | | | |
| 698 19    and we submitted it.  At the time we had an | | | |
| 698 20    acoustical lab, and we submitted it to the | | | |
| 698 21    acoustical lab to be tested. | | | |
| 698 22    At the time we were also | | | |

| | |
|---|---|
| 698 23 | testing -- we had a laboratory that we tested |
| 698 24 | all kinds of earplugs.  We were just in |
| 698 25 | the -- you know, we had a special room, a |
| 699 1 | room that would just -- you'd sit in there |
| 699 2 | and you'd listen to these little chirping |
| 699 3 | sounds, and they could tell when you heard it |
| 699 4 | and when you didn't hear it, and that was a |
| 699 5 | form of this test. |
| 699 6 | I didn't really get into |
| 699 7 | testing.  That was way out of my league.  I |
| 699 8 | didn't know anything about it.  I kept away |
| 699 9 | from it. |
| 699 10 | My specialty was making things. |
| 699 11 | Tell me what you want, and I would make it |
| 699 12 | for you. |
| 699 13 | Q.   So you gave your prototype of |
| 699 14 | what eventually became the UltraFit -- |
| 699 15 | A.   Yeah. |
| 699 16 | Q.   -- to the acoustical lab to |
| 699 17 | test? |
| 699 18 | A.   Yes. |
| 699 19 | Q.   Did they test it? |
| 699 20 | A.   Yes, they did. |
| 699 21 | Q.   What happened after that? |
| 699 22 | A.   We found that we had made a |
| 699 23 | plug that gave good attenuation, better than |
| 699 24 | what was already out there, and it was more |
| 699 25 | comfortable. |
| 700 1 | Q.   So what happened next? |
| 700 2 | A.   So that was -- this was a |
| 700 3 | technical department, you know, request. |
| 700 4 | Everything was cleared through Ross Gardner. |
| 700 5 | And so Ross Gardner reported |
| 700 6 | back to marketing and says, "Hey, we think |
| 700 7 | we've got a prototype that gives you what |
| 700 8 | you've been asking for." |
| 700 9 | And at first, I don't know why, |
| 700 10 | but the marketing department just didn't want |
| 700 11 | to be bothered with it.  For whatever reason. |

700 12    I wasn't in the marketing department; I
700 13    didn't make their decisions.
700 14    And so Ross Gardner said,
700 15    "Well, you know, are you going to -- you
700 16    know, we need $8,000 to be build the tool to
700 17    be start making these.  We only have a
700 18    prototype."
700 19    To go to production, you had to
700 20    have the production part.  That part, even
700 21    though we tested a plug that was almost
700 22    identical to it, we had to have a real, true
700 23    production part to get a certified test so
700 24    that they could, you know -- so they could
700 25    make their claims.
701 1     Q.    So did you get that production
701 2     part?
701 3     A.    Pardon me?
701 4     Q.    Did you get that production
701 5     part?
701 6     A.    Yes, eventually we got it.
701 7     At first marketing didn't want
701 8     to fork over the money.
701 9     Gardner told them, if you don't
701 10    buy the tool -- you've requested this.  We've
701 11    delivered.  If you don't do it -- he told
701 12    them he was going to leave the company and
701 13    take me with him.  And after that, they
701 14    forked over the money.  It was about $8,000.
701 15    We built a small, I think it
701 16    was maybe a six-cavity tool, and we started
701 17    producing the plugs.
701 18    One of my jobs was to find
701 19    somebody that would make the tool, and I
701 20    found a company in Springville, Indiana.  It
701 21    was a fledgeling company called D & M Tool,
701 22    which, yeah, it turned into D & M Tool/PRD.
701 23    That was...
701 24    Q.    And when you say you found
701 25    someone to make the tool, what does that

702 1      mean?
702 2      A.    That means that I found
702 3      somebody that -- a company that had the
702 4      ability to fabricate and make hard tools,
702 5      hard molds, and they also had the ability to
702 6      run these molds in their injection modeling
702 7      machines.
702 8      So it was kind of -- it was the
702 9      part of the -- D & M Tool was the part of the
702 10     company that made the tools, and PRD was --
702 11     Plastic Research and Development, they were
702 12     the ones who owned the injection molding
702 13     machines that actually physically made the
702 14     parts.
702 15     Q.    Have you ever heard of the
702 16     term -- or the phrase "one size fits most"?
702 17     A.    That was one of the -- that's
702 18     how they described how -- what they wanted in
702 19     an earplug, this semi-permanent earplug.
702 20     Q.    I see.
702 21     So was the UltraFit -- did you
702 22     consider the UltraFit a one-size-fits-most
702 23     plug?
702 24     A.    Yes.
702 25     Q.    What does that mean?
703 1      A.    It means it would fit most
703 2      people.  They didn't want to say one size
703 3      fits all.  It was too -- you know, they
703 4      didn't want to do that.  So they said, well,
703 5      let's say it's one size fits most.
703 6      You know, knowing that -- you
703 7      know, somebody can't say this plug doesn't
703 8      fit me.  They could say, well, we made a plug
703 9      that only fits most of the people.  You might
703 10     be an outlier.  You know, if the guy had a
703 11     tiny, tiny ear canal or a gigantic ear canal,
703 12     you know, it might not have worked for him.
703 13     Q.    When you were coming up with
703 14     the concept for UltraFit, is there any reason

| | | | | |
|---|---|---|---|---|
| 703 15 | why you didn't make different sizes instead | | | |
| 703 16 | of the one size fits most? | | | |
| 703 17 | A. Well, we -- that was part of | | | |
| 703 18 | the -- what we were assigned to do was make a | | | |
| 703 19 | plug that fits almost anybody. You know, | | | |
| 703 20 | they didn't want a bunch of different | | | |
| 703 21 | products. They wanted -- you know, just like | | | |
| 703 22 | the UltraFit -- no. Just like the foamed | | | |
| 703 23 | earplug would fit most people, they wanted a | | | |
| 703 24 | semi-permanent plug that fit most people. | | | |
| 703 25 | That way they had two plugs. They can go | | | |
| 704 1 | into anyplace and say, "You can either use | | | |
| 704 2 | this, or we have this other one here if this | | | |
| 704 3 | one is not for you." | | | |
| 704 4 | Q. And how did you create the | | | |
| 704 5 | UltraFit to fit most? | | | |
| 704 6 | A. We made molds of different | | | |
| 704 7 | people's ear canals, and from there we would | | | |
| 704 8 | make measurements of the, you know, sizes of | | | |
| 704 9 | the ear canals. | | | |
| 704 10 | There was also some devices | | | |
| 704 11 | that were used to measure people's ear | | | |
| 704 12 | canals. One of them was kind of an offshoot | | | |
| 704 13 | of an old military earplug called the V-51R. | | | |
| 704 14 | This was a real standard for the military for | | | |
| 704 15 | many, many years. And it was an earplug that | | | |
| 704 16 | had to be fit in the dispensary, you know, | | | |
| 704 17 | the medical dispensary. And they had some | | | |
| 704 18 | tools that were like little balls on stems | | | |
| 704 19 | that they would, you know, fit your ear, and | | | |
| 704 20 | they could tell if, you know, if it... | | | |
| 704 21 | And from that information and | | | |
| 704 22 | from measurements that we made, we came up | | | |
| 704 23 | with what we've considered, you know, the | | | |
| 704 24 | perfect size, and tested it and it worked. | | | |
| 704 25 | Q. And as we talked about a lot | | | |
| 705 1 | today, or as you talked about a lot today, | | | |
| 705 2 | you have a patent on the UltraFit? | | | |
| 705 3 | A. Yes. | | | |

705 4    Q.    Okay.  Do you hold any other
705 5    patents?
705 6    A.    Yes.
705 7    Q.    Approximately how many?
705 8    A.    Approximately 30.
705 9    Q.    And on what kind of products?
705 10   A.    Everything from earplugs to
705 11   cords to packages to earmuffs.  Cords,
705 12   earmuffs, earplug stems, and also methods of
705 13   manufacturing.
705 14   Q.    What does that mean?
705 15   A.    I came up with ideas for how we
705 16   would make certain products.  We got into
705 17   making molded foam earplugs, and we had a lot
705 18   of difficulty making them because of the
705 19   chemicals that were used in making the molded
705 20   foam.  It starts off as a liquid and grows
705 21   into a foam before it sets.
705 22   These chemicals would attack
705 23   the molds, and so you would, you know, make a
705 24   limited amount in this tool, and then they
705 25   would stick.  And you'd have to throw the
706 1    tools away.
706 2    So we started off by -- again,
706 3    I went to Ross Gardner and I says, "We're
706 4    going through those molds" -- these molds
706 5    were made out of house.  It's another job
706 6    that I -- I contracted this out to somebody
706 7    else to produce these molds.  They were made
706 8    out of plastic, and we would pour our
706 9    material in it and it would foam.
706 10   But we were -- we were wearing
706 11   them out faster than we could make them,
706 12   plugs that we needed.
706 13   I started off by telling Ross
706 14   Gardner, I says, "Well, let me buy a
706 15   computer-controlled machine," so that I could
706 16   set the machine up and it would, you know,
706 17   put the block in there of plastic with the

706 18    tools.  It would cut all the tools and, you
706 19    know, we just -- nobody had -- once it was
706 20    programmed, it would just keep repeating
706 21    itself.
706 22    So at the time, we were making
706 23    the tools about at the same rate that we were
706 24    destroying them.
706 25    And then I came up with an
707 1    idea, and I presented it to Ross.  I says, "I
707 2    think I have an idea how we can fix this."
707 3    And I made inserts, a plastic
707 4    insert, out of a better material that once --
707 5    they were lasting longer, but still -- and
707 6    eventually they would -- they would wear out.
707 7    The stuff would stick to it.
707 8    But now we had an inexpensive
707 9    little insert where it would pop them out of
707 10    the mainframe, put new ones in, and you were
707 11    back in business.  So I cut the cost of
707 12    manufacturing these tools down dramatically.
707 13    Not only did that help, but
707 14    because we made these standardized, we could
707 15    now change what shape of plug we wanted to
707 16    make.  We'd just buy a different insert.  The
707 17    outside dimension of it was standard, but the
707 18    inside dimension was of the new shape.
707 19    And so that -- we started
707 20    making different -- different earplugs,
707 21    different-shaped earplugs.
707 22    Q.   You may recall plaintiff's
707 23    counsel asked you some questions about the
707 24    r�sum� that you had drafted.
707 25    A.   Yes.
708 1    Q.    One of the points here that you
708 2    have -- it's in Exhibit 6, if you need to
708 3    look at it -- says, "patented military
708 4    hearing protectors, Combat Arms," and then
708 5    there's a handwritten note that says "three
708 6    types."

| | | | | |
|---|---|---|---|---|
| 708 7 | What did you mean by that? | | | |
| 708 8 | A.   In one of the many things that | | | |
| 708 9 | we were developing, there was a need for this | | | |
| 708 10 | Combat Arms.  The original concept for this | | | |
| 708 11 | was really -- started to be developed by | | | |
| 708 12 | another source.  There was a source in | | | |
| 708 13 | Europe, I think.  And they made a part that | | | |
| 708 14 | was a little canister.  It was a filter. | | | |
| 708 15 | And at first they came, and I | | | |
| 708 16 | believe we somehow got together with them. | | | |
| 708 17 | And we started manufacturing an UltraFit, and | | | |
| 708 18 | I -- my job was to come up with a way to put | | | |
| 708 19 | this filter inside of the UltraFit. | | | |
| 708 20 | And, you know, there was some | | | |
| 708 21 | tool changes that we made so that you could | | | |
| 708 22 | assemble the -- you could put the filter | | | |
| 708 23 | inside -- bury it deep inside of the | | | |
| 708 24 | UltraFit. | | | |
| 708 25 | And so you'd have this earplug | | | |
| 709 1 | that had a through-hole, and you could hear | | | |
| 709 2 | more -- more natural sound.  But at an | | | |
| 709 3 | impulse, the sound pressure would hit this | | | |
| 709 4 | canister, this filter, and it would block the | | | |
| 709 5 | sound intermittently.  You know, just like if | | | |
| 709 6 | a pulse hit it -- and you can always -- it's | | | |
| 709 7 | kind of like -- you can only fit so much | | | |
| 709 8 | through a small orifice.  If the pressure of | | | |
| 709 9 | this material, which would be air, was too | | | |
| 709 10 | great, that small hole acted like a stop. | | | |
| 709 11 | And then the one stop would lead into the | | | |
| 709 12 | inner part of this canister, and there was | | | |
| 709 13 | another small hole in the other side.  So it | | | |
| 709 14 | kind of like freezed the pulse before it | | | |
| 709 15 | would get to your ear. | | | |
| 709 16 | And, you know, that was -- that | | | |
| 709 17 | was a field that was way out of my league. | | | |
| 709 18 | That was some kind of science that -- I mean, | | | |
| 709 19 | I made the product that this could fit in, | | | |
| 709 20 | but that canister was a technology that we | | | |

709 21     purchased from some other company.
709 22     Q.   Okay.  So when you referred to
709 23     three types of Combat Arms, which three types
709 24     are you talking about?
709 25     A.   Well, the ones that I was
710 1     concerned with and was involved with was,
710 2     one, the first one, the UltraFit with the
710 3     canister in it, and then later on there were
710 4     new -- they wanted new features into it.
710 5     One, they wanted a feature so
710 6     that they could mechanically open and close
710 7     this device.  So the first one was a little
710 8     filter.  You would put one UltraFit on it,
710 9     and then there was a sound path that would go
710 10     through it, and there was a little
710 11     cylindrical disk that you could rotate, and
710 12     it would turn it on and off.  That was the
710 13     switch to turn it on and off.  That was the
710 14     first one.  It was very low profile.  It was
710 15     very -- there was not a lot of material in
710 16     this part.
710 17     And then later on, they came
710 18     back with -- they wanted newer features into
710 19     this thing.  They said that, well, we're
710 20     having -- you know, people have difficulty,
710 21     you know, switching it on and off.  You'd
710 22     almost have to have two hands to do this.
710 23     So they came and they said,
710 24     "Well, we want this concept.  We want to be
710 25     able to turn it on and off with a gloved hand
711 1     or one finger."
711 2     And so I -- again I got this,
711 3     you know, job to do.  And I looked it over
711 4     and, quite frankly, one day I saw a shampoo
711 5     bottle that I was looking at, and I was
711 6     opening and closing it, and I says -- I just
711 7     said, you know, this is -- this is a switch.
711 8     And so I said -- I looked it
711 9     over, and I went back and I had -- at this

| | | | |
|---|---|---|---|
| 711 10    time I now had a computer-aided design | | | |
| 711 11    computer, and I was able to, you know, take | | | |
| 711 12    the feature of one, merge them together with | | | |
| 711 13    some of the other features, and I came up | | | |
| 711 14    with the number 4. | | | |

**711:15 - 712:19   Falco, Robert 2-12-2020 (revised)**

| | | | |
|---|---|---|---|
| 711 15    Q.    So just so that I'm clear, in | | | |
| 711 16    your r�sum� here when you talk about the | | | |
| 711 17    Combat Arms, are you referencing Combat Arms | | | |
| 711 18    version 2 at all? | | | |
| 711 19    A.    Version 2? | | | |
| 711 20    Q.    Yes. | | | |
| 711 21    A.    I wasn't really -- no, that was | | | |
| 711 22    not my design.  I made parts for that.  You | | | |
| 711 23    know, if someone would come in to me and say, | | | |
| 711 24    "We have this, but, you know, we need some of | | | |
| 711 25    your tips to put on it," I could reach -- I | | | |
| 712 1    could go in and reshape the tool, make the | | | |
| 712 2    orders to change the tool to make the part | | | |
| 712 3    that would -- that they were -- that they | | | |
| 712 4    desired. | | | |
| 712 5    Q.    Okay.  Given that the Combat | | | |
| 712 6    Arms version 2 was not your design, were you | | | |
| 712 7    referencing Combat Arms version 2 in your | | | |
| 712 8    bullet point on your r�sum� when you said, | | | |
| 712 9    "Responsible for over $1 billion in sales"? | | | |
| 712 10    A.    I think I might have taken a | | | |
| 712 11    little liberty, but there was a lot of plugs | | | |
| 712 12    being sold, and I was told that the UltraFit | | | |
| 712 13    was a really big seller. | | | |
| 712 14    And when I said a billion sold, | | | |
| 712 15    you know, I -- I did take some liberties | | | |
| 712 16    there, probably.  But at the time as far as, | | | |
| 712 17    you know, earplugs and maybe stuff that I was | | | |
| 712 18    developing and selling, probably, you know, | | | |
| 712 19    it could -- it could have reached that high. | | | |

**712:20 - 716:1   Falco, Robert 2-12-2020 (revised)**

| | | | |
|---|---|---|---|
| 712 20    I might have thrown in the earmuffs but not | | Re: [712:20-716:1] | SUSTAINED |
| 712 21    mentioned it completely. | | improper counter; 402; 403 | |

712 22    Q.   I think you said you were
712 23    responsible for approximately 30 patents over
712 24    your career?
712 25    A.   Yes.
713 1     Q.   And that was all during your
713 2     time at Cabot or E-A-R, Aearo or 3M?
713 3     A.   That's correct.
713 4     Q.   Okay.  To what do you
713 5     contribute {sic} your success?
713 6     A.   I've always been creative.  I
713 7     come from a very creative family.  I had a
713 8     lot of experience with a lot of things
713 9     growing up as a child.  I was exposed to a
713 10    number of things, from construction work to
713 11    machine work to just everything, flying
713 12    airplanes, helping build airplanes with my
713 13    uncle, learning how to -- learning how to put
713 14    guns together with a friend of my dad's.
713 15    Just a myriad of different
713 16    exposures that I had growing up.
713 17    Q.   How long did you work for Ross
713 18    Gardner?
713 19    A.   Until he passed away.
713 20    Q.   And you said he was your
713 21    mentor?
713 22    A.   Yes.
713 23    Q.   What did he teach you?
713 24    A.   He taught me good practice and,
713 25    you know, how to -- how to analyze things.
714 1     Basically that was his main thing.  He was
714 2     a -- excellent at analyzing things.  You
714 3     know, how to separate, you know, what was --
714 4     what was relevant and what was not relative
714 5     {sic}.  How to follow the path of -- you
714 6     know, if you're searching for something, you
714 7     know, how to change one thing at a time so
714 8     you always knew what was going on.  You know,
714 9     like in a formula.
714 10    I didn't really get into

714 11   chemistry.  I got to observe a lot of it,
714 12   but -- you know, there was a lot of chemistry
714 13   experiments with polymers that we did in the
714 14   lab, different foams that we manufactured
714 15   and -- you know, I could observe and see
714 16   how -- you know, they would make a series
714 17   like, well, we're going to change this one
714 18   component in the formula.  You know, we're
714 19   only going to change it so much, we're going
714 20   to test it, and then we're going to make
714 21   another bunch.  Then we're going to change
714 22   this so much.
714 23   So I got to see how -- how to
714 24   develop something.
714 25   Q.   You've been retired for ten
715 1    years now?
715 2    A.   Over ten years now, yes.
715 3    Q.   What do you do now?
715 4    A.   Right now I take care of my
715 5    wife.  She's had a -- she's had a problem
715 6    that arose about two years ago, so I've been
715 7    pretty much -- I'm -- I have to take quite a
715 8    bit care of her.
715 9    In the meantime, I've just
715 10   enjoyed being retired.  I thought I would
715 11   have a lot of time, but there's -- at home,
715 12   there's always something to do.  I do all my
715 13   own work.  I don't -- I don't contract
715 14   anything out to anybody.  If I need something
715 15   done, plumbing, I do it myself.  If I need --
715 16   unless I have to like -- well, I had to
715 17   change the roof on my house.  Now, I didn't
715 18   do that; I contracted that out.
715 19   But most other things, I am
715 20   just self-sufficient.  I just ride my
715 21   motorcycle.  I enjoy my life.
715 22   MS. ELIZABETH:  Well, thank you
715 23   so much for your time, Mr. Falco.  I
715 24   will turn it back over to plaintiffs

| | | | | |
|---|---|---|---|---|
| 715 25 | if they have any follow-up questions. | | | |
| 716 1 | And thank you again for coming. | | | |
| **716:11 - 716:16   Falco, Robert 2-12-2020 (revised)** | | | | |
| 716 11 | Q.   Good evening, Mr. Falco.  We've | | | |
| 716 12 | taken a brief recess.  I've gotten back in | | | |
| 716 13 | the chair. | | | |
| 716 14 | You ready to finish up this | | | |
| 716 15 | deposition? | | | |
| 716 16 | A.   Yes, I am. | | | |
| **716:17 - 716:20   Falco, Robert 2-12-2020 (revised)** | | | Re: [716:17-716:20] | **SUSTAINED** |
| 716 17 | Q.   All right.  You seem to have | | Argumentative (403) | |
| 716 18 | gotten a better memory than what you had when | | | |
| 716 19 | I was asking you questions. | | | |
| 716 20 | Do you agree with that? | | | |
| **716:23 - 717:17   Falco, Robert 2-12-2020 (revised)** | | | Re: [716:23-717:17] | **SUSTAINED** |
| 716 23 | THE WITNESS:  I'm not sure of | | Argumentative (403) | |
| 716 24 | that. | | | |
| 716 25 | | | | |
| 717 1 | QUESTIONS BY MR. PIRTLE: | | | |
| 717 2 | Q.   Well, for example, early on in | | | |
| 717 3 | a friendly manner I asked you:  "Quickly or | | | |
| 717 4 | as quickly as you want take me through | | | |
| 717 5 | the progression of where you came from | | | |
| 717 6 | and went to at Cabot, Aearo and 3M." | | | |
| 717 7 | I said, "I'm going to say 3M | | | |
| 717 8 | here, but my understanding, I'm talking | | | |
| 717 9 | about the whole thing." | | | |
| 717 10 | Your answer to me, as I | | | |
| 717 11 | remember it, was:  "I don't recall the exact | | | |
| 717 12 | progression." | | | |
| 717 13 | Isn't that what you just walked | | | |
| 717 14 | through in narrative form with the 3M lawyer, | | | |
| 717 15 | your progression, as when you started with | | | |
| 717 16 | Cabot, when you went to Aearo and your time | | | |
| 717 17 | at 3M? | | | |
| **717:20 - 718:6   Falco, Robert 2-12-2020 (revised)** | | | Re: [717:20-718:6] | **SUSTAINED** |
| 717 20 | THE WITNESS:  When I was asked | | Argumentative (403) | |
| 717 21 | that question, you know, I was free to | | | |
| 717 22 | speak.  I wasn't being asked a | | | |

| | | | | |
|---|---|---|---|---|
| 717 23 specific item. | | | | |
| 717 24 QUESTIONS BY MR. PIRTLE: | | | | |
| 717 25 Q.   Well, I anticipate that this is | | | | |
| 718 1 going to -- this transcript is going to read, | | | | |
| 718 2 and the video is going to say, "as quickly, | | | | |
| 718 3 or as quickly as you want to, take me through | | | | |
| 718 4 the progression." | | | | |
| 718 5 Did you not feel free when I | | | | |
| 718 6 asked you that question? | | | | |
| **718:9 - 718:10   Falco, Robert 2-12-2020 (revised)** | | | **Re: [718:9-718:10]** | **SUSTAINED** |
| 718 9 THE WITNESS:  No, I'm not -- | | | Argumentative (403) | |
| 718 10 no. | | | | |

# Gates, Kathy 5-29-2020

[Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| **19:21 - 20:1** | **Gates, Kathy 5-29-2020** | | | | |
| 19 21 | Q.    (BY MR. MORRISS:)  Good morning, | | | | |
| 19 22 | Col. Gates. | | | | |
| 19 23 | A.    Good morning. | | | | |
| 19 24 | Q.    Would you, just for the record, | | | | |
| 19 25 | identify yourself to the jury, please? | | | | |
| 20 1 | A.    Yes, I am Kathy Gates. | | | | |
| **21:13 - 21:23** | **Gates, Kathy 5-29-2020** | | | | |
| 21 13 | Q.    Could you tell the jury a little bit | | | | |
| 21 14 | about your formal education, where you went to | | | | |
| 21 15 | college, postgraduate work? | | | | |
| 21 16 | A.    I -- I did my undergraduate work at | | | | |
| 21 17 | State University of New York in Plattsburgh in | | | | |
| 21 18 | speech and hearing science.  I went to University | | | | |
| 21 19 | of Maryland at College Park and obtained my | | | | |
| 21 20 | master's in audiology.  And then I went to A.T. | | | | |
| 21 21 | Still University through a distance learning | | | | |
| 21 22 | program and obtained my audiology clinical | | | | |
| 21 23 | doctorate degree. | | | | |
| **22:7 - 22:14** | **Gates, Kathy 5-29-2020** | | | | |
| 22 7 | Q.    Are you currently licensed as an | | | | |
| 22 8 | audiologist? | | | | |
| 22 9 | A.    Yes. | | | | |
| 22 10 | Q.    And in what state or states? | | | | |
| 22 11 | A.    In New Jersey and New York. | | | | |
| 22 12 | Q.    How long have you been a licensed | | | | |
| 22 13 | audiologist? | | | | |
| 22 14 | A.    Since 1988, I guess. | | | | |
| **24:1 - 24:6** | **Gates, Kathy 5-29-2020** | | | | |
| 24 1 | Q.    What year did you join the Army? | | | | |
| 24 2 | A.    Well, I initially joined in 1983.  I | | | | |
| 24 3 | was enlisted as an ammunition specialist.  And then | | | | |
| 24 4 | in 1987, I obtained a direct commission and became | | | | |
| 24 5 | a first lieutenant in the Army under the Medical | | | | |
| 24 6 | Service Corps. | | | | |
| **25:4 - 25:18** | **Gates, Kathy 5-29-2020** | | | | |
| 25 4 | Q.    And can you just briefly describe as | | | | |

| | | | | |
|---|---|---|---|---|
| 25 5<br>25 6<br>25 7<br>25 8<br>25 9<br>25 10<br>25 11<br>25 12<br>25 13<br>25 14<br>25 15<br>25 16<br>25 17<br>25 18 | an audiologist what your roles and responsibilities<br>were?<br>A.   I was the chief of the audiology<br>clinic, and my primary roles were to provide<br>clinical audiology services to soldiers and their<br>family members, also retirees.  And then the other<br>portion of my responsibility was hearing loss<br>prevention or hearing conservation and providing<br>health education and earplug fittings to the basic<br>training soldiers there at Fort Dix that were<br>attending basic training.<br>Q.    And what year did you retire from<br>that?<br>A.    I retired in 2011. | | | |
| **28:4 - 28:8** | **Gates, Kathy 5-29-2020** | | | |
| 28 4<br>28 5<br>28 6<br>28 7<br>28 8 | Q.   Let me repeat it.  So did you have<br>some involvement with hearing conservation and<br>hearing protection devices at every job while you<br>were in the military?<br>A.   Yes. | | | |
| **32:14 - 32:23** | **Gates, Kathy 5-29-2020** | | | |
| 32 14<br>32 15<br>32 16<br>32 17<br>32 18<br>32 19<br>32 20<br>And<br>32 21<br>32 22<br>32 23 | Q.    During your military career, did you<br>have an opportunity to work with the Department of<br>Defense working group?<br>A.    I did.  While I was assigned at the<br>Center For Health Promotion and Preventive<br>Medicine, I was a participant in the DoD Hearing<br>Conservation Working Group while I was there.<br><br>then later on in my career, for a brief time, I<br>served as the chair of the Hearing Conservation<br>Working Group. | | | |
| **38:19 - 39:8** | **Gates, Kathy 5-29-2020** | | | |
| 38 19<br>38 20<br>38 21<br>38 22<br>38 23<br>38 24 | Q.    Has the -- has the military issued<br>regulations relating to noise exposure and hearing<br>protection devices from the time that you were an<br>audiologist with the Army?<br>A.    Yes.<br>Q.    In other words, there's been some | | | |

| | | | | |
|---|---|---|---|---|
| 38 25<br>39 1<br>39 2<br>39 3<br>39 4<br>39 5<br>39 6<br>39 7<br>39 8 | form of regulation in place since you joined the<br>Army, although there may have been modifications to<br>it along the way?<br>A.    That's correct, yes.<br>Q.    Do those regulations include -- have<br>they always included the requirement that military<br>personnel wear hearing protection devices, at least<br>in some settings where noise creates a hazard?<br>A.    Yes, that is correct. | | | |
| **40:5 - 40:12**<br>40 5<br>40 6<br>40 7<br>40 8<br>40 9<br>40 10<br>40 11<br>40 12 | **Gates, Kathy 5-29-2020**<br>Q.    As a military audiologist, are there<br>some noises military personnel are exposed to that<br>no hearing protection device can protect them from<br>damage?<br>A.    I am unaware of -- I mean, I am<br>unaware of that.  I think if someone has the<br>hearing protection device in, then it protects<br>their hearing. | | | |
| **40:13 - 40:14**<br>40 13<br>40 14 | **Gates, Kathy 5-29-2020**<br>Q.    May still cause damage, but provides<br>some protection? | | Re: [40:13-40:17]<br>Improper counter; Leading;<br>403; Touhy | OVERRULED |
| **40:17 - 40:17**<br>40 17 | **Gates, Kathy 5-29-2020**<br>A.    Correct. | | | Re: [40:13-40:17]<br>Improper counter; Leading;<br>403; Touhy | OVERRULED |
| **41:17 - 42:7**<br>41 17<br>41 18<br>41 19<br>41 20<br>41 21<br>41 22<br>41 23<br>41 24<br>41 25<br>42 1<br>42 2<br>42 3<br>42 4<br>42 5 | **Gates, Kathy 5-29-2020**<br>Q.    You mentioned earlier the Hearing<br>Conservation Program.  What is a Hearing<br>Conservation Program?<br>A.    The Hearing Conservation Program is a<br>program that-- for DoD, there's a regulation, DoDI<br>6055.12, and it specifically provides information<br>on the individual elements of a Hearing<br>Conservation Program.  There are seven elements<br>that make up the Hearing Conservation Program, and<br>each service, then, from the DoDI, they take<br>their -- that information and then develop their<br>own service-specific regulation.  For the Army that<br>is DA PAM 40-501, but the seven elements of the<br>program are similar across all services.  They can | | | |

| | | | | |
|---|---|---|---|---|
| 42 6<br>42 7 | make their regulation more stringent, but it cannot<br>be less stringent than the DoDI. | | | |
| **42:8 - 42:10**<br>42 8<br>42 9<br>42 10 | **Gates, Kathy 5-29-2020**<br>MR. MORRISS:  So, Will, if you will<br>pull Tab 38.  And if you will mark that as Exhibit<br>3. | | **Re: [42:8-42:10]**<br>Improper counter | **SUSTAINED** |
| **43:23 - 44:7**<br>43 23<br>43 24<br>43 25<br>44 1<br>44 2<br>44 3<br>44 4<br>44 5<br>44 6<br>44 7 | **Gates, Kathy 5-29-2020**<br>Q.    And if we turn over to the third page<br>of the document, Section 6.1, does it require that<br>each branch prepare a written plan for the<br>implementation of a comprehensive Hearing<br>Conservation Program?<br>A.    Yes.  That is correct.<br>Q.    And did that include addressing<br>hearing protection devices?<br>A.    Yes.  That was one of the elements of<br>the Hearing Conservation Program. | **Re: [43:23-44:7]**<br>Plt Objection - Improper counter,<br>403 | | **SUSTAINED** |
| **44:8 - 44:22**<br>44 8<br>44 9<br>44 10<br>44 11<br>44 12<br>44 13<br>44 14<br>44 15<br>44 16<br>44 17<br>44 18<br>44 19<br>44 20<br>44 21<br>44 22 | **Gates, Kathy 5-29-2020**<br>Q.    And then if you will turn over to<br>Page 7, Section 6.6.2.  Does the DoD give guidance<br>on when hearing protectors were to be available to<br>military personnel?<br>A.    Yes.<br>Q.    And can you describe that, please?<br>A.     The individual service members were<br>provided hearing protection by -- well, the units<br>were responsible for providing them unit -- hearing<br>protection.  However, at the time of monitoring<br>audiometry, usually they are -- they are also<br>provided hearing protection and instruction<br>regarding proper fitting and wear of the hearing<br>protection.  And I am speaking normally on behalf<br>of the Army because that is my experience. | | | |
| **46:1 - 46:14**<br>46 1<br>46 2<br>46 3<br>46 4<br>46 5 | **Gates, Kathy 5-29-2020**<br>Q.    (BY MR. MORRISS:)  I will ask it<br>again, Col. Gates.  If we go to 6.6.7, is there a<br>section that deals with preformed earplugs?<br>A.    Yes.<br>Q.    And what is your understanding as an | **Re: [46:1-46:14]**<br>Plt Objection - 403, cumulative,<br>improper counter | | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 46 6   audiologist, what is a preformed earplug?<br>46 7    A.    A preformed earplug is an earplug<br>46 8    that can be used over and over again.  They come in<br>46 9    different sizes, and depending on the ear canal<br>46 10   size determines the -- the size of the earplug.<br>46 11   Early on in my career we had<br>46 12   single-flange earplugs or triple-flange earplugs,<br>46 13   and those were the earplugs that we would fit our<br>46 14   soldiers with. | | | | |
| **46:15 - 47:3**   **Gates, Kathy 5-29-2020**<br>46 15   Q.    Would the Combat Arms Version 2<br>46 16   dual-ended plug that we are here about today, would<br>46 17   that be a preformed earplug?<br>46 18   A.    Yes.<br>46 19   Q.    All right.  And does the DoD set out<br>46 20   how the preformed earplugs would be fitted and<br>46 21   issued?<br>46 22   A.    There are hearing conservationists<br>46 23   that are assigned to units, and they are provided<br>46 24   training and become hearing conservation<br>46 25   technicians so that they can assist and educate and<br>47 1    make sure that soldiers under their command<br>47 2    understand how to properly use and insert the<br>47 3    earplug. | | | | |
| **47:24 - 48:3**   **Gates, Kathy 5-29-2020**<br>47 24   Q.    All right.  Now, then, the DoD would<br>47 25   be sort of the guidance that the individual branch<br>48 1    would use in putting their programs together; is<br>48 2    that correct?<br>48 3    A.    That's correct. | Re: [47:24-48:3]<br>Plt Objection - 403; improper<br>counter | | Re: [47:24-48:3]<br>602, 802, MIL 16 | SUSTAINED |
| **48:4 - 48:10**   **Gates, Kathy 5-29-2020**<br>48 4    Q.    And did, in fact, the Army, during<br>48 5    the time that you were there, have a Hearing<br>48 6    Conservation Program that was in place?<br>48 7    A.    Yes.<br>48 8    Q.    And did the written program comply<br>48 9    with the DoD requirements?<br>48 10   A.    Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **48:22 - 49:20   Gates, Kathy 5-29-2020** | | | **Re: [48:22-49:20]** | **OVERRULED** |
| 48 22 | A.   Oh, Tab 39?  Okay.  Okay.  I have it | | Improper counter, 403 (waste | |
| 48 23 | opened.  It says "DA PAM 40-501," dated December | | of time, cumulative) | |
| of | | | | |
| 48 24 | 1998. | | | |
| 48 25 | Q.   And is this the Hearing Conservation | | | |
| 49 1 | Program that would have been implemented by the | | | |
| 49 2 | Army following the DoD requirements for a Hearing | | | |
| 49 3 | Conservation Program? | | | |
| 49 4 | A.   Yes, sir. | | | |
| 49 5 | Q.   Do you know how long this particular | | | |
| 49 6 | version of the Hearing Conservation Program was in | | | |
| 49 7 | place until it was amended or changed in some | | | |
| 49 8 | substantive way? | | | |
| 49 9 | A.   It was updated, I think it was 2012, | | | |
| 49 10 | the -- the DA PAM 40-501 was revised to reflect the | | | |
| 49 11 | Army Hearing Program. | | | |
| 49 12 | Q.   All right.  Let me show you what we | | | |
| 49 13 | will mark as Tab 40, and it will be Exhibit 5. | | | |
| 49 14 | (Exhibit 5 was marked for | | | |
| 49 15 | identification.) | | | |
| 49 16 | Q.   (BY MR. MORRISS:)  And if you can | | | |
| 49 17 | identify Exhibit 5 for us, please. | | | |
| 49 18 | A.   That is the DA PAM 40-501 Army | | | |
| 49 19 | Hearing Program, and the date is 2015.  So I was a | | | |
| 49 20 | little bit early on the date. | | | |
| **50:6 - 50:14   Gates, Kathy 5-29-2020** | | | | |
| 50 6 | Did the -- did the Army Hearing | | | |
| 50 7 | Conservation Program have a section that dealt with | | | |
| 50 8 | hearing protectors? | | | |
| 50 9 | A.   Yes. | | | |
| 50 10 | Q.   In compliance with the DoD | | | |
| 50 11 | requirements, did it require that all personnel | | | |
| 50 12 | working or visiting in potentially hazardous noise | | | |
| 50 13 | areas be provided hearing protection? | | | |
| 50 14 | A.   Yes. | | | |
| **50:25 - 51:17   Gates, Kathy 5-29-2020** | | | | |
| 50 25 | Q.   And who was responsible for fitting | | | |
| 51 1 | and examining these earplugs when they were given | | | |

| | | | | |
|---|---|---|---|---|
| 51 2 | to soldiers or other military personnel? | | | |
| 51 3 | A.   The audiology clinic, as part of | | | |
| 51 4 | monitoring audiometry, would -- I -- the clinics | | | |
| 51 5 | that I managed, we incorporated the hearing | | | |
| 51 6 | protection fitting at the time of monitoring | | | |
| 51 7 | audiometry.  So we would fit their -- recheck their | | | |
| 51 8 | hearing testing annually at the time of their | | | |
| 51 9 | annual hearing test. | | | |
| 51 10 | There are other ways of doing this as | | | |
| 51 11 | well.  Soldier readiness processing, the -- that is | | | |
| 51 12 | an annual requirement.  That is another way of | | | |
| 51 13 | accomplishing the refitting and the recheck of the | | | |
| 51 14 | hearing protection.  And then also the individual | | | |
| 51 15 | unit hearing conservation NCO is also trained to -- | | | |
| 51 16 | to fit and evaluate the hearing protection on an | | | |
| 51 17 | annual basis. | | | |
| **51:24 - 52:14**  **Gates, Kathy 5-29-2020** | | | | |
| 51 24 | Q.   Was there sort of an order or ranking | | | |
| 51 25 | of the type plug that would first be tried when | | | |
| 52 1 | this medically trained person was fitting the plug | | | |
| 52 2 | on a particular soldier or military personnel? | | | |
| 52 3 | A.   Well, oftentimes if you are doing a | | | |
| 52 4 | large group fitting, you go with the -- the medium | | | |
| 52 5 | orange triple-flange earplug and -- and just have | | | |
| 52 6 | the group, by the numbers, insert the earplug. | | | |
| 52 7 | And then I would have them | | | |
| 52 8 | single-file up, and we would evaluate their | | | |
| 52 9 | earplug.  And then if it was too small or too | | | |
| 52 10 | large, we would have them either go with the green | | | |
| 52 11 | triple-flange or the blue triple-flange and then | | | |
| 52 12 | have them go through the line again to make sure | | | |
| 52 13 | that they were fitted properly with the hearing | | | |
| 52 14 | protection. | | | |
| **52:24 - 53:13**  **Gates, Kathy 5-29-2020** | | | | |
| 52 24 | Q.   During the -- sort of the late '90s, | | | |
| 52 25 | early 2000 time frame, who would have been the | | | |
| 53 1 | individuals physically helping fit the earplug, | | | |
| 53 2 | checking the fitting, examining the plug -- who | | | |
| 53 3 | would have been the pool of people that could do | | | |

| | | | | |
|---|---|---|---|---|
| 53 4<br>53 5<br>53 6<br>53 7<br>53 8<br>53 9<br>53 10<br>53 11<br>53 12<br>53 13 | that?  Not individual names, but like the type of<br>people that could do that?<br>A.    Trained hearing conservationists, the<br>ear, nose and throat, ENT, technicians, civilian<br>occupational nurse personnel, and then the hearing<br>conservationists that were trained under the<br>hearing conservation training program would be unit<br>medics and other NCOs that had been appointed to<br>serve as the hearing conservation officer within<br>the unit. | | | |
| **55:7 - 55:9** | **Gates, Kathy 5-29-2020** | | | |
| 55 7<br>55 8<br>55 9 | Q.    And the tools of this training, would<br>they have included PowerPoints and slide decks?<br>A.    Sure. | | | |
| **55:13 - 55:17** | **Gates, Kathy 5-29-2020** | Re: [55:13-55:17]<br>Plt Objection - compound,<br>vague; improper counter | | Re: [55:13-55:17]<br>MIL 1; 602, foundation; 611 | **SUSTAINED.**<br>**Compound,**<br>**vague;**<br>**improper**<br>**counter.** |
| 55 13<br>55 14<br>55 15<br>55 16<br>55 17 | Q.    Were pamphlets or wallet cards or<br>things like that made available from time to time<br>to either the people doing the fitting or to the<br>actual military personnel on how to fit a plug?<br>A.    Yes. | | | |
| **57:1 - 57:7** | **Gates, Kathy 5-29-2020** | | | |
| 57 1<br>57 2<br>plug,<br>57 3<br>57 4<br>57 5<br>57 6<br>57 7 | Q.    Let me ask a better question.  Do you<br>remember the Combat Arms Version 2 dual-ended<br><br>what it looked like?<br>A.    I do.  From the working group, we did<br>have the opportunity to experiment with the<br>dual-ended Combat Arms earplug.  And so I am<br>familiar with that dual-ended-type device. | | | |
| **58:5 - 58:16** | **Gates, Kathy 5-29-2020** | | | |
| 58 5<br>58 6<br>58 7<br>58 8<br>58 9<br>58 10<br>58 11<br>58 12<br>58 13 | Q.    Do you recall preparing or seeing any<br>of the training material that related specifically<br>to the Combat Arms Version 2 plug?<br>A.    I -- I do recall seeing the -- some<br>of the materials for the -- the Version 2 Combat<br>Arms earplug.<br>Q.    Do you recall at some point that one<br>of the instructions or fitting tips for proper<br>insertion of the plug including folding back the | | | |

| | | | |
|---|---|---|---|
| 58 14<br>58 15<br>58 16 | third flange of the plug that was sticking out of<br>the ear?<br>A.    I don't recall that. | | | |
| **58:17 - 58:19** | **Gates, Kathy 5-29-2020** | **Re: [58:17-58:19]**<br>Plt Objection - improper counter | **Re: [58:17-58:19]**<br>cumulative | **SUSTAINED.**<br>**Improper**<br>**counter.** |
| 58 17<br>58 18<br>58 19 | Q.    Do you recall reviewing and<br>commenting on a wallet card that had that specific<br>instruction? | | | |
| **58:22 - 59:1** | **Gates, Kathy 5-29-2020** | **Re: [58:22-59:1]**<br>Plt Objection - Improper counter | **Re: [58:22-59:1]**<br>cumulative | **SUSTAINED.**<br>**Improper**<br>**counter.** |
| 58 22<br>58 23<br>58 24<br>58 25<br>59 1 | A.    While I was at the Surgeon General's<br>Office, I may have seen that.  Dr. Ohlin may have<br>sent me that.  However, I -- I just don't remember<br>seeing the -- that instruction in the wallet-sized<br>card. | | | |
| **76:11 - 76:19** | **Gates, Kathy 5-29-2020** | | **Re: [76:11-76:19]**<br>602 | **OVERRULED** |
| 76 11<br>76 12<br>76 13<br>76 14<br>76 15<br>76 16<br>76 17<br>76 18<br>76 19 | Q.    (BY MR. MORRISS:)  Is it fair to say,<br>Col. Gates, that Lt. Merkley would have been in<br>that early 2000 time frame the person best able to<br>now tell us what information was being provided to<br>the audiology community and to military personnel<br>fitting the plug about how to properly insert the<br>Combat Arms Version 2 dual-ended plug?<br>A.    I don't -- I don't understand the<br>question.  Are -- he wasn't the head of anything. | | | |
| **85:7 - 85:11** | **Gates, Kathy 5-29-2020** | | | |
| 85 7<br>85 8<br>85 9<br>85 10<br>85 11 | Q.    Do you recall after leaving the<br>working group that you had an occasion to use the<br>Combat Arms Earplug, either first version or second<br>version?<br>A.    No. | | | |
| **144:8 - 146:5** | **Gates, Kathy 5-29-2020** | | | |
| 144 8<br>144 9<br>144 10<br>144 11<br>144 12<br>144 13<br>144 14<br>it,<br>144 15 | Q.    Good.  Col. Gates, were you -- I'm<br>going to try to understand what you do now.  As I<br>understood your testimony, you retired in 2011 from<br>the Army?<br>A.    Yes, I did.<br>Q.    But now you're -- or almost<br>immediately you went back to work for, what was<br>the Department of Defense? | | | |

144 16   A.   No.  I initially took a position with
144 17   the CHPPM, and I worked as a contractor and rewrote
144 18   the DA PAM to reflect the hearing program because
144 19   the Army went through a transition while I was
144 20   still on active duty.  We changed from hearing
144 21   conservation to an Army hearing program.
144 22   So I had the opportunity to write the
144 23   first draft for that.  And then, once that project
144 24   was completed, I was contacted and I took a
144 25   position with the DoD Hearing Center of Excellence,
145 1    working as a contractor in the prevention branch.
145 2    Q.    Okay.  And is that your only employer
145 3    today?
145 4    A.   Yes.
145 5    Q.    Okay.  You mentioned -- and you
145 6    talked about Doug Ohlin a number of times in your
145 7    testimony this morning.  Do you remember that?
145 8    A.   Yes.
145 9    Q.    And at some point in time, I think
145 10   you said Doug Ohlin was actually your boss?
145 11   A.    Yes, he was.
145 12   Q.    Now, do you know where Doug Ohlin
145 13   ended his career?
145 14   A.    Well, he retired from CHPPM, and then
145 15   he took on another position working for 3M.
145 16   Q.    Okay.  Do you know how -- how many
145 17   days passed before -- between the time he retired
145 18   from CHPPM and went to work for 3M?
145 19   A.    I do not.
145 20   Q.    Did Eric Fallon take Doug Ohlin's
145 21   position when he left?
145 22   A.    Yes, he did.
145 23   Q.    Do you know where Eric Fallon works
145 24   today?
145 25   A.    He works for 3M.
146 1    Q.    Okay.  And do you know how long he's
146 2    worked for 3M?

| | | | |
|---|---|---|---|
| 146 3    A.   Eric retired I think around 2013 or<br>146 4    '14.  And upon his retirement, he took a position<br>146 5    with 3M. | | | |
| **147:22 - 148:17   Gates, Kathy 5-29-2020**<br>147 22    Q.   Okay.  Have you ever been approached<br>147 23    by 3M to go work for them?<br>147 24    A.   No.<br>147 25    Q.   Okay.<br>148 1    A.   Well, maybe -- maybe indirectly, but<br>148 2    I -- I took a position with The Hearing Center of<br>148 3    Excellence, so I wasn't interested.<br>148 4    Q.   Tell me about the indirect approach.<br>148 5    A.   Well, Doug Moses, I know him through<br>148 6    just conferences.  And, you know, just mentioned<br>148 7    that there might be an opportunity for a position<br>148 8    if I was interested, because he knew I was<br>148 9    retiring.<br>148 10    And at the time, I wasn't interested<br>148 11    because I didn't want to move to wherever they're<br>148 12    located, Minneapolis or something like that.  So --<br>148 13    and that was the only conversation.<br>148 14    Q.   He approached you; you told him you<br>148 15    weren't interested, and it didn't go any further<br>148 16    than that?<br>148 17    A.   Correct. | **Re: [147:22-148:17]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403) | | **OVERRULED** |
| **149:5 - 149:7   Gates, Kathy 5-29-2020**<br>149 5    Q.   Okay.  And Doug Moses, you know he's<br>149 6    in -- in sales for 3M?<br>149 7    A.   That's correct, yes. | **Re: [149:5-149:7]**<br>Def Objection - Foundation<br>(602) | | **OVERRULED** |
| **149:11 - 149:15   Gates, Kathy 5-29-2020**<br>149 11    Q.   Okay.  Are there any other 3M<br>149 12    employees that you can think of that you know?<br>149 13    A.   I guess Elliott Berger, I knew, and<br>149 14    Laurie Wells.  Yeah, I think there's one other<br>149 15    person, I'm blanking on his name.  Oh, Ted<br>Madison. | **Re: [149:11-149:15]**<br>Def Objection - Relevance (401,<br>402) | | **OVERRULED** |
| **150:13 - 150:16   Gates, Kathy 5-29-2020**<br>150 13    Q.   Okay.  Did you ever go to the bases<br>150 14    or garrisons or installations when that type of | **Re: [150:13-150:18]**<br>Plt Objection - 403 cumulative;<br>improper counter | **Re: [150:13-150:18]**<br>611 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 150 15<br>150 16 | training was going on, when a vendor was training<br>someone at the base level? | | | |
| 150:18 - 150:18   Gates, Kathy 5-29-2020 | | Re: [150:13-150:18]<br>Plt Objection - 403 cumulative;<br>improper counter | Re: [150:13-150:18]<br>611 | SUSTAINED |
| 150 18 | A.   No. | | | |
| 150:19 - 150:25   Gates, Kathy 5-29-2020 | | | | |
| 150 19<br>150 20<br>150 21<br>150 22<br>150 23<br>150 24<br>150 25 | Q.   (BY MR. SEAN TRACEY:)  Okay.  Are you<br>aware that that kind of thing occurred, that the<br>vendors would go to the bases and speak to the base<br>commanders or base audiologists about their<br>products?<br>A.   I believe that would happen from time<br>to time. | | | |
| 151:11 - 151:17   Gates, Kathy 5-29-2020 | | Re: [151:11-151:22]<br>Def Objection - Relevance (401,<br>402); Prejudice (403); 3M MIL 6 | Re: [151:11-151:22]<br>Baker MIL 1 | SUSTAINED.<br>Relevance (401,<br>402); Prejudice<br>(403); 3M MIL<br>6 |
| 151 11<br>151 12<br>151 13<br>151 14<br>151 15<br>151 16<br>151 17 | Q.   (BY MR. SEAN TRACEY:)  Okay.  Col.<br>Gates, were you aware that the U.S. Department of<br>Justice, in conjunction with the Department of<br>Army, instigated an investigation into the sale of<br>the Combat Arms Earplugs?<br>A.   No.  I didn't know about it until it<br>hit the news. | | | |
| 158:13 - 158:21   Gates, Kathy 5-29-2020 | | | Re: [158:13-158:21]<br>Relevance, 403, Baker MIL 1,<br>602 | OVERRULED |
| 158 13<br>158 14<br>158 15<br>158 16<br>Peake?<br>158 17<br>158 18<br>158 19<br>158 20<br>158 21 | MR. SEAN TRACEY:  Can you put the<br>document back up, please, Exhibit 19?<br>Q.   (BY MR. SEAN TRACEY:)  Col. Gates, do<br>you know who Michael B. Peake is, Col. Brian<br><br>A.   No, I do not.<br>Q.   Okay.  This is a communication dated<br>October the 15th, 2019.  In October of 2019, where<br>were you working?<br>A.   At The Hearing Center of Excellence. | | | |
| 159:5 - 159:21   Gates, Kathy 5-29-2020 | | Re: [159:15-159:21]<br>Def Objection - Foundation<br>(602); Prejudice (403);<br>Relevance (401, 402) | Re: [159:5-159:21]<br>Relevance, 403, Baker MIL 1,<br>602 | OVERRULED |
| 159 5<br>159 6<br>159 7<br>what<br>159 8<br>159 9 | Q.   So the -- this says the attachment is<br>3M Hearing Protection Device Letter, and this is<br>from Maj. Whitney to Col. Peake.  Do you know<br><br>BLUF stands for?<br>A.   Bottom line up front. | | | |

| | | | | |
|---|---|---|---|---|
| 159 10    Q.    Okay.  Is that a military term? | | | | |
| 159 11    A.    Yeah.  It's kind of, you know, | | | | |
| 159 12    getting the main point right out there. | | | | |
| 159 13    Q.    Both sides? | | | | |
| 159 14    A.    Yes. | | | | |
| 159 15    Q.    And it says, "Bioenvironmental | | | | |
| 159 16    engineering personnel verified that 3M Dual-Ended | | | | |
| 159 17    Combat Earplugs are not being used for hearing | | | | |
| 159 18    protection enterprises" -- "for hearing protection | | | | |
| 159 19    purposes in the Air Force enterprise as of 15 | | | | |
| 159 20    October 2019."  Is that what that says? | | | | |
| 159 21    A.    Yes, that's what it says. | | | | |
| **161:8 - 161:17   Gates, Kathy 5-29-2020** | **Re: [161:8-161:17]** | | **Re: [161:8-163:17]** | **OVERRULED** |
| 161 8    Q.    (BY MR. SEAN TRACEY:)  All right.  So | Def Objection - Foundation | | Relevance, 403, Baker MIL 1, | |
| 161 9    Col. Gates, after S/B it says, "3M Dual-Ended | (602); Prejudice (403) | | 602 | |
| 161 10    Combat Earplugs were found to be defective and did | | | | |
| 161 11    not protect the wearer to the advertised level of | | | | |
| 161 12    protection.  There is a risk of hearing loss should | | | | |
| 161 13    individuals continue to use these earplugs." | | | | |
| 161 14    Here's my question:  Did anybody from | | | | |
| 161 15    3M or Aearo ever communicate what's in that | | | | |
| 161 16    sentence to you? | | | | |
| 161 17    A.    No. | | | | |
| **162:3 - 162:20   Gates, Kathy 5-29-2020** | | | **Re: [161:8-163:17]** | **OVERRULED** |
| 162 3    Q.    (BY MR. SEAN TRACEY:)  Col. Gates, | | | Relevance, 403, Baker MIL 1, | |
| 162 4    did anybody from 3M while you were with the | | | 602 | |
| 162 5    military ever instruct you to stop using the Combat | | | | |
| 162 6    Arms Earplugs Version 2 because it was too short | | | | |
| 162 7    for proper insertion? | | | | |
| 162 8    A.    No. | | | | |
| 162 9    Q.    Did anybody from 3M during your | | | | |
| 162 10    entire time in the military ever instruct you that | | | | |
| 162 11    the testing that they had done with the Combat Arms | | | | |
| 162 12    Earplug was testing done with the flanges folded | | | | |
| 162 13    back? | | | | |
| 162 14    A.    No. | | | | |
| 162 15    Q.    Did anybody from 3M ever tell you | | | | |
| 162 16    during your entire time in the military that they | | | | |

| | | | |
|---|---|---|---|
| 162 17   tested the Combat Arms Earplug Version 2 two<br>162 18   different ways depending on which end was in the<br>162 19   ear?<br>162 20   A.   No. | | | |
| **163:2 - 163:7   Gates, Kathy 5-29-2020**<br>163 2   Q.   (BY MR. SEAN TRACEY:)  Did anybody<br>163 3   from 3M ever instruct you in all your interactions<br>163 4   with them that if you failed to fold the flanges<br>163 5   back, you would get ninety percent less protection<br>163 6   than they advertised?<br>163 7   A.   No. | **Re: [163:2-163:8]**<br>Def Objection - Argumentative,<br>Misstates, Compound (611, 403) | **Re: [161:8-163:17]**<br>Relevance, 403, Baker MIL 1,<br>602 | **OVERRULED** |
| **163:10 - 163:15   Gates, Kathy 5-29-2020**<br>163 10   Q.   (BY MR. SEAN TRACEY:)  I'm going to<br>163 11   ask that question again.  Did anybody from 3M ever<br>163 12   instruct you or tell you that when you inserted the<br>163 13   green end in, if you didn't have the flanges folded<br>163 14   back, that you would not get their claimed<br>163 15   protection? | **Re: [163:10-163:16]**<br>Def Objection - Misstates (611,<br>403) | **Re: [161:8-163:17]**<br>Relevance, 403, Baker MIL 1,<br>602 | **OVERRULED** |
| **163:17 - 163:17   Gates, Kathy 5-29-2020**<br>163 17   A.   No. | **Re: [163:17-163:17]**<br>Def Objection - Misstates (611,<br>403) | **Re: [161:8-163:17]**<br>Relevance, 403, Baker MIL 1,<br>602 | **OVERRULED** |
| **164:9 - 164:23   Gates, Kathy 5-29-2020**<br>164 9   Q.   Okay.  Let me ask it this way:  Is it<br>164 10   important for you to know the truth about the<br>164 11   products that you're issuing to the troops?<br>164 12   A.   Yes.<br>164 13   Q.   Is it important to you for the people<br>164 14   that design, manufacture, market and sell products<br>164 15   to the military that they tell you the truth?<br>164 16   A.   Yes.<br>164 17   Q.   Do you rely on the vendors that<br>164 18   design, manufacture, market and sell their products<br>164 19   to tell you the truth?<br>164 20   A.   Yes.<br>164 21   Q.   Do you expect them to tell you the<br>164 22   truth?<br>164 23   A.   Yes. | **Re: [164:9-164:23]**<br>Def Objection - Relevance (401,<br>402), Prejudice (403) | | **OVERRULED** |

| 170:17 - 171:10   Gates, Kathy 5-29-2020 | Re: [170:17-171:10] | | | OVERRULED |
|---|---|---|---|---|
| 170 17      Q.    (BY MR. SEAN TRACEY:)  Col. Gates,<br>170 18      are you familiar with the document that we've been<br>170 19      calling the flange report?  The official title of<br>170 20      it is "How Folding the Flanges Back Affects REAT<br>170 21      Results of the UltraFit Earplug End of the Combat<br>170 22      Arms Earplug."<br>170 23      A.   I'm not familiar with that report.<br>170 24      I've seen it in the exhibit folder, but I'm not<br>170 25      familiar with it, no.<br>171 1      Q.    Did you have a chance to read it and<br>171 2      review it before your deposition today?<br>171 3      A.    I -- I skimmed over it quickly, but I<br>171 4      didn't read the whole thing, no.<br>171 5      Q.    Okay.  Would it be fair to say that<br>171 6      the information in that report was not information<br>171 7      you had during your time in the military?<br>171 8      A.    Yes.<br>171 9      Q.    When you looked at the information in<br>171 10      that report, were you shocked? | Def Objection - Foundation<br>(602); Prejudice (403) | | | |
| 172:3 - 172:12   Gates, Kathy 5-29-2020 | Re: [172:3-172:12] | | | OVERRULED |
| 172 3      A.   I was not aware of this document<br>172 4      until I saw it in the -- in the notebook.<br>172 5      Q.    (BY MR. SEAN TRACEY:)  Yes, ma'am.<br>172 6      And this document is dated July the 10th, 2000,<br>172 7      isn't it?<br>172 8      A.    Yes.<br>172 9      Q.    And the authors are R. W. Kieper and<br>172 10      E. H. Berger.  And you told us you knew Elliott<br>172 11      Berger earlier, right?<br>172 12      A.    Yes.  I do know Elliott Berger. | Def Objection - Foundation<br>(602); Prejudice (403) | | | |
| 172:20 - 173:3   Gates, Kathy 5-29-2020 | Re: [172:20-173:5] | | | OVERRULED |
| 172 20      Q.    Okay.  If you flip over to the next<br>172 21      page, this is really what I want to ask you about,<br>172 22      is in the second and third sentence, it says, "The<br>172 23      purpose of this report is to document that the<br>172 24      current length of the UltraFit Earplug end of the<br>172 25      Combat Arms plug is too short for proper insertion,<br>173 1      and how changing the fitting technique affected the | Def Objection - Foundation<br>(602); Prejudice (403) | | | |

| | | | |
|---|---|---|---|
| 173 2   results of real-ear tests of this plug."<br>173 3     Do you see that, Col. Gates? | | | |
| **173:5 - 173:5   Gates, Kathy 5-29-2020**<br>173 5     A.  I see it. | **Re: [172:20-173:5]**<br>Def Objection - Foundation<br>(602); Prejudice (403) | | **OVERRULED** |
| **174:17 - 174:19   Gates, Kathy 5-29-2020**<br>174 17     Q.  Right.  And if the earplug is too<br>174 18     short to get an adequate seal, that's a problem,<br>174 19     isn't it? | **Re: [174:17-174:20]**<br>Def Objection - Foundation<br>(602); Prejudice (403) | | **OVERRULED** |
| **174:21 - 175:18   Gates, Kathy 5-29-2020**<br>174 21     A.  I don't know the answer to that.<br>174 22     I -- I -- I guess it could be a problem if it is<br>174 23     too short.<br>174 24     Q.  (BY MR. SEAN TRACEY:)  And do you<br>174 25     remember earlier you were talking with Mr. Morriss<br>175 1     about the fact that you yourself used Version 1 of<br>175 2     the Combat Arms Earplug?  Do you remember that?<br>175 3     A.  Yes, I do.<br>175 4     Q.  And that was the one before it was<br>175 5     shortened, right?<br>175 6     A.  That's correct.<br>175 7     Q.  And you told us, I remember you said,<br>175 8     I didn't have any problems with the Version 1 that<br>175 9     was longer, right, didn't you say that?<br>175 10     A.  That's correct, yes.<br>175 11     Q.  You had a good fit and a good seal<br>175 12     and you said it worked for you, didn't you?<br>175 13     A.  Yes.<br>175 14     Q.  Did you know that after they<br>175 15     shortened the plug, that they did testing on it, on<br>175 16     the shortened plug?<br>175 17     A.  I -- I don't know the answer to that,<br>175 18     whether they did or not. | **Re: [174:21-175:18]**<br>Def Objection - Relevance (401,<br>402); Prejudice (403);<br>Foundation (602) | | **OVERRULED** |
| **175:21 - 175:25   Gates, Kathy 5-29-2020**<br>175 21     A.  I don't recall.  Again, I left CHPPM<br>175 22     and so my area of focus wasn't really on the Combat<br>175 23     Arms Earplug anymore.  I was doing more strategic<br>175 24     work at Walter Reed and the Surgeon General's<br>175 25     Office. | **Re: [175:21-175:25]**<br>Plt Objection - incomplete<br>designation; 403 cumulative;<br>Improper counter | | **SUSTAINED** |

**176:3 - 176:7   Gates, Kathy 5-29-2020**

| | |
|---|---|
| 176 3 | Q.   (BY MR. SEAN TRACEY:)  Col. Gates, |
| 176 4 | are you familiar with technical guides that are |
| 176 5 | issued by the United States Army Public Health |
| 176 6 | Command? |
| 176 7 | A.   Yes, I am. |

**177:16 - 178:3   Gates, Kathy 5-29-2020**

| | |
|---|---|
| 177 16 | Q.   (BY MR. SEAN TRACEY:)  I'm not going |
| 177 17 | to go through this document, except if you turn |
| 177 18 | over to Page 11 at the top it says, "What Does a |
| 177 19 | Soldier with a High Frequency Hearing Loss Miss in |
| 177 20 | Terms of Readiness."  And then if you scroll down |
| 177 21 | to the bottom, in a big box bolded, it says, "Most |
| 177 22 | Noise-Induced Hearing Loss Occurs During Training." |
| 177 23 | A.   Yes. |
| 177 24 | Q.   Are you familiar with that fact? |
| 177 25 | A.    It's something that was -- yeah, I am |
| 178 1 | familiar with that, something that was shared |
| 178 2 | throughout our career, that most hearing loss |
| 178 3 | occurs during training. |

**203:3 - 204:1   Gates, Kathy 5-29-2020**

| | |
|---|---|
| 203 3 | Q.   All right.  We're going to look at |
| 203 4 | this next exhibit number.  This is in Tab Number 7. |
| 203 5 | It will be Exhibit 25. |
| 203 6 | MR. SMITH:  25. |
| 203 7 | (Exhibit 25 was marked for |
| 203 8 | identification.) |
| 203 9 | Q.   (BY MR. SEAN TRACEY:)  25.  We call |
| 203 10 | this TG41.  I hope you do too. |
| 203 11 | A.   Okay.  I see it, yeah. |
| 203 12 | Q.   And are you familiar with TG41? |
| 203 13 | A.   Yes. |
| 203 14 | Q.   From CHPPM? |
| 203 15 | A.   Yes. |
| 203 16 | Q.   Now, this is called "Personal Hearing |
| 203 17 | Protective Devices, Their Fitting, Care and Use." |
| 203 18 | It's dated March 2006, right? |

| | | | | |
|---|---|---|---|---|
| 203 19 | A.   That's correct, yes. | | | |
| 203 20 | Q.    And it says it supercedes TG41 from | | | |
| 203 21 | October of '75? | | | |
| 203 22 | A.    Yes. | | | |
| 203 23 | Q.    What is TG41?  How would you explain | | | |
| 203 24 | this to a layperson? | | | |
| 203 25 | A.    TG41 was -- is just an older version | | | |
| 204 1 | of the hearing production technical guide. | | | |

**204:14 - 204:22   Gates, Kathy 5-29-2020**

| | | | | |
|---|---|---|---|---|
| 204 14 | Q.    Who -- who would use this -- this | | | |
| 204 15 | TG41?  Who was it for? | | | |
| 204 16 | A.    It -- it -- the technical guide could | | | |
| 204 17 | be used for train -- training purposes, for hearing | | | |
| 204 18 | conservation sort of education courses.  It could | | | |
| 204 19 | be disseminated out to unit commanders to give them | | | |
| 204 20 | additional information regarding hearing | | | |
| 204 21 | protection, and also given out to the audiology | | | |
| 204 22 | community to use as a technical guide. | | | |

**207:1 - 208:10   Gates, Kathy 5-29-2020**

| | | | | |
|---|---|---|---|---|
| 207 1 | Actually Page 11 is called Chapter 4, "Approved | | | |
| 207 2 | Earplugs and Carrying Case."  And if you will just | | | |
| 207 3 | scroll down you will see there's a variety of | | | |
| 207 4 | earplugs, it looks like, to choose from.  I think | | | |
| 207 5 | we've seen some of those already, haven't we? | | | |
| 207 6 | A.    Yes. | | | |
| 207 7 | Q.    And then they're giving sample -- | | | |
| 207 8 | sample types of approved Army earplugs.  And in | | | |
| 207 9 | there we see the Combat Arms, don't we? | | | |
| 207 10 | A.    Yes. | | | |
| 207 11 | Q.    Okay.  If you flip over two pages to | | | |
| 207 12 | 13, they've got the Combat Arms Earplug | | | |
| 207 13 | double-ended, and there we see the picture, don't | | | |
| 207 14 | we? | | | |
| 207 15 | A.    Yes. | | | |
| 207 16 | Q.    No flanges folded back, right? | | | |
| 207 17 | A.    No. | | | |
| 207 18 | Q.    And then if you flip over to the next | | | |
| 207 19 | page, we've got a real person with a real Combat | | | |

| | | | | |
|---|---|---|---|---|
| 207 20 | Arms Earplug in their ear, don't we? | | | |
| 207 21 | A.   Yes. | | | |
| 207 22 | Q.   And if you scroll down a little bit, | | | |
| 207 23 | they've got the green end in there and then we've | | | |
| 207 24 | got the yellow end in there with the green end | | | |
| 207 25 | sticking out. | | | |
| 208 1 | A.   Yes. | | | |
| 208 2 | Q.   Figure 14 and 15? | | | |
| 208 3 | A.   Yeah. | | | |
| 208 4 | Q.   Neither one of those have the flanges | | | |
| 208 5 | folded back, do they? | | | |
| 208 6 | A.   No. | | | |
| 208 7 | Q.   Look at Figure 15, does that look | | | |
| 208 8 | like, from your experience, the right way to fit an | | | |
| 208 9 | earplug? | | | |
| 208 10 | A.   Yes. | | | |
| **209:10 - 210:10   Gates, Kathy 5-29-2020** | | Re: [209:10-210:10] | | **OVERRULED** |
| 209 10 | Q.   So turn over to Page 30, then, | Def Objection - 701; 702; | | |
| 209 11 | because we're going to look at the insertion | Relevance (401, 402) | | |
| 209 12 | techniques for the Combat Arms Earplug, Col. | | | |
| Gates, | | | | |
| 209 13 | it's Figure 51 and 52.  Do you see that? | | | |
| 209 14 | A.   Yes, I do. | | | |
| 209 15 | Q.   It says, "Double-Ended Combat Arms | | | |
| 209 16 | Earplug Insertion Technique.  The Double-Ended | | | |
| 209 17 | Combat Arms Earplug is properly fitted and | | | |
| provides | | | | |
| 209 18 | the best attenuation when all three flanges, olive | | | |
| 209 19 | drab or yellow, snugly contact all sides of the ear | | | |
| 209 20 | canal.  Insert this item by positioning one arm | | | |
| 209 21 | behind the head and pulling the ear gently up and | | | |
| 209 22 | away from the head, using the freehand to fit the | | | |
| 209 23 | earplug."  And then it shows us Figure 51 and 52 as | | | |
| 209 24 | an illustration of how to do that, right? | | | |
| 209 25 | A.   Yes. | | | |
| 210 1 | Q.   Does that all look right to you? | | | |
| 210 2 | A.   Yes. | | | |
| 210 3 | Q.   And then if you flip over, this is a | | | |
| 210 4 | good document, on the next page they show you the | | | |

| | | | |
|---|---|---|---|
| 210 5    wrong way to do it, don't they?<br>210 6    A.    Yes.<br>210 7    Q.    On the left, 53 is the right way,<br>210 8    that's snug up, can't see any of the yellow, can<br>210 9    you?<br>210 10    A.    That's correct, yeah. | | | |
| **210:25 - 211:5   Gates, Kathy 5-29-2020**<br>210 25    Q.    Okay.  And then if you look at Figure<br>211 1    54, next to it you'll see a frank difference<br>211 2    between the way this one is fitted, won't you?<br>211 3    A.    That's correct, yes.<br>211 4    Q.    And Figure 54 is the wrong way?<br>211 5    A.    Correct. | **Re: [210:25-211:7]**<br>Def Objection - 701; 702;<br>Relevance (401, 402) | | **OVERRULED** |
| **211:8 - 211:12   Gates, Kathy 5-29-2020**<br>211 8    A.    Correct.<br>211 9    Q.    (BY MR. SEAN TRACEY:)  Yeah.  And in<br>211 10    neither one of those, the right way or the wrong<br>211 11    way, are the flanges folded back?<br>211 12    A.    Correct, yeah. | **Re: [211:8-211:8]**<br>Def Objection - 701; 702;<br>Relevance (401, 402) | | **OVERRULED** |
| **211:20 - 211:22   Gates, Kathy 5-29-2020**<br>211 20    A.    It's a technical guide that I didn't<br>211 21    actually participate in writing, but I would say<br>211 22    yes. | **Re: [211:20-211:22]**<br>Def Objection - 701; 702;<br>Relevance (401, 402) | | **OVERRULED** |
| **212:12 - 212:16   Gates, Kathy 5-29-2020**<br>212 12    Q.    And you go from 70, Page 70.  And<br>212 13    then the very next page is called Appendix A,<br>212 14    Hearing Protective Devices Posters.<br>212 15    A.    Okay.  Yes.  I see them.<br>212 16    Q.    So A-1 -- | | | |
| **212:19 - 213:3   Gates, Kathy 5-29-2020**<br>212 19    Q.    (BY MR. SEAN TRACEY:)  And the<br>212 20    hearing device posters, what are the posters?<br>212 21    A.    Just a visual of proper techniques to<br>212 22    insert the different types of hearing protection.<br>212 23    Q.    And were these posters put in the<br>212 24    barracks or the garrisons or someplace soldiers<br>212 25    could see them?<br>213 1    A.    They could possibly have been.  It | | | |

| | | | |
|---|---|---|---|
| 213 2     depends on the local hearing conservation officer<br>213 3     and how they display and market their program. | | | |
| **213:8 - 213:17   Gates, Kathy 5-29-2020**<br>213 8     Q.    You see it says, "For maximum<br>213 9     protection and comfort, insert the Combat Arms<br>213 10    Earplug, Double-Ended, as follows." And then they<br>213 11    explain all the things that we talked about<br>213 12    earlier, don't they?<br>213 13    A.    Yes.<br>213 14    Q.    And then we got the picture, and in<br>213 15    neither picture do we see flanges folded back, do<br>213 16    we?<br>213 17    A.    No. | | | |
| **224:17 - 224:25   Gates, Kathy 5-29-2020**<br>224 17    Q.    (BY MR. MORRISS:) So, Col. Gates,<br>224 18    before our technical glitch, we had been discussing<br>224 19    the "Just the Facts" CHPPM publication and it<br>224 20    talked about the Combat Arms Earplug, right?<br>224 21    A.    Yes, that's correct.<br>224 22    Q.    And we had established that CHPPM<br>224 23    understood that folding back the flange was an<br>224 24    insertion technique and had published about it,<br>224 25    correct? | | **Re: [224:17-225:11]**<br>Improper counter; 602, 611,<br>foundation, 403 (undue delay,<br>waste of time, needless<br>presentation of cumulative<br>evidence) | **SUSTAINED** |
| **225:2 - 225:11   Gates, Kathy 5-29-2020**<br>225 2     A.    Yes, in the "Just the Facts"<br>225 3     document, yes.<br>225 4     Q.    (BY MR. MORRISS:) And then the next<br>225 5     document I wanted you to look at is Exhibit Number<br>225 6     8. And this is the wallet card that we talked<br>225 7     about earlier, correct?<br>225 8     A.    Yes. Uh-huh.<br>225 9     Q.    This is also a USACHPPM-generated<br>225 10    document, true?<br>225 11    A.    That's correct, yes. | | **Re: [224:17-225:11]**<br>Improper counter; 602, 611,<br>foundation, 403 (undue delay,<br>waste of time, needless<br>presentation of cumulative<br>evidence) | **OVERRULED** |
| **225:20 - 226:14   Gates, Kathy 5-29-2020**<br>225 20    Q.    Then if we go to the second page of<br>225 21    the wallet card, do you see that it has<br>225 22    instructions and information on how to insert the<br>225 23    Dual-Ended Combat Arms Earplug; is that correct? | | **Re: [225:20-226:14]**<br>Improper counter; 602, 611,<br>foundation, 403 (undue delay,<br>waste of time, needless | **OVERRULED** |

| | | | |
|---|---|---|---|
| 225 24    A.    Yes, uh-huh. | | presentation of cumulative evidence) | |
| 225 25    Q.    We go down to the second bullet point | | | |
| 226 1    below the ear; it has a bullet point that says "For | | | |
| 226 2    very large ear canals, fold opposing plug back," | | | |
| 226 3    correct? | | | |
| 226 4    A.    Correct, yes. | | | |
| 226 5    Q.    And then it actually has a picture on | | | |
| 226 6    the wallet card with the flange folded back, | | | |
| 226 7    correct? | | | |
| 226 8    A.    Yes.  I see that, yes; uh-huh. | | | |
| 226 9    Q.    And the idea behind the wallet card | | | |
| 226 10    is that it would be distributed to audiologists and | | | |
| 226 11    military personnel and folks doing the fitting to | | | |
| 226 12    understand how to insert the Combat Arms plug, | | | |
| 226 13    correct? | | | |
| 226 14    A.    Yes. | | | |
| **247:1 - 247:10    Gates, Kathy 5-29-2020** | Re: [247:8-247:11] | | **OVERRULED** |
| 247 1    Q.    Col. Gates, y'all talked a lot about | Def Objection - Argumentative, | | |
| 247 2    this fitting tip that says "for exceptionally large | Misstates (611, 403) | | |
| 247 3    ear canals, fold opposing plug back to enhance | | | |
| 247 4    proper insertion."  I just read that verbatim from | | | |
| 247 5    the "Just the Facts" CHPPM document.  Do you | | | |
| 247 6    remember talking about that a minute ago? | | | |
| 247 7    A.    Yes, uh-huh. | | | |
| 247 8    Q.    That doesn't say if you don't fold | | | |
| 247 9    back the flanges, you will lose ninety-four percent | | | |
| 247 10    protection, does it? | | | |
| **247:12 - 247:17    Gates, Kathy 5-29-2020** | Re: [247:12-247:17] | | **OVERRULED** |
| 247 12    A.    No. | Def Objection - Foundation | | |
| 247 13    Q.    (BY MR. SEAN TRACEY:)  If that were | (602); 701; 702 | | |
| 247 14    the truth, Col. Gates, that if you didn't fold back | | | |
| 247 15    the flanges you lose ninety-four percent of the | | | |
| 247 16    protection, is that something you think a user | | | |
| 247 17    would want to know? | | | |
| **247:24 - 248:5    Gates, Kathy 5-29-2020** | Re: [247:24-248:5] | | **OVERRULED** |
| 247 24    A.    Yes. | Def Objection - Foundation | | |
| 247 25    Q.    I mean losing ninety-four percent of | (602); 701; 702; Argumentative | | |
| 248 1    your protection is tantamount to no protection, | (611, 403); Relevance (401, 402) | | |
| 248 2    isn't it? | | | |

| | | | | |
|---|---|---|---|---|
| 248 3 | A.   Yes. | | | |
| 248 4 | Q.   I mean that is a useless hearing | | | |
| 248 5 | protection device, isn't it? | | | |
| **248:14 - 248:18   Gates, Kathy 5-29-2020** | | | | |
| 248 14 | A.   Yes. | | | |
| 248 15 | Q.   Now, I am going to pull back up the | | | |
| 248 16 | flange report because we are going to compare what | | | |
| 248 17 | the flange report said to what these fitting tips | | | |
| 248 18 | said. | | | |
| **249:7 - 249:18   Gates, Kathy 5-29-2020** | | **Re: [249:2-249:18]** | | | **OVERRULED** |
| 249 7 | Q.   (BY MR. SEAN TRACEY:)  Do you see | Def Objection - Foundation | | |
| 249 8 | that fourth paragraph that says, the second | (602); 702; Relevance (401, 402) | | |
| 249 9 | sentence says, "Because the stem of the green, | | | |
| 249 10 | solid end of the plug is so short, it was difficult | | | |
| 249 11 | for the experimenter to insert the plug deeply into | | | |
| 249 12 | some subjects' ear canals, especially those | | | |
| 249 13 | subjects with medium and larger ear canals"?  Do | | | |
| 249 14 | you see that? | | | |
| 249 15 | A.   I do, yes. | | | |
| 249 16 | Q.   Now, that fitting tip doesn't say | | | |
| 249 17 | anything about medium-sized ear canals, does it? | | | |
| 249 18 | A.   No. | | | |
| **251:2 - 251:6   Gates, Kathy 5-29-2020** | | **Re: [251:2-251:6]** | | | **OVERRULED** |
| 251 2 | Q.   (BY MR. SEAN TRACEY:)  Are you aware | Def Objection - Foundation | | |
| 251 3 | of whether or not anybody from 3M, Elliott Berger, | (602); Relevance (401, 402) | | |
| 251 4 | Brian Myers, Doug Moses or anybody in the | | | |
| company, | | | | |
| 251 5 | ever responded to correct that language in the | | | |
| 251 6 | wallet card? | | | |
| **251:8 - 251:12   Gates, Kathy 5-29-2020** | | **Re: [251:7-251:9]** | | | **OVERRULED** |
| 251 8 | A.   I don't know.  I am not aware of | Def Objection - Foundation | | |
| 251 9 | that, no. | (602); Relevance (401, 402) | | |
| 251 10 | Q.   (BY MR. SEAN TRACEY:)  Are you aware | **Re: [251:10-251:13]** | | |
| 251 11 | that Elliott Berger testified in this case that the | Def Objection - Foundation | | |
| 251 12 | wallet card information was incorrect? | (602); Misstates (611, 403) | | |
| **251:14 - 251:18   Gates, Kathy 5-29-2020** | | **Re: [251:14-251:14]** | | | **OVERRULED** |
| 251 14 | A.   No, I did not know that. | Def Objection - Foundation | | |
| 251 15 | Q.   (BY MR. SEAN TRACEY:)  Are you aware | (602) | | |
| 251 16 | that the genesis of the wallet card came not from | | | |

| | | | |
|---|---|---|---|
| 251 17    CHPPM, but from Aearo Technologies and 3M?<br>251 18    A.   No. | **Re: [251:15-251:19]**<br>Def Objection - Misstates,<br>Argumentative (611, 403);<br>Relevance (401, 402) | | |
| **251:20 - 251:20   Gates, Kathy 5-29-2020**<br>251 20    A.   I was not. | **Re: [251:20-251:20]**<br>Def Objection - Foundation<br>(602) | | **OVERRULED** |
| **257:7 - 257:11   Gates, Kathy 5-29-2020**<br>257 7    Q.   (BY MR. SEAN TRACEY:)  Does this<br>257 8    refresh your recollection of whether or not<br>257 9    vendors, and 3M in particular, did participate in<br>257 10    creating training modules and training materials<br>257 11    for CHPPM? | | **Re: [257:7-257:17]**<br>Improper counter; 403, waste<br>of time | **OVERRULED** |
| **257:13 - 257:17   Gates, Kathy 5-29-2020**<br>257 13    A.   Again, I was at Walter Reed at the<br>257 14    time, so I wasn't directly involved with this.  So<br>257 15    I -- I am not familiar with what was going on at<br>257 16    the time with the training materials for the Combat<br>257 17    Arms Earplugs. | | **Re: [257:7-257:17]**<br>Improper counter; 403, waste<br>of time | **OVERRULED** |
| **257:25 - 258:2   Gates, Kathy 5-29-2020**<br>257 25    Q.   (BY MR. SEAN TRACEY:)  You are<br>258 1    familiar with materials like this being created by<br>258 2    vendors; are you not? | | | |
| **258:4 - 258:11   Gates, Kathy 5-29-2020**<br>258 4    A.   I -- I know that hearing protection<br>258 5    vendors do have their own materials and they have<br>258 6    their website with their educational materials,<br>258 7    their training materials.  Yes, I am aware of that,<br>258 8    uh-huh.<br>258 9    Q.   (BY MR. SEAN TRACEY:)  And you -- you<br>258 10    are aware of them sharing them with CHPPM and<br>the<br>258 11    Department of the Army; are you not? | | | |
| **258:13 - 258:15   Gates, Kathy 5-29-2020**<br>258 13    A.   I am not aware of that, but, you<br>258 14    know, we -- we have used their training materials<br>258 15    off their websites. | | | |

| | | | | |
|---|---|---|---|---|
| **258:18 - 258:20   Gates, Kathy 5-29-2020** | | | | |
| 258 18    Q.   So y'all would rely on the materials<br>258 19    on their websites for training?<br>258 20    A.   Sometimes. | | | | |
| **258:22 - 258:23   Gates, Kathy 5-29-2020** | | | | |
| 258 22    A.   It all depends on the material and<br>258 23    the target audience that we are focusing on, yeah. | | | | |
| **260:15 - 260:18   Gates, Kathy 5-29-2020** | **Re: [260:15-260:18]**<br>Def Objection - Foundation<br>(602) | | | **OVERRULED** |
| 260 15    Q.   (BY MR. SEAN TRACEY:)  Let me ask you<br>260 16    this:  Do you have any idea, as we sit here today,<br>260 17    whether you are supposed to fold back the flanges<br>260 18    with the Combat Arms Version 2 or not? | | | | |
| **260:20 - 260:24   Gates, Kathy 5-29-2020** | **Re: [260:20-260:24]**<br>Def Objection - Foundation<br>(602) | | | **OVERRULED** |
| 260 20    A.   Again, I -- while I was active duty,<br>260 21    I was unaware of the folding back of the flange.<br>260 22    But, again, I -- my focus and attention was staff<br>260 23    duty work and was more in the clinical side of the<br>260 24    house, so I just wasn't aware of it. | | | | |
| **260:25 - 261:6   Gates, Kathy 5-29-2020** | | | **Re: [260:25-261:20]**<br>701 | **SUSTAINED** |
| 260 25    Q.   (BY MR. SEAN TRACEY:)  No, I know<br>261 1    that.  But now, after you have reviewed everything<br>261 2    that you have reviewed, you have seen everything<br>261 3    that -- that -- that 3M sent you and we sent you<br>261 4    for the deposition, do you think you ought to be<br>261 5    folding back the flanges if you want full<br>261 6    protection? | | | | |
| **261:16 - 261:20   Gates, Kathy 5-29-2020** | | | **Re: [260:25-261:20]**<br>701 | **SUSTAINED** |
| 261 16    A.   I guess I -- I think of it as an<br>261 17    older generation of the product and would hope that<br>261 18    our service members have access to the single-<br>ended<br>261 19    Combat Arms Earplug that doesn't require any<br>261 20    folding back of the flanges. | | | | |

# Hannah, Kevin 12-14-2020

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **7:22 - 8:2   Hannah, Kevin 12-14-2020** | | | | |
| 7 22   Q.   Good morning, Lieutenant | | | | |
| 7 23   Colonel Hannah.  My name is Shawn Fox and I'm | | | | |
| 8 1   with the law firm of Tracey, Fox, King and | | | | |
| 8 2   Walters.  I represent Specialist Lloyd Baker | | | | |
| **8:15 - 8:17   Hannah, Kevin 12-14-2020** | | | | |
| 8 15   Q.   Lieutenant Colonel Hannah, could | | | | |
| 8 16   you please state your full name for the record. | | | | |
| 8 17   A.   Yes.  Kevin Allen Hannah. | | | | |
| **11:20 - 12:2   Hannah, Kevin 12-14-2020** | | | | |
| 11 20   Q.   Okay.  And you also understand | | | | |
| 11 21   that you're giving limited testimony today | | | | |
| 11 22   based on your personal knowledge as the former | | | | |
| 11 23   hearing program manager at Fort Benning from | | | | |
| 12 1   2004 to 2006? | | | | |
| 12 2   A.   That is correct. | | | | |
| **12:3 - 12:15   Hannah, Kevin 12-14-2020** | | | | |
| 12 3   Q.   Are you familiar with the 3M | | | | |
| 12 4   Combat Arms Earplug Version II? | | | | |
| 12 5   A.   Yes, I am. | | | | |
| 12 6   Q.   And just so we're on the same | | | | |
| 12 7   page, the Combat Arms Version II Earplug that | | | | |
| 12 8   I'm talking about is a dual ended preformed | | | | |
| 12 9   earplug.  Is that right? | | | | |
| 12 10   A.   That is correct. | | | | |
| 12 11   Q.   And the one end -- the yellow end | | | | |
| 12 12   provides nonlinear protection for impulse noise | | | | |
| 12 13   like gunfire.  And then the olive end provides | | | | |
| 12 14   protection for steady state noise.  Is that | | | | |
| 12 15   your understanding? | | | | |
| **12:20 - 12:20   Hannah, Kevin 12-14-2020** | | | | |
| 12 20   A.   Okay.  Yes, I understand that. | | | | |
| **13:6 - 13:10   Hannah, Kevin 12-14-2020** | | | | |
| 13 6   Q.   Okay.  So today I'll try to call | | | | |
| 13 7   it the Combat Arms Version II or Combat Arms | | | | |
| 13 8   and try not to refer to it as the CAEv2 just to | | | | |

| | | | | |
|---|---|---|---|---|
| 13 9 | make this clear.  Okay? | | | |
| 13 10 | A.   Yes, sir. | | | |
| **13:11 - 13:19** | **Hannah, Kevin 12-14-2020** | | | |
| 13 11 | Q.   Do you recall the first time that | | | |
| 13 12 | you learned about the Combat Arms Version II | | | |
| 13 13 | Earplug? | | | |
| 13 14 | A.   Yes.  I believe maybe -- maybe | | | |
| 13 15 | 2002, 2003. | | | |
| 13 16 | Q.   And how was it that you came to | | | |
| 13 17 | learn about the Combat Arms Earplug Version II? | | | |
| 13 18 | A.   It was mentioned in a training | | | |
| 13 19 | conference. | | | |
| **13:20 - 14:3** | **Hannah, Kevin 12-14-2020** | | | |
| 13 20 | Q.   Do you remember where that | | | |
| 13 21 | training conference was? | | | |
| 13 22 | A.   No, I do not recall, sir.  It's | | | |
| 13 23 | some place in the United States.  It was a | | | |
| 14 1 | training conference I attended.  But I do not | | | |
| 14 2 | recall what state or the exact year or the | | | |
| 14 3 | date. | | | |
| **14:4 - 14:10** | **Hannah, Kevin 12-14-2020** | | | |
| 14 4 | Q.   And what was it that was happening | | | |
| 14 5 | at this training conference that imparted the | | | |
| 14 6 | knowledge about the Combat Arms Version II | | | |
| 14 7 | Earplug? | | | |
| 14 8 | A.   It was an annual military training | | | |
| 14 9 | that was available to people in my -- my field | | | |
| 14 10 | to attend. | | | |
| **14:11 - 15:14** | **Hannah, Kevin 12-14-2020** | | | **Re: [14:11-15:14]** FRE 402/403; 802; 805; 701/702; Plaintiff's MIL #s 1, 15, 16; improper counter | **OVERRULED** |
| 14 11 | Q.   And at this conference does the -- | | | |
| 14 12 | was it a presenter that was presenting | | | |
| 14 13 | information about the Combat Arms Earplugs? | | | |
| 14 14 | A.   No. | | | |
| 14 15 | Q.   So how did you learn about it | | | |
| 14 16 | then? | | | |
| 14 17 | A.   It was brought up in a discussion | | | |
| 14 18 | by Dr. Doug Ohlin who worked for Army Public | | | |
| 14 19 | Health Command at that time. | | | |
| 14 20 | Q.   And do you remember what it was | | | |

| | | | | |
|---|---|---|---|---|
| 14 21 | back in 2002 or 2003 that Mr. Ohlin or | | | |
| 14 22 | Dr. Ohlin would have said at that training | | | |
| 14 23 | conference about the Combat Arms Earplug? | | | |
| 15 1 | A.   He said it was a -- again, I do | | | |
| 15 2 | not recall the exact words that he used.  But | | | |
| 15 3 | he said it was a better alternative than what | | | |
| 15 4 | we were using for a combat environment. | | | |
| 15 5 | Q.   And at the time in 2002 to 2003, | | | |
| 15 6 | do you remember what the alternatives were that | | | |
| 15 7 | were being used at that time for combat | | | |
| 15 8 | soldiers? | | | |
| 15 9 | A.   Just standard hearing protection | | | |
| 15 10 | that we have available that totally occludes | | | |
| 15 11 | the ear.  So at that time we really did not | | | |
| 15 12 | have any type of hearing protection -- standard | | | |
| 15 13 | hearing protection available that would allow | | | |
| 15 14 | some sound to pass through. | | | |
| **16:2 - 16:17** | **Hannah, Kevin 12-14-2020** | | | **Re: [16:2-16:11]** | **OVERRULED** |
| 16 2 | Q.   Okay.  Well, I'll represent to you | | | 602 | |
| 16 3 | that Aearo Technologies or Aearo Company was | | | | |
| 16 4 | the manufacturer -- initially the manufacturer | | | | |
| 16 5 | of the Combat Arms Version II Earplug and they | | | | |
| 16 6 | were subsequently bought by 3M Company.  Does | | | | |
| 16 7 | that ring a bell to you? | | | | |
| 16 8 | A.   Yes.  I think I have heard -- now | | | | |
| 16 9 | that you word it that way, I have heard of that | | | | |
| 16 10 | company, that they originally designed the | | | | |
| 16 11 | product. | | | | |
| 16 12 | Q.   And so when you -- when I say | | | | |
| 16 13 | Combat Arms Earplugs, do you -- would you | | | | |
| 16 14 | normally associate 3M with that product? | | | | |
| 16 15 | A.   Yes.  I would -- that would be the | | | | |
| 16 16 | first thing that comes to my mind versus Aearo. | | | | |
| 16 17 | Correct. | | | | |
| **17:3 - 18:9** | **Hannah, Kevin 12-14-2020** | | | **Re: [17:16-17:23]** | **OVERRULED** |
| 17 3 | Q.   And from what I understand from | | | Hearsay | |
| 17 4 | the information that was given to me by the | | | **Re: [18:6-18:13]** | |
| 17 5 | Government, you have never met or don't ever | | | Leading, 602,403 | |
| 17 6 | remember meeting Specialist Lloyd Baker.  Is | | | | |

| | | | | |
|---|---|---|---|---|
| 17 7 | that right? | | | |
| 17 8 | A.   Sir, it does not ring a bell | | | |
| 17 9 | unless there's -- | | | |
| 17 10 | Q.   Okay. | | | |
| 17 11 | A.   -- documentation, you know, on a | | | |
| 17 12 | medical record that I actually did an | | | |
| 17 13 | evaluation, that would be the only instance | | | |
| 17 14 | that I would be able to say that I've actually | | | |
| 17 15 | met him. | | | |
| 17 16 | Q.   Certainly.  And I'm sure you've | | | |
| 17 17 | met tons of soldiers.  And I'm not trying to | | | |
| 17 18 | imply that you have met him before.  I'm just | | | |
| 17 19 | trying to establish that what the Government | | | |
| 17 20 | told me which was, number one, that you don't | | | |
| 17 21 | recall anybody named Lloyd Baker.  Is that | | | |
| 17 22 | true? | | | |
| 17 23 | A.   That is correct. | | | |
| 18 1 | Q.   And you don't ever remember | | | |
| 18 2 | examining a soldier named Lloyd Baker.  Is that | | | |
| 18 3 | true? | | | |
| 18 4 | A.   That is true to the best of my | | | |
| 18 5 | knowledge. | | | |
| 18 6 | Q.   Okay.  And so likewise you | | | |
| 18 7 | wouldn't have any information about Lloyd | | | |
| 18 8 | Baker's use of hearing protection devices or | | | |
| 18 9 | exposure to noise.  Is that right? | | | |
| **18:12 - 18:13   Hannah, Kevin 12-14-2020** | | | **Re: [18:6-18:13]** | **OVERRULED** |
| 18 12 | Q.   You can answer. | | Leading, 602,403 | |
| 18 13 | A.   No, sir. | | | |
| **18:14 - 19:6   Hannah, Kevin 12-14-2020** | | | | |
| 18 14 | Q.   All right.  Lieutenant | | | |
| 18 15 | Colonel Hannah, are you currently in the | | | |
| 18 16 | military? | | | |
| 18 17 | A.   Yes, I am. | | | |
| 18 18 | Q.   And what's your current role? | | | |
| 18 19 | A.   I am the regional consultant for | | | |
| 18 20 | Public Health Command Europe. | | | |
| 18 21 | Q.   And is it true you got your | | | |
| 18 22 | master's in audiology from the University of | | | |

| | | | |
|---|---|---|---|
| 18 23 | South Carolina? | | |
| 19 1 | A.   Yes, sir. | | |
| 19 2 | Q.   And then you got your BS in | | |
| 19 3 | audiology and speech pathology from the | | |
| 19 4 | University of West Virginia? | | |
| 19 5 | A.   Yes, sir.  West Virginia | | |
| 19 6 | University. | | |

| **19:10 - 20:6** | **Hannah, Kevin 12-14-2020** | | |
|---|---|---|---|
| 19 10 | All right.  Lieutenant Colonel Hannah, I | | |
| 19 11 | want to talk to you now about Fort Benning from | | |
| 19 12 | 2004 to 2006.  During 2004 to 2006 was | | |
| 19 13 | Fort Benning a base where the U.S. Army | | |
| 19 14 | Infantry trained? | | |
| 19 15 | A.   They -- they did have a brigade | | |
| 19 16 | that was stationed at Fort Benning. | | |
| 19 17 | Q.   When I say infantry training, what | | |
| 19 18 | I'm talking about is the one station unit | | |
| 19 19 | training for the Army Infantry.  Did that take | | |
| 19 20 | place in -- at Fort Benning from 2004 to 2006? | | |
| 19 21 | A.   Are you referring to recruit | | |
| 19 22 | training, sir? | | |
| 19 23 | Q.   Yes, sir.  Recruit training, the | | |
| 20 1 | one unit -- the one station unit training for | | |
| 20 2 | combat soldiers and infantry, specifically | | |
| 20 3 | 11 Bravo? | | |
| 20 4 | A.   Yes.  Yes.  They had recruit | | |
| 20 5 | training for infantry down at Fort Benning | | |
| 20 6 | during that timeframe. | | |

| **20:7 - 20:22** | **Hannah, Kevin 12-14-2020** | | |
|---|---|---|---|
| 20 7 | Q.   Okay.  So Lieutenant Hannah (sic), | | |
| 20 8 | I'm going to refer to this then as recruit | | |
| 20 9 | training, but it sounds like that's what the | | |
| 20 10 | nomenclature is.  And the reason I'm going to | | |
| 20 11 | focus on that is because just by way of | | |
| 20 12 | background, Mr. Baker attended combat training | | |
| 20 13 | or recruit training at Fort Benning in the 2005 | | |
| 20 14 | timeframe.  Okay? | | |
| 20 15 | A.   Okay. | | |
| 20 16 | Q.   All right.  And so therefore the | | |

| | | | | |
|---|---|---|---|---|
| 20 17 | focus of my questions here today is going to be | | | |
| 20 18 | about that -- that recruit training.  And I'll | | | |
| 20 19 | try to preface my questions with that.  But | | | |
| 20 20 | just know that that this is my focus today. | | | |
| 20 21 | Okay? | | | |
| 20 22 | A.   Yes, sir. | | | |
| **21:4 - 21:7** | **Hannah, Kevin 12-14-2020** | | | |
| 21 4 | Q.   All right.  And were you the | | | |
| 21 5 | hearing conservation program manager at | | | |
| 21 6 | Fort Benning from 2004 to 2006? | | | |
| 21 7 | A.   That is correct, sir. | | | |
| **21:8 - 21:11** | **Hannah, Kevin 12-14-2020** | | | |
| 21 8 | Q.   Do you remember when it was that | | | |
| 21 9 | you arrived at Fort Benning in 2004? | | | |
| 21 10 | A.   I believe it was -- it was summer | | | |
| 21 11 | 2004, maybe June, July timeframe. | | | |
| **21:12 - 21:19** | **Hannah, Kevin 12-14-2020** | | | |
| 21 12 | Q.   And can you tell me what is your | | | |
| 21 13 | understanding, what is the hearing conservation | | | |
| 21 14 | program in the Army? | | | |
| 21 15 | A.   The hearing conservation program | | | |
| 21 16 | breaks down to four specific areas.  One is the | | | |
| 21 17 | conservation aspect, another one would be | | | |
| 21 18 | monitoring, another could be diagnostic | | | |
| 21 19 | services, and another could be education. | | | |
| **22:14 - 23:9** | **Hannah, Kevin 12-14-2020** | | | |
| 22 14 | Q.   All right.  And so can you put a | | | |
| 22 15 | gloss on that?  Can you just give us a little | | | |
| 22 16 | bit more detail about what your duties were as | | | |
| 22 17 | the hearing conservation program manager at | | | |
| 22 18 | Fort Benning from 2004 to 2006? | | | |
| 22 19 | A.   Sure, sir.  So the primary focus | | | |
| 22 20 | had to do with recruit training for | | | |
| 22 21 | in-processing.  We screened every soldier who | | | |
| 22 22 | came through for hearing -- for hearing | | | |
| 22 23 | testing.  We fit every soldier with hearing | | | |
| 23 1 | protection.  We did follow-up diagnostic | | | |
| 23 2 | services for soldiers who did not meet entrance | | | |
| 23 3 | standards.  We did evaluations, medical | | | |

| | | | | |
|---|---|---|---|---|
| 23 4 | evaluations for other populations at the | | | |
| 23 5 | installation.  We also provided hearing | | | |
| 23 6 | screening services for other units at the | | | |
| 23 7 | installation in addition to providing | | | |
| 23 8 | educational training for the units for their | | | |
| 23 9 | hearing program officers. | | | |
| **24:3 - 25:19** | **Hannah, Kevin 12-14-2020** | | | |
| 24 3 | Q.   And I think I heard you say this, | | | |
| 24 4 | Lieutenant Colonel, but was it part of your | | | |
| 24 5 | responsibility during 2004 to 2006 as the | | | |
| 24 6 | hearing conservation program manager at | | | |
| 24 7 | Fort Benning to ensure that medically trained | | | |
| 24 8 | personnel fit the individual recruit -- | | | |
| 24 9 | recruits that were coming in through | | | |
| 24 10 | in-processing or otherwise? | | | |
| 24 11 | A.   The people who fit the hearing | | | |
| 24 12 | protection were medically trained to provide | | | |
| 24 13 | that service.  That is correct.  The people who | | | |
| 24 14 | worked for me were -- had attended a Department | | | |
| 24 15 | of Defense course that was certified by the | | | |
| 24 16 | Council of Accreditation for Hearing | | | |
| 24 17 | Conservationists.  That's the requirement to | | | |
| 24 18 | function as a hearing technician in the | | | |
| 24 19 | military.  So they had all attended that | | | |
| 24 20 | training course.  And one of the -- one of the | | | |
| 24 21 | blocks of instruction for the training course | | | |
| 24 22 | had to do with proper fitting of hearing | | | |
| 24 23 | protection.  I was not the one that gave them | | | |
| 25 1 | the training course.  So they could go anywhere | | | |
| 25 2 | to attend that training to get that | | | |
| 25 3 | qualification. | | | |
| 25 4 | Q.   Okay.  So let's unpack that a | | | |
| 25 5 | little bit.  So there are other people there at | | | |
| 25 6 | Fort Benning from 2004 to 2006 other than | | | |
| 25 7 | audiologists that were trained and certified to | | | |
| 25 8 | distribute hearing protection.  Is that | | | |
| 25 9 | correct? | | | |
| 25 10 | A.   My staff primarily.  And if | | | |
| 25 11 | somebody would come through my hearing program | | | |

| | | | | |
|---|---|---|---|---|
| 25 12 | officer course, we would give them instruction | | | |
| 25 13 | on proper fitting and hearing protection. | | | |
| 25 14 | Q.   Okay.  And when you say your | | | |
| 25 15 | staff, this is kind of what I was getting at, | | | |
| 25 16 | do you have other people on your staff besides | | | |
| 25 17 | audiologists that were distributing hearing | | | |
| 25 18 | protection during the 2004 to 2006 timeframe at | | | |
| 25 19 | Benning? | | | |
| **25:21 - 25:23** | **Hannah, Kevin 12-14-2020** | | | |
| 25 21 | A.   Yes.  Oh, sorry. | | | |
| 25 22 | Q.   Was that a yes? | | | |
| 25 23 | A.   Yes. | | | |
| **26:1 - 26:17** | **Hannah, Kevin 12-14-2020** | | Re: [26:8-26:19]<br>FRE 401/402/403; 602;<br>speculation; Plaintiff's MIL # 1,<br>2, 16 | SUSTAINED |
| 26 1 | Q.   Okay.  And who were some of these | | | |
| 26 2 | other people?  In other words, what was their | | | |
| 26 3 | job titles during 2004 to 2006 at Fort Benning, | | | |
| 26 4 | these other people, part of your staff that | | | |
| 26 5 | were certified to distribute hearing protection | | | |
| 26 6 | devices? | | | |
| 26 7 | A.   They were hearing technicians. | | | |
| 26 8 | Q.   And do you -- do you recall during | | | |
| 26 9 | the 2004 to 2006 timeframe how many hearing | | | |
| 26 10 | technicians that you had on your staff? | | | |
| 26 11 | A.   I'm going to say approximately | | | |
| 26 12 | six. | | | |
| 26 13 | Q.   And so other than the six hearing | | | |
| 26 14 | technicians that you had on your staff, do you | | | |
| 26 15 | recall anyone else at Fort Benning that -- that | | | |
| 26 16 | may have been distributing hearing protection | | | |
| 26 17 | devices to combat training recruits? | | | |
| **26:19 - 27:7** | **Hannah, Kevin 12-14-2020** | | Re: [26:8-26:19]<br>FRE 401/402/403; 602;<br>speculation; Plaintiff's MIL # 1,<br>2, 16 | SUSTAINED |
| 26 19 | A.   No, sir. | | | |
| 26 20 | Q.   Okay.  Lieutenant Colonel Hannah, | | | |
| 26 21 | who is it at the Army that gets enrolled in the | | | |
| 26 22 | hearing conservation program? | | | |
| 26 23 | MR. BHIMANI:  Object to the form. | | | |
| 27 1 | Q.   Or rather, who does the hearing | | | |
| 27 2 | conservation program apply to?  Does that make | | | |
| 27 3 | sense? | | | |

| | | | | |
|---|---|---|---|---|
| 27 4<br>27 5<br>27 6<br>27 7 | A.   Everybody in the United States<br>Army, irrelevant of what your MOS is, are<br>considered enrolled in the Army hearing<br>program. | | | |
| **27:8 - 27:12** | **Hannah, Kevin 12-14-2020** | | | |
| 27 8<br>27 9<br>27 10<br>27 11<br>27 12 | Q.   Okay.  And is it mandatory under<br>the hearing conservation program for soldiers<br>to wear hearing protection while around<br>hazardous noise at Fort Benning from 2004 to<br>2006? | | | |
| **27:14 - 27:14** | **Hannah, Kevin 12-14-2020** | | | |
| 27 14 | A.   That would be correct. | | | |
| **28:1 - 28:4** | **Hannah, Kevin 12-14-2020** | | Re: [28:1-28:6]<br>Leading | **OVERRULED** |
| 28 1<br>28 2<br>28 3<br>28 4 | Q.   But nevertheless, if a combat<br>recruit was not wearing hearing protection<br>devices in a required area, it's possible they<br>could be reprimanded.  True? | | | |
| **28:6 - 28:6** | **Hannah, Kevin 12-14-2020** | | Re: [28:1-28:6]<br>Leading | **OVERRULED** |
| 28 6 | A.   Yes. | | | |
| **28:14 - 29:1** | **Hannah, Kevin 12-14-2020** | | Re: [28:21-29:9]<br>FRE 402/403; 602; 701/702;<br>Plaintiff MIL # 1, 2, 16 | **OVERRULED** |
| 28 14<br>28 15<br>28 16<br>28 17<br>28 18<br>28 19<br>28 20<br>28 21<br>28 22<br>28 23<br>29 1 | Q.   So in your experience at<br>Fort Benning from 2004 to 2006, what were the<br>potential ways a new combat recruit could<br>acquire hearing protection?<br>A.   They would acquire it from recruit<br>training.  In-processing we would issue them<br>the hearing protection.<br>Q.   Do you recall whether or not the<br>Combat Arms Earplug Version II was available<br>for distribution at Fort Benning from 2004 to<br>2006? | | | |
| **29:3 - 29:9** | **Hannah, Kevin 12-14-2020** | | Re: [28:21-29:9]<br>FRE 402/403; 602; 701/702;<br>Plaintiff MIL # 1, 2, 16 | **OVERRULED** |
| 29 3<br>29 4<br>29 5<br>29 6<br>29 7 | A.   Not to my knowledge, sir.<br>Q.   Okay.  So -- so you don't remember<br>Combat Arms Version II Earplugs being at<br>Fort Benning from 2004 to 2006?<br>A.   Again, not to my knowledge.  We | | | |

| | | | | |
|---|---|---|---|---|
| 29 8<br>29 9 | did not have that earplug available for<br>recruits. | | | | |
| **29:15 - 30:11   Hannah, Kevin 12-14-2020** | | | | **Re: [29:22-30:11]**<br>403 | **OVERRULED** |
| 29 15<br>29 16<br>29 17<br>29 18<br>29 19<br>29 20<br>29 21<br>29 22<br>29 23<br>30 1<br>30 2<br>30 3<br>30 4<br>30 5<br>30 6<br>30 7<br>30 8<br>30 9<br>30 10<br>30 11 | Q.   Training for -- so I think you<br>just told me that the potential ways that a new<br>recruit could acquire hearing protection at<br>Fort Benning was through your staff and through<br>recruit training that was done.  Is that<br>correct?<br>A.   That's correct, sir.<br>Q.   Okay.  Could you tell us a little<br>bit about that training?  Who provided the<br>training and what was the subject and substance<br>of that training?<br>A.   Well, soldiers -- recruits who<br>came in before they started their initial<br>training, they would get a hearing screening<br>performed and they would also be given an<br>instructional brief, a verbal instructional<br>brief about noise exposure and about wearing<br>hearing protection.  This was done by my staff.<br>And they would fit -- fit the hearing<br>protection of the soldiers at that time. | | | | |
| **30:12 - 30:21   Hannah, Kevin 12-14-2020** | | | | **Re: [30:12-30:21]**<br>403, 602 | **OVERRULED** |
| 30 12<br>30 13<br>30 14<br>30 15<br>30 16<br>30 17<br>30 18<br>30 19<br>30 20<br>30 21 | Q.   Okay.  And would this be a<br>classroom type setting or something else?<br>A.   Yes, sir, a classroom setting.<br>Q.   Okay.  And at this training in the<br>classroom, would -- would slides be used to<br>educate the new recruits or PowerPoint or<br>anything like that?<br>A.   It could occasionally.  It<br>depends.  Sometimes it would just be all<br>verbal.  Sometimes they might use a PowerPoint. | | | | |
| **32:9 - 32:17   Hannah, Kevin 12-14-2020** | | | | **Re: [32:9-32:17]**<br>FRE 402/403; 602; 701/702;<br>speculation; Plaintiff MIL # 1, 2,<br>16 | **OVERRULED** |
| 32 9<br>32 10<br>32 11<br>32 12 | Q.   So in your experience at<br>Fort Benning as far as new recruits are<br>concerned, there wasn't anybody -- any other<br>commanding officers or NCOs or anything like | | | | |

| | | | | |
|---|---|---|---|---|
| 32 13 | that at Benning during that timeframe that | | | |
| 32 14 | would have been distributing hearing | | | |
| 32 15 | protection?  Is that correct?  That would have | | | |
| 32 16 | all been done by your staff? | | | |
| 32 17 | A.   That's correct, sir. | | | |
| **33:22 - 34:3** | **Hannah, Kevin 12-14-2020** | | | **Re: [33:22-34:8]** | **OVERRULED** |
| 33 22 | Q.   Let me back up.  Let me put a | | FRE 402/403; 404; 602; | |
| 33 23 | little gloss on it.  Could you explain the | | 701/702; speculation; Plaintiff | |
| 34 1 | process of how yourself or somebody on your | | MIL # 1, 2, 16 | |
| 34 2 | staff would have fit a preformed earplug like | | | |
| 34 3 | the Combat Arms Version II Earplug? | | | |
| **34:6 - 36:17** | **Hannah, Kevin 12-14-2020** | | | **Re: [33:22-34:8]** | **OVERRULED** |
| 34 6 | A.   I can't say that, sir, because we | | FRE 402/403; 404; 602; | |
| 34 7 | did not fit the Combat Arms Earplugs at | | 701/702; speculation; Plaintiff | |
| 34 8 | Fort Benning during my time there. | | MIL # 1, 2, 16 | |
| 34 9 | Q.   Okay.  Have you ever fit the | | **Re: [34:13-35:8]** | |
| 34 10 | Combat Arms Earplugs at any time? | | FRE 402/403; 602; 701/702; | |
| 34 11 | A.   Not the generation two.  Primarily | | speculation; nonresponsive | |
| 34 12 | I fit the -- the predecessor after that. | | answer(s); Plaintiff MIL # 1, 2, | |
| 34 13 | Q.   And is it -- can I ask you why you | | 16 | |
| 34 14 | have never fit the Combat Arms Version II? | | **Re: [35:9-36:22]** | |
| 34 15 | Well, first let me back up.  Have you ever | | FRE 402/403; 602; 701/702; | |
| 34 16 | distributed the Combat Arms Version II Earplugs | | 802; speculation; Plaintiff MIL # | |
| 34 17 | ever at any time? | | 1, 2, 16 | |
| 34 18 | A.   I'm going to -- I'm going to say | | | |
| 34 19 | no, sir, because like I said, I was familiar | | | |
| 34 20 | with the Combat Arms Earplug prior to coming to | | | |
| 34 21 | Fort Benning.  But when I came to Benning, we | | | |
| 34 22 | had considered Combat Arms for like recruit | | | |
| 34 23 | training, but opted not to fit them and chose | | | |
| 35 1 | to go with a standard earplug instead of the | | | |
| 35 2 | Combat Arms Earplug. | | | |
| 35 3 | Q.   Do you remember why it was that -- | | | |
| 35 4 | that at least as far as recruits are concerned | | | |
| 35 5 | at Benning that you decided not to go with the | | | |
| 35 6 | Combat Arms Version II and decided to go with a | | | |
| 35 7 | different earplug? | | | |
| 35 8 | A.   Sure.  It was due to cost. | | | |
| 35 9 | Q.   Okay.  And so instead of the | | | |

| | | | | |
|---|---|---|---|---|
| 35 10 | Combat Arms Earplug for recruit trainees during | | | |
| 35 11 | that 2004 to 2006 timeframe, what was it that | | | |
| 35 12 | you did distribute to combat recruits? | | | |
| 35 13 | A.   We distributed initially the -- | | | |
| 35 14 | it's a four-flange plug called the Quattro | | | |
| 35 15 | plug.  It's pretty flexible as far as like | | | |
| 35 16 | fitting different ear sizes.  If for some | | | |
| 35 17 | reason that was not functional for the recruit, | | | |
| 35 18 | then we would issue them another type of | | | |
| 35 19 | design.  It was a triple-flanged plug.  And | | | |
| 35 20 | they come in different sizes.  The Quattro only | | | |
| 35 21 | came in one size.  And then we also had | | | |
| 35 22 | available at that time another earplug that was | | | |
| 35 23 | called the single-flange plug that came in four | | | |
| 36 1 | sizes. | | | |
| 36 2 | Q.   And so in your experience at | | | |
| 36 3 | Fort Benning from 2004 to 2006 as far as which | | | |
| 36 4 | particular hearing protection devices were | | | |
| 36 5 | issued to the new recruits, was that your | | | |
| 36 6 | decision to make? | | | |
| 36 7 | A.   Yes.  Well, the initial fit was | | | |
| 36 8 | always going to be the four-flange Quattro | | | |
| 36 9 | earplug.  If that did not fit, then my | | | |
| 36 10 | technicians were to fit the soldiers with one | | | |
| 36 11 | of the other types that we had available that | | | |
| 36 12 | was going to be a better fit for the recruit. | | | |
| 36 13 | Q.   Okay.  And so the -- and so it | | | |
| 36 14 | sounds like that the four-flange Quattro | | | |
| 36 15 | earplug was going to be the standard issue. | | | |
| 36 16 | And then that decision was made by somebody | | | |
| 36 17 | else higher up.  Is that true? | | | |
| **36:19 - 37:4** | **Hannah, Kevin 12-14-2020** | | **Re: [35:9-36:22]** | **OVERRULED** |
| 36 19 | A.   Well, I was the one that made the | | FRE 402/403; 602; 701/702; | |
| 36 20 | decision because of, you know, as far as like | | 802; speculation; Plaintiff MIL # | |
| 36 21 | the cost of what was going to be available for | | 1, 2, 16 | |
| 36 22 | funding. | | | |
| 36 23 | Q.   Okay.  So -- so is it fair you | | | |
| 37 1 | considered using the Combat Arms Version II | | | |
| 37 2 | Earplug for combat trainees during that 2004 to | | | |

| | | | | |
|---|---|---|---|---|
| 37 3 | 2006 timeframe, but decided to use something | | | |
| 37 4 | different because of cost?  Is that fair? | | | |
| **37:6 - 37:14** | **Hannah, Kevin 12-14-2020** | | | Re: [37:9-37:23] | **OVERRULED** |
| 37 6 | A.   That is fair. | | | Plaintiff MIL # 1, 2, 16 | |
| 37 7 | Q.   I didn't hear your answer, sir. | | | | |
| 37 8 | A.   Yes.  That's correct, sir. | | | | |
| 37 9 | Q.   Okay.  Lieutenant Colonel Hannah, | | | | |
| 37 10 | do you recall during the 2004, excuse me, to | | | | |
| 37 11 | the 2006 timeframe, do you recall anyone from | | | | |
| 37 12 | Aearo or 3M coming on the base at Fort Benning | | | | |
| 37 13 | to assist in training recruits regarding | | | | |
| 37 14 | hearing protection? | | | | |
| **37:16 - 37:21** | **Hannah, Kevin 12-14-2020** | | | Re: [37:9-37:23] | **OVERRULED** |
| 37 16 | A.   No, sir. | | | Plaintiff MIL # 1, 2, 16 | |
| 37 17 | Q.   During the 2004 to 2006 timeframe, | | | | |
| 37 18 | do you recall anyone from Aearo or 3M coming on | | | | |
| 37 19 | the base at Fort Benning to give presentations | | | | |
| 37 20 | to you or your staff regarding hearing | | | | |
| 37 21 | protection devices? | | | | |
| **37:23 - 37:23** | **Hannah, Kevin 12-14-2020** | | | Re: [37:9-37:23] | **OVERRULED** |
| 37 23 | A.   No, sir.  No, sir. | | | Plaintiff MIL # 1, 2, 16 | |
| **38:10 - 38:23** | **Hannah, Kevin 12-14-2020** | | | Re: [38:10-38:19] | **OVERRULED** |
| 38 10 | Q.   No?  Okay.  So during the 2004 to | | | FRE 401/402/403;  602; | |
| 38 11 | 2006 timeframe when you were at Fort Benning, | | | 701/702; speculation; Plaintiff | |
| 38 12 | would you have been the person responsible for | | | MIL # 1, 2, 16 | |
| 38 13 | ordering and purchasing hearing protection | | | | |
| 38 14 | devices? | | | | |
| 38 15 | A.   For recruit training, sir? | | | | |
| 38 16 | Q.   Yes, sir. | | | | |
| 38 17 | A.   Yes.  Yeah.  Like I said, we -- we | | | | |
| 38 18 | were the ones who ordered hearing protection | | | | |
| 38 19 | for recruit training through the hospital. | | | | |
| 38 20 | Q.   And during that 2004 to 2006 | | | | |
| 38 21 | timeframe at Fort Benning, did you -- do you | | | | |
| 38 22 | remember purchasing Combat Arms Version II | | | | |
| 38 23 | Earplugs? | | | | |
| **39:3 - 39:8** | **Hannah, Kevin 12-14-2020** | | | | |
| 39 3 | A.   No, sir. | | | | |

| | | | | |
|---|---|---|---|---|
| 39 4 | Q.   Okay.  And -- and when I'm asking | | | |
| 39 5 | this question, I want to make it a little bit | | | |
| 39 6 | broader than just training recruits and ask did | | | |
| 39 7 | you ever purchase them at any time during 2004 | | | |
| 39 8 | to 2006 at Fort Benning? | | | |
| **39:11 - 39:11** | **Hannah, Kevin 12-14-2020** | | | |
| 39 11 | A.   No, sir. | | | |
| **40:11 - 40:15** | **Hannah, Kevin 12-14-2020** | | | |
| 40 11 | Q.   Lieutenant Colonel Hannah, in your | | | |
| 40 12 | experience would there have been anybody else | | | |
| 40 13 | at Fort Benning that may have ordered hearing | | | |
| 40 14 | protection devices, including the Combat Arms | | | |
| 40 15 | Version II Earplugs other than you? | | | |
| **40:18 - 41:9** | **Hannah, Kevin 12-14-2020** | | | |
| 40 18 | A.   Not that I know of.  Like I said, | | | |
| 40 19 | I was the -- well, are you referring to recruit | | | |
| 40 20 | training again? | | | |
| 40 21 | Q.   Well, I'm -- do you remember a | | | |
| 40 22 | company called Brock Sales? | | | |
| 40 23 | A.   I've heard of Brock Sales, yes. | | | |
| 41 1 | Q.   Do you ever remember ordering any | | | |
| 41 2 | earplugs or hearing protection devices from | | | |
| 41 3 | Brock Sales? | | | |
| 41 4 | A.   Not that I could say -- well, I'm | | | |
| 41 5 | going to say -- I'm going to say no because we | | | |
| 41 6 | order our hearing protection through logistics. | | | |
| 41 7 | Who they pick as the vendor or whoever they -- | | | |
| 41 8 | whoever they authorize as the vendor, I -- I | | | |
| 41 9 | really don't know. | | | |
| **41:13 - 42:3** | **Hannah, Kevin 12-14-2020** | | Re: [41:13-43:6] | **OVERRULED** |
| 41 13 | Q.   Lieutenant Colonel Hannah, can you | | 602, hearsay | |
| 41 14 | see the document that we have on the screen | | | |
| 41 15 | there? | | | |
| 41 16 | A.   Yes, sir. | | | |
| 41 17 | Q.   Okay.  And I'm going to attach | | | |
| 41 18 | this as the first exhibit to your deposition. | | | |
| 41 19 | I'll represent to you that those are sales | | | |
| 41 20 | records from a company called Brock Sales.  And | | | |
| 41 21 | you just told me you heard of Brock Sales, but | | | |

| | | | | |
|---|---|---|---|---|
| 41 22   you don't recall ordering any hearing<br>41 23   protection devices from Brock Sales.  Is that<br>42 1   true?<br>42 2   (Plaintiff's Exhibit Number 1<br>42 3   is marked for identification.) | | | | |
| **42:5 - 42:15**  **Hannah, Kevin 12-14-2020**<br>42 5   A.   Yes, sir.<br>42 6   Q.   Okay.  And so we can see her at<br>42 7   the top of this sales record, it says<br>42 8   Combat Arms Hearing Protectors NRR 22dB and<br>42 9   then it gives a number.  Do you see that?<br>42 10   A.   Yes, sir.<br>42 11   Q.   Okay.  And this is -- I'll<br>42 12   represent to you that those are the records<br>42 13   that Brock Sales provided us when we asked<br>42 14   about records regarding sales of Combat Arms<br>42 15   Version II Earplugs. | | | Re: [41:13-43:6]<br>602, hearsay | OVERRULED |
| **42:20 - 43:2**  **Hannah, Kevin 12-14-2020**<br>42 20   Q.   Okay.  And if we look here about<br>42 21   two-thirds of the way down the page, on<br>42 22   February 17, 2005, there's an entry here for<br>42 23   U.S. Army at Fort Benning, quantity 200.  Do<br>43 1   you see that Lieutenant Colonel?<br>43 2   A.   Yes, I see it, sir. | | | Re: [41:13-43:6]<br>602, hearsay | OVERRULED |
| **43:4 - 43:7**  **Hannah, Kevin 12-14-2020**<br>43 4   Q.   Okay.  And so -- and so at least<br>43 5   according to these records, it appears there<br>43 6   was sales of Combat Arms Earplugs to<br>43 7   Fort Benning as of February of 2005.  Correct? | | | Re: [41:13-43:6]<br>602, hearsay | OVERRULED |
| **43:10 - 43:13**  **Hannah, Kevin 12-14-2020**<br>43 10   A.   That's correct, sir.<br>43 11   Q.   All right.  At least that's what<br>43 12   it says.  But you don't recall ordering these<br>43 13   earplugs.  Is that true? | | | | |
| **43:15 - 44:10**  **Hannah, Kevin 12-14-2020**<br>43 15   A.   That's correct, sir.  That's<br>43 16   correct.<br>43 17   Q.   Okay.  And so what I wanted to<br>43 18   explore then is if there -- if it's possible | | | Re: [43:17-45:16]<br>602, 403 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 43 19   that somebody else had ordered the Combat Arms<br>43 20   Earplugs besides -- besides yourself.<br>43 21   A.   What I can comment on that, sir,<br>43 22   so we ordered the hearing protection for<br>43 23   recruit training.  Now, there were other units<br>44 1   on the installation.  And that's the unit<br>44 2   responsibility to order their hearing<br>44 3   protection.  It could be a variety of units<br>44 4   down there ordering Combat Arms Earplugs.<br>44 5   There was a -- one of the brigades down there<br>44 6   belonged to 3rd ID.  It's possible that they<br>44 7   may have been the ones that may have ordered<br>44 8   this.  But for what we did for recruit<br>44 9   training, we did not order Combat Arms Earplugs<br>44 10   to the best of my knowledge. | | | | |
| **44:11 - 44:18   Hannah, Kevin 12-14-2020**<br>44 11   Q.   Okay.  So there was a -- there<br>44 12   were other divisions there and other brigades.<br>44 13   You just mentioned the 3rd Infantry Division.<br>44 14   And think the 75th Ranger Regiment was there<br>44 15   also.  Correct?<br>44 16   A.   I'm not familiar with them.  But<br>44 17   if you say that they were down there, I believe<br>44 18   you. | | | **Re: [43:17-45:16]**<br>602, 403 | **OVERRULED** |
| **44:20 - 45:2   Hannah, Kevin 12-14-2020**<br>44 20   Q.   Okay.  And I think what you just<br>44 21   said is those other units would have had<br>44 22   personnel that would be responsible for<br>44 23   ordering hearing protection for those units.<br>45 1   Is that true?<br>45 2   A.   That's correct, sir. | | | **Re: [43:17-45:16]**<br>602, 403 | **OVERRULED** |
| **45:3 - 45:7   Hannah, Kevin 12-14-2020**<br>45 3   Q.   Do you recall whether or not at<br>45 4   Fort Benning there was a -- a base store or<br>45 5   store where soldiers could go and purchase<br>45 6   equipment like hearing -- hearing protection<br>45 7   devices and so forth? | | | **Re: [43:17-45:16]**<br>602, 403 | **OVERRULED** |
| **45:9 - 45:16   Hannah, Kevin 12-14-2020**<br>45 9   A.   I know that there's a -- there's | | | **Re: [43:17-45:16]**<br>602, 403 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 45 10 usually a facility on-post where units can go | | | |
| 45 11 in there and purchase items for -- for their | | | |
| 45 12 units.  Is that what you're referring to, sir? | | | |
| 45 13 Q.   Yes, sir, I am. | | | |
| 45 14 A.   Yeah.  That's -- yeah.  I'm | | | |
| 45 15 familiar with that.  But I could not tell you | | | |
| 45 16 the products that they were carrying. | | | |
| **45:17 - 46:3** **Hannah, Kevin 12-14-2020** | | | |
| 45 17 Q.   Do you have any personal knowledge | | | |
| 45 18 or recollection about how -- how it was that | | | |
| 45 19 the Combat Arms Version II Earplugs were | | | |
| 45 20 packaged? | | | |
| 45 21 A.   How they were packaged? | | | |
| 45 22 Q.   Yes, sir. | | | |
| 45 23 A.   Not -- not way back in that | | | |
| 46 1 timeframe, no, sir.  I can't -- I can't tell | | | |
| 46 2 you. | | | |
| 46 3 Q.   Okay. | | | |
| **46:6 - 46:14** **Hannah, Kevin 12-14-2020** | | | |
| 46 6 Q.   Oh, and let me ask you this. | | | |
| 46 7 Lieutenant Colonel, do you remember or do you | | | |
| 46 8 recall when it was that you had left | | | |
| 46 9 Fort Benning in 2006? | | | |
| 46 10 A.   I was there until 2008, sir. | | | |
| 46 11 Q.   Okay.  So you were there from 2004 | | | |
| 46 12 to 2008 then.  Is that correct? | | | |
| 46 13 A.   That's correct.  That's correct, | | | |
| 46 14 sir. | | | |
| **46:18 - 47:1** **Hannah, Kevin 12-14-2020** | | | Re: [46:18-48:23] | **OVERRULED** |
| 46 18 Q.   And so if we go about halfway down | | | 602, 403 | |
| 46 19 the page, we see another entry.  This is | | | |
| 46 20 February 2, 2005 at Fort Benning, an order of | | | |
| 46 21 50 pair of Combat Arms.  Do you see that -- | | | |
| 46 22 A.   Yes, sir. | | | |
| 46 23 Q.   -- Lieutenant Colonel Hannah? | | | |
| 47 1 A.   Yep. | | | |
| **47:5 - 47:13** **Hannah, Kevin 12-14-2020** | | | Re: [46:18-48:23] | **OVERRULED** |
| 47 5 Q.   Halfway down the page, August 29, | | | 602, 403 | |
| 47 6 2006. | | | |

| | | | | |
|---|---|---|---|---|
| 47 7    MR. FOX:  Can you highlight that<br>47 8    right there?<br>47 9    A.   Yep.<br>47 10    Q.   Got another entry for 50 pairs of<br>47 11    Combat Arms Earplugs for August 29, 2006.  And<br>47 12    this would have been during the timeframe that<br>47 13    you were at Fort Benning.  Correct? | | | | |
| **47:15 - 47:15   Hannah, Kevin 12-14-2020**<br>47 15    A.   That's correct, sir. | | | **Re: [46:18-48:23]**<br>602, 403 | **OVERRULED** |
| **47:19 - 47:23   Hannah, Kevin 12-14-2020**<br>47 19    Q.   If we look right there almost in<br>47 20    the middle of the page, there's two more<br>47 21    entries on the same date, June 23, 2006 at<br>47 22    Fort Benning for 300 pair of Combat Arms<br>47 23    Earplugs.  Do you see that, Lieutenant Colonel? | | | **Re: [46:18-48:23]**<br>602, 403 | **OVERRULED** |
| **48:3 - 48:9   Hannah, Kevin 12-14-2020**<br>48 3    A.   Yes.  Yes, I do, sir.<br>48 4    Q.   All right.  And then one more<br>48 5    entry.<br>48 6    MR. FOX:  Page seven, Gina.<br>48 7    Q.   April 27, 2006 we have another<br>48 8    order for 200 pairs of Combat Arms Earplugs.<br>48 9    Do you see that, Lieutenant Colonel? | | | **Re: [46:18-48:23]**<br>602, 403 | **OVERRULED** |
| **48:12 - 48:18   Hannah, Kevin 12-14-2020**<br>48 12    A.   Yes, sir.<br>48 13    Q.   Okay.  So I -- I think what we've<br>48 14    just established is that it looks like -- it<br>48 15    appears that there were Combat Arms Earplugs<br>48 16    that went to Fort Benning, but you -- but you<br>48 17    were not the person that ordered those.  Is<br>48 18    that correct? | | | **Re: [46:18-48:23]**<br>602, 403 | **OVERRULED** |
| **48:21 - 48:23   Hannah, Kevin 12-14-2020**<br>48 21    Q.   Do you agree with that statement<br>48 22    that I just made?<br>48 23    A.   Yes, sir. | | | **Re: [46:18-48:23]**<br>602, 403 | **OVERRULED** |
| **49:23 - 50:12   Hannah, Kevin 12-14-2020**<br>49 23    Q.   Good morning, Colonel Hannah.  How<br>50 1    are you? | | | **Re: [49:23-50:7]**<br>FRE 402/403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 50 2 | A.   I'm doing good, sir. | | | **Re: [50:8-50:12]** |
| 50 3 | Q.   Good.  As Mr. Fox mentioned, my | | | FRE 401/402/403 |
| 50 4 | name is Jay Bhimani.  I represent 3M and the | | | |
| 50 5 | Defendants in this case.  And I'm going to ask | | | |
| 50 6 | you some questions as well this morning.  Okay? | | | |
| 50 7 | A.   Yes, sir. | | | |
| 50 8 | Q.    Just for the record, can you just | | | |
| 50 9 | state the date and time that we're taking this | | | |
| 50 10 | deposition today?  I know you're in Germany. | | | |
| 50 11 | A.    14 December.  I had to think about | | | |
| 50 12 | it, 2020. | | | |
| **50:20 - 51:4** | **Hannah, Kevin 12-14-2020** | | | **Re: [50:20-51:4]** | **SUSTAINED** |
| 50 20 | Q.   All right.  And as Mr. Fox | | | FRE 401/402/403 |
| 50 21 | mentioned, you are here in response to a | | | |
| 50 22 | subpoena that was issued by 3M.  Fair enough? | | | |
| 50 23 | A.   Yes, sir. | | | |
| 51 1 | Q.    And you haven't been hired by | | | |
| 51 2 | either party as an expert or as a witness of | | | |
| 51 3 | any kind in this case.  True? | | | |
| 51 4 | A.   No, sir. | | | |
| **51:11 - 51:15** | **Hannah, Kevin 12-14-2020** | | | **Re: [51:11-51:15]** | **SUSTAINED** |
| 51 11 | Q.   Sure.  I apologize.  Am I correct, | | | FRE 401/402/403; 602/701; |
| 51 12 | sir, that you have no affiliation with either | | | speculation |
| 51 13 | the Plaintiff, Mr. Baker, in the case or with | | | |
| 51 14 | any of the Defendants? | | | |
| 51 15 | A.   No, I do not. | | | |
| **51:16 - 51:22** | **Hannah, Kevin 12-14-2020** | | | | |
| 51 16 | Q.   Okay.  And the Plaintiff in the | | | |
| 51 17 | case, Mr. Baker, was at Fort Benning from | | | |
| 51 18 | approximately June 2005 until November 2005 for | | | |
| 51 19 | basic training.  And I think you said this | | | |
| 51 20 | already.  Were you also at Fort Benning in the | | | |
| 51 21 | June 2005 to November 2005 time period? | | | |
| 51 22 | A.   Yes, sir, I was. | | | |
| **51:23 - 53:10** | **Hannah, Kevin 12-14-2020** | | | **Re: [52:4-53:4]** | **SUSTAINED** |
| 51 23 | Q.   All right.  And you were the | | | FRE 401/402/403; improper |
| 52 1 | hearing conservation program manager at | | | bolstering;  701/702; |
| 52 2 | Fort Benning during that time period? | | | |
| 52 3 | A.    That is correct. | | | |

| | | | | |
|---|---|---|---|---|
| 52 4   Q.  Just so we have the context for | | | | |
| 52 5   that, can you just describe for us your career | | | | |
| 52 6   in the Army up until that time period in 2005 | | | | |
| 52 7   at Fort Benning just in a general level. | | | | |
| 52 8   A.  Okay.  Prior to arriving at | | | | |
| 52 9   Fort Benning, I had spent three years in | | | | |
| 52 10   Wurzburg, Germany.  I ran the audiology | | | | |
| 52 11   department at the hospital and I was involved | | | | |
| 52 12   with hearing conservation in Bavaria.  Prior to | | | | |
| 52 13   that I had my own business for ten years, and I | | | | |
| 52 14   had actively been involved with the Army | | | | |
| 52 15   Reserve and the Army National Guard before I | | | | |
| 52 16   came back active duty. | | | | |
| 52 17   Q.  And when you say you were actively | | | | |
| 52 18   involved with the Army Reserve and the Army | | | | |
| 52 19   National Guard, was that in a hearing | | | | |
| 52 20   conservation context? | | | | |
| 52 21   A.  I was a 72 Charlie.  That's my | | | | |
| 52 22   MOS.  And I had a -- I held that MOS in the | | | | |
| 52 23   Army Reserve.  When I was in the Army | | | | |
| 53 1   National Guard, I was brought in due to the | | | | |
| 53 2   fact that I was a 72 Charlie, but I was | | | | |
| 53 3   considered an administrative officer at that | | | | |
| 53 4   time. | | | | |
| 53 5   Q.  All right.  And if you were to | | | | |
| 53 6   assume that I didn't know what a 72 Charlie | | | | |
| 53 7   was, can you just describe -- | | | | |
| 53 8   A.  I apologize.  That is an MOS | | | | |
| 53 9   identifier for the job that you do.  72 Charlie | | | | |
| 53 10   would be a military audiologist. | | | | |
| **55:21 - 56:8**   **Hannah, Kevin 12-14-2020** | | | | |
| 55 21   Q.  All right.  And I think you | | | | |
| 55 22   discussed this earlier as well.  But your | | | | |
| 55 23   understanding of the Army requirement in Army | | | | |
| 56 1   pamphlet 40-501 in the 2005 time period was | | | | |
| 56 2   that preformed earplugs shall be fitted by | | | | |
| 56 3   medically trained personnel.  Is that your | | | | |
| 56 4   understanding? | | | | |
| 56 5   A.  That's correct, sir. | | | | |

| | | | | |
|---|---|---|---|---|
| 56 6   Q.   And the best of your memory at<br>56 7   Fort Benning in 2005, was that Army requirement<br>56 8   followed by the folks on the base? | | | | |
| **56:12 - 57:1   Hannah, Kevin 12-14-2020**<br>56 12   A.   Well, I can only speak for my<br>56 13   staff.  I can only speak for the training.  I<br>56 14   have -- I could not be the hearing police for<br>56 15   every single unit for what they do.  But how we<br>56 16   provided the -- you know, again, my staff were<br>56 17   trained.  They provided proper hearing<br>56 18   protection fitting.  If you attended my<br>56 19   educational requirement for the unit level<br>56 20   hearing program officer, they were given proper<br>56 21   instruction on fitting of hearing protection.<br>56 22   If somebody else fits hearing protection<br>56 23   without the training, it would be not in my<br>57 1   scope and knowledge. | | | | |
| **57:11 - 58:1   Hannah, Kevin 12-14-2020**<br>57 11   Q.   Okay.  And while we're talking<br>57 12   about that, when you were speaking with<br>57 13   Mr. Fox, Mr. Fox showed you some spreadsheets<br>57 14   with some sales data in them.  Do you remember<br>57 15   that?<br>57 16   A.   Yes, sir.<br>57 17   Q.   Okay.  So I guess really my<br>57 18   question is, to the extent that Combat Arms<br>57 19   Version II Earplugs were ordered by somebody at<br>57 20   Fort Benning, can you be clear about the fact<br>57 21   that for trainees coming in for basic training,<br>57 22   the Combat Arms Version II was not a product<br>57 23   that was being issued or fitted for trainees in<br>58 1   basic training? | | | **Re: [57:17-58:5]**<br>FRE 401/402/403; speculation;<br>602;  701/702; Plaintiff MIL # 1,<br>2, 16 | **SUSTAINED** |
| **58:3 - 58:5   Hannah, Kevin 12-14-2020**<br>58 3   A.   That's correct, sir.  We did not<br>58 4   fit the Combat Arms Earplugs to the recruits,<br>58 5   primarily due to the cost. | | | **Re: [57:17-58:5]**<br>FRE 401/402/403; speculation;<br>602;  701/702; Plaintiff MIL # 1,<br>2, 16 | **SUSTAINED** |
| **59:4 - 59:18   Hannah, Kevin 12-14-2020**<br>59 4   Q.   Okay.  And -- and just to make<br>59 5   sure that I'm clear about it, the 3rd Brigade | | | **Re: [59:13-59:18]**<br>Incomplete designation. Missing<br>the answer. | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 59 6 | is something that's separate and distinct from | | | |
| 59 7 | the basic training program at Fort Benning.  Is | | | |
| 59 8 | that accurate? | | | |
| 59 9 | A.   That's correct.  They're a | | | |
| 59 10 | deployable -- deployable brigade.  They were a | | | |
| 59 11 | part of the 3rd Infantry Division, which was | | | |
| 59 12 | out of Fort Stewart, Georgia. | | | |
| 59 13 | Q.   Okay.  And so with respect to the | | | |
| 59 14 | fittings that were conducted, I think you said | | | |
| 59 15 | primary the quad-flange earplug by members of | | | |
| 59 16 | your staff, can you just describe what those | | | |
| 59 17 | fittings would entail for trainees coming into | | | |
| 59 18 | basic training? | | | |
| **59:19 - 60:16** | **Hannah, Kevin 12-14-2020** | | | **Re: [59:21-60:16]** | **OVERRULED** |
| 59 19 | A.   Are you asking me how they were | | | 403 |
| 59 20 | fit? | | | |
| 59 21 | Q.   Sure.  Yeah.  The process. | | | |
| 59 22 | A.   Okay.  So we would do group | | | |
| 59 23 | fittings, group instructions.  We would handout | | | |
| 60 1 | the hearing protection to the recruits, handout | | | |
| 60 2 | the case to the recruits.  We would get them | | | |
| 60 3 | familiar with the earplug and we would have | | | |
| 60 4 | them insert one earplug in the ear and do a -- | | | |
| 60 5 | what's called a tug test to determine whether | | | |
| 60 6 | or not it was going to be retained in the ear. | | | |
| 60 7 | We also would have -- we would have them -- | | | |
| 60 8 | have their battle buddies do a visual to see if | | | |
| 60 9 | the earplug was flush in addition to my staff | | | |
| 60 10 | roaming around identifying people who may have | | | |
| 60 11 | not inserted the earplug in their ear properly. | | | |
| 60 12 | Anyone who was not able to get the earplug to | | | |
| 60 13 | fit in their ear properly, they were taken | | | |
| 60 14 | aside and they were individually fit by my | | | |
| 60 15 | staff to make sure that the insertion was going | | | |
| 60 16 | to be proper. | | | |
| **60:17 - 62:8** | **Hannah, Kevin 12-14-2020** | | | **Re: [60:17-61:1]** | **OVERRULED** |
| 60 17 | Q.   And as far as your memory of the | | | 403; legal conclusion; MIL 21 |
| 60 18 | 2005 time period, was there any -- was there | | | **Re: [60:17-62:8]** |
| 60 19 | any time during your time at Fort Benning in | | | FRE 401/402/403; speculation; |

| | | | |
|---|---|---|---|
| 60 20 | that time period during which it wasn't the | | 802; 602; 701/702; Plaintiff MIL |
| 60 21 | military's responsibility to fit and issue | | # 1, 2, 16 |
| 60 22 | earplugs under the supervision of medically | | |
| 60 23 | trained personnel? | | |
| 61 1 | A.   No. | | |
| 61 2 | Q.    And I think you mentioned this | | |
| 61 3 | also.  Was it also the Army requirement that | | |
| 61 4 | annual trainings be conducted by medically | | |
| 61 5 | trained personnel on the use of hearing | | |
| 61 6 | protection devices? | | |
| 61 7 | A.   Could you restate that again, sir? | | |
| 61 8 | Q.   Sure.  Is it your understanding | | |
| 61 9 | that the Army requirement during this timeframe | | |
| 61 10 | was also for annual trainings to be conducted | | |
| 61 11 | by medically trained personnel on the use of | | |
| 61 12 | hearing protection devices? | | |
| 61 13 | A.   Are you asking -- are you asking | | |
| 61 14 | if soldiers were required to get an annual | | |
| 61 15 | educational brief?  Is that what you're asking? | | |
| 61 16 | Q.   Yes.  Exactly. | | |
| 61 17 | A.   Yes.  That is a -- that is an Army | | |
| 61 18 | requirement. | | |
| 61 19 | Q.   Okay.  And did those types of | | |
| 61 20 | trainings indeed occur at Fort Benning during | | |
| 61 21 | your time period there? | | |
| 61 22 | A.   To the best of my knowledge, I | | |
| 61 23 | cannot -- I cannot tell you that every unit | | |
| 62 1 | complied with that.  I offered training | | |
| 62 2 | support.  Sometimes units would contact me or | | |
| 62 3 | my staff to come and do an educational brief, | | |
| 62 4 | which we were more than happy to do, but I | | |
| 62 5 | could not force units to comply.  So if they | | |
| 62 6 | did, I would have seen that they did.  If they | | |
| 62 7 | didn't, I really don't have any documentation | | |
| 62 8 | to support one way or the other. | | |
| **62:9 - 62:23** | **Hannah, Kevin 12-14-2020** | | |
| 62 9 | Q.   Okay.  And putting aside the | | |
| 62 10 | trainings, was it also your understanding in | | |
| 62 11 | the 2005 time period at Fort Benning that the | | |

| | | | | |
|---|---|---|---|---|
| 62 12 | Army requirement was for annual examinations of | | | |
| 62 13 | the fit and condition of preformed earplugs by | | | |
| 62 14 | medically trained personnel? | | | |
| 62 15 | A.   That's correct, sir. | | | |
| 62 16 | Q.    And is that something that | | | |
| 62 17 | occurred at Fort Benning during that time | | | |
| 62 18 | period to the best of your memory? | | | |
| 62 19 | A.    Yes.  Whenever my staff did annual | | | |
| 62 20 | hearing testing, we made sure that people, if | | | |
| 62 21 | they had issues with hearing protection, needed | | | |
| 62 22 | new hearing protection, they were refit with | | | |
| 62 23 | proper hearing protection. | | | |
| **63:16 - 64:17**   **Hannah, Kevin 12-14-2020** | | | **Re: [63:16-64:10]** | **SUSTAINED** |
| 63 16 | Q.    So now outside of the context of | | FRE 401/402/403; 802; 805; | |
| 63 17 | the initial fittings, do you ever recall | | 602; 701/702; Plaintiff MIL # 1, | |
| 63 18 | discussing NRRs or what an NRR was or the | | 2, 16 | |
| 63 19 | limitations of NRR with service members | | **Re: [64:11-64:17]** | |
| 63 20 | directly at Fort Benning? | | FRE 401/402/403 | |
| 63 21 | A.    Usually as part of our annual | | | |
| 63 22 | educational training, we talk about hearing | | | |
| 63 23 | protection and we talk about NRR, noise | | | |
| 64 1 | reduction rating.  Most of the -- the big | | | |
| 64 2 | takeaway is that we always tell soldiers if | | | |
| 64 3 | they see that number on a package, the rule of | | | |
| 64 4 | thumb is that the effectiveness of that earplug | | | |
| 64 5 | is probably only going to be half. | | | |
| 64 6 | Q.    Okay.  And is that -- is that due | | | |
| 64 7 | to sort of the real world environment's impact | | | |
| 64 8 | on an earplug when used outside of sort of a | | | |
| 64 9 | laboratory setting? | | | |
| 64 10 | A.    That's correct, sir. | | | |
| 64 11 | Q.    All right.  You spoke with Mr. Fox | | | |
| 64 12 | a little bit about this.  But he asked you some | | | |
| 64 13 | questions about the circumstances in which | | | |
| 64 14 | service members would be required to use | | | |
| 64 15 | hearing protection.  Do you remember that | | | |
| 64 16 | general line of questioning? | | | |
| 64 17 | A.    Yes, sir. | | | |

| | | | | |
|---|---|---|---|---|
| **64:22 - 65:11   Hannah, Kevin 12-14-2020** | | | | |
| 64 22      Q.   All right.  And can you just | | | | |
| 64 23       describe some of the hazardous noise areas on a | | | | |
| 65 1       duty station in which service members would be | | | | |
| 65 2       required to wear hearing protection devices? | | | | |
| 65 3       A.   Sure.  Firing ranges, any -- any | | | | |
| 65 4       kind of -- any type of -- any kind of ranges | | | | |
| 65 5       that you're going to be exposed to gunfire, | | | | |
| 65 6       that would be a requirement.  If you're around | | | | |
| 65 7       loud noise generators, yes, hearing protection | | | | |
| 65 8       is required for that.  But primarily for | | | | |
| 65 9       recruit training, the biggest place that is | | | | |
| 65 10       going to be suspect to noise exposure is going | | | | |
| 65 11       to be firing ranges. | | | | |
| **67:8 - 67:21   Hannah, Kevin 12-14-2020** | | | **Re: [67:8-67:21]** | **OVERRULED** |
| 67 8       Q.   And I think you said the standard | | | Conjecture; FRE 401/402/403; | |
| 67 9       issue was the quad-flange earplug.  Did | | | 602; 701/702; Plaintiff MIL # 1, | |
| 67 10       trainees in basic training have any ability to | | | 2, 16 | |
| 67 11       select between different types of hearing | | | | |
| 67 12       protection devices or was it the -- the hearing | | | | |
| 67 13       conservation program staff that were really | | | | |
| 67 14       making those decisions and issuing the | | | | |
| 67 15       earplugs? | | | | |
| 67 16       A.   Again, what I said, when we fit, | | | | |
| 67 17       if the Quattro earplug did not fit in the | | | | |
| 67 18       recruit's ear, i.e., if it was too small, if it | | | | |
| 67 19       was too big, then we came up with another | | | | |
| 67 20       solution from the other varieties that we had | | | | |
| 67 21       available at the time. | | | | |
| **67:22 - 68:8   Hannah, Kevin 12-14-2020** | | | | |
| 67 22       Q.   Okay.  And was that true of other | | | | |
| 67 23       types of preformed earplugs as well?  In other | | | | |
| 68 1       words, if a preformed earplug didn't fit in a | | | | |
| 68 2       service member's ear, the practice and | | | | |
| 68 3       procedure would have been for your staff to | | | | |
| 68 4       issue some other type of earplug that would | | | | |
| 68 5       fit? | | | | |
| 68 6       A.   Yes, sir.  Yes.  We don't want | | | | |

| | | | | |
|---|---|---|---|---|
| 68 7 | people to wear earplugs that don't fit in their | | | |
| 68 8 | ears. | | | |
| **68:20 - 69:9** | **Hannah, Kevin 12-14-2020** | | | **Re: [68:20-69:9]** | **OVERRULED** |
| 68 20 | During your time period at Fort Benning and | | | FRE 401/402/403; 602; 701/702; | |
| 68 21 | given your experience up until that time in the | | | Plaintiff MIL # 1, 2, 16 | |
| 68 22 | Army, did you have any understanding as to why | | | | |
| 68 23 | the requirement was that preformed earplugs | | | | |
| 69 1 | shall be fitted and issued only under the | | | | |
| 69 2 | supervision of medically trained personnel? | | | | |
| 69 3 | A.   Oh, okay.  Well, yeah. | | | | |
| 69 4 | Everybody's ear canal sizes are different | | | | |
| 69 5 | sizes.  So it's just like we all have different | | | | |
| 69 6 | size feet, we have different size ear canals. | | | | |
| 69 7 | So you don't want to fit somebody with a size | | | | |
| 69 8 | seven foot with a size nine boot.  It's not | | | | |
| 69 9 | going to function too well. | | | | |
| **70:8 - 70:16** | **Hannah, Kevin 12-14-2020** | | | | |
| 70 8 | Q.   Okay.  And you mentioned that your | | | | |
| 70 9 | current role is as a regional consultant with | | | | |
| 70 10 | Public Health Command.  That is your current | | | | |
| 70 11 | role.  Right? | | | | |
| 70 12 | A.   That's correct, sir. | | | | |
| 70 13 | Q.   Okay.  And am I correct that | | | | |
| 70 14 | Public Health Command in the past has been | | | | |
| 70 15 | known as CHPPM, by that acronym? | | | | |
| 70 16 | A.   Correct. | | | | |
| **71:22 - 72:14** | **Hannah, Kevin 12-14-2020** | | | | |
| 71 22 | Q.   Okay.  And my question really was | | | | |
| 71 23 | more general.  It's really just getting at, can | | | | |
| 72 1 | you describe for us what CHPPM's role was from | | | | |
| 72 2 | your perspective as the hearing conservation | | | | |
| 72 3 | program manager in providing instructional | | | | |
| 72 4 | material that your staff could handout to | | | | |
| 72 5 | soldiers? | | | | |
| 72 6 | A.   Okay.  Well, they would provide | | | | |
| 72 7 | educational instructional aids.  They also | | | | |
| 72 8 | dealt with looking at the numbers for hearing | | | | |
| 72 9 | testing, what we're doing, annual compliance | | | | |
| 72 10 | rates, standard threshold shift rates, all the | | | | |

| | | | | |
|---|---|---|---|---|
| 72 11 | compliance rates. I'm going to say during that | | | |
| 72 12 | timeframe, we really did not procure a whole | | | |
| 72 13 | lot of educational aids from CHPPM to handout | | | |
| 72 14 | to soldiers or recruits while I was there. | | | |
| **73:4 - 73:11** | **Hannah, Kevin 12-14-2020** | | **Re: [73:4-73:11]** | **OVERRULED** |
| 73 4 | Q. So putting aside whether you are | | 403 | |
| 73 5 | issuing the Combat Arms Version II Earplug | | | |
| 73 6 | during this time period, which we've already | | | |
| 73 7 | talked about, had you ever heard anything | | | |
| 73 8 | during this time period regarding the folding | | | |
| 73 9 | back of flanges on the Combat Arms Version II | | | |
| 73 10 | Earplug to get a proper fit on that plug? | | | |
| 73 11 | A. No, not at that point, sir. | | | |
| **75:11 - 76:3** | **Hannah, Kevin 12-14-2020** | | **Re: [75:21-76:3]** | **SUSTAINED** |
| 75 11 | Q. Okay. Let me ask a more specific | | 602; 403; 402; 701/702; Plaintiff | |
| 75 12 | question, if you have a memory of that. It's | | MIL # 1, 2, 16 | |
| 75 13 | possible you don't. Did you ever discuss with | | | |
| 75 14 | service members the disadvantages of using | | | |
| 75 15 | foamies over other types of preformed earplugs? | | | |
| 75 16 | A. I'm going to say if we did | | | |
| 75 17 | educational training on the installation for | | | |
| 75 18 | established units, that probably may have been | | | |
| 75 19 | mentioned. For recruits that probably was -- | | | |
| 75 20 | again, I can't say. | | | |
| 75 21 | Q. Okay. Do you recall what would | | | |
| 75 22 | have been mentioned to the extent it was | | | |
| 75 23 | addressed on the use of foamies versus other | | | |
| 76 1 | types of preformed earplugs? | | | |
| 76 2 | A. I would say that foamies is not | | | |
| 76 3 | the best choice. | | | |
| **76:11 - 76:21** | **Hannah, Kevin 12-14-2020** | | **Re: [76:11-76:21]** | **OVERRULED** |
| 76 11 | Q. Okay. Did you all consider in the | | 602 | |
| 76 12 | issuing process -- when you all were issuing | | | |
| 76 13 | earplugs to the trainees in basic training at | | | |
| 76 14 | Fort Benning in 2005, did you all consider the | | | |
| 76 15 | NRR label on the earplugs that you were issuing | | | |
| 76 16 | in making the decision on which earplug to | | | |
| 76 17 | select for service members? | | | |
| 76 18 | A. I'm -- I'm familiar with NRR, sir. | | | |

| | | | | |
|---|---|---|---|---|
| 76 19 | But most standard hearing protection usually | | | |
| 76 20 | should meet the standard for the exposure that | | | |
| 76 21 | a soldier would have at a firing range. | | | |
| **77:7 - 79:2** | **Hannah, Kevin 12-14-2020** | | | Re: [77:22-78:17] | **SUSTAINED** |
| 77 7 | Q.   Okay.  I think -- I may -- tell me | | | FRE 401/402/403; 802; 805; | |
| 77 8 | if I've got this wrong.  I think you mentioned | | | 602; | |
| 77 9 | that at one point in time in the 2005 time | | | | |
| 77 10 | period at Fort Benning you looked into whether | | | | |
| 77 11 | ordering the Combat Arms Version II would be | | | | |
| 77 12 | possible but ultimately didn't go forward due | | | | |
| 77 13 | to cost reasons.  My only question is, | | | | |
| 77 14 | understanding you didn't ultimately order them, | | | | |
| 77 15 | what was your thinking as to why you were | | | | |
| 77 16 | looking into ordering those earplugs? | | | | |
| 77 17 | A.   Because of the design, having a -- | | | | |
| 77 18 | having the ability to be able to communicate | | | | |
| 77 19 | more effectively in a tactical environment if | | | | |
| 77 20 | it's worn properly compared to using the | | | | |
| 77 21 | standard earplug. | | | | |
| 77 22 | Q.   Okay.  And you spoke with Mr. Fox | | | | |
| 77 23 | about -- I can't remember if you called it a | | | | |
| 78 1 | training or a meeting or a conference, | | | | |
| 78 2 | something along those lines, with Doug Ohlin | | | | |
| 78 3 | and others related to the Combat Arms | | | | |
| 78 4 | Version II.  Can you give us just a general | | | | |
| 78 5 | summary of what was discussed at that -- | | | | |
| 78 6 | whether it was a training or a meeting or a | | | | |
| 78 7 | conference, just what was discussed there? | | | | |
| 78 8 | A.   Just, you know, it's like what's | | | | |
| 78 9 | new out in the field.  And it was discussed by | | | | |
| 78 10 | Dr. Ohlin that this is one of the newest | | | | |
| 78 11 | designs out there available for tactical -- | | | | |
| 78 12 | tactical environments.  And that's -- it was | | | | |
| 78 13 | talked about.  It was shown to us. | | | | |
| 78 14 | Q.   Other than Dr. Ohlin, anyone else | | | | |
| 78 15 | discuss or present about the Combat Arms | | | | |
| 78 16 | Version II at that meeting? | | | | |
| 78 17 | A.   No, sir. | | | | |
| 78 18 | Q.   All right.  And when -- | | | | |

| | | | | |
|---|---|---|---|---|
| 78 19 | A.  Not that I recall. | | | |
| 78 20 | Q.  Okay.  When did that meeting | | | |
| 78 21 | occur?  And I don't need an exact month or | | | |
| 78 22 | anything like that.  But just a general | | | |
| 78 23 | timeframe. | | | |
| 79 1 | A.  I'm going to say around 2002, 2003 | | | |
| 79 2 | maybe. | | | |
| **79:12 - 79:21** | **Hannah, Kevin 12-14-2020** | | | |
| 79 12 | Q.  So let me ask a more specific -- | | **Re: [79:12-80:7]** | **SUSTAINED** |
| 79 13 | in light of the objection, let me ask a more | | 602; speculation; 611 | |
| 79 14 | specific question.  What I'm really getting at, | | **Re: [79:12-80:7]** | |
| 79 15 | sir, was at the time you were at Fort Benning | | FRE 401/402/403; 802; | |
| 79 16 | in 2005 and understanding you weren't | | conjecture; 602; 701/702; | |
| 79 17 | personally issuing the Combat Arms Version II, | | Plaintiff MIL # 1, 2, 16 | |
| 79 18 | within the military hearing conservation | | | |
| 79 19 | community, was the Combat Arms Version II | | | |
| 79 20 | Earplug something that was generally well | | | |
| 79 21 | regarded? | | | |
| **80:1 - 80:7** | **Hannah, Kevin 12-14-2020** | | | |
| 80 1 | A.  I would say -- | | **Re: [79:12-80:7]** | **SUSTAINED** |
| 80 2 | Q.  You can answer. | | 602; speculation; 611 | |
| 80 3 | A.  I would say -- pardon, sir? | | **Re: [79:12-80:7]** | |
| 80 4 | Q.  I said you can answer, sir. | | FRE 401/402/403; 802; | |
| 80 5 | A.  Okay.  Yeah, it was -- again, it | | conjecture; 602; 701/702; | |
| 80 6 | was considered a step up over what was | | Plaintiff MIL # 1, 2, 16 | |
| 80 7 | available at the time. | | | |
| **85:4 - 85:8** | **Hannah, Kevin 12-14-2020** | | | |
| 85 4 | MR. BHIMANI:  All right.  So we | | | |
| 85 5 | will mark as Exhibit 69 what we have as our | | | |
| 85 6 | internal tab 19. | | | |
| 85 7 | (Defendant's Exhibit Number 69 | | | |
| 85 8 | is marked for identification.) | | | |
| **86:4 - 89:1** | **Hannah, Kevin 12-14-2020** | | | |
| 86 4 | Q.  Okay.  Does this appear to you to | | **Re: [87:3-87:21]** | **SUSTAINED** |
| 86 5 | be a copy of an e-mail that you sent to Kathy | | Nonresponsive and narrative | |
| 86 6 | Gates copying several other people on | | answers; speculation; FRE | |
| 86 7 | September 29, 2005? | | 401/402/403; 802; 602; 701/702; | |
| 86 8 | A.  I am going to have to assume yes. | | Plaintiff MIL # 1, 2, 16 | |
| 86 9 | If you're asking me if I remember writing it, | | **Re: [88:19-89:1]** | |
| | | | Objection to "But it was not | |

| | | | |
|---|---|---|---|
| 86 10 | I'll have to say no.  But if you have a | | being actively enforced when i |
| 86 11 | verified e-mail, then I have to assume that it | | got there." FRE 401/402/403, |
| 86 12 | must be original. | | conjecture, 404, Plaintiff's MIL |
| 86 13 | Q.   Okay.  Fair enough.  I certainly | | 1, 2, 16. No objection to the |
| 86 14 | understand that.  So my -- I just have a couple | | preceding portion of the answer. |
| 86 15 | questions about this, sir.  The first question | | |
| 86 16 | is, the e-mail says Fort Benning is above 95 | | |
| 86 17 | percent compliance for our recruit training | | |
| 86 18 | program with testing, education, and earplug | | |
| 86 19 | fit.  We are now working on phase two to get | | |
| 86 20 | the installation up to par.  Do you see that? | | |
| 86 21 | A.   Yes, sir. | | |
| 86 22 | Q.    Can you just describe in lay terms | | |
| 86 23 | what those two sentences mean?  Specifically | | |
| 87 1 | I'm curious about the phase -- the reference to | | |
| 87 2 | a phase two. | | |
| 87 3 | A.   Okay.  So whenever I arrived at | | |
| 87 4 | Fort Benning, the hearing program had a lot to | | |
| 87 5 | be desired.  And the compliance was very poor | | |
| 87 6 | at recruit training at the time prior to my | | |
| 87 7 | arriving there and in addition to on the | | |
| 87 8 | installation.  The recruit training, we worked | | |
| 87 9 | at that to get full compliance for testing, | | |
| 87 10 | fitting, education.  And the same thing on | | |
| 87 11 | the -- on the installation, the compliance rate | | |
| 87 12 | was poor.  And that was referring to -- my | | |
| 87 13 | phase two is to get the installation up to par. | | |
| 87 14 | Q.   Okay.  All right.  When you say | | |
| 87 15 | compliance -- I'm focused on the recruit | | |
| 87 16 | training.  When you say compliance was very | | |
| 87 17 | poor, you're talking about the compliance with | | |
| 87 18 | respect to having medically trained personnel | | |
| 87 19 | do the fittings or the instruction or was it | | |
| 87 20 | something else? | | |
| 87 21 | A.   Hearing testing. | | |
| 87 22 | Q.   Hearing testing.  Okay. | | |
| 87 23 | A.    Hearing testing, yes.  Hearing | | |
| 88 1 | testing was not actively enforced. | | |
| 88 2 | Q.    Okay.  All right.  Anything | | |

| | | | | |
|---|---|---|---|---|
| 88 3 | else -- when you say poor compliance, anything | | | |
| 88 4 | else that you're mentioning there other than | | | |
| 88 5 | what you just described with respect to hearing | | | |
| 88 6 | testing? | | | |
| 88 7 | A.  No, sir.  I just, like I said, | | | |
| 88 8 | tried to get people to comply to hearing | | | |
| 88 9 | testing, thereby getting them in to make sure | | | |
| 88 10 | that they're wearing proper hearing protection, | | | |
| 88 11 | and get in some type educational -- educational | | | |
| 88 12 | training. | | | |
| 88 13 | Q.  Okay.  Now, would this have | | | |
| 88 14 | been hearing -- are you referring to hearing | | | |
| 88 15 | testing during sort of in-processing new | | | |
| 88 16 | recruit hearing testing or was this the -- | | | |
| 88 17 | A.  Yes. | | | |
| 88 18 | Q.  -- annual hearing testing? | | | |
| 88 19 | A.  Yes.  Well, both.  Okay.  So if | | | |
| 88 20 | we're talking about recruits, we're talking | | | |
| 88 21 | about entry level hearing testing.  So every | | | |
| 88 22 | recruit coming in does come in with a hearing | | | |
| 88 23 | test from their MEPS physical.  But it was not | | | |
| 89 1 | being actively enforced when I got there. | | | |
| **89:11 - 89:14** | **Hannah, Kevin 12-14-2020** | | | |
| 89 11 | Q.  Okay.  And is it -- is it accurate | | | |
| 89 12 | to say that after you got to Fort Benning, you | | | |
| 89 13 | saw the compliance rates improving? | | | |
| 89 14 | A.  Correct, sir. | | | |
| **89:15 - 90:2** | **Hannah, Kevin 12-14-2020** | | | **Re: [89:15-89:19]** | **SUSTAINED** |
| 89 15 | Q.  Was that a gradual process?  Was | | | Vague, confusing, FRE | |
| 89 16 | it a stark change after you got to | | | 401/402/403 | |
| 89 17 | Fort Benning? Can you just describe how that | | | | |
| 89 18 | unfolded? | | | | |
| 89 19 | A.  Stark change. | | | | |
| 89 20 | Q.  Was that a requirement that you | | | | |
| 89 21 | put into place once you got there? | | | | |
| 89 22 | A.  Well, yeah.  We were supposed to | | | | |
| 89 23 | have a -- we were supposed to do a job.  And we | | | | |
| 90 1 | needed to make sure that the job got done | | | | |
| 90 2 | correct. | | | | |

**90:3 - 91:1    Hannah, Kevin 12-14-2020**

90 3      Q.   All right.  Mr. Fox asked you some
90 4      questions about compliance among recruits in
90 5      terms of having earplugs in their ears when
90 6      they were in noisy environments and -- and the
90 7      fact that, you know, there could be discipline
90 8      if that was not the case.  Do you have any
90 9      memory about the extent to which soldiers
90 10     didn't wear hearing protection in their ears in
90 11     noisy environments and the extent to which they
90 12     were disciplined for not having earplugs in
90 13     their ears?  And I'm talking now about
90 14     Fort Benning.
90 15     A.   Yeah, again sir, not to my
90 16     knowledge.  I did not go out to the training
90 17     areas to make sure the soldiers were complying.
90 18     The -- the trainers should have had active
90 19     knowledge that they knew you're supposed to
90 20     wear hearing protection when you go to a range.
90 21     And that's the responsibility of the range
90 22     NCOIC is to make sure anybody who walks on a
90 23     range, make sure they have hearing protection
91 1      in their possession.

**Re: [90:3-91:1]**
602

**OVERRULED**

# Myers, Brian 12-13-2019

## [Revised Objection Report]

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **457:16 - 458:9   Myers, Brian 12-13-2019**<br>457 16   Q.   When Aearo sold to 3M and when 3M paid<br>457 17   $1.2 billion, didn't you personally make between your<br>457 18   common stock, your preferred shares and your options<br>457 19   about $2 million in that transaction?<br>457 20   A.   I don't recall that it was that much.<br>457 21   Q.   How much did you make, sir?<br>457 22   A.   I don't recall.<br>457 23   Q.   All right.  What are we fussing about<br>457 24   here; more than a million and a half?<br>457 25   A.   I don't -- I don't recall that it was even<br>458 1   over a million.<br>458 2   Q.   What's the number you recall, sir?<br>458 3   A.   I don't -- I just don't recall that it was<br>458 4   more than a million.  But I don't honestly recall.<br>458 5   Q.   Is a million dollars from your<br>458 6   perspective, and we can -- we can sharpen this up if<br>458 7   we want to pass the agreements over, but is that a<br>458 8   number we can work with today from your understanding,<br>458 9   a million dollars is what you made on that deal? | **Re: [457:16-458:4]**<br>Def Objection - MIL 7; Relevance<br>(401, 402); Prejudice (403)<br>**Re: [458:5-458:9]**<br>Def Objection - MIL 7;<br>Foundation (602); ambiguous<br>(611, 403); Relevance (401, 402) | | **Re: [457:16-458:9]**<br>Baker MIL 1 | **OVERRULED** |
| **458:12 - 458:12   Myers, Brian 12-13-2019**<br>458 12   A.   I don't recall what I made. | **Re: [458:12-458:12]**<br>Def Objection - MIL 7;<br>Foundation (602); ambiguous<br>(611, 403) | | **Re: [458:12-458:12]**<br>Baker MIL 1 | **OVERRULED** |
| **459:24 - 460:9   Myers, Brian 12-13-2019**<br>459 24   Q.   I'm passing you, sir, what's Exhibit 44 to<br>459 25   your deposition, and we'll circle back to that pitch<br>460 1   book to sell Aearo to 3M in a moment, but I want to<br>460 2   just pin this down, if we could, on your ownership in<br>460 3   various ways of Aearo securities.<br>460 4   Sir, this is a copy of I guess what the<br>460 5   lawyers file in connection with a transaction like<br>460 6   this.  It is called Schedules to the Agreement and<br>460 7   Plan of Merger between Aearo and 3M.<br>460 8   Do you see that, sir?<br>460 9   A.   I do see those words on Page 1. | | | **Re: [459:24-459:25]**<br>Baker MIL 1<br>**Re: [460:1-460:9]**<br>MIL 7 | **OVERRULED** |

| | | |
|---|---|---|
| **460:16 - 460:18   Myers, Brian 12-13-2019**<br>460 16   You acknowledge, though, you made several<br>460 17   hundred thousand dollars in connection with your sale<br>460 18   of the common stock? | **Re: [460:16-460:18]**<br>Def Objection - MIL 7; Prejudice<br>(403) | **Re: [460:16-460:18]**<br>Baker MIL 1 | **OVERRULED** |
| **460:22 - 460:23   Myers, Brian 12-13-2019**<br>460 22   A.  I do recall in total that I made at least<br>460 23   several hundred thousand dollars. | **Re: [460:22-460:23]**<br>Def Objection - MIL 7; Prejudice<br>(403) | **Re: [460:22-460:23]**<br>Baker MIL 1 | **OVERRULED** |
| **471:18 - 471:20   Myers, Brian 12-13-2019**<br>471 18   Q.  Okay.  And let's go back into the<br>471 19   presentation and see what was being said about your<br>471 20   military sales. | **Re: [471:18-471:20]**<br>Def Objection - Foundation (602);<br>Prejudice (403); Question<br>designated but not answer | | **OVERRULED** |
| **471:21 - 472:5   Myers, Brian 12-13-2019**<br>471 21   We can agree on that page, you are talking<br>471 22   about 24 percent compound annual growth over three<br>471 23   years, right?<br>471 24   A.   That's what the bullet says.<br>471 25   Q.   Okay.  Let's go, please, to .80.<br>472 1   You kind of drill down on that military<br>472 2   and law enforcement growth elsewhere in this<br>472 3   presentation, don't you, sir?<br>472 4   A.   Again, I'm not familiar with this<br>472 5   presentation. | | | |
| **472:6 - 472:23   Myers, Brian 12-13-2019**<br>472 6   Q.   It says:<br>472 7   "Military and law enforcement growth.<br>472 8   Aearo's investment over the last few years in military<br>472 9   and law enforcement has delivered excellent results."<br>472 10   Did I read that correctly?<br>472 11   A.   The -- yes, so the title of Page 80 is<br>472 12   "Military and Law Enforcement Growth."<br>472 13   Q.   I read it correctly, right?<br>472 14   A.   I'm sorry.  I was trying to get to the<br>472 15   page.<br>472 16   Q.   Okay.  And there is that chart showing the<br>472 17   growth, how it is growing over the years, right?<br>472 18   Do you see that?<br>472 19   A.   I do see the -- the chart on the page.<br>472 20   Q.   And it says that Aearo has been focusing<br>472 21   on the military as a growth opportunity, right? | **Re: [472:6-472:23]**<br>Def Objection - Foundation (602);<br>Relevance (401, 402); Prejudice<br>(403) | **Re: [472:6-472:23]**<br>Baker MIL 1 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 472 22    A.  It says: "Aearo has focused on the<br>472 23    military as a growth opportunity." | | | |
| **477:17 - 478:18   Myers, Brian 12-13-2019**<br>477 17    Q.   All right.  Sir, we are looking at this<br>477 18    chart here of Army/Marine VA Hearing Loss Disability<br>477 19    Claims, and I think you told us that it looks like<br>477 20    really the lowest point in there is 2000 for the Army,<br>477 21    right, kind of just --<br>477 22    A.   Yeah, so --<br>477 23    Q.   -- declining, declining, declining,<br>477 24    declining, kind of bottoms out at 2000, is that right?<br>477 25    A.   The lowest point on this chart in that<br>478 1    green Army line is 2000, it looks like.<br>478 2    Q.   And, in fact -- yeah, and then what we see<br>478 3    after -- we see after that, sir, is the rate of Army<br>478 4    disability claims starts picking up again, right?<br>478 5    A.   Yes, so it says disability cases.  I don't<br>478 6    know if there is a difference between claims and<br>478 7    cases.<br>478 8    Q.   You are correct for correcting me on that.<br>478 9    Thank you.  Yes, it says disability cases.<br>478 10    The rate of disability cases starts<br>478 11    picking up, right, after 2000?<br>478 12    A.   So for the Army the curve starts going<br>478 13    upwards.<br>478 14    Q.   Okay.  And you all started bringing these<br>478 15    to market to the Army in your 50 packs, was that in<br>478 16    late '99, early 2000?<br>478 17    A.   The first sales that I'm aware of were in<br>478 18    late 1999. | **Re: [477:17-478:18]**<br>Def Objection - MIL 20;<br>Prejudice (403); Foundation<br>(602); Relevance (401, 402) | | **OVERRULED** |
| **480:8 - 480:11   Myers, Brian 12-13-2019**<br>480 8    Q.   Is it true, sir, you were looking to keep<br>480 9    growing that Combat Arms business in 2006?<br>480 10    A.   Oh, I think we were trying to grow all of<br>480 11    our businesses all of the time. | | | |
| **486:5 - 486:12   Myers, Brian 12-13-2019**<br>486 5    Q.   I'm passing you Exhibit 45, sir.<br>486 6    For the record, Exhibit 45 is also P364, a<br>486 7    two-page e-mail between yourself and Mr. Sidor.  We | | | |

| | | | |
|---|---|---|---|
| 486 8   are now up to July of 2006.<br>486 9   Correct, sir?<br>486 10   A.   The very last e-mail, if this is an e-mail<br>486 11   string, yes, the very last -- well, both e-mails in<br>486 12   this chain are from July of 2006. | | | |
| **487:19 - 488:1   Myers, Brian 12-13-2019**<br>487 19   Q.   Okay.  The first one, it's a patent that<br>487 20   ends in '149, you describe as "covering the noise<br>487 21   excluding sealing tips of the hearing protector,"<br>487 22   right?  That's how you described it?<br>487 23   A.   Yeah, I likely would have gotten input<br>487 24   from somebody to -- to incorporate that, but, again, I<br>487 25   don't recall the -- the specific details of putting<br>488 1   this together. | **Re: [487:19-488:1]**<br>Plt Objection - improper counter<br>per PTO 64 | | **OVERRULED** |
| **489:6 - 489:12   Myers, Brian 12-13-2019**<br>489 6   Q.   And then Mr. Sidor asked you for testing<br>489 7   information.  You provided testing information back to<br>489 8   him, right?<br>489 9   A.   So, again, I'm relying on the document<br>489 10   here, but it doesn't look like -- it looks like we<br>489 11   provided information about testing, not necessarily<br>489 12   the results of testing. | | | |
| **489:13 - 489:25   Myers, Brian 12-13-2019**<br>489 13   Q.   Thank you, sir.<br>489 14   It be -- this paragraph begins:  "As far<br>489 15   as testing goes," so you responded to his inquiry,<br>489 16   correct?<br>489 17   A.   Again, I don't recall the specific details<br>489 18   of what he asked me.<br>489 19   Q.   Well, we know that you had a call with<br>489 20   him, and following the call in which you said:  "It<br>489 21   was good to speak with you today," you provided him<br>489 22   information on the patents for the product.<br>489 23   That's the first section, correct?<br>489 24   A.   That's what's in the e-mail, in this<br>489 25   document. | **Re: [489:13-489:25]**<br>Plt Objection - improper counter<br>per PTO 64 | **Re: [489:13-489:25]**<br>cumulative, 403 | **OVERRULED** |
| **490:1 - 491:19   Myers, Brian 12-13-2019**<br>490 1   Q.   And then in the second section you provide<br>490 2   testing information, right? | **Re: [491:16-492:3]**<br>Def Objection - Argumentative<br>(611, 403); Foundation (602). | | **OVERRULED** |

490 3      A.   Yes, I -- in this e-mail, in this
490 4      document, it says "as far as testing goes" and then it
490 5      talks about it looks like testing in Item 1 and it
490 6      looks like it talks about testing in Item 2.
490 7      Q.   Right.
490 8      So the section begins "as far as testing
490 9      goes," and your understanding, sir, is that you are
490 10     providing that back to Mr. Sidor because he asked for
490 11     it, right?
490 12     A.   Again, I don't recall the specific details
490 13     of what he asked.
490 14     Q.   Okay.  And what you provide to him,
490 15     though, with the introduction of:  "As far as testing
490 16     goes, the Combat Arms Earplug has been evaluated in
490 17     three ways," right?  That's what you said?
490 18     A.   It said -- those are the words in the
490 19     document, yes.
490 20     Q.   Okay.  You said:  "As proscribed by ANSI
490 21     S3.19-1974."
490 22     Is that one way of testing real-ear
490 23     attenuation at threshold, sir?
490 24     A.   That's my understanding.
490 25     Q.   That's what you wrote, right?  Isn't that
491 1      what you wrote to him?
491 2      A.   I did write:  "As proscribed by ANSI
491 3      S3.19-1974."
491 4      Q.   "Attenuation testing is performed in a lab
491 5      (NVLAP accredited) on 10 human subjects.  This is
491 6      required to establish the Noise Reduction Rating (NRR)
491 7      for each end of the hearing protector.  This testing
491 8      was conducted only once in our E-A-RCAL Lab.  This lab
491 9      is accredited under the NV" -- National Voluntary Lab
491 10     Accreditation Program (NVLAP) which is administered
491 11     under the U.S. Department of Commerce.  It is one of
491 12     only three such (commercially available) labs in the
491 13     United States."
491 14     Do you see that, sir?
491 15     A.   I see those words.
491 16     Q.   And we know that's not true, right?

| | | | | |
|---|---|---|---|---|
| 491 17   A.   I'm not sure I follow you.  Why is that?<br>491 18   Q.   We know it's not true you only tested this<br>491 19   once, right? | | | | |
| **491:23 - 492:7   Myers, Brian 12-13-2019**<br>491 23   A.   So if I read the document:  "Attenuation<br>491 24   testing performed in a lab on 10 human subjects."  As<br>491 25   I recall in the -- in the prior Ron Kieper/Elliott<br>492 1   Berger report, there was an -- there was testing that<br>492 2   was performed on eight subjects, but I don't think it<br>492 3   was on ten.<br>492 4   BY MR. BUCHANAN:<br>492 5   Q.   So you are saying, sir, that you decided<br>492 6   not to tell them about the study that you terminated<br>492 7   with the lousy NRR -- | **Re: [491:16-492:3]**<br>Def Objection - Argumentative<br>(611, 403); Foundation (602).<br>**Re: [492:5-492:7]**<br>Def Objection - Foundation (602);<br>misstates, argumentative (611,<br>403); Relevance (401, 402);<br>Prejudice (403) | | | **OVERRULED** |
| **492:15 - 492:23   Myers, Brian 12-13-2019**<br>492 15   A.   Again, I don't recall the details of -- of<br>492 16   this.  I believe that I would have asked technical to<br>492 17   provide me the information that was appropriate to<br>492 18   respond to Mr. Sidor.<br>492 19   Q.   I mean, you know you all terminated a<br>492 20   study involving this product with an NRR of 11 in<br>492 21   2000.  We looked at it as the subject of the flange<br>492 22   report yesterday.  You didn't tell Mr. Sidor about<br>492 23   that? | **Re: [492:15-492:23]**<br>Def Objection - Foundation (602);<br>misstates, argumentative (611,<br>403); Relevance (401, 402);<br>Prejudice (403) | | | **OVERRULED** |
| **493:2 - 493:12   Myers, Brian 12-13-2019**<br>493 2   A.   I don't recall that we told Mr. Sidor<br>493 3   about that.<br>493 4   BY MR. BUCHANAN:<br>493 5   Q.   Because he is asking you about your<br>493 6   testing here in July of 2006, right?<br>493 7   A.   Again, I didn't recall the specific<br>493 8   details of what his request was.<br>493 9   Q.   Well, you are certainly providing him<br>493 10   information about some of your testing, right?<br>493 11   A.   Again, I don't recall the details, but a<br>493 12   section of this is "as far as testing goes." | **Re: [493:2-493:3]**<br>Def Objection - Foundation (602);<br>Vague/ambiguous (611, 403);<br>Relevance (401, 402); Prejudice<br>(403) | | | **OVERRULED** |
| **494:9 - 494:11   Myers, Brian 12-13-2019**<br>494 9   Q.   Please tell the jury now, in the camera, | **Re: [494:9-494:11]**<br>Def Objection - Foundation (602);<br>relevance (401, 402); | | | **OVERRULED** |

| | | | |
|---|---|---|---|
| 494 10   the results of the study from the week before on this<br>494 11   product? | Argumentative as to "in the camera," 403; MIL 22. | | |
| **494:14 - 494:22   Myers, Brian 12-13-2019**<br>494 14   A.   So I -- I don't recall timing around<br>494 15   studies, so can I look at some exhibits to find one<br>494 16   that's dated the week before this to see what that<br>494 17   was?<br>494 18   BY MR. BUCHANAN:<br>494 19   Q.   You all had done a study the week before<br>494 20   and got an NRR of 4.4 on the green end for the Combat<br>494 21   Arms.<br>494 22   Did you know that, sir? | **Re: [494:14-494:17]**<br>Def Objection - Foundation (602; relevance (401, 402); 403; MIL 22.<br>**Re: [494:18-494:22]**<br>Def Objection - Foundation (602); MIL 22; Prejudice (403) | | **OVERRULED** |
| **494:25 - 495:4   Myers, Brian 12-13-2019**<br>494 25   A.   I don't recalling knowing that.<br>495 1   BY MR. BUCHANAN:<br>495 2   Q.   Don't you think that would be pretty<br>495 3   important information to share with a person<br>495 4   interested in testing and performance of your product? | **Re: [494:25-494:25]**<br>Def Objection - Foundation (602); MIL 22; Prejudice (403)<br>**Re: [495:1-495:4]**<br>Def Objection - MIL 22; Foundation (602); Ambiguous (611, 403); Relevance (401, 402); Prejudice (403) | | **OVERRULED** |
| **495:22 - 496:3   Myers, Brian 12-13-2019**<br>495 22   (WHEREUPON, a certain document was<br>495 23   marked Brian Myers Deposition Exhibit<br>495 24   No. 46, for identification, as of<br>495 25   12-13-2019.)<br>496 1   BY MR. BUCHANAN:<br>496 2   Q.   I'm passing you, sir, what is marked as<br>496 3   Exhibit 46 to your deposition. | **Re: [495:8-496:3]**<br>Def Objection - Foundation (602); Prejudice (403); (611, 403)<br>**Re: [496:2-496:3]**<br>Def Objection - MIL 22; Relevance (401, 402); Prejudice (403); Foundation (602) | | **OVERRULED** |
| **496:8 - 496:14   Myers, Brian 12-13-2019**<br>496 8   Q.   I think it is Study 213030.<br>496 9   Do you have that before you, sir?<br>496 10   A.   I have Exhibit 46 before me.<br>496 11   Q.   Okay.  This is a test of the ARC Plug,<br>496 12   solid end of Combat Arms Earplug, right?<br>496 13   A.   It says:  "Device:  ARC Plug, Solid end of<br>496 14   Combat Arms Earplug." | **Re: [496:8-496:14]**<br>Def Objection - MIL 22; Relevance (401, 402); Prejudice (403); Foundation (602) | **Re: [496:8-496:15]**<br>401; MIL 22 | **OVERRULED** |
| **496:16 - 496:23   Myers, Brian 12-13-2019**<br>496 16   And you talked about the ARC Plug as a<br>496 17   different, if you will, marketed form of the Combat | | | |

| | | | |
|---|---|---|---|
| 496 18   Arms Earplug, correct, sir?<br>496 19   A.   It was slightly different in a -- the<br>496 20   intent was a different user application.<br>496 21   Q.   It was different in color, sir, right?<br>496 22   A.   Right.  The tips were -- I think one of<br>496 23   the tips was a different color. | | | |
| **497:2 - 497:3   Myers, Brian 12-13-2019**<br>497 2   Can you satisfy yourself that you got this<br>497 3   result, what was that, the end of June 2006? | **Re: [497:2-497:3]**<br>Def Objection - MIL 22;<br>Foundation (602); Prejudice<br>(403); Relevance (401, 402) | | **OVERRULED** |
| **497:8 - 497:11   Myers, Brian 12-13-2019**<br>497 8   A.   So the date on this report, the<br>497 9   exhibit you've handed me, is June 2006.<br>497 10   BY MR BUCHANAN:<br>497 11   Q.   Right.  June 2006, you got an NRR of 4.4? | **Re: [497:8-497:9]**<br>Def Objection - MIL 22;<br>Foundation (602); Prejudice<br>(403); Relevance (401, 402)<br>**Re: [497:11-497:11]**<br>Def Objection - MIL 22;<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | | **OVERRULED** |
| **497:14 - 497:15   Myers, Brian 12-13-2019**<br>497 14   A.   So this report says there is an NRR (SF)<br>497 15   4.4. | **Re: [497:14-497:15]**<br>Def Objection - MIL 22;<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | | **OVERRULED** |
| **498:23 - 498:25   Myers, Brian 12-13-2019**<br>498 23   Q.   Okay.  How about just a 4.4, let's stay<br>498 24   with the top line here, what would you make of that<br>498 25   one? | **Re: [498:23-498:25]**<br>Def Objection - MIL 22;<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | | **OVERRULED** |
| **499:4 - 499:18   Myers, Brian 12-13-2019**<br>499 4   A.   I guess I would ask technical about this<br>499 5   for more information.  It is a technical report.<br>499 6   BY MR. BUCHANAN:<br>499 7   Q.   Yesterday, sir, we looked at a time when<br>499 8   you looked at an NRR of 9 and were asked would this<br>499 9   work and you said: "Doubt it."<br>499 10   Do you remember that e-mail, sir?<br>499 11   A.   I do remember that e-mail.<br>499 12   Q.   Is the number 9 higher or lower than 4.4?<br>499 13   A.   9 is higher than 4.4.<br>499 14   Q.   Okay.  And in the scheme of NRRs, higher<br>499 15   conveys greater protection, correct, sir? | **Re: [499:4-499:18]**<br>Def Objection - Foundation (602);<br>Relevance (401, 402); Prejudice<br>(403) | **Re: [499:4-499:18]**<br>701; 602; 403; 3M MIL 22 | **OVERRULED** |

| | | | |
|---|---|---|---|
| 499 16    A.   That's what the EPA asks us to indicate.<br>499 17    Q.   So 4.4 would convey less protection than<br>499 18    the 9 that you doubted would work, right? | | | |
| **499:22 - 500:5    Myers, Brian 12-13-2019**<br>499 22    A.   Again, I would have to talk to technical<br>499 23    about what -- what the -- what the details were around<br>499 24    this.<br>499 25    BY MR. BUCHANAN:<br>500 1    Q.   What we can agree, sir, is that in<br>500 2    responding to Mr. Sidor's call with you when you<br>500 3    provided testing information, the company has got<br>500 4    testing, what's this a week, ten days before, showing<br>500 5    an NRR of 4 and you are not coming clean, right? | Re: [499:22-499:24]<br>Def Objection - MIL 22;<br>Relevance (401, 402); Prejudice<br>(403); Foundation (602)<br>Re: [499:22-499:24]<br>Def Objection - Foundation (602);<br>Prejudice (403) | Re: [499:22-499:24]<br>701; 602; 403; 3M MIL 22<br>Re: [500:1-500:5]<br>701; 602; 403; 3M MIL 22 | **OVERRULED** |
| **500:9 - 500:13    Myers, Brian 12-13-2019**<br>500 9    A.   Again, I think that technical would have<br>500 10    had input into what I -- my response was.  I would<br>500 11    have --<br>500 12    BY MR. BUCHANAN:<br>500 13    Q.   We can agree you didn't share it? | | Re: [500:9-500:13]<br>701; 602; 403; 3M MIL 22 | **OVERRULED** |
| **500:17 - 500:18    Myers, Brian 12-13-2019**<br>500 17    A.   I would have relied on them to provide<br>500 18    what was appropriate in my response. | | Re: [500:17-500:18]<br>701; 602; 403; 3M MIL 22 | **OVERRULED** |
| **500:20 - 500:21    Myers, Brian 12-13-2019**<br>500 20    Q.   We can agree you didn't share it with<br>500 21    Mr. Sidor, correct, sir? | | Re: [500:20-501:1]<br>602 | **OVERRULED** |
| **500:25 - 501:1    Myers, Brian 12-13-2019**<br>500 25    A.   Again, I don't -- I don't recall that we<br>501 1    shared this. | | Re: [500:20-501:1]<br>602 | **OVERRULED** |
| **502:4 - 502:4    Myers, Brian 12-13-2019**<br>502 4    Q.   Is that what you are doing? | Re: [502:4-502:4]<br>Plt Objection - improper counter<br>per PTO 64 | Re: [502:4-502:4]<br>vague, speculation, 602,<br>cumulative, 403 | **SUSTAINED** |
| **502:8 - 502:9    Myers, Brian 12-13-2019**<br>502 8    A.   Again, I don't recall the details of what<br>502 9    his inquiry was. | Re: [502:8-502:9]<br>Plt Objection - improper counter<br>per PTO 64 | Re: [502:8-502:9]<br>speculation, 602 | **SUSTAINED** |
| **503:2 - 503:5    Myers, Brian 12-13-2019**<br>503 2    Q.   Okay.  It seems to keep happening, sir,<br>503 3    that you keep pointing at technical. | Re: [503:2-503:5]<br>Def Objection - Foundation (602);<br>Relevance (401, 402); Prejudice<br>(403); MIL 22. | | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 503 4<br>503 5 | You are the one communicating with<br>Mr. Sidor.  Do I have that correct? | **Re: [503:2-503:5]**<br>Def Objection - Attorney commentary. | | |
| **503:9 - 503:17   Myers, Brian 12-13-2019** | | **Re: [503:9-503:17]**<br>Def Objection - 611; Relevance (401, 402); Prejudice (403); MIL 22. | | **OVERRULED** |
| 503 9<br>503 10<br>503 11<br>503 12<br>503 13<br>503 14<br>503 15<br>503 16<br>503 17 | A.   The e-mail comes from me.<br>BY MR. BUCHANAN:<br>Q.   Right.  And what you communicated to<br>Mr. Sidor in response to an inquiry about testing is<br>that:  "As far as testing goes, the Combat Arms has<br>been evaluated in three ways," right?<br>A.   And, again, I would have relied on<br>technical input for accuracy of what I was telling<br>Mr. Sidor. | | | |
| **505:15 - 505:19   Myers, Brian 12-13-2019** | | | **Re: [505:15-505:19]**<br>602; vague, confusing, ambiguous; 611; 401 | **OVERRULED** |
| 505 15<br>505 16<br>505 17<br>505 18<br>505 19 | Q.   Would it be surprise -- would it be<br>surprising to you, sir, that a potential purchaser of<br>a lot of hearing protection devices might be<br>interested in test results that show a 4 when you are<br>otherwise quoting 22 on the cover of it? | | | |
| **505:23 - 505:24   Myers, Brian 12-13-2019** | | | **Re: [505:23-505:24]**<br>602; vague, confusing, ambiguous; 611; 401 | **OVERRULED** |
| 505 23<br>505 24 | A.   Again, I don't recall the details of what<br>his specific request was. | | | |
| **507:5 - 507:5   Myers, Brian 12-13-2019** | | | | |
| 507 5 | Q.   Gotcha. | | | |
| **507:6 - 507:7   Myers, Brian 12-13-2019** | | **Re: [507:6-507:7]**<br>Def Objection - MIL 22;<br>Vague/Ambiguous (611, 403):<br>"heck of a lot lower"; Relevance (401, 402); Prejudice (403);<br>Foundation (602) | | **OVERRULED** |
| 507 6<br>507 7 | And we could agree that 4.4 is a heck of a<br>lot lower than 22, right? | | | |
| **507:11 - 507:11   Myers, Brian 12-13-2019** | | **Re: [507:11-507:11]**<br>Def Objection - MIL 22;<br>Vague/Ambiguous (611, 403):<br>"heck of a lot lower"; Relevance (401, 402); Prejudice (403);<br>Foundation (602) | | **OVERRULED** |
| 507 11 | A.   4.4 is less than 22. | | | |
| **513:4 - 514:5   Myers, Brian 12-13-2019** | | **Re: [513:4-513:7]**<br>Def Objection - Argumentative | **Re: [513:8-513:24]**<br>3M MIL 22 | **OVERRULED** |
| 513 4 | Q.   Are you the same Brian Myers who went and | | | |

| | | | |
|---|---|---|---|
| 513 5    presented to the EPA in 2003 about the right way to<br>513 6    conduct testing on hearing protection devices?<br>513 7    A.   I did speak at an EPA hearing.<br>513 8    Q.   Well, not just that, sir.  Weren't you the<br>513 9    one for the company who went and presented about how<br>513 10    hearing protection devices should be tested?<br>513 11    A.   I think in that hearing I -- what I spoke<br>513 12    to was that NRRs were not a good indicator, I think it<br>513 13    was widely agreed, of levels of attenuation and that<br>513 14    by that time there were some better methods that were<br>513 15    available to be more predictive of the performance<br>513 16    that customers could expect, and I thought we should<br>513 17    be -- we should provide these customers with -- with<br>513 18    the -- the better information if it was available.<br>513 19    Q.   Right.  And that's important, right, to<br>513 20    provide your customers with better information if it's<br>513 21    available?<br>513 22    A.   I believe that keeping customers informed<br>513 23    at least the way I would like to run a business is --<br>513 24    is good for our business.<br>513 25    Q.   Right.  And so what was that method of<br>514 1    testing that you were advocating to the EPA in 2003,<br>514 2    sir?<br>514 3    A.   So the -- the testing that was at issue<br>514 4    then was I think a testing protocol that was referred<br>514 5    to as Method B. | (611, 403), Relevance (401, 402);<br>Prejudice (403); Foundation (602)<br>**Re: [513:25-514:5]**<br>Def Objection - MIL 22;<br>Relevance (401, 402); Prejudice<br>(403) | | |
| **514:16 - 514:20   Myers, Brian 12-13-2019** | | | |
| 514 16    And so you were advocating a tested method<br>514 17    called Method B in 2003, if I understand your<br>514 18    testimony, right?<br>514 19    A.   When I spoke at the EPA hearing that you<br>514 20    mentioned, that's what was on my mind. | **Re: [514:16-514:20]**<br>Def Objection - MIL 22;<br>Relevance (401, 402); Prejudice<br>(403) | | **OVERRULED** |
| **514:21 - 515:3   Myers, Brian 12-13-2019** | | | |
| 514 21    Q.   Okay.  So just to be clear in terms of<br>514 22    your qualifications, sir, when it came to this issue<br>514 23    on the right way to test, the person that the company<br>514 24    put forward to represent the right way to test was<br>514 25    you, right?<br>515 1    A.   I don't know that the company put me | **Re: [514:21-515:3]**<br>Plt Objection - 402; 403; 602;<br>improper counter per PTO 64 | **Re: [514:21-515:3]**<br>speculation | **OVERRULED** |

| | | | |
|---|---|---|---|
| 515 2  forward.  I think others from the company may have<br>515 3  testified as well. | | | |
| **515:4 - 515:10   Myers, Brian 12-13-2019**<br>515 4  Q.   Okay.  Well, you were certainly the one or<br>515 5  a person for the company that came forward and<br>515 6  advocated for Aearo Method B testing, fair, sir?<br>515 7  A.   The message that I tried to portray was<br>515 8  that if there was better information that could be<br>515 9  provided to customers, that's what we should try to<br>515 10  do. | | | |
| **515:11 - 515:21   Myers, Brian 12-13-2019**<br>515 11  Q.   And you didn't do that with your military<br>515 12  customer, sir, in July of 2006 when you had that<br>515 13  better information, did you, sir?<br>515 14  A.   Again, in this regard I would have relied<br>515 15  on technical to make sure that this response was<br>515 16  appropriate.<br>515 17  Q.   For the jury's benefit, let's go back to<br>515 18  Study 213030, Exhibit 46.<br>515 19  And could you agree with me, sir, that<br>515 20  this is, in fact, a study conducted using the better<br>515 21  method you were advocating in 2003? | Re: [515:11-515:16]<br>Def Objection - MIL 22;<br>Relevance (401, 402); Prejudice<br>(403); cumulative (403);<br>Foundation (602)<br>Re: [515:17-515:21]<br>Def Objection - MIL 22;<br>Relevance (401, 402); Prejudice<br>(403); cumulative (403);<br>Foundation (602) | | **OVERRULED** |
| **515:25 - 516:4   Myers, Brian 12-13-2019**<br>515 25  A.   I don't know the details of this study.  I<br>516 1  can read parts of it to you if you like.  I see that<br>516 2  the fitting procedure says here "Method B, Subject<br>516 3  Fit," but I have not -- I don't recall ever having<br>516 4  seen this study. | Re: [515:25-516:4]<br>Def Objection - MIL 22;<br>Foundation (602); Ambiguous<br>(611, 403): "better method";<br>Relevance (401, 402); 403<br>(cumulative). | | **OVERRULED** |
| **517:9 - 517:11   Myers, Brian 12-13-2019**<br>517 9  Q.   Okay.  And for the record, the result of<br>517 10  that better study method, I think you said, you called<br>517 11  Method B a better study method, right, sir? | | Re: [517:9-517:11]<br>cumulative, 403 | **OVERRULED** |
| **517:14 - 517:15   Myers, Brian 12-13-2019**<br>517 14  A.   So technical characterized it as being<br>517 15  more representative of what users could expect. | | Re: [517:14-517:15]<br>cumulative, 403 | **OVERRULED** |
| **517:17 - 517:17   Myers, Brian 12-13-2019**<br>517 17  Q.   That's a good thing, right? | | Re: [517:17-517:17]<br>cumulative, 403 | **OVERRULED** |

| | | | |
|---|---|---|---|
| **517:21 - 517:23   Myers, Brian 12-13-2019** | | **Re: [517:21-517:23]** | **OVERRULED** |
| 517 21    A.   I thought -- I thought that providing | | cumulative, 403 | |
| 517 22    users with better information around their | | | |
| 517 23    expectations was -- was a positive thing. | | | |
| **523:5 - 523:8   Myers, Brian 12-13-2019** | | **Re: [523:5-523:8]** | **OVERRULED** |
| 523 5    Q.   Okay.  Well, now, let's get back to this | | cumulative, speculation, 602 | |
| 523 6    Exhibit 45, sir, that we were talking about because | | | |
| 523 7    you sent the testing information.  I guess we could | | | |
| 523 8    agree you sent certain information, right? | | | |
| **523:12 - 523:13   Myers, Brian 12-13-2019** | | **Re: [523:12-523:13]** | **OVERRULED** |
| 523 12    Q.   You sent certain information to Mr. Sidor, | | cumulative, speculation, 602 | |
| 523 13    right? | | | |
| **523:16 - 523:17   Myers, Brian 12-13-2019** | | **Re: [523:16-523:17]** | **OVERRULED** |
| 523 16    A.   I -- I tried to respond to Mr. Sidor.  I | | cumulative, speculation, 602 | |
| 523 17    don't recall the details of what his request was. | | | |
| **523:19 - 523:21   Myers, Brian 12-13-2019** | **Re: [523:19-523:21]** | **Re: [523:19-523:21]** | **OVERRULED** |
| 523 19    Q.   Okay.  We can agree you didn't send other | Plt Objection - improper counter | speculation, 602 | |
| 523 20    information, as best you recall, like 21301 -- 030, | per PTO 64; cumulative | | |
| 523 21    right? | | | |
| **523:25 - 524:2   Myers, Brian 12-13-2019** | **Re: [523:25-524:2]** | **Re: [523:25-524:2]** | **OVERRULED** |
| 523 25    A.   Again, I don't recall the specific details | Plt Objection - improper counter | speculation, 602 | |
| 524 1    of his request.  All I have to go by is the | per PTO 64; cumulative | | |
| 524 2    exhibit that you have provided to me. | | | |
| **524:10 - 524:12   Myers, Brian 12-13-2019** | | **Re: [524:8-524:19]** | **OVERRULED** |
| 524 10    Q.   "Another question I would like to ask | | Hearsay; 401; 403; 701 | |
| 524 11    concerns the triple flanges," right? | | | |
| 524 12    A.   That's what the document says. | | | |
| **524:13 - 524:19   Myers, Brian 12-13-2019** | | **Re: [524:8-524:19]** | **OVERRULED** |
| 524 13    Q.   It says:  "Do they contribute to noise | | Hearsay; 401; 403; 701 | |
| 524 14    reduction or are they primarily designed for proper | | | |
| 524 15    fit?  If they contribute to noise reduction, to what | | | |
| 524 16    extent do they contribute?" | | | |
| 524 17    Do you see that, sir? | | | |
| 524 18    A.   I see that those questions are in this | | | |
| 524 19    document. | | | |
| **525:24 - 526:1   Myers, Brian 12-13-2019** | | **Re: [525:24-526:1]** | **OVERRULED** |
| 525 24    He is asking you what role they play and | | vague, cumulative, 403 | |

| | | | | |
|---|---|---|---|---|
| 525 25    how do they contribute to performance.<br>526 1    Do you see that? | | | | |
| **526:2 - 526:14   Myers, Brian 12-13-2019**<br>526 2   A.  I see that he asks:<br>526 3   "Another question I would like to ask<br>526 4   concerns the triple flanges.  Do they contribute to<br>526 5   noise reduction or are they primarily designed for<br>526 6   proper fit?  If they contribute to noise reduction, to<br>526 7   what extent do they contribute?"<br>526 8   That's what he asked in this e-mail.<br>526 9   Q.   What a great time to send Version 1.2,<br>526 10   your flange report, and say, Oh, they -- they play a<br>526 11   role.  They play a role in imperceptibly loosening<br>526 12   these in the ears of wearers.<br>526 13   That would have been a good time to send<br>526 14   it, right? | **Re: [526:2-526:7]**<br>Def Objection - Question not<br>designated.<br>**Re: [526:2-526:14]**<br>Def Objection - (611); Prejudice<br>(403); Foundation (602)<br>**Re: [526:9-526:19]**<br>Def Objection - Attorney<br>Commentary; Argumentative<br>(403, 611). | | | **OVERRULED** |
| **526:18 - 527:4   Myers, Brian 12-13-2019**<br>526 18   A.   Again, I don't -- I don't recall what or<br>526 19   if we responded to Tom's question with.<br>526 20   BY MR. BUCHANAN:<br>526 21   Q.   Yeah.  In fact, those flanges can reduce<br>526 22   the noise reduction by 11 if you don't wear them<br>526 23   right.  That's something you could have said in<br>526 24   response to Mr. Sidor, right?<br>526 25   A.   I don't recall how we responded or if we<br>527 1   responded.<br>527 2   Q.   Because you had a report from the one test<br>527 3   you acknowledged down below that describes what role<br>527 4   the flanges play in performance, didn't you? | **Re: [526:9-526:19]**<br>Def Objection - Attorney<br>Commentary; Argumentative<br>(403, 611).<br>**Re: [526:18-526:19]**<br>Def Objection - (611); Prejudice,<br>Argumentative (403); Foundation<br>(602)<br>**Re: [526:20-527:4]**<br>Def Objection - Foundation (602);<br>Prejudice (403)<br>**Re: [527:2-527:4]**<br>Def Objection - Ambiguous (611,<br>403): "test"; Prejudice (403);<br>Foundation (602) | | | **OVERRULED** |
| **527:8 - 527:18   Myers, Brian 12-13-2019**<br>527 8   A.   Again, there was a -- a technical report<br>527 9   that we looked at yesterday from Ron to Elliott that<br>527 10   he shared with me and they raised a technical issue in<br>527 11   that report.  I don't know -- I don't recall what, if<br>527 12   anything, we shared with Mr. Sidor in response to<br>527 13   this.<br>527 14   BY MR. BUCHANAN: | **Re: [527:8-527:13]**<br>Def Objection - Foundation (602);<br>Prejudice (403)<br>**Re: [527:14-527:18]**<br>Def Objection - Foundation (602);<br>Cumulative (403). | | | **OVERRULED** |

| | | | |
|---|---|---|---|
| 527 15   Q.   Yeah, well, you told us yesterday, sir,<br>527 16   you never sent the flange report to anybody at the<br>527 17   military, right?<br>527 18   A.   I don't recall ever sending it. | | | |
| **531:10 - 531:13   Myers, Brian 12-13-2019** | | **Re: [531:10-531:13]**<br>602, speculation | **OVERRULED** |
| 531 10   A.   Well, I have --<br>531 11   BY MR. BUCHANAN:<br>531 12   Q.   To the best of your knowledge?<br>531 13   A.   I have no recall of that. | | | |
| **537:13 - 537:21   Myers, Brian 12-13-2019** | | | |
| 537 13   Exhibit 47, sir, at least the cover<br>537 14   page indicates it's a Solicitation/Contract/Order for<br>537 15   Commercial Items.<br>537 16   Do you see that?<br>537 17   A.   Yes.  That's in the title block at the<br>537 18   top.<br>537 19   Q.   And we have your signature at the bottom<br>537 20   of the first page, right?<br>537 21   A.   That's my signature in the bottom left. | | | |
| **543:15 - 543:16   Myers, Brian 12-13-2019** | **Re: [543:15-543:16]**<br>Plt Objection - improper counter<br>per PTO 64; nonresponsive;<br>misstates the document | **Re: [543:15-543:16]**<br>cumulative, 403 | **SUSTAINED** |
| 543 15   Q.   Okay.  And did the military tell you how<br>543 16   long they had to be? | | | |
| **543:19 - 543:21   Myers, Brian 12-13-2019** | **Re: [543:19-543:21]**<br>Plt Objection - improper counter<br>per PTO 64; nonresponsive;<br>misstates the document | **Re: [543:19-543:21]**<br>cumulative, 403 | **SUSTAINED** |
| 543 19   A.   Yes, at some point Doug Ohlin insisted<br>543 20   that they needed to fit in an existing case that was<br>543 21   issued to the military. | | | |
| **544:25 - 545:1   Myers, Brian 12-13-2019** | | **Re: [544:25-545:1]**<br>speculation, 602, cumulative | **SUSTAINED** |
| 544 25   Q.   You see no dimensions, you see no<br>545 1   specifications for length, fair? | | | |
| **565:22 - 565:25   Myers, Brian 12-13-2019** | | **Re: [565:22-565:25]**<br>602, 402, 403 | **SUSTAINED** |
| 565 22   Q.   Sir, do you doubt that's an E-A-RCAL<br>565 23   study?<br>565 24   A.   I don't recall ever seeing it.  I don't<br>565 25   know the details around the -- the test report. | | | |
| **569:9 - 569:14   Myers, Brian 12-13-2019** | | **Re: [569:9-569:14]**<br>MIL 22 | **OVERRULED** |
| 569 9   Q.   And you know, sir, that you were getting<br>569 10   regular reports from your lab about this study, right, | | | |

| | | | | |
|---|---|---|---|---|
| 569 11 | this Study 213030 that we've been talking about, | | | |
| 569 12 | right? | | | |
| 569 13 | A.  I don't recall getting regular reports | | | |
| 569 14 | from are them about this study. | | | |
| **575:2 - 575:10   Myers, Brian 12-13-2019** | | **Re: [575:2-575:10]** Def Objection - Relevance (401, 402); Prejudice (403); Foundation (602) | | **OVERRULED** |
| 575 2 | On June 2nd, 2006, some six weeks before | | | |
| 575 3 | the MPID was finalized, Mr. Berger sent you, Brian | | | |
| 575 4 | Myers, this e-mail that said "Method B Master" with an | | | |
| 575 5 | attachment list being Method B studies, correct, sir? | | | |
| 575 6 | A.  That's what you've represented to me. | | | |
| 575 7 | Q.  That's what you have before you, correct, | | | |
| 575 8 | sir? | | | |
| 575 9 | A.  And that's this -- this Exhibit 49. | | | |
| 575 10 | Q.  Okay. | | | |
| **576:10 - 576:14   Myers, Brian 12-13-2019** | | | **Re: [576:10-576:14]** compound, cumulative, 403 | **OVERRULED** |
| 576 10 | Q.  And this is that Method B, Method B | | | |
| 576 11 | testing, right, sir?  That's what we were looking at | | | |
| 576 12 | from Study 213030, correct, sir? | | | |
| 576 13 | A.  Yeah, so the -- the Test ID 213030 is | | | |
| 576 14 | indicated as being Method B. | | | |
| **577:1 - 577:2   Myers, Brian 12-13-2019** | | | **Re: [577:1-577:2]** improper counter designation, 611, scope | **SUSTAINED** |
| 577 1 | MR. BUCHANAN:  Okay.  Could I have P1355, | | | |
| 577 2 | please. | | | |
| **578:4 - 578:21   Myers, Brian 12-13-2019** | | | **Re: [578:4-578:21]** improper counter designation, 611, scope | **SUSTAINED** |
| 578 4 | Q.  Well, so let's look at this, sir.  This is | | | |
| 578 5 | an e-mail from an individual named John Komada.  He | | | |
| 578 6 | was with an organization within the Department of | | | |
| 578 7 | Defense that took care of procurement and purchasing, | | | |
| 578 8 | correct, sir? | | | |
| 578 9 | A.  I see behind his -- from -- from is DSCP | | | |
| 578 10 | and I know that Tom Sidor is also from DSCP. | | | |
| 578 11 | Q.  And so the answer to my question would be | | | |
| 578 12 | yes, he was within DOD's procurement group, correct? | | | |
| 578 13 | A.  That's my understanding of who is at DSCP. | | | |
| 578 14 | Q.  And what Mr. Komada did here, 2003, is he | | | |
| 578 15 | sent you a copy of a document.  It says, "Attached | | | |
| 578 16 | below is a copy of subject document." | | | |
| 578 17 | And the subject document from the subject | | | |
| 578 18 | line is: "My current draft of the spec sheet on the | | | |

| | | | |
|---|---|---|---|
| 578 19    Combat Arms Earplug," I guess it's missing a G there.<br>578 20    Do you see that?<br>578 21    A.   I do see that. | | | OVERRULED |
| **581:11 - 581:21   Myers, Brian 12-13-2019**<br>581 11    Q.   Mr. Myers, I'm passing over what we've<br>581 12    marked as Exhibit 52 to your deposition.  This is a<br>581 13    redline or a markup of the specification sheet that<br>581 14    Mr. Komada provided to you.<br>581 15    Do you see that?<br>581 16    A.   Yes, this exhibit looks like it -- it came<br>581 17    from the attachment to the John Komada e-mail with<br>581 18    changes.<br>581 19    Q.   And these are your edits, right, sir?<br>581 20    A.   I think I provided at least some of this<br>581 21    as a -- as an editor input.  I don't clearly recall. | **Re: [581:11-581:21]**<br>Def Objection - MIL 19;<br>Prejudice (403) | | OVERRULED |
| **583:16 - 583:18   Myers, Brian 12-13-2019**<br>583 16    Q.   Okay.  You are not fussing with whether<br>583 17    all of these kind of red lines on the marked exhibit<br>583 18    are the changes you made, are you, sir? | | **Re: [583:16-583:18]**<br>602; 611; vague; ambiguous | OVERRULED |
| **583:22 - 584:18   Myers, Brian 12-13-2019**<br>583 22    A.   According to what I know about Word, this<br>583 23    would indicate that I would have provided the input<br>583 24    that you see there in red.<br>583 25    BY MR. BUCHANAN:<br>584 1    Q.   And then we go to the next page, sir, and<br>584 2    there is a description of how the product should be<br>584 3    tested.<br>584 4    MR. BUCHANAN:  I'm sorry.  Can you go -- go to<br>584 5    the next one.<br>584 6    BY MR. BUCHANAN:<br>584 7    Q.   "The sound attenuation of both ends of the<br>584 8    earplugs shall be tested in accordance with," and it<br>584 9    looks like the original draft said "Method B of ANSI<br>584 10    ASI/ASA 12.6-1997."<br>584 11    Do you see that?<br>584 12    A.   I do see that.<br>584 13    Q.   And then you struck that out?<br>584 14    A.   If I made that edit, that it is --<br>584 15    Q.   Can we hover over?  Okay. | | **Re: [584:1-584:18]**<br>3M MIL 22; 401; 403 | OVERRULED |

| Transcript | Objection | | Response | Ruling |
|---|---|---|---|---|
| 584 16    A.   It is struck out.<br>584 17    Q.   So you are the one making these technical<br>584 18    changes? | | | | |
| **584:22 - 585:5   Myers, Brian 12-13-2019**<br>584 22    Q.   To the document, correct, sir?<br>584 23    A.   They -- they show up in here as my edits.<br>584 24    I'm sure I would have relied on technical to provide<br>584 25    me with a review and input on what was appropriate to<br>585 1    be here.<br>585 2    Q.   I'll tell you, sir, we don't have a markup<br>585 3    from Elliott Berger or somebody on the technical team<br>585 4    to these specifications.<br>585 5    Does that surprise you? | Re: [585:2-585:5]<br>Def Objection - MIL 19;<br>Foundation (602); Attorney<br>Commentary, Argumentetive<br>(403) | | Re: [584:22-585:1]<br>3M MIL 22; 401; 403 | **OVERRULED** |
| **585:9 - 585:11   Myers, Brian 12-13-2019**<br>585 9    A.   Again, I don't recall the details around<br>585 10    this.<br>585 11    BY MR. BUCHANAN: | Re: [585:9-585:10]<br>Def Objection - MIL 19;<br>Foundation (602); Attorney<br>Commentary, Argumentetive<br>(403) | | | **OVERRULED** |
| **585:17 - 585:18   Myers, Brian 12-13-2019**<br>585 17    Q.   You are the one who made the technical<br>585 18    changes to this document, correct, sir? | Re: [585:17-585:25]<br>Def Objection - MIL 19;<br>Foundation (602); Prejudice (403) | | | **OVERRULED** |
| **585:22 - 586:2   Myers, Brian 12-13-2019**<br>585 22    A.   As I understand the way that Word works,<br>585 23    these are the edits -- I mean, the ones that we've<br>585 24    been over and looked at, they are edits that refer to<br>585 25    my name and -- and dated February 11th.<br>586 1    BY MR. BUCHANAN:<br>586 2    Q.   And you didn't want to give instructions? | Re: [585:17-585:25]<br>Def Objection - MIL 19;<br>Foundation (602); Prejudice (403)<br>Re: [586:2-586:2]<br>Def Objection - MIL 19; Vague;<br>Ambiguous (611, 403);<br>Foundation (602); Prejudice (403) | | | **OVERRULED** |
| **586:6 - 586:13   Myers, Brian 12-13-2019**<br>586 6    A.   I -- I can't -- I can't recall why I would<br>586 7    have made the changes that I made.<br>586 8    MR. BUCHANAN: Chris, do you think you can get<br>586 9    to instructions and see whose change that was.  Here<br>586 10    we go.<br>586 11    BY MR. BUCHANAN:<br>586 12    Q.   That's Brian Myers.  You didn't want to<br>586 13    give instructions to the military for your product? | Re: [586:6-586:7]<br>Def Objection - MIL 19; Vague;<br>Ambiguous (611, 403);<br>Foundation (602); Prejudice (403)<br>Re: [586:12-586:13]<br>Def Objection - Foundation (602);<br>Prejudice (403)<br>Re: [586:12-586:13]<br>Def Objection - MIL 19;<br>Mischaracterizes evidence (611,<br>403); Foundation (602). | | | **OVERRULED** |

| | | | |
|---|---|---|---|
| **586:17 - 586:24   Myers, Brian 12-13-2019**<br>586 17  A.  I don't recall the details of why I would<br>586 18  have offered that edit.<br>586 19  BY MR. BUCHANAN:<br>586 20  Q.  We could agree that what you did was you<br>586 21  struck the paragraph saying you should provide<br>586 22  instructions, right?<br>586 23  A.  The -- the edit that you see there does<br>586 24  delete the section on instructions. | **Re: [586:17-586:18]**<br>Def Objection - Prejudice (403);<br>611<br>**Re: [586:20-587:5]**<br>Def Objection - MIL 19. | | **OVERRULED** |
| **586:25 - 587:5   Myers, Brian 12-13-2019**<br>586 25  Q.  Okay.  So you've got a draft of the<br>587 1  specification, Specification Sheet No. 1.  You<br>587 2  provided the attenuations, that's one thing you did,<br>587 3  right?<br>587 4  A.  Yes, I made edits in the attenuation<br>587 5  table. | **Re: [586:20-587:5]**<br>Def Objection - MIL 19. | | **OVERRULED** |
| **587:17 - 587:19   Myers, Brian 12-13-2019**<br>587 17  Q.  And you got rid of the means of testing<br>587 18  this product that you were telling the EPA the same<br>587 19  year was the best way to do it, right? | **Re: [587:17-587:25]**<br>Def Objection - MIL 19; 403;<br>MIL 22. | | **OVERRULED** |
| **587:22 - 587:25   Myers, Brian 12-13-2019**<br>587 22  A.  Again, not recalling the details around<br>587 23  this, I don't -- I'm not sure why I would have offered<br>587 24  changes or edits.  I think I would have relied on<br>587 25  technical input as to what should have been here. | **Re: [587:17-587:25]**<br>Def Objection - MIL 19; 403;<br>MIL 22. | | **OVERRULED** |
| **588:5 - 588:16   Myers, Brian 12-13-2019**<br>588 5  You say that, sir, but you are the one<br>588 6  making these changes to this document, correct, sir?<br>588 7  A.  Again, I don't recall the specific detail<br>588 8  around it, but those appear to be my edits and I would<br>588 9  have relied on technical input to -- to make these<br>588 10  edits.<br>588 11  Q.  Do you recall, sir, going to the EPA that<br>588 12  same year, actually, in March of 2003, and<br>588 13  recommending Method B testing saying it's superior?<br>588 14  A.  I do recall an EPA hearing where I --<br>588 15  where I felt that we should migrate away from the<br>588 16  existing test protocol. | **Re: [588:5-588:10]**<br>Def Objection - MIL 19; 403.<br>**Re: [588:11-588:16]**<br>Def Objection - MIL 22. | | **OVERRULED** |

| | | | |
|---|---|---|---|
| **595:2 - 595:13   Myers, Brian 12-13-2019** | | **Re: [595:2-595:13]** | **SUSTAINED** |
| 595 2 | Q.   I'm passing you Exhibit 55, sir. | improper counter designation, | |
| 595 3 | Exhibit 55 is an e-mail from yourself to a | 611, scope | |
| 595 4 | Dan Glucksman. | | |
| 595 5 | Who is Dan? | | |
| 595 6 | A.   Dan -- Dan Glucksman is an attorney | | |
| 595 7 | with -- as I've known him, with International Safety | | |
| 595 8 | Equipment Association. | | |
| 595 9 | Q.   And so, Mr. Myers, you are corresponding | | |
| 595 10 | with Mr. Glucksman.  This is January of 2004, right? | | |
| 595 11 | A.   Again, I don't recall the detail of this, | | |
| 595 12 | but it is an e-mail to Dan from me, dated January 5th, | | |
| 595 13 | 2004. | | |
| **597:5 - 597:19   Myers, Brian 12-13-2019** | | **Re: [597:5-597:19]** | **SUSTAINED** |
| 597 5 | Q.   Well, your e-mail acknowledges certainly | improper counter designation, | |
| 597 6 | as of 2004 that -- your awareness, that many are using | 611, scope | |
| 597 7 | it in the military, right? | | |
| 597 8 | A.   The e-mail says: "NRR is not a good | | |
| 597 9 | measure and many in the military field are now | | |
| 597 10 | utilizing the new Method B protocol." | | |
| 597 11 | I'm not sure that says everybody in the | | |
| 597 12 | military is using the new Method B protocol.  It says | | |
| 597 13 | many are, but... | | |
| 597 14 | Q.   Well, your -- what you are doing in this | | |
| 597 15 | e-mail, sir, is you are criticizing the old method of | | |
| 597 16 | testing that generated the NRR using the 1974 method, | | |
| 597 17 | right? | | |
| 597 18 | A.   That's the NRR that I speak to that is -- | | |
| 597 19 | that I say is not a good measure. | | |
| **598:12 - 598:18   Myers, Brian 12-13-2019** | | **Re: [598:12-598:18]** | **SUSTAINED** |
| 598 12 | Q.   You don't recall going down and advocating | improper counter designation, | |
| 598 13 | for Method B on behalf of Aearo to the EPA? | 611, scope | |
| 598 14 | A.   I believe that it was to move away from | | |
| 598 15 | this NRR measure to a more progressive protocol, which | | |
| 598 16 | was Method B at that time. | | |
| 598 17 | Q.   Okay.  Because Method B is better? | | |
| 598 18 | A.   I was told -- | | |

| | | | | |
|---|---|---|---|---|
| **598:21 - 599:3   Myers, Brian 12-13-2019** | | | **Re: [598:21-599:3]** | **SUSTAINED** |
| 598 21     A.   Sorry.  I was told by the technical group | | | improper counter designation, | |
| 598 22        that it was better representative of actual | | | 611, scope, 802, 602 | |
| 598 23        protection, and I think that's what Elliott, the | | | | |
| 598 24        article that you showed me from Elliott -- | | | | |
| 598 25        BY MR. BUCHANAN: | | | | |
| 599 1        Q.   And so what you -- | | | | |
| 599 2        A.   -- and I didn't get to read that, but I | | | | |
| 599 3        think that's what he was trying to get at. | | | | |
| **608:24 - 609:3   Myers, Brian 12-13-2019** | | | **Re: [608:6-609:8]** | **OVERRULED** |
| 608 24     Q.   At this point in time when you were | | | Misstates record; MIL 22; 403 | |
| 608 25        telling Mr. Komada that it was commercially impossible | | | **Re: [608:10-609:14]** | |
| 609 1        or too burdensome for you to do these tests, you were | | | MIL 22; 403. | |
| 609 2        going to the EPA and advocating Method B testing as | | | **Re: [608:24-609:3]** | |
| 609 3        the right test, as the better test, right, sir? | | | Misstates record; MIL 22; 403 | |
| **609:6 - 609:14   Myers, Brian 12-13-2019** | | | **Re: [608:6-609:8]** | **OVERRULED** |
| 609 6     A.   So in the -- in the EPA hearing as I | | | Misstates record; MIL 22; 403 | |
| 609 7        recall, I was advocating trying to provide our | | | **Re: [608:10-609:14]** | |
| 609 8        customers with more realistic data. | | | MIL 22; 403. | |
| 609 9        BY MR. BUCHANAN: | | | | |
| 609 10       Q.   Right.  And more rist -- realistic data | | | | |
| 609 11       comes out of Method B testing, right? | | | | |
| 609 12       A.   That's what the technical group -- I mean, | | | | |
| 609 13       and I think Elliott's article probably reflects that | | | | |
| 609 14       perception. | | | | |
| **619:10 - 619:14   Myers, Brian 12-13-2019** | | | **Re: [619:10-619:14]** | **OVERRULED** |
| 619 10     Q.   And we know you didn't share the results | | | 403 | |
| 619 11       of Study 015 with Mr. Sidor that are referenced in | | | | |
| 619 12       that report reflecting an NRR of 11, right? | | | | |
| 619 13       A.   So I don't recall what was shared with | | | | |
| 619 14       Mr. Sidor. | | | | |
| **623:10 - 623:12   Myers, Brian 12-13-2019** | | | **Re: [623:10-623:12]** | **OVERRULED** |
| 623 10     Have you seen a communication from anyone | | | 403; cumulative | |
| 623 11       within Aearo of the results of Study 213015 to the | | | | |
| 623 12       U.S. Government, military or Department of Defense? | | | | |
| **623:16 - 623:21   Myers, Brian 12-13-2019** | **Re: [623:18-623:25]** | | **Re: [623:16-623:16]** | **OVERRULED** |
| 623 16     A.   I don't recall seeing such a document. | Def Objection - MIL 22; 403. | | 403; cumulative | |
| 623 17       BY MR. BUCHANAN: | | | | |
| 623 18       Q.   Okay.  Have you seen any communication | | | | |

| | | | |
|---|---|---|---|
| 623 19   from anyone within Aearo of the results of Study<br>623 20   213030 to the US military, the Department of Defense<br>623 21   or the U.S. Government? | | | |
| **623:25 - 623:25  Myers, Brian 12-13-2019** | **Re: [623:18-623:25]** | | **OVERRULED** |
| 623 25   A.  I don't recall seeing any such document. | Def Objection - MIL 22; 403. | | |
| **641:19 - 642:21  Myers, Brian 12-13-2019** | | | |
| 641 19   Q.  Mr. Myers, my name is Sean Tracy.  I am a<br>641 20   lawyer from Houston, Texas.  I'm going to ask you some<br>641 21   questions this afternoon.<br>641 22   The first one I'm going to ask you is I<br>641 23   have listened to your testimony now for a day and a<br>641 24   half and I'm going to confess that I don't really know<br>641 25   what you did for Aearo.  So I'm going to get you to<br>642 1   explain to me for the past -- from 1999, let's say, to<br>642 2   the present, what did you do for them?<br>642 3   A.   From 1999?<br>642 4   Q.   Yeah, or 2000.<br>642 5   A.   Okay.  So I was a product manager for the<br>642 6   hearing protection piece until 2008 for Aearo when it<br>642 7   was purchased by 3M which meant that, I guess, the two<br>642 8   big responsibilities that come to my mind would be<br>642 9   sort of convening meetings when there was an interest<br>642 10   in trying to develop a new product with<br>642 11   cross-functional teams to, you know, try to align and<br>642 12   execute a timetable and key milestones to bring a --<br>642 13   bring a product potentially to market.<br>642 14   Q.   Okay.<br>642 15   A.   And then the other part of it, I wasn't in<br>642 16   a sales function, but I was in a function where I<br>642 17   would interact or go visit customers who may have been<br>642 18   or may have needed to use hearing protection and try<br>642 19   to understand what -- where there might be<br>642 20   opportunities for us to either make our products<br>642 21   better or modify our products in some way to -- to | | | |
| **649:8 - 650:25  Myers, Brian 12-13-2019** | **Re: [649:8-650:25]** | **Re: [649:8-650:25]** | **SUSTAINED** |
| 649 8   When did you begin working for Cabot or<br>649 9   Aearo or whatever the heritage company's name was?<br>649 10   A.   So I -- I joined the -- the first entity<br>649 11   was Cabot Corporation in November of 1989. | Plt Objection - improper counter<br>per PTO 64; cumulative | colloquy, 403 | |

649 12     Q.   1989.  That's what I was looking for.
649 13     Okay.
649 14     When you joined -- sorry.
649 15     From 1989 to let's say now, has -- have
649 16     hearing protection devices been in some way, shape or
649 17     form in your wheelhouse?
649 18     A.   So when you say -- do you mean in --
649 19     within my responsibilities?
649 20     Q.   Yes.
649 21     A.   No.
649 22     Q.   No, okay.
649 23     When did hearing protection devices become
649 24     your responsibility?
649 25     A.   So I think at -- I'm trying to remember
650 1      my -- my CV that we looked at yesterday, but in -- I
650 2      was in production of hearing protection devices
650 3      briefly and then I had some respiratory
650 4      responsibilities, but around the early I'll say mid
650 5      like '93, we can look at the CV if you want to.
650 6      Q.   We don't need to.
650 7      A.   But around that time is when I first had
650 8      responsibilities like I -- I described that were
650 9      product management, marketing kinds of
650 10     responsibilities within hearing protection, and I had
650 11     response -- I assume you want me to go on forward?
650 12     Q.   Yeah, please.
650 13     A.   So I had responsibilities, now, at some
650 14     point in the mid 2000s I -- there were other marketers
650 15     who began to work for me and they may have had more
of
650 16     day-to-day responsibilities within that product line,
650 17     and -- but I had some responsibilities all of the way
650 18     up until January of 2011.
650 19     Q.   Okay.
650 20     A.   And then for about -- I think for -- it
650 21     was for about four-and-a-half years I didn't have any
650 22     responsibilities in hearing whatsoever, and which kind
650 23     of leads me to where I am today where I have

| | | | |
|---|---|---|---|
| 650 24 responsibilities, that's one of the several product<br>650 25 lines that -- that I oversee or manage. | | | |
| **654:10 - 654:18   Myers, Brian 12-13-2019**<br>654 10   Q.   Okay.  Elliott Berger explained to us that<br>654 11   when the flange report was completed and the -- or<br>654 12   when the initial results were brought to his<br>654 13   attention, he sent you an e-mail, and we asked him,<br>654 14   why are you sending Brian Myers an e-mail, a guy in<br>654 15   marketing, about whether or not to share the results<br>654 16   of the flange report with Doug Ohlin, and he said<br>654 17   because he reported to you.<br>654 18   Do you recall that being true? | **Re: [654:10-654:18]**<br>Def Objection - Attorney<br>Commentary (401, 402); Hearsay<br>(802). | | **OVERRULED** |
| **654:21 - 655:4   Myers, Brian 12-13-2019**<br>654 21   A.   So there was a period of time when Elliott<br>654 22   reported to me, I recall that.<br>654 23   BY MR. SEAN TRACEY:<br>654 24   Q.   Okay.  And would the 2000 timeframe have<br>654 25   been the timeframe that he reported to you as far as<br>655 1   you know?<br>655 2   A.   He certainly could have reported to me<br>655 3   during that time.  I don't have a clear recollection<br>655 4   of when he did and did not report to me. | **Re: [654:21-654:22]**<br>Def Objection - Attorney<br>Commentary (401, 402); Hearsay<br>(802). | | **OVERRULED** |
| **655:6 - 655:9   Myers, Brian 12-13-2019**<br>655 6   Let me hand you -- boy, I bet this has<br>655 7   already been marked.  I wonder if we should do this by<br>655 8   P numbers.  I'm going to hand you an e-mail from<br>655 9   Elliott Berger to you.  It's, yeah, 925A.1. | | **Re: [655:6-655:9]**<br>colloquy, cumulative, 403 | **SUSTAINED**<br>**as to 655:6-8 at**<br>**"P numbers."**<br>**Otherwise**<br>**OVERRULED** |
| **655:23 - 656:17   Myers, Brian 12-13-2019**<br>655 23   It's the -- it's the data from Elliott<br>655 24   Berger from Ron Kieper.<br>655 25   "Here is the data on the UltraFit end of<br>656 1   the Combat Arms.  Note the original study was stopped<br>656 2   with eight subjects.  The second study was with the<br>656 3   folded-back flanges on the end sticking out of the<br>656 4   ear."<br>656 5   Do you see that?<br>656 6   A.   I see those words there.<br>656 7   Q.   Now, the question is: "Should I share<br>656 8   this with Ohlin?  It looks like the existing product | | **Re: [655:23-656:21]**<br>602; 403 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 656 9 | has problems unless the user instructions are | | | |
| 656 10 | revised." | | | |
| 656 11 | Now, as I read this, it looks like Elliott | | | |
| 656 12 | Berger is telling you that there -- that there are two | | | |
| 656 13 | issues with the product, one of which can be solved | | | |
| 656 14 | with instructions.  There's -- there is an existing | | | |
| 656 15 | problem with the product itself that exists unless you | | | |
| 656 16 | change the user instructions. | | | |
| 656 17 | Do you agree with that? | | | |
| **656:20 - 656:21   Myers, Brian 12-13-2019** | | | **Re: [655:23-656:21]**<br>602; 403 | **OVERRULED** |
| 656 20 | A.   So I -- I only have the words that he has | | | |
| 656 21 | there to go by. | | | |
| **657:8 - 657:20   Myers, Brian 12-13-2019** | | | **Re: [656:23-657:11]**<br>403<br>**Re: [657:12-657:20]**<br>Hearsay; 602 | **OVERRULED** |
| 657 8 | Q.   And do you have any recollection of | | | |
| 657 9 | speaking to Elliott about -- of the data from the | | | |
| 657 10 | flange report? | | | |
| 657 11 | A.   I do not. | | | |
| 657 12 | Q.   He told us -- he testified that the reason | | | |
| 657 13 | he went to you is because he would have been | | | |
| 657 14 | prohibited from sending the flange report or the data | | | |
| 657 15 | from the flange report outside the company due to the | | | |
| 657 16 | company's policy without his supervisor's approval, | | | |
| 657 17 | okay. | | | |
| 657 18 | Do you remember that being the company | | | |
| 657 19 | policy? | | | |
| 657 20 | A.   I don't recall that as a policy. | | | |
| **658:2 - 658:8   Myers, Brian 12-13-2019** | | | | |
| 658 2 | Q.   Okay.  Do you recall whether you gave him | | | |
| 658 3 | permission to send the flange report to Doug Ohlin? | | | |
| 658 4 | A.   I don't recall the action that I took | | | |
| 658 5 | here, but I would like to think that I would have | | | |
| 658 6 | said, yes, please share whatever data you need to with | | | |
| 658 7 | Dr. Ohlin and let's -- let's try to resolve this | | | |
| 658 8 | technical concern. | | | |
| **660:9 - 661:14   Myers, Brian 12-13-2019** | | | **Re: [660:9-661:14]**<br>401; 403 | **OVERRULED** |
| 660 9 | Q.   Do you think companies that do business | | | |
| 660 10 | with the government should be fair and open and honest | | | |
| 660 11 | about the products they are selling to the government? | | | |
| 660 12 | A.   I think they should do what the government | | | |

| | | | | |
|---|---|---|---|---|
| 660 13 | asks of them and requires them to do. | | | |
| 660 14 | Q.   Is that different than being fair and open | | | |
| 660 15 | and honest? | | | |
| 660 16 | A.   I don't know.  I'm just not characterizing | | | |
| 660 17 | it the way you are. | | | |
| 660 18 | Q.   Why not? | | | |
| 660 19 | A.   I guess my -- my belief is the government | | | |
| 660 20 | can do business with whomever they want. | | | |
| 660 21 | Q.   Right.  But now I'm focusing on your | | | |
| 660 22 | company. | | | |
| 660 23 | Do you believe that your company had a | | | |
| 660 24 | duty, an obligation to be fair and open and honest | | | |
| 660 25 | with the government when they were doing business with | | | |
| 661 1 | them? | | | |
| 661 2 | A.   I do -- I do think we tried to be -- | | | |
| 661 3 | Q.   Okay. | | | |
| 661 4 | A.   -- open and honest. | | | |
| 661 5 | Q.   Did you try to be transparent? | | | |
| 661 6 | A.   I think we tried to be open and honest, | | | |
| 661 7 | yes. | | | |
| 661 8 | Q.   Open and honest about sharing what you | | | |
| 661 9 | knew about the good and the bad in your products? | | | |
| 661 10 | A.   Again, I think we would try to be open and | | | |
| 661 11 | honest. | | | |
| 661 12 | Q.   Okay.  You certainly would agree with me | | | |
| 661 13 | that you should have been open and honest? | | | |
| 661 14 | A.   I think that that's what we tried to be. | | | |
| **661:15 - 661:20   Myers, Brian 12-13-2019** | | | **Re: [661:15-661:20]** | **OVERRULED** |
| 661 15 | Q.   Okay.  Do you think you were?  Do you | | compound, vague | |
| 661 16 | think you accomplished that goal? | | | |
| 661 17 | A.   I think we -- we tried to be open and | | | |
| 661 18 | honest and I think most of the people that were in the | | | |
| 661 19 | company felt that way, that they wanted to be as open | | | |
| 661 20 | and honest as we could be. | | | |
| **662:5 - 662:13   Myers, Brian 12-13-2019** | | | **Re: [662:5-662:9]** | **OVERRULED** |
| 662 5 | Q.   Have you ever been faced with a crossroad | | 401; 403 | |
| 662 6 | where you could make the right decision or the wrong | | | |
| 662 7 | decision? | | | |
| 662 8 | A.   I mean, I'm sure I have had those | | | |

| | | | | |
|---|---|---|---|---|
| 662 9 | instances. | | | |
| 662 10 | Q.   And you would like to think that when you | | | |
| 662 11 | are at crossroads that you check your motivations to | | | |
| 662 12 | determine why you are making the decisions you are | | | |
| 662 13 | making.  Would you agree with me on that? | | | |
| **662:16 - 663:3   Myers, Brian 12-13-2019** | | | **Re: [662:22-663:3]** | **OVERRULED** |
| 662 16 | A.   I -- if you are asking about me | | 401; 403 | |
| 662 17 | personally, I -- I try to be honest and open and I try | | | |
| 662 18 | to -- try to be -- live a good life.  I don't know if | | | |
| 662 19 | that's what you are asking. | | | |
| 662 20 | BY MR. SEAN TRACEY: | | | |
| 662 21 | Q.   Yeah, no, it is. | | | |
| 662 22 | And when you reach crossroads, you want to | | | |
| 662 23 | make sure that what's motivating you isn't greed or a | | | |
| 662 24 | drive for success or adulation, what should be driving | | | |
| 662 25 | and motivating you is to do the right thing.  Do you | | | |
| 663 1 | agree with me? | | | |
| 663 2 | A.   Generally I think that's what folks should | | | |
| 663 3 | do.  It doesn't always happen, but that's... | | | |
| **663:10 - 663:16   Myers, Brian 12-13-2019** | | | | |
| 663 10 | Q.   Can you tell me if you ever actually laid | | | |
| 663 11 | eyes on the flange report before this litigation? | | | |
| 663 12 | MR. NOMELLINI:  It is Exhibit 25. | | | |
| 663 13 | MR. SEAN TRACEY:  Yeah.  Thank you. | | | |
| 663 14 | BY THE WITNESS: | | | |
| 663 15 | A.   So I don't -- I don't recall that I -- | | | |
| 663 16 | that I ever saw that before this litigation. | | | |
| **664:3 - 664:15   Myers, Brian 12-13-2019** | **Re: [664:3-664:19]** | | | **OVERRULED** |
| 664 3 | Q.   Okay.  And if we flip open to the first | Def Objection - Compound; | | | |
| 664 4 | page of the flange report, under the Introduction, it | Cumulative (611, 403); | | | |
| 664 5 | says:  "The Combat Arms Earplug was shortened...so | Foundation (602). | | | |
| 664 6 | that it would fit into a carrying case.  Because of | | | | |
| 664 7 | this, the plug is shorter than any other UltraFit Plug | | | | |
| 664 8 | design."  It says:  "The purpose of this report is to | | | | |
| 664 9 | document that the current length of the UltraFit Plug | | | | |
| 664 10 | end of the Combat Arms is too short for proper | | | | |
| 664 11 | insertion." | | | | |
| 664 12 | Now, have you ever seen a label, a set of | | | | |
| 664 13 | instructions or a brochure on the Combat Arms | | | | |

| | | | | |
|---|---|---|---|---|
| 664 14 | Version 2 that -- that informed the user that the | | | |
| 664 15 | Combat Arms plug was too short for proper insertion? | | | |
| **664:18 - 664:24   Myers, Brian 12-13-2019** | | | | **OVERRULED** |
| 664 18 | A.   I don't -- I do not recall having seen | **Re: [664:3-664:19]** | | |
| 664 19 | that. | Def Objection - Compound; | | |
| 664 20 | BY MR. SEAN TRACEY: | Cumulative (611, 403); | | |
| 664 21 | Q.   Do you have any -- do you have any reason | Foundation (602). | | |
| 664 22 | to doubt the truth of what Ron Kieper put in this | | | |
| 664 23 | report? | | | |
| 664 24 | A.   I knew Ron to be a -- an honest person. | | | |
| **669:10 - 669:19   Myers, Brian 12-13-2019** | | | **Re: [669:10-669:19]** | **SUSTAINED** |
| 669 10 | Q.   What about the welders and what about the | | improper counter designation, | |
| 669 11 | shooters, we just -- we don't -- we don't care about | | scope, 611, 602, foundation | |
| 669 12 | them? | | | |
| 669 13 | A.   I'm -- you asked the question.  I'm just | | | |
| 669 14 | saying in the case of soldiers, I think there was | | | |
| 669 15 | an -- this additional training that -- that was being | | | |
| 669 16 | provided. | | | |
| 669 17 | Q.   By whom? | | | |
| 669 18 | A.   By the military, military audiologists and | | | |
| 669 19 | I guess experts in the military. | | | |
| **672:5 - 672:15   Myers, Brian 12-13-2019** | | | **Re: [672:5-672:15]** | **OVERRULED** |
| 672 5 | Q.   Now, at this time, by -- by this date in | | 403; argumentative | |
| 672 6 | this report is June of -- July of 2000, you've already | | | |
| 672 7 | begun selling the plug to the military, haven't you? | | | |
| 672 8 | A.   I think our first orders were in June | | | |
| 672 9 | of 2000.  I think that's when our first shipments | | | |
| 672 10 | were. | | | |
| 672 11 | Q.   Does that put you in a horribly | | | |
| 672 12 | embarrassing, awkward situation that you've begun | | | |
| 672 13 | selling this product to the military and then we find | | | |
| 672 14 | out after you test it for the first time that you have | | | |
| 672 15 | a problem? | | | |
| **672:19 - 672:23   Myers, Brian 12-13-2019** | | | **Re: [672:19-672:23]** | **OVERRULED** |
| 672 19 | A.   Again, I would have asked -- I would have | | 403; argumentative | |
| 672 20 | asked the technical group, I believe, to review that | | | |
| 672 21 | information with the technical group in the military | | | |
| 672 22 | and see if the problem could be resolved or the | | | |
| 672 23 | concern -- the concern could be resolved. | | | |

| | | | | |
|---|---|---|---|---|
| **672:25 - 673:3   Myers, Brian 12-13-2019** | | | | |
| 672 25     Q.   Okay.  Let's do this right now.  I want to | | | | |
| 673 1      look at the middle of that, the first page of the | | | | |
| 673 2      flange report, and see what else it says. | | | | |
| 673 3      MR. NOMELLINI:  Exhibit 25. | | | | |
| **673:21 - 674:2   Myers, Brian 12-13-2019** | | | **Re: [673:21-674:10]** | **OVERRULED** |
| 673 21     "Because the stem of the green, solid end | | | 401: 403 | |
| 673 22     of the plug is so short, it was difficult for the | | | | |
| 673 23     experimenter to insert the plug deeply into some | | | | |
| 673 24     subjects' ear canals, especially those with medium and | | | | |
| 673 25     larger ear canals." | | | | |
| 674 1      Do you see that? | | | | |
| 674 2      A.   I -- I do see those words. | | | | |
| **680:8 - 680:14   Myers, Brian 12-13-2019** | **Re: [680:8-680:14]** | | **Re: [680:8-680:18]** | **OVERRULED** |
| 680 8      Q.   Did your company, that you know of, inform | Def Objection - Foundation (602); | | 401; 602; 403 | |
| 680 9      any of the stores that were selling their plugs that | Prejudice, Cumulative (403) | | | |
| 680 10     the stem was too short for people with medium and | **Re: [680:13-680:18]** | | | |
| 680 11     large ear canals? | Def Objection - Foundation (602); | | | |
| 680 12     A.   I do not recall any such communication. | Cumulative (403), Prejudice (403) | | | |
| 680 13     Q.   Was the sum total of your communication | | | | |
| 680 14     through your Instructions for Use in your brochures? | | | | |
| **680:17 - 680:18   Myers, Brian 12-13-2019** | **Re: [680:13-680:18]** | | **Re: [680:8-680:18]** | **OVERRULED** |
| 680 17     A.   I guess I'd say I don't recall any | Def Objection - Foundation (602); | | 401; 602; 403 | |
| 680 18     communication beyond that. | Cumulative (403), Prejudice (403) | | | |
| **680:24 - 681:11   Myers, Brian 12-13-2019** | | | **Re: [680:24-681:14]** | **OVERRULED** |
| 680 24     Q.   Okay.  Let's go back to the flange report | | | 401; 602; 403 | |
| 680 25     for a second and see what else they say. | | | | |
| 681 1      In that same paragraph, it says:  "When | | | | |
| 681 2      the solid plug was fitted during the first test, the | | | | |
| 681 3      basal end of the third flange of the yellow | | | | |
| 681 4      level-dependent plug sometimes pressed against the | | | | |
| 681 5      subject's ear canal opening and folded up.  When the | | | | |
| 681 6      inward pressure on the plug was released, the yellow | | | | |
| 681 7      flanges tended to return to their original shape and | | | | |
| 681 8      this sometimes loosened the plug, often | | | | |
| 681 9      imperceptible" -- "imperceptibly to the subject." | | | | |
| 681 10     Did I read that right? | | | | |
| 681 11     A.   Yes, I think so. | | | | |

| 684:12 – 684:18   Myers, Brian 12-13-2019 | | | Re: [684:12-684:22] | OVERRULED |
|---|---|---|---|---|
| 684 12    Q.   And in 213015, they say in the sentence | | | 401; 403 | |
| 684 13    above, "the NRR was quite low (11)" or half of 22? | | | | |
| 684 14    A.   I see that. | | | | |
| 684 15    "The initial test 213015 was stopped after | | | | |
| 684 16    eight subjects because the individual results were | | | | |
| 684 17    variable and the NRR was quite low (11)," parentheses | | | | |
| 684 18    11. | | | | |
| **695:7 – 696:10   Myers, Brian 12-13-2019** | **Re: [695:7-696:10]** | | **Re: [695:7-696:10]** | **SUSTAINED** |
| 695 7    Q.   You corresponded a fair amount with Doug | Plt Objection - improper counter | | nonresponsive, 602, speculation, | |
| 695 8    Ohlin by e-mail, didn't you? | per PTO 64 | | 403 | |
| 695 9    A.   I did -- I did have e-mails back and forth | | | | |
| 695 10    with Dr. Ohlin from time to time. | | | | |
| 695 11    Q.   So did Elliott Berger, didn't he? | | | | |
| 695 12    A.   I think -- I think Elliott and Dr. Ohlin | | | | |
| 695 13    had a generally communicative relationship. | | | | |
| 695 14    Q.   Yeah. | | | | |
| 695 15    A.   I think he probably introduced me to | | | | |
| 695 16    Dr. Ohlin. | | | | |
| 695 17    Q.   Was Dr. Ohlin personally involved with | | | | |
| 695 18    Aearo in the project over the Combat Arms Version 2? | | | | |
| 695 19    A.   I certainly can recall e-mails where we | | | | |
| 695 20    reached out to him asking questions about what the -- | | | | |
| 695 21    what the military's needs might be and what the -- | | | | |
| 695 22    what the military might want in that product and | | | | |
| 695 23    looked for direction from him about the product that | | | | |
| 695 24    they wanted. | | | | |
| 695 25    Q.   What's the answer to my question? | | | | |
| 696 1    A.   I'm sorry.  Can you repeat it? | | | | |
| 696 2    Q.   Yeah. | | | | |
| 696 3    Was Dr. Ohlin personally involved in this | | | | |
| 696 4    project? | | | | |
| 696 5    A.   I think he was. | | | | |
| 696 6    Q.   Okay.  That's all I need to know. | | | | |
| 696 7    A.   Sorry. | | | | |
| 696 8    Q.   It sounds like he was substantially | | | | |
| 696 9    involved in this project according to your -- your | | | | |
| 696 10    previous answer to my question? | | | | |

| | | | |
|---|---|---|---|
| **696:13 - 696:14   Myers, Brian 12-13-2019** | **Re: [696:13-696:14]** | **Re: [696:13-696:14]** | **SUSTAINED** |
| 696 13   A.   I do think he was involved in this -- in<br>696 14   this project. | Plt Objection - improper counter<br>per PTO 64 | vague | |
| **696:16 - 697:3   Myers, Brian 12-13-2019** | **Re: [696:16-697:3]** | **Re: [696:16-697:3]** | **SUSTAINED** |
| 696 16   Q.   Personally and substantially involved?<br>696 17   A.   I reached out to him with e-mails.  I<br>696 18   don't know that we'd call them personal.  They were<br>696 19   reaching out to him in his professional capacity, so<br>696 20   it --<br>696 21   Q.   Yeah, I didn't -- I didn't mean it that<br>696 22   way.  I meant he -- he wasn't passing the buck to<br>696 23   somebody else under him, he personally interacted with<br>696 24   you and Elliott and others in this project?<br>696 25   A.   It seems that there were some others from<br>697 1   time to time, but I would -- I would characterize<br>697 2   Dr. Ohlin as -- as probably the major contact that<br>697 3   worked with us in the development of this product. | Plt Objection - improper counter<br>per PTO 64 | vague | |
| **699:19 - 700:7   Myers, Brian 12-13-2019** | **Re: [699:19-700:7]** | **Re: [699:19-700:7]** | **SUSTAINED** |
| 699 19   Q.   So is it your belief as a -- as an<br>699 20   employee of Aearo that -- that you never have to fold<br>699 21   back -- no user ever has to fold back the flanges with<br>699 22   the Combat Arms?<br>699 23   A.   That's not necessarily my belief.  You<br>699 24   asked me if I had worn and it and how I wore it.<br>699 25   Q.   Yeah, but now I'm asking you another<br>700 1   question.<br>700 2   Is it your belief that nobody has to fold<br>700 3   back the flanges on the Combat Arms in order to get a<br>700 4   proper fit?<br>700 5   A.   That's a technical question, but -- but<br>700 6   according to some of our instructions, they -- they do<br>700 7   advise people to roll back the flanges in some cases. | Plt Objection - improper counter<br>per PTO 64; 702 | cumulative, 403, 602 | |
| **712:21 - 712:24   Myers, Brian 12-13-2019** | **Re: [712:21-712:24]** | **Re: [712:21-712:24]** | **SUSTAINED** |
| 712 21   Q.   You have been claiming most of the day<br>712 22   that you would hope that technical would have informed<br>712 23   Doug Ohlin about all of the things related to the<br>712 24   flange report that they needed to know, true? | Plt Objection - improper counter<br>per PTO 64; nonresponsive | 602, speculation, 403,<br>cumulative | |

Myers, Brian 12-13-2019

| | | | |
|---|---|---|---|
| **713:2 – 713:5   Myers, Brian 12-13-2019**<br>713 2    A.   I think there was an ongoing<br>713 3    collaboration, if you will, of exchange of technical<br>713 4    information with the technical group in the military<br>713 5    and Elliott and our technical group. | **Re: [713:2-713:5]**<br>Plt Objection - improper counter<br>per PTO 64; nonresponsive | **Re: [713:2-713:5]**<br>602, speculation, 403,<br>cumulative | **SUSTAINED** |
| **713:17 – 714:4   Myers, Brian 12-13-2019**<br>713 17    My question is:  Most of the past two days<br>713 18    you have been saying that you expected technical<br>713 19    should of and did share the information in the flange<br>713 20    report with Doug Ohlin, haven't you?<br>713 21    A.   I have said that I hope that they would<br>713 22    have brought that technical concern to Doug Ohlin and<br>713 23    maybe even others in the military --<br>713 24    Q.   Right.<br>713 25    A.   -- to share that and resolve that issue.<br>714 1    Q.   Now, you know that the United States<br>714 2    Government after their two-year investigation came to<br>714 3    the conclusion that it was not shared with them, don't<br>714 4    you? | **Re: [714:1-714:4]**<br>Def Objection - MIL 6; Hearsay<br>(801, 802); Prejudice (403);<br>Foundation (602) | **Re: [714:1-714:4]**<br>Baker MIL 1 | **OVERRULED** |
| **714:7 – 714:7   Myers, Brian 12-13-2019**<br>714 7    A.   I -- I don't recall knowing that. | **Re: [714:7-714:7]**<br>Def Objection - MIL 6; Hearsay<br>(801, 802); Prejudice (403);<br>Foundation (602) | **Re: [714:7-714:7]**<br>Baker MIL 1 | **OVERRULED** |
| **714:19 – 716:2   Myers, Brian 12-13-2019**<br>714 19    Q.   Let's look at Exhibit 64.  At the top of<br>714 20    the page you can see this is from the Department of<br>714 21    the Army, the U.S. Army Criminal Investigation<br>714 22    Command, the Atlanta Fraud Resident Unit.<br>714 23    Do you see that?<br>714 24    A.   Yes, I do.<br>714 25    Q.   And No. 4 on this page tells us who the<br>715 1    investigators were.<br>715 2    It says: "Investigated by:  Mrs. Myong<br>715 3    Cape and Special Agent Jennifer Coleman."<br>715 4    Do you see that?<br>715 5    A.   I see those names in -- in Item 4.<br>715 6    Q.   Have you seen this document before?<br>715 7    A.   I don't recall ever having seen this<br>715 8    document. | **Re: [714:19-716:2]**<br>Def Objection - MIL 6; Hearsay<br>(801, 802); Prejudice (403);<br>Foundation (602) | **Re: [714:19-716:2]**<br>Baker MIL 1 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 715 9 | Q.   In your five days of depo prep, did you | | | |
| 715 10 | see documents? | | | |
| 715 11 | A.   We reviewed a number of documents. | | | |
| 715 12 | Q.   Okay.  Turn over to the next page, on | | | |
| 715 13 | Page 2, please.  The second paragraph, it says: | | | |
| 715 14 | "During the course of this investigation, | | | |
| 715 15 | numerous interviews and record reviews were conducted | | | |
| 715 16 | reference the testing results and contracting process. | | | |
| 715 17 | Interviews of U.S. Government personnel confirmed that | | | |
| 715 18 | had they known about the February 2000 test results | | | |
| 715 19 | (i.e. that the Combat Arms Earplug was too short for | | | |
| 715 20 | proper insertion in the users' ears and, therefore, | | | |
| 715 21 | did not perform well in certain individuals) on the | | | |
| 715 22 | Combat Arms they may not have purchased the items." | | | |
| 715 23 | Do you see that, sir? | | | |
| 715 24 | A.   I see those words on Page 2. | | | |
| 715 25 | Q.   Did you know that that was the result of | | | |
| 716 1 | their investigation? | | | |
| 716 2 | A.   No, I did not. | | | |
| **717:6 - 717:9   Myers, Brian 12-13-2019** | | | **Re: [717:6-717:19]** Baker MIL 1; 3M MIL 6 | **SUSTAINED** |
| 717 6 | Q.   No. 2 is:  "Agent" -- "Agent Investigation | | | |
| 717 7 | Report of Special Agent Coleman, 20 June 2016, | | | |
| 717 8 | detailing the review of Defense Logistics Agency | | | |
| 717 9 | contract documents." | | | |
| **717:10 - 717:19   Myers, Brian 12-13-2019** | | **Re: [717:10-717:19]** Def Objection - MIL 6; Hearsay (801, 802); Prejudice (403); Foundation (602) | **Re: [717:6-717:19]** Baker MIL 1; 3M MIL 6 | **SUSTAINED** |
| 717 10 | Do you know what the Defense Logistics | | | |
| 717 11 | Agency is? | | | |
| 717 12 | A.   I think they are the -- they are part of | | | |
| 717 13 | the entity that we talked about Tom Sidor and -- | | | |
| 717 14 | Q.   Yes. | | | |
| 717 15 | A.   -- some of those folks are a part of that. | | | |
| 717 16 | Q.   Yeah.  That's who you dealt with when you | | | |
| 717 17 | were contracting with the government? | | | |
| 717 18 | A.   With Tom Sidor and some people that were | | | |
| 717 19 | in that DSCP entity. | | | |
| **720:1 - 722:16   Myers, Brian 12-13-2019** | | **Re: [720:1-722:12]** Def Objection - MIL 6; Hearsay (801, 802); Prejudice (403); Foundation (602) | **Re: [720:1-722:12]** Baker MIL 1 | **SUSTAINED** |
| 720 1 | Q.   And then she -- No. 13, she interviewed | | | |
| 720 2 | Commander Joel Bealer, Deputy Director of Safety and | | | |
| 720 3 | Occupational Health at the Bureau of Medicine, Falls | | | |

720 4      Church, Virginia.
720 5      Do you see that?
720 6      A.   I do.  That's Item 13.
720 7      Q.   And then 14, she interviewed Mr. Brian
720 8      Hobbs, an audiologist.
720 9      Do you see that?
720 10     A.   I do see that.
720 11     Q.   All right.  And then I want you to flip
720 12     over -- I'm not going to finish the rest of it, but if
720 13     you go to the next page under Status, it says that:
720 14     "This is a Final Report.  This
720 15     investigation was conducted jointly with the Defense
720 16     Criminal Investigative Service, case control
720 17     No. 2016001951."
720 18     Do you see that?
720 19     A.   I do see that.
720 20     Q.   I want you to flip over to it's
720 21     P1079.23 -- ending in 236, .236.  I'm sorry.  Start on
720 22     .234 because it is going to identify who is being
720 23     interviewed.
720 24     Do you know Chuck Jokel, a noise control
720 25     engineer at the U.S. Army Public Health Center Hearing
721 1      Program at the Aberdeen Proving Ground?
721 2      A.   I do not recall that name.
721 3      Q.   What about Lieutenant Colonel Martin
721 4      "Marty" Robinette, Division Chief, U.S. Public Health
721 5      Center, Army Hearing Program, Aberdeen Proving
Ground?
721 6      A.   That seems more familiar, but honestly, I
721 7      don't recall it.
721 8      Q.   Okay.  If you flip over to the third
721 9      page of their interview.
721 10     A.   Which is?
721 11     Q.   Ending in 236.  Excuse me.
721 12     And midway through, it says:
721 13     "At this point in the interview, Bates
721 14     Number 3M00005285-5290, Test Report dated July 10th,
721 15     July 2000, was shown to both Mr. Jokel and Lieutenant
721 16     Colonel Robinette.  After reviewing they advised that

| | | | |
|---|---|---|---|
| 721 17   the test report demonstrates there were differences | | | |
| 721 18   based on the way the earplug was inserted and that the | | | |
| 721 19   fit of the earplug is critical." | | | |
| 721 20   10th -- July 10th, 2000, is the date of | | | |
| 721 21   the flange report, isn't it, Mr. Myers? | | | |
| 721 22   A.   Thank you. | | | |
| 721 23   Q.   Just verify that that's the date? | | | |
| 721 24   A.   Yes, yes, that is -- that's the date on | | | |
| 721 25   the flange report. | | | |
| 722 1   Q.   Okay.  The second paragraph -- the third | | | |
| 722 2   paragraph in the block section says: | | | |
| 722 3   "Both Mr. Jokel and Lieutenant Colonel | | | |
| 722 4   Robinette agreed that the U.S. Government should know | | | |
| 722 5   that there were differences in the NRR with all of the | | | |
| 722 6   tests.  The manufacturer needs to be on the level with | | | |
| 722 7   the U.S. Government so that they (the military) can | | | |
| 722 8   take appropriate remediation steps for the service | | | |
| 722 9   members, including advising soldiers on the proper way | | | |
| 722 10   to fit the earplugs." | | | |
| 722 11   Do you see that? | | | |
| 722 12   A.   I do see that.  You read that accurately. | | | |
| 722 13   Q.   Yeah. | | | |
| 722 14   Do you agree that the United States | | | |
| 722 15   Government is entitled to know the information that | | | |
| 722 16   Mr. Jokel and Lieutenant Robinette are talking about? | | | |
| **722:20 - 722:22   Myers, Brian 12-13-2019** | | | |
| 722 20   A.   Again, I thought that there was a | | | |
| 722 21   technical collaboration between the military group and | | | |
| 722 22   our technical group. | | | |
| **727:5 - 727:5   Myers, Brian 12-13-2019** | | Re: [727:5-727:5] | **SUSTAINED** |
| 727 5   Q.   What about you? | | cumulative, 403 | |
| **727:9 - 727:13   Myers, Brian 12-13-2019** | | Re: [727:9-727:13] | **SUSTAINED** |
| 727 9   A.   I thought Dr. Ohlin was -- understood a | | cumulative, 403 | |
| 727 10   lot about how the hearing protection and needs for | | | |
| 727 11   communication in the military worked and I could | | | |
| 727 12   certainly see why he would be valuable to -- to have | | | |
| 727 13   in the company. | | | |
| **728:1 - 728:11   Myers, Brian 12-13-2019** | Re: [728:8-728:18] | | **OVERRULED** |
| 728 1   Q.   Okay.  And Mr. Ohlin actually finished his | Def Objection - Foundation (602); | | |

| | | | | |
|---|---|---|---|---|
| 728 2 | career at your company, didn't he? | Prejudice (403); attorney colloquy (401, 402) | | |
| 728 3 | A.   So my understanding was he was a | | | |
| 728 4 | consultant for a period of time and then I had learned | Re: [728:9-729:1] | | |
| 728 5 | that he passed away, so I don't know if he retired | Def Objection - Prejudice (403), | | |
| 728 6 | from Aearo or I don't know if he passed away while he | Argumentative (403) | | |
| 728 7 | was still consulting for us.  I don't know. | | | |
| 728 8 | Q.   So the only person in this case that can | | | |
| 728 9 | refute your company's claim that they told Ohlin about | | | |
| 728 10 | the results of the flange report went to work for your | | | |
| 728 11 | company and is now dead, right? | | | |
| **728:15 - 729:1** | **Myers, Brian 12-13-2019** | Re: [728:8-728:18] | | **OVERRULED** |
| 728 15 | A.   Again, I don't -- I don't know.  Certainly | Def Objection - Foundation (602); | | |
| 728 16 | he would be one that could validate or refute such | Prejudice (403); attorney colloquy | | |
| 728 17 | a -- such a claim, but I don't know that he is the | (401, 402) | | |
| 728 18 | only one. | Re: [728:9-729:1] | | |
| 728 19 | BY MR. SEAN TRACEY: | Def Objection - Prejudice (403), | | |
| 728 20 | Q.   Well, tell me who else we can go talk to | Argumentative (403) | | |
| 728 21 | to verify what you and other witnesses have said about | | | |
| 728 22 | what you told the military about the flange report, | | | |
| 728 23 | somebody will contradict this criminal investigation | | | |
| 728 24 | that lasted two years? | | | |
| 728 25 | A.   I -- I don't -- I don't have a name or | | | |
| 729 1 | somebody that I could identify for you. | | | |
| **736:2 - 737:1** | **Myers, Brian 12-13-2019** | | Re: [736:2-737:1] | **OVERRULED** |
| 736 2 | Q.   Okay.  Exhibit 66, this is a letter from | | 401; 403; 602; 701 | |
| 736 3 | Michael McLain who the letter tells me is the Chairman | | | |
| 736 4 | and President and CEO or was at least at one time of | | | |
| 736 5 | Aearo Company. | | | |
| 736 6 | Do you remember him? | | | |
| 736 7 | A.   Yes, I do. | | | |
| 736 8 | Q.   And was he the Chairman, President and CEO | | | |
| 736 9 | during your tenure? | | | |
| 736 10 | A.   I recall that he was the President and | | | |
| 736 11 | CEO, but I'll believe his name block is accurate. | | | |
| 736 12 | Q.   Okay.  And look at No. 3 in the second | | | |
| 736 13 | section here.  This section starts:  "Second, I want | | | |
| 736 14 | to clarify Aearo's position regarding the elements of | | | |
| 736 15 | gree" -- "agreement in your e-mail." | | | |
| 736 16 | And No. 3 says:  "Aearo supports that new | | | |

| | | | | |
|---|---|---|---|---|
| 736 17 | products rated above the designated ceiling must | | | |
| 736 18 | receive the rating based on testing with an outside | | | |
| 736 19 | lab" -- "testing laboratory.  It goes without saying | | | |
| 736 20 | that Aearo supports that multiple testing attempts | | | |
| 736 21 | with the same product are not allowed because this is | | | |
| 736 22 | prohibited by the EPA.  Further, when multiple tests | | | |
| 736 23 | are conducted, we must all agree and have EPA approval | | | |
| 736 24 | for the proper NRR labeling protocol." | | | |
| 736 25 | Were you aware this was your CEO's | | | |
| 737 1 | position and your company position in 2002? | | | |
| **737:5 - 737:11   Myers, Brian 12-13-2019** | | | **Re: [737:5-737:5]** | **OVERRULED** |
| 737 5 | A.   I have not seen this document, so I'm not. | | 401; 403; 602; 701 | |
| 737 6 | BY MR. SEAN TRACEY: | | **Re: [737:7-737:11]** | |
| 737 7 | Q.   No, no, I didn't ask you if you have seen | | 602 | |
| 737 8 | the document.  My question was whether you were aware | | | |
| 737 9 | in 2002 with respect to testing multiple testing | | | |
| 737 10 | attempts with the same product your company believed | | | |
| 737 11 | it was prohibited by the EPA? | | | |
| **737:15 - 737:16   Myers, Brian 12-13-2019** | | | **Re: [737:15-737:16]** | **OVERRULED** |
| 737 15 | A.   Well, I was not aware that that was our | | 602 | |
| 737 16 | position. | | | |
| **738:13 - 739:2   Myers, Brian 12-13-2019** | | | **Re: [738:13-739:2]** | **SUSTAINED** |
| 738 13 | Q.   Okay.  You mentioned in defense of your | | cumulative, 403 | |
| 738 14 | company, oh, a few minutes ago before the break -- or | | | |
| 738 15 | you alluded to I think the wallet cards. | | | |
| 738 16 | Do you remember that? | | | |
| 738 17 | A.   I think we were talking about | | | |
| 738 18 | collaboration in terms of, you know, why did I believe | | | |
| 738 19 | that there was some collaboration? | | | |
| 738 20 | Q.   Yes. | | | |
| 738 21 | A.   And, yes, there was a wallet card that | | | |
| 738 22 | Dr. Ohlin asked us if we had any input on. | | | |
| 738 23 | Q.   Yeah.  If Dr. Ohlin were to bring that up, | | | |
| 738 24 | it's exhibit -- | | | |
| 738 25 | MR. SEAN TRACEY:  What's the next Exhibit | | | |
| 739 1 | number? | | | |
| 739 2 | MR. OLIVIO:  67. | | | |
| **739:4 - 739:11   Myers, Brian 12-13-2019** | | | **Re: [739:4-739:11]** | **SUSTAINED** |
| 739 4 | Q.   It is going to be Exhibit 67.  It is an | | cumulative, 403 | |

| | | | | |
|---|---|---|---|---|
| 739 5    e-mail from Dr. Ohlin to you and others about that<br>739 6    very fact.<br>739 7    (WHEREUPON, a certain document was<br>739 8    marked Brian Myers Deposition Exhibit<br>739 9    No. 67, for identification, as of<br>739 10    12-13-2019.)<br>739 11    BY MR. SEAN TRACEY: | | | | |

| 739:12 - 742:21   Myers, Brian 12-13-2019 | Re: [739:12-742:21] | | Re: [739:12-742:21] | SUSTAINED |
|---|---|---|---|---|
| 739 12    Q.   Now, you have seen this document in<br>739 13    preparation for your deposition, haven't you?<br>739 14    A.   Yes, I've seen this document.<br>739 15    Q.   Okay.  And this is -- this is actually I'm<br>739 16    sure one of the things that you were alluding to in<br>739 17    terms of collaboration between you and Dr. Ohlin or<br>739 18    your company and Dr. Ohlin, right?<br>739 19    A.   Yes, this is one of the things I was<br>739 20    referring to.<br>739 21    Q.   And this has -- it is from Dr. Ohlin and<br>739 22    it's sent to a variety of people including Elliott<br>739 23    Berger at your company, Tim McNamara at your company,<br>739 24    Brian Myers, you, at your company.<br>739 25    Armand Dancer is also copied, isn't he?<br>740 1    A.   I see all of those people copied there as<br>740 2    well as some other folks it looks like from the<br>740 3    military.<br>740 4    Q.   Eric Fallon is also copied, isn't he?<br>740 5    A.   Yes, he is.<br>740 6    Q.   Eric Fallon was at the -- as at the -- at<br>740 7    CHPPM also, wasn't he?<br>740 8    A.   I don't know where Eric Fallon came from.<br>740 9    Q.   You knew he came --<br>740 10    A.   I know he -- I know he was in the<br>740 11    military.<br>740 12    Q.   And now where does he work?<br>740 13    A.   He does work at -- at 3M now.<br>740 14    Q.   He actually took Doug Fallon's position,<br>740 15    didn't he, when he left?<br>740 16    A.   Do you mean -- | Plt Objection - improper counter<br>per PTO 64; cumulative | | 403, 602, speculation, 802 | |

740 17   Q.   Doug Ohlin, sorry, Doug Ohlin's position?
740 18   A.   I don't know that it was a one for one
740 19   that he took Doug's position.  I do just know that
740 20   Eric works for 3M today.
740 21   Q.   And he left the military and came right to
740 22   work for you, didn't he?
740 23   A.   I don't know.  I don't have -- I don't
740 24   recall that I have knowledge of that.
740 25   Q.   Okay.  In any event, what's going on here
741 1   is Doug Ohlin is asking for your input on these wallet
741 2   cards that the subject is Combat Arms Earplug cards,
741 3   he attaches this attachment PDF.  He says:  "These
741 4   will be wallet-sized, laminated cards to be issued
741 5   with the earplugs.  Any comments other than the need
741 6   to correct the NSN for the double-ended plug to" that
741 7   number?
741 8   Do you see that?
741 9   A.   I do see those words on this e-mail.
741 10   Q.   And let's flip over and look at the
741 11   attachment because the attachment I think is
741 12   important.
741 13   This -- this part of the wallet card, this
741 14   section has a quote from a soldier in Iraq, doesn't
741 15   it?
741 16   "Combat Arms Earplugs work great in this
741 17   environment.  They probably made the difference
741 18   between eardrum/hearing damage and not.  They
741 19   definitely allow you to mentally recover quickly so
741 20   you are able to deal with your situation versus
741 21   standing around like a stunned mullet for a while."
741 22   Do you see that?
741 23   A.   I see that quote.
741 24   Q.   And then there is a section on ordering,
741 25   which says:  "Double-ended earplugs (which fit most of
742 1   adult population)" and then "Single-ended plugs (for
742 2   smallest ear canals)," and then we have a fact sheet
742 3   referenced and a place to go get it, right?
742 4   A.   That's -- that looks accurate as to what's
742 5   on that side of the card.

| | | | |
|---|---|---|---|
| 742 6    Q.   All right.  And then flip over and we have<br>742 7    a picture of an ear there at the top left, right?  And<br>742 8    it says: "Combat Arms Earplug.  Insert yellow plugs<br>742 9    for weapons fire to protect hearing and to hear<br>742 10    between firings.  Insert green plugs for noise in and<br>742 11    around aircraft, noisy vehicles and watercraft.  Check<br>742 12    proper fit by gently tugging on plugs for tension."<br>742 13    And No. 2, it says:  "For very large ear canals, fold<br>742 14    opposing plug back."<br>742 15    Do you see that?<br>742 16    A.   Yeah, that's the second bullet -- or the<br>742 17    fourth bullet, I guess, on the page.<br>742 18    Q.   Is that one of the facts that you are<br>742 19    using to support your claim that somebody in technical<br>742 20    talked to Doug Ohlin about the contents of the flange<br>742 21    report? | | | |
| **742:25 - 743:5   Myers, Brian 12-13-2019**<br>742 25    A.   So it seems that from that comment that<br>743 1    the military technical group and Dr. Ohlin were aware<br>743 2    of this technical concern that got brought forward<br>743 3    because in the report that we just read from, Ron<br>743 4    Kieper and I think Elliott was on it as well, they<br>743 5    talked about rolling the flange back as well. | **Re: [742:25-743:5]**<br>Plt Objection - improper counter<br>per PTO 64; cumulative | **Re: [742:25-743:5]**<br>403, 602, speculation, 802 | **SUSTAINED** |
| **743:10 - 743:18   Myers, Brian 12-13-2019**<br>743 10    Q.   Can you answer my question?<br>743 11    A.   So, yes, I see both -- the commonality<br>743 12    between both of the technical -- the Aearo technical<br>743 13    report and the -- this wallet card that was created by<br>743 14    the military technical people, and to me it -- it<br>743 15    seems that there is a linkage there, that there is<br>743 16    a --<br>743 17    Q.   Yeah, I can see that.<br>743 18    A.   -- similar idea. | **Re: [743:10-743:18]**<br>Plt Objection - improper counter<br>per PTO 64; cumulative | **Re: [743:10-743:18]**<br>403, 602, speculation,<br>nonresponsive | **SUSTAINED** |
| **744:5 - 744:12   Myers, Brian 12-13-2019**<br>744 5    Q.   I know you don't.  You already told me<br>744 6    that.<br>744 7    A.   I'm sorry.<br>744 8    Q.   Do you remember my question?<br>744 9    A.   I thought that was your question. | **Re: [744:5-744:12]**<br>Plt Objection - improper counter<br>per PTO 64; cumulative | **Re: [744:5-744:12]**<br>403 | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 744 10    Q.   No.  My question was:  It seems like a<br>744 11    very good question to know the answer to given what's<br>744 12    on this wallet card, doesn't it? | | | |
| **744:16 - 744:21   Myers, Brian 12-13-2019**<br>744 16    A.   So my understanding of the -- the process<br>744 17    within the military, again, is that when you wore a<br>744 18    plug like this, it was supposed to be fitted, and<br>744 19    based on this wallet card, it would make sense that<br>744 20    that fitter would advise you whether or not you were<br>744 21    in that group that needed to take that action. | **Re: [744:16-744:21]**<br>Plt Objection - improper counter<br>per PTO 64; cumulative | **Re: [744:16-744:21]**<br>403, 602, foundation, speculation | **SUSTAINED** |
| **744:24 - 745:5   Myers, Brian 12-13-2019**<br>744 24    Q.   But I'm going to explore that with you<br>744 25    because you bring up a good point.<br>745 1    If the people that are getting -- doing<br>745 2    the fitting believe that only those with very large<br>745 3    ear canals need the folges flanded -- the flanges<br>745 4    folded back, that's all who is going to get the<br>745 5    flanges folded back, right? | **Re: [744:24-745:5]**<br>Plt Objection - improper counter<br>per PTO 64; cumulative | **Re: [744:24-745:5]**<br>colloquy, 402, 403 | **SUSTAINED** |
| **745:9 - 745:12   Myers, Brian 12-13-2019**<br>745 9    A.   So I -- I wasn't in the military, I wasn't<br>745 10    their present for any of the training, so I don't know<br>745 11    how soldiers were directed, what they were directed to<br>745 12    do. | **Re: [745:9-745:12]**<br>Plt Objection - improper counter<br>per PTO 64; cumulative | **Re: [745:9-745:12]**<br>403, 602, foundation, speculation | **SUSTAINED** |
| **745:14 - 745:20   Myers, Brian 12-13-2019**<br>745 14    Q.   Can you answer my question?<br>745 15    A.   This -- this is a card that was created by<br>745 16    the military.  If they were going to only -- only<br>745 17    ensure that just very large ear canals folded back the<br>745 18    opposing flange, that's something you'd have to ask<br>745 19    them.  I don't know how they trained the soldiers in<br>745 20    terms of wearing. | | **Re: [745:14-745:20]**<br>cumulative, 403, 602,<br>foundation, speculation | **SUSTAINED** |
| **748:25 - 749:1   Myers, Brian 12-13-2019**<br>748 25    Q.   Should somebody have corrected Doug,<br>749 1    somebody from your company? | **Re: [748:25-749:1]**<br>Plt Objection - nonresponsive | **Re: [748:25-749:1]**<br>vague, 602, speculation | **SUSTAINED** |
| **749:5 - 749:11   Myers, Brian 12-13-2019**<br>749 5    A.   Again, I was relying on when technical<br>749 6    created that concern that they would have interacted<br>749 7    with the technical group from the military and Doug's | **Re: [749:5-749:11]**<br>Plt Objection - nonresponsive | **Re: [749:5-749:11]**<br>vague, 602, speculation, 403 | **SUSTAINED** |

| | | | | | |
|---|---|---|---|---|---|
| 749 8 | direction is wallet card and the training in the | | | | |
| 749 9 | military would have reflected not just that input but | | | | |
| 749 10 | the experience that they had had with soldiers at that | | | | |
| 749 11 | time. | | | | |
| **750:3 - 751:3** | **Myers, Brian 12-13-2019** | Re: [750:3-751:3] | | Re: [750:3-751:3] | SUSTAINED |
| 750 3 | Q.   I have no idea what that means. | Plt Objection - improper counter | | vague, 602, speculation, 403, | |
| 750 4 | A.   So you asked me if somebody should have | per PTO 64; cumulative | | compound | |
| 750 5 | corrected the wallet card. | | | | |
| 750 6 | Q.   Yes. | | | | |
| 750 7 | A.   And my answer is that I don't know that | | | | |
| 750 8 | the wallet card needed to be corrected.  My | | | | |
| 750 9 | understanding is that the technical group would have | | | | |
| 750 10 | interacted with Dr. Ohlin and maybe others within the | | | | |
| 750 11 | military and from the benefit of that knowledge he | | | | |
| 750 12 | would have created that wallet card. | | | | |
| 750 13 | Q.   Yeah, but you -- | | | | |
| 750 14 | A.   I don't -- | | | | |
| 750 15 | Q.   Yeah, go ahead.  Go ahead and finish. | | | | |
| 750 16 | A.   I don't see -- so, for example, you asked | | | | |
| 750 17 | about medium and large ear canals.  I don't see those | | | | |
| 750 18 | called out here, but my belief was that there was a | | | | |
| 750 19 | technical interaction and ultimately when this card | | | | |
| 750 20 | came out, even though it might not have said that, | | | | |
| 750 21 | that it accounted for whatever this technical | | | | |
| 750 22 | resolution would have been to the issue. | | | | |
| 750 23 | Q.   Why do you think that?  Do you have any | | | | |
| 750 24 | evidence of that? | | | | |
| 750 25 | A.   Because I thought the technical group of | | | | |
| 751 1 | my company and the technical group of the military | | | | |
| 751 2 | were -- were sharing information and talking with each | | | | |
| 751 3 | other. | | | | |
| **752:18 - 752:22** | **Myers, Brian 12-13-2019** | | | | |
| 752 18 | Q.   If we were going to have an open and | | | | |
| 752 19 | honest exchange of information and we are a couple of | | | | |
| 752 20 | technical people just trying to get our jobs done, why | | | | |
| 752 21 | in the world wouldn't we see the transmission of the | | | | |
| 752 22 | flange report to Doug Ohlin? | | | | |
| **753:1 - 753:8** | **Myers, Brian 12-13-2019** | | | Re: [753:7-753:8] | OVERRULED |
| 753 1 | A.   Again, I don't recall -- you asked me.  I | | | 602; 403; Baker MIL 1 | |

| | | | | |
|---|---|---|---|---|
| 753 2<br>753 3<br>753 4<br>753 5<br>753 6<br>753 7<br>753 8 | don't recall seeing that the flange report was shared<br>with them, but to me that doesn't mean it wasn't<br>shared with them.  It just meant that at least I don't<br>recall having seen that.<br>BY MR. SEAN TRACEY:<br>Q.   Boy, the Feds sure don't think it was<br>shared, do they? | | | |
| **753:12 - 753:13   Myers, Brian 12-13-2019** | | | **Re: [753:12-753:13]** | **OVERRULED** |
| 753 12<br>753 13 | A.   So the paragraph that you directed me to<br>in that report, you are right, draws that conclusion. | | 602; 403; Baker MIL 1 | |
| **754:12 - 754:18   Myers, Brian 12-13-2019** | | | **Re: [754:12-754:18]** | **SUSTAINED** |
| 754 12<br>754 13<br>754 14<br>754 15<br>754 16<br>754 17<br>754 18 | Q.   You mentioned -- you mentioned that you<br>expected the United States Army, and I guess other<br>branches of the military who were purchasing your<br>product, you expected them to do training of their<br>soldiers, right?<br>A.   It was my understanding that the military<br>did -- did training of those soldiers. | | 602, speculation, 403 | |
| **757:10 - 757:16   Myers, Brian 12-13-2019** | | | **Re: [757:10-757:14]** | **OVERRULED** |
| 757 10<br>757 11<br>757 12<br>757 13<br>757 14<br>757 15<br>757 16 | Q.   How many times do you think you said "I've<br>relied on technical" in the past two days?<br>A.   Quite a number.<br>Q.   How many do you think, a couple hundred?<br>A.   I don't know.<br>Q.   Elliott Berger pointed the finger at you.<br>Did you know that? | | 401; 403<br>**Re: [757:15-757:24]**<br>602, 401; 403 | |
| **757:20 - 757:24   Myers, Brian 12-13-2019** | | | **Re: [757:15-757:24]** | **OVERRULED** |
| 757 20<br>757 21<br>757 22<br>757 23<br>757 24 | A.   I don't know what that means.<br>BY MR. SEAN TRACEY:<br>Q.   That means he said he turned to you to get<br>authority to release the flange report and he could<br>find no evidence that you gave it? | | 602, 401; 403 | |
| **758:3 - 758:12   Myers, Brian 12-13-2019** | | | **Re: [758:3-758:4]** | **OVERRULED** |
| 758 3<br>758 4<br>758 5<br>758 6<br>758 7<br>758 8 | A.   Well, I -- we saw an e-mail, and, again, I<br>said I have no recollection of what my response was.<br>BY MR. SEAN TRACEY:<br>Q.   Remember we talked about crossroads?<br>A.   I recall that discussion.<br>Q.   Yeah. How much did you personally gain | | 602, 401; 403<br>**Re: [758:6-758:12]**<br>403; 401; Baker MIL 1 | |

| | | | | |
|---|---|---|---|---|
| 758 9 | when your company was sold? | | | |
| 758 10 | A.   Again, I couldn't recall the number. | | | |
| 758 11 | Q.   Do you make that kind of money all of the | | | |
| 758 12 | time? | | | |
| **758:15 - 758:17   Myers, Brian 12-13-2019** | | | **Re: [758:15-758:17]** | **OVERRULED** |
| 758 15 | Q.   Is that a routine event in your life? | | 403; 401; Baker MIL 1 | |
| 758 16 | A.   No.  It was important.  It was financially | | | |
| 758 17 | important to my family.  I said that. | | | |
| **759:8 - 759:16   Myers, Brian 12-13-2019** | | | | |
| 759 8 | Q.   Let's look at this exhibit.  This is a | | | |
| 759 9 | contract from Theresa Schulz, it's an e-mail, with a | | | |
| 759 10 | Draft Statement of Work to Doug Ohlin, a copy to Marc | | | |
| 759 11 | Santoro. | | | |
| 759 12 | Have you seen this document?  Flip over. | | | |
| 759 13 | It says it's an Agreement between Aearo Corporation | | | |
| 759 14 | and The U.S. Army Center for Health Promotion and | | | |
| 759 15 | Preventive Medicine. | | | |
| 759 16 | A.   I have seen this document or one similar. | | | |
| **759:17 - 760:17   Myers, Brian 12-13-2019** | | | **Re: [759:17-760:17]** | **OVERRULED** |
| 759 17 | Q.   When did you see it? | | 401, 402, 403, 602 | |
| 759 18 | A.   I only recall having seen it in | | | |
| 759 19 | preparation for -- | | | |
| 759 20 | Q.   Your deposition? | | | |
| 759 21 | A.   -- this deposition. | | | |
| 759 22 | Q.   What do you think of it? | | | |
| 759 23 | A.   Of the document? | | | |
| 759 24 | Q.   Yeah. | | | |
| 759 25 | A.   I think that we were trying to find a way | | | |
| 760 1 | to support the military and their training efforts. | | | |
| 760 2 | Q.   You were, weren't you? | | | |
| 760 3 | A.   I mean, that was my -- that was kind of | | | |
| 760 4 | the gist of what I took from what was going on here. | | | |
| 760 5 | Q.   Your company was contracting to train the | | | |
| 760 6 | military on how to use your company's product, right? | | | |
| 760 7 | A.   No, that's not how I saw this document.  I | | | |
| 760 8 | saw this document as we were going to try to support | | | |
| 760 9 | the military to -- to I'll say tell their story about | | | |
| 760 10 | how this product does work and -- and to do training | | | |
| 760 11 | about how to do it.  I think, if I recall correctly, | | | |

| | | | | |
|---|---|---|---|---|
| 760 12 | some of the anticipated, and I don't know if this | | | |
| 760 13 | ever -- what this ever came to, but it was based on it | | | |
| 760 14 | sounded like doing interviews with people in the | | | |
| 760 15 | military to try to collect their stories and then try | | | |
| 760 16 | to share that back in -- in some sort of a training | | | |
| 760 17 | video or training -- training documents. | | | |
| **762:21 - 762:25   Myers, Brian 12-13-2019** | | | **Re: [762:21-762:25]**<br>**MIL 15** | **SUSTAINED as to "Well let's not make up what they said." Otherwise OVERRULED.** |
| 762 21 | Q.   Okay.  Well, let's not make up what they | | | |
| 762 22 | said.  Let's look at what they actually said.  What | | | |
| 762 23 | they said -- what you said was you all were going to | | | |
| 762 24 | develop "optimal methods to train soldiers in the | | | |
| 762 25 | appropriate use of the Combat Arms Earplug," right? | | | |
| **763:3 - 764:11   Myers, Brian 12-13-2019** | | | **Re: [763:3-763:5]**<br>602; hearsay; MIL 15<br>**Re: [763:6-764:9]**<br>403; hearsay; MIL 15<br>**Re: [764:10-764:10]**<br>602; 403; MIL 15 | **OVERRULED** |
| 763 3 | Q.   That's what the words say, doesn't it? | | | |
| 763 4 | A.   So those are the words that are on Page 3 | | | |
| 763 5 | of this exhibit. | | | |
| 763 6 | Q.   Okay.  No. 2 is:  "Develop strategies to | | | |
| 763 7 | train soldiers in the appropriate use of the Combat | | | |
| 763 8 | Arms Earplugs," right? | | | |
| 763 9 | A.   Those words are on this page, yes. | | | |
| 763 10 | Q.   No. 3 is:  "Develop the training materials | | | |
| 763 11 | and tools to train soldiers in the use of" -- | | | |
| 763 12 | "appropriate use of the Combat Arms Earplug," right? | | | |
| 763 13 | A.   Those words are also on this page. | | | |
| 763 14 | Q.   And then if we flip over, just so there is | | | |
| 763 15 | no confusion about who is going to do what, it says: | | | |
| 763 16 | "Aearo Corporation will work with Army | | | |
| 763 17 | personnel to identify soldiers who have successfully | | | |
| 763 18 | used Combat Arms in the accomplishment of their | | | |
| 763 19 | mission.  Operational issues and health issues (both | | | |
| 763 20 | positive and negative) affecting use of the" -- "of | | | |
| 763 21 | the Combat Arms will be identified." | | | |
| 763 22 | And then we break up the responsibilities. | | | |
| 763 23 | First it says:  "CHPPM personnel will assist in the | | | |
| 763 24 | identification of appropriate units.  Aearo will work | | | |
| 763 25 | with local Public Affairs officers to ensure | | | |
| 764 1 | appropriate access...," and the Deliverables are: | | | |
| 764 2 | "Recommendations regarding method of training." | | | |

| | | | | |
|---|---|---|---|---|
| 764 3 | Do you see that? | | | |
| 764 4 | A.   I see all of those words on Page 4. | | | |
| 764 5 | Q.   Phase 2 says:  "Aearo Corporation will | | | |
| 764 6 | create and test strategies to train deploying soldiers | | | |
| 764 7 | on the correct use of the Combat Arms Earplug." | | | |
| 764 8 | Do you see that? | | | |
| 764 9 | A.   I do see those words on that fourth page. | | | |
| 764 10 | Q.   Did you all send Theresa Schulz the flange | | | |
| 764 11 | report before she put this together? | | | |
| **764:14 - 764:21   Myers, Brian 12-13-2019** | | | **Re: [764:14-764:15]** <br> 602; 403; MIL 15 <br> **Re: [764:17-765:1]** <br> 602; 403; MIL 15 | **OVERRULED** |
| 764 14 | A.   I don't know what we've sent -- what we | | | |
| 764 15 | sent to Theresa Schulz. | | | |
| 764 16 | BY MR. SEAN TRACEY: | | | |
| 764 17 | Q.   Do you think somebody who is training | | | |
| 764 18 | soldiers and tasked with the awesome responsibility of | | | |
| 764 19 | training combat soldiers in the appropriate use of a | | | |
| 764 20 | new and novel technology should have access to the | | | |
| 764 21 | flange report? | | | |
| **764:25 - 765:1   Myers, Brian 12-13-2019** | | | **Re: [764:17-765:1]** <br> 602; 403; MIL 15 | **OVERRULED** |
| 764 25 | A.   I would think that we would have shared | | | |
| 765 1 | with her what was appropriate. | | | |
| **765:12 - 765:14   Myers, Brian 12-13-2019** | | | **Re: [765:12-765:14]** <br> 602; vague; ambiguous; 403; <br> speculation; MIL 15 | **OVERRULED** |
| 765 12 | My question is:  Would it have been | | | |
| 765 13 | appropriate to share with Theresa Schulz the flange | | | |
| 765 14 | report given she is responsible for this task? | | | |
| **765:18 - 765:22   Myers, Brian 12-13-2019** | | | **Re: [765:18-765:22]** <br> 602; vague; ambiguous; 403; <br> speculation; MIL 15 | **OVERRULED** |
| 765 18 | A.   I think it would have been perhaps | | | |
| 765 19 | appropriate to share that report or whatever | | | |
| 765 20 | conclusion was reached by the group that tried to | | | |
| 765 21 | understand and -- and address that concern that was | | | |
| 765 22 | brought up. | | | |
| **767:20 - 768:2   Myers, Brian 12-13-2019** | | | **Re: [767:20-768:2]** <br> 401, 402, 403, 602 | **OVERRULED** |
| 767 20 | Q.   Okay. | | | |
| 767 21 | A.   -- it looks like something we were | | | |
| 767 22 | proposing. | | | |
| 767 23 | Q.   Why are you telling me maybe it got | | | |
| 767 24 | modified after that? | | | |
| 767 25 | A.   Well, I don't know if this is a final | | | |

| | | | | |
|---|---|---|---|---|
| 768 1 | version that -- that -- it looks like it was sent to | | | |
| 768 2 | Doug Ohlin, so it likely was a final version, but... | | | |
| **783:10 - 783:19   Myers, Brian 12-13-2019** | | | **Re: [783:11-784:6]**<br>401; 403; 602; Baker MIL 1 | **OVERRULED** |
| 783 10 | Well, I'm going to show you this document. | | | |
| 783 11 | This is -- this is P1430.  This is from -- | | | |
| 783 12 | MR. SEAN TRACEY:  So what exhibit number would | | | |
| 783 13 | this be? | | | |
| 783 14 | MR. OLIVIO:  That would be Exhibit 71. | | | |
| 783 15 | MR. SEAN TRACEY:  Oh, I see what you are saying. | | | |
| 783 16 | (WHEREUPON, a certain document was | | | |
| 783 17 | marked Brian Myers Deposition Exhibit | | | |
| 783 18 | No. 71, for identification, as of | | | |
| 783 19 | 12-13-2019.) | | | |
| **783:21 - 783:25   Myers, Brian 12-13-2019** | | | **Re: [783:11-784:6]**<br>401; 403; 602; Baker MIL 1 | **OVERRULED** |
| 783 21 | Q.   So this is a production document, I think, | | | |
| 783 22 | or quality assurance document.  It says the name is: | | | |
| 783 23 | "Release Specification for UltraFit Earplugs Without | | | |
| 783 24 | Through Hole.  This document will be used to inspect | | | |
| 783 25 | and release product for sale and/or further | | | |
| **784:1 - 784:1   Myers, Brian 12-13-2019** | | | **Re: [783:11-784:6]**<br>401; 403; 602; Baker MIL 1 | **OVERRULED** |
| 784 1 | processing." | | | |
| **784:2 - 784:6   Myers, Brian 12-13-2019** | | | **Re: [783:11-784:6]**<br>401; 403; 602; Baker MIL 1 | **OVERRULED** |
| 784 2 | Do you see that? | | | |
| 784 3 | A.   I see those words on this document. | | | |
| 784 4 | Q.   Have you ever seen this document before? | | | |
| 784 5 | A.   I don't recall ever having seen this | | | |
| 784 6 | document before. | | | |
| **784:19 - 784:24   Myers, Brian 12-13-2019** | | | **Re: [784:19-784:24]**<br>403 | **OVERRULED** |
| 784 19 | Q.   Yeah.  And the Combat Arms, the man that | | | |
| 784 20 | you went through this with, Dave Buchanan, yesterday, | | | |
| 784 21 | is -- is the two UltraFits glued together with a stem, | | | |
| 784 22 | right? | | | |
| 784 23 | A.   That's probably an oversimplification, but | | | |
| 784 24 | it is that kind of concept. | | | |
| **785:17 - 786:6   Myers, Brian 12-13-2019** | | | **Re: [785:17-786:6]**<br>Baker MIL 1; 602; 701; 401; 403 | **OVERRULED** |
| 785 17 | Q.   And then if you flip over to the next | | | |
| 785 18 | page, it gives you a place where you are supposed to | | | |
| 785 19 | visually inspect every UltraFit Plug.  And under | | | |

| | | | | |
|---|---|---|---|---|
| 785 20   11.2.1, do you see where it says:  "Obvious defects | | | | |
| 785 21   not allowed"? | | | | |
| 785 22   A.   I do see that. | | | | |
| 785 23   Q.   The second one says:  "Turned over or | | | | |
| 785 24   inverted flange," doesn't it?  It says an inverted | | | | |
| 785 25   flange -- | | | | |
| 786 1   A.   I see it, yes. | | | | |
| 786 2   Q.   -- is an obvious defect, doesn't it? | | | | |
| 786 3   A.   "Turned over inverted flange," yes. | | | | |
| 786 4   Q.   And it explains why it is an obvious | | | | |
| 786 5   defect.  It says: "Over time the flanges will stay | | | | |
| 786 6   distorted," doesn't it? | | | | |
| **786:9 - 786:15   Myers, Brian 12-13-2019** | | | **Re: [786:9-786:15]** | **OVERRULED** |
| 786 9   A.   That's what it says.  It says that. | | | Baker MIL 1; 602; 701; 401; 403 | |
| 786 10   BY MR. SEAN TRACEY: | | | | |
| 786 11   Q.   So according to your production | | | | |
| 786 12   department, if anybody had complied with your | | | | |
| 786 13   company's instructions to roll back the flange, it | | | | |
| 786 14   would have been an obvious defect because it would | | | | |
| 786 15   have caused flange distortion over time, right? | | | | |
| **786:19 - 786:21   Myers, Brian 12-13-2019** | | | **Re: [786:19-786:21]** | **OVERRULED** |
| 786 19   A.   So this document says that.  I have not | | | Baker MIL 1; 602; 701; 401; 403 | |
| 786 20   seen this document.  I don't know who authorized it or | | | | |
| 786 21   where it comes from, but it -- | | | | |
| **786:23 - 787:2   Myers, Brian 12-13-2019** | | | **Re: [786:23-787:2]** | **SUSTAINED** |
| 786 23   Q.   Well, let's look because there are people | | | 401, 402, 403 | |
| 786 24   that Elliott Berger identified for me. | | | | |
| 786 25   On Page 2 of 18, at the top it says the | | | | |
| 787 1   author is Trisha Dugan.  You know her, don't you? | | | | |
| 787 2   A.   I know Trish -- I know Trisha Dugan, yes. | | | | |
| **787:12 - 788:2   Myers, Brian 12-13-2019** | | | **Re: [787:12-788:2]** | **SUSTAINED** |
| 787 12   Q.   Okay.  Do you know who -- who Klimmek, | | | 401, 402, 403, 602 | |
| 787 13   Klun, Rabenda and Shaver are? | | | | |
| 787 14   A.   So I think I know who two of those people | | | | |
| 787 15   are. | | | | |
| 787 16   Q.   Klun and Rabenda? | | | | |
| 787 17   A.   No, I don't know a Rabenda. | | | | |
| 787 18   Q.   Okay.  Do you know who Klun is? | | | | |
| 787 19   A.   I think that's probably Bob Klun. | | | | |

| | | | |
|---|---|---|---|
| 787 20   Q.   Yep. | | | |
| 787 21   A.   Is that -- is that correct? | | | |
| 787 22   Q.   I think so.  I think that's what | | | |
| 787 23   Mr. Berger told us. | | | |
| 787 24   A.   And, again, I was just going to check the | | | |
| 787 25   date.  So 2013, I'm not sure what Bob Klun's role was | | | |
| 788 1   at that point in time.  Maybe he was the quality | | | |
| 788 2   manager at that point in time. | | | |

| | | | |
|---|---|---|---|
| **827:21 - 829:9   Myers, Brian 12-13-2019** | | **Re: [827:21-829:9]** | **SUSTAINED** |
| 827 21   Q.   Okay.  And we've projected a PowerPoint on | | cumulative, 403, scope, 611 | |
| 827 22   the screen.  Looking at slide two of the PowerPoint, | | | |
| 827 23   can you tell the jury about your work history before | | | |
| 827 24   you worked for Aearo? | | | |
| 827 25   A.   Sure.  When I graduated in 1984 I went to | | | |
| 828 1   work for General Electric in a training program in | | | |
| 828 2   manufacturing.  I was at two locations in a couple of | | | |
| 828 3   years and then took a permanent job in Louisville, | | | |
| 828 4   Kentucky for another three years.  Through the course | | | |
| 828 5   of that I was a production manager and a process | | | |
| 828 6   engineer.  And then in November of -- while I was at | | | |
| 828 7   GE, at night I went to school and got my MBA | | | |
| 828 8   ultimately from the University of Louisville. | | | |
| 828 9   In November of 1989 then I -- if you want | | | |
| 828 10   to go to the next slide, in November of 1989 then I | | | |
| 828 11   joined, at that time it was Cabot Corporation as a | | | |
| 828 12   plant manager -- or as a production manager and then a | | | |
| 828 13   plant manager for what ultimately became Cabot Safety | | | |
| 828 14   Corporation. | | | |
| 828 15   I served briefly, I think less than a | | | |
| 828 16   year, as the product line director for our respiratory | | | |
| 828 17   products and then moved into a product manager | | | |
| 828 18   position with passive hearing protection that we've | | | |
| 828 19   discussed.  And I -- I was in that, a role like that, | | | |
| 828 20   other things got added to it, but through 2008. | | | |
| 828 21   And then in 2008, 3M acquired our -- our | | | |
| 828 22   Aearo Corporation, and I was a portfolio manager then | | | |
| 828 23   from that point until January of 2011 when I really | | | |
| 828 24   left the passive hearing business and did a what's | | | |
| 828 25   called lean six sigma assignment and then for another | | | |

| | | | |
|---|---|---|---|
| 829 1 two and I think a quarter years. So that was two<br>829 2 years and then for another two and a quarters years I<br>829 3 managed some product lines that were not hearing or --<br>829 4 or associated with hearing. And ultimately then at<br>829 5 that point then I got the passive hearing business and<br>829 6 a number of other businesses back. And to this day<br>829 7 now I manage -- I think I have six businesses that I<br>829 8 manage and one of them is passive hearing products<br>829 9 business. | | | |
| **829:15 - 830:16   Myers, Brian 12-13-2019**<br>829 15    Q.   Let's mark the next exhibit as Exhibit 33.<br>829 16    Can you tell us what the next exhibit is, sir?  Sorry.<br>829 17    Exhibit 77.<br>829 18    A.   This is from my files.  It's an<br>829 19    announcement about a new organization from<br>829 20    November 21st, 2006.<br>829 21    Q.   And what is the date of this organization,<br>829 22    the day of this announcement?<br>829 23    A.   November 20th, 2006.<br>829 24    Q.   What is the title of the announcement?<br>829 25    A.   "North American Military Strategic<br>830 1    Business Unit Formed; North America Peltor<br>830 2    Communications Restructured."<br>830 3    Q.   Okay.  Can you read the first two<br>830 4    sentences of page -- the third paragraph on Page 2 of<br>830 5    the announcement?<br>830 6    A.   Certainly.<br>830 7    "The formation of the military SBU<br>830 8    requires us to restructure the North American<br>830 9    industrial passive hearing and communications<br>830 10    businesses.  Responsibility for Peltor Communications<br>830 11    in the industrial channel will transfer to Brian<br>830 12    Myers, who has been named Vice President, Hearing<br>830 13    Conservation Products."<br>830 14    Q.   And the date of -- what is the date of<br>830 15    this document?<br>830 16    A.   November 20th, 2006. | **Re: [829:15-830:16]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802; 611;<br>cumulative. | **Re: [829:15-830:16]**<br>improper counter designation,<br>scope, 611 | **SUSTAINED** |
| **834:4 - 834:14   Myers, Brian 12-13-2019**<br>834 4    Q.   Did you have responsibility for | **Re: [834:4-834:14]**<br>Plt Objection - improper counter | **Re: [834:4-834:14]**<br>403 | **SUSTAINED** |

| | | |
|---|---|---|
| 834 5   interacting with the military regarding CAE, the<br>834 6   Combat Arms Version 2 on the marketing side?<br>834 7   A.   I did.<br>834 8   Q.   Did others interact with the military<br>834 9   regarding the Combat Arms Version 2 on the technical<br>834 10   side?<br>834 11   A.   They did.<br>834 12   Q.   And is it your understanding that the<br>834 13   technical people from Aearo or 3M interacted with<br>834 14   technical people from the military? | per PTO 64; 602; 802; 611;<br>cumulative. | |

| 834:17 - 834:17   Myers, Brian 12-13-2019 | Re: [834:17-834:17] | Re: [834:17-834:17] | SUSTAINED |
|---|---|---|---|
| 834 17   A.   That was my understanding. | Plt Objection - improper counter<br>per PTO 64; 602; 802; 611;<br>cumulative. | 403 | |

| 834:19 - 834:22   Myers, Brian 12-13-2019 | Re: [834:19-834:22] | Re: [834:19-834:22] | SUSTAINED |
|---|---|---|---|
| 834 19   Q.   And in terms of what you observed from<br>834 20   e-mails, did you identify any individual from the<br>834 21   military with technical who interacted with the Aearo<br>834 22   or 3M technical people? | Plt Objection - improper counter<br>per PTO 64; 602; 802; 611;<br>cumulative. | 403 | |

| 834:25 - 835:1   Myers, Brian 12-13-2019 | Re: [834:25-835:1] | Re: [834:25-835:1] | SUSTAINED |
|---|---|---|---|
| 834 25   A.   Dr. Ohlin was the -- is the one that comes<br>835 1   to mind. | Plt Objection - improper counter<br>per PTO 64; 602; 802; 611;<br>cumulative. | 403 | |

| 835:17 - 837:10   Myers, Brian 12-13-2019 | Re: [835:17-837:10] | | SUSTAINED |
|---|---|---|---|
| 835 17   So if you could identify first what we've<br>835 18   marked as Exhibit 78?<br>835 19   A.   The e-mail is from me, the subject is the<br>835 20   "Letter for Combat Arms Earplug," there is an<br>835 21   attachment, and it appears to be a forwarded message<br>835 22   that came from Doug Ohlin and there is a Belva Hoffman<br>835 23   at Fort Detrick who is -- is it's to and he copied me<br>835 24   on this.<br>835 25   Q.   Okay.  So in the April 12th, 1999, e-mail<br>836 1   from Doug Ohlin to you and others dated April 12th,<br>836 2   1999, could you read the subject line and the content<br>836 3   of that e-mail, please?<br>836 4   A.   It's: "Re:  Forward:  A letter for Combat<br>836 5   Arms Earplug.<br>836 6   "Belva:  There are at least three reasons | Plt Objection - improper counter<br>per PTO 64; 602; 802; 611;<br>cumulative. | | |

| | | | |
|---|---|---|---|
| 836 7   why they are going to have to shorten the production<br>836 8   samples I sent you.<br>836 9   "1. So they fit in the standard case.<br>836 10   "2. To minimize wind noise.<br>836 11   "3. To be compatible with the Kevlar<br>836 12   helmet when the chinstrap is fastened."<br>836 13   "The last one is a show stopper if we<br>836 14   can't get the modification.<br>836 15   Signed "Doug."<br>836 16   Q.   Did Mr. Ohlin's e-mail also include an<br>836 17   attachment?<br>836 18   A.   It did, which I believe is also attached.<br>836 19   Q.   So if you go to the page that has at the<br>836 20   top -- the third to last page, what's the -- what's<br>836 21   the heading on that page?<br>836 22   A.   "Justification for a Nonlinear Earplug<br>836 23   (Combat Arms Earplug)."<br>836 24   Q.   And can you read the fourth paragraph and<br>836 25   what's included -- what Mr. -- Dr. Ohlin included as<br>837 1   an attachment to the e-mail dated April 12th, 1999, to<br>837 2   you and others?<br>837 3   A.   Of course.<br>837 4   "The American" -- he writes:  "The<br>837 5   American military's contribution in this development<br>837 6   effort has been to recommend an American-made earplug,<br>837 7   the UltraFit, to house the French filter, the color<br>837 8   scheme and blast overpressure testing.  The<br>837 9   single-sized UltraFit should accommodate most of our<br>837 10   Combat Arms users." | | | |
| **838:3 - 838:8**  **Myers, Brian 12-13-2019**<br>838 3   Q.   Could you read your e-mail to Dr. Ohlin,<br>838 4   April 8th, 1999, letter for Combat Arms Earplug, the<br>838 5   first sentence of the second paragraph?<br>838 6   A.   "I spoke with Dick Knauer who believes<br>838 7   that we can probably shorten the plug by the quarter<br>838 8   inch required to fit your current container." | Re: [838:3-838:8]<br>Plt Objection - improper counter<br>per PTO 64; 602; 802; 611;<br>cumulative. | Re: [838:3-838:8]<br>402, 403 | SUSTAINED |
| **838:16 - 838:21**  **Myers, Brian 12-13-2019**<br>838 16   Q.   We've marked the next exhibit as<br>838 17   Exhibit 79.  Could you please identify this? | Re: [838:16-838:21]<br>Plt Objection - improper counter | Re: [838:16-838:21]<br>611, 402, 403 | SUSTAINED |

| | | | | |
|---|---|---|---|---|
| 838 18 | A.   These are notes from April the 9th, 1999, | per PTO 64; 602; 802; | | |
| 838 19 | from Annette Shaver of the design review meeting, | cumulative. | | |
| 838 20 | addressed to Rob Bomke, Dick Knauer, Brian Myers, | | | |
| 838 21 | Gordon Grogan, Steve Todor and Bob Zielinski. | | | |
| **839:10 - 840:7** | **Myers, Brian 12-13-2019** | **Re: [839:10-840:7]** | **Re: [839:10-840:7]** | **SUSTAINED** |
| 839 10 | Q.   Were you a recipient of the memo on the | Plt Objection - improper counter | 611, 402, 403 | |
| 839 11 | second page? | per PTO 64; 602; 802; | | |
| 839 12 | A.   I was listed as a recipient. | cumulative. | | |
| 839 13 | Q.   That's you, Brian Myers? | | | |
| 839 14 | A.   That is me. | | | |
| 839 15 | Q.   And what is the subject of the memo? | | | |
| 839 16 | A.   "Design review." | | | |
| 839 17 | Q.   And what does the first sentence say under | | | |
| 839 18 | Design Review? | | | |
| 839 19 | A.   "A design review meeting was held on 9" -- | | | |
| 839 20 | "on Friday, April 9th, to review the following product | | | |
| 839 21 | from meeting" -- "from marketing and technical. | | | |
| 839 22 | Combat Arms Earplugs." | | | |
| 839 23 | Q.   Okay.  And then if you could read the | | | |
| 839 24 | portions that under Product Design (Preliminary) from | | | |
| 839 25 | the design review memo of April 9th, 1999? | | | |
| 840 1 | A.   This -- this paragraph says:  "The | | | |
| 840 2 | Technical Department provided samples of the products | | | |
| 840 3 | along with Aearo drawings.  The length of the earplug, | | | |
| 840 4 | once assembled, was discussed.  It has been requested | | | |
| 840 5 | by the military that the earplug fit into a case, | | | |
| 840 6 | which is in current use by the military, this would | | | |
| 840 7 | require reducing the length by one-fourth of an inch." | | | |
| **840:14 - 841:9** | **Myers, Brian 12-13-2019** | **Re: [840:14-840:14]** | **Re: [840:14-841:9]** | **SUSTAINED** |
| 840 14 | Q.   Can you identify Exhibit 80? | Plt Objection - improper counter | 611, 402, 403 | |
| 840 15 | A.   It's from Dr. Ohlin, dated June 29th, | per PTO 64; 602; 802; | | |
| 840 16 | 1999, to me regarding the purchase of Combat Arms | cumulative. | | |
| 840 17 | Earplugs. | | | |
| 840 18 | Q.   Could you read the first four -- four | | | |
| 840 19 | sentences of the e-mail or enough of the e-mail to get | | | |
| 840 20 | to the sentence relating to purchase a thousand pair, | | | |
| 840 21 | the June 29th, 1999, e-mail from Doug Ohlin to you? | | | |
| 840 22 | A.   Sure. | | | |
| 840 23 | "Brian, the fund side has arrived" -- | | | |

| | | | |
|---|---|---|---|
| 840 24   "fund cite has arrived and the paperwork has been<br>840 25   forwarded to purchase 1,000 earplugs for John King in<br>841 1   Italy.  His address was included for the shipment.<br>841 2   Meanwhile, our command is hosting a Force Health<br>841 3   Protection conference in Atlanta, 23 through 27<br>841 4   August.  So far 786 attendees have signed up.  All<br>841 5   three Surgeon Generals are supposed to be there.  This<br>841 6   will be a great opportunity to introduce a large<br>841 7   number of medical folks to this new earplug.  Bottom<br>841 8   line, I also want to purchase 1,000 pairs to hand out<br>841 9   at our static display." | | | |
| **841:16 - 841:24   Myers, Brian 12-13-2019**<br>841 16   Q.   Can you identify Exhibit 81?<br>841 17   MR. BUCHANAN:  Thank you.<br>841 18   BY THE WITNESS:<br>841 19   A.   This is -- this is another memo from<br>841 20   Annette Shaver, dated August 16th.  It has got that<br>841 21   weird May 7th date on the front, but the memo that's<br>841 22   attached is dated August 16th, 1999, subject Combat<br>841 23   Arms Earplugs.  I was among the recipients of this<br>841 24   e-mail. | **Re: [841:16-841:24]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [841:16-841:24]**<br>611, 402, 403 | **SUSTAINED** |
| **842:15 - 843:10   Myers, Brian 12-13-2019**<br>842 15   Q.   Okay.  So looking at the August 16th,<br>842 16   1999, memo from Annette Shaver to you and others<br>842 17   regarding Combat Arms plugs, could you read the<br>842 18   portion -- first of all, can you read the first<br>842 19   sentence of the memo under Combat Arms Plugs?<br>842 20   A.   "A design review meeting was held on<br>842 21   August the 9th, 1999, to discuss the progress towards<br>842 22   the manufacture and delivery of Combat Arms Earplugs.<br>842 23   Attending were B. Klun, D. Knauer, A. Aufmann,<br>842 24   R. Bomke, J. Jurney."<br>842 25   Q.   And if you look at the Short Term Issues<br>843 1   section?  Do you see that on the --<br>843 2   A.   Yes.<br>843 3   Q.   -- on the third page?<br>843 4   A.   I do see that.<br>843 5   Q.   Could you read what the -- it says under<br>843 6   the Short Term Issues section from the Combat Arms | **Re: [842:15-843:10]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [842:15-843:10]**<br>611, 402, 403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 843 7<br>843 8<br>843 9<br>843 10 | Plugs meeting on August 16th, 1999?<br>A.   Yes.  "The bill of material needs to be<br>completed."  That's Item 1.  Item 2 says:  "Auditory<br>will complete assembly." | | | |
| **843:18 - 844:1   Myers, Brian 12-13-2019**<br>843 18<br>843 19<br>843 20<br>843 21<br>843 22<br>Arms<br>843 23<br>843 24<br>843 25<br>844 1 | Q.   Could you identify Exhibit 82 for the<br>jury, please?<br>A.   Yes.  This is the original -- the original<br>Bill of Material that we were able to find for the<br>three -- Product Code 370-1000 which was a Combat<br><br>v2 earplug, and it's valid from August the 9th, 1999.<br>Q.   And does this correspond to the shipments<br>to John King and Doug -- Dr. Ohlin that we discussed<br>earlier? | **Re: [843:18-843:19]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative.<br>**Re: [843:20-844:1]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [843:18-844:1]**<br>611, 402, 403 | **SUSTAINED** |
| **844:4 - 844:5   Myers, Brian 12-13-2019**<br>844 4<br>844 5 | A.   Is this -- this is the BOM that reflects<br>what was delivered in the early shipments. | **Re: [844:4-844:5]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [844:4-844:5]**<br>611, 402, 403 | **SUSTAINED** |
| **844:21 - 846:5   Myers, Brian 12-13-2019**<br>844 21<br>844 22<br>844 23<br>844 24<br>844 25<br>845 1<br>845 2<br>845 3<br>845 4<br>845 5<br>845 6<br>845 7<br>845 8<br>845 9<br>845 10<br>845 11<br>845 12<br>845 13<br>845 14 | Q.   Can you identify what Exhibit 83 is, just<br>the -- just the portion starting with the second and<br>third e-mails?<br>A.   So, these are two e-mails back and forth<br>between Dr. Ohlin and myself.<br>Q.   And what is the -- what does the subject<br>line of the e-mail say?<br>A.   Regarding information on Combat Arms<br>Earplugs.  They are dated March 22nd, 2005, and<br>March 23rd, 2005.<br>Q.   Can you please read the first question in<br>your e-mail to Dr. Ohlin dated March 22nd, 2005, title<br>"Information on Combat Arms Earplugs"?<br>A.   The first question I ask is:  "Is it okay<br>to say that the Combat Arms Earplug is 'evaluated and<br>specified by the U.S. Armed Forces?'"<br>Q.   And staying with Exhibit 83, could you<br>also read Dr. Ohlin's response to you dated<br>March 23rd, 2005, entitled "Information on Combat Arms | **Re: [844:21-846:5]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [844:21-846:5]**<br>611, 402, 403 | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| 845 15    Earplugs," just read the first paragraph? | | | | |
| 845 16    A.   Sure. | | | | |
| 845 17    "Brian:  The Combat Arms Earplug has been | | | | |
| 845 18    evaluated during blast overpressure studies at White | | | | |
| 845 19    Sands Missile Range and at the Army Research Lab at | | | | |
| 845 20    the Aberdeen Proving Ground.  It is used extensively | | | | |
| 845 21    by the U.S. Army and the Marines.  It has been | | | | |
| 845 22    approved by the DOD Hearing Conservation Working | | | | |
| 845 23    Group.  It appears in our Defense Occupational and | | | | |
| 845 24    Environmental Health Readiness System - Hearing | | | | |
| 845 25    Conservation Application's lookup table of approved | | | | |
| 846 1    hearing protectors and in Department of the Army | | | | |
| 846 2    Pamphlet 40-501, Hearing Conservation, 10 | | | | |
| 846 3    December 1998.  Yes, I think you can say the Combat | | | | |
| 846 4    Arms Earplug has been 'evaluate and' -- 'evaluated and | | | | |
| 846 5    specified by the U.S. Armed Forces.'" | | | | |
| **846:13 - 847:19   Myers, Brian 12-13-2019** | **Re: [846:13-847:19]** | | **Re: [846:13-847:19]** | **SUSTAINED** |
| 846 13    Q.   Can you identify this document for the | Plt Objection - improper counter | | 611, 402, 403 | |
| 846 14    jury, please? | per PTO 64; 602; 802; | | | |
| 846 15    A.   That's a series of several e-mails that | cumulative. | | | |
| 846 16    began with an e-mail from a Dan Ohama of the Army. | | | | |
| 846 17    Mike Cimino, Tim McNamara and myself are also on the | | | | |
| 846 18    e-mail chain. | | | | |
| 846 19    Q.   Could you -- could you read the first two | | | | |
| 846 20    sentences of the second paragraph of the e-mail from | | | | |
| 846 21    Mr. Ohama, dated August 24th, 2004, starting with "I | | | | |
| 846 22    recently met"? | | | | |
| 846 23    A.   Yes.  So, Mr. Ohama writes: | | | | |
| 846 24    "I recently met with the Army hearing | | | | |
| 846 25    conservation consultants from CHPPM, Aberdeen | | | | |
| Proving | | | | |
| 847 1    Ground.  We spoke of problems with soldiers not using | | | | |
| 847 2    the Combat Arms Earplugs effectively; either they | | | | |
| 847 3    forget what was explained during initial training with | | | | |
| 847 4    the earplugs, there was lack of proper training or | | | | |
| 847 5    whatever.  In some instances Combat Arms Earplug | | | | |
| 847 6    orders/requisitions were held up or disapproved | | | | |
| 847 7    because of concerns that soldiers were not using them | | | | |
| 847 8    correctly." | | | | |

| | | | |
|---|---|---|---|
| 847 9      Q.   Could you now read not the next paragraph | | | |
| 847 10      but the subsequent paragraph of Mr. Ohama's e-mail | | | |
| 847 11      dated August 24th, 2004, beginning with "An alternate | | | |
| 847 12      idea"? | | | |
| 847 13      A.   "An alternate idea is to create a small | | | |
| 847 14      laminated card that fits into the earplug case that | | | |
| 847 15      the Army currently issues.  The card will have to be | | | |
| 847 16      small, approximately 1.5 inches by 1.75 inches.  On | | | |
| 847 17      the card would be a picture of the Combat Arms | | | |
| 847 18      Earplug, along with all the small prints and pictures | | | |
| 847 19      as described." | | | |
| **848:13 - 849:23   Myers, Brian 12-13-2019** | **Re: [848:13-849:23]** | **Re: [848:13-849:23]** | **SUSTAINED** |
| 848 13      Q.   So we've -- what I'm now handing you | Plt Objection - improper counter | 611, 402, 403 | |
| 848 14      what's been marked as Exhibit 85. | per PTO 64; 602; 802; | | |
| 848 15      By the way, Dan Ohama, is he somebody with | cumulative. | | |
| 848 16      the military or is he somebody with Aearo or 3M? | | | |
| 848 17      A.   So his -- his signature says he is | | | |
| 848 18      Audiologist/Chief, Hearing Conservation Services at | | | |
| 848 19      Fort Lewis, Washington.  So not with 3M or... | | | |
| 848 20      Q.   I've marked Exhibit 85.  Could you | | | |
| 848 21      identify this document, sir? | | | |
| 848 22      A.   It's an e-mail from Doug Ohlin to Brian | | | |
| 848 23      Myers, Tim McNamara and Elliott Berger, dated | | | |
| 848 24      September the 30th of 2004. | | | |
| 848 25      Q.   And can you read the portion of | | | |
| 849 1      Dr. Ohlin's e-mail that starts with "Kevin"? | | | |
| 849 2      A.   "Kevin:  As a result of a hearing | | | |
| 849 3      conservation briefing to Major General Kiley, last | | | |
| 849 4      week, my program has been asked to develop a | | | |
| 849 5      laminated, wallet-sized instruction card for the | | | |
| 849 6      Combat Arms Earplug.  The attachments and work order | | | |
| 849 7      were sent to illustration today.  These" -- | | | |
| 849 8      Q.   Okay.  And what -- okay. | | | |
| 849 9      A.   "These will be" -- "primarily be for | | | |
| 849 10      deploying troops." | | | |
| 849 11      Q.   Okay.  And what is the relation in time | | | |
| 849 12      between Exhibit 84 which is Mr. Ohama's e-mail from | | | |
| 849 13      the audiologist from Fort Lewis and the e-mail from | | | |
| 849 14      Dr. Ohlin regarding the Combat Arms Earplug wallet | | | |

| | | | |
|---|---|---|---|
| 849 15  card? | | | |
| 849 16  A.  So, it looks like there is about a month | | | |
| 849 17  between them, so they were in roughly the same sort of | | | |
| 849 18  timing. | | | |
| 849 19  Q.  Let's look at the next exhibit, which has | | | |
| 849 20  previously been marked as Plaintiffs' 67.  And | | | |
| 849 21  counsel, I believe Mr. Tracey, asked you some | | | |
| 849 22  questions about this document, correct, sir? | | | |
| 849 23  A.  He did. | | | |
| **850:5 - 850:15   Myers, Brian 12-13-2019** | **Re: [850:5-850:15]** | **Re: [850:5-850:15]** | **SUSTAINED** |
| 850 5  Q.  Can you identify this document for the | Plt Objection - improper counter | 611, 402, 403 | |
| 850 6  jury, sir? | per PTO 64; 602; 802; | | |
| 850 7  A.  It's from Doug Ohlin.  It's addressed to | cumulative. | | |
| 850 8  it looks like a number of people in the Army, in the | | | |
| 850 9  military, and then it CC's some other military people | | | |
| 850 10  as well as Elliott Berger, Tim McNamara, myself, | | | |
| 850 11  Armand -- and Armand Dancer.  It is dated October | | | |
| 850 12  the 4th, 2004, and the subject is "Combat Arms Earplug | | | |
| 850 13  cards." | | | |
| 850 14  Q.  And does Dr. Ohlin then attach Combat Arms | | | |
| 850 15  Earplug cards? | | | |
| **850:18 - 850:19   Myers, Brian 12-13-2019** | **Re: [850:18-850:19]** | **Re: [850:18-850:19]** | **SUSTAINED** |
| 850 18  A.  It looks like he has a PDF attachment | Plt Objection - improper counter | 611, 402, 403 | |
| 850 19  which appears to be attached to the exhibit. | per PTO 64; 602; 802; | | |
| | cumulative. | | |
| **850:21 - 851:9   Myers, Brian 12-13-2019** | **Re: [850:21-851:9]** | **Re: [850:21-851:9]** | **SUSTAINED** |
| 850 21  Q.  And this is the exhibit that Mr. Tracey | Plt Objection - improper counter | 403 | |
| 850 22  asked you about, correct? | per PTO 64; 602; 802; | | |
| 850 23  A.  This looks like the one we reviewed | cumulative. | | |
| 850 24  earlier. | | | |
| 850 25  Q.  And if you look at the second page of the | | | |
| 851 1  wallet card, there is a picture of earplugs, correct? | | | |
| 851 2  A.  Yeah.  Yes, there are several pictures of | | | |
| 851 3  the earplugs. | | | |
| 851 4  Q.  And the picture of the earplugs in the | | | |
| 851 5  bottom right of the last page of the exhibit that | | | |
| 851 6  Mr. Tracey provided to you, do any of the flanges | | | |
| 851 7  appear to be rolled back in that picture? | | | |

| | | | |
|---|---|---|---|
| 851 8     A.   So, yes, the bottom green flange appears | | | |
| 851 9        to be rolled back. | | | |
| **851:19 - 853:10    Myers, Brian 12-13-2019** | **Re: [851:19-853:10]** | **Re: [851:19-853:10]** | **SUSTAINED** |
| 851 19     Q.   Can you identify this document, sir? | Plt Objection - improper counter | 611, 403 | |
| 851 20     A.   It's an e-mail stream from December | per PTO 64; 602; 802; | | |
| 851 21       of 2005, and the initial e-mail includes Doug -- or | cumulative. | | |
| 851 22       it's written to Doug Ohlin and there is a reply from | | | |
| 851 23       him.  Ultimately I forwarded his reply on to Marc | | | |
| 851 24       Santoro who implemented what Dr. Ohlin suggested with | | | |
| 851 25       the help of Kevin Spahn. | | | |
| 852 1     Q.   Could you read your e-mail to Dr. Ohlin | | | |
| 852 2       dated December 9th, 2005, entitled with the subject | | | |
| 852 3       "Instruction Sheet"? | | | |
| 852 4     A.   Yes. | | | |
| 852 5       From December the 9th:  "Doug, we are in | | | |
| 852 6       the process of setting up a product which is a single | | | |
| 852 7       pair of Combat Arms Earplugs on a blister card.  I'll | | | |
| 852 8       send you some when available.  We have prepared the | | | |
| 852 9       attached insert which will be printed and placed in | | | |
| 852 10       the package with each pair.  We are interested in any | | | |
| 852 11       comments or modifications which you think are | | | |
| 852 12       appropriate for us to make." | | | |
| 852 13     Q.   Could you read Dr. Ohlin's response to | | | |
| 852 14       your e-mail regarding instruction sheet dated | | | |
| 852 15       December 12th, 2005? | | | |
| 852 16     A.   Doug writes back:  "Brian, looks great. | | | |
| 852 17       You did not mention any potential sizing issues for | | | |
| 852 18       the smaller ear canals and the single-sided version as | | | |
| 852 19       an alternative.  Are you abandoning that concept?" | | | |
| 852 20     Q.   And then can you read Marc Santoro's | | | |
| 852 21       e-mail dated December 12th of 2005 entitled -- with | | | |
| 852 22       the subject line "Instruction Sheet," the first two | | | |
| 852 23       paragraphs? | | | |
| 852 24     A.   Yes. | | | |
| 852 25       "Kevin, just got feedback from the U.S. | | | |
| 853 1       Army on the instruction guide for the CAE blister | | | |
| 853 2       pack.  Please add a line sentence at the end of the | | | |
| 853 3       'Fitting Tips' that says.... | | | |
| 853 4       "Some individuals with smaller ear canals | | | |

| | | | | |
|---|---|---|---|---|
| 853 5 | may experience discomfort with the dual-ended Combat | | | |
| 853 6 | Arms Earplug due to their restricted canal opening.  A | | | |
| 853 7 | single-sided version of the Combat Arms Earplug is | | | |
| 853 8 | also available and will oftentimes provide greater | | | |
| 853 9 | comfort for smaller ear canals.  Singling-sided Combat | | | |
| 853 10 | Arms Earplug - NSN No. 6515-01-512-6072." | | | |
| **853:16 - 854:13   Myers, Brian 12-13-2019** | | | **Re: [853:16-854:13]** | **SUSTAINED** |
| 853 16 | Q.  I'm handing you what's been marked as | | improper counter designation, | |
| 853 17 | Exhibit 87. I'm giving copies to counsel. | | scope, 611, 802, 403 | |
| 853 18 | Can you identify this document, sir? | | | |
| 853 19 | A.   Yes.  It's -- it's from April the 10th. | | | |
| 853 20 | All of the -- it's an e-mail chain all from April | | | |
| 853 21 | the 10th, 2007, regarding NRR labeling, with Elliott | | | |
| 853 22 | Berger, myself, it looks like Tim McNamara, Doug | | | |
| Moses | | | | |
| 853 23 | and Jeff Hamer are all eventually copied. | | | |
| 853 24 | Q.   Can you read the bottom e-mail in the | | | |
| 853 25 | chain? | | | |
| 854 1 | A.   It's an e-mail from Elliott Berger.  It | | | |
| 854 2 | says: | | | |
| 854 3 | "Tim and/or Brian, I am unclear about | | | |
| 854 4 | whether product sold to the military requires labeling | | | |
| 854 5 | in conformance with the EPA requirements including the | | | |
| 854 6 | NRR label.  Can you please clarify?  Elliott." | | | |
| 854 7 | Q.   And could you read your response to that | | | |
| 854 8 | e-mail? | | | |
| 854 9 | A.   My response was: "My understanding is | | | |
| 854 10 | that the military can require whatever they wish. | | | |
| 854 11 | They could require different test protocols, | | | |
| 854 12 | calculations, et cetera.  It is entirely up to them | | | |
| 854 13 | what they want on their packaging." | | | |
| **854:19 - 857:12   Myers, Brian 12-13-2019** | **Re: [854:19-857:12]** | | **Re: [854:19-857:12]** | **SUSTAINED** |
| 854 19 | Q.   Let's mark this as Exhibit 88. I'll give | Plt Objection - improper counter | | cumulative, 403 | |
| 854 20 | copies to counsel. | per PTO 64; 602; 802; failure to | | | |
| 854 21 | (WHEREUPON, a certain document was | designate affirmatively. | | | |
| 854 22 | marked Brian Myers Deposition Exhibit | | | | |
| 854 23 | No. 88, for identification, as of | | | | |
| 854 24 | 12-13-2019.) | | | | |
| 854 25 | BY MR. NOMELLINI: | | | | |

855 1     Q.   Can you tell me what the title of this
855 2     document is?
855 3     A.   It is United States Environmental
855 4     Protection Agency, Workshop on Hearing Protector
855 5     Devices, Washington, D.C., March 27th through 28th,
855 6     2003, Papers and Proceedings.  Proceedings prepared by
855 7     Alice H. Suter, Ph.D. under NIOSH contract order
855 8     0000336337.
855 9     Q.   Okay.  Can you turn to the page that's
855 10    Bates labeled 3M_MDL000084358?
855 11    A.   Okay.
855 12    Q.   And could you read what the top of that
855 13    page says?
855 14    A.   I'm sorry.  I have the wrong number.  Too
855 15    many numbers on the page.
855 16    Q.   It is Page 160, but the Bates label is
855 17    84358.
855 18    A.   I've got it.  Thank you.
855 19    What was your question again?
855 20    Q.   What does it say at the top?
855 21    A.   "Brian Myers, E-A-R Product Line Director,
855 22    E-A-R/Aearo Company."
855 23    Q.   And is this the presentation that both
855 24    Mr. Buchanan and Mr. Tracey asked you about?
855 25    A.   The -- I think it's a summary or
856 1     highlights of the -- of the comments that I made.
856 2     Q.   Okay.  And if you look at Page 161, the
856 3     next page, could you read the first paragraph?
856 4     A.   "We support" -- it's Recommendations.
856 5     "We support ANSI S12.6-1997, the Method B
856 6     protocol, with one essential modification:  We have
856 7     conducted our own extensive lab-to-lab comparison and
856 8     we found one case where the product performed as
856 9     expected across all subjects but one.  In this case,
856 10    the subject had amplification at a key frequency,
856 11    leading to poor mean attenuation and large standard
856 12    deviations."
856 13    Q.   And then can you read the paragraph under
856 14    A New Proposal?

| | | | | |
|---|---|---|---|---|
| 856 15 | A.  "A new proposal would be a 'full | | | |
| 856 16 | disclosure option' where manufacturers would be | | | |
| 856 17 | allowed to perform multiple tests.  They would be | | | |
| 856 18 | required to submit all tests and the reasoning behind | | | |
| 856 19 | their rating selection to the EPA (or other suitable | | | |
| 856 20 | group), the materials would be reviewed, and a | | | |
| 856 21 | decision made within a fixed period of time." | | | |
| 856 22 | Q.   Okay.  And this is -- this -- to be clear, | | | |
| 856 23 | this is the presentation that Mr. Buchanan and | | | |
| 856 24 | Mr. Tracey asked you about? | | | |
| 856 25 | A.   It is the presentation they asked me | | | |
| 857 1 | about, the hearing workshop. | | | |
| 857 2 | Q.   Okay.  And then if you look under Other | | | |
| 857 3 | Issues, there is a timing paragraph.  Could you read | | | |
| 857 4 | that? | | | |
| 857 5 | A.   I see that on the next page. | | | |
| 857 6 | It says:  "Timing:  There should be three | | | |
| 857 7 | and a half to four years from adoption of the | | | |
| 857 8 | regulation to the point of consumers.  There should | | | |
| 857 9 | also be windows by product style.  For example, | | | |
| 857 10 | requirements for the labeling of earmuffs, foam | | | |
| 857 11 | earplugs, and premolded earplugs, et cetera, should be | | | |
| 857 12 | separated by three-month intervals." | | | |
| **857:22 - 857:25   Myers, Brian 12-13-2019** | | Re: [857:22-857:25] Plt Objection - improper counter per PTO 64; 602; 802; cumulative. | | Re: [857:22-857:25] 403, 802 | SUSTAINED |
| 857 22 | Q.   Can you identify what we've marked as | | | |
| 857 23 | Exhibit 89? | | | |
| 857 24 | A.   It is an e-mail to me from Dr. Ohlin, | | | |
| 857 25 | dated April 16th, 2002, regarding Combat Arms Earplug. | | | |
| **858:4 - 858:21   Myers, Brian 12-13-2019** | | Re: [858:4-858:19] Plt Objection - improper counter per PTO 64; 602; 802; cumulative. | | Re: [858:4-858:21] 611, 403 | SUSTAINED |
| 858 4 | Q.   Okay.  And can you read the fourth | | | |
| 858 5 | paragraph of Dr. Ohlin's e-mail to you regarding the | | | |
| 858 6 | Combat Arms Earplug? | | | |
| 858 7 | A.   I can.  It says: | | | |
| 858 8 | "Please note that like any earplug it is | | | |
| 858 9 | absolutely essential that the CAE be properly | | | |
| 858 10 | inserted.  This is more difficult with the CAE because | | | |
| 858 11 | unlike other preformed earplugs there aren't readily | | | |
| 858 12 | available landmarks of the plug to the ear to verify | | | |
| 858 13 | proper insertion.  Gently tug on the plug.  If there | | | |

| | | | |
|---|---|---|---|
| 858 14  is tension, that's a good indication of proper<br>858 15  insertion.  Also, there should be a slight occlusion<br>858 16  effect, that is, the voice of the individual wearing<br>858 17  the plug will sound more low toned and muffled.<br>858 18  However, this sensation isn't as pronounced as it is<br>858 19  with conventional hearing protection."<br>858 20  MR. NOMELLINI:  Okay.  Let's mark the next<br>858 21  document Exhibit 90. | | | |
| **859:2 - 859:2   Myers, Brian 12-13-2019**<br>859 2  Q.   Can you identify this document, please? | **Re: [859:2-859:2]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [859:2-859:2]**<br>611, 403 | **SUSTAINED** |
| **859:5 - 859:7   Myers, Brian 12-13-2019**<br>859 5  A.   It's from August of 2006, and it includes<br>859 6  Dr. Ohlin, Elliott Berger and myself as well as<br>859 7  initial e-mails in the chain from a Mary Binseel. | **Re: [859:5-859:7]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [859:5-859:7]**<br>611, 403 | **SUSTAINED** |
| **859:9 - 859:19   Myers, Brian 12-13-2019**<br>859 9  Q.   And -- and can you read the first two<br>859 10  paragraphs of Dr. Ohlin's August 17th, 2006, e-mail<br>859 11  regarding the Combat Arms Earplug?<br>859 12  A.   I can.  He writes to Elliott:<br>859 13  "It is a fundamental military principle<br>859 14  that the troops must train first with anything they<br>859 15  use in combat to build confidence in their weapon<br>859 16  systems and any other gear used in the field.  The<br>859 17  Combat Arms Earplug is no exception.  In fact, this<br>859 18  principle applies in spades for any hearing protector<br>859 19  that will be used in combat." | **Re: [859:9-859:19]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [859:9-859:19]**<br>611, 403 | **SUSTAINED** |
| **860:1 - 860:24   Myers, Brian 12-13-2019**<br>860 1  Q.   Could you please identify this document?<br>860 2  A.   This is an e-mail that I wrote to Diane<br>860 3  Crawford with the prior e-mail that she had forwarded<br>860 4  from a distributor to Steve Landgraf who reported to<br>860 5  her.  She is a salesperson.  It is dated<br>860 6  November 29th, 2004 --<br>860 7  Q.   And could you --<br>860 8  A.   -- regarding Canada, Mexico restrictions.<br>860 9  Q.   And could you read the bottom e-mail dated<br>860 10  November 24th, 2004, the first line, at 10:16 a.m.? | **Re: [860:1-860:24]**<br>Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | **Re: [860:1-860:24]**<br>611, 403 | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 860 11     A.   Sure.  It says:<br>860 12     "Good morning, Steve.  I would like to<br>860 13     know if the following list of products has any<br>860 14     restrictions in Canada and Mexico."<br>860 15     Q.   Okay.  And then could you read your e-mail<br>860 16     to Diane Crawford dated November 9th -- 29th, 2004, at<br>860 17     7:38 p.m.?<br>860 18     A.   Yes.  I write back to Diane.<br>860 19     "No problem with my stuff.  The only one I<br>860 20     would warn you about is the Combat Arms Earplugs<br>860 21     (370-1000).  These are not labeled as a hearing<br>860 22     protector (not even in the US) and are exclusively for<br>860 23     military use i.e. where separate instructions are<br>860 24     begin by a trainer." | | | |
| **862:24 - 864:19   Myers, Brian 12-13-2019** | **Re: [862:24-862:25]** | | **Re: [862:24-864:19]** | **SUSTAINED** |
| 862 24     Q.   I've handed you what's been marked as<br>862 25     Exhibit 93.  Can you identify this document?<br>863 1     A.   That's an -- it's a string of e-mail -- an<br>863 2     e-mail chain that includes a -- at least a copy of<br>863 3     part of an article from the Dallas Morning News.<br>863 4     Ultimately it was sent to me from Elliott Berger in<br>863 5     March of 2006.  The subject is:  "Seeking the Right<br>863 6     Amount of Sound in the Furry of Combat," which was<br>863 7     apparently the title of the Dallas Morning News<br>863 8     article.<br>863 9     Q.   Okay.  And can you read the portion of the<br>863 10     article beginning with the word "Alarmed," the fourth<br>863 11     paragraph?<br>863 12     A.   Yes.<br>863 13     "Alarmed by the Fallujah experience, the<br>863 14     Corps revised its regulations last November to require<br>863 15     that every marine 'especially forward-deployed Marines<br>863 16     in combat environments' be issued Combat Arms<br>863 17     Earplugs, trained in how to use them and required to<br>863 18     carry them."<br>863 19     Q.   And looking at the next page, it starts<br>863 20     with the word "Handing them out," can you read that --<br>863 21     that portion?<br>863 22     A.   Yes.  It says: | Plt Objection - improper counter<br>per PTO 64; 602; 802;<br>cumulative. | 611, 403 | |

| | | | | |
|---|---|---|---|---|
| 863 23 | "Handing them out with written | | | |
| 863 24 | instruction" -- "instructions isn't effective, said | | | |
| 863 25 | Douglas Ohlin, an audiologist who heads the Army's | | | |
| 864 1 | Hearing Conservation Program.  Most people have to be | | | |
| 864 2 | shown how to wear earplugs." | | | |
| 864 3 | Q.   You were -- you were asked some questions | | | |
| 864 4 | about a statement of work earlier by counsel. | | | |
| 864 5 | Do you recall that? | | | |
| 864 6 | A.   I do. | | | |
| 864 7 | Q.   And what was the name of the lady who was | | | |
| 864 8 | copied on the e-mails regarding statement of work? | | | |
| 864 9 | A.   Do you mean Theresa Schulz? | | | |
| 864 10 | Q.   Yes. | | | |
| 864 11 | A.   Theresa Schulz was copied. | | | |
| 864 12 | Q.   Okay.  And do you know if that Theresa | | | |
| 864 13 | Schulz statement of work regarding training ever | | | |
| 864 14 | actually moved forward and took effect? | | | |
| 864 15 | A.   I don't know of any -- any action that | | | |
| 864 16 | took place beyond the e-mail that we reviewed today. | | | |
| 864 17 | Q.   And that was an e-mail that you reviewed | | | |
| 864 18 | with Plaintiffs' counsel, Mr. Tracey? | | | |
| 864 19 | A.   Yes, and it included a statement of work. | | | |
| **867:7 - 867:8**   **Myers, Brian 12-13-2019** | | **Re: [867:7-867:8]** | | **Re: [867:7-867:8]** | **SUSTAINED** |
| 867 7 | Q.  Okay.  Let's go to -- okay.  Let's go to | Plt Objection - improper counter | | 611, 403 | |
| 867 8 | Exhibit 95.  Provide copies to counsel. | per PTO 64; 602; 802; | | | |
| | | cumulative. | | | |
| **867:15 - 869:10**   **Myers, Brian 12-13-2019** | | **Re: [867:15-869:10]** | | **Re: [867:15-869:10]** | **SUSTAINED** |
| 867 15 | Q.   Can you identify this document? | Plt Objection - improper counter | | 611, 403 | |
| 867 16 | A.   It's a -- it's a forward from Elliott to | per PTO 64; 602; 802; 805; | | | |
| 867 17 | Dick Knauer, Bob Falco and Brian Myers of an e-mail | cumulative; MIL G7 | | | |
| 867 18 | from a Lorraine. | | | | |
| 867 19 | Q.   And could you read the e-mail -- the | | | | |
| 867 20 | portion of the e-mail that you received that begins | | | | |
| 867 21 | with "Elliott, Below is a story"? | | | | |
| 867 22 | A.   Sure. | | | | |
| 867 23 | "Elliott, below is a story that captures | | | | |
| 867 24 | an experience with the CAE in Iraq.  This is part of a | | | | |
| 867 25 | larger information gathering process.  This | | | | |
| 868 1 | information is not to be shared or used for marketing | | | | |

| | | | | |
|---|---|---|---|---|
| 868 2 | or anything remotely like that.  This is an oppor" -- | | | |
| 868 3 | "it is an opportunity to hear from the troops what | | | |
| 868 4 | they would like to see in the earplug.  Lorraine." | | | |
| 868 5 | Q.   Okay.  And can you read the portion of the | | | |
| 868 6 | e-mail that begins with "A few months ago"? | | | |
| 868 7 | A.   "A few months ago I met with Fort Drum's | | | |
| 868 8 | range/RID Safety Officer (Bob Boschok).  Prior to our | | | |
| 868 9 | meeting he sent one Fort Drum, 2BCTs safety officer | | | |
| 868 10 | (William Delsolar) an e-mail asking if he has feedback | | | |
| 868 11 | on the CAE.  I have a hard copy of the e-mails. | | | |
| 868 12 | Mr. Boschok's question on 14 December 2004: '... Do | | | |
| 868 13 | you have some specific experience with" -- | | | |
| 868 14 | "experiences with these CAEs that you want me to | | | |
| 868 15 | share?...' | | | |
| 868 16 | "Mr. Delsolar's response (verbatim) on 14 | | | |
| 868 17 | December 2004:  'They work period.' | | | |
| 868 18 | "Mandatory wear per Pegasus 6.  Unless the | | | |
| 868 19 | IED is very close and very big, there are no | | | |
| 868 20 | detrimental effects of the blast to the ears. | | | |
| 868 21 | Occasionally, a soldier will suffer some recoverable | | | |
| 868 22 | damage.  But without them the damage tends to be | | | |
| 868 23 | almost complete and permanent." | | | |
| 868 24 | Do you want me to go on? | | | |
| 868 25 | Q.   Yes. | | | |
| 869 1 | A.   "Getting enough of them in the system and | | | |
| 869 2 | getting soldiers to wear them always in the field is | | | |
| 869 3 | key.  Hearing is reduced somewhat, but in this | | | |
| 869 4 | threat" -- "high threat environment it doesn't matter | | | |
| 869 5 | much.  I had no trouble hearing the one shot over my | | | |
| 869 6 | head in Abu Gharib today.  The earplugs also have the | | | |
| 869 7 | added benefit of protecting wearers from the sound | | | |
| 869 8 | pressure shock effects.  Instead of being knocked | | | |
| 869 9 | unconscious or stunned they quickly recover in time to | | | |
| 869 10 | react." | | | |
| **879:20 - 882:11   Myers, Brian 12-13-2019** | | Re: [879:20-882:11] | | Re: [879:20-882:11] | **SUSTAINED** |
| 879 20 | Q.   Okay.  Mr. Myers, you have Exhibit 90 in | Plt Objection - improper counter | | 611, 403 | |
| 879 21 | front of you? | per PTO 64; 602; 802; | | | |
| 879 22 | A.   I do. | cumulative. | | | |
| 879 23 | Q.   If you flip over to the back, this is an | | | | |

879 24     exhibit that you used in your direct examination.
879 25     Do you see that Mary Binseel from the U.S.
880 1      Army research laboratory and Elliott Berger are
880 2      exchanging e-mails?  And this --
880 3      A.   Yes, at the very start.
880 4      Q.   And this is July of 2006, right around the
880 5      time you guys signed the contract, right?
880 6      A.   Yes.  It's end of July 2006.
880 7      Q.   And she says, "Mary, we" -- she says,
880 8      "Elliott, as I'm sure you heard, I received the
880 9      improved Combat Arms late last week.  I'm planning the
880 10     studies to evaluate them.  I didn't count the
880 11     earplugs, but my understanding is you shipped 90,
880 12     another ten pairs, when you have the opportunity, will
880 13     complete the deliverable requirement of our contract.
880 14     I'm not sure if you are waiting until then to invoice
880 15     the government, but whenever you do submit invoices,
880 16     please send a CC to me.  Mary Binseel."
880 17     Do you see that?
880 18     A.   I do see those words.
880 19     Q.   And then Elliott says:  "We shipped ten
880 20     more pair last Friday.  UPS tracking number.  Keep me
880 21     posted."
880 22     And if we come forward in time, here is
880 23     Elliott Berger.  Now he is looping in Doug Ohlin and
880 24     you, isn't he?
880 25     A.   Doug -- Doug and Brian on the first page.
881 1      Q.   Yeah.  That's Doug who works for the
881 2      government, right?
881 3      A.   Dr. Ohlin was with CHPPM at that time,
881 4      that's what his e-mail address indicates.
881 5      Q.   For a little while longer.
881 6      And then we've got Elliott Berger and you
881 7      who work for Aearo?
881 8      A.   Yes.
881 9      Q.   And then it says:
881 10     "Doug and Brian, I read your e-mail train
881 11     on NSN and cutting bait.  Just wanted to copy you on
881 12     correspondence I had with Mary in the past fee weeks.

| | | | | |
|---|---|---|---|---|
| 881 13 | Apparently she is pursuing a field study in Iraq with | | | |
| 881 14 | the 100 pairs we sent her and is not interested in any | | | |
| 881 15 | outside input on the protocol.  Just wanted to keep | | | |
| 881 16 | you posted." | | | |
| 881 17 | And let's see what Doug says. | | | |
| 881 18 | Doug writes to you and to Elliott and | | | |
| 881 19 | says: | | | |
| 881 20 | "It's a fundamental military principle | | | |
| 881 21 | that the troops must first train with anything they | | | |
| 881 22 | use in combat to build confidence in their weapon | | | |
| 881 23 | systems and any other gear used in the field.  The | | | |
| 881 24 | Combat Arms Earplug is no exception.  In fact, this | | | |
| 881 25 | principle applies in spades for any hearing protector | | | |
| 882 1 | that will be used in combat.  Soldiers are negatively | | | |
| 882 2 | disposed to using hearing protection in combat. | | | |
| 882 3 | Despite its apparent advantages, the plug is not going | | | |
| 882 4 | to be giving the most" -- "going to be given the most | | | |
| 882 5 | objective assessment in that kind of environment.  I | | | |
| 882 6 | don't agree with their study (whose protocol we aren't | | | |
| 882 7 | even allowed to see) or her logic to conduct it in | | | |
| 882 8 | Iraq." | | | |
| 882 9 | Did I read that right? | | | |
| 882 10 | A.   Yeah, it sounded like you read that | | | |
| 882 11 | correctly. | | | |
| **884:15 - 886:1** | **Myers, Brian 12-13-2019** | **Re: [884:15-886:1]** | **Re: [884:15-886:1]** | **SUSTAINED** |
| 884 15 | Q.   Mr. Myers, I've got a few questions in | Plt Objection - improper counter | colloquy, 403 | |
| 884 16 | response to that examination you did with counsel. | per PTO 64; cumulative; MIL G6l | | |
| 884 17 | I've got to keep my time short.  I am under some time | 802; 602 | | |
| 884 18 | constraints by agreement or by the Court's order, | | | |
| 884 19 | either way, so I would ask you to be efficient with me | | | |
| 884 20 | in answering my questions. | | | |
| 884 21 | Will you try and do that, sir? | | | |
| 884 22 | A.   I'll do my best. | | | |
| 884 23 | Q.   Okay.  Great. | | | |
| 884 24 | Pulling up Exhibit 65, it is one that you | | | |
| 884 25 | did with Mr. Tracey. | | | |
| 885 1 | MR. BUCHANAN:  Can I have the Elmo. | | | |
| 885 2 | BY MR. BUCHANAN: | | | |
| 885 3 | Q.   Okay.  You were asked a lot of questions | | | |

| | | | |
|---|---|---|---|
| 885 4    by counsel concerning documents with a Dr. Ohlin. | | | |
| 885 5    Do you recall that discussion with | | | |
| 885 6    counsel? | | | |
| 885 7    A.   I'm sorry.  One more time. | | | |
| 885 8    Q.   You were asked a lot of questions by | | | |
| 885 9    Mr. Nomellini, counsel for 3M concerning Dr. Ohlin. | | | |
| 885 10    Do you recall that? | | | |
| 885 11    A.   I recall, yes, some questions about | | | |
| 885 12    Dr. Ohlin. | | | |
| 885 13    Q.   Okay.  And his involvement back and forth | | | |
| 885 14    at various points in time while he was in the military | | | |
| 885 15    concerning the Combat Arms Version 2. | | | |
| 885 16    Do you recall that? | | | |
| 885 17    A.   I recall some of those e-mails, yes. | | | |
| 885 18    Q.   Dr. Ohlin from your con -- from your | | | |
| 885 19    perspective, sir, was he involved, is that your | | | |
| 885 20    contention, in the development of the Combat Arms? | | | |
| 885 21    A.   He -- I read a couple of documents I think | | | |
| 885 22    where he stated what the US military's contribution | | | |
| 885 23    was to that and then there was another e-mail where he | | | |
| 885 24    very specifically said he want -- a length that he | | | |
| 885 25    wanted.  I believe he claimed also that he specified | | | |
| 886 1    the color and an over blast pressure study. | | | |
| **888:21 - 890:13   Myers, Brian 12-13-2019** | | **Re: [888:21-890:13]** | **OVERRULED** |
| 888 21    Q.   Moving on to Exhibit 20, I think counsel | | Baker MIL 1; 602; 403; 401; | |
| 888 22    showed you a portion of this document, the DOJ press | | MIL 6 | |
| 888 23    release. | | | |
| 888 24    Could you please go to the second page. | | | |
| 888 25    This is that press release announcing the | | | |
| 889 1    $900,000 fine relating to your failure to properly | | | |
| 889 2    test and label your hearing protection devices in the | | | |
| 889 3    early '90s. | | | |
| 889 4    Do you remember that, sir? | | | |
| 889 5    A.   I remember discussing this. | | | |
| 889 6    Q.   Let's go to the second page.  It says: | | | |
| 889 7    "Acting assistant" -- | | | |
| 889 8    MR. BUCHANAN:  Do you have the second page.  I'm | | | |
| 889 9    sorry.  P1020.2. | | | |
| 889 10    BY MR. BUCHANAN: | | | |

| | | | | |
|---|---|---|---|---|
| 889 11 | Q.   It begins:  "Acting Assistant General | | | |
| 889 12 | Attorney" -- I'm sorry -- "Acting Assistant Attorney | | | |
| 889 13 | General Myles Flint of the Environment and Natural | | | |
| 889 14 | Resources Division said, 'This is the largest civil | | | |
| 889 15 | penalty under the statute.'" | | | |
| 889 16 | Do you see that, sir? | | | |
| 889 17 | A.   I do sees those words. | | | |
| 889 18 | Q.   "Correct labeling and adequate testing are | | | |
| 889 19 | absolutely necessary for the safety of the public and | | | |
| 889 20 | we will continue to vigorously enforce these | | | |
| 889 21 | requirements." | | | |
| 889 22 | Did I read that correctly, sir? | | | |
| 889 23 | A.   You did. | | | |
| 889 24 | Q.   Do you agree that correct labeling and | | | |
| 889 25 | adequate testing are absolutely necessary for the | | | |
| 890 1 | safety of the public? | | | |
| 890 2 | A.   That's his statement. | | | |
| 890 3 | Q.   Do you agree with that statement, sir? | | | |
| 890 4 | A.   Yeah, I don't have any concerns with that | | | |
| 890 5 | statement. | | | |
| 890 6 | Q.   Okay.  You'd agree correct labeling and | | | |
| 890 7 | adequate testing are absolutely necessary for the | | | |
| 890 8 | safety of the public, correct, sir? | | | |
| 890 9 | A.   I don't take exception with the statement. | | | |
| 890 10 | Q.   Okay.  And so certainly adequate testing | | | |
| 890 11 | are absolutely necessary with your Combat Arms to | | | |
| 890 12 | ensure the safety of the service members that used | | | |
| 890 13 | them, right, sir? | | | |
| **890:17 - 890:18   Myers, Brian 12-13-2019** | | | **Re: [890:17-890:18]** | **OVERRULED** |
| 890 17 | A.   I think adequate -- as he states, I do | | Baker MIL 1; 602; 403; 401; | |
| 890 18 | think adequate testing is important. | | MIL 6 | |
| **894:20 - 895:1   Myers, Brian 12-13-2019** | | | **Re: [894:20-895:1]** | **SUSTAINED** |
| 894 20 | Q.   We know that from our time spent over the | | 602; 401; Baker MIL 1; 403; | |
| 894 21 | last two days, right? | | MIL 22 | |
| 894 22 | A.   I'm just trying to recall when that -- | | | |
| 894 23 | there was a memo that -- that Elliott wrote about the | | | |
| 894 24 | lack of data and testing, so if that's what you are | | | |
| 894 25 | speaking of. | | | |
| 895 1 | Q.   Right.  That was November 1999, wasn't it? | | | |

| | | | | |
|---|---|---|---|---|
| **895:5 - 895:11   Myers, Brian 12-13-2019** | | | **Re: [895:5-895:11]** | **SUSTAINED** |
| 895 5 | A.   I don't recall the exact date. | | 602; 401; Baker MIL 1; 403; | |
| 895 6 | BY MR. BUCHANAN: | | MIL 22 | |
| 895 7 | Q.   I'll represent that to you, sir, that was | | | |
| 895 8 | November of 1999. | | | |
| 895 9 | That's after your recollection, sir, of | | | |
| 895 10 | when the company had already started selling the | | | |
| 895 11 | Combat Arms, isn't that true? | | | |
| **895:14 - 895:15   Myers, Brian 12-13-2019** | | | **Re: [895:14-895:15]** | **SUSTAINED** |
| 895 14 | A.   My review of the records show that our | | 602; 401; Baker MIL 1; 403; | |
| 895 15 | first sale was in June of 1999. | | MIL 22 | |
| **897:6 - 897:10   Myers, Brian 12-13-2019** | | | **Re: [897:6-897:10]** | **OVERRULED** |
| 897 6 | Q.   In all of those documents that you did | | 602; vague; 401; 701 | |
| 897 7 | with Mr. Nomellini, counsel for 3M, did you see any | | | |
| 897 8 | reference in any discussion where you were | | | |
| 897 9 | communicating to the Army about the imperceptible | | | |
| 897 10 | loosening that occurs with the Combat Arms? | | | |
| **897:13 - 897:14   Myers, Brian 12-13-2019** | | | **Re: [897:13-897:14]** | **OVERRULED** |
| 897 13 | A.   I don't recall seeing a memo that used | | 602; vague; 401; 701 | |
| 897 14 | those words. | | | |
| **898:6 - 898:11   Myers, Brian 12-13-2019** | | | **Re: [898:6-898:11]** | **OVERRULED** |
| 898 6 | Q.   And in that lightning rounds of documents | | 401; 403 | |
| 898 7 | that you did with Mr. Nomellini, did you see any | | | |
| 898 8 | transmittal of the flange report between your company | | | |
| 898 9 | and the U.S. military? | | | |
| 898 10 | A.   Again, I don't recall seeing any document | | | |
| 898 11 | that indicated we had shared that with them. | | | |
| **901:2 - 901:9   Myers, Brian 12-13-2019** | **Re: [901:2-901:9]** | | **Re: [901:2-901:9]** | **SUSTAINED** |
| 901 2 | Q.   And you recommended, sir, I think it was | Plt Objection - improper counter | | compound, cumulative, 403 | |
| 901 3 | called out, a proposal of disclosure of test results. | per PTO 64 | | | |
| 901 4 | Do I have that right? | | | | |
| 901 5 | A proposal where manufacturers would be | | | | |
| 901 6 | required to submit all tests and the reasoning behind | | | | |
| 901 7 | their rating selection to the EPA, do you recall that? | | | | |
| 901 8 | A.   I do recall that it was based on the | | | | |
| 901 9 | Method B test that we spoke about earlier. | | | | |

**901:13 - 901:23   Myers, Brian 12-13-2019**

| | |
|---|---|
| 901 13 | A.   That we would -- that we would provide |
| 901 14 | what we thought was better information to consumers. |
| 901 15 | But based on our testing, we determined that the -- |
| 901 16 | I'll say in here one -- one sort of bad test subject |
| 901 17 | could kind of wreck the whole thing, so the idea |
| 901 18 | was -- at least what we proposed was that you could do |
| 901 19 | as much testing that you -- as you wanted, then share |
| 901 20 | that, all that testing with the EPA or some other body |
| 901 21 | like that and utilize that and just -- and say, here |
| 901 22 | is what we think we should label it and here is why we |
| 901 23 | think we should label it that way. |

**Re: [901:13-901:23]**
Plt Objection - improper counter
per PTO 64

**Re: [901:13-901:23]**
cumulative, 403

**SUSTAINED**