UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### DEPOSITION DESIGNATIONS ORDER NO. 7

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the following witness depositions:

1. Klun, Robert 6-24-2020
2. Ohama, Dan 11-17-2020

**SO ORDERED**, on this 7th day of June, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**