# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 8

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1. Baker, Cindy (2020-09-30)
2. Dimoff, Brian (2020-10-03)
3. MacWilliams, Andrew (30b6) (2020-09-24)
4. Ohama, Dan (2020-11-17)
5. Toner, David (2020-10-01)

**SO ORDERED**, on this 10th day of June, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**