# EXHIBIT 1

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **6:19 - 6:21**  Baker, Cindy (2020-09-30)  0:09 | | | | |
| 6:19  Please state your full name for | | | | |
| 6:20  the record. | | | | |
| 6:21  A. Cindy Franchesca Baker. | | | | |
| **11:22 - 12:01**  Baker, Cindy (2020-09-30)  0:06 | | | | |
| 11:22  Q. Am I also correct, Ms. Baker, | | | | |
| 11:23  that you served in the Army? | | | | |
| 12:01  A. Yes. | | | | |
| **13:09 - 13:11**  Baker, Cindy (2020-09-30)  0:09 | | | | |
| 13:09  Q. Did you and Mr. Baker ever serve | | | | |
| 13:10  at the same station at the same time? | | | | |
| 13:11  A. No. | | | | |
| **16:06 - 16:21**  Baker, Cindy (2020-09-30)  1:44 | | | | |
| 16:06  Q. Understood.  So, did you ever | | | | |
| 16:07  wear the Combat Arms Version 2 -- | | | | |
| 16:08  A. No. | | | | |
| 16:09  Q. -- during your service?  Have | | | | |
| 16:10  you ever worn the Combat Arms Version 2 | | | | |
| 16:11  at all? | | | | |
| 16:12  A. No.  I wasn't even aware of it | | | | |
| 16:13  until this case came up and my husband | | | | |
| 16:14  told me what they were. | | | | |
| 16:15  Q. So, during your service you were | | | | |
| 16:16  not aware of the Combat Arms Version 2? | | | | |
| 16:17  A. Correct. | | | | |
| 16:18  Q. All right.  So you ended your | | | | |
| 16:19  service in the military in 2009.  Is that | | | | |
| 16:20  correct? | | | | |
| 16:21  A. Yes. | | | | |
| **20:23 - 21:03**  Baker, Cindy (2020-09-30)  0:11 | | | | |
| 20:23  Q. When did you get married to Mr. | | | | |
| 21:01  Baker? | | | | |
| 21:02  A. We formally got married February | | | | |
| 21:03  4th of 2009. | | | | |
| **25:13 - 25:19**  Baker, Cindy (2020-09-30)  0:25 | | | | |
| 25:13  Setting aside conversations that you had | | | | |
| 25:14  with -- or the substance of conversations | | | | |
| 25:15  you had with Mr. Fox, what did you do to | | | | |

25:16    prepare for the deposition today?
25:17    A. I did review some of Mr. Baker's
25:18    deposition, just to get an idea of what
25:19    he was asked.  I was a little nervous.

25:20 - 26:02    Baker, Cindy (2020-09-30)                         0:16
25:20    Q. Fair enough.  Other than
25:21    reviewing Mr. Baker's deposition, were
25:22    there any other documents that you
25:23    reviewed in preparation for your
26:01    deposition?
26:02    A. No.

30:12 - 30:15    Baker, Cindy (2020-09-30)                         0:19
30:12    Q. Do you recall when you first had
30:13    contact with Mr. Baker on MySpace?
30:14    A. Oh, it was December of 2007.
30:15    Yeah, like the end of December.

31:08 - 31:18    Baker, Cindy (2020-09-30)                         1:40
31:08    After December of 2007, do you
31:09    recall about when you first met Mr. Baker
31:10    in person?
31:11    A. It was right after I got back
31:12    from my deployment.  And It was the day I
31:13    got divorced, technically, like my
31:14    ex-husband was at the court.  But that's
31:15    the day I flew to see him in Charleston.
31:16    I think it was May, at the end of May, or
31:17    June of 2008.  I took leave for about a
31:18    week.

33:02 - 33:16    Baker, Cindy (2020-09-30)                         1:56
33:02    Q. When did you first notice that       Re: [33:02 to 33:16]       SUSTAINED
33:03    Mr. Baker had hearing loss?              Def Obj Improper counter
33:04    A. I'm thinking.  Sorry.  It was
33:05    probably the -- when he got back from his
33:06    deployment in December of 2008 and spent
33:07    about a month with me.  I would say it
33:08    would be then.  But I didn't understand
33:09    that it was hearing loss at the time.  I
33:10    just noticed that, like, I would have to
33:11    repeat myself a lot and that because I
33:12    mumble and talk fast, that sometimes he

| | | |
|---|---|---|
| 33:13 | wouldn't understand me, and that he | |
| 33:14 | didn't really enjoy going out very much. | |
| 33:15 | So I just thought that was interesting | |
| 33:16 | because we were both pretty young, so. | |

34:03 - 34:06   Baker, Cindy (2020-09-30)                     0:14

| | |
|---|---|
| 34:03 | a little bit different way.  At the time |
| 34:04 | that you met Mr. Baker in May and June of |
| 34:05 | 2008, did you notice any hearing loss? |
| 34:06 | A. No. |

34:07 - 34:23   Baker, Cindy (2020-09-30)                     1:41

| | |
|---|---|
| 34:07 | Q. And so, other than what you just |
| 34:08 | described in December of 2009, can you |
| 34:09 | just tell me anything else about what you |
| 34:10 | remember at that time about Mr. Baker's |
| 34:11 | hearing loss? |
| 34:12 | A. I would like to add that when we |
| 34:13 | met for that week in May or June, that we |
| 34:14 | stayed in the hotel room a lot.  So there |
| 34:15 | wasn't really a opportunity to notice |
| 34:16 | something different about his hearing. |
| 34:17 | We would maybe go on a tour or, like, go |
| 34:18 | out and get ice cream, and then we would |
| 34:19 | just go back to the hotel room that whole |
| 34:20 | entire week.  So we were just getting to |
| 34:21 | know each other in person and stuff, so |
| 34:22 | there wasn't really a distance between us |
| 34:23 | or very much noise going on around us. |

35:01 - 35:08   Baker, Cindy (2020-09-30)                     0:27

| | |
|---|---|
| 35:01 | But December of that year, like, |
| 35:02 | you know, I had moved to Charleston, or |
| 35:03 | Hanahan, I guess.  And then we were |
| 35:04 | getting to see, like, some of his friends |
| 35:05 | that he's had from his past.  So we would |
| 35:06 | go -- try to go out and, like, spend time |
| 35:07 | with them and stuff like that, and that's |
| 35:08 | when I started to notice it. |

35:09 - 35:12   Baker, Cindy (2020-09-30)                     0:20

| | |
|---|---|
| 35:09 | Q. Did Mr. Baker ever complain to |
| 35:10 | you at that time about his hearing loss? |
| 35:11 | A. No.  He doesn't complain very |

| | | |
|---|---|---|
| 35:12 | much. | |
| | | |
| 35:13 - 35:18 | Baker, Cindy (2020-09-30) | 0:13 |
| 35:13 | Q. When you met Mr. Baker back in | |
| 35:14 | May and June of 2008, did you notice | |
| 35:15 | whether or not he had tinnitus? | |
| 35:16 | A. Had what? | |
| 35:17 | Q. Tinnitus or "tin-eye-tis"? | |
| 35:18 | A. I'm not sure.  No. | |
| | | |
| 36:04 - 36:08 | Baker, Cindy (2020-09-30) | 0:14 |
| 36:04 | And so, when you first met him | |
| 36:05 | in May and June of 2008, you don't recall | |
| 36:06 | any discussions or conversations about | |
| 36:07 | tinnitus? | |
| 36:08 | A. No. | |
| | | |
| 36:09 - 37:02 | Baker, Cindy (2020-09-30) | 1:46 |
| 36:09 | Q. And was there a time in which | |
| 36:10 | you later learned about Mr. Baker's | |
| 36:11 | tinnitus? | |
| 36:12 | A. It was probably, if not that | |
| 36:13 | December when I noticed it, probably | |
| 36:14 | within that next year after he officially | |
| 36:15 | moved back home and got out of the | |
| 36:16 | military and stuff like that -- well, got | |
| 36:17 | out of active duty military. | |
| 36:18 | Q. Okay.  So, when would you say | |
| 36:19 | you first noticed that he had tinnitus? | |
| 36:20 | A. Oh, tinnitus?  Oh, I don't | |
| 36:21 | really know if I ever noticed it because | |
| 36:22 | that's not something, like, I could | |
| 36:23 | physically notice.  Like, he would just | |
| 37:01 | tell me he had it eventually.  I don't | |
| 37:02 | remember when that was, though. | |
| | | |
| 37:03 - 37:06 | Baker, Cindy (2020-09-30) | 0:13 |
| 37:03 | Q. Okay.  Do you have a rough | |
| 37:04 | estimate of when you think you learned | |
| 37:05 | that Mr. Baker had tinnitus? | |
| 37:06 | A. No.  Sorry. | |
| | | |
| 37:17 - 38:17 | Baker, Cindy (2020-09-30) | 2:35 |
| 37:17 | If he had -- if Mr. Baker had | |

| | | |
|---|---|---|
| 37:18 | any hearing loss or tinnitus prior to | |
| 37:19 | when you met him in person, that wouldn't | |
| 37:20 | have been something that you were able to | |
| 37:21 | personally observe; right? | |
| 37:22 | A. Correct. | |
| 37:23 | Q. Do you know if Mr. Baker has | |
| 38:01 | ever been diagnosed with hearing loss or | |
| 38:02 | tinnitus by a medical provider? | |
| 38:03 | A. I don't know. | |
| 38:04 | Q. Have you ever gone with Mr. | |
| 38:05 | Baker to any medical appointments | |
| 38:06 | relating to his hearing loss or tinnitus? | |
| 38:07 | A. No. | |
| 38:08 | Q. Do you know if Mr. Baker has | |
| 38:09 | ever gone to medical appointments | |
| 38:10 | relating to his hearing loss or tinnitus | |
| 38:11 | without you? | |
| 38:12 | A. I have no idea. | |
| 38:13 | Q. And so, is it fair to say that | |
| 38:14 | you would not know the last time that Mr. | |
| 38:15 | Baker scheduled a medical appointment for | |
| 38:16 | his hearing loss or tinnitus? | |
| 38:17 | A. Correct. | |

| | | |
|---|---|---|
| 54:16 - 54:20 | Baker, Cindy (2020-09-30) | 0:19 |
| 54:16 | Q. (By Ms. Ozurovich) Ms. Baker, | |
| 54:17 | have you noticed hearing loss in both of | |
| 54:18 | Mr. Baker's ears? | |
| 54:19 | A. No.  I want to say I always | |
| 54:20 | forget which one it is, though, so. | |

| | | |
|---|---|---|
| 56:18 - 57:08 | Baker, Cindy (2020-09-30) | 1:46 |
| 56:18 | Q. Okay.  And so separate from any | |
| 56:19 | issues related to cost, is it fair to say | |
| 56:20 | that you and Mr. Baker have not looked | |
| 56:21 | into potential medical treatments related | |
| 56:22 | to Mr. Baker's hearing loss to help with | |
| 56:23 | any communication issues? | |
| 57:01 | A. Correct. | |
| 57:02 | Q. And did you ever look into what | |
| 57:03 | the cost of any potential medical | |
| 57:04 | treatment would be for any of Mr. Baker's | |
| 57:05 | hearing-related issues? | |
| 57:06 | A. We looked into hearing aids. | |

| | | |
|---|---|---|
| 57:07 | But as a -- together, that's all I know | |
| 57:08 | of.  I don't know what he's done. | |

| | | |
|---|---|---|
| 64:20 - 65:03 | Baker, Cindy (2020-09-30) | 0:25 |
| 64:20 | Q. Have you ever gone to any | |
| 64:21 | sporting events with Mr. Baker? | |
| 64:22 | A. We've gone to a local football | |
| 64:23 | game twice. | |
| 65:01 | Q. Who was the local football team? | |
| 65:02 | A. The University of Wyoming | |
| 65:03 | Cowboys.  Go Pokes. | |

| | | |
|---|---|---|
| 65:08 - 65:19 | Baker, Cindy (2020-09-30) | 0:25 |
| 65:08 | When you went to the local | |
| 65:09 | football game, do you recall Mr. Baker | |
| 65:10 | wearing hearing protection? | |
| 65:11 | A. We were bundled up both times | |
| 65:12 | because it's like freezing here in the | |
| 65:13 | fall and snowing usually.  So he at least | |
| 65:14 | had a layer of like the big hats that we | |
| 65:15 | wear that are lined and then usually like | |
| 65:16 | a -- we wear like a blanket around us. | |
| 65:17 | So I wouldn't necessarily call that | |
| 65:18 | official hearing protection, but it does | |
| 65:19 | help a lot. | |

| | | |
|---|---|---|
| 65:20 - 66:05 | Baker, Cindy (2020-09-30) | 0:17 |
| 65:20 | Q. Okay.  So -- | |
| 65:21 | A. And we always sit in the | |
| 65:22 | bleachers where there's not a lot of | |
| 65:23 | people because both of us don't really | |
| 66:01 | want to be around a lot of people.  Like, | |
| 66:02 | there's a student side where it's like | |
| 66:03 | super packed and super loud.  We -- we | |
| 66:04 | always go on the other side, even though | |
| 66:05 | we're students. | |

| | | |
|---|---|---|
| 68:06 - 68:23 | Baker, Cindy (2020-09-30) | 1:43 |
| 68:06 | Q. Yes.  Okay.  And then, do you | |
| 68:07 | know if Mr. Baker listens to music? | |
| 68:08 | A. Yes. | |
| 68:09 | Q. Do you know how he listens to | |
| 68:10 | music?  Like, is it on a radio in the | |
| 68:11 | house?  Is it on headphones? | |

68:12    A. He prefers to listen to it in
68:13    ear buds, like -- you know, like, in his
68:14    ears.
68:15    Q. Have you ever been able to hear
68:16    the noise from his headphones while
68:17    standing next to him?
68:18    A. No.
68:19    Q. Do you know what --
68:20    A. (Inaudible) I guess that's an
68:21    exemption to that. Like, if the kids are
68:22    being really loud, he'll play it louder.
68:23    But that's it.

69:06 - 70:06    Baker, Cindy (2020-09-30)    1:05
69:06    It sounds like normally you
69:07    can't hear the music from his headphones,
69:08    but if the kids are playing around loudly
69:09    in the house, he'll turn it up so that he
69:10    can hear over them?
69:11    A. Yeah. And that's part of the
69:12    reason why he wears them sometimes, is to
69:13    mute the kids out because it's so much on
69:14    his ears.
69:15    Q. Okay. How often would you say
69:16    that happens, that he's trying to drown
69:17    out the noise of your kids with music?
69:18    A. Often. Yeah. Unless, like,
69:19    he's left alone with them. Like, that's
69:20    different. He'll usually do one ear.
69:21    And I don't know if like maybe he keeps
69:22    the ear bud in the ear with the tinnitus.
69:23    But he'll have one ear open so that he
70:01    can hear what they're doing, like, just
70:02    in case somebody gets hurt or something
70:03    like that. He can help do dishes and
70:04    stuff like that and, like, be productive
70:05    while he's listening to the earphone, if
70:06    that makes sense.

70:09 - 70:17    Baker, Cindy (2020-09-30)    0:22
70:09    Is it your understanding that his hearing
70:10    loss and tinnitus is only in one ear?
70:11    A. I think his hearing loss is in
70:12    both ears and he has -- it's stronger

| | | |
|---|---|---|
| 70:13 | tinnitus in one ear.  But I don't know | |
| 70:14 | for sure because I have not reviewed his | |
| 70:15 | file, I do not know his medical | |
| 70:16 | information.  I do not know anything for | |
| 70:17 | sure because I'm not him, so. | |

**72:13 - 72:22**  Baker, Cindy (2020-09-30)                   1:33

| | |
|---|---|
| 72:13 | reask the question.  How long would you |
| 72:14 | say that Mr. Baker was the primary |
| 72:15 | caretaker? |
| 72:16 | A. At least two years. |
| 72:17 | Q. And what was that time period? |
| 72:18 | A. 2018 to 2020. |
| 72:19 | Q. Did Mr. Baker ever express to |
| 72:20 | you any stress or anxiety that he had in |
| 72:21 | being the primary caretaker? |
| 72:22 | A. No. |

**73:06 - 73:15**  Baker, Cindy (2020-09-30)                   0:27

| | |
|---|---|
| 73:06 | Q. Other than hearing loss or |
| 73:07 | tinnitus, are you aware of any other |
| 73:08 | medical conditions that Mr. Baker has |
| 73:09 | been diagnosed with? |
| 73:10 | A. Diagnosed with?  No. |
| 73:11 | Q. Any other medical conditions |
| 73:12 | that Mr. Baker has brought to your |
| 73:13 | attention that has been a cause of |
| 73:14 | concern to him? |
| 73:15 | A. No. |

**76:18 - 76:19**  Baker, Cindy (2020-09-30)                   0:06

| | |
|---|---|
| 76:18 | Q. Have you ever observed any signs |
| 76:19 | of depression from Mr. Baker? |

**Re: [76:18 to 77:05]**
**Pltf Obj** 611 (vague); 602; speculation; 403

**OVERRULED**

**76:21 - 77:21**  Baker, Cindy (2020-09-30)                   2:40

| | |
|---|---|
| 76:21 | A. I don't really know how to |
| 76:22 | answer that question. |
| 76:23 | Q. Why is that? |
| 77:01 | A. Because any, like, signs of |
| 77:02 | depression in the past have been |
| 77:03 | short-lived, so I wouldn't know -- maybe |
| 77:04 | necessarily call them depression, maybe |
| 77:05 | just, you know, stress. |

**Re: [76:18 to 77:05]**
**Pltf Obj** 611 (vague); 602; speculation; 403

**OVERRULED**

| | | |
|---|---|---|
| 77:06 | Q. Can you describe for me these | |
| 77:07 | signs of stress that you have observed? | |
| 77:08 | A. When he returned from his | |
| 77:09 | deployment, it was really hard for him to | |
| 77:10 | get a job other than the Reserve job that | |
| 77:11 | he had.  So it was just -- it created a | |
| 77:12 | lot of stress for him.  And other than | |
| 77:13 | that, maybe like daily -- if he doesn't | |
| 77:14 | get like a lot of rest and stuff like | |
| 77:15 | that, he can be like -- kind of like a | |
| 77:16 | hermit and lock himself downstairs in the | |
| 77:17 | basement and kind of do his own thing. | |
| 77:18 | But we've been working on it because I | |
| 77:19 | have depression and so I know how it | |
| 77:20 | feels to feel depressed in any way.  So | |
| 77:21 | we work on it together as a team. | |

| | | |
|---|---|---|
| 78:20 - 79:14 | Baker, Cindy (2020-09-30) | 1:10 |
| 78:20 | Q. And during what time period have | |
| 78:21 | you, or did you observe this frustration | |
| 78:22 | and stress? | |
| 78:23 | A. There's been a couple of times. | |
| 79:01 | The first time was when he officially got | |
| 79:02 | out of active duty.  So when he returned | |
| 79:03 | in about September or October of 2009. | |
| 79:04 | And that was probably for about a couple | |
| 79:05 | of months.  And then again when he | |
| 79:06 | returned from Afghanistan off of his | |
| 79:07 | contract that he had, so when he returned | |
| 79:08 | in 2014.  But once he started in school, | |
| 79:09 | he was better after that.  And then the | |
| 79:10 | last time that I saw like a glimpse of | |
| 79:11 | that was when he finished his bachelor's | |
| 79:12 | degree and the Army did not allow him to | |
| 79:13 | go back in as an officer.  He wanted to | |
| 79:14 | go back in really, really bad. | |

| | | |
|---|---|---|
| 81:11 - 82:05 | Baker, Cindy (2020-09-30) | 1:02 |
| 81:11 | Q. Do you know when he started | |
| 81:12 | going to see your psychologist? | |
| 81:13 | A. It was probably 2014 when he | |
| 81:14 | first got back from Afghanistan or 2015. | |
| 81:15 | And it was more because I told him to go | |
| 81:16 | see her because I was worried and I | |

| | |
|---|---|
| 81:17 | didn't want him to, like, actually get |
| 81:18 | depressed, so. |
| 81:19 | Q. And do you have a sense of how |
| 81:20 | often he has seen your psychologist since |
| 81:21 | then? |
| 81:22 | A. Like once or twice.  Probably |
| 81:23 | once.  Yeah. |
| 82:01 | Q. And this is a provider at the |
| 82:02 | Veteran Affairs? |
| 82:03 | A. Yes.  Oh, the second time he |
| 82:04 | went was for when I asked him for a |
| 82:05 | divorce. |

**84:14 - 85:16**    Baker, Cindy (2020-09-30)                    1:12

| | |
|---|---|
| 84:14 | Q. Have you ever seen Mr. Baker |
| 84:15 | wear the Combat Arms Version 2? |
| 84:16 | A. No. |
| 84:17 | Q. And were you living with Mr. |
| 84:18 | Baker when he was in the inactive |
| 84:19 | Reserves or the active Reserves from 2009 |
| 84:20 | to 2012? |
| 84:21 | A. Yes. |
| 84:22 | Q. And at no point during that time |
| 84:23 | period did you ever see Mr. Baker wear |
| 85:01 | the Combat Arms Version 2? |
| 85:02 | A. No.  Because he would do that -- |
| 85:03 | if he did it at all, it would be at work |
| 85:04 | and I wasn't there. |
| 85:05 | Q. Do you know if he wore the |
| 85:06 | Combat Arms during that time period? |
| 85:07 | A. I do not know. |
| 85:08 | Q. Other than the AR-15s and the |
| 85:09 | handgun that you just referenced, are |
| 85:10 | there any other firearms that -- firearms |
| 85:11 | that you and Mr. Baker either own |
| 85:12 | together or one of you has owned and are |
| 85:13 | in the house? |
| 85:14 | A. There's a shotgun.  I -- I |
| 85:15 | thought I mentioned it before.  But we |
| 85:16 | have a shotgun. |

**86:04 - 86:14**    Baker, Cindy (2020-09-30)                    1:42

| | |
|---|---|
| 86:04 | Q. Okay.  So, when did you first |
| 86:05 | get the AR-15? |

| | | |
|---|---|---|
| 86:06 | A. 2013. | |
| 86:07 | Q. And you said you sold the AR-15. | |
| 86:08 | Do you remember when? | |
| 86:09 | A. I feel like it was January of | |
| 86:10 | 2019.  We sold both of them. | |
| 86:11 | Q. And do you recall how many times | |
| 86:12 | you accompanied Mr. Baker to shoot the | |
| 86:13 | AR-15? | |
| 86:14 | A. Twice. | |

| 87:03 - 88:02 | Baker, Cindy (2020-09-30) | 1:58 |
|---|---|---|
| 87:03 | Q. Okay.  And at that time, as far | |
| 87:04 | as you remember, were you and Mr. Baker | |
| 87:05 | both wearing orange foamies? | |
| 87:06 | A. I was.  And he -- I think | |
| 87:07 | probably the first time he was wearing | |
| 87:08 | orange foamies.  The second time it could | |
| 87:09 | have been either the orange foamies or | |
| 87:10 | the headphones.  I'm pretty sure he had | |
| 87:11 | gotten the headphones by then.  But I'm | |
| 87:12 | not sure exactly what he wore. | |
| 87:13 | Sometimes -- a lot of times he wears | |
| 87:14 | orange foamies and the red headphones. | |
| 87:15 | So that might have been what he was | |
| 87:16 | doing, because it really does actually | |
| 87:17 | seal everything in then. | |
| 87:18 | Q. Did you guys wear any eye | |
| 87:19 | protection? | |
| 87:20 | A. Uh-huh.  Yeah. | |
| 87:21 | Q. And so, were there instances | |
| 87:22 | then that you observed Mr. Baker shooting | |
| 87:23 | the AR-15 with possibly the headset that | |
| 88:01 | you described and eye protection? | |
| 88:02 | A. Yeah. | |

| 88:03 - 89:01 | Baker, Cindy (2020-09-30) | 1:21 |
|---|---|---|
| 88:03 | Q. Do you recall how many rounds | |
| 88:04 | that you and Mr. Baker shot during | |
| 88:05 | that -- those two times that you shot the | |
| 88:06 | AR-15? | |
| 88:07 | A. Sorry.  I'm thinking.  Probably | |
| 88:08 | like two or three magazines full.  So | |
| 88:09 | probably like thirty rounds max.  It's | |
| 88:10 | hard to remember stuff like that, so I'm | |

| | | |
|---|---|---|
| 88:11 | sorry. | |
| 88:12 | Q. And I'm just asking for your | |
| 88:13 | best recollection.  So as far as you | |
| 88:14 | recall, it was probably around thirty | |
| 88:15 | rounds, two or three magazines? | |
| 88:16 | A. Uh-huh. | |
| 88:17 | Q. Is that right? | |
| 88:18 | A. Yes. | |
| 88:19 | Q. Now, do you know if Mr. Baker | |
| 88:20 | ever recreationally shot the AR-15 | |
| 88:21 | separate from you? | |
| 88:22 | A. I think he might have with our | |
| 88:23 | friends maybe once or twice maybe.  And | |
| 89:01 | it's been when we lived in Wyoming. | |

| 89:11 - 89:18 | Baker, Cindy (2020-09-30) | 0:24 |
|---|---|---|
| 89:11 | Q. Fair enough.  Next you said that | |
| 89:12 | you have a handgun; correct? | |
| 89:13 | A. Uh-huh.  We have two. | |
| 89:14 | Q. Two handguns.  Are they similar | |
| 89:15 | models, or do you recall if they have any | |
| 89:16 | differences? | |
| 89:17 | A. One's a revolver.  And the other | |
| 89:18 | is a CZ 82. | |

| 91:03 - 92:03 | Baker, Cindy (2020-09-30) | 1:00 |
|---|---|---|
| 91:03 | Q. No problem.  Maybe I can ask it | |
| 91:04 | this way.  You've been recreationally | |
| 91:05 | shooting approximately four times with -- | |
| 91:06 | with Mr. Baker in your life; correct? | |
| 91:07 | A. Uh-huh.  Yes. | |
| 91:08 | Q. And when you go recreationally | |
| 91:09 | shooting, is there a typical amount of | |
| 91:10 | shots that, or rounds that you and Mr. | |
| 91:11 | Baker would do when you'd go? | |
| 91:12 | A. Probably like two to three | |
| 91:13 | magazines, I feel like, is an average for | |
| 91:14 | us.  It also depends on like who is | |
| 91:15 | shooting.  I, like, prefer shooting the | |
| 91:16 | rifles more, so I usually shoot most of | |
| 91:17 | those, and then he usually prefers | |
| 91:18 | shooting handguns more.  But he doesn't | |
| 91:19 | -- we don't usually -- we can't afford | |
| 91:20 | handgun ammo as much as we can afford the | |

| | | | | |
|---|---|---|---|---|
| 91:21 | rifle ammo.  So that's why I'm not really | | | |
| 91:22 | sure how much we've shot. | | | |
| 91:23 | Q. Okay.  So the two or three | | | |
| 92:01 | magazines is usually for the rifle?  Is | | | |
| 92:02 | that right? | | | |
| 92:03 | A. Yeah. | | | |

| 94:02 - 94:10 | Baker, Cindy (2020-09-30) | 0:22 | | |
|---|---|---|---|---|
| 94:02 | Q. And like with the AR-15, is it | | Re: [94:02 to 94:10] | SUSTAINED |
| 94:03 | your understanding that if Mr. Baker was | | Def Obj Improper counter | |
| 94:04 | using either of the two handguns that we | | | |
| 94:05 | were just discussing, he would have put | | | |
| 94:06 | on either foamies or ear muffs? | | | |
| 94:07 | A. Or both. | | | |
| 94:08 | Q. Or both.  And would he always | | | |
| 94:09 | wear eye protection, as far as you know? | | | |
| 94:10 | A. Yeah. | | | |

| 94:11 - 94:14 | Baker, Cindy (2020-09-30) | 0:08 | | |
|---|---|---|---|---|
| 94:11 | Q. Okay.  The last weapon I think | | | |
| 94:12 | that you described was a hunting rifle? | | | |
| 94:13 | Is that correct? | | | |
| 94:14 | A. And a shotgun. | | | |

| 94:22 - 95:11 | Baker, Cindy (2020-09-30) | 1:40 | | |
|---|---|---|---|---|
| 94:22 | Can you please tell me when you | | | |
| 94:23 | first got the shotgun and if you still | | | |
| 95:01 | have it. | | | |
| 95:02 | A. We still have it.  It had to be | | | |
| 95:03 | before 2014 because we had it when we | | | |
| 95:04 | lived in South Carolina.  And then as far | | | |
| 95:05 | as many -- how many rounds we've shot, I | | | |
| 95:06 | would say no more than ten. | | | |
| 95:07 | Q. Does that mean you believe | | | |
| 95:08 | you've shot no more than ten rounds total | | | |
| 95:09 | since you've had the shotgun? | | | |
| 95:10 | A. No.  Like per -- per time that | | | |
| 95:11 | we've shot it.  Yeah. | | | |

| 95:12 - 95:15 | Baker, Cindy (2020-09-30) | 0:16 | | |
|---|---|---|---|---|
| 95:12 | Q. Okay.  And how many times do you | | | |
| 95:13 | think that you and Mr. Baker have shot | | | |
| 95:14 | it? | | | |
| 95:15 | A. Two.  Three.  Two?  Two.  Two. | | | |

| 96:06 - 96:18 | Baker, Cindy (2020-09-30) | 1:40 |
|---|---|---|
| 96:06 | Q. Okay. Has all of your | |
| 96:07 | recreational shooting with Mr. Baker been | |
| 96:08 | in Wyoming, or did you also do some in | |
| 96:09 | South Carolina? | |
| 96:10 | A. We did some in South Carolina. | |
| 96:11 | Like one of the times was in South | |
| 96:12 | Carolina, in Lake City, South Carolina. | |
| 96:13 | Q. And can you describe that | |
| 96:14 | experience for me? | |
| 96:15 | A. That was the time where I do it | |
| 96:16 | with my family. Yeah. We just get | |
| 96:17 | together and shoot guns, like a bunch of | |
| 96:18 | rednecks. | |

| 97:05 - 97:09 | Baker, Cindy (2020-09-30) | 0:15 |
|---|---|---|
| 97:05 | Q. Okay. So as far as you recall, | |
| 97:06 | your dad may have had some guns, but you | |
| 97:07 | remember there probably being the AR-15 | |
| 97:08 | and the shotgun and the handgun? | |
| 97:09 | A. Correct. | |

| 98:01 - 98:07 | Baker, Cindy (2020-09-30) | 0:20 |
|---|---|---|
| 98:01 | Q. And do you recall approximately | |
| 98:02 | how many rounds of each weapon you would | |
| 98:03 | have shot? | |
| 98:04 | A. Probably no more than ten. | |
| 98:05 | Q. Would that be ten total or ten | |
| 98:06 | per each gun? | |
| 98:07 | A. Per each gun. | |

| 98:08 - 98:11 | Baker, Cindy (2020-09-30) | 0:15 |
|---|---|---|
| 98:08 | Q. Do you recall if folks were | |
| 98:09 | shooting guns at the same time? Or would | |
| 98:10 | it be like a one-by-one situation? | |
| 98:11 | A. One by one. | |

| 100:01 - 100:08 | Baker, Cindy (2020-09-30) | 0:23 |
|---|---|---|
| 100:01 | Q. And just before I round this | |
| 100:02 | out, for each of the guns and shooting | |
| 100:03 | experiences that we just discussed, is it | |
| 100:04 | your understanding that Mr. Baker would | |
| 100:05 | either wear the orange foamies, the | |

| | | |
|---|---|---|
| 100:06 | ear -- the headphones covering them or | |
| 100:07 | both, and eye protection? | |
| 100:08 | A. Yes.  Safety first. | |

111:19 - 112:15   Baker, Cindy (2020-09-30)                                    1:19

| | |
|---|---|
| 111:19 | Q. (By Ms. Ozurovich) Ms. Baker, |
| 111:20 | what is your understanding of Mr. Baker's |
| 111:21 | responsibilities when he served in the |
| 111:22 | military? |
| 111:23 | A. He was infantry.  He drove a |
| 112:01 | Stryker.  Sometimes he was a gunner. |
| 112:02 | That's about it. |
| 112:03 | Q. Do you have an understanding of |
| 112:04 | when he drove a Stryker versus being a |
| 112:05 | gunner while he was part of the military? |
| 112:06 | A. No.  I do know that when I met |
| 112:07 | him, he was driving a Stryker. |
| 112:08 | Q. Did you and Mr. Baker ever |
| 112:09 | discuss what types of noises he was |
| 112:10 | exposed to while in the military? |
| 112:11 | A. Well, since I met him while he |
| 112:12 | was driving a Stryker, he would describe |
| 112:13 | to me that the -- the hole that he was in |
| 112:14 | as a driver was extremely loud.  But |
| 112:15 | that's about it. |

113:20 - 114:09   Baker, Cindy (2020-09-30)                                    1:36

| | |
|---|---|
| 113:20 | Q. Other than the talking about the |
| 113:21 | noise from the Stryker, did you all ever |
| 113:22 | discuss any other types of noise |
| 113:23 | exposures? |
| 114:01 | A. No. |
| 114:02 | Q. Do you have any other knowledge |
| 114:03 | about any other potential noise exposures |
| 114:04 | or weapons exposures that he may have |
| 114:05 | had? |
| 114:06 | A. No. |
| 114:07 | Q. Have you ever seen a pair of the |
| 114:08 | Combat Arms Version 2? |
| 114:09 | A. No. |

114:19 - 115:01   Baker, Cindy (2020-09-30)                                    0:13

| | |
|---|---|
| 114:19 | Q. And other than the foamies or |
| 114:20 | ear muffs that we talked about earlier, |

| | | |
|---|---|---|
| 114:21 | have you ever seen Mr. Baker wear any | |
| 114:22 | other types of hearing protection devices | |
| 114:23 | since you've known him? | |
| 115:01 | A. No. | |

121:17 - 122:01   Baker, Cindy (2020-09-30)                    0:17

| | |
|---|---|
| 121:17 | Q. Did you ever talk about the type |
| 121:18 | of training that Mr. Baker underwent at |
| 121:19 | Triple Canopy? |
| 121:20 | A. No. |
| 121:21 | Q. Did you ever talk about any |
| 121:22 | firearms that Mr. Baker used while at |
| 121:23 | Triple Canopy? |
| 122:01 | A. No. |

122:20 - 123:01   Baker, Cindy (2020-09-30)                    0:09                                        **Re: [122:20 to 123:12]**          **OVERRULED**
                                                                                                                                     **Pltf Obj** 402; 403

| | |
|---|---|
| 122:20 | Q. Okay.  So, to the extent Mr. |
| 122:21 | Baker did or did not wear hearing |
| 122:22 | protection devices, you don't know that |
| 122:23 | sitting here today? |
| 123:01 | A. No. |

123:05 - 123:12   Baker, Cindy (2020-09-30)                    0:22                                        **Re: [122:20 to 123:12]**          **OVERRULED**
                                                                                                                                     **Pltf Obj** 402; 403

| | |
|---|---|
| 123:05 | Q. Do you know of any noise |
| 123:06 | exposures or noise that Mr. Baker |
| 123:07 | encountered while at Triple Canopy? |
| 123:08 | A. No. |
| 123:09 | Q. Do you know if his station was |
| 123:10 | ever under attack or ever experienced |
| 123:11 | live fire? |
| 123:12 | A. No. |

125:07 - 125:23   Baker, Cindy (2020-09-30)                    1:48

| | |
|---|---|
| 125:07 | Q. So what I'm trying to understand |
| 125:08 | is you said that you noticed his hearing |
| 125:09 | getting -- hearing loss getting worse in |
| 125:10 | 2012.  And so, has his hearing loss |
| 125:11 | changed at all from 2012 to two thousand |
| 125:12 | -- or to 2020, as far as you've observed? |
| 125:13 | A. I don't know if it has changed |
| 125:14 | or if I've just become more aware of it |
| 125:15 | because he has communicated more. |
| 125:16 | Q. Okay.  And so, is that true for |
| 125:17 | the entire time that you have known Mr. |

| | | |
|---|---|---|
| 125:18 | Baker, that you're not really sure if his | |
| 125:19 | hearing loss has changed, it's more an | |
| 125:20 | issue of whether you have become more | |
| 125:21 | aware of his hearing loss? | |
| 125:22 | A. Correct.  That's the best way to | |
| 125:23 | describe it, yes. | |

**126:01 - 126:06**  Baker, Cindy (2020-09-30)   0:17

**Re: [126:01 to 126:05]**          **SUSTAINED**
**Def Obj** Improper counter

| | |
|---|---|
| 126:01 | Q. Do you know why Mr. Baker left |
| 126:02 | Triple Canopy in 2014? |
| 126:03 | A. To be home with me and to go |
| 126:04 | back to school.  So he could see his son. |
| 126:05 | He wasn't there for the first two years, |
| 126:06 | so. |

**126:07 - 126:10**  Baker, Cindy (2020-09-30)   0:14

| | |
|---|---|
| 126:07 | Q. As far as you know, was Mr. |
| 126:08 | Baker's reason for leaving Triple Canopy |
| 126:09 | at all related to any medical condition? |
| 126:10 | A. No. |

**127:23 - 128:02**  Baker, Cindy (2020-09-30)   0:05

| | |
|---|---|
| 127:23 | Q. Have you ever heard of a company |
| 128:01 | called Phalanx Defense? |
| 128:02 | A. Yeah. |

**128:22 - 129:05**  Baker, Cindy (2020-09-30)   0:19

**Re: [128:22 to 129:05]**          **OVERRULED**
**Pltf Obj** MIL 34; 402; 403

| | |
|---|---|
| 128:22 | Q. As far as you know, was Mr. |
| 128:23 | Baker ever a firearms instructor there? |
| 129:01 | A. No.  I think he had hoped to be. |
| 129:02 | I think the plan was that maybe |
| 129:03 | eventually he would be.  But then it just |
| 129:04 | kind of evolved and he came home and life |
| 129:05 | started again, like regular life. |

**140:03 - 140:12**  Baker, Cindy (2020-09-30)   1:33

| | |
|---|---|
| 140:03 | Is there anyone else that you |
| 140:04 | know of who is aware of Mr. Baker's |
| 140:05 | hearing loss or tinnitus? |
| 140:06 | A. No.  He's a private person, so |
| 140:07 | he doesn't really, like, just tell people |
| 140:08 | things.  Like, I don't even know if, |
| 140:09 | like, his job knew, you know, like, his, |
| 140:10 | like, office associate job where he got |

140:11    really close to people.  I don't even
140:12    think they knew.

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 8:02 - 8:03 | Dimoff, Brian (2020-10-03) | 0:04 | | | |
| 8:02 | Q. Good morning, Mr. Dimoff. | | | | |
| 8:03 | A. Good morning. | | | | |
| | | | | | |
| 11:07 - 12:05 | Dimoff, Brian (2020-10-03) | 1:58 | | | |
| 11:07 | Q. Are you represented today in this | | | **Re: [11:07 to 11:15]** | **OVERRULED** |
| 11:08 | deposition?  Do you have a lawyer? | | | **Pltf Obj** 401, 402, 403 | |
| 11:09 | A. Yes, I am.  Mr. Fox is my | | | | |
| 11:10 | attorney. | | | | |
| 11:11 | Q. Okay.  Am I correct that Mr. Fox | | | | |
| 11:12 | is representing you in connection with this | | | | |
| 11:13 | deposition here today in Mr. Lloyd Baker's | | | | |
| 11:14 | case? | | | | |
| 11:15 | A. Yes, sir. | | | | |
| 11:16 | Q. You know Lloyd Baker; fair to | | | | |
| 11:17 | say? | | | | |
| 11:18 | A. Yes. | | | | |
| 11:19 | Q. Can you just explain how you know | | | | |
| 11:20 | him? | | | | |
| 11:21 | A. We worked together for Triple | | | | |
| 11:22 | Canopy, and pretty much the entire time that we | | | | |
| 11:23 | worked for Triple Canopy, we were roommates for | | | | |
| 11:24 | most of that; we went through a certain series | | | | |
| 11:25 | of training together, and we became good | | | | |
| 12:01 | friends. | | | | |
| 12:02 | Q. All right.  So you said good | | | | |
| 12:03 | friends.  You consider yourself to be good | | | | |
| 12:04 | friends with Mr. Baker? | | | | |
| 12:05 | A. Yes, I do. | | | | |
| | | | | | |
| 12:06 - 12:08 | Dimoff, Brian (2020-10-03) | 0:06 | | | |
| 12:06 | Q. Other than Triple Canopy, have | | | | |
| 12:07 | you guys done any other work together? | | | | |
| 12:08 | A. No. | | | | |
| | | | | | |
| 12:09 - 12:23 | Dimoff, Brian (2020-10-03) | 1:36 | | | |
| 12:09 | Q. All right.  Have you discussed | | | **Re: [12:17 to 12:23]** | **OVERRULED** |
| 12:10 | starting a business together? | | | **Pltf Obj** 401, 402, 403 | |
| 12:11 | A. Yes. | | | | |
| 12:12 | Q. Can you describe that, just at a | | | | |
| 12:13 | general level? | | | | |
| 12:14 | A. We are in the process of opening | | | | |

| | | |
|---|---|---|
| 12:15 | an LLC here in Laramie, that's going to be a | |
| 12:16 | firearms and hunting-related business. | |
| 12:17 | Q. Okay. Is firearms something that | |
| 12:18 | is a topic of interest for you? | |
| 12:19 | A. Yes. I'm a gunsmith. | |
| 12:20 | Q. Okay. And do you understand that | |
| 12:21 | Mr. Lloyd Baker also has an interest in | |
| 12:22 | firearms? | |
| 12:23 | A. Yes. | |

| 13:07 - 13:22 | Dimoff, Brian (2020-10-03) | 1:42 |
|---|---|---|
| 13:07 | Q. All right. And aside from | |
| 13:08 | business, you described yourself as good | |
| 13:09 | friends with Mr. Baker. What sort of | |
| 13:10 | nonbusiness, sort of social relationships do | |
| 13:11 | you have with Mr. Baker? | |
| 13:12 | A. He's a friend. We talk about | |
| 13:13 | stuff, even though we've been separated by | |
| 13:14 | about half the country. He's just somebody | |
| 13:15 | I've been talking to for -- ever since we left | |
| 13:16 | Afghanistan. And we had always wanted to live | |
| 13:17 | closer and hang out more and potentially start | |
| 13:18 | a business together. | |
| 13:19 | Q. You said that you recently moved | |
| 13:20 | to Laramie. Was part of the reason for that, | |
| 13:21 | Mr. Baker being in Laramie? | |
| 13:22 | A. Yes, it was. | |

| 13:23 - 14:04 | Dimoff, Brian (2020-10-03) | 0:25 |
|---|---|---|
| 13:23 | Q. Can you describe that? | |
| 13:24 | A. Well, my wife and I are both | |
| 13:25 | going to the University of Wyoming here, that | |
| 14:01 | was probably half of it; and the other half is | |
| 14:02 | the fact that he's here, and we want to open a | |
| 14:03 | business here because it's a good environment | |
| 14:04 | for that. | |

| 14:19 - 14:21 | Dimoff, Brian (2020-10-03) | 0:07 |
|---|---|---|
| 14:19 | Q. Okay. About how often would you | |
| 14:20 | say you see him? | |
| 14:21 | A. Once a week. | |

| 17:13 - 17:23 | Dimoff, Brian (2020-10-03) | 1:30 |
|---|---|---|

17:13    Q. Have you ever done any
17:14    extracurricular activities with Mr. Baker,
17:15    things like sports, or clubs, or things like
17:16    that?
17:17    A. Since I've been here, we've gone
17:18    fishing a few times.  And when I've come out to
17:19    visit him, fishing, little bit of hiking; we
17:20    did go shooting a few times.  That's -- That's
17:21    really about it.
17:22    When we were overseas in
17:23    Afghanistan, he was my gym partner.

18:01 - 19:07    Dimoff, Brian (2020-10-03)                    1:26
18:01    Q. All right.  And, again, we'll get
18:02    into the shooting in a little bit later.  But
18:03    would that be, you know, recreational shooting
18:04    with Mr. Baker?
18:05    A. Yes.
18:06    Q. Can you describe that?  It was at
18:07    an indoor range, an outdoor range?  What were
18:08    you shooting?
18:09    A. Outdoors, just some assorted
18:10    firearms that we both own.  There's a public
18:11    area that's authorized for shooting that we've
18:12    gone to a couple of times out here.
18:13    Q. Can you just list for me the
18:14    firearms that you would have used in the
18:15    recreational shooting you've done with Mr.
18:16    Baker?
18:17    A. I don't necessarily feel
18:18    comfortable listing the firearms I own.  I
18:19    don't want that on the Record.  I don't believe
18:20    it's the business of any government agency to
18:21    know what I own.
18:22    Q. Well -- So let me ask it this
18:23    way:  So what firearms do you remember Mr.
18:24    Baker shooting recreationally when you went
18:25    recreational shooting with him?
19:01    A. I'm comfortable giving you the
19:02    calibers.
19:03    Q. Well, sure, let's start there.
19:04    A. 9 millimeter, .38 Special, 5.56,
19:05    and .308.

| | | |
|---|---|---|
| 19:06 | Q. Anything else you can remember? | |
| 19:07 | A. Not at this moment. | |

21:22 - 22:19   Dimoff, Brian (2020-10-03)   1:59

| | |
|---|---|
| 21:22 | Mr. Dimoff, can you give us at |
| 21:23 | least the types -- in addition to the calibers, |
| 21:24 | the types of weapons that you and Mr. Baker |
| 21:25 | would have shot while doing some recreational |
| 22:01 | shooting together? |
| 22:02 | A. A 9 millimeter handgun, a .38 |
| 22:03 | Special handgun, a 5.56 rifle, and a .308 |
| 22:04 | rifle. |
| 22:05 | Q. Okay.  Are those -- I know |
| 22:06 | nothing about guns, so are those -- and I |
| 22:07 | suspect that many on the jury may not, are |
| 22:08 | those automatic, semi-automatic, single shot? |
| 22:09 | I don't know if those are the right terms, what |
| 22:10 | kinds of rifles are those is my question? |
| 22:11 | A. The .308 and the 5.56 would be |
| 22:12 | semi-automatic.  Because the ATF does not abide |
| 22:13 | by the Second Amendment, it's illegal to own a |
| 22:14 | fully automatic weapon in the United States |
| 22:15 | without a bunch of unnecessary licensing that |
| 22:16 | violates the Constitution.  And the other ones |
| 22:17 | are -- the 9 millimeter would be a |
| 22:18 | semi-automatic and the .38 Special is a |
| 22:19 | revolver handgun. |

23:03 - 23:18   Dimoff, Brian (2020-10-03)   1:39

| | | | |
|---|---|---|---|
| 23:03 | Q. All right.  Did you all wear | Re: [23:12 to 23:18] | **OVERRULED** |
| 23:04 | hearing protection during that recreational | **Def Obj** Improper character | |
| 23:05 | shooting? | evidence; 401; 403 | |
| 23:06 | A. Yeah. | | |
| 23:07 | Q. What types of hearing -- What | | |
| 23:08 | type of hearing protection did you wear? | | |
| 23:09 | A. I can't remember if he has a set | | |
| 23:10 | of Peltors or if they are Walkers.  I | | |
| 23:11 | personally prefer to use Peltors, and we both | | |
| 23:12 | wear earplugs.  To be honest with you, we're | | |
| 23:13 | both paranoid about keeping the hearing that we | | |
| 23:14 | have left, so we usually use double protection. | | |
| 23:15 | Q. When you say double protection, | | |
| 23:16 | do you mean an in-ear earplug and over-the-ear | | |

| | | |
|---|---|---|
| 23:17 | muffs as well? | |
| 23:18 | A. Yes. | |

| | | |
|---|---|---|
| 23:19 - 24:02 | Dimoff, Brian (2020-10-03) | 0:17 |
| 23:19 | Q. And when you went recreational | |
| 23:20 | shooting with Mr. Baker, did you observe him | |
| 23:21 | using both an in-ear earplug and over-the-ear | |
| 23:22 | muffs? | |
| 23:23 | A. Yes. | |
| 23:24 | Q. Have you ever seen Mr. Baker -- | |
| 23:25 | personally seen Mr. Baker wear the Combat Arms | |
| 24:01 | Version 2 Earplug? | |
| 24:02 | A. No. | |

| | | |
|---|---|---|
| 25:17 - 25:20 | Dimoff, Brian (2020-10-03) | 0:06 |
| 25:17 | All right.  And, Mr. Dimoff, do | |
| 25:18 | you recognize what we've marked here as Exhibit | |
| 25:19 | 61? | |
| 25:20 | A. Yes, I do. | |

| | | |
|---|---|---|
| 26:12 - 27:11 | Dimoff, Brian (2020-10-03) | 1:57 |
| 26:12 | Q. And in your email you write: | |
| 26:13 | Facebook Messenger transcript including GIFs | |
| 26:14 | and IMGs.  Do you see that? | |
| 26:15 | A. Yes. | |
| 26:16 | Q. And so the Facebook Messenger | |
| 26:17 | transcript that's referenced here, that's | |
| 26:18 | something that you produced in response to the | |
| 26:19 | subpoena; right? | |
| 26:20 | A. Yes. | |
| 26:21 | Q. And those were Facebook messages | |
| 26:22 | exchanged between you and Mr. Baker; right? | |
| 26:23 | A. Yes. | |
| 26:24 | Q. How did you download that | |
| 26:25 | transcript?  Did you go on your Facebook and | |
| 27:01 | just pull down all of the messages between you | |
| 27:02 | and Mr. Baker? | |
| 27:03 | A. I went on Facebook.  They have a | |
| 27:04 | feature where you can download your messenger | |
| 27:05 | history.  And I downloaded what was available | |
| 27:06 | and sent it in.  This is not the Facebook | |
| 27:07 | account that I originally had the whole time | |
| 27:08 | that I've known Mr. Baker.  That account was | |

| | | |
|---|---|---|
| 27:09 | closed down during a divorce, and I no longer | |
| 27:10 | have access to any of the data.  It's been | |
| 27:11 | closed for several years. | |
| | | |
| 32:08 - 32:13 | Dimoff, Brian (2020-10-03) | 0:11 |
| 32:08 | Q. All right.  And before we look at | |
| 32:09 | the Facebook messages, just as a general | |
| 32:10 | matter, am I correct that you are truthful in | |
| 32:11 | your Facebook messages that you sent to Mr. | |
| 32:12 | Baker? | |
| 32:13 | A. Yes. | |
| | | |
| 33:20 - 34:03 | Dimoff, Brian (2020-10-03) | 0:25 |
| 33:20 | Q. For the Record, we'll mark tab 22 | |
| 33:21 | as Exhibit 63. | |
| 33:22 | And you can take a minute to look | |
| 33:23 | at it.  But my first question will be, sir, | |
| 33:24 | whether these are true and correct copies of | |
| 33:25 | Facebook messages that were exchanged between | |
| 34:01 | you and Mr. Baker between July 4th, 2020, and | |
| 34:02 | September 14, 2020? | |
| 34:03 | A. Yes. | |
| | | |
| 35:06 - 36:18 | Dimoff, Brian (2020-10-03) | 1:29 |
| 35:06 | Q. Okay.  So if you have Exhibit 63 | |
| 35:07 | open, just for the Record, I want to confirm a | |
| 35:08 | few things about the formatting of this. | |
| 35:09 | So you'll see on the first page | |
| 35:10 | of Exhibit 63, and for the Record, it's the | |
| 35:11 | page that has the number stamp at the bottom | |
| 35:12 | right-hand corner 00320. | |
| 35:13 | Do you see at the top of that, | |
| 35:14 | there's the date and timestamp that says | |
| 35:15 | September 14, 2020, 11:40 a.m.? | |
| 35:16 | A. Yes. | |
| 35:17 | Q. And under that it has your name, | |
| 35:18 | Brian Dimoff; right? | |
| 35:19 | A. Uh-huh. | |
| 35:20 | Q. Is that yes? | |
| 35:21 | A. Yes. | |
| 35:22 | Q. And then under Brian Dimoff, | |
| 35:23 | there is a message that you sent to Mr. Baker; | |
| 35:24 | true? | |

| | | |
|---|---|---|
| 35:25 | A. Yes. | |
| 36:01 | Q. So my question is: Where, in | |
| 36:02 | Exhibit 63, we see a date and a timestamp with | |
| 36:03 | your name under it and a message under it, that | |
| 36:04 | would be a true and correct copy of a message | |
| 36:05 | that you sent at that date and time to Mr. | |
| 36:06 | Baker; true? | |
| 36:07 | A. Yes. | |
| 36:08 | Q. And if you look further down, | |
| 36:09 | there's another date and timestamp September | |
| 36:10 | 14, 2020, 11:11 a.m., with Mr. Baker's name | |
| 36:11 | under it and then a message. Do you see that? | |
| 36:12 | A. Yes. | |
| 36:13 | Q. And similar to your messages, | |
| 36:14 | whenever we see a date and timestamp with Mr. | |
| 36:15 | Baker's name under it and a message, that would | |
| 36:16 | have been a message that you received from Mr. | |
| 36:17 | Baker at that date and time; true? | |
| 36:18 | A. Yes. | |

| | | |
|---|---|---|
| 37:02 - 37:20 | Dimoff, Brian (2020-10-03) | 1:35 |
| 37:02 | Q. We'll start there. So you'll see | |
| 37:03 | there's a message in Exhibit 63 from September | |
| 37:04 | 10, 2020, at three o'clock p.m., from Mr. | |
| 37:05 | Baker, to you, that says: My lawyer said he | |
| 37:06 | will be calling you today. | |
| 37:07 | Do you see that? | |
| 37:08 | A. Yes. | |
| 37:09 | Q. Okay. That's a message that you | |
| 37:10 | received from Mr. Baker on September 10, 2020, | |
| 37:11 | at 3 p.m.; true? | |
| 37:12 | A. Yes. | |
| 37:13 | Q. Okay. And then at 3:01 p.m. you | |
| 37:14 | say: Just got off the phone. Nice guy. | |
| 37:15 | And that's a message that you | |
| 37:16 | sent to Mr. Baker; right? | |
| 37:17 | A. Yes. | |
| 37:18 | Q. Who called you? Was that Mr. Fox | |
| 37:19 | or somebody else? | |
| 37:20 | A. That was Mr. Fox. | |

| | | |
|---|---|---|
| 38:06 - 38:09 | Dimoff, Brian (2020-10-03) | 0:07 |
| 38:06 | Q. Okay. Well, let me ask this: Is | |

| | | |
|---|---|---|
| 38:07 | this the first time that you spoke with Mr. | |
| 38:08 | Fox? | |
| 38:09 | A. Yes. | |

| | | |
|---|---|---|
| 39:07 - 39:20 | Dimoff, Brian (2020-10-03) | 1:46 |
| 39:07 | Q. All right.  So I'll ask you the | |
| 39:08 | question again.  Am I correct that by September | |
| 39:09 | 10, 2020, you had become aware that a subpoena | |
| 39:10 | had been issued asking you for some documents | |
| 39:11 | in the case? | |
| 39:12 | A. Yes. | |
| 39:13 | Q. All right.  About how long was | |
| 39:14 | your call with Mr. Fox on September 10th? | |
| 39:15 | A. I don't recall. | |
| 39:16 | Q. Okay.  If you'll look on the page | |
| 39:17 | number stamped 322, there's a reference to | |
| 39:18 | spending thirty minutes talking.  Does that | |
| 39:19 | sound -- is that accurate? | |
| 39:20 | A. I think so. | |

| | | | | |
|---|---|---|---|---|
| 40:05 - 40:23 | Dimoff, Brian (2020-10-03) | 1:45 | | |
| 40:05 | Q. Do you see there's a message from | | **Re: [40:05 to 40:23]** | **OVERRULED** |
| 40:06 | Mr. Baker, September 10, 2020, 7:43 p.m.  I'll | | **Pltf Obj** MIL 36; 403; 402. | |
| 40:07 | just read it for the Record:  Not to pry, but | | | |
| 40:08 | if they aren't taking you on for the earplugs, | | | |
| 40:09 | why are they representing you?  And feel free | | | |
| 40:10 | to tell me to F off. | | | |
| 40:11 | Do you see that message? | | | |
| 40:12 | A. Yes. | | | |
| 40:13 | Q. Okay.  And then you reply a | | | |
| 40:14 | minute later to Mr. Baker saying:  No, they are | | | |
| 40:15 | taking me on, but it will have to wait until I | | | |
| 40:16 | have presented all of my info in favor of your | | | |
| 40:17 | claim. | | | |
| 40:18 | Do you see that? | | | |
| 40:19 | A. Yes. | | | |
| 40:20 | Q. Okay.  So my first question is, | | | |
| 40:21 | is your message, September 10, 2020, 7:44 p.m. | | | |
| 40:22 | to Mr. Baker, accurate? | | | |
| 40:23 | A. As far as I know. | | | |

| | | | | |
|---|---|---|---|---|
| 41:14 - 41:19 | Dimoff, Brian (2020-10-03) | 0:16 | | |
| 41:14 | Q. Okay.  So my question is, is it | | **Re: [41:14 to 42:01]** | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 41:15 | true that on that call that you had with Mr. | | **Pltf Obj** MIL 36; | |
| 41:16 | Fox on the 10th of September, Mr. Fox told you | | mischaracterizes evidence; | |
| 41:17 | that your own claim against 3M would have to | | 611; 403; 402. | |
| 41:18 | wait until you presented information in Mr. | | | |
| 41:19 | Baker's case in his favor? | | | |
| | | | | |
| **41:24 - 42:01** | **Dimoff, Brian (2020-10-03)** | 0:11 | | |
| 41:24 | A. Something along those lines. I | | **Re: [41:14 to 42:01]** | **OVERRULED** |
| 41:25 | wouldn't say that necessarily that's exactly | | **Pltf Obj** MIL 36; | |
| 42:01 | what was said, but something close to that. | | mischaracterizes evidence; | |
| | | | 611; 403; 402. | |
| | | | | |
| **42:02 - 42:20** | **Dimoff, Brian (2020-10-03)** | 1:52 | | |
| 42:02 | Q. Okay. And when you say close to | | **Re: [42:02 to 42:20]** | **OVERRULED** |
| 42:03 | that, I don't mean to use the same exact words, | | **Pltf Obj** MIL 36; | |
| 42:04 | but in sum or substance, is that a fair summary | | mischaracterizes evidence; | |
| 42:05 | of what was said, which is, that you can make a | | 611; 403; 402. | |
| 42:06 | claim against 3M, but your claim will have to | | | |
| 42:07 | wait until you've presented information in Mr. | | | |
| 42:08 | Baker's favor in his claim? | | **Re: [42:09 to 42:09]** | **OVERRRULED** |
| 42:09 | MR. FOX: Objection. Form. Same | | **Def Obj** 401 | |
| 42:10 | objection. Mischaracterizes the evidence. | | | |
| 42:11 | Q. You can answer, sir. | | | |
| 42:12 | A. I wouldn't necessarily say -- I | | | |
| 42:13 | think I understand the context that you're | | | |
| 42:14 | trying to put this in by using the word favor | | | |
| 42:15 | repeatedly. And that's not the context it's | | | |
| 42:16 | being used in. It just means providing | | | |
| 42:17 | information, not necessarily -- information | | | |
| 42:18 | that supports the case, not necessarily saying | | | |
| 42:19 | I have to support his claim first kind of | | | |
| 42:20 | thing. | | | |
| | | | | |
| **42:21 - 43:07** | **Dimoff, Brian (2020-10-03)** | 0:24 | | |
| 42:21 | Q. Okay. Well, so I was using the | | **Re: [42:21 to 43:12]** | **OVERRULED** |
| 42:22 | word favor. So your message says: In favor of | | **Pltf Obj** MIL 36; | |
| 42:23 | your claim; right? | | mischaracterizes evidence; | |
| 42:24 | A. Yes. | | 611; 403; 402. | |
| 42:25 | Q. That's the message that you sent; | | | |
| 43:01 | true? | | | |
| 43:02 | A. Yes. | | | |
| 43:03 | Q. Okay. Okay. So is it accurate | | | |
| 43:04 | to say that Mr. Fox told you on the call on | | | |

| | | | | |
|---|---|---|---|---|
| 43:05 | September 10th that your own claim against 3M | | | |
| 43:06 | would have to wait until you presented | | | |
| 43:07 | information in support of Mr. Baker's claim? | | | |
| | | | | |
| 43:11 - 43:12 | Dimoff, Brian (2020-10-03) | 0:06 | | |
| 43:11 | A. Until I presented information | | Re: [42:21 to 43:12] | **OVERRULED** |
| 43:12 | regarding his claim. | | **Pltf Obj** MIL 36; | |
| | | | mischaracterizes evidence; | |
| | | | 611; 403; 402. | |
| | | | | |
| 43:13 - 43:21 | Dimoff, Brian (2020-10-03) | 1:31 | | |
| 43:13 | Q. Okay.  Well, so I'm just -- So | | | |
| 43:14 | then can you explain why your message on | | | |
| 43:15 | September 10th says:  Presented all my info in | | | |
| 43:16 | favor of your claim, rather than just presented | | | |
| 43:17 | information regarding your claim? | | | |
| 43:18 | A. That's the wording I used.  I | | | |
| 43:19 | mean, that's really all I got.  It's not | | | |
| 43:20 | necessarily meant to be used in that context of | | | |
| 43:21 | what I believe you're trying to insinuate. | | | |
| | | | | |
| 43:22 - 44:18 | Dimoff, Brian (2020-10-03) | 1:55 | | |
| 43:22 | Q. I'm not trying to insinuate -- | | | |
| 43:23 | Well, let me ask this:  Can you tell me why you | | | |
| 43:24 | said:  In favor of your claim, in this message | | | |
| 43:25 | on September 10th, rather than just, you know, | | | |
| 44:01 | until I testify in your case or until I sit for | | | |
| 44:02 | a deposition in your case? | | | |
| 44:03 | A. Because sometimes I don't always | | | |
| 44:04 | use big words. | | | |
| 44:05 | Q. Well, I mean, I think you're | | | |
| 44:06 | drawing a distinction between presenting | | | |
| 44:07 | information, whether it's good or bad, in Mr. | | | |
| 44:08 | Baker's case and presenting information that is | | | |
| 44:09 | in favor of Mr. Baker's case.  Is that the | | | |
| 44:10 | distinction you're trying to draw today? | | | |
| 44:11 | A. Yes.  That's the distinction I'm | | | |
| 44:12 | trying to draw.  That may have been the wording | | | |
| 44:13 | I used, but that wasn't necessarily the | | | |
| 44:14 | intention.  You have to keep in mind that for | | | |
| 44:15 | the first time in a long time, I was going back | | | |
| 44:16 | to school and up until three in the morning | | | |
| 44:17 | doing school work, so my brain wasn't always at | | | |

| | | | | |
|---|---|---|---|---|
| 44:18 | full capacity. | | | |
| | | | | |
| **45:02 - 45:08** | **Dimoff, Brian (2020-10-03)** | 0:17 | | |
| 45:02 | Q. All right.  So are you saying | | | |
| 45:03 | that in your conversation with Mr. Fox there | | | |
| 45:04 | was no discussion about whether the information | | | |
| 45:05 | that you would be presenting in Mr. Baker's | | | |
| 45:06 | case would be favorable or not favorable for | | | |
| 45:07 | Mr. Baker's case? | | | |
| 45:08 | A. Correct. | | | |
| | | | | |
| **45:09 - 45:21** | **Dimoff, Brian (2020-10-03)** | 1:42 | **Re: [45:09 to 45:21]** | **OVERRULED** |
| 45:09 | Q. All right.  Do you know why your | | **Pltf Obj** MIL 36; 403; 402. | |
| 45:10 | claim would have to wait until you've presented | | | |
| 45:11 | information in Mr. Baker's case?  Do you have | | | |
| 45:12 | any understanding of that? | | | |
| 45:13 | A. Honestly, no.  But if Mr. Baker | | | |
| 45:14 | trusts Mr. Fox, I'm inclined to trust him as | | | |
| 45:15 | well, so I took his opinion. | | | |
| 45:16 | Q. Okay.  Do you have any | | | |
| 45:17 | understanding of what would happen to your | | | |
| 45:18 | claim in Mr. Fox's representation of you in | | | |
| 45:19 | connection with that claim if you don't provide | | | |
| 45:20 | favorable information for Mr. Baker? | | | |
| 45:21 | A. No. | | | |
| | | | | |
| **47:01 - 47:07** | **Dimoff, Brian (2020-10-03)** | 0:17 | **Re: [47:01 to 47:07]** | **OVERRULED** |
| 47:01 | Q. So am I correct that you were | | **Pltf Obj** MIL 36; 403; 402. | |
| 47:02 | informed that your claim would have to wait | | | |
| 47:03 | until you provided testimony in Mr. Baker's | | | |
| 47:04 | case, but you didn't ask and you have no | | | |
| 47:05 | understanding as to why that is; is that a fair | | | |
| 47:06 | statement? | | | |
| 47:07 | A. Correct. | | | |
| | | | | |
| **48:24 - 49:07** | **Dimoff, Brian (2020-10-03)** | 0:17 | | |
| 48:24 | Q. Okay.  Do you see in the middle | | | |
| 48:25 | of the page, it's a message that you sent to | | | |
| 49:01 | Mr. Baker, September 7, 2020, 1:38 p.m., and | | | |
| 49:02 | I'll just read it for the Record:  All I know | | | |
| 49:03 | is you're half deaf, always wore earplugs when | | | |
| 49:04 | needed, and you used the 3M bullshit just like | | | |
| 49:05 | I did, and an ellipsis. | | | |

49:06    Do you see that message?
49:07    A. Yes.

49:22 - 50:11    Dimoff, Brian (2020-10-03)                                                1:36
49:22    Q. So I'm correct, this message on
49:23    September 7th, is that the only message in
49:24    which you've exchanged with Mr. Baker relating
49:25    to his hearing loss or his use of earplugs?
50:01    A. Yes.
50:02    Q. All right.  And you would agree
50:03    with me that this message is being exchanged in
50:04    discussion with this lawsuit, right, and by
50:05    this lawsuit I mean Mr. Baker's lawsuit against
50:06    3M?
50:07    A. As far as I know, yes.
50:08    Q. Okay.  So in the message you say:
50:09    All I know is you're half deaf.  Do you see
50:10    that language?
50:11    A. Yes.

53:04 - 53:19    Dimoff, Brian (2020-10-03)                                                1:38
53:04    Q. Okay.  When you -- When you --
53:05    your -- When you were deployed for Triple
53:06    Canopy, that was under a contract with Triple
53:07    Canopy; is that true?
53:08    A. I was an employee of Triple
53:09    Canopy, and the contract was to the Department
53:10    of Defense.
53:11    Q. I see.  And so in becoming a
53:12    Triple Canopy employee and being -- First of
53:13    all, where were you deployed with Triple Canopy
53:14    with Mr. Baker?
53:15    A. To Afghanistan.
53:16    Q. Okay.  And what was your -- What
53:17    were you doing in Afghanistan for Triple
53:18    Canopy?
53:19    A. Security.

56:05 - 58:03    Dimoff, Brian (2020-10-03)                                                2:50
56:05    Q. Right.  But I mean, my only --
56:06    What I'm trying to get at is, you were cleared
56:07    to be deployed, clearly, to Afghanistan as part
56:08    of your Triple Canopy work, both you and Mr.

56:09   Baker, true, because you were ultimately
56:10   deployed?
56:11   A. From a physical readiness
56:12   standpoint, yes, absolutely.
56:13   Q. Okay.  And you've heard the term
56:14   sort of being declared fit for duty by -- in
56:15   connection with your Triple Canopy work, have
56:16   you ever heard that term?
56:17   A. Yes.
56:18   Q. Am I correct that both you and
56:19   Mr. Baker were declared fit for duty to do the
56:20   work you were doing with Triple Canopy in
56:21   Afghanistan?
56:22   A. Yes.
56:23   Q. And part of the physical
56:24   examination that was done included the hearing
56:25   test that you described; true?
57:01   A. Yes.
57:02   Q. Okay.  And Triple Canopy never
57:03   said, in sum and substance to you, that, you
57:04   know, your hearing loss is at a level that we
57:05   can't declare you fit for duty to do the work
57:06   that you're expected to do in Afghanistan;
57:07   true?
57:08   A. Triple Canopy would not be the
57:09   approving authority on that, the Department of
57:10   Defense would.  And the Department of Defense
57:11   does not care, realistically, if you have
57:12   hearing loss, until after you get out and they
57:13   have to start paying you.
57:14   Q. Well, you're saying the
57:15   Department of Defense doesn't care if you have
57:16   hearing loss that would impede your ability to
57:17   do your job in Afghanistan?
57:18   A. Not necessarily, no.  What I
57:19   mean, is that as long as you are still capable
57:20   of doing your job, they will accept you whether
57:21   you have hearing loss or not.  The time that
57:22   the hearing loss actually comes into play is
57:23   when you are getting out or after you are
57:24   getting back.  They measure any hearing damage
57:25   that may have occurred; and when you're getting
58:01   out, you may get compensated for any hearing

| | | | | |
|---|---|---|---|---|
| 58:02 | damage that you have.  It's not guaranteed that | | | |
| 58:03 | you will, but you may. | | | |

**58:04 - 58:13**  Dimoff, Brian (2020-10-03)  0:28

| | | |
|---|---|---|
| 58:04 | Q. Okay.  And so I guess that's | Re: [58:04 to 58:09] |
| 58:05 | pretty much my question.  You were able to do | Def Obj 401, 403 |
| 58:06 | your job effectively, notwithstanding whatever | |
| 58:07 | hearing loss you have; true? | |
| 58:08 | A. With the assistance of hearing | |
| 58:09 | enhancing Peltors, yes. | |
| 58:10 | Q. Okay.  Do you know if Mr. Baker | |
| 58:11 | wore -- I'm sorry, what did you call them? | |
| 58:12 | Hearing -- I missed the term. | |
| 58:13 | A. Hearing enhancement Peltors. | |

SUSTAINED

**58:14 - 58:17**  Dimoff, Brian (2020-10-03)  0:07

| | |
|---|---|
| 58:14 | Q. Okay.  So you wore hearing |
| 58:15 | enhancement Peltors during your employment with |
| 58:16 | Triple Canopy to Afghanistan? |
| 58:17 | A. Any time I was on duty. |

**59:24 - 60:10**  Dimoff, Brian (2020-10-03)  1:30

| | | |
|---|---|---|
| 59:24 | Q. All right.  And did you say Mr. | Re: [60:07 to 60:09] |
| 59:25 | Baker wore a similar product but not the same | Def Obj 401, 403, 602, 701 |
| 60:01 | product? | |
| 60:02 | A. Similar product.  I don't know -- | |
| 60:03 | I don't remember what model or brand it was. | |
| 60:04 | They looked like Peltors.  I know, today, I | |
| 60:05 | believe he uses Walkers.  I don't know if | |
| 60:06 | Walker was out as a company at the time. | |
| 60:07 | Peltor was kind of -- They kind of had a | |
| 60:08 | monopoly on the market, especially in the | |
| 60:09 | military crowd, for a number of years.  I -- | |
| 60:10 | They look very similar to mine. | |

SUSTAINED

**60:11 - 60:14**  Dimoff, Brian (2020-10-03)  0:10

| | |
|---|---|
| 60:11 | Q. Okay.  And you observed Mr. Baker |
| 60:12 | using these while he was exercising his duties |
| 60:13 | in Afghanistan with Triple Canopy? |
| 60:14 | A. Yes. |

**61:23 - 62:05**  Dimoff, Brian (2020-10-03)  0:20

| | |
|---|---|
| 61:23 | Q. Okay.  If I were to describe his |

| | | | |
|---|---|---|---|
| 61:24 | hearing loss as being minor, would you agree | | |
| 61:25 | with that characterization? | | |
| 62:01 | A. No. | | |
| 62:02 | Q. You would say that's an | | |
| 62:03 | inaccurate characterization? | | |
| 62:04 | A. I would say it's highly | | |
| 62:05 | inaccurate. | | |

**63:09 - 64:02**   Dimoff, Brian (2020-10-03)                                          1:42

| | |
|---|---|
| 63:09 | Q. I'm correct, I think we said |
| 63:10 | earlier, you did not serve with Mr. Baker in |
| 63:11 | the military; true? |
| 63:12 | A. Correct. |
| 63:13 | Q. Okay.  So you don't have personal |
| 63:14 | knowledge about whether he always wore earplugs |
| 63:15 | when needed during his service in the military; |
| 63:16 | true? |
| 63:17 | A. That is true. |
| 63:18 | Q. Okay.  And the same with him, his |
| 63:19 | use of the Combat Arms Version 2, I think you |
| 63:20 | said earlier that you've never personally seen |
| 63:21 | him use that product; true? |
| 63:22 | A. That is correct. |
| 63:23 | Q. Okay.  Also, given that you |
| 63:24 | weren't there, same answer, you've never |
| 63:25 | personally seen him use it during his service |
| 64:01 | in the military; true? |
| 64:02 | A. Yes. |

**66:13 - 66:20**   Dimoff, Brian (2020-10-03)                                          0:22

| | | | |
|---|---|---|---|
| 66:13 | Q. All right.  If you go back to | Re: [66:13 to 66:20] | **OVERRULED** |
| 66:14 | page 322 of Exhibit 63, please. | Pltf Obj MIL 36; 403; 402. | |
| 66:15 | A. Okay. | | |
| 66:16 | Q. Do you see the reference to the | | |
| 66:17 | thirty-minute phone call that you had with Mr. | | |
| 66:18 | Fox in your September 10, 2020, 7:35 p.m. | | |
| 66:19 | message? | | |
| 66:20 | A. Yes. | | |

**70:09 - 70:22**   Dimoff, Brian (2020-10-03)                                          1:34

| | | | |
|---|---|---|---|
| 70:09 | Q. Okay.  And so going back to your | Re: [70:09 to 71:06] | **OVERRULED** |
| 70:10 | message about we will have to wait until I have | Pltf Obj MIL 36; cumulative; | |
| 70:11 | presented all of my info in favor of your | 403; 402. | |

| | | |
|---|---|---|
| 70:12 | claim, am I correct that that discussion would | |
| 70:13 | have occurred towards the end of your call with | |
| 70:14 | Mr. Baker on September 10th? | |
| 70:15 | A. Yes.  I don't remember the exact | |
| 70:16 | wording, but I think it was something along the | |
| 70:17 | lines of:  We'll have to wait until after | |
| 70:18 | Baker's process is over before we can consider | |
| 70:19 | moving forward with yours. | |
| 70:20 | Q. And you were given no reason for | |
| 70:21 | that? | |
| 70:22 | A. No. | |

| 72:09 - 72:20 | Dimoff, Brian (2020-10-03) | 0:27 |
|---|---|---|
| 72:09 | Q. You'll see, sir, there's a few | |
| 72:10 | different messages exchanged between you and | |
| 72:11 | Mr. Baker on July 27, 2020, you know, around | |
| 72:12 | 10:35 in the morning relating to a business | |
| 72:13 | plan and it finally happening in a business | |
| 72:14 | front, do you see that? | |
| 72:15 | A. Yes. | |
| 72:16 | Q. And those are references to the | |
| 72:17 | gun business that you described a little bit | |
| 72:18 | earlier, that you and Mr. Baker are planning on | |
| 72:19 | starting? | |
| 72:20 | A. Correct. | |

| 73:25 - 74:06 | Dimoff, Brian (2020-10-03) | 0:16 |
|---|---|---|
| 73:25 | Q. Okay.  And, again, I'm not -- I'm | |
| 74:01 | not asking -- I don't want to get into the | |
| 74:02 | specifics of the business plan, at least not | |
| 74:03 | yet.  So just in terms of general areas, the | |
| 74:04 | business would be selling firearms, doing some | |
| 74:05 | gunsmithing; is that fair? | |
| 74:06 | A. Yes, it would. | |

| 74:11 - 74:24 | Dimoff, Brian (2020-10-03) | 1:36 |
|---|---|---|
| 74:11 | Q. Okay.  Is -- What is Mr. Baker's | |
| 74:12 | role in the business?  Is he -- Is he an | |
| 74:13 | investor in the business; is he making a | |
| 74:14 | capital contribution at all to the business? | |
| 74:15 | A. Me and him are partners on this. | |
| 74:16 | We're -- It's -- It's a fifty/fifty thing. | |
| 74:17 | Q. Okay.  So whatever the initial | |

| | | |
|---|---|---|
| 74:18 | investment in the business is, that would be | |
| 74:19 | split fifty/fifty? | |
| 74:20 | A. Probably, yes. | |
| 74:21 | Q. Okay.  And the profits would be | |
| 74:22 | split fifty/fifty as you-all are business | |
| 74:23 | partners, to the extent this gets going? | |
| 74:24 | A. Yes. | |

| | | |
|---|---|---|
| 75:10 - 75:14 | Dimoff, Brian (2020-10-03) | 0:14 |
| 75:10 | Q. Okay.  But as far as any other | |
| 75:11 | investments into the business, as of today, | |
| 75:12 | other than what you just described for you, Mr. | |
| 75:13 | Baker has not put any money into the business? | |
| 75:14 | A. No.  Just time.  Lot of time. | |

| | | |
|---|---|---|
| 77:09 - 78:07 | Dimoff, Brian (2020-10-03) | 1:00 |
| 77:09 | Q. Okay.  Do you see there's -- | |
| 77:10 | There's a discussion here of what happened | |
| 77:11 | during Mr. Baker's training with his potential | |
| 77:12 | contract with Triple Canopy in 2020. | |
| 77:13 | Do you see those messages in | |
| 77:14 | general? | |
| 77:15 | A. Yes. | |
| 77:16 | Q. Okay.  And you asked Mr. Baker, | |
| 77:17 | in August 24, 2020, 11:23 a.m. message, I'm | |
| 77:18 | correct that you asked Mr. Baker, sort of, what | |
| 77:19 | happened with his training; right? | |
| 77:20 | Do you see that? | |
| 77:21 | A. Yes. | |
| 77:22 | Q. And then he gives an explanation | |
| 77:23 | of what happened in his August 24, 2020, 11:28 | |
| 77:24 | message.  Do you see that? | |
| 77:25 | A. Yes. | |
| 78:01 | Q. Other than what Mr. Baker | |
| 78:02 | describes in his August 24, 2020, messages | |
| 78:03 | relating to his 2020 Triple Canopy contract, do | |
| 78:04 | you have any other information as to what | |
| 78:05 | happened during the training Mr. Baker was | |
| 78:06 | undergoing in connection with that contract? | |
| 78:07 | A. No. | |

| | | |
|---|---|---|
| 78:11 - 79:05 | Dimoff, Brian (2020-10-03) | 1:50 |
| 78:11 | Q. In his August 24, 11:33 message, | |

| | |
|---|---|
| 78:12 | Mr. Baker says:  It was a muscle memory thing |
| 78:13 | from oral SOPs.  Do you see that? |
| 78:14 | A. Yes. |
| 78:15 | Q. You understand SOPs there, was it |
| 78:16 | your understanding that that refers to standard |
| 78:17 | operating procedures? |
| 78:18 | A. Yes. |
| 78:19 | Q. Then you respond:  I know how |
| 78:20 | that goes. |
| 78:21 | Do you see that? |
| 78:22 | A. Yes. |
| 78:23 | Q. What did you mean by that? |
| 78:24 | A. You learn how to do something for |
| 78:25 | a certain way for a long amount -- for a long |
| 79:01 | period of time, muscle memory kicks in.  You do |
| 79:02 | a certain movement, sometimes procedures and |
| 79:03 | methods may change due to a new school of |
| 79:04 | thought, sometimes you just revert back to your |
| 79:05 | training. |

| | | |
|---|---|---|
| 80:09 - 80:14 | Dimoff, Brian (2020-10-03) | 0:14 |
| 80:09 | All I'm getting at is, when he | |
| 80:10 | says it's muscle memory, is the movement that | |
| 80:11 | he describes in his message consistent with the | |
| 80:12 | way that it was done, you know, when you-all | |
| 80:13 | were deployed in the military? | |
| 80:14 | A. Yes. | |

| | | |
|---|---|---|
| 96:25 - 97:18 | Dimoff, Brian (2020-10-03) | 1:54 |
| 96:25 | Q. Yeah.  Okay.  Did you -- Have you | |
| 97:01 | -- Have you discussed with Mr. Baker the Combat | |
| 97:02 | Arms Version 2 Earplug at all, other than what | |
| 97:03 | was in the messages that we looked at in | |
| 97:04 | Exhibit 63? | |
| 97:05 | A. I think at one time there may | |
| 97:06 | have been a phone conversation, this was a | |
| 97:07 | while ago.  For quite a while, you couldn't get | |
| 97:08 | on Facebook without -- if you had anything | |
| 97:09 | military related and you had a Facebook | |
| 97:10 | account, it was -- it was like you opened up | |
| 97:11 | your page and there was thirty ads for were you | |
| 97:12 | in the military between now and now.  And I | |
| 97:13 | think there might have been a conversation | |

| | | |
|---|---|---|
| 97:14 | about that, like: Dude, are you seeing this? | |
| 97:15 | Because I used this. Did you? | |
| 97:16 | Q. Okay. And those would have been | |
| 97:17 | like lawyer advertisements for the litigation? | |
| 97:18 | A. Yes. | |

| | | |
|---|---|---|
| 98:14 - 98:16 | Dimoff, Brian (2020-10-03) | 0:05 |
| 98:14 | Q. Okay. So these would have been | |
| 98:15 | Facebook ads is what you're referring to? | |
| 98:16 | A. Yes. | |

| | | |
|---|---|---|
| 99:19 - 100:02 | Dimoff, Brian (2020-10-03) | 0:21 |
| 99:19 | Q. Okay. So before December 2019. | |
| 99:20 | And on that conversation, was this lawsuit | |
| 99:21 | discussed at all? | |
| 99:22 | A. No. | |
| 99:23 | Q. All right. And did either you or | |
| 99:24 | Mr. Baker, in that conversation, talk about | |
| 99:25 | bringing your own claim relating to the Combat | |
| 100:01 | Arms Version 2? | |
| 100:02 | A. No. | |

| | | |
|---|---|---|
| 102:07 - 102:17 | Dimoff, Brian (2020-10-03) | 0:28 |
| 102:07 | Q. Okay. All right. And so I | |
| 102:08 | think, we -- we got into this a little bit | |
| 102:09 | earlier, but jumping forward in time to your | |
| 102:10 | work with Triple Canopy, did you and Mr. Baker | |
| 102:11 | do the training for that deployment together or | |
| 102:12 | separately? | |
| 102:13 | A. Some of it was separate, some of | |
| 102:14 | it was together. He started about a month | |
| 102:15 | after I did, but some things we caught up with | |
| 102:16 | each other on as the training kind of condensed | |
| 102:17 | and less people were in the program. | |

| | | |
|---|---|---|
| 103:05 - 104:11 | Dimoff, Brian (2020-10-03) | 2:40 |
| 103:05 | Q. Okay. And in connection with | |
| 103:06 | that, did you fire firearms during that period | |
| 103:07 | of time? | |
| 103:08 | A. No more or less than you'd see in | |
| 103:09 | a standard Army technical manual for | |
| 103:10 | qualification. | |
| 103:11 | Q. Okay. Was that done on an | |

| | |
|---|---|
| 103:12 | outdoor range, indoors? |
| 103:13 | A. Outdoor. |
| 103:14 | Q. Outdoor.  And what weapons were |
| 103:15 | those that were used during that process? |
| 103:16 | A. M4, M16, M9 or Glock 19, 240, M2, |
| 103:17 | Mark 19. |
| 103:18 | Q. And that qualification process, |
| 103:19 | is that part of the process that you went |
| 103:20 | through together with Mr. Baker or separately? |
| 103:21 | A. I remember seeing him at the |
| 103:22 | qualification range for the Mark 19; I know he |
| 103:23 | was there, but we hadn't officially met yet. |
| 103:24 | Q. Okay.  And is it your |
| 103:25 | understanding that he would have gone through, |
| 104:01 | you know, the same process that you went |
| 104:02 | through as part of this? |
| 104:03 | A. Yes. |
| 104:04 | Q. How many people -- So on the |
| 104:05 | outdoor range, how many people would be firing |
| 104:06 | these weapons at the same time?  Is it one at a |
| 104:07 | time?  Multiple people? |
| 104:08 | A. The Mark 19, I think was two at a |
| 104:09 | time; the .50 was three at a time; as far as |
| 104:10 | rifles and handguns, you could have up to ten |
| 104:11 | at a time. |

| | | |
|---|---|---|
| 104:19 - 105:04 | Dimoff, Brian (2020-10-03) | 0:25 |

| | |
|---|---|
| 104:19 | Q. So it would be the -- The process |
| 104:20 | that Triple Canopy would have used is |
| 104:21 | consistent with the government qualification |
| 104:22 | process? |
| 104:23 | A. Yes.  Well, it was a government |
| 104:24 | program, it wasn't that Triple Canopy dictated |
| 104:25 | it. |
| 105:01 | Q. I see.  And did you use eye |
| 105:02 | protection as well, in addition to hearing |
| 105:03 | protection during this application process? |
| 105:04 | A. It's mandatory so, yes. |

| | | |
|---|---|---|
| 106:04 - 106:20 | Dimoff, Brian (2020-10-03) | 1:53 |

| | |
|---|---|
| 106:04 | Q. Okay.  Can you describe, at a |
| 106:05 | high level, what your job duties -- Well, let |
| 106:06 | me take a step back.  Were your job duties and |

106:07     Mr. Baker's job duties the same during your
106:08     employment with Triple Canopy?  Did you have
106:09     the same function?
106:10     A. Sometimes, yes.
106:11     Q. Okay.  And can you describe --
106:12     Can you describe what those duties were to the
106:13     extent they were shared with Mr. Baker?
106:14     A. Area security, post security,
106:15     guarding checkpoints, guarding areas of
106:16     interest, guarding classified areas, protecting
106:17     the perimeter.
106:18     Q. Anything else you can think of?
106:19     A. Not as far as his duties went,
106:20     no.

108:04 - 108:10   Dimoff, Brian (2020-10-03)                    0:17
108:04     Understanding you were wearing hearing
108:05     protection, can you describe what those
108:06     vehicles would be and the types of noises that
108:07     they would generate?
108:08     A. Military, five-ton, seven-ton
108:09     trucks, like the typical semi-truck would make
108:10     at idle.

108:21 - 108:25   Dimoff, Brian (2020-10-03)                    0:10
108:21     Q. Okay.  About how often would you
108:22     come into contact with these five- or seven-ton
108:23     trucks while being deployed in Afghanistan with
108:24     Triple Canopy?
108:25     A. A few times a day.

109:21 - 110:05   Dimoff, Brian (2020-10-03)                    0:27
109:21     Q. About how long was each shift?
109:22     A. Twelve hours.
109:23     Q. Was that a pretty standard time
109:24     frame?
109:25     A. Unfortunately, yes.
110:01     Q. Okay.  As part of manning a
110:02     checkpoint, did you have to converse at all
110:03     with, you know, drivers coming in and out of
110:04     the checkpoint?  Was that part of the job also?
110:05     A. Sometimes, yes.

113:20 - 115:15   Dimoff, Brian (2020-10-03)                                    2:59

| | | |
|---|---|---|
| | **Re: [113:20 to 115:07]** | **OVERRULED** |
| | **Pltf Obj** nonresponsive | |

113:20   Q. Okay.  And can you just talk a
113:21   little bit more about what that -- When you say
113:22   stuff that you-all have been through, you know,
113:23   what was that a reference to?  I mean -- And I
113:24   understand you've been in the military.  Was
113:25   there something -- Can you describe that a
114:01   little more?
114:02   A. We both deployed, we were both in
114:03   a combat arms career field, there's a certain
114:04   level of contact that people in our career
114:05   fields are -- were regularly dealing with at
114:06   the time that we were in the service.
114:07   We were in the military at the
114:08   same time.  I know that we deployed around the
114:09   same times, so we would have experienced the
114:10   same types of thing.  Neither of us was what is
114:11   commonly referred to as a Fob-it, which is
114:12   somebody who sits on the Fob and is useless.
114:13   There's two types of people in
114:14   the military, those who actually do something,
114:15   and those who make sure that we can do it; and
114:16   those of us who do something, don't really like
114:17   the other part very much because they are
114:18   entitled brats, and they don't deserve to wear
114:19   the same uniform.
114:20   Anyways, that kind of attitude is
114:21   something that follows through in the whole
114:22   combat arms career field of artillery, Tankers,
114:23   Scouts, Infantry, Special Forces, Rangers, all
114:24   these people.  If you're part of the core, like
114:25   5 percent of the military that actually fights,
115:01   there's a language that's involved there,
115:02   there's a commonality in experience, in
115:03   training, in what happened during deployments.
115:04   And if you were overseas in '07, you knew what
115:05   happened in '07; if you were overseas in '05,
115:06   you knew what happened in '05, just that kind
115:07   of thing.
115:08   Q. Okay.  So was it -- you know, was
115:09   it sort of an understanding that you both would
115:10   have been, you know, exposed to noise during
115:11   your military service, so that's sort of why --

| | | |
|---|---|---|
| 115:12 | you know, what you were talking about, of | |
| 115:13 | course I have hearing loss, I was exposed to | |
| 115:14 | noise, I served in the military? | |
| 115:15 | A. Yes. | |

119:11 - 119:12   Dimoff, Brian (2020-10-03)                    0:07

| 119:11 | Q. Have you ever observed any signs | **Re: [119:11 to 119:15]** | **OVERRULED** |
|---|---|---|---|
| 119:12 | of anxiety from Mr. Baker? | **Pltf Obj** 611 | |

119:14 - 119:15   Dimoff, Brian (2020-10-03)                    0:16

| 119:14 | A. No more or less than I would | **Re: [119:11 to 119:15]** | **OVERRULED** |
|---|---|---|---|
| 119:15 | expect from another combat veteran. | **Pltf Obj** 611 | |

120:20 - 121:06   Dimoff, Brian (2020-10-03)                    1:30

| | |
|---|---|
| 120:20 | Q. Okay.  I think I may have asked |
| 120:21 | this earlier, and I apologize if I did.  With |
| 120:22 | respect to the recreational shooting you-all |
| 120:23 | have done together, how frequently was that |
| 120:24 | activity done?  Was it a weekly thing, a |
| 120:25 | monthly thing? |
| 121:01 | A. I mean, it's -- It's been three |
| 121:02 | or four times since we've been home from |
| 121:03 | Afghanistan.  Because we -- He -- Up until |
| 121:04 | recently, he lived in Wyoming and I lived in |
| 121:05 | Wisconsin.  It's not like I'm going to take a |
| 121:06 | twenty-minute drive to hang out with him. |

121:19 - 122:01   Dimoff, Brian (2020-10-03)                    0:23

| | |
|---|---|
| 121:19 | Q. About how many rounds would you |
| 121:20 | shoot, on average, during that three to four |
| 121:21 | times? |
| 121:22 | A. Ammo is expensive right now, so I |
| 121:23 | mean, maybe fifty rounds between us. |
| 121:24 | Q. Okay.  Spread about fifty/fifty, |
| 121:25 | you would estimate? |
| 122:01 | A. Yeah. |

123:02 - 124:16   Dimoff, Brian (2020-10-03)                    2:01

| 123:02 | Q. Do you know who Brian Draton is? | **Re: [123:02 to 124:16]** | **SUSTAINED** |
|---|---|---|---|
| 123:03 | A. Yeah.  I think I talk to him | **Pltf Obj** MIL 34; 402; 403; | |
| 123:04 | about once a month. | 404; 405; 608 | |
| 123:05 | Q. Okay.  And can you just tell me | | |
| 123:06 | who Brian Draton is, as far as you know? | | |

| | | | |
|---|---|---|---|
| 123:07 | A. He was the other guy that was in | | |
| 123:08 | the room with us.  He was also on our shift. | | |
| 123:09 | Me and Draton spent a lot of time working | | |
| 123:10 | together, actually.  I spent more time working | | |
| 123:11 | with him on duty than I did Baker. | | |
| 123:12 | We all got along.  Draton, prior | | |
| 123:13 | service marine.  And actually, if you ever saw | | |
| 123:14 | or heard of Generation Kill, that was about his | | |
| 123:15 | unit.  Really good guy.  We still talk. | | |
| 123:16 | For a while, we were actually | | |
| 123:17 | planning on going in to business together, all | | |
| 123:18 | three of us.  Draton already had a business in | | |
| 123:19 | Texas where he was running a weapons training | | |
| 123:20 | facility, and he had taken a pause on that to | | |
| 123:21 | earn some money, go contracting. | | |
| 123:22 | We talked about working together | | |
| 123:23 | and potentially, at the time, I still had a lot | | |
| 123:24 | of friends in North and South Carolina, and | | |
| 123:25 | Baker was thinking about going back to South | | |
| 124:01 | Carolina where him and his wife are from.  Me | | |
| 124:02 | and him had discussed opening a branch of | | |
| 124:03 | Draton's business in South Carolina. | | |
| 124:04 | And then when Draton had to start | | |
| 124:05 | fighting for his daughter, he basically sold | | |
| 124:06 | his interest in the company and used all of his | | |
| 124:07 | resources to maintain custody of his daughter. | | |
| 124:08 | And all the business plans just kind of petered | | |
| 124:09 | out. | | |
| 124:10 | Q. Okay.  And so -- But these were | | |
| 124:11 | all -- Were these all business plans relating | | |
| 124:12 | to one business; do I have that correct? | | |
| 124:13 | A. No.  The stuff involving Draton | | |
| 124:14 | was something called Phalanx Defense.  I | | |
| 124:15 | designed a T-shirt for him, I think that was | | |
| 124:16 | about it. | | |

| | | | |
|---|---|---|---|
| 124:21 - 125:10 | Dimoff, Brian (2020-10-03) | 1:46 | |
| 124:21 | Q. And did Phalanx Defense ever get | **Re: [124:21 to 125:10]** | <mark>OVERRULED</mark> |
| 124:22 | off the ground?  Did it ever actually become a | **Pltf Obj** MIL 34; 402; 403; | |
| 124:23 | business or was it just an idea? | 404; 405; 608 | |
| 124:24 | A. No.  It was just an idea.  We | | |
| 124:25 | were -- we were hoping to start that.  And what | | |
| 125:01 | we're doing here is a much more reduced version | | |

| | | | |
|---|---|---|---|
| 125:02 | of what we wanted to do originally.  But Draton | | |
| 125:03 | now owns a, like, home remodeling and | | |
| 125:04 | refinishing business.  He's kind of out of the | | |
| 125:05 | gun industry and doesn't have an interest in it | | |
| 125:06 | anymore.  So . . . | | |
| 125:07 | Q. Are you aware of Mr. Baker ever | | |
| 125:08 | acting as a firearms instructor for Phalanx | | |
| 125:09 | Defense between June 2011 and February 2012? | | |
| 125:10 | A. As what?  No. | | |

**125:11 - 126:04   Dimoff, Brian (2020-10-03)            1:53**

| | |
|---|---|
| 125:11 | Q. Okay.  What about beyond that |
| 125:12 | time frame, are you aware of him being a |
| 125:13 | firearms instructor? |
| 125:14 | A. No.  No.  We started working on |
| 125:15 | some curriculum together, hoping that this |
| 125:16 | business was going to go somewhere.  So we -- |
| 125:17 | Me and him came up with some classes, with some |
| 125:18 | training curriculum.  I think we typed up a |
| 125:19 | couple of resumes to see what it would end up |
| 125:20 | looking like.  We designed some logos, made |
| 125:21 | some T-shirts; we talked to some companies |
| 125:22 | about training equipment; and then it all just |
| 125:23 | kind of petered out. |
| 125:24 | Q. Okay.  So if you'll open to tab |
| 125:25 | 5, 5-A.  Let me know when you get it. |
| 126:01 | A. Tab 5-A.  Okay. |
| 126:02 | (Whereupon, Exhibit 64 was |
| 126:03 | marked for identification |
| 126:04 | purposes.) |

**126:05 - 126:12   Dimoff, Brian (2020-10-03)            0:28**

| | | | |
|---|---|---|---|
| 126:05 | Q. All right.  So you mentioned you | **Re: [126:05 to 126:12]** | OVERRULED |
| 126:06 | wrote up some resumes.  We will mark Exhibit | **Pltf Obj** MIL 34; 402; 403; | |
| 126:07 | 5-A for the Record as Exhibit 64. | 404; 405; 608 | |
| 126:08 | Before I ask that, I guess, sir, | | |
| 126:09 | is this a true and correct copy of an email | | |
| 126:10 | from Mr. Baker, sent to you, July 11, 2013, | | |
| 126:11 | 11:42 a.m., along with an attachment thereto? | | |
| 126:12 | A. Yes. | | |

**127:12 - 127:25   Dimoff, Brian (2020-10-03)            1:35**

| | | | |
|---|---|---|---|
| 127:12 | Q. So what is your understanding of | **Re: [127:12 to 127:25]** | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 127:13 | why Mr. Baker was sending you this resume?  Was | | **Pltf Obj** MIL 34; 402; 403; 404; 405; 608 | |
| 127:14 | it so that you could forward it to the other | | | |
| 127:15 | contractor agency? | | | |
| 127:16 | A. No.  That was so I could overview | | | |
| 127:17 | it and basically compare it against any | | | |
| 127:18 | contracting jobs that I saw.  You can't | | | |
| 127:19 | actually send a resume for somebody else in | | | |
| 127:20 | that kind of career field.  But what you can do | | | |
| 127:21 | is look for keywords.  So I was kind of | | | |
| 127:22 | proofreading it for him. | | | |
| 127:23 | Q. Okay.  You were reviewing it for | | | |
| 127:24 | him; is that it, in essence? | | | |
| 127:25 | A. Yes. | | | |
| 128:18 - 128:23 | Dimoff, Brian (2020-10-03) | 0:17 | **Re: [128:18 to 128:23]** | **OVERRULED** |
| 128:18 | Q. Okay.  Do you know if -- Well, | | **Pltf Obj** MIL 34; 402; 403; 404; 405; 608 | |
| 128:19 | and you'll see in the resume on page 225, | | | |
| 128:20 | there's a section about Phalanx Defense. | | | |
| 128:21 | Just take a minute to look at | | | |
| 128:22 | that and let me know when you have. | | | |
| 128:23 | A. (Witness complies.)  Yes. | | | |
| 128:24 - 129:08 | Dimoff, Brian (2020-10-03) | 1:36 | **Re: [128:24 to 129:08]** | **OVERRULED** |
| 128:24 | Q. Are you aware of this resume | | **Def Obj** 602 | |
| 128:25 | being sent out to anybody with the Phalanx | | | |
| 129:01 | Defense references that are contained in this | | | |
| 129:02 | draft? | | | |
| 129:03 | A. No, I am not.  I did -- I did the | | | |
| 129:04 | same thing on one of my resumes, because we | | | |
| 129:05 | were all trying to do that.  I mean, we all had | | | |
| 129:06 | some working drafts, and we had some working | | | |
| 129:07 | drafts of business cards and other things like | | | |
| 129:08 | that.  But none of it was ever official. | | | |
| 129:09 - 129:22 | Dimoff, Brian (2020-10-03) | 0:28 | **Re: [129:09 to 129:22]** | **OVERRULED** |
| 129:09 | Q. Okay.  When you say none of it | | **Pltf Obj** MIL 34; 402; 403; 404; 405; 608 | |
| 129:10 | was ever official, this is forward-looking, | | | |
| 129:11 | meaning, you know, Mr. Baker wasn't actually a | | | |
| 129:12 | firearms instructor during this time period, he | | | |
| 129:13 | was just saying that he could be doing that | | | |
| 129:14 | work going forward; is that right? | | | |
| 129:15 | A. Yes. | | | |
| 129:16 | Q. Okay.  But you see on page 225, | | | |

| | | | |
|---|---|---|---|
| 129:17 | the time period predates the email, do you see | | |
| 129:18 | that? | | |
| 129:19 | A. Yes. | | |
| 129:20 | Q. Do you have any understanding why | | |
| 129:21 | that would be the case? | | |
| 129:22 | A. Honestly, no. | | |

**129:23 - 130:03   Dimoff, Brian (2020-10-03)   0:13**

| | |
|---|---|
| 129:23 | Q. Okay.  But that is -- It's not |
| 129:24 | accurate that he was a firearms instructor at |
| 129:25 | Phalanx Defense between June 2011 and February |
| 130:01 | 2012; fair? |
| 130:02 | A. No.  It was just a writing and |
| 130:03 | resume-building exercise. |

**131:07 - 131:09   Dimoff, Brian (2020-10-03)   0:08**

| | | | |
|---|---|---|---|
| 131:07 | Q. Okay.  And if you look at -- If | Re: [131:07 to 132:02] | OVERRULED |
| 131:08 | you look on page 224, please. | Pltf Obj MIL 34; 402; 403; | |
| 131:09 | A. Okay. | 404; 405; 608 | |

**131:11 - 132:02   Dimoff, Brian (2020-10-03)   1:36**

| | | | |
|---|---|---|---|
| 131:11 | let's just go take it step by step. | Re: [131:07 to 132:02] | OVERRULED |
| 131:12 | So the third paragraph here | Pltf Obj MIL 34; 402; 403; | |
| 131:13 | refers to, again, Phalanx Defense, do you see | 404; 405; 608 | |
| 131:14 | that? | | |
| 131:15 | A. Yes. | | |
| 131:16 | Q. And again with respect to this | | |
| 131:17 | paragraph, it's not -- It's not accurate that | | |
| 131:18 | Mr. Baker was in charge of South Carolina | | |
| 131:19 | instructional operations of Phalanx Defense; | | |
| 131:20 | true? | | |
| 131:21 | A. No.  It was a resume-building | | |
| 131:22 | exercise. | | |
| 131:23 | Q. Okay.  And it's also not accurate | | |
| 131:24 | that as a firearms instructor, he was | | |
| 131:25 | responsible for the various things that are | | |
| 132:01 | listed here on page 224 of Exhibit 64; right? | | |
| 132:02 | A. No. | | |

**132:03 - 132:14   Dimoff, Brian (2020-10-03)   1:40**

| | | | |
|---|---|---|---|
| 132:03 | Q. Okay.  I'm correct; right? | Re: [132:03 to 132:14] | OVERRULED |
| 132:04 | A. I'm just going to head this off, | Def Obj 106 | |
| 132:05 | because I can -- I -- Look, I can kind of see | | |

132:06   where you're trying to go at with this.  And
132:07   I'll just put this on the Record.  It was a
132:08   resume-building exercise that both of us did to
132:09   see what it would look like if we had created
132:10   this business and gone forward with it.  As to
132:11   why the dates are the way they are, I don't
132:12   know.  It was never supposed to go out to
132:13   anybody, and nobody else was supposed to see it
132:14   other than me and Baker and Draton.

135:19 - 135:24   Dimoff, Brian (2020-10-03)                    0:13

135:19   Q. Okay.  To your knowledge, and as          Re: [135:19 to 135:24]        **OVERRULED**
135:20   far as you know, and you may not know, do you   **Pltf Obj** MIL 34; 402; 403;
135:21   know whether Mr. Baker has ever sent a resume   404; 405; 608; 602
135:22   to an employer or prospective employer with a
135:23   discussion of Phalanx in it?
135:24   A. I don't think so.

136:03 - 136:08   Dimoff, Brian (2020-10-03)                    0:26

136:03   My only question will be:  Is the
136:04   discussion here as it relates to Mr. Baker's
136:05   duties at Triple Canopy, accurate?  Is that a
136:06   fair summary of what he did at Triple Canopy,
136:07   to your knowledge?
136:08   A. (Witness complies.)  Yes.

136:20 - 136:24   Dimoff, Brian (2020-10-03)                    0:09

136:20   Q. Do you see under key skills and            Re: [136:20 to 136:24]        **OVERRULED**
136:21   qualifications, Mr. Baker lists that he's       **Pltf Obj** MIL 34; 402; 403;
136:22   either an expert or qualified in a number of    404; 405; 608
136:23   different firearms?
136:24   A. Uh-huh.

137:04 - 137:13   Dimoff, Brian (2020-10-03)                    0:27

137:04   Q. Okay.  And, again, you have no             Re: [137:04 to 137:13]        **OVERRULED**
137:05   reason to doubt the voracity or the            **Pltf Obj** MIL 34; 402; 403;
137:06   truthfulness of this information, as far as you   404; 405; 608
137:07   know he is an expert and qualified in each of
137:08   these firearms?
137:09   A. I was next to him when he
137:10   qualified expert on the M4, the M9.  I thought
137:11   he qualified expert on the 240, but he was on
137:12   the gun team to the left of me.  As far as I

137:13    know, yes, absolutely.

146:11 - 146:21  Dimoff, Brian (2020-10-03)    0:23

| 146:11 | Q. Mr. Dimoff, can you hear me? |
| 146:12 | A. Yes, I can. |
| 146:13 | Q. Did you understand all the |
| 146:14 | questions that you were asked today by Mr. |
| 146:15 | Bhimani? |
| 146:16 | A. I believe so. |
| 146:17 | Q. Did you tell the truth today? |
| 146:18 | A. I did. |
| 146:19 | Q. Did you give any untruthful |
| 146:20 | testimony today to benefit Mr. Baker? |
| 146:21 | A. No. |

**Re: [146:11 to 146:21]**
**Def Obj** 401, 403

SUSTAINED

147:07 - 147:12  Dimoff, Brian (2020-10-03)    0:13

| 147:07 | Q. Did I ever ask you to give |
| 147:08 | favorable testimony or ask you to testify in |
| 147:09 | any manner to help Mr. Baker's case? |
| 147:10 | A. No, you did not. |
| 147:11 | MR. FOX:  That's all the |
| 147:12 | questions I have. |

**Re: [147:07 to 147:12]**
**Def Obj** 401, 403

SUSTAINED

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **6:13 - 6:22** MacWilliams, Andrew (2020-09-24) 0:25 | | | | |
| 6:13 Q. Good morning, Mr. MacWilliams.  My | | | | |
| 6:14 name is Kimberly Branscome, and I represent the | | | | |
| 6:15 Defendants 3M Company and a few Aearo entities | | | | |
| 6:16 in this lawsuit.  If we could just start out by | | | | |
| 6:17 having you state your full name for the record, | | | | |
| 6:18 please. | | | | |
| 6:19 A. Sure my name is Andrew | | | | |
| 6:20 MacWilliams. | | | | |
| 6:21 Q. And who is your current employer? | | | | |
| 6:22 A. I work for Constellis. | | | | |
| **7:02 - 7:22** MacWilliams, Andrew (2020-09-24) 1:44 | | | | |
| 7:02 Q. Now, before today you and I have | | | | |
| 7:03 never met.  Correct? | | | | |
| 7:04 A. Correct. | | | | |
| 7:05 Q. And other than the notice of | | | | |
| 7:06 deposition that my firm sent to your company, | | | | |
| 7:07 we have never spoken with each other before | | | | |
| 7:08 today.  Correct? | | | | |
| 7:09 A. Correct. | | | | |
| 7:10 Q. All right.  Now, can you describe | | | | |
| 7:11 for me the relationship between Constellis and | | | | |
| 7:12 the company Triple Canopy? | | | | |
| 7:13 A. Sure.  Triple Canopy is a wholly | | | | |
| 7:14 owned subsidiary of Constellis. | | | | |
| 7:15 Q. Is it your understanding that | | | | |
| 7:16 today you are testifying on behalf of | | | | |
| 7:17 Triple Canopy? | | | | |
| 7:18 A. Yes. | | | | |
| 7:19 Q. And you are -- and you are | | | | |
| 7:20 testifying as if you are Triple Canopy. | | | | |
| 7:21 Correct? | | | | |
| 7:22 A. Correct. | | | | |
| **8:20 - 9:02** MacWilliams, Andrew (2020-09-24) 0:20 | | | | |
| 8:20 Q. Now, you are aware that the | | | | |
| 8:21 Plaintiff in this case, Lloyd Baker, was a | | | | |
| 8:22 contractor with Triple Canopy from 2012 to | | | | |
| 8:23 2014.  Correct? | | | | |
| 8:24 A. Yes. | | | | |
| 8:25 Q. Mr. Baker also sought employment | | | | |

| | | |
|---|---|---|
| 9:01 | from Triple Canopy in 2020. Is that correct? | |
| 9:02 | A. Yes. | |
| | | |
| 9:08 - 9:13 | MacWilliams, Andrew (2020-09-24) | 0:19 |
| 9:08 | Q. Have you ever communicated in any | |
| 9:09 | form with Lloyd Baker? | |
| 9:10 | A. No. | |
| 9:11 | Q. Have you ever communicated in any | |
| 9:12 | form with Lloyd Baker's attorney? | |
| 9:13 | A. No. | |
| | | |
| 15:08 - 15:13 | MacWilliams, Andrew (2020-09-24) | 0:25 |
| 15:08 | Q. What is Triple Canopy? | |
| 15:09 | A. Triple Canopy is -- what is | |
| 15:10 | Triple Canopy? It's a security company at its | |
| 15:11 | core operating primarily outside the | |
| 15:12 | United States. But they do have a domestic | |
| 15:13 | footprint as well. | |
| | | |
| 16:02 - 16:20 | MacWilliams, Andrew (2020-09-24) | 1:00 |
| 16:02 | Q. As a part of your job, are you | |
| 16:03 | familiar with the job requirements for | |
| 16:04 | individuals who are employed by Triple Canopy? | |
| 16:05 | A. Yes. | |
| 16:06 | Q. Okay. And are you familiar with | |
| 16:07 | the hiring practices and procedures involved | |
| 16:08 | with people seeking employment with | |
| 16:09 | Triple Canopy? | |
| 16:10 | A. Intimately. | |
| 16:11 | Q. You also have familiarity with the | |
| 16:12 | job requirements. And in this sense I mean | |
| 16:13 | like what is entailed when someone is actually | |
| 16:14 | employed by Triple Canopy? | |
| 16:15 | A. Yes. | |
| 16:16 | Q. To whom does Triple Canopy offer | |
| 16:17 | security services? | |
| 16:18 | A. The Department of Defense. | |
| 16:19 | U.S. Department of Defense and U.S. Department | |
| 16:20 | of State are the two largest clients. | |
| | | |
| 16:21 - 17:03 | MacWilliams, Andrew (2020-09-24) | 0:19 |
| 16:21 | Q. And I believe you mentioned, are | |
| 16:22 | they primarily providing private security | |

| | | |
|---|---|---|
| 16:23 | services overseas? | |
| 16:24 | A. Yeah.  Yes.  Primarily overseas. | |
| 16:25 | And that's also my purview too.  So there is a | |
| 17:01 | domestic footprint.  But I don't -- | |
| 17:02 | Triple Canopy's domestic footprint is small, | |
| 17:03 | and I'm not working on that. | |

| | | |
|---|---|---|
| 17:07 - 17:13 | MacWilliams, Andrew (2020-09-24) | 0:16 |
| 17:07 | Q. And we will mark this document as | |
| 17:08 | Baker Exhibit 47.  As you can see, there's a | |
| 17:09 | cover page on this that refers to a custodian, | |
| 17:10 | Triple Canopy, Inc.  Do you see that? | |
| 17:11 | (Defendant's Exhibit Number 47 | |
| 17:12 | is marked for identification.) | |
| 17:13 | A. I do. | |

| | | |
|---|---|---|
| 18:03 - 19:07 | MacWilliams, Andrew (2020-09-24) | 2:30 |
| 18:03 | Q. Okay.  All right.  Do you see here | |
| 18:04 | that under the certification of custodian of | |
| 18:05 | record, this is describing the attached records | |
| 18:06 | were made at or near the time the act of this | |
| 18:07 | condition, opinion, or diagnosis by a person | |
| 18:08 | with knowledge of the matters reflected in the | |
| 18:09 | records.  Do you see that? | |
| 18:10 | A. Yes. | |
| 18:11 | Q. And two, were kept in the course | |
| 18:12 | of regularly conducted activities.  Correct? | |
| 18:13 | A. Yes. | |
| 18:14 | Q. Three, were created as part of the | |
| 18:15 | regular practice of the provider.  Do you see | |
| 18:16 | that? | |
| 18:17 | A. Yes. | |
| 18:18 | Q. And four, are the complete and | |
| 18:19 | unabridged copies of records maintained by this | |
| 18:20 | facility with regards to the above named | |
| 18:21 | Plaintiff.  Do you see that? | |
| 18:22 | A. Yes. | |
| 18:23 | Q. And if you look just above that | |
| 18:24 | box, do you see that it refers specifically to | |
| 18:25 | Lloyd Baker? | |
| 19:01 | A. I do. | |
| 19:02 | Q. All right.  And if I could ask | |
| 19:03 | you, it is a large set of documents, but if you | |

| | | |
|---|---|---|
| 19:04 | could flip through Baker Exhibit 47 and confirm | |
| 19:05 | that this is, in fact, employment records for | |
| 19:06 | Lloyd Baker. | |
| 19:07 | A. That's correct. | |

| 20:04 - 20:11 | MacWilliams, Andrew (2020-09-24) | 0:23 |
|---|---|---|
| 20:04 | Q. And we will mark this set of | |
| 20:05 | documents as Baker Exhibit 48.  And do you see | |
| 20:06 | that there is, in fact, a letter on the first | |
| 20:07 | page of this set of documents from | |
| 20:08 | Ms. McKenzie-Veal on Constellis letterhead? | |
| 20:09 | (Defendant's Exhibit Number 48 | |
| 20:10 | is marked for identification.) | |
| 20:11 | A. I do. | |

| 20:24 - 21:16 | MacWilliams, Andrew (2020-09-24) | 1:50 |
|---|---|---|
| 20:24 | Q. All right.  And are these -- if | |
| 20:25 | you flip behind that, there are a number of | |
| 21:01 | documents.  Are you familiar with the documents | |
| 21:02 | that are enclosed with the letter, all of which | |
| 21:03 | have been marked as Exhibit 48? | |
| 21:04 | A. I am familiar with them, yes. | |
| 21:05 | Q. Are these documents that are a | |
| 21:06 | part of Mr. Baker's personnel file with | |
| 21:07 | Triple Canopy? | |
| 21:08 | A. Yes. | |
| 21:09 | Q. Are these documents that were kept | |
| 21:10 | by Triple Canopy in the ordinary course of | |
| 21:11 | business? | |
| 21:12 | A. Yes. | |
| 21:13 | Q. And would these records have been | |
| 21:14 | created and maintained at the time at which the | |
| 21:15 | events took place? | |
| 21:16 | A. Yes. | |

| 21:21 - 21:24 | MacWilliams, Andrew (2020-09-24) | 0:13 |
|---|---|---|
| 21:21 | Q. And we will mark tab five as Baker | |
| 21:22 | Exhibit 49.  Do you see the first page of | |
| 21:23 | Exhibit 49 is an e-mail correspondence from | |
| 21:24 | Ms. McKenzie-Veal?  Do you see that? | |

| 22:02 - 22:02 | MacWilliams, Andrew (2020-09-24) | 0:01 |
|---|---|---|
| 22:02 | A. I do. | |

23:02 - 23:22   MacWilliams, Andrew (2020-09-24)                1:49
  23:02   Q. And are these documents also
  23:03   documents that are maintained in the ordinary
  23:04   course of business by Triple Canopy?
  23:05   A. Yes.
  23:06   Q. And are these documents that would
  23:07   have been created or maintained close in time
  23:08   to when the events took place?
  23:09   A. Yes.
  23:10   Q. And I should have asked this
  23:11   actually about each one.  We're looking now at
  23:12   Exhibit 49.  Do these documents appear to be
  23:13   authentic copies of Mr. Baker's personnel file?
  23:14   A. As far as I can tell, yes.
  23:15   Q. All right.  And then I'll do that
  23:16   for the same, if you'll turn back to
  23:17   Exhibit 48, which was behind tab four.
  23:18   A. These all appear to be authentic.
  23:19   Q. Okay.  And we'll do the same
  23:20   behind tab three, please.
  23:21   A. These all appear to be authentic
  23:22   as well.

30:03 - 30:13   MacWilliams, Andrew (2020-09-24)                0:29
  30:03   Q. When someone is hired on for a
  30:04   job, is there a specified time for which they
  30:05   are deployed?
  30:06   A. Yeah.  Our -- most of your
  30:07   statements of work run for twelve months.  In
  30:08   some instances we may issue one that's shorter,
  30:09   but typically your statement of work is going
  30:10   to run for twelve months, assuming that the
  30:11   contract that you are headed to has twelve
  30:12   months left on it.  But typically we're running
  30:13   twelve month statements.

30:21 - 31:17   MacWilliams, Andrew (2020-09-24)                1:10
  30:21   Q. You mentioned that there are job
  30:22   requirements that an individual has to satisfy.
  30:23   Can you describe for me in general terms what
  30:24   those job requirements are?
  30:25   A. Yes.  So a standard -- excuse

31:01    me -- DoD effort is probably something like,
31:02    you know, 21 or 23 years of age.  Must be a
31:03    U.S. citizen.  Must have or be able to obtain a
31:04    U.S. secret clearance.  Two years of military
31:05    service, military or law enforcement service,
31:06    an honorable discharge.  And then depending on
31:07    the role, there may be a rank requirement so
31:08    separating, you know, E4, E5, E6, and E7 from
31:09    the military.
31:10    Some of the State Department work has
31:11    requirements like military time in a high
31:12    threat environment.  And so it just kind of
31:13    depends on what you're applying for.  But
31:14    generally for us it's age, citizenship, it's
31:15    clearance, and some type of military, police,
31:16    or contractor background to get on to one of
31:17    our efforts.

33:14 - 34:15    MacWilliams, Andrew (2020-09-24)                    1:15
33:14    Q. Okay.  So you mentioned that once
33:15    someone gets through the background check and
33:16    the drug screen.  What is the next step in the
33:17    process?
33:18    A. For a DoD -- for either rather,
33:19    excuse me, we would schedule for -- we would
33:20    confirm your clearance.  So let's assume for a
33:21    second that you're already cleared and that,
33:22    you know, you are ready to go.  We will get
33:23    your visa started.  Depending on the country
33:24    that you plan on working in, we'll submit on
33:25    your behalf for the appropriate visa.  And
34:01    we'll pick a date and time.  Every country is a
34:02    little bit different.  But once your visa is
34:03    sort of assured to be coming out, we'll
34:04    schedule you for training.
34:05    Our training facility in North Carolina has
34:06    our medical providers actually onsite with us.
34:07    So the first thing you'll do upon arrival is go
34:08    for your medical screening at the provider
34:09    that's onsite.  And then assuming that you pass
34:10    that, typically the physical fitness test,
34:11    physical readiness test will be next.  If you
34:12    pass that then you'll be enrolled in the

| | | |
|---|---|---|
| 34:13 | training course.  And the training courses run | |
| 34:14 | between five and fifty days, give or take.  It | |
| 34:15 | depends. | |

| | | |
|---|---|---|
| 34:25 - 35:10 | MacWilliams, Andrew (2020-09-24) | 1:31 |
| 34:25 | Q. Well, you can -- let me just ask | |
| 35:01 | you.  When you took on the role, did you | |
| 35:02 | familiarize yourself with sort of what had been | |
| 35:03 | going on at the Company prior to you starting | |
| 35:04 | your employment? | |
| 35:05 | A. Yes.  So prior to me arriving at | |
| 35:06 | Constellis and Triple Canopy, they were | |
| 35:07 | training at a facility down in Louisiana.  And | |
| 35:08 | a typical pre-deployment training course back | |
| 35:09 | then was seven to ten days, if I'm not | |
| 35:10 | mistaken. | |

| | | |
|---|---|---|
| 35:21 - 37:20 | MacWilliams, Andrew (2020-09-24) | 2:25 |
| 35:21 | Q. Well, let me ask you this. | |
| 35:22 | Mr. Baker's contract in 2012 to 2014, was that | |
| 35:23 | a DoD or a Department of State contract? | |
| 35:24 | A. That was DoD. | |
| 35:25 | Q. All right.  So what I'm trying to | |
| 36:01 | understand is what kind of training Mr. Baker | |
| 36:02 | would have gone through in 2012 on a DOD | |
| 36:03 | contract. | |
| 36:04 | A. Understood.  So it's a blend of, | |
| 36:05 | you know, classroom work where they talk about | |
| 36:06 | all sorts of things.  Defense tactics, rules of | |
| 36:07 | engagement, cultural awareness, things like | |
| 36:08 | that that can be covered in a classroom that | |
| 36:09 | are specific or almost specific to the location | |
| 36:10 | which they're headed.  They'll also do firearms | |
| 36:11 | training, some tactical medical training, and | |
| 36:12 | some training outside of the classroom. | |
| 36:13 | Q. Okay.  So I'd like to focus for a | |
| 36:14 | minute on the firearms training. | |
| 36:15 | A. Sure. | |
| 36:16 | Q. What was involved in a firearms | |
| 36:17 | training for a DoD contract? | |
| 36:18 | A. Typically firearms training would | |
| 36:19 | include just a rifle and pistol familiarization | |
| 36:20 | and qualification. | |

| | | |
|---|---|---|
| 36:21 | Q. Do you have an understanding of | |
| 36:22 | how often individuals in the training program | |
| 36:23 | would be firing weapons as part of their | |
| 36:24 | training? | |
| 36:25 | A. Yeah.  I mean, typically you'll -- | |
| 37:01 | you'll go to the range to familiarize yourself | |
| 37:02 | with the qual.  You know, and you have three | |
| 37:03 | opportunities to make the qualification. | |
| 37:04 | The -- the DoD qualifications are not | |
| 37:05 | particularly challenging, so it can easily be | |
| 37:06 | accomplished in a single day. | |
| 37:07 | Q. Is it an indoor or an outdoor | |
| 37:08 | firing range? | |
| 37:09 | A. In 2012 it was definitely an | |
| 37:10 | outdoor range.  And the majority of our ranges | |
| 37:11 | now are outdoor as well. | |
| 37:12 | Q. Do you know specifically what | |
| 37:13 | firearms are used for that training | |
| 37:14 | qualification? | |
| 37:15 | A. Nowadays we qualify on any nine | |
| 37:16 | millimeter pistol.  Sometimes the contractor | |
| 37:17 | will stipulate exactly the type, the make and | |
| 37:18 | model that they want to use.  But it's always | |
| 37:19 | some -- some type of nine millimeter and an M4 | |
| 37:20 | as well.  The rifle is an M4. | |

| | | |
|---|---|---|
| 37:21 - 38:16 | MacWilliams, Andrew (2020-09-24) | 1:54 |
| 37:21 | Q. Were hearing protection devices | |
| 37:22 | provided to individuals who were undergoing | |
| 37:23 | either firearms training or qualification? | |
| 37:24 | A. Again, I wasn't on in 2012.  But | |
| 37:25 | all of the firearms training that I have either | |
| 38:01 | witnessed or participated in, in my tenure, ear | |
| 38:02 | protection and eye protection is always | |
| 38:03 | provided. | |
| 38:04 | Q. What type of hearing protection, | |
| 38:05 | if you know? | |
| 38:06 | A. It depends on where you are and | |
| 38:07 | what's going on.  Sometimes it's, you know, the | |
| 38:08 | foam earplugs that you insert -- put inside of | |
| 38:09 | you ear.  Other times it's more of a headset | |
| 38:10 | style that sits over the top of your head and | |
| 38:11 | sort of sits over the top of your ears. | |

| | | | | |
|---|---|---|---|---|
| 38:12 | Sometimes it can be both too. | | | |
| 38:13 | Q. And are individuals required to | | | |
| 38:14 | wear eye protection when they're in the firing | | | |
| 38:15 | range? | | | |
| 38:16 | A. Yes. | | | |

| 39:02 - 41:07 | MacWilliams, Andrew (2020-09-24) | 3:55 |
|---|---|---|

39:02   Q. Okay.  So now let's shift forward
39:03   to 2020 and Department of State training.
39:04   A. Okay.
39:05   Q. Can you describe that for me?
39:06   A. Yep.  Sure.  Department of State
39:07   training is more intense than DoD training,
39:08   especially because our Department of State
39:09   contracts are all mobile and the profile just
39:10   tends to be a little bit different.  And so the
39:11   training is a lot more classroom training.
39:12   Again, the standard -- the basic course for
39:13   State Department is 42 days long.  And -- and
39:14   that's a lot of classroom training where they
39:15   talk about other skills that are needed when
39:16   you work on a mobile contract.  You know, for
39:17   lack of a better term, pickup and drop-off
39:18   procedures.  There are security postures that
39:19   you're required to maintain when you're out
39:20   with what's -- what we refer to as principle.
39:21   So if you're on mobile contract, the idea is
39:22   that the actor is getting into your car or
39:23   general or somebody like that is getting into
39:24   your car, that person is referred to as a
39:25   principal.  And there are things you do with
40:01   your principal when you're out and about
40:02   outside of the facility.  They cover topics
40:03   like surveying to make sure the location you're
40:04   pulling up to is safe and what you do when you
40:05   get there and emergency procedures if you have
40:06   to get out, but also covering some of the same
40:07   modules that the DoD training will too like
40:08   standard communication, radio communications,
40:09   tactical med, those sorts of things.
40:10   And then the firearms are the
40:11   State Department are quite different.  It's a
40:12   pistol qual, a rifle -- multiple rifle quals,

| | |
|---|---|
| 40:13 | shotgun familiarization.  Why am I blanking on |
| 40:14 | the term?  Machine gun training, M240, M249. |
| 40:15 | And then a qualification on a grenade launcher |
| 40:16 | that's referred to as an M203. |
| 40:17 | Q. Can you give me a sense of how -- |
| 40:18 | how often someone who's going through the -- |
| 40:19 | well, let's just focus on Mr. Baker and what he |
| 40:20 | was training for.  So how often would he have |
| 40:21 | been firing weapons as part of his 2020 |
| 40:22 | Department of State training and qualification? |
| 40:23 | A. Because we see a lot of attrition |
| 40:24 | out of the training programs in the firearms |
| 40:25 | space, we do all of that in the first two |
| 41:01 | weeks.  And I would expect within that first |
| 41:02 | two weeks, he would be firing something every |
| 41:03 | single day. |
| 41:04 | Q. Is there any training provided on |
| 41:05 | the use of hearing protection devices? |
| 41:06 | A. I'm not aware either way.  I'm not |
| 41:07 | aware, yes or no. |

| 41:24 - 42:10 | MacWilliams, Andrew (2020-09-24) | 0:24 |
|---|---|---|
| 41:24 | Q. All right.  So now I'd like to |
| 41:25 | focus specifically on Mr. Baker. |
| 42:01 | A. Sure. |
| 42:02 | Q. He applied and was eventually |
| 42:03 | hired for a contract that ran from March 2012 |
| 42:04 | to July 2014.  Is that correct? |
| 42:05 | A. That's my understanding, yeah. |
| 42:06 | Right. |
| 42:07 | Q. All right.  And it's referred to |
| 42:08 | in some of the documents as the Leatherneck |
| 42:09 | contract.  Is that correct? |
| 42:10 | A. Camp Leatherneck.  Yeah.  Yes. |

| 42:11 - 42:14 | MacWilliams, Andrew (2020-09-24) | 0:14 |
|---|---|---|
| 42:11 | Q. Was that a mobile or static |
| 42:12 | position? |
| 42:13 | A. I believe that was a static |
| 42:14 | position. |

| 43:15 - 44:06 | MacWilliams, Andrew (2020-09-24) | 1:43 | | |
|---|---|---|---|---|
| 43:15 | Q. Okay.  I was going to ask you | | Re: [43:15 to 44:06] | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 43:16 | that. So how frequently are individuals | | **Pltf Obj** 401, 402, 403 | |
| 43:17 | employed by Triple Canopy -- and I'm focusing | | | |
| 43:18 | on the 2012 to 2014 timeframe. How often are | | | |
| 43:19 | those individuals given medical exams? | | | |
| 43:20 | A. Every twelve months is the | | | |
| 43:21 | standard procedure. If there's something going | | | |
| 43:22 | on where that's not possible -- a great example | | | |
| 43:23 | is what's happening with Covid right now. So | | | |
| 43:24 | for personnel that are currently on a project, | | | |
| 43:25 | getting them to a medical facility is not | | | |
| 44:01 | really feasible, so DoD can grant a waiver. | | | |
| 44:02 | Typically they don't like it to go more than | | | |
| 44:03 | fifteen months. That's about as long as I've | | | |
| 44:04 | seen it go before. So between twelve and | | | |
| 44:05 | fifteen months for a medical renewal would be | | | |
| 44:06 | very standard. | | | |

| 45:08 - 46:06 | MacWilliams, Andrew (2020-09-24) | 1:05 | | |
|---|---|---|---|---|
| 45:08 | Q. Would an audiogram or other type | | **Re: [45:20 to 46:06]** | **OVERRULED** |
| 45:09 | of hearing test have been conducted as part of | | **Pltf Obj** 602, 402, 403 | |
| 45:10 | a medical renewal? | | | |
| 45:11 | A. Not necessarily. So medical -- | | | |
| 45:12 | I'm sorry. Excuse me. Hearing tests for both | | | |
| 45:13 | DoD and for DoS, they run something called a | | | |
| 45:14 | whisper test which is exactly what you think it | | | |
| 45:15 | is. The doctor stands behind you and whispers | | | |
| 45:16 | something. If you can not repeat it, then | | | |
| 45:17 | they'll schedule you for a follow-up. And so | | | |
| 45:18 | if a follow-up was required, then I would | | | |
| 45:19 | expect that to be here. | | | |
| 45:20 | Q. So if there is not a follow-up in | | | |
| 45:21 | the file, would that suggest that Mr. Baker | | | |
| 45:22 | passed the whisper test as part of his medical | | | |
| 45:23 | renewal? | | | |
| 45:24 | A. Yes. | | | |
| 45:25 | Q. And can you just -- | | | |
| 46:01 | A. Yeah, I'm sorry. A doctor would | | | |
| 46:02 | also not sign off his fit for duty unless all | | | |
| 46:03 | of the screenings had been, you know, | | | |
| 46:04 | successfully completed. And I did see a fit | | | |
| 46:05 | for duty -- I did previously see a fit for duty | | | |
| 46:06 | signature in there. | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|

47:05 - 47:14   MacWilliams, Andrew (2020-09-24)                1:37

47:05   Q. It does.  Can you just describe
47:06   for me an in a little bit more detail the
47:07   whisper test?
47:08   A. I mean, I think the doctor stands
47:09   behind you and whispers something that you are
47:10   required to repeat.  And we've done -- you
47:11   know, our medical provider down at our training
47:12   facility does, you know, thousands a year.  So
47:13   I'm sure he is very -- he knows exactly what
47:14   he's doing on that front.

**Re: [47:05 to 47:14]**
**Pltf Obj** 602; 403; speculation                   `SUSTAINED`

47:18 - 48:18   MacWilliams, Andrew (2020-09-24)                2:41

47:18   Q. For the Department of State -- so
47:19   now I want to focus specifically on Mr. Baker's
47:20   application for a Department of State position.
47:21   What type of medical exams would he have
47:22   undergone and what standards would he have had
47:23   to have met in 2020?
47:24   A. They would be similar but not
47:25   exactly the same.  And I do not -- so let's
48:01   see.  I have the State Department medical
48:02   setting requirements here.  Let me pull them up
48:03   and I can maybe read them off.  So I'm
48:04   looking -- what I'm looking at here is a matrix
48:05   that our delivery team has created out of the
48:06   requirements in IDIQ.  And so I'm looking at
48:07   immunizations.  I'm looking at drug labs.
48:08   Other exams are an EKG, a stress test, and a
48:09   sickle-cell test.  I don't see a requirement
48:10   here for hearing.  That does not mean there is
48:11   not one, but I'm not seeing it here.
48:12   Oh, excuse me.  I'm sorry.  It was at the
48:13   top.  Physical exam, it's a -- it references a
48:14   State Department document, a DS, delta sierra,
48:15   6561 which includes both a hearing and a vision
48:16   test as a requirement.  And there's a note here
48:17   that says that it's required to be renewed
48:18   annually.

**Re: [47:18 to 48:18]**
**Pltf Obj** 602                                      `OVERRULED`

49:18 - 50:08   MacWilliams, Andrew (2020-09-24)                1:43

49:18   Q. (Ms. Branscome) Earlier I was
49:19   asking you some questions about the firearms

| | | |
|---|---|---|
| 49:20 | training that occurs for both a DoD and a | |
| 49:21 | Department of State contracts.  And you | |
| 49:22 | mentioned that those were outdoor firing | |
| 49:23 | ranges.  Do you remember that? | |
| 49:24 | A. Yes. | |
| 49:25 | Q. Roughly how many individuals are | |
| 50:01 | firing weapons at a given time on those ranges? | |
| 50:02 | A. A standard range has got ten or | |
| 50:03 | twelve lanes.  So I would expect ten or twelve | |
| 50:04 | at a time.  It depends on the qual too.  More | |
| 50:05 | complicated quals that require movement, you | |
| 50:06 | typically will run fewer at a time.  But ten to | |
| 50:07 | twelve is a safe assumption for the majority of | |
| 50:08 | the quals. | |

| 51:05 - 52:04 | MacWilliams, Andrew (2020-09-24) | 1:12 |
|---|---|---|
| 51:05 | Q. And when you say there's fifty | |
| 51:06 | different ranges, are there different ranges | |
| 51:07 | for different weapons on which someone is, you | |
| 51:08 | know, either training or qualifying? | |
| 51:09 | A. Yes.  The machine guns in | |
| 51:10 | particular have a specific range because | |
| 51:11 | they're -- they're roped in.  They're fixed | |
| 51:12 | into a position.  So yes, different ranges are | |
| 51:13 | different sizes.  We also -- because we conduct | |
| 51:14 | so much firearms training, there are multiple | |
| 51:15 | rifle and multiple pistol ranges.  They're all | |
| 51:16 | kind of the same but a little different.  Some | |
| 51:17 | are covered.  Some are not covered.  There are | |
| 51:18 | also what we refer to as shoot houses which are | |
| 51:19 | mockups of a building which are open air -- | |
| 51:20 | covered but open air.  They're not inside | |
| 51:21 | specifically.  But those exist as well. | |
| 51:22 | Q. Would training for a moving | |
| 51:23 | position for the Department of State involve | |
| 51:24 | training in one of those shooting houses? | |
| 51:25 | A. Yes. | |
| 52:01 | Q. And what type of weapons are | |
| 52:02 | typically fired in the shooting houses? | |
| 52:03 | A. The M4 or the pistol.  Typically | |
| 52:04 | the rifle, the M4. | |

| 53:12 - 55:02 | MacWilliams, Andrew (2020-09-24) | 2:11 |
|---|---|---|

53:12   Q. What is your understanding of why
53:13   there is a hearing test component to qualifying
53:14   for either DoD or Department of State
53:15   contracts?
53:16   A. I mean, quite simply so that
53:17   people can, you know, receive and apply
53:18   direction, you know.  You know, in the -- in
53:19   the worst scenarios, you're talking about which
53:20   direction incoming fire might be coming from,
53:21   where you might have to return fire to.
53:22   Hearing things like cease fire, stop shooting
53:23   would be, you know, kind of an important thing
53:24   to have.  But more to that, I mean, when you
53:25   are on a mobile contract in particular, there's
54:01   a lot of interfacing with locals.  There's a
54:02   lot of interfacing with the principals that
54:03   you're -- you're working with.  And so being
54:04   able to hear them and understand and
54:05   communicate is imperative on both mobile and
54:06   static contracts.
54:07   Q. Would Triple Canopy ever qualify
54:08   someone for a DoD or Department of State
54:09   contract if they had concerns about that
54:10   individual's ability to hear?
54:11   A. No.  However, we do see on
54:12   occasion that people are able to mitigate
54:13   issues they may have in terms of health or
54:14   physical fitness.  And so it's possible.
54:15   Again, I'm not -- Andy, take a big breath here.
54:16   I'm not a health expert.  But there are waivers
54:17   and ways to mitigate a variety of -- of things
54:18   that could pop up on your medical screening.
54:19   Q. If mitigation was necessary to
54:20   compensate, for example, for hearing
54:21   difficulties, would that mitigation be noted in
54:22   that individual's file?
54:23   A. I would expect it would be, yes.
54:24   Q. To the best of your understanding,
54:25   were any mitigations or special accommodations
55:01   ever necessary for Lloyd Baker?
55:02   A. I'm not aware of any, no.

55:03 - 55:12   MacWilliams, Andrew (2020-09-24)                    1:39

| | |
|---|---|
| 55:03 | Q. All right. So turning |
| 55:04 | specifically to Mr. Baker's employment in 2012, |
| 55:05 | can you give a description of what Mr. Baker's |
| 55:06 | job responsibilities were under that contract? |
| 55:07 | A. Camp Leatherneck was a very |
| 55:08 | standard DoD effort which was primarily static |
| 55:09 | security. So going back to the description I |
| 55:10 | provided earlier, entry control work, tower |
| 55:11 | work primarily. Those were the two sort of |
| 55:12 | main roles. |

55:18 - 58:23   MacWilliams, Andrew (2020-09-24)   4:52

| | |
|---|---|
| 55:18 | Q. Static. Okay. All right. So can |
| 55:19 | you just describe for me in more layman's terms |
| 55:20 | what Mr. Baker's job responsibilities were |
| 55:21 | under the Camp Leatherneck contract? |
| 55:22 | A. So again, in sort of two buckets, |
| 55:23 | entry -- entry control work and tower work are |
| 55:24 | typically the two that typify static security. |
| 55:25 | And entry control work is, again, you're at |
| 56:01 | a -- an entry point into the DoD facility. |
| 56:02 | That's either for personnel who are coming in |
| 56:03 | or for vehicles who are coming in or both. And |
| 56:04 | you and the team that are there at the entry |
| 56:05 | control point are checking badges, checking |
| 56:06 | authorizations, confirming identities. You're |
| 56:07 | often searching individuals and vehicles that |
| 56:08 | are coming in for contraband, for explosives, |
| 56:09 | for things like that. You're making sure in a |
| 56:10 | lot of ways that it's -- that it's orderly. |
| 56:11 | Facilities like this, there's a tempo to how |
| 56:12 | people enter, so you want to make sure the |
| 56:13 | vehicles are spaced accordingly and nobody is |
| 56:14 | coming through the -- typically there will be |
| 56:15 | multiple points at an ECP where vehicles are |
| 56:16 | checked. So you want to make sure they're |
| 56:17 | spaced accordingly, the drivers are behaving |
| 56:18 | commands, they've got paperwork necessary to |
| 56:19 | enter the facility. |
| 56:20 | Typically there's a gate that's electronic |
| 56:21 | or sometimes it's actually manual that you will |
| 56:22 | lift up and down or trigger to go up and down, |
| 56:23 | hit a button to make it go up and down. That's |

56:24    typically what ECP work is like.  Tower work is
56:25    very straightforward.  You're in an elevated
57:01    fixed position, and you are scanning a portion
57:02    of or an area that is at the wall or beyond the
57:03    facility's wall.  Again, making sure that
57:04    there's no unauthorized approaches or there's
57:05    nothing suspicious.
57:06    And then, you know, communicating with the
57:07    other groups, communicating with the ECP,
57:08    communicating -- ECP being the entry control
57:09    point, communicating what is called the TOC.
57:10    That's T-O-C.  It stands for tactical
57:11    operational center.  Different facilities call
57:12    them different things.  Sometimes it's called a
57:13    BDOC, a base defense operations center.  And so
57:14    then the communication of all of those things,
57:15    the information, it's integral to the overall
57:16    security plan for an installation.
57:17    Q. So if someone is at the entry
57:18    control point at Camp Leatherneck, would
57:19    Mr. Baker have been inside a booth or would he
57:20    have been standing in sort of the outdoors?
57:21    A. A blend of both.  And you're going
57:22    to rotate in and out of those positions
57:23    because, you know, some are -- are more
57:24    dangerous than others.  Some are more taxing
57:25    physically than others and mentally taxing than
58:01    others.  So you're probably on a rotation of
58:02    thirty to sixty minutes in a particular spot,
58:03    and then you're rotating quick.
58:04    Q. What type of vehicles would be
58:05    coming and going from a facility like
58:06    Camp Leatherneck?
58:07    A. All sorts.  Certainly inbound and
58:08    outbound military vehicles.  A lot of --
58:09    depending on the entry control point that
58:10    you're at, a lot of deliveries are made.  So
58:11    that could be food.  That could be water.  You
58:12    know, I mean, those are primarily it.  Anything
58:13    that is used logistically to operate a large
58:14    DoD facility is either coming in on the ground
58:15    or it's coming in, in the air.  And if it's
58:16    coming on the ground, it has to come through

| | | | |
|---|---|---|---|
| 58:17 | the entry control point. | | |
| 58:18 | Q. When you refer to military | | |
| 58:19 | vehicle, would these be, you know, sort of | | |
| 58:20 | armored vehicles?  Can you give me a | | |
| 58:21 | description of those vehicles? | | |
| 58:22 | A. Vehicles that are leaving through | | |
| 58:23 | the ECP are typically armored Humvees. | | |

**59:23 - 60:07   MacWilliams, Andrew (2020-09-24)**   1:34

| | |
|---|---|
| 59:23 | Q. Okay.  And about how many hours |
| 59:24 | out of the day would someone who was the |
| 59:25 | position spend at the entry control point? |
| 60:01 | A. Yeah.  So a typical shift is eight |
| 60:02 | or twelve hours depending on the location that |
| 60:03 | you're at and the security posture there.  And |
| 60:04 | you are -- you might -- there could be a |
| 60:05 | scenario where you would be assigned to both |
| 60:06 | the tower and an ECP in a given day.  But I |
| 60:07 | think typically you're in one or the other. |

**60:18 - 60:22   MacWilliams, Andrew (2020-09-24)**   0:10

| | | | |
|---|---|---|---|
| 60:18 | Q. Okay.  And would individuals at | Re: [60:18 to 60:22] | **SUSTAINED** |
| 60:19 | the entry control point be wearing hearing | **Def Obj** 602 | |
| 60:20 | protection while they were on duty? | | |
| 60:21 | A. Eye and ear pro at all times is | | |
| 60:22 | what's expected. | | |

**62:11 - 62:21   MacWilliams, Andrew (2020-09-24)**   1:38

| | |
|---|---|
| 62:11 | Q. While Mr. Baker was stationed at |
| 62:12 | Camp Leatherneck, would he have undergone |
| 62:13 | additional firearms training? |
| 62:14 | A. Re-qualifications are standard |
| 62:15 | quarterly or biannually.  Whether they were |
| 62:16 | doing additional training on firearms outside |
| 62:17 | of regular re-qualifications, I couldn't say. |
| 62:18 | Q. And what weapons would Mr. Baker |
| 62:19 | have had to re-qualify on? |
| 62:20 | A. Definitely rifle and pistol. |
| 62:21 | Beyond that, I'm not sure. |

**65:11 - 65:18   MacWilliams, Andrew (2020-09-24)**   0:23

| | |
|---|---|
| 65:11 | Q. Okay.  So this document has |
| 65:12 | actually been previously marked as Baker |

| | | |
|---|---|---|
| 65:13 | Exhibit 28.  Do you recognize this document as | |
| 65:14 | a Triple Canopy job application? | |
| 65:15 | A. Yes. | |
| 65:16 | Q. All right.  And does this appear | |
| 65:17 | to be Mr. Baker's job application from 2012? | |
| 65:18 | A. As far as I can tell, yes. | |
| | | |
| 67:10 - 68:20 | MacWilliams, Andrew (2020-09-24) | 2:35 |
| 67:10 | Q. All right.  Now, if you can turn | |
| 67:11 | to tab ten for me.  This also has been | |
| 67:12 | previously marked.  This is Baker Exhibit 31. | |
| 67:13 | And this is identified as a medical history | |
| 67:14 | form, also with Triple Canopy's logo in the top | |
| 67:15 | left-hand corner.  What is this document, to | |
| 67:16 | your knowledge? | |
| 67:17 | A. This looks like an older version | |
| 67:18 | of the medical history form.  It actually says | |
| 67:19 | that right at the top of the form.  And so he's | |
| 67:20 | sort of -- like a lot of times when you go in | |
| 67:21 | to see your doctor, he's checking off items in | |
| 67:22 | his medical history.  Self disclosing, I should | |
| 67:23 | say. | |
| 67:24 | Q. All right.  And as you can see | |
| 67:25 | here on the first page, you see that he | |
| 68:01 | indicates no for everything except barotrauma | |
| 68:02 | hearing loss.  Do you see that? | |
| 68:03 | A. I do. | |
| 68:04 | Q. All right.  And then on the next | |
| 68:05 | page it asks for an explanation for anything | |
| 68:06 | that was marked yes on the previous page.  Is | |
| 68:07 | that correct? | |
| 68:08 | A. That's correct. | |
| 68:09 | Q. All right.  And Mr. Baker | |
| 68:10 | indicates here I have ten percent hearing loss | |
| 68:11 | and tinnitus.  It is a service-connected | |
| 68:12 | disability.  Do you see that? | |
| 68:13 | A. I do. | |
| 68:14 | Q. All right.  Why is it important to | |
| 68:15 | Triple Canopy to have, you know, more of an | |
| 68:16 | explanation of if someone has a history of | |
| 68:17 | hearing loss? | |
| 68:18 | A. Again, I think it speaks to | |
| 68:19 | whether somebody is fit -- medically fit to | |

| | | |
|---|---|---|
| 68:20 | work on a Triple Canopy contract. | |

**70:24 - 71:07**   MacWilliams, Andrew (2020-09-24)      0:27

| | |
|---|---|
| 70:24 | Q. All right.  And there is an e-mail |
| 70:25 | chain above that where Michaela Reynolds wrote |
| 71:01 | in part to Mr. Baker, can you please reply to |
| 71:02 | this e-mail stating whether or not your hearing |
| 71:03 | loss will affect your ability to perform your |
| 71:04 | duties on this contract, and if so, in what |
| 71:05 | way.  I will just need to add the response to |
| 71:06 | your file.  Do you see that? |
| 71:07 | A. I do. |

**71:12 - 71:23**   MacWilliams, Andrew (2020-09-24)      0:27

| | |
|---|---|
| 71:12 | Q. All right.  Was this something |
| 71:13 | that was typically done where there might be |
| 71:14 | some follow-up where someone indicates they had |
| 71:15 | a medical condition in their application? |
| 71:16 | A. Yes.  Follow-up would certainly |
| 71:17 | take place. |
| 71:18 | Q. All right.  And then Mr. Baker |
| 71:19 | responds to Ms. Reynolds, my hearing loss is |
| 71:20 | minor and only in my left ear.  It will in no |
| 71:21 | way affect my ability to perform my duties.  Do |
| 71:22 | you see that? |
| 71:23 | A. I do. |

**73:24 - 75:21**   MacWilliams, Andrew (2020-09-24)      2:29

| | | | |
|---|---|---|---|
| 73:24 | Q. All right.  And if you would, just | **Re: [73:24 to 75:02]** | **OVERRULED** |
| 73:25 | take a moment and if you'll flip through.  My | **Pltf Obj** 602; 403 | |
| 74:01 | question is just simply, you know, what role | | |
| 74:02 | this e-mail would have played in Mr. Baker's | | |
| 74:03 | job application process? | | |
| 74:04 | A. Again, the -- the admin who's | | |
| 74:05 | processing, you know, Mr. Baker back in 2012 is | | |
| 74:06 | trying to understand whether he has a high | | |
| 74:07 | likelihood of passing the medical exam that's | | |
| 74:08 | going to take place.  And it happens a lot. | | |
| 74:09 | It's very standard communication.  The other | | |
| 74:10 | thing that's going on, being as level as I can | | |
| 74:11 | be, is a lot of VA clinics are taking place now | | |
| 74:12 | and have over the years and rightly so.  And | | |
| 74:13 | separating military members are encouraged upon | | |

| | |
|---|---|
| 74:14 | separation to claim as much disability as they |
| 74:15 | can.  I'm not judging.  That's just what takes |
| 74:16 | place.  And so a lot of times we're having |
| 74:17 | applicants come to the table who are claiming |
| 74:18 | something on their disability form with the VA |
| 74:19 | that is a disability, you know -- it is |
| 74:20 | something that happened to them while they |
| 74:21 | were, you know, serving in the military that is |
| 74:22 | on their disability form with the VA but not |
| 74:23 | necessarily a disqualifier for employment with |
| 74:24 | Triple Canopy.  And understanding that and |
| 74:25 | trying to vet that out requires some back and |
| 75:01 | forth between the applicant and the delivering |
| 75:02 | teams. |
| 75:03 | Q. So after this initial application |
| 75:04 | where he filled out the health form and he |
| 75:05 | clarifies his condition by e-mail, what would |
| 75:06 | the next step have been in terms of evaluating |
| 75:07 | his medical condition, and specifically his |
| 75:08 | hearing? |
| 75:09 | A. It would have been a third party |
| 75:10 | medical examination. |
| 75:11 | Q. All right.  So if you could turn |
| 75:12 | to tab nine, please.  This was previously |
| 75:13 | marked as Exhibit 30.  And this is titled a |
| 75:14 | pre-deployment health assessment.  Do you |
| 75:15 | recognize this document? |
| 75:16 | A. I recognize the form, yes. |
| 75:17 | Q. Okay.  And what is this form? |
| 75:18 | A. This is a DoD-specific |
| 75:19 | pre-deployment medical form that is often |
| 75:20 | stipulated by the mod.  It's over the top of |
| 75:21 | the contract. |

| | | |
|---|---|---|
| 76:05 - 76:16 | MacWilliams, Andrew (2020-09-24) | 1:36 |
| 76:05 | Q. Okay.  And so -- and this was | |
| 76:06 | conducted by, as you described, a third party. | |
| 76:07 | Is that right? | |
| 76:08 | A. I -- yes, I did say that.  But I'm | |
| 76:09 | not aware who Steven Bull is.  That's the | |
| 76:10 | doctor who signed the form. | |
| 76:11 | Q. Why was it Triple Canopy's policy | |
| 76:12 | to have health assessments conducted by a third | |

76:13    party?
76:14    A. I think it's pretty simple.  We're
76:15    not a medical company.  And so making that
76:16    determination is outside of our expertise.

77:05 - 77:21    MacWilliams, Andrew (2020-09-24)                1:44
77:05    Q. Okay.  But at the end of this,
77:06    there is, you know, a question about final
77:07    medical disposition.  Do you see that?
77:08    A. I do.
77:09    Q. And as of October 2, 2012,
77:10    Mr. Baker was considered deployable.  Is that
77:11    correct?
77:12    A. That's what it says, yes.
77:13    Q. Okay.  And what is your
77:14    understanding of what that means?
77:15    A. That he's -- he's qualified
77:16    medically.  He meets all of the medical
77:17    requirements to go on contract.
77:18    Q. And would those have been the
77:19    medical requirements that were set -- set forth
77:20    in the mods?
77:21    A. Yes.

78:09 - 78:19    MacWilliams, Andrew (2020-09-24)                0:25
78:09    Q. And just to be clear on the second
78:10    page, there is a section where the medical
78:11    doctor could refer an individual out to a
78:12    specialist.  Do you see that?
78:13    A. I do see that, yes.
78:14    Q. And for Mr. Baker, he was not
78:15    referred out to anyone.  Correct?
78:16    A. That's correct.  That's what it
78:17    says.
78:18    Q. Including to an ENT.  Correct?
78:19    A. Yes.

78:23 - 79:05    MacWilliams, Andrew (2020-09-24)                0:19
78:23    Q. It has previously been marked as
78:24    Exhibit 33.  And this is on Triple Canopy's
78:25    letterhead.  It says hearing communicable
79:01    disease state.  Do you see that?
79:02    A. I do.

| | | |
|---|---|---|
| 79:03 | Q. And it looks like Mr. Baker was | |
| 79:04 | tested on February 10, 2012.  Do you see that? | |
| 79:05 | A. I -- yes. | |
| | | |
| 80:14 - 80:18 | MacWilliams, Andrew (2020-09-24) | 0:14 |
| 80:14 | Q. All right.  And this indicates | |
| 80:15 | that Dr. Bull has reached the conclusion that | |
| 80:16 | Mr. Baker was capable of hearing ordinary | |
| 80:17 | conversation.  Is that correct? | |
| 80:18 | A. That's what it says, yes. | |
| | | |
| 82:24 - 86:05 | MacWilliams, Andrew (2020-09-24) | 4:42 |
| 82:24 | Q. All right.  And so just to clarify | |
| 82:25 | those, if we now go to tab nine, which is | |
| 83:01 | Exhibit 30, we were looking at the | |
| 83:02 | pre-deployment health assessment.  Do you see | |
| 83:03 | that? | |
| 83:04 | A. Yes. | |
| 83:05 | Q. And it does indicate under the | |
| 83:06 | demographics section that today's date is | |
| 83:07 | February 2, 2012.  Do you see that, | |
| 83:08 | Mr. MacWilliams? | |
| 83:09 | A. That's correct. | |
| 83:10 | Q. All right.  And if you turn to the | |
| 83:11 | second page, this is where we were discussing | |
| 83:12 | the fact that Dr. Bull had declared a final | |
| 83:13 | medical disposition for Mr. Baker | |
| 83:14 | as deployable.  Correct? | |
| 83:15 | A. Correct. | |
| 83:16 | Q. All right.  And the date notation | |
| 83:17 | here is actually listed in the European | |
| 83:18 | convention of days, months, years.  Do you see | |
| 83:19 | that? | |
| 83:20 | A. I do. | |
| 83:21 | Q. All right.  So does it look like | |
| 83:22 | Dr. Bull had actually declared Mr. Baker | |
| 83:23 | deployable on February 10, 2012? | |
| 83:24 | A. That's correct. | |
| 83:25 | Q. All right.  So this form or this | |
| 84:01 | exam occurred shortly after the job application | |
| 84:02 | that Mr. Baker supplied to Triple Canopy.  Is | |
| 84:03 | that right? | |
| 84:04 | A. Yes. | |

84:05    Q. Okay.  And this was around the
84:06    same time as the e-mail exchange that Mr. Baker
84:07    was asked to provide some follow-up information
84:08    about his hearing condition.  Correct?
84:09    A. Yes.
84:10    Q. All right.  And so if we look at
84:11    tab twelve, this has been marked -- this has
84:12    previously been marked as Exhibit 33, which is
84:13    the hearing communicable disease statement.
84:14    And Dr. Bull signed off that Mr. Baker was
84:15    capable of hearing ordinary conversation.  Do
84:16    you see that?
84:17    A. I do.
84:18    Q. It looks like that was also on
84:19    February 10, 2012.  Does that make sense?
84:20    A. Yes.
84:21    Q. All right.  And then when we were
84:22    looking at Exhibit 34, which is behind tab 13,
84:23    the report of a medical examination.  Do you
84:24    see that?
84:25    A. Yes.
85:01    Q. That is dated February 22, 2012.
85:02    Do you see that?
85:03    A. Right.  Yes.
85:04    Q. And so given those -- well, and
85:05    then let's look at the next page, tab 14, which
85:06    was previously marked as Exhibit 35.  This is
85:07    also -- this is a report of medical history.
85:08    Do you see that?
85:09    A. Yes.
85:10    Q. And if you flip to the last page,
85:11    this was signed by what appears to be
85:12    Dr. Burnham on February 23, 2012.  Do you see
85:13    that?
85:14    A. Yes.
85:15    Q. All right.  So now having
85:16    understood kind of the timing of those
85:17    different forms and exams, can you explain at
85:18    least your understanding of the medical
85:19    examination sequence for Mr. Baker heading into
85:20    his deployment on the Camp Leatherneck
85:21    contract?
85:22    A. I think the documents kind of

| | |
|---|---|
| 85:23 | speak for themselves.  He did at least one |
| 85:24 | medical assessment on the 10th and then |
| 85:25 | followed up with a doctor on the 22nd and 23rd |
| 86:01 | of February of 2012. |
| 86:02 | Q. Okay.  And all of those |
| 86:03 | examinations ended up in Mr. Baker's personnel |
| 86:04 | file for Triple Canopy.  Correct? |
| 86:05 | A. Correct. |

90:14 - 91:04   MacWilliams, Andrew (2020-09-24)                    1:55

| | |
|---|---|
| 90:14 | Q. Did you ever see any indication |
| 90:15 | anywhere in Mr. Baker's personnel file that he |
| 90:16 | ever had difficulty hearing or communicating |
| 90:17 | with any other employees of Triple Canopy? |
| 90:18 | A. No. |
| 90:19 | Q. Okay.  Did you see any indication |
| 90:20 | in Mr. Baker's personnel file that his hearing |
| 90:21 | condition interfered with his ability to |
| 90:22 | perform his job duties at any time while |
| 90:23 | employed by Triple Canopy? |
| 90:24 | A. I did not see anything like that. |
| 90:25 | Q. If Mr. Baker's hearing condition |
| 91:01 | did interfere with his job performance in any |
| 91:02 | way, would you expect to see that documented in |
| 91:03 | his file? |
| 91:04 | A. I would expect to see that, yes. |

92:05 - 92:06   MacWilliams, Andrew (2020-09-24)                    0:07

| | |
|---|---|
| 92:05 | Q. All right.  I'd like to turn to |
| 92:06 | Mr. Baker's job application in 2020.  Can you |

95:23 - 96:14   MacWilliams, Andrew (2020-09-24)                    1:49

| | |
|---|---|
| 95:23 | Q. I see.  So this was -- this was a |
| 95:24 | contract with the Department of State. |
| 95:25 | Correct? |
| 96:01 | A. Yes, it is. |
| 96:02 | Q. Okay.  And so can you just give me |
| 96:03 | an overview of what type of job might -- you |
| 96:04 | know, it could be at a very general level.  But |
| 96:05 | what types of jobs would be under this task |
| 96:06 | order for which Mr. Baker was applying? |
| 96:07 | A. Specifically the PSS basic class |
| 96:08 | which was here that he signed up for is for |

96:09    mobile security operators on these task orders.
96:10    More administrative types go to a different
96:11    class.  And so you can tell because he was
96:12    enrolled in the PSS basic class that it was
96:13    certainly some type of security position that
96:14    he was -- he was intending to go into.

97:07 - 98:11    MacWilliams, Andrew (2020-09-24)    2:48
97:07    Q. And this is the type of position
97:08    you said that involves much longer training.
97:09    Is that correct?
97:10    A. Correct.  The PSS basic course
97:11    that's listed here is 42 days long.
97:12    Q. And so if we turn back to what we
97:13    were looking at just a moment ago, which was in
97:14    tab -- well, let me just ask you this while I'm
97:15    finding the page.  The medical screening by
97:16    Mustang Medical, are you familiar with
97:17    Mustang Medical?
97:18    A. Mustang Medical is our third party
97:19    provider that's onsite located on our compound
97:20    where the training is held.
97:21    Q. And so in what part of the
97:22    application process would the medical
97:23    examination have been conducted?
97:24    A. Once he arrives -- once Mr. Baker
97:25    had arrived at our facility in North Carolina
98:01    for training, medical is the very first thing
98:02    that's done.  Typically --
98:03    Q. And would that medical examination
98:04    have involved an evaluation of his hearing?
98:05    A. Yes.  Yes, it would have.
98:06    Q. And to your understanding, was
98:07    Mr. Baker declared deployable based on his
98:08    medical examination in 2020?
98:09    A. I believe so.  That's the document
98:10    we were looking at for Mustang, if I'm not
98:11    mistaken.

99:11 - 99:24    MacWilliams, Andrew (2020-09-24)    1:47
99:11    Q. Is there anything in Mr. Baker's
99:12    application and medical screening in 2020 that
99:13    indicates that special accommodations needed to

| | |
|---|---|
| 99:14 | be made or mitigations were necessary for his |
| 99:15 | hearing condition in any way? |
| 99:16 | A. None that I can see. |
| 99:17 | Q. All right.  Would a whisper test |
| 99:18 | have been performed as part of this medical |
| 99:19 | qualification? |
| 99:20 | A. That's my understanding, yes. |
| 99:21 | Q. Okay.  And so in order to be |
| 99:22 | declared fit for duty, Mr. Baker would have had |
| 99:23 | to pass that test.  Is that correct? |
| 99:24 | A. That's my understanding, yes. |

102:21 - 104:22   MacWilliams, Andrew (2020-09-24)                    2:17

| | |
|---|---|
| 102:21 | Q. All right.  And just to recap, in |
| 102:22 | 2020 Mr. Baker applied for a position that was |
| 102:23 | under a Department of State contract.  Is that |
| 102:24 | correct? |
| 102:25 | A. That's correct. |
| 103:01 | Q. And your understanding is that was |
| 103:02 | applying for a mobile security position.  Is |
| 103:03 | that right? |
| 103:04 | A. Yes. |
| 103:05 | Q. All right.  And as part of that |
| 103:06 | application process, Mr. Baker would have had |
| 103:07 | to go through an initial sort of screening of |
| 103:08 | his qualifications in order to move forward |
| 103:09 | into training.  Is that correct? |
| 103:10 | A. Yes. |
| 103:11 | Q. All right.  And that included also |
| 103:12 | a medical examination and a declaration of |
| 103:13 | whether he was fit for duty.  Correct? |
| 103:14 | A. Correct. |
| 103:15 | Q. So Mr. Baker in 2020, specifically |
| 103:16 | in late July, was declared fit for duty to |
| 103:17 | serve in a mobile security contract for the |
| 103:18 | Department of State.  Correct? |
| 103:19 | A. Correct. |
| 103:20 | Q. But Mr. Baker ultimately was not |
| 103:21 | hired by Triple Canopy.  Is that right? |
| 103:22 | A. That's correct. |
| 103:23 | Q. Okay.  Can you explain -- let me |
| 103:24 | ask first, can you just explain how far |
| 103:25 | Mr. Baker got into the process before he was |

104:01    told he would not be employed?
104:02    A. He made it -- there's no real good
104:03    way of explaining that quite honestly.  He made
104:04    it to August 20.  So he made it not quite
104:05    halfway through.
104:06    Q. Okay.  And this was the training
104:07    that we discussed earlier that was the more
104:08    complicated.  It involved both classroom
104:09    training and weapons qualification.  Is that
104:10    right?
104:11    A. Correct.
104:12    Q. Okay.  And what is your
104:13    understanding of what type of weapons training
104:14    he did get through before his position was
104:15    terminated?
104:16    A. Sure.  So he would have done all
104:17    of the live fire qualifications.  Again,
104:18    those -- I think we talked about this earlier.
104:19    Those take place very early on in the process.
104:20    And so yeah, he failed at the -- the weapons
104:21    handling and tactics portion of the -- of the
104:22    training.

106:03 - 106:10   MacWilliams, Andrew (2020-09-24)                    1:31
106:03    Q. Okay.  Do you know what -- if he
106:04    had completed all of his qualifications,
106:05    whether he passed or not, do you know what the
106:06    set of qualifications would have been for that
106:07    position, what weapons?
106:08    A. Yes.  Again, WPS qualifications
106:09    are an M4, a nine millimeter, an M240, an M249,
106:10    an M203, and a shotgun.

106:11 - 106:19   MacWilliams, Andrew (2020-09-24)                    0:24
106:11    Q. And do you know how many rounds
106:12    are fired as part of those qualifications?
106:13    A. I know that the rifle -- no, I
106:14    don't.  No, I don't off the top of my head.
106:15    Q. And would all of those
106:16    qualifications have been conducted at an
106:17    outdoor shooting range?
106:18    A. Yes.  We don't have any indoor
106:19    shooting ranges.

| | | |
|---|---|---|
| 106:20 - 107:04   MacWilliams, Andrew (2020-09-24) | 0:29 | |
| 106:20    Q. And you've mentioned that he | | |
| 106:21    failed the weapons handling.  What does that | | |
| 106:22    mean? | | |
| 106:23    A. I am not a trainer, nor do I have | | |
| 106:24    a tactical background.  So but the note that's | | |
| 106:25    provided here says that he was dropped from | | |
| 107:01    training class for unsafe weapons handling | | |
| 107:02    during a mechanical breach in practical | | |
| 107:03    exercise.  As a result he is not eligible to | | |
| 107:04    return for WPS training. | | |

| | | | |
|---|---|---|---|
| 107:05 - 107:13   MacWilliams, Andrew (2020-09-24) | 0:25 | Re: [107:10 to 107:13] | **OVERRULED** |
| 107:05    Q. Do you have any information about | | Def Obj 602 | |
| 107:06    what it means to have an unsafe weapons | | | |
| 107:07    handling practice? | | | |
| 107:08    A. Not in this instance.  Just the | | | |
| 107:09    note is what it says. | | | |
| 107:10    Q. Did Mr. Baker's failure to be | | | |
| 107:11    hired on this contract have anything whatsoever | | | |
| 107:12    to do with his hearing condition? | | | |
| 107:13    A. I wouldn't be able to know that. | | | |

| | | |
|---|---|---|
| 109:16 - 109:19   MacWilliams, Andrew (2020-09-24) | 0:16 | |
| 109:16    Q. I asked that inartfully.  Was | | |
| 109:17    Mr. Baker ever medically disqualified from | | |
| 109:18    employment? | | |
| 109:19    A. Not that I can see. | | |

| | | |
|---|---|---|
| 120:14 - 121:11   MacWilliams, Andrew (2020-09-24) | 1:03 | |
| 120:14    Q. Okay.  You went over a list of | | |
| 120:15    weapons that you thought maybe would be used | | |
| 120:16    during the Department of State training that | | |
| 120:17    Mr. Baker recently went through.  And I think | | |
| 120:18    you told us that it would be some type of nine | | |
| 120:19    millimeter, an M4, an M249, an M240, and an | | |
| 120:20    M203, and then a twelve-gauge shotgun.  Is that | | |
| 120:21    right? | | |
| 120:22    A. That's correct. | | |
| 120:23    Q. All right.  Have you ever been | | |
| 120:24    present when people were training on the M203? | | |
| 120:25    A. You know, I'm not sure.  I've been | | |

| | | |
|---|---|---|
| 121:01 | there quite a bit.  But I'm not sure if I've | |
| 121:02 | ever seen a live fire on the 203. | |
| 121:03 | Q. Okay.  And can you tell us what an | |
| 121:04 | M203 is? | |
| 121:05 | A. It's a grenade launcher. | |
| 121:06 | Q. All right.  And do you know one | |
| 121:07 | way or the other whether or not they're using | |
| 121:08 | practice chalk rounds when they use that | |
| 121:09 | grenade launcher or whether or not they're | |
| 121:10 | using live grenades? | |
| 121:11 | A. Both if I'm not mistaken. | |

**121:12 - 121:16  MacWilliams, Andrew (2020-09-24)**     0:12

| | | |
|---|---|---|
| 121:12 | Q. Okay.  And do you know -- do you | **Re: [121:12 to 121:16]**  **OVERRULED** |
| 121:13 | know how many of each? | **Def Obj** 602 |
| 121:14 | A. No.  And I think it varies based | |
| 121:15 | on a candidate's familiarization with the | |
| 121:16 | weapon system. | |

**124:24 - 125:17  MacWilliams, Andrew (2020-09-24)**     1:11

| | | |
|---|---|---|
| 124:24 | Earlier you talked about shoot houses and the | **Re: [125:08 to 125:17]**  **SUSTAINED** |
| 124:25 | mockup buildings for some of the training.  Do | **Def Obj** 602 |
| 125:01 | you remember that testimony? | |
| 125:02 | A. Yes, sir. | |
| 125:03 | Q. All right.  So and I apologize if | |
| 125:04 | I didn't catch it.  The -- which training were | |
| 125:05 | you talking about where shoot houses were used? | |
| 125:06 | A. That's the WPS -- the | |
| 125:07 | State Department WPS training. | |
| 125:08 | Q. Okay.  And do you know what week | |
| 125:09 | that training occurs during that WPS training? | |
| 125:10 | A. No.  I'm sorry.  I don't. | |
| 125:11 | Q. Okay.  And so Mr. Baker made it | |
| 125:12 | through roughly half of the training.  Do you | |
| 125:13 | know whether or not -- one way or the other | |
| 125:14 | whether or not Mr. Baker used the M4 or a | |
| 125:15 | pistol in the shoot house? | |
| 125:16 | A. No, I'm not -- I'm not -- I | |
| 125:17 | couldn't tell you either way. | |

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **11:20 - 11:23**  Ohama, Dan (2020-11-17)                     0:13 | | | | |
| 11:20    Q. Dr. Ohama, can you please state | | | | |
| 11:21    your full name for the record. | | | | |
| 11:22    A. My name is Dan Otoshi (phonetic) | | | | |
| 11:23    Ohama. | | | | |
| | | | | |
| **18:17 - 20:04**  Ohama, Dan (2020-11-17)                     2:14 | | | | |
| 18:17    Q. Great. Can you, Dr. Ohama, please | | | | |
| 18:18    give me a brief overview of your background | | | | |
| 18:19    and experience in the military. | | | | |
| 18:20    A. I initially enlisted in the Army | | | | |
| 18:21    1984 for a four -- four-year enlistment | | | | |
| 18:22    through 1988 as an infantry man, and then I | | | | |
| 18:23    reentered the Army in 2002 as an audiologist | | | | |
| 19:01    and served until 2018. | | | | |
| 19:02    Q. When you started or went back to | | | | |
| 19:03    the military in 2002 as an audiologist, | | | | |
| 19:04    where were you based at that time? | | | | |
| 19:05    A. My first assignment was in Korea. | | | | |
| 19:06    Q. And which base was that? | | | | |
| 19:07    A. Youngsan. | | | | |
| 19:08    Q. How long were you there? | | | | |
| 19:09    A. Two years. | | | | |
| 19:10    Q. Where did you go after leaving | | | | |
| 19:11    that base in -- in 2004? What was your next | | | | |
| 19:12    base? | | | | |
| 19:13    A. It was Fort Lewis in Washington. | | | | |
| 19:14    Q. And how long were you at Fort | | | | |
| 19:15    Lewis in -- in Washington? | | | | |
| 19:16    A. I was assigned there for four | | | | |
| 19:17    years. But in 2007 September through 2008 | | | | |
| 19:18    December, I was deployed to Iraq. | | | | |
| 19:19    Q. Did you leave Iraq in 2008? | | | | |
| 19:20    A. Yes, December 31st, 2008. | | | | |
| 19:21    Q. And where did you go then? Okay. | | | | |
| 19:22    And where did you go then? | | | | |
| 19:23    A. And then I returned back to Fort | | | | |
| 20:01    Lewis for about three months. | | | | |
| 20:02    Q. Where did you go after that three | | | | |
| 20:03    months? | | | | |
| 20:04    A. To Schofield Barracks, Hawaii. | | | | |

| 20:21 - 21:17 | Ohama, Dan (2020-11-17) | 1:13 |
| --- | --- | --- |
| 20:21 | Q. Can you tell me, describe for me | |
| 20:22 | what your responsibilities were as both a | |
| 20:23 | clinical audiologist and a hearing program | |
| 21:01 | manager while you were in Korea and while | |
| 21:02 | you were at Fort Lewis. | |
| 21:03 | A. As a clinical audiologist, I would | |
| 21:04 | see patients for any type of hearing-related | |
| 21:05 | complaints or who had a threshold shift in | |
| 21:06 | the hearing that was identified on their | |
| 21:07 | annual automated hearing test and make | |
| 21:08 | appropriate referrals. | |
| 21:09 | Q. And what were your | |
| 21:10 | responsibilities as the hearing conservation | |
| 21:11 | program manager? | |
| 21:12 | A. That was more to manage the annual | |
| 21:13 | hearing exams for all the soldiers and those | |
| 21:14 | exposed personnel and to provide support | |
| 21:15 | related to hearing protection and education, | |
| 21:16 | training education for the units at Fort | |
| 21:17 | Lewis. | |

| 24:15 - 25:03 | Ohama, Dan (2020-11-17) | 1:37 |
| --- | --- | --- |
| 24:15 | Q. For -- for purposes of explaining | |
| 24:16 | how to instruct a service member how to use | |
| 24:17 | hearing protection, is that one of the | |
| 24:18 | things that you did as well? | |
| 24:19 | A. Yes. | |
| 24:20 | Q. Where did you get those | |
| 24:21 | instructions from so you knew how to best | |
| 24:22 | instruct a service member how to wear a | |
| 24:23 | hearing protection device? | |
| 25:01 | A. All of the education material came | |
| 25:02 | from CHPM or Center for Health Promotion | |
| 25:03 | Accredit -- Preventative Medicine. | |

| 27:11 - 27:19 | Ohama, Dan (2020-11-17) | 0:26 |
| --- | --- | --- |
| 27:11 | Q. Do you have a memory of a type of | |
| 27:12 | hearing protection known as the com -- | |
| 27:13 | Combat Arms earplug version two? | |
| 27:14 | A. I am aware of the double-sided | |
| 27:15 | Combat Arms earplug, yes. | |
| 27:16 | Q. So let's refer it to that way | |

| | | |
|---|---|---|
| 27:17 | then. We'll call it the double-sided | |
| 27:18 | earplug. Is that okay with you? | |
| 27:19 | A. Yes. | |

| 29:07 - 30:09 | Ohama, Dan (2020-11-17) | 1:27 |
|---|---|---|
| 29:07 | Q. Was the double-sided earplug | |
| 29:08 | standard issue for Fort Lewis? | |
| 29:09 | A. No. | |
| 29:10 | Q. Do you recall what instructions | |
| 29:11 | were given with the double-sided earplugs? | |
| 29:12 | A. Well, the instructions consisted | |
| 29:13 | of how to use the earplugs, which side to | |
| 29:14 | use for which types of noise situations, | |
| 29:15 | whether it's dismounted weapon start type of | |
| 29:16 | noise or steady state noise exposures where | |
| 29:17 | noise -- not exposure, but noise situations. | |
| 29:18 | Q. Was it your understanding and did | |
| 29:19 | you instruct service members that the yellow | |
| 29:20 | side was to be used in the ear during | |
| 29:21 | tactical modes? | |
| 29:22 | A. Yes, for dismounted type of | |
| 29:23 | operations. | |
| 30:01 | Q. And then the green side of the | |
| 30:02 | double-ended earplug, did you instruct | |
| 30:03 | service members that that would be used for | |
| 30:04 | loud impulses so that they would be blocked | |
| 30:05 | out? | |
| 30:06 | A. They could. They could use a | |
| 30:07 | conditional earplug type of protection, so | |
| 30:08 | they could use it in any situation, pretty | |
| 30:09 | much, the green side. | |

| 32:09 - 32:12 | Ohama, Dan (2020-11-17) | 0:11 |
|---|---|---|
| 32:09 | Q. So that I am understanding, | | Re: [32:09 to 32:19] | **OVERRULED** |
| 32:10 | though, are you saying, Dr. Ohama, that you | | Pltf Obj 403; 401 | |
| 32:11 | remember there to be two different two-sided | | | |
| 32:12 | earplugs? | | | |

| 32:16 - 33:03 | Ohama, Dan (2020-11-17) | 1:38 |
|---|---|---|
| 32:16 | A. Yes. So I believe when the -- the | | Re: [32:09 to 32:19] | **OVERRULED** |
| 32:17 | ones we had had a space in the middle of the | | Pltf Obj 403; 401 | |
| 32:18 | two ends where you could actually see the | | | |
| 32:19 | hole in the inner core. | | | |

| | | | |
|---|---|---|---|
| 32:20 | Q. I see. If you -- could you give | | |
| 32:21 | me an estimate, during your extended time in | | |
| 32:22 | the military, how many soldiers you would | | |
| 32:23 | have fit with earplugs? Would it be in the | | |
| 33:01 | thousands? | | |
| 33:02 | A. During my time in the military? | | |
| 33:03 | Q. Yes. | | |

**33:08 - 34:05  Ohama, Dan (2020-11-17)     1:17**

| | | |
|---|---|---|
| 33:08 | Q. And specific to the times that you | **Re: [33:08 to 34:05]** |
| 33:09 | would have instructed service members on the | **Pltf Obj** nonresponsive |
| 33:10 | dual-ended plug, as you sit here, you don't | |
| 33:11 | have a memory of ever telling a service | |
| 33:12 | member they needed to fold the flange back | |
| 33:13 | when they inserted it; is that fair? | |
| 33:14 | A. Well, to clarify, when we provided | |
| 33:15 | training for soldiers and fitting, I think | |
| 33:16 | there was -- it wasn't a large portion of | |
| 33:17 | soldiers who I trained and fit the | |
| 33:18 | double-ended Combat Arms earplug. We had | |
| 33:19 | all the other different earplugs also. | |
| 33:20 | So I think it was just during my | |
| 33:21 | time at my beginning time at Fort Lewis | |
| 33:22 | where we really were fitting those | |
| 33:23 | double-ended Combat Arms earplugs. And so | |
| 34:01 | it wasn't very many soldiers that I remember | |
| 34:02 | getting the double-ended Combat Arms | |
| 34:03 | earplugs. By the time I was deployed in | |
| 34:04 | 2007, it was already being transitioned to | |
| 34:05 | the next version of Combat Arms earplugs. | |

**SUSTAINED**

**40:22 - 41:04  Ohama, Dan (2020-11-17)     0:18**

| | | |
|---|---|---|
| 40:22 | Q. Did you ever know during any of | **Re: [40:22 to 41:10]** |
| 40:23 | your time in the military that when the | **Pltf Obj** nonresponsive |
| 41:01 | double -- double-ended earplug was tested in | |
| 41:02 | 2000, they were having difficulty getting a | |
| 41:03 | proper fit because they couldn't get deep | |
| 41:04 | insertion of the double-sided plug? | |

**OVERRULED**

**41:06 - 41:10  Ohama, Dan (2020-11-17)     0:14**

| | | |
|---|---|---|
| 41:06 | A. I don't recall it being specific | **Re: [40:22 to 41:10]** |
| 41:07 | to the double-sided earplug. It was with | **Pltf Obj** nonresponsive |
| 41:08 | any earplug. If you couldn't get a proper | |

**OVERRULED**

41:09    seal and fit, we would change -- switch it
41:10    out for a different size.

42:21 - 43:03    Ohama, Dan (2020-11-17)    0:17
42:21    Q. If you had been aware that 3M,
42:22    when they tested the double-sided earplug,
42:23    found that it often imperceptibly loosened,
43:01    would you used -- have used a different
43:02    earplug for service members other than the
43:03    double-sided earplug?

43:05 - 43:11    Ohama, Dan (2020-11-17)    0:18
43:05    A. I'm not sure. I mean, it was the
43:06    same for any other earplug. It didn't -- it
43:07    doesn't matter what earplug we used. If we
43:08    weren't able to obtain a proper fit, we
43:09    would have switched it out for them, changed
43:10    to a different earplug, different size or
43:11    different type.

46:08 - 46:12    Ohama, Dan (2020-11-17)    0:14
46:08    Q. Did you ever know during the
46:09    timeframes that you were fitting the
46:10    double-ended Combat Arms earplug that the
46:11    initial test results for the plug showed
46:12    variable results?

46:14 - 46:18    Ohama, Dan (2020-11-17)    0:15
46:14    A. Not necessarily for the Combat
46:15    Arms earplug. Again, it was for any
46:16    earplug. If there was any type of
46:17    difficulty with the fit or seal, we would
46:18    change to a different earplug size or type.

48:10 - 48:12    Ohama, Dan (2020-11-17)    0:08
48:10    Q. Would you have con -- contacted 3M
48:11    about concerns that you had with the plug if
48:12    you had known these things?

48:14 - 48:18    Ohama, Dan (2020-11-17)    0:22
48:14    A. Not -- not necessarily 3M. I
48:15    would contact our Army head program
48:16    director's office to find out more about

48:17   issues with the earplug first of CHPM. I
48:18   would contact CHPM.

54:09 - 54:11   Ohama, Dan (2020-11-17)   0:07
54:09   Q. This email is dated August 24th of
54:10   2004, right?
54:11   A. Yes.

55:15 - 56:10   Ohama, Dan (2020-11-17)   1:42
55:15   Q. In the second paragraph of Exhibit
55:16   3, you go on to say, I recently met with the
55:17   arm -- Army Hearing Observation consult --
55:18   consultant from CHPM Aberdeen Proving
55:19   Ground. Did I read that right?
55:20   A. Yes.
55:21   Q. And you go on to say, We spoke of
55:22   problems with soldiers not using the Combat
55:23   Arms earplugs effectively. Either they
56:01   forget what -- what was explained during
56:02   initial training with the earplugs, there
56:03   was a lack of proper training or whatever.
56:04   It goes on to say, In some
56:05   instances, Combat Arm earplugs order
56:06   requisitions were held up or disapproved
56:07   because of concerns that soldiers were not
56:08   using them correctly. Did I read that
56:09   correctly?
56:10   A. Yes.

58:05 - 58:08   Ohama, Dan (2020-11-17)   0:14
58:05   Q. Was there concern that the
58:06   confusions -- that the confusion that the
58:07   soldiers had might result in their ears and
58:08   their hearing not being protected correctly?

58:10 - 59:12   Ohama, Dan (2020-11-17)   1:16
58:10   A. The concern was for them to wear
58:11   the yellow side in constant noise type
58:12   situations where they would be
58:13   underprotected from continuous noise.
58:14   Q. You, in this email, go on to give
58:15   a couple different suggestions. And the
58:16   first one is here in paragraph three. My

| | | |
|---|---|---|
| 58:17 | idea is to print small pictures and words on | |
| 58:18 | the earplugs small enough to fit on the | |
| 58:19 | second and third flange. Did I read that | |
| 58:20 | correctly? | |
| 58:21 | A. Yes. | |
| 58:22 | Q. And you go on to say, For example, | |
| 58:23 | on the yellow side, print weapons fire in | |
| 59:01 | dismounted mode along with a picture of an | |
| 59:02 | M16 machine gun, et cetera, on the olive | |
| 59:03 | side, drag side -- olive drag side, excuse | |
| 59:04 | me. Print, quote, noisy vehicles, end | |
| 59:05 | quote, along with picture of a helicopter, | |
| 59:06 | Army personnel carrier, et cetera. | |
| 59:07 | Were those ever printed or did you | |
| 59:08 | ever see them ever make those types of | |
| 59:09 | instructions or hand out those types of | |
| 59:10 | instructions with the pictures as you | |
| 59:11 | mention or put them on the earplugs | |
| 59:12 | themselves? | |

| | | |
|---|---|---|
| 59:14 - 59:14 | Ohama, Dan (2020-11-17) | 0:01 |
| 59:14 | Q. Was that ever done? | |

| | | |
|---|---|---|
| 59:16 - 59:18 | Ohama, Dan (2020-11-17) | 0:11 |
| 59:16 | A. Yes. In the next -- next | |
| 59:17 | paragraph there, it explains the cards that | |
| 59:18 | were developed. | |

| | | |
|---|---|---|
| 60:07 - 60:17 | Ohama, Dan (2020-11-17) | 0:26 |
| 60:07 | Q. Let me read that paragraph to you | |
| 60:08 | and make sure it's clear in the record. It | |
| 60:09 | says, An alternate idea is to create a small | |
| 60:10 | laminated card that fits into the earplug | |
| 60:11 | case that the Army currently issues. The | |
| 60:12 | card will have to be small, approximately | |
| 60:13 | 1.5, 1.75. On the card will be a picture of | |
| 60:14 | the Combat Arms earplug along with the small | |
| 60:15 | prints and pictures as described. Did I | |
| 60:16 | read that correctly? | |
| 60:17 | A. Yes. | |

| | | |
|---|---|---|
| 64:02 - 65:07 | Ohama, Dan (2020-11-17) | 1:25 |
| 64:02 | Q. Okay. Dr. Ohama, have you ever | |

| | | | | |
|---|---|---|---|---|
| 64:03 | seen this before? | | | |
| 64:04 | A. Yes. | | | |
| 64:05 | Q. When did you see this, if you | | | |
| 64:06 | remember? | | | |
| 64:07 | A. When I -- when I was at -- while I | | | |
| 64:08 | was at Fort Lewis, this came out. | | | |
| 64:09 | Q. Is this ultimately what the | | | |
| 64:10 | laminate card became that you had mentioned | | | |
| 64:11 | in your email? | | | |
| 64:12 | A. I believe so, yes. | | | |
| 64:13 | Q. Did you have anything to do with | | | |
| 64:14 | the drafting of this, the wording in it? | | | |
| 64:15 | A. No. This was initially a slide | | | |
| 64:16 | that was developed from CHPM. | | | |
| 64:17 | Q. Okay. | | | |
| 64:18 | A. From CHPM. | | | |
| 64:19 | Q. Tell me what you mean when you say | | | |
| 64:20 | a slide that was developed. | | | |
| 64:21 | A. We would provide the hearing | | | |
| 64:22 | conservation technician courses and show | | | |
| 64:23 | them all a slide showing of all the | | | |
| 65:01 | different types of earplugs. I believe this | | | |
| 65:02 | was one of the slides or something similar | | | |
| 65:03 | to this was one of the slides. | | | |
| 65:04 | Q. So this is a slide. Would this | | | |
| 65:05 | have been provided -- the slide provided by | | | |
| 65:06 | CHPM? | | | |
| 65:07 | A. Yes. | | | |

| | | | | |
|---|---|---|---|---|
| 65:08 - 65:12 | Ohama, Dan (2020-11-17) | 0:22 | | |
| 65:08 | Q. Or do you know? | | Re: [65:08 to 65:12] | OVERRULED |
| 65:09 | A. This was provided by CHPM. My -- | | Def Obj 602 | |
| 65:10 | my thought, I believe it was provided by | | | |
| 65:11 | CHPM. I don't know that it was developed by | | | |
| 65:12 | CHPM, but it was provided to us by CHPM. | | | |

| | | | | |
|---|---|---|---|---|
| 70:22 - 71:03 | Ohama, Dan (2020-11-17) | 0:12 | | |
| 70:22 | Q. That -- that's fair. Let me ask | | Re: [70:22 to 71:18] | SUSTAINED |
| 70:23 | you this. Just as a general matter, more | | Pltf Obj 602; speculation | |
| 71:01 | often than not, when soldiers are properly | | | |
| 71:02 | trained, they follow the instructions given | | | |
| 71:03 | to them. Would you agree with that? | | | |

| | | | | |
|---|---|---|---|---|
| 71:05 - 71:12 | Ohama, Dan (2020-11-17) | 0:20 | | |
| 71:05 | A. Not necessarily. Soldiers tend to | | **Re: [70:22 to 71:18]** | SUSTAINED |
| 71:06 | listen more to what their command or | | **Pltf Obj** 602; speculation | |
| 71:07 | commanders -- to their command or | | | |
| 71:08 | commander's instructions or their leadership | | | |
| 71:09 | instructions. So in our case, they may or | | | |
| 71:10 | may not listen. We don't -- we don't know. | | | |
| 71:11 | Q. You are just not in the position | | | |
| 71:12 | to know one way or the other? | | | |
| | | | | |
| 71:14 - 71:18 | Ohama, Dan (2020-11-17) | 0:10 | | |
| 71:14 | A. Yes, because I can explain | | **Re: [70:22 to 71:18]** | SUSTAINED |
| 71:15 | something but whether or not the soldiers | | **Pltf Obj** 602; speculation | |
| 71:16 | are really listening, I think usually, most | | | |
| 71:17 | soldiers will listen but maybe not all. I | | | |
| 71:18 | -- I can't say. | | | |
| | | | | |
| 89:01 - 89:05 | Ohama, Dan (2020-11-17) | 0:17 | | |
| 89:01 | Q. Good afternoon, Dr. Ohama. Thank | | | |
| 89:02 | you very much for spending your day with us | | | |
| 89:03 | today. I will try to keep this as brief as | | | |
| 89:04 | possible, and we really appreciate your time | | | |
| 89:05 | here. | | | |
| | | | | |
| 93:09 - 95:05 | Ohama, Dan (2020-11-17) | 3:40 | | |
| 93:09 | Q. Okay. I'd like to just briefly | | | |
| 93:10 | ask you a little bit about your -- your | | | |
| 93:11 | educational background. I don't think we | | | |
| 93:12 | got to those questions earlier today. I | | | |
| 93:13 | just want to just briefly touch on that | | | |
| 93:14 | before we get into the further substance of | | | |
| 93:15 | the documents here. | | | |
| 93:16 | Where did you go to college, Dr. | | | |
| 93:17 | Ohama? | | | |
| 93:18 | A. I went -- received my bachelor | | | |
| 93:19 | degree in speech pathology and audiology | | | |
| 93:20 | from the University of Hawaii in '94. I got | | | |
| 93:21 | my master's in audiology from the University | | | |
| 93:22 | of Hawaii in 2000 -- did I say 2004? 1994 | | | |
| 93:23 | was my bachelor's, and my master's in '96. | | | |
| 94:01 | And from there, I -- joined the Army in | | | |
| 94:02 | 2002 as an audiologist and obtained my | | | |
| 94:03 | doctorate of audiology degree from A.T. | | | |

| | | |
|---|---|---|
| 94:04 | Still University in 2005. | |
| 94:05 | Q. Great. And do you hold any | |
| 94:06 | professional licenses currently? | |
| 94:07 | A. Yes. Hawaii, audiologist. | |
| 94:08 | Q. Okay. Okay. And we went through | |
| 94:09 | the stations where you were stationed while | |
| 94:10 | in the military. I just wanted to clarify a | |
| 94:11 | couple of points. You said that you were at | |
| 94:12 | Fort Lewis between 2004 and 2009, but you | |
| 94:13 | were deployed to Iraq for part of that time; | |
| 94:14 | is that correct? | |
| 94:15 | A. Yes. | |
| 94:16 | Q. And can you tell me the exact | |
| 94:17 | dates of your deployment? | |
| 94:18 | A. September 2007 through December | |
| 94:19 | 2008. | |
| 94:20 | Q. Okay. And then you returned to | |
| 94:21 | Fort Lewis before going to Schofield | |
| 94:22 | Barracks in June of 2009; is that correct? | |
| 94:23 | A. Yes. It could have been March. I | |
| 95:01 | forget. Between March and May because I | |
| 95:02 | think I reported to Schofield Barracks. | |
| 95:03 | Q. And you were at Fort Lewis up | |
| 95:04 | until that time; is that correct? | |
| 95:05 | A. Yes. | |
| | | |
| 95:14 - 97:05 | Ohama, Dan (2020-11-17) | 2:08 |
| 95:14 | Q. Okay. So with respect to your | |
| 95:15 | military experience, has it been your | |
| 95:16 | experience since you joined the military the | |
| 95:17 | noise exposures can present a risk of | |
| 95:18 | hearing loss and tinnitus to service | |
| 95:19 | members? | |
| 95:20 | A. Yes. | |
| 95:21 | Q. And can you provide an example of | |
| 95:22 | some of the types of noises that can present | |
| 95:23 | a risk of hearing loss and tinnitus to | |
| 96:01 | service members? | |
| 96:02 | A. It's -- primarily, it was the | |
| 96:03 | exposure to weapons fire and secondary to | |
| 96:04 | continuous type noise. | |
| 96:05 | Q. And when you say continuous type | |
| 96:06 | noise, would tanks be the example of | |

| | | | |
|---|---|---|---|
| 96:07 | continuous noise? | | |
| 96:08 | A. Yes. Machinery or vehicles. | | |
| 96:09 | Q. Aircraft? | | |
| 96:10 | A. Aircrafts. | | |
| 96:11 | Q. Okay. And does a service member's | | |
| 96:12 | noise exposures sometimes include impulse | | |
| 96:13 | noises? | | |
| 96:14 | A. Weapons fire would be considered | | |
| 96:15 | -- well, impulse, could be if it was -- | | |
| 96:16 | maybe the engineers if they were using some | | |
| 96:17 | type of tools or equipment, they might -- or | | |
| 96:18 | mechanics, they might have exposure to the | | |
| 96:19 | impulse type noises. | | |
| 96:20 | Q. Okay. Can you -- can you describe | | |
| 96:21 | for me what your definition would be of an | | |
| 96:22 | impulse noise? | | |
| 96:23 | A. Impulse would be more of a rapid | | |
| 97:01 | succession of loud bursts of noise. | | |
| 97:02 | Q. Would an explosive device be an | | |
| 97:03 | example of an impulse noise? | | |
| 97:04 | A. That would be more of an impact | | |
| 97:05 | type of noise, explosion or weapons fire. | | |

| | | | |
|---|---|---|---|
| **99:16 - 99:19** | **Ohama, Dan (2020-11-17)** | 0:14 | |
| 99:16 | Q. In your experience, have you ever | **Re: [99:16 to 99:22]** | **OVERRULED** |
| 99:17 | encountered situations where service members | **Pltf Obj** 611 (vague, leading), | |
| 99:18 | are reluctant to use hearing protection | 602 | |
| 99:19 | devices? | | |

| | | | |
|---|---|---|---|
| **99:22 - 99:22** | **Ohama, Dan (2020-11-17)** | 0:03 | |
| 99:22 | A. Reluctant or noncompliant, yes. | **Re: [99:16 to 99:22]** | **OVERRULED** |
| | | **Pltf Obj** 611 (vague, leading), | |
| | | 602 | |

| | | | |
|---|---|---|---|
| **100:09 - 100:13** | **Ohama, Dan (2020-11-17)** | 0:18 | |
| 100:09 | Q. In your experience, has it ever | **Re: [100:09 to 101:01]** | **SUSTAINED** |
| 100:10 | been the case that maintaining situational | **Pltf Obj** 602; speculation; 611 | |
| 100:11 | awareness was one of the reasons why a | | |
| 100:12 | service member might have been reluctant to | | |
| 100:13 | wear a hearing protection device? | | |

| | | | |
|---|---|---|---|
| **100:16 - 101:01** | **Ohama, Dan (2020-11-17)** | 1:49 | |
| 100:16 | A. In my experience, I've read | **Re: [100:09 to 101:01]** | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 100:17 | testimonies on some soldiers saying that, | | **Pltf Obj** 602; speculation; 611 |
| 100:18 | similar things like that, but I've never | | |
| 100:19 | really seen that in -- well, I've seen it -- | | |
| 100:20 | soldiers say that when they went to combat, | | |
| 100:21 | for example, why they wouldn't use it. I've | | |
| 100:22 | seen -- I've seen soldiers, just more art -- | | |
| 100:23 | articles or use article or some testimony | | |
| 101:01 | somewhere. | | |

**108:01 - 108:19   Ohama, Dan (2020-11-17)                    1:36**

| | |
|---|---|
| 108:01 | Q. Dr. Ohama, before we went off the |
| 108:02 | record, we were discussing the DOD |
| 108:03 | instruction, and I'll have Cassie put that |
| 108:04 | back up, which is Exhibit 12. |
| 108:05 | |
| 108:06 | (Joint Exhibit 12 was marked for |
| 108:07 | identification and is attached to the |
| 108:08 | original transcript.) |
| 108:09 | |
| 108:10 | Q. And -- and I believe your |
| 108:11 | testimony that this is a more general |
| 108:12 | instruction as opposed to the Army pamphlet, |
| 108:13 | which is a more specific instruction; is |
| 108:14 | that correct? |
| 108:15 | A. Yes. |
| 108:16 | Q. Okay. And you stated that you |
| 108:17 | believe that this was updated sometime in |
| 108:18 | 2010? |
| 108:19 | A. About that timeframe, yes. |

**109:11 - 109:14   Ohama, Dan (2020-11-17)                    0:10**

| | |
|---|---|
| 109:11 | Q. And was this also in effect when |
| 109:12 | you were the hearing conservation program |
| 109:13 | manager at Fort Lewis in 2006? |
| 109:14 | A. Yes. |

**111:20 - 112:07   Ohama, Dan (2020-11-17)                    1:34**

| | |
|---|---|
| 111:20 | Q. Dr. Ohama, the instruction states |
| 111:21 | that the DOD component shall prepare a |
| 111:22 | written plan for the implementation of a |
| 111:23 | comprehensive hearing conservation program. |
| 112:01 | Do you understand the Army to be one of the |
| 112:02 | DOD components as stated here? |

| | | |
|---|---|---|
| 112:03 | A. Yes. | |
| 112:04 | Q. And is the pamphlet that we looked | |
| 112:05 | at earlier the written plan that the Army | |
| 112:06 | had in use during your time in the military? | |
| 112:07 | A. Yes. | |

**112:10 - 113:08   Ohama, Dan (2020-11-17)                                    1:17**

| | |
|---|---|
| 112:10 | Q. Section 6.6.2 here, Dr. Ohama, |
| 112:11 | states, The DOD component shall issue |
| 112:12 | personal hearing protectors free to all |
| 112:13 | personnel who work in designa- -- designated |
| 112:14 | hazardous noise areas or operate noise |
| 112:15 | hazardous equipment. Did I read that |
| 112:16 | correctly? |
| 112:17 | A. Yes. |
| 112:18 | Q. And on the same page, which is |
| 112:19 | 6.6.7, the instruction states, Preformed |
| 112:20 | earplugs shall be fitted and issued only |
| 112:21 | under the supervision of personnel who have |
| 112:22 | been specifically trained to fit earplugs; |
| 112:23 | is that correct? |
| 113:01 | A. Yes. |
| 113:02 | Q. And Section 6.6.9, which is just a |
| 113:03 | few lines down, states that Medically |
| 113:04 | trained personnel must examine and fit the |
| 113:05 | fit and condition of preformed and custom |
| 113:06 | earplugs at least annually. Did I read that |
| 113:07 | correctly? |
| 113:08 | A. Yes. |

**113:09 - 113:16   Ohama, Dan (2020-11-17)                                    0:26**

| | |
|---|---|
| 113:09 | Q. And during your time in the |
| 113:10 | military, were these requirements all |
| 113:11 | requirements that you followed as part of |
| 113:12 | your -- your hearing conservation programs? |
| 113:13 | A. During my whole time in the |
| 113:14 | military? I don't think it was consistently |
| 113:15 | done but primar- -- majority of the time, it |
| 113:16 | was done. |

**115:06 - 116:12   Ohama, Dan (2020-11-17)                                    1:22**

| | |
|---|---|
| 115:06 | Q. Okay. And do you know if these |
| 115:07 | provisions were consistently followed under |

| | | | |
|---|---|---|---|
| 115:08 | your hearing conservation program at Fort | | |
| 115:09 | Lewis? | | |
| 115:10 | A. I think the -- well, as far as the | | |
| 115:11 | personnel being trained, it was -- in Fort | | |
| 115:12 | Lewis, the medics from each battalion, at | | |
| 115:13 | least two medics in each battalion were | | |
| 115:14 | certified as hearing consultation | | |
| 115:15 | technicians, so it would be their | | |
| 115:16 | responsibility to make sure that this was | | |
| 115:17 | being done. | | |
| 115:18 | Q. And I believe you testified before | | |
| 115:19 | that the medics in these battalions were | | |
| 115:20 | provided with a 40-hour training on | | |
| 115:21 | hearing-- | | |
| 115:22 | A. Yes. | | |
| 115:23 | Q. -- protection devices? | | |
| 116:01 | A. Yes. | | |
| 116:02 | Q. Do you know if that training | | |
| 116:03 | specifically included training on the Combat | | |
| 116:04 | Arms dual-ended earplug? | | |
| 116:05 | A. Yes. | | |
| 116:06 | Q. And do you recall what that | | |
| 116:07 | training consisted of? | | |
| 116:08 | A. It was similar to what -- the | | |
| 116:09 | examples shown earlier with the instructions | | |
| 116:10 | on which side to use, the end out type | | |
| 116:11 | materials. Those are provided to the medics | | |
| 116:12 | also. | | |

| | | | |
|---|---|---|---|
| 116:16 - 116:23 Ohama, Dan (2020-11-17) | | 1:31 | |
| 116:16 | Q. And, Dr. Ohama, I believe you -- | | |
| 116:17 | you just testified that this was the more | | |
| 116:18 | specific instructions regarding hearing | | |
| 116:19 | conservation programs related to the Army | | |
| 116:20 | that you would have followed; is that | | |
| 116:21 | correct? | | |
| 116:22 | A. Yes. At this information level, | | |
| 116:23 | yes. | | |

| | | | |
|---|---|---|---|
| 118:09 - 119:05 Ohama, Dan (2020-11-17) | | 1:58 | |
| 118:09 | Q. Section 6.3, which is just on the | Re: [118:22 to 119:05] | OVERRULED |
| 118:10 | other side of the page here, is entitled | Pltf Obj misstates, 611 | |
| 118:11 | Characteristics. And in Subsection A1, it | | |

| | |
|---|---|
| 118:12 | states, Preformed earplugs are triple or |
| 118:13 | single flanged earplugs. Medically trained |
| 118:14 | personnel must fit and examine these |
| 118:15 | earplugs at least annually to ensure proper |
| 118:16 | fit and condition. Do you see that? |
| 118:17 | A. Yes. |
| 118:18 | Q. And would the dual-ended Combat |
| 118:19 | Arms earplug be considered a preformed |
| 118:20 | earplug? |
| 118:21 | A. Yes. |
| 118:22 | Q. Okay. So in your experience, any |
| 118:23 | service member in the Army who received the |
| 119:01 | dual-ended Combat Arm earplug should have |
| 119:02 | been examined at least annually by trained |
| 119:03 | medical personnel for fit and condition; is |
| 119:04 | that correct? |
| 119:05 | A. Yes. |

| 121:11 - 123:01 | Ohama, Dan (2020-11-17) | 2:44 |
|---|---|---|
| 121:11 | Q. On a typical day, if you were | |
| 121:12 | working in the audiology clinic in South | |
| 121:13 | Korea, for example, how many -- how many | |
| 121:14 | service members would you see? | |
| 121:15 | A. As patients? | |
| 121:16 | Q. Yes. | |
| 121:17 | A. Well, for evaluations, anywhere | |
| 121:18 | from five to seven, on average. | |
| 121:19 | Q. And was that similar at Fort | |
| 121:20 | Lewis? | |
| 121:21 | A. Fort Lewis was a little busier, as | |
| 121:22 | I recall. More maybe eight to ten. Eight | |
| 121:23 | to ten sometimes on days where I worked at | |
| 122:01 | the clinic. | |
| 122:02 | Q. And during these visits, would you | |
| 122:03 | issue service members hearing protection | |
| 122:04 | devices? | |
| 122:05 | A. Yes. | |
| 122:06 | Q. What was your process for | |
| 122:07 | determining which hearing protection device | |
| 122:08 | to offer to the particular service member? | |
| 122:09 | A. A quick -- quick view of the ear | |
| 122:10 | canal to estimate the size of the earplug | |
| 122:11 | they would take and having them try it on | |

| | |
|---|---|
| 122:12 | and provide them instructions on how to |
| 122:13 | insert the earplug and obtain an appropriate |
| 122:14 | fit. |
| 122:15 | Q. How did you ensure that service |
| 122:16 | members were getting the right hearing |
| 122:17 | protection for their level of noise |
| 122:18 | exposure? |
| 122:19 | A. Quick checks. We'll do the tug |
| 122:20 | check to make sure that there was a good |
| 122:21 | seal and it wasn't falling out, having them |
| 122:22 | -- you know, asking them how they -- how it |
| 122:23 | felt, you know, was -- was their -- their |
| 123:01 | the voice louder, things like that. |

**125:08 - 127:07   Ohama, Dan (2020-11-17)                    3:38**

| | |
|---|---|
| 125:08 | Q. Okay. You -- you just testified |
| 125:09 | when you were fitting service members for |
| 125:10 | preformed plugs, you did the -- a tug test; |
| 125:11 | is that correct? |
| 125:12 | A. Yes. |
| 125:13 | Q. And can you describe the tug test |
| 125:14 | for me? |
| 125:15 | A. Once you observe that the earplug |
| 125:16 | was inserted properly -- properly, you know, |
| 125:17 | the outer flange should be close to the |
| 125:18 | outer edge of the ear canal. The third |
| 125:19 | flange or the last flange should be near or |
| 125:20 | close to the outer edge of the ear canal |
| 125:21 | itself. I would actually tug on the earplug |
| 125:22 | to make sure it wasn't too loose or falling |
| 125:23 | out. |
| 126:01 | Q. And would you do that test for -- |
| 126:02 | for both ears? |
| 126:03 | A. Yes. |
| 126:04 | Q. And would you also do a visual |
| 126:05 | inspection of the earplugs? |
| 126:06 | A. Yes. |
| 126:07 | Q. Any other testing you would do to |
| 126:08 | ensure proper fit? |
| 126:09 | A. Besides asking them questions |
| 126:10 | about how their voice felt and how it fit, |
| 126:11 | if it felt airtight. That would be about |
| 126:12 | it. |

| | |
|---|---|
| 126:13 | Q. Okay. And did medical personnel |
| 126:14 | actually insert the hearing protection |
| 126:15 | devices into the service members' ears, or |
| 126:16 | would they do that themselves? |
| 126:17 | A. I preferred -- preferred having |
| 126:18 | them do it themselves so once we left, they |
| 126:19 | would be able to put it back in correctly. |
| 126:20 | So I would instruct them to put it on. I |
| 126:21 | would watch them. And once they had it on, |
| 126:22 | I would ask them how it felt and do a |
| 126:23 | physical tug test. |
| 127:01 | Q. And did medical personnel train |
| 127:02 | service members about what to do if an |
| 127:03 | earplug loosened during use? |
| 127:04 | A. I'm not sure if -- if they were |
| 127:05 | trained audiology technicians, they should |
| 127:06 | have switched it out if there was any issues |
| 127:07 | with the fit of the earplug. |

127:21 - 128:07   Ohama, Dan (2020-11-17)                                     1:31

| | |
|---|---|
| 127:21 | Q. Did you ever instruct service |
| 127:22 | members on what to do if their earplugs |
| 127:23 | loosened during use? |
| 128:01 | A. I believe so when -- when I |
| 128:02 | instructed soldiers or provided training on |
| 128:03 | earplugs, I would explain if there -- if |
| 128:04 | there were any problems with the fit, you |
| 128:05 | know, of course, seek help, assistance to |
| 128:06 | replace the earplugs, either from us or from |
| 128:07 | their medics who were trained. |

128:16 - 130:08   Ohama, Dan (2020-11-17)                                     2:54

| | |
|---|---|
| 128:16 | Q. And how often were service members |
| 128:17 | required to report to the hearing |
| 128:18 | conservation program? |
| 128:19 | A. Annually. They would have to get |
| 128:20 | their annual audiometry done. |
| 128:21 | Q. And would they also have to report |
| 128:22 | pre and postdeployment? |
| 128:23 | A. Yes. |
| 129:01 | Q. Any other instances where they |
| 129:02 | would be required to report to the hearing |
| 129:03 | conservation program? |

| | |
|---|---|
| 129:04 | A. If they experienced any type of |
| 129:05 | noise exposure and there were concerns about |
| 129:06 | a hearing injury, they would report. |
| 129:07 | Q. And were service members examined |
| 129:08 | for fit and condition of their preformed |
| 129:09 | earplugs at all of these visits? |
| 129:10 | A. It depends where and the |
| 129:11 | capability, again, but usually, it was done. |
| 129:12 | Q. And were these exams conducted |
| 129:13 | differently at any of the different bases |
| 129:14 | you served at, or was it a fairly uniform |
| 129:15 | procedure across your service? |
| 129:16 | A. You mean to actually check the fit |
| 129:17 | annually? |
| 129:18 | Q. Yes. |
| 129:19 | A. Again, it was different at each |
| 129:20 | installation. There were different |
| 129:21 | capabilities. So some installations, pretty |
| 129:22 | much everyone was checked. If you didn't |
| 129:23 | have one, you would be given an earplug and |
| 130:01 | put it on and checked. At other places, it |
| 130:02 | was more focused on the hearing test at the |
| 130:03 | time, so it wasn't really -- there wasn't |
| 130:04 | really time or capability to check everyone |
| 130:05 | for earplugs. We'd rely on the unit's |
| 130:06 | medics to support us with that. |
| 130:07 | Q. And which installations was |
| 130:08 | everybody checked, in your experience? |

| | | |
|---|---|---|
| 130:11 - 130:13 | Ohama, Dan (2020-11-17) | 0:11 |
| 130:11 | A. This was in Hawaii. More Hawaii, | |
| 130:12 | Fort Bragg, Fort Lew- -- not Fort Lewis. | |
| 130:13 | Fort Hood. | |

| | | |
|---|---|---|
| 130:21 - 132:15 | Ohama, Dan (2020-11-17) | 2:22 |
| 130:21 | Q. During these visits, was there any | |
| 130:22 | educational information made available to | |
| 130:23 | service members regarding hearing protection | |
| 131:01 | devices? | |
| 131:02 | A. Again, different installations | |
| 131:03 | with different capabilities, yes, we would | |
| 131:04 | provide training and education, unit | |
| 131:05 | briefing type education, advanced. | |

131:06   Q. Can you describe what types of
131:07   educational materials were provided at these
131:08   briefings?
131:09   A. It was more verbal, verbal
131:10   explanations, when, how to use earplugs, and
131:11   they would basically fit -- if -- if we had
131:12   the capability, we would physically fit
131:13   every soldier with earplugs.
131:14   Q. Would you ever show videos,
131:15   educational videos on hearing protection?
131:16   A. It was --sometimes we would use
131:17   videos more for the civilian, the federal
131:18   civilian workers from the different
131:19   directorates since they weren't able to come
131:20   together as a, you know, a unit formation.
131:21   They all work in separate areas. So they
131:22   would utilize more the video type of
131:23   education -- training education material.
132:01   Q. And what about handouts?
132:02   A. Handouts, not necessarily
132:03   handouts. At Fort Lewis, we had to use the
132:04   handout to help to supplement the units
132:05   because they weren't really sure how to
132:06   brief SOPs and other things that was in the
132:07   VA pamph, so we would help them with
132:08   handouts and examples.
132:09   Q. At Fort Lewis, what did these
132:10   handouts consist of?
132:11   A. The requirements, basic
132:12   requirements, of a hearing conservation
132:13   program and/or information if any assistance
132:14   was required or support services as needed,
132:15   they could call us.

134:14 - 135:02   Ohama, Dan (2020-11-17)                    1:36
134:14   Q. Dr. Ohama, we -- we looked at a
134:15   very similar document earlier. This one is
134:16   just in color, and I think it's a little
134:17   easier to read. And you stated you were
134:18   familiar with this document, correct?
134:19   A. Yes.
134:20   Q. And was this document distributed
134:21   to service members?

| | | |
|---|---|---|
| 134:22 | A. Yes. | |
| 134:23 | Q. Do you recall when in your | |
| 135:01 | experience, you would have distributed this | |
| 135:02 | -- this wallet card to service members? | |
| | | |
| 135:05 - 135:13 | Ohama, Dan (2020-11-17) | 1:31 |
| 135:05 | A. A lot of -- most of the times, we | |
| 135:06 | would hand it out to soldiers. But usually, | |
| 135:07 | we would provide these to the medics at the | |
| 135:08 | units to pass out, hand out. | |
| 135:09 | Q. And these would have been medics | |
| 135:10 | that you would have trained to distribute | |
| 135:11 | the Combat Arms at Fort Lewis and also at | |
| 135:12 | Camp Casey? | |
| 135:13 | A. Not at Camp Casey. | |
| | | |
| 135:15 - 135:15 | Ohama, Dan (2020-11-17) | 0:02 |
| 135:15 | A. More at Fort Lewis. | |
| | | |
| 136:05 - 137:01 | Ohama, Dan (2020-11-17) | 1:02 |
| 136:05 | Q. Dr. Ohama, do you see in the | |
| 136:06 | bottom right-hand corner of this document | |
| 136:07 | that there's a picture of the dual-ended | |
| 136:08 | Combat Arms with the green flange folded | |
| 136:09 | back? | |
| 136:10 | A. Yes. | |
| 136:11 | Q. And in this second line of the -- | |
| 136:12 | the text next to that photograph, it says, | |
| 136:13 | For very large ear canals, fold opposing | |
| 136:14 | plug back? | |
| 136:15 | A. Yes. | |
| 136:16 | Q. And it also notes, Check proper | |
| 136:17 | fit by gently tugging on plug for tension | |
| 136:18 | just above there? | |
| 136:19 | A. Yes. Yes. | |
| 136:20 | Q. And it's your testimony that these | |
| 136:21 | cards were distributed to medics to pass out | |
| 136:22 | to service members and also made available | |
| 136:23 | in the clinics to soldiers at Fort Lewis? | |
| 137:01 | A. Yes. | |
| | | |
| 137:03 - 137:03 | Ohama, Dan (2020-11-17) | 0:00 |
| 137:03 | A. Yes. | |

138:02 - 138:09   Ohama, Dan (2020-11-17)                                    0:19
    138:02   Q. And at the bottom of this
    138:03   document, it's branded with U.S.A. CHPM; is
    138:04   that correct?
    138:05   A. Yes.
    138:06   Q. And was it your testimony earlier
    138:07   that these wallet cards were provided by
    138:08   CHPM?
    138:09   A. Yes.

138:12 - 139:13   Ohama, Dan (2020-11-17)                                    1:26
    138:12   Q. Dr. Ohama, have you ever seen this
    138:13   document or a document like it before?
    138:14   A. It looks familiar, yes.
    138:15   Q. And what is it, to your knowledge?
    138:16   A. It was when the Combat Arms
    138:17   earplugs were first being fielded around
    138:18   that timeframe, I think.
    138:19   Q. Okay. And was this a document
    138:20   produced by U.S.A. CHPM?
    138:21   A. I believe so, yes.
    138:22   Q. And -- and just for the jury, can
    138:23   you remind us what U.S.A. CHPM is?
    139:01   A. U.S. Army -- oh, me?
    139:02   U.S. Army Center For Health
    139:03   Promotional Preventative Medicine.
    139:04   Q. So this is a -- this is a
    139:05   government organization; correct?
    139:06   A. It's an Army -- yes, it's Army, an
    139:07   Army office.
    139:08   Q. And do you know what the purpose
    139:09   of this -- this document was?
    139:10   A. Well, it was being fielded, so I
    139:11   guess it was to provide information of what
    139:12   these earplugs were and what it was supposed
    139:13   to do and how it was supposed to work.

139:23 - 140:10   Ohama, Dan (2020-11-17)                                    0:27
    139:23   Q. Was the intent of this to inform
    140:01   audiologists about the features of the
    140:02   Combat Arms dual-ended?
    140:03   A. Yes. I don't think it was

140:04    specifically for audiologists. You could
140:05    give it to, again, technicians or whoever
140:06    was involved with distributing earplugs to
140:07    soldiers.
140:08    Q. And could it have been just also
140:09    distributed to service members as
140:10    informational materials?

140:12 - 140:12  Ohama, Dan (2020-11-17)                0:02
140:12    A. It could have.

140:23 - 141:04  Ohama, Dan (2020-11-17)                0:21
140:23    Q. And do you see the third bullet
141:01    point down which states, For exceptionally
141:02    large ear canals, fold the opposing plug
141:03    back to enhance proper insertion?
141:04    A. Yes.

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| 8:06 - 8:11   Toner, David (2020-10-01)   0:17 | | | | |
| 8:06   Q. Good morning, Mr. Toner.  My name is | | | | |
| 8:07   Allie Ozurovich, and I represent the defendants in | | | | |
| 8:08   this case, 3M Company and the Aearo entities. | | | | |
| 8:09   Can you please state your name for | | | | |
| 8:10   the record? | | | | |
| 8:11   A. David Bryan Toner. | | | | |
| 11:10 - 11:15   Toner, David (2020-10-01)   0:24 | | | | |
| 11:10   Q. Mr. Toner, where are you currently | | | | |
| 11:11   employed? | | | | |
| 11:12   A. The University of Wyoming.  I work | | | | |
| 11:13   under the police department.  I work security, you | | | | |
| 11:14   know, at the art museum.  I run the security at the | | | | |
| 11:15   art museum for the University. | | | | |
| 11:19 - 11:22   Toner, David (2020-10-01)   0:12 | | | | |
| 11:19   How long have you worked at the | | | | |
| 11:20   University of Wyoming as part of their police | | | | |
| 11:21   department? | | | | |
| 11:22   A. Four years. | | | | |
| 12:04 - 14:17   Toner, David (2020-10-01)   4:18 | | | | |
| 12:04   Q. At the time that you started at the | | | | |
| 12:05   University of Wyoming Police Department, what was | | | | |
| 12:06   your position? | | | | |
| 12:07   A. I worked briefly on building | | | | |
| 12:08   security, but, you know, I was -- I was hired to | | | | |
| 12:09   work at the art museum because the guy was retiring | | | | |
| 12:10   there, the gentleman was retiring and they wanted | | | | |
| 12:11   me to replace him. | | | | |
| 12:12   Q. So the majority of your time at the | | | | |
| 12:13   University of Wyoming Police Department has been in | | | | |
| 12:14   the capacity of running security at the art museum; | | | | |
| 12:15   is that correct? | | | | |
| 12:16   A. That's correct. | | | | |
| 12:17   Q. Can you give me a description of what | | | | |
| 12:18   your day-to-day responsibilities are like at the | | | | |
| 12:19   University of Wyoming Police Department? | | | | |
| 12:20   A. Day-to-day is, you know, in the | | | | |
| 12:21   morning, making sure the building is still secure | | | | |

12:22 from the night before.  Checking the cameras, see
12:23 if there was any unusual activity at night.  I get
12:24 there early.  The art museum doesn't open until
12:25 10:00, and that is when the student security
13:01 starts.
13:02 And then the museum is open until
13:03 5:00.  Then I secure the museum, and that is -- you
13:04 know, that is basically it.
13:05 Q. Do you have any supervising role as
13:06 part of your job responsibilities?
13:07 A. Yes.  I supervise -- I have student
13:08 employees, and I supervise -- I have a minimum of
13:09 two working on a per-shift.  If we have special
13:10 events, then I have, obviously, more.
13:11 Q. What do you mean by a special event?
13:12 A. Oh, we -- anywhere from art openings
13:13 to lectures to all -- they have many parties there.
13:14 You know, it is an art gallery, so there's all
13:15 kinds of various functions.  Christmas.  You know,
13:16 the holidays, there's lots of functions.  There's
13:17 functions throughout the year of various types.
13:18 Q. And so for these functions, is it
13:19 typical to have you as a security guard in
13:20 attendance as well as student security guards?
13:21 A. Yes.  There's either myself or, if I
13:22 am off, they put someone else over there.  There's
13:23 always a security guard there to oversee everything
13:24 and then supervise the students.
13:25 Q. Can you give me a ballpark estimate
14:01 of the number of functions or special events that
14:02 occur at the museum over the course of a year?
14:03 A. Minimum of twenty-four to thirty --
14:04 twenty-four to thirty-six, I guess is a good
14:05 general number.
14:06 Q. So two or three a month,
14:07 approximately?
14:08 A. Yes.
14:09 Q. Mr. Toner, how do you know Lloyd
14:10 Baker?
14:11 A. Just as a student employee.
14:12 Q. When did you first meet him?
14:13 A. I would say approximately three and a

| | | |
|---|---|---|
| 14:14 | half years ago.  Three and a half to four years | |
| 14:15 | ago.  Something like that. | |
| 14:16 | Q. So would that be sometime in 2016? | |
| 14:17 | A. Yes. | |

| 16:15 - 18:21 | Toner, David (2020-10-01) | 3:24 |
|---|---|---|
| 16:15 | Q. You said that you met Mr. Baker | |
| 16:16 | sometime in 2016.  Do you know how long Mr. Baker | |
| 16:17 | worked at the University of Wyoming Police | |
| 16:18 | Department? | |
| 16:19 | A. He worked there for definitely, I | |
| 16:20 | would say, two years.  He worked there -- you know, | |
| 16:21 | yeah, definitely two years that I can recall. | |
| 16:22 | Q. So that would have been sometime in | |
| 16:23 | 2018, approximately? | |
| 16:24 | A. Yes. | |
| 16:25 | Q. What were Mr. Baker's job | |
| 17:01 | responsibilities? | |
| 17:02 | A. During a normal shift, we have two | |
| 17:03 | positions.  They either have to work at the inside | |
| 17:04 | at the lower level at the loading dock to monitor | |
| 17:05 | all -- everybody coming in and out, anything that | |
| 17:06 | is being taken out of the building, because | |
| 17:07 | obviously there's a lot of valuables in there.  And | |
| 17:08 | that is the one position. | |
| 17:09 | And then they rotate, they will go | |
| 17:10 | upstairs to the art gallery where their primary | |
| 17:11 | function is really to make sure, you know, the art | |
| 17:12 | isn't touched -- not so much theft.  That would be | |
| 17:13 | kind of difficult when it is open. | |
| 17:14 | But they are just to make sure that | |
| 17:15 | none of the artwork is damaged, really, and to | |
| 17:16 | answer any questions that the public might have. | |
| 17:17 | So they have to be a little -- usually they are a | |
| 17:18 | little versed in whatever the display -- whatever | |
| 17:19 | the theme is at the time. | |
| 17:20 | Q. As far as you remember, was Mr. Baker | |
| 17:21 | ever responsible for providing security services at | |
| 17:22 | any of these special events at the University of | |
| 17:23 | Wyoming Art Gallery? | |
| 17:24 | A. Many of them.  Lloyd always | |
| 17:25 | volunteered to work extra.  That is one thing I | |

| | | |
|---|---|---|
| 18:01 | remember about him.  So he worked a lot of special | |
| 18:02 | events. | |
| 18:03 | Q. Do you know the number of people that | |
| 18:04 | would have attended the special events, on average? | |
| 18:05 | A. That can vary, anywhere from a low of | |
| 18:06 | thirty up to several hundred people.  And the | |
| 18:07 | holidays, you are talking a thousand people.  So -- | |
| 18:08 | but that is unusual.  That is just at Christmas. | |
| 18:09 | Generally fifty to two fifty would be probably a | |
| 18:10 | realistic of the majority of the events. | |
| 18:11 | Q. When the art gallery at the | |
| 18:12 | University of Wyoming has these events, do they | |
| 18:13 | take place in a particular room at the art gallery? | |
| 18:14 | A. Most of them will take place, with a | |
| 18:15 | few exceptions, in the lobby area and in the museum | |
| 18:16 | itself.  If it is a smaller venue, it could just | |
| 18:17 | take place in the gallery or vice versa, in the | |
| 18:18 | lobby. | |
| 18:19 | Sometimes the whole building is open, | |
| 18:20 | you know, and, obviously, then I -- you know, it is | |
| 18:21 | a little more involved. | |

| 18:22 - 19:05 | Toner, David (2020-10-01) | 1:36 |
|---|---|---|
| 18:22 | Q. For some of these larger special | |
| 18:23 | events, how would you describe the noise levels | |
| 18:24 | inside the museum at the time? | |
| 18:25 | A. I don't think they are anything out | |
| 19:01 | of the ordinary.  You know, it is an art museum, so | |
| 19:02 | there might be people socializing out in the lobby | |
| 19:03 | where they serve cocktails or food, but really when | |
| 19:04 | you are in a museum, it is not very loud, to be | |
| 19:05 | honest with you. | |

| 19:06 - 24:05 | Toner, David (2020-10-01) | 8:51 |
|---|---|---|
| 19:06 | Q. For any of these special events at | |
| 19:07 | the time that Mr. Baker worked there, would there | |
| 19:08 | ever be a live band or a DJ or any type of music | |
| 19:09 | playing? | |
| 19:10 | A. Yes.  Yes.  There would be live bands | |
| 19:11 | in the lobby area, yes. | |
| 19:12 | Q. Approximately how long do these | |
| 19:13 | special events last over the course of the night? | |

19:14    A. They will last anywhere from -- a
19:15    general thing, two to three hours.
19:16    Q. And during the special event, can you
19:17    describe for me what Mr. Baker's responsibility is
19:18    during the time of the event?
19:19    A. Well, usually we have them rotate so
19:20    they are not stuck doing one job all night.
19:21    There could be a floater that floats
19:22    throughout the lobby and the art gallery.  They
19:23    have to work the doors to make sure no food or
19:24    drink is taken into the gallery.
19:25    So there's usually a couple in the
20:01    gallery itself.  Someone works the door and someone
20:02    floats in the lobby.  That is a general -- and
20:03    then -- what goes on.
20:04    Q. During any of those positions, would
20:05    Mr. Baker have been required to be near the lobby
20:06    where live music was playing?
20:07    A. Yes.
20:08    Q. During the special events, would part
20:09    of Mr. Baker's job requirements be interacting with
20:10    any of the attendees during the event?
20:11    A. Yes.  Basically asking, you know,
20:12    answering any questions they might have or if
20:13    there's a problem, you know, yes.
20:14    Q. And did you ever have to communicate
20:15    with Mr. Baker during these events?
20:16    A. Well, sure.  But really just you --
20:17    you know, you tell them, you know, the size of
20:18    event, what to look for.  If I get a complaint
20:19    about food or I get a complaint about someone
20:20    touching -- if there's young children in there, to
20:21    make sure they don't touch the paintings.  Or
20:22    whatever artwork it is.  It doesn't necessarily
20:23    have to be paintings.
20:24    Q. So during the event, do you guys
20:25    communicate face-to-face?  Is there like a
21:01    walkie-talkie headphone situation?  I am just
21:02    trying to get the lay of the land of how the
21:03    interactions would take place.
21:04    A. Yeah, we had walkie-talkies, but we
21:05    have since got rid of those.  We basically

21:06   communicate, even if I have to, by even cell phone.
21:07   We don't have that big of a facility where it -- it
21:08   is basically face-to-face.  Sometimes cell phone
21:09   but not very often.
21:10   When Lloyd was there, we did have
21:11   radios, but we very rarely, very rarely, if almost
21:12   never, used those radios.  They were tied on the
21:13   police band, so we don't like to interrupt that
21:14   unless it is an emergency.
21:15   Q. As far as you remember from working
21:16   these events with Mr. Baker, did he ever have any
21:17   difficulties in communicating with you?
21:18   A. No.
21:19   Q. As far as you remember from working
21:20   these events with Mr. Baker, did you ever have any
21:21   difficulty with him not being able to follow
21:22   instructions?
21:23   A. No.
21:24   Q. And as far as you remember from
21:25   working these events with Mr. Baker, do you recall
22:01   him having any difficulty hearing or understanding
22:02   anything that you were communicating to him?
22:03   A. No.
22:04   Q. How would you describe Mr. Baker as
22:05   an employee?
22:06   A. Lloyd was one of my better employees.
22:07   He knew how to handle people really well, talk to
22:08   the public.  He -- like I stated earlier, he always
22:09   volunteered for extra shifts, extra jobs, you know,
22:10   because some students really don't want to work.
22:11   He did.
22:12   Q. You mentioned that he knew how to
22:13   handle people really well and talk to the public.
22:14   Can you explain a lit bit more what you mean by
22:15   that?
22:16   A. Well, he just had good people skills.
22:17   He would rarely ever call me.  As a matter of fact,
22:18   I honestly don't remember him ever calling me
22:19   saying I'm having a problem with someone, where I
22:20   have other students that, honestly, can't deal with
22:21   the most minor things sometimes, where Lloyd
22:22   just -- he was sort of -- I leave him go, he did

| | |
|---|---|
| 22:23 | his job.  I didn't have to -- I honestly didn't |
| 22:24 | have to worry about Lloyd when he worked. |
| 22:25 | Q. So how much of his job, as far as you |
| 23:01 | know, required interacting with people or talking |
| 23:02 | to folks at the gallery? |
| 23:03 | A. To some degree, every day.  I am sure |
| 23:04 | some days there was almost no interaction on a |
| 23:05 | normal day.  I think probably the biggest |
| 23:06 | interaction is when we have -- we have -- every day |
| 23:07 | we have, you know, classes of school trips with a |
| 23:08 | lot of, you know, young children and, you know, he |
| 23:09 | has to communicate with the supervisor when the |
| 23:10 | kids are, you know, not behaving like they should |
| 23:11 | at an art gallery.  That would be just about a |
| 23:12 | day-to-day thing, I would say. |
| 23:13 | Obviously, special events.  People |
| 23:14 | have all kinds of questions.  And, then, you know, |
| 23:15 | he has to communicate more. |
| 23:16 | Q. Have you ever received any complaints |
| 23:17 | from anyone with whom Mr. Baker was required to |
| 23:18 | interact about issues with him being able to hear? |
| 23:19 | A. No. |
| 23:20 | Q. And have you ever received any |
| 23:21 | complaints from anyone with whom Mr. Baker was |
| 23:22 | required to interact about issues with him being |
| 23:23 | able to communicate or being able to listen to what |
| 23:24 | they are communicating to him? |
| 23:25 | A. No. |
| 24:01 | Q. While Mr. Baker was employed at the |
| 24:02 | University of Wyoming Police Department, did you |
| 24:03 | personally ever notice that Mr. Baker had any |
| 24:04 | hearing loss? |
| 24:05 | A. No, I didn't. |

| | | |
|---|---|---|
| 24:08 - 24:25 | Toner, David (2020-10-01) | 1:46 |
| 24:08 | While Mr. Baker was employed at the | |
| 24:09 | University of Wyoming Police Department, did you | |
| 24:10 | ever notice that Mr. Baker had any hearing-related | |
| 24:11 | injuries? | |
| 24:12 | A. No. | |
| 24:13 | Q. Has Mr. Baker ever told you that he | |
| 24:14 | has hearing loss? | |

| | | |
|---|---|---|
| 24:15 | A. No. | |
| 24:16 | Q. Has Mr. Baker ever told you that he | |
| 24:17 | has any hearing-related injuries? | |
| 24:18 | A. No. | |
| 24:19 | Q. And so it is fair to say, then, that | |
| 24:20 | you have never spoken to Mr. Baker about any | |
| 24:21 | hearing loss or hearing-related injuries? | |
| 24:22 | A. That is correct. | |
| 24:23 | Q. I also understand you were his | |
| 24:24 | supervisor, correct? | |
| 24:25 | A. Yes. | |

**25:01 - 25:06    Toner, David (2020-10-01)                    0:20**

| | | Re: [25:01 to 25:06] | SUSTAINED |
|---|---|---|---|
| 25:01 | Q. And so as part of your role as his | Def Obj Improper counter | |
| 25:02 | supervisor, were you required to monitor his | | |
| 25:03 | performance or provide him with any performance | | |
| 25:04 | evaluations over the course of his employment? | | |
| 25:05 | A. We don't do that for student | | |
| 25:06 | employees.  We don't have evaluations on them, no. | | |

**25:12 - 26:01    Toner, David (2020-10-01)                    1:04**

| | |
|---|---|
| 25:12 | Q. And as far as you recall, did you |
| 25:13 | ever have any issues with Mr. Baker being able to |
| 25:14 | perform his job due to any inabilities to hear? |
| 25:15 | A. No. |
| 25:16 | Q. And have you ever received or did you |
| 25:17 | ever receive a complaint while Mr. Baker was |
| 25:18 | employed at the University of Wyoming related to |
| 25:19 | his inability to hear? |
| 25:20 | A. No. |
| 25:21 | Q. And did you ever receive a complaint |
| 25:22 | from anyone during the course of Mr. Baker's |
| 25:23 | employment at the University of Wyoming about his |
| 25:24 | job performance that related to any issues with any |
| 25:25 | hearing-related injuries? |
| 26:01 | A. No. |