# EXHIBIT 1

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| 7:18 - 9:23   Murphy, William (2021-01-15)        3:50 | | | | |

| | | | | |
|---|---|---|---|---|
| 7:18 | Q. Good afternoon, Dr. Murphy.  My | | | |
| 7:19 | name is Nick Wasdin, and I represent 3M in this | | | |
| 7:20 | litigation.  Can you start by introducing | | | |
| 7:21 | yourself, tell us who you are and where you | | | |
| 7:22 | work? | | | |
| 7:23 | A. My name is William Murphy, and I | | | |
| 8:01 | work for the National Institute for | | | |
| 8:02 | Occupational Safety and Health.  I'm in the | | | |
| 8:03 | division of field studies and engineering.  And | | | |
| 8:04 | I'm in the engineering physical hazards branch | | | |
| 8:05 | and in the noise and bioacoustics team.  I've | | | |
| 8:06 | been working at NIOSH since December of 1992. | | | |
| 8:07 | And my current position is the coordinator | | | |
| 8:08 | for the hearing loss prevention research | | | |
| 8:09 | program within the National Institute for | | | |
| 8:10 | Occupational Safety and Health.  And I've been | | | |
| 8:11 | doing that job for the last five years. | | | |
| 8:12 | Q. Can you give us an overview of | | | |
| 8:13 | your education prior to joining NIOSH? | | | |
| 8:14 | A. Sure.  I completed a bachelor's | | | |
| 8:15 | degree in 1982 in physics at Iowa State | | | |
| 8:16 | University.  I continued at Iowa State and | | | |
| 8:17 | completed a master's degree in physics -- in | | | |
| 8:18 | solid state physics at Iowa State University in | | | |
| 8:19 | 1984.  I then applied for and went to | | | |
| 8:20 | Purdue University to study for my doctorate in | | | |
| 8:21 | physics.  That was completed 1992. | | | |
| 8:22 | The emphasis area in my research was -- | | | |
| 8:23 | well, specialized in hearing science, cochlear | | | |
| 9:01 | modeling, and measurement of otoacoustic | | | |
| 9:02 | emissions, which are sounds produced by the | | | |
| 9:03 | inner ear and measured in the ear canal.  And | | | |
| 9:04 | then I was hired by National Institute for | | | |
| 9:05 | Occupational Safety and Health in -- June 26 of | | | |
| 9:06 | 1992 is when I was offered my job.  And then I | | | |
| 9:07 | was told I needed to show up there by | | | |
| 9:08 | December 14 of 1992.  So December 14 is when I | | | |
| 9:09 | started with NIOSH after I had finished and | | | |
| 9:10 | defended my dissertation work at Purdue.  And I | | | |
| 9:11 | have been with NIOSH ever since. | | | |
| 9:12 | Q. Okay. | | | |
| 9:13 | A. I've -- in 2012 -- well, starting | | | |
| 9:14 | in 2000 and finishing in 2012, I completed a | | | |
| 9:15 | master's degree -- master's of engineering | | | |
| 9:16 | degree in acoustics at Penn State University in | | | |
| 9:17 | the graduate program for acoustics. | | | |
| 9:18 | Q. Has your work as NIOSH included | | | |
| 9:19 | researching and testing hearing protection | | | |
| 9:20 | devices? | | | |
| 9:21 | A. Yes. | | | |
| 9:22 | Q. What type of testing have you done | | | |
| 9:23 | on hearing protection devices? | | | |

| 10:08 - 11:10 | Murphy, William (2021-01-15) | 2:53 |

10:08   A. The work that we've done has been
10:09   both physical acoustics measurements and with
10:10   human subject measurements.  And -- I'm sorry.
10:11   I'm trying to finish one thing that somebody is
10:12   asking me about and I need to get back to her.
10:13   It should be -- all right.  So there is -- at
10:14   NIOSH we have a testing laboratory for human
10:15   subjects to conduct what's called real ear
10:16   attenuation and threshold measurements, which
10:17   are the standard type measurements that are --
10:18   that are done for determining the noise
10:19   reduction rating for hearing protection
10:20   devices.
10:21   We also have the facilities to do physical
10:22   acoustic measurements of attenuation of hearing
10:23   protection devices, both with continuous noise
11:01   sounds and with impulsive noise sounds.  And
11:02   that -- I think that answers your question.
11:03   Q. When did you first become aware of
11:04   the Combat Arms Earplug?
11:05   A. Let me think.  I -- I think when I
11:06   first became aware of it was around 2001.  We
11:07   purchased an acoustic test fixture in 2000, I
11:08   think.  And it was delivered in September of
11:09   2001.  And we did our first tests with that
11:10   fixture with earplugs in 2001.

| 12:15 - 13:09 | Murphy, William (2021-01-15) | 1:57 |

12:15   Q. (Mr. Wasdin) Dr. Murphy, I heard
12:16   your last answer cut out on me.  But I asked
12:17   when you first became aware of the Combat Arms,
12:18   and I think you were describing your purchase
12:19   of an acoustical test fixture.
12:20   A. Yes.  The reason I -- I can't peg
12:21   or pin down exactly when I became aware of the
12:22   Combat Arms Earplug was that the company or the
12:23   organization that we purchased the acoustical
13:01   test fixture from was the French German
13:02   Research Institute of Saint Louis.  And they
13:03   are also the ones who invented the filter that
13:04   is used in the Combat Arms Earplug.  So we
13:05   became aware of that.  The first time that I
13:06   ever did any measurements with the Combat Arms
13:07   Earplug with that filter was in 2001.
13:08   Q. Okay.  And what type of acoustical
13:09   test fixture did NIOSH have at that time?

| 13:11 - 13:15 | Murphy, William (2021-01-15) | 0:12 |

13:11   A. It's the one that we purchased --
13:12   we purchased it from the French German Research
13:13   Institute of Saint Louis.
13:14   Q. Is it a mannequin of some sort?

| | | |
|---|---|---|
| 13:15 | A. Yes. | |
| | | |
| 14:08 - 14:16 | Murphy, William (2021-01-15) | 0:22 |
| 14:08 | Q. All right.  Dr. Murphy, this, I | |
| 14:09 | believe, will take the number Exhibit 1 to your | |
| 14:10 | deposition.  And it is an e-mail from you to | |
| 14:11 | some other folks dated 10/23/2001 with the | |
| 14:12 | subject line of impulse peak levels.  Do you | |
| 14:13 | see that? | |
| 14:14 | (Defendant's Exhibit Number 1 | |
| 14:15 | is marked for identification.) | |
| 14:16 | A. Yes. | |
| | | |
| 14:17 - 15:22 | Murphy, William (2021-01-15) | 2:39 |
| 14:17 | Q. What is the -- what does this | |
| 14:18 | e-mail contain within itself? | |
| 14:19 | A. It contains -- well, the data | |
| 14:20 | columns that are there describing the | |
| 14:21 | firearm that was used, whether it was a nine | |
| 14:22 | millimeter pistol.  I'd have to go back and | |
| 14:23 | look to see exactly what pistol it was.  But I | |
| 15:01 | want to say it was a Sig Sauer pistol and a | |
| 15:02 | Colt AR-15 which is a surrogate for the M-16 | |
| 15:03 | rifle. | |
| 15:04 | And it describes in the second column of the | |
| 15:05 | dataset there the different types of hearing | |
| 15:06 | protection devices that were tested.  There are | |
| 15:07 | a variety of earplugs.  There are a variety of | |
| 15:08 | electronic hearing protectors.  It describes | |
| 15:09 | whether the hearing protector was electronic or | |
| 15:10 | whether it was just turned off.  It describes | |
| 15:11 | whether the protector was nonlinear.  And then | |
| 15:12 | it tells us the peak level, the sound pressure | |
| 15:13 | level of the impulse that was measured close to | |
| 15:14 | the mannequin, about four inches from the right | |
| 15:15 | ear of the mannequin, which was about six feet | |
| 15:16 | of the left of the person who was doing the | |
| 15:17 | shooting.  It describes the peak level inside | |
| 15:18 | of the mannequin's ear canal, so measured | |
| 15:19 | approximately at the location of the tympanic | |
| 15:20 | membrane.  And it describes the difference, the | |
| 15:21 | attenuation, between the outside and inside | |
| 15:22 | measurement. | |
| | | |
| 16:13 - 17:20 | Murphy, William (2021-01-15) | 2:55 |
| 16:13 | Q. One of the earplugs or hearing | |
| 16:14 | protection devices that was tested included the | |
| 16:15 | Combat Arms Version II.  Is that right? | |
| 16:16 | A. Yes.  Yes.  There are eight lines | |
| 16:17 | in this that have CAELin, CAELin2, CAENLin and | |
| 16:18 | CAENLin2.  There are four lines for the nine | |
| 16:19 | millimeter, and there are four lines for the | |
| 16:20 | M-16. | |
| 16:21 | Q. What was the purpose of this | |

| | | |
|---|---|---|
| 16:22 | testing?  Why was it done? | |
| 16:23 | A. Well, the question that was of | |
| 17:01 | interest to me as a researcher in hearing, in | |
| 17:02 | hearing science, is whether or not the impulse | |
| 17:03 | would be attenuated sufficiently fast to, you | |
| 17:04 | know, not prevent or not present a damage risk | |
| 17:05 | to the persons who were wearing these hearing | |
| 17:06 | protection devices. | |
| 17:07 | In particular I was concerned about the | |
| 17:08 | electronic devices, whether or not they would | |
| 17:09 | be cutting out sound quickly enough and -- and | |
| 17:10 | just trying to understand what it is that we | |
| 17:11 | can know about the hearing protection devices. | |
| 17:12 | The Combat Arms Earplugs -- and then there's | |
| 17:13 | another one that's listed in there called | |
| 17:14 | ISLNLin and ISLNLin2.  Those are using the same | |
| 17:15 | filter that's in the Combat Arms Earplug.  And | |
| 17:16 | the way that those filters operate is based on | |
| 17:17 | physical acoustic principles where the acoustic | |
| 17:18 | resistance of -- the pressure -- the resistance | |
| 17:19 | to sound going through that small orifice acts | |
| 17:20 | almost immediately. | |

**18:03 - 19:04   Murphy, William (2021-01-15)**   1:27

| | |
|---|---|
| 18:03 | Q. Okay.  Was this testing performed |
| 18:04 | on the ISL mannequin that you described |
| 18:05 | earlier? |
| 18:06 | A. It was performed on an ISL |
| 18:07 | mannequin that was built in the year 2000. |
| 18:08 | Q. Can you describe for us what the |
| 18:09 | ear and ear canal anatomy is on that mannequin? |
| 18:10 | A. The ear canal on this particular |
| 18:11 | mannequin, I want to say it was about eight |
| 18:12 | millimeters or -- I'd have to go back and look |
| 18:13 | at my records.  But I think it was around eight |
| 18:14 | to nine millimeters in length.  It was a rubber |
| 18:15 | ear canal insert that attaches to the lateral |
| 18:16 | end of the middle ear simulator.  In this case |
| 18:17 | it was one that was built by Bruel and Kjaer |
| 18:18 | Corporation. |
| 18:19 | And that ear canal simulator is mounted |
| 18:20 | inside of a solid acrylic head.  And it is |
| 18:21 | isolated in two different ways.  There's a |
| 18:22 | casing inside of this acrylic head in which the |
| 18:23 | preamplifier and the ear simulator are mounted. |
| 19:01 | And those provide shock isolation for the |
| 19:02 | purpose of being able to use these with very |
| 19:03 | high level impulses such as blast noise from |
| 19:04 | explosions and the like. |

**19:05 - 24:17   Murphy, William (2021-01-15)**   7:59

| | | | |
|---|---|---|---|
| 19:05 | Q. How was the Combat Arms Version II | Re: [19:05 to 24:17] | Re: [19:05 to 24:17] |
| 19:06 | plug that you tested inserted into the ear | Pltf Obj 402, 403, cumulative | OVERRULED |
| 19:07 | canal on the mannequin? | | |

19:08    A. Well, the ear canal is a straight
19:09    cylinder.  So as you insert the earplug,
19:10    because this ear canal had only about eight or
19:11    nine millimeters, if I recall correctly, of
19:12    length, you could only be assured that you were
19:13    getting full contact of the first flange and
19:14    the second flange of the Combat Arms Earplug
19:15    with the walls of the ear canal.  The third
19:16    flange of the earplug makes contact with the
19:17    lateralmost edge of the ear canal.  But it
19:18    isn't inserted fully like you would have on
19:19    a -- if you were to insert it in a -- in a real
19:20    human ear or in -- there's another ear canal
19:21    that we -- or another acoustic test fixture
19:22    that we did.
19:23    And I guess we'll get to it in the other --
20:01    other documents that were submitted.  But it's
20:02    a longer ear canal.  And it's more conformal to
20:03    the shape of a -- a regular human ear canal.
20:04    Q. What steps were you able to take
20:05    on this first mannequin in 2001 to ensure that
20:06    you were getting a good fit or seal with the
20:07    earplug?
20:08    A. In the case of the Combat Arms
20:09    Earplug as well as in the other earplug that
20:10    is -- well, the other earplugs that are in
20:11    these measurements, we inserted them to the
20:12    full depth of the mannequin's ear canal.  The
20:13    ear simulator -- the middle ear simulator has a
20:14    grid that is about four millimeters in front of
20:15    the diaphragm of the microphone that's doing
20:16    the sensing of the sound.  And so you can push
20:17    the ear canal -- you can push the earplug all
20:18    the way into the ear canal and not worry about
20:19    contacting the diaphragm of the microphone and
20:20    destroying the microphone.
20:21    Q. Did you need to fold back the
20:22    flanges --
20:23    A. No.
21:01    Q. -- on the opposite end of the plug
21:02    to get a good fit?
21:03    A. No.
21:04    Q. So all of this testing, at least
21:05    in 2001, was done without folding the flanges
21:06    back?
21:07    A. Correct.
21:08    Q. Can you tell looking at Exhibit 1
21:09    here what type of attenuation -- let's start
21:10    with the green end of the Combat Arms, was
21:11    providing?
21:12    A. Sure.  The green end of the Combat
21:13    Arms is the CAELin and the CAELin2.  And as we
21:14    look at this, it is lines three and four of the
21:15    data.  And the last number in those lines is

21:16    28.78 and 28.83.  And if you go down a little
21:17    further to where the M16 has the same CAELin
21:18    and CAELin2, we find that the values there are
21:19    28.28 and 28.86.
21:20    So it's -- it's providing -- and there needs
21:21    to be perhaps a distinction between what I'm
21:22    calling attenuation, at least in this e-mail at
21:23    that time, and making a comparison to something
22:01    like noise reduction rating.  Noise reduction
22:02    rating is measured with the subject's ear.
22:03    You're making a measurement of -- of detecting
22:04    sound with the ear open and then with the ear
22:05    occluded with an earplug.  And in this case
22:06    we're making a measurement between the
22:07    microphone that is outside of the ear and the
22:08    microphone that is at the location of the --
22:09    the tympanic membrane or nominally surrogate
22:10    for the tympanic membrane.  And the difference
22:11    between the outside microphone and the inside
22:12    microphone is going to be slightly different
22:13    and slightly affected due to resonance effects
22:14    of the outer and middle ear that a human would
22:15    experience.
22:16    Q. So I think to sort of try to
22:17    summarize this as best I understand it, for
22:18    both the nine millimeter handgun that was fired
22:19    as well as the M16 surrogate rifle, the green
22:20    end of the Combat Arms was providing
22:21    approximately 28 dB of attenuation from the --
22:22    A. Correct.
22:23    Q. -- outside inside of the earplug?
23:01    A. Correct.
23:02    Q. Okay.  And then what about the
23:03    yellow end, how did that side perform?
23:04    A. The yellow end are the next two
23:05    lines, so lines 5 and 6.  And we see there
23:06    28.18 and 26.68 for the nine millimeter rounds.
23:07    And for the M16 we're seeing 25.07 and 25.73
23:08    for the -- I'm going to call this the impulse
23:09    noise reduction or the peak noise reduction
23:10    that we're seeing.  In the e-mail I called it
23:11    attenuation.  But I think the correct term to
23:12    use is noise reduction.
23:13    Q. Okay.  You mentioned earlier that
23:14    one of these other hearing protection devices
23:15    that are listed in this -- these rows of data
23:16    also used the same ISL nonlinear filter.  Is
23:17    that right?
23:18    A. Yes.
23:19    Q. Which -- sorry, sir.
23:20    A. There's -- well, there's the
23:21    ISLNLin and the ISLNLin2.
23:22    Q. What plug was that?
23:23    A. It is -- so when -- I'm trying to

```
24:01   remember who it is.  I think it was Aearo at
24:02   the time, that they made a -- they licensed the
24:03   product, this filter from the French German
24:04   Research Institute de Saint Louis.  But the
24:05   French Army was using -- and you'll see it up
24:06   here in the -- in the body of the e-mail.  It
24:07   describes here ISLNLin and NLin2 are the Bilsom
24:08   656/ISL nonlinear plug.  And the French Army
24:09   had access to this filter.  And they use it in
24:10   the French Army.  I don't know if Bilsom still
24:11   makes this product.  I don't think that they
24:12   do.  Well, Bilsom is no longer -- they're now a
24:13   part of Honeywell.
24:14   Q. Is Bilsom, or at least were they
24:15   at the time, a different manufacturer of
24:16   hearing protection?
24:17   A. Yes.
```

29:14 - 29:20   Murphy, William (2021-01-15)        0:24

```
29:14   Q. Okay.  Going back to Exhibit 1,
29:15   the October 2001 testing that we were just
29:16   talking about, I was asking you how did the
29:17   results that you achieved with the Combat Arms
29:18   Version II Earplug compare to the results that
29:19   you achieved with the Bilsom earplug that had
29:20   the ISL filter in it?
```

**Re: [29:14 to 29:20]**          Re: [29:14 to 29:20]
**Pltf Obj** cumulative          OVERRULED

30:05 - 30:18   Murphy, William (2021-01-15)        1:53

```
30:05   A. I'm hearing nothing from the
30:06   attorney.  As you look at this measurement of
30:07   attenuation, what you'll note is for the
30:08   ISLNLin and NLin2, the attenuation was
30:09   approximately 16.41 and 17.34.  And for the M16
30:10   rifle, it was 15.9 and 17.81.  So approximately
30:11   ten decibels less.
30:12   Now, the reason, I think, is that the flange
30:13   structure of the ISL or what is the Bilsom 656
30:14   earplug, the third flange does not make contact
30:15   at all with the ear canal.  So when you insert
30:16   it, you only have contact with the first two
30:17   flanges of that earplug and not the third
30:18   flange.
```

**Re: [30:05 to 30:18]**          Re: [30:05 to 30:18]
**Pltf Obj** cumulative, G7       OVERRULED

31:01 - 33:09   Murphy, William (2021-01-15)        3:48

```
31:01   Q. Dr. Murphy, turning your attention
31:02   from the results of your testing to the
31:03   distribution on the e-mail, can you tell me who
31:04   it was by looking at the to and CC lines that
31:05   you were sharing this data with?
31:06   A. What do you mean who?  Do you want
31:07   me to tell you who all the persons are?
31:08   Q. Yes, sir.
31:09   A. Okay.  Elliott Berger at that time
31:10   was worker for Aearo EAR.  Vern Larson was an
```

| | |
|---|---|
| 31:11 | employee of Bacou-Dalloz.  At that particular |
| 31:12 | time, Bacou-Dalloz had purchased Bilsom |
| 31:13 | Corporation.  They were still selling product |
| 31:14 | as Bilsom.  Per -- Vern Larson worked in |
| 31:15 | San Diego at what is now the Honeywell |
| 31:16 | headquarters -- well, their hearing protection |
| 31:17 | labs in the U.S.  Per Hiselius was working in |
| 31:18 | Billesholm, Sweden, and he was an employee of |
| 31:19 | Dalloz Safety. |
| 31:20 | Armand Dancer is a research physiologist and |
| 31:21 | medical physician with the French German |
| 31:22 | Research Institute de Saint Louis.  Dr. Douglas |
| 31:23 | Ohlin was at that time part of the Centers for |
| 32:01 | Health Promotion and Preventive Medicine at |
| 32:02 | Aberdeen Proving Grounds Edgewood Campus.  And |
| 32:03 | Dr. John Franks is -- at that time he was my |
| 32:04 | supervisor.  And Mark Little -- Major Mark |
| 32:05 | Little was a -- what would you call it?  I |
| 32:06 | guess it was an intern or he was assigned to |
| 32:07 | work at NIOSH for a year.  And he was, I think, |
| 32:08 | towards the beginning of his tenure with us at |
| 32:09 | NIOSH. |
| 32:10 | Q. Do you recall why you were sending |
| 32:11 | this test data to that particular group of |
| 32:12 | people? |
| 32:13 | A. Because all of the products that |
| 32:14 | are listed there are manufactured by persons |
| 32:15 | from those companies with the exception of one |
| 32:16 | of the products that's there. |
| 32:17 | Q. And what about Mr. Doug Ohlin? |
| 32:18 | A. Doug Ohlin was in the Army's role |
| 32:19 | at the Center for -- CHPPM, Center for Health |
| 32:20 | Promotion and Preventive Medicine.  And Mark |
| 32:21 | Little had been working with Dr. Ohlin.  And |
| 32:22 | that's as much as I know.  So I figured that |
| 32:23 | Doug would be interested.  Armand Dancer is a |
| 33:01 | researcher at ISL.  And since they invented the |
| 33:02 | earplug filter, I thought it was interesting to |
| 33:03 | share these data with him. |
| 33:04 | Q. Okay.  After the 2001 testing |
| 33:05 | that's described in this e-mail, do you recall |
| 33:06 | when the next time was that you had an occasion |
| 33:07 | to test the Combat Arms Version II? |
| 33:08 | MS. SASLAW:  And I'm -- |
| 33:09 | A. May of 2002. |

| | | |
|---|---|---|
| 33:11 - 33:12 | Murphy, William (2021-01-15) | 0:04 |
| 33:11 | A. It's part of a health hazard | |
| 33:12 | evaluation that NIOSH did. | |

| | | |
|---|---|---|
| 33:20 - 35:14 | Murphy, William (2021-01-15) | 2:11 |
| 33:20 | Q. Okay.  Dr. Murphy, can you tell us | |
| 33:21 | if you recognize Exhibit 2, and if so, what it | |
| 33:22 | is? | |

| | | |
|---|---|---|
| 33:23 | A. Let's see here.  Yes.  I recognize | |
| 34:01 | it.  It is a presentation that I wrote in | |
| 34:02 | collaboration with my colleague, Chucri Kardous | |
| 34:03 | at NIOSH.  And it -- as the title says, it | |
| 34:04 | describes measurements of attenuation of | |
| 34:05 | nonlinear and linear hearing protection devices | |
| 34:06 | and impulse noise. | |
| 34:07 | Q. Is this the testing that you just | |
| 34:08 | described would have been done in 2002? | |
| 34:09 | A. Yes. | |
| 34:10 | Q. Okay.  If we turn to the -- well, | |
| 34:11 | let me ask you before I turn into it, what was | |
| 34:12 | the occasion for this testing?  Why did you do | |
| 34:13 | it? | |
| 34:14 | A. The Fort Collins Police Services | |
| 34:15 | Department contacted NIOSH to request their | |
| 34:16 | assistance with the evaluation of impulse noise | |
| 34:17 | and hearing sensitivity, hearing loss -- | |
| 34:18 | actually hyperacusis is the term that -- that | |
| 34:19 | should be used, for their special weapons and | |
| 34:20 | assault team, I guess is the proper expanded | |
| 34:21 | abbreviation for SWAT.  They had issued an | |
| 34:22 | electronic earplug to their officers on the | |
| 34:23 | SWAT team.  And they were concerned that | |
| 35:01 | several of their officers had developed | |
| 35:02 | sensitivity to impulse noise and to using that | |
| 35:03 | particular product.  And they asked NIOSH to | |
| 35:04 | come out and do an evaluation of the noise | |
| 35:05 | levels and to evaluate that particular earplug | |
| 35:06 | that they were using.  And at the time that we | |
| 35:07 | did this, I wanted to take and get as many of | |
| 35:08 | our products that -- many of which you saw in | |
| 35:09 | the -- in the previous Exhibit 1 or tab one, I | |
| 35:10 | guess you called it.  We wanted to evaluate as | |
| 35:11 | many of those products as we could in | |
| 35:12 | collaboration with going out and doing these | |
| 35:13 | measurements at an indoor as well as an outdoor | |
| 35:14 | firing range. | |

| | | |
|---|---|---|
| 35:17 - 39:03 | Murphy, William (2021-01-15) | 4:07 |
| 35:17 | Q. And Dr. Murphy, I would ask you | |
| 35:18 | whether you can tell us what products were | |
| 35:19 | tested during this 2002 NIOSH testing? | |
| 35:20 | A. Okay.  So there are -- in this | |
| 35:21 | case the -- there are linear products that are | |
| 35:22 | described here.  And there are nonlinear | |
| 35:23 | products that are described here.  The | |
| 36:01 | Bilsom 555 is a solid core linear earplug.  The | |
| 36:02 | Bilsom 655 NST -- stands for natural sound | |
| 36:03 | technology -- is akin to a flat attenuation | |
| 36:04 | earplug designed for musicians of sorts.  The | |
| 36:05 | EAR Combat Arms Earplug is the CAE Version II. | |
| 36:06 | The linear side of that is the green side. | |
| 36:07 | The next two EAR products are the same | |

| | |
|---|---|
| 36:08 | product.  One of them is called HiFi.  The |
| 36:09 | other is called Ultratech.  And they are built |
| 36:10 | with a Knowles -- I believe it's a Knowles |
| 36:11 | acoustic filter.  And they're meant to provide |
| 36:12 | a flat attenuation, a uniform attenuation |
| 36:13 | across the frequency spectra.  The EAR classic |
| 36:14 | earplug is a polyvinyl foam earplug, and it is |
| 36:15 | formable.  You can roll it down and make it |
| 36:16 | insert into a fixture and whatnot. |
| 36:17 | The nonlinear earplugs that were looked at |
| 36:18 | were the Bilsom 655 using the ISL cartridge. |
| 36:19 | So it's essentially the -- it's the same |
| 36:20 | flanges as the 655 NST earplug.  But instead of |
| 36:21 | having the NST filter, it uses the ISL |
| 36:22 | cartridge.  The EAR Combat Arms Version II with |
| 36:23 | the ISL cartridge, we all know what that is. |
| 37:01 | And then there's another product here, the |
| 37:02 | North Sonic ear valve, which is -- essentially |
| 37:03 | it's a flap inside of a metal cylinder with |
| 37:04 | openings on either end.  And the assumption is |
| 37:05 | that the sound pressure level will cause that |
| 37:06 | flap to close and increase the attenuation. |
| 37:07 | And then the last product that's on that is an |
| 37:08 | earmuff called the EAR Ultra 9000.  I don't |
| 37:09 | know if that's sold anymore.  I don't believe |
| 37:10 | that it is.  And it is also based on a |
| 37:11 | nonlinear acoustic process like the ISL |
| 37:12 | cartridge except instead of a cylinder with two |
| 37:13 | holes on either end, you know, inserted into an |
| 37:14 | ear canal cartridge, it's a larger slit orifice |
| 37:15 | that relies on the same principles that as the |
| 37:16 | sound pressure differential across the orifice |
| 37:17 | is increasing, the acoustic resistance |
| 37:18 | increases and provides more attenuation as the |
| 37:19 | sound pressure level outside goes up. |
| 37:20 | Q. Okay.  Was this testing also done |
| 37:21 | on a mannequin? |
| 37:22 | A. Yes.  It was done on the ISL |
| 37:23 | mannequin that was done on the previous |
| 38:01 | discussion -- |
| 38:02 | Q. And -- |
| 38:03 | A. -- so circa 2000. |
| 38:04 | Q. -- would the Combat Arms |
| 38:05 | Version II have been fitted into that mannequin |
| 38:06 | in the manner that you described earlier? |
| 38:07 | A. Yes. |
| 38:08 | Q. Did you need to fold back the |
| 38:09 | flanges on the -- |
| 38:10 | A. No. |
| 38:11 | Q. -- opposite on this test? |
| 38:12 | A. No. |
| 38:13 | Q. You were able to get a good fit |
| 38:14 | with the Combat Arms Version II without folding |
| 38:15 | the flanges back? |

38:16    A. Correct.
38:17    Q. Did you have any problems during
38:18    this testing achieving or maintaining a good
38:19    fit with the Combat Arms Version II?
38:20    A. No.  You know, it's -- it's the
38:21    same earplug.  It's the same ear canal.  And
38:22    it's the same issues that I mentioned earlier,
38:23    which is the first two flanges would have solid
39:01    contact with the ear canal wall.  And the third
39:02    flange was in contact with the outer edge of
39:03    the ear canal wall.

39:06 - 41:01    Murphy, William (2021-01-15)                    3:31

39:06    Q. And Dr. Murphy, could you tell us
39:07    what you did during this 2002 testing?
39:08    A. So this is describing the
39:09    measurements at the indoor firing range.  There
39:10    are ten weapons that are indicated here, five
39:11    different calibers, and the weapons had
39:12    different length barrels.  So there are four
39:13    pistols.  The 357 Smith and Wesson 586 and 686.
39:14    I don't remember which one is the longer one.
39:15    Same thing for the Para-Ordnance and the
39:16    Colt 991, 45 caliber, the Glock 22 and 27, and
39:17    the pocket nine and Sig Sauer nine millimeter
39:18    pistols.
39:19    The Remington 870 and 1187 also had slightly
39:20    different lengths in the shotgun barrel.  We
39:21    set the mannequin up so that it was six feet to
39:22    the left of the shooter.  The shooter had a
39:23    tripod in which they were to rest their hand
40:01    and basically provide a gun rest so that we
40:02    maintained a consistent positioning of the
40:03    weapon and not having issues of the weapon
40:04    barrel being, you know -- moving around
40:05    significantly.
40:06    For each hearing protector condition,
40:07    whether that was the device with the nonlinear
40:08    insertion or the linear insertion, every one of
40:09    them we -- we measured five shots for each of
40:10    these ten weapons at the indoor range.  And if
40:11    I remember the -- study was something like
40:12    there were 33 different conditions.  And we had
40:13    ten weapons.  And so that resulted in a couple
40:14    thousand shots that we had in this study.
40:15    At the outdoor range -- which is not
40:16    described here.  At the outdoor range we
40:17    selected five of these weapons and two other
40:18    weapons that we couldn't use at the indoor
40:19    range, the Colt AR-15 and a Heckler and Koch.
40:20    I want to say it was a 36 rifle.  And those
40:21    fire a .223 ammunition round or a .556
40:22    ammunition round.  And they don't fire those at
40:23    the indoor range because their bullet traps are

41:01    not designed to accept that much energy.

41:05 - 44:01    Murphy, William (2021-01-15)                    4:32

41:05    Q. Dr. Murphy, take a look at this.
41:06    And can you tell us at least at a high level
41:07    what the results were for the green end, the
41:08    linear end of the Combat Arms Version II?
41:09    A. Yeah.  As you look at that, it's
41:10    the greenish squares that are indicated in
41:11    this.  And you can see that the -- these are
41:12    third octave band estimates of the noise
41:13    reduction.  So this is the measurement between
41:14    the external microphone.  So if we're putting a
41:15    microphone about four inches or so from the
41:16    right ear of the mannequin, then the mannequin
41:17    is -- has either a hearing protector or no
41:18    hearing -- actually it always had a hearing
41:19    protector on.  And the reason it had a hearing
41:20    protector on is that initial purchase of the
41:21    mannequin had a half-inch microphone.  So we
41:22    couldn't do an unoccluded measurement, a
41:23    measurement without a hearing protector on it,
42:01    without fear of overloading the microphone.  So
42:02    that's why all of our measurements were done
42:03    with the earplugs in place.
42:04    So we're taking a measurement between the
42:05    external microphone and the internal microphone
42:06    and calculating the third octave band noise
42:07    reduction values.
42:08    Q. I know this is in graphical form,
42:09    so it may be a little bit difficult to do just
42:10    visually.  But can you tell us sort of the
42:11    range or typical attenuation provided by the
42:12    CAEv2 green end during the testing?
42:13    A. Yeah.  As we look at this, it --
42:14    it changes from starting at the left of the
42:15    graph at 25 hertz.  Although knowing what I
42:16    know now in the publications that we did on
42:17    these kinds of products or these kinds of
42:18    measurements from this study, I would start at
42:19    around 100 hertz because we don't have a long
42:20    enough time sample to really get a good solid
42:21    measurement for the very low frequency that is
42:22    between 25 and 100 hertz.
42:23    But starting at a hundred hertz, we're
43:01    around 32 decibels.  And as you go up around it
43:02    looks like about 400 hertz, it's decreased a
43:03    little bit to 28 or 23 -- 26 decibels.  And
43:04    then it increases up to around 30-something
43:05    decibels, almost 40 decibels at 8,000 -- or 800
43:06    hertz.
43:07    And it reduces a little bit again.  And by
43:08    the time we get out to 5,000 hertz and above,
43:09    it is more than 50 decibels.  And there's a

| | | |
|---|---|---|
| 43:10 | dark -- well, not dark.  A teal colored line in | |
| 43:11 | this bold line.  And that indicates the bone | |
| 43:12 | conduction limit for the attenuation | |
| 43:13 | measurement. | |
| 43:14 | In other words, at some point the amount of | |
| 43:15 | energy that would potentially be transmitted to | |
| 43:16 | a person wearing the earplug to their -- | |
| 43:17 | through their skull -- not through the ear, but | |
| 43:18 | through their skull, through the brain tissue | |
| 43:19 | and potentially to the cochlea, it's what we | |
| 43:20 | call the bone conduction limit.  And so when | |
| 43:21 | those two green values are below in this graph, | |
| 43:22 | that line, we would want to limit what we say | |
| 43:23 | about the amount of attenuation that it might | |
| 44:01 | provide. | |

| 44:23 - 46:07 | Murphy, William (2021-01-15) | 2:45 |
|---|---|---|
| 44:23 | Q. Dr. Murphy, can you tell us how | |
| 45:01 | the Bilsom product performed that had the ISL | |
| 45:02 | filter in it? | |
| 45:03 | A. In this case again, again, we | |
| 45:04 | started around 100 hertz.  The -- these are the | |
| 45:05 | linear earplug filters.  These are not the | |
| 45:06 | nonlinear earplug filters.  So it's not a | |
| 45:07 | comparison -- well, wait.  Wait.  Wait.  Wait. | |
| 45:08 | I'm sorry.  We are talking about the | |
| 45:09 | Combat Arms linear earplug. | |
| 45:10 | Okay.  So the one that is to be compared | |
| 45:11 | with the Combat Arms Version II would be the | |
| 45:12 | blue symbols that are in this, the blue circles | |
| 45:13 | and symbols.  And we see attenuation ranging | |
| 45:14 | from about 28 at 100 hertz.  It decreases to | |
| 45:15 | about 15 or so at 400 hertz and then increases | |
| 45:16 | upwards of almost 40 decibels and such as you | |
| 45:17 | move out into higher frequencies. | |
| 45:18 | Q. Okay.  So I'm sorry, Dr. Murphy. | |
| 45:19 | Did I interrupt you? | |
| 45:20 | A. The one thing I was going to point | |
| 45:21 | out is that, you know, relative to the noises | |
| 45:22 | that we're -- we're looking at, these are going | |
| 45:23 | to be gunshots.  And they're going to have peak | |
| 46:01 | levels or a spectral peak around a thousand | |
| 46:02 | hertz -- five hundred to a thousand hertz.  So | |
| 46:03 | the portion that matters in terms of the | |
| 46:04 | attenuation that we're dealing with is going to | |
| 46:05 | be affected perhaps more strongly by the | |
| 46:06 | decrease in attenuation you see at 400, 500 | |
| 46:07 | hertz. | |

| 46:10 - 47:15 | Murphy, William (2021-01-15) | 2:45 |
|---|---|---|
| 46:10 | Q. Dr. Murphy, I believe this -- this | |
| 46:11 | slide contains the yellow end. | |
| 46:12 | A. Yes. | |
| 46:13 | Q. The nonlinear end of the | |

| | |
|---|---|
| 46:14 | Combat Arms and the other products.  Can you |
| 46:15 | tell us what attenuation or noise reduction was |
| 46:16 | achieved with the yellow end of the Combat Arms |
| 46:17 | Version II on your testing? |
| 46:18 | A. Yeah.  I'm just trying to think |
| 46:19 | about what's here.  I'm -- I'm going to confess |
| 46:20 | that there may be an error in the legend.  I'm |
| 46:21 | not positive about that.  I'd have to go back |
| 46:22 | and check my -- my data.  But if I believe the |
| 46:23 | legend as it is, the black symbols -- and well, |
| 47:01 | let me describe what I think the error is.  The |
| 47:02 | EAR Combat Arms nonlinear earplug is yellow. |
| 47:03 | The EAR Ultra 9000 earmuff is black.  And I |
| 47:04 | thought that these would be -- the yellow would |
| 47:05 | be the Combat Arms and the black would be the |
| 47:06 | Ultra 9000.  That said, if we look at these, we |
| 47:07 | see a change in attenuation from almost no |
| 47:08 | attenuation at low levels or low frequencies. |
| 47:09 | And it increases as one goes up in frequency to |
| 47:10 | about 20 dB.  This is -- I'm following the |
| 47:11 | black squares that are in this graph, to about |
| 47:12 | 20 dB.  Starting around a hundred hertz there's |
| 47:13 | a slight dip.  It looks to be about 100 hertz. |
| 47:14 | And then it tends to increase from there on |
| 47:15 | out. |

| | | |
|---|---|---|
| 48:05 - 51:07 | Murphy, William (2021-01-15) | 4:57 |
| 48:05 | MR. WASDIN:  If we go to slide 20, | |
| 48:06 | Simon, there is a -- a chart that's called | |
| 48:07 | summary of attenuation growth. | |
| 48:08 | Q. Dr. Murphy, do you see that? | |
| 48:09 | A. Yes, I do. | |
| 48:10 | Q. What is this depicting? | |
| 48:11 | A. Well, I think you need to go back | |
| 48:12 | two -- one side.  Let's go back one slide, | |
| 48:13 | please, and I can describe what -- what we're | |
| 48:14 | talking about here.  Because the different | |
| 48:15 | weapons that we used, this is data from the | |
| 48:16 | indoor firing range because there are ten | |
| 48:17 | symbols in blue, ten symbols in black, and ten | |
| 48:18 | symbols in yellow.  The different weapons have | |
| 48:19 | different peak levels.  And the performance of | |
| 48:20 | a nonlinear earplug changes as a function of | |
| 48:21 | the external and internal pressure difference. | |
| 48:22 | So what I was trying to look at is what is the | |
| 48:23 | growth or what is the change, what's the | |
| 49:01 | variability in the nonlinear, you know, peak | |
| 49:02 | reduction that we're seeing.  Not the nonlinear | |
| 49:03 | peak reduction.  What is the change in the peak | |
| 49:04 | reduction and what's the uncertainty in the | |
| 49:05 | peak reduction as a function of the various | |
| 49:06 | weapons that were used. | |
| 49:07 | And what we see here are three different | |
| 49:08 | hearing protection devices, the EAR nonlinear | |

| | |
|---|---|
| 49:09 | earplug. That's in yellow. And the Ultra 9000 |
| 49:10 | in black and the Bilsom ISL earplug in blue. |
| 49:11 | And what I did was take the average of all of |
| 49:12 | these quantities, so roughly the averages kind |
| 49:13 | of in the middle of each of those lines. Let's |
| 49:14 | just say right around 162. |
| 49:15 | So if we look at the Bilsom, we're seeing |
| 49:16 | around 17. If we look at the Ultra 9000, we're |
| 49:17 | seeing about 21 or 22. And if we're looking at |
| 49:18 | the EAR Combat Arms Earplug, we're looking at |
| 49:19 | about 23 in terms of the average of all of |
| 49:20 | those symbols. Then the other quantity that I |
| 49:21 | was trying to capture was the slope of those |
| 49:22 | lines. |
| 49:23 | And when you take a look at the slopes of |
| 50:01 | those lines, it's listed there 0.88 -- I'm |
| 50:02 | sorry, 0.088 decibels per decibel for the blue |
| 50:03 | line. 0.13 decibels per decibel for the yellow |
| 50:04 | line. And 0.53 decibels per decibel for the |
| 50:05 | black line. |
| 50:06 | Now, the earmuff is the Ultra 9000. And |
| 50:07 | earmuffs tend to change more. At least in my |
| 50:08 | experience with this, they change more as a |
| 50:09 | function of the peak level. And it has to do |
| 50:10 | just with the fact that you've got this large |
| 50:11 | volume that is being affected differently as |
| 50:12 | the -- as the impulse levels increase. |
| 50:13 | Now if we go to the next slide, what I've |
| 50:14 | done is try to summarize all of the products |
| 50:15 | that were tested and plotted them by their |
| 50:16 | average level and plotting them with the slope, |
| 50:17 | the attenuation of those lines. And so if we |
| 50:18 | look at the EAR Combat Arms, it's a 23 with a |
| 50:19 | slope of about .13 or .15. I forget what the |
| 50:20 | number was. Yes, that's the right symbol. |
| 50:21 | The Bilsom ISL is the dark blue symbol, and |
| 50:22 | it's around 17. And the slope is in the other |
| 50:23 | graph. It's at 0.088. And the EAR Ultra 9000 |
| 51:01 | is up there at the top of the page. And it has |
| 51:02 | an attenuation of about 21 or 22 dB and a large |
| 51:03 | slope on this. |
| 51:04 | Q. So is the way this chart works is |
| 51:05 | that the further to the right you are, the |
| 51:06 | higher the noise reduction was? |
| 51:07 | A. The higher peak reduction, yes. |
| | |
| 51:22 - 54:13 | Murphy, William (2021-01-15)                                  3:56 |
| 51:22 | Q. And Dr. Murphy, this is the, I |
| 51:23 | believe -- |
| 52:01 | A. The poster. |
| 52:02 | Q. The poster, yeah. |
| 52:03 | A. Yeah. |
| 52:04 | Q. Okay. Can you -- after the 2002 |
| 52:05 | testing that we just described, when was the |

| | |
|---|---|
| 52:06 | next time you tested the Combat Arms |
| 52:07 | Version II? |
| 52:08 | A. This was conducted in 2015. |
| 52:09 | Q. Okay.  And what was this testing? |
| 52:10 | A. In the left photograph in the |
| 52:11 | poster, you see a very large horn.  And in |
| 52:12 | front of the horn are two of the GRAS Sound and |
| 52:13 | Vibration 45 CB acoustic test fixtures.  One of |
| 52:14 | those fixtures was owned by NIOSH.  The other |
| 52:15 | of those fixtures was owned by Western Michigan |
| 52:16 | University.  And in between those two fixtures |
| 52:17 | is a pencil or a cylinder that you see there |
| 52:18 | with kind of a pointy end.  And that is the |
| 52:19 | GRAS Sound and Vibration 67 SB probe |
| 52:20 | microphone. |
| 52:21 | Q. And these -- these heads, these |
| 52:22 | mannequin heads that we can see in the photo, |
| 52:23 | is that a sort of new test fixture that was |
| 53:01 | used -- |
| 53:02 | A. Correct. |
| 53:03 | Q. -- for this testing? |
| 53:04 | A. Correct.  In 2010, you see it |
| 53:05 | listed right there at the top there, the ANSI |
| 53:06 | 12.42-2010 standard was issued.  And one of the |
| 53:07 | things we identified was a need to have longer |
| 53:08 | ear canals.  These fixtures were manufactured |
| 53:09 | with approximately an 18 millimeter ear canal, |
| 53:10 | which would allow one to fit a typical foam |
| 53:11 | earplug or other earplug fully into the ear |
| 53:12 | canal and not bottom out at the -- at the grid |
| 53:13 | of the microphone in the middle ear simulator. |
| 53:14 | Q. It also looks from the photo like |
| 53:15 | these mannequins have a -- a pinna, like a -- |
| 53:16 | A. Yes.  They have a pinna that's |
| 53:17 | based on a human shaped pinna.  You see the |
| 53:18 | flesh-shaped color ring around that.  That's so |
| 53:19 | that when you put an earmuff or something on |
| 53:20 | it, you're making contact with something that |
| 53:21 | has the -- the typical Shore resistance as what |
| 53:22 | you might see with skin.  Inside of the ear |
| 53:23 | canal of those mannequins, it's a steel tube. |
| 54:01 | Lining this steel tube is the same kind of |
| 54:02 | material that you see on the outside there, the |
| 54:03 | -- the flesh colored silicone material. |
| 54:04 | Q. How -- how were the Combat Arms |
| 54:05 | plugs, the Version II plugs, fit on this |
| 54:06 | mannequin during this testing? |
| 54:07 | A. They were fitted so that you could |
| 54:08 | get the entire earplug in -- well, the entire |
| 54:09 | three flanges inserted into the mannequin's |
| 54:10 | ear.  And the flanges were not folded back. |
| 54:11 | Q. When you say the flanges were not |
| 54:12 | folded back, you mean on the opposite end? |
| 54:13 | A. Correct. |

| | | |
|---|---|---|
| 54:14 - 54:19 | Murphy, William (2021-01-15) | 0:11 |

54:14  Q. Did you have any problems
54:15  achieving or maintaining a good fit with the
54:16  Combat Arms Version II during this testing?
54:17  A. No.  The mannequins didn't move.
54:18  Q. Okay.  And can you --
54:19  A. They didn't complain.

| | | |
|---|---|---|
| 54:20 - 56:18 | Murphy, William (2021-01-15) | 3:35 |

54:20  Q. I think I'm probably running
54:21  pretty short on time.  But can you give us a
54:22  sort of a high level overview of the results
54:23  of --
55:01  A. Right.  So there are -- if you can
55:02  slide over a little bit.  Yeah.  Blow up the
55:03  panel on your -- the panel in the middle there,
55:04  blow it up a little bit more.  There is a CAEv4
55:05  and a CAEv2.  And the CAEv2, there are two sets
55:06  of three bars.  And I would have to look
55:07  closely at it to remember which ones are the
55:08  Western Michigan -- oh, it says it right there.
55:09  Western Michigan are the three bars to the
55:10  right.  And the NIOSH fixture are the three
55:11  bars to the left.  If you can zoom it in a
55:12  little bit more, please, that would be helpful.
55:13  There we go.
55:14  So we're looking at the Combat Arms
55:15  Version II.  You'll see that there are a
55:16  blue -- a dark blue, a light -- a lighter blue,
55:17  and sort of a teal colored, and then a green,
55:18  orange, and yellow colored bar.  These
55:19  represent three different peak levels that were
55:20  generated by the acoustic shock tube at 132,
55:21  150, and 168 decibel peak sound pressure level.
55:22  And we have different amounts of attenuation
55:23  that are observed on these devices.  And this
56:01  is the impulse peak insertion loss.
56:02  And what it is, is we use calculation to
56:03  compensate for the fact that the person or that
56:04  the fixture is occluded versus unoccluded.  And
56:05  we impute what the -- estimate what the peak
56:06  level would have been for a shot based on the
56:07  acoustic transfer function between that
56:08  pressure probe that you saw in the middle of
56:09  the two mannequins and the ear canal of the
56:10  unoccluded fixture.
56:11  And so we're seeing levels of attenuation at
56:12  132 of about ten decibels.  At 150 dB we're
56:13  seeing attenuation levels of around 17 or 18
56:14  decibels.  And at 168 dB we're seeing
56:15  attenuation levels of 32 to 35 decibels.  The
56:16  little blips that you see on the tops of those
56:17  bars are the standard deviation -- one standard

| | | |
|---|---|---|
| 56:18 | deviation. | |
| | | |
| 61:13 - 62:09 | Murphy, William (2021-01-15) | 1:58 |
| 61:13 | Q. (Mr. Monsour) You were talking | |
| 61:14 | with regard -- you mentioned before how | |
| 61:15 | mannequins don't move.  Correct, Dr. Murphy? | |
| 61:16 | A. They usually don't. | |
| 61:17 | Q. Right.  They -- I agree.  They | |
| 61:18 | usually don't.  And one of the points that you | |
| 61:19 | made with regard to fit was that the mannequins | |
| 61:20 | don't move.  Correct? | |
| 61:21 | A. Correct. | |
| 61:22 | Q. And why is it important to | |
| 61:23 | calculate that or factor that in, in a study | |
| 62:01 | that is going to be potentially used to | |
| 62:02 | attribute study response from a mannequin into | |
| 62:03 | its application for humans? | |
| 62:04 | A. The reason we use a mannequin for | |
| 62:05 | the testing is because it would be unethical to | |
| 62:06 | expose a human to these noise levels. | |
| 62:07 | Q. Do you -- | |
| 62:08 | A. We could produce hearing loss in | |
| 62:09 | our human subjects. | |
| | | |
| 62:10 - 63:12 | Murphy, William (2021-01-15) | 2:37 |
| 62:10 | Q. Okay.  Do you -- do you | |
| 62:11 | necessarily assume that because testing on a | |
| 62:12 | mannequin that doesn't move reaches a certain | |
| 62:13 | level of protection that an actual human user | |
| 62:14 | that does move will get the same protection? | |
| 62:15 | A. Just one moment.  I'm making sure | |
| 62:16 | that there's nobody knocking on the door.  I | |
| 62:17 | heard something.  Do we assume that the person | |
| 62:18 | who's using the earplug has the same protection | |
| 62:19 | as what we measure?  That, of course, is an | |
| 62:20 | assumption in any hearing protector | |
| 62:21 | measurement.  If you look at the regulation | |
| 62:22 | that governs the creation of the noise | |
| 62:23 | reduction rating for a hearing protection | |
| 63:01 | device, it is designed to provide one with an | |
| 63:02 | indication of the potential for the noise | |
| 63:03 | reduction capabilities of that hearing | |
| 63:04 | protection device.  And so there's no | |
| 63:05 | regulation in the United States for describing | |
| 63:06 | the performance of these protection devices in | |
| 63:07 | regards to impulse noise.  There is a | |
| 63:08 | regulation that governs -- and it's 40 CFR 211 | |
| 63:09 | subpart B that describes and regulates how a | |
| 63:10 | manufacturer is required to measure and report | |
| 63:11 | the attenuation of a hearing protection device | |
| 63:12 | for sale in the United States. | |
| | | |
| 63:23 - 65:04 | Murphy, William (2021-01-15) | 2:38 |
| 63:23 | Q. The first two exhibits that you | Re: [63:23 to 65:04]  Re: [63:23 to 65:04]  Re: [63:23 to 65:04]  **SUSTAINED** |

| Testimony | | | | |
|---|---|---|---|---|
| 64:01 looked at, Dr. Murphy, detailed some early | **Pltf Obj** cumulative | SUSTAINED | **Pltf Obj** cumulative | |
| 64:02 testing that you had done on the product in | | | | |
| 64:03 2001 and 2002.  Is that correct? | | | | |
| 64:04 A. Yes. | | | | |
| 64:05 Q. And in both of those studies or | | | | |
| 64:06 both of those tests that you performed, you | | | | |
| 64:07 mentioned that the third flange of the inserted | | | | |
| 64:08 portion of the Combat Arms Version II Earplug | | | | |
| 64:09 was just barely touching the outside of the | | | | |
| 64:10 artificial canal.  Is that correct? | | | | |
| 64:11 A. Correct. | | | | |
| 64:12 Q. Is it a fair statement to say, | | | | |
| 64:13 sir, that because the part that was being | | | | |
| 64:14 inserted was barely touching the outside of the | | | | |
| 64:15 canal, that the opposing outer flange was not | | | | |
| 64:16 pressing upon the artificial ear canal? | | | | |
| 64:17 A. It wouldn't have been pressing on | | | | |
| 64:18 the ear canal.  It may have been in contact | | | | |
| 64:19 with the concha, which is the -- if you look at | | | | |
| 64:20 your ear, this portion where I'm sticking my | | | | |
| 64:21 finger is the concha.  It could have been | | | | |
| 64:22 contacting the -- the anterior portion of the | | | | |
| 64:23 concha.  Whether that would provide a force -- | | | | |
| 65:01 an outward force, you know, a lateral force, | | | | |
| 65:02 that would not be the case because if it's just | | | | |
| 65:03 a side friction force, it's not going to do | | | | |
| 65:04 anything. | | | | |
| | | | | |
| 69:02 - 69:14   Murphy, William (2021-01-15)   1:49 | | | | |
| 69:02 Q. Right. | **Re: [69:02 to 69:14]** | **Re: [69:02 to 69:14]** | **Re: [69:02 to 69:14]** | SUSTAINED |
| 69:03 A. If you have -- if you have not | **Pltf Obj** incomplete, nonresponsive | SUSTAINED-Nonresponsive | **Pltf Obj** nonresponsive | |
| 69:04 fitted the earplug properly in your ear, you | | | | |
| 69:05 can have very poor attenuation.  If you have an | | | | |
| 69:06 earmuff that gets moved in the course of firing | | | | |
| 69:07 a weapon or something like that, you can end up | | | | |
| 69:08 with a threshold shift as a result of that. | | | | |
| 69:09 The -- the reason that we did this research is | | | | |
| 69:10 because when you fire a weapon that's 150, 160, | | | | |
| 69:11 170 decibels at the ear canal -- and I'm only | | | | |
| 69:12 talking about small arms fire -- those levels | | | | |
| 69:13 are enough to cause immediate threshold shifts. | | | | |
| 69:14 And they can be permanent threshold shifts. | | | | |
| | | | | |
| 70:20 - 72:05   Murphy, William (2021-01-15)   2:34 | | | | |
| 70:20 Q. (Ms. Monsour) Isn't a fair | **Re: [70:20 to 72:05]** | **Re: [70:20 to 72:05]** | **Re: [70:20 to 72:05]** | SUSTAINED |
| 70:21 statement, sir, that when you're performing | **Pltf Obj** nonresponsive | SUSTAINED-Nonresponsive | **Pltf Obj** nonresponsive | |
| 70:22 acoustic tests on an acoustic test fixture, | | | | |
| 70:23 that because it is not a real ear, the data | | | | |
| 71:01 from it is not necessarily representative of | | | | |
| 71:02 what will happen in a real ear?  Is that a | | | | |
| 71:03 fair -- | | | | |
| 71:04 MS. SASLAW:  And again, I'm going | | | | |
| 71:05 to -- sorry to cut you off.  I'm going to | | | | |
| 71:06 object on the basis that it's outside the scope | | | | |

| | |
|---|---|
| 71:07 | of the authorization. |
| 71:08 | MR. MONSOUR:  Jesus. |
| 71:09 | THE WITNESS:  Well, I'm -- I'm |
| 71:10 | going to answer this question against your -- |
| 71:11 | over your objection. |
| 71:12 | A. And that is that this presentation |
| 71:13 | was done in 2002.  And we had not conducted any |
| 71:14 | analysis of the attenuation as a function of |
| 71:15 | frequency and done comparisons with real ear |
| 71:16 | attenuation and threshold testing, which really |
| 71:17 | is at the heart of this whole -- some of this |
| 71:18 | lawsuit that we're dealing with here.  And in |
| 71:19 | the testing that we did, we were able to |
| 71:20 | demonstrate that the attenuations that we were |
| 71:21 | seeing for the products was representative of |
| 71:22 | real ears in terms of what we were seeing. |
| 71:23 | We had measurements of the acoustic test |
| 72:01 | fixture in continuous noise.  We had |
| 72:02 | measurements of the acoustic test fixture in |
| 72:03 | impulse noise.  And we had real ear attenuation |
| 72:04 | and threshold testing with human subjects.  And |
| 72:05 | the results agree. |

| Designations | | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|---|
| 325:15 - 325:15 | Santoro, Marc (2019-12-03) | 0:00 | | | | |
| 325:15 | QUESTIONS BY MR. LEACH: | | | | | |
| | | | | | | |
| 325:16 - 326:07 | Santoro, Marc (2019-12-03) | 1:53 | Re: [325:16 to 327:10] | Re: [325:16 to 327:10] | Re: [325:16 to 327:10] | OVERRULED |
| 325:16 | Q. Mr. Santoro, earlier today you | | Pltf Obj 802; 602; 403; MIL | OVERRULED | Pltf Obj 802; 602; 403; MIL | |
| 325:17 | mentioned that you had had some discussions | | G4; MIL G5; MIL G6 | | G4; MIL G5; MIL G6 | |
| 325:18 | with Doug Ohlin when he was working for the | | | | | |
| 325:19 | military. | | | | | |
| 325:20 | Do you remember that testimony? | | | | Re: [325:16 to 327:12] | OVERRULED |
| 325:21 | A. Yes. | | | | Pltf Obj MIL 15, 16, 17; 402 | |
| 325:22 | Q. Now, what do you recall about | | | | (time of conversation | |
| 325:23 | those discussions with Mr. Ohlin when he | | | | inapplicable as to Baker) | |
| 325:24 | worked for the military? | | | | | |
| 325:25 | A. The discussions were Doug | | | | | |
| 326:01 | providing direction on how he wanted to see | | | | | |
| 326:02 | the product packaged and sold to them. | | | | | |
| 326:03 | Q. Was there any particular | | | | | |
| 326:04 | product that you recall discussing with him? | | | | | |
| 326:05 | A. Yes. | | | | | |
| 326:06 | Q. And what product is that? | | | | | |
| 326:07 | A. Combat Arms generation 2. | | | | | |
| | | | | | | |
| 326:08 - 327:12 | Santoro, Marc (2019-12-03) | 2:44 | Re: [325:16 to 327:10] | Re: [325:16 to 327:10] | Re: [325:16 to 327:10] | OVERRULED |
| 326:08 | Q. Was there any particular | | Pltf Obj 802; 602; 403; MIL | OVERRULED | Pltf Obj 802; 602; 403; MIL | |
| 326:09 | package or size that you recall discussing | | G4; MIL G5; MIL G6 | | G4; MIL G5; MIL G6 | |
| 326:10 | with Mr. Ohlin? | | | | | |
| 326:11 | A. Yes.  Doug requested the | | | | | |
| 326:12 | generation 2 to be put in a bulk pack. | | | | Re: [325:16 to 327:12] | OVERRULED |
| 326:13 | Q. And did he indicate how he | | | | Pltf Obj MIL 15, 16, 17; 402 | |
| 326:14 | wanted that packaged? | | | | (time of conversation | |
| 326:15 | A. Yes.  He requested that | | | | inapplicable as to Baker) | |
| 326:16 | specifically 50 pair in a box -- sorry, 50 | | | | | |
| 326:17 | pair in a plastic bag, with nothing else in | | | | | |
| 326:18 | there, inside a box. | | | | | |
| 326:19 | Q. Did he tell you not to include | | | | | |
| 326:20 | instructions in that box? | | | | | |
| 326:21 | A. He did. | | | | | |
| 326:22 | Q. Did he indicate why he didn't | | | | | |
| 326:23 | want instructions in that box? | | | | | |
| 326:24 | A. He felt that personal training | | | | | |
| 326:25 | was the most effective way to train the | | | | | |
| 327:01 | soldiers, and that the military audiologists | | | | | |
| 327:02 | were going to take on that responsibility of | | | | | |
| 327:03 | individually training every soldier. | | | | | |
| 327:04 | Q. Did you follow Mr. Ohlin's | | | | | |
| 327:05 | requests? | | | | | |
| 327:06 | A. Yes. | | | | | |
| 327:07 | Q. And why is that? | | | | | |
| 327:08 | A. Doug was the one that pretty | | | | | |
| 327:09 | much dictated how we were to provide hearing | | | | | |
| 327:10 | protection to the military. | | | | | |
| 327:11 | MR. LEACH:  I have no further | | | | | |
| 327:12 | questions. | | | | | |

327:15 - 330:15   Santoro, Marc (2019-12-03)                                    4:35

| | | | | |
|---|---|---|---|---|
| 327:15 | Q. All right. I have a few | **Re: [327:15 to 327:18]** | **Re: [327:15 to 327:18]** | **SUSTAINED** |
| 327:16 | follow-up to that. | **Def Obj** Relevance (401, 402); | **Def Obj** Relevance (401, 402); | |
| 327:17 | That's a remarkable | Prejudicial (403); 611; | Prejudicial (403); 611; | |
| 327:18 | recollection of a specific conversation, sir. | Improper Counter | Improper Counter | |
| 327:19 | When about did that | | | |
| 327:20 | conversation with Doug Ohlin occur? | | | |
| 327:21 | A. I don't recall specifically. | **Re: [330:05 to 330:15]** | **Re: [330:05 to 330:15]** | **OVERRULED** |
| 327:22 | Q. How about generally? | **Def Obj** Improper Counter; | **Def Obj** Improper Counter; | |
| 327:23 | A. First third of my employment | Foundation (602) | Foundation (602) | |
| 327:24 | with 3M, Aearo. | | | |
| 327:25 | Q. So within about -- | | | |
| 328:01 | A. First three or four years. | | | |
| 328:02 | Q. Okay. And how did you -- did | | | |
| 328:03 | you just remember that conversation without | | | |
| 328:04 | any outside assistance? | | | |
| 328:05 | A. I specifically remember the | | | |
| 328:06 | conversation. | | | |
| 328:07 | Q. Okay. Did you look at any | | | |
| 328:08 | documents to help you refresh your | | | |
| 328:09 | recollection on that conversation? | | | |
| 328:10 | A. No. | | | |
| 328:11 | Q. Who else was on the call? | | | |
| 328:12 | A. I don't recall if anyone else | | | |
| 328:13 | was on the call. | | | |
| 328:14 | Q. So you remember speaking to | | | |
| 328:15 | Mr. Ohlin, but not necessarily if anyone else | | | |
| 328:16 | joined you from Aearo? | | | |
| 328:17 | A. No. | | | |
| 328:18 | Q. And Mr. Ohlin talked to you | | | |
| 328:19 | about how the product was packaged and sold | | | |
| 328:20 | but not how it was designed; is that right? | | | |
| 328:21 | A. I don't recall any discussion | | | |
| 328:22 | about the design of the product with him. | | | |
| 328:23 | Q. Okay. And you said that he | | | |
| 328:24 | felt personal training was the most effective | | | |
| 328:25 | way to train soldiers? | | | |
| 329:01 | A. Yes. | | | |
| 329:02 | Q. Okay. Do you recall | | | |
| 329:03 | specifically what he said? | | | |
| 329:04 | A. Yeah. Whatever -- if we can | | | |
| 329:05 | read back my testimony, that was what I | | | |
| 329:06 | recall he said. | | | |
| 329:07 | Q. Well, what was your testimony? | | | |
| 329:08 | You said you remember the conversation. | | | |
| 329:09 | What did he say about his views | | | |
| 329:10 | on the best way to train soldiers for using | | | |
| 329:11 | Combat Arms version 2? | | | |
| 329:12 | A. Again, he said that the -- that | | | |
| 329:13 | he felt the best way to train the soldiers | | | |
| 329:14 | was individually and that he was working with | | | |
| 329:15 | the military audiology group to provide that | | | |
| 329:16 | training so that every soldier would be -- | | | |

| | |
|---|---|
| 329:17 | would receive training as they went into Army |
| 329:18 | training. |
| 329:19 | Q. And did Aearo provide any |
| 329:20 | instruction to military audiologists about |
| 329:21 | the proper insertion and usage of the Combat |
| 329:22 | Arms version 2? |
| 329:23 | A. Yes, we provided instructions |
| 329:24 | to them. |
| 329:25 | Q. Okay.  Such as that sheet that |
| 330:01 | we talked about at the very end of my initial |
| 330:02 | questioning this morning -- or today? |
| 330:03 | A. That was one of the instruction |
| 330:04 | guides. |
| 330:05 | Q. Do you recall ever seeing any |
| 330:06 | instruction guide provided to any military |
| 330:07 | audiologist that said for proper fit, fold |
| 330:08 | back the flanges in every single instance? |
| 330:09 | A. I don't recall. |
| 330:10 | Q. Do you recall anyone within |
| 330:11 | Aearo or 3M ever saying, we instructed |
| 330:12 | military audiologists to fold back the flange |
| 330:13 | on every single insertion of the Combat Arms |
| 330:14 | version 2? |
| 330:15 | A. I don't recall. |

331:17 - 331:24   Santoro, Marc (2019-12-03)                              0:20

| | |
|---|---|
| 331:17 | Q. Yeah.  Have you seen any single |
| 331:18 | document reflecting this conversation that |
| 331:19 | you said you had with Doug Ohlin where he |
| 331:20 | expressed a desire to not have instructions |
| 331:21 | in the 50-packs of the version 2 Combat Arms |
| 331:22 | Earplugs? |
| 331:23 | A. Not that I recall.  It was a |
| 331:24 | verbal conversation. |