# EXHIBIT 1

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 8:07 - 8:18 | Merkley, LTC John A. (2020-02-26) | 1:37 | | | |
| 8:07 | Q. Good morning, LTC Merkley. My name is | | | | |
| 8:08 | Nick Wasdin, and I represent 3M Company in this | | | | |
| 8:09 | case. You serve as the Army Hearing Division chief | | | | |
| 8:10 | at the Army Public Health Center in Aberdeen, | | | | |
| 8:11 | Maryland; is that right? | | | | |
| 8:12 | A. I'm -- I'm the Army Hearing Program | | | | |
| 8:13 | Manager. There's been a reorganization over the | | | | |
| 8:14 | last year, so it's not -- it's not a division any | | | | |
| 8:15 | more. It's a -- it's a program. | | | | |
| 8:16 | Q. How long have you had the title of chief | | | | |
| 8:17 | of that program or head of that program? | | | | |
| 8:18 | A. Since July of 2018. | | | | |
| | | | | | |
| 8:19 - 13:08 | Merkley, LTC John A. (2020-02-26) | 7:35 | | Re: [8:19 to 13:08] | SUSTAINED |
| 8:19 | Q. Can you give us an overview of your | | | Pltf Obj FRE 402/403; Calls | |
| 8:20 | military service leading up to July of 2018? | | | for narrative and answer(s) | |
| 8:21 | A. Sure. I -- I started in the National | | | given as narratives; Improper | |
| 9:01 | Guard in 19 -- September 1991. I joined the Utah | | | bolstering; | |
| 9:02 | National Guard as a linguist. I went to basic | | | | |
| 9:03 | training in October of '91 to December of '91 at | | | | |
| 9:04 | Fort Leonard Wood, Missouri. | | | | |
| 9:05 | I was a -- I went from there to the | | | | |
| 9:06 | Defense Language Institute to study Russian, and I | | | | |
| 9:07 | was at the Defense Language Institute for almost | | | | |
| 9:08 | all of 1992, and then went to Fort Huachuca and was | | | | |
| 9:09 | trained as an interrogator. | | | | |
| 9:10 | I went off of active duty in March of '93 | | | | |
| 9:11 | and into the National Guard and stayed in the | | | | |
| 9:12 | National Guard until June of 1998, when I graduated | | | | |
| 9:13 | as an audiologist and left the state of Utah. | | | | |
| 9:14 | I was in inactive -- the inactive ready | | | | |
| 9:15 | reserve through June of 1999 and then commissioned | | | | |
| 9:16 | as a First Lieutenant in the Army Reserves as an | | | | |
| 9:17 | audiologist with the 7231st Mobilization Support | | | | |
| 9:18 | Unit in Lubbock, Texas. | | | | |
| 9:19 | I left that unit in March -- or February | | | | |
| 9:20 | of 2000 and went in -- on active duty as an | | | | |
| 9:21 | audiologist and then went to basic training as an | | | | |
| 10:01 | audi- -- officer basic training in 2000, March of | | | | |
| 10:02 | 2000. | | | | |
| 10:03 | From there, I went to -- to duty stations | | | | |
| 10:04 | at Fort Drum, New York. I was stationed at Fort | | | | |
| 10:05 | Drum, New York from June or July, I don't remember | | | | |
| 10:06 | exactly, of -- of 2000 through July of 2004 and | | | | |
| 10:07 | then moved to Wurzburg, Germany from 2004 to 2006, | | | | |
| 10:08 | when I deployed to Iraq. | | | | |
| 10:09 | I was in Iraq -- well, on a deployment. | | | | |
| 10:10 | I went with the 28th Combat Support Hospital, so we | | | | |
| 10:11 | did some train-up. I left in August. We trained | | | | |

| | |
|---|---|
| 10:12 | up, went to Kuwait in September of 2006. |
| 10:13 | I went into Iraq in October 2006 and then |
| 10:14 | returned from that deployment in November of 2007 |
| 10:15 | to Fort Bragg.  I returned home on the 1st of |
| 10:16 | December 2007 and then stayed in Wurzburg for three |
| 10:17 | years, and then PCS'd to Landstuhl. |
| 10:18 | I'm sorry, I'm not telling you my |
| 10:19 | position.  So, my position at Fort Drum was the |
| 10:20 | chief of audiology and the hearing -- installation |
| 10:21 | hearing conservation program manager.  In Wurzburg, |
| 11:01 | I had the same title.  I was the chief of audiology |
| 11:02 | and the hearing conservation program manager for |
| 11:03 | all of the Bavaria region.  So, the Wurzburg |
| 11:04 | Hospital and all of the subordinate clinics to |
| 11:05 | Wurzburg. |
| 11:06 | Then as -- with the 28th CSH, I deployed |
| 11:07 | as an audiologist, and in Iraq, I also served as |
| 11:08 | the theatre consultant for audiology. |
| 11:09 | Then PCS'd -- I came back to Germany, |
| 11:10 | PCS'd to Landstuhl where I was assigned to the Army |
| 11:11 | Public Health -- well, it was -- it was the Center |
| 11:12 | for Health Promotion and Preventive Medicine at the |
| 11:13 | time. |
| 11:14 | Q. CHPPM? |
| 11:15 | A. CHPPM.  CHPPM Europe.  They transitioned |
| 11:16 | to the Army Public Health Command Region Europe |
| 11:17 | while I was there.  That was in 2008.  So, |
| 11:18 | 2008/2009 is when -- when that transitioned. |
| 11:19 | I left that position -- oh, while in |
| 11:20 | Europe, I also served as the Europe audiology |
| 11:21 | consultant, so that -- the European -- European |
| 12:01 | Regional Medical Command audiology consultant. |
| 12:02 | Then PCS'd from Germany in 200- -- August |
| 12:03 | 2011 to Fort Carson, where I served as the chief |
| 12:04 | of -- well, I'm sorry.  I served as the |
| 12:05 | installation hearing program manager and was |
| 12:06 | assigned to the Department of Preventive Medicine. |
| 12:07 | I also served as the western |
| 12:08 | region or, I'm sorry, southern region audiology |
| 12:09 | consultant until the regions changed and Fort |
| 12:10 | Carson fell under the western -- I have to go back. |
| 12:11 | Q. That's okay. |
| 12:12 | A. But I was the audiology consultant for |
| 12:13 | the region, -- |
| 12:14 | Q. Got it. |
| 12:15 | A. -- whichever it was.  Because it |
| 12:16 | transitioned, and I became the central region |
| 12:17 | audiology consultant.  And then PCS'd from Fort |
| 12:18 | Carson in January 2015 to the Defense Hearing |
| 12:19 | Center of Excellence, where I was assigned as the |
| 12:20 | Army liaison officer to the DoD Hearing Center of |

| | | | | |
|---|---|---|---|---|
| 12:21 | Excellence. | | | |
| 13:01 | Q. What year was that? | | | |
| 13:02 | A. That was in January 2015. | | | |
| 13:03 | Q. What did you do between 2015 when you | | | |
| 13:04 | took over as the chief of the Army -- | | | |
| 13:05 | A. So -- | | | |
| 13:06 | Q. -- hearing division? | | | |
| 13:07 | A. So, I left San Antonio in May of 2018 and | | | |
| 13:08 | PCS'd to Aberdeen Proving Grounds. | | | |

**13:16 - 14:01**   Merkley, LTC John A. (2020-02-26)   0:18

| | | | | |
|---|---|---|---|---|
| 13:16 | So, were you the Army liaison officer at | **Re: [13:16 to 14:01]** | OVERRULED |
| 13:17 | the Defense Center for Hearing Excellence up until | **Pltf Obj** FRE 402/403; Leading; | |
| 13:18 | you took over as the chief of the, what is now the | Improper bolstering. | |
| 13:19 | Army Hearing Program? | | |
| 13:20 | A. Yes. | | |
| 13:21 | Q. And that was in July of 2018? | | |
| 14:01 | A. Correct. | | |

**14:02 - 15:07**   Merkley, LTC John A. (2020-02-26)   2:07

| | | |
|---|---|---|
| 14:02 | Q. What responsibilities does the Army | **Re: [14:02 to 15:07]**   OVERRULED |
| 14:03 | Hearing Program have? | **Pltf Obj** FRE 402/403; Vague |
| 14:04 | A. Well, the Army Hearing Program has | and overbroad question that |
| 14:05 | responsibility for oversight of the -- of | asks for narrative answer, and |
| 14:06 | the -- the Army Hearing Program across the world. | improper narrative answer |
| 14:07 | We have professionals that monitor the | given; Improper Bolstering; |
| 14:08 | database for surveillance audiometry and report on | 701/702; Plaintiff's MIL #1, |
| 14:09 | the database report statistics from the -- you | 2, 16, 17. |
| 14:10 | know, we -- we can find the number of individuals | |
| 14:11 | that were -- were required to receive a -- a | |
| 14:12 | monitoring audiogram, the number of individuals | |
| 14:13 | that received a monitoring audiogram, injury and | |
| 14:14 | illness rates, recordable injury and illness rates, | |
| 14:15 | follow-up compliance and the information like that. | |
| 14:16 | That's one area of what we do. | |
| 14:17 | We also have a studies and investigations | |
| 14:18 | group that was borne out of the Institute of | |
| 14:19 | Medicine report, and I believe it was the 2009 NDAA | |
| 14:20 | that looked at what we needed to do to improve | |
| 14:21 | hearing health across the Department of Defense. | |
| 15:01 | The Army stood up this studies group to look | |
| 15:02 | specifically at ways of improving hearing health. | |
| 15:03 | So, we -- we conduct studies and | |
| 15:04 | collaborate with other organizations, like the | |
| 15:05 | Defense Hearing Center of Excellence, to look at, | |
| 15:06 | you know, best practices and implementing best | |
| 15:07 | practices in hearing conservation. | |

**15:08 - 16:05**   Merkley, LTC John A. (2020-02-26)   1:08

| | |
|---|---|
| 15:08 | Q. Does the Army Hearing Program have a role |
| 15:09 | in determining what type of hearing protection |

| | | | | |
|---|---|---|---|---|
| 15:10 | devices would be used by service members in the | | | |
| 15:11 | Army? | | | |
| 15:12 | A. They have a consultative role in that | | | |
| 15:13 | currently.  I mean, I don't -- I don't make | | | |
| 15:14 | selections or I don't solicit hearing protection | | | |
| 15:15 | and make an up or down vote on what hearing | | | |
| 15:16 | protectors are used.  That falls -- that | | | |
| 15:17 | responsibility falls to the Program Executive | | | |
| 15:18 | Office for soldiers -- | | | |
| 15:19 | Q. Who's -- | | | |
| 15:20 | A. -- I believe. | | | |
| 15:21 | Q. Who is in charge of that office today? | | | |
| 16:01 | A. I -- I don't know.  I know who is in | | | |
| 16:02 | charge of -- well, who was in charge of the TCAPS | | | |
| 16:03 | Program, but I am -- I don't know who is in charge | | | |
| 16:04 | of the selecting and, you know, choosing which | | | |
| 16:05 | hearing protectors to use. | | | |

**18:18 - 18:21**  Merkley, LTC John A. (2020-02-26)  0:08

| | | | | |
|---|---|---|---|---|
| 18:18 | Q. Where is the Army Hearing Program | | Re: [18:18 to 18:21] | **OVERRULED** |
| 18:19 | physically located? | | Pltf Obj FRE 402/403; | |
| 18:20 | A. Aberdeen Proving Grounds.  The Edgewood | | Vague/Overbroad; | |
| 18:21 | area of Aberdeen Proving Grounds. | | | |

**22:02 - 22:04**  Merkley, LTC John A. (2020-02-26)  0:11

| | | | | |
|---|---|---|---|---|
| 22:02 | MAJOR EVANS:  He's not authorized to give | | Re: [22:02 to 22:04] | **SUSTAINED** |
| 22:03 | opinions.  He can give factual testimony, but not | | Def Obj attorney testifying, | |
| 22:04 | opinions. | | relevance | |

**22:06 - 22:09**  Merkley, LTC John A. (2020-02-26)  0:05

| | | | | |
|---|---|---|---|---|
| 22:06 | Q. The Department of Defense requires the | | | |
| 22:07 | Army to maintain a Hearing Conservation Program, | | | |
| 22:08 | right? | | | |
| 22:09 | A. Correct. | | | |

**22:14 - 24:01**  Merkley, LTC John A. (2020-02-26)  2:32

| | | | | |
|---|---|---|---|---|
| 22:14 | Q. I'm going to hand you what I have marked | | Re: [22:14 to 24:01] | **OVERRULED** |
| 22:15 | as Exhibit 1.  Take a look at Exhibit 1 and tell me | | Pltf Obj FRE 402/403 | |
| 22:16 | if you recognize it. | | relevance/prejudice as to | |
| 22:17 | A. Yes. | | outdated version of document | |
| 22:18 | Q. What is that document? | | applicability for Baker; 602; | |
| 22:19 | A. Well, this is an -- an outdated | | 701/702 improper lay opinion; | |
| 22:20 | Department of Defense instruction for the Hearing | | 802; speculation; Plaintiff's | |
| 22:21 | Conservation Program. | | MIL # 1, 2, 16, 17, 21. | |
| 23:01 | Q. You say outdated.  This particular | | | |
| 23:02 | version is dated April 22, 1996, correct? | | | |
| 23:03 | A. Correct. | | | |
| 23:04 | Q. This instruction is updated from time to | | | |
| 23:05 | time, right? | | | |
| 23:06 | A. Correct. | | | |
| 23:07 | Q. Do you know when the next update after | | | |

| | | | | |
|---|---|---|---|---|
| 23:08 | April of 1996 was? | | | |
| 23:09 | A. I -- I believe it was in 2010. | | | |
| 23:10 | Q. Okay.  So, this was the operative | | | |
| 23:11 | instruction during at least 1996 to 2010? | | | |
| 23:12 | A. I believe so. | | | |
| 23:13 | Q. This instruction contains a number of | | | |
| 23:14 | requirements for the Hearing Conservation Program | | | |
| 23:15 | at each of the DoD components, right? | | | |
| 23:16 | A. Correct. | | | |
| 23:17 | Q. Including the Army? | | | |
| 23:18 | A. Yes. | | | |
| 23:19 | Q. For example, if you turn to page 7 and | | | |
| 23:20 | look at section 6.6, there are requirements for | | | |
| 23:21 | personal hearing protectors, do you see that? | | | |
| 24:01 | A. Yes. | | | |

| | | | | |
|---|---|---|---|---|
| **24:04 - 24:20** | Merkley, LTC John A. (2020-02-26) | 1:55 | | |
| 24:04 | Q. And, for example, 6.6.2 requires that DoD | | **Re: [24:04 to 25:11]** | OVERRULED |
| 24:05 | components issue personal hearing protectors free | | **Pltf Obj** FRE 402/403; 602; | |
| 24:06 | to all personnel who work in noise or | | 701/702 improper lay opinion; | |
| 24:07 | noise-hazardous areas or with noise-hazardous | | 802; speculation; Plaintiff's | |
| 24:08 | equipment, right? | | MIL # 1, 2, 16, 17, 21. | |
| 24:09 | A. Right. | | | |
| 24:10 | Q. 6.6.5 provides that DoD personnel shall | | | |
| 24:11 | be allowed to choose personal hearing protectors | | | |
| 24:12 | from among those approved devices available through | | | |
| 24:13 | supply channels unless medically contraindicated or | | | |
| 24:14 | inappropriate for a particular hazardous-noise | | | |
| 24:15 | exposure; is that right? | | | |
| 24:16 | A. Correct. | | | |
| 24:17 | Q. Are Army service members able to choose | | | |
| 24:18 | what hearing protection device they wear while in | | | |
| 24:19 | service? | | | |
| 24:20 | A. Yes. | | | |

| | | | | |
|---|---|---|---|---|
| **24:21 - 26:19** | Merkley, LTC John A. (2020-02-26) | 2:04 | | |
| 24:21 | Q. 6.6.7 says that preformed earplugs shall | **Re: [24:21 to 26:19]** | Re: [24:21 to 26:19] | **Re: [24:04 to 25:11]** | OVERRULED |
| 25:01 | be fitted and issued only under the supervision of | **Pltf Obj** 611 | OVERRULED | **Pltf Obj** FRE 402/403; 602; | |
| 25:02 | personnel who have been specifically trained to fit | | | 701/702 improper lay opinion; | |
| 25:03 | earplugs, did I read that right? | | | 802; speculation; Plaintiff's | |
| 25:04 | A. Correct. | | | MIL # 1, 2, 16, 17, 21. | |
| 25:05 | Q. What are preformed earplugs? | | | | |
| 25:06 | A. Preformed earplugs are ear -- earplugs | | | **Re: [25:15 to 27:06]** | |
| 25:07 | that are -- you -- you don't form on yourself. | | | **Pltf Obj** FRE 402/403; | |
| 25:08 | They're not moldable.  They -- they come premolded | | | speculation; 404; 802; | |
| 25:09 | usually containing flanges.  They can be single | | | Plaintiff's MIL #1, 2, 16, 17, | |
| 25:10 | flanges up to -- currently there are hearing | | | 21; 701/702 improper opinion; | |
| 25:11 | protectors that have four flanges. | | | mischaracterizing evidence. | |
| 25:12 | Q. Is -- are you familiar with the Combat | | | | |
| 25:13 | Arms Version 2 Earplug? | | | | |

| | | | |
|---|---|---|---|
| 25:14 | A. Yes. | | |
| 25:15 | Q. Is that a preformed earplug? | | |
| 25:16 | A. Yes. | | |
| 25:17 | Q. And so, when the Combat Arms Version 2 is | | |
| 25:18 | issued to service members, the DoD instruction | | |
| 25:19 | requires that it would be fitted and issued only | | |
| 25:20 | under the supervision of personnel who have been | | |
| 25:21 | specifically trained to fit earplugs -- | | |
| 26:01 | MR. BUCHANAN:  Objection to form. | | |
| 26:02 | BY MR. WASDIN: | | |
| 26:03 | Q. -- is that right? | | |
| 26:04 | A. That's correct. | | |
| 26:05 | Q. 6.6.9, going down, states that medically | | |
| 26:06 | trained personnel must examine the fit and | | |
| 26:07 | condition of preformed and custom earplugs at least | | |
| 26:08 | annually, right? | | |
| 26:09 | A. Yes. | | |
| 26:10 | Q. So, under 6.6.9, anyone who had been | | |
| 26:11 | issued the Combat Arms Version 2 should have been | | |
| 26:12 | examined for fit at least annually? | | |
| 26:13 | A. Correct. | | |
| 26:14 | Q. And then 6.6.8 allows that if basically | | |
| 26:15 | you couldn't be fit by the medically trained | | |
| 26:16 | personnel with the preformed earplug, such as the | | |
| 26:17 | Combat Arms, then they would move to a custom | | |
| 26:18 | device in special circumstances; is that right? | | |
| 26:19 | A. Correct. | | |

| | | | | |
|---|---|---|---|---|
| 26:20 - 27:06 | Merkley, LTC John A. (2020-02-26) | 0:29 | | |
| 26:20 | Q. Flipping back a page or two, excuse me, | | **Re: [25:15 to 27:06]** | **OVERRULED** |
| 26:21 | page -- the page at the bottom is 3, there is a | | **Pltf Obj** FRE 402/403; | |
| 27:01 | requirement under the header 6, Procedures, and | | speculation; 404; 802; | |
| 27:02 | subheader, 6.1, Written Plan, that the DoD | | Plaintiff's MIL #1, 2, 16, 17, | |
| 27:03 | components shall prepare a written plan for the | | 21; 701/702 improper opinion; | |
| 27:04 | implementation of a comprehensive Hearing | | mischaracterizing evidence. | |
| 27:05 | Conservation Program, right? | | | |
| 27:06 | A. Correct. | | | |

| | | | | |
|---|---|---|---|---|
| 27:14 - 28:07 | Merkley, LTC John A. (2020-02-26) | 1:54 | | |
| 27:14 | Q. For example, 6.1 states that the plan to | | **Re: [27:14 to 28:07]** | **OVERRULED** |
| 27:15 | be implemented by the DoD components shall address | | | |
| 27:16 | occupational noise exposure, computation and | | **Pltf Obj** FRE 402/403 | |
| 27:17 | monitoring, noise abatement, hearing protectors, | | confusing/misleading; | |
| 27:18 | methods for exa-- -- estimating the adequacy of | | conjecture; Plaintiff's MIL | |
| 27:19 | hearing protector attenuation, training, | | #2, 17, 21. | |
| 27:20 | audiometric testing requirements, audiometric test | | | |
| 27:21 | rooms, audiometric measuring instruments, acoustic | | | |
| 28:01 | calibration of audiometers, recordkeeping and | | | |
| 28:02 | program evaluation, did I read that right? | | | |
| 28:03 | A. Yes. | | | |

28:04   Q. And so, in 1996 at least, the requirement
28:05   was for the Army to have a written plan that
28:06   tracked those items?
28:07   A. Correct.

28:18 - 29:20   Merkley, LTC John A. (2020-02-26)   1:52

28:18   Q. LTC Merkley, do you recognize the
28:19   document that I have handed you as Exhibit 2?
28:20   A. Yes.
28:21   Q. What is it?
29:01   A. DA Pamphlet 40-501.  It's the Army's
29:02   written program for the Hearing Conservation
29:03   Program.
29:04   Q. This version is dated 10 December 1998,
29:05   right?
29:06   A. Correct.
29:07   Q. And like the DoD instruction, the Army
29:08   would from time to time update the 40-501 Pamphlet,
29:09   right?
29:10   A. Correct.
29:11   Q. Do you know when the next update was
29:12   after 1998?
29:13   A. I don't have a current.  I believe it was
29:14   2014.
29:15   Q. Okay.  In any event, this was the
29:16   operative document as of December --
29:17   A. Yes.
29:18   Q. -- 10th, 1998 through some time around
29:19   2014?
29:20   A. Correct.

**Re: [29:04 to 29:20]**
**Pltf Obj** FRE 402/403;
speculation; 701/702 improper
opinion testimony; Plaintiff's
MIL # 1, 2, 16, 21

OVERRULED

30:17 - 31:02   Merkley, LTC John A. (2020-02-26)   1:31

30:17   Q. If you flip to Chapter 6 on page 5, for
30:18   example, section 6.1 titled, Introduction, it
30:19   begins by saying that all personnel working in or
30:20   visiting potentially noise-hazardous areas must
30:21   have hearing protectors with them at all times, do
31:01   you see that?
31:02   A. Yes.

**Re: [30:17 to 32:18]**
**Pltf Obj** FRE 402/403; 404;
speculation; 701/702 improper
opinion testimony; 802;
Plaintiff's MIL # 1, 2, 16, 21

OVERRULED

31:03 - 31:19   Merkley, LTC John A. (2020-02-26)   1:53

31:03   Q. Section 6.2, labeled Protector
31:04   Requirements, contains guidelines that were then in
31:05   place for what type of protector to wear in various
31:06   types of steady-state or impulse noises, correct?
31:07   A. Correct.
31:08   Q. And then section 3 or, excuse me, 6.3,
31:09   labeled Characteristics discusses the various types
31:10   of hearing protection devices that were then
31:11   available; is that right?
31:12   A. Yes.

**Re: [30:17 to 32:18]**
**Pltf Obj** FRE 402/403; 404;
speculation; 701/702 improper
opinion testimony; 802;
Plaintiff's MIL # 1, 2, 16, 21

OVERRULED

| | | | | |
|---|---|---|---|---|
| 31:13 | Q. And like the DoD instruction, it begins | | | |
| 31:14 | by saying that preformed ear flange -- excuse me, | | | |
| 31:15 | preformed earplugs are triple- or single-flange | | | |
| 31:16 | earplugs.  Medically trained personnel must fit and | | | |
| 31:17 | examine these earplugs at least annually to ensure | | | |
| 31:18 | proper fit and condition, right? | | | |
| 31:19 | A. Correct. | | | |
| | | | | |
| 31:20 - 32:18 | Merkley, LTC John A. (2020-02-26) | 1:54 | | |
| 31:20 | Q. I noticed, if you go back to 6.1c on page | | Re: [30:17 to 32:18] | OVERRULED |
| 31:21 | 5, there's a reference that an earplug carrying | | Pltf Obj FRE 402/403; 404; | |
| 32:01 | case must also be provided in addition to earplugs? | | speculation; 701/702 improper | |
| 32:02 | A. Um-hum. | | opinion testimony; 802; | |
| 32:03 | Q. And then it has a single national stock | | Plaintiff's MIL # 1, 2, 16, 21 | |
| 32:04 | number there? | | | |
| 32:05 | A. Correct. | | | |
| 32:06 | Q. Do you know what carrying case that's | | | |
| 32:07 | referring to? | | | |
| 32:08 | A. Yes. | | | |
| 32:09 | Q. At the time in 1998, was there just one | | | |
| 32:10 | carrying case that would be issued regardless of | | | |
| 32:11 | what type of preformed earplug you get? | | | |
| 32:12 | A. Yes. | | | |
| 32:13 | Q. And did the military have -- they had | | | |
| 32:14 | that carrying case as of at least December 1998 | | | |
| 32:15 | already? | | | |
| 32:16 | A. Well, I -- they -- they had it in -- yes. | | | |
| 32:17 | I was issued one in the National Guard, so -- and | | | |
| 32:18 | that was prior to 1998. | | | |
| | | | | |
| 33:03 - 33:04 | Merkley, LTC John A. (2020-02-26) | 0:11 | | |
| 33:03 | Q. What year were you issued one? | | Re: [33:03 to 34:04] | OVERRULED |
| 33:04 | A. I was issued one in 1994. | | Pltf Obj 602 | |
| | | | | |
| | | | Re: [33:03 to 34:04] | |
| | | | Pltf Obj FRE 402/403; | |
| | | | speculation; 701/702 improper | |
| | | | opinion testimony; 802; | |
| | | | conjecture; Plaintiff's MIL # | |
| | | | 1, 2, 16, 21 | |
| | | | | |
| 33:05 - 34:04 | Merkley, LTC John A. (2020-02-26) | 1:17 | | |
| 33:05 | Q. Focusing on 6.3a, the requirement that | Re: [33:05 to 34:04] | Re: [33:05 to 34:04] | Re: [33:03 to 34:04] | OVERRULED |
| 33:06 | medically trained personnel must fit and examine | Pltf Obj 602, 611 | OVERRULED | Pltf Obj 602 | |
| 33:07 | preformed earplugs at least annually to ensure | | | | |
| 33:08 | proper fit and condition, can you tell us how, if | | | Re: [33:05 to 34:04] | |
| 33:09 | you know at this time, medically trained personnel | | | Pltf Obj FRE 402/403; | |
| 33:10 | would have evaluated the fit of preformed earplugs | | | speculation; 701/702 improper | |
| 33:11 | for service members? | | | opinion testimony; 802; | |
| 33:12 | A. For -- | | | conjecture; Plaintiff's MIL # | |
| 33:13 | MR. BUCHANAN:  Objection to form and | | | 1, 2, 16, 21 | |

| | | | | |
|---|---|---|---|---|
| 33:14 | foundation. | | | |
| 33:15 | THE WITNESS:  So, if it was -- if | | | |
| 33:16 | it was done correctly -- and I was fitted with | | | |
| 33:17 | preformed earplugs at basic training back in | | | |
| 33:18 | October of 1991.  They were the triple-flanged, | | | |
| 33:19 | orange, regular hearing protectors, and the | | | |
| 33:20 | medically trained personnel would do a tug test and | | | |
| 33:21 | a visual inspection of the ear to see, you know, | | | |
| 34:01 | were -- were all of the flanges in the ear and then | | | |
| 34:02 | tugged -- well, they actually had us tug to make | | | |
| 34:03 | sure that we felt the suction and that the earplug | | | |
| 34:04 | didn't just come out of the ear. | | | |

| 34:06 - 34:08 | Merkley, LTC John A. (2020-02-26) | 0:05 | | Re: [34:06 to 35:02] | OVERRULED |
|---|---|---|---|---|---|
| 34:06 | Q. That happened for you at basic? | | | Pltf Obj 602 | |
| 34:07 | A. That happened to me -- for me at basic | | | | |
| 34:08 | training. | | | Re: [34:06 to 35:02] | |
| | | | | Pltf Obj FRE 402/403; speculation; 701/702 improper opinion testimony; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21 | |

| 34:09 - 34:12 | Merkley, LTC John A. (2020-02-26) | 0:11 | Re: [34:09 to 34:12] | Re: [34:09 to 34:12] | Re: [34:06 to 35:02] | OVERRULED |
|---|---|---|---|---|---|---|
| 34:09 | Q. Okay. | | Pltf Obj 602 | OBJECTION WITHDRAWN, 3/11/2021 | Pltf Obj 602 | |
| 34:10 | A. We trained all of our technicians on the | | | | | |
| 34:11 | same fitting technique and how to identify a -- a | | | | Re: [34:06 to 35:02] | |
| 34:12 | good or a poor fit. | | | | Pltf Obj FRE 402/403; speculation; 701/702 improper opinion testimony; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21 | |

| 34:13 - 34:16 | Merkley, LTC John A. (2020-02-26) | 0:07 | Re: [34:13 to 34:16] | Re: [34:13 to 34:16] | Re: [34:06 to 35:02] | OVERRULED |
|---|---|---|---|---|---|---|
| 34:13 | Q. Okay.  And it sounds like that | | Pltf Obj 602 | OBJECTION WITHDRAWN, 3/11/2021 | Pltf Obj 602 | |
| 34:14 | technique -- would the technician actually insert | | | | | |
| 34:15 | the earplug into the service member's ear? | | | | Re: [34:06 to 35:02] | |
| 34:16 | A. Not usually. | | | | Pltf Obj FRE 402/403; speculation; 701/702 improper opinion testimony; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21 | |

| 34:17 - 35:02 | Merkley, LTC John A. (2020-02-26) | 0:14 | Re: [34:17 to 35:02] | Re: [34:17 to 35:02] | Re: [34:06 to 35:02] | OVERRULED |
|---|---|---|---|---|---|---|
| 34:17 | Q. Okay. | | Pltf Obj 602, 611 | OVERRULED | Pltf Obj 602 | |
| 34:18 | A. The -- the service member would insert | | | | | |
| 34:19 | the earplug, and then the the -- the service | | | | Re: [34:06 to 35:02] | |
| 34:20 | member would walk by the technician, and the | | | | | |

| | | | | |
|---|---|---|---|---|
| 34:21 | technician would do a check. | | | **Pltf Obj** FRE 402/403; speculation; 701/702 improper opinion testimony; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21 | |
| 35:01 | Q. Visual and tug test? | | | | |
| 35:02 | A. Visual and tug test. | | | | |
| | | | | | |
| 35:04 - 35:17 | Merkley, LTC John A. (2020-02-26) | 0:22 | | | |
| 35:04 | THE WITNESS:  For both ears. | | | | |
| 35:05 | MAJOR EVANS:  And, I'm sorry, I'm just | | | | |
| 35:06 | going to clarify one point.  You weren't an | | | | |
| 35:07 | audiologist at that time frame, sir? | | | | |
| 35:08 | THE WITNESS:  No.  No, I was not. | | | | |
| 35:09 | MAJOR EVANS:  So, you're -- you're just | | | | |
| 35:10 | only talking about what the test would be from | | | | |
| 35:11 | your -- your education as an audiologist? | | | | |
| 35:12 | THE WITNESS:  No.  This is what happened | | | | |
| 35:13 | to me -- | | | | |
| 35:14 | MAJOR EVANS:  Okay. | | | | |
| 35:15 | THE WITNESS:  -- at Fort Leonard Wood. | | | | |
| 35:16 | MAJOR EVANS:  That's just what I wanted | | | | |
| 35:17 | to be clear about. | | | | |
| | | | | | |
| 36:20 - 37:11 | Merkley, LTC John A. (2020-02-26) | 1:32 | | | |
| 36:20 | Q. Is situation awareness important in the | **Re: [36:20 to 37:11]** | Re: [36:20 to 37:11] | **Re: [36:20 to 37:11]** | **OVERRULED** |
| 36:21 | military? | **Pltf Obj** 602, MIL G5 | OVERRULED; 602 | **Pltf Obj** 602 | |
| 37:01 | A. Yes. | | OBJECTION WITHDRAWN, 3/11/2021 | | |
| 37:02 | Q. Why? | | | **Re: [36:20 to 37:11]** | |
| 37:03 | A. Because in a combat zone, a combat | | | **Pltf Obj** FRE 402/403; | |
| 37:04 | environment, you need to be aware of what's | | | foundation; speculation; | |
| 37:05 | happening around you. | | | 701/702 improper opinion | |
| 37:06 | Q. Is situation awareness a dueling priority | | | testimony; 802; conjecture; | |
| 37:07 | with hearing protection? | | | Plaintiff's MIL # 1, 2, 16 | |
| 37:08 | A. Absolutely. | | | | |
| 37:09 | Q. Why? | | | | |
| 37:10 | A. Because any time you plug the ears, it | | | | |
| 37:11 | affects your ability to hear and localize sounds. | | | | |
| | | | | | |
| 38:05 - 39:01 | Merkley, LTC John A. (2020-02-26) | 1:54 | | | |
| 38:05 | Q. Yeah, sure.  If you go in 40-501 and you | **Re: [38:05 to 39:01]** | Re: [38:05 to 39:01] | **Re: [38:05 to 39:01]** | **OVERRULED** |
| 38:06 | flip to section 6.2, you told me earlier that this | **Pltf Obj** 611 | OVERRULED | **Pltf Obj** FRE 402/403; | |
| 38:07 | section had requirements for the use of hearing | | | speculation; 602; 701/702 | |
| 38:08 | protection in various situations in noise I | | | improper opinion testimony; | |
| 38:09 | believe? | | | 802; conjecture; Plaintiff's | |
| 38:10 | MR. BUCHANAN:  Objection.  Form. | | | MIL # 1, 2, 15, 16, 21 | |
| 38:11 | THE WITNESS:  I -- I didn't say that this | | | | |
| 38:12 | section had the requirements.  It may. | | | | |
| 38:13 | BY MR. WASDIN: | | | | |
| 38:14 | Q. This is section 6 -- | | | | |
| 38:15 | A. It does indicate what hearing protection | | | | |
| 38:16 | to use when you're exposed to certain levels of | | | | |
| 38:17 | noise. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 38:18 | Q. Okay.  And if you go on to page 6 and go | | | | |
| 38:19 | down to the bottom of the left-hand column to | | | | |
| 38:20 | the -- what is 6. -- or 6-2(d), there's guidance | | | | |
| 38:21 | for combat scenarios, right? | | | | |
| 39:01 | A. Right. | | | | |

40:04 - 40:21   Merkley, LTC John A. (2020-02-26)   1:50

| | | |
|---|---|---|
| 40:04 | Q. And that section that starts out, in | **Re: [40:04 to 40:21]** / **Pltf Obj** 402; 403; 611 |
| 40:05 | combat, soldiers, and then -- | |
| 40:06 | A. Correct. | |
| 40:07 | Q. -- there's a dash, and it has a | |
| 40:08 | subsection (1) and (2), and if you -- can you look | |
| 40:09 | at (2) at the top of the right-hand column and tell | |
| 40:10 | me what that says? | |
| 40:11 | A. Should NOT wear hearing protectors when | |
| 40:12 | they impair necessary hearing.  For example, with | |
| 40:13 | dismounted infantry operations. | |
| 40:14 | Q. So, as of December 1998, the Army | |
| 40:15 | requirement was that when in combat, service | |
| 40:16 | members should not, and not there is all | |
| 40:17 | capitalized, wear hearing protectors when they | |
| 40:18 | impair necessary hearing, including with dismounted | |
| 40:19 | infantry op- -- operations, right? | |
| 40:20 | MR. BUCHANAN:  Objection to form. | |
| 40:21 | THE WITNESS:  That's what it says. | |

**Re: [40:04 to 40:21]** — OVERRULED

**Re: [40:04 to 40:21]** / **Pltf Obj** 402; 403; 611

**Re: [40:04 to 40:21]** / **Pltf Obj** 701/702 improper opinion testimony; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21

**OVERRULED**

41:18 - 41:21   Merkley, LTC John A. (2020-02-26)   0:16

| | |
|---|---|
| 41:18 | Q. LTC Merkley, I have handed you a document |
| 41:19 | we have marked as Exhibit 3.  This is a test report |
| 41:20 | that was produced to us by the military in this |
| 41:21 | case.  Is this a document you've ever seen before? |

**Re: [41:18 to 42:01]** / **Pltf Obj** FRE 602; 402/403; 802.

**SUSTAINED**

42:01 - 42:01   Merkley, LTC John A. (2020-02-26)   0:01

| | |
|---|---|
| 42:01 | A. Not that I recall, no. |

**Re: [41:18 to 42:01]** / **Pltf Obj** FRE 602; 402/403; 802.

**SUSTAINED**

43:17 - 45:10   Merkley, LTC John A. (2020-02-26)   2:15

| | |
|---|---|
| 43:17 | Q. Okay.  Going down to the bottom paragraph |
| 43:18 | it says, several military laboratories in the |
| 43:19 | United States and Europe, working with industry, |
| 43:20 | have endeavored to develop tactical headset |
| 43:21 | technologies which protect the hearing of mounted |
| 44:01 | and dismounted personnel from weapons and blast |
| 44:02 | noise while promoting ambient soundscape listening |
| 44:03 | and voice communications, did I read that right? |
| 44:04 | A. Yes. |
| 44:05 | Q. Do you know which laboratories, which |
| 44:06 | military laboratories in the U.S. and Europe worked |
| 44:07 | with industry to develop nonlinear hearing devices? |
| 44:08 | MR. BUCHANAN:  Objection to form.  Vague |

**Re: [43:17 to 45:10]** / **Pltf Obj** Vague; 602; 611

**Re: [43:17 to 45:10]** — SUSTAINED

**Re: [43:17 to 45:10]** / **Pltf Obj** Vague; 602; 611

**Re: [43:17 to 45:10]** / **Pltf Obj** FRE 402/403; speculation; 701/702 improper opinion testimony; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21

**SUSTAINED**

| | | | | | |
|---|---|---|---|---|---|
| 44:09 | as to time. | | | | |
| 44:10 | THE WITNESS:  I -- I know USAARL worked | | | | |
| 44:11 | on a product meeting this description.  ARL did | | | | |
| 44:12 | work with -- in reports that I have read worked | | | | |
| 44:13 | with our researchers from the laboratory in -- I | | | | |
| 44:14 | believe it's in Saint-Louis, France to develop this | | | | |
| 44:15 | type of hearing pro- -- develop and evaluate this | | | | |
| 44:16 | type of hearing protector. | | | | |
| 44:17 | BY MR. WASDIN: | | | | |
| 44:18 | Q. Are you referring to the Combat Arms | | | | |
| 44:19 | Earplug? | | | | |
| 44:20 | MR. BUCHANAN:  Objection to the form. | | | | |
| 44:21 | THE WITNESS:  Yes. | | | | |
| 45:01 | BY MR. WASDIN: | | | | |
| 45:02 | Q. So, it's your understanding that ARL | | | | |
| 45:03 | worked with the Institute of Saint-Louis in France | | | | |
| 45:04 | to develop the Combat Arms Earplug? | | | | |
| 45:05 | MR. BUCHANAN:  Objection to form and | | | | |
| 45:06 | foundation. | | | | |
| 45:07 | THE WITNESS:  I -- I believe so. | | | | |
| 45:08 | BY MR. WASDIN: | | | | |
| 45:09 | Q. Okay.  Let's talk about that history a | | | | |
| 45:10 | little bit. | | | | |

**45:15 - 46:01   Merkley, LTC John A. (2020-02-26)     1:57**

| | | | | |
|---|---|---|---|---|
| 45:15 | Q. LTC Merkley, I going to hand you a -- a | Re: [45:15 to 46:01] | Re: [45:15 to 46:01] | Re: [45:15 to 46:04] | **OVERRULED** |
| 45:16 | document we've marked as Exhibit 4.  You'll see it | Pltf Obj Foundation; 602 | OVERRULED | Pltf Obj 602 | |
| 45:17 | has a prior sticker from a different deposition on | | | | |
| 45:18 | it, but I'll refer to it as Exhibit 4. | | | Re: [45:15 to 46:04] | |
| 45:19 | If you flip that open, tell me if you | | | Pltf Obj FRE 402/403; | |
| 45:20 | recognize the document as a test report prepared by | | | speculation; 701/702 improper | |
| 45:21 | a gentleman named Dan Johnson in the mid 1990s? | | | opinion testimony; 802; | |
| 46:01 | A. That's who signed it, yes. | | | conjecture; Plaintiff's MIL # | |
| | | | | 1, 2, 15, 16, 21 | |

**46:02 - 46:04   Merkley, LTC John A. (2020-02-26)     0:06**

| | | | | |
|---|---|---|---|---|
| 46:02 | Q. Have you ever seen this test report | | | Re: [45:15 to 46:04] | **OVERRULED** |
| 46:03 | before? | | | Pltf Obj 602 | |
| 46:04 | A. Not to my knowledge, no. | | | | |
| | | | | Re: [45:15 to 46:04] | |
| | | | | Pltf Obj FRE 402/403; | |
| | | | | speculation; 701/702 improper | |
| | | | | opinion testimony; 802; | |
| | | | | conjecture; Plaintiff's MIL # | |
| | | | | 1, 2, 15, 16, 21 | |

**46:08 - 47:08   Merkley, LTC John A. (2020-02-26)     1:12**

| | | | | |
|---|---|---|---|---|
| 46:08 | This report, just on page 1, is titled | Re: [46:08 to 47:08] | Re: [46:08 to 47:08] | Re: [46:08 to 47:08] | **OVERRULED** |
| 46:09 | Blast Overpressure Studies with Animals and Man, | Pltf Obj Foundation; 602 | OVERRULED | Pltf Obj 602 | |
| 46:10 | right? | | | | |
| 46:11 | A. Correct. | | | Re: [46:08 to 47:08] | |

| | | | | |
|---|---|---|---|---|
| 46:12 Q. And it appears to have been conducted in | | | Pltf Obj FRE 402/403; speculation; 701/702; 802; conjecture; Plaintiff's MIL # 1, 2, 15, 16, 21 | |
| 46:13 Albuquerque, New Mexico, correct? | | | | |
| 46:14 A. Correct. | | | | |
| 46:15 Q. If you -- I'm going to use the romanettes | | | | |
| 46:16 or I guess they're actually capital Romans at the | | | | |
| 46:17 bottom, the page numbers, but if you go to III, | | | | |
| 46:18 page 18 with me. Actually, before you turn there, | | | | |
| 46:19 can I just go right -- keep your finger there and | | | | |
| 46:20 go back to the front page. I should have asked | | | | |
| 46:21 you, this report, if you go down the left, was | | | | |
| 47:01 prepared for the Commander of the U.S. Army Medical | | | | |
| 47:02 Research and Material Command at Fort Detrick in | | | | |
| 47:03 Maryland, right? | | | | |
| 47:04 A. Correct. | | | | |
| 47:05 Q. Okay. And if you go to III, page 18, it | | | | |
| 47:06 looks like this section is titled, Results, and | | | | |
| 47:07 then Nonlinear Earplug Study, right? | | | | |
| 47:08 A. Correct. | | | | |
| | | | | |
| **48:15 - 48:20** Merkley, LTC John A. (2020-02-26)  0:15 | | | | |
| 48:15 Q. Okay. And beneath that, it talks about | Re: [48:15 to 48:20] | Re: [48:15 to 48:20] | Re: [48:15 to 48:20] | OVERRULED |
| 48:16 Phase 1 was a nonlinear earplug (Rucker Plug, | Pltf Obj Foundation; 602 | OVERRULED | Pltf Obj 602 | |
| 48:17 designed by the U.S. Army Aeromedical Research | | | | |
| 48:18 Laboratory, USAARL, Fort Rucker, Alabama. Did I | | | Re: [48:15 to 48:20] | |
| 48:19 read that right? | | | Pltf Obj FRE 611; 402/403; | |
| 48:20 A. Yes. | | | 802; speculation | |
| | | | | |
| **49:06 - 49:13** Merkley, LTC John A. (2020-02-26)  0:21 | | | | |
| 49:06 Q. Okay. If you go down, Phase 2 talks | Re: [49:06 to 49:13] | Re: [49:06 to 49:13] | Re: [49:06 to 49:13] | OVERRULED |
| 49:07 about a nonlinear earplug (French No. 1 Plug, | Pltf Obj Foundation; 602 | OVERRULED | Pltf Obj 602 | |
| 49:08 designed by the French-German Research Institute | | | | |
| 49:09 Saint-Louis, ISL France,) did I read that right? | | | Re: [49:06 to 49:13] | |
| 49:10 A. Yes. | | | Pltf Obj FRE 611; 402/403; | |
| 49:11 Q. Have you ever heard of the French No. 1 | | | 701/702; 802. Plaintiffs MIL | |
| 49:12 Plug? | | | #16, 21. | |
| 49:13 A. I've heard of it. | | | | |
| | | | | |
| **50:06 - 50:18** Merkley, LTC John A. (2020-02-26)  1:36 | | | | |
| 50:06 Q. This -- this says the French No. 1 Plug | Re: [50:06 to 50:18] | Re: [50:06 to 50:18] | Re: [50:06 to 50:18] | OVERRULED |
| 50:07 is also a modification of the triple-flange EAR | Pltf Obj Foundation; 602; 611 | OVERRULED | Pltf Obj 602 | |
| 50:08 UltraFit with a 2 millimeter diameter hole through | | | | |
| 50:09 it's longitudinal access. This modification | | | Re: [50:06 to 50:18] | |
| 50:10 consisted of shortening the stem by 8 millimeters | | | Pltf Obj FRE 611; 402/403; | |
| 50:11 and putting the filter designed at ISL Saint-Louis, | | | 701/702; 802. Plaintiffs MIL | |
| 50:12 France in the front of the plug, and then it | | | #16, 21. | |
| 50:13 directs us to a -- figure, do you see that? | | | | |
| 50:14 A. Yes. | | | | |
| 50:15 Q. Does that refresh you at all that the | | | | |
| 50:16 French No. 1 Plug was an UltraFit earplug with a | | | | |
| 50:17 version of the ISL filter in it? | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 50:18 | A. Yes. | | | | |
| | | | | | |
| 51:09 - 52:05 | Merkley, LTC John A. (2020-02-26) | 1:45 | | | |
| 51:09 | Q. Before I ask you this, you said earlier | | **Re: [51:09 to 52:05]** | Re: [51:09 to 52:05] | **Re: [51:09 to 52:10]** | **OVERRULED** |
| 51:10 | that you heard of the Dan Johnson study. Can you | | **Pltf Obj** Foundation; 602 | OVERRULED | **Pltf Obj** 602 | |
| 51:11 | just sort of give us an overview of what you know | | | | | |
| 51:12 | about it? | | | | **Re: [51:09 to 52:10]** | |
| 51:13 | A. I've just heard -- this is the | | | | **Pltf Obj** FRE 611; 402/403; | |
| 51:14 | Albuquerque -- | | | | 701/702; 802. Plaintiffs MIL | |
| 51:15 | Q. Yeah. | | | | #1, 2, 16, 21. | |
| 51:16 | A. -- study.  I've -- I've just heard -- I | | | | | |
| 51:17 | work with the -- the acoustic engineers that refer | | | | | |
| 51:18 | back to this study based on their work for | | | | | |
| 51:19 | the -- on AHAAH model for determining health hazard | | | | | |
| 51:20 | assessment and risks, and -- and that's really what | | | | | |
| 51:21 | I know about it. | | | | | |
| 52:01 | Q. Okay. | | | | | |
| 52:02 | A. It was a -- it was a blast study on human | | | | | |
| 52:03 | subjects. | | | | | |
| 52:04 | Q. Impulse noise study? | | | | | |
| 52:05 | A. Impulse noise study, yeah. | | | | | |
| | | | | | |
| 52:06 - 52:10 | Merkley, LTC John A. (2020-02-26) | 0:07 | | | |
| 52:06 | Q. Using nonlinear earplugs? | | | | **Re: [51:09 to 52:10]** | **SUSTAINED** |
| 52:07 | MR. BUCHANAN:  Objection to form and | | | | **Pltf Obj** 602 | |
| 52:08 | foundation. | | | | | |
| 52:09 | THE WITNESS:  Well, I -- I didn't -- I | | | | **Re: [51:09 to 52:10]** | |
| 52:10 | don't -- I just knew it was a blast study. | | | | **Pltf Obj** FRE 611; 402/403; | |
| | | | | | 701/702; 802. Plaintiffs MIL | |
| | | | | | #1, 2, 16, 21. | |
| | | | | | | |
| | | | | | **Re: [52:06 to 52:10]** | |
| | | | | | **Def Obj** 602 | |
| | | | | | |
| 52:12 - 54:07 | Merkley, LTC John A. (2020-02-26) | 2:09 | | | |
| 52:12 | Q. On page 4 -- IV, page 5, there's a Figure | | **Re: [52:12 to 54:07]** | Re: [52:12 to 54:07] | **Re: [52:12 to 54:07]** | **OVERRULED** |
| 52:13 | IV-2 that compares the Rucker Plug to French No. 1 | | **Pltf Obj** Foundation; 602 | OVERRULED | **Pltf Obj** 602 | |
| 52:14 | Plug with respect to percent of unacceptable TTS | | | | | |
| 52:15 | versus peek level, do you see that? | | | | **Re: [52:12 to 54:07]** | |
| 52:16 | A. Yes. | | | | **Pltf Obj** FRE 402/403; 611; | |
| 52:17 | Q. What does TTS mean? | | | | speculation; conjecture; | |
| 52:18 | A. Temporary threshold shift. | | | | 701/702; 802. Plaintiffs MIL | |
| 52:19 | Q. So, that means essentially that someone's | | | | #1, 2, 16, 21. | |
| 52:20 | hearing shifts temporarily and responds to an | | | | | |
| 52:21 | exposure to noise? | | | | | |
| 53:01 | MR. BUCHANAN:  Objection to form. | | | | | |
| 53:02 | THE WITNESS:  Yes. | | | | | |
| 53:03 | BY MR. WASDIN: | | | | | |
| 53:04 | Q. And then there's data in the -- the chart | | | | | |
| 53:05 | above that plots out how the French No. 1 and the | | | | | |
| 53:06 | Rucker Plug performed as a measure of percent of | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 53:07 | unacceptable TTS? | | | | |
| 53:08 | A. Yes. | | | | |
| 53:09 | Q. And it looks like that data tracks their | | | | |
| 53:10 | performance up through 193 decibels at various | | | | |
| 53:11 | numbers of shots fired? | | | | |
| 53:12 | MR. BUCHANAN:  Objection to form and | | | | |
| 53:13 | foundation.  Leading. | | | | |
| 53:14 | THE WITNESS:  Yes. | | | | |
| 53:15 | BY MR. WASDIN: | | | | |
| 53:16 | Q. And if you track, you can see on the | | | | |
| 53:17 | right that the French No. 1 Plug, the plug with the | | | | |
| 53:18 | UltraFit and the ISL filter, is tracked on two | | | | |
| 53:19 | metrics using the solid line; once at six shots | | | | |
| 53:20 | fired and then once at 100 shots fired, right? | | | | |
| 53:21 | A. Correct. | | | | |
| 54:01 | Q. And at six shots fired at 190 decibels, | | | | |
| 54:02 | the French No. 1 Plug showed ten percent of | | | | |
| 54:03 | unacceptable TTS? | | | | |
| 54:04 | MR. BUCHANAN:  Objection to form. | | | | |
| 54:05 | THE WITNESS:  If that is at the ten | | | | |
| 54:06 | percent mark, and it appears to be close to ten | | | | |
| 54:07 | percent, then, yes. | | | | |

**56:03 - 56:21   Merkley, LTC John A. (2020-02-26)   1:46**

| | | | | |
|---|---|---|---|---|
| 56:03 | Q. The section that starts on V-1 is titled | Re: [56:03 to 56:21] | Re: [56:03 to 56:21] | Re: [56:03 to 57:02] | **OVERRULED** |
| 56:04 | Conclusions, right, at the top? | Pltf Obj Foundation; 602 | OVERRULED | Pltf Obj 602 | |
| 56:05 | A. Yes. | | | | |
| 56:06 | Q. And then there's a section for the | | | Re: [56:03 to 57:02] | |
| 56:07 | Nonlinear Earplug Study below that, right? | | | Pltf Obj FRE 402/403; | |
| 56:08 | A. Correct. | | | speculation; 611; 701/702; | |
| 56:09 | Q. And I'm going to start with the second | | | 802. Plaintiffs MIL #1, 2, | |
| 56:10 | paragraph for the nonlinear earplug study, and | | | 15,16. | |
| 56:11 | you'll have to track me over that page number | | | | |
| 56:12 | oddity, but it says, like the perforated plug of | | | | |
| 56:13 | the previous study, the nonlinear plug designed at | | | | |
| 56:14 | Fort Rucker was inadequate.  Perhaps with | | | | |
| 56:15 | additional subjects, the plug might be safe for | | | | |
| 56:16 | shots at 175 dB and below; however, like the | | | | |
| 56:17 | perforated plug, they made it difficult to | | | | |
| 56:18 | understand speech and windy conditions; thus, there | | | | |
| 56:19 | is no valid reason to use them, did I read that | | | | |
| 56:20 | right? | | | | |
| 56:21 | A. Yes. | | | | |

**57:06 - 57:12   Merkley, LTC John A. (2020-02-26)   0:20**

| | | | | |
|---|---|---|---|---|
| 57:06 | Q. And then the next paragraph | Re: [57:06 to 57:12] | Re: [57:06 to 57:12] | Re: [57:06 to 57:12] | **OVERRULED** |
| 57:07 | talks -- says, the nonlinear plug that used a | Pltf Obj Foundation; 602 | OVERRULED | Pltf Obj 602 | |
| 57:08 | special filter designed in France performed better | | | | |
| 57:09 | and may be a satisfactory solution; however, not | | | Re: [57:06 to 57:12] | |
| 57:10 | enough subjects were exposed to provide a | | | Pltf Obj FRE 402/403; | |
| 57:11 | definitive answer, did I read that right? | | | speculation; 611; 701/702; | |

| | | | | |
|---|---|---|---|---|
| 57:12 | A. Yes. | | 802. Plaintiffs MIL #1, 2, 15,16. | |
| | | | | |
| 58:02 - 58:15 | Merkley, LTC John A. (2020-02-26) | 1:48 | Re: [58:02 to 58:12] | OVERRULED |
| 58:02 | Q. So, again, just to sort of -- I'm going | | Pltf Obj FRE 402/403; | |
| 58:03 | to hand you a document I have marked Exhibit 5, and | | speculation; 602; 611; | |
| 58:04 | to level set our chronology here, the Johnson blast | | 701/702; 802. Plaintiffs MIL | |
| 58:05 | study, the Albuquerque study, that was -- the front | | #1, 2, 15,16. | |
| 58:06 | of that was dated 1996, correct? | | | |
| 58:07 | A. Correct.  Right. | | | |
| 58:08 | Q. And then if you turn -- if you look at | | | |
| 58:09 | Exhibit 5, it's titled, Agenda DoD Hearing | | | |
| 58:10 | Conservation Working Group Meeting 9 April 1998, | | | |
| 58:11 | right? | | | |
| 58:12 | A. Correct. | | | |
| 58:13 | Q. What is the DoD or what was the DoD | | | |
| 58:14 | Hearing Conservation Working Group, if you know, at | | | |
| 58:15 | that time period? | | | |
| | | | | |
| 58:18 - 59:04 | Merkley, LTC John A. (2020-02-26) | 0:29 | | |
| 58:18 | THE WITNESS:  Well, I know what the DoD | | | |
| 58:19 | Hearing Conservation Working Group is. | | | |
| 58:20 | BY MR. WASDIN: | | | |
| 58:21 | Q. Okay.  What is it? | | | |
| 59:01 | A. It is a -- a working group of hearing | | | |
| 59:02 | health professionals across the DoD that respond to | | | |
| 59:03 | and address issues related to hearing conservation | | | |
| 59:04 | in the Department of Defense. | | | |
| | | | | |
| 59:12 - 60:03 | Merkley, LTC John A. (2020-02-26) | 1:54 | Re: [59:12 to 59:17] | OVERRULED |
| 59:12 | Q. If you turn to it looks like on the first | | Pltf Obj FRE 802; 805; 602; | |
| 59:13 | page, the agenda for the April 9th, 1998 meeting, | | 611; 701/702 | |
| 59:14 | there's a highlighted piece in the middle, number | | | |
| 59:15 | 4.  It's the Tactical Combat Arms Nonlinear Plug | | | |
| 59:16 | (Dr. Doug Ohlin USACHPPM), do you see that? | | | |
| 59:17 | A. Yes. | | | |
| 59:18 | Q. Who is Doug Ohlin? | | | |
| 59:19 | A. Doug Ohlin is -- was a Ph.D. audiologist | | | |
| 59:20 | assigned to the Army Center for Health Promotion | | | |
| 59:21 | and Preventive Medicine as the Hearing Conservation | | | |
| 60:01 | Program manager, and I believe at this time, he was | | | |
| 60:02 | also the chair of the DoD Hearing Conservation | | | |
| 60:03 | Working Group. | | | |
| | | | | |
| 60:04 - 60:09 | Merkley, LTC John A. (2020-02-26) | 0:18 | Re: [60:04 to 61:02] | SUSTAINED |
| 60:04 | Q. Do you know what dates Mr. Ohlin would | | Pltf Obj FRE 402/403; | |
| 60:05 | have held that position? | | speculation; 602; 611; | |
| 60:06 | A. Not exactly.  He -- he was in that | | 701/702; 802. Plaintiffs MIL | |
| 60:07 | position when I came on active duty as an | | #1, 2, 15,16. | |
| 60:08 | audiologist, and I -- I don't remember when | | | |
| 60:09 | he -- he retired. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 60:10 - 61:02 | Merkley, LTC John A. (2020-02-26) | 0:28 | | | |
| 60:10 | Q. Do you know what Mr. Ohlin's | | | **Re: [60:04 to 61:02]** | **SUSTAINED** |
| 60:11 | responsibilities were in that position in the late | | | **Pltf Obj** FRE 402/403; | |
| 60:12 | 1990s? | | | speculation; 602; 611; | |
| 60:13 | MR. BUCHANAN: Objection to form and | | | 701/702; 802. Plaintiffs MIL | |
| 60:14 | foundation. | | | #1, 2, 15,16. | |
| 60:15 | THE WITNESS: Not -- not exactly. | | | | |
| 60:16 | BY MR. WASDIN: | | | **Re: [60:10 to 61:02]** | **SUSTAINED** |
| 60:17 | Q. Do you know whether Mr. Ohlin would have | | | **Def Obj** 602 | |
| 60:18 | had the responsibility to evaluate hearing | | | | |
| 60:19 | protection devices as a member of the DoD Hearing | | | | |
| 60:20 | Conservation Working Group? | | | | |
| 60:21 | MR. BUCHANAN: Same objections. | | | | |
| 61:01 | THE WITNESS: I -- I don't know if that | | | | |
| 61:02 | was his responsibility. | | | | |
| | | | | | |
| 61:13 - 62:07 | Merkley, LTC John A. (2020-02-26) | 1:42 | | | |
| 61:13 | Q. The memorandum is on Department of Army | | | **Re: [61:13 to 62:15]** | **SUSTAINED** |
| 61:14 | letterhead? | | | **Pltf Obj** FRE 402/403; | |
| 61:15 | A. Right. It's for the Department of the | | | speculation; 602; 611; | |
| 61:16 | Army Research Laboratory. | | | 701/702; 802. Plaintiffs MIL | |
| 61:17 | Q. ARL? | | | #1, 2, 15,16. | |
| 61:18 | A. Right. | | | | |
| 61:19 | Q. Yeah. It's dated 19 March 1997, right? | | | | |
| 61:20 | A. Correct. | | | | |
| 61:21 | Q. And the Subject is, trip report on Visit | | | | |
| 62:01 | to the French-German Institute at Saint-Louis (ISL) | | | | |
| 62:02 | France 5 to 23 December 1996? | | | | |
| 62:03 | A. Correct. | | | | |
| 62:04 | Q. And if you just flip a few pages over to | | | | |
| 62:05 | page 6 of that memo, it's signed by a gentleman | | | | |
| 62:06 | named Georges Garinther? | | | | |
| 62:07 | A. Um-hum. | | | | |
| | | | | | |
| 62:08 - 62:15 | Merkley, LTC John A. (2020-02-26) | 0:25 | | | |
| 62:08 | Q. Do you know who Georges Garinther was? | | | **Re: [61:13 to 62:15]** | **SUSTAINED** |
| 62:09 | A. I've heard his name associated with other | | | **Pltf Obj** FRE 402/403; | |
| 62:10 | studies, but I -- I don't know him exactly, what | | | speculation; 602; 611; | |
| 62:11 | his responsibilities were. | | | 701/702; 802. Plaintiffs MIL | |
| 62:12 | Q. Was he a member of the U.S. Army? | | | #1, 2, 15,16. | |
| 62:13 | A. I -- I don't believe so. I -- I think he | | | | |
| 62:14 | was a researcher, but I don't think he was on | | | | |
| 62:15 | active duty, that -- that I recall. | | | | |
| | | | | | |
| 63:02 - 64:12 | Merkley, LTC John A. (2020-02-26) | 2:46 | | | |
| 63:02 | Q. Okay. If you go to -- flip back, sir, to | **Re: [63:02 to 64:12]** | Re: [63:02 to 64:12] | **Re: [63:02 to 64:12]** | **SUSTAINED** |
| 63:03 | page 2 of the memo -- by the way, to -- to level | **Pltf Obj** Foundation; 602; 611 | SUSTAINED | **Pltf Obj** Foundation; 602; 611 | |
| 63:04 | set again our time period, this is -- he's writing | | | | |
| 63:05 | about a trip report that was at the end of 1996, so | | | **Re: [63:02 to 64:12]** | |
| 63:06 | after the Johnson blast study we talked about? | | | **Pltf Obj** FRE 402/403; | |

| | | | | | |
|---|---|---|---|---|---|
| 63:07 | A. Right. Okay. | | | speculation; 701/702; 802; | |
| 63:08 | Q. And on paragraph 5 he writes, In view of | | | 806. Plaintiffs MIL #1, 2, | |
| 63:09 | the potential positive impact of nonlinear | | | 15,16. | |
| 63:10 | earplugs, Mr. Garinther participated in a series of | | | | |
| 63:11 | experiments conducted by ISL in December 1996 at a | | | | |
| 63:12 | large French Army training area near the city of | | | | |
| 63:13 | Nimes, France. This study is preliminary to a more | | | | |
| 63:14 | complete study being planned for May of 1997 using | | | | |
| 63:15 | a larger number of subjects and exposing the | | | | |
| 63:16 | soldiers to large caliber mortars. The experiments | | | | |
| 63:17 | conducted in December consisted of, and then | | | | |
| 63:18 | there's a list of them, do you see that? | | | | |
| 63:19 | A. Um-hum. | | | | |
| 63:20 | Q. So, it looks like in 1996, Mr. Garinther | | | | |
| 63:21 | has gone to ISL in France to further test nonlinear | | | | |
| 64:01 | earplugs with the ISL filter? | | | | |
| 64:02 | MR. BUCHANAN: Objection to the leading | | | | |
| 64:03 | and foundation. | | | | |
| 64:04 | THE WITNESS: Yes. | | | | |
| 64:05 | BY MR. WASDIN: | | | | |
| 64:06 | Q. And then if you turn to the next page, | | | | |
| 64:07 | page 3, paragraph 6 says, preliminary results prior | | | | |
| 64:08 | to a detailed analysis indicate that the nonlinear | | | | |
| 64:09 | earplug protected hearing as effectively as the | | | | |
| 64:10 | Max-Lyte earplug that is normally worn by French | | | | |
| 64:11 | soldiers, did I read that right? | | | | |
| 64:12 | A. Yes. | | | | |
| | | | | | |
| 65:06 - 65:16 | Merkley, LTC John A. (2020-02-26) | 1:31 | | | |
| 65:06 | Q. If you go to page 5, one over, paragraph | | | Re: [65:06 to 65:18] | SUSTAINED |
| 65:07 | 11, Mr. Garinther writes, I have discussed these | | | Pltf Obj FRE 402/403; | |
| 65:08 | results with Felix Sachs and Doug Ohlin of CHPPM, | | | speculation; 602; 611; | |
| 65:09 | who also believe that nonlinear earplugs should be | | | 701/702; 802, 805. | |
| 65:10 | included as a standard or specialized earplug in | | | | |
| 65:11 | the military, did I read that right? | | | | |
| 65:12 | A. Yes. | | | | |
| 65:13 | Q. Who is Felix Sachs? | | | | |
| 65:14 | A. Felix Sachs was an acoustical or a noise | | | | |
| 65:15 | control engineer assigned to the Center for Health | | | | |
| 65:16 | Promotion and Preventive Medicine. | | | | |
| | | | | | |
| 65:17 - 65:18 | Merkley, LTC John A. (2020-02-26) | 0:03 | | | |
| 65:17 | Q. A member of the Army? | | | Re: [65:06 to 65:18] | SUSTAINED |
| 65:18 | A. No. He was a civilian. | | | Pltf Obj FRE 402/403; | |
| | | | | | speculation; 602; 611; | |
| | | | | | 701/702; 802, 805. | |
| | | | | | |
| 66:03 - 69:16 | Merkley, LTC John A. (2020-02-26) | 4:49 | | | |
| 66:03 | Q. So, in 1996, this report indicates | | Re: [66:03 to 69:16] | Re: [66:03 to 69:16] | Re: [66:03 to 69:16] | SUSTAINED |
| 66:04 | essentially that Mr. Garinther went to France, | | Pltf Obj Foundation; 602; 611 | SUSTAINED | Pltf Obj Foundation; 602; 611 | |
| 66:05 | tested a nonlinear earplug and discussed the | | | | | |

| | |
|---|---|
| 66:06 | results of that with Felix Sachs and Doug Ohlin? |
| 66:07 | MR. BUCHANAN:  Objection to form. |
| 66:08 | THE WITNESS:  Yes. |
| 66:09 | BY MR. WASDIN: |
| 66:10 | Q. If you turn the page again, there's a |
| 66:11 | second memorandum, and this one is dated 2 March |
| 66:12 | 1998. |
| 66:13 | A. Okay. |
| 66:14 | Q. This memorandum is also on Department of |
| 66:15 | Army letterhead or -- |
| 66:16 | A. That's the Research Laboratory |
| 66:17 | letterhead. |
| 66:18 | Q. Yes. |
| 66:19 | A. Correct. |
| 66:20 | Q. And it relates to the visit to the |
| 66:21 | French-German Institute at Saint-Louis 21 to 29 |
| 67:01 | November 1997, right? |
| 67:02 | A. Correct. |
| 67:03 | Q. So, essentially a year later -- and if |
| 67:04 | you flip over a page, this one is also signed by |
| 67:05 | Mr. Georges Garinther, right? |
| 67:06 | A. Yes. |
| 67:07 | Q. Going back to page 2.  The middle |
| 67:08 | paragraph on page 2 says that, during 24 to 28 |
| 67:09 | November 1997, the undersigned participated in |
| 67:10 | testing of this device using French soldiers firing |
| 67:11 | mortars at Canjuers, France.  During 1996, |
| 67:12 | Mr. Garinther also took part in the evaluation of |
| 67:13 | this earplug to determine its hearing protective |
| 67:14 | qualities when firing the FAMAS, the French |
| 67:15 | equivalent to the M16, when detecting and |
| 67:16 | localizing various military sounds and when |
| 67:17 | listening to speech, did I read that right? |
| 67:18 | A. Yes. |
| 67:19 | Q. So, this memo is detailing that a year |
| 67:20 | after his first trip to France, Mr. Garinther went |
| 67:21 | back to ISL for additional testing on the nonlinear |
| 68:01 | earplug they were using? |
| 68:02 | MR. BUCHANAN:  Objection to the leading |
| 68:03 | and foundation. |
| 68:04 | THE WITNESS:  Yes. |
| 68:05 | BY MR. WASDIN: |
| 68:06 | Q. And if you go to page 4, there's already |
| 68:07 | some highlighting on the document.  I -- I think it |
| 68:08 | came this way to us from when was it was produced |
| 68:09 | by the government, but the highlighted paragraph |
| 68:10 | reads, a preliminary analysis of the data indicates |
| 68:11 | that none of the soldiers had a hearing loss |
| 68:12 | exceeding the criterion of acceptability after 24 |
| 68:13 | hours and that none of the soldiers incurred a TTS |
| 68:14 | after five minutes that exceeded the CHABA |

**Re: [66:03 to 70:14]**
**Pltf Obj** FRE 402/403;
speculation; 701/702 improper
opinion testimony; 802; 805.
Plaintiffs MIL #1, 2, 15,16.

| | | | |
|---|---|---|---|
| 68:15 | criterion.  This analysis indicates that nonlinear | | |
| 68:16 | earplugs provide acceptable hearing protection | | |
| 68:17 | especially when one considers that the alternative | | |
| 68:18 | presently being used is to not wear hearing | | |
| 68:19 | protection, did I read that right? | | |
| 68:20 | A. Yes. | | |
| 68:21 | Q. And then he goes on to say, as a result | | |
| 69:01 | of this experiment, the French Army is presently | | |
| 69:02 | issuing a request for proposal for 300,000 | | |
| 69:03 | earplugs.  It's probable that the earplug would be | | |
| 69:04 | manufactured by the same company that manufactures | | |
| | | | |
| 69:05 | the EAR earplug, do you see that? | | |
| 69:06 | A. Yes. | | |
| 69:07 | Q. Going down in that paragraph, | | |
| 69:08 | Mr. Garinther talks about different alternatives | | |
| 69:09 | for how the nonlinear earplug might end up being | | |
| 69:10 | designed.  Do you see the three bullets at the | | |
| 69:11 | bottom? | | |
| 69:12 | A. Yes. | | |
| 69:13 | Q. So, he states, since the nonlinear | | |
| 69:14 | earplug provides essentially no attenuation against | | |
| 69:15 | high level steady-state noise, such as that | | |
| 69:16 | produced by armored vehicles, it would still be | | |

| 69:17 - 70:14 | Merkley, LTC John A. (2020-02-26) | 1:39 | |
|---|---|---|---|
| 69:17 | necessary to provide the soldiers with normal | **Re: [66:03 to 70:14]** | **OVERRULED** |
| 69:18 | earplugs.  The configuration issue centers about | **Pltf Obj** FRE 402/403; | |
| 69:19 | providing the soldiers with, and then there are | speculation; 701/702 improper | |
| 69:20 | three options in bullets, right? | opinion testimony; 802; 805. | |
| 69:21 | A. Correct. | Plaintiffs MIL #1, 2, 15,16. | |
| 70:01 | Q. The first is a nonlinear earplug, and | | |
| 70:02 | then a separate normal earplug, right?  So, that's | | |
| 70:03 | essentially two different plugs? | | |
| 70:04 | A. Correct. | | |
| 70:05 | Q. The second one is a nonlinear earplug in | | |
| 70:06 | which the two tiny holes can be closed or covered, | | |
| 70:07 | right? | | |
| 70:08 | A.  (Nodding head yes.) | | |
| 70:09 | Q. Did I read that right? | | |
| 70:10 | A. Yes. | | |
| 70:11 | Q. And then the third one is a reversible | | |
| 70:12 | earplug with a nonlinear earplug at one end and a | | |
| 70:13 | normal earplug at the other, right? | | |
| 70:14 | A. Correct. | | |

| 71:08 - 71:12 | Merkley, LTC John A. (2020-02-26) | 0:10 | |
|---|---|---|---|
| 71:08 | Q. Let me try my question again.  That's a | **Re: [71:08 to 71:16]** | **OVERRULED** |
| 71:09 | good clarification. | **Def Obj** 602, outside the scope | |
| 71:10 | In 199- -- March 2nd, 1998, the Army is | of Touhy | |
| 71:11 | considering which of these three configurations | | |

71:12    that it wants?

**71:15 - 71:16**    Merkley, LTC John A. (2020-02-26)    0:02

71:15    THE WITNESS:  Yeah, I don't -- I don't
71:16    know that the Army was considering this.

| | |
|---|---|
| Re: [71:08 to 71:16]<br>Def Obj 602, outside the scope of Touhy | **OVERRULED** |

**71:20 - 72:13**    Merkley, LTC John A. (2020-02-26)    1:38

71:20    Q. Okay.  And then Mr. Garinther goes on
71:21    with his recommendation at the end, and he says,
72:01    this is on page 5, Recommendation:  It's the
72:02    recommendation of the undersigned that this
72:03    nonlinear earplug be considered for use by the Army
72:04    since its use by weapon crews will reduce hearing
72:05    loss among soldiers while permitting them to hear
72:06    voice commands and combat-related sounds, did I
72:07    read that right?
72:08    A. Yes.
72:09    Q. So, in 1998 at least, Mr. Garinther is
72:10    recommending to the Army that they move forward
72:11    with a nonlinear earplug?
72:12    MR. BUCHANAN:  Objection to form.
72:13    THE WITNESS:  Yes.

| Re: [71:20 to 72:13]<br>Pltf Obj 611 | Re: [71:20 to 72:13]<br>OVERRULED | Re: [71:20 to 72:13]<br>Pltf Obj 611<br><br>Re: [71:20 to 72:13]<br>Pltf Obj FRE 402/403; speculation; foundation; 602; 611; 701/702; 802; 805.<br>Plaintiffs MIL #1, 2, 15,16. | **OVERRULED** |

**72:15 - 73:03**    Merkley, LTC John A. (2020-02-26)    1:35

72:15    Q. Do you -- do you know whether subsequent
72:16    to these trips to ISL France by Mr. Garinther the
72:17    military requested that Aearo manufacture a
72:18    nonlinear earplug for use in the military?
72:19    MR. BUCHANAN:  Objection to the form and
72:20    foundation.
72:21    THE WITNESS:  So, do I know?  I've --
73:01    I've have seen documents that indicate that, yes,
73:02    they requested that from Aearo, but I -- other than
73:03    that, I don't know.

| Re: [72:15 to 73:03]<br>Pltf Obj Foundation; 602; 611 | Re: [72:15 to 73:03]<br>SUSTAINED | Re: [72:15 to 73:03]<br>Pltf Obj Foundation; 602; 611<br><br>Re: [72:15 to 73:03]<br>Pltf Obj FRE 402/403; speculation; foundation; 701/702 improper opinion testimony; 802; 805.<br>Plaintiffs MIL #15, 16. | **OVERRULED** |

**73:05 - 74:02**    Merkley, LTC John A. (2020-02-26)    1:53

73:05    Q. You didn't participate in those?
73:06    A. I did not participate in those.
73:07    Q. What does your review of documents
73:08    indicate the military requested from Aearo in a
73:09    nonlinear earplug?
73:10    A. I don't -- I don't remember.
73:11    Q. Okay.  Have you ever spoken to Doug Ohlin
73:12    about whether he requested a dual-ended, nonlinear
73:13    earplug from Aearo?
73:14    A. No.
73:15    Q. Do you --
73:16    A. Not that I recall.
73:17    Q. Have you ever spoken to anyone in the
73:18    military about whether they requested a dual-ended,

73:19    nonlinear earplug from Aearo?
73:20    A. No.  When I came in, the dual-ended
73:21    earplug was -- was already produced, so I -- I
74:01    don't know, you know, all that went on to get that
74:02    dual-ended earplug.

75:13 - 75:21    Merkley, LTC John A. (2020-02-26)    0:27

75:13    Q. LTC Merkley, what we have marked as
75:14    Exhibit 6 is a series of email communications that
75:15    were produced to us by the -- the military in this
75:16    case, and I believe they're sort of out of order
75:17    and just kind of --
75:18    A. Um-hum.
75:19    Q. -- they don't track a -- a single
75:20    conversation over a linear period of time, but I'll
75:21    try to direct you around as best I can.

**Re: [75:13 to 75:21]**
**Pltf Obj** FRE 611; 602;
402/403; foundation; 802; 805.

`OVERRULED`

76:12 - 77:06    Merkley, LTC John A. (2020-02-26)    1:44

76:12    Q. Okay.  If you turn to the second page of
76:13    the Exhibit 6 and go to the bottom email, there's
76:14    an email from Doug Ohlin to a few other people
76:15    dated April 13th, 1999, do you see that?
76:16    A. Yes.
76:17    Q. Who is Wayne -- the recipients are Wayne
76:18    Loyborg, David Chandler, and then I'm -- I'm not
76:19    sure, there's just an email address there, but who
76:20    is Wayne Loyborg?
76:21    A. I've -- I've heard his name.  I believe
77:01    he's an audiologist.
77:02    Q. Civilian or in the military?
77:03    A. I -- I don't know.
77:04    Q. And who is David Chandler?
77:05    A. David Chandler was an Army active duty
77:06    audiologist.

**Re: [76:12 to 78:21]**
**Pltf Obj** FRE 402/403;
foundation; speculation; 602;
611; 701/702 improper opinion
testimony; 802; 805.
Plaintiffs MIL #1, 2, 15,16.

`OVERRULED`

77:07 - 77:09    Merkley, LTC John A. (2020-02-26)    0:08

77:07    Q. And do you recognize that last email
77:08    address?
77:09    A. I -- I don't.

**Re: [76:12 to 78:21]**
**Pltf Obj** FRE 402/403;
foundation; speculation; 602;
611; 701/702 improper opinion
testimony; 802; 805.
Plaintiffs MIL #1, 2, 15,16.

`OVERRULED`

77:10 - 77:12    Merkley, LTC John A. (2020-02-26)    0:04

77:10    Q. And then below that, there's Martin
77:11    Robinette?
77:12    A. Right.

**Re: [76:12 to 78:21]**
**Pltf Obj** FRE 402/403;
foundation; speculation; 602;
611; 701/702 improper opinion
testimony; 802; 805.
Plaintiffs MIL #1, 2, 15,16.

`OVERRULED`

| | | |
|---|---|---|
| 77:13 - 77:14 Merkley, LTC John A. (2020-02-26) | 0:06 | |
| 77:13    Q. Who's Martin Robinette? | | **Re: [76:12 to 78:21]** **OVERRULED** |
| 77:14    A. He is an active duty Army audiologist. | | **Pltf Obj** FRE 402/403; foundation; speculation; 602; 611; 701/702 improper opinion testimony; 802; 805. Plaintiffs MIL #1, 2, 15,16. |

| | | |
|---|---|---|
| 77:15 - 78:04 Merkley, LTC John A. (2020-02-26) | 1:43 | |
| 77:15    Q. Okay.  In April of 1999, Doug Ohlin | | **Re: [76:12 to 78:21]** **OVERRULED** |
| 77:16    writes to that group and says, the production | | **Pltf Obj** FRE 402/403; foundation; speculation; 602; 611; 701/702 improper opinion testimony; 802; 805. Plaintiffs MIL #1, 2, 15,16. |
| 77:17    samples Aearo sent me were at least a quarter of an | | |
| 77:18    inch too long.  I took the liberty in cutting down | | |
| 77:19    the samples I'm sending you under a separate cover. | | |
| 77:20    The production samples didn't fit in the standard | | |
| 77:21    earplug hearing case, didn't take advantage of a | | |
| 78:01    design that could minimize wind noise and, most | | |
| 78:02    importantly, were hit by the Kelvar helmet chin | | |
| 78:03    strap when it was fastened, did I read that right? | | |
| 78:04    A. Yes. | | |

| | | |
|---|---|---|
| 78:05 - 78:09 Merkley, LTC John A. (2020-02-26) | 0:19 | |
| 78:05    Q. If you turn back a page to the front, | | **Re: [76:12 to 78:21]** **OVERRULED** |
| 78:06    there's an email from Brian Myers at a Compuserve | | **Pltf Obj** FRE 402/403; foundation; speculation; 602; 611; 701/702 improper opinion testimony; 802; 805. Plaintiffs MIL #1, 2, 15,16. |
| 78:07    email address to Doug Ohlin dated April 8th, 1999, | | |
| 78:08    do you see that? | | |
| 78:09    A. Um-hum. | | |

| | | |
|---|---|---|
| 78:10 - 78:11 Merkley, LTC John A. (2020-02-26) | 0:04 | |
| 78:10    Q. Do you know who Brian Myers is? | | **Re: [76:12 to 78:21]** **OVERRULED** |
| 78:11    A. I don't. | | **Pltf Obj** FRE 402/403; foundation; speculation; 602; 611; 701/702 improper opinion testimony; 802; 805. Plaintiffs MIL #1, 2, 15,16. |

| | | |
|---|---|---|
| 78:12 - 78:21 Merkley, LTC John A. (2020-02-26) | 0:27 | |
| 78:12    Q. Okay.  The email says, Doug, and then the | | **Re: [76:12 to 78:21]** **OVERRULED** |
| 78:13    second paragraph says, I spoke with Dick Knauer who | | **Pltf Obj** FRE 402/403; foundation; speculation; 602; 611; 701/702 improper opinion testimony; 802; 805. Plaintiffs MIL #1, 2, 15,16. |
| 78:14    believes that we can probably shorten the plug by | | |
| 78:15    the one-quarter inch required to fit your current | | |
| 78:16    container.  The designer will look at this when he | | |
| 78:17    gets back from vacation on the 19th.  It may help | | |
| 78:18    to expedite the redesign if we could get a storage | | |
| 78:19    container from you, and then he gives the contact | | |
| 78:20    information for Dick Knauer, do you see that? | | |
| 78:21    A. Um-hum. | | |

| | | |
|---|---|---|
| 79:08 - 79:15 Merkley, LTC John A. (2020-02-26) | 0:20 | |
| 79:08    Q. Okay.  Prior to today, did you know that | | |

| | | | | |
|---|---|---|---|---|
| 79:09 | the Combat Arms Version 2 was shortened a quarter | | | |
| 79:10 | of an inch? | | | |
| 79:11 | A. No. | | | |
| 79:12 | Q. Okay.  You had no personal involvement in | | | |
| 79:13 | any discussions regarding whether to shorten the | | | |
| 79:14 | Combat Arms Version 2? | | | |
| 79:15 | A. No. | | | |

**79:16 - 80:06**  Merkley, LTC John A. (2020-02-26)  1:31

| | | Re: [79:16 to 80:06] | OVERRULED |
|---|---|---|---|
| 79:16 | Q. If you flip to the -- what is the third | Pltf Obj FRE 402/403; | |
| 79:17 | page of Exhibit 6, you'll see another email from | Foundation; Speculation; 602; | |
| 79:18 | Doug Ohlin, and this one is dated approximately one | 611; 701/702; 802/805. | |
| 79:19 | month later in May of 1999, do you see that -- | | |
| 79:20 | A. Um-hum. | | |
| 79:21 | Q. -- at the bottom?  And it says, Belva, | | |
| 80:01 | the manufacturer, Aearo, got back to us with | | |
| 80:02 | acceptable production samples.  Do you require a | | |
| 80:03 | pair?  I'm curious as to the status of our request. | | |
| 80:04 | Is there anything you need, Doug?  Did I read that | | |
| 80:05 | right? | | |
| 80:06 | A. Yes. | | |

**80:07 - 80:09**  Merkley, LTC John A. (2020-02-26)  0:02

| | |
|---|---|
| 80:07 | Q. Who is -- are you familiar with someone |
| 80:08 | named Belva Hoffman? |
| 80:09 | A. I am not, no. |

**80:16 - 81:07**  Merkley, LTC John A. (2020-02-26)  1:45

| | |
|---|---|
| 80:16 | Q. LTC Merkley, we've given you a document |
| 80:17 | that we marked as Exhibit 7, which is titled |
| 80:18 | ARL-HRED Hearing Protection Device Assess- -- |
| 80:19 | Assessments in Reverberating Environments, do you |
| 80:20 | see that? |
| 80:21 | A. Yes. |
| 81:01 | Q. It was prepared by the Army Research |
| 81:02 | Laboratory Hearing Research & Engineering |
| 81:03 | Directorate; is that right? |
| 81:04 | A. Yes. |
| 81:05 | Q. What is the ARL-HRED? |
| 81:06 | A. It's a -- a division within the Army |
| 81:07 | Research Laboratory. |

**81:08 - 81:11**  Merkley, LTC John A. (2020-02-26)  0:13

| | | Re: [81:08 to 82:11] | OVERRULED |
|---|---|---|---|
| 81:08 | Q. And at the very top, it's a little faded, | Pltf Obj FRE 402/403; | |
| 81:09 | but it looks like this was a report that was | foundation; speculation; 602; | |
| 81:10 | prepared about two months after the Doug Ohlin | 611; 701/702; 802. | |
| 81:11 | email we just looked at, but on June 30th, 1999? | | |

**81:19 - 82:09**  Merkley, LTC John A. (2020-02-26)  1:34

| | | Re: [81:08 to 82:11] | OVERRULED |
|---|---|---|---|
| 81:19 | THE WITNESS:  Yes. | Pltf Obj FRE 402/403; | |
| 81:20 | BY MR. WASDIN: | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | foundation; speculation; 602; 611; 701/702; 802. | |
| 81:21 | Q. The -- looking at the first page, there's | | | | |
| 82:01 | a paragraph titled, Overview, do you see that? | | | | |
| 82:02 | A. Yes. | | | | |
| 82:03 | Q. And it says, the ARL Human Research & | | | | |
| 82:04 | Engineering Directorate initiated a quick response | | | | |
| 82:05 | effort to collect data on several hearing | | | | |
| 82:06 | protection devices in support of John King, the | | | | |
| 82:07 | AMC-FAST Science Advisor at SETAF, Vicenza, Italy, | | | | |
| 82:08 | did I read that right? | | | | |
| 82:09 | A. Yes. | | | | |

82:10 - 82:11   Merkley, LTC John A. (2020-02-26)   0:07

| 82:10 | Q. Do you know Mr. King? | | | Re: [81:08 to 82:11] | OVERRULED |
| 82:11 | A. I don't. | | | Pltf Obj FRE 402/403; foundation; speculation; 602; 611; 701/702; 802. | |

82:20 - 83:04   Merkley, LTC John A. (2020-02-26)   0:14

| 82:20 | Q. And then the next sentence goes on to | | | | |
| 82:21 | say, the primary objective of the effort was to | | | | |
| 83:01 | collect data on the French design Combat Arms | | | | |
| 83:02 | Earplug being manufactured in the U.S. by the Aearo | | | | |
| 83:03 | Company, Indianapolis, Indiana, right? | | | | |
| 83:04 | A. Correct. | | | | |

83:05 - 83:07   Merkley, LTC John A. (2020-02-26)   0:06

| 83:05 | Q. Okay. So, in June of 1999, at least, ARL | Re: [83:05 to 83:07] | Re: [83:05 to 83:07] | Re: [83:05 to 83:13] | SUSTAINED |
| 83:06 | is running its own testing on the Combat Arms | Pltf Obj 602; 611; Foundation | SUSTAINED | Pltf Obj Speculation; 701/702; 802; 403. | |
| 83:07 | Earplug? | | | | |
| | | | | Re: [83:05 to 83:07] | |
| | | | | Pltf Obj 602; 611; Foundation | |

83:10 - 83:10   Merkley, LTC John A. (2020-02-26)   0:00

| 83:10 | THE WITNESS: Yes. | Re: [83:10 to 83:10] | Re: [83:10 to 83:10] | Re: [83:05 to 83:13] | SUSTAINED |
| | | Pltf Obj 602; 611; Foundation | SUSTAINED | Pltf Obj Speculation; 701/702; 802; 403. | |
| | | | | Re: [83:10 to 83:10] | |
| | | | | Pltf Obj 602; 611; Foundation | |

83:12 - 84:12   Merkley, LTC John A. (2020-02-26)   1:22

| 83:12 | Q. That's what this document indicates? | | | Re: [83:05 to 83:13] | OVERRULED |
| 83:13 | A. That's what it says, yes. | | | Pltf Obj Speculation; 701/702; 802; 403. | |
| 83:14 | Q. If you flip over to page 2, there's a | | | | |
| 83:15 | section titled, Data Analysis and Results -- I'm | | | Re: [83:20 to 85:11] | |
| 83:16 | sorry, page 4 is what I was trying to go after. | | | Pltf Obj Speculation; | |
| 83:17 | Operational Significance is the section. Do you | | | foundation; 602; 611 vague; | |
| 83:18 | see the Operational Significance paragraph? | | | 701/702 improper opinion | |
| 83:19 | A. Yes. | | | testimony; 402/403; 802; | |
| 83:20 | Q. It states, the results of this | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 83:21 | assessment, as depicted in Table 1, suggest that | | | mischaracterizes evidence; scope. | **YELLOW** |
| 84:01 | for the protective device of primary interest to | | | | |
| 84:02 | the AMC-FAST Advisor, the Combat Arms Earplug, when | | | | |
| 84:03 | properly fitted will provide acceptable protection | | | | |
| 84:04 | for most situations when firing up to 276 rounds of | | | | |
| 84:05 | M16 556 ball ammunition in a hallway-scaled MOUT | | | | |
| 84:06 | environment (the worst case condition ARL tested in | | | | |
| 84:07 | the Match-type MOUT training facility); is that | | | | |
| 84:08 | right? | | | | |
| 84:09 | A. Correct. | | | | |
| 84:10 | Q. Can you tell from that description what | | | | |
| 84:11 | type of tests they were running on the Combat Arms | | | | |
| 84:12 | at that point in time? | | | | |

**84:15 - 84:18  Merkley, LTC John A. (2020-02-26)  0:07**

| | | | | | |
|---|---|---|---|---|---|
| 84:15 | THE WITNESS: From this description, yes. | | | Re: [83:20 to 85:11] | **OVERRULED** |
| 84:16 | BY MR. WASDIN: | | | Pltf Obj Speculation; | |
| 84:17 | Q. And what was it? | | | foundation; 602; 611 vague; | |
| 84:18 | A. They were -- | | | 701/702 improper opinion testimony; 402/403; 802; mischaracterizes evidence; scope. | |

**84:21 - 85:11  Merkley, LTC John A. (2020-02-26)  1:44**

| | | | | | |
|---|---|---|---|---|---|
| 84:21 | THE WITNESS: Okay. Conducting | Re: [84:21 to 85:11] | Re: [84:21 to 85:11] | Re: [83:20 to 85:11] | **OVERRULED** |
| 85:01 | a -- well, I would say a health-hazard assessment | Pltf Obj 602; 611; Foundation | OVERRULED; 602 & 611 | Pltf Obj Speculation; | |
| 85:02 | of that earplug firing or under worst-case | | OBJECTIONS WITHDRAWN, | foundation; 602; 611 vague; | |
| 85:03 | conditions in a closed-room, MOUT-type environment. | | | 701/702 improper opinion | |
| 85:04 | BY MR. WASDIN: | | 3/11/2021 | testimony; 402/403; 802; | |
| 85:05 | Q. And can you tell what the results were, | | | mischaracterizes evidence; | |
| 85:06 | at least at a high level here? | | | scope. | |
| 85:07 | A. According to this, it says that they give | | | | |
| 85:08 | safe -- you know, what -- that the hearing | | | | |
| 85:09 | protector provides acceptable protection for firing | | | | |
| 85:10 | up to 276 rounds of ammunition -- of 556 | | | | |
| 85:11 | ammunition. | | | | |

**86:03 - 86:06  Merkley, LTC John A. (2020-02-26)  0:09**

| | | | | | |
|---|---|---|---|---|---|
| 86:03 | Q. Okay. Well, at least in this case, it | | | Re: [86:03 to 86:17] | **OVERRULED** |
| 86:04 | looks like the military, ARL was conducting testing | | | Pltf Obj 602, speculation; | |
| 86:05 | of the Combat Arms Earplug in June of 1999? | | | 611; 701/702 improper opinion | |
| 86:06 | A. Right. | | | testimony; 802; 402/403. Plaintiffs MIL # 1, 2, 16, 18. | |

**86:08 - 86:08  Merkley, LTC John A. (2020-02-26)  0:00**

| | | | | | |
|---|---|---|---|---|---|
| 86:08 | THE WITNESS: Correct. | | | Re: [86:03 to 86:17] | **OVERRULED** |
| | | | | Pltf Obj 602, speculation; 611; 701/702 improper opinion testimony; 802; 402/403. | |

| | | | | | Plaintiffs MIL # 1, 2, 16, 18. | |
|---|---|---|---|---|---|---|

**86:10 - 86:11**   Merkley, LTC John A. (2020-02-26)   0:03

| 86:10 | Q. And the determination was essentially |
| 86:11 | that it works in the worst-case scenario? |

**Re: [86:10 to 86:11]**
**Pltf Obj** 602; 611; Foundation

**Re: [86:10 to 86:11]**
OVERRULED

**Re: [86:03 to 86:17]**
**Pltf Obj** 602, speculation;
611; 701/702 improper
opinion testimony; 802; 402/403.
Plaintiffs MIL # 1, 2, 16, 18.

OVERRULED

**Re: [86:10 to 86:11]**
**Pltf Obj** misstates the
document

OVERRULED

**Re: [86:10 to 86:11]**
**Pltf Obj** 602; 611; Foundation

OVERRULED

**86:13 - 86:17**   Merkley, LTC John A. (2020-02-26)   1:36

| 86:13 | THE WITNESS:  For up to -- up to a |
| 86:14 | certain point. |
| 86:15 | BY MR. WASDIN: |
| 86:16 | Q. Up to 276 rounds of M16 fire? |
| 86:17 | A. Correct. |

**Re: [86:03 to 86:17]**
**Pltf Obj** 602, speculation;
611; 701/702 improper opinion
testimony; 802; 402/403.
Plaintiffs MIL # 1, 2, 16, 18.

OVERRULED

**87:02 - 87:18**   Merkley, LTC John A. (2020-02-26)   1:55

| 87:02 | Q. LTC Merkley, I've handed you a document |
| 87:03 | that we have marked as Exhibit 8, which is titled, |
| 87:04 | Memorandum for Staff Director, Joint Readiness |
| 87:05 | Clinical Advisory Board at Fort Detrick, do you see |
| 87:06 | that? |
| 87:07 | A. Yes. |
| 87:08 | Q. In the Subject of that document is a |
| 87:09 | request for national stock number in bulk purchase |
| 87:10 | of the Combat Arms Earplug, right? |
| 87:11 | A. Yes. |
| 87:12 | Q. Paragraph 2 on the first page states that |
| 87:13 | the Department of Defense Hearing Conservation |
| 87:14 | Working Group has recommended that a nonlinear |
| 87:15 | earplug configured to the specifications of the |
| 87:16 | enclosed production samples be adopted for military |
| 87:17 | use, did I read that right? |
| 87:18 | A. Yes. |

**Re: [87:02 to 87:18]**
**Pltf Obj** Foundation;
speculation; 602; 402/403;
802; 701/702.

OVERRULED

**87:19 - 88:06**   Merkley, LTC John A. (2020-02-26)   0:25

| 87:19 | Q. Have you ever seen a memorandum like this |
| 87:20 | one before, a request for a national stock number |
| 87:21 | and purchase of hearing protection? |
| 88:01 | A. I have not seen that, no. |
| 88:02 | Q. Okay.  Do you know what evaluation is |
| 88:03 | typically done by the DoD Hearing Conservation |
| 88:04 | Working Group, or others in the military, prior to |
| 88:05 | requesting a national stock number and purchase? |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88:06 | A. I'm not -- | | | | | |
| | | | | | | |
| 88:10 - 88:11 | Merkley, LTC John A. (2020-02-26) | 0:02 | | | | |
| 88:10 | Q. You do not? | | | | | |
| 88:11 | A. No, I don't. | | | | | |
| | | | | | | |
| 88:17 - 88:19 | Merkley, LTC John A. (2020-02-26) | 0:04 | | | | |
| 88:17 | Q. Sure.  Doug Ohlin is -- is the person | | | | | |
| 88:18 | listed in the signature block -- | | | | | |
| 88:19 | A. Correct. | | | | | |
| | | | | | | |
| 89:10 - 89:16 | Merkley, LTC John A. (2020-02-26) | 0:22 | Re: [89:10 to 89:16] | Re: [89:10 to 89:16] | Re: [89:10 to 89:18] | **OVERRULED** |
| 89:10 | Q. Okay.  Attached to the request for | | **Pltf Obj** 611 | OVERRULED | **Pltf Obj** 602; speculation; | |
| 89:11 | purchase is a Justification for a Nonlinear Earplug | | | | foundation; vague; 802; | |
| 89:12 | (Combat Arms Earplug), right? | | | | 701/702 improper opinion | |
| 89:13 | A. Um-hum. | | | | testimony. | |
| 89:14 | Q. And you can skim it, but essentially, | | | | | |
| 89:15 | it's just a write-up of the features and potential | | | | **Re: [89:10 to 89:16]** | **OVERRULED** |
| 89:16 | usability of the Combat Arms plug? | | | | **Pltf Obj** 611 | |
| | | | | | | |
| 89:18 - 89:18 | Merkley, LTC John A. (2020-02-26) | 0:06 | | | **Re: [89:10 to 89:18]** | **OVERRULED** |
| 89:18 | THE WITNESS:  Correct. | | | | **Pltf Obj** 602; speculation; | |
| | | | | | foundation; vague; 802; | |
| | | | | | 701/702 improper opinion | |
| | | | | | testimony. | |
| | | | | | | |
| 89:20 - 90:15 | Merkley, LTC John A. (2020-02-26) | 1:52 | | | | |
| 89:20 | Q. The final paragraph on the first page of | | | | | |
| 89:21 | the justification discusses the American military's | | | | | |
| 90:01 | contribution in the development effort of the | | | | | |
| 90:02 | Combat Arms Earplug, right? | | | | | |
| 90:03 | A. Yes. | | | | | |
| 90:04 | Q. It discusses -- well, I'll just read it. | | | | | |
| 90:05 | It says, the American military's contribution in | | | | | |
| 90:06 | this development effort has been to recommend an | | | | | |
| 90:07 | American-made earplug, the UltraFit to | | | | | |
| 90:08 | hous- -- house the French filter, the color scheme | | | | | |
| 90:09 | and blast overpressure testing.  The single-sized | | | | | |
| 90:10 | UltraFit should accommodate most of our Combat Arms | | | | | |
| | | | | | | |
| 90:11 | users.  Moreover, thanks to French ergonomic | | | | | |
| 90:12 | designers, a solution has been provided on how to | | | | | |
| 90:13 | eliminate wind noise while adapting the earplug for | | | | | |
| 90:14 | steady-state noise use, did I read that right? | | | | | |
| 90:15 | A. Yes. | | | | | |
| | | | | | | |
| 93:15 - 95:04 | Merkley, LTC John A. (2020-02-26) | 2:19 | | | **Re: [93:19 to 95:04]** | **OVERRULED** |
| 93:15 | Q. Okay.  We've talked a lot about Doug | | | | **Pltf Obj** FRE 802; 805; 611 | |
| 93:16 | Ohlin.  I know you told me what his role was, but | | | | | |

| | | |
|---|---|---|
| 93:17 | did you ever have interactions with him? | vague questions calling for |
| 93:18 | A. I did. | narrative answers and |
| 93:19 | Q. How did you interact with Mr. Ohlin? | narrative answers given; |
| 93:20 | A. Well, I interacted with him.  When I | Nonresponsive answers; |
| 93:21 | first came on active duty, I came to the CHPPM to | 402/403; conjecture; |
| 94:01 | teach a couple of hearing conservation technician | Plaintiff's MIL #16, 17, 21. |
| 94:02 | courses.  I interacted with him at -- at that time | |
| 94:03 | just in -- as an instructor for a course that -- | |
| 94:04 | that they were -- they were holding at Aberdeen. | |
| 94:05 | I met him at conferences and, you know, | |
| 94:06 | received updates on the Army's Hearing Conservation | |
| 94:07 | Program from him.  That's about it. | |
| 94:08 | Q. Was -- was Doug Ohlin a presenter at the | |
| 94:09 | conferences that you went to with him? | |
| 94:10 | A. Not usually.  It was his staff that were | |
| 94:11 | presenting.  I -- I don't recall ever being | |
| 94:12 | a presenter in a presentation, other than I -- we | |
| 94:13 | received instruction from him related to the wallet | |
| 94:14 | cards and -- and the educational materials that | |
| 94:15 | were being put out. | |
| 94:16 | Q. For the Combat Arms plug? | |
| 94:17 | A. For the Combat Arms Earplug.  I -- I | |
| 94:18 | remember that. | |
| 94:19 | Q. So, you have had conversations with | |
| 94:20 | Mr. Ohlin related to the wallet card and | |
| 94:21 | instructions for use for the Combat Arms Earplug? | |
| 95:01 | A. Yes. | |
| 95:02 | Q. When did you talk to him about that? | |
| 95:03 | A. Oh, I don't remember exactly.  Between | |
| 95:04 | 200- -- probably 2001 and 2004 or '5. | |

| | | |
|---|---|---|
| 95:05 - 95:18 | Merkley, LTC John A. (2020-02-26) | 1:05 |
| 95:05 | Q. What were the context for those | |
| 95:06 | conversations? | |
| 95:07 | A. Oh, just at -- at the conference about, | |
| 95:08 | you know, the -- how to get hearing protectors, how | |
| 95:09 | to -- not -- not so much on how to fit them, | |
| 95:10 | although I -- well, yeah.  You know, we -- we got | |
| 95:11 | instructions on how to order them, who to -- who to | |
| 95:12 | order them from in terms of for -- for | |
| 95:13 | government -- government sales and -- and then | |
| 95:14 | issues related to -- early in their development | |
| 95:15 | issues related to insufficient stock of that | |
| 95:16 | particular hearing protector because of bulk | |
| 95:17 | purchases from other services and what to do to get | |
| 95:18 | hearing protectors. | |

| | | |
|---|---|---|
| 95:19 - 96:01 | Merkley, LTC John A. (2020-02-26) | 1:36 |
| 95:19 | Q. What was your role at the time? | |
| 95:20 | A. I was the chief of the Army Hearing | |
| 95:21 | Program at or the Army Hearing Conservation Program | |

| | | | |
|---|---|---|---|

96:01    and Audiology Clinic at Fort Drum.

96:06 - 98:09   Merkley, LTC John A. (2020-02-26)    2:49

96:06   Q. LTC Merkley, we've handed you a document
96:07   marked Exhibit 9, and can you tell me if you
96:08   recognize that?
96:09   A. Yes.
96:10   Q. What is that?
96:11   A. It's a wallet -- it's one of the wallet
96:12   cards that was developed.
96:13   Q. You mentioned that in your conversations
96:14   with Doug Ohlin regarding instructions that you
96:15   discussed the wallet card with him on those
96:16   occasions, did I remember that?
96:17   A. Right.
96:18   Q. Okay.
96:19   A. Now, I -- I want to make it clear,
96:20   this -- these weren't necessarily one-on-one
96:21   discussions, but discussions at a -- a meeting with
97:01   a group.
97:02   Q. Okay.  Who were the people that were in
97:03   the group?
97:04   A. It would have been military audiologists.
97:05   Q. Like yourself who were the head of some
97:06   program --
97:07   A. Um-hum.
97:08   Q. -- at a different installation?
97:09   A. Right.
97:10   Q. Okay.  If you look at the wallet card,
97:11   beside the pictures, there is an image on the right
97:12   of the plug with the flange folded back on the
97:13   opposite end?
97:14   A. Correct.
97:15   Q. Did you ever discuss whether or not to
97:16   fold the flanges back on the opposite end of the
97:17   plug with Doug Ohlin?
97:18   A. I remember Doug Ohlin giving us
97:19   instruction on how to fit the earplug.
97:20   Q. What did he say?
97:21   A. And he -- he said if you have -- well, I
98:01   don't remember his exact words, but I remember, you
98:02   know, if you needed to, you could fold back the
98:03   flange on the earplug to get a good fit.
98:04   Q. And so, Doug Ohlin was telling the
98:05   program managers at the various installations in
98:06   the country that if they needed to fold back the
98:07   flanges on one side of the plug, they could do so
98:08   to get a good fit?
98:09   A. Yes.

Re: [96:06 to 98:09]
Pltf Obj 602; 611

Re: [96:06 to 98:09]
OVERRULED

Re: [96:06 to 98:11]
Pltf Obj FRE 802; 805; 402/403; foundation; speculation; compound questions; 701/702; 704. Plaintiff's MIL # 1, 2, 15, 16, 17, 21. — **OVERRULED**

Re: [96:06 to 98:09]
Pltf Obj 602; 611 — **OVERRULED**

Re: [96:13 to 98:03]
Pltf Obj 602; 611 — **OVERRULED**

Re: [96:13 to 98:03]
Pltf Obj FRE 802; 805; 402/403; foundation; speculation; 701/702; 704. Plaintiff's MIL # 1, 2, 15, 16, 17, 21. — **OVERRULED**

Re: [98:04 to 99:21]
Pltf Obj FRE 802; 805; 402/403; foundation; speculation; 602; 611; compound questions, vague; 701/702; 704; conjecture. Plaintiff's MIL # 1, 2, 15, 16, 17, 21. — **OVERRULED**

98:13 - 99:20   Merkley, LTC John A. (2020-02-26)    1:07

| | | | |
|---|---|---|---|
| 98:13 | Q. During his oral discussion of that | **Re: [98:13 to 99:20]** | **Re: [98:13 to 99:11]** | **Re: [98:04 to 99:21]** | **OVERRULED** |
| 98:14 | fitting procedure, did he limit that technique to | **Pltf Obj** 602; 611 | OVERRULED | **Pltf Obj** FRE 802; 805; |
| 98:15 | any particular group of service members, or was it | | | 402/403; foundation; |
| 98:16 | agnostic as to who they were and what their ear | | | speculation; 602; 611, |
| 98:17 | canal size was or anything like that? | | | compound questions, vague; |
| 98:18 | A. I don't -- | | | 701/702; 704; conjecture. |
| 98:19 | MR. BUCHANAN: Objection to form and | | | Plaintiff's MIL # 1, 2, 15, |
| 98:20 | foundation. | | | 16, 17, 21. |
| 98:21 | THE WITNESS: Yeah, I don't -- I don't | | | |
| 99:01 | remember it being specific to a particular group of | | | **Re: [98:13 to 99:21]** | **OVERRULED** |
| 99:02 | people. | | | **Pltf Obj** FRE 802; 805; |
| 99:03 | BY MR. WASDIN: | | | 402/403; foundation; |
| 99:04 | Q. So, as you recall, the instruction you | | | speculation; 701/702; 704. |
| 99:05 | got from Doug Ohlin, it was if you need to, you can | | | Plaintiff's MIL # 1, 2, 15, |
| 99:06 | fold back the flange to fit the plug, and he didn't | | | 16, 17, 21. |
| 99:07 | limit that to one particular size ear canal or | | | |
| 99:08 | another? | | | **Re: [98:13 to 99:20]** | **OVERRULED** |
| 99:09 | A. Correct. | | | **Pltf Obj** 602; 611 |
| 99:10 | MR. BUCHANAN: Objection. Form. | | | |
| 99:11 | BY MR. WASDIN: | | | |
| 99:12 | Q. And those conversations, I think you | | | |
| 99:13 | said, were happening in the '01 to '05 time period? | | | |
| 99:14 | A. Right. | | | |
| 99:15 | Q. And was the point of that conversation in | | | |
| 99:16 | the group setting that the program managers at the | | | |
| 99:17 | various installations would then take that | | | |
| 99:18 | information and go back to their particular | | | |
| 99:19 | facility and implement it? | | | |
| 99:20 | A. Yes. | | | |
| | | | |
| 100:02 - 101:07 | Merkley, LTC John A. (2020-02-26)    1:19 | | | |
| 100:02 | Q. You gave a lecture at the NHCA conference | **Re: [100:02 to 101:07]** | **Re: [100:02 to 101:07]** | **Re: [100:02 to 100:13]** | **SUSTAINED** |
| 100:03 | last week, right? | **Pltf Obj** 402; 403; 404; | SUSTAINED | **Pltf Obj** FRE 402/403; |
| 100:04 | A. I did. | Bolstering | | Bolstering; |
| 100:05 | Q. What was your topic? | | | |
| 100:06 | A. My topic was just in time learning -- | | | **Re: [100:02 to 101:07]** | **SUSTAINED** |
| 100:07 | Q. You played -- | | | **Pltf Obj** 402; 403; 404; |
| 100:08 | A. -- and micro learning, hearing, yeah. | | | Bolstering |
| 100:09 | Q. You played a video of a guy named Elliott | | | |
| 100:10 | Berger during your speech -- | | | **Re: [100:20 to 101:07]** |
| 100:11 | A. I did. | | | **Pltf Obj** FRE 402/403; improper |
| 100:12 | Q. -- am I remembering that right? | | | bolstering; 404 |
| 100:13 | A. Yes. | | | |
| 100:14 | Q. Who is Elliott Berger? | | | |
| 100:15 | A. Elliott Berger is -- I think he is the | | | |
| 100:16 | principal engineer at 3M at their test lab, hearing | | | |
| 100:17 | protection testing lab. | | | |
| 100:18 | Q. Do you know Elliott? | | | |
| 100:19 | A. I do. | | | |
| 100:20 | Q. How long have you known Mr. Berger? | | | |
| 100:21 | A. I have -- well, I have known him -- I've | | | |

| | | | | |
|---|---|---|---|---|
| 101:01 | known of him for, I don't know, 20 years or so. | | | |
| 101:02 | I've had more personal interactions with him in the | | | |
| 101:03 | last eight years just as a member of the -- the | | | |
| 101:04 | Council for Accreditation in Occupational Hearing | | | |
| 101:05 | Conservation and his work in different chapters and | | | |
| 101:06 | regulations that go into the hearing conservation | | | |
| 101:07 | manual, his work on the ANSI working group. | | | |

**102:05 - 102:20   Merkley, LTC John A. (2020-02-26)   1:39**

| | | | | |
|---|---|---|---|---|
| 102:05 | Q. I'll try -- let me ask the question again | Re: [102:05 to 102:20] | Re: [102:05 to 102:20] | Re: [102:05 to 102:20] | SUSTAINED |
| 102:06 | just so we get a Q and A. But what are some of | Pltf Obj 402; 403; 404; | SUSTAINED | Pltf Obj 602; 701/702; | |
| 102:07 | Mr. Berger's contributions to the national | Bolstering | | speculation. Plaintiffs MIL # | |
| 102:08 | hearing -- conservation hearing that you're aware | | | 12, 13 | |
| 102:09 | of? | | | | |
| 102:10 | MR. BUCHANAN: I have the same objection. | | | Re: [102:05 to 102:20] | |
| 102:11 | Form and foundation. | | | Pltf Obj 402; 403; 404; | |
| 102:12 | THE WITNESS: Well, he's a well-known | | | Bolstering | |
| 102:13 | figure in hearing conservation. He is the editor | | | | |
| 102:14 | of the noise manual. He's contributed to multiple | | | | |
| 102:15 | chapters on hearing conservation in the United | | | | |
| 102:16 | States and has been recognized at -- at the | | | | |
| 102:17 | National Hearing Conservation Association as such. | | | | |
| 102:18 | BY MR. WASDIN: | | | | |
| 102:19 | Q. Has he won awards for that? | | | | |
| 102:20 | A. He has. | | | | |

**103:08 - 104:07   Merkley, LTC John A. (2020-02-26)   1:05**

| | | | | |
|---|---|---|---|---|
| 103:08 | Q. Do you know whether Mr. Berger has ever | Re: [103:08 to 104:07] | Re: [103:08 to 104:07] | Re: [103:08 to 104:07] | SUSTAINED |
| 103:09 | worked with members of the military to help the | Pltf Obj 402; 403; 404; | SUSTAINED | Pltf Obj FRE 802; 805; | |
| 103:10 | military advance its hearing conservation mission? | Bolstering | | improper foundation; | |
| 103:11 | A. I have seen documents between he and Doug | | | speculation; 602; 611; | |
| 103:12 | Ohlin, but that's the extent of what I've -- what I | | | 701/702; 704; mischaracterizes | |
| 103:13 | know about with regard to hearing pro-- his | | | evidence and assumes facts not | |
| 103:14 | involvement in hearing protection in the military. | | | in evidence. Plaintiff's MIL # | |
| 103:15 | Q. Just based on the documents that you've | | | 1, 2, 12, 13, 15, 16, 17, 21. | |
| 103:16 | seen, was he working with Doug Ohlin on a | | | | |
| 103:17 | particular project? | | | Re: [103:08 to 104:07] | |
| 103:18 | A. I -- yes. I believe he was working | | | Pltf Obj 402; 403; 404; | |
| 103:19 | on -- with Doug Ohlin on this Combat Arms Earplug | | | Bolstering | |
| 103:20 | project. | | | | |
| 103:21 | Q. Okay. Given what you know about | | | | |
| 104:01 | Mr. Berger and the contributions he's made to | | | | |
| 104:02 | national hearing conservation, does it surprise you | | | | |
| 104:03 | that Doug Ohlin would work with him to develop a | | | | |
| 104:04 | product for the military? | | | | |
| 104:05 | MR. BUCHANAN: Objection to form and | | | | |
| 104:06 | foundation. | | | | |
| 104:07 | THE WITNESS: No. | | | | |

**105:04 - 107:05   Merkley, LTC John A. (2020-02-26)   2:05**

| | | | | |
|---|---|---|---|---|
| 105:04 | Q. LTC Merkley, I want to go back to the | Re: [105:04 to 107:05] | Re: [105:04 to 107:05] | Re: [105:04 to 106:17] | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 105:05 | discussion we were having regarding your | **Pltf Obj** 611 | OVERRULED | **Pltf Obj** FRE 802; 805; |
| 105:06 | communications with Doug Ohlin in the '01 to '05 | | | 402/403; 404; improper |
| 105:07 | time period regarding fitting the Combat Arms | | | bolstering; foundation; |
| 105:08 | Version 2. | | | speculation; 602; 701/702; |
| 105:09 | A. Um-hum. | | | 704. Plaintiff's MIL # 1, 2, |
| 105:10 | Q. I think you said these discussions would | | | 12, 13, 15, 16, 17, 21. |
| 105:11 | take place at the National Hearing Conservation | | | |
| 105:12 | Association? | | | **Re: [105:04 to 107:05]** |
| 105:13 | A. No.  They would take place usually at the | | | **Pltf Obj** 611 |
| 105:14 | military audiology short course, which was a -- a | | | |
| 105:15 | conference or a -- well, they -- they called it a | | | **Re: [106:17 to 107:05]** |
| 105:16 | work -- a course of Army -- Army audiologists | | | **Pltf Obj** FRE 802; 805; |
| 105:17 | would -- would come together and get instruction | | | 402/403; 404; foundation; |
| 105:18 | from leadership, present presentations on things | | | speculation; 602; 701/702; |
| 105:19 | that were happening in -- in the military, and | | | 704. Plaintiff's MIL # 1, 2, |
| 105:20 | usually, we would get an update from the Hearing | | | 12, 13, 15, 16, 17, 21. |
| 105:21 | Conservation Program on, you know, what -- how | | | |
| 106:01 | things were going and, you know, what was -- what | | | |
| 106:02 | was new that we needed to pay attention to. | | | |
| 106:03 | Q. And at the time, you were the chief | | | |
| 106:04 | audiologist at Fort Carson? | | | |
| 106:05 | A. Correct.  No, I'm sorry.  Fort Drum. | | | |
| 106:06 | Q. Fort Drum.  Okay.  Who else -- would you | | | |
| 106:07 | have had peers that were the chief audiologists at | | | |
| 106:08 | other installations -- | | | |
| 106:09 | A. Oh, yeah. | | | |
| 106:10 | Q. -- that would also attend those meetings? | | | |
| 106:11 | A. Right. | | | |
| 106:12 | Q. Can you recall who else that would have | | | |
| 106:13 | been your peers at other installations would have | | | |
| 106:14 | been at the meetings with Doug Ohlin when he | | | |
| 106:15 | discussed the flange fold? | | | |
| 106:16 | A. I -- | | | |
| 106:17 | MR. BUCHANAN:  Objection to the form. | | | |
| 106:18 | THE WITNESS:  Yeah, most of the Army | | | |
| 106:19 | audiologists, senior audiologists down to junior | | | |
| 106:20 | audiologists.  I can't recall exactly who was | | | |
| 106:21 | there, but usually the -- most of the military | | | |
| 107:01 | audiologists.  Not just in the Army, but across the | | | |
| 107:02 | Navy and the Air Force as well -- | | | |
| 107:03 | BY MR. WASDIN: | | | |
| 107:04 | Q. Okay. | | | |
| 107:05 | A. -- would attend that meeting. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 107:21 - 110:21 | Merkley, LTC John A. (2020-02-26) | 2:24 | | | |
| | 107:21 | Q. Okay.  Once you would have gotten that | **Re: [107:21 to 110:21]** | **Re: [107:21 to 110:21]** | **Re: [107:21 to 110:21]** | **OVERRULED** |
| | 108:01 | guidance at the audiology short course, was the | **Pltf Obj** Foundation; 602; 611 | OVERRULED | **Pltf Obj** Foundation; 602; 611 | |
| | 108:02 | expectation that you would then take it back to | | | | |
| | 108:03 | Fort Drum and implement it with the folks who fit | | | **Re: [107:21 to 108:06]** | |
| | 108:04 | earplugs there? | | | **Pltf Obj** FRE 802; 805; | |
| | 108:05 | A. Yes. | | | 402/403; speculation; 701/702; | |

| | |
|---|---|
| 108:06 | MR. BUCHANAN:  Objection to form. |
| 108:07 | BY MR. WASDIN: |
| 108:08 | Q. And was that true for all of the |
| 108:09 | installation managers who were there, they were |
| 108:10 | going to take that guidance back to whatever |
| 108:11 | installation they were responsible for and |
| 108:12 | implement it? |
| 108:13 | MR. BUCHANAN:  Objection.  Foundation and |
| 108:14 | form. |
| 108:15 | THE WITNESS:  Yes. |
| 108:16 | BY MR. WASDIN: |
| 108:17 | Q. Okay.  When -- when you got back to Fort |
| 108:18 | Drum at some point after that, did you, indeed, |
| 108:19 | train the -- who are the folks at Fort Drum or |
| 108:20 | elsewhere that would actually be fitting individual |
| 108:21 | service members with earplugs? |
| 109:01 | A. Well, we would -- we trained all of our |
| 109:02 | technicians. |
| 109:03 | Q. Technicians, that's what I was looking |
| 109:04 | for. |
| 109:05 | A. Yeah.  So, our hearing technicians, but |
| 109:06 | we also trained -- we conducted training for unit |
| 109:07 | hearing program -- at -- at the time, they were |
| 109:08 | called Hearing Conservation Program officers.  I'm |
| 109:09 | sure there's a reference to that in the DA-PAM, but |
| 109:10 | every company is supposed to have a Hearing |
| 109:11 | Conservation Program officer, and a part of that, |
| 109:12 | their training would be how to fit hearing |
| 109:13 | protection. |
| 109:14 | Q. Okay.  So, I think I understand.  In one |
| 109:15 | bucket are the technicians who would fit individual |
| 109:16 | service members as they were distributing hearing |
| 109:17 | protection? |
| 109:18 | A. Correct. |
| 109:19 | Q. And then in the other one, bucket, you |
| 109:20 | mentioned, it was a unit Hearing Conservation |
| 109:21 | Program officer who would be with a -- a group of |
| 110:01 | service members going forward and have that |
| 110:02 | experience? |
| 110:03 | A. Right. |
| 110:04 | Q. Okay.  You trained both of those groups |
| 110:05 | of people? |
| 110:06 | A. Yes. |
| 110:07 | Q. And when you trained the technicians at |
| 110:08 | Fort Drum, did you include the information you |
| 110:09 | received from Doug Ohlin regarding folding back the |
| 110:10 | flanges as needed to achieve a good fit? |
| 110:11 | A. Yes. |
| 110:12 | MR. BUCHANAN:  Objection to form. |
| 110:13 | BY MR. WASDIN: |
| 110:14 | Q. Did you limit your instruction to any |

704. Plaintiff's MIL # 1, 2,
16, 17, 21.

**Re: [108:07 to 108:15]**
**Pltf Obj** FRE 402/403; 404;
602; 701/702; Plaintiffs MIL
#1, 2, 16.

**Re: [110:04 to 111:09]**
**Pltf Obj** FRE 802; 805;
402/403; 404; speculation;
701/702; 704. Plaintiff's MIL
# 1, 2, 16, 17, 21.

| | | |
|---|---|---|
| 110:15 particular size ear canal? | | |
| 110:16 MR. BUCHANAN: Objection to form. | | |
| 110:17 THE WITNESS: No. I don't -- I don't | | |
| 110:18 recall that. | | |
| 110:19 BY MR. WASDIN: | | |
| 110:20 Q. Okay. Is that also true for the unit | | |
| 110:21 Hearing Conservation Program officers, you gave | | |

111:01 - 111:09  Merkley, LTC John A. (2020-02-26)  0:23

| | | |
|---|---|---|
| 111:01 them the instruction that they could fold back the | **Re: [110:04 to 111:09]** | **OVERRULED** |
| 111:02 flanges as needed to achieve a good fit? | **Pltf Obj** FRE 802; 805; | |
| 111:03 MR. BUCHANAN: Objection to form. | 402/403; 404; speculation; | |
| 111:04 THE WITNESS: Yes. | 701/702; 704. Plaintiff's MIL | |
| 111:05 BY MR. WASDIN: | # 1, 2, 16, 17, 21. | |
| 111:06 Q. And did you limit that instruction by | | |
| 111:07 size of ear canal? | | |
| 111:08 MR. BUCHANAN: Same objection. | | |
| 111:09 THE WITNESS: No. | | |

119:19 - 120:07  Merkley, LTC John A. (2020-02-26)  1:37

| | | |
|---|---|---|
| 119:19 Q. Okay. Well, then fast forwarding to the | **Re: [119:19 to 120:07]** | **SUSTAINED** |
| 119:20 time period when you are in charge of audiology at | **Pltf Obj** FRE 602; 611, vague, | |
| 119:21 Fort Drum. When in a service member's career, I | overbroad questions calling | |
| 120:01 guess, would they receive a piece of hearing | for speculation; 402/403; | |
| 120:02 protection and then be fit with it? | Plaintiffs MIL # 1, 2, 15, 16, | |
| 120:03 A. We fit at Fort Drum any individuals when | 21 | |
| 120:04 they were coming to the installation, so | | |
| 120:05 we -- we provided hearing protection fit or hearing | | |
| 120:06 health education and hearing protection fitting | | |
| 120:07 at in-processing to the installation. | | |

120:12 - 121:11  Merkley, LTC John A. (2020-02-26)  1:46

| | | |
|---|---|---|
| 120:12 Q. Okay. And is -- when you say when they | **Re: [120:12 to 121:11]** | **SUSTAINED** |
| 120:13 arrive at the facility, is that sort of like the | **Pltf Obj** FRE 602; speculation; | |
| 120:14 first stop after basic training? | 611; 802; 805; 402/403; 404; | |
| 120:15 A. No. It depends. It -- it could be right | scope; foundation; | |
| 120:16 after basic training. It may be that they're | speculation; 701/702; 704. | |
| 120:17 PCS'ing. | Plaintiff's MIL # 1, 2. | |
| 120:18 Q. Okay. | | |
| 120:19 A. Having -- changing duty stations and | | |
| 120:20 moving from one installation to Fort Drum. Then | | |
| 120:21 when they get to that installation, there's an | | |
| 121:01 in-processing part, and part of that in-processing | | |
| 121:02 includes a medical in-processing, and they would | | |
| 121:03 receive a hearing test, get fitted with hearing | | |
| 121:04 protection and a small class on hearing | | |
| 121:05 conservation. | | |
| 121:06 Q. Would the fitting with hearing protection | | |
| 121:07 as part of the intake process be done by the | | |
| 121:08 technicians we talked about earlier? | | |
| 121:09 A. Either the technicians or the audiologist | | |

121:10    on site, yes.
121:11    Q. Okay.

121:18 - 122:11   Merkley, LTC John A. (2020-02-26)          1:41
121:18    Q. Okay.  So, some are brand new in the
121:19    military; some may have been there for a
121:20    while --
121:21    A. Right.
122:01    Q. -- but whenever you get a transition of
122:02    your class or duty station -- regardless of how
122:03    long you have been in the Army, when you show up at
122:04    Fort Drum, while you were there, one of the first
122:05    things that happened was the medical exam that
122:06    included fitting hearing protection?
122:07    A. Correct.
122:08    Q. And was that done for all service
122:09    members?
122:10    A. Everybody that came through
122:11    in-processing.

122:12 - 123:12   Merkley, LTC John A. (2020-02-26)          1:42
122:12    Q. Was there a training component during
122:13    that intake on how to fit themselves with earplugs
122:14    going forward?
122:15    A. Yes.
122:16    Q. And would -- was it your expectation that
122:17    the audiologist or the technicians would have given
122:18    the service members the same fitting tips that you
122:19    had provided them?
122:20    A. Right.  Yes.
122:21    Q. And that would include that if they
123:01    needed to, they could fold back the flanges?
123:02    MR. BUCHANAN:  Objection to form and
123:03    foundation.
123:04    THE WITNESS:  If -- if they were fitted
123:05    with a Combat Arms Earplug.  We did not routinely
123:06    fit the Combat Arms Earplug for in-processing.
123:07    BY MR. WASDIN:
123:08    Q. Got it.  If their earplug was the Combat
123:09    Arms Version 2, their training would have included
123:10    the option to fold back the flanges as needed to
123:11    get a good fit?
123:12    A. Yes.

| | | |
|---|---|---|
| Re: [122:12 to 123:12] | Re: [122:12 to 123:12] | Re: [122:12 to 123:12] |
| Pltf Obj 611 | OVERRULED | Pltf Obj FRE 602; scope; foundation; conjecture; 802; 402/403; 404; speculation; 701/702 improper opinion testimony; 704. Plaintiff's MIL # 1, 2, 15, 16, 17, 21. |
| | | |
| | | Re: [122:12 to 123:12] |
| | | Pltf Obj 611 |
| | | |
| | | Re: [122:16 to 123:14] |
| | | Pltf Obj FRE 602; 402/403; 404; 701/702; 802; speculation; foundation; Plaintiffs MIL #1, 2, 16, 21 |

OVERRULED

123:16 - 123:21   Merkley, LTC John A. (2020-02-26)          0:14
123:16    Q. Looking at the wallet card, which was
123:17    marked as Exhibit 9, the second bullet at the
123:18    bottom mentions the option to fold back the flanges
123:19    on the plug, and then there's an image of it,
123:20    right?
123:21    A. Correct.

Re: [123:16 to 123:21]
Pltf Obj FRE 602; 611; conjecture; 402/403; 802; 805. Plaintiff MIL #16

OVERRULED

| | | | | | |
|---|---|---|---|---|---|
| **124:07 - 124:16** Merkley, LTC John A. (2020-02-26) | 1:32 | | | **Re: [124:07 to 124:18]** **Pltf Obj** FRE 602; speculation; 611; 701/702; 802; 403; foundation. | **OVERRULED** |
| 124:07   Q. On the wallet card, there is a reference | | | | | |
| 124:08   to very large ear canals.  So, it says for very | | | | | |
| 124:09   large ear canals, fold opposing plug back? | | | | | |
| 124:10   A. Correct. | | | | | |
| 124:11   Q. Where did the -- that language relating | | | | | |
| 124:12   to very large ear canals come from? | | | | | |
| 124:13   A. I don't know. | | | | | |
| 124:14   Q. And I guess I'm asking because you said | | | | | |
| 124:15   earlier that the guidance you got was agnostic as | | | | | |
| 124:16   to ear canal size, right? | | | | | |
| **124:18 - 124:18** Merkley, LTC John A. (2020-02-26) | 0:00 | | | **Re: [124:07 to 124:18]** **Pltf Obj** FRE 602; speculation; 611; 701/702; 802; 403; foundation. | **OVERRULED** |
| 124:18   THE WITNESS:  Right. | | | | | |
| **125:03 - 125:06** Merkley, LTC John A. (2020-02-26) | 0:13 | | | | |
| 125:03   Q. Do you know if the military did its own | | | | | |
| 125:04   analysis of what size ear canals were likely to | | | | | |
| 125:05   benefit from a fold of the flange? | | | | | |
| 125:06   A. I'm not -- not that I recall. | | | | | |
| **125:07 - 125:09** Merkley, LTC John A. (2020-02-26) | 0:02 | **Re: [125:07 to 125:09]** **Pltf Obj** 611 | **Re: [125:07 to 125:09]** SUSTAINED | **Re: [125:07 to 125:10]** **Pltf Obj** FRE 602; speculation; foundation; 802; 805; 402/403; speculation; 701/702; 704. Plaintiff's MIL # 1,15, 16, 21. | **SUSTAINED** |
| 125:07   Q. The military drafted the wallet card | | | | | |
| 125:08   though, right? | | | | | |
| 125:09   A. Yes. | | | | **Re: [125:07 to 125:18]** **Pltf Obj** FRE 602; speculation; scope; foundation; conjecture; 802; 402/403; 404; 701/702 improper opinion testimony; 704. Plaintiff's MIL # 1, 2, 15, 16, 17, 21. | |
| | | | | **Re: [125:07 to 125:09]** **Pltf Obj** 611 | |
| **125:14 - 125:18** Merkley, LTC John A. (2020-02-26) | 0:06 | | | **Re: [125:07 to 125:18]** **Pltf Obj** FRE 602; speculation; scope; foundation; conjecture; 802; 402/403; 404; 701/702 improper opinion testimony; 704. Plaintiff's MIL # 1, 2, | **SUSTAINED** |
| 125:14   MAJOR EVANS:  And can we just clarify | | | | | |
| 125:15   real quick, this is the Army's wallet card, | | | | | |
| 125:16   correct?  Not the -- | | | | | |
| 125:17   THE WITNESS:  It is the -- it is the | | | | | |
| 125:18   Army's wallet card, yeah. | | | | | |

| | | | | |
|---|---|---|---|---|
| | | | 15, 16, 17, 21. | |
| 126:01 - 126:08  Merkley, LTC John A. (2020-02-26) | 0:14 | | | |
| 126:01   Q. I should do better about that.  The | | Re: [126:01 to 126:08] | Re: [126:01 to 126:08] | Re: [126:01 to 126:10] | OVERRULED |
| 126:02   wallet card that we marked as Exhibit -- | | Pltf Obj 602; incomplete | OVERRULED | Pltf Obj FRE speculation; | |
| 126:03   A. Nine. | | | COMPLETENESS OBJECTION | scope; foundation; conjecture; | |
| 126:04   Q. -- 9 is -- was created by USACHPPM for | | | WITHDRAWN, 3/11/2021 | 802; 402/403; 404; | |
| 126:05   use in the Army? | | | | speculation; 611; 701/702 | |
| 126:06   A. Correct. | | | | improper opinion testimony. | |
| 126:07   Q. Was this wallet card distributed to | | | | Plaintiff's MIL # 1, 2, 15, | |
| 126:08   individual service members? | | | | 16, 17, 21. | |
| | | | | | |
| | | | | Re: [126:01 to 126:08] | |
| | | | | Pltf Obj 602 | |
| | | | | | |
| 126:11 - 126:13  Merkley, LTC John A. (2020-02-26) | 0:07 | | | | |
| 126:11   THE WITNESS:  Individual service members | | | | Re: [126:11 to 126:13] | OVERRULED |
| 126:12   that came through the Hearing Conservation Program, | | | | Def Obj 106, improper counter | |
| 126:13   if -- if the clinic had them available, then yes. | | | | | |
| | | | | | |
| 126:15 - 126:18  Merkley, LTC John A. (2020-02-26) | 0:10 | | | | |
| 126:15   Q. Okay.  This would be in addition to | | | | | |
| 126:16   whatever training they received by the technician | | | | | |
| 126:17   or audiologist when they were being fit? | | | | | |
| 126:18   A. Right. | | | | | |
| | | | | | |
| 126:19 - 126:21  Merkley, LTC John A. (2020-02-26) | 0:09 | | | | |
| 126:19   Q. Other than the wallet card, did the Army | | | | Re: [126:19 to 127:14] | SUSTAINED |
| 126:20   have other training materials for the Combat Arms | | | | Pltf Obj FRE 602; speculation; | |
| 126:21   Version 2 that it would distribute to soldiers? | | | | scope; foundation; conjecture; | |
| | | | | 802; 402/403; 404; 611; | |
| | | | | 701/702 improper opinion | |
| | | | | testimony. Plaintiff's MIL # | |
| | | | | 1, 2, 15, 16, 17, 21. | |
| | | | | | |
| 127:07 - 127:14  Merkley, LTC John A. (2020-02-26) | 1:32 | | | | |
| 127:07   THE WITNESS:  You know, I -- I just don't | | | | Re: [126:19 to 127:14] | SUSTAINED |
| 127:08   recall.  I -- I think there was a -- a single sheet | | | | Pltf Obj FRE 602; speculation; | |
| 127:09   of paper, but I don't -- you know, like an | | | | scope; foundation; conjecture; | |
| 127:10   8-and-a-half-by-11 fact sheet, but I don't recall | | | | 802; 402/403; 404; 611; | |
| 127:11   using it a lot to just hand out -- | | | | 701/702 improper opinion | |
| 127:12   BY MR. WASDIN: | | | | testimony. Plaintiff's MIL # | |
| 127:13   Q. Okay. | | | | 1, 2, 15, 16, 17, 21. | |
| 127:14   A. -- to individuals. | | | | | |
| | | | | | |
| 127:19 - 129:02  Merkley, LTC John A. (2020-02-26) | 1:56 | | | | |
| 127:19   Q. LTC Merkley, I'll hand you what we just | | | | Re: [128:02 to 129:10] | OVERRULED |
| 127:20   marked as Exhibit 11.  Is this the single fact | | | | Pltf Obj FRE 602; scope; | |
| 127:21   sheet you were talking about? | | | | foundation; conjecture; 802; | |
| 128:01   A. I believe so, yes. | | | | 402/403; 404; speculation; | |
| 128:02   Q. Okay.  Other than the wallet card and the | | | | 611; 701/702 improper opinion | |

| | | |
|---|---|---|
| 128:03 | one-page fact sheet we marked as Exhibit 11, are | testimony. Plaintiff's MIL # |
| 128:04 | you aware of any other training materials that | 1, 2, 15, 16, 17, 21. |
| 128:05 | would have been physically distributed to | |
| 128:06 | individual service members? | |
| 128:07 | MR. BUCHANAN:  Objection to the form of | |
| 128:08 | the question -- | |
| 128:09 | THE WITNESS:  Not -- not that I can | |
| 128:10 | recall. | |
| 128:11 | MR. BUCHANAN:  -- and foundation. | |
| 128:12 | BY MR. WASDIN: | |
| 128:13 | Q. Have you ever seen instructions for the | |
| 128:14 | Combat Arms Version 2 that were authored by Aearo | |
| 128:15 | or 3M? | |
| 128:16 | A. I have not. | |
| 128:17 | Q. When you were responsible for training | |
| 128:18 | technicians and hearing conservation officers on | |
| 128:19 | how to fit the Combat Arms Version 2, you weren't | |
| 128:20 | relying on any Aearo or 3M instructions; is that | |
| 128:21 | fair? | |
| 129:01 | MR. BUCHANAN:  Objection to form. | |
| 129:02 | THE WITNESS:  Yes. | |

**129:04 - 129:10  Merkley, LTC John A. (2020-02-26)**   0:13

| | | |
|---|---|---|
| 129:04 | Q. Do you know whether the Army ever used | **Re: [128:02 to 129:10]** | SUSTAINED |
| 129:05 | any instructions or training materials provided by | **Pltf Obj** FRE 602; scope; | |
| 129:06 | Aearo or 3M to train soldiers on how to use the | foundation; conjecture; 802; | |
| 129:07 | Combat Arms Version 2? | 402/403; 404; speculation; | |
| 129:08 | A. I -- I don't know. | 611; 701/702 improper opinion | |
| 129:09 | Q. You've never seen it? | testimony. Plaintiff's MIL # | |
| 129:10 | A. I -- I haven't seen it, no. | 1, 2, 15, 16, 17, 21. | |

**129:14 - 130:04  Merkley, LTC John A. (2020-02-26)**   1:32

| | | |
|---|---|---|
| 129:14 | Q. Yes.  Let's switch gears a little bit | **Re: [129:14 to 130:04]** | SUSTAINED |
| 129:15 | here.  In addition to the testing that we looked at | **Pltf Obj** FRE 701/702 improper | |
| 129:16 | briefly from June of 1999 that was done by Georges | opinion testimony; 602; | |
| 129:17 | Garinther, -- | 402/403; 802; speculation; | |
| 129:18 | A. Um-hum. | foundation. Plaintiff's MIL # | |
| 129:19 | Q. -- are you aware if the military has done | 1, 2, 16 | |
| 129:20 | other testing on the Combat Arms Version 2 over | |
| 129:21 | time? | |
| 130:01 | A. I -- I believe they have.  I recall a | |
| 130:02 | couple of reports -- | |
| 130:03 | Q. Okay. | |
| 130:04 | A. -- on them, but I -- | |

**137:06 - 138:12  Merkley, LTC John A. (2020-02-26)**   2:33

| | | |
|---|---|---|
| 137:06 | LTC Merkley, Exhibit 13 is a PowerPoint | **Re: [137:06 to 138:12]** | OVERRULED |
| 137:07 | presentation that was given by LTC Lorraine Babeu, | **Pltf Obj** FRE 602; speculation; | |
| 137:08 | U.S. Army Research Laboratory, Human Research and | foundation; 701/702 improper | |
| 137:09 | Engineering Directorate at Aberdeen, right? | opinion testimony; 402/403; | |
| 137:10 | A. Um-hum. | 802. | |

| | | | | |
|---|---|---|---|---|
| 137:11 | Q. Do you know LTC Babeu? | | | |
| 137:12 | A. I -- I do.  Not really well, but I -- she | | | |
| 137:13 | was an active duty audiologist when -- when I first | | | |
| 137:14 | came into the Army. | | | |
| 137:15 | Q. What were her principal responsibilities, | | | |
| 137:16 | if you know?  Did she work at ARL? | | | |
| 137:17 | A. I believe she -- well, she was working at | | | |
| 137:18 | ARL as -- in a utilization tour following her Ph.D. | | | |
| 137:19 | program at -- I believe she went through the | | | |
| 137:20 | University of Florida. | | | |
| 137:21 | Q. If you look in the bottom left-hand | | | |
| 138:01 | corner of the first slide, there's a tiny date on | | | |
| 138:02 | it.  You probably need a magnifier, but I think it | | | |
| 138:03 | says March 18th, 2005? | | | |
| 138:04 | A. Correct. | | | |
| 138:05 | Q. So, it looks like LTC Babeu is testing | | | |
| 138:06 | level-dependent hearing protection devices at | | | |
| 138:07 | Aberdeen in -- at least by 2005? | | | |
| 138:08 | A. Um-hum. | | | |
| 138:09 | Q. And if you flip the page to page 2, the | | | |
| 138:10 | bottom slide shows that her testing included | | | |
| 138:11 | the -- the Combat Arms Version 2 dual-ended plug? | | | |
| 138:12 | A. Correct. | | | |

**138:13 - 138:15   Merkley, LTC John A. (2020-02-26)**      0:03

| | | | | |
|---|---|---|---|---|
| 138:13 | Q. Have you ever reviewed testing done by | | | |
| 138:14 | LTC Babeu before? | | | |
| 138:15 | A. No. | | | |

**138:21 - 143:04   Merkley, LTC John A. (2020-02-26)**      4:49

| | | | | |
|---|---|---|---|---|
| 138:21 | Q. And it says, Overview Hearing Protection | Re: [138:21 to 143:04] | Re: [138:21 to 143:04] | Re: [138:21 to 143:04] | OVERRULED |
| 139:01 | Study.  Infan-- infantry soldiers over the course | Pltf Obj 702; 602; 611; | OVERRULED | Pltf Obj 702; 602; 611; | |
| 139:02 | of nine days wore the Combat Arms Earplug, yellow | Foundation | | Foundation | |
| 139:03 | and green side, and the Peltor ComTac earmuff while | | | | |
| 139:04 | firing the M4 Rifle. | | | | |
| 139:05 | On each day, soldiers had | | | | |
| 139:06 | pre-and-post-distortion product otoacoustic | | | | |
| 139:07 | emission (DPOAE) measurements recorded during the | | | | |
| 139:08 | weapons firing task. | | | | |
| 139:09 | Soldiers fired 54 each day. | | | | |
| 139:10 | Noise level at the ear was 155 dBP. | | | | |
| 139:11 | Did I read that right? | | | | |
| 139:12 | A. Yes. | | | | |
| 139:13 | Q. What is, if you know, | | | | |
| 139:14 | pre-and-post-distortion product otoacoustic | | | | |
| 139:15 | emission measurements? | | | | |
| 139:16 | A. Well -- | | | | |
| 139:17 | MR. BUCHANAN:  Objection to form and | | | | |
| 139:18 | foundation. | | | | |
| 139:19 | THE WITNESS:  So, distortion product | | | | |
| 139:20 | otoacoustic emissions is a type of test of cochlear | | | | |

| | |
|---|---|
| 139:21 | function.  A healthy cochlea will produce an |
| 140:01 | otoacoustic emission, and so for this, they would |
| 140:02 | test otoacoustic emissions prior to shooting, fire |
| 140:03 | the weapon, and then test distortion |
| 140:04 | product -- distortion product otoacoustic emissions |
| 140:05 | following. |
| 140:06 | BY MR. WASDIN: |
| 140:07 | Q. Wearing the Combat Arms after -- |
| 140:08 | A. After -- wearing the Combat Arms Earplug |
| 140:09 | while firing, yes. |
| 140:10 | Q. Does otoacoustic emission testing tell |
| 140:11 | you something about whether or not the |
| 140:12 | person -- whether or not the noise that they're |
| 140:13 | being exposed to is damaging the cochlea? |
| 140:14 | MR. BUCHANAN:  Objection to form and |
| 140:15 | foundation.  Overbroad. |
| 140:16 | THE WITNESS:  It can, yes. |
| 140:17 | BY MR. WASDIN: |
| 140:18 | Q. At a high level, I think this is kind of |
| 140:19 | an oversimplification, but if the otoacoustic |
| 140:20 | emissions are the same before and after the noise |
| 140:21 | exposure, then there hasn't been damage to the |
| 141:01 | cochlea? |
| 141:02 | MR. BUCHANAN:  Objection to form and |
| 141:03 | foundation. |
| 141:04 | THE WITNESS:  Correct. |
| 141:05 | BY MR. WASDIN: |
| 141:06 | Q. If you go to page 11, at the bottom, |
| 141:07 | there's a slide that says, Results, do you see |
| 141:08 | that? |
| 141:09 | A. Yes. |
| 141:10 | Q. And there's two colors on the graph.  One |
| 141:11 | says CAE-level-dependent-before, and the next one |
| 141:12 | says CAE-level-dependent-after, right? |
| 141:13 | A. Correct. |
| 141:14 | Q. And then if you flip the page to 12, |
| 141:15 | there's a second result slide similar, but it's for |
| 141:16 | the non-level dependent.  So, it's |
| 141:17 | CAE-non-level-dependent-before and then |
| 141:18 | CAE-non-level-dependent-after, right? |
| 141:19 | A. Correct. |
| 141:20 | Q. So, does this look like LTC Babeu tested |
| 141:21 | both the green and the yellow end of the Combat |
| 142:01 | Arms Earplug? |
| 142:02 | MR. BUCHANAN:  Objection.  Foundation. |
| 142:03 | THE WITNESS:  Yes. |
| 142:04 | BY MR. WASDIN: |
| 142:05 | Q. And so, she would measure a service |
| 142:06 | member's hearing prior to noise exposure, put the |
| 142:07 | earplug in, have them shoot a particular weapon 54 |
| 142:08 | times and then measure the otoacoustic emission |

| Line | Testimony | | | |
|---|---|---|---|---|

```
142:09   after that exposure?
142:10   MR. BUCHANAN:  Objection.  Misstates the
142:11   document.
142:12   THE WITNESS:  That's correct.  That's
142:13   what it sounds like.
142:14   BY MR. WASDIN:
142:15   Q. So, if you look at -- start on page 12,
142:16   the -- the green end, the non-level-dependent end,
142:17   it looks like, although there's minor variation,
142:18   the DP amplitude is basically the same or a little
142:19   higher after the exposures to noise than before?
142:20   MR. BUCHANAN:  I'm sorry, what page are
142:21   you on?
143:01   MR. WASDIN:  Twelve.
143:02   BY MR. WASDIN:
143:03   Q. Do you see that?
143:04   A. Yes.
```

143:11 - 145:02   Merkley, LTC John A. (2020-02-26)      1:24

```
143:11   Q. I guess let me just ask a different
143:12   question then.  I just don't understand the
143:13   testing.
143:14   What do you want to see on an otoacoustic
143:15   emissions test to determine whether or not there
143:16   was cochlear damage?
143:17   MR. BUCHANAN:  Objection.  Foundation.
143:18   BY MR. WASDIN:
143:19   Q. You can put that document aside.  I just
143:20   want to know, do you want the DP amplitude to be
143:21   higher, or lower, or about the same?
144:01   A. To determine if -- if any damage has been
144:02   done, --
144:03   Q. I guess, yeah.
144:04   A. -- you would want to see the same pre
144:05   versus post.
144:06   Q. Okay.  And then looking back at the
144:07   exhibit that I just told you to put aside, I'm
144:08   sorry about that, --
144:09   A. Oh.
144:10   Q. -- but on both the level-dependent end,
144:11   the yellow end, and the green end, the
144:12   non-level-dependent end, does it look like the
144:13   values are about the same before and after?
144:14   MR. BUCHANAN:  Objection. Form.  Vague,
144:15   about.
144:16   THE WITNESS:  Yes, they appear to be the
144:17   same or -- well --
144:18   BY MR. WASDIN:
144:19   Q. Okay.
144:20   A. -- relatively close.
144:21   Q. Okay.  So, this is 2005 testing done by
```

**Re: [143:11 to 145:02]**
**Pltf Obj** 702; 602; 611; Foundation

Re: [143:11 to 145:02]
 SUSTAINED as to 143:11-17; otherwise OVERRULED

**Re: [143:11 to 145:02]**
**Pltf Obj** 702; 602; 611; Foundation

**Re: [143:11 to 145:02]**
**Pltf Obj** 402/403; Plaintiffs MIL #1, 2, 16

**SUSTAINED**

| | | | |
|---|---|---|---|
| 145:01 Lorraine Babeu at Aberdeen Proving Grounds? | | | |
| 145:02 A. Correct. | | | |

**145:12 - 145:18** Merkley, LTC John A. (2020-02-26)  `0:20`

| | | | |
|---|---|---|---|
| 145:12 Q. LTC Merkley, I have just given you a | | **Re: [145:12 to 145:18]** | **OVERRULED** |
| 145:13 document marked Exhibit 14, which is a test report | | **Pltf Obj** FRE 602; speculation; | |
| 145:14 bearing the insignia of the Army Research | | foundation; 802; 402/403; 702. | |
| 145:15 Laboratory and titled, Modeling of Acoustic | | | |
| 145:16 Pressure Waves in Level-Dependent Earplugs, do you | | | |
| 145:17 see that? | | | |
| 145:18 A. Yes. | | | |

**145:19 - 146:07** Merkley, LTC John A. (2020-02-26)  `0:22`

| | | | |
|---|---|---|---|
| 145:19 Q. The authors are James DeSpirito and Mary | | | |
| 145:20 Binseel, right? | | | |
| 145:21 A. Correct. | | | |
| 146:01 Q. Who is James DeSpirito? | | | |
| 146:02 A. I don't know. | | | |
| 146:03 Q. Who is Mary Binseel? | | | |
| 146:04 A. I don't know. | | | |
| 146:05 Q. Okay.  Have you ever seen this report | | | |
| 146:06 before? | | | |
| 146:07 A. I -- no. | | | |

**146:08 - 146:15** Merkley, LTC John A. (2020-02-26)  `0:21`

| | | | |
|---|---|---|---|
| 146:08 Q. If you flip to page 1, there's an | **Re: [146:08 to 146:15]** | Re: [146:08 to 146:15] | **Re: [146:08 to 146:15]** | **OVERRULED** |
| 146:09 Introduction, and it describes that they're going | **Pltf Obj** Foundation | OBJECTION WITHDRAWN, | **Pltf Obj** Foundation | |
| 146:10 to perform testing on the dual-ended Combat Arms | | 3/11/2021 | | |
| 146:11 Version 2 essentially, do you see that? | | | |
| 146:12 A. Yes. | | | |
| 146:13 Q. There's a picture of the dual-ended | | | |
| 146:14 Combat Arms Version 2 in the middle of the page? | | | |
| 146:15 A. Right. | | | |

**148:10 - 149:05** Merkley, LTC John A. (2020-02-26)  `1:06`

| | | | |
|---|---|---|---|
| 148:10 Q. Yeah, just -- yeah, it's a habit. | **Re: [148:10 to 149:05]** | Re: [148:10 to 149:05] | **Re: [148:10 to 149:05]** | **OVERRULED** |
| 148:11 Looking at this data, what it tells us is, at least | **Pltf Obj** Foundation | OBJECTION WITHDRAWN, | **Pltf Obj** FRE 602; 402/403; | |
| 148:12 in the Army's testing in September of 2008, how | | 3/11/2021 | 702; 802 | |
| 148:13 much peak pressure reduction the Combat Arms | | | | |
| 148:14 Earplug provides at various levels of impulses | | | **Re: [148:10 to 149:05]** | |
| 148:15 between 125 and 186.91, do you see that? | | | **Pltf Obj** Foundation | |
| 148:16 A. Okay.  Yes, I see that. | | | | |
| 148:17 Q. And just looking at it, does it appear to | | | |
| 148:18 be providing nonlinear protection as the decibel of | | | |
| 148:19 the impulse increases? | | | |
| 148:20 MR. BUCHANAN:  Objection to form. | | | |
| 148:21 THE WITNESS:  Yes. | | | |
| 149:01 BY MR. WASDIN: | | | |
| 149:02 Q. The higher the impulse level, the higher | | | |
| 149:03 the peak pressure reduction for the Combat Arms | | | |
| 149:04 plug in this testing, right? | | | |

149:05    A. Correct.

151:01 - 151:21  Merkley, LTC John A. (2020-02-26)    1:08

151:01    Q. When -- so, look back at the Just the
151:02    Facts doc-- keep your place there on that
151:03    document for a second, but look back at Just the
151:04    Facts document.  Do you know -- this is Exhibit 11.
151:05    Do you know who authored the Just the Facts
151:06    document on the Combat Arms Version 2?
151:07    A. The -- I -- I don't know who the author
151:08    was.  It was put out by the Army Public Health
151:09    Center, the Army Hearing Program or the Army
151:10    Hearing Conservation Program, so it was Doug Ohlin
151:11    and his staff.
151:12    Q. If you go down to the column on the left,
151:13    the bottom left of the first page title -- titled,
151:14    Protection Available, --
151:15    A. Um-hum.
151:16    Q. -- about midway through that paragraph it
151:17    says, the nonlinearity begins at about 110 dBP and
151:18    increases with increasing peak pressure level.  At
151:19    190 dBP, there's an overall peak reduction of 25
151:20    dB, do you see that?
151:21    A. Yes.

**Re: [151:01 to 151:21]**
**Pltf Obj** FRE 602; scope;
foundation; 802; 402/403; 404;
702 improper opinion
testimony. Plaintiff's MIL #
1, 2, 15, 16, 21.

**OVERRULED**

153:03 - 154:15  Merkley, LTC John A. (2020-02-26)    1:04

153:03    Q. In any event, if -- whatever that
153:04    publication says, if you go back to the Army
153:05    Research Lab testing that we had, that chart
153:06    out --
153:07    A. Um-hum.
153:08    Q. -- it doesn't go up to 190 in this
153:09    particular test, but, indeed, you do see that as
153:10    you approach 190, 186.91, the Combat Arms is
153:11    providing actually a little bit more than
153:12    that --
153:13    A. Correct.
153:14    Q. -- 30.43?
153:15    MR. BUCHANAN:  Objection to leading.
153:16    THE WITNESS:  Correct.  Sorry.  I'm
153:17    speaking over you.
153:18    BY MR. WASDIN:
153:19    Q. Yeah.  And so, the testing that's being
153:20    done in October of 2008, you know, confirms this
153:21    statement about 190 dB peak in the Just the Facts
154:01    document?
154:02    MR. BUCHANAN:  Objection to the leading.
154:03    Foundation.
154:04    THE WITNESS:  Yes.
154:05    BY MR. WASDIN:
154:06    Q. And then if you go on, that same sentence

**Re: [153:03 to 154:15]**
**Pltf Obj** 611

**Re: [153:03 to 154:15]**
SUSTAINED

**Re: [153:03 to 154:15]**
**Pltf Obj** 611

**Re: [153:03 to 154:15]**
**Pltf Obj** 602; 701/702;
402/403. Plaintiffs MIL #16,
18.

**SUSTAINED**

| | | | | |
|---|---|---|---|---|
| 154:07 in the Just the Facts says, testing at a U.S. | | | | |
| 154:08 military facility found this nonlinear earplug | | | | |
| 154:09 protective up to 190 dB peak, do you see that? | | | | |
| 154:10 A. Yes. | | | | |
| 154:11 Q. And then if you flip the page, you can | | | | |
| 154:12 see that the citation there, the first one is to | | | | |
| 154:13 that Dan Johnson study that we looked at a long | | | | |
| 154:14 time ago? | | | | |
| 154:15 A. Right. | | | | |

**155:03 - 156:03   Merkley, LTC John A. (2020-02-26)**   1:51

| | | | |
|---|---|---|---|
| 155:03 Q. What I wanted to ask you about was, this | Re: [155:03 to 156:03] | Re: [155:03 to 156:03] | Re: [155:03 to 156:03] | **SUSTAINED** |
| 155:04 statement that testing at a U.S. military facility | Pltf Obj 602; 611 | SUSTAINED | Pltf Obj 602; 611 | |
| 155:05 found this nonlinear earplug protective up to 190 | | | | |
| 155:06 dB peak, that's a statement that's included in the | | | Re: [155:03 to 156:03] | |
| 155:07 Army's Just the Facts document, right? | | | Pltf Obj FRE 701/702; 402/403. | |
| 155:08 MR. BUCHANAN: Objection to form. | | | Plaintiffs MIL #16, 18 | |
| 155:09 THE WITNESS: Yes. | | | | |
| 155:10 BY MR. WASDIN: | | | | |
| 155:11 Q. Yeah. And it's -- the source of that | | | | |
| 155:12 representation is the Dan Johnson study that he did | | | | |
| 155:13 for the Army in 1995? | | | | |
| 155:14 MR. BUCHANAN: Objection to the form. | | | | |
| 155:15 BY MR. WASDIN: | | | | |
| 155:16 Q. Or '96? | | | | |
| 155:17 A. It appears to be, yes. | | | | |
| 155:18 Q. And so, this is an Army interpretation of | | | | |
| 155:19 an Army study that the testing at a U.S. military | | | | |
| 155:20 facility found this nonlinear earplug protective up | | | | |
| 155:21 to 190 dB peak? | | | | |
| 156:01 MR. BUCHANAN: Objection to form. | | | | |
| 156:02 Argumentative. Foundation. | | | | |
| 156:03 THE WITNESS: Yes. | | | | |

**156:05 - 157:01   Merkley, LTC John A. (2020-02-26)**   1:56

| | | | |
|---|---|---|---|
| 156:05 Q. Now, when you go to the 2008 study that | Re: [156:05 to 157:01] | Re: [156:05 to 157:01] | Re: [156:05 to 157:01] | **OVERRULED** |
| 156:06 we were just talking about, this is the Exhibit 14, | Pltf Obj Foundation | OVERRULED | Pltf Obj foundation | |
| 156:07 the Mary Binseel document? | | | | |
| 156:08 A. Um-hum. | | | Re: [156:05 to 157:01] | |
| 156:09 Q. If you look -- and we just said this, but | | | Pltf Obj FRE 611; 602; | |
| 156:10 although it shows that it -- it is providing | | | 701/702; 402/403; 802. | |
| 156:11 protection up at least to 186.91 dB here, right? | | | Plaintiffs MIL #16, 18 | |
| 156:12 A. Correct. | | | | |
| 156:13 Q. But it's providing 30 dBs of reduction, | | | | |
| 156:14 and the output of that is that it would reduce 186 | | | | |
| 156:15 dB peak down to 156.48, right? | | | | |
| 156:16 A. Correct. | | | | |
| 156:17 MR. BUCHANAN: Objection to form. | | | | |
| 156:18 BY MR. WASDIN: | | | | |
| 156:19 Q. Okay. 156.48 is still over the 140 dB | | | | |
| 156:20 limit that you and I talked about earlier as a sort | | | | |

| | | | | |
|---|---|---|---|---|
| 156:21 | of baseline standard safe impulse limit, right? | | | |
| 157:01 | A. Correct. | | | |

**158:04 - 158:10  Merkley, LTC John A. (2020-02-26)   0:13**

| 158:04 | Q. And then when you look at the Just the | Re: [158:04 to 158:10] | Re: [158:04 to 158:10] | Re: [158:04 to 158:10] | OVERRULED |
| 158:05 | Facts document, kind of tying together the -- the | Pltf Obj 602 | OVERRULED | Pltf Obj FRE 611; 701/702; 402/403. Plaintiffs MIL #16, 18 | |
| 158:06 | questions we've been talking about, that reduction | | | | |
| 158:07 | is actually a little better than what they cite | | | | |
| 158:08 | there.  They're citing only a 25 dB reduction at | | | Re: [158:04 to 158:10] | |
| 158:09 | 190, right? | | | Pltf Obj 602 | |
| 158:10 | A. Correct. | | | | |

**158:18 - 159:09  Merkley, LTC John A. (2020-02-26)   1:36**

| 158:18 | Q. In the Just the Facts document, the Army | Re: [158:18 to 159:09] | Re: [158:18 to 159:09] | Re: [158:18 to 159:09] | OVERRULED |
| 158:19 | is saying that at 190 dB peak, there's an overall | Pltf Obj 602; 611; foundation | OVERRULED | Pltf Obj 702; scope. | |
| 158:20 | peak reduction of only a 25 dB, right? | | | | |
| 158:21 | A. Correct. | | | Re: [158:18 to 159:09] | |
| 159:01 | Q. So, that would take you down to 165? | | | Pltf Obj 602; 611; foundation | |
| 159:02 | A. Correct. | | | | |
| 159:03 | Q. And they're saying that that's | | | | |
| 159:04 | demonstrative that the Combat Arms Version 2 is | | | | |
| 159:05 | protective up to 190 dB, right? | | | | |
| 159:06 | MR. BUCHANAN:  Objection.  Form and | | | | |
| 159:07 | foundation. | | | | |
| 159:08 | THE WITNESS:  That's -- that's what it | | | | |
| 159:09 | says in the document. | | | | |

**161:08 - 161:12  Merkley, LTC John A. (2020-02-26)   0:12**

| 161:08 | Q. So, unless there's some change to fit, | Re: [161:08 to 161:12] | Re: [161:08 to 161:12] | Re: [161:08 to 161:12] | SUSTAINED |
| 161:09 | you'd expect the whatever protection it's providing | Pltf Obj 602; 611; 702 | SUSTAINED | Pltf Obj improper opinion testimony; 402/403; speculation. Plaintiffs MIL #16, 18 | |
| 161:10 | at 190 to be the same on the first exposure and the | | | | |
| 161:11 | 101st exposure? | | | | |
| 161:12 | A. Correct. | | | Re: [161:08 to 161:12] | |
| | | | | Pltf Obj 602; 611; 702 | |

**162:01 - 162:04  Merkley, LTC John A. (2020-02-26)   0:09**

| 162:01 | Q. So, Exhibit 3 is a testing report done by | | | | |
| 162:02 | a variety of individuals, one of which Brian Hobbs | | | | |
| 162:03 | I think you said you knew? | | | | |
| 162:04 | A. Right. | | | | |

**162:07 - 162:18  Merkley, LTC John A. (2020-02-26)   1:05**

| 162:07 | Q. This says, Warfighter Interface Division, | | | Re: [162:07 to 162:18] | OVERRULED |
| 162:08 | Battlespace Acoustics Branch.  Do you know what | | | Pltf Obj FRE 611; 602; 701/702; 402/403. Plaintiffs MIL #16, 18 | |
| 162:09 | that is? | | | | |
| 162:10 | A. I don't.  From their -- I believe it's | | | | |
| 162:11 | the Air Force Research Lab or a branch or a group | | | | |
| 162:12 | of that laboratory. | | | | |
| 162:13 | Q. If you open this test report, we talked a | | | | |

| | | |
|---|---|---|
| 162:14 | little bit about the first page of this, | |
| 162:15 | but -- mine is stapled -- if you'd go to page 5. | |
| 162:16 | So, on the left, you've got a photo of | |
| 162:17 | somebody doing a real ear attenuation test, right? | |
| 162:18 | A. Yes. | |

**163:01 - 164:02   Merkley, LTC John A. (2020-02-26)**   1:10

| | Re: [163:01 to 164:12] | **OVERRULED** |
|---|---|---|
| 163:01   Q. On page 5, there's a table of data that's | **Pltf Obj** FRE 611; 602; | |
| 163:02   titled Real -- Real Ear Attenuation Test Data (ANSI | 701/702; 802; 402/403. | |
| 163:03   S12.6-1997, Method A) for TH? | Plaintiffs MIL #16, 18 | |
| 163:04   A. Correct. | | |
| 163:05   Q. And then if you look in the tactical | | |
| 163:06   headset or TH column on the left, there's a variety | | |
| 163:07   of different protectors here, but if you go down to | | |
| 163:08   the Passive subsection, you'll see the CAEP green | | |
| 163:09   tip and the CAEP yellow tip, do you see those? | | |
| 163:10   A. Yes. | | |
| 163:11   Q. This testing that was done in October | | |
| 163:12   2008 indicates that for the green end of the Combat | | |
| 163:13   Arms, the NRR mean minus 1 standard deviation is | | |
| 163:14   21, right? | | |
| 163:15   A. Correct. | | |
| 163:16   Q. That's using the Method A -- | | |
| 163:17   A. Um-hum. | | |
| 163:18   Q. -- ANSI standard, right? | | |
| 163:19   A. Correct. | | |
| 163:20   Q. And then for the yellow end, it indicates | | |
| 163:21   that the NRR mean minus one standard deviation is | | |
| 164:01   6, right? | | |
| 164:02   A. Correct. | | |

**164:03 - 164:12   Merkley, LTC John A. (2020-02-26)**   1:30

| | Re: [163:01 to 164:12] | **OVERRULED** |
|---|---|---|
| 164:03   Q. Do you know when a hearing | **Pltf Obj** FRE 611; 602; | |
| 164:04   protector -- protection device is labeled for | 701/702; 802; 402/403. | |
| 164:05   civilian use, do they use the Method A standard to | Plaintiffs MIL #16, 18 | |
| 164:06   do that? | | |
| 164:07   A. Well, the -- the noise reduction rating | | |
| 164:08   label on a hearing protector is not measured to | | |
| 164:09   S12.6-1997. | | |
| 164:10   Q. It's measured to the 1974 standard, | | |
| 164:11   right? | | |
| 164:12   A. Correct. | | |

**166:10 - 167:08   Merkley, LTC John A. (2020-02-26)**   1:47

| | Re: [166:10 to 167:08] | Re: [166:10 to 167:08] | Re: [166:10 to 167:08] | **OVERRULED** |
|---|---|---|---|---|
| 166:10   Q. All right.  So, looking at the chart that | **Pltf Obj** 602 | OVERRULED | **Pltf Obj** 602 | |
| 166:11   is in the October 2008 Air Force testing, when you | | | | |
| 166:12   go to two standard deviations, they list the Combat | | | Re: [166:10 to 167:08] | |
| 166:13   Arms Earplug green tip as a 15 NRR, do you see | | | **Pltf Obj** 702 improper opinion | |
| 166:14   that? | | | testimony; 402/403; 404; 802. | |
| 166:15   A. Um-hum. | | | Plaintiffs MIL #16, 18 | |
| 166:16   Q. And then they list the Combat Arms | | | | |

| | | | | |
|---|---|---|---|---|
| 166:17 | Earplug yellow tip as a 3 NRR, do you see that? | | | |
| 166:18 | A. Correct. | | | |
| 166:19 | Q. So, as of at least October 2008, the | | | |
| 166:20 | gov- -- the Air Force, excuse me, has REAT, Real | | | |
| 166:21 | Ear Attenuation Test data on both ends of the | | | |
| 167:01 | Combat Arms; is that correct? | | | |
| 167:02 | MR. BUCHANAN: Objection to form and | | | |
| 167:03 | foundation. | | | |
| 167:04 | THE WITNESS: Correct. | | | |
| 167:05 | BY MR. WASDIN: | | | |
| 167:06 | Q. And they have used that data to calculate | | | |
| 167:07 | their own NRR for the product? | | | |
| 167:08 | A. Correct. | | | |

**168:02 - 168:11** Merkley, LTC John A. (2020-02-26)   1:34

| | | | | |
|---|---|---|---|---|
| 168:02 | Q. Okay. If you flip to page 19, there's a | | Re: [168:02 to 168:11] | OVERRULED |
| 168:03 | section titled 3.3, Discussion, at the top, do you | | Pltf Obj 602 | |
| 168:04 | see that? | | | |
| 168:05 | A. Um-hum. | | Re: [168:02 to 168:11] | |
| 168:06 | Q. And it starts out by saying, the | | Pltf Obj FRE 701/702 improper | |
| 168:07 | continuous noise protection of all devices tested | | opinion testimony; | |
| 168:08 | was reasonable and should provide for a safe | | speculation; foundation; | |
| 168:09 | exposure level for the average user in many noise | | 402/403. Plaintiffs MIL #1, | |
| 168:10 | environments up to 105 dB, do you see that? | | 16, 18 | |
| 168:11 | A. Yes. | | | |

**169:04 - 170:01** Merkley, LTC John A. (2020-02-26)   1:59

| | | | | |
|---|---|---|---|---|
| 169:04 | Q. Okay. Flipping the page to page | Re: [169:04 to 170:01] | Re: [169:04 to 170:01] | Re: [169:04 to 170:01] | OVERRULED |
| 169:05 | 20 -- geez -- it goes on to say, the passive in the | Pltf Obj 602 | OVERRULED | Pltf Obj 602; 611; 802; 403; | |
| 169:06 | ear tactical headset, ITE TH work as they should in | | | 702; 704; foundation; scope. | |
| 169:07 | that continuous noise settings provide more | | | Plaintiffs MIL #16, 18 | |
| 169:08 | continuous noise attenuation than the impulse noise | | | | |
| 169:09 | settings. Table 1 illustrates that the Combat Arms | | | | |
| 169:10 | Earplug green, intended for continuous noise | | | | |
| 169:11 | protection, provides very good attenuation and is | | | | |
| 169:12 | readily distinguished from the Combat Arms P yellow | | | | |
| 169:13 | intended for impulse noise protection setting, did | | | | |
| 169:14 | I read that right? | | | | |
| 169:15 | A. Yes. | | | | |
| 169:16 | Q. So, as of October of 2008, this list of | | | | |
| 169:17 | authors doing an Air Force study of the Combat Arms | | | | |
| 169:18 | determined that it provides very good attenuation | | | | |
| 169:19 | in continuous noise? | | | | |
| 169:20 | MR. BUCHANAN: Objection to form and | | | | |
| 169:21 | foundation. | | | | |
| 170:01 | THE WITNESS: Yes. | | | | |

**170:03 - 171:13** Merkley, LTC John A. (2020-02-26)   1:18

| | | | | |
|---|---|---|---|---|
| 170:03 | Q. If you go to page 21, in addition to | | | Re: [170:03 to 172:11] | OVERRULED |
| 170:04 | conducting testing on continuous noise, it looks | | | Pltf Obj FRE 611; 602; 701/702 | |
| 170:05 | like they also did some air blast overpressure | | | improper opinion testimony; | |

| | | | | |
|---|---|---|---|---|
| 170:06 | measurements for impulse noise, right? | | | 402/403; 802. Plaintiffs MIL #1, 16, 18 |
| 170:07 | A. (Nodding head yes.)  Yes. | | | |
| 170:08 | Q. And if you flip the page to page 22 and | | | |
| 170:09 | 23, there are images of how they conducted some of | | | |
| 170:10 | that testing, do you see those? | | | |
| 170:11 | A. Um-hum.  Yes. | | | |
| 170:12 | Q. Figure 17, in particular, is labeled as | | | |
| 170:13 | 195 dB blast, do you see that? | | | |
| 170:14 | A. Yes. | | | |
| 170:15 | Q. And it looks like what they've done is | | | |
| 170:16 | put some manequin heads on the ground and exploded | | | |
| 170:17 | some sort of explosive within a couple of feet of | | | |
| 170:18 | the heads, is that fair? | | | |
| 170:19 | A. Yes. | | | |
| 170:20 | Q. 195 decibels, are there -- what are these | | | |
| 170:21 | weapons, if any, in the military arsenal that would | | | |
| 171:01 | create 195 decibel impulse peak? | | | |
| 171:02 | MR. BUCHANAN:  Objection to the form. | | | |
| 171:03 | THE WITNESS:  I'm -- I'm not aware of any | | | |
| 171:04 | that create 195 decibel peak. | | | |
| 171:05 | BY MR. WASDIN: | | | |
| 171:06 | Q. It looks like to get that high, you have | | | |
| 171:07 | to basically have an explosion happen a few feet | | | |
| 171:08 | away from you. | | | |
| 171:09 | MR. BUCHANAN:  Objection to form. | | | |
| 171:10 | THE WITNESS:  I -- | | | |
| 171:11 | BY MR. WASDIN: | | | |
| 171:12 | Q. Okay. | | | |
| 171:13 | A. I -- I guess, yeah. | | | |
| | | | | |
| 171:14 - 172:11  Merkley, LTC John A. (2020-02-26) | 1:56 | | | |
| 171:14 | Q. Okay.  Do you know any that | Re: [171:14 to 172:11] | Re: [171:14 to 172:11] | Re: [170:03 to 172:11] | OVERRULED |
| 171:15 | create -- weapons in the military arsenal that | Pltf Obj 611 | OBJECTION WITHDRAWN, | Pltf Obj FRE 611; 602; 701/702 | |
| 171:16 | create 190 dB peak? | | 3/11/2021 | improper opinion testimony; | |
| 171:17 | A. That approximate -- | | | 402/403; 802. Plaintiffs MIL | |
| 171:18 | Q. -- What are those? | | | #1, 16, 18 | |
| 171:19 | A. -- 190.  Some of the shoulder-fired | | | | |
| 171:20 | weapon systems. | | | | |
| 171:21 | Q. Like shoulder fired -- | | | Re: [171:14 to 172:11] | |
| 172:01 | A. Like the AT4, the 5 -- I'm not sure about | | | Pltf Obj 611 | |
| 172:02 | the law, and then the MAA -- the MAAWS, the | | | | |
| 172:03 | multipurpose anti-armor, anti-personnel weapon | | | | |
| 172:04 | system, or the Carl Gustaf if you want to -- it's a | | | | |
| 172:05 | shoulder-fire recoilless rifle. | | | | |
| 172:06 | Q. Is that a -- do a lot of people use that | | | | |
| 172:07 | weapon in the Army? | | | | |
| 172:08 | A. No.  Up until recently, they were only | | | | |
| 172:09 | fielded in the special operations community, but | | | | |
| 172:10 | they're currently being fielded now into | | | | |
| 172:11 | conventional forces. | | | | |

173:05 - 173:09   Merkley, LTC John A. (2020-02-26)                                    0:13
   173:05      Q. You've examined service members in Iraq?
   173:06      A. Yes.
   173:07      Q. Do you know how common it would be for
   173:08      somebody in a combat setting to come across 190
   173:09      decibel impulse peak?

**Re: [173:05 to 173:09]**
**Pltf Obj** 602; 611; foundation

Re: [173:05 to 173:09]
OVERRULED

**Re: [173:05 to 173:09]**
**Pltf Obj** 602; 611; foundation

**OVERRULED**

---

173:15 - 174:02   Merkley, LTC John A. (2020-02-26)                                    0:21
   173:15      A. From my experience.  Well, most of the
   173:16      IEDs --
   173:17      Q. Yeah.
   173:18      A. -- would -- would create that level
   173:19      of -- of noise.  So, when I was in Iraq, it was
   173:20      very common, --
   173:21      Q. From IED --
   174:01      A. -- and I was in Iraq from 2006 through
   174:02      200- -- the end of 2006 to 2007.

**Re: [173:15 to 174:02]**
**Pltf Obj** FRE 602; 402/403;
conjecture; Plaintiff MIL #1,
2, 16

**OVERRULED**

---

175:02 - 176:11   Merkley, LTC John A. (2020-02-26)                                    1:28
   175:02      Q. If you flip in this testing report over
   175:03      to page 26, there's a section for the Results of
   175:04      the impulse noise testing these authors performed,
   175:05      do you see that?
   175:06      A. Um-hum.
   175:07      Q. It reads, over 100 individual blasts were
   175:08      completed on 13 devices over a four-day period.
   175:09      Impulse noise attenuation measurements an
   175:10      estimated -- as estimated by insertion loss, were
   175:11      recorded at two levels of peak pressure, 165 dB and
   175:12      195 dB, and then it says it's going to present the
   175:13      data in these tables, do you see that?
   175:14      A. Um-hum.
   175:15      Q. Going over to page 27, there's a table
   175:16      that lists the data for the impulse -- the
   175:17      insertion loss in response to both 165 dB and 195
   175:18      dB explosions, right?
   175:19      A.  (Nodding head yes.)
   175:20      Q. Do you see that?
   175:21      A. Correct.
   176:01      Q. And it lists it for both the green end
   176:02      and the yellow end of the Combat Arms, right?
   176:03      A. Yes.
   176:04      Q. We don't have to go through them all, but
   176:05      in summary, the Air Force had test data on the
   176:06      performance of the Combat Arms Earplug, both ends
   176:07      of it, at both 165 and 195 dB as of at least
   176:08      October 2008?
   176:09      MR. BUCHANAN:  Objection to form and
   176:10      foundation.
   176:11      THE WITNESS:  Yes.

**Re: [175:02 to 176:11]**
**Pltf Obj** 602; 611; foundation

Re: [175:02 to 176:11]
OVERRULED

**Re: [175:02 to 176:11]**
**Pltf Obj** 602; 611; foundation

**Re: [175:02 to 176:11]**
**Pltf Obj** 701/702; 402/403;
802; speculation; scope.
Plaintiffs MIL #16, 18

**OVERRULED**

**176:13 - 176:16   Merkley, LTC John A. (2020-02-26)**   0:08

176:13   Q. So, however it performed, whatever
176:14   protection it provided at those impulses, that data
176:15   is in this test report?
176:16   A. Yes.

Re: [176:13 to 176:16]
Pltf Obj 602; 611; foundation

Re: [176:13 to 176:16]
OBJECTION WITHDRAWN,
3/11/2021

Re: [176:13 to 176:16]
Pltf Obj 701/702; 402/403;
802; foundation; speculation;
scope. Plaintiffs MIL #2, 16,
18

Re: [176:13 to 176:16]
Pltf Obj FRE 611; 602;
foundation

**OVERRULED**

---

**177:06 - 178:05   Merkley, LTC John A. (2020-02-26)**   1:47

177:06   Q. Did you, while in Iraq, observe service
177:07   members who had used the Combat Arms Version 2 and

177:08   been exposed to noise and then those who had not
177:09   worn hearing protection and been exposed to noise?
177:10   A. Yes.
177:11   Q. And did the Combat Arms Version 2 protect
177:12   service members in Iraq?
177:13   MR. BUCHANAN:  Objection to form and
177:14   foundation.
177:15   THE WITNESS:  I -- I won't be specific on
177:16   the Combat Arms Version 2, but hearing protection
177:17   use did protect the individuals.
177:18   BY MR. WASDIN:
177:19   Q. But you're including the Combat Arms?
177:20   A. Including the Combat Arms Earplug.
177:21   Q. So, what you observed in Iraq was service
178:01   members who did not use hearing protection, had
178:02   greater rates of threshold shifts than those who
178:03   used hearing protection, including the Combat Arms
178:04   Version 2?
178:05   A. Yes.

Re: [177:06 to 178:05]

Pltf Obj 602; 611; foundation;
702; MIL G7

Re: [177:06 to 178:05]

OVERRULED

Re: [177:06 to 178:05]

Pltf Obj 602; foundation; 702;
Baker MIL 18

Re: [177:06 to 178:05]
Pltf Obj 403; 802

**SUSTAINED.  Personal
use.**

---

**179:20 - 181:01   Merkley, LTC John A. (2020-02-26)**   1:27

179:20   This is an email chain dated October 6,
179:21   2005.  Subject RE:  Success story regarding the
180:01   Combat Arms Earplug, right?
180:02   A. Correct.
180:03   Q. It was sent from Leanne Cleveland to
180:04   Kathy Gates, Kevin Hannah and a variety of other
180:05   people in the military, including, if you go all of
180:06   the way down to the bottom, you, do you see that?
180:07   A. Yes.
180:08   Q. Who is Leanne Cleveland?
180:09   A. She's an audiologist in the Army; active
180:10   duty.
180:11   Q. Who is Kathy Gates?
180:12   A. Kathy Gates, she -- she is -- was an Army

Re: [179:20 to 181:01]
Pltf Obj FRE 802; 805; 602;
701/702; 402/403; foundation;
speculation; scope. Plaintiffs
MIL #1, 2, 16, 18

**SUSTAINED**

180:13   audiologist at this time serving in -- at the
180:14   Office of the Surgeon General.  I'm not sure she
180:15   was a consultant to Army audiology or to the
180:16   Surgeon General for Army audiology, but I -- I
180:17   don't know if she was a consultant at this time.
180:18   Q. I don't want to ask you about every
180:19   single person here on the cc: line, but are these,
180:20   generally, folks that were involved in military or
180:21   Army hearing conservation?
181:01   A. Yes, all -- all of them.

181:07 - 182:14  Merkley, LTC John A. (2020-02-26)                    1:21

| Line | Text | | |
|---|---|---|---|
| 181:07 | Q. If you just go to this first -- it's a | Re: [181:07 to 182:14] | Re: [181:07 to 182:14] | Re: [181:07 to 182:14] | SUSTAINED |

181:07   Q. If you just go to this first -- it's a
181:08   very long chain, and I'll tell you that I think it
181:09   duplicates itself a few times on the way through,
181:10   so I don't want to attempt to track it.  But if you
181:11   just go to the first one, it looks like this is an
181:12   email from Leanne Cleveland specifically at least
181:13   to Kathy Gates and Kevin Hannah, copying the rest
181:14   of the Army audiology community and sharing two
181:15   success stories, right?
181:16   A. Right.  Two?
181:17   Q. It says --
181:18   A. Yes.  Yes, two.  Okay.
181:19   Q. I'm going to read the first one.
181:20   A. Okay.
181:21   Q. Several months ago, I saw an O6 Brigade
182:01   Commander for his post-deployment OIF audiometric
182:02   evaluation.  What's -- what's the post-deployment
182:03   OIF audiometric evaluation?
182:04   A. Well, the post-deployment hearing test.
182:05   So, the unit is returning from a deployment, and
182:06   they get a hearing test to determine if -- has
182:07   there been any change in their hearing.
182:08   Q. And what is an O6 Brigade Commander?
182:09   A. An O6 is a Colonel level.  A Brigade
182:10   Commander is generally a full-bird Colonel.
182:11   Q. And can we tell anything from the time
182:12   period about where he was likely returning from?
182:13   A. Well, it says he was returning from
182:14   Operation Iraqi Freedom, OIF.

**181:07 to 182:14 columns:**

Re: [181:07 to 182:14]
Pltf Obj 403; 602; foundation;
702; 802 MIL G7

Re: [181:07 to 182:14]
SUSTAINED

Re: [181:07 to 182:14]
Pltf Obj 403; 602; foundation;
702; 802; Baker MIL 18

SUSTAINED

182:19 - 185:11  Merkley, LTC John A. (2020-02-26)                    2:24

182:19   Q. Okay.  So, this is somebody who had been
182:20   in combat basically --
182:21   A. The --
183:01   Q. -- the O6 Brigade Commander --
183:02   A. Yes.
183:03   Q. -- that was being evaluated?  It goes on
183:04   to say, he told me that he hadn't heard of the CAE
183:05   plugs until he was in theatre.  He did not know

**182:19 to 185:11 columns:**

Re: [182:19 to 185:11]
Pltf Obj 403; 602; foundation;
702; 802 MIL G7

Re: [182:19 to 185:11]
SUSTAINED

Re: [182:19 to 185:11]
Pltf Obj 403; 602; foundation;
802; Plaintiffs MIL 18

Re: [182:19 to 185:11]
Pltf Obj 403; 602; foundation;
speculation; scope; 702
improper opinion testimony;

SUSTAINED

| | | | |
|---|---|---|---|
| 183:06 | what they looked like, but he was determined to get | | 802; 805; Plaintiffs MIL # 1, |
| 183:07 | them for his entire brigade.  He inquired with some | | 2, 16, 18 |
| 183:08 | local Iraqi supply company and ended up purchasing | | |
| 183:09 | what he thought were CAE plugs, but in reality, | | |
| 183:10 | they were only foam plugs. | | |
| 183:11 | Finally, he made some calls back to Fort | | |
| 183:12 | Hood and was able to get his staff to order them | | |
| 183:13 | here and then ship them out to the brigade.  They | | |
| 183:14 | were finally received by the soldiers in Iraq | | |
| 183:15 | at -- over four months after they initially | | |
| 183:16 | deployed. | | |
| 183:17 | The COL, the Colonel, told me that he was | | |
| 183:18 | sitting in the back of his HMWVV with his new CAE | | |
| 183:19 | plugs in his ears for the first time when he | | |
| 183:20 | experienced his first IED blast in close range.  He | | |
| 183:21 | said that his soldiers in the HMWVV had just been | | |
| 184:01 | grumbling to him about his insistence that they all | | |
| 184:02 | wore their CAE plugs, but that they were all very | | |
| 184:03 | glad that they had their CAEs after the blast, and | | |
| 184:04 | they all wore them every day afterwards.  By the | | |
| 184:05 | way, the Colonel had no hearing loss and no | | |
| 184:06 | tinnitus upon redeployment, did I read that right? | | |
| 184:07 | A. Yes. | | |
| 184:08 | Q. Is it -- we talked just a couple of | | |
| 184:09 | minutes ago about a -- basically how loud an IED | | |
| 184:10 | blast would be at close range, so it sounds like | | |
| 184:11 | this is a service member who experienced a | | |
| 184:12 | close-range IED blast while wearing the Combat Arms | | |
| 184:13 | Earplug? | | |
| 184:14 | A. Correct. | | |
| 184:15 | Q. And what Leanne Cleveland is | | |
| 184:16 | determining -- determining is that after that | | |
| 184:17 | event, while wearing those plugs, he had no hearing | | |
| 184:18 | loss and no tinnitus? | | |
| 184:19 | A. Correct. | | |
| 184:20 | Q. Is that -- I mean, 190 dB, are there many | | |
| 184:21 | hearing protection devices available to the Army, | | |
| 185:01 | passive earplugs, that would protect against 190 dB | | |
| 185:02 | with no hearing loss and no tinnitus? | | |
| 185:03 | MR. BUCHANAN:  Objection.  Form, vague. | | |
| 185:04 | At what range? | | |
| 185:05 | BY MR. WASDIN: | | |
| 185:06 | Q. At close range? | | |
| 185:07 | A. Are there a lot of earplugs? | | |
| 185:08 | Q. Right. | | |
| 185:09 | A. I -- I would expect that any of the | | |
| 185:10 | earplugs that were available at this time, if they | | |
| 185:11 | were in use, would have -- have been protective. | | |

| 185:16 - 185:19 | Merkley, LTC John A. (2020-02-26) | 0:11 | | | |
|---|---|---|---|---|---|
| 185:16 | Q. And this is telling us that the Combat | Re: [185:16 to 185:19] | Re: [185:16 to 185:19] | Re: [185:16 to 185:19] | SUSTAINED |

| | | | | | |
|---|---|---|---|---|---|
| 185:17 | Arms Earplug was protective for that exposure? | **Pltf Obj** 403; 602; foundation; 702; 802 MIL G7 | SUSTAINED | **Pltf Obj** 403; 602; foundation; 702; 802; Baker MIL 18 | |
| 185:18 | MR. BUCHANAN:  Objection to form. | | | | |
| 185:19 | THE WITNESS:  For this, yes. | | | | |

**185:21 - 187:09** Merkley, LTC John A. (2020-02-26)   2:52

| | | | | | |
|---|---|---|---|---|---|
| 185:21 | Q. The second success story she shares is, | **Re: [185:21 to 187:09]** | **Re: [185:21 to 187:09]** | **Re: [185:21 to 187:09]** | **SUSTAINED** |
| 186:01 | at a recent PDHRA Post Deployment Health | **Pltf Obj** 403; 602; foundation; 702; 802 MIL G7 | SUSTAINED | **Pltf Obj** 403; 602; foundation; 802; Plaintiffs MIL 18 | |
| 186:02 | Reassessment Survey session -- | | | | |
| 186:03 | A. Where -- | | | | |
| 186:04 | Q. Number 2. | | | **Re: [185:21 to 187:09]** | |
| 186:05 | A. Okay.  I'm sorry. | | | **Pltf Obj** FRE 611;701/702; 402; | |
| 186:06 | Q. -- I asked several redeploying 1CAV | | | 805; foundation; speculation; | |
| 186:07 | soldiers the following questions re: the CAE plug | | | scope. Plaintiffs MIL #1, 16 | |
| 186:08 | at the request of Aearo.  What is a Post Deployment | | | | |
| 186:09 | Health Reassessment Survey session? | | | | |
| 186:10 | A. The -- well, every -- every soldier that | | | | |
| 186:11 | deploys, when they return, that -- they're required | | | | |
| 186:12 | to complete a health assessment, a post deployment | | | | |
| 186:13 | health assessment -- | | | | |
| 186:14 | Q. Basically -- | | | | |
| 186:15 | A. -- and -- and now, this was the Post | | | | |
| 186:16 | Deployment Health Reassessment, so I believe that's | | | | |
| 186:17 | 90 days post deployment.  So, they come back.  They | | | | |
| 186:18 | -- they do their Post Deployment Health Assessment, | | | | |
| 186:19 | and then there's a -- a reassessment. | | | | |
| 186:20 | Q. What is a 1CAV soldier? | | | | |
| 186:21 | A. First calvary division, so CAV is a Cav. | | | | |
| 187:01 | Q. And then later, I'm about to read the | | | | |
| 187:02 | sentence, but it references an SPC 50 cal gunner. | | | | |
| 187:03 | What is that? | | | | |
| 187:04 | A. Where is that? | | | | |
| 187:05 | Q. The next sentence. | | | | |
| 187:06 | A. Oh, the S -- like this -- I -- I believe | | | | |
| 187:07 | what they're referring to is a specialist, the rank | | | | |
| 187:08 | of specialist who is a 50 -- who was a 50, a gunner | | | | |
| 187:09 | on a 50-caliber machine gun. | | | | |

**187:15 - 188:07** Merkley, LTC John A. (2020-02-26)   1:43

| | | | | | |
|---|---|---|---|---|---|
| 187:15 | Q. Leanne Cleveland in this success story | **Re: [187:15 to 188:07]** | **Re: [187:15 to 188:07]** | **Re: [187:15 to 188:07]** | **SUSTAINED** |
| 187:16 | goes on to state, I wish all soldiers believed in | **Pltf Obj** 403; 602; foundation; 702; 802 MIL G7 | SUSTAINED | **Pltf Obj** 403; 602; foundation; 802; Plaintiffs MIL 18 | |
| 187:17 | the merit of the Combat Arms Earplug like this SPC | | | | |
| 187:18 | 50 cal gunner does.  (I especially liked his | | | | |
| 187:19 | comment that he wouldn't change anything about the | | | **Re: [187:15 to 188:07]** | |
| 187:20 | Combat Am -- Combat Arms Earplug -- plug or the | | | **Pltf Obj** 702; 805; Plaintiffs | |
| 187:21 | case, because they "worked for 205 convoys.")  Did | | | MIL # 1, 2, 15, 16 | |
| 188:01 | I read that right? | | | | |
| 188:02 | A. Yes. | | | | |
| 188:03 | Q. What is a -- what does it mean to work | | | | |
| 188:04 | for a 205 convoy? | | | | |
| 188:05 | A. I -- I read that to mean that it worked | | | | |
| 188:06 | for 205 convoys.  The individual com- -- completed | | | | |

| 188:07 | 205 convoys during their tour. | | | | |
|---|---|---|---|---|---|
| **188:08 - 188:20** | Merkley, LTC John A. (2020-02-26) | 1:17 | | | |
| 188:08 | Q. I asked you earlier about, you know, | | Re: [188:08 to 188:20] | Re: [188:08 to 188:20] | **SUSTAINED** |
| 188:09 | performance on shot one versus performance on shot | | Pltf Obj 403; 602; foundation; | SUSTAINED | |
| 188:10 | 101, and you said you thought they'd be the same | | 702; 802 MIL G7 | | |
| 188:11 | unless there was an issue with the fit, right? | | | | |
| 188:12 | MR. BUCHANAN: Objection to the form. | | | Re: [188:08 to 188:20] | |
| 188:13 | THE WITNESS: Correct. | | | Pltf Obj FRE 611; 702; 402; | |
| 188:14 | BY MR. WASDIN: | | | 805; speculation; scope. | |
| 188:15 | Q. This is a report from a 50 cal gunner, | | | Plaintiffs MIL #1, 2, 16 | |
| 188:16 | who had been employed into Iraq, that says they | | | | |
| 188:17 | worked for 205 separate convoys, right? | | | | |
| 188:18 | MR. BUCHANAN: Objection to form. | | | | |
| 188:19 | THE WITNESS: That's what it appears to | | | | |
| 188:20 | say, yes. | | | | |
| **191:20 - 192:03** | Merkley, LTC John A. (2020-02-26) | 0:11 | | | |
| 191:20 | Q. So, you had personally observed examples | | | Re: [191:20 to 192:03] | **SUSTAINED** |
| 191:21 | where service members in Iraq were exposed to large | | | Pltf Obj FRE 602; 702; | |
| 192:01 | impulses that damaged their hearing in one way or | | | 402/403; 802; 805; foundation; | |
| 192:02 | another? | | | speculation; scope. Plaintiffs | |
| 192:03 | A. Yes. | | | MIL #1, 2, 16, 18 | |
| **195:06 - 195:19** | Merkley, LTC John A. (2020-02-26) | 0:23 | | | |
| 195:06 | Q. Yeah. I think you just said it way | | Re: [195:06 to 195:19] | Re: [195:06 to 195:19] | **SUSTAINED** |
| 195:07 | better than I attempted to, but the essence of it | | Pltf Obj 403; foundation; MIL | SUSTAINED | |
| 195:08 | is when you were in Iraq, most of the cases of | | G7 | | |
| 195:09 | hearing-related injuries you saw stemmed from not | | | | |
| 195:10 | wearing hearing protection? | | | Re: [195:06 to 195:19] | |
| 195:11 | A. Correct. | | | Pltf Obj 702; 802; | |
| 195:12 | MR. BUCHANAN: Objection to form. | | | speculation; conjecture; | |
| 195:13 | BY MR. WASDIN: | | | Plaintiff MIL #1, 2, 16 | |
| 195:14 | Q. And that those service members who you | | | | |
| 195:15 | treated who had worn hearing protection, including | | | | |
| 195:16 | the Combat Arms Version 2, tended to not have any | | | | |
| 195:17 | hearing loss? | | | | |
| 195:18 | MR. BUCHANAN: Objection to form. | | | | |
| 195:19 | THE WITNESS: Correct. | | | | |
| **197:01 - 197:11** | Merkley, LTC John A. (2020-02-26) | 0:15 | | | |
| 197:01 | Q. Okay. Have you ever personally used the | | Re: [197:01 to 197:11] | Re: [197:01 to 197:11] | **SUSTAINED** |
| 197:02 | Combat Arms Version 2? | | Pltf Obj 403; 702; MIL G7 | SUSTAINED | |
| 197:03 | A. Yes. | | | | |
| 197:04 | Q. Did it work for you? | | | Re: [197:01 to 197:11] | |
| 197:05 | A. Yes. | | | Pltf Obj 704; Plaintiff MIL # 1, | |
| 197:06 | Q. Did you need to fold the flanges back to | | | 2, 16 | |
| 197:07 | get a good fit? | | | | |
| 197:08 | A. I didn't. | | | | |
| 197:09 | Q. So, you wore it without the flanges | | | | |
| 197:10 | folded back, and it worked? | | | | |

| | | | | |
|---|---|---|---|---|
| 197:11 | A. Yes. | | | |
| | | | | |
| 197:17 - 198:06 | Merkley, LTC John A. (2020-02-26) | 1:48 | | |
| 197:17 | Q. How often did you wear it in service? | | **Re: [197:17 to 198:06]** | **Re: [197:17 to 198:06]** | **SUSTAINED** |
| 197:18 | A. As -- as long as I had it. | | **Pltf Obj** 403; 702; MIL G7 | SUSTAINED | **Pltf Obj** 402; MIL 16 | |
| 197:19 | Q. What time period did you have it? | | | | |
| 197:20 | A. So, I had that earplug -- well, I -- I | | | **Re: [197:17 to 198:06]** | |
| 197:21 | got my first set in -- right around 2000 when they | | | **Pltf Obj** 403; 702; Baker MIL | |
| 198:01 | were just starting to come out in the military. | | | 18 | |
| 198:02 | It was at the -- I believe the MASC, the | | | | |
| 198:03 | military audiology short course, so it may have | | | | |
| 198:04 | been 2001, because I -- I don't remember if I went | | | | |
| 198:05 | in 2000.  In 2001 definitely, and then up until | | | | |
| 198:06 | the -- the new version came out -- | | | | |
| | | | | |
| 198:13 - 198:17 | Merkley, LTC John A. (2020-02-26) | 0:12 | | |
| 198:13 | Q. So, you wore the Version 2, the | | **Re: [198:13 to 198:17]** | **Re: [198:13 to 198:17]** | **SUSTAINED** |
| 198:14 | dual-ended version, during your deployment in Iraq, | | **Pltf Obj** 403; 702; MIL G7 | SUSTAINED | **Pltf Obj** Plaintiffs MIL #1, 2, | |
| 198:15 | right? | | | | 16, |
| 198:16 | MR. BUCHANAN:  Objection to form. | | | | |
| 198:17 | THE WITNESS:  Yes. | | | | **Re: [198:13 to 198:17]** | |
| | | | | **Pltf Obj** 403; 702; Plaintiffs | |
| | | | | MIL 18 | |
| | | | | |
| 199:09 - 199:10 | Merkley, LTC John A. (2020-02-26) | 0:09 | | |
| 199:09 | Q. You fired weapons with it in? | | **Re: [199:09 to 199:10]** | **Re: [199:09 to 199:10]** | **SUSTAINED** |
| 199:10 | A. Yes. | | **Pltf Obj** 403; 702; MIL G7 | SUSTAINED | **Pltf Obj** 403; 702; Baker MIL | |
| | | | | 18 | |
| | | | | |
| 200:07 - 200:10 | Merkley, LTC John A. (2020-02-26) | 0:05 | | |
| 200:07 | Q. There's also a triple-flange earplug | | | | |
| 200:08 | that's a linear passive earplug that the Army has | | | | |
| 200:09 | available to it, right? | | | | |
| 200:10 | A. Right. | | | | |
| | | | | |
| 204:13 - 204:20 | Merkley, LTC John A. (2020-02-26) | 0:13 | | |
| 204:13 | Q. Okay.  You were given, when you first | | | | |
| 204:14 | joined the National Guard, a triple-flange earplug? | | | | |
| 204:15 | A. Correct. | | | | |
| 204:16 | Q. Is that what you refer to when you talk | | | | |
| 204:17 | about the triple flange in the military? | | | | |
| 204:18 | A. The triple -- yes. | | | | |
| 204:19 | Q. Yeah.  It's a linear device? | | | | |
| 204:20 | A. Correct. | | | | |
| | | | | |
| 205:05 - 207:02 | Merkley, LTC John A. (2020-02-26) | 2:42 | | |
| 205:05 | Q. Do you know what the DD 2216 form is? | | | | |
| 205:06 | A. Yes. | | | | |
| 205:07 | Q. What is that? | | | | |
| 205:08 | A. It's an audiogram. | | | | |
| 205:09 | Q. Is that -- | | | | |

205:10  A. It's the form that the surveillance or
205:11  monitoring audiogram is documented on.
205:12  Q. Does every -- is this a -- this is the
205:13  surveillance audiogram that's given to service
205:14  members --
205:15  A. Correct.
205:16  Q. -- every year?
205:17  A. Across -- across the DoD.
205:18  Q. And it's -- the output of the
205:19  surveillance audiogram is then memorialized on DD
205:20  form 2216 for that person?
205:21  A. Correct.
206:01  Q. One of the pieces of information that's
206:02  included on a DD 2216 form is the type of personal
206:03  hearing protection used. Are you familiar with
206:04  that?
206:05  A. Yes.
206:06  Q. And then it's a -- a box that lists a
206:07  variety of options?
206:08  A. Correct.
206:09  Q. What --
206:10  (Whereupon, Merkley Deposition Exhibit
206:11  18, DD 2216 Form, marked for identification.)
206:12  BY MR. WASDIN:
206:13  Q. I've redacted out -- I just want to
206:14  basically understand what the box is used for, but
206:15  do you see the box on this particular DD 2216 that
206:16  lists the type of hearing protection used?
206:17  A. Yes.
206:18  Q. Let me get to my copy of it. There are a
206:19  variety of options that could be filled in, right?
206:20  A.  (Nodding head yes.)
206:21  Q. Who -- who fills in that box?
207:01  A. Generally, it's the technician that
207:02  completes the test.

207:21 - 209:15  Merkley, LTC John A. (2020-02-26)      1:05

| | | | |
|---|---|---|---|
| 207:21  Q. Okay. The box provides seven options, | **Re: [207:21 to 209:15]** | Re: [207:21 to 209:15] | **Re: [207:21 to 209:15]** | **OVERRULED** |
| 208:01  right? | **Pltf Obj** 602; 403; foundation | OVERRULED; 403 | **Pltf Obj** 602; 403; foundation | |
| 208:02  A. Correct. | | OBJECTION WITHDRAWN, 3/11/2021 | | |
| 208:03  Q. And if you look at the box -- what | | | **Re: [207:21 to 209:15]** | |
| 208:04  Exhibit Number did I just give you? | | | **Pltf Obj** FRE 702; 402; 802; | |
| 208:05  A. Eighteen. | | | 805; speculation; scope. | |
| 208:06  Q. If you look at Exhibit 18, this box is | | | Plaintiffs MIL #1, 2, 16, 18 | |
| 208:07  checked as 6 for this person on this date, right? | | | | |

208:08  A. Correct.
208:09  Q. And 6 corresponds to, Other?
208:10  A. Correct.
208:11  Q. And then if you go over to the left,
208:12  there's a Remarks column, and it notes, Other HPD:
208:13  Combat Arms Earplug, do you see that?

| | | | | |
|---|---|---|---|---|
| 208:14 | A. Yes. | | | |
| 208:15 | Q. So, if the person is using a Combat Arms | | | |
| 208:16 | Earplug, they check, Other, 6, and then reference | | | |
| 208:17 | that in the notes? | | | |
| 208:18 | A. Correct. | | | |
| 208:19 | Q. If the person was using the triple | | | |
| 208:20 | flange, the conventional passive product you talked | | | |
| 208:21 | about, would they check 2 for triple flange? | | | |
| 209:01 | MR. BUCHANAN:  Objection. | | | |
| 209:02 | THE WITNESS:  They would. | | | |
| 209:03 | BY MR. WASDIN: | | | |
| 209:04 | Q. If they were using single flange, they | | | |
| 209:05 | would check 1, right? | | | |
| 209:06 | A. Correct. | | | |
| 209:07 | Q. For 3, the hand-formed earplug, is that a | | | |
| 209:08 | foam-rolled plug? | | | |
| 209:09 | A. Yes. | | | |
| 209:10 | Q. Four is ear canal caps, right? | | | |
| 209:11 | A. Correct. | | | |
| 209:12 | Q. Five is noise muffs, right? | | | |
| 209:13 | A. Correct. | | | |
| 209:14 | Q. And then 7 is none? | | | |
| 209:15 | A. Correct. | | | |

210:04 - 210:12   Merkley, LTC John A. (2020-02-26)                          0:21

| | | | | |
|---|---|---|---|---|
| 210:04 | Q. If none is check, what does it mean? | | | |
| 210:05 | A. Well, it means -- it means -- it may mean | | | |
| 210:06 | that they just weren't fitted on that day, that | | | |
| 210:07 | they're not reporting any hearing protection used. | | | |
| 210:08 | It doesn't mean that they don't have it. | | | |
| 210:09 | Q. It means they're not -- | | | |
| 210:10 | A. It means -- | | | |
| 210:11 | Q. -- reporting using it? | | | |
| 210:12 | A. -- they're not reporting using it. | | | |

211:09 - 212:14   Merkley, LTC John A. (2020-02-26)                          1:05

| | | | |
|---|---|---|---|
| 211:09 | I -- I also want to clarify one thing. | Re: [211:06 to 212:15] | OVERRULED |
| 211:10 | When it -- when it reads Combat Arms Earplug -- | Pltf Obj FRE 611; 602; 702; | |
| 211:11 | Q. Um-hmm. | 402/403; 802; foundation; | |
| 211:12 | A. -- here, this -- there is only one | speculation; scope. Plaintiffs | |
| 211:13 | choice, and the Combat Arms -- I understand the | MIL #1, 2, 16, 18 | |
| 211:14 | Combat Arms Earplug is a propriety name, but at the | | |
| 211:15 | time the DOEHRS system was developed, Combat Arms | | |
| | | | |
| 211:16 | Earplug referred to a nonlinear-type device. | | |
| 211:17 | Q. Um-hmm. | | |
| 211:18 | A. So, now, if you read Combat Arms Earplug, | | |
| 211:19 | it -- it may be any of the approved nonlinear | | |
| 211:20 | hearing protection devices -- | | |
| 211:21 | Q. Understood. | | |
| 212:01 | A. -- that are fielded in the Army or the | | |

| | | | | |
|---|---|---|---|---|
| 212:02 | DoD. | | | |
| 212:03 | Q. So, the other HBD Combat Arms Earplug | | | |
| 212:04 | reference on here is like a drop-down box or | | | |
| 212:05 | something for the technician to check? | | | |
| 212:06 | A. Yes. | | | |
| 212:07 | Q. And they would check that? | | | |
| 212:08 | A. They would check that. So yeah, they're | | | |
| 212:09 | not typing in Combat Arms Earplug. | | | |
| 212:10 | Q. Okay.  And it's your understanding they | | | |
| 212:11 | would select that drop-down for Combat Arms Earplug | | | |
| | | | | |
| 212:12 | if the person was wearing any nonlinear hearing | | | |
| 212:13 | protection? | | | |
| 212:14 | A. Right. | | | |

**212:17 - 213:02  Merkley, LTC John A. (2020-02-26)      0:16**

| | | | | |
|---|---|---|---|---|
| 212:17 | Q. For None, for 7 now just to clarify that | **Re: [212:17 to 213:02]** | Re: [212:17 to 213:02] | **Re: [212:17 to 213:02]** | **OVERRULED** |
| 212:18 | one, the reasons why someone's DD Form 2216 might | **Pltf Obj** 602; 403; foundation | OVERRULED | **Pltf Obj** 602; 403; foundation | |
| 212:19 | say none include a self-reported they weren't | | | | |
| 212:20 | wearing hearing protection, right? | | | **Re: [212:17 to 213:02]** | |
| 212:21 | A. Right. | | | **Pltf Obj** FRE 701/702; 402; | |
| 213:01 | MR. BUCHANAN:  Objection to form. | | | 802; speculation; scope. | |
| 213:02 | THE WITNESS:  Right. | | | Plaintiffs MIL # 1, 2,16, 18 | |

**213:04 - 213:16  Merkley, LTC John A. (2020-02-26)      1:46**

| | |
|---|---|
| 213:04 | Q. Or that they weren't fitted with a |
| 213:05 | product that day, and the technician put a 7 down? |
| 213:06 | A. Correct. |
| 213:07 | Q. If they weren't fitted that day for their |
| 213:08 | annual audiogram, what are the -- like why wouldn't |
| 213:09 | they be fitted at every -- |
| 213:10 | A. Well, you know, not -- not every clinic |
| 213:11 | fits service members when they come in for |
| 213:12 | that -- |
| 213:13 | Q. Got it. |
| 213:14 | A. -- appointment.  They might fit them at a |
| 213:15 | different educational event or at some other |
| 213:16 | location. |

**213:17 - 214:04  Merkley, LTC John A. (2020-02-26)      0:19**

| | | | | |
|---|---|---|---|---|
| 213:17 | Q. The military -- we talked about this | | | **Re: [213:17 to 214:04]** | **OVERRULED** |
| 213:18 | earlier, and I was going to come back to it, so now | | | **Pltf Obj** FRE 602; 702; | |
| 213:19 | I'm going to do it.  The military 40-501 | | | 402/403; 802; 805; foundation; | |
| 213:20 | Pamphlet -- | | | speculation; scope. Plaintiffs | |
| 213:21 | A. Um-hum. | | | MIL #1, 2, 16, 18, 21 | |
| 214:01 | Q. -- we talked, contains criteria for when | | | | |
| 214:02 | you should use either single or double protection | | | | |
| 214:03 | or just avoid a noise entirely? | | | | |
| 214:04 | A. Correct. | | | | |

**214:16 - 215:14  Merkley, LTC John A. (2020-02-26)      1:45**

| | | |
|---|---|---|
| 214:16 | Q. Okay. So, the military -- the Army, | **Re: [214:16 to 215:14]** |
| 214:17 | excuse me, has standards on when service members | **Pltf Obj** FRE 602; 702; |
| 214:18 | should use a single earplug, like the Combat Arms | 402/403; 802; 805; foundation; |
| 214:19 | Version 2, or where they, instead, should use | speculation; scope. Plaintiffs |
| 214:20 | double-hearing protection, right? | MIL #1, 2, 16, |
| 214:21 | A. Yes. | |
| 215:01 | Q. Double-hearing protection, what does that | |
| 215:02 | mean? | |
| 215:03 | A. It means that they're using an -- an | |
| 215:04 | earplug and another form of hearing protection, | |
| 215:05 | usually a noise muff. | |
| 215:06 | Q. So, an earplug in the ear, and then a | |
| 215:07 | muff on top of that? | |
| 215:08 | A. Correct. | |
| 215:09 | Q. If you look at page -- starting on page | |
| 215:10 | 5, section 6.2, Protector Requirements, I believe | |
| 215:11 | that's the beginning of this section that talks | |
| 215:12 | about what types of noise merit double-hearing | |
| 215:13 | protection, am I right about that? | |
| 215:14 | A. Yes. | |

OVERRULED

216:19 - 217:11  Merkley, LTC John A. (2020-02-26)   1:31

| | | |
|---|---|---|
| 216:19 | Q. 6.2 c. in the middle of the page is a | **Re: [216:19 to 217:11]** |
| 216:20 | section titled, Soldiers in Training, Noncombat or | **Pltf Obj** FRE 602; 702; |
| 216:21 | Nonindustrial Scenarios, right? | 402/403; 802; 805; foundation; |
| 217:01 | A. Yes. | speculation; scope. Plaintiffs |
| 217:02 | Q. And then the first guidance under that | MIL #1, 2, 16, 21 |
| 217:03 | section is for steady-state noise levels, right? | |
| 217:04 | A. Correct. | |
| 217:05 | Q. If you go down to (2), there's a section | |
| 217:06 | for impulse noise levels there? | |
| 217:07 | A. Um-hum. | |
| 217:08 | Q. And impulse noise levels would include | |
| 217:09 | like weapons fired and things of that nature, | |
| 217:10 | right? | |
| 217:11 | A. Right. | |

OVERRULED

218:09 - 219:21  Merkley, LTC John A. (2020-02-26)   1:13

| | | |
|---|---|---|
| 218:09 | Q. Okay. And what they say is that for less | **Re: [218:09 to 219:21]** |
| 218:10 | than 140 dB peak, personnel may wear hearing | **Pltf Obj** FRE 602; 702; |
| 218:11 | protection, if desired? | 402/403; 802; 805; foundation; |
| 218:12 | A. Correct. | speculation; scope. Plaintiffs |
| 218:13 | Q. So, that means up to 139, you don't even | MIL #1, 2, 16, 18, 21 |
| 218:14 | need hearing protection? | |
| 218:15 | MR. BUCHANAN: Objection to form. | |
| 218:16 | BY MR. WASDIN: | |
| 218:17 | Q. Or it's not required? | |
| 218:18 | MR. BUCHANAN: Objection. | |
| 218:19 | THE WITNESS: It's not required. | |
| 218:20 | BY MR. WASDIN: | |
| 218:21 | Q. It's not required, so -- | |

OVERRULED

| | | | | | |
|---|---|---|---|---|---|
| 219:01 | A. Correct.  For -- for impulsive noise. | | | | |
| 219:02 | Q. For impulse noise, yeah.  For impulse | | | | |
| 219:03 | noises 140 to 165 dB peak, the requirement is that | | | | |
| 219:04 | you have to wear hearing protection, right? | | | | |
| 219:05 | A. Correct. | | | | |
| 219:06 | Q. And that would include an earplug, like | | | | |
| 219:07 | the Combat Arms Version 2? | | | | |
| 219:08 | A. Yes. | | | | |
| 219:09 | Q. Or any other earplug in the -- that the | | | | |
| 219:10 | Army has approved, right? | | | | |
| 219:11 | A. Correct. | | | | |
| 219:12 | Q. But for greater than 165 dB, but less | | | | |
| 219:13 | than or equal to the Z, to the curve Z per mil | | | | |
| 219:14 | standard 1474 D, personnel must wear earplugs in | | | | |
| 219:15 | combination with noise muffs or a noise attenuation | | | | |
| 219:16 | helmet, right? | | | | |
| 219:17 | A. Correct. | | | | |
| 219:18 | Q. So, the general rule is if you're going | | | | |
| 219:19 | to be exposed to impulse peaks above 165, you need | | | | |
| 219:20 | to wear double protection? | | | | |
| 219:21 | A. Correct. | | | | |

| 223:10 - 223:15 Merkley, LTC John A. (2020-02-26) | 0:14 | | | | |
|---|---|---|---|---|---|
| 223:10 | Q. You talked about when you were in Iraq | **Re: [223:10 to 223:15]** | Re: [223:10 to 223:15] | **Re: [223:10 to 223:15]** | **SUSTAINED** |
| 223:11 | that for those folks that you treated that had | **Pltf Obj** 611 | SUSTAINED | **Pltf Obj** FRE 602; 702; | |
| 223:12 | hearing loss, it was typically because of nonuse of | | | 402/403; 802; 805; foundation; | |
| 223:13 | hearing protection devices? | | | speculation; scope. Plaintiffs | |
| 223:14 | MR. BUCHANAN:  Objection to form. | | | MIL #1, 2, 16, 18, 21 | |
| 223:15 | THE WITNESS:  Right. | | | | |

| 225:21 - 226:20 Merkley, LTC John A. (2020-02-26) | 1:40 | | | | |
|---|---|---|---|---|---|
| 225:21 | Q. LTC Merkley, I just have a few more | **Re: [225:21 to 226:20]** | Re: [225:21 to 226:20] | **Re: [225:21 to 226:20]** | **SUSTAINED** |
| 226:01 | questions before we break for lunch, the first of | **Pltf Obj** 403; 702; MIL G7 | SUSTAINED | **Pltf Obj** FRE 602; 402; 802; | |
| 226:02 | which relates to your own use of the Combat Arms | | | 805; foundation; speculation; | |
| 226:03 | Earplug Version 2. | | | scope. Plaintiffs MIL #1, 2, | |
| 226:04 | A. Okay. | | | 16, 21 | |
| 226:05 | Q. I think you told me that when you used | | | | |
| 226:06 | the Combat Arms Version 2, you did not need to roll | | | | |
| 226:07 | back the flanges in order to achieve a proper fit? | | | **Re: [225:21 to 226:20]** | |
| 226:08 | MR. BUCHANAN:  Objection to form. | | | **Pltf Obj** 403; 702; Baker MIL | |
| 226:09 | THE WITNESS:  Correct. | | | 18 | |
| 226:10 | BY MR. WASDIN: | | | | |
| 226:11 | Q. When you used the Combat Arms Version 2, | | | | |
| 226:12 | were you able to achieve a good fit? | | | | |
| 226:13 | MR. BUCHANAN:  Objection to form. | | | | |
| 226:14 | THE WITNESS:  Yes. | | | | |
| 226:15 | BY MR. WASDIN: | | | | |
| 226:16 | Q. And during the course of whatever time | | | | |
| 226:17 | you used them, were you able to keep that fit with | | | | |
| 226:18 | the Combat Arms Version 2? | | | | |
| 226:19 | MR. BUCHANAN:  Objection to form. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 226:20 | THE WITNESS: Yes. | | | | |
| **227:08 - 227:14** | **Merkley, LTC John A. (2020-02-26)** | 0:12 | | | |
| 227:08 | Q. That's -- the idea that a premolded | | Re: [227:08 to 227:14] | Re: [227:08 to 227:14] | Re: [227:08 to 227:14] | SUSTAINED |
| 227:09 | earplug, you know, may lose its seal is reported in | | Pltf Obj 602; 611; 702 | SUSTAINED | Pltf Obj 602; 611; 702 | |
| 227:10 | the academic literature in hearing conservation, | | | | | |
| 227:11 | right? | | | | | |
| 227:12 | MR. BUCHANAN: Objection. Foundation and | | | | | |
| 227:13 | form. | | | | | |
| 227:14 | THE WITNESS: Yes. | | | | | |
| **228:01 - 228:14** | **Merkley, LTC John A. (2020-02-26)** | 1:53 | | | |
| 228:01 | Q. You were aware when you were a military | | Re: [228:01 to 228:14] | Re: [228:01 to 228:14] | Re: [228:01 to 228:14] | SUSTAINED |
| 228:02 | audiologist or an Army audiologist that preformed | | Pltf Obj 403; 602 | SUSTAINED | Pltf Obj FRE 602; 402; 802; | |
| 228:03 | earplugs of any variety could loosen in a wearer's | | | | foundation; speculation; | |
| 228:04 | ear, right? | | | | scope. Plaintiffs MIL #1, 2, | |
| 228:05 | MR. BUCHANAN: Objection to the | | | | 15, 16, 21 | |
| 228:06 | leadingness. | | | | | |
| 228:07 | THE WITNESS: Yes. | | | | | |
| 228:08 | BY MR. WASDIN: | | | | | |
| 228:09 | Q. And on occasions when a preformed earplug | | | | | |
| 228:10 | does lose its seal, you found that to be | | | | | |
| 228:11 | perceptible because you could hear ambient noise | | | | | |
| 228:12 | louder than you did when you had a seal, right? | | | | | |
| 228:13 | MR. BUCHANAN: Objection to form. | | | | | |
| 228:14 | THE WITNESS: Yes. | | | | | |
| **228:16 - 228:20** | **Merkley, LTC John A. (2020-02-26)** | 0:12 | | | |
| 228:16 | Q. Did you have any problem properly | | Re: [228:16 to 228:20] | Re: [228:16 to 228:20] | Re: [228:16 to 228:20] | OVERRULED |
| 228:17 | inserting the CAEv2 into your ear when you used it? | | Pltf Obj 403; 702; MIL G7 | OVERRULED | Pltf Obj 403; 702; Baker MIL | |
| 228:18 | MR. BUCHANAN: Objection to form to the | | | | 18 | |
| 228:19 | personal use. | | | | | |
| 228:20 | THE WITNESS: No. | | | | | |
| **229:01 - 230:06** | **Merkley, LTC John A. (2020-02-26)** | 1:03 | | | |
| 229:01 | Q. The last thing I want to ask you about is | | Re: [229:01 to 230:06] | Re: [229:01 to 230:06] | Re: [229:01 to 230:06] | OVERRULED |
| 229:02 | we talked a little bit about experimenter fit | | Pltf Obj 611 | OVERRULED | Pltf Obj 611 | |
| 229:03 | versus user fit in the testing of hearing | | | | | |
| 229:04 | protection devices; do you remember that? | | | | Re: [229:01 to 230:06] | |
| 229:05 | A. Yes. | | | | Pltf Obj FRE 602; 702; | |
| 229:06 | Q. And we said that experimenter fit was | | | | 402/403; 802; 805; foundation; | |
| 229:07 | definitely the standard -- the fitting methodology | | | | speculation; scope. Plaintiffs | |
| 229:08 | for the 1974 ANSI standard, right? | | | | MIL #1, 2, 15, 16, 18, 21 | |
| 229:09 | A. Correct. | | | | | |
| 229:10 | Q. That's the standard that's used during | | | | | |
| 229:11 | NRR labeling testing? | | | | | |
| 229:12 | A. Yes. | | | | | |
| 229:13 | Q. Are you aware that the results achieved | | | | | |
| 229:14 | when an experimenter fits an earplug are often | | | | | |
| 229:15 | greater than when a user fits the plug themselves? | | | | | |
| 229:16 | MR. BUCHANAN: Objection to form. | | | | | |

229:17   THE WITNESS:  Yes.
229:18   BY MR. WASDIN:
229:19   Q. Is that something that is discussed at
229:20   the NHCA conference from time to time?
229:21   A. Yes.
230:01   Q. For that reason, NRR ratings tend to
230:02   overestimate the amount of attenuation any
230:03   particular person would get with a product, right?
230:04   MR. BUCHANAN:  Objection.  Form and
230:05   foundation.
230:06   THE WITNESS:  Yes.

231:13 - 232:14   Merkley, LTC John A. (2020-02-26)        1:38

231:13   Q. Some of the data we looked at on the
231:14   yellow end included real ear attenuation data for
231:15   the yellow end of the product, right?
231:16   A. Um-hum.
231:17   Q. And it shows some levels of attenuation
231:18   at various frequencies even on the yellow end,
231:19   right?
231:20   A. Correct.
231:21   MR. BUCHANAN:  Objection to form and
232:01   foundation.
232:02   BY MR. WASDIN:
232:03   Q. Were you generally aware during your time
232:04   as an Army audiologist that the yellow end did
232:05   provide some level of attenuation --
232:06   MR. BUCHANAN:  Objection to form.
232:07   THE WITNESS:  Yes.
232:08   BY MR. WASDIN:
232:09   Q. -- even for lower-level sounds?
232:10   A. Yes.
232:11   Q. You didn't think that it let one hundred
232:12   percent of all ambient sound come through?
232:13   MR. BUCHANAN:  Objection to the leading.
232:14   THE WITNESS:  Correct.

233:15 - 234:06   Merkley, LTC John A. (2020-02-26)        1:32

233:15   Is it correct, sir, that you're at the
233:16   Army Hearing Conservation Program office today?
233:17   A. It's the Army Hearing Program Office.
233:18   Q. Okay.  And is the Army -- is that also
233:19   called Program 51?
233:20   A. It is, yes.
233:21   Q. Okay.  And that's within another group
234:01   called the Occupational and Environmental Medicine
234:02   Group?
234:03   A. Not -- not currently.  It falls
234:04   under -- the directorate is the clinical public
234:05   health and epidemiology directorate, so the
234:06   directorates have changed.

Re: [232:03 to 232:14]
Pltf Obj FRE 402/403; 602;
702; 802; speculation; scope;
foundation; Plaintiffs MIL #1,
2, 16, 18

OVERRULED

| | | | | |
|---|---|---|---|---|
| **235:15 - 235:20** Merkley, LTC John A. (2020-02-26) | 0:13 | | | |
| 235:15    Q. Okay.  Am I correct, sir, you -- you | | | | |
| 235:16    served as a clinical audiologist for several years | | | | |
| 235:17    and in several different settings and then have | | | | |
| 235:18    separately held positions where I'll say more | | | | |
| 235:19    policy based, is that fair? | | | | |
| 235:20    A. Yes. | | | | |
| | | | | |
| **235:21 - 236:05** Merkley, LTC John A. (2020-02-26) | 1:30 | | | |
| 235:21    Q. Okay.  Could you kind of identify for us | | | | |
| 236:01    your windows when you had clinical experience? | | | | |
| 236:02    A. Clinical experience initially from 2000 | | | | |
| 236:03    to -- well, really all of the way through 2015 when | | | | |
| 236:04    I moved to the Defense Hearing Center of | | | | |
| 236:05    Excellence. | | | | |
| | | | | |
| **238:02 - 238:12** Merkley, LTC John A. (2020-02-26) | 0:22 | | **Re: [238:02 to 239:08]** **Pltf Obj** FRE 402/403; 702; 602; 802; | SUSTAINED |
| 238:02    Q. Okay.  You were telling us about your | | | | |
| 238:03    time in Iraq. | | | | |
| 238:04    A. Um-hum. | | | | |
| 238:05    Q. I believe you spent about a year there? | | | | |
| 238:06    A. I spent 13 months in Iraq. | | | | |
| 238:07    Q. And those years again? | | | | |
| 238:08    A. 2006/'07. | | | | |
| 238:09    Q. And were you attached to a particular | | | | |
| 238:10    brigade -- brigade there? | | | | |
| 238:11    A. I was attached to the 28th Combat Support | | | | |
| 238:12    Hospital. | | | | |
| | | | | |
| **238:13 - 239:08** Merkley, LTC John A. (2020-02-26) | 1:09 | | **Re: [238:02 to 239:08]** **Pltf Obj** FRE 402/403; 702; 602; 802; | SUSTAINED |
| 238:13    Q. And how large a group does the 28th | | | | |
| 238:14    Combat Support Hospital support? | | | | |
| 238:15    A. Like how large is the organization? | | | | |
| 238:16    Q. No.  I was asking more in terms of the | | | | |
| 238:17    soldiers that you were, you know, assigned to | | | | |
| 238:18    supporting, how -- in terms of troop count? | | | | |
| 238:19    A. Oh, we -- we conducted split operations | | | | |
| 238:20    in Iraq, covered Baghdad and Tallil and Mosul. | | | | |
| 238:21    The -- the split operations were in Mosul at first. | | | | |
| 239:01    I don't remember, I wasn't -- I think up in Mosul. | | | | |
| 239:02    I thought they moved down to Tallil, but I may be | | | | |
| 239:03    wrong on that.  I spent all of my time in Baghdad, | | | | |
| 239:04    and we supported all coalition forces in and | | | | |
| 239:05    around -- well, in Iraq. | | | | |
| 239:06    Q. And at its peak, or at least when you | | | | |
| 239:07    were there, tens of thousands of forces? | | | | |
| 239:08    A. Yes. | | | | |
| | | | | |
| **379:14 - 379:17** Merkley, LTC John A. (2020-02-26) | 0:11 | | | |
| 379:14    THE WITNESS:  I was not. | | Re: [379:14 to 379:17] | Re: [379:14 to 379:17] | Re: [379:14 to 379:17] | SUSTAINED |

| | | | | | |
|---|---|---|---|---|---|
| 379:15 | BY MR. BUCHANAN: | **Def Obj** Improper Counter | DEFER RULING | **Def Obj** Improper Counter | |
| 379:16 | Q. Are you aware the company discontinued it | | | | |
| 379:17 | the next week? | | | | |

**434:02 - 434:13   Merkley, LTC John A. (2020-02-26)   0:27**

| 434:02 | Q. Hearing Center of Excellence.  You looked | | | **Re: [434:02 to 434:13]** | **OVERRULED** |
| 434:03 | at some DoD materials that talk about hearing loss | | | **Pltf Obj** FRE 402/403; 602; | |
| 434:04 | being preventable in the military, do you remember | | | 702; 711; 802. Plaintiff's MIL | |
| 434:05 | those? | | | #1, 2, 16, 18 | |
| 434:06 | A. Yes. | | | | |
| 434:07 | Q. I think you and I talked earlier about | | | | |
| 434:08 | ways to prevent, or at least the 40-501 | | | | |
| 434:09 | regulations, on how someone should approach noise | | | | |
| 434:10 | to give themselves the best chance of preventing | | | | |
| 434:11 | hearing loss, do you remember those discussions we | | | | |
| 434:12 | had? | | | | |
| 434:13 | A. Yes. | | | | |

**435:08 - 435:21   Merkley, LTC John A. (2020-02-26)   0:23**

| 435:08 | Q. Some levels of noise you can protect | | | **Re: [435:08 to 436:17]** | **OVERRULED** |
| 435:09 | yourself against with a single-hearing protection | | | **Pltf Obj** FRE 402/403; 602; | |
| 435:10 | device, right? | | | 702; 711; 802. Plaintiff's MIL | |
| 435:11 | A. Yes. | | | #1, 2, 16, 18 | |
| 435:12 | Q. Some levels of noise are high enough that | | | | |
| 435:13 | you would need two separate hearing protection | | | | |
| 435:14 | devices together, right? | | | | |
| 435:15 | A. Yes. | | | | |
| 435:16 | Q. In order to prevent hearing loss, right? | | | | |
| 435:17 | A. Yes. | | | | |
| 435:18 | Q. And some noises are so high that the only | | | | |
| 435:19 | way to prevent hearing loss is to either limit your | | | | |
| 435:20 | time in them or not encounter them at all, right? | | | | |
| 435:21 | A. Correct. | | | | |

**436:03 - 436:09   Merkley, LTC John A. (2020-02-26)   0:11**

| 436:03 | Q. So, when we say hearing loss is | **Re: [436:03 to 436:09]** | Re: [436:03 to 436:09] | **Re: [435:08 to 436:17]** | **OVERRULED** |
| 436:04 | preventable, we mean with one, with multiple | **Pltf Obj** 611; foundation; 702 | OVERRULED | **Pltf Obj** FRE 402/403; 602; | |
| 436:05 | hearing protection devices or by just by avoiding | | | 702; 711; 802. Plaintiff's MIL | |
| 436:06 | the noise in the first place, right? | | | #1, 2, 16, 18 | |
| 436:07 | MR. BUCHANAN:  Objection to the form and | | | | |
| 436:08 | foundation. | | | **Re: [436:03 to 436:09]** | |
| 436:09 | THE WITNESS:  Correct. | | | **Pltf Obj** foundation; 702 | |

**436:11 - 436:17   Merkley, LTC John A. (2020-02-26)   0:15**

| 436:11 | Q. The materials you reviewed with | **Re: [436:11 to 436:17]** | Re: [436:11 to 436:17] | **Re: [435:08 to 436:17]** | **SUSTAINED** |
| 436:12 | Mr. Buchanan did not say that all hearing losses | **Pltf Obj** 611 | SUSTAINED | **Pltf Obj** FRE 402/403; 602; | |
| 436:13 | are preventable in the military by wearing the | | | 702; 711; 802. Plaintiff's MIL | |
| 436:14 | Combat Arms Version 2 on its own, right? | | | #1, 2, 16, 18 | |
| 436:15 | MR. BUCHANAN:  Objection to form and | | | | |
| 436:16 | foundation. | | | **Re: [436:11 to 436:17]** | |
| 436:17 | THE WITNESS:  Correct. | | | **Pltf Obj** 611 | |

| | | | | | |
|---|---|---|---|---|---|
| **439:12 - 439:17** | Merkley, LTC John A. (2020-02-26) | 0:19 | | | |
| 439:12 | Q. In the Just the Facts document the Army | | | Re: [439:12 to 439:17] | **OVERRULED** |
| 439:13 | says, at 190 dB, there's an overall peak reduction | | | Pltf Obj FRE 402/403; 602; | |
| 439:14 | of 25 dB.  Testing at a U.S. military facility | | | 702; 711; 802. Plaintiff's MIL | |
| 439:15 | found this nonlinear earplug protective up to 190 | | | #1, 2, 16, 18 | |
| 439:16 | dB.  Do you remember that? | | | | |
| 439:17 | A. Yes. | | | | |
| | | | | | |
| **440:06 - 441:01** | Merkley, LTC John A. (2020-02-26) | 1:35 | | | |
| 440:06 | Q. Okay.  So, when the Army was authoring | | Re: [440:06 to 441:01] | Re: [440:06 to 441:01] | Re: [440:06 to 441:08] | **SUSTAINED** |
| 440:07 | the Just the Facts document, the Army had | | Pltf Obj 602; 611 | SUSTAINED | Pltf Obj FRE 402/403; 702; | |
| 440:08 | determined that testing at a U.S. military facility | | | | 802. Plaintiff's MIL #1, 2, | |
| 440:09 | found this nonlinear earplug, the Combat Arms | | | | 16, 18 | |
| 440:10 | Earplug, protective up to 190 dB? | | | | | |
| 440:11 | MR. BUCHANAN:  Objection to form. | | | | Re: [440:06 to 441:01] | |
| 440:12 | THE WITNESS:  Yes. | | | | Pltf Obj 602; 611 | |
| 440:13 | BY MR. WASDIN: | | | | | |
| 440:14 | Q. That's what the document says.  And then | | | | | |
| 440:15 | ten years later, or nine years later, the exact | | | | | |
| 440:16 | same statement is in a 3M advertisement on the | | | | | |
| 440:17 | product, right? | | | | | |
| 440:18 | A. Yes. | | | | | |
| 440:19 | Q. And, indeed, if you look at the 3M ad, | | | | | |
| 440:20 | there's a citation on the end of that sentence, | | | | | |
| 440:21 | too, and it's to the Dan Johnson blast study? | | | | | |
| 441:01 | A. To the study, yes. | | | | | |
| | | | | | |
| **441:02 - 441:08** | Merkley, LTC John A. (2020-02-26) | 0:21 | | | |
| 441:02 | Q. So, what 3M is doing in the ad is just | | Re: [441:02 to 441:08] | Re: [441:02 to 441:08] | Re: [440:06 to 441:08] | **SUSTAINED** |
| 441:03 | repeating the Army's own interpretation of the | | Pltf Obj 602; 611 | SUSTAINED | Pltf Obj FRE 402/403; 702; | |
| 441:04 | Army's study that the Army had made almost a decade | | | | 802. Plaintiff's MIL #1, 2, | |
| 441:05 | earlier, right? | | | | 16, 18 | |
| 441:06 | MR. BUCHANAN:  Objection to form and | | | | | |
| 441:07 | foundation. | | | | Re: [441:02 to 441:08] | |
| 441:08 | THE WITNESS:  Yes. | | | | Pltf Obj 602; 611 | |
| | | | | | |
| **443:03 - 444:10** | Merkley, LTC John A. (2020-02-26) | 1:04 | | | |
| 443:03 | Q. Mr. Berger testified that Doug Ohlin | | Re: [443:03 to 444:10] | Re: [443:03 to 444:10] | Re: [443:03 to 444:15] | **SUSTAINED** |
| 443:04 | requested from him a dual-ended product that | | Pltf Obj 602; 611 | SUSTAINED | Pltf Obj FRE 402/403; 702; | |
| 443:05 | included the Ultra Fit tips of a single size and | | | | 802. Plaintiff's MIL #1, 2, | |
| 443:06 | the ISL filter.  You don't have any reason to | | | | 16, 18 | |
| 443:07 | disagree with that testimony, do you? | | | | | |
| 443:08 | MR. BUCHANAN:  Objection to form. | | | | Re: [443:03 to 444:10] | |
| 443:09 | THE WITNESS:  No. | | | | Pltf Obj 602; 611 | |
| 443:10 | BY MR. WASDIN: | | | | | |
| 443:11 | Q. Now, you and I looked at some documents | | | | | |
| 443:12 | that included emails from Doug Ohlin in the April | | | | | |
| 443:13 | 1999 time period, do you remember those? | | | | | |
| 443:14 | A. Yes. | | | | | |
| 443:15 | Q. And in those emails, Mr. Ohlin had found | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 443:16 | that the original production samples of that plug | | | | |
| 443:17 | that were sent by Aearo were about a quarter of an | | | | |
| 443:18 | inch too long and didn't fit into the military | | | | |
| 443:19 | carrying case, do you remember those emails? | | | | |
| 443:20 | A. Yes. | | | | |
| 443:21 | Q. Subsequent to those emails, Aearo reduced | | | | |
| 444:01 | the size, reduced the length of the Combat Arms | | | | |
| 444:02 | Version 2 by a quarter of an inch. | | | | |
| 444:03 | During your investigation of the | | | | |
| 444:04 | materials in this case, did you find anything that | | | | |
| 444:05 | contradicts that Aearo shortened the length of the | | | | |
| 444:06 | Combat Arms Version 2 in response to Doug Ohlin's | | | | |
| 444:07 | request? | | | | |
| 444:08 | MR. BUCHANAN:  Objection to form. | | | | |
| 444:09 | Ambiguous. | | | | |
| 444:10 | THE WITNESS:  No. | | | | |

**444:12 - 444:15**  Merkley, LTC John A. (2020-02-26)  0:03

| | | | | |
|---|---|---|---|---|
| 444:12 | Q. You don't have any reason to disagree | | Re: [443:03 to 444:15] | SUSTAINED |
| 444:13 | with that, do you? | | Pltf Obj FRE 402/403; 702; | |
| 444:14 | MR. BUCHANAN:  Leading. | | 802. Plaintiff's MIL #1, 2, | |
| 444:15 | THE WITNESS:  No. | | 16, 18 | |

**445:11 - 445:16**  Merkley, LTC John A. (2020-02-26)  0:13

| | | | | |
|---|---|---|---|---|
| 445:11 | Q. But you don't have any reason to disagree | Re: [445:11 to 445:16] | Re: [445:11 to 445:16] | Re: [445:11 to 445:16] | SUSTAINED |
| 445:12 | with Mr. Berger's testimony that he told Doug Ohlin | Pltf Obj 602; 611 | SUSTAINED | Pltf Obj 602; 611 | |
| 445:13 | about the company's internal testing while it was | | | | |
| 445:14 | happening, do you? | | | | |
| 445:15 | MR. BUCHANAN:  Objection to form. | | | | |
| 445:16 | THE WITNESS:  No. | | | | |

**449:01 - 449:06**  Merkley, LTC John A. (2020-02-26)  1:50

| | |
|---|---|
| 449:01 | Q. And that's interesting, because if you go |
| 449:02 | to the Hobbs testing, which is the Air Force |
| 449:03 | testing we've been talking about all day, he |
| 449:04 | actually does -- are you with me on the Air Force |
| 449:05 | document? |
| 449:06 | A. I am. |

**449:12 - 450:14**  Merkley, LTC John A. (2020-02-26)  1:52

| | | | | |
|---|---|---|---|---|
| 449:12 | Q. He actually does real ear attenuation | | Re: [449:12 to 450:14] | Re: [449:12 to 450:14] | OVERRULED |
| 449:13 | testing as part of that testing, right? | | OVERRULED | Pltf Obj FRE 402; 602; 802. | |
| 449:14 | MR. BUCHANAN:  Objection to form. | | | Plaintiff's MIL #1, 2, 16 | |
| 449:15 | THE WITNESS:  Yes. | | | | |
| 449:16 | BY MR. WASDIN: | | | Re: [449:12 to 450:14] | OVERRULED |
| 449:17 | Q. And real ear there means the earplugs | | | Pltf Obj 403; 702; Baker MIL | |
| 449:18 | were inserted into a human ear and tested for | | | 18 | |
| 449:19 | attenuation, right? | | | | |
| 449:20 | A. Correct. | | | | |
| 449:21 | Q. And if you go to page 19, at the top, | | | | |
| 450:01 | there's a paragraph called, Discussion.  He | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 450:02 | determines that the continuous noise protection of | | | | |
| 450:03 | all devices tested was reasonable and should | | | | |
| 450:04 | provide for a safe exposure level for the average | | | | |
| 450:05 | users in many noise environments up to 105 dB, | | | | |
| 450:06 | right? | | | | |
| 450:07 | MR. BUCHANAN:  Objection to the form. | | | | |
| 450:08 | THE WITNESS:  Yes. | | | | |
| 450:09 | BY MR. WASDIN: | | | | |
| 450:10 | Q. So, Mr. Hobbs is testing the earplug in | | | | |
| 450:11 | human ears without rolling the flanges back, and | | | | |
| 450:12 | they are working? | | | | |
| 450:13 | MR. BUCHANAN:  Objection to form. | | | | |
| 450:14 | THE WITNESS:  Yes, it appears so. | | | | |

**452:12 - 453:14  Merkley, LTC John A. (2020-02-26)**  1:53

| | Re: [452:12 to 453:14] | Re: [452:12 to 453:14] | Re: [452:12 to 453:14] | SUSTAINED |
|---|---|---|---|---|
| 452:12 Q. First, we have test data from a variety | **Pltf Obj** vague; 602; 702; 402; | SUSTAINED | **Pltf Obj** 805; Plaintiff MIL | |
| 452:13 of branches of the military that show that the plug | 802 | | #1, 2, 16, 18 | |
| 452:14 provides reasonable attenuation or good attenuation | | | | |
| 452:15 under a variety of different circumstances, right? | | | Re: [452:12 to 453:14] | SUSTAINED |
| 452:16 MR. BUCHANAN:  Objection to form and | | | **Pltf Obj** vague; 602; 702; | |
| 452:17 foundation.  Vague. | | | 802; | |
| 452:18 THE WITNESS:  Yes. | | | | |
| 452:19 BY MR. WASDIN: | | | | |
| 452:20 Q. Second, you have personal experience with | | | | |
| 452:21 the plug, and for you, it worked well? | | | | |
| 453:01 A. Yes. | | | | |
| 453:02 MR. BUCHANAN:  Objection to form. | | | | |
| 453:03 BY MR. WASDIN: | | | | |
| 453:04 Q. Third, we reviewed a number of success | | | | |
| 453:05 stories from other members of the military who | | | | |
| 453:06 served in Iraq who said that the plug worked for | | | | |
| 453:07 them, too, right? | | | | |
| 453:08 A. Yes. | | | | |
| 453:09 Q. Third, you treated patients in Iraq, and | | | | |
| 453:10 your experience was those that didn't use a plug | | | | |
| 453:11 had hearing loss, and those that did use a hearing | | | | |
| 453:12 protector, like the CAEv2, did not, right? | | | | |
| 453:13 MR. BUCHANAN:  Objection.  Form. | | | | |
| 453:14 THE WITNESS:  Correct. | | | | |

**455:01 - 455:08  Merkley, LTC John A. (2020-02-26)**  0:18

| | Re: [455:01 to 455:08] | Re: [455:01 to 455:08] | Re: [455:01 to 455:08] | SUSTAINED |
|---|---|---|---|---|
| 455:01 Q. But your experience was, regardless of | **Pltf Obj** 611 | SUSTAINED | **Pltf Obj** FRE 402/403; 602; | |
| 455:02 what a particular document did or did not say, that | | | 702; 711; 802. Plaintiff's MIL | |
| 455:03 in the 2001 to 2005 time period, Doug Ohlin | | | #1, 2, 16, 18 | |
| 455:04 instructed you and other Army audiologists to fold | | | | |
| 455:05 back the flanges as needed to get a good fit, | | | Re: [455:01 to 455:08] | |
| 455:06 right? | | | **Pltf Obj** 611 | |
| 455:07 MR. BUCHANAN:  Objection to form. | | | | |
| 455:08 THE WITNESS:  Yes. | | | | |

**456:02 - 457:11  Merkley, LTC John A. (2020-02-26)**  1:45

| | | | | |
|---|---|---|---|---|
| 456:02 | Q. Now, you told me earlier that all | **Re: [456:02 to 457:11]** | Re: [456:02 to 457:11] | **Re: [456:02 to 457:11]** | **SUSTAINED** |
| 456:03 | preformed earplugs are susceptible to loosening, | **Pltf Obj** foundation; 602; 611; | SUSTAINED | **Pltf Obj** foundation; 602; 611; |
| 456:04 | right? | 702 | | 702 |
| 456:05 | A. Yes. | | | |
| 456:06 | Q. That's a well-known phenomenon, right? | | | **Re: [456:02 to 457:11]** |
| 456:07 | A. Yes. | | | **Pltf Obj** FRE 402/403; 802. |
| 456:08 | MR. BUCHANAN:  Objection to form. | | | Plaintiff's MIL #1, 2, 16, 18 |
| 456:09 | BY MR. WASDIN: | | | |
| 456:10 | Q. So, users of the Combat Arms Version 2, | | | |
| 456:11 | at least the audiology community, would know, like | | | |
| 456:12 | other preformed earplugs, it could be susceptible | | | |
| 456:13 | to loosening, right? | | | |
| 456:14 | MR. BUCHANAN:  Objection.  Form. | | | |
| 456:15 | Foundation.  Well beyond the witness. | | | |
| 456:16 | THE WITNESS:  Yes. | | | |
| 456:17 | BY MR. WASDIN: | | | |
| 456:18 | Q. Yourself included, right? | | | |
| 456:19 | MR. BUCHANAN:  Objection to form. | | | |
| 456:20 | THE WITNESS:  Yes. | | | |
| 456:21 | BY MR. WASDIN: | | | |
| 457:01 | Q. Now, your experience was with any | | | |
| 457:02 | preformed earplug that did loosen, including if it | | | |
| 457:03 | happened to you with the Combat Arms Version 2, it | | | |
| 457:04 | was perceptible to you, right? | | | |
| 457:05 | A. Yes. | | | |
| 457:06 | MR. BUCHANAN:  Objection. | | | |
| 457:07 | BY MR. WASDIN: | | | |
| 457:08 | Q. That in the real world, you had an | | | |
| 457:09 | auditory clue that you had lost the seal of your | | | |
| 457:10 | hearing protector, right? | | | |
| 457:11 | A. Yes. | | | |

**458:02 - 459:01**  Merkley, LTC John A. (2020-02-26)                    1:44

| | | | | |
|---|---|---|---|---|
| 458:02 | Q. I'll represent to you some testimony | **Re: [458:02 to 459:01]** | Re: [458:02 to 459:01] | **Re: [458:02 to 459:01]** | **SUSTAINED** |
| 458:03 | given in this case.  Mr. Berger said that the | **Pltf Obj** foundation; 602; 611; | SUSTAINED | **Pltf Obj** foundation; 602; 611; |
| 458:04 | concept of imperceptible loosening is a phenomenon | 702 | | 702 |
| 458:05 | that's limited to the REAT chamber because there | | | |
| 458:06 | are no auditory clues in a silent room.  Do you | | | **Re: [458:02 to 459:01]** |
| 458:07 | follow that logic? | | | **Pltf Obj** FRE 402/403; 802; |
| 458:08 | MR. BUCHANAN:  Objection to form. | | | 805; scope. Plaintiff's MIL |
| 458:09 | THE WITNESS:  Yes. | | | #1, 2, 16, 18 |
| 458:10 | BY MR. WASDIN: | | | |
| 458:11 | Q. And in a silent room that had no auditory | | | |
| 458:12 | external clues, if you lost your seal on a plug, | | | |
| 458:13 | you might not notice it, right? | | | |
| 458:14 | MR. BUCHANAN:  Objection to form and | | | |
| 458:15 | foundation. | | | |
| 458:16 | THE WITNESS:  Correct. | | | |
| 458:17 | BY MR. WASDIN: | | | |
| 458:18 | Q. But in the real world, particularly in a | | | |
| 458:19 | combat setting or in military training, if you lose | | | |

458:20   your seal on a plug, you will notice it?
458:21   MR. BUCHANAN:  Objection.  Foundation.
459:01   THE WITNESS:  Generally, yes.

460:07 - 460:12   Merkley, LTC John A. (2020-02-26)          0:16
460:07   Q. Okay.  But as of 2001, information that
460:08   for some people they could benefit by folding back
460:09   the flanges on the opposite side of the plug, you
460:10   had that information as of 2001?
460:11   MR. BUCHANAN:  Objection to form.
460:12   THE WITNESS:  Yes.

Re: [460:07 to 460:12]
Pltf Obj FRE 402/403; 602;
702; 711; 802. Plaintiff's MIL
#1, 2, 16, 18

SUSTAINED

488:21 - 489:07   Merkley, LTC John A. (2020-02-26)          0:18
488:21   Q. Okay.  And fair to say, sir, that the
489:01   design of the yellow end was to allow sound to go
489:02   through, right?
489:03   A. Yes.
489:04   Q. That was the goal, to allow as much sound
489:05   to go through unless it was an impulse noise,
489:06   right?
489:07   A. Correct.

Re: [488:21 to 489:07]
Pltf Obj FRE 402/403; 602;
702; 711; 802. Plaintiff's MIL
#1, 2, 16, 18

OVERRULED

489:18 - 490:08   Merkley, LTC John A. (2020-02-26)          1:41
489:18   THE WITNESS:  Can I just add?  You know,
489:19   because the questioning was related to, you know,
489:20   would you perceive a -- a break in the seal?  And
489:21   when you fit the yellow end of that earplug in, you
490:01   still get an occlusion effect, and when the seal is
490:02   broken, that occlusion effect is what tends to go
490:03   away.
490:04   So, the -- the sound still is different.
490:05   It's different with the earplug seated and when
490:06   it's -- when the seal is broken.  They're -- you
490:07   can generally tell when that seal is broken.  I
490:08   won't say all the time, but --

Re: [489:18 to 490:08]
Pltf Obj nonresponsive

Re: [489:18 to 490:08]
SUSTAINED

Re: [489:18 to 490:08]
Pltf Obj FRE 402/403; 602;
702; 711; 802. Plaintiff's MIL
#1, 2, 16, 18

Re: [489:18 to 490:08]
Pltf Obj nonresponsive

SUSTAINED

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| 641:19 - 642:24   Myers, Brian (2019-12-13)                              2:06 | | | | |

641:19   Q. Mr. Myers, my name is Sean Tracy.  I am a
641:20   lawyer from Houston, Texas.  I'm going to ask you some

641:21   questions this afternoon.
641:22   The first one I'm going to ask you is I
641:23   have listened to your testimony now for a day and a
641:24   half and I'm going to confess that I don't really know
641:25   what you did for Aearo.  So I'm going to get you to
642:01   explain to me for the past -- from 1999, let's say, to
642:02   the present, what did you do for them?
642:03   A. From 1999?
642:04   Q. Yeah, or 2000.
642:05   A. Okay.  So I was a product manager for the
642:06   hearing protection piece until 2008 for Aearo when it
642:07   was purchased by 3M which meant that, I guess, the two

642:08   big responsibilities that come to my mind would be
642:09   sort of convening meetings when there was an interest

642:10   in trying to develop a new product with
642:11   cross-functional teams to, you know, try to align and
642:12   execute a timetable and key milestones to bring a --
642:13   bring a product potentially to market.
642:14   Q. Okay.
642:15   A. And then the other part of it, I wasn't in
642:16   a sales function, but I was in a function where I
642:17   would interact or go visit customers who may have been

642:18   or may have needed to use hearing protection and try
642:19   to understand what -- where there might be
642:20   opportunities for us to either make our products
642:21   better or modify our products in some way to -- to
642:22   provide some solutions to people who either were
642:23   looking for better solutions or didn't -- or didn't
642:24   have a solution.

| 644:24 - 645:23   Myers, Brian (2019-12-13)                              1:55 | | | | |

644:24   And was there a group you were under when
644:25   you were visiting customers?  Were you in marketing or

645:01   sales or what did they -- what was the name of the
645:02   group?
645:03   A. So, you would have referred to me as
645:04   marketing.  I think for the most part it was called
645:05   product management, but the responsibilities were I
645:06   think what most people would think of as marketing
645:07   responsibilities.
645:08   Q. So if I met you at a cocktail party rather
645:09   than this sort of artificial atmosphere and I asked
645:10   you what you had been doing for most of your career

| | | |
|---|---|---|
| 645:11 | the last 20 years, you would have said marketing? | |
| 645:12 | A. Yeah. | |
| 645:13 | Q. Okay. | |
| 645:14 | A. And I don't know -- I don't know, you | |
| 645:15 | know, what's in your head for marketing, but probably | |
| 645:16 | marketing and business, you know. | |
| 645:17 | Q. Okay. | |
| 645:18 | A. We looked at some exhibits that -- where | |
| 645:19 | we were trying to establish what we should prioritize | |
| 645:20 | in terms of a new product or those kinds of things, | |
| 645:21 | and I don't know if you think of that as marketing. | |
| 645:22 | Maybe you think of it more as business, but it was | |
| 645:23 | that kind of thing. | |

| | | |
|---|---|---|
| 649:08 - 650:25 | Myers, Brian (2019-12-13) | 2:25 |
| 649:08 | When did you begin working for Cabot or | |
| 649:09 | Aearo or whatever the heritage company's name was? | |
| 649:10 | A. So I -- I joined the -- the first entity | |
| 649:11 | was Cabot Corporation in November of 1989. | |
| 649:12 | Q. 1989.  That's what I was looking for. | |
| 649:13 | Okay. | |
| 649:14 | When you joined -- sorry. | |
| 649:15 | From 1989 to let's say now, has -- have | |
| 649:16 | hearing protection devices been in some way, shape or | |
| 649:17 | form in your wheelhouse? | |
| 649:18 | A. So when you say -- do you mean in -- | |
| 649:19 | within my responsibilities? | |
| 649:20 | Q. Yes. | |
| 649:21 | A. No. | |
| 649:22 | Q. No, okay. | |
| 649:23 | When did hearing protection devices become | |
| 649:24 | your responsibility? | |
| 649:25 | A. So I think at -- I'm trying to remember | |
| 650:01 | my -- my CV that we looked at yesterday, but in -- I | |
| 650:02 | was in production of hearing protection devices | |
| 650:03 | briefly and then I had some respiratory | |
| 650:04 | responsibilities, but around the early I'll say mid | |
| 650:05 | like '93, we can look at the CV if you want to. | |
| 650:06 | Q. We don't need to. | |
| 650:07 | A. But around that time is when I first had | |
| 650:08 | responsibilities like I -- I described that were | |
| 650:09 | product management, marketing kinds of | |
| 650:10 | responsibilities within hearing protection, and I had | |
| 650:11 | response -- I assume you want me to go on forward? | |
| 650:12 | Q. Yeah, please. | |
| 650:13 | A. So I had responsibilities, now, at some | |
| 650:14 | point in the mid 2000s I -- there were other marketers | |
| 650:15 | who began to work for me and they may have had more of | |
| 650:16 | day-to-day responsibilities within that product line, | |
| 650:17 | and -- but I had some responsibilities all of the way | |

| | | | |
|---|---|---|---|
| 650:18 | up until January of 2011. | | |
| 650:19 | Q. Okay. | | |
| 650:20 | A. And then for about -- I think for -- it | | |
| 650:21 | was for about four-and-a-half years I didn't have any | | |
| 650:22 | responsibilities in hearing whatsoever, and which kind | | |
| 650:23 | of leads me to where I am today where I have | | |
| 650:24 | responsibilities, that's one of the several product | | |
| 650:25 | lines that -- that I oversee or manage. | | |

**697:13 - 698:07  Myers, Brian (2019-12-13)    1:07**

| | | Re: [697:13 to 698:07] | | **SUSTAINED** |
|---|---|---|---|---|
| 697:13 | Q. By the way, I watched with some | | | |
| 697:14 | fascination yesterday as you were handed a pair of the | **Pltf Obj** 402, 403, 702, MIL G7 | | |
| 697:15 | Combat Arms Earplugs and you didn't fold back the | lay opinion on efficacy of | | |
| 697:16 | flanges, did you? | CAEv2 | | |
| 697:17 | A. No, I did not. | | | |
| 697:18 | Q. Do you believe they have to be folded back | | | |
| 697:19 | to work? | | | |
| 697:20 | A. No. | | | |
| 697:21 | Q. Have you worn them before? | | | |
| 697:22 | A. Yes. | | | |
| 697:23 | Q. Without the flanges folded back? | | | |
| 697:24 | A. Yes, I have. | | | |
| 697:25 | Q. How come? | | | |
| 698:01 | A. I followed the -- the tips to put it in, | | | |
| 698:02 | I've -- I've fitted the UltraFit style product before, | | | |
| 698:03 | and there is a tip, maybe we are going to look at it | | | |
| 698:04 | in a minute, where you kind of tug on the earplug to | | | |
| 698:05 | make sure it has a seal, and so when I fitted the | | | |
| 698:06 | Combat Arms and I do that test, I get a seal without | | | |
| 698:07 | needing to fold back the flange. | | | |

**739:12 - 742:21  Myers, Brian (2019-12-13)    4:38**

| | | Re: [739:12 to 742:21] | Re: [741:10 to 741:22] | **OVERRULED** |
|---|---|---|---|---|
| 739:12 | Q. Now, you have seen this document in | **Pltf Obj** 802, MIL G7 - lay | **Pltf Obj** Lay opinion | |
| 739:13 | preparation for your deposition, haven't you? | opinion on efficacy of CAEv2 | | |
| 739:14 | A. Yes, I've seen this document. | | | |
| 739:15 | Q. Okay.  And this is -- this is actually I'm | | | |
| 739:16 | sure one of the things that you were alluding to in | | | |
| 739:17 | terms of collaboration between you and Dr. Ohlin or | | | |
| 739:18 | your company and Dr. Ohlin, right? | | | |
| 739:19 | A. Yes, this is one of the things I was | | | |
| 739:20 | referring to. | | | |
| 739:21 | Q. And this has -- it is from Dr. Ohlin and | | | |
| 739:22 | it's sent to a variety of people including Elliott | | | |
| 739:23 | Berger at your company, Tim McNamara at your company, | | | |
| 739:24 | Brian Myers, you, at your company. | | | |
| 739:25 | Armand Dancer is also copied, isn't he? | | | |
| 740:01 | A. I see all of those people copied there as | | | |
| 740:02 | well as some other folks it looks like from the | | | |
| 740:03 | military. | | | |

740:04    Q. Eric Fallon is also copied, isn't he?
740:05    A. Yes, he is.
740:06    Q. Eric Fallon was at the -- as at the -- at
740:07    CHPPM also, wasn't he?
740:08    A. I don't know where Eric Fallon came from.
740:09    Q. You knew he came --
740:10    A. I know he -- I know he was in the
740:11    military.
740:12    Q. And now where does he work?
740:13    A. He does work at -- at 3M now.
740:14    Q. He actually took Doug Fallon's position,
740:15    didn't he, when he left?
740:16    A. Do you mean --
740:17    Q. Doug Ohlin, sorry, Doug Ohlin's position?
740:18    A. I don't know that it was a one for one
740:19    that he took Doug's position.  I do just know that
740:20    Eric works for 3M today.
740:21    Q. And he left the military and came right to
740:22    work for you, didn't he?
740:23    A. I don't know.  I don't have -- I don't
740:24    recall that I have knowledge of that.
740:25    Q. Okay.  In any event, what's going on here
741:01    is Doug Ohlin is asking for your input on these wallet
741:02    cards that the subject is Combat Arms Earplug cards,
741:03    he attaches this attachment PDF.  He says:  "These
741:04    will be wallet-sized, laminated cards to be issued
741:05    with the earplugs.  Any comments other than the need

741:06    to correct the NSN for the double-ended plug to" that
741:07    number?
741:08    Do you see that?
741:09    A. I do see those words on this e-mail.
741:10    Q. And let's flip over and look at the
741:11    attachment because the attachment I think is
741:12    important.
741:13    This -- this part of the wallet card, this
741:14    section has a quote from a soldier in Iraq, doesn't
741:15    it?
741:16    "Combat Arms Earplugs work great in this
741:17    environment.  They probably made the difference
741:18    between eardrum/hearing damage and not.  They
741:19    definitely allow you to mentally recover quickly so
741:20    you are able to deal with your situation versus
741:21    standing around like a stunned mullet for a while."
741:22    Do you see that?
741:23    A. I see that quote.
741:24    Q. And then there is a section on ordering,
741:25    which says:  "Double-ended earplugs (which fit most of

742:01    adult population)" and then "Single-ended plugs (for
742:02    smallest ear canals)," and then we have a fact sheet
742:03    referenced and a place to go get it, right?

| | | | | |
|---|---|---|---|---|
| 742:04 | A. That's -- that looks accurate as to what's | | | |
| 742:05 | on that side of the card. | | | |
| 742:06 | Q. All right. And then flip over and we have | | | |
| 742:07 | a picture of an ear there at the top left, right? And | | | |
| 742:08 | it says: "Combat Arms Earplug. Insert yellow plugs | | | |
| 742:09 | for weapons fire to protect hearing and to hear | | | |
| 742:10 | between firings. Insert green plugs for noise in and | | | |
| 742:11 | around aircraft, noisy vehicles and watercraft. Check | | | |
| 742:12 | proper fit by gently tugging on plugs for tension." | | | |
| 742:13 | And No. 2, it says: "For very large ear canals, fold | | | |
| 742:14 | opposing plug back." | | | |
| 742:15 | Do you see that? | | | |
| 742:16 | A. Yeah, that's the second bullet -- or the | | | |
| 742:17 | fourth bullet, I guess, on the page. | | | |
| 742:18 | Q. Is that one of the facts that you are | | | |
| 742:19 | using to support your claim that somebody in technical | | | |
| 742:20 | talked to Doug Ohlin about the contents of the flange | | | |
| 742:21 | report? | | | |

**743:10 - 743:18   Myers, Brian (2019-12-13)   0:27**

| | | | | |
|---|---|---|---|---|
| 743:10 | Q. Can you answer my question? | | | |
| 743:11 | A. So, yes, I see both -- the commonality | | | |
| 743:12 | between both of the technical -- the Aearo technical | | | |
| 743:13 | report and the -- this wallet card that was created by | | | |
| 743:14 | the military technical people, and to me it -- it | | | |
| 743:15 | seems that there is a linkage there, that there is | | | |
| 743:16 | a -- | | | |
| 743:17 | Q. Yeah, I can see that. | | | |
| 743:18 | A. -- similar idea. | | | |

**743:19 - 743:23   Myers, Brian (2019-12-13)   0:11**

| | | | | |
|---|---|---|---|---|
| 743:19 | Q. What percentage of the population has very | Re: [743:19 to 744:03] | Re: [743:19 to 744:03] | OVERRULED |
| 743:20 | large ear canals? | Def Obj 403 (argumentative); | Def Obj 403 (argumentative); | |
| 743:21 | A. I don't know. | 602 (no foundation and calls | 602 (no foundation and calls | |
| 743:22 | Q. It seems like a good question, doesn't it, | for expert testimony). | for expert testimony). | |
| 743:23 | given what's on this wallet card? | | | |

**744:02 - 744:03   Myers, Brian (2019-12-13)   0:03**

| | | | | |
|---|---|---|---|---|
| 744:02 | A. I don't know what percentage of the | Re: [743:19 to 744:03] | Re: [743:19 to 744:03] | OVERRULED |
| 744:03 | population has very large ear canals. | Def Obj 403 (argumentative); | Def Obj 403 (argumentative); | |
| | | 602 (no foundation and calls | 602 (no foundation and calls | |
| | | for expert testimony). | for expert testimony). | |

**826:04 - 827:07   Myers, Brian (2019-12-13)   1:12**

| | | | | |
|---|---|---|---|---|
| 826:04 | Q. Good evening, Mr. Myers. | | Re: [826:13 to 826:21] | SUSTAINED |
| 826:05 | A. Good evening. | | Pltf Obj 403 | |
| 826:06 | Q. Please introduce yourself to the jury. | | | |
| 826:07 | A. So my name is Brian Myers. I am a | | | |
| 826:08 | Business Director in the Personal Safety Division at | | | |
| 826:09 | 3M. | | | |
| 826:10 | Q. Where do you live? | | | |

| | |
|---|---|
| 826:11 | A. I live just north of St. Paul, Minnesota, |
| 826:12 | Vadnais Heights. |
| 826:13 | Q. How long have you lived there? |
| 826:14 | A. Since January of 2011. |
| 826:15 | Q. Are you married? |
| 826:16 | A. I am married. |
| 826:17 | Q. How long have you been married? |
| 826:18 | A. 35 years last June. |
| 826:19 | Q. Do you have children? |
| 826:20 | A. I have two kids, a 28-year-old son and a |
| 826:21 | 25-year-old daughter. |
| 826:22 | Q. Can you tell the jury a little bit about |
| 826:23 | where you grew up and where you went to high school? |
| | |
| 826:24 | A. So I was born in Denver but I really grew |
| 826:25 | up in a small town in Indiana, Connersville, Indiana, |
| 827:01 | which is where I went to high school, and then I went |
| 827:02 | to an engineering school, also at a small engineering |
| 827:03 | school in Indiana, in Terre Haute, Indiana, called |
| 827:04 | Rose-Hulman Institute of Technology. |
| 827:05 | Q. Okay.  And looking at slide two, can you |
| 827:06 | tell the jury about what you did as your work history |
| 827:07 | before you worked for Aearo? |

827:21 - 827:24   Myers, Brian (2019-12-13)                          0:13

| | |
|---|---|
| 827:21 | Q. Okay.  And we've projected a PowerPoint on |
| 827:22 | the screen.  Looking at slide two of the PowerPoint, |
| 827:23 | can you tell the jury about your work history before |
| 827:24 | you worked for Aearo? |

827:25 - 829:09   Myers, Brian (2019-12-13)                          2:10

| | |
|---|---|
| 827:25 | A. Sure.  When I graduated in 1984 I went to |
| 828:01 | work for General Electric in a training program in |
| 828:02 | manufacturing.  I was at two locations in a couple of |
| 828:03 | years and then took a permanent job in Louisville, |
| 828:04 | Kentucky for another three years.  Through the course |
| 828:05 | of that I was a production manager and a process |
| 828:06 | engineer.  And then in November of -- while I was at |
| 828:07 | GE, at night I went to school and got my MBA |
| 828:08 | ultimately from the University of Louisville. |
| 828:09 | In November of 1989 then I -- if you want |
| 828:10 | to go to the next slide, in November of 1989 then I |
| 828:11 | joined, at that time it was Cabot Corporation as a |
| 828:12 | plant manager -- or as a production manager and then a |
| | |
| 828:13 | plant manager for what ultimately became Cabot Safety |
| | |
| 828:14 | Corporation. |
| 828:15 | I served briefly, I think less than a |
| 828:16 | year, as the product line director for our respiratory |
| 828:17 | products and then moved into a product manager |
| 828:18 | position with passive hearing protection that we've |

828:19   discussed.  And I -- I was in that, a role like that,
828:20   other things got added to it, but through 2008.
828:21   And then in 2008, 3M acquired our -- our
828:22   Aearo Corporation, and I was a portfolio manager then

828:23   from that point until January of 2011 when I really
828:24   left the passive hearing business and did a what's
828:25   called lean six sigma assignment and then for another
829:01   two and I think a quarter years.  So that was two
829:02   years and then for another two and a quarters years I
829:03   managed some product lines that were not hearing or --

829:04   or associated with hearing.  And ultimately then at
829:05   that point then I got the passive hearing business and
829:06   a number of other businesses back.  And to this day
829:07   now I manage -- I think I have six businesses that I
829:08   manage and one of them is passive hearing products
829:09   business.

834:04 - 834:14   Myers, Brian (2019-12-13)                    0:24
834:04   Q. Did you have responsibility for                          **Re: [834:12 to 834:14]**    OVERRULED
834:05   interacting with the military regarding CAE, the            **Pltf Obj** Foundation
834:06   Combat Arms Version 2 on the marketing side?
834:07   A. I did.
834:08   Q. Did others interact with the military
834:09   regarding the Combat Arms Version 2 on the technical
834:10   side?
834:11   A. They did.
834:12   Q. And is it your understanding that the
834:13   technical people from Aearo or 3M interacted with
834:14   technical people from the military?

834:17 - 834:17   Myers, Brian (2019-12-13)                    0:02
834:17   A. That was my understanding.                               **Re: [834:17 to 834:17]**    OVERRULED
                                                                     **Pltf Obj** Foundation

834:19 - 834:22   Myers, Brian (2019-12-13)                    0:12
834:19   Q. And in terms of what you observed from                   **Re: [834:19 to 834:22]**    OVERRULED
834:20   e-mails, did you identify any individual from the           **Pltf Obj** Foundation, 802
834:21   military with technical who interacted with the Aearo
834:22   or 3M technical people?

834:25 - 835:01   Myers, Brian (2019-12-13)                    0:15
834:25   A. Dr. Ohlin was the -- is the one that comes               **Re: [834:25 to 835:01]**    OVERRULED
835:01   to mind.                                                     **Pltf Obj** Foundation, 802

835:17 - 837:10   Myers, Brian (2019-12-13)                    2:18
835:17   So if you could identify first what we've    **Re: [835:17 to 837:10]**   **Re: [835:17 to 837:10]**    OVERRULED
835:18   marked as Exhibit 78?                          **Pltf Obj** 802, foundation   **Pltf Obj** Foundation, 802, ECF
835:19   A. The e-mail is from me, the subject is the                                1725
835:20   "Letter for Combat Arms Earplug," there is an

| | | | |
|---|---|---|---|
| 835:21 | attachment, and it appears to be a forwarded message | | |
| 835:22 | that came from Doug Ohlin and there is a Belva Hoffman | | |
| 835:23 | at Fort Detrick who is -- is it's to and he copied me | | |
| 835:24 | on this. | | |
| 835:25 | Q. Okay.  So in the April 12th, 1999, e-mail | | |
| 836:01 | from Doug Ohlin to you and others dated April 12th, | | |
| 836:02 | 1999, could you read the subject line and the content | | |
| 836:03 | of that e-mail, please? | | |
| 836:04 | A. It's:  "Re:  Forward:  A letter for Combat | | |
| 836:05 | Arms Earplug. | | |
| 836:06 | "Belva:  There are at least three reasons | | |
| 836:07 | why they are going to have to shorten the production | | |
| 836:08 | samples I sent you. | | |
| 836:09 | "1. So they fit in the standard case. | | |
| 836:10 | "2. To minimize wind noise. | | |
| 836:11 | "3. To be compatible with the Kevlar | | |
| 836:12 | helmet when the chinstrap is fastened." | | |
| 836:13 | "The last one is a show stopper if we | | |
| 836:14 | can't get the modification. | | |
| 836:15 | Signed "Doug." | | |
| 836:16 | Q. Did Mr. Ohlin's e-mail also include an | | |
| 836:17 | attachment? | | |
| 836:18 | A. It did, which I believe is also attached. | | |
| 836:19 | Q. So if you go to the page that has at the | | |
| 836:20 | top -- the third to last page, what's the -- what's | | |
| 836:21 | the heading on that page? | | |
| 836:22 | A. "Justification for a Nonlinear Earplug | | |
| 836:23 | (Combat Arms Earplug)." | | |
| 836:24 | Q. And can you read the fourth paragraph and | | |
| 836:25 | what's included -- what Mr. -- Dr. Ohlin included as | | |
| 837:01 | an attachment to the e-mail dated April 12th, 1999, to | | |
| 837:02 | you and others? | | |
| 837:03 | A. Of course. | | |
| 837:04 | "The American" -- he writes:  "The | | |
| 837:05 | American military's contribution in this development | | |
| 837:06 | effort has been to recommend an American-made earplug, | | |
| 837:07 | the UltraFit, to house the French filter, the color | | |
| 837:08 | scheme and blast overpressure testing.  The | | |
| 837:09 | single-sized UltraFit should accommodate most of our | | |
| 837:10 | Combat Arms users." | | |

| 838:03 - 838:08 Myers, Brian (2019-12-13) | 0:23 | | |
|---|---|---|---|
| 838:03 Q. Could you read your e-mail to Dr. Ohlin, | Re: [838:03 to 838:08] | Re: [838:03 to 838:08] | **OVERRULED** |
| 838:04 April 8th, 1999, letter for Combat Arms Earplug, the | Pltf Obj 802, foundation | Pltf Obj 802, foundation | |
| 838:05 first sentence of the second paragraph? | | | |
| 838:06 A. "I spoke with Dick Knauer who believes | | | |
| 838:07 that we can probably shorten the plug by the quarter | | | |
| 838:08 inch required to fit your current container." | | | |

| | | | | |
|---|---|---|---|---|
| 838:16 - 838:21 | Myers, Brian (2019-12-13) | 0:26 | | |
| 838:16 | Q. We've marked the next exhibit as | | Re: [838:16 to 838:21] | OVERRULED |
| 838:17 | Exhibit 79.  Could you please identify this? | | Pltf Obj Foundation, 802 | |
| 838:18 | A. These are notes from April the 9th, 1999, | | | |
| 838:19 | from Annette Shaver of the design review meeting, | | | |
| 838:20 | addressed to Rob Bomke, Dick Knauer, Brian Myers, | | | |
| 838:21 | Gordon Grogan, Steve Todor and Bob Zielinski. | | | |
| | | | | |
| 839:10 - 840:07 | Myers, Brian (2019-12-13) | 1:06 | | |
| 839:10 | Q. Were you a recipient of the memo on the | | Re: [839:17 to 840:07] | OVERRULED |
| 839:11 | second page? | | Pltf Obj Foundation, 802 | |
| 839:12 | A. I was listed as a recipient. | | | |
| 839:13 | Q. That's you, Brian Myers? | | | |
| 839:14 | A. That is me. | | | |
| 839:15 | Q. And what is the subject of the memo? | | | |
| 839:16 | A. "Design review." | | | |
| 839:17 | Q. And what does the first sentence say under | | | |
| 839:18 | Design Review? | | | |
| 839:19 | A. "A design review meeting was held on 9" -- | | | |
| 839:20 | "on Friday, April 9th, to review the following product | | | |
| 839:21 | from meeting" -- "from marketing and technical. | | | |
| 839:22 | Combat Arms Earplugs." | | | |
| 839:23 | Q. Okay.  And then if you could read the | | | |
| 839:24 | portions that under Product Design (Preliminary) from | | | |
| 839:25 | the design review memo of April 9th, 1999? | | | |
| 840:01 | A. This -- this paragraph says:  "The | | | |
| 840:02 | Technical Department provided samples of the products | | | |
| 840:03 | along with Aearo drawings.  The length of the earplug, | | | |
| 840:04 | once assembled, was discussed.  It has been requested | | | |
| 840:05 | by the military that the earplug fit into a case, | | | |
| 840:06 | which is in current use by the military, this would | | | |
| 840:07 | require reducing the length by one-fourth of an inch." | | | |
| | | | | |
| 840:14 - 840:14 | Myers, Brian (2019-12-13) | 0:03 | | |
| 840:14 | Q. Can you identify Exhibit 80? | Re: [840:14 to 840:14] | Re: [840:14 to 841:09] | OVERRULED |
| | | Pltf Obj 802, foundation | Pltf Obj Foundation, 802 | |
| | | | | |
| 840:15 - 841:09 | Myers, Brian (2019-12-13) | 1:13 | | |
| 840:15 | A. It's from Dr. Ohlin, dated June 29th, | Re: [840:15 to 841:09] | Re: [840:14 to 841:09] | OVERRULED |
| 840:16 | 1999, to me regarding the purchase of Combat Arms | Pltf Obj 802, foundation | Pltf Obj Foundation, 802 | |
| 840:17 | Earplugs. | | | |
| 840:18 | Q. Could you read the first four -- four | | | |
| 840:19 | sentences of the e-mail or enough of the e-mail to get | | | |
| 840:20 | to the sentence relating to purchase a thousand pair, | | | |
| 840:21 | the June 29th, 1999, e-mail from Doug Ohlin to you? | | | |
| 840:22 | A. Sure. | | | |
| 840:23 | "Brian, the fund side has arrived" -- | | | |
| 840:24 | "fund cite has arrived and the paperwork has been | | | |
| 840:25 | forwarded to purchase 1,000 earplugs for John King in | | | |
| 841:01 | Italy.  His address was included for the shipment. | | | |

841:02   Meanwhile, our command is hosting a Force Health
841:03   Protection conference in Atlanta, 23 through 27
841:04   August.  So far 786 attendees have signed up.  All
841:05   three Surgeon Generals are supposed to be there.  This

841:06   will be a great opportunity to introduce a large
841:07   number of medical folks to this new earplug.  Bottom
841:08   line, I also want to purchase 1,000 pairs to hand out
841:09   at our static display."

**841:16 - 841:24   Myers, Brian (2019-12-13)**   1:32
841:16   Q. Can you identify Exhibit 81?
841:17   MR. BUCHANAN:  Thank you.
841:18   BY THE WITNESS:
841:19   A. This is -- this is another memo from
841:20   Annette Shaver, dated August 16th.  It has got that
841:21   weird May 7th date on the front, but the memo that's
841:22   attached is dated August 16th, 1999, subject Combat
841:23   Arms Earplugs.  I was among the recipients of this
841:24   e-mail.

**842:15 - 843:10   Myers, Brian (2019-12-13)**   1:05
842:15   Q. Okay.  So looking at the August 16th,
842:16   1999, memo from Annette Shaver to you and others
842:17   regarding Combat Arms plugs, could you read the
842:18   portion -- first of all, can you read the first
842:19   sentence of the memo under Combat Arms Plugs?
842:20   A. "A design review meeting was held on
842:21   August the 9th, 1999, to discuss the progress towards
842:22   the manufacture and delivery of Combat Arms Earplugs.

842:23   Attending were B. Klun, D. Knauer, A. Aufmann,
842:24   R. Bomke, J. Jurney."
842:25   Q. And if you look at the Short Term Issues
843:01   section?  Do you see that on the --
843:02   A. Yes.
843:03   Q. -- on the third page?
843:04   A. I do see that.
843:05   Q. Could you read what the -- it says under
843:06   the Short Term Issues section from the Combat Arms
843:07   Plugs meeting on August 16th, 1999?
843:08   A. Yes.  "The bill of material needs to be
843:09   completed."  That's Item 1.  Item 2 says:  "Auditory
843:10   will complete assembly."

**843:18 - 843:19   Myers, Brian (2019-12-13)**   0:04
843:18   Q. Could you identify Exhibit 82 for the
843:19   jury, please?

**843:20 - 844:01   Myers, Brian (2019-12-13)**   0:25
843:20   A. Yes.  This is the original -- the original
843:21   Bill of Material that we were able to find for the

| | Defendant Objection | Plaintiff Objection | Ruling |
|---|---|---|---|
| Re: [842:15 to 843:10] | | **Pltf Obj** Foundation, Hearsay | **OVERRULED** |
| Re: [843:20 to 844:01] **Pltf Obj** Foundation, 602 | | Re: [843:24 to 844:01] **Pltf Obj** Foundation | **OVERRULED** |

| | | | |
|---|---|---|---|
| 843:22 | three -- Product Code 370-1000 which was a Combat Arms | | |
| 843:23 | v2 earplug, and it's valid from August the 9th, 1999. | | |
| 843:24 | Q. And does this correspond to the shipments | | |
| 843:25 | to John King and Doug -- Dr. Ohlin that we discussed | | |
| 844:01 | earlier? | | |

**844:04 - 844:05   Myers, Brian (2019-12-13)   0:08**

| | | | |
|---|---|---|---|
| 844:04 | A. Is this -- this is the BOM that reflects | Re: [844:04 to 844:05] | Re: [844:04 to 844:05] | OVERRULED |
| 844:05 | what was delivered in the early shipments. | Pltf Obj Foundation, 602, | Pltf Obj Foundation | |
| | | Strike Nonresponsive | | |

**844:21 - 846:05   Myers, Brian (2019-12-13)   2:00**

| | | | |
|---|---|---|---|
| 844:21 | Q. Can you identify what Exhibit 83 is, just | Re: [844:21 to 846:05] | Re: [844:21 to 846:05] | OVERRULED |
| 844:22 | the -- just the portion starting with the second and | Pltf Obj 802, foundation | Pltf Obj 802, ECF 1725 | |
| 844:23 | third e-mails? | | |
| 844:24 | A. So, these are two e-mails back and forth | | |
| 844:25 | between Dr. Ohlin and myself. | | |
| 845:01 | Q. And what is the -- what does the subject | | |
| 845:02 | line of the e-mail say? | | |
| 845:03 | A. Regarding information on Combat Arms | | |
| 845:04 | Earplugs.  They are dated March 22nd, 2005, and | | |
| 845:05 | March 23rd, 2005. | | |
| 845:06 | Q. Can you please read the first question in | | |
| 845:07 | your e-mail to Dr. Ohlin dated March 22nd, 2005, title | | |
| 845:08 | "Information on Combat Arms Earplugs"? | | |
| 845:09 | A. The first question I ask is: "Is it okay | | |
| 845:10 | to say that the Combat Arms Earplug is 'evaluated and | | |
| 845:11 | specified by the U.S. Armed Forces?'" | | |
| 845:12 | Q. And staying with Exhibit 83, could you | | |
| 845:13 | also read Dr. Ohlin's response to you dated | | |
| 845:14 | March 23rd, 2005, entitled "Information on Combat Arms | | |
| 845:15 | Earplugs," just read the first paragraph? | | |
| 845:16 | A. Sure. | | |
| 845:17 | "Brian:  The Combat Arms Earplug has been | | |
| 845:18 | evaluated during blast overpressure studies at White | | |
| 845:19 | Sands Missile Range and at the Army Research Lab at | | |
| 845:20 | the Aberdeen Proving Ground.  It is used extensively | | |
| 845:21 | by the U.S. Army and the Marines.  It has been | | |
| 845:22 | approved by the DOD Hearing Conservation Working | | |
| 845:23 | Group.  It appears in our Defense Occupational and | | |
| 845:24 | Environmental Health Readiness System - Hearing | | |
| 845:25 | Conservation Application's lookup table of approved | | |
| 846:01 | hearing protectors and in Department of the Army | | |
| 846:02 | Pamphlet 40-501, Hearing Conservation, 10 | | |
| 846:03 | December 1998.  Yes, I think you can say the Combat | | |
| 846:04 | Arms Earplug has been 'evaluate and' -- 'evaluated and | | |
| 846:05 | specified by the U.S. Armed Forces.'" | | |

**846:13 - 847:19   Myers, Brian (2019-12-13)   2:52**

| | | | |
|---|---|---|---|
| 846:13 | Q. Can you identify this document for the | Re: [846:13 to 847:19] | Re: [846:19 to 847:19] | OVERRULED |

| | | | |
|---|---|---|---|
| 846:14 | jury, please? | **Pltf Obj** 802, foundation | **Pltf Obj** 802 |
| 846:15 | A. That's a series of several e-mails that | | |
| 846:16 | began with an e-mail from a Dan Ohama of the Army. | | |
| 846:17 | Mike Cimino, Tim McNamara and myself are also on the | | |
| 846:18 | e-mail chain. | | |
| 846:19 | Q. Could you -- could you read the first two | | |
| 846:20 | sentences of the second paragraph of the e-mail from | | |
| 846:21 | Mr. Ohama, dated August 24th, 2004, starting with "I | | |
| 846:22 | recently met"? | | |
| 846:23 | A. Yes.  So, Mr. Ohama writes: | | |
| 846:24 | "I recently met with the Army hearing | | |
| 846:25 | conservation consultants from CHPPM, Aberdeen Proving | | |
| 847:01 | Ground.  We spoke of problems with soldiers not using | | |
| 847:02 | the Combat Arms Earplugs effectively; either they | | |
| 847:03 | forget what was explained during initial training with | | |
| 847:04 | the earplugs, there was lack of proper training or | | |
| 847:05 | whatever.  In some instances Combat Arms Earplug | | |
| 847:06 | orders/requisitions were held up or disapproved | | |
| 847:07 | because of concerns that soldiers were not using them | | |
| 847:08 | correctly." | | |
| 847:09 | Q. Could you now read not the next paragraph | | |
| 847:10 | but the subsequent paragraph of Mr. Ohama's e-mail | | |
| 847:11 | dated August 24th, 2004, beginning with "An alternate | | |
| 847:12 | idea"? | | |
| 847:13 | A. "An alternate idea is to create a small | | |
| 847:14 | laminated card that fits into the earplug case that | | |
| 847:15 | the Army currently issues.  The card will have to be | | |
| 847:16 | small, approximately 1.5 inches by 1.75 inches.  On | | |
| 847:17 | the card would be a picture of the Combat Arms | | |
| 847:18 | Earplug, along with all the small prints and pictures | | |
| 847:19 | as described." | | |

| | | | |
|---|---|---|---|
| **848:13 - 849:23** | **Myers, Brian (2019-12-13)** | **2:14** | |
| 848:13 | Q. So we've -- what I'm now handing you | **Re: [848:13 to 849:23]** | **Re: [848:25 to 849:18]** | **OVERRULED** |
| 848:14 | what's been marked as Exhibit 85. | **Pltf Obj** 602 | **Pltf Obj** 802 |
| 848:15 | By the way, Dan Ohama, is he somebody with | | |
| 848:16 | the military or is he somebody with Aearo or 3M? | | |
| 848:17 | A. So his -- his signature says he is | | |
| 848:18 | Audiologist/Chief, Hearing Conservation Services at | | |
| 848:19 | Fort Lewis, Washington.  So not with 3M or... | | |
| 848:20 | Q. I've marked Exhibit 85.  Could you | | |
| 848:21 | identify this document, sir? | | |
| 848:22 | A. It's an e-mail from Doug Ohlin to Brian | | |
| 848:23 | Myers, Tim McNamara and Elliott Berger, dated | | |
| 848:24 | September the 30th of 2004. | | |
| 848:25 | Q. And can you read the portion of | | |
| 849:01 | Dr. Ohlin's e-mail that starts with "Kevin"? | | |
| 849:02 | A. "Kevin:  As a result of a hearing | | |

| | | | | |
|---|---|---|---|---|
| 849:03 | conservation briefing to Major General Kiley, last | | | |
| 849:04 | week, my program has been asked to develop a | | | |
| 849:05 | laminated, wallet-sized instruction card for the | | | |
| 849:06 | Combat Arms Earplug.  The attachments and work order | | | |
| 849:07 | were sent to illustration today.  These" -- | | | |
| 849:08 | Q. Okay.  And what -- okay. | | | |
| 849:09 | A. "These will be" -- "primarily be for | | | |
| 849:10 | deploying troops." | | | |
| 849:11 | Q. Okay.  And what is the relation in time | | | |
| 849:12 | between Exhibit 84 which is Mr. Ohama's e-mail from | | | |
| 849:13 | the audiologist from Fort Lewis and the e-mail from | | | |
| 849:14 | Dr. Ohlin regarding the Combat Arms Earplug wallet | | | |
| 849:15 | card? | | | |
| 849:16 | A. So, it looks like there is about a month | | | |
| 849:17 | between them, so they were in roughly the same sort of | | | |
| 849:18 | timing. | | | |
| 849:19 | Q. Let's look at the next exhibit, which has | | | |
| 849:20 | previously been marked as Plaintiffs' 67.  And | | | |
| 849:21 | counsel, I believe Mr. Tracey, asked you some | | | |
| 849:22 | questions about this document, correct, sir? | | | |
| 849:23 | A. He did. | | | |

| 850:05 - 850:15 | Myers, Brian (2019-12-13) | 1:36 | | | |
|---|---|---|---|---|---|
| 850:05 | Q. Can you identify this document for the | | | |
| 850:06 | jury, sir? | | | |
| 850:07 | A. It's from Doug Ohlin.  It's addressed to | | | |
| 850:08 | it looks like a number of people in the Army, in the | | | |
| 850:09 | military, and then it CC's some other military people | | | |
| 850:10 | as well as Elliott Berger, Tim McNamara, myself, | | | |
| 850:11 | Armand -- and Armand Dancer.  It is dated October | | | |
| 850:12 | the 4th, 2004, and the subject is "Combat Arms Earplug | | | |
| 850:13 | cards." | | | |
| 850:14 | Q. And does Dr. Ohlin then attach Combat Arms | | | |
| 850:15 | Earplug cards? | | | |

| 850:18 - 850:19 | Myers, Brian (2019-12-13) | 0:04 | | | |
|---|---|---|---|---|---|
| 850:18 | A. It looks like he has a PDF attachment | | | |
| 850:19 | which appears to be attached to the exhibit. | | | |

| 850:21 - 851:09 | Myers, Brian (2019-12-13) | 1:44 | | | |
|---|---|---|---|---|---|
| 850:21 | Q. And this is the exhibit that Mr. Tracey | Re: [850:21 to 851:09] | Re: [850:21 to 851:09] | **OVERRULED** |
| 850:22 | asked you about, correct? | **Pltf Obj** 611; leading | **Pltf Obj** leading | |
| 850:23 | A. This looks like the one we reviewed | | | |
| 850:24 | earlier. | | Re: [850:21 to 851:09] | **OVERRULED** |
| 850:25 | Q. And if you look at the second page of the | | **Pltf Obj** foundation | |
| 851:01 | wallet card, there is a picture of earplugs, correct? | | | |
| 851:02 | A. Yeah.  Yes, there are several pictures of | | | |
| 851:03 | the earplugs. | | | |
| 851:04 | Q. And the picture of the earplugs in the | | | |

| | | | | |
|---|---|---|---|---|
| 851:05 | bottom right of the last page of the exhibit that | | | |
| 851:06 | Mr. Tracey provided to you, do any of the flanges | | | |
| 851:07 | appear to be rolled back in that picture? | | | |
| 851:08 | A. So, yes, the bottom green flange appears | | | |
| 851:09 | to be rolled back. | | | |

851:19 - 853:10   Myers, Brian (2019-12-13)   2:21

| | | | | |
|---|---|---|---|---|
| 851:19 | Q. Can you identify this document, sir? | Re: [851:19 to 853:10] | Re: [851:19 to 851:25] | **OVERRULED** |
| 851:20 | A. It's an e-mail stream from December | Pltf Obj 802, foundation | Pltf Obj foundation, 802 | |
| 851:21 | of 2005, and the initial e-mail includes Doug -- or | | | |
| 851:22 | it's written to Doug Ohlin and there is a reply from | | Re: [852:13 to 853:10] | **OVERRULED** |
| 851:23 | him.  Ultimately I forwarded his reply on to Marc | | Pltf Obj 802 | |
| 851:24 | Santoro who implemented what Dr. Ohlin suggested with | | | |
| 851:25 | the help of Kevin Spahn. | | | |
| 852:01 | Q. Could you read your e-mail to Dr. Ohlin | | | |
| 852:02 | dated December 9th, 2005, entitled with the subject | | | |
| 852:03 | "Instruction Sheet"? | | | |
| 852:04 | A. Yes. | | | |
| 852:05 | From December the 9th:  "Doug, we are in | | | |
| 852:06 | the process of setting up a product which is a single | | | |
| 852:07 | pair of Combat Arms Earplugs on a blister card.  I'll | | | |
| 852:08 | send you some when available.  We have prepared the | | | |
| 852:09 | attached insert which will be printed and placed in | | | |
| 852:10 | the package with each pair.  We are interested in any | | | |
| 852:11 | comments or modifications which you think are | | | |
| 852:12 | appropriate for us to make." | | | |
| 852:13 | Q. Could you read Dr. Ohlin's response to | | | |
| 852:14 | your e-mail regarding instruction sheet dated | | | |
| 852:15 | December 12th, 2005? | | | |
| 852:16 | A. Doug writes back:  "Brian, looks great. | | | |
| 852:17 | You did not mention any potential sizing issues for | | | |
| 852:18 | the smaller ear canals and the single-sided version as | | | |
| 852:19 | an alternative.  Are you abandoning that concept?" | | | |
| 852:20 | Q. And then can you read Marc Santoro's | | | |
| 852:21 | e-mail dated December 12th of 2005 entitled -- with | | | |
| 852:22 | the subject line "Instruction Sheet," the first two | | | |
| 852:23 | paragraphs? | | | |
| 852:24 | A. Yes. | | | |
| 852:25 | "Kevin, just got feedback from the U.S. | | | |
| 853:01 | Army on the instruction guide for the CAE blister | | | |
| 853:02 | pack.  Please add a line sentence at the end of the | | | |
| 853:03 | 'Fitting Tips' that says.... | | | |
| 853:04 | "Some individuals with smaller ear canals | | | |
| 853:05 | may experience discomfort with the dual-ended Combat | | | |
| 853:06 | Arms Earplug due to their restricted canal opening.  A | | | |
| 853:07 | single-sided version of the Combat Arms Earplug is | | | |
| 853:08 | also available and will oftentimes provide greater | | | |
| 853:09 | comfort for smaller ear canals.  Singling-sided Combat | | | |
| 853:10 | Arms Earplug - NSN No. 6515-01-512-6072." | | | |

| 853:16 - 854:13 | Myers, Brian (2019-12-13) | 1:13 | | | |
|---|---|---|---|---|---|
| 853:16 | Q. I'm handing you what's been marked as | | Re: [853:16 to 854:13] | Re: [853:24 to 854:13] | OVERRULED |
| 853:17 | Exhibit 87. I'm giving copies to counsel. | | Pltf Obj 802, foundation, MIL | Pltf Obj 802 | |
| 853:18 | Can you identify this document, sir? | | G4 | | |
| 853:19 | A. Yes. It's -- it's from April the 10th. | | | Re: [853:24 to 854:13] | OVERRULED |
| 853:20 | All of the -- it's an e-mail chain all from April | | | Pltf Obj 701; completeness | |
| 853:21 | the 10th, 2007, regarding NRR labeling, with Elliott | | | (i.e., understanding of mil | |
| 853:22 | Berger, myself, it looks like Tim McNamara, Doug Moses | | | reqs changed) | |
| 853:23 | and Jeff Hamer are all eventually copied. | | | | |
| 853:24 | Q. Can you read the bottom e-mail in the | | | | |
| 853:25 | chain? | | | | |
| 854:01 | A. It's an e-mail from Elliott Berger. It | | | | |
| 854:02 | says: | | | | |
| 854:03 | "Tim and/or Brian, I am unclear about | | | | |
| 854:04 | whether product sold to the military requires labeling | | | | |
| 854:05 | in conformance with the EPA requirements including the | | | | |
| 854:06 | NRR label. Can you please clarify? Elliott." | | | | |
| 854:07 | Q. And could you read your response to that | | | | |
| 854:08 | e-mail? | | | | |
| 854:09 | A. My response was: "My understanding is | | | | |
| 854:10 | that the military can require whatever they wish. | | | | |
| 854:11 | They could require different test protocols, | | | | |
| 854:12 | calculations, et cetera. It is entirely up to them | | | | |
| 854:13 | what they want on their packaging." | | | | |
| | | | | | |
| 857:22 - 857:25 | Myers, Brian (2019-12-13) | 0:15 | | | |
| 857:22 | Q. Can you identify what we've marked as | | Re: [857:22 to 857:25] | Re: [857:22 to 857:25] | OVERRULED |
| 857:23 | Exhibit 89? | | Pltf Obj 802, foundation | Pltf Obj 802 | |
| 857:24 | A. It is an e-mail to me from Dr. Ohlin, | | | | |
| 857:25 | dated April 16th, 2002, regarding Combat Arms Earplug. | | | | |
| | | | | | |
| 858:04 - 858:19 | Myers, Brian (2019-12-13) | 1:49 | | | |
| 858:04 | Q. Okay. And can you read the fourth | | Re: [858:04 to 858:19] | Re: [858:04 to 858:19] | OVERRULED |
| 858:05 | paragraph of Dr. Ohlin's e-mail to you regarding the | | Pltf Obj 802, foundation | Pltf Obj 802 | |
| 858:06 | Combat Arms Earplug? | | | | |
| 858:07 | A. I can. It says: | | | Re: [858:04 to 858:19] | OVERRULED |
| 858:08 | "Please note that like any earplug it is | | | Pltf Obj 611 | |
| 858:09 | absolutely essential that the CAE be properly | | | | |
| 858:10 | inserted. This is more difficult with the CAE because | | | | |
| 858:11 | unlike other preformed earplugs there aren't readily | | | | |
| 858:12 | available landmarks of the plug to the ear to verify | | | | |
| 858:13 | proper insertion. Gently tug on the plug. If there | | | | |
| 858:14 | is tension, that's a good indication of proper | | | | |
| 858:15 | insertion. Also, there should be a slight occlusion | | | | |
| 858:16 | effect, that is, the voice of the individual wearing | | | | |
| 858:17 | the plug will sound more low toned and muffled. | | | | |
| 858:18 | However, this sensation isn't as pronounced as it is | | | | |
| 858:19 | with conventional hearing protection." | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 858:20 - 858:21 | Myers, Brian (2019-12-13) | 0:03 | | | |
| 858:20 | MR. NOMELLINI:  Okay.  Let's mark the next | | **Re: [858:20 to 858:21]** | | **OVERRULED** |
| 858:21 | document Exhibit 90. | | **Pltf Obj** 802, foundation | | |
| | | | | | |
| 859:02 - 859:02 | Myers, Brian (2019-12-13) | 0:08 | | | |
| 859:02 | Q. Can you identify this document, please? | | **Re: [859:02 to 859:02]** | | **OVERRULED** |
| | | | **Pltf Obj** 802, foundation | | |
| | | | | | |
| 859:05 - 859:07 | Myers, Brian (2019-12-13) | 0:12 | | | |
| 859:05 | A. It's from August of 2006, and it includes | | **Re: [859:05 to 859:07]** | | **OVERRULED** |
| 859:06 | Dr. Ohlin, Elliott Berger and myself as well as | | **Pltf Obj** 802, foundation | | |
| 859:07 | initial e-mails in the chain from a Mary Binseel. | | | | |
| | | | | | |
| 859:09 - 859:19 | Myers, Brian (2019-12-13) | 1:34 | | | |
| 859:09 | Q. And -- and can you read the first two | | **Re: [859:09 to 859:19]** | **Re: [859:09 to 859:19]** | **OVERRULED** |
| 859:10 | paragraphs of Dr. Ohlin's August 17th, 2006, e-mail | | **Pltf Obj** 802, foundation | **Pltf Obj** 802, foundation | |
| 859:11 | regarding the Combat Arms Earplug? | | | | |
| 859:12 | A. I can.  He writes to Elliott: | | | | |
| 859:13 | "It is a fundamental military principle | | | | |
| 859:14 | that the troops must train first with anything they | | | | |
| 859:15 | use in combat to build confidence in their weapon | | | | |
| 859:16 | systems and any other gear used in the field.  The | | | | |
| 859:17 | Combat Arms Earplug is no exception.  In fact, this | | | | |
| 859:18 | principle applies in spades for any hearing protector | | | | |
| 859:19 | that will be used in combat." | | | | |
| | | | | | |
| 860:01 - 860:24 | Myers, Brian (2019-12-13) | 1:21 | | | |
| 860:01 | Q. Could you please identify this document? | | **Re: [860:01 to 860:24]** | | **OVERRULED** |
| 860:02 | A. This is an e-mail that I wrote to Diane | | **Pltf Obj** 802, foundation | | |
| 860:03 | Crawford with the prior e-mail that she had forwarded | | | | |
| | | | | | |
| 860:04 | from a distributor to Steve Landgraf who reported to | | | | |
| 860:05 | her.  She is a salesperson.  It is dated | | | | |
| 860:06 | November 29th, 2004 -- | | | | |
| 860:07 | Q. And could you -- | | | | |
| 860:08 | A. -- regarding Canada, Mexico restrictions. | | | | |
| 860:09 | Q. And could you read the bottom e-mail dated | | | | |
| 860:10 | November 24th, 2004, the first line, at 10:16 a.m.? | | | | |
| 860:11 | A. Sure.  It says: | | | | |
| 860:12 | "Good morning, Steve.  I would like to | | | | |
| 860:13 | know if the following list of products has any | | | | |
| 860:14 | restrictions in Canada and Mexico." | | | | |
| 860:15 | Q. Okay.  And then could you read your e-mail | | | | |
| 860:16 | to Diane Crawford dated November 9th -- 29th, 2004, at | | | | |
| | | | | | |
| 860:17 | 7:38 p.m.? | | | | |
| 860:18 | A. Yes.  I write back to Diane. | | | | |
| 860:19 | "No problem with my stuff.  The only one I | | | | |
| 860:20 | would warn you about is the Combat Arms Earplugs | | | | |
| 860:21 | (370-1000).  These are not labeled as a hearing | | | | |
| 860:22 | protector (not even in the US) and are exclusively for | | | | |

| | | | |
|---|---|---|---|
| 860:23 | military use i.e. where separate instructions are | | |
| 860:24 | begin by a trainer." | | |

**862:24 - 862:25**   Myers, Brian (2019-12-13)   0:05
862:24   Q. I've handed you what's been marked as
862:25   Exhibit 93.  Can you identify this document?

**863:01 - 864:19**   Myers, Brian (2019-12-13)   2:14

| | | | |
|---|---|---|---|
| 863:01 | A. That's an -- it's a string of e-mail -- an | Re: [863:01 to 864:19] | Re: [863:09 to 863:18] | **SUSTAINED.  Hearsay.** |
| 863:02 | e-mail chain that includes a -- at least a copy of | Pltf Obj 805 | Pltf Obj 802, 403 | **Objections to Myers Ex. 93** |
| 863:03 | part of an article from the Dallas Morning News. | | | **are also SUSTAINED. The** |
| 863:04 | Ultimately it was sent to me from Elliott Berger in | | Re: [863:19 to 864:02] | **previous ruling in Ex. Order** |
| 863:05 | March of 2006.  The subject is:  "Seeking the Right | | Pltf Obj 802, 403 | **No. 3 overruling those** |
| 863:06 | Amount of Sound in the Furry of Combat," which was | | | **objections was made in** |
| 863:07 | apparently the title of the Dallas Morning News | | | **error.** |
| 863:08 | article. | | | |
| 863:09 | Q. Okay.  And can you read the portion of the | | | |
| 863:10 | article beginning with the word "Alarmed," the fourth | | | |
| 863:11 | paragraph? | | | |
| 863:12 | A. Yes. | | | |
| 863:13 | "Alarmed by the Fallujah experience, the | | | |
| 863:14 | Corps revised its regulations last November to require | | | |
| 863:15 | that every marine 'especially forward-deployed Marines | | | |
| 863:16 | in combat environments' be issued Combat Arms | | | |
| 863:17 | Earplugs, trained in how to use them and required to | | | |
| 863:18 | carry them." | | | |
| 863:19 | Q. And looking at the next page, it starts | | | |
| 863:20 | with the word "Handing them out," can you read that -- | | | |
| 863:21 | that portion? | | | |
| 863:22 | A. Yes.  It says: | | | |
| 863:23 | "Handing them out with written | | | |
| 863:24 | instruction" -- "instructions isn't effective, said | | | |
| 863:25 | Douglas Ohlin, an audiologist who heads the Army's | | | |
| 864:01 | Hearing Conservation Program.  Most people have to be | | | |
| 864:02 | shown how to wear earplugs." | | | |
| 864:03 | Q. You were -- you were asked some questions | | | |
| 864:04 | about a statement of work earlier by counsel. | | | |
| 864:05 | Do you recall that? | | | |
| 864:06 | A. I do. | | | |
| 864:07 | Q. And what was the name of the lady who was | | | |
| 864:08 | copied on the e-mails regarding statement of work? | | | |
| 864:09 | A. Do you mean Theresa Schulz? | | | |
| 864:10 | Q. Yes. | | | |
| 864:11 | A. Theresa Schulz was copied. | | | |
| 864:12 | Q. Okay.  And do you know if that Theresa | | | |
| 864:13 | Schulz statement of work regarding training ever | | | |
| 864:14 | actually moved forward and took effect? | | | |
| 864:15 | A. I don't know of any -- any action that | | | |
| 864:16 | took place beyond the e-mail that we reviewed today. | | | |

| | | | | |
|---|---|---|---|---|
| 864:17 | Q. And that was an e-mail that you reviewed | | | |
| 864:18 | with Plaintiffs' counsel, Mr. Tracey? | | | |
| 864:19 | A. Yes, and it included a statement of work. | | | |
| | | | | |
| 867:07 - 867:08 | Myers, Brian (2019-12-13) | 0:17 | | |
| 867:07 | Q. Okay.  Let's go to -- okay.  Let's go to | | | |
| 867:08 | Exhibit 95.  Provide copies to counsel. | | | |
| | | | | |
| 867:15 - 869:10 | Myers, Brian (2019-12-13) | 3:41 | | |
| 867:15 | Q. Can you identify this document? | **Re: [867:15 to 869:10]** | **Re: [867:19 to 868:04]** | **SUSTAINED** |
| 867:16 | A. It's a -- it's a forward from Elliott to | **Pltf Obj** Foundation, 602, 805, | **Pltf Obj** 802, 403 | |
| 867:17 | Dick Knauer, Bob Falco and Brian Myers of an e-mail | MIL G7 - lay opinion on | | |
| 867:18 | from a Lorraine. | efficacy of CAEv2 | | |
| 867:19 | Q. And could you read the e-mail -- the | | **Re: [868:05 to 868:23]** | **SUSTAINED** |
| 867:20 | portion of the e-mail that you received that begins | | **Pltf Obj** 611, 403 | |
| 867:21 | with "Elliott, Below is a story"? | | | |
| 867:22 | A. Sure. | | **Re: [868:05 to 868:23]** | **SUSTAINED** |
| 867:23 | "Elliott, below is a story that captures | | **Pltf Obj** 802, lay opinion | |
| 867:24 | an experience with the CAE in Iraq.  This is part of a | | | |
| 867:25 | larger information gathering process.  This | | **Re: [868:25 to 869:10]** | **SUSTAINED** |
| 868:01 | information is not to be shared or used for marketing | | **Pltf Obj** 611, 802, 403 | |
| 868:02 | or anything remotely like that.  This is an oppor" -- | | | |
| 868:03 | "it is an opportunity to hear from the troops what | | | |
| 868:04 | they would like to see in the earplug.  Lorraine." | | | |
| 868:05 | Q. Okay.  And can you read the portion of the | | | |
| 868:06 | e-mail that begins with "A few months ago"? | | | |
| 868:07 | A. "A few months ago I met with Fort Drum's | | | |
| 868:08 | range/RID Safety Officer (Bob Boschok).  Prior to our | | | |
| 868:09 | meeting he sent one Fort Drum, 2BCTs safety officer | | | |
| 868:10 | (William Delsolar) an e-mail asking if he has feedback | | | |
| 868:11 | on the CAE.  I have a hard copy of the e-mails. | | | |
| 868:12 | Mr. Boschok's question on 14 December 2004: '... Do | | | |
| 868:13 | you have some specific experience with" -- | | | |
| 868:14 | "experiences with these CAEs that you want me to | | | |
| 868:15 | share?...' | | | |
| 868:16 | "Mr. Delsolar's response (verbatim) on 14 | | | |
| 868:17 | December 2004:  'They work period.' | | | |
| 868:18 | "Mandatory wear per Pegasus 6.  Unless the | | | |
| 868:19 | IED is very close and very big, there are no | | | |
| 868:20 | detrimental effects of the blast onto the ears. | | | |
| 868:21 | Occasionally, a soldier will suffer some recoverable | | | |
| 868:22 | damage.  But without them the damage tends to be | | | |
| 868:23 | almost complete and permanent." | | | |
| 868:24 | Do you want me to go on? | | | |
| 868:25 | Q. Yes. | | | |
| 869:01 | A. "Getting enough of them in the system and | | | |
| 869:02 | getting soldiers to wear them always in the field is | | | |
| 869:03 | key.  Hearing is reduced somewhat, but in this | | | |
| 869:04 | threat" -- "high threat environment it doesn't matter | | | |
| 869:05 | much.  I had no trouble hearing the one shot over my | | | |
| 869:06 | head in Abu Gharib today.  The earplugs also have the | | | |
| 869:07 | added benefit of protecting wearers from the sound | | | |

| | | | |
|---|---|---|---|
| 869:08 | pressure shock effects.  Instead of being knocked | | |
| 869:09 | unconscious or stunned they quickly recover in time to | | |
| 869:10 | react." | | |

**875:25 - 876:18    Myers, Brian (2019-12-13)    1:55**

| | | | |
|---|---|---|---|
| 875:25 | Q. All right.  Let's -- I want to -- the next | Re: [875:25 to 875:25] | **OVERRULED** |
| 876:01 | one I want to talk to you about is another Brian Myers | Def Obj MIL 15, 403 | |
| 876:02 | e-mail.  This is Exhibit 84. | | |
| 876:03 | This is the exhibit you all used from Dan | Re: [876:01 to 876:25] | **OVERRULED** |
| 876:04 | Ohama who is talking about -- is talking about he | Def Obj MIL 15, 403 (lines | |
| 876:05 | recently met with the Army hearing conservation | 1-25), 602 (lines 16-25) | |
| 876:06 | consultants from CHPPM and we spoke of problems with | | |
| 876:07 | soldiers not using the Combat Arms Earplug | hearsay (lines 1-11) | |
| 876:08 | effectively; and either they forgot what was explained | | |
| 876:09 | or there was lack of proper training or whatever. | | |
| 876:10 | Do you see that? | | |
| 876:11 | A. I recall reading that paragraph. | | |
| 876:12 | Q. Now, it doesn't matter how much training | | |
| 876:13 | you get if the training you get is the wrong training, | | |
| 876:14 | does it? | | |
| 876:15 | A. The training should be proper. | | |
| 876:16 | Q. Yeah.  Because if we don't tell them how | | |
| 876:17 | to properly fit it, we are going to continue to have | | |
| 876:18 | problems for a decade and a half, aren't we? | | |

**876:21 - 877:09    Myers, Brian (2019-12-13)    1:36**

| | | | |
|---|---|---|---|
| 876:21 | A. So -- so I -- I think that I was relying | Re: [876:01 to 876:25] | **OVERRULED** |
| 876:22 | on the technical group to talk with the military | Def Obj MIL 15, 403 (lines | |
| 876:23 | technical group who would then use their experience | 1-25), 602 (lines 16-25) | |
| 876:24 | and add input to create training or whatever they | hearsay (lines 1-11) | |
| 876:25 | needed to -- to provide appropriate training for the | | |
| 877:01 | soldiers. | Re: [877:01 to 877:20] | **OVERRULED** |
| 877:02 | BY MR. SEAN TRACEY: | Def Obj 602, MIL 15, 403 | |
| 877:03 | Q. How about relying on you and the flange | | |
| 877:04 | report to do the training and to give them the | | |
| 877:05 | information they need, how about that? | | |
| 877:06 | A. Relying on me? | | |
| 877:07 | Q. Your company who has the information who | | |
| 877:08 | makes the earplug, who studied the earplug and who | | |
| 877:09 | sold it at a 90 percent profit. | | |

**877:12 - 877:20    Myers, Brian (2019-12-13)    0:20**

| | | | |
|---|---|---|---|
| 877:12 | A. My belief was, as I stated earlier, that | Re: [877:01 to 877:20] | **OVERRULED** |
| 877:13 | our technical group was providing technical | Def Obj 602, MIL 15, 403 | |
| 877:14 | information to the military technical experts. | | |
| 877:15 | BY MR. SEAN TRACEY: | | |
| 877:16 | Q. You just don't have any evidence that they | | |
| 877:17 | did it -- did it in this case about the flange report? | | |
| 877:18 | A. I don't recall ever having seen that -- | | |

| | | | |
|---|---|---|---|
| 877:19 | Q. All right. | | |
| 877:20 | A. -- being shared. | | |

| | | | | |
|---|---|---|---|---|
| 879:20 - 882:11 | Myers, Brian (2019-12-13) | 3:44 | | |
| 879:20 | Q. Okay.  Mr. Myers, you have Exhibit 90 in | | Re: [880:07 to 882:11] | OVERRULED |
| 879:21 | front of you? | | Pltf Obj 802; 403; 611; | |
| 879:22 | A. I do. | | leading | |
| 879:23 | Q. If you flip over to the back, this is an | | | |
| 879:24 | exhibit that you used in your direct examination. | | | |
| 879:25 | Do you see that Mary Binseel from the U.S. | | | |
| 880:01 | Army research laboratory and Elliott Berger are | | | |
| 880:02 | exchanging e-mails?  And this -- | | | |
| 880:03 | A. Yes, at the very start. | | | |
| 880:04 | Q. And this is July of 2006, right around the | | | |
| 880:05 | time you guys signed the contract, right? | | | |
| 880:06 | A. Yes.  It's end of July 2006. | | | |
| 880:07 | Q. And she says, "Mary, we" -- she says, | | | |
| 880:08 | "Elliott, as I'm sure you heard, I received the | | | |
| 880:09 | improved Combat Arms late last week.  I'm planning the | | | |
| 880:10 | studies to evaluate them.  I didn't count the | | | |
| 880:11 | earplugs, but my understanding is you shipped 90, | | | |
| 880:12 | another ten pairs, when you have the opportunity, will | | | |
| 880:13 | complete the deliverable requirement of our contract. | | | |
| 880:14 | I'm not sure if you are waiting until then to invoice | | | |
| 880:15 | the government, but whenever you do submit invoices, | | | |
| 880:16 | please send a CC to me.  Mary Binseel." | | | |
| 880:17 | Do you see that? | | | |
| 880:18 | A. I do see those words. | | | |
| 880:19 | Q. And then Elliott says:  "We shipped ten | | | |
| 880:20 | more pair last Friday.  UPS tracking number.  Keep me | | | |
| 880:21 | posted." | | | |
| 880:22 | And if we come forward in time, here is | | | |
| 880:23 | Elliott Berger.  Now he is looping in Doug Ohlin and | | | |
| 880:24 | you, isn't he? | | | |
| 880:25 | A. Doug -- Doug and Brian on the first page. | | | |
| 881:01 | Q. Yeah.  That's Doug who works for the | | | |
| 881:02 | government, right? | | | |
| 881:03 | A. Dr. Ohlin was with CHPPM at that time, | | | |
| 881:04 | that's what his e-mail address indicates. | | | |
| 881:05 | Q. For a little while longer. | | | |
| 881:06 | And then we've got Elliott Berger and you | | | |
| 881:07 | who work for Aearo? | | | |
| 881:08 | A. Yes. | | | |
| 881:09 | Q. And then it says: | | | |
| 881:10 | "Doug and Brian, I read your e-mail train | | | |
| 881:11 | on NSN and cutting bait.  Just wanted to copy you on | | | |
| 881:12 | correspondence I had with Mary in the past fee weeks. | | | |

| | |
|---|---|
| 881:13 | Apparently she is pursuing a field study in Iraq with |
| 881:14 | the 100 pairs we sent her and is not interested in any |
| 881:15 | outside input on the protocol.  Just wanted to keep |
| 881:16 | you posted." |
| 881:17 | And let's see what Doug says. |
| 881:18 | Doug writes to you and to Elliott and |
| 881:19 | says: |
| 881:20 | "It's a fundamental military principle |
| 881:21 | that the troops must first train with anything they |
| 881:22 | use in combat to build confidence in their weapon |
| 881:23 | systems and any other gear used in the field.  The |
| 881:24 | Combat Arms Earplug is no exception.  In fact, this |
| 881:25 | principle applies in spades for any hearing protector |
| 882:01 | that will be used in combat.  Soldiers are negatively |
| 882:02 | disposed to using hearing protection in combat. |
| 882:03 | Despite its apparent advantages, the plug is not going |
| 882:04 | to be giving the most" -- "going to be given the most |
| 882:05 | objective assessment in that kind of environment.  I |
| 882:06 | don't agree with their study (whose protocol we aren't |
| 882:07 | even allowed to see) or her logic to conduct it in |
| 882:08 | Iraq." |
| 882:09 | Did I read that right? |
| 882:10 | A. Yeah, it sounded like you read that |
| 882:11 | correctly. |

**884:15 - 886:01**   Myers, Brian (2019-12-13)   1:24

| | | | |
|---|---|---|---|
| 884:15 | Q. Mr. Myers, I've got a few questions in | **Re: [884:15 to 886:01]** | **Re: [884:15 to 886:01]** | **OVERRULED** |
| 884:16 | response to that examination you did with counsel. | **Pltf Obj** incomplete; 602; 802; | **Pltf Obj** incomplete; 602; 802; | |
| 884:17 | I've got to keep my time short.  I am under some time | MIL G6 | Baker MIL 15 | |
| 884:18 | constraints by agreement or by the Court's order, | | | |
| 884:19 | either way, so I would ask you to be efficient with me | | | |
| 884:20 | in answering my questions. | | | |
| 884:21 | Will you try and do that, sir? | | | |
| 884:22 | A. I'll do my best. | | | |
| 884:23 | Q. Okay.  Great. | | | |
| 884:24 | Pulling up Exhibit 65, it is one that you | | | |
| 884:25 | did with Mr. Tracey. | | | |
| 885:01 | MR. BUCHANAN:  Can I have the Elmo. | | | |
| 885:02 | BY MR. BUCHANAN: | | | |
| 885:03 | Q. Okay.  You were asked a lot of questions | | | |
| 885:04 | by counsel concerning documents with a Dr. Ohlin. | | | |
| 885:05 | Do you recall that discussion with | | | |
| 885:06 | counsel? | | | |
| 885:07 | A. I'm sorry.  One more time. | | | |
| 885:08 | Q. You were asked a lot of questions by | | | |
| 885:09 | Mr. Nomellini, counsel for 3M concerning Dr. Ohlin. | | | |
| 885:10 | Do you recall that? | | | |
| 885:11 | A. I recall, yes, some questions about | | | |
| 885:12 | Dr. Ohlin. | | | |
| 885:13 | Q. Okay.  And his involvement back and forth | | | |
| 885:14 | at various points in time while he was in the military | | | |

885:15   concerning the Combat Arms Version 2.
885:16   Do you recall that?
885:17   A. I recall some of those e-mails, yes.
885:18   Q. Dr. Ohlin from your con -- from your
885:19   perspective, sir, was he involved, is that your
885:20   contention, in the development of the Combat Arms?
885:21   A. He -- I read a couple of documents I think
885:22   where he stated what the US military's contribution
885:23   was to that and then there was another e-mail where he

885:24   very specifically said he want -- a length that he
885:25   wanted.  I believe he claimed also that he specified
886:01   the color and an over blast pressure study.

| 886:02 - 886:18   Myers, Brian (2019-12-13) | 1:43 | | | |
|---|---|---|---|---|
| 886:02   Q. Let's read what Dr. Ohlin told | | Re: [886:02 to 886:18] | Re: [886:02 to 886:18] | OVERRULED |
| 886:03   Ms. Friedman from the U.S. Army when he was thinking | | | | |
| 886:04   about coming to join your firm in 2007. | | Def Obj 401; 402; 403 (the circumstances of hiring Dr. Ohlin are irrelevant to the case and unfairly prejudicial to Defendants); 602 (no foundation that witness has ever seen this document). | Def Obj 401; 402; 403 (the circumstances of hiring Dr. Ohlin are irrelevant to the case and unfairly prejudicial to Defendants); 602 (no foundation that witness has ever seen this document). | |
| 886:05   "Although you worked" -- this is | | | | |
| 886:06   Ms. Friedman sending an e-mail to Dr. Ohlin following | | | | |
| 886:07   a telephone call evaluating whether or not he was | | | | |
| 886:08   permitted to ever represent Aearo back to the military | | | | |
| 886:09   after he had been at the military.  And what she | | | | |
| 886:10   writes is: | | | | |
| 886:11   "Although you worked on federal projects | | | | |
| 886:12   that may have involved Aearo, you did not work on any | | | | |
| 886:13   particular matter involving Aearo personally and | | | | |
| 886:14   substantially while in federal service, and therefore | | | | |
| 886:15   the lifetime ban on you representing Aearo back to the | | | | |
| 886:16   Army is not applicable." | | | | |
| 886:17   Did I read that correctly, sir? | | | | |
| 886:18   A. Yes, those are the words on the page. | | | | |

| 887:22 - 888:02   Myers, Brian (2019-12-13) | 0:14 | | | |
|---|---|---|---|---|
| 887:22   Q. All right, sir.  So from Dr. Ohlin's | | Re: [886:19 to 888:02] | Re: [887:22 to 888:02] | OVERRULED |
| 887:23   perspective, at least what he related to his officials | | Def Obj 401; 402; 403 (the circumstances of hiring Dr. Ohlin are irrelevant to the case and unfairly prejudicial to Defendants); 602 (no foundation that witness has ever seen this document). | Def Obj 401; 402; 403 (the circumstances of hiring Dr. Ohlin are irrelevant to the case and unfairly prejudicial to Defendants); 602 (no foundation that witness has ever seen this document). | |
| 887:24   within the military at the time of his departure, he | | | | |
| 887:25   was not personally and substantially involved in any | | | | |
| 888:01   matters with Aearo during his time of federal service, | | | | |
| 888:02   isn't that what he represented to them, sir? | | | | |

| 888:06 - 888:13   Myers, Brian (2019-12-13) | 0:09 | | | |
|---|---|---|---|---|
| 888:06   A. And I don't -- I don't know what Doug | | Re: [888:03 to 888:20] | Re: [888:03 to 888:20] | OVERRULED |
| 888:07   represented to her. | | Def Obj 401; 402; 403; 602. | Def Obj 401; 402; 403; 602. | |
| 888:08   BY MR. BUCHANAN: | | | | |
| 888:09   Q. Oh, you see her summary of what Doug | | | | |

| | | | | |
|---|---|---|---|---|
| 888:10 | represented, correct? | | | |
| 888:11 | A. You read that, yes. | | | |
| 888:12 | Q. Okay.  And that's her summary of what he | | | |
| 888:13 | represented, correct? | | | |
| | | | | |
| 888:16 - 888:20 | Myers, Brian (2019-12-13) | 0:07 | | |
| 888:16 | Q. Do you see it on the screen, sir? | **Re: [888:03 to 888:20]** | **Re: [888:03 to 888:20]** | **OVERRULED** |
| 888:17 | A. I do and you read the words and... | **Def Obj** 401; 402; 403; 602. | **Def Obj** 401; 402; 403; 602. | |
| 888:18 | Q. Thank you. | | | |
| 888:19 | A. But I can't speak to what Doug represented | | | |
| 888:20 | to her. | | | |