# EXHIBIT 1

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 19:21 - 20:01 | Gates, Kathy (2020-05-29)          0:12 | | | | |
| 19:21 | Q. (BY MR. MORRISS:)  Good morning, | | | | |
| 19:22 | Col. Gates. | | | | |
| 19:23 | A. Good morning. | | | | |
| 19:24 | Q. Would you, just for the record, | | | | |
| 19:25 | identify yourself to the jury, please? | | | | |
| 20:01 | A. Yes, I am Kathy Gates. | | | | |
| | | | | | |
| 21:13 - 22:06 | Gates, Kathy (2020-05-29)          1:53 | | | | |
| 21:13 | Q. Could you tell the jury a little bit | | | | |
| 21:14 | about your formal education, where you went to | | | | |
| 21:15 | college, postgraduate work? | | | | |
| 21:16 | A. I -- I did my undergraduate work at | | | | |
| 21:17 | State University of New York in Plattsburgh in | | | | |
| 21:18 | speech and hearing science.  I went to University | | | | |
| 21:19 | of Maryland at College Park and obtained my | | | | |
| 21:20 | master's in audiology.  And then I went to A.T. | | | | |
| 21:21 | Still University through a distance learning | | | | |
| 21:22 | program and obtained my audiology clinical | | | | |
| 21:23 | doctorate degree. | | | | |
| 21:24 | Q. So did the undergraduate and master's | | | | |
| 21:25 | come consecutively, or did you take a break between | | | | |
| 22:01 | studying for the two degrees? | | | | |
| 22:02 | A. No.  Consecutive.  Consecutively. | | | | |
| 22:03 | Q. And how about the postdoctoral work, | | | | |
| 22:04 | was it something that came later in your career or | | | | |
| 22:05 | immediately after you finished your master's? | | | | |
| 22:06 | A. Later in the career, in my career. | | | | |
| | | | | | |
| 22:07 - 22:11 | Gates, Kathy (2020-05-29)          0:09 | | | | |
| 22:07 | Q. Are you currently licensed as an | | | | |
| 22:08 | audiologist? | | | | |
| 22:09 | A. Yes. | | | | |
| 22:10 | Q. And in what state or states? | | | | |
| 22:11 | A. In New Jersey and New York. | | | | |
| | | | | | |
| 22:15 - 23:13 | Gates, Kathy (2020-05-29)          1:29 | | | | |
| 22:15 | Q. Let me ask it an easier way. | | | | |
| 22:16 | Approximately when did you become licensed? | | | | |
| 22:17 | A. I became licensed in 1988. | | | | |
| 22:18 | Q. And are you currently a member of any | | | | |
| 22:19 | professional association or group? | | | | |
| 22:20 | A. Yes.  I am a member of the American | | | | |
| 22:21 | Speech-Hearing Association, ASHA; and I am a member | | | | |
| 22:22 | of the National Hearing Conservation Association | | | | |

| | |
|---|---|
| 22:23 | and a member of the American Academy of Audiology. |
| 22:24 | Q. Do you play a leadership role in any |
| 22:25 | of those professional associations? |
| 23:01 | A. I do.  I play a leadership role in |
| 23:02 | ASHA.  I am the coordinator for the special |
| 23:03 | interest group Public Health and Audiology, and |
| 23:04 | then for the NHCA, the National Hearing |
| 23:05 | Conservation Association, I am the marketing and |
| 23:06 | communications director. |
| 23:07 | Q. Do you know how long you have had |
| 23:08 | some role with these three professional |
| 23:09 | associations, and just approximate? |
| 23:10 | A. ASHA, I have been a member since |
| 23:11 | 1988; NHCA, I became more active in 2010; and then |
| 23:12 | AAA, I have been a member since the beginning of |
| 23:13 | the organization, which I think was around 1990. |

**25:04 - 25:15    Gates, Kathy (2020-05-29)                1:43**

| | |
|---|---|
| 25:04 | Q. And can you just briefly describe as |
| 25:05 | an audiologist what your roles and responsibilities |
| 25:06 | were? |
| 25:07 | A. I was the chief of the audiology |
| 25:08 | clinic, and my primary roles were to provide |
| 25:09 | clinical audiology services to soldiers and their |
| 25:10 | family members, also retirees.  And then the other |
| 25:11 | portion of my responsibility was hearing loss |
| 25:12 | prevention or hearing conservation and providing |
| 25:13 | health education and earplug fittings to the basic |
| 25:14 | training soldiers there at Fort Dix that were |
| 25:15 | attending basic training. |

**25:16 - 27:18    Gates, Kathy (2020-05-29)                3:20**

| | |
|---|---|
| 25:16 | Q. And what year did you retire from |
| 25:17 | that? |
| 25:18 | A. I retired in 2011. |
| 25:19 | Q. So I expect you have had a lot of |
| 25:20 | stops along the way.  But could you give the jury |
| 25:21 | just an overview of your career in the Army and the |
| 25:22 | roles you played as an Army doctor? |
| 25:23 | A. Well, I first started out, again, at |
| 25:24 | Fort Dix, serving as chief of audiology.  Then I |
| 25:25 | transferred to 98th General Hospital in Nuremberg, |
| 26:01 | Germany, and I served as chief of the audiology |
| 26:02 | clinic at the hospital.  And then I was responsible |
| 26:03 | for, I would say, approximately fifteen outlying |
| 26:04 | hearing conservation clinics.  And then I PCS'd |
| 26:05 | from Germany, I went to the advanced course in San |

| | |
|---|---|
| 26:06 | Antonio at the Army Medical Department Center and |
| 26:07 | School. And then upon completion of the advanced |
| 26:08 | course, I went to Fort Polk, Louisiana, and I |
| 26:09 | served as the chief audiology, a clinic there, and |
| 26:10 | was both responsible for the clinical mission as |
| 26:11 | well as the hearing conservation mission. |
| 26:12 | And then after Fort Polk, I went to |
| 26:13 | the Center For Health Promotion and Preventive |
| 26:14 | Medicine at Aberdeen and primarily worked in |
| 26:15 | hearing conservation. My title was consulting |
| 26:16 | audiologist. I went around and did site assessment |
| 26:17 | visits to hearing conservation sites and provided |
| 26:18 | recommendations for program improvements and also |
| | |
| 26:19 | was instrumental in the development of the hearing |
| 26:20 | conservation software program, the Defense |
| 26:21 | Occupational Hearing Readiness-Hearing Conservation |
| | |
| 26:22 | program. |
| 26:23 | And then after that, I went to Walter |
| 26:24 | Reed. I served as the deputy director for the Army |
| 26:25 | Audiology and Speech Center. And then I went to |
| 27:01 | the Office of the Surgeon General and worked there |
| 27:02 | as a audiology consultant, and also during that |
| 27:03 | time I served as the audiology consultant to the |
| 27:04 | Army surgeon general. |
| 27:05 | And I worked in the Preventive |
| 27:06 | Medicine office, the Proponency Office For |
| 27:07 | Preventive Medicine, focusing in more on |
| 27:08 | strategic-level projects and -- and working those |
| 27:09 | types of activities. |
| 27:10 | And then my final position, I served |
| 27:11 | as the integrated service chief at the -- |
| 27:12 | between -- at the Walter Reed National Military |
| 27:13 | Medical Center. And I was very heavily involved in |
| 27:14 | the integration of the Army Audiology and Speech |
| 27:15 | Center and Bethesda audiology and speech clinic, to |
| 27:16 | combine those two under the audiology and speech |
| 27:17 | center known today at Walter Reed National Military |
| 27:18 | Medical Center. |

| | | |
|---|---|---|
| 28:04 - 28:08 | Gates, Kathy (2020-05-29) | 0:15 |
| 28:04 | Q. Let me repeat it. So did you have | |
| 28:05 | some involvement with hearing conservation and | |
| 28:06 | hearing protection devices at every job while you | |
| 28:07 | were in the military? | |
| 28:08 | A. Yes. | |

30:21 - 34:23    Gates, Kathy (2020-05-29)                                          6:23

30:21    Q. So I asked a poor question.  So if I
30:22    went to the centralized database and I wanted to
30:23    find the hearing history or audiogram history of a
30:24    particular individual soldier, would I be able to
30:25    get it from there?
31:01    A. Yes.
31:02    Q. Is there other information contained
31:03    in the DOEHRS database, such as noise exposure by
31:04    installation or hearing loss by installation?
31:05    A. There are various reports that can
31:06    be -- you can run them.  The Hearing Conservation
31:07    Program manager has access to the data repository,
31:08    and they can run various reports looking at
31:09    different types of trends.
31:10    Q. And do you recall, just to give me
31:11    some examples, some of the trends that you can
31:12    analyze from the database?
31:13    A. You can look at -- for example, in
31:14    the Army, we have hearing profiles.  And there's an
31:15    H-1, H-2, -3, and -4.  And you can run a report
31:16    looking at the percents hearing profiles broken out
31:17    by the individual profile data.  And you can also
31:18    run a report and look at compliance trends in terms
31:19    of participation in the Hearing Conservation
31:20    Program.
31:21    Q. Would that be by installation?
31:22    A. It is by installation, and it can
31:23    also be rolled up to a -- a service level.
31:24    Q. If I wanted to talk to someone in the
31:25    military to give me the best information about what
32:01    kind of data I could get from this system, who
32:02    would I talk to?
32:03    A. Well, there are functional
32:04    representatives within each service.  I don't know
32:05    the functional representatives, but I believe they
32:06    are located -- the functional representative for
32:07    the Army is located at the Public Health Center at
32:08    Aberdeen Proving Ground.  For the Navy, I think
32:09    that they are located at the Navy Marine Corps
32:10    Public Health Center.  And Air Force, they are
32:11    located at -- at Wright Patterson.  I am not sure
32:12    of the name of the location, but that is where they
32:13    are housed.
32:14    Q. During your military career, did you
32:15    have an opportunity to work with the Department of
32:16    Defense working group?
32:17    A. I did.  While I was assigned at the

32:18   Center For Health Promotion and Preventive
32:19   Medicine, I was a participant in the DoD Hearing
32:20   Conservation Working Group while I was there.  And
32:21   then later on in my career, for a brief time, I
32:22   served as the chair of the Hearing Conservation
32:23   Working Group.
32:24   Q. So in the first instance where you
32:25   were working with the DoD working group, what time
33:01   frame would that have covered?
33:02   A. That was, I would say, 1999
33:03   through -- or, I'm sorry, 1996 through 1999.
33:04   Q. And then when you returned as chair,
33:05   approximately when was that?
33:06   A. I believe that was 2010.
33:07   Q. And just so I have the name correct,
33:08   it is the DoD Hearing Conservation Working Group?
33:09   A. Yes, sir, that is correct.
33:10   Q. And in that '96 to '99 time frame,
33:11   what were your roles and responsibilities?
33:12   A. During that time frame, my primary
33:13   roles and responsibilities were development of the
33:14   hearing conservation software, kind of working with
33:15   the programmers in developing the logic for the
33:16   software, and also working with the -- the other
33:17   Navy and Air Force counterparts.
33:18   I also was involved in maintaining
33:19   data for Army hearing conservation compliance data,
33:20   the monitoring audiometry.  And I also worked a
33:21   project of creating a separate MEPRS code, a
33:22   workload reporting code, for hearing conservation.
33:23   In the past, hearing conservation has
33:24   always been lumped under occupational health,
33:25   clinical audiology or preventive medicine.  And so
34:01   visibility at the installation level, there was no
34:02   visibility until we were able to create this
34:03   Medical Expense Performance Reporting code.  So I
34:04   was very much involved in that and worked with the
34:05   individual services on getting the code created and
34:06   approved.
34:07   Q. Who would have been the chairman of
34:08   the DoD Hearing Conservation Work Group?
34:09   A. That was Dr. Doug Ohlin.
34:10   Q. And would that be -- in the time '96
34:11   to '99, when you were involved with the working
34:12   group, was Dr. Doug Ohlin chairman of the group for
34:13   that period?
34:14   A. Yes, sir.  Uh-huh.
34:15   Q. Did you have interactions with him

| | | | | | |
|---|---|---|---|---|---|
| 34:16 | from '96 to '99? | | | | |
| 34:17 | A. I did.  He was my -- he was my boss, | | | | |
| 34:18 | my rater at CHPPM. | | | | |
| 34:19 | Q. Did the DoD working group, was it | | | | |
| 34:20 | limited to the Army or did it include all branches | | | | |
| 34:21 | of the military? | | | | |
| 34:22 | A. It included all branches of the | | | | |
| 34:23 | military. | | | | |

**34:24 - 35:01  Gates, Kathy (2020-05-29)**  0:11

| | | | | | |
|---|---|---|---|---|---|
| 34:24 | Q. Did the DoD working group play a role | | | | |
| 34:25 | in evaluating hearing protection devices? | | | | |
| 35:01 | A. No, not directly, no. | | | | |

**35:02 - 35:11  Gates, Kathy (2020-05-29)**  1:40

| | | | | | |
|---|---|---|---|---|---|
| 35:02 | Q. Do you recall whether Doug Ohlin was | Re: [35:02 to 35:11] | Re: [35:02 to 35:11] | Re: [35:02 to 35:11] | **SUSTAINED** |
| 35:03 | involved in the evaluation of hearing protection | **Pltf Obj** 602, MIL G3, | SUSTAINED | **Pltf Obj** 602; speculation; | |
| 35:04 | devices in that '96 to '99 time frame? | speculation | | 802; 402/403 | |
| 35:05 | A. I believe he was involved with the -- | | | | |
| 35:06 | I guess the creation of the Combat Arms Earplug. | | | | |
| 35:07 | And so he did have some coordination between the -- | | | | |
| 35:08 | the French that developed the filter and then the | | | | |
| 35:09 | company that -- the U.S. company that worked on | | | | |
| 35:10 | incorporating the filter into the device.  I think | | | | |
| 35:11 | that was the era. | | | | |

**36:11 - 36:18  Gates, Kathy (2020-05-29)**  0:26

| | | | | | |
|---|---|---|---|---|---|
| 36:11 | Q. Since joining the service as an | | | Re: [36:11 to 36:18] | **SUSTAINED** |
| 36:12 | audiologist in '87, has it been your experience | | | **Pltf Obj** 403 Vague. misstates, | |
| 36:13 | that certain noise exposures in military | | | MIL G5, attributing personal | |
| 36:14 | settings -- risk of hearing loss to soldiers and | | | govt agent to the military | |
| 36:15 | other military persons? | | | | |
| 36:16 | A. The military noise exposures and | | | | |
| 36:17 | potential of hearing loss, noise-induced hearing | | | | |
| 36:18 | loss?  Yes. | | | | |

**39:09 - 39:16  Gates, Kathy (2020-05-29)**  0:22

| | | | | | |
|---|---|---|---|---|---|
| 39:09 | Q. As a military audiologist advising | | | | |
| 39:10 | soldiers, are there some noises that have required | | | | |
| 39:11 | double protection? | | | | |
| 39:12 | A. Yes.  In accordance with the | | | | |
| 39:13 | regulations, yes. | | | | |
| 39:14 | Q. What is double protection? | | | | |
| 39:15 | A. Double protection is when you wear an | | | | |
| 39:16 | earplug along with a noise muff. | | | | |

**39:17 - 39:23  Gates, Kathy (2020-05-29)**  0:27

| | | | | | |
|---|---|---|---|---|---|
| 39:17 | Q. And do you, as we sit here today, | Re: [39:20 to 39:23] | Re: [39:20 to 39:23] | Re: [39:19 to 39:23] | **SUSTAINED** |

| | | | | | |
|---|---|---|---|---|---|
| 39:18 | recall what noise levels require double protection? | | **Pltf Obj** 602, foundation, misstates, 403 (misleading) | SUSTAINED | **Pltf Obj** 602, foundation, misstates, 403 (misleading) | <span style="background:yellow"> </span> |

39:18   recall what noise levels require double protection?
39:19   A. I really -- I mean, I -- it has been
39:20   a while, and it is a little foggy.  But anything
39:21   beyond a hundred and ten dB for a steady state and
39:22   over a hundred and forty dBP for impulse noise, I
39:23   believe.

**Pltf Obj** 602, foundation, misstates, 403 (misleading)   SUSTAINED   **Pltf Obj** 602, foundation, misstates, 403 (misleading)

---

39:24 - 40:04   Gates, Kathy (2020-05-29)   0:17
39:24   Q. So that would mean if you -- whatever
39:25   the regulations say the noise level is, if a
40:01   soldier or military personnel knows that they will
40:02   be exposed to that, they would have to wear both a
40:03   plug and then earmuffs?
40:04   A. That is correct.

**Re: [40:04 to 40:04]**
**Pltf Obj** 602, foundation, 403 (misleading)    SUSTAINED

---

41:04 - 41:16   Gates, Kathy (2020-05-29)   1:36
41:04   Q. (BY MR. MORRISS:)  Since you joined
41:05   the military in 1987, have hearing loss and
41:06   tinnitus been common problems that you have seen in

41:07   soldiers?
41:08   A. Yes.
41:09   Q. Was that true in 1987, when you
41:10   started?
41:11   A. Yes, it -- in 1987, yes.
41:12   Q. Was it true throughout your work in
41:13   the military up until your retirement?
41:14   A. Yes.
41:15   Q. And is it true still today?
41:16   A. Yes.

**Re: [41:04 to 41:16]**
**Pltf Obj** 403, vague, foundation    SUSTAINED

---

41:17 - 42:07   Gates, Kathy (2020-05-29)   1:03
41:17   Q. You mentioned earlier the Hearing
41:18   Conservation Program.  What is a Hearing
41:19   Conservation Program?
41:20   A. The Hearing Conservation Program is a
41:21   program that-- for DoD, there's a regulation, DoDI
41:22   6055.12, and it specifically provides information
41:23   on the individual elements of a Hearing
41:24   Conservation Program.  There are seven elements
41:25   that make up the Hearing Conservation Program, and
42:01   each service, then, from the DoDI, they take
42:02   their -- that information and then develop their
42:03   own service-specific regulation.  For the Army that
42:04   is DA PAM 40-501, but the seven elements of the
42:05   program are similar across all services.  They can
42:06   make their regulation more stringent, but it cannot
42:07   be less stringent than the DoDI.

| 43:17 - 44:22 | Gates, Kathy (2020-05-29) | 2:54 |
|---|---|---|
| 43:17 | Q. (BY MR. MORRISS:)  So, Colonel Gates, | |
| 43:18 | looking at Exhibit Number 1 [sic], is this the DoD | |
| 43:19 | requirements that would have been in place for the | |
| 43:20 | various branches of the military in terms of | |
| 43:21 | implementing a Hearing Conservation Program? | |
| 43:22 | A. Yes. | |
| 43:23 | Q. And if we turn over to the third page | |
| 43:24 | of the document, Section 6.1, does it require that | |
| 43:25 | each branch prepare a written plan for the | |
| 44:01 | implementation of a comprehensive Hearing | |
| 44:02 | Conservation Program? | |
| 44:03 | A. Yes.  That is correct. | |
| 44:04 | Q. And did that include addressing | |
| 44:05 | hearing protection devices? | |
| 44:06 | A. Yes.  That was one of the elements of | |
| 44:07 | the Hearing Conservation Program. | |
| 44:08 | Q. And then if you will turn over to | |
| 44:09 | Page 7, Section 6.6.2.  Does the DoD give guidance | |
| 44:10 | on when hearing protectors were to be available to | |
| 44:11 | military personnel? | |
| 44:12 | A. Yes. | |
| 44:13 | Q. And can you describe that, please? | |
| 44:14 | A. The individual service members were | |
| 44:15 | provided hearing protection by -- well, the units | |
| 44:16 | were responsible for providing them unit -- hearing | |
| 44:17 | protection.  However, at the time of monitoring | |
| 44:18 | audiometry, usually they are -- they are also | |
| 44:19 | provided hearing protection and instruction | |
| 44:20 | regarding proper fitting and wear of the hearing | |
| 44:21 | protection.  And I am speaking normally on behalf | |
| 44:22 | of the Army because that is my experience. | |

**Re: [43:23 to 44:07]**
**Pltf Obj** 403, waste of time, 611 — SUSTAINED

**Re: [44:14 to 44:22]**
**Pltf Obj** no objection

| 45:12 - 45:16 | Gates, Kathy (2020-05-29) | 0:12 |
|---|---|---|
| 45:12 | Q. (BY MR. MORRISS:)  Col. Gates, has | |
| 45:13 | the DoD requirement that we are looking at, has | |
| 45:14 | this or one similar to it been in place for many | |
| 45:15 | years? | |
| 45:16 | A. Yes. | |

**Re: [45:12 to 45:16]**
**Pltf Obj** 403-misleading, 701, 602 — SUSTAINED

| 46:01 - 48:11 | Gates, Kathy (2020-05-29) | 3:14 |
|---|---|---|
| 46:01 | Q. (BY MR. MORRISS:)  I will ask it | |
| 46:02 | again, Col. Gates.  If we go to 6.6.7, is there a | |
| 46:03 | section that deals with preformed earplugs? | |
| 46:04 | A. Yes. | |
| 46:05 | Q. And what is your understanding as an | |
| 46:06 | audiologist, what is a preformed earplug? | |

**Re: [46:01 to 46:14]**
**Pltf Obj** 403 (waste of time, cumulative), outside the scope of clarification — SUSTAINED

**Re: [47:04 to 47:23]** — SUSTAINED

| | | |
|---|---|---|
| 46:07 | A. A preformed earplug is an earplug | |
| 46:08 | that can be used over and over again. They come in | **Pltf Obj** cumulative, 403, 701, 602, 611 leading |
| 46:09 | different sizes, and depending on the ear canal | |
| 46:10 | size determines the -- the size of the earplug. | |
| 46:11 | Early on in my career we had | **Re: [47:24 to 48:03]** |
| 46:12 | single-flange earplugs or triple-flange earplugs, | **Pltf Obj** 403 cummulative waste of time |
| 46:13 | and those were the earplugs that we would fit our | |
| 46:14 | soldiers with. | |
| 46:15 | Q. Would the Combat Arms Version 2 | |
| 46:16 | dual-ended plug that we are here about today, would | |
| 46:17 | that be a preformed earplug? | |
| 46:18 | A. Yes. | |
| 46:19 | Q. All right. And does the DoD set out | |
| 46:20 | how the preformed earplugs would be fitted and | |
| 46:21 | issued? | |
| 46:22 | A. There are hearing conservationists | |
| 46:23 | that are assigned to units, and they are provided | |
| 46:24 | training and become hearing conservation | |
| 46:25 | technicians so that they can assist and educate and | |
| 47:01 | make sure that soldiers under their command | |
| 47:02 | understand how to properly use and insert the | |
| 47:03 | earplug. | |
| 47:04 | Q. And the -- and the DoD 6.6.7 | |
| 47:05 | specifically requires for a preformed earplug that | |
| 47:06 | it be fitted and issued only under the supervision | |
| 47:07 | of personnel who have been specifically trained to | |
| 47:08 | fit earplugs, correct? | |
| 47:09 | A. Right. | |
| 47:10 | Q. And then if we go down to 6.6.9, is | |
| 47:11 | it fair to say that the DoD required that medically | |
| 47:12 | trained personnel examine the fit and condition of | |
| 47:13 | preformed earplugs? | |
| 47:14 | A. Yes. | |
| 47:15 | Q. Okay. And that would include the | |
| 47:16 | Combat Arms Version 2 dual-ended plug, correct? | |
| 47:17 | A. Yes. | |
| 47:18 | Q. And then finally 6.6.10 would require | |
| 47:19 | that the individual personnel receiving the plug | |
| 47:20 | receive adequate and effective training on proper | |
| 47:21 | care of the personal hearing protection device, | |
| 47:22 | correct? | |
| 47:23 | A. Correct. | |
| 47:24 | Q. All right. Now, then, the DoD would | |
| 47:25 | be sort of the guidance that the individual branch | |
| 48:01 | would use in putting their programs together; is | |
| 48:02 | that correct? | |
| 48:03 | A. That's correct. | |
| 48:04 | Q. And did, in fact, the Army, during | |

| | | |
|---|---|---|
| 48:05 | the time that you were there, have a Hearing | |
| 48:06 | Conservation Program that was in place? | |
| 48:07 | A. Yes. | |
| 48:08 | Q. And did the written program comply | |
| 48:09 | with the DoD requirements? | |
| 48:10 | A. Yes. | |
| 48:11 | Q. All right. | |

**48:22 - 49:08    Gates, Kathy (2020-05-29)                               1:59**

| | | | |
|---|---|---|---|
| 48:22 | A. Oh, Tab 39? Okay.  Okay.  I have it | **Re: [48:22 to 49:11]** | **SUSTAINED** |
| 48:23 | opened.  It says "DA PAM 40-501," dated December of | **Pltf Obj** 403 -mistates | |
| 48:24 | 1998. | document, misleading | |
| 48:25 | Q. And is this the Hearing Conservation | | |
| 49:01 | Program that would have been implemented by the | | |
| 49:02 | Army following the DoD requirements for a Hearing | | |
| 49:03 | Conservation Program? | | |
| 49:04 | A. Yes, sir. | | |
| 49:05 | Q. Do you know how long this particular | | |
| 49:06 | version of the Hearing Conservation Program was in | | |
| 49:07 | place until it was amended or changed in some | | |
| 49:08 | substantive way? | | |

**49:09 - 50:05    Gates, Kathy (2020-05-29)                               2:03**

| | | | |
|---|---|---|---|
| 49:09 | A. It was updated, I think it was 2012, | **Re: [48:22 to 49:11]** | **SUSTAINED** |
| 49:10 | the -- the DA PAM 40-501 was revised to reflect the | **Pltf Obj** 403 -mistates | |
| 49:11 | Army Hearing Program. | document, misleading | |
| 49:12 | Q. All right.  Let me show you what we | | |
| 49:13 | will mark as Tab 40, and it will be Exhibit 5. | | |
| 49:14 | (Exhibit 5 was marked for | | |
| 49:15 | identification.) | | |
| 49:16 | Q. (BY MR. MORRISS:)  And if you can | | |
| 49:17 | identify Exhibit 5 for us, please. | | |
| 49:18 | A. That is the DA PAM 40-501 Army | | |
| 49:19 | Hearing Program, and the date is 2015.  So I was a | | |
| 49:20 | little bit early on the date. | | |
| 49:21 | Q. So, now, Exhibits 4 and 5, do they | | |
| 49:22 | sort of represent the Army's Hearing Conservation | | |
| 49:23 | Program requirements from December of -- 10th, | | |
| 49:24 | 1998, and at least up through and including January | | |
| 49:25 | the 15th -- January 8, 2015, and beyond? | | |
| 50:01 | A. Yes. | | |
| 50:02 | Q. So if you will turn back to Exhibit | | |
| 50:03 | 39, please -- Exhibit 4.  Tab 39, Exhibit 4.  If | | |
| 50:04 | you will go over to Section 6.1, which is on Page 5 | | |
| 50:05 | of the document. | | |

**50:06 - 51:17    Gates, Kathy (2020-05-29)                               2:23**

| | |
|---|---|
| 50:06 | Did the -- did the Army Hearing |

| | |
|---|---|
| 50:07 | Conservation Program have a section that dealt with |
| 50:08 | hearing protectors? |
| 50:09 | A. Yes. |
| 50:10 | Q. In compliance with the DoD |
| 50:11 | requirements, did it require that all personnel |
| 50:12 | working or visiting in potentially hazardous noise |
| 50:13 | areas be provided hearing protection? |
| 50:14 | A. Yes. |
| 50:15 | Q. And then if you look down at 6.2, did |
| 50:16 | the Army program give specifications of the kinds |
| 50:17 | of plugs that would be required under certain |
| 50:18 | particular noise environments? |
| 50:19 | A. Yes. |
| 50:20 | Q. If you turn to 6.3(a), did the Army's |
| 50:21 | Hearing Conservation Program provide information |
| 50:22 | specific to preformed earplugs, both triple- or |
| 50:23 | single-flange? |
| 50:24 | A. Yes. |
| 50:25 | Q. And who was responsible for fitting |
| 51:01 | and examining these earplugs when they were given |
| 51:02 | to soldiers or other military personnel? |
| 51:03 | A. The audiology clinic, as part of |
| 51:04 | monitoring audiometry, would -- I -- the clinics |
| 51:05 | that I managed, we incorporated the hearing |
| 51:06 | protection fitting at the time of monitoring |
| 51:07 | audiometry.  So we would fit their -- recheck their |
| 51:08 | hearing testing annually at the time of their |
| 51:09 | annual hearing test. |
| 51:10 | There are other ways of doing this as |
| 51:11 | well.  Soldier readiness processing, the -- that is |
| 51:12 | an annual requirement.  That is another way of |
| 51:13 | accomplishing the refitting and the recheck of the |
| 51:14 | hearing protection.  And then also the individual |
| 51:15 | unit hearing conservation NCO is also trained to -- |
| 51:16 | to fit and evaluate the hearing protection on an |
| 51:17 | annual basis. |

| | | | |
|---|---|---|---|
| 51:18 - 52:14 | Gates, Kathy (2020-05-29) | | 1:08 |
| 51:18 | Q. And under any of the three scenarios | | |
| 51:19 | you described for us, as long as it was a medically | | |
| 51:20 | trained person fitting the preformed earplug, it | | |
| 51:21 | would be in compliance with the Hearing | | |
| 51:22 | Conservation Program? | | |
| 51:23 | A. Yes. | | |
| 51:24 | Q. Was there sort of an order or ranking | | |
| 51:25 | of the type plug that would first be tried when | | |
| 52:01 | this medically trained person was fitting the plug | | |
| 52:02 | on a particular soldier or military personnel? | | |

| | |
|---|---|
| 52:03 | A. Well, oftentimes if you are doing a |
| 52:04 | large group fitting, you go with the -- the medium |
| 52:05 | orange triple-flange earplug and -- and just have |
| 52:06 | the group, by the numbers, insert the earplug. |
| 52:07 | And then I would have them |
| 52:08 | single-file up, and we would evaluate their |
| 52:09 | earplug.  And then if it was too small or too |
| 52:10 | large, we would have them either go with the green |
| 52:11 | triple-flange or the blue triple-flange and then |
| 52:12 | have them go through the line again to make sure |
| 52:13 | that they were fitted properly with the hearing |
| 52:14 | protection. |

52:15 - 52:18   Gates, Kathy (2020-05-29)                                   0:14
| | |
|---|---|
| 52:15 | Q. Was there any single plug that fit |
| 52:16 | everyone? |
| 52:17 | A. Based on -- no.  Maybe the yellow |
| 52:18 | foam plug -- |

52:19 - 52:23   Gates, Kathy (2020-05-29)                                   1:37
| | |
|---|---|
| 52:19 | Q. Were there any triple-flange or |
| 52:20 | single-flange plugs that fit everyone? |
| 52:21 | A. These -- these earplugs were sized, |
| 52:22 | and they were sized to fit different ear canals. |
| 52:23 | So not one size fit all. |

52:24 - 53:13   Gates, Kathy (2020-05-29)                                   1:05
| | |
|---|---|
| 52:24 | Q. During the -- sort of the late '90s, |
| 52:25 | early 2000 time frame, who would have been the |
| 53:01 | individuals physically helping fit the earplug, |
| 53:02 | checking the fitting, examining the plug -- who |
| 53:03 | would have been the pool of people that could do |
| 53:04 | that?  Not individual names, but like the type of |
| 53:05 | people that could do that? |
| 53:06 | A. Trained hearing conservationists, the |
| 53:07 | ear, nose and throat, ENT, technicians, civilian |
| 53:08 | occupational nurse personnel, and then the hearing |
| 53:09 | conservationists that were trained under the |
| 53:10 | hearing conservation training program would be unit |
| 53:11 | medics and other NCOs that had been appointed to |
| 53:12 | serve as the hearing conservation officer within |
| 53:13 | the unit. |

54:05 - 54:14   Gates, Kathy (2020-05-29)                                   0:25
| | |
|---|---|
| 54:05 | Q. So did audiologists within the |
| 54:06 | military from time to time put on presentations |
| 54:07 | about hearing protection devices? |
| 54:08 | A. Yes. |

| | | | | | |
|---|---|---|---|---|---|
| 54:09 | Q. And did those presentations include, | | | | |
| 54:10 | in some instances, how to fit plugs? | | | | |
| 54:11 | A. Yes. | | | | |
| 54:12 | Q. All right.  Did it include specifics | | | | |
| 54:13 | on certain types of plugs? | | | | |
| 54:14 | A. Yes. | | | | |
| | | | | | |
| **57:01 - 57:07** | **Gates, Kathy (2020-05-29)** | 0:28 | | | |
| 57:01 | Q. Let me ask a better question.  Do you | | | | |
| 57:02 | remember the Combat Arms Version 2 dual-ended plug, | | | | |
| 57:03 | what it looked like? | | | | |
| 57:04 | A. I do.  From the working group, we did | | | | |
| 57:05 | have the opportunity to experiment with the | | | | |
| 57:06 | dual-ended Combat Arms earplug.  And so I am | | | | |
| 57:07 | familiar with that dual-ended-type device. | | | | |

**60:19 - 61:16    Gates, Kathy (2020-05-29)    1:08**

| Line | Text | Col A | Col B | Col C | Col D |
|---|---|---|---|---|---|
| 60:19 | Q. And if you will go now to Exhibit | **Re: [60:19 to 62:03]** | Re: [60:19 to 62:03] | **Re: [60:19 to 63:20]** | SUSTAINED |
| 60:20 | 10 -- or Tab 10.  And I am going to give you | **Pltf Obj** 602, foundation, 403 | SUSTAINED | **Pltf Obj** 602, foundation, 403 | |
| 60:21 | something that is easier to read here in just a | (undue delay, waste of time, | | , waste of time | |
| 60:22 | minute. | needless presentation of | Re: [61:05 to 61:10] | | |
| 60:23 | (Exhibit 7 was marked for | cumulative evidence) | SUSTAINED | | |
| 60:24 | identification.) | | | | |
| 60:25 | A. Okay. | **Re: [61:05 to 61:10]** | | | |
| 61:01 | Q. (BY MR. MORRISS:)  But this was -- | **Pltf Obj** 611, 802 | | | |
| 61:02 | this is what was attached to the email that we just | | | | |
| 61:03 | looked at.  Does this appear to be a wallet card? | | | | |
| 61:04 | A. Does it -- yes. | | | | |
| 61:05 | Q. And on the first page, it has got -- | | | | |
| 61:06 | from a soldier in Iraq, and it has got a quote | | | | |
| 61:07 | about Combat Arms working "great in this | | | | |
| 61:08 | environment...they probably made the difference | | | | |
| 61:09 | between eardrum/hearing damage and not," correct? | | | | |
| 61:10 | A. That's correct, yes. | | | | |
| 61:11 | Q. Who would have been responsible | | | | |
| 61:12 | for -- if you know, for preparing wallet cards like | | | | |
| 61:13 | this within the military? | | | | |
| 61:14 | A. I think it was CHPPM, the -- the | | | | |
| 61:15 | folks that were assigned under Dr. Doug Ohlin | | | | |
| 61:16 | probably worked on developing the wallet cards. | | | | |

**61:17 - 62:03    Gates, Kathy (2020-05-29)    1:47**

| Line | Text | Col A | Col B | Col C | Col D |
|---|---|---|---|---|---|
| 61:17 | Q. And then if you will go over to the | **Re: [60:19 to 62:03]** | Re: [60:19 to 62:03] | **Re: [60:19 to 63:20]** | SUSTAINED |
| 61:18 | next page of the wallet, does it provide | **Pltf Obj** 602, foundation, 403 | SUSTAINED | **Pltf Obj** 602, foundation, 403 | |
| 61:19 | instructions about insertion of the dual-ended | (undue delay, waste of time, | | , waste of time | |
| 61:20 | plug? | needless presentation of | Re: [61:17 to 62:03] | | |
| 61:21 | A. Yes. | cumulative evidence) | OVERRULED | | |

| Designation | Plaintiff Objection | Ruling 1 | Defense | Ruling 2 |
|---|---|---|---|---|
| 61:22 Q. And is one of those, if you look --<br>61:23 if you look down, are there bullet points that<br>61:24 relate to both fit and care for the earplugs?<br>61:25 A. Yes.<br>62:01 Q. And if you go down to the second<br>62:02 bullet point, is there also an instruction about<br>62:03 folding the opposing plug back? | Re: [61:17 to 62:03]<br>Pltf Obj 611 | | | |
| 62:06 - 62:06   Gates, Kathy (2020-05-29)   0:01<br>62:06 A. Yes, I see that. | Re: [62:06 to 62:16]<br>Pltf Obj 602, foundation, 403<br>(undue delay, waste of time,<br>needless presentation of<br>cumulative evidence) | Re: [62:06 to 62:16]<br>OVERRULED | Re: [60:19 to 63:20]<br>Pltf Obj 602, foundation, 403<br>, waste of time | OVERRULED |
| 62:07 - 62:16   Gates, Kathy (2020-05-29)   1:30<br>62:07 Q. (BY MR. MORRISS:)  Okay.  So just for<br>62:08 the record, the wallet card says, "For very large<br>62:09 ear canals, fold the opposing plug back," correct?<br>62:10 A. That's correct.<br>62:11 Q. Okay.  And do you know how this<br>62:12 particular wallet card would have been distributed<br>62:13 within the military?<br>62:14 A. I think that it probably was<br>62:15 disseminated through the audiology community from<br>62:16 the CHPPM office. | Re: [62:06 to 62:16]<br>Pltf Obj 602, foundation, 403<br>(undue delay, waste of time,<br>needless presentation of<br>cumulative evidence)<br><br>Re: [62:11 to 62:16]<br>Pltf Obj 611 | Re: [62:06 to 62:16]<br>OVERRULED<br><br>Re: [62:11 to 62:16]<br>SUSTAINED | Re: [60:19 to 63:20]<br>Pltf Obj 602, foundation, 403<br>, waste of time<br><br>Re: [62:11 to 62:16]<br>Pltf Obj 611 | OVERRULED<br><br>SUSTAINED |
| 62:17 - 62:20   Gates, Kathy (2020-05-29)   0:11<br>62:17 Q. Do you know where the fitting<br>62:18 instruction or tip about folding the opposing plug<br>62:19 back, where it originated or where it came from?<br>62:20 A. No, I don't. | | | Re: [60:19 to 63:20]<br>Pltf Obj 602, foundation, 403<br>, waste of time | OVERRULED |
| 63:05 - 63:14   Gates, Kathy (2020-05-29)   0:27<br>63:05 MR. MORRISS:  That is fair; let me<br>63:06 ask it this way.  Let's go to --<br>63:07 Will, it's Tab 65.  It will be<br>63:08 Exhibit 6 [sic], I guess.<br>63:09 (Exhibit 8 was marked for<br>63:10 identification.)<br>63:11 Q. (BY MR. MORRISS:)  Just -- you are<br>63:12 welcome to look at it.  It is just a little better<br>63:13 version of what we looked at earlier.<br>63:14 A. Sure. | Re: [63:05 to 63:14]<br>Pltf Obj 602, foundation, 403<br>(undue delay, waste of time,<br>needless presentation of<br>cumulative evidence) | Re: [63:05 to 63:14]<br>OVERRULED | Re: [60:19 to 63:20]<br>Pltf Obj 602, foundation, 403<br>, waste of time | OVERRULED |
| 63:18 - 66:07   Gates, Kathy (2020-05-29)   3:22<br>63:18 Q. (BY MR. MORRISS:)  There is an<br>63:19 insignia of USACHPPM on the bottom, correct?<br>63:20 A. That's correct, yes.<br>63:21 Q. And tell me what "USACHPPM" stands | Re: [65:03 to 65:09]<br>Pltf Obj 602, 611, foundation,<br>403 (undue delay, waste of<br>time, needless presentation of | Re: [65:03 to 65:09]<br>OVERRULED<br><br>Re: [65:18 to 66:07] | Re: [60:19 to 63:20]<br>Pltf Obj 602, foundation, 403<br>, waste of time | OVERRULED |

| | | | |
|---|---|---|---|
| 63:22 | for. | cumulative evidence) | OVERRULED | **Re: [65:03 to 65:09]** OVERRULED |
| 63:23 | A. That is U.S. Army Center For Health | | | **Pltf Obj** 602, 611, foundation, |
| 63:24 | Promotion and Preventive Medicine. | **Re: [65:18 to 66:07]** | | 403 (undue delay, waste of |
| 63:25 | Q. And did you work for USACHPPM at some | **Pltf Obj** 602, 611, 802, | | time, needless presentation of |
| 64:01 | point in time? | foundation, 403 (undue delay, | | cumulative evidence) |
| 64:02 | A. I did. | waste of time, needless | | |
| 64:03 | Q. Okay. In what years or time frames | presentation of cumulative | | **Re: [65:18 to 66:07]** OVERRULED |
| 64:04 | did you work for USACHPPM? | evidence) | | **Pltf Obj** 602, 611, 802, |
| 64:05 | A. 1996 through I believe 1999, the end | | | foundation, 403 (undue delay, |
| 64:06 | of 1999. | | | waste of time, needless |
| 64:07 | Q. And did you interact with USACHPPM in | | | presentation of cumulative |
| 64:08 | your other roles with the military? | | | evidence) |
| 64:09 | A. Yes. | | | |
| 64:10 | Q. Okay. And what was the sort of | | | |
| 64:11 | purpose of USACHPPM both when you worked for them | | | |
| 64:12 | and during the time that you interacted with | | | |
| 64:13 | USACHPPM? | | | |
| 64:14 | A. USACHPPM was kind of the hearing | | | |
| 64:15 | conservation consultant branch, and it provided | | | |
| 64:16 | audiologists information regarding the Hearing | | | |
| 64:17 | Conservation Program. Early on in the -- in the | | | |
| 64:18 | days they would conduct data analysis of the HEARS | | | |
| 64:19 | data and look at different trends. They would look | | | |
| 64:20 | at STS trends, significant threshold shift trends, | | | |
| 64:21 | they would look at overall compliance trends. And | | | |
| 64:22 | so CHPPM would share that information with the | | | |
| 64:23 | individual audiologists who were responsible for | | | |
| 64:24 | managing their individual programs. | | | |
| 64:25 | Q. And did USACHPPM also provide | | | |
| 65:01 | information about hearing protection devices? | | | |
| 65:02 | A. Yes. | | | |
| 65:03 | Q. All right. And at least on Exhibits | | | |
| 65:04 | 5 and 6 there is a USACHPPM insignia, correct? | | | |
| 65:05 | A. That's correct, yes. | | | |
| 65:06 | Q. And it provides information about how | | | |
| 65:07 | to fit the Combat Arms Version 2 dual-ended plug, | | | |
| 65:08 | correct? | | | |
| 65:09 | A. Yes. | | | |
| 65:10 | Q. Have you also seen publications from | | | |
| 65:11 | CHPPM or other military sources -- well, first of | | | |
| 65:12 | all, CHPPM is a military organization? I want to | | | |
| 65:13 | make sure that is clear. | | | |
| 65:14 | A. Yes, that is correct. | | | |
| 65:15 | Q. It is not a manufacturer of earplugs, | | | |
| 65:16 | right? | | | |
| 65:17 | A. No. No. | | | |
| 65:18 | Q. Did USACHPPM also publish information | | | |

| | | | | | |
|---|---|---|---|---|---|
| 65:19 | that was distributed under the title of "Just the | | | | |
| 65:20 | Facts"? | | | | |
| 65:21 | A. I believe so.  There was a document, | | | | |
| 65:22 | "Just the Facts." | | | | |
| 65:23 | Q. And do you recall, you know, what the | | | | |
| 65:24 | purpose of the "Just the Fact" publication was? | | | | |
| 65:25 | A. I would have to look at it.  I -- I | | | | |
| 66:01 | think that they had various "Just the Facts" types | | | | |
| 66:02 | of information, just to educate the soldiers and | | | | |
| 66:03 | civilians routinely exposed to noise on just the | | | | |
| 66:04 | facts regarding noise exposure and hearing loss | | | | |
| 66:05 | prevention and the impact noise can have on your | | | | |
| 66:06 | hearing if it is -- if you are not wearing hearing | | | | |
| 66:07 | protection. | | | | |

**66:08 - 66:11**   Gates, Kathy (2020-05-29)   0:15

| | |
|---|---|
| 66:08 | Q. Do you recall seeing the "Just the |
| 66:09 | Facts" publication during the time you were at the |
| 66:10 | working group? |
| 66:11 | A. I don't remember. |

**67:06 - 67:18**   Gates, Kathy (2020-05-29)   1:33

| | | | | |
|---|---|---|---|---|
| 67:06 | Q. (BY MR. MORRISS:)  So let me correct | **Re: [67:06 to 68:24]** | Re: [67:06 to 68:24] | **Re: [67:06 to 68:24]** | **OVERRULED** |
| 67:07 | that.  So what you have now in front of you, Tab 4, | **Pltf Obj** 602, 611, 802, | OVERRULED | **Pltf Obj** 602, 611, 802, | |
| 67:08 | is Exhibit 9. | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 67:09 | A. Okay. | waste of time, needless | | waste of time, needless | |
| 67:10 | Q. Is this one of the "Just the Facts" | presentation of cumulative | | presentation of cumulative | |
| 67:11 | publications that we talked about earlier? | evidence) | | evidence) | |
| 67:12 | A. Yes. | | | | |
| 67:13 | Q. Is it, again, on a USACHPPM | | | | |
| 67:14 | letterhead? | | | | |
| 67:15 | A. Yes, that is correct. | | | | |
| 67:16 | Q. Okay.  And is it styled "Just the | | | | |
| 67:17 | Facts...The Combat Arms Earplug"? | | | | |
| 67:18 | A. It is. | | | | |

**67:19 - 68:07**   Gates, Kathy (2020-05-29)   1:33

| | | | | |
|---|---|---|---|---|
| 67:19 | Q. And does this provide information | **Re: [67:06 to 68:24]** | Re: [67:06 to 68:24] | **Re: [67:06 to 68:24]** | **OVERRULED** |
| 67:20 | about the Combat Arms dual-ended plug? | **Pltf Obj** 602, 611, 802, | OVERRULED | **Pltf Obj** 602, 611, 802, | |
| 67:21 | A. Yes, it does. | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 67:22 | Q. And if you will flip over to the | waste of time, needless | | waste of time, needless | |
| 67:23 | second page, does it have a section entitled "User | presentation of cumulative | | presentation of cumulative | |
| 67:24 | Tips"? | evidence) | | evidence) | |
| 67:25 | A. Yes, it does. | | | | |
| 68:01 | Q. And under the first bullet point, | | | | |
| 68:02 | does it state that the earplug should be properly | | | | |
| 68:03 | inserted? | | | | |
| 68:04 | A. The first bullet point? | | | | |

| Time | Testimony | Dur. | Pltf Obj | Ruling | Pltf Obj | Ruling |
|---|---|---|---|---|---|---|
| 68:05 | Q. If you look at the second bullet | | | | | |
| 68:06 | point, it says -- | | | | | |
| 68:07 | A. Oh. | | | | | |
| 68:08 - 68:15 | Gates, Kathy (2020-05-29) | 0:21 | Re: [67:06 to 68:24] | Re: [67:06 to 68:24] | Re: [67:06 to 68:24] | OVERRULED |
| 68:08 | Q. -- "Like any earplug, it is essential | | Pltf Obj 602, 611, 802, | OVERRULED | Pltf Obj 602, 611, 802, | |
| 68:09 | that the Combat Arms Earplug be properly inserted." | | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 68:10 | A. Yes, that is correct.  I see that. | | waste of time, needless | | waste of time, needless | |
| 68:11 | Q. And then if you go to the next bullet | | presentation of cumulative | | presentation of cumulative | |
| 68:12 | point, which would be the third one in the | | evidence) | | evidence) | |
| 68:13 | document, it says, "For exceptionally large ear | | | | | |
| 68:14 | canals, fold the opposing plug back to enhance | | | | | |
| 68:15 | proper insertion." | | | | | |
| 68:16 - 68:19 | Gates, Kathy (2020-05-29) | 0:09 | Re: [67:06 to 68:24] | Re: [67:06 to 68:24] | Re: [67:06 to 68:24] | OVERRULED |
| 68:16 | A. Yes, I see that. | | Pltf Obj 602, 611, 802, | OVERRULED | Pltf Obj 602, 611, 802, | |
| 68:17 | Q. So this is instructions about the | | | | | |
| 68:18 | Combat Arms Earplug coming from USACHPPM, correct? | | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 68:19 | A. Yes, sir, that is correct. | | waste of time, needless | | waste of time, needless | |
| | | | presentation of cumulative | | presentation of cumulative | |
| | | | evidence) | | evidence) | |
| 68:20 - 68:24 | Gates, Kathy (2020-05-29) | 0:14 | Re: [67:06 to 68:24] | Re: [67:06 to 68:24] | Re: [67:06 to 68:24] | OVERRULED |
| 68:20 | Q. And it is your understanding that | | Pltf Obj 602, 611, 802, | OVERRULED | Pltf Obj 602, 611, 802, | |
| 68:21 | these documents would be distributed among the | | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 68:22 | audiology community and among general military | | waste of time, needless | | waste of time, needless | |
| 68:23 | personnel, correct? | | presentation of cumulative | | presentation of cumulative | |
| 68:24 | A. Yes. | | evidence) | | evidence) | |
| 68:25 - 69:04 | Gates, Kathy (2020-05-29) | 0:15 | | | | |
| 68:25 | Q. Do you know whether you had any | | | | | |
| 69:01 | involvement in reviewing or preparing that | | | | | |
| 69:02 | particular document? | | | | | |
| 69:03 | A. I am -- I am just familiar with the | | | | | |
| 69:04 | document, but I didn't write it. | | | | | |
| 69:09 - 69:14 | Gates, Kathy (2020-05-29) | 0:18 | Re: [69:09 to 69:14] | Re: [69:09 to 69:14] | Re: [69:09 to 69:14] | SUSTAINED |
| 69:09 | Q. (BY MR. MORRISS:)  Well, let me ask | | Pltf Obj 602, 802, foundation, | SUSTAINED | Pltf Obj 602; 802; foundation; | |
| 69:10 | it again.  Do you know where the language about how | | 403 (undue delay, waste of | | 403; misstates | |
| 69:11 | to insert the plug, and specifically Bullet Point | | time, needless presentation of | | | |
| 69:12 | Number 3 about folding the opposing plug back to | | cumulative evidence), | | | |
| 69:13 | enhance proper insertion, do you know where CHPPM | | misstates the document | | | |
| 69:14 | got that information? | | | | | |
| 69:16 - 69:17 | Gates, Kathy (2020-05-29) | 0:06 | Re: [69:16 to 69:17] | Re: [69:16 to 69:17] | Re: [69:16 to 69:17] | SUSTAINED |
| 69:16 | A. I think it came from the hearing | | | | | |

| Time | Testimony | Pltf Obj | Ruling | Pltf Obj | Ruling |
|------|-----------|----------|--------|----------|--------|
| 69:17 | conservation office at CHPPM. | **Pltf Obj** 602, 802, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), misstates the document | SUSTAINED | **Pltf Obj** 602; 802; foundation; 403; misstates | |
| 69:18 - 69:20 | Gates, Kathy (2020-05-29) 0:09 | | | | |
| 69:18 | Q. (BY MR. MORRISS:)  Do you know where | | | | |
| 69:19 | they sort of came to the conclusion that folding | | | | |
| 69:20 | back the flange might aid in proper insertion? | | | | |
| 69:22 - 69:22 | Gates, Kathy (2020-05-29) 0:07 | | | | |
| 69:22 | A. I don't know. | | | | |
| 70:17 - 71:03 | Gates, Kathy (2020-05-29) 1:41 | Re: [70:17 to 71:03] | Re: [70:17 to 71:03] | Re: [70:17 to 71:03] | OVERRULED |
| 70:17 | Q. We talked a little bit about slide | **Pltf Obj** 602, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | OVERRULED | **Pltf Obj** vague | |
| 70:18 | presentations.  Do you know Lt. Merkley? | | | Re: [70:17 to 71:03] | |
| 70:19 | A. Yes, I do. | | | **Pltf Obj** 602, 403, vague | |
| 70:20 | Q. In 2002, would you have had any | | | | |
| 70:21 | occasion to work with him? | | | | |
| 70:22 | A. No. | | | | |
| 70:23 | Q. Do you know whether he was a person | | | | |
| 70:24 | in that early 2000 time frame that would have had | | | | |
| 70:25 | responsibility for presenting training to | | | | |
| 71:01 | audiologists and other personnel about how to fit | | | | |
| 71:02 | earplugs? | | | | |
| 71:03 | A. I believe so, he would have. | | | | |
| 71:14 - 72:03 | Gates, Kathy (2020-05-29) 1:46 | Re: [71:14 to 72:03] | Re: [71:14 to 72:03] | Re: [71:14 to 72:06] | SUSTAINED |
| 71:14 | Q. All right.  Okay.  Let me ask it | **Pltf Obj** 602, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | SUSTAINED | **Pltf Obj** 602, 611, 403 | |
| 71:15 | again.  Would Lt. Merkley in the early 2000s have | | | | |
| 71:16 | been in a position where he would have been | | Re: [71:24 to 72:03] | | |
| 71:17 | providing training to audiologists and others about | | SUSTAINED | | |
| 71:18 | hearing protection devices? | | | | |
| 71:19 | A. Yes. | | | | |
| 71:20 | Q. Have you since seen his testimony as | Re: [71:24 to 72:03] | | | |
| 71:21 | it relates to the training on the proper insertion | **Pltf Obj** 611 | | | |
| 71:22 | of the Combat Arms earplug? | | | | |
| 71:23 | A. I looked at it, yes. | | | | |
| 71:24 | Q. All right.  And do you recall that | | | | |
| 71:25 | his recollection was that he communicated to | | | | |
| 72:01 | military personnel that one of the fitting tips was | | | | |
| 72:02 | to roll back the flange to get proper insertion; do | | | | |
| 72:03 | you recall that? | | | | |
| 72:06 - 72:06 | Gates, Kathy (2020-05-29) 0:00 | Re: [72:06 to 72:06] | Re: [72:06 to 72:06] | Re: [71:14 to 72:06] | SUSTAINED |
| 72:06 | A. Yes. | **Pltf Obj** 602, 611, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on | SUSTAINED | **Pltf Obj** 602, 611, 403 | |
| 73:25 - 75:19 | Gates, Kathy (2020-05-29) 2:41 | | Re: [73:25 to 75:19] | Re: [73:25 to 75:19] | OVERRULED |
| 73:25 | (Whereupon, the following video clip | | | | |

| | | | | |
|---|---|---|---|---|
| 74:01 | was played from the deposition | credibility of another witness **Pltf Obj** delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | OVERRULED | **Pltf Obj** 602, 611, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness |
| 74:02 | testimony of Lt. Col. John Merkley, | | | |
| 74:03 | February 26, 2020.) | | Re: [75:03 to 75:19] | |
| 74:04 | Q. "(BY MR. WASDIN:)  You mentioned that | | OVERRULED | |
| 74:05 | in your conversations with Doug Ohlin regarding | | | |
| 74:06 | instructions that you discussed the wallet card | | | |
| 74:07 | with him on those occasions, did I remember that? | **Re: [75:03 to 75:19]** | | |
| 74:08 | A. Right. | **Pltf Obj** 802, MIL G5 | | |
| 74:09 | Q. Okay. | | | |
| 74:10 | A. Now, I -- I want to make it clear, | | | |
| 74:11 | this -- these wasn't necessarily one-on-one | | | |
| 74:12 | discussions, but discussions at a -- at a meeting | | | |
| 74:13 | with a group. | | | |
| 74:14 | Q. Okay.  Who were the people that were | | | |
| 74:15 | in the group? | | | |
| 74:16 | A. It would have been military | | | |
| 74:17 | audiologists. | | | |
| 74:18 | Q. Like yourself that were the head of | | | |
| 74:19 | some program -- | | | |
| 74:20 | A. Um-hum. | | | |
| 74:21 | Q. -- at a different installation? | | | |
| 74:22 | A. Right. | | | |
| 74:23 | Q. Okay.  If you look at the wallet | | | |
| 74:24 | card, beside the pictures, there is an image on the | | | |
| 74:25 | right of the plug with the flange folded back on | | | |
| 75:01 | the opposite end? | | | |
| 75:02 | A. Correct. | | | |
| 75:03 | Q. Did you ever discuss whether or not | | | |
| 75:04 | to fold the flanges back on the opposite end of the | | | |
| 75:05 | plug with Doug Ohlin? | | | |
| 75:06 | A. I remember Doug Ohlin giving us | | | |
| 75:07 | instruction on how to fit the earplug. | | | |
| 75:08 | Q. What did he say? | | | |
| 75:09 | A. And he -- he said if you have -- | | | |
| 75:10 | well, I don't remember his exact words, but I | | | |
| 75:11 | remember, you know, if you needed to, you could | | | |
| 75:12 | fold back the flange on the earplug to get a good | | | |
| 75:13 | fit. | | | |
| 75:14 | Q. And so, Doug Ohlin was telling the | | | |
| 75:15 | program managers at the various installations in | | | |
| 75:16 | the country that if they needed to fold back the | | | |
| 75:17 | flanges on one side of the plug, they could do so | | | |
| 75:18 | to get a good fit? | | | |
| 75:19 | A. Yes." | | | |
| | | | | |
| 75:22 - 75:24 | Gates, Kathy (2020-05-29)                    0:05 | | | |
| 75:22 | Q. (BY MR. MORRISS:)  And is this the | **Re: [75:22 to 75:24]** | Re: [75:22 to 75:24] | **Re: [75:22 to 75:24]** |
| 75:23 | testimony that you had read earlier, Col. Gates? | **Pltf Obj** 602, 611, 403 (undue | SUSTAINED | **Pltf Obj** FRE 602, 611, 403 |

| | | | | | |
|---|---|---|---|---|---|
| 75:24 | A. Yes. | | delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness, prohibited by Touhy calls for speculation | | |
| 76:23 - 77:05 | Gates, Kathy (2020-05-29) | 0:18 | | Re: [76:23 to 77:05] | Re: [76:23 to 77:05] |
| 76:23 | Q. Would Lt. Merkley have been in the | | | SUSTAINED | Pltf Obj 602, 611, 403 (undue |
| 76:24 | early 2000 time frame someone knowledgeable about | | Re: [76:23 to 77:05] | | delay, waste of time, needless |
| 76:25 | information concerning hearing protection devices | | Pltf Obj 602, 611, 403 (undue | | presentation of cumulative |
| 77:01 | and how to properly insert them? | | delay, waste of time, needless | | evidence), improper comment on |
| 77:02 | A. Sure, yes. | | presentation of cumulative | | credibility of another |
| 77:03 | Q. And you have no reason to doubt the | | evidence), improper comment on | | witness, prohibited by Touhy, |
| 77:04 | testimony that he has given in this case; is that | | credibility of another | | calls for speculation |
| 77:05 | true? | | witness, prohibited by Touhy, | | |
| | | | calls for speculation | | Re: [77:03 to 77:07] |
| | | | | | Pltf Obj 602, 611, 403 (undue |
| | | | | | delay, waste of time, needless |
| | | | | | presentation of cumulative |
| | | | | | evidence), improper comment on |
| | | | | | credibility of another |
| | | | | | witness, prohibited by Touhy, |
| | | | | | calls for speculation |
| 77:07 - 77:07 | Gates, Kathy (2020-05-29) | 0:00 | Re: [77:07 to 77:07] | Re: [77:07 to 77:07] | Re: [77:03 to 77:07] |
| 77:07 | A. That's true. | | Pltf Obj 602, 611, 403 (undue | SUSTAINED | Pltf Obj 602, 611, 403 (undue |
| | | | delay, waste of time, needless | | delay, waste of time, needless |
| | | | presentation of cumulative | | presentation of cumulative |
| | | | evidence), improper comment on | | evidence), improper comment on |
| | | | credibility of another | | credibility of another |
| | | | witness, prohibited by Touhy, | | witness, prohibited by Touhy, |
| | | | calls for speculation | | calls for speculation |
| 77:13 - 78:06 | Gates, Kathy (2020-05-29) | 1:52 | | | |
| 77:13 | Q. Do you know Eric Fallon? | | Re: [77:13 to 78:19] | Re: [77:13 to 78:19] | |
| 77:14 | A. I do. | | Pltf Obj 402, 602, 403 (undue | OVERRULED | |
| 77:15 | Q. Was Eric Fallon someone who at | | delay, waste of time, needless | | |
| 77:16 | various points in time would have had | | presentation of cumulative | | |
| 77:17 | responsibility for providing training about hearing | | evidence), improper comment on | | |
| 77:18 | protection devices? | | credibility of another | | |
| 77:19 | A. Yes. | | witness, calls for speculation | | |
| 77:20 | Q. Do you know what time frame he would | | | | |
| 77:21 | have been involved in that role, where he would | | | | |
| 77:22 | have been making presentations on how to fit a | | | | |
| 77:23 | hearing protection device? | | | | |
| 77:24 | A. When he was at CHPPM in, I think, | | | | |
| 77:25 | 2004 or '5 time frame. | | | | |
| 78:01 | Q. And would you defer to him about what | | | | |
| 78:02 | materials in that time frame would have been used | | | | |
| 78:03 | to train audiologists and others about how to fit | | | | |

The SUSTAINED entries appear highlighted in yellow in the rightmost column for rows [76:23 to 77:05], [77:03 to 77:07], and [77:03 to 77:07].

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78:04 | the Combat Arms Version 2 plug? | | | | | | |
| 78:05 | A. Yes.  That was his lane of | | | | | | |
| 78:06 | responsibility at CHPPM. | | | | | | |
| | | | | | | | |
| 78:07 - 78:19 | Gates, Kathy (2020-05-29) | 1:32 | | | | | |
| 78:07 | Q. And he worked for you at some point | | **Re: [77:13 to 78:19]** | **Re: [77:13 to 78:19]** | **Re: [78:17 to 78:19]** | **OVERRULED** |
| 78:08 | in time; did he not? | | **Pltf Obj** 402, 602, 403 (undue | OVERRULED | **Pltf Obj** 402, 602, 403 (undue | |
| 78:09 | A. He was kind of a special projects | | delay, waste of time, needless | | delay, waste of time, needless | |
| 78:10 | officer and worked with me.  But I was never in his | | presentation of cumulative | | presentation of cumulative | |
| 78:11 | rating chain or anything. | | evidence), improper comment on | | evidence), improper comment on | |
| 78:12 | Q. But you had -- | | credibility of another | | credibility of another | |
| 78:13 | A. Yes. | | witness, calls for speculation | | witness, calls for speculation | |
| 78:14 | Q. You had significant interaction with | | | | | |
| 78:15 | him at various points in time? | | | | | |
| 78:16 | A. Yes. | | | | | |
| 78:17 | Q. Found him to be reliable and | | | | | |
| 78:18 | dependable? | | | | | |
| 78:19 | A. Yes. | | | | | |
| | | | | | | | |
| 79:02 - 79:08 | Gates, Kathy (2020-05-29) | 0:21 | | | | | |
| 79:02 | Q. Is it fair to say that earplugs | | | | **Re: [79:02 to 79:08]** | **OVERRULED** |
| 79:03 | loosen during normal activities? | | | | **Pltf Obj** Vague; FRE 701 | |
| 79:04 | A. Yes. | | | | | |
| 79:05 | Q. And is it fair to say that | | | | | |
| 79:06 | preformed -- all preformed earplugs can loosen from | | | | | |
| 79:07 | chewing or walking or any sort of activity at all? | | | | | |
| 79:08 | A. Yes, that is correct. | | | | | |
| | | | | | | | |
| 80:16 - 81:09 | Gates, Kathy (2020-05-29) | 1:58 | | | | | |
| 80:16 | Q. (BY MR. MORRISS:)  So Exhibit 3 is | | | | | |
| 80:17 | the Department of Defense Instruction that would | | | | | |
| 80:18 | guide military branches on their hearing | | | | | |
| 80:19 | conservation programs, correct? | | | | | |
| 80:20 | A. Right.  What I -- what I am seeing | | | | | |
| 80:21 | right now is Exhibit 6 [sic].  I am seeing -- I see | | | | | |
| 80:22 | here "Earplugs:  General Information." | | | | | |
| 80:23 | MR. MORRISS:  So go to the front page | | | | | |
| 80:24 | of this document first, Will. | | | | | |
| 80:25 | Q. (BY MR. MORRISS:)  Okay.  So this is | | | | | |
| 81:01 | Exhibit Number 3.  And it is the Department of | | | | | |
| 81:02 | Defense Instruction, correct? | | | | | |
| 81:03 | A. Yes. | | | | | |
| 81:04 | Q. And this is what we talked about | | | | | |
| 81:05 | earlier, right? | | | | | |
| 81:06 | A. Right. | | | | | |
| 81:07 | Q. If you will turn over in that | | | | | |
| 81:08 | document to Page 25, it has something called "E6. | | | | | |
| 81:09 | Enclosure 6"; is that correct? | | | | | |

81:10 - 82:07   Gates, Kathy (2020-05-29)                                      1:08
  81:10   A. I -- I just don't recall seeing that
  81:11   in the DoDI, but I --
  81:12   Q. And if you actually look at the top
  81:13   right-hand corner of that very document, it says,
  81:14   "DoDI 6055.2, April 12, '96" [sic]?
  81:15   A. Okay.
  81:16   Q. Okay.  So this is in the -- this is
  81:17   in the Department of Defense document, correct?
  81:18   A. Yes.
  81:19   Q. Okay.  And I don't think this is
  81:20   controversial.  The DoD points out in Item Number 3
  81:21   that earplugs tend to work loose as a result of
  81:22   talking and even just chewing gum and must be
  81:23   reseated, correct?
  81:24   A. That's correct, yes.
  81:25   Q. That is consistent with the Army
  82:01   hearing conservation's own program as it relates to
  82:02   all earplugs, including premolded plugs?
  82:03   A. Yes.
  82:04   Q. And it would be consistent with your
  82:05   personal understanding of how hearing protection
  82:06   devices work?
  82:07   A. Yes.

82:15 - 83:02   Gates, Kathy (2020-05-29)                                      1:35
  82:15   Q. (BY MR. MORRISS:)  Well, let me
  82:16   rephrase it.  Have you instructed soldiers on how
  82:17   to tell when a plug is loose and it has got to be
  82:18   reseated?
  82:19   A. Yes.  Yes.
  82:20   Q. And this is -- things you would tell
  82:21   them is that you can hear more once the seal
  82:22   breaks?
  82:23   A. Yes.
  82:24   Q. And so one of the cues is just the
  82:25   noise is either existent or louder than if the seal
  83:01   is properly inserted and is working?
  83:02   A. That's correct, yes.

83:03 - 84:05   Gates, Kathy (2020-05-29)                                      2:33
  83:03   Q. Did you personally use the Combat
  83:04   Arms Version 2?
  83:05   A. I don't -- I believe I used the first
  83:06   version of the dual-ended plug.  I don't recall
  83:07   using the -- the -- the second version.
  83:08   Q. So that -- so let's talk about that a

| | | |
|---|---|---|
| 83:09 | little bit.  So do you recall there being more than | |
| 83:10 | one version of the dual-ended plug? | |
| 83:11 | A. I do. | |
| 83:12 | Q. Actually -- pardon? | |
| 83:13 | A. Yes, I do recall there were two | |
| 83:14 | versions of the dual-ended plug. | |
| 83:15 | Q. Do you recall the first version, | |
| 83:16 | whether it was actually distributed to the | |
| 83:17 | military? | |
| 83:18 | A. Yes. | |
| 83:19 | Q. Okay.  And what was different between | |
| 83:20 | the first version and the second version, as you | |
| 83:21 | recall? | |
| 83:22 | A. As I recall, based on feedback from | |
| 83:23 | soldiers using the earplug, they were having a | |
| 83:24 | difficult time using the earplug with their Kevlar. | |
| 83:25 | And so I believe the earplug was modified to allow | |
| 84:01 | them to have more comfort when using the Combat | |
| 84:02 | Arms earplug when wearing Kevlar. | |
| 84:03 | Q. And you think you used the version of | |
| 84:04 | the plug before it was shortened? | |
| 84:05 | A. Yes. | |

| | | |
|---|---|---|
| 84:11 - 85:01 | Gates, Kathy (2020-05-29) | 1:11 |
| 84:11 | Q. (BY MR. MORRISS:)  So you just tell | |
| 84:12 | me sort of what you recall about the Combat Arms | |
| 84:13 | Version 2 plug -- excuse me.  Let me strike that. | |
| 84:14 | When do you recall the first version | |
| 84:15 | of the dual-ended plug coming out? | |
| 84:16 | A. It was -- gosh, it was part of a DoD | |
| 84:17 | Hearing Conservation Working Group meeting, and the | |
| 84:18 | plug was introduced to the working group members. | |
| 84:19 | And we were all given a pair of the Combat Arms | |
| 84:20 | Earplugs, the dual-ended earplug.  And I had an | |
| 84:21 | opportunity to experiment with that earplug. | |
| 84:22 | Q. And do you recall how long after that | |
| 84:23 | that the plug was shortened and the Version 2 came | |
| 84:24 | out? | |
| 84:25 | A. I -- I think it was shortly after | |
| 85:01 | that, based on feedback from the field. | |

| | | |
|---|---|---|
| 85:07 - 85:11 | Gates, Kathy (2020-05-29) | 0:09 |
| 85:07 | Q. Do you recall after leaving the | |
| 85:08 | working group that you had an occasion to use the | |
| 85:09 | Combat Arms Earplug, either first version or second | |
| 85:10 | version? | |
| 85:11 | A. No. | |

| | | | | | |
|---|---|---|---|---|---|
| 85:12 - 86:05 | Gates, Kathy (2020-05-29) | 1:59 | | | |
| 85:12 | Q. Do you recall any communications with | | **Re: [85:12 to 85:20]** | Re: [85:12 to 85:20] | **Re: [85:12 to 86:24]** | **SUSTAINED** |
| 85:13 | Doug Ohlin about whether or not you could wear the | | **Pltf Obj** 402, 802, compound, | SUSTAINED | **Pltf Obj** 402, 403, MIL G7 (lay |
| 85:14 | plug and whether it worked for you? | | MIL G3 (argument that gov't | | opinion on the efficacy of |
| 85:15 | A. I don't recall any conversations.  I | | had responsibility for | **Re: [85:21 to 86:24]** | CAEv2) |
| 85:16 | do recall that -- reading an email in the book that | | design/label), MIL G7 (lay | SUSTAINED - 402, 403 |
| 85:17 | he sent me the newer version of the Combat Arms | | opinion on the efficacy of | |
| 85:18 | Earplug because he had me confused with someone | | CAEv2) | **Re: [86:01 to 86:24]** |
| 85:19 | else.  Because I had never had problems with the | | | SUSTAINED |
| 85:20 | earplug, inserting the earplug, but yes. | | **Re: [85:21 to 86:24]** | |
| 85:21 | Q. So the version of the plug that you | | **Pltf Obj** 402, 403, MIL G7 (lay | |
| 85:22 | used in whatever time frame, did it work for you? | | opinion on the efficacy of | |
| 85:23 | A. It did. | | CAEv2) | |
| 85:24 | Q. Did you use both ends of the plug? | | | |
| 85:25 | A. Yes. | | **Re: [86:01 to 86:24]** | |
| 86:01 | Q. Did it fit properly for you? | | **Pltf Obj** 702 | |
| 86:02 | A. Yes, it did. | | | |
| 86:03 | Q. Did you need to roll back the flange | | | |
| 86:04 | in order for the plug to fit for you? | | | |
| 86:05 | A. No, I did not. | | | |
| | | | | | |
| 86:06 - 86:09 | Gates, Kathy (2020-05-29) | 0:14 | | | |
| 86:06 | Q. Did you use the plug in a noise | | **Re: [85:21 to 86:24]** | Re: [85:21 to 86:24] | **Re: [85:12 to 86:24]** | **SUSTAINED** |
| 86:07 | environment so that you could tell whether it was | | **Pltf Obj** 402, 403, MIL G7 (lay | SUSTAINED - 402, 403 | **Pltf Obj** 402, 403, MIL G7 (lay |
| 86:08 | attenuating noise or working? | | opinion on the efficacy of | | opinion on the efficacy of |
| 86:09 | A. Yes, I did it at a weapons range. | | CAEv2) | **Re: [86:01 to 86:24]** | CAEv2) |
| | | | | SUSTAINED | |
| 86:08 - 86:13 | Gates, Kathy (2020-05-29) | 0:20 | **Re: [86:01 to 86:24]** | Re: [85:21 to 86:24] | **Re: [85:12 to 86:24]** | **SUSTAINED** |
| 86:08 | attenuating noise or working? | | **Pltf Obj** 702**Re: [85:21 to 86:24]** | SUSTAINED - 402, 403 | **Pltf Obj** 402, 403, MIL G7 (lay |
| 86:09 | A. Yes, I did it at a weapons range. | | **Pltf Obj** 402, 403, MIL G7 (lay | | opinion on the efficacy of |
| 86:10 | Q. And do you recall on how many | | opinion on the efficacy of | **Re: [86:01 to 86:24]** | CAEv2) |
| 86:11 | different occasions you utilized the plug in a | | CAEv2) | SUSTAINED | |
| 86:12 | setting where there was noise? | | | | |
| 86:13 | A. Maybe a couple times. | | **Re: [86:01 to 86:24]** | | |
| | | | **Pltf Obj** 702 | | |
| | | | | | |
| 86:14 - 86:24 | Gates, Kathy (2020-05-29) | 1:34 | | | |
| 86:14 | Q. And at least on each of the occasions | | **Re: [85:21 to 86:24]** | Re: [85:21 to 86:24] | **Re: [85:12 to 86:24]** | **SUSTAINED** |
| 86:15 | that you used the plug in a noisy environment, it | | **Pltf Obj** 402, 403, MIL G7 (lay | SUSTAINED - 402, 403 | **Pltf Obj** 402, 403, MIL G7 (lay |
| 86:16 | both fit -- | | opinion on the efficacy of | | opinion on the efficacy of |
| 86:17 | A. I missed the last word you said. | | CAEv2) | **Re: [86:01 to 86:24]** | CAEv2) |
| 86:18 | Q. Sure.  On the two occasions that you | | | SUSTAINED | |
| 86:19 | used the plug, on both of those occasions, the | | **Re: [86:01 to 86:24]** | | |
| 86:20 | plug -- you were able to get a good fit? | | **Pltf Obj** 702 | | |
| 86:21 | A. Yes, I was. | | | | |
| 86:22 | Q. And the plug worked on both occasion | | | | |
| 86:23 | at attenuating noise for you? | | | | |
| 86:24 | A. Yes, it did. | | | | |

| Time / Line | Testimony | Dur. | Objection | Ruling | Objection | Ruling |
|---|---|---|---|---|---|---|
| 87:13 - 87:17 | **Gates, Kathy (2020-05-29)** | 0:20 | Re: [87:13 to 88:02] Pltf Obj 402, 403 (more prejudicial than probative), 802, lacks foundation | Re: [87:13 to 88:02] SUSTAINED | Re: [87:13 to 88:02] Pltf Obj 402, 403 (more prejudicial than probative), 802, lacks foundation | SUSTAINED |
| 87:13 | Q. During your tenure, did you ever | | | | | |
| 87:14 | collect information about whether the Combat Arms | | | | | |
| 87:15 | Earplugs were working in the field? | | | | | |
| 87:16 | A. Yes, I did. | | | | | |
| 87:17 | Q. And tell me about it. | | | | | |
| 87:18 - 88:02 | **Gates, Kathy (2020-05-29)** | 1:37 | Re: [87:13 to 88:02] Pltf Obj 402, 403 (more prejudicial than probative), 802, lacks foundation | Re: [87:13 to 88:02] SUSTAINED | Re: [87:13 to 88:02] Pltf Obj 402, 403 (more prejudicial than probative), 802, lacks foundation | SUSTAINED |
| 87:18 | A. I -- it was -- it was around 2005, | | | | | |
| 87:19 | maybe. I was at the Surgeon General's Office and | | | | | |
| 87:20 | was trying to gather feedback from the field about | | | | | |
| 87:21 | success stories regarding the wear of the Combat | | | | | |
| 87:22 | Arms Earplug. | | | | | |
| 87:23 | And I do recall getting information | | | | | |
| 87:24 | from Fort Polk and DePakaris's response and also | | | | | |
| 87:25 | Capt. Jillyen Curry in Fort Stewart. And they had | | | | | |
| 88:01 | positive feedback. They conducted surveys and | | | | | |
| 88:02 | shared that information with me. | | | | | |
| 88:03 - 88:11 | **Gates, Kathy (2020-05-29)** | 0:25 | | | | |
| 88:03 | Q. And was the positive feedback | | | | | |
| 88:04 | specific to the Combat earplug Version 2 dual-ended | | | | | |
| 88:05 | plug? | | | | | |
| 88:06 | A. That I do not know. I am not -- I am | | | | | |
| 88:07 | not certain. | | | | | |
| 88:08 | Q. Do you know which plugs the various | | | | | |
| 88:09 | installations were using that were responding to | | | | | |
| 88:10 | your inquiries? | | | | | |
| 88:11 | A. I don't. I'm sorry. I don't recall. | | | | | |
| 89:17 - 89:23 | **Gates, Kathy (2020-05-29)** | 1:34 | | | | |
| 89:17 | Q. Can you tell whether that is -- which | | | | | |
| 89:18 | version of the Combat Arms Earplug that pertains | | | | | |
| 89:19 | to? | | | | | |
| 89:20 | A. I can't tell. It is dated 2006, so I | | | | | |
| 89:21 | guess it -- depending on what version was available | | | | | |
| 89:22 | at that time. I don't recall if it were the Combat | | | | | |
| 89:23 | Version 2 or not. | | | | | |
| 89:24 - 90:04 | **Gates, Kathy (2020-05-29)** | 0:18 | Re: [89:24 to 91:05] Pltf Obj 402, 403 (more prejudicial than probative), 802, lacks foundation | Re: [89:24 to 91:05] SUSTAINED | Re: [89:24 to 91:05] Pltf Obj 402, 403 (more prejudicial than probative), 802, lacks foundation | SUSTAINED |
| 89:24 | Q. So the general feedback that you got | | | | | |
| 89:25 | was favorable, but you don't at this point know one | | | | | |
| 90:01 | way or the other whether it was specific to Version | | | | | |
| 90:02 | 2 or some of the other versions of the plug? | | | | | |
| 90:03 | A. That is correct. I believe it was | | | | | |
| 90:04 | the dual-ended earplug, though. | | | | | |

| | | | | |
|---|---|---|---|---|
| 90:05 - 91:05 | Gates, Kathy (2020-05-29) | 1:16 | | |
| 90:05 | Q. Pardon? | | Re: [89:24 to 91:05] | Re: [89:24 to 91:05] | Re: [89:24 to 91:05] | SUSTAINED |
| 90:06 | A. I do believe that it was the | | Pltf Obj 402, 403 (more | SUSTAINED | Pltf Obj 402, 403 (more | |
| 90:07 | dual-ended earplug. | | prejudicial than probative), | | prejudicial than probative), | |
| 90:08 | Q. Okay.  So let's -- let me back up and | | 802, lacks foundation | | 802, lacks foundation | |
| 90:09 | make sure I understand.  So you collected survey | | | | | |
| 90:10 | information from various military sources; is that | | | | | |
| 90:11 | correct? | | | | | |
| 90:12 | A. Yes. | | | | | |
| 90:13 | Q. And the information you received back | | | | | |
| 90:14 | from the field was favorable as it relates to the | | | | | |
| 90:15 | Combat Arms Earplug, true? | | | | | |
| 90:16 | A. That's correct, yes. | | | | | |
| 90:17 | Q. And you believe that the -- this | | | | | |
| 90:18 | information was dated somewhere in the 2006 time | | | | | |
| 90:19 | frame? | | | | | |
| 90:20 | A. Yes, that is correct. | | | | | |
| 90:21 | Q. And you are certain that it was the | | | | | |
| 90:22 | dual-ended plug? | | | | | |
| 90:23 | A. I believe so, yes. | | | | | |
| 90:24 | Q. At least the information that you | | | | | |
| 90:25 | received in 2006 about the military's use of the | | | | | |
| 91:01 | Combat Arms Version 2 dual-ended plug was | | | | | |
| 91:02 | favorable, in that it was -- at least the reports | | | | | |
| 91:03 | were that it was working? | | | | | |
| 91:04 | A. According to the survey information, | | | | | |
| 91:05 | yes. | | | | | |
| | | | | | |
| 91:22 - 92:18 | Gates, Kathy (2020-05-29) | 2:30 | | |
| 91:22 | Q. If you will go to Tab 39, which I | | | | Re: [91:22 to 92:18] | SUSTAINED |
| 91:23 | think is Exhibit 4.  And this is the Hearing | | | | Pltf Obj FRE 403 602 611 | |
| 91:24 | Conservation Program of December 1998, correct? | | | | | |
| 91:25 | A. Yes, that is correct. | | | | | |
| 92:01 | Q. If you will go to the Section 6.2(d). | | | | | |
| 92:02 | And there's a section that says, "Combat scenarios. | | | | | |
| 92:03 | In combat, soldiers."  Do you see that? | | | | | |
| 92:04 | A. Yes, I do see that. | | | | | |
| 92:05 | Q. And if you go over to the next | | | | | |
| 92:06 | column, Number 2, it says, "Should not wear hearing | | | | | |
| 92:07 | protectors when they impair necessary hearing, for | | | | | |
| 92:08 | example, with dismounted infantry operations."  See | | | | | |
| 92:09 | that? | | | | | |
| 92:10 | A. I see that, yes. | | | | | |
| 92:11 | Q. So the Army's regulation in its | | | | | |
| 92:12 | Hearing Conservation Program in '98 and up through | | | | | |
| 92:13 | 2015 said if a soldier believed using a hearing | | | | | |
| 92:14 | protection device would impair their ability to | | | | | |
| 92:15 | hear in combat settings, they were not to wear | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 92:16 | protection, correct? | | | | |
| 92:17 | A. That is what is in the regulation, in | | | | |
| 92:18 | the DA PAM. | | | | |

| 92:19 - 92:22 | Gates, Kathy (2020-05-29) | 0:12 |
|---|---|---|
| 92:19 | Q. And was it your experience that, in | |
| 92:20 | fact, combat soldiers were reluctant to wear | |
| 92:21 | hearing protection devices in situations where they | |
| 92:22 | needed to hear commands in combat settings? | |

| 93:02 - 93:04 | Gates, Kathy (2020-05-29) | 0:19 |
|---|---|---|
| 93:02 | A. Anecdotal information from the field, | |
| 93:03 | with the Combat Arms Earplug, soldiers would wear | |
| 93:04 | the earplug and -- in the operational settings. | |

| 93:18 - 94:11 | Gates, Kathy (2020-05-29) | 1:13 |
|---|---|---|
| 93:18 | Q. Okay.  But my question is a little | |
| 93:19 | different.  For the -- for the general infantryman | |
| 93:20 | or -woman who was in the field, was there sort of | |
| 93:21 | an earplug that was commonly distributed that would | |
| 93:22 | provide protection from impulse noise but allow the | |
| 93:23 | soldier to hear commands and low-level sounds? | |
| 93:24 | A. Not that I am aware of. | |
| 93:25 | Q. So at least in that '96, '97, '98 | |
| 94:01 | time frame, a soldier in combat would have the | |
| 94:02 | choice of either wearing hearing protection that | |
| 94:03 | would impair communication and ability to hear | |
| 94:04 | orders and things of that nature or not have | |
| 94:05 | protection at all? | |
| 94:06 | A. Yes. | |
| 94:07 | Q. Is that one of the reasons that the | |
| 94:08 | DoD working group began looking at the potential of | |
| 94:09 | developing what is called a nonlinear plug? | |
| 94:10 | A. Something, yes, for the dismounted | |
| 94:11 | operations for soldiers and Marines. | |

| 116:12 - 117:13 | Gates, Kathy (2020-05-29) | 2:34 | Re: [116:21 to 117:13] | Re: [116:21 to 117:13] | Re: [116:21 to 117:13] | SUSTAINED |
|---|---|---|---|---|---|---|
| 116:12 | Q. Do you remember at some point | | Pltf Obj 602, 611, 802, MIL G3 | SUSTAINED | Pltf Obj 602, 611, 802, MIL | |
| 116:13 | receiving production samples, the first production | | (argument that gov't had | | G3, MIL G5, Foundation | |
| 116:14 | samples of the Combat Arms dual-ended plug? | | responsibility for | | | |
| 116:15 | A. I do.  I -- I -- I believe they were | | design/label), MIL G5 | | | |
| 116:16 | handed out during a working group meeting to the | | (attributing personal gov't | | | |
| 116:17 | members. | | agent position to gov't), | | | |
| 116:18 | Q. Is that the first version of the plug | | foundation | | | |
| 116:19 | that you would have used? | | | | | |
| 116:20 | A. Yes, that is correct. | | | | | |
| 116:21 | Q. And then, do you recall at some point | | | | | |
| 116:22 | after the samples were handed out, that there was a | | | | | |

| | | | | |
|---|---|---|---|---|
| 116:23 | discussion with Ohlin and others about | | | |
| 116:24 | modifications that needed to be made to the plug? | | | |
| 116:25 | A. I wasn't directly involved with those | | | |
| 117:01 | conversations, no. | | | |
| 117:02 | Q. I just want to make sure I understand | | | |
| 117:03 | the answer.  So, whether you were involved, do you | | | |
| 117:04 | recall being present when Ohlin or anyone else | | | |
| 117:05 | discussed changes that they wanted to see made to | | | |
| 117:06 | the plug? | | | |
| 117:07 | A. I do recall conversations based on | | | |
| 117:08 | feedback from soldiers about the issue regarding | | | |
| 117:09 | the insertion of the Combat Arms dual plug while | | | |
| 117:10 | wearing the Kevlar.  And I do recall discussions | | | |
| 117:11 | about trying to shorten it so that it would fit | | | |
| 117:12 | better in -- under the Kevlar and in the earplug | | | |
| 117:13 | case. | | | |
| | | | | |
| 117:20 - 120:01 Gates, Kathy (2020-05-29) | 4:34 | | | |
| 117:20 | Q. Let me show you -- let's go to Tab | **Re: [117:20 to 120:01]** | Re: [117:20 to 120:01] | **Re: [117:20 to 120:01]** | **SUSTAINED** |
| 117:21 | 44, which I think is Exhibit 13. | **Pltf Obj** 802, 602, 611, | SUSTAINED - 802 in | **Pltf Obj** 602, 611, 802, MIL | |
| 117:22 | (Exhibit 13 was marked for | foundation, 403, MIL G3 | part | G3, MIL G5, Foundation | |
| 117:23 | identification.) | (argument that gov't had | | | |
| 117:24 | A. Okay.  Yes, I see it. | responsibility for | | | |
| 117:25 | Q. (BY MR. MORRISS:)  The second page, | design/label), MIL G5 | | | |
| 118:01 | which is an email from -- | (attributing personal gov't | | | |
| 118:02 | A. Oh, okay. | agent position to gov't) | | | |
| 118:03 | Q. -- Doug Ohlin.  And do you know Wayne | | | | |
| 118:04 | Loyborg? | | | | |
| 118:05 | A. He is an audiologist, yes. | | | | |
| 118:06 | Q. Is he a military audiologist? | | | | |
| 118:07 | A. I believe he is civilian.  Yes, | | | | |
| 118:08 | civilian audiologist working over in Europe. | | | | |
| 118:09 | Q. But for the military? | | | | |
| 118:10 | A. Can you repeat that? | | | | |
| 118:11 | Q. Sure.  He was a civilian audiologist, | | | | |
| 118:12 | but was he working for the military? | | | | |
| 118:13 | A. Yes, that is correct. | | | | |
| 118:14 | Q. And then how about Lt. David | | | | |
| 118:15 | Chandler, Lt. Col. David Chandler? | | | | |
| 118:16 | A. Yes, I know him very well. | | | | |
| 118:17 | Q. Who is he? | | | | |
| 118:18 | A. He -- he is a retired Army | | | | |
| 118:19 | audiologist.  And I worked for him when I served as | | | | |
| 118:20 | the deputy director at Walter Reed.  He was my | | | | |
| 118:21 | boss.  He was the director at Walter Reed.  And | | | | |
| 118:22 | prior to taking over the position as audiology | | | | |
| 118:23 | consultant to the surgeon general, he filled that | | | | |
| 118:24 | position before me. | | | | |

| | | |
|---|---|---|
| 118:25 | Q. So Ohlin just makes the statement | |
| 119:01 | that he took the liberty in cutting down the | |
| 119:02 | samples and sending them under separate cover.  Do | |
| 119:03 | you have a recollection looking at this?  Does it | |
| 119:04 | refresh your recollection that Dr. Ohlin physically | |
| 119:05 | cut down any of these samples that were received? | |
| 119:06 | A. Again, I may have overheard something | |
| 119:07 | to that fact, but I -- based on office | |
| 119:08 | conversations, maybe.  But I wasn't part of that | |
| 119:09 | effort. | |
| 119:10 | Q. But you don't remember seeing him | |
| 119:11 | physically cut the plug down, put it back together? | |
| 119:12 | A. No. | |
| 119:13 | Q. That was just something outside your | |
| 119:14 | particular area of interest and expertise? | |
| 119:15 | A. Yes, that is correct. | |
| 119:16 | Q. After sort of this proclamation by | |
| 119:17 | Ohlin that the plug was too long, do you recall | |
| 119:18 | receiving shortly after that samples that had been | |
| 119:19 | modified by the manufacturer that met Ohlin's | |
| 119:20 | requirements? | |
| 119:21 | A. I don't recall receiving them, but I | |
| 119:22 | do know that they were, you know, re -- reproduced | |
| 119:23 | or re -- you know, redone to make them a little bit | |
| 119:24 | shorter so they would fit in the earplug case and | |
| 119:25 | under the Kevlar.  So I probably did receive the | |
| 120:01 | revised -- the revision of the earplug. | |

**120:05 - 120:19**   Gates, Kathy (2020-05-29)     1:00

| | | | | |
|---|---|---|---|---|
| 120:05 | Q. Okay.  Look at the page on Exhibit | Re: [120:05 to 120:19] | Re: [120:05 to 120:19] | Re: [120:05 to 120:19] | SUSTAINED |
| 120:06 | 13 -- so the email we were originally looking at | **Pltf Obj** 802, 602, 611, | SUSTAINED | **Pltf Obj** 602, 611, 802, MIL | |
| 120:07 | was dated April 13th, '99.  If you go to the next | foundation, 403, MIL G3 | | G3, MIL G5, Foundation | |
| 120:08 | page, there's an email dated May 12th, 1999, so a | (argument that gov't had | | | |
| 120:09 | couple of months later.  Dr. Ohlin reports that | responsibility for | | | |
| 120:10 | "the manufacturer, Aearo, got back to us with | design/label), MIL G5 | | | |
| 120:11 | acceptable production samples."  Does your | (attributing personal gov't | | | |
| 120:12 | recollection sort of match that, that within a | agent position to gov't) | | | |
| 120:13 | couple of months of the first samples coming in, or | | | | |
| 120:14 | at least a couple of months of when Dr. Ohlin | | | | |
| 120:15 | reported that they were too long, that samples came | | | | |
| 120:16 | in from the manufacturer that were acceptable to | | | | |
| 120:17 | him? | | | | |
| 120:18 | A. I recall that is possible, yes. | | | | |
| 120:19 | He was very involved with that project. | | | | |

**121:01 - 121:07**   Gates, Kathy (2020-05-29)     0:20

| | | | | |
|---|---|---|---|---|
| 121:01 | Q. Was Doug Ohlin from the | Re: [121:01 to 121:07] | Re: [121:01 to 121:07] | Re: [121:01 to 121:07] | OVERRULED |
| 121:02 | DoD working group side the person that took, sort | **Pltf Obj** 611, foundation, | OVERRULED | **Pltf Obj** 602, 611, 802, MIL | |

| Testimony | Pltf Obj | Ruling | Def Obj | Ruling |
|---|---|---|---|---|
| 121:03 of, the primary interest and focus in the<br>121:04 non-linear earplug?<br>121:05 A. I would say so, yes.  He was the<br>121:06 chair of the DoD Hearing Conservation Working<br>121:07 Group, so, yes. | calls for speculation, vague<br>(as to primary interest and<br>focus) | | G3, MIL G5, Foundation | |
| **125:19 - 126:03  Gates, Kathy (2020-05-29)**    0:29 | | | | |
| 125:19 Q. (BY MR. MORRISS:)  So Col. Gates, we<br>125:20 were talking about Exhibit 14.  And I'm not quite<br>125:21 sure where we cut off, but I had just asked you,<br>125:22 sort of, what role you were playing at this point<br>125:23 in March of 2005?<br>125:24 A. Oh, that is right.  Yes.  I was a<br>125:25 staff officer at the Proponency Office for<br>126:01 Preventive Medicine at the Surgeon General's<br>126:02 Office.  And I think that Dr. Ohlin cc'd me just to<br>126:03 keep me in the loop. | **Re: [125:19 to 126:03]**<br>**Pltf Obj** 802, 602, foundation,<br>403, calls for speculation | Re: [125:19 to 126:03]<br>OVERRULED | **Re: [125:19 to 126:03]**<br>**Pltf Obj** 802, 602, foundation,<br>403 | **OVERRULED** |
| **126:14 - 127:11  Gates, Kathy (2020-05-29)**    1:08 | | | | |
| 126:14 Q. (BY MR. MORRISS:)  So you think this<br>126:15 was just for informational purposes only in terms<br>126:16 of why you would have been copied on this?<br>126:17 A. Oh, yeah.  Uh-huh.  Because the<br>126:18 Proponency Office for Preventive Medicine was the<br>126:19 staff office that CHPPM would share information<br>126:20 with to get information through the Surgeon<br>126:21 General's Office and getting staff actions<br>126:22 developed and created.<br>126:23 Q. Did you play any substantive role in<br>126:24 the response about whether it would be appropriate<br>126:25 to make the statement that the Combat Arms Earplug<br>127:01 was evaluated and specified by the U.S. Armed<br>127:02 Forces?<br>127:03 A. No.  I -- I didn't.  Kind of outside<br>127:04 my area.<br>127:05 Q. You did not have a view about that<br>127:06 and it was outside your area of interest and<br>127:07 expertise?<br>127:08 A. Correct.<br>127:09 Q. It would have been in the area of<br>127:10 expertise of Doug Ohlin; is that correct?<br>127:11 A. Yes. | **Re: [126:14 to 128:16]**<br>**Pltf Obj** 802, 602, foundation,<br>403, calls for speculation | Re: [126:14 to 128:16]<br>SUSTAINED | **Re: [126:14 to 128:16]**<br>**Pltf Obj** 802, 602, foundation,<br>403 | **SUSTAINED** |
| **127:12 - 128:12  Gates, Kathy (2020-05-29)**    1:16 | | | | |
| 127:12 Q. And Mr. Ohlin responded that, in the<br>127:13 last sentence of that first paragraph, "Yes, I<br>127:14 think you can say the Combat Arms Earplug has," it<br>127:15 says "be," "evaluated and specified by the U.S. | **Re: [126:14 to 128:16]**<br>**Pltf Obj** 802, 602, foundation,<br>403, calls for speculation | Re: [126:14 to 128:16]<br>SUSTAINED | **Re: [126:14 to 128:16]**<br>**Pltf Obj** 802, 602, foundation,<br>403 | **SUSTAINED** |

| | | | | | |
|---|---|---|---|---|---|
| 127:16 | Armed Forces," correct? | | | | |
| 127:17 | A. I see that, yes. | | | | |
| 127:18 | Q. Mr. Ohlin's response to the question? | | | | |
| 127:19 | A. That is his response, yes. | | | | |
| 127:20 | Q. If you look at the very first | | | | |
| 127:21 | sentence in this exhibit, it says that "the Combat | | | | |
| 127:22 | Arms Earplug has been evaluated during blast | | | | |
| 127:23 | overpressure studies at White Sands Missile Range | | | | |
| 127:24 | and at the Army Research Lab at the Aberdeen | | | | |
| 127:25 | Proving Ground."  Do you know what studies Doug | | | | |
| 128:01 | Ohlin is referring to when he references | | | | |
| 128:02 | overpressure studies? | | | | |
| 128:03 | A. No, I don't. | | | | |
| 128:04 | Q. Do you know whether it is the | | | | |
| 128:05 | overpressure study that we discussed earlier that | | | | |
| 128:06 | was performed in 1995 by the military? | | | | |
| 128:07 | A. That is possible, yes. | | | | |
| 128:08 | Q. Any research that would have been | | | | |
| 128:09 | performed at the Army Research Lab at the Aberdeen | | | | |
| 128:10 | Proving Ground, that would have been a military | | | | |
| 128:11 | study, correct? | | | | |
| 128:12 | A. Yes, that is correct. | | | | |

| 128:13 - 128:16 | Gates, Kathy (2020-05-29) | 0:12 | | | | |
|---|---|---|---|---|---|---|
| 128:13 | Q. Doug Ohlin is saying that whatever | | **Re: [126:14 to 128:16]** | Re: [126:14 to 128:16] | **Re: [126:14 to 128:16]** | **SUSTAINED** |
| 128:14 | this study was that was done by the military, it | | **Pltf Obj** 802, 602, foundation, | SUSTAINED | **Pltf Obj** 802, 602, foundation, | |
| 128:15 | was an evaluation of the Combat Arms Earplug, | | 403, calls for speculation | | 403 | |
| 128:16 | correct? | | | **Re: [128:13 to 128:16]** | | |
| | | | **Re: [128:13 to 128:16]** | SUSTAINED | | |

| 128:18 - 129:24 | Gates, Kathy (2020-05-29) | 2:42 | **Pltf Obj** 602, 611, | | | |
|---|---|---|---|---|---|---|
| 128:18 | Q. (BY MR. MORRISS:)  Was Doug Ohlin a | | argumentative, calls for | | | |
| 128:19 | decision-maker in the DoD working group arena? | | speculation, incomplete | | | |
| 128:20 | A. Yes.  He was the chair of the working | | designation | | | |
| 128:21 | group. | | **Re: [129:09 to 129:24]** | Re: [129:09 to 129:24] | **Re: [129:09 to 129:24]** | **SUSTAINED** |
| 128:22 | Q. Do you know whether he was involved | | **Pltf Obj** 802, 602, foundation, | OVERRULED | **Pltf Obj** 802, 602, foundation, | |
| 128:23 | in other hearing protection devices besides the | | 403, calls for speculation | | 403 | |
| 128:24 | Combat Arms Earplug Version 2? | | | | | |
| 128:25 | A. The -- the future generations of the | | **Re: [129:09 to 129:20]** | Re: [129:09 to 129:20] | | |
| 129:01 | Combat Arms Earplugs, yes. | | **Pltf Obj** 402, 602, 611, calls | SUSTAINED | | |
| 129:02 | Q. All right, fair point.  Do you know | | for speculation, | | | |
| 129:03 | whether he was involved in the evaluation of | | argumentative, 403 (more | | | |
| 129:04 | earplugs other than the Combat Arms series? | | prejudicial than probative), | | | |
| 129:05 | A. In his role as the CHPPM Hearing | | improper comment on witness | | | |
| 129:06 | Conservation Program manager, he did get involved | | credibility | | | |
| 129:07 | in other aspects of hearing protection, not just | | | | | |
| 129:08 | the Combat Arms Earplug. | | | | | |
| 129:09 | Q. In the working group, was there | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 129:10 | anyone more knowledgeable about hearing protection | | | | |
| 129:11 | devices other than Doug Ohlin? | | | | |
| 129:12 | A. I -- I don't have the answer to that. | | | | |
| 129:13 | Q. That same question, outside the | | | | |
| 129:14 | working group, within the military, were there | | | | |
| 129:15 | others that had more, sort of, expertise and | | | | |
| 129:16 | knowledge about hearing protection devices besides | | | | |
| 129:17 | Doug Ohlin that you know of? | | | | |
| 129:18 | A. I -- I don't know.  I just know that | | | | |
| 129:19 | Dr. Ohlin was very knowledgeable about hearing | | | | |
| 129:20 | protection. | | | | |
| 129:21 | Q. And was hands-on in the working | | | | |
| 129:22 | group, at least as it related to the Combat Arms | | | | |
| 129:23 | Earplug? | | | | |
| 129:24 | A. Yes. | | | | |
| | | | | | |
| **133:06 - 133:10** | **Gates, Kathy (2020-05-29)** | 0:24 | | | |
| 133:06 | Q. So, just to confirm, if we go to | | Re: [133:06 to 133:10] | Re: [133:06 to 133:10] | Re: [133:06 to 133:10] |
| 133:07 | Exhibit 6 -- excuse me, Tab 46, which will be | | Pltf Obj 802, 602, calls for | SUSTAINED | Pltf Obj 802, 602, 702, | SUSTAINED |
| 133:08 | Exhibit 16 -- | | speculation, calls for expert | | foundation |
| 133:09 | (Exhibit 16 was marked for | | testimony from a non-expert, | | |
| 133:10 | identification.) | | foundation | | |
| | | | | | |
| **133:15 - 133:18** | **Gates, Kathy (2020-05-29)** | 0:08 | | | |
| 133:15 | Q. (BY MR. MORRISS:) Col. Gates, do you | | Re: [133:15 to 133:18] | Re: [133:15 to 133:18] | Re: [133:15 to 133:18] | SUSTAINED |
| 133:16 | have in front of you Exhibit 15? | | Pltf Obj 802, 602, calls for | SUSTAINED | Pltf Obj 802, 602, 702, |
| 133:17 | A. The only thing I see is, "Document | | speculation, calls for expert | | foundation |
| 133:18 | was provided in native format upon request." | | testimony from a non-expert, | | |
| | | | foundation | | |
| | | | | | |
| **133:24 - 134:04** | **Gates, Kathy (2020-05-29)** | 1:35 | | | |
| 133:24 | Q. (BY MR. MORRISS:) Is this | | Re: [133:24 to 134:04] | Re: [133:24 to 134:04] | Re: [133:24 to 134:04] | SUSTAINED |
| 133:25 | anything you have ever seen before? | | Pltf Obj 802, 602, calls for | SUSTAINED | Pltf Obj 802, 602, 702, |
| 134:01 | A. I -- I believe that this may have | | speculation, calls for expert | | foundation |
| 134:02 | been presented during one of our military audiology | | testimony from a non-expert, | | |
| 134:03 | conferences.  I believe this is a -- a dissertation | | foundation | | |
| 134:04 | study conducted by Lt. Col. Lorraine Babeu. | | | | |
| | | | | | |
| **134:05 - 134:22** | **Gates, Kathy (2020-05-29)** | 1:00 | | | |
| 134:05 | Q. And -- and what do you understand the | | | | |
| 134:06 | reason for this study being performed?  If you have | | | | |
| 134:07 | one. | | | | |
| 134:08 | A. I -- I really don't have a lot of | | | | |
| 134:09 | background in this, what -- what she was looking | | | | |
| 134:10 | at. | | | | |
| 134:11 | Q. Do you have an understanding of how | | | | |
| 134:12 | the testing was done or her findings? | | | | |
| 134:13 | A. I haven't really looked at the -- | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 134:14 | reviewed the PowerPoint presentation.  So I really | | | | |
| 134:15 | can't comment on that. | | | | |
| 134:16 | Q. Well, I guess I am trying to figure | | | | |
| 134:17 | out if this is something that is within your area | | | | |
| 134:18 | of knowledge and scope.  If you looked at the | | | | |
| 134:19 | PowerPoint presentation, would you be in a position | | | | |
| 134:20 | to comment on what she did and her findings? | | | | |
| 134:21 | A. No.  I am not -- no, that is kind of | | | | |
| 134:22 | outside my area.  She is a research audiologist. | | | | |

**135:10 - 136:08   Gates, Kathy (2020-05-29)**   1:28

| | | | | |
|---|---|---|---|---|
| 135:10 | Q. Do you recall approximately when the | Re: [135:10 to 136:22] | Re: [135:10 to 136:22] | Re: [135:10 to 136:21] | **SUSTAINED** |
| 135:11 | study was done? | Pltf Obj 802, 602, calls for | SUSTAINED | Pltf Obj 802, 602, 702 calls | |
| 135:12 | A. I -- no, I don't. | speculation, calls for expert | | for speculation, calls for | |
| 135:13 | Q. Go to the first page of the document. | testimony from a non-expert, | | expert testimony from a | |
| 135:14 | Do you know when it was presented?  That's -- maybe | foundation | | non-expert, foundation | |
| 135:15 | that is an easier way. | | | | |
| 135:16 | A. Oh, when it was presented?  I would | | | | |
| 135:17 | say, maybe in -- around 2005.  But, you know, I'm | | | | |
| 135:18 | not certain. | | | | |
| 135:19 | Q. Fair.  And the testing, whatever it | | | | |
| 135:20 | consisted of, would have been -- was it done at the | | | | |
| 135:21 | United States Army Research Lab? | | | | |
| 135:22 | A. I believe so, yes. | | | | |
| 135:23 | Q. And whatever the results were, is it | | | | |
| 135:24 | fair to say that the Combat Arms Version 2 plug | | | | |
| 135:25 | remained approved by the military and used by the | | | | |
| 136:01 | military for a period of time many years after this | | | | |
| 136:02 | 2005 presentation? | | | | |
| 136:03 | A. I would -- I would say the earplug | | | | |
| 136:04 | was available in the system.  However, there were | | | | |
| 136:05 | newer versions of the Combat Arms Earplug that | | | | |
| 136:06 | were -- were available later, and probably more | | | | |
| 136:07 | preferred, because they were sized Combat Arms | | | | |
| 136:08 | Earplugs that they provided. | | | | |

**136:09 - 136:21   Gates, Kathy (2020-05-29)**   1:43

| | | | | |
|---|---|---|---|---|
| 136:09 | Q. They made -- they made improvements | Re: [135:10 to 136:22] | Re: [135:10 to 136:22] | Re: [135:10 to 136:21] | **SUSTAINED** |
| 136:10 | to the first version, and as newer, improved | Pltf Obj 802, 602, calls for | SUSTAINED | Pltf Obj 802, 602, 702 calls | |
| 136:11 | versions were issued, fewer soldiers and military | speculation, calls for expert | | for speculation, calls for | |
| 136:12 | personnel were using the dual-ended plug; is that | testimony from a non-expert, | | expert testimony from a | |
| 136:13 | correct? | foundation | | non-expert, foundation | |
| 136:14 | A. I would -- I would say that with the | | | | |
| 136:15 | additional earplugs available in the system, I | | | | |
| 136:16 | would say that they had opportunities to, you know, | | | | |
| 136:17 | have other earplugs available to them besides the | | | | |
| 136:18 | dual-ended Combat Arms Earplug. | | | | |
| 136:19 | Q. But the dual-ended version was still | | | | |

| | | | | |
|---|---|---|---|---|
| 136:20 | available for those who wanted it? | | | |
| 136:21 | A. Yes. | | | |

| | | | | |
|---|---|---|---|---|
| **222:15 - 222:19 Gates, Kathy (2020-05-29)** | | 0:25 | | |
| 222:15 | Q. (BY MR. MORRISS:)  So let's just make | Re: [222:15 to 223:07] | Re: [222:15 to 223:07] | Re: [222:15 to 223:07] | SUSTAINED |
| 222:16 | sure.  So I'm showing you a document that we looked | Pltf Obj 602, 802, 611, | SUSTAINED | Pltf Obj 602, 802, 611, | |
| 222:17 | at earlier.  This is Exhibit 9.  And so one of the | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 222:18 | things we know is that USACHPPM issued publications | waste of time, needless | | waste of time, needless | |
| 222:19 | called "Just the Facts," right? | presentation of cumulative | | presentation of cumulative | |
| | | evidence) | | evidence) | |

| | | | | |
|---|---|---|---|---|
| **222:20 - 223:07 Gates, Kathy (2020-05-29)** | | 1:43 | | |
| 222:20 | A. Yes. | Re: [222:15 to 223:07] | Re: [222:15 to 223:07] | Re: [222:15 to 223:07] | SUSTAINED |
| 222:21 | Q. And we know that one of the "Just the | Pltf Obj 602, 802, 611, | SUSTAINED | Pltf Obj 602, 802, 611, | |
| 222:22 | Facts" communications that USACHPPM issued | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 222:23 | concerned the Combat Arms Earplug, true? | waste of time, needless | | waste of time, needless | |
| 222:24 | A. Yes. | presentation of cumulative | | presentation of cumulative | |
| 222:25 | Q. And if we go to Page 2, we know for | evidence) | | evidence) | |
| 223:01 | certain that USACHPPM, the United States military, | | | | |
| 223:02 | included user tips.  It said the earplug must be | | | | |
| 223:03 | properly inserted, and for exceptionally large ear | | | | |
| 223:04 | canals, fold the opposing plug back to enhance | | | | |
| 223:05 | proper insertion.  That's something we know, | | | | |
| 223:06 | correct? | | | | |
| 223:07 | A. Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **224:17 - 224:25 Gates, Kathy (2020-05-29)** | | 0:21 | | |
| 224:17 | Q. (BY MR. MORRISS:)  So, Col. Gates, | Re: [224:17 to 224:25] | Re: [224:17 to 224:25] | Re: [224:17 to 224:25] | SUSTAINED |
| 224:18 | before our technical glitch, we had been discussing | Pltf Obj 602, 611, 802, | SUSTAINED | Pltf Obj 602, 611, 802, | |
| 224:19 | the "Just the Facts" CHPPM publication and it | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| 224:20 | talked about the Combat Arms Earplug, right? | waste of time, needless | | waste of time, needless | |
| 224:21 | A. Yes, that's correct. | presentation of cumulative | | presentation of cumulative | |
| 224:22 | Q. And we had established that CHPPM | evidence) | | evidence) | |
| 224:23 | understood that folding back the flange was an | | | | |
| 224:24 | insertion technique and had published about it, | | | | |
| 224:25 | correct? | | | | |

| | | | | |
|---|---|---|---|---|
| **225:02 - 225:03 Gates, Kathy (2020-05-29)** | | 0:03 | | |
| 225:02 | A. Yes, in the "Just the Facts" | Re: [225:02 to 225:03] | Re: [225:02 to 225:03] | Re: [225:02 to 225:03] | SUSTAINED |
| 225:03 | document, yes. | Pltf Obj 602, 802, 611, | SUSTAINED | Pltf Obj 602, 802, 611, | |
| | | foundation, 403 (undue delay, | | foundation, 403 (undue delay, | |
| | | waste of time, needless | | waste of time, needless | |
| | | presentation of cumulative | | presentation of cumulative | |
| | | evidence) | | evidence) | |

| | | | | |
|---|---|---|---|---|
| **225:04 - 225:11 Gates, Kathy (2020-05-29)** | | 0:15 | | |
| 225:04 | Q. (BY MR. MORRISS:)  And then the next | Re: [225:04 to 225:11] | Re: [225:04 to 225:11] | Re: [225:04 to 225:11] | SUSTAINED |
| 225:05 | document I wanted you to look at is Exhibit Number | Pltf Obj 602, 611, foundation, | SUSTAINED | Pltf Obj 602, 611, foundation, | |

| | | | | |
|---|---|---|---|---|
| 225:06 | 8. And this is the wallet card that we talked | 403 (undue delay, waste of time, needless presentation of cumulative evidence) | | 403 (undue delay, waste of time, needless presentation of cumulative evidence) | |
| 225:07 | about earlier, correct? | | | | |
| 225:08 | A. Yes. Uh-huh. | | | | |
| 225:09 | Q. This is also a USACHPPM-generated | | | | |
| 225:10 | document, true? | | | | |
| 225:11 | A. That's correct, yes. | | | | |

**225:13 - 226:08** Gates, Kathy (2020-05-29)  1:02

| | | | | |
|---|---|---|---|---|
| 225:13 | Q. (BY MR. MORRISS:)  It has USACHPPM on | Re: [225:13 to 226:14] Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence) | Re: [225:13 to 226:14] SUSTAINED | Re: [225:13 to 226:14] Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence) | SUSTAINED |
| 225:14 | the right bottom of the front sheet, correct? | | | | |
| 225:15 | A. Yes, correct. | | | | |
| 225:16 | Q. Has a quote on the top of the front | | | | |
| 225:17 | sheet from a soldier in Iraq with the Combat Arms | | | | |
| 225:18 | Earplug? | | | | |
| 225:19 | A. That's correct, yes. | | | | |
| 225:20 | Q. Then if we go to the second page of | | | | |
| 225:21 | the wallet card, do you see that it has | | | | |
| 225:22 | instructions and information on how to insert the | | | | |
| 225:23 | Dual-Ended Combat Arms Earplug; is that correct? | | | | |
| 225:24 | A. Yes, uh-huh. | | | | |
| 225:25 | Q. We go down to the second bullet point | | | | |
| 226:01 | below the ear; it has a bullet point that says "For | | | | |
| 226:02 | very large ear canals, fold opposing plug back," | | | | |
| 226:03 | correct? | | | | |
| 226:04 | A. Correct, yes. | | | | |
| 226:05 | Q. And then it actually has a picture on | | | | |
| 226:06 | the wallet card with the flange folded back, | | | | |
| 226:07 | correct? | | | | |
| 226:08 | A. Yes.  I see that, yes; uh-huh. | | | | |

**226:09 - 226:22** Gates, Kathy (2020-05-29)  1:44

| | | | | |
|---|---|---|---|---|
| 226:09 | Q. And the idea behind the wallet card | Re: [225:13 to 226:14] Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence) | Re: [225:13 to 226:14] SUSTAINED | Re: [225:13 to 226:14] Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence) | SUSTAINED |
| 226:10 | is that it would be distributed to audiologists and | | | | |
| 226:11 | military personnel and folks doing the fitting to | | Re: [226:15 to 226:22] SUSTAINED | | |
| 226:12 | understand how to insert the Combat Arms plug, | | | | |
| 226:13 | correct? | | | | |
| 226:14 | A. Yes. | | | | |
| 226:15 | Q. Now, we also listened today and saw | Re: [226:15 to 226:22] Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | | Re: [226:15 to 226:22] Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | SUSTAINED |
| 226:16 | today testimony from Lt. Merkley, correct? | | | | |
| 226:17 | A. Yes. | | | | |
| 226:18 | Q. And if we believe him, he understood | | | | |
| 226:19 | from Doug Ohlin in the early 2000 time frame that | | | | |
| 226:20 | folding back the plug was one of the insertion | | | | |
| 226:21 | techniques for the dual-ended plug; is that | | | | |
| 226:22 | correct? | | | | |

**226:24 - 226:24** Gates, Kathy (2020-05-29)  0:03

| | | | | |
|---|---|---|---|---|
| 226:24 | A. That is what Lt. Merkley stated, yes. | Re: [226:24 to 226:24] | Re: [226:24 to 226:24] | Re: [226:24 to 226:24] | SUSTAINED |

| | | | |
|---|---|---|---|
| | **Pltf Obj** 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | SUSTAINED | **Pltf Obj** 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | <span style="background:yellow"> </span> |

**227:05 - 227:15** Gates, Kathy (2020-05-29)    0:29

227:05   Q. (BY MR. MORRISS:)  We know from Lt.
227:06   Merkley's testimony that in the early 2000s, he
227:07   understood that folding back the flange was one of
227:08   the insertion techniques for the Dual-Ended Combat
227:09   Arms Earplug, correct?
227:10   A. Yes, that's correct.
227:11   Q. And at least if he is to be believed,
227:12   that information came from Doug Ohlin and was
227:13   presented to a large group of the audiology
227:14   community in the military, correct?
227:15   A. Yes.

| | | |
|---|---|---|
| Re: [227:05 to 227:15] **Pltf Obj** 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | Re: [227:05 to 227:15] SUSTAINED | Re: [227:05 to 227:15] **Pltf Obj** 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence), improper comment on credibility of another witness | **SUSTAINED** |

**228:04 - 228:13** Gates, Kathy (2020-05-29)    0:28

228:04   MR. THOMAS:  Exhibit Number 26.
228:05   (Exhibit 26 was marked for
228:06   identification.)
228:07   Q. (BY MR. MORRISS:)  So I'll show you
228:08   now, Col. Gates, Exhibit Number 26.  And I'll
228:09   represent to you that this is also a slide deck
228:10   from Eric Fallon and one he used to make a
228:11   presentation.  This was not shown to you earlier
228:12   today, was it?
228:13   A. No.

| | | |
|---|---|---|
| Re: [228:03 to 228:13] **Pltf Obj** 602, foundation, 802 | Re: [228:03 to 228:13] SUSTAINED | Re: [228:03 to 228:13] **Pltf Obj** 602, foundation, 802 | **SUSTAINED** |

**230:02 - 230:25** Gates, Kathy (2020-05-29)    1:12

230:02   Q. (BY MR. MORRISS:)  So if you'll look
230:03   at Page 1 of Exhibit 26, you have that in front of
230:04   you, Col. Gates?
230:05   A. Yes.
230:06   Q. If you look at the right-hand corner,
230:07   is there a name and a number that's stamped on the
230:08   front page of this document?
230:09   A. Yes.
230:10   Q. And is it Fallon 00025?
230:11   A. Yes.
230:12   Q. And if you turn to Slide Number -- it
230:13   will actually be Slide Number 27 but it will have
230:14   Fallon 25 on the bottom.  If you'll turn to that
230:15   for me, please.  Or you can just look at the
230:16   screen.  I'll put it up for you.

| | | |
|---|---|---|
| Re: [230:02 to 230:25] **Pltf Obj** 602, 611, foundation, 802 | Re: [230:02 to 230:25] OVERRULED | Re: [230:02 to 230:25] **Pltf Obj** 602, 611, foundation, 802 | **OVERRULED** |

| | | | | | |
|---|---|---|---|---|---|
| 230:17 | A. Okay. | | | | |
| 230:18 | Q. It's called "Selected Hearing | | | | |
| 230:19 | Protection," it has criteria, and it sets out three | | | | |
| 230:20 | things to be considered; degree of noise | | | | |
| 230:21 | attenuation required, work environment, and | | | | |
| 230:22 | advantages and disadvantages.  Do you agree that | | | | |
| 230:23 | that's at least a partial criteria for selecting | | | | |
| 230:24 | hearing protection devices? | | | | |
| 230:25 | A. Yes. | | | | |

**231:07 - 231:23  Gates, Kathy (2020-05-29)** — 1:53

| | |
|---|---|
| 231:07 | Q. (BY MR. MORRISS:)  If you'll turn to |
| 231:08 | Page Fallon 40, which is the sixteenth slide in the |
| 231:09 | deck.  This has a picture of various plugs and a |
| 231:10 | carrying case, correct? |
| 231:11 | A. Correct. |
| 231:12 | Q. And then if you go to Page 43, which |
| 231:13 | is Slide 19, it gives a listing of the advantages |
| 231:14 | of preformed plugs, correct? |
| 231:15 | A. Yes, that's correct, yes. |
| 231:16 | Q. Less expensive, washable, reusable. |
| 231:17 | And the Combat Arms Version 2 would be in the |
| 231:18 | preformed plug category, correct? |
| 231:19 | A. Yes. |
| 231:20 | Q. All right.  If you'll go to the next |
| 231:21 | page, Page 44, there is a slide on disadvantages of |
| 231:22 | preformed plugs, correct? |
| 231:23 | A. Yes. |

Re: [231:07 to 232:10]
Pltf Obj 602, 611, foundation, 802

Re: [231:07 to 232:10]
OVERRULED

Re: [231:07 to 232:10]
Pltf Obj 602, 611, foundation, 802

OVERRULED

**231:24 - 232:10  Gates, Kathy (2020-05-29)** — 1:33

| | |
|---|---|
| 231:24 | Q. And one of the disadvantages is that |
| 231:25 | the initial fit of a preformed plug must be made by |
| 232:01 | a medically trained person, correct? |
| 232:02 | A. Correct, yes. |
| 232:03 | Q. And that's consistent with both the |
| 232:04 | DoD and the Army pamphlet on the Hearing |
| 232:05 | Conservation Program, correct? |
| 232:06 | A. Correct. |
| 232:07 | Q. And then also an acknowledgement that |
| 232:08 | just from normal jaw movements, these preformed |
| 232:09 | plugs will work loose, correct? |
| 232:10 | A. Yes. |

Re: [231:07 to 232:10]
Pltf Obj 602, 611, foundation, 802

Re: [231:07 to 232:10]
OVERRULED

Re: [231:07 to 232:10]
Pltf Obj 602, 611, foundation, 802

OVERRULED

**232:20 - 233:10  Gates, Kathy (2020-05-29)** — 1:52

| | |
|---|---|
| 232:20 | Q. (BY MR. MORRISS:)  If you'll go to |
| 232:21 | Page 53.  This presentation contains a slide |
| 232:22 | similar to the wallet card that we looked at |
| 232:23 | earlier, correct? |

Re: [232:20 to 233:10]
Pltf Obj 602, 611, foundation, 802

Re: [232:20 to 233:10]
OVERRULED

Re: [232:20 to 233:10]
Pltf Obj 602, 611, foundation, 802

OVERRULED

| | | |
|---|---|---|
| 232:24 | A. Yes, it does, uh-huh. | |
| 232:25 | Q. And the bullet point below the year | |
| 233:01 | also says, "Check proper fit by gently tugging on | |
| 233:02 | the plugs for tension," correct? | |
| 233:03 | A. Correct. | |
| 233:04 | Q. And then the next, the very next | |
| 233:05 | bullet point says, "For very large ear canals, fold | |
| 233:06 | opposing plug back," correct? | |
| 233:07 | A. Yes. | |
| 233:08 | Q. And then it shows a picture of the | |
| 233:09 | flange being folded back as an example, correct? | |
| 233:10 | A. Yes. | |

| | | |
|---|---|---|
| 234:01 - 234:02 | Gates, Kathy (2020-05-29) | 0:05 |
| 234:01 | Q. (BY MR. MORRISS:)  So I'm now going | |
| 234:02 | to show you Exhibit Number 25. | |

| | | |
|---|---|---|
| 234:14 - 234:18 | Gates, Kathy (2020-05-29) | 0:13 |
| 234:14 | Q. (BY MR. MORRISS:)  So Col. Gates, you | |
| 234:15 | have in front of you this USACHPPM TG41, correct? | |
| 234:16 | A. Yes, I do. | |
| 234:17 | Q. Dated March 2006? | |
| 234:18 | A. Yes, March 2006, yes. | |

| | | |
|---|---|---|
| 234:19 - 235:02 | Gates, Kathy (2020-05-29) | 0:18 |
| 234:19 | Q. It would have been USACHPPM, I think | |
| 234:20 | you testified, that would have put this manual | |
| 234:21 | together, right? | |
| 234:22 | A. That's correct. | |
| 234:23 | Q. USACHPPM would have made the | |
| 234:24 | decisions about what information should be included | |
| 234:25 | about the various protection -- protective devices | |
| 235:01 | that are included, correct? | |
| 235:02 | A. Yes, that's correct. | |

| | | |
|---|---|---|
| 235:12 - 235:19 | Gates, Kathy (2020-05-29) | 0:13 |
| 235:12 | Q. (BY MR. MORRISS:)  I'll reask it. | |
| 235:13 | I'll reask it.  The "frequently asked questions" | |
| 235:14 | document we looked at, that's a military document, | |
| 235:15 | right? | |
| 235:16 | A. That's correct, yes. | |
| 235:17 | Q. The wallet card document we looked | |
| 235:18 | at, that's a military document, right? | |
| 235:19 | A. Yes. | |

| | | |
|---|---|---|
| 235:24 - 235:24 | Gates, Kathy (2020-05-29) | 0:00 |
| 235:24 | A. Yes. | |

**236:04 - 236:15**  Gates, Kathy (2020-05-29)  0:27

| | |
|---|---|
| 236:04 | Q. Lt. Col. Merkley in the early 2000s, |
| 236:05 | he was a member of the military, correct? |
| 236:06 | A. Yes, he was. |
| 236:07 | Q. He was making presentations, whatever |
| 236:08 | he said about folding the flange back, he was doing |
| 236:09 | it as a member of the armed services, correct? |
| 236:10 | A. Yes. |
| 236:11 | Q. Same for Lt. Fallon, if he was making |
| 236:12 | his presentations and showing slides that had the |
| 236:13 | flange folded back, he was doing that as a member |
| 236:14 | of the military, correct? |
| 236:15 | A. Yes. |

Re: [236:11 to 236:15]
Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence)

Re: [236:11 to 236:15]
OVERRULED

Re: [236:11 to 236:15]
Pltf Obj 602, 611, foundation, 403 (undue delay, waste of time, needless presentation of cumulative evidence)

OVERRULED

**236:16 - 236:21**  Gates, Kathy (2020-05-29)  0:18

| | |
|---|---|
| 236:16 | Q. And this TG41, do you know why |
| 236:17 | whoever put this together did not include the |
| 236:18 | folding the flange information in it? |
| 236:19 | A. I don't have that information.  I |
| 236:20 | wasn't part of putting this document exhibit |
| 236:21 | together. |

**236:22 - 236:25**  Gates, Kathy (2020-05-29)  0:09

| | |
|---|---|
| 236:22 | Q. You would not have expected the |
| 236:23 | manufacturer of any of the hearing protection |
| 236:24 | devices to be involved in the preparation of this |
| 236:25 | exhibit, would you? |

Re: [236:22 to 236:25]
Pltf Obj 611, foundation, calls for speculation

Re: [236:22 to 236:25]
SUSTAINED

Re: [236:22 to 236:25]
Pltf Obj 611, foundation, calls for speculation

SUSTAINED

**237:03 - 237:20**  Gates, Kathy (2020-05-29)  1:57

| | |
|---|---|
| 237:03 | A. No. |
| 237:04 | Q. Now, have you heard Doug Ohlin make |
| 237:05 | the statement that written instructions alone are |
| 237:06 | ineffective? |
| 237:07 | A. Yes, I have. |
| 237:08 | Q. And, in fact, Doug Ohlin has stated |
| 237:09 | publicly that handing somebody a set of |
| 237:10 | instructions and a hearing protection device is |
| 237:11 | inadequate, correct? |
| 237:12 | A. Yes. |
| 237:13 | Q. And is that consistent with your |
| 237:14 | view, as an audiologist, that written instructions |
| 237:15 | are inadequate and that a soldier or military |
| 237:16 | person must be trained on the fitting and use of |
| 237:17 | hearing protection devices? |
| 237:18 | A. I believe that I prefer to do the |
| 237:19 | training and allowing the soldier to experience how |
| 237:20 | to properly use hearing protection. |

Re: [237:03 to 237:03]
Pltf Obj 611, foundation, calls for speculation

Re: [237:03 to 237:03]
SUSTAINED

Re: [237:03 to 237:03]
Pltf Obj 611, foundation, calls for speculation

SUSTAINED

Re: [237:04 to 237:12]
SUSTAINED

Re: [237:04 to 237:12]
Pltf Obj 611, 802, foundation

Re: [237:04 to 237:12]
Pltf Obj 611, 802, foundation

SUSTAINED

**242:08 - 243:11  Gates, Kathy (2020-05-29)**  — 1:22

| Transcript | Defendant Objection | Court Ruling | Plaintiff Objection | Ruling |
|---|---|---|---|---|
| 242:08  Q. So if we will turn back to Exhibit | Re: [242:08 to 243:15] Pltf Obj 802, 402 | Re: [242:08 to 243:15] SUSTAINED | Re: [242:08 to 243:15] Pltf Obj 802, 402 | SUSTAINED |
| 242:09  27, this is the ArmyTimes article, correct? | | | | |
| 242:10  A. That is correct, yes. | | | | |
| 242:11  Q. It was an article written or posted | Re: [243:04 to 243:06] Pltf Obj 611 | Re: [243:04 to 243:06] SUSTAINED | Re: [243:04 to 243:06] Pltf Obj 611 | SUSTAINED |
| 242:12  on September -- Tuesday, September the 8th, 2009, | | | | |
| 242:13  correct? | | | | |
| 242:14  A. Yes. | Re: [243:07 to 243:11] Pltf Obj 611, 802, foundation | Re: [243:07 to 243:11] SUSTAINED | Re: [243:07 to 243:11] Pltf Obj 611, 802, foundation | SUSTAINED |
| 242:15  Q. You were quoted in the article by the | | | | |
| 242:16  reporter, correct? | | | | |
| 242:17  A. Yes. | | | | |
| 242:18  Q. You answered the questions or gave | | | | |
| 242:19  the quotes in some respect about some version of | | | | |
| 242:20  the Combat Arms earplug, correct? | | | | |
| 242:21  A. Right. | | | | |
| 242:22  Q. And you would have done that in your | | | | |
| 242:23  role as a member of the military, correct? | | | | |
| 242:24  A. Yes. | | | | |
| 242:25  Q. If we turn over to the second page, | | | | |
| 243:01  one of the things that you are quoted as saying is | | | | |
| 243:02  that "the key to success is training," true? | | | | |
| 243:03  A. That is correct, yes. | | | | |
| 243:04  Q. And the key to success is training, | | | | |
| 243:05  that is true of all earplugs, correct? | | | | |
| 243:06  A. Correct. | | | | |
| 243:07  Q. And I am not really sure where we | | | | |
| 243:08  talked about this.  But Doug Ohlin has said | | | | |
| 243:09  publicly that simply handing someone written | | | | |
| 243:10  instructions is ineffective, true? | | | | |
| 243:11  A. Yeah. | | | | |

**243:12 - 243:15  Gates, Kathy (2020-05-29)**  — 0:11

| Transcript | Defendant Objection | Court Ruling | Plaintiff Objection | Ruling |
|---|---|---|---|---|
| 243:12  Q. Okay.  And Doug Ohlin believed that | Re: [242:08 to 243:15] Pltf Obj 802, 402 | Re: [242:08 to 243:15] SUSTAINED | Re: [242:08 to 243:15] Pltf Obj 802, 402 | SUSTAINED |
| 243:13  to be true at a time when he was head of the | | | | |
| 243:14  Department of Defense Hearing Conservation Working | | | | |
| 243:15  Group, correct? | Re: [243:12 to 243:15] Pltf Obj 602, 611, foundation, calls for speculation | Re: [243:12 to 243:15] SUSTAINED | Re: [243:12 to 243:15] Pltf Obj 602, 611, foundation, calls for speculation | SUSTAINED |

**243:18 - 243:25  Gates, Kathy (2020-05-29)**  — 0:21

| Transcript | Defendant Objection | Court Ruling | Plaintiff Objection | Ruling |
|---|---|---|---|---|
| 243:18  A. I -- I believe that was his belief. | Re: [243:18 to 243:19] Pltf Obj 602, 611, foundation, speculation | Re: [243:18 to 243:19] SUSTAINED | Re: [243:18 to 243:19] Pltf Obj 602, 611, foundation, speculation | SUSTAINED |
| 243:19  I mean -- | | | | |
| 243:20  Q. (BY MR. MORRISS:)  You, I believe, | | Re: [243:20 to 244:03] SUSTAINED | | |
| 243:21  said that you also believed that it is important to | Re: [243:20 to 244:03] Pltf Obj 611, 702 | | Re: [243:20 to 244:03] Pltf Obj 611, 702 | SUSTAINED |
| 243:22  sort of put your hands on an individual soldier or | | | | |
| 243:23  military personnel to show them how to use the plug | | | | |
| 243:24  and to make sure that it fits correctly. | | | | |

243:25     A. That's correct, yes.

244:01 - 244:03   Gates, Kathy (2020-05-29)      0:10
244:01     Q. And that is paramount in making sure
244:02     that the plug that is given to the soldier or
244:03     military personnel will work, correct?

| | Re: [243:20 to 244:03] | Re: [243:20 to 244:03] | Re: [243:20 to 244:03] | SUSTAINED |
|---|---|---|---|---|
| | Pltf Obj 611, 702 | SUSTAINED | Pltf Obj 611, 702 | |

244:06 - 244:10   Gates, Kathy (2020-05-29)      0:16
244:06     A. I think that the training helps give
244:07     them experience in wearing the hearing protection.
244:08     I can't say that giving them a wallet-sized card
244:09     doesn't help them properly insert their earplugs.
244:10     I --

| | Re: [244:06 to 244:10] | Re: [244:06 to 244:10] | Re: [244:06 to 244:10] | OVERRULED |
|---|---|---|---|---|
| | Pltf Obj 611, 702 | OVERRULED | Pltf Obj 611, 702 | |

244:18 - 244:20   Gates, Kathy (2020-05-29)      0:09
244:18     Q. And that is the very reason that
244:19     USACHPPM developed a wallet card specific to the
244:20     Combat Arms Version 2 earplug, right?

| | Re: [244:18 to 244:20] | Re: [244:18 to 244:20] | Re: [244:18 to 244:20] | SUSTAINED |
|---|---|---|---|---|
| | Pltf Obj 602, 611, foundation, argumentative, misstates | SUSTAINED | Pltf Obj 602, 611, foundation, argumentative, misstates | |

244:23 - 245:20   Gates, Kathy (2020-05-29)      1:12
244:23     A. Yeah.  And just to make a comment
244:24     here, this article was written in support of the
244:25     fourth generation Combat Arms earplug that was
245:01     coming out.  The existing earplug that was part of
245:02     the rapid fielding issue also was the dial-up -- or
245:03     the pistol-grip version of the Combat Arms earplug
245:04     that had the three sizes.  So that was --
245:05     Q. (BY MR. MORRISS:)  Right.
245:06     A. -- introducing the next version of
245:07     the Combat Arms earplug.
245:08     Q. The reason that you were giving the
245:09     quote and being interviewed -- in fact, if you look
245:10     at the first sentence of the article on Page 1, is
245:11     it was -- the topic was "next-generation earplug
245:12     designed to make it easier for troops to protect
245:13     their eardrums will hit the war zone."  Right?
245:14     A. That's correct yeah.
245:15     Q. But the comments about the key to
245:16     success is training and that soldiers need an
245:17     opportunity to train with earplugs, those
245:18     statements are true no matter what version you are
245:19     talking about, correct?
245:20     A. Correct.

| | Re: [244:23 to 245:20] | Re: [244:23 to 245:20] | Re: [244:23 to 245:20] | SUSTAINED |
|---|---|---|---|---|
| | Pltf Obj 602, 611, foundation, argumentative, misstates, 802, 402 | SUSTAINED | Pltf Obj 602, 611, foundation, argumentative, misstates, 802, 402 | |

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 8:03 - 9:01 | Hamer, Jeff (2019-12-18)                1:42 | | | | |
| 8:03 | Q. Mr. Hamer, could you please | | | | |
| 8:04 | state your name for the record? | | | | |
| 8:05 | A. Jeffrey Lee Hamer. | | | | |
| 8:06 | Q. And where do you work? | | | | |
| 8:07 | A. 3M. | | | | |
| 8:08 | Q. What do you do for 3M? | | | | |
| 8:09 | A. I'm the laboratory manager for | | | | |
| 8:10 | hearing protection. | | | | |
| 8:11 | Q. Is that your title? | | | | |
| 8:12 | A. Global laboratory manager. | | | | |
| 8:13 | Q. You're the global laboratory | | | | |
| 8:14 | manager? | | | | |
| 8:15 | A. That's correct. | | | | |
| 8:16 | Q. Does that mean that you manage | | | | |
| 8:17 | all of the laboratories at 3M as worldwide? | | | | |
| 8:18 | A. For hearing solutions. | | | | |
| 8:19 | Q. For hearing solutions. | | | | |
| 8:20 | How many labs do you have? | | | | |
| 8:21 | A. Two labs; one in Vdrnamo, | | | | |
| 8:22 | Sweden, one in Indianapolis. | | | | |
| 8:23 | Q. One in where? | | | | |
| 8:24 | A. Indianapolis. | | | | |
| 8:25 | Q. And Sweden? | | | | |
| 9:01 | A. And Sweden, correct. | | | | |
| | | | | | |
| 10:05 - 10:09 | Hamer, Jeff (2019-12-18)                0:15 | | | | |
| 10:05 | Q. Okay.  So as far as you know, | | | | |
| 10:06 | all of the testing that's been done of all of | | | | |
| 10:07 | the versions of the Combat Arms has been done | | | | |
| 10:08 | in Indianapolis? | | | | |
| 10:09 | A. 3M testing, yes. | | | | |
| | | | | | |
| 10:10 - 10:11 | Hamer, Jeff (2019-12-18)                0:02 | | | | |
| 10:10 | Q. 3M testing.  3M or Aearo? | | | | |
| 10:11 | A. Right. | | | | |
| | | | | | |
| 10:17 - 11:08 | Hamer, Jeff (2019-12-18)                1:34 | | | | |
| 10:17 | Q. Now, there has been outside | | | | |
| 10:18 | testing of the Combat Arms done? | | | | |
| 10:19 | A. Correct. | | | | |
| 10:20 | Q. And who has done the outside | | | | |
| 10:21 | testing of the Combat Arms? | | | | |
| 10:22 | A. I have seen testing both from | | | | |
| 10:23 | an independent lab called Michaels & | | | | |
| 10:24 | Associates as well as from the Army Research | | | | |
| 10:25 | Lab and the Army in general.  I'm not sure | | | | |
| 11:01 | specifically which labs, but they've tested | | | | |
| 11:02 | the product. | | | | |
| 11:03 | Q. Okay.  Tell me how many labs | | | | |

| | | |
|---|---|---|
| 11:04 | did NRR testing. | |
| 11:05 | A. NRR testing, complete label | |
| 11:06 | testing, I believe that Indianapolis and I | |
| 11:07 | believe Michaels & Associates did a complete | |
| 11:08 | test on it. | |

**11:12 - 11:19    Hamer, Jeff (2019-12-18)    0:10**

| | |
|---|---|
| 11:12 | Q. Now, speaking of litigation, |
| 11:13 | this is not your first deposition, is it? |
| 11:14 | A. It is not. |
| 11:15 | Q. You were deposed at least one |
| 11:16 | other time that I know of in the Moldex |
| 11:17 | litigation. |
| 11:18 | Do you recall that? |
| 11:19 | A. I do. |

**14:11 - 15:05    Hamer, Jeff (2019-12-18)    1:50**

| | |
|---|---|
| 14:11 | Q. And you didn't make any |
| 14:12 | corrections to that deposition, did you? |
| 14:13 | A. I disagree. |
| 14:14 | Q. Oh, you did? |
| 14:15 | What did you correct? |
| 14:16 | A. I made a statement, I believe. |
| 14:17 | When I reread the transcript, I found some |
| 14:18 | typographical errors in it as well as tried |
| 14:19 | to clarify a statement I made about stopping |
| 14:20 | the test. |
| 14:21 | Q. Okay.  Tell me what you |
| 14:22 | clarified when you did the read-and-sign |
| 14:23 | process on stopping the test. |
| 14:24 | A. So when you're performing a |
| 14:25 | label test, you have subjects that are |
| 15:01 | undergoing that test.  And I believe at the |
| 15:02 | time I was interpreting the question as, do |
| 15:03 | you stop a test during a subject's particular |
| 15:04 | test, and my answer was no. And so that's |
| 15:05 | what I was trying to clarify. |

**16:01 - 16:15    Hamer, Jeff (2019-12-18)    0:27**

| | |
|---|---|
| 16:01 | Q. And how did you -- did you |
| 16:02 | recast the context in some way? |
| 16:03 | A. I tried to, yes. |
| 16:04 | Q. And how did you do that?  Like |
| 16:05 | you made one statement in the deposition; you |
| 16:06 | corrected it. |
| 16:07 | Tell me -- explain to me what |
| 16:08 | you corrected. |
| 16:09 | A. I was trying to correct my |
| 16:10 | statement, as I did in further testimony |
| 16:11 | during that same deposition, to try to |
| 16:12 | correct the interpretation that I had about |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16:13 | whether it was a subject -- stopping a | | | | | |
| 16:14 | particular subject or stopping the test in | | | | | |
| 16:15 | general. | | | | | |
| | | | | | | |
| 21:10 - 21:20 | Hamer, Jeff (2019-12-18) | 0:11 | | | | |
| 21:10 | You went to Monroe Catholic | | | | | |
| 21:11 | High School? | | | | | |
| 21:12 | A. Monroe Catholic Central, that's | | | | | |
| 21:13 | correct. | | | | | |
| 21:14 | Q. Monroe Catholic Central. | | | | | |
| 21:15 | Are you from Monroe? | | | | | |
| 21:16 | A. That's where I would say I grew | | | | | |
| 21:17 | up. | | | | | |
| 21:18 | Q. Okay. | | | | | |
| 21:19 | A. Oh, from the time I was about | | | | | |
| 21:20 | 12 years old. | | | | | |
| | | | | | | |
| 22:04 - 22:11 | Hamer, Jeff (2019-12-18) | 0:07 | | | | |
| 22:04 | Q. And then you went to Michigan | | | | | |
| 22:05 | Tech? | | | | | |
| 22:06 | A. I did. | | | | | |
| 22:07 | Q. And you got a degree in | | | | | |
| 22:08 | engineering? | | | | | |
| 22:09 | A. I did. | | | | | |
| 22:10 | Q. Mechanical engineering? | | | | | |
| 22:11 | A. Correct. | | | | | |
| | | | | | | |
| 45:24 - 46:01 | Hamer, Jeff (2019-12-18) | 0:04 | Re: [45:24 to 46:01] | Re: [45:24 to 46:01] | Re: [45:24 to 46:08] | SUSTAINED |
| 45:24 | Have you ever worked for a | | Pltf Obj 802, lack of | FOUNDATION OBJECTION | Pltf Obj nonresponsive | |
| 45:25 | company that sold a product it had never | | foundation, 403 | WITHDRAWN, 3/11/2021;REMAINING | | |
| 46:01 | tested? | | | OBJECTIONS SUSTAINED | | |
| | | | | | | |
| 46:03 - 46:06 | Hamer, Jeff (2019-12-18) | 0:06 | Re: [46:03 to 46:06] | Re: [46:03 to 46:06] | Re: [45:24 to 46:08] | SUSTAINED |
| 46:03 | THE WITNESS:  I believe that we | | Pltf Obj 802, lack of | FOUNDATION OBJECTION | Pltf Obj nonresponsive | |
| 46:04 | sold this product in here with the | | foundation, 403 | WITHDRAWN, 3/11/2021;REMAINING | | |
| 46:05 | military, so we were selling it to the | | | OBJECTIONS SUSTAINED | | |
| 46:06 | military, who tested the product. | | | | | |
| | | | | | | |
| 62:05 - 63:23 | Hamer, Jeff (2019-12-18) | 2:52 | | | | |
| 62:05 | Q. And Exhibit 7 is the one where | | | | | |
| 62:06 | they're folding back the flanges to get -- to | | | | | |
| 62:07 | allow a deeper insertion of the green end of | | | | | |
| 62:08 | the plug, right? | | | | | |
| 62:09 | A. Correct. | | | | | |
| 62:10 | Q. And so three days later, | | | | | |
| 62:11 | Elliott Berger sends to Brian Myers the | | | | | |
| 62:12 | following e-mail, and it says, "Here are the | | | | | |
| 62:13 | data on the UltraFit end of the Combat Arms. | | | | | |
| 62:14 | Note the original study was stopped with | | | | | |
| 62:15 | eight subjects.  The second study was with | | | | | |
| 62:16 | folded-back flanges on the end sticking out | | | | | |

| | |
|---|---|
| 62:17 | of the ear."  He asked the question, "Should |
| 62:18 | I share this with Ohlin?  It looks like the |
| 62:19 | existing product has problems unless the user |
| 62:20 | instructions are revised." |
| 62:21 | Did I read that right? |
| 62:22 | A. You did. |
| 62:23 | Q. Okay.  You know Doug Ohlin to |
| 62:24 | be at the time one of the company contacts |
| 62:25 | with CHPPM, the hearing protection outfit for |
| 63:01 | the department of the Army, right? |
| 63:02 | A. I believe that's correct. |
| 63:03 | Q. Doug Ohlin actually ended his |
| 63:04 | career with 3M, didn't he? |
| 63:05 | A. He was a consultant. |
| 63:06 | Q. Yeah. |
| 63:07 | Did you work with Doug Ohlin |
| 63:08 | when he worked with 3M? |
| 63:09 | A. Yes, he was there when I joined |
| 63:10 | the company for a short period of time. |
| 63:11 | Q. What Elliott is pointing out |
| 63:12 | three days after 017 is completed is that the |
| 63:13 | existing product, the Combat Arms version 2, |
| 63:14 | has problems, right? |
| 63:15 | A. He's pointing out that the test |
| 63:16 | method that was used differed in two |
| 63:17 | different tests. |
| 63:18 | Q. Where is he doing that? |
| 63:19 | A. He said, "Here are the data. |
| 63:20 | Note the original study was stopped with |
| 63:21 | eight subjects.  Second study was with |
| 63:22 | folded-back flanges," implying the first |
| 63:23 | study was not with folded-back flanges. |

**64:12 - 66:02**   Hamer, Jeff (2019-12-18)   1:29

| | | | | | |
|---|---|---|---|---|---|
| 64:12 | Q. Okay.  And so you're pointing | Re: [65:05 to 66:02] | Re: [65:05 to 66:02] | Re: [65:05 to 66:02] | SUSTAINED |
| 64:13 | out that Elliott is informing Brian in | Pltf Obj unresponsive, lacks | SUSTAINED - Lack of | Pltf Obj nonresponsive | |
| 64:14 | marketing, among other things, that the | foundation, 702 expert opinion | personal knowledge/foundation | | |
| 64:15 | product was tested two different ways? | from a non expert; 403 | | | |
| 64:16 | A. I believe so. | | | | |
| 64:17 | Q. All right.  And after he says, | | | | |
| 64:18 | "Should I share this with Ohlin," this is the | | | | |
| 64:19 | part I was focusing on, it says, "The | | | | |
| 64:20 | existing product has problems." | | | | |
| 64:21 | Right? | | | | |
| 64:22 | A. Depending on what instructions | | | | |
| 64:23 | he used. | | | | |
| 64:24 | Q. Yes.  No, I wasn't -- I was | | | | |
| 64:25 | going finish that, but then I look at the | | | | |
| 65:01 | sort of two clauses.  It says, "It looks like | | | | |
| 65:02 | the existing product has problems," and then | | | | |
| 65:03 | there's an "unless," right? | | | | |

| | | | |
|---|---|---|---|
| 65:04 | A. That's correct. | | |
| 65:05 | Q. So as existed, as it exists | | |
| 65:06 | without changing the instructions, the | | |
| 65:07 | product has a problem, right? | | |
| 65:08 | A. The instructions have a problem | | |
| 65:09 | in the use of the product, that's correct. | | |
| 65:10 | Q. What's that? | | |
| 65:11 | A. I don't believe the product has | | |
| 65:12 | a problem. I think the instructions for use | | |
| 65:13 | had a problem. | | |
| 65:14 | Q. You mean the existing | | |
| 65:15 | instructions for use? | | |
| 65:16 | A. The instructions that were used | | |
| 65:17 | in the first test. | | |
| 65:18 | Q. Okay. So then he says, "We | | |
| 65:19 | have to" -- "unless the user instructions are | | |
| 65:20 | revised," right? | | |
| 65:21 | A. Correct. | | |
| 65:22 | Q. So he seems to imply that we | | |
| 65:23 | can cure the problem with the product by | | |
| 65:24 | revising instructions? | | |
| 65:25 | A. We can -- we can optimize the | | |
| 66:01 | performance of the product by changing the | | |
| 66:02 | instructions. | | |
| | | | |
| 77:01 - 77:08 | Hamer, Jeff (2019-12-18) | 0:19 | |
| 77:01 | Q. Do you know whether there's any | | |
| 77:02 | version of your instructions for use that | | |
| 77:03 | tell the user that the plug is too short for | | |
| 77:04 | proper insertion if you don't roll back the | | |
| 77:05 | flanges? | | |
| 77:06 | A. Not to my knowledge. | | |
| 77:07 | Q. That's exactly what they should | | |
| 77:08 | have been told, isn't it? | | |
| | | | |
| 77:10 - 77:10 | Hamer, Jeff (2019-12-18) | 0:01 | |
| 77:10 | THE WITNESS: I don't agree. | | |
| | | | |
| 77:12 - 77:18 | Hamer, Jeff (2019-12-18) | 0:14 | |
| 77:12 | Q. Well, how come? How come | | |
| 77:13 | they're not entitled to know that? | | |
| 77:14 | A. Well, I believe that they were | | |
| 77:15 | entitled to know that if they couldn't get | | |
| 77:16 | the proper fit of the earplug, that they | | |
| 77:17 | could roll back a flange to get -- | | |
| 77:18 | potentially get better insertion. | | |
| | | | |
| 83:02 - 83:05 | Hamer, Jeff (2019-12-18) | 0:10 | **Re: [83:02 to 83:05]** | **Re: [83:02 to 83:05]** |
| 83:02 | Does anywhere in your | | **Pltf Obj** nonresponsive answer | OBJECTION WITHDRAWN, |
| 83:03 | instructions do you -- do you tell the user | | | 3/12/2021 |
| 83:04 | that the only way we got an NRR of 22 is by | | |

| | | | | | |
|---|---|---|---|---|---|
| 83:05 | folding back the flanges? | | | | |
| | | | | | |
| 83:07 - 83:10 | Hamer, Jeff (2019-12-18) | 0:06 | | | |
| 83:07 | THE WITNESS:  I believe the | | **Re: [83:07 to 83:10]** | Re: [83:07 to 83:10] | |
| 83:08 | instructions tell the user to get -- | | **Pltf Obj** nonresponsive | OBJECTION WITHDRAWN, | |
| 83:09 | potentially to get a better fit, they | | | 3/12/2021 | |
| 83:10 | could fold back the flanges. | | | | |
| | | | | | |
| 83:17 - 84:13 | Hamer, Jeff (2019-12-18) | 1:43 | | | |
| 83:17 | Anywhere in your instructions | | **Re: [83:17 to 84:13]** | **Re: [83:17 to 84:13]** | **Re: [83:17 to 84:13]** | **SUSTAINED** |
| 83:18 | do you tell the user, "The only way that we | | **Pltf Obj** nonresponsive, | SUSTAINED | **Pltf Obj** nonresponsive |
| 83:19 | obtained an NRR of 22 is by folding back the | | foundation | | |
| 83:20 | flanges"? | | | | |
| 83:21 | A. I don't agree that that's the | | | | |
| 83:22 | only way. | | | | |
| 83:23 | Q. In this test? | | | | |
| 83:24 | A. Yeah.  I don't know that they | | | | |
| 83:25 | folded back the flanges on every subject. | | | | |
| 84:01 | Q. How many did they fold them | | | | |
| 84:02 | back on? | | | | |
| 84:03 | A. I don't know the answer. | | | | |
| 84:04 | Q. What do they say? | | | | |
| 84:05 | A. They said they folded back the | | | | |
| 84:06 | flanges. | | | | |
| 84:07 | Q. On the subjects, right? | | | | |
| 84:08 | Subjects plural? | | | | |
| 84:09 | A. Right. | | | | |
| 84:10 | When I look at the test data | | | | |
| 84:11 | that I've seen before this, the notes of that | | | | |
| 84:12 | suggest that every subject's -- every subject | | | | |
| 84:13 | was not necessarily folded back. | | | | |
| | | | | | |
| 100:09 - 100:13 | Hamer, Jeff (2019-12-18) | 0:15 | | | |
| 100:09 | Q. Okay.  Now, just as a threshold | | **Re: [100:09 to 100:13]** | **Re: [100:09 to 100:13]** | **Re: [100:09 to 100:18]** | **SUSTAINED** |
| 100:10 | matter, is that a proper way to do an NRR | | **Pltf Obj** 701, foundation, | SUSTAINED - Improper | **Pltf Obj** nonresponsive |
| 100:11 | test, that is, to watch the variability as it | | | lay opinion testimony | |
| 100:12 | comes across in realtime and then fold | | | | |
| 100:13 | flanges back if it happens? | | | | |
| | | | | | |
| 100:15 - 100:18 | Hamer, Jeff (2019-12-18) | 0:09 | | | |
| 100:15 | THE WITNESS:  If the | | **Re: [100:15 to 100:18]** | **Re: [100:15 to 100:18]** | **Re: [100:09 to 100:18]** | **SUSTAINED** |
| 100:16 | instructions indicate a tip that could | | **Pltf Obj** 701, foundation, | SUSTAINED - Improper | **Pltf Obj** nonresponsive |
| 100:17 | get better seal, that would be | | speculation, 403 | lay opinion testimony | |
| 100:18 | appropriate. | | | | |
| | | | | | |
| 106:13 - 106:20 | Hamer, Jeff (2019-12-18) | 0:10 | | | |
| 106:13 | Q. Yeah. | | **Re: [106:13 to 106:20]** | | **Re: [106:13 to 106:20]** | **OVERRULED** |
| 106:14 | On a break we pulled your | | **Def Obj** Relevance (401, 402) | | **Def Obj** Relevance (401, 402) |
| 106:15 | errata sheet. | | | | |
| 106:16 | A. Okay. | | | | |
| 106:17 | Q. Do you have the errata sheet in | | | | |

| | | |
|---|---|---|
| 106:18 | front of you that you reviewed in preparation | |
| 106:19 | for your deposition? | |
| 106:20 | A. I do not. | |

| 106:23 - 106:24 | Hamer, Jeff (2019-12-18) | 0:00 |
|---|---|---|
| 106:23 | (Hamer Exhibit 11 marked for | |
| 106:24 | identification.) | |

| 107:02 - 107:15 | Hamer, Jeff (2019-12-18) | 1:38 |
|---|---|---|
| 107:02 | Q. Is this Exhibit 11? | |
| 107:03 | Exhibit 11 is the errata sheet | |
| 107:04 | from your deposition.  The first page is your | |
| 107:05 | signature page where you say, "I, Jeffrey Lee | |
| 107:06 | Hamer, state that I have read the foregoing | |
| 107:07 | transcript of the testimony given by me at my | |
| 107:08 | videotaped deposition on October 7, 2015, and | |
| 107:09 | that said transcript constitutes a true and | |
| 107:10 | correct record of the testimony given by me | |
| 107:11 | at said videotaped deposition except as I | |
| 107:12 | have so indicated on the errata sheets | |
| 107:13 | provided herein," and then you sign Jeffrey | |
| 107:14 | Lee Hamer, don't you? | |
| 107:15 | A. Correct. | |

| 107:16 - 108:07 | Hamer, Jeff (2019-12-18) | 1:42 |
|---|---|---|
| 107:16 | Q. And then if you flip over, | |
| 107:17 | we'll see the things that you changed.  And | |
| 107:18 | as you described to me in your testimony, it | |
| 107:19 | was mostly typos, but there's a couple of | |
| 107:20 | things I want to bring to your attention. | |
| 107:21 | The first one is 13. | |
| 107:22 | A. Okay. | |
| 107:23 | Q. Do you see your 13th errata | |
| 107:24 | sheet change? | |
| 107:25 | A. I do. | |
| 108:01 | Q. Maybe the best way to do this | |
| 108:02 | is to look at the original page. | |
| 108:03 | Can we queue that up?  Do we | |
| 108:04 | have a videotape of that clip?  Let's queue | |
| 108:05 | that up. | |
| 108:06 | And for the record, it's | |
| 108:07 | page 89 of your deposition. | |

| 109:14 - 109:18 | Hamer, Jeff (2019-12-18) | 0:18 | Re: [109:14 to 109:18] | | Re: [109:14 to 109:18] | SUSTAINED |
|---|---|---|---|---|---|---|
| 109:14 | So page 89, lines 8 and 9. | | Def Obj Relevance (401, 402) | | Def Obj Relevance (401, 402) | |
| 109:15 | Just put the whole page up.  Actually, | | | | | |
| 109:16 | the top of page 88 and 89 is what we | | | | | |
| 109:17 | need to put up there.  There we go. | | | | | |
| 109:18 | Much easier. | | | | | |

| 109:20 - 110:16 | Hamer, Jeff (2019-12-18) | 1:46 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 109:20 | Q. So at the bottom of page 88 the | | | |
| 109:21 | question starts, Mr. Hamer.  It says:  "Okay. | | | |
| 109:22 | And is it your practice, if you either change | | | |
| 109:23 | a product or change the way it's being, for | | | |
| 109:24 | example, fitted, then you would do a retest?" | | | |
| 109:25 | And you asked the question: | | | |
| 110:01 | "Fitted?" | | | |
| 110:02 | Question:  "Yeah. | | | |
| 110:03 | "Explain 'fitted' to me." | | | |
| 110:04 | He says:  "Well, how the | | | |
| 110:05 | person's being instructed to put it in." | | | |
| 110:06 | You answer:  "No." | | | |
| 110:07 | He says:  "No, what? | | | |
| 110:08 | "We would not redo a label test | | | |
| 110:09 | due to a new fitting instruction." | | | |
| 110:10 | Is that statement true? | | | |
| 110:11 | A. I believe I corrected that in | | | |
| 110:12 | my errata. | | | |
| 110:13 | Q. Okay. | | | |
| 110:14 | A. That I didn't recollect an | | | |
| 110:15 | instance where we had done that, but indeed | | | |
| 110:16 | we have. | | | |

**110:17 - 111:25**  Hamer, Jeff (2019-12-18)      2:35

| | | | | |
|---|---|---|---|---|
| 110:17 | Q. Okay.  And let's see what your | **Re: [111:22 to 111:25]** | **Re: [111:22 to 111:25]** | OVERRULED |
| 110:18 | errata sheet actually said.  And can we go to | **Def Obj** Relevance (401, 402); | **Def Obj** Relevance (401, 402); | |
| 110:19 | the ELMO?  Because I've got it here. | 403 | 403 | |
| 110:20 | Here under 13 it says, "I | | | |
| 110:21 | didn't" -- your correction was, 88, 8 and 9: | | | |
| 110:22 | "I did not recollect an instance where we had | | | |
| 110:23 | changed fitting instructions resulting in a | | | |
| 110:24 | retest, as this was a historical event from | | | |
| 110:25 | my perspective." | | | |
| 111:01 | Right? | | | |
| 111:02 | A. That's what I wrote, yes. | | | |
| 111:03 | Q. So how does that change your | | | |
| 111:04 | answer? | | | |
| 111:05 | A. It doesn't change my answer.  I | | | |
| 111:06 | mean, it does -- I'm sorry, it does change my | | | |
| 111:07 | answer in that I, at the time, did not | | | |
| 111:08 | recollect an instance that we did that, so my | | | |
| 111:09 | answer was incorrect. | | | |
| 111:10 | Q. Okay.  But you said this was | | | |
| 111:11 | a -- retest was a historical event. | | | |
| 111:12 | What does that mean? | | | |
| 111:13 | A. That I was thinking about this | | | |
| 111:14 | particular test, not future -- not current or | | | |
| 111:15 | future tests that I was aware of. | | | |
| 111:16 | Q. I'm not following you.  It may | | | |
| 111:17 | be me. | | | |
| 111:18 | A. I mean, when I said "a | | | |

| | | | | |
|---|---|---|---|---|
| 111:19 | historical event," it was a event that was | | | |
| 111:20 | history to me, not realtime, so that I wasn't | | | |
| 111:21 | there when it happened. | | | |
| 111:22 | Q. Okay. But I don't understand | | | |
| 111:23 | the question to be asking what you're | | | |
| 111:24 | answering, but I want to make sure I'm | | | |
| 111:25 | understanding you. | | | |

**112:01 - 112:12   Hamer, Jeff (2019-12-18)**   0:28

| | |
|---|---|
| 112:01 | You say, "We would not redo a |
| 112:02 | label test due to new fitting instructions," |
| 112:03 | right? That's your testimony? |
| 112:04 | A. That's how I answered that |
| 112:05 | question, yes. |
| 112:06 | Q. Yes. |
| 112:07 | And is that not true? |
| 112:08 | A. I was incorrect. |
| 112:09 | Q. Okay. So your company will |
| 112:10 | redo label tests due to new fitting |
| 112:11 | instructions? |
| 112:12 | A. Yes, we will. |

**112:13 - 112:19   Hamer, Jeff (2019-12-18)**   0:12

| | | | |
|---|---|---|---|
| 112:13 | Q. Okay. Where is that in your | Re: [112:17 to 112:19] | Re: [112:17 to 112:19] | **OVERRULED** |
| 112:14 | policy and procedure manual? | Def Obj Argumentative (611, | Def Obj Argumentative (611, | |
| 112:15 | A. I'd have to go through it. I | 403) | 403) | |
| 112:16 | don't know if it's there or not, to be sure. | | | |
| 112:17 | Q. You know actually it's not | | | |
| 112:18 | there, don't you? | | | |
| 112:19 | A. I do not. | | | |

**112:23 - 113:04   Hamer, Jeff (2019-12-18)**   1:48

| | |
|---|---|
| 112:23 | Q. Okay. Well, let's do just |
| 112:24 | that. I'm going to mark this as the next |
| 112:25 | exhibit. This is your company policy and |
| 113:01 | procedure manual. This was attached to |
| 113:02 | Elliott Berger's deposition as Exhibit 5206. |
| 113:03 | It'll be Exhibit 12 -- 13, 13 to this |
| 113:04 | deposition. |

**114:24 - 115:05   Hamer, Jeff (2019-12-18)**   0:15

| | | | |
|---|---|---|---|
| 114:24 | Q. That all may be true. My | Re: [114:24 to 115:05] | Re: [114:24 to 115:05] | **OVERRULED** |
| 114:25 | question is related to your policy and | Def Obj Foundation (602); 403 | Def Obj Foundation (602); 403 | |
| 115:01 | procedure manual and why it's not in there, | | | |
| 115:02 | why the last part about doing a retest due to | | | |
| 115:03 | changing fitting instructions is not in your | | | |
| 115:04 | manual. | | | |
| 115:05 | A. I do not know the answer. | | | |

**118:02 - 118:04   Hamer, Jeff (2019-12-18)**   0:03

| | | |
|---|---|---|
| 118:02 | Q. Is that the industry standard | Re: [118:02 to 118:04] | Re: [118:02 to 118:04] |

| | | | | | |
|---|---|---|---|---|---|
| 118:03 | with hearing protection devices; do you know | | **Pltf Obj** unresponsive, foundation, speculation | OVERRULED | |
| 118:04 | that? | | | | |
| | | | | | |
| **118:06 - 118:10** | **Hamer, Jeff (2019-12-18)** | 0:23 | | | |
| 118:06 | THE WITNESS:  I don't believe | | **Re: [118:06 to 118:10]** | **Re: [118:06 to 118:10]** | |
| 118:07 | there is a standard on that.  I don't | | **Pltf Obj** unresponsive, foundation, speculation | OVERRULED | |
| 118:08 | believe any of the guidance documents | | | | |
| 118:09 | from EPA or ANSI indicate reasons for | | | | |
| 118:10 | retest. | | | | |
| | | | | | |
| **122:10 - 123:01** | **Hamer, Jeff (2019-12-18)** | 1:33 | | | |
| 122:10 | It is true that you are not | | | | |
| 122:11 | supposed to stop a labeling test in the | | | | |
| 122:12 | middle just because you're getting low | | | | |
| 122:13 | numbers or variability? | | | | |
| 122:14 | A. I would say that's not true. | | | | |
| 122:15 | Q. Okay.  Do you remember being | | | | |
| 122:16 | asked that question in your previous | | | | |
| 122:17 | deposition? | | | | |
| 122:18 | A. I do. | | | | |
| 122:19 | Q. Do you remember what your | | | | |
| 122:20 | answer was? | | | | |
| 122:21 | A. I believe I answered in an | | | | |
| 122:22 | opposite way because I believe that I was -- | | | | |
| 122:23 | my recollection of my understanding of the | | | | |
| 122:24 | question at that time was that it was | | | | |
| 122:25 | associated with stopping a particular | | | | |
| 123:01 | subject's test in the middle of it. | | | | |
| | | | | | |
| **123:02 - 123:13** | **Hamer, Jeff (2019-12-18)** | 0:24 | | **Re: [123:02 to 123:13]** | **OVERRULED** |
| 123:02 | Q. And when did you come to that | | | **Def Obj** improper | |
| 123:03 | understanding that you just gave us? | | | clarification, 106, improper | |
| 123:04 | A. When I did the errata sheet. | | | designation of a question | |
| 123:05 | Q. Where on the errata sheet do | | | without an answer (10-13) | |
| 123:06 | you change that testimony from what it was, | | | | |
| 123:07 | yes, to no? | | | | |
| 123:08 | A. Where was that in my deposition | | | | |
| 123:09 | in terms of the -- | | | | |
| 123:10 | Q. Yeah, let me set the table for | | | | |
| 123:11 | you. | | | | |
| 123:12 | Can we have the -- the ELMO, | | | | |
| 123:13 | please? | | | | |
| | | | | | |
| **123:14 - 124:09** | **Hamer, Jeff (2019-12-18)** | 1:39 | | | |
| 123:14 | This is page 173 of your | | **Re: [123:14 to 124:01]** | Re: [123:14 to 124:01] | **Re: [123:22 to 124:09]** | **OVERRULED** |
| 123:15 | deposition.  It says:  "And isn't it your | | **Pltf Obj** non responsive | OVERRULED | **Pltf Obj** nonresponsive | |
| 123:16 | testimony that you're not supposed to stop a | | | | |
| 123:17 | labeling test in the middle just because | | | | |
| 123:18 | you're getting low numbers or variability?" | | | | |
| 123:19 | And you answered "yes," didn't | | | | |
| 123:20 | you? | | | | |

123:21   A. Right.
123:22   And "labeling test" in the
123:23   middle, in my interpretation when I made that
123:24   statement, was during the middle of a
123:25   subject's test.  That was my interpretation.
124:01   That's what I answered yes to.
124:02   Q. Oh, okay.
124:03   So, but I'm -- before we get to
124:04   that, I heard you say that you changed it on
124:05   the errata sheet.
124:06   Now, I have the errata sheet --
124:07   A. I didn't, because I didn't
124:08   believe it was wrong.  I was wrong -- I was
124:09   incorrect.

124:10 - 124:22   Hamer, Jeff (2019-12-18)                          1:31

124:10   Q. Okay.  So at the time, and even
124:11   after you read your deposition and you signed
124:12   it as being true and correct, you believed
124:13   your answer there was true, that it would
124:14   have been -- that you're not supposed to stop
124:15   a labeling test in the middle just because
124:16   you're getting low numbers or variability?
124:17   A. That it was true.  And my
124:18   context of that was during a subject test.
124:19   That was the context I answered the question
124:20   under.
124:21   Q. Well, I want to make sure I
124:22   understand this.

| | | |
|---|---|---|
| Re: [124:10 to 124:20] | Re: [124:10 to 124:20] | OVERRULED |
| Def Obj Argumentative (611, 403) | Def Obj Argumentative (611, 403) | |
| Re: [124:21 to 124:22] | Re: [124:21 to 124:22] | OVERRULED |
| Def Obj Relevance (401, 402) | Def Obj Relevance (401, 402) | |

124:23 - 125:12   Hamer, Jeff (2019-12-18)                          1:30

124:23   The question is, you're not
124:24   supposed to stop a labeling test in the
124:25   middle just because you're getting low
125:01   numbers or variability?
125:02   A. A labeling test is -- a subject
125:03   is undergoing a test, okay?  And so that
125:04   subject is responding, taking a test, and
125:05   you're not supposed to stop that in the
125:06   middle of it.
125:07   Q. When are you allowed to stop
125:08   it?
125:09   A. At any point in time.
125:10   Q. Why not that time?
125:11   A. Because it's during the middle
125:12   of a subject evaluation.

125:13 - 126:13   Hamer, Jeff (2019-12-18)                          1:45

125:13   Q. Why does that make any
125:14   difference?
125:15   A. It's just our policy, is not to

| | | | | | |
|---|---|---|---|---|---|
| 125:16 | stop at that point. | | | | |
| 125:17 | Q. What point is your policy you | | | | |
| 125:18 | can stop? | | | | |
| 125:19 | A. At any point in time when -- | | | | |
| 125:20 | after -- after subjects are completely | | | | |
| 125:21 | tested. | | | | |
| 125:22 | Q. What does "completely tested" | | | | |
| 125:23 | mean? | | | | |
| 125:24 | A. They've gone through the whole | | | | |
| 125:25 | test sequence for that subject for that | | | | |
| 126:01 | product. | | | | |
| 126:02 | Q. Okay.  I'm having trouble | | | | |
| 126:03 | understanding you. | | | | |
| 126:04 | A. There's ten subjects. | | | | |
| 126:05 | Q. Yes. | | | | |
| 126:06 | A. Each subject has multiple fits | | | | |
| 126:07 | and tests. | | | | |
| 126:08 | Q. Three. | | | | |
| 126:09 | A. And you're not -- my -- the | | | | |
| 126:10 | policy, as I understood it, was that while a | | | | |
| 126:11 | subject is under test, you should not stop | | | | |
| 126:12 | the test at that point during that testing | | | | |
| 126:13 | sequence. | | | | |

| | | | |
|---|---|---|---|
| 126:14 - 126:19 | Hamer, Jeff (2019-12-18) | 0:10 | |
| 126:14 | Q. Okay.  This question doesn't | | |
| 126:15 | say anything about subjects, though, right? | | |
| 126:16 | A. It says "during the test."  My | | |
| 126:17 | interpretation was while the test was | | |
| 126:18 | occurring, while a particular data was being | | |
| 126:19 | collected. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 127:19 - 127:21 | Hamer, Jeff (2019-12-18) | 0:06 | | | | |
| 127:19 | Q. When did you come to the | | **Re: [127:19 to 127:21]** | Re: [127:19 to 127:21] | **Re: [127:19 to 128:08]** | **OVERRULED** |
| 127:20 | realization that the answer you gave here | | **Pltf Obj** Vague, incomplete | OVERRULED | **Pltf Obj** nonresponsive | |
| 127:21 | needed clarification? | | designation, 402/403, | | | |

| | | | | | |
|---|---|---|---|---|---|
| 127:23 - 128:08 | Hamer, Jeff (2019-12-18) | 0:29 | | | |
| 127:23 | THE WITNESS:  Upon -- upon -- I | | | **Re: [127:19 to 128:08]** | **OVERRULED** |
| 127:24 | mean, I think there's other places in | | | **Pltf Obj** nonresponsive | |
| 127:25 | this -- in this -- in this deposition | | | | |
| 128:01 | where this line of questioning came | | | | |
| 128:02 | up, and I think even -- even further | | | | |
| 128:03 | into this document, this question | | | | |
| 128:04 | comes up again.  And I tried to | | | | |
| 128:05 | correct it by saying we could -- we | | | | |
| 128:06 | could change the fitting instructions | | | | |
| 128:07 | to do a retest.  Or to start a new | | | | |
| 128:08 | test. | | | | |

| | | |
|---|---|---|
| 128:10 - 129:02 | Hamer, Jeff (2019-12-18) | 1:46 |

| | | | |
|---|---|---|---|
| 128:10 | Q. Okay.  Fitting instructions | | |
| 128:11 | issue is different than this to me. | | |
| 128:12 | Is it different to you? | | |
| 128:13 | A. To me this is, when can you | | |
| 128:14 | stop a label test, and the answer is, you can | | |
| 128:15 | stop a label test at any point in time that | | |
| 128:16 | you wish to.  You don't have to complete any | | |
| 128:17 | test, but -- any complete labeling test, but | | |
| 128:18 | that you shouldn't stop during the testing of | | |
| 128:19 | an individual subject. | | |
| 128:20 | Q. Okay.  Okay.  Why not?  If you | | |
| 128:21 | can stop a test at any time, at any time, why | | |
| 128:22 | does it matter whether you stop it in the | | |
| 128:23 | middle of one? | | |
| 128:24 | A. Okay.  So you might pick this | | |
| 128:25 | test back up after you stop it, and if you do | | |
| 129:01 | that, you need to have completed every | | |
| 129:02 | subject or you can't start it over. | | |

**129:03 - 129:12  Hamer, Jeff (2019-12-18)**  0:29

| | | | |
|---|---|---|---|
| 129:03 | Q. So let me understand this. | Re: [129:03 to 129:03] | Re: [129:03 to 129:03] | Re: [129:03 to 129:03] | **OVERRULED** |
| 129:04 | Are you saying that you need to | Def Obj Relevance (401, 402) | OVERRULED | Def Obj Relevance (401, 402) | |
| 129:05 | have completed all three tests for that | | | | |
| 129:06 | subject? | Re: [129:08 to 129:16] | Re: [129:08 to 129:16] | Re: [129:08 to 129:16] | **OVERRULED** |
| 129:07 | A. Yes. | Def Obj Foundation (602); 701 | OVERRULED | Def Obj Foundation (602); 701 | |
| 129:08 | Q. Okay.  So if I subject | | | | |
| 129:09 | number 1, right, I'm the first person tested, | | | | |
| 129:10 | you're saying that I cannot stop a labeling | | | | |
| 129:11 | test until I have had all three tests done on | | | | |
| 129:12 | a label test? | | | | |

**129:14 - 130:01  Hamer, Jeff (2019-12-18)**  1:47

| | | | |
|---|---|---|---|
| 129:14 | THE WITNESS:  Our policy was | Re: [129:08 to 129:16] | Re: [129:08 to 129:16] | Re: [129:08 to 129:16] | **OVERRULED** |
| 129:15 | not to stop a test in the middle for a | Def Obj Foundation (602); 701 | OVERRULED | Def Obj Foundation (602); 701 | |
| 129:16 | given subject. | | | | |
| 129:17 | QUESTIONS BY MR. TRACEY: | Re: [129:24 to 130:03] | Re: [129:24 to 130:03] | Re: [129:24 to 130:03] | **OVERRULED** |
| 129:18 | Q. Okay.  Does that mean you can't | Def Obj Foundation (602); | OVERRULED | Def Obj Foundation (602); | |
| 129:19 | stop a test, change the instructions and | vague, misstates (611, 403) | | vague, misstates (611, 403) | |
| 129:20 | start again? | | | | |
| 129:21 | A. You can't stop the test, change | | | | |
| 129:22 | the instructions and not redo this -- the | | | | |
| 129:23 | test from the beginning. | | | | |
| 129:24 | Q. Okay.  Is it fair to say that | | | | |
| 129:25 | everybody who is undergoing a label test | | | | |
| 130:01 | ought to use the same instructions? | | | | |

**130:03 - 130:03  Hamer, Jeff (2019-12-18)**  0:00

| | | | |
|---|---|---|---|
| 130:03 | THE WITNESS:  Yes. | Re: [129:24 to 130:03] | Re: [129:24 to 130:03] | Re: [129:24 to 130:03] | **OVERRULED** |
| | | Def Obj Foundation (602); | OVERRULED | Def Obj Foundation (602); | |
| | | vague, misstates (611, 403) | | vague, misstates (611, 403) | |

130:15 - 130:17   Hamer, Jeff (2019-12-18)                    0:05
  130:15   Okay.  Mr. Hamer, it's your
  130:16   opinion that testing this product with the
  130:17   flanges folded back is improper, isn't it?

130:19 - 130:19   Hamer, Jeff (2019-12-18)                    0:02
  130:19   THE WITNESS:  It is not.

130:21 - 130:25   Hamer, Jeff (2019-12-18)                    0:06
  130:21   Q. It is not improper?
  130:22   A. That's correct.
  130:23   Q. Do you remember making a
  130:24   statement to the contrary in your previous
  130:25   deposition?

131:02 - 131:05   Hamer, Jeff (2019-12-18)                    0:07
  131:02   THE WITNESS:  I remember a line
  131:03   of questioning that was revolving
  131:04   around the instruction set that was
  131:05   handed to me at that time.

131:06 - 131:09   Hamer, Jeff (2019-12-18)                    0:06
  131:06   QUESTIONS BY MR. TRACEY:
  131:07   Q. Okay.  And let me just -- let
  131:08   me put this on the ELMO so we can make sure
  131:09   we're clear.

132:11 - 133:10   Hamer, Jeff (2019-12-18)                    1:28
  132:11   Q. Okay.  Go ahead.  Play it.
  132:12   (Video played.)
  132:13   Q. Is that statement true?
  132:14   A. Based on the instruction set
  132:15   that I was looking at the time of the
  132:16   product they provided, it did not indicate a
  132:17   tip or an instruction to roll back the
  132:18   flange.
  132:19   Q. I don't see a question about
  132:20   instructions in this question.  This question
  132:21   appears to be --
  132:22   A. There was an exhibit that was
  132:23   handed to me prior to this --
  132:24   Q. I see.
  132:25   A. -- that had instructions and
  133:01   NRR label on the back of the panel, and an
  133:02   insert for it that had the user instructions
  133:03   for the product that did not include rolling
  133:04   back the flanges.
  133:05   Q. And tell me the importance of
  133:06   that.
  133:07   A. That if you want to apply the
  133:08   NRR label test that was being used, that that

| | | | | | |
|---|---|---|---|---|---|
| 133:09<br>133:10 | tip or that instruction should have been<br>included. | | | | |
| 140:15 - 140:19 | Hamer, Jeff (2019-12-18) | 0:21 | | | |
| 140:15<br>140:16<br>140:17<br>140:18<br>140:19 | Q. Okay.  Do you believe that when<br>Aearo found out in 2000 that this plug was<br>pulling out, they should have stopped selling<br>the product until they figured out the<br>problem? | | | | |
| 140:21 - 140:22 | Hamer, Jeff (2019-12-18) | 0:02 | | | |
| 140:21<br>140:22 | THE WITNESS:  No, not<br>necessarily. | | | | |
| 140:24 - 141:01 | Hamer, Jeff (2019-12-18) | 0:05 | Re: [140:24 to 141:01]<br>**Def Obj** vague, misstates,<br>argumentative (611, 403);<br>foundation (602); 403 | Re: [140:24 to 141:01]<br>OVERRULED | Re: [140:24 to 141:01]<br>**Def Obj** vague, misstates,<br>argumentative (611, 403);<br>foundation (602); 403 | OVERRULED |
| 140:24<br>140:25<br>141:01 | Q. Do you remember making a<br>statement to the contrary in your deposition<br>in 2015? | | | | |
| 141:03 - 141:05 | Hamer, Jeff (2019-12-18) | 0:04 | Re: [141:03 to 141:05]<br>**Def Obj** vague, misstates,<br>argumentative (611, 403);<br>foundation (602); 403 | | Re: [141:03 to 141:05]<br>**Def Obj** vague, misstates,<br>argumentative (611, 403);<br>foundation (602); 403 | OVERRULED |
| 141:03<br>141:04<br>141:05 | THE WITNESS:  I do not, but<br>I'm -- we'd have to go through it and<br>look at it. | | | | |
| 141:07 - 141:12 | Hamer, Jeff (2019-12-18) | 1:39 | Re: [141:07 to 141:12]<br>**Pltf Obj** Foundation,<br>arguementative, misstates, 802 | | | OVERRULED |
| 141:07<br>141:08<br>141:09<br>141:10<br>141:11<br>141:12 | Q. Let's do just that.  This is<br>page 175.<br>We have the cut.  Okay.  Let me<br>give him -- 175, starting where, Kenny.<br>Line 22, Mr. Hamer.<br>Let's play that. | | | | |
| 141:17 - 142:07 | Hamer, Jeff (2019-12-18) | 1:30 | Re: [141:17 to 142:05]<br>**Def Obj** vague, misstates,<br>argumentative (611, 403);<br>foundation (602); 403 | Re: [141:17 to 142:05]<br>OVERRULED | Re: [141:17 to 142:05]<br>**Def Obj** vague, misstates,<br>argumentative (611, 403);<br>foundation (602); 403 | OVERRULED |
| 141:17<br>141:18<br>141:19<br>141:20<br>141:21 | QUESTIONS BY MR. TRACEY:<br>Q. Is that statement true?<br>A. Yes, I agree.<br>Q. That they should have stopped<br>selling the plug? | | | Re: [142:06 to 142:07]<br>OVERRULED | | |
| 141:22<br>141:23<br>141:24<br>141:25<br>142:01<br>142:02<br>142:03<br>142:04<br>142:05<br>142:06<br>142:07 | A. Oh, no, I'm sorry.  I'm<br>responding to the wrong lawyer.<br>I said:  "I don't know that<br>they didn't."<br>And then:  "If they didn't,<br>don't you think that would have been wrong?"<br>And I said:  "If they didn't,<br>if they did not, yes, it would have been<br>wrong."<br>Q. Let's go to the ELMO so we can<br>see where he's reading along -- with him. | | Re: [142:06 to 142:07]<br>**Def Obj** Relevance (401, 402) | | Re: [142:06 to 142:07]<br>**Def Obj** Relevance (401, 402) | OVERRULED |

142:08 - 143:04   Hamer, Jeff (2019-12-18)                                          1:54

| | | | | |
|---|---|---|---|---|
| 142:08 | So starting at the bottom here: | **Re: [142:24 to 143:04]** | Re: [142:24 to 143:04] | **Re: [142:08 to 143:04]** | **SUSTAINED** |
| 142:09 | "Don't you think in 2000 when 3M found this | **Pltf Obj** nonresponsive | SUSTAINED - | **Pltf Obj** nonresponsive | |
| 142:10 | problem with this plug pulling out, they | | Nonresponsive | | |
| 142:11 | should have stopped" -- and then at the top | | | | |
| 142:12 | of page 176 -- "figured out what it was and | | | | |
| 142:13 | stopped selling it until they solved it?" | | | | |
| 142:14 | Your answer was: "I don't know | | | | |
| 142:15 | that they didn't." | | | | |
| 142:16 | And then the question is: | | | | |
| 142:17 | "Even if they didn't, don't you think that | | | | |
| 142:18 | would have been wrong?" | | | | |
| 142:19 | And you said: "If they did | | | | |
| 142:20 | not, yes." | | | | |
| 142:21 | That's what you testified to in | | | | |
| 142:22 | your previous deposition. | | | | |
| 142:23 | A. That's correct. | | | | |
| 142:24 | Q. Is that statement still true? | | | | |
| 142:25 | A. I'm just trying to understand | | | | |
| 143:01 | the context of this questioning, because I | | | | |
| 143:02 | believe we did stop the test, and we learned | | | | |
| 143:03 | how to fit the product better and provided | | | | |
| 143:04 | that information to the military. | | | | |

196:19 - 197:05   Hamer, Jeff (2019-12-18)                                          0:28

| | |
|---|---|
| 196:19 | Q. How long have you been with the |
| 196:20 | company? |
| 196:21 | A. Since I rejoined the company in |
| 196:22 | 2008 in this position. |
| 196:23 | Q. Were you with them before? |
| 196:24 | A. I was with what -- at the -- |
| 196:25 | what at the time was E-A-R division of Cabot |
| 197:01 | Corporation, which became Aearo, which 3M |
| 197:02 | bought, from 1984 to 1997. |
| 197:03 | Q. '97 to 2007 you were gone? |
| 197:04 | A. In a different company, |
| 197:05 | correct. |

278:07 - 278:18   Hamer, Jeff (2019-12-18)                                          0:28

| | | | |
|---|---|---|---|
| 278:07 | Q. And is it your belief that the | **Re: [278:07 to 278:18]** | Re: [278:07 to 278:18] |
| 278:08 | regulatory authorities know that you guys do | **Pltf Obj** 602, speculation, 701 | SUSTAINED - 402; 701 |
| 278:09 | this and there's no problem with it? | , 403, nonresponsive | |
| 278:10 | A. I don't -- I don't understand | | |
| 278:11 | why that would matter to them, because we | | |
| 278:12 | would not market a product that we stopped | | |
| 278:13 | and didn't change something on. | | |
| 278:14 | Q. Either the instructions or the | | |
| 278:15 | product? | | |
| 278:16 | A. Or the design or the | | |
| 278:17 | manufacturing. It's not the same at that | | |

278:18    point.

328:10 - 328:22    Hamer, Jeff (2019-12-18)      1:33

| | | |
|---|---|---|
| **Re: [328:10 to 328:22]** | Re: [328:10 to 328:22] | **Re: [328:10 to 328:22]** |
| **Pltf Obj** non responsive, foundation, speculation, 802 hearsay, 403 | SUSTAINED | **Pltf Obj** nonresponsive |

**SUSTAINED**

328:10    Q. And as we sit here today,
328:11    20 years later, you have seen not one shred
328:12    of evidence in the form of anybody from your
328:13    company communicating the results of the
328:14    flange report to the American military, have
328:15    you?
328:16    A. I believe that our fitting
328:17    instructions indicate a way to get better
328:18    seal on the product, and I believe that Doug
328:19    Ohlin was involved in the development of this
328:20    product and the training of the soldiers that
328:21    were using this product and that he was --
328:22    that he had knowledge of that.

335:01 - 335:11    Hamer, Jeff (2019-12-18)      0:17

| | | |
|---|---|---|
| **Re: [335:01 to 335:06]** | **Re: [335:01 to 335:06]** | **Re: [335:01 to 335:06]** |
| **Def Obj** foundation (602); 701; vague (611, 403) | MOOT | **Def Obj** foundation (602); 701; vague (611, 403) |

**OVERRULED**

| | |
|---|---|
| | **Re: [335:07 to 335:11]** |
| **Re: [335:07 to 335:11]** | **Re: [335:07 to 335:11]** |
| **Def Obj** foundation (602); 701; vague (611, 403) | **Def Obj** foundation (602); 701; vague (611, 403) |
| | MOOT | |

**OVERRULED**

335:01    Q. Your company is in the best
335:02    position to train people how to use their
335:03    product, aren't they?
335:04    MR. MORRISS:  Object to form.
335:05    THE WITNESS:  I believe we have
335:06    a good position.
335:07    QUESTIONS BY MR. TRACEY:
335:08    Q. Well, you're the only -- you're
335:09    the only people that have access to the data
335:10    found in the flange report, right?
335:11    A. Yes.

335:12 - 335:15    Hamer, Jeff (2019-12-18)      0:06

| | | |
|---|---|---|
| **Re: [335:12 to 335:15]** | Re: [335:12 to 335:15] | **Re: [335:12 to 335:19]** |
| **Pltf Obj** nonresponsive, foundation, speculation, 802 hearsay, 403 | SUSTAINED - Irrelevant; Speculative; Nonresponsive | **Pltf Obj** nonresponsive, speculation |

**SUSTAINED**

335:12    Q. And if we were going to train
335:13    soldiers on how to properly use your product,
335:14    we would want to use the data in the flange
335:15    report, wouldn't we?

335:17 - 335:19    Hamer, Jeff (2019-12-18)      0:04

| | | |
|---|---|---|
| **Re: [335:17 to 335:19]** | Re: [335:17 to 335:19] | **Re: [335:12 to 335:19]** |
| **Pltf Obj** nonresponsive, foundation, speculation, 802 hearsay, 404 | SUSTAINED | **Pltf Obj** nonresponsive, speculation |

**SUSTAINED**

335:17    THE WITNESS:  Yeah, I believe
335:18    that Doug Ohlin and the military was
335:19    aware of that situation.

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 11:01 - 12:04 | Van Densen, Mark (2020-12-04)  2:35 | | | **Re: [10:17 to 184:20]** | **Global objection OVERRULED.** |
| 11:01 | This deposition is being provided | | | **Pltf Obj** **Global Objection** | |
| 11:02 | pursuant to the Touhy letter provided by the | | | Baker objects to 3M's | |
| 11:03 | Department of the Army, dated November 16 and | | | designations from Mark Van | |
| 11:04 | is limited by the terms set out in the letter. | | | Densen in their entirety. This | |
| 11:05 | I want to highlight a couple of those | | | deposition was not noticed in | |
| 11:06 | limitations, however, all limitations in the | | | the Baker case, and is | |
| 11:07 | letter apply. | | | inadmissible hearsay not | |
| 11:08 | Mr. Van Densen is authorized to | | | subject to any exception. Mr. | |
| 11:09 | testify about his administration of the | | | Baker had no notice and was | |
| 11:10 | November 27, 2006, hearing exam of bellwether | | | not represented at this | |
| 11:11 | Plaintiff Adkins and his administrations on or | | | deposition. Pursuant to Touhy, | |
| 11:12 | about July 31, 2009, December 12, 2010, and | | | the deposition was not | |
| 11:13 | December 15, 2010, of the hearing exam of | | | approved with regard to Mr. | |
| 11:14 | bellwether Plaintiff Taylor. | | | Baker as Defendants only | |
| 11:15 | Mr. Van Densen is authorized to | | | requested authorization | |
| 11:16 | provide testimony regarding information | | | specifically in relation to | |
| 11:17 | contained in the audiogram records and his | | | other plaintiffs (Taylor and | |
| 11:18 | practices as an audiology technician. | | | Adkins). | |
| 11:19 | Additionally, Mr. Van Densen is | | | | |
| 11:20 | authorized to discuss hearing conservation | | | | |
| 11:21 | training he provided to bellwether Plaintiff | | | **Re: [11:01 to 12:04]** | **SUSTAINED** |
| 11:22 | Taylor on or about May 19, 2011.  Mr. Van | | | **Def Obj** 401, 403, MIL 6 | |
| 11:23 | Densen is not authorized to testify about any | | | | |
| 11:24 | other subjects. | | | | |
| 11:25 | Mr. Van Densen is not authorized | | | | |
| 12:01 | to testify about any other subjects, cannot be | | | | |
| 12:02 | qualified as an expert witness, or be asked for | | | | |
| 12:03 | personal opinions relating to official | | | | |
| 12:04 | information. | | | | |
| | | | | | |
| 12:20 - 13:11 | Van Densen, Mark (2020-12-04)  1:46 | | | **Re: [12:20 to 13:11]** | **SUSTAINED** |
| 12:20 | MR. GUNDERSON:  Ms. Fairchild, | | | **Def Obj** 401, 403, MIL 6 | |
| 12:21 | just for one point of clarification per our -- | | | | |
| 12:22 | by my understanding of the authorization | | | | |
| 12:23 | letter, Mr. Van Densen is permitted to testify | | | | |
| 12:24 | about the November 2006 hearing exam of | | | | |
| 12:25 | Plaintiff Adkins, and then the hearing exams | | | | |
| 13:01 | for Plaintiff Taylor between 2009 and 2011; is | | | | |
| 13:02 | that consistent with your understanding? | | | | |
| 13:03 | MS. FAIRCHILD:  Did I say -- Did | | | | |
| 13:04 | I say something different?  The letter, which I | | | | |
| 13:05 | will be happy to provide you, should govern.  I | | | | |
| 13:06 | intended to read the letter verbatim. | | | | |
| 13:07 | MR. GUNDERSON:  I may have | | | | |

| | | | | |
|---|---|---|---|---|
| 13:08 | misheard.  I just wanted to clarify that we're | | | |
| 13:09 | talking about Mr. Adkins hearing exams and Mr. | | | |
| 13:10 | Taylor's hearing exams that Mr. Van Densen was | | | |
| 13:11 | involved in. | | | |

**15:05 - 15:06**   Van Densen, Mark (2020-12-04)        0:02
15:05   Q. Mr. Van Densen, good morning.
15:06   A. Good morning, sir.

**15:07 - 15:13**   Van Densen, Mark (2020-12-04)        0:16
15:07   Q. My name is Carl Gunderson.  I am
15:08   an attorney from the law firm of Kirkland and
15:09   Ellis, LLP, and I represent the defendants 3M
15:10   and Aearo in this litigation.
15:11   Can you please state your name
15:12   for the Record?
15:13   A. Mark Robert Van Densen.

**16:18 - 17:05**   Van Densen, Mark (2020-12-04)        0:26                  Re: [16:18 to 17:05]          SUSTAINED
16:18   Q. And which branch of the military                              Pltf Obj 401; 402; 401;
16:19   did you serve in?                                                bolstering
16:20   A. I served in the United States
16:21   Marine Corps and the United States Army.
16:22   Q. And which years did you serve in
16:23   the Marine Corps?
16:24   A. '73 to '76.
16:25   Q. And which years did you serve in
17:01   the Army?
17:02   A. '76 to '95.
17:03   Q. And did you retire from the Army
17:04   in 1995?
17:05   A. Yes, I did.

**24:09 - 24:13**   Van Densen, Mark (2020-12-04)        0:09                  Re: [24:09 to 24:13]          SUSTAINED
24:09   Q. You understand that your                                      Def Obj 401, 403, MIL 6
24:10   testimony today relates to two former soldiers
24:11   named Brandon Adkins and Joseph Taylor, who
24:12   were stationed at Fort Lewis; correct?
24:13   A. Yes.

**26:25 - 27:12**   Van Densen, Mark (2020-12-04)        1:33
26:25   You worked at the Hearing Conservation Clinic
27:01   at Fort Lewis; correct?
27:02   A. Yes.
27:03   Q. When did you begin working at the
27:04   Hearing Conservation Clinic at Fort Lewis?

| | |
|---|---|
| 27:05 | A. September 2005. |
| 27:06 | Q. And do you still work at the |
| 27:07 | Hearing Conservation Clinic at Fort Lewis? |
| 27:08 | A. Yes, I do. |
| 27:09 | Q. Because of your job, are you |
| 27:10 | familiar with the hearing protection devices |
| 27:11 | used by the military since at least 2005? |
| 27:12 | A. Yes. |

| | | |
|---|---|---|
| 40:22 - 41:08 | Van Densen, Mark (2020-12-04) | 1:50 |
| 40:22 | MR. GUNDERSON:  Erik, can you | |
| 40:23 | please mark as Exhibit 9 tab 2-F? | |
| 40:24 | (Whereupon, Exhibit 9 was | |
| 40:25 | marked for identification | |
| 41:01 | purposes.) | |
| 41:02 | Q. Mr. Van Densen, are you familiar | |
| 41:03 | with these earplugs? | |
| 41:04 | A. Yes. | |
| 41:05 | Q. Can you describe for the jury | |
| 41:06 | what these are? | |
| 41:07 | A. Well, the combat/battle plugs, | |
| 41:08 | should be type 2. | |

| | | |
|---|---|---|
| 49:21 - 51:09 | Van Densen, Mark (2020-12-04) | 2:38 |
| 49:21 | Q. Mr. Van Densen, starting with | |
| 49:22 | college, can you walk me through your | |
| 49:23 | educational history? | |
| 49:24 | A. I have a bachelor's in workforce | |
| 49:25 | education, I have an associate's in hearing aid | |
| 50:01 | technology, and an associate's in general | |
| 50:02 | education, and a GED. | |
| 50:03 | Q. Great.  What year did you get | |
| 50:04 | each of those different degrees? | |
| 50:05 | A. 2004 for the applied science, | |
| 50:06 | 2003 for the general education, and 2007 for | |
| 50:07 | the bachelor's in science. | |
| 50:08 | Q. And during the course of your -- | |
| 50:09 | the classes you took in connection with those | |
| 50:10 | degrees, did you take any classes specifically | |
| 50:11 | related to audiology or hearing? | |
| 50:12 | A. Yes. | |
| 50:13 | Q. And in what years did you take | |
| 50:14 | those classes approximately? | |
| 50:15 | A. From 2002 to 2004. | |
| 50:16 | Q. And what kind of classes did you | |
| 50:17 | take in connection with that training? | |

| | | |
|---|---|---|
| 50:18 | A. I took a associate's degree in | |
| 50:19 | applied science for hearing aid technology. | |
| 50:20 | Q. And during the course of those | |
| 50:21 | classes, did you learn about how the ear | |
| 50:22 | worked? | |
| 50:23 | A. Yes. | |
| 50:24 | Q. Did you study hearing protection | |
| 50:25 | and how it works? | |
| 51:01 | A. I took the COAC course, I did not | |
| 51:02 | receive any training on hearing protection in | |
| 51:03 | college. | |
| 51:04 | Q. And what is COAC? | |
| 51:05 | A. It is the civilian course on | |
| 51:06 | hearing conservation. | |
| 51:07 | Q. And is that course provided by | |
| 51:08 | the military? | |
| 51:09 | A. The military has its version. | |

| 51:24 - 52:07 | Van Densen, Mark (2020-12-04) | 0:17 |
|---|---|---|
| 51:24 | Q. And what year did you complete | |
| 51:25 | that training? | |
| 52:01 | A. I took the first -- I took my | |
| 52:02 | civilian course in 2003. | |
| 52:03 | Q. Okay.  Did you take any more | |
| 52:04 | advanced courses in connection with that? | |
| 52:05 | A. I've taken a certification | |
| 52:06 | training every five years since then, | |
| 52:07 | recertification. | |

| 52:12 - 52:22 | Van Densen, Mark (2020-12-04) | 1:31 |
|---|---|---|
| 52:12 | Q. And can you explain to the jury | |
| 52:13 | what kind of training from -- you got the first | |
| 52:14 | time you took that course and then in your | |
| 52:15 | recertifications?  Is it how to conduct | |
| 52:16 | audiograms, fit hearing protection devices? | |
| 52:17 | A. Basically, it's on how to -- how | |
| 52:18 | to give the hearing test, how to fit the | |
| 52:19 | hearing protection, and how to instruct people | |
| 52:20 | to use it, and how to determine -- and how to | |
| 52:21 | refer somebody for further testing, if | |
| 52:22 | required. | |

| 54:09 - 54:24 | Van Densen, Mark (2020-12-04) | 1:44 |
|---|---|---|
| 54:09 | Q. And do you recall in 2006 and | |
| 54:10 | 2009 to '11 which earplugs came in bulk versus | |
| 54:11 | which earplugs were individually wrapped? | |

54:12    A. The triple-flange earplugs came
54:13    in bulk; they were usually in a cardboard box
54:14    with 24 plugs wrapped in white paper.
54:15    Q. And did those triple-flange
54:16    earplugs include instructions?
54:17    A. We give the individuals -- Every
54:18    individual was given a card on how to properly
54:19    use the earplugs, also they were trained on how
54:20    to properly use them.
54:21    Q. And so for every earplug you
54:22    issued, you would provide written instructions
54:23    on use to the soldier?
54:24    A. On -- Yes.


55:06 - 55:24   Van Densen, Mark (2020-12-04)                1:36
55:06    Q. And so there were different
55:07    instructions provided for the Combat Arms
55:08    earplugs?
55:09    A. Yes.
55:10    Q. And then for the other hearing
55:11    protection devices, was it generic instructions
55:12    or the same instructions provided for all of
55:13    them, or was a quad-flange set of instructions,
55:14    triple-flange set of instructions?
55:15    A. The card for the instructions on
55:16    the quad flange and triple flange are all --
55:17    incorporated in all three.
55:18    Q. Okay.  So there's one set of
55:19    instructions that has instructions for those
55:20    different types of earplugs?
55:21    A. Yes.
55:22    Q. And that was true in 2006 and
55:23    from 2009 to 2011?
55:24    A. Yes.

60:02 - 60:19   Van Densen, Mark (2020-12-04)                1:52
60:02    Q. And is it the case that during
60:03    your experience and your personal practice in
60:04    2006 and from 2009 to 2011 that if a change in
60:05    hearing was identified in one audiogram, you
60:06    would instruct soldiers to come back for a
60:07    follow-up audiogram to confirm whether that
60:08    change is permanent or temporary?
60:09    A. Yes.
60:10    Q. And in terms of tinnitus, during

60:11     the course of your conducting hearing exams in
60:12     2006 and from 2009 to 2011, did you -- or were
60:13     you aware of instances of soldiers reporting
60:14     ringing in their ears or tinnitus as part of
60:15     those exams?
60:16     A. Part of the intake form for the
60:17     individual soldier would indicate if he had
60:18     tinnitus, and we would mark it on the hearing
60:19     exam, or if the individual soldier told us.

61:13 - 61:20     Van Densen, Mark (2020-12-04)                    0:19
61:13     Q. Was it your practice in 2006 to
61:14     ask soldiers whether they had any ringing in
61:15     the ears as part of their exam?
61:16     A. Yes.
61:17     Q. And if a soldier had indicated in
61:18     2006 that they were having ringing in the ear
61:19     or experiencing tinnitus, you would have
61:20     recorded that as part of the audiogram process?

61:22 - 61:22     Van Densen, Mark (2020-12-04)                    0:00
61:22     A. Yes.

65:09 - 66:04     Van Densen, Mark (2020-12-04)                    1:53
65:09     Q. And what was your first job for
65:10     the Department of the Army?
65:11     A. I worked for -- I worked as a
65:12     hearing tech, but I worked at the SRP Center.
65:13     Q. And what is the SRP Center?
65:14     A. Service -- Soldiers Readiness
65:15     Process.
65:16     Q. And how was that different from
65:17     the Hearing Conservation Clinic you worked for
65:18     later?
65:19     A. I verified the individual's
65:20     service record, to make sure the individual had
65:21     a current hearing test, and I also -- also
65:22     fitted earplugs at that time to each individual
65:23     soldier as they processed in.
65:24     Q. Okay.  And when they processed
65:25     in, and you fitted this -- the -- the earplugs
66:01     for soldiers, was that part of their, sort of,
66:02     arrival at Fort Lewis?
66:03     A. Yes.  Active duty soldier also,
66:04     yes.

| | | |
|---|---|---|
| 66:14 - 67:20 | Van Densen, Mark (2020-12-04) | 1:13 |
| 66:14 | Q. So the soldiers at Fort Lewis who | |
| 66:15 | were getting ready to deploy, you would have | |
| 66:16 | processed them and fit them with earplugs; is | |
| 66:17 | that fair? | |
| 66:18 | A. Yes.  Yes. | |
| 66:19 | Q. And then you did that -- that job | |
| 66:20 | from 2004 to 2005? | |
| 66:21 | A. Yes. | |
| 66:22 | Q. And did you fit the Combat Arms | |
| 66:23 | Version 2 Earplugs during that time? | |
| 66:24 | A. No. | |
| 66:25 | Q. What earplugs were you fitting in | |
| 67:01 | soldiers getting ready for deployments during | |
| 67:02 | that time? | |
| 67:03 | A. Initially, the triple flange, | |
| 67:04 | then we -- then we started getting quad flange. | |
| 67:05 | Q. So between 2004 and 2005 when | |
| 67:06 | soldiers were getting ready for deployment, you | |
| 67:07 | were issuing the triple-flange and quad-flange | |
| 67:08 | earplug; is that right? | |
| 67:09 | A. Yes. | |
| 67:10 | Q. And in 2005 you began working at | |
| 67:11 | the Hearing Conservation Clinic at Fort Lewis? | |
| 67:12 | A. Yes. | |
| 67:13 | Q. Where was the Hearing | |
| 67:14 | Conservation Clinic located at Fort Lewis in | |
| 67:15 | 2006? | |
| 67:16 | A. In building 9911-Charlie, Madigan | |
| 67:17 | Annex. | |
| 67:18 | Q. And is it located in the same | |
| 67:19 | place today? | |
| 67:20 | A. Yes. | |
| | | |
| 71:10 - 72:25 | Van Densen, Mark (2020-12-04) | 2:38 |
| 71:10 | Q. And between 2006 and 2011, you | |
| 71:11 | worked as an audiology technician; is that | |
| 71:12 | correct? | |
| 71:13 | A. Yep.  Or a hearing technician. | |
| 71:14 | Q. And what did you do in your role | |
| 71:15 | as an audiology technician between 2006 and | |
| 71:16 | 2011? | |
| 71:17 | A. I performed daily calibration of | |
| 71:18 | the equipment to be sure it was calibrated | |
| 71:19 | prior to testing; I would -- I would test the | |
| 71:20 | individuals as they came in.  I would verify | |

71:21    the individual's Social Security numbers;
71:22    download any available testing from what is
71:23    called the DOEHRS repository, to make sure it
71:24    was in our database if possible; and I would
71:25    perform the hearing test; I would interpret the
72:01    hearing test by reading what was in the remarks
72:02    section and notifying the individual if he
72:03    needed to do a follow-up or if I needed to
72:04    refer him to the audiologist; and I would --
72:05    and also I would ask them if they had any
72:06    questions or any issues at that time.
72:07    Q. Would you also fit earplugs as
72:08    part of your work in the Hearing Conservation
72:09    Clinic?
72:10    A. If the individual requested it,
72:11    yes.
72:12    Q. And what percentage of the time
72:13    would you say soldiers would request earplugs,
72:14    again, focusing on the time period between 2006
72:15    and 2011, based on your personal experience?
72:16    A. Approximately 10 percent of the
72:17    time.
72:18    Q. Approximately 10 percent of the
72:19    soldiers you saw would request hearing
72:20    protection, and then you would fit that hearing
72:21    protection for them?
72:22    A. They would request -- Yeah.  If
72:23    they requested it from me directly, yes.
72:24    The majority of the people were
72:25    tested or fitted prior to coming in.

73:01 - 73:13    Van Densen, Mark (2020-12-04)                0:29
73:01    Q. And were they fitted -- When you
73:02    say they were fitted prior to coming in, was it
73:03    that they were fitted as part of the same visit
73:04    by somebody else or they were -- they were
73:05    fitted on different visits?
73:06    A. It depends on how the -- It
73:07    depends on what day it was and what procedure
73:08    -- and if it was a unit appointment, the unit
73:09    would fit its own people, refer to otoscopy,
73:10    which is a specialty area, and they would fit
73:11    their own individuals for earplugs.  And if it
73:12    was just an individual appointment, if they
73:13    requested it, then we would fit them.

| | | |
|---|---|---|
| 74:18 - 75:11 | Van Densen, Mark (2020-12-04) | 1:49 |

74:18   Q. And do different earplugs fit
74:19   different soldiers differently?
74:20   A. Yes.
74:21   Q. And in your -- Based on your
74:22   experience, again, focused on 2006 and from
74:23   2009 to 2011, was it the case that there was
74:24   any earplug being issued during those years
74:25   that would, in fact, fit all soldiers or was it
75:01   the case that some -- some earplugs worked for
75:02   some soldiers, some earplugs worked for
75:03   different soldiers?
75:04   A. There was a standard formula of
75:05   75/25/10.
75:06   Q. And what did that correspond to?
75:07   A. Well, approximately 70 percent
75:08   would be fit by medium earplug, 10 percent may
75:09   be medium to large earplug, and maybe 25
75:10   percent that would either be a small or an
75:11   extra large or an extra small.

| | | |
|---|---|---|
| 76:04 - 77:06 | Van Densen, Mark (2020-12-04) | 1:55 |

76:04   Q. Were you given instructions on
76:05   sizing earplugs for individual soldiers or how
76:06   did you know what size to provide for which
76:07   soldiers?
76:08   A. You would start out with a medium
76:09   earplug; the individual would go through a
76:10   proper fitting technique, if it didn't fit,
76:11   like you pulled on it, and it fell out, it was
76:12   too large -- I mean too small; you put it in,
76:13   it didn't go far enough into the ear, then
76:14   there were different techniques to determine.
76:15   Q. When you were fitting earplugs,
76:16   would you actually insert the plug into the
76:17   soldier's ear or would they --
76:18   A. No.
76:19   Q. -- insert it themselves?
76:20   A. The individuals insert it
76:21   themselves for they were trained on how to
76:22   properly fit the plug.
76:23   Q. And then how would you check
76:24   whether it was fitted properly?
76:25   A. The individual would pull --
77:01   would reach up and tug on the earplug, it
77:02   should be snug and it should not have fallen

| | | |
|---|---|---|
| 77:03 | out.  Then we would have the individual count | |
| 77:04 | and them ask how it sounded; if it sounded like | |
| 77:05 | it was a barrel effect, then that means the | |
| 77:06 | earplug was a proper fit. | |

| 77:16 - 78:18 | Van Densen, Mark (2020-12-04) | 1:04 |
|---|---|---|
| 77:16 | Q. And during that fitting process | |
| 77:17 | and that sizing process, if the plug couldn't | |
| 77:18 | get a good seal, you would have moved on to a | |
| 77:19 | different earplug; is that fair? | |
| 77:20 | A. Yeah.  We would have either gone | |
| 77:21 | larger or smaller, or in some cases to a | |
| 77:22 | different type of plug. | |
| 77:23 | Q. And then you said in addition to | |
| 77:24 | what I will call the tug test, for the sake of | |
| 77:25 | clarity, you would also do a sort of auditory | |
| 78:01 | sound check for the soldier? | |
| 78:02 | A. Yeah.  The soldier would count | |
| 78:03 | off, and the soldier should hear something | |
| 78:04 | similar to a barrel effect, like when you plug | |
| 78:05 | your ears, and that would indicate that it was | |
| 78:06 | a good fit. | |
| 78:07 | Q. And was your understanding that | |
| 78:08 | both of those tests, the tug test and the sort | |
| 78:09 | of barrel sound effect test, were used on the | |
| 78:10 | Combat Arms Version 2 in addition to other | |
| 78:11 | plugs? | |
| 78:12 | A. That should have been done -- It | |
| 78:13 | was required to be done on all plugs when you | |
| 78:14 | do the fitting. | |
| 78:15 | Q. And did you do any different | |
| 78:16 | testing or fitting procedures for the Combat | |
| 78:17 | Arms Version 2 Earplugs? | |
| 78:18 | A. Nope. | |

| 78:19 - 78:23 | Van Densen, Mark (2020-12-04) | 0:12 |
|---|---|---|
| 78:19 | Q. And if the Combat Arms Version 2 | |
| 78:20 | Earplugs didn't fit a particular soldier, did | |
| 78:21 | you ever roll back the flanges to see if that | |
| 78:22 | would improve the fit? | |
| 78:23 | A. Personally, no, I did not. | |

| 78:24 - 79:21 | Van Densen, Mark (2020-12-04) | 1:54 |
|---|---|---|
| 78:24 | Q. Were you aware that you could | |
| 78:25 | have rolled back the flanges? | |
| 79:01 | A. Yes, I was.  I would leave that | |

| | | | | |
|---|---|---|---|---|
| 79:02 | up to the audiologist because I -- to make sure | | | |
| 79:03 | it was a proper fit. | | | |
| 79:04 | Q. And were you aware of that in | | | |
| 79:05 | 2005, when you began working at the Fort Lewis | | | |
| 79:06 | Hearing Conservation Clinic? | | | |
| 79:07 | A. When I first started working? | | | |
| 79:08 | No.  Within about a half a year. | | | |
| 79:09 | Q. So within approximately six | | | |
| 79:10 | months of starting working at the Hearing | | | |
| 79:11 | Conservation Clinic, you were aware that the | | | |
| 79:12 | flange could be folded back to achieve a better | | | |
| 79:13 | fit on the Combat Arms Version 2 Earplug? | | | |
| 79:14 | A. Yes. | | | |
| 79:15 | Q. And if you were fitting a soldier | | | |
| 79:16 | with the Combat Arms Version 2 Earplug, and you | | | |
| 79:17 | couldn't get a good seal, you could have | | | |
| 79:18 | attempted to fold back the flange or you could | | | |
| 79:19 | have moved on to a different kind of earplug; | | | |
| 79:20 | is that fair? | | | |
| 79:21 | A. Yes, that's fair. | | | |
| | | | | |
| 80:23 - 81:01 | Van Densen, Mark (2020-12-04) | 0:17 | Re: [80:23 to 82:01] | OVERRULED |
| 80:23 | Q. We're going to mark as Exhibit 10 | | Pltf Obj foundation | |
| 80:24 | a document titled Hearing Conservation | | | |
| 80:25 | Information Packet for Commanders at Fort Lewis | | | |
| 81:01 | dated March 8, 2006. | | | |
| | | | | |
| 81:04 - 81:13 | Van Densen, Mark (2020-12-04) | 0:23 | Re: [80:23 to 82:01] | OVERRULED |
| 81:04 | Q. Mr. Van Densen, you were involved | | Pltf Obj foundation | |
| 81:05 | and worked in the Hearing Conservation Clinic | | | |
| 81:06 | in March of 2006; correct? | | | |
| 81:07 | A. Yes. | | | |
| 81:08 | Q. As part of your work in the | | | |
| 81:09 | Hearing Conservation Clinic, were you ever | | | |
| 81:10 | involved in providing information to commanders | | | |
| 81:11 | or units about the Hearing Conservation | | | |
| 81:12 | program? | | | |
| 81:13 | A. Yes. | | | |
| | | | | |
| 81:14 - 81:22 | Van Densen, Mark (2020-12-04) | 0:17 | Re: [80:23 to 82:01] | OVERRULED |
| 81:14 | Q. Do you recall ever having worked | | Pltf Obj foundation | |
| 81:15 | on documents like this Hearing Conservation | | | |
| 81:16 | Information Packet? | | | |
| 81:17 | A. No. | | | |
| 81:18 | Q. You don't recall specifically | | | |
| 81:19 | having worked on this Hearing Conservation | | | |

| | | | | |
|---|---|---|---|---|
| 81:20 | Information Packet, do you? | | | |
| 81:21 | A. I did not work on that document, | | | |
| 81:22 | no. | | | |
| | | | | |
| 81:23 - 82:01 | Van Densen, Mark (2020-12-04) | 0:07 | Re: [80:23 to 82:01] | OVERRULED |
| 81:23 | Q. Do you recall documents like this | | Pltf Obj foundation | |
| 81:24 | having been circulated by the Hearing | | | |
| 81:25 | Conservation Program? | | | |
| 82:01 | A. Yes. | | | |
| | | | | |
| 82:02 - 82:22 | Van Densen, Mark (2020-12-04) | 1:43 | | |
| 82:02 | Q. And where the point of contact is | | | |
| 82:03 | listed here, the Chief Hearing Conservation | | | |
| 82:04 | Service -- | | | |
| 82:05 | A. Yes. | | | |
| 82:06 | Q. -- do you know who the chief of | | | |
| 82:07 | the Hearing Conservation Service would have | | | |
| 82:08 | been at Fort Lewis in 2006? | | | |
| 82:09 | A. It would have been, at that time, | | | |
| 82:10 | Captain Ohama. | | | |
| 82:11 | Q. And did you work for Captain | | | |
| 82:12 | Ohama? | | | |
| 82:13 | A. Yes, I did. | | | |
| 82:14 | Q. He was also your boss? | | | |
| 82:15 | A. Yes. | | | |
| 82:16 | Q. And as the chief of Hearing | | | |
| 82:17 | Conservation Service, did Captain Ohama oversee | | | |
| 82:18 | the Hearing Conservation Clinic and other | | | |
| 82:19 | hearing conservation activities? | | | |
| 82:20 | A. Yeah.  He was -- He was the | | | |
| 82:21 | officer in charge of hearing conservation for | | | |
| 82:22 | all of Fort Lewis. | | | |
| | | | | |
| 83:02 - 83:04 | Van Densen, Mark (2020-12-04) | 0:05 | | |
| 83:02 | Q. Do you see where it says Earplugs | | | |
| 83:03 | and Carrying Case Requisition Information? | | | |
| 83:04 | A. Yes. | | | |
| | | | | |
| 83:09 - 83:12 | Van Densen, Mark (2020-12-04) | 0:10 | | |
| 83:09 | Q. Are you familiar with this | | | |
| 83:10 | particular Requisition Information Form dated | | | |
| 83:11 | March 8, 2006? | | | |
| 83:12 | A. Yes. | | | |
| | | | | |
| 83:17 - 84:05 | Van Densen, Mark (2020-12-04) | 1:31 | | |
| 83:17 | A. This is a -- This is a breakdown | | | |

| | | |
|---|---|---|
| 83:18 | of what type of hearing protection was | |
| 83:19 | available for the units to buy, and the | |
| 83:20 | quantities suggested by the average, like we | |
| 83:21 | had talked about earlier. | |
| 83:22 | Q. So earlier I believe you | |
| 83:23 | testified that individual units would have | |
| 83:24 | purchased hearing protection for their units; | |
| 83:25 | is that correct? | |
| 84:01 | A. Yes.  Yes.  That's what this | |
| 84:02 | document is for. | |
| 84:03 | Q. And that was happening in March | |
| 84:04 | of 2006; correct? | |
| 84:05 | A. Yes. | |

| | | |
|---|---|---|
| 86:11 - 86:15 | Van Densen, Mark (2020-12-04) | 0:10 |
| 86:11 | Q. And based on this Requisition | |
| 86:12 | Information Form, under optional items, there | |
| 86:13 | are two different types of Combat Arms listed. | |
| 86:14 | Do you see that? | |
| 86:15 | A. Yes. | |

| | | |
|---|---|---|
| 86:21 - 87:17 | Van Densen, Mark (2020-12-04) | 1:44 |
| 86:21 | Q. So under optional items, the very | |
| 86:22 | first row there in the chart says Combat Arms | |
| 86:23 | regular, do you see that? | |
| 86:24 | A. Yes. | |
| 86:25 | Q. And then the next sort of cell | |
| 87:01 | over to the right says Combat Arms Earplug, | |
| 87:02 | paren, double ended, paren. | |
| 87:03 | Do you see that? | |
| 87:04 | A. Yes, I do -- I do see it now, | |
| 87:05 | yes. | |
| 87:06 | Q. And is it your understanding that | |
| 87:07 | that would have referred to the bumblebee, or | |
| 87:08 | Combat Arms Version 2, that we saw earlier? | |
| 87:09 | A. Yes.  At that time. | |
| 87:10 | Q. And do you see the bright red | |
| 87:11 | letters there that say -- says requires user | |
| 87:12 | instruction sheet? | |
| 87:13 | A. Yes. | |
| 87:14 | Q. And is that the same user | |
| 87:15 | instruction sheet that you testified earlier | |
| 87:16 | that would have been handed out with the Combat | |
| 87:17 | Arms Version 2? | |

| | | |
|---|---|---|
| 87:19 - 88:02 | Van Densen, Mark (2020-12-04) | 0:22 |

| | | | |
|---|---|---|---|
| 87:19 | A. Yes.  Also the vendor provided | | |
| 87:20 | instructions, along with the earplugs. | | |
| 87:21 | Q. And so were there two different | | |
| 87:22 | sets of instructions provided or was there one | | |
| 87:23 | set of instructions provided? | | |
| 87:24 | A. I only provided the one set of | | |
| 87:25 | instructions.  But the vendor package | | |
| 88:01 | instructions inside the -- inside with the | | |
| 88:02 | items at one time. | | |

88:06 - 88:12    Van Densen, Mark (2020-12-04)                    0:16

| | |
|---|---|
| 88:06 | Q. And when you say packaged inside, |
| 88:07 | was it on the individual packaging for a pair |
| 88:08 | of earplugs or was it a sheet in a box of fifty |
| 88:09 | or a hundred? |
| 88:10 | A. No.  It was a sheet that would be |
| 88:11 | -- would be inside the envelope for the |
| 88:12 | earplug. |

88:19 - 88:25    Van Densen, Mark (2020-12-04)                    0:10

| | | |
|---|---|---|
| 88:19 | Q. Okay.  The current version of the | Re: [88:19 to 88:25] |
| 88:20 | Combat Arms Earplugs have instructions with | Def Obj 401, 403, Baker MIL 1 |
| 88:21 | them? | |
| 88:22 | A. Yes. | |
| 88:23 | Q. But you're not sure, in March of | |
| 88:24 | 2006 -- | |
| 88:25 | A. I cannot swear to that, no. | |

**OVERRULED**

89:01 - 89:20    Van Densen, Mark (2020-12-04)                    1:41

| | |
|---|---|
| 89:01 | Q. But some instruction -- user |
| 89:02 | instructions would have been provided in March |
| 89:03 | of 2006 with the Combat Arms Earplugs? |
| 89:04 | A. Yes.  A plastic -- A laminated |
| 89:05 | card with the instructions were provided to the |
| 89:06 | individuals. |
| 89:07 | Q. And was that referred to as the |
| 89:08 | wallet card?  Was it the sort of size of a card |
| 89:09 | that would fit in a wallet? |
| 89:10 | A. Yes. |
| 89:11 | Q. And then if you go to the last |
| 89:12 | column there, it says regular size fits most |
| 89:13 | and then approximately 80 percent? |
| 89:14 | A. Yes. |
| 89:15 | Q. And so units were told that the |
| 89:16 | Combat Arms Version 2 double-ended earplug fits |
| 89:17 | most, meaning only approximately 80 percent of |

| | | |
|---|---|---|
| 89:18 | soldiers? | |
| 89:19 | A. Yeah.  That's what it states, | |
| 89:20 | yes. | |

| 90:06 - 90:16 | Van Densen, Mark (2020-12-04) | 0:25 |
|---|---|---|
| 90:06 | Q. Based on your personal knowledge, | |
| 90:07 | the double-ended version of the Combat Arms | |
| 90:08 | Version 2 required size fitting; correct? | |
| 90:09 | A. Yes.  All earplugs require size | |
| 90:10 | fitting. | |
| 90:11 | Q. And it was your understanding in | |
| 90:12 | 2006 that the double-ended version of the | |
| 90:13 | Combat Arms Earplugs also required an | |
| 90:14 | instruction sheet be provided to the soldiers; | |
| 90:15 | correct? | |
| 90:16 | A. Yes. | |

| 92:16 - 92:21 | Van Densen, Mark (2020-12-04) | 1:33 |
|---|---|---|
| 92:16 | Q. We're now going to mark as | |
| 92:17 | Exhibit 11 tab 08. | |
| 92:18 | So, Mr. Van Densen, I will | |
| 92:19 | represent to you that this is a blown-up | |
| 92:20 | version of a much smaller card. | |
| 92:21 | A. Yes. | |

| 93:06 - 93:18 | Van Densen, Mark (2020-12-04) | 1:31 | Re: [93:13 to 93:24] | OVERRULED |
|---|---|---|---|---|
| 93:06 | Are the instructions provided on | | Pltf Obj 602; scope | |
| 93:07 | this instruction sheet consistent with your | | | |
| 93:08 | understanding of the instructions that were | | | |
| 93:09 | provided on the wallet card distributed to | | | |
| 93:10 | soldiers who received the Combat Arms Version 2 | | | |
| 93:11 | Earplugs? | | | |
| 93:12 | A. Yes. | | | |
| 93:13 | Q. And is it the case that any | | | |
| 93:14 | soldier receiving the Combat Arms Earplugs | | | |
| 93:15 | during your time at the Hearing Conservation | | | |
| 93:16 | Clinic at Fort Lewis would have received a copy | | | |
| 93:17 | of these instructions on a wallet card? | | | |
| 93:18 | A. Yes. | | | |

| 93:25 - 94:20 | Van Densen, Mark (2020-12-04) | 1:54 |
|---|---|---|
| 93:25 | Q. Do you see on the instructions | |
| 94:01 | here, Mr. Van Densen, the photo towards the | |
| 94:02 | bottom of the instruction sheet? | |
| 94:03 | A. Yes. | |
| 94:04 | Q. And do you see that the green | |

| | | |
|---|---|---|
| 94:05 | flange is rolled back? | |
| 94:06 | A. Yes. | |
| 94:07 | Q. It is your testimony that as of | |
| 94:08 | 2005, or at some point in 2005, you became | |
| 94:09 | aware of the fact that the flange on the Combat | |
| 94:10 | Arms Earplug could be rolled back to achieve a | |
| 94:11 | better fit; correct? | |
| 94:12 | A. Yes. | |
| 94:13 | Q. And when we -- When you testified | |
| 94:14 | to that earlier, in terms of talking about | |
| 94:15 | rolling back the flange, does this photograph | |
| 94:16 | here show what you understood rolling back the | |
| 94:17 | flange to be? | |
| 94:18 | A. This is what I learned -- this is | |
| 94:19 | where I learned about rolling back the flanges, | |
| 94:20 | from this document. | |

| 95:03 - 95:06 | Van Densen, Mark (2020-12-04) | 0:12 |
|---|---|---|
| 95:03 | Q. But in your experience, you never | |
| 95:04 | rolled back the flanges; is that also correct? | |
| 95:05 | A. To the best of my recollection, | |
| 95:06 | yes. | |

| 143:10 - 143:15 | Van Densen, Mark (2020-12-04) | 0:14 |
|---|---|---|
| 143:10 | Q. Well, thanks for sitting for a | |
| 143:11 | deposition today, sir. | |
| 143:12 | My name is Adam Wolfson, and I'm | |
| 143:13 | from the law firm name Quinn Emanuel, and I | |
| 143:14 | represent the Plaintiffs in this case. | |
| 143:15 | A. Yes. | |

| 144:21 - 145:24 | Van Densen, Mark (2020-12-04) | 1:23 |
|---|---|---|
| 144:21 | Q. I see.  So for the -- For the | |
| 144:22 | double-sided plugs, the bumblebee plugs, was it | |
| 144:23 | -- is it correct that your testimony is that | |
| 144:24 | the only instruction of which you are aware was | |
| 144:25 | that -- that wallet card that Mr. Gunderson | |
| 145:01 | showed you? | |
| 145:02 | A. That, and the individual -- and | |
| 145:03 | training by -- by medics on how to fit them. | |
| 145:04 | Q. I see.  So -- But were you the | |
| 145:05 | one providing these instructions? | |
| 145:06 | A. I trained the medics. | |
| 145:07 | Q. You trained the medics? | |
| 145:08 | A. Yes. | |
| 145:09 | Q. Okay.  So when you trained the | |

| | | |
|---|---|---|
| 145:10 | medics on how to provide instructions for the | |
| 145:11 | Combat Arms Version 2 Earplugs, the bumblebee | |
| 145:12 | plugs, what did you train them to tell soldiers | |
| 145:13 | on how to fit them into the ear? | |
| 145:14 | A. The individuals -- The | |
| 145:15 | individuals are instructed to reach over with | |
| 145:16 | one hand, insert the plug, push the plug in, | |
| 145:17 | release the ear, release the plug; do the same | |
| 145:18 | thing on the other side, insert the plug, push | |
| 145:19 | it in, release it; tug, see if there's a proper | |
| 145:20 | fit. | |
| 145:21 | Also the individual could have | |
| 145:22 | his buddy or the medic would verify that the -- | |
| 145:23 | that they went in at least three flanges deep | |
| 145:24 | for a proper fit. | |

| 147:17 - 150:01 | Van Densen, Mark (2020-12-04) | 3:34 |
|---|---|---|
| 147:17 | Well, let me -- In 2006, besides teaching | |
| 147:18 | medics how to train soldiers to use the Combat | |
| 147:19 | Arms Version 2 earplugs by pulling up the upper | |
| 147:20 | part of their ear and inserting and then | |
| 147:21 | checking with a tug test, were there any other | |
| 147:22 | special instructions that you provided to the | |
| 147:23 | medics on how to use the plug? | |
| 147:24 | A. Once I learned about the | |
| 147:25 | rollback, we would teach them about the | |
| 148:01 | rollback.  Also, how to do the barrel effect | |
| 148:02 | when they count, make sure they had that barrel | |
| 148:03 | effect when they had the plugs in to make sure | |
| 148:04 | it was a good fit. | |
| 148:05 | Q. Uh-huh. | |
| 148:06 | A. And we would -- Basically, that | |
| 148:07 | would be it.  Clean them and maintain them. | |
| 148:08 | Q. Okay.  So when you refer to the | |
| 148:09 | rollback, Mr. Gunderson asked you some | |
| 148:10 | questions about that.  But am I correct, sir, | |
| 148:11 | that you learned how to -- how and when to roll | |
| 148:12 | back the opposing flange from that wallet card | |
| 148:13 | that Mr. Gunderson showed you? | |
| 148:14 | A. Originally, yes.  Then I was | |
| 148:15 | taught by other people as we went along. | |
| 148:16 | I was trained by the audiologist | |
| 148:17 | and the other tech when we started using those | |
| 148:18 | plugs, or the few times we did issue those | |
| 148:19 | plugs. | |
| 148:20 | Q. And what did you learn from the | |

| | |
|---|---|
| 148:21 | audiologist in -- to -- about rolling back the |
| 148:22 | opposing flange to then educate soldiers on how |
| 148:23 | to use the plug? |
| 148:24 | A. Roll back the plug to get it |
| 148:25 | completely in the ear, which would also help |
| 149:01 | with the mounting of the helmet. |
| 149:02 | Q. Uh-huh.  Okay. |
| 149:03 | A. Because you have to get a deep |
| 149:04 | fit and get a good seal. |
| 149:05 | Q. Were there certain types of ear |
| 149:06 | canals that that was necessary for? |
| 149:07 | A. Usually somebody with a short |
| 149:08 | canal, yes, I would think. |
| 149:09 | Q. You would think or do you recall |
| 149:10 | specifically? |
| 149:11 | A. Specifically, like I said, |
| 149:12 | individuals -- each ear canal is different.  It |
| 149:13 | could be -- It's a possibility it was a short |
| 149:14 | canal or there was a bend in the canal that |
| 149:15 | would cause the issue. |
| 149:16 | Q. I see.  So if they were not -- |
| 149:17 | Well, how would you tell, you know, what would |
| 149:18 | you instruct people about the instances in |
| 149:19 | which they needed to fold back the opposing |
| 149:20 | flange? |
| 149:21 | A. If it didn't seat deep enough |
| 149:22 | into the ear canal, say it only went in two, |
| 149:23 | and you could only -- because you put the |
| 149:24 | yellow side in, it only went in two -- two |
| 149:25 | flanges, we'd have them roll it back and see if |
| 150:01 | it could go to the third flange for a good fit. |

| | | |
|---|---|---|
| 150:02 - 150:07 | Van Densen, Mark (2020-12-04) | 1:36 |
| 150:02 | Q. I see.  So if there was an | |
| 150:03 | obvious problem in getting the plug into | |
| 150:04 | someone's ear, then one possible solution to | |
| 150:05 | remedy that problem, you instructed medics and | |
| 150:06 | soldiers was to roll back the opposing flange? | |
| 150:07 | A. Yes. | |

| | | |
|---|---|---|
| 179:13 - 179:21 | Van Densen, Mark (2020-12-04) | 0:29 |
| 179:13 | Q. Mr. Van Densen, just a couple of | |
| 179:14 | questions here related to what Mr. Wolfson | |
| 179:15 | asked you about. | |
| 179:16 | Is it your testimony that it was | |
| 179:17 | only necessary to roll back the flanges if a | |

| | | | | |
|---|---|---|---|---|
| 179:18 | soldier was unable to get a good seal and a | | | |
| 179:19 | good fit with the Combat Arms Version 2? | | | |
| 179:20 | A. Roll it back, a good fit would | | | |
| 179:21 | be, yes, that's what I understood. | | | |
| **180:23 - 181:01** Van Densen, Mark (2020-12-04) | | 0:10 | Re: [180:23 to 181:03] | OVERRULED |
| 180:23 | Q. And it was your understanding, | | Pltf Obj 611; 602 | |
| 180:24 | that if you were able to get a good seal, or a | | | |
| 180:25 | good fit in those circumstances, rolling back | | | |
| 181:01 | the flange wasn't necessary; correct? | | | |
| **181:03 - 181:18** Van Densen, Mark (2020-12-04) | | 1:37 | Re: [180:23 to 181:03] | OVERRULED |
| 181:03 | A. Correct. | | Pltf Obj 611; 602 | |
| 181:04 | Q. And if you were unable to get a | | | |
| 181:05 | good seal or a good fit with the Combat Arms | | Re: [181:13 to 181:20] | OVERRULED |
| 181:06 | Version 2, you would have issued a different | | Pltf Obj 611; 602 | |
| 181:07 | type of hearing protection to the soldier; | | | |
| 181:08 | correct? | | | |
| 181:09 | A. We would have tried the roll-back | | | |
| 181:10 | technique first, if that worked, we would have | | | |
| 181:11 | issued them; otherwise, we would have tried a | | | |
| 181:12 | different earplug, yes. | | | |
| 181:13 | Q. And it is your understanding, | | | |
| 181:14 | from your practices in the Hearing Conservation | | | |
| 181:15 | Clinic, that one of the purposes of the sizing | | | |
| 181:16 | and fitting was to ensure that the earplugs | | | |
| 181:17 | issued to a particular soldier worked for that | | | |
| 181:18 | soldier; correct? | | | |
| **181:20 - 181:20** Van Densen, Mark (2020-12-04) | | 0:00 | Re: [181:13 to 181:20] | OVERRULED |
| 181:20 | A. Yes. | | Pltf Obj 611; 602 | |
| **182:04 - 182:11** Van Densen, Mark (2020-12-04) | | 0:27 | | |
| 182:04 | Q. And you have testified multiple | | | |
| 182:05 | times now that the information provided in box | | | |
| 182:06 | G and then the remarks section could either | | | |
| 182:07 | reflect the hearing protection that the soldier | | | |
| 182:08 | reported using on the date of the exam or the | | | |
| 182:09 | hearing protection that was issued to a | | | |
| 182:10 | soldier; correct? | | | |
| 182:11 | A. Correct. | | | |