# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Relates to: **7:20cv39 (Baker)**

Date: **June 16, 2021**
Case No.: **3:19md2885**

**Judge M. Casey Rodgers**
**Magistrate Judge Gary R. Jones**

**DOCKET ENTRY: Jury Trial (Day 8)**

Witness testimony heard and evidence admitted. Jury Trial to resume on Thursday, June 17, 2021 at 8:00 am (w/attorney conference at 7:30 am).

**PRESENT :   HONORABLE    M. CASEY RODGERS        U.S. DISTRICT JUDGE**

| Susan Simms | Donna Boland | Hillary Dang/Justin Ferraro |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerk |

**APPEARANCES:**

**Appearances for Plaintiffs:** Sean Tracey, David Buchanan, Shelley Hutson, Michael Sacchet, Caleb Seeley and Megan Odom

**Appearances for Defendants:** Kimberly Branscome, Jay Bhimani, Allie Ozurovich, and Charles Beall

**PROCEEDINGS:**

| | |
|---|---|
| 7:30 am | Court in Session – Attorney Conference |
| | Court and counsel review proposed jury instructions |
| 7:58 am | Court in Recess |
| 8:06 am | Court in Session - Jury Present |
| | Defendants expert witness **Dr. JOHN CASALI** sworn – Direct (Branscome) resumes |
| | *Defendants Exhibits admitted: P-Gen -3100* |
| | *Demonstrative aid: P-Gen-152* |
| 10:22 am | Jury Excused – Court in Recess |
| 10:37 am | Court in Session – Jury Present |
| | Cross (Tracey) of expert witness **Dr. John Casali** |
| | *Plaintiff Exhibits admitted: P-Gen #s 9054, 1731 & 111* |
| | *Demonstrative aid: P-Gen-9053, 9051, 9052* |
| 12:28 pm | Jury Excused |
| 12:32 pm | Court in Recess |
| 1:01 pm | Court in Session – Jury Present |
| | Cross (Tracey) resumes of expert witness **Dr. John Casali** |
| 1:16 pm | Redirect (Branscome) of expert witness **Dr. John Casali** |
| 1:23 pm | Defendants witness **Dr. DANIEL OHAMA**– testimony by video deposition |

| | | |
|---|---|---|
| **In Re: 3M Combat Arms Earplug** | | **Jury Trial** |
| **Products Liability Litigation** | **Continued (Day 8)** | **June 16, 2021** |

| | |
|---|---|
| 1:30 pm | Defendants witness **MARK ROBERT VAN DENSEN** – testimony by video deposition |
| 1:36 pm | Defendants witness **Lt. Col. KEVIN ALLEN HANNAH** – testimony by video deposition |
| 1:40 pm | Defendants witness **BRIAN DIMOFF** – testimony by video deposition |
| 1:43 pm | Defendants witness **Dr. GREGORY FLAMME** sworn – Direct (Branscome) |
| | *Demonstrative aid: Flamme slides* |
| 2:16 pm | Court designates as an expert witness |
| 3:12 pm | Jury Excused – Court in Recess |
| 3:30 pm | Court in Session – Jury Present |
| 4:57 pm | Cross (Buchanan) of expert witness **Dr. Gregory Flamme** |
| | *Demonstrative aid:  D-Baker-691* |
| 5:31 pm | Jury Excused |
| | Court and counsel discuss time, jury instructions and trial matters |
| | Plaintiff (Seeley) and Defendants (Branscome) identify exhibits in video depositions |
| | *Klun:  P-Gen #s 320, 332, 34, 321, 326, 44, 38, 426, 14, 509, 501, 516, 599, 598, 635, 81, 80, 1470* |
| | *Kieper:  D-Gen-1567, P-Gen #s 1140, 452, 433* |
| | *Myers:  P-Gen #s 2638, 92, 3078* |
| | *Merkley:  D-Gen #s 1501, 1502, 118* |
| | *Battler:  D-Gen #s 91, 136, 378* |
| 5:40 pm | Court will instruct the jury and counsel provide closing statements on Friday |
| 5:43 pm | Court in Recess (evening) |

Date: June 16, 2021     Total Court Time: 9 hours, 3 minutes