# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re:  **3M Combat Arms Earplug**             Date:     **June 17, 2021**
          **Products Liability Litigation**          Case No.:  **3:19md2885**

Relates to:  **7:20cv39 (Baker)**                **Judge M. Casey Rodgers**
                                                  **Magistrate Judge Gary R. Jones**

**DOCKET ENTRY:** Jury Trial (Day 9)

Witness testimony heard and evidence admitted.  Jury Trial to resume on Friday, June 18, 2021 at 8:00 am.

**PRESENT :**   **HONORABLE   M. CASEY RODGERS   U.S. DISTRICT JUDGE**

| Susan Simms | Donna Boland | Hillary Dang/Justin Ferraro |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerk |

**APPEARANCES:**

**Appearances for Plaintiffs:**  Sean Tracey, David Buchanan, Shelley Hutson, Michael Sacchet, and Megan Odom

**Appearances for Defendants:**   Kimberly Branscome, Jay Bhimani, Craig Castiglia, Micah Brown, Allie Ozurovich, and Charles Beall

**PROCEEDINGS:**

| | |
|---|---|
| 7:34 am | Court in Session – Attorney Conference |
| | Court and counsel review proposed jury instructions |
| 7:59 am | Court in Recess |
| 8:03 am | Court in Session - Jury Present |
| 8:04 am | Defendants expert witness **Dr. GREGORY FLAMME** sworn – Cross (Buchanan) resumes |
| | *Plaintiff Exhibits admitted:  P-Gen #s 227, 497, 249* |
| | *Demonstrative aid: P-Gen-9013 & P-Gen-2734* |
| 9:13 am | Redirect (Branscome) of expert witness **Dr. Gregory Flamme** |
| 9:25 am | Court excuses jury and witness |
| 9:35 am | Jury Present |
| | Redirect (Branscome) resume of expert witness **Dr. Gregory Flamme** |
| 9:48 am | Recross (Buchanan) of expert witness **Dr. Gregory Flamme** |
| | Defendants witness **DAVID BRIAN TONER** – testimony by video deposition |
| 9:55 am | Defendants witness **ANDREW McWILLIAMS** – testimony by video deposition |
| 10:06 am | Jury Excused – Court in Recess |
| 10:23 am | Court in Session – Jury Present |

| | | |
|---|---|---|
| In Re: 3M Combat Arms Earplug<br>Products Liability Litigation | Continued (Day 9) | Jury Trial<br>June 17, 2021 |

| | |
|---|---|
| | Defendants witness **Dr. JAMES CRAWFORD** sworn – Direct (Bhimani) |
| 10:47 am | **Court designates as an expert witness**<br>*Plaintiff Exhibit admitted:  D-Gen-1187* |
| 11:23 am | Cross (Tracey) of expert witness **Dr. James Crawford**<br>*Plaintiff Exhibit admitted:  P-Gen-6077* |
| 11:38 am | Redirect (Bhimani) of expert witness **Dr. James Crawford** |
| 11:49 am | Court provides special instruction to the jury |
| 11:42 am | Defendant witness **Dr. MARK STEPHENSON** sworn (w/assistance of wife, Dr. Carol Stephenson) – Direct (Bhimani) |
| 12:31 pm | Jury Excused  - Court in Recess |
| 1:04 pm | Court in Session – Jury Present<br>Direct (Bhimani) resumes of witness **Dr. Mark Stephenson** |
| 1:18 pm | **Court designates as an expert witness** |
| 2:18 pm | Cross (Buchanan) of expert witness **Dr. Mark Stephenson**<br>*Plaintiff Exhibits admitted:  P-Gen #s 696, 1130, 1938* |
| 3:20 pm | Jury Excused<br>Court and counsel discuss issues re: witness |
| 3:34 pm | Court in Recess |
| 3:42 pm | Court in Session – Jury Present<br>Cross (Buchanan) resumes of expert witness **Dr. Mark Stephenson**<br>*Demonstrative aid:  P-Gen-9061* |
| 4:08 pm | Redirect (Bhimani) of expert witness **Dr. Mark Stephenson** |
| 4:16 pm | **DEFENDANTS REST**<br>Plaintiffs do not have a rebuttal case |
| 4:22 pm | Jury Excused |
| 4:25 pm | Defendants (Beall) argues Rule 50 motion for judgment as a matter of law |
| 4:39 pm | Plaintiff (Sacchet) argues Rule 50 motion for judgment as a matter of law |
| 4:54 pm | Defendants (Beall) responds |
| 5:02 pm | Plaintiff (Sacchet) responds |
| 5:06 pm | **Court denies Defendants' Rule 50 motion**<br>**Court denies in part, grants in part and defers in part Plaintiff's Rule 50 motion** |
| 5:08 pm | Court and counsel review proposed jury instructions |
| 5:18 pm | Court in Recess (until 8:00 am) |

Date: June 17, 2021                              Total Court Time: 8 hours, 42 minutes