# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Lloyd Baker*, 7:20cv039 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

On June 18, 2021, the Court entered an oral ruling from the bench in connection with the document attached as Exhibit A. Accordingly, the document is hereby made a part of the record in this case.

**SO ORDERED**, on this 21st day of June, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A



**Mr. McKinley**

## DIRECT

Q. Are you aware of anybody in the world that has ever done an EPA labeling test on the Combat Arms Version 2 other than the company that sold it?

A. So, the -- there was an EPA labeling test that was done by Paul Michael and then later Kevin Michael's laboratory. They have an independent laboratory very near Penn State.

*\*\*\**

Q. We'll come back to that.



## CROSS

**Mr. McKinley**



The NRR is 23

35