# United States District Court
## CIVIL MINUTES

In Re:  **3M Combat Arms Earplug**              Date:       **June 18, 2021**
           **Products Liability Litigation**          Case No.:   **3:19md2885**

Relates to:  **7:20cv39 (Baker)**                  Judge M. Casey Rodgers
                                                   Magistrate Judge Gary R. Jones

**DOCKET ENTRY: Jury Trial (Day 10)**
Jury instructions published and closing statements heard. Jury deliberates and returns a verdict in favor of the Plaintiff and against the Defendants (see separate verdict form). Attached: Combined Plaintiff's and Defendants' witness list and exhibit list. Plaintiff and Defendants' Exhibits admitted (electronic copies saved on external hard drive) and placed in clerk's secured storage. Demonstratives (not for jury) also saved on same electronic device.

**PRESENT :    HONORABLE    M. CASEY RODGERS    U.S. DISTRICT JUDGE**

| Paula Cawby | Donna Boland | Hillary Dang/Justin Ferraro |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerks |

**APPEARANCES:**

**Appearances for Plaintiff:**  Sean Tracey, David Buchanan, Shelley Hutson, and Michael Sacchet
**Appearances for Defendants:**   Kimberly Branscome, Jay Bhimani, and Charles Beall

**PROCEEDINGS:**

| | |
|---|---|
| 7:38 am | Court in Session – Attorney Conference |
| | Court and counsel discuss objections to closing argument slides |
| 7:54 am | Court in Recess |
| 8:03 am | Court in Session - Jury Present |
| 8:10 am | **Court Publishes Instructions to the Jury** |
| 8:48 am | **Plaintiff's Closing Argument (Buchanan)** |
| 9:58 am | Jury excused from the courtroom |
| 9:59 am | Defense argues objection |
| 10:00 am | Court overruled objection |
| 10:01 am | Court in Recess |
| 10:12 am | Court in Session – Jury Present |
| 10:13 am | **Defendants' Closing Argument (Branscome)** |
| 11:44 pm | **Plaintiff's Rebuttal Argument (Tracey)** |
| 12:07 pm | **Court provides final instructions to the jury** |
| 12:10 pm | Counsel have no objections to instructions |
| 12:11 pm | **Jury excused to begin deliberations** |
| 12:12 pm | Court addresses defense counsel regarding closing argument |

| | | |
|---|---|---|
| **In Re: 3M Combat Arms Earplug** | | **Jury Trial** |
| **Products Liability Litigation** | **Continued (Day 10)** | **June 18, 2021** |

| Time | Event |
|---|---|
| 12:23 pm | Court in Recess (awaiting jury's verdict) |
| 7:40 pm | Court in Session – Attorney Conference |
| 7:41 pm | Court discusses Court Order with defense counsel |
| 8:09 pm | Court notifies counsel that there is a Jury Communication |
| 8:11 pm | Court provides written response to the jury |
| 8:12 pm | Court in Recess |
| 8:56 pm | Court in Session – Attorney Conference |
| | Court notifies parties/counsel that the jury has reached a verdict |
| 8:57 pm | Jury Present |
| | **Clerk Publishes Verdict** |
| | **Jury finds for the Plaintiff and against the Defendants (see verdict form)** |
| 9:02 pm | Court polls the jurors individually |
| | Court states a judgment will be entered according to the verdict returned |
| 9:04 pm | Court thanks jurors for their service |
| 9:05 pm | Court adjourned |

Date: June 18, 2021                                              Total Court Time:  5 hours,  6 minutes