UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Lloyd Baker,* No. 7:20-cv-00039 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PLAINTIFF'S CONSENT MOTION**
**TO EXTEND TIME TO SUBMIT BILL OF COSTS THROUGH APPEAL**

Plaintiff respectfully requests that the Court extend the time for Plaintiff to submit a bill of costs in this matter until the conclusion of any appeal from the final judgment.

In support, Plaintiff states that counsel have reached an agreement with counsel for the Defendants in the Group A bellwether cases to address the issues of taxable costs in each case. Under that agreement, the prevailing party in each of the Group A cases has agreed not to file a motion for taxable costs until after any appeals have been concluded. More specifically, and subject to the Court's approval, the parties have agreed that any bills of costs for the Group A cases will be due 14 days after the appeal has become final, which the parties have agreed to define as 14 days after the deadline to file a motion for rehearing in the Eleventh Circuit or, if a motion for rehearing has been filed, 14 days after the circuit court issues an order disposing of the motion.

1

The parties believe that postponing consideration of taxable costs until the conclusion of any appeals will conserve judicial resources and obviate the need for the parties to argue over costs until after the court of appeals has issued its opinion.

Plaintiff, as the prevailing party in the *Estes*, *Hacker*, and *Keefer* matters have filed this Motion in those cases, while Defendants' counsel has filed a substantively identical Motion in the *McCombs* case. The Court granted those Motions and ordered that the final bill of costs is due 14 days after the conclusion of any appeal from final judgment.

Pursuant to Local Rule 7.1B, counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants consent to the relief as set forth above.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time for Plaintiff to submit a bill of costs in this matter until 14 days after the conclusion of any appeal from the final judgment.

DATED: July 6, 2021

s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Sean Patrick Tracey
Tracey & Fox Law Firm
440 Louisiana Street
Suite 1901
Houston, TX 77002-1644
Tel.: (713) 495-2333
stracey@traceylawfirm.com

David R. Buchanan
(Admitted Pro Hac Vice)
Seeger Weiss LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Tel: (973) 693-9100
dbuchanan@seegerweiss.com

Michael Sacchet
(Admitted *Pro Hac Vice*)
(MN #0395817)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8220
mas@ciresiconlin.com

***Counsel for Plaintiff Baker***

## **CERTIFICATE OF COMPLIANCE**
## **WITH LOCAL RULE 7.1(F)**

I hereby certify that this motion complies with the word limit of Local Rule 7.1(F) and contains 331 words.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B) counsel for Plaintiffs certify that they have conferred with counsel for Defendants who consent to the relief as requested.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

> *s/ Bryan F. Aylstock*
> Bryan F. Aylstock, Lead Counsel
> Florida State Bar No. 078263
> Aylstock, Witkin, Kreis & Overholtz, PLLC
> 17 East Main Street, Suite 200
> Pensacola, FL 32502
> Tel.: (850) 202-1010
> baylstock@awkolaw.com