# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Lloyd Baker<br>Civil Case No. 7:20-cv-00039 | ) ) ) | |

## NOTICE OF FILING

On June 18, 2021, the Court announced an oral ruling from the bench in connection with the document attached hereto as Exhibit A, which the Court made a part of the record (ECF No. 180). The Court later issued a written Order relating to the subject matter of its June 18, 2021 oral ruling. (ECF No. 187.) To provide context for the use of Exhibit A in Defendants' closing argument and for the limited purpose of contesting the oral ruling and the written order, the documents attached as Exhibit B, which include additional demonstrative slides used by Defendants' counsel in closing before and after the use of the slide shown in Exhibit A, are hereby filed to be made part of the record in this case.

Respectfully submitted:

*/s/ Larry Hill*
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Haley J. VanFleteren
Florida Bar No. 1003674
hvanfleteren@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

*Counsel for Kimberly O. Branscome*
*and Jay L. Bhimani*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2021, I caused a copy of the foregoing to be

filed through the Court's CM/ECF system, which will serve all counsel of record.

*<u>/s/ Larry Hill</u>*
Larry Hill