# EXHIBIT B



# CREDIBILITY

## Is The Testimony of Mr. Baker And His Witnesses Credible?



**Richard McKinley**
Mr. Baker's Expert



Hired
August
2020



**Richard McKinley**
Mr. Baker's Expert





**Expert Report**
**October**
**2020**

**Hired**
**August**
**2020**

"defective"

17



**Richard McKinley**
Mr. Baker's Expert



Expert Report
October
2020

June 2021

Hired
August
2020

"defective"

"defective"



**Richard McKinley**
Mr. Baker's Expert





**Richard McKinley**
Mr. Baker's Expert





**Richard McKinley**
Mr. Baker's Expert



Expert Report
October
2020

June 2021

Hired
August
2020

OCT
2008

"defective"

"defective"

$400 / hour paid expert

NO TESTING

21



**Richard McKinley**
Mr. Baker's Expert



**October 2008**



**D-Gen-628**

"The Combat Arms Earplug (CAEP) green (intended for continuous noise protection) provides very good attenuation and is readily distinguished from the CAEP yellow (intended for impulse noise protection) setting."

"The CAEP seems to work as advertised, in that there are significant differences between the continuous and impulse settings[.]"

66 to 75 percent able to get a good fit through visual inspection.

22



## DIRECT



Q.  This was not about fit testing or REAT testing?

A.  Correct.

## CROSS



Q.  So if we turn to the next page, it says, "Assessment Methods: Continuous noise attenuation done under ANSI S12.6-2008, ANSI S12.6-2007." Correct?

A.  Correct.

24



**Richard McKinley**
Mr. Baker's Expert

**October 2014**



**P-Gen-5843**

"Level dependent hearing protectors offer a unique advantage of preserving situational awareness while continuing to protect users from the damaging effects of both continuous and impulsive noise."

**The Combat Arms Green end is actually getting the highest or equal to attenuation at every single frequency.**

25

## Dr. Lustig Made Assertions About The Flange Fold



**Dr. Lawrence Lustig**
Mr. Baker's Expert

You **don't have any idea** what happens if you start folding these flanges back, back and forth, you know, every time you put them in and out. I mean, **they're going to break after a while** and that may create another seal problem.



P-Gen-107



P-Gen-2066

27

## But Dr. Lustig Misrepresents His Evidence





**ABOUT THE (single-ended) COMBAT ARMS™**

**Release Specification for Ultrafit Ear Plugs Without Through Hole.**



P-Gen-107

P-Gen-2066

"I got my first pair of Combat Arms Earplugs Version 2 in basic training at Fort Benning."

 Baker's Sworn Statement (5/15/20)

 Baker's Sworn Statement (6/3/20)

 Baker's Sworn Statement (7/20/20)

 Baker's Sworn Deposition (7/21/20)

 Dr. Packer's Report (10/9/20)

## Dec. 14, 2020

**No** Combat Arms Version 2 Earplugs were purchased for basic training at Fort Benning between 2004 and 2006



Lt. Col. Kevin Hannah
Hearing Conservation Program Manager at Fort Benning

## Dec. 15, 2020

 Sworn Statement

"Not fairly certain how or when" he got his first pair.



**Mr. Baker**
Plaintiff

29





**Dr. Packer**
Mr. Baker's Expert

- Mr. Baker flies from Laramie, WY to St. Louis, MO to meet Dr. Packer

- Dr. Packer takes handwritten notes in meeting with Lloyd Baker

- He knew this meeting was important

- He knew it would form the basis of his opinion

- He knew he would have to share these notes

> "Well, I didn't say I destroyed them. I threw them away."

30



**Mr. Brock**
Plaintiff's Witness

Q.  Sitting here today, you still don't have any knowledge one way or the other whether the Combat Arms Version 2 earplug is defective; is that correct?

A.  That is correct, I do not have any knowledge.

---

- Reviewed no studies
- Reviewed no testing reports
- Reviewed no 3M documents
- Never even asked for them
- Got an all-expenses paid trip

# What The Plaintiff Showed You



**P-Gen-0080**

# The Full Picture



**Admiral Leslie**
Mr. Baker's Expert



I had asked TJR to send me plugs with a range of values around the lower and upper limits of both boxes. They had no plugs that failed on the low end of Box #3's spec, and only one plug (4 Low) that failed Box #4's low spec.

**D-Gen-1759**

32



# CONSISTENCY

**Were Mr. Baker and His Witnesses Consistent In Their Testimony?**

## Jury Instruction

In deciding whether you believe or do not believe any witness, I suggest that you ask yourself a few questions:

Did the witness's testimony differ from other testimony or other evidence?



Mr. McKinley

## DIRECT

Q.  Are you aware of anybody in the world that has ever done an EPA labeling test on the Combat Arms Version 2 other than the company that sold it?

A.  So, the -- there was an EPA labeling test that was done by Paul Michael and then later Kevin Michael's laboratory. They have an independent laboratory very near Penn State.

***

Q.  We'll come back to that.



## CROSS

Mr. McKinley



The NRR is 23

## Mr. Baker's Experts Disagree About Personal-Attenuation Ratings



**Dr. Lustig**
Plaintiff's Expert



**Dr. Packer**
Plaintiff's Expert

Q. And that personal attenuation rating **would be able to tell you the level of attenuation** a specific individual person was obtaining from a hearing protection device, right?

A. That's **correct**.

Q. You did not do a personal attenuation rating test for Mr. Baker, correct?

A. That is correct, **I did not**. And I think that, based on the testing and the variability shown with this device, **a personal attenuation rating wouldn't mean a whole lot**.

36



**DIRECT**

Lloyd Baker



**CROSS**

Lloyd Baker



I was told to wear the yellow end of the Combat Arms in the Stryker.

No one with the military told me to wear the yellow end of the Combat Arms in the Stryker.

37



**Dr. Packer**

## DIRECT

Q. What does "ruled out" mean?

A. Ruled out means excluded from possibility.



Firing w/o HPD in Iraq

No protection in left ear
Yellow side right ear
"Can Contribute" to HL

medical report of "ringing in ears"

Mr. Baker Trial Test.

Facts for Opinion

3 ft from mud + brick building
Rural area
Dirt road
2 shots from M4
only structure
assumed no other noise (gunshots)
no muffled hearing

Village
Some paved / some dirt
modified M4
Other buildings across the street
narrow alley
24-
27 people w/ weapons
additional gunfire
muffled hearing in ① ear



**Dr. Packer**

## CROSS

"Ruling something out doesn't mean that that is completely off the table."

38



**DIRECT**

Mr. Brock

Q. Do the safety concerns and other issues that you've seen in documents, sir, raise real concern in your mind about the product that you were distributing?

A. Yes.



**CROSS**

Mr. Brock

Q. You still don't have any knowledge one way or the other whether the Combat Arms Version 2 earplug is defective; is that correct?

A. That is correct, I do not have any knowledge.

39



## DIRECT

**Adm. Leslie**

"80 percent of those items were defective."



## CROSS

**Adm. Leslie**

"I don't know what the defect was."

"I don't think that I need to get into that level of technical expertise because I don't have it."