UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on:     July 9, 2021
Motion/Pleadings:    Kimberly O. Branscome and Jay L. Bhimani's Motion to Post Bond and Stay the Execution of Monetary Sanctions Pending Appeal
Filed by:   Ms. Branscome and Mr. Bhimani   on   July 9, 2021    ECF #   191
\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

                                           JESSICA J. LYUBLANOVITS
                                           CLERK OF COURT
                                           */s/ Kathy Rock*
                                           Deputy Clerk: Kathy Rock

---

       On consideration, the motion is **GRANTED, as requested**. The supersedeas bond, ECF No. 191-1, is hereby approved, and execution of the monetary sanctions against Ms. Branscome and Mr. Bhimani set forth in the Court's June 18, 2021 oral ruling and subsequent written Order on June 22, 2021 (ECF No. 187) is hereby stayed pending resolution of counsel's appeal of the Order.

       **DONE and ORDERED** this 12th day of July, 2021.

                                       *M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**