UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Lloyd Baker<br>Civil Case No. 7:20-cv-00039 )<br>)<br>) | |

## NOTICE OF APPEAL

Notice is hereby given that Kimberly O. Branscome and Jay L. Bhimani, counsel for Defendants 3M Company and Aearo Technologies LLC in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from:

(1) the Court's June 18, 2021 oral ruling imposing sanctions against Ms. Branscome and Mr. Bhimani, *see* ECF No. 180; and

(2) the Court's June 22, 2021 written Order reflecting the Court's findings relating to the imposition of the sanctions against Ms. Branscome and Mr. Bhimani, *see* ECF No. 187.

1

Respectfully Submitted,

MOORE, HILL & WESTMORELAND, P.A.

By:/s/ Charles F. Beall, Jr.
   Larry Hill (Bar No. 173908)
   Charles F. Beall, Jr. (Bar No. 66494)
   Haley J. VanFleteren (Bar No. 1003674)
   350 West Cedar Street
   Maritime Place, Suite 100
   Pensacola, FL 32502
   Tel: (850) 434-3541
   lhill@mhw-law.com
   cbeall@mhw-law.com
   hvanfleteren@mhw-law.com

*Counsel for Kimberly O. Branscome and Jay L. Bhimani*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Charles F. Beall, Jr.
Charles F. Beall, Jr.