# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG        Case No. 3:19-md-2885-MCR/GRJ
PRODUCTS LIABILITY LITIGATION

LLOYD BAKER

      VS                   USDC NO. 7:20cv39-MCR/GRJ

                                  USCA NO. _____

3M COMPANY and
AEARO TECHNOLOGIES LLC

## TRANSMITTAL OF NOTICE OF APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 7/15/2021
Judge appealed from: M. Casey Rodgers
Court Reporter(s): Donna Boland

                                    JESSICA J. LYUBLANOVITS,
                                    CLERK OF COURT

                                    By: <u>Donna Bajzik</u>
                                    Deputy Clerk
July 15, 2021                           One North Palafox Street
                                    Pensacola, Florida 32502-5658

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This Document Relates to: | ) | |
| Lloyd Baker | ) | |
| Civil Case No. 7:20-cv-00039 | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Kimberly O. Branscome and Jay L. Bhimani, counsel for Defendants 3M Company and Aearo Technologies LLC in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from:

(1) the Court's June 18, 2021 oral ruling imposing sanctions against Ms. Branscome and Mr. Bhimani, *see* ECF No. 180; and

(2) the Court's June 22, 2021 written Order reflecting the Court's findings relating to the imposition of the sanctions against Ms. Branscome and Mr. Bhimani, *see* ECF No. 187.

1

Respectfully Submitted,

MOORE, HILL & WESTMORELAND, P.A.

By:/s/ Charles F. Beall, Jr.
    Larry Hill (Bar No. 173908)
    Charles F. Beall, Jr. (Bar No. 66494)
    Haley J. VanFleteren (Bar No. 1003674)
    350 West Cedar Street
    Maritime Place, Suite 100
    Pensacola, FL 32502
    Tel: (850) 434-3541
    lhill@mhw-law.com
    cbeall@mhw-law.com
    hvanfleteren@mhw-law.com

    *Counsel for Kimberly O. Branscome*
    *and Jay L. Bhimani*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

    /s/ Charles F. Beall, Jr.
    Charles F. Beall, Jr.

2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885

This Document Relates to:
*Lloyd Baker*, 7:20cv039

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

On June 18, 2021, the Court entered an oral ruling from the bench in connection with the document attached as Exhibit A.  Accordingly, the document is hereby made a part of the record in this case.

**SO ORDERED**, on this 21st day of June, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A



Mr. McKinley

## DIRECT

Q. Are you aware of anybody in the world that has ever done an EPA labeling test on the Combat Arms Version 2 other than the company that sold it?

A. So, the -- there was an EPA labeling test that was done by Paul Michael and then later Kevin Michael's laboratory. They have an independent laboratory very near Penn State.

\*\*\*

Q. We'll come back to that.

Mr. McKinley

## CROSS

The NRR is 23

| | | | | | FREQUENCY IN HERTZ | | | | | | Position: Insert Date: 3/28/12 Test ID # G2559A | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Method: ANSI S3.19-1974 Manufacturer: Aearo (sponsored by Moldex) Model: Combat Arms (closed) | | | | | | | | | | | | |
| SUBJECT | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | | |
| | 33 | 25 | 33 | 33 | 42 | 43 | 36 | 49 | 43 | | | |
| 1 | 32 | 26 | 33 | 38 | 48 | 43 | 44 | 49 | 43 | | | |
| | 38 | 33 | 38 | 38 | 47 | 42 | 41 | 50 | 45 | | | |
| | 31 | 29 | 36 | 38 | 38 | 41 | 40 | 44 | 44 | | | |
| 2 | 33 | 35 | 37 | 38 | 41 | 44 | 45 | 45 | 48 | | | |
| | 33 | 25 | 33 | 33 | 40 | 44 | 43 | 44 | 44 | | | |
| 3 | 35 | 27 | 34 | 34 | 34 | 41 | 43 | 47 | 50 | | | |
| | 32 | 34 | 34 | 26 | 35 | 39 | 47 | 46 | 49 | | | |
| | 35 | 25 | 35 | 35 | 35 | 41 | 43 | 45 | 45 | | | |
| 4 | 35 | 25 | 25 | 25 | 36 | 36 | 50 | 53 | 47 | | | |
| | 21 | 22 | 23 | 24 | 24 | 36 | 46 | 45 | 46 | | | |
| 5 | 28 | 22 | 28 | 25 | 37 | 37 | 51 | 44 | 48 | | | |
| | 28 | 21 | 26 | 28 | 37 | 41 | 50 | 37 | 45 | | | |
| 6 | 29 | 28 | 28 | 25 | 26 | 38 | 43 | 38 | 46 | | | |
| | 30 | 24 | 28 | 27 | 37 | 37 | 38 | 36 | 44 | | | |
| 7 | 30 | 28 | 28 | 33 | 34 | 36 | 37 | 34 | 43 | | | |
| | 35 | 28 | 31 | 31 | 35 | 35 | 41 | 41 | 42 | | | |
| 8 | 36 | 37 | 32 | 28 | 36 | 36 | 42 | 42 | 44 | | | |
| | 28 | 33 | 31 | 31 | 30 | 35 | 35 | 42 | 47 | | | |
| | 27 | 25 | 29 | 31 | 30 | 38 | 32 | 38 | 44 | | | |
| 9 | 25 | 25 | 28 | 28 | 34 | 36 | 32 | 40 | 42 | | | |
| | 31 | 23 | 28 | 28 | 35 | 35 | 42 | 48 | 43 | | | |
| | 31 | 28 | 29 | 28 | 28 | 30 | 42 | 49 | 42 | | | |
| 10 | 34 | 32 | 32 | 33 | 30 | 39 | 40 | 42 | 46 | | | |
| | 30 | 25 | 30 | 28 | 36 | 38 | 38 | 41 | 49 | | | |
| MEANS | 30.7 | 26.5 | 30.7 | 29.6 | 35.4 | 40.4 | 42.1 | 42.8 | 45.7 | | | |
| STD. DEV. | 3.3 | 3.7 | 3.9 | 4.3 | 5.0 | 3.9 | 6.1 | 4.3 | 2.4 | | | |

NRR =   23   dB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Lloyd Baker*, 7:20cv039 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

ORDER[1]

Over the course of the three bellwether trials in this litigation, few pieces of evidence have been more hotly contested than the results of testing performed on the CAEv2 by Kevin Michael's laboratory, Michael & Associates, Inc.—most significantly, its reported conclusion that the NRR for the closed end of the CAEv2 equaled 23. Before Plaintiff Lloyd Baker's trial, the Court granted Baker's motion in limine to exclude evidence or argument regarding the Michael's test reports on grounds that the reports constituted inadmissible hearsay and, in any event, the risk of unfair prejudice and juror confusion from admission of the reports substantially outweighed their probative value. However, consistent with rulings on the matter in the prior trials, the parties were permitted to use the Michael's test reports in

---

[1] On June 18, 2021, the Court summarily imposed sanctions against Kimberly O. Branscome, Esq. and Jay L. Bhimani, Esq. based on their willful violation of court orders, for the reasons stated on the record at that time. This Order further memorializes the Court's findings and the imposition of sanctions. ECF No. 180 is also a part of the record for purposes of this ruling.

examining experts on the bases for the opinions about the CAEv2.  Numerous times during Baker's trial, 3M used the Michael's test reports—and, in particular, Michael's conclusion that the NRR equaled 23—for this purpose.  Each time, the Court instructed the jury: (1) that the Michael's testing and its results were inadmissible hearsay; (2) that they could not consider the testing or the results for the truth; and (3) that they could only consider those materials in evaluating whether and why an expert did or did not rely on the materials in reaching his opinions.  In other words, throughout the pretrial and trial proceedings for Baker's case, the permissible uses of the Michael's testing and its results were specifically, unambiguously, and repeatedly made clear to all parties and their counsel.

At the parties' request on the last day of Baker's trial, the Court held an attorney conference to discuss outstanding objections to demonstratives that would be used in closing arguments.  Defense counsel Kimberly O. Branscome was not present for the conference; however, Jay L. Bhimani, her co-counsel, represented that he was prepared to discuss the objections on behalf of 3M.  The key dispute involved a slide that was disclosed by 3M the night before, which prominently displayed an image of the Michael's test results along with a separate, enlarged and bolded statement that "The NRR is 23."  *See* ECF No. 180 at 3.  Baker argued that the statement, "The NRR is 23," was clearly being offered for truth.  Initially, the Court agreed that the statement looked like hearsay and that it was being used for

truth—that is, that the statement was being offered to establish that the NRR for the CAEv2 was, in fact, 23. Nevertheless, after hearing from Mr. Bhimani, the Court ruled, in no uncertain terms, that "if Ms. Branscome makes clear in her closing that this is not being offered for the truth that the NRR was 23, then I'm fine with it. If not, it's not coming in." Mr. Bhimani responded, "Understood." One minute later, the Court repeated that ruling again in the context of a discussion about another slide depicting the Michael's test results: "If Ms. Branscome makes it clear to the jury that they cannot consider the NRR of 23 for the truth, then I'm okay with the slide. If not, I'm not okay with the slide, whether it's the first slide you showed me or some other slide."

During her closing argument, Ms. Branscome violated this ruling three times, one of which also violated the Court's ruling on the related motion in limine. First, she offered the Michael's testing and its results—together with the demonstrative slide depicting the enlarged and bolded statement that "[t]he NRR for the CAEv2 was 23"—for truth.[2] Second, she did not immediately explain to the jury that they

---

[2] *See, e.g.*, Baker Trial Transcript Volume 10 at 100 ("An independent laboratory tested the Combat Arms Earplug Version 2 using the exact same method as the 015 and the 017 tests and it got an NRR of 23. The plaintiffs are saying that an NRR of 22 is fraud. That's the claim, it's fraud, that's what they're saying. And an independent laboratory got a 23."); *id.* at 100 (You saw a slide from Mr. Buchanan that the 22 has never been replicated. Those are the different ones up there actually using different test methods. But it has been replicated. It was replicated by another laboratory that you heard from Dr. Casali tests the vast majority of commercial hearing protection devices in the United States, and that's when the attacks on Kevin Michael began."); *id.* at 100-01 ("And just use your common sense. Do you think a competitor hired Michael & Associates to get a high NRR on a competitor's product?").

could not "consider the NRR of 23 for the truth."  Following these two violations, the Court waited until Ms. Branscome moved past the slide so as not to inject itself into 3M's closing argument and further disrupt the proceedings, and then called counsel to the bench.  During the bench conference, the Court admonished Ms. Branscome for talking about the NRR of 23 "in terms of the truth," and specifically and unequivocally reiterated its earlier ruling that 3M had to tell the jury that "they cannot consider the 23 for the truth."  Ms. Branscome assured the Court that she would rectify the violation.  Inexplicably, she did not do so.  Instead, she vaguely and ambiguously alluded to the Michael's "testing" as a "unique evidence category . . . called hearsay," and proceeded to give a lengthy explanation of the concept of hearsay.  At no point did Ms. Branscome mention the one statement with which the Court was concerned during the bench conference and the morning attorney conference—i.e., "The NRR is 23—which had already been the subject of multiple rulings and jury instructions, and which she had repeatedly offered for truth just moments before.  Consequently, the Court was compelled to interrupt Ms. Branscome's closing argument, yet again, to instruct the jury that while she was "absolutely correct" in her general description of hearsay, they needed to understand that they "may not consider the NRR of 23 on the Michael study for the truth."

A district court has the inherent authority and responsibility to summarily punish misconduct that it observes committed in its presence.  *Pounders v. Watson*,

521 U.S. 982, 987-90 (1997).  Summary adjudication of misconduct involving the violation of court orders during an ongoing trial is paramount to preserving the integrity of the court, ensuring the orderly and fair administration of justice, and deterring further such violations of court orders.  *See id*.; *see also Int'l Union, United Mine Workers of Am. v. Bagwell*, 512 U.S. 821, 831 (1994) ("Courts independently must be vested with power to impose . . . submission to their lawful mandates, and to preserve themselves and their officers from the approach and insults of pollution.").  This Court would never have imagined that a summary sanction would become necessary in litigation of this nature and magnitude, particularly given the caliber of the attorneys on both sides.  However, after defense counsel's multiple violations of the Court's explicit, unambiguous and repeated directives both before and during her closing argument, there was no other option.

Here, the Michael's laboratory's conclusion that the NRR for the closed end of the CAEv2 equaled 23 was a highly contentious and prejudicial piece of evidence. Perhaps the Court should have excluded the Michael's conclusion entirely, given the potential for misuse; but the Court decided to err on the side of liberality and of trusting counsel to adhere to the specific conditions attached to its use.  Those conditions were clear and unequivocable.  Every ruling and jury instruction on the issue, whether in a written order or issued orally from the bench and memorialized in the trial transcript, was categorically and unambiguously directed at ensuring the

jury understood it was prohibited from considering the Michael's conclusion that the NRR equaled 23 for its truth.  Moreover, both Mr. Bhimani and Ms. Branscome were explicitly instructed that if Ms. Branscome chose to use the disputed slide during her closing argument—the slide depicting an enlarged and bolded statement that "[t]he NRR for the CAEv2 was 23"—she *must* tell the jury that they could not consider that the reported NRR of 23 for the truth.  The Court's directives left no room for interpretation as to what was required.

On this record, defense counsels' conduct cannot be reasonably construed as anything other than willful.  Ms. Branscome has many years of trial experience, including serving as lead trial counsel in complex mass torts and products liability litigation.  Mr. Bhimani, too, is a seasoned trial attorney and has litigated a wide range of complex legal matters.  Both attorneys are demonstrably well-versed in the rules of evidence and trial procedure.  Both attorneys should be aware of the well-established obligation of an attorney to obey all orders of the court, even those that he or she may feel are incorrect.[3]  Mr. Bhimani was present for the morning attorney conference at which the Court ruled on the parties' dispute over the slide to be used in Ms. Branscome's closing argument.  Both attorneys had full and immediate access

---

[3] *See Maness v. Meyers*, 419 U.S. 449, 458 (1975) ("[A]ll orders and judgments of courts must be complied with promptly.  If a person to whom a court directs an order believes that that order is incorrect the remedy is to appeal, but, absent a stay, he must comply promptly with the order pending appeal.").

to the real-time transcript of the attorney conference, and ample opportunity to review that transcript before the undersigned returned to the courtroom.  Either attorney could have sought clarification of the Court's ruling, if needed, just as they had meticulously done countless times over the preceding two weeks of trial. Neither did so.  Instead, Ms. Branscome argued the Michael's NRR of 23 as a matter of fact to the jury in closing and twice failed to instruct the jury that they could not consider that evidence for its truth.  There is but one reasonable inference to be drawn from those actions, given the knowledge and experience of both attorneys, their course of conduct during the trial, and the specificity and unequivocality of the Court's rulings—counsels' actions were willful.

And there was but one appropriate sanction—summary disposition.  Unless the Court took a significant, essentially immediate step to deter counsels' willful disregard of its evidentiary and demonstrative rulings, this extraordinarily complicated trial, and the broader multidistrict litigation, risked becoming unmanageable.  Any number of the multitude of attorneys involved in this litigation, including Ms. Branscome and Mr. Bhimani, may feel free to defy the Court, based solely on a distorted and thinly veiled misconstruction of the Court's specific and unambiguous directives.  Summary sanctions were necessary to preserve the orderly and fair administration of justice in the courtroom, protect the integrity and authority of the Court, and deter future violations of court orders.

Accordingly, consistent with the Court's summary disposition of defense counsel's willful violation of court orders on June 18, 2021, and for the reasons stated on the record at that time and in the body of this Order, sanctions in the amount of $10,000 are imposed against Kimberly O. Branscome, Esq., and sanctions in the amount of $2,000 are imposed against Jay L. Bhimani, Esq.  The payments must be deposited into the registry of the Court by July 19, 2021.

**SO ORDERED**, on this 22nd day of June, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CLOSED,APPEAL,3M,MDL

# U.S. District Court
## Northern District of Florida (Pensacola Overflow One)
## CIVIL DOCKET FOR CASE #: 7:20-cv-00039-MCR-GRJ

| | |
|---|---|
| BAKER v. 3M COMPANY et al | Date Filed: 01/17/2020 |
| Assigned to: JUDGE M CASEY RODGERS | Date Terminated: 06/21/2021 |
| Referred to: MAGISTRATE JUDGE GARY R JONES | Jury Demand: Plaintiff |
| Lead case: 3:19-md-02885-MCR-GRJ | Nature of Suit: 365 Personal Inj. Prod. |
| Member case: (View Member Case) | Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**LLOYD EUGENE BAKER**
*19465*

represented by    **BRYAN FREDERICK AYLSTOCK**
AYLSTOCK WITKIN KREIS &
OVERHOLTZ - PENSACOLA FL
17 E MAIN STREET
SUITE 200
PENSACOLA, FL 32502
850-916-7450
Fax: 850-916-7449
Email: baylstock@awkolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SHAWN FOX**
TRACEY & FOX LAW FIRM -
HOUSTON TX
440 LOUISIANA STREET
SUITE 1901
HOUSTON, TX 77002
713-495-2333
Fax: 866-709-2333
Email: sfox@traceylawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CALEB A SEELEY**
SEEGER WEISS LLP - RIDGEFIELD
PARK NJ
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
908-500-9272
Email: cseeley@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**DAVID R BUCHANAN**

SEEGER WEISS LLP - RIDGEFIELD
PARK NJ
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
973-639-9100
Fax: 973-679-8656
Email: dbuchanan@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**EMILY B MARLOWE**
CLARK LOVE & HUTSON PLLC -
HOUSTON TX
440 LOUISIANA STREET
SUITE 1700
HOUSTON, TX 77002
713-757-1400
Fax: 713-759-1217
Email: emarlowe@triallawfirm.com
*ATTORNEY TO BE NOTICED*

**MAXWELL H KELLY**
SEEGER WEISS LLP - RIDGEFIELD
PARK NJ
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
973-639-9100
Fax: 973-639-8656
Email: mkelly@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**MEGAN L ODOM**
CIRESI CONLIN LLP - MINNEAPOLIS
MN
225 S 6TH STRET
SUITE 4600
MINNEAPOLIS, MN 55402
612-361-8227
Email: mlo@ciresiconlin.com
*ATTORNEY TO BE NOTICED*

**MICHAEL A SACCHET**
CIRESI CONLIN LLP - MINNEAPOLIS
225 S 6TH STREET
SUITE 4600
MINNEAPOLIS, MN 55402
612-361-8220
Email: mas@ciresiconlin.com
*ATTORNEY TO BE NOTICED*

**SEAN PATRICK TRACEY**
TRACEY & FOX LAW FIRM -
HOUSTON TX

440 LOUISIANA STREET
SUITE 1901
HOUSTON, TX 77002-1644
713-495-2333
Fax: 713-495-2331
Email: stracey@traceylawfirm.com
*ATTORNEY TO BE NOTICED*

**SHELLEY VAN NATTER HUTSON**
CLARK LOVE & HUTSON PLLC -
HOUSTON TX
440 LOUISIANA STREET
SUITE 1700
HOUSTON, TX 77002
713-757-1400
Fax: 713-759-1217
Email: bgreif@triallawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CINDY BAKER**
*TERMINATED: 07/17/2020*

represented by **SHAWN FOX**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRYAN FREDERICK AYLSTOCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SEAN PATRICK TRACEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**

represented by **KIMBERLY O BRANSCOME**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kimberly.branscome@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
MOORE HILL & WESTMORELAND PA -
PENSACOLA
PO BOX 13290
PENSACOLA, FL 32591
850-434-3541

Fax: 850-435-7899
Email: lhill@mhw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5715
Fax: 213-808-5760
Email: allie.ozurovich@dechert.com
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Fax: 312-862-2200
Email: barry.fields@kirkland.com
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
MOORE HILL & WESTMORELAND PA -
PENSACOLA FL
PO BOX 13290
PENSACOLA, FL 32591
850-434-3541
Fax: 850-435-7899
Email: cbeall@mhw-law.com
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2366
Email: craig.castiglia@dechert.com
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
MOORE HILL & WESTMORELAND PA -
PENSACOLA FL
350 W CEDAR STREET
SUITE 100
PENSACOLA, FL 32502
850-434-3541
Fax: 850-435-7899
Email: hvanfleteren@mhw-law.com
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: jay.bhimani@dechert.com
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
DECHERT LLP - SAN FRANCISCO CA
ONE BUSH STREET
SUITE 1600
SAN FRANCISCO, CA 94104
415-262-4500
Fax: 415-262-4555
Email: jonathan.tam@dechert.com
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
DECHERT LLP - LOS ANGELES CA
633 W 5TH STREET
SUITE 4900
LOS ANGELES, CA 90071
213-808-5762
Fax: 213-808-5760
Email: kyle.decamp@dechert.com
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-861-2410
Email: mnomellini@kirkland.com
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
DECHERT LLP - SAN FRANCISCO CA
ONE BUSH STREET
SUITE 1600
SAN FRANCISCO, CA 94104
415-262-4500
Email: mary.kim@dechert.com
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
DECHERT LLP - PHILADELPHIA PA
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-944-2527
Email: micah.brown@dechert.com

*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
KIRKLAND & ELLIS LLP - CHICAGO IL
300 N LASALLE
CHICAGO, IL 60654
312-862-2000
Email: nick.wasdin@kirkland.com
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
KIRKLAND & ELLIS LLP -
WASHINGTON DC
1301 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
202-879-5991
Fax: 202-879-5200
Email: mike.brock@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AEARO TECHNOLOGIES LLC**                    represented by **KIMBERLY O BRANSCOME**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ALLISON K OZUROVICH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRY E FIELDS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CRAIG CASTIGLIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HALEY J VANFLETEREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAY L BHIMANI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JONATHAN S TAM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KYLE RICHARD DECAMP**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARK J NOMELLINI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARY H KIM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICAH DAVID BROWN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS F WASDIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT C BROCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2020 | 1 | MASTER SHORT FORM COMPLAINT. (lsd) (Entered: 01/17/2020) |
| 02/27/2020 | 2 | PRETRIAL ORDER NO. 29 Initial Bellwether Cases. In accordance with the procedures set forth in Pretrial Order Nos. 23 and 24, the following cases have been selected for the initial bellwether pool. Within 10 days after a case has been transferred to the 3M MDL docket, a filing fee must be paid, plaintiff's counsel must seek pro hac vice admission if he or she is not already admitted to the bar of this district, and the plaintiff must file a Notice of Designated Forum on his or her individual docket. Within 14 days from the date an initial bellwether case or alternate is transferred to the 3M MDL docket, each side must file a statement on the plaintiffs individual docket clearly and unambiguously advising whether they will waive any applicable venue and forum non conveniens challenges to the case being tried in this district. Signed by JUDGE M CASEY RODGERS on 2/27/2020. (Civil Filing Fee, PHV (if necessary), Notice of Designated Forum due by **3/9/2020**). (Plaintiffs individual statements due **3/12/2020**.) (djb) (Entered: 02/27/2020) |
| 02/27/2020 | | Cases associated: Create association to 3:19-md-02885-MCR-GRJ. (djb) (Entered: 02/27/2020) |
| 03/04/2020 | 3 | NOTICE of Appearance by SEAN PATRICK TRACEY on behalf of LLOYD EUGENE BAKER (TRACEY, SEAN) (Entered: 03/04/2020) |
| 03/04/2020 | | Payment of Filing Fee ( Filing fee $ 400 receipt number AFLNDC-4925934), filed by LLOYD EUGENE BAKER. (TRACEY, SEAN) (Entered: 03/04/2020) |

| | | |
|---|---|---|
| 03/12/2020 | | Set Deadlines - Re: 3:19md2885 - ECF No. 1025 Pretrial Order No. 30. (Notice of Designated Forum is extended to **3/20/2020**. Lexecon statements for each initial bellwether case is extended to **3/24/2020**.) (djb) (Entered: 03/12/2020) |
| 03/20/2020 | [4](#) | NOTICE *of Designated Forum* by LLOYD EUGENE BAKER re [2](#) Order,,,,, Set Deadlines/Hearings,,,, Set Deadlines/Hearings: (TRACEY, SEAN) (Entered: 03/20/2020) |
| 03/20/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [4](#) Notice of Designated Forum (djb) (Entered: 03/20/2020) |
| 03/23/2020 | [5](#) | NOTICE of Appearance by CHARLES FRANKLIN BEALL, JR on behalf of All Defendants (BEALL, CHARLES) (Entered: 03/23/2020) |
| 03/23/2020 | [6](#) | NOTICE of Appearance by HALEY J VANFLETEREN on behalf of All Defendants (VANFLETEREN, HALEY) (Entered: 03/23/2020) |
| 03/24/2020 | [7](#) | NOTICE *of Defendants' Lexecon Statement* by 3M COMPANY, AEARO TECHNOLOGIES LLC (BRANSCOME, KIMBERLY) (Entered: 03/24/2020) |
| 03/24/2020 | [8](#) | NOTICE *of Waiver of Lexecon for Trial* by LLOYD EUGENE BAKER (TRACEY, SEAN) (Entered: 03/24/2020) |
| 03/25/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [7](#) Notice of Defendants' Lexecon Statement, [8](#) Notice of Waiver of Lexecon for Trial (djb) (Entered: 03/25/2020) |
| 07/13/2020 | [9](#) | ANSWER to [1](#) Complaint *(Short-Form)* by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 07/13/2020) |
| 07/16/2020 | [10](#) | MOTION for Leave to File *Amended Short Form Complaint* by CINDY BAKER, LLOYD EUGENE BAKER. (Attachments: # [1](#) Supplement Amended Short Form Complaint) (FOX, SHAWN) (Entered: 07/16/2020) |
| 07/16/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: [10](#) MOTION for Leave to File Amended Short Form Complaint (see attached amended complaint) (djb) (Entered: 07/16/2020) |
| 07/17/2020 | [11](#) | ORDER granting [10](#) MOTION for Leave to File Amended Short Form Complaint filed by LLOYD EUGENE BAKER, CINDY BAKER. Signed by JUDGE M CASEY RODGERS on 7/17/2020. (djb) (Entered: 07/17/2020) |
| 07/30/2020 | [12](#) | ANSWER to Complaint *(Amended Short-Form [10](#) )* by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (Entered: 07/30/2020) |
| 08/25/2020 | [14](#) | SEALED Defendants' MOTION to Compel, by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18) (djb) (Additional attachment(s) added on 9/2/2020: # [19](#) Exhibit 1 public version) (sdw). (Entered: 08/26/2020) |
| 08/26/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [14](#) Sealed Defendants' Motion to Compel. Referred to GARY R JONES. (djb) (Entered: 08/26/2020) |
| 09/03/2020 | [15](#) | STIPULATION re [14](#) SEALED MOTION *Joint Statement regarding confidentiality as to Doc. 14* by LLOYD EUGENE BAKER. (FOX, SHAWN) (Entered: 09/03/2020) |

| | | |
|---|---|---|
| 09/03/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 15 Joint Statement Regarding Confidentiality as to 14 Defendants' Motion to Compel. (djb) (Entered: 09/03/2020) |
| 09/04/2020 | 16 | ORDER - Pursuant to ECF No. 15 , the Joint Statement Regarding Confidentiality As To 14 Defendants' Motion to Compel, the Clerk is directed to lift the seal as to the Motion to Compel, ECF No. 14, and lift the seal as to Exhibits 1, 2, 3, 5, 6, 7, 8, 9, 11, 13, 15, 16 and 17 of the motion to compel. Signed by MAGISTRATE JUDGE GARY R JONES on 9/4/2020. (djb) (Entered: 09/04/2020) |
| 09/08/2020 | 17 | Plaintiff's RESPONSE in Opposition to 14 MOTION to Compel. (Attachments: # 1 Declaration of Michael Ciaramitaro) (sdw) (Entered: 09/09/2020) |
| 09/09/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 17 Plaintiff's RESPONSE in Opposition to 14 MOTION to Compel. (sdw) (Entered: 09/09/2020) |
| 09/17/2020 | 18 | ORDER denying 14 Defendants' Motion to Compel Forensic Analysis of Plaintiff Baker's E-Mail Account. Signed by MAGISTRATE JUDGE GARY R JONES on 09/17/20. (grj) (Entered: 09/17/2020) |
| 10/06/2020 | 19 | STIPULATION *Joint Stipulation Between Bellwether Plaintiff Lloyd Baker and Defendants Regarding Certain of Lloyd Baker's Healthcare and Disability Records* by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 10/06/2020) |
| 10/08/2020 | 20 | SEALED Defendants' MOTION to Compel by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (djb) (Entered: 10/09/2020) |
| 10/09/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 20 SEALED Defendants' MOTION to Compel Documents from Plaintiff Lloyd Baker and Ms. Cindy Baker. Referred to GARY R JONES. (djb) (Entered: 10/09/2020) |
| 10/20/2020 | 21 | STIPULATION re 20 SEALED MOTION *Joint Statement regarding Confidentiality as to Exhibits 4,5, and 6* by LLOYD EUGENE BAKER. (Attachments: # 1 Exhibit Redacted Motion to Compel without Exhibits 4, 5, 6) (FOX, SHAWN) (Entered: 10/20/2020) |
| 10/20/2020 | 22 | MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE AN ADDRESS FOR SERVICE FOR LTC KEVIN HANNAH by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1) (BRANSCOME, KIMBERLY) (Entered: 10/20/2020) |
| 10/21/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 21 Stipulation Joint Statement regarding Confidentiality as to Exhibits 4,5, and 6. Referred to GARY R JONES. (djb) (Entered: 10/21/2020) |
| 10/21/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 22 MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE AN ADDRESS FOR SERVICE FOR LTC KEVIN HANNAH (djb) (Entered: 10/21/2020) |
| 10/21/2020 | 23 | STIPULATION *between Bellwether Plaintiffs and Defendants Regardign 3M, Aearo and Government Production Documents anticipated for Trial Testimony* by LLOYD EUGENE BAKER. (Attachments: # 1 Appendix Appendix A. 3M, AEARO, AND |

| | | |
|---|---|---|
| | | GOVERNMENT PRODUCTION DOCUMENTS) (FOX, SHAWN) (Entered: 10/21/2020) |
| 10/21/2020 | 24 | STIPULATION *Between Bellwether Plaintiffs and Defendants regarding the Bellwether Plaintiffs' Healthcare, Disability, Education & Personnel Records* by LLOYD EUGENE BAKER. (Attachments: # 1 Appendix Appendix A. Healthcare, Disability, Education & Personnel Records) (FOX, SHAWN) (Entered: 10/21/2020) |
| 10/21/2020 | 25 | ORDER - Pursuant to the Joint Statement, the Clerk is directed to lift the seal as to Exhibits 1, 2, 3, 7, and 8 of Defendants' Motion to Compel ECF No. 20 . Exhibits 4, 5, and 6 will remain sealed. The Clerk is directed to file on the public docket the redacted version of Defendants' Motion to Compel ECF No. [21-1]. Signed by MAGISTRATE JUDGE GARY R JONES on 10/21/2020. (atm) - sealed lifted as directed and redacted motion filed. (Entered: 10/21/2020) |
| 10/21/2020 | 26 | (REDACTED) DEFENDANTS' MOTION to Compel Documents from Plaintiff LLOYD EUGENE BAKER AND MS. CINDY BAKER. (atm) (Entered: 10/21/2020) |
| 10/22/2020 | 27 | RESPONSE to Motion re 22 MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE AN ADDRESS FOR SERVICE FOR LTC KEVIN HANNAH filed by DEPARTMENT OF DEFENSE. (Attachments: # 1 Exhibit) (FELDON, GARY) (Entered: 10/22/2020) |
| 10/22/2020 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 22 MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE AN ADDRESS FOR SERVICE FOR LTC KEVIN HANNAH , 27 Response to Motion (djb) (Entered: 10/22/2020) |
| 10/22/2020 | 28 | NOTICE *OF WITHDRAWAL OF DEFENDANTS' MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE AN ADDRESS FOR SERVICE FOR LTC KEVIN HANNAH* by 3M COMPANY, AEARO TECHNOLOGIES LLC re 22 MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE AN ADDRESS FOR SERVICE FOR LTC KEVIN HANNAH (BRANSCOME, KIMBERLY) (Entered: 10/22/2020) |
| 10/23/2020 | 29 | Sealed Plaintiff's Opposition to Defendants' 20 Motion to Compel Supplemental Production. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (djb) (Entered: 10/23/2020) |
| 10/23/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 20 SEALED MOTION to Compel Supplemental Production, 29 Sealed Plaintiff's Opposition. (djb) (Entered: 10/23/2020) |
| 10/26/2020 | 30 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Compel Documents from Plaintiff Lloyd Baker and Ms. Cindy Baker* by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 10/26/2020) |
| 10/27/2020 | 31 | ORDER denying 30 Defendants' Motion for Leave to File Reply Memorandum but setting telephonic hearing before Magistrate Judge Gary R. Jones on November 1, 2020 Re: 20 Defendants' Motion to Compel Documents From Plaintiff Lloyd Baker and Ms. Cindy Baker.. Signed by MAGISTRATE JUDGE GARY R JONES on 10/27/20. (grj) (Entered: 10/27/2020) |
| 10/27/2020 | 32 | AMENDED ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on Monday, November 2, 2020 at 2:00 PM EST. Signed by MAGISTRATE JUDGE GARY R JONES on 10/27/20. (grj) (Entered: 10/27/2020) |
| 11/02/2020 | 33 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Motion Hearing held on 11/2/2020 re 30 MOTION for Leave to File *Reply Memorandum* |

| | | |
|---|---|---|
| | | *in Support of Motion to Compel Documents from Plaintiff Lloyd Baker and Ms. Cindy Baker* filed by 3M COMPANY, AEARO TECHNOLOGIES LLC. Written order to follow. (Court Reporter Julie Wycoff, Official Court Reporter.) (atm) (Entered: 11/02/2020) |
| 11/02/2020 | 34 | SEALED MOTION for Leave to Take the Deposition of Ms. Cheryl A. Parker by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (djb) (Entered: 11/03/2020) |
| 11/03/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 34 SEALED MOTION for Leave to Take the Deposition of Ms. Cheryl A. Parker. Referred to GARY R JONES. (djb) (Entered: 11/03/2020) |
| 11/03/2020 | 35 | ORDER re 34 SEALED MOTION (Plaintiff Baker's response due by no later than Friday: **11/6/2020**). Signed by MAGISTRATE JUDGE GARY R JONES on 11/3/2020. (kdm) (Entered: 11/03/2020) |
| 11/05/2020 | 36 | ORDER granting in part and denying in part 20 Defendants' Motion to Compel Documents from Plaintiff Lloyd Baker and Ms. Cindy Baker. Signed by MAGISTRATE JUDGE GARY R JONES on 11/5/20. (grj) (Entered: 11/05/2020) |
| 11/06/2020 | 37 | RESPONSE in Opposition re 34 SEALED MOTION filed by LLOYD EUGENE BAKER. (Attachments: # 1 Exhibit Ex A. Correspondence between Counsel, # 2 Exhibit Ex B. Defendants Touhy request for Parker, # 3 Exhibit Ex C. Subpoena production by Dan Ohama, # 4 Exhibit Ex D. Subpoena to Dan Ohama re Blum case only) (FOX, SHAWN) (Entered: 11/06/2020) |
| 11/09/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 37 Response in Opposition to Motion, 34 SEALED MOTION for Leave to Take the Deposition of Ms. Cheryl A. Parker. Referred to GARY R JONES. (djb) (Entered: 11/09/2020) |
| 11/10/2020 | 38 | ORDER denying as premature 34 Defendants' Motion for Leave to Take the Deposition of Ms. Cheryl A. Parker. Signed by MAGISTRATE JUDGE GARY R JONES on 11/10/20. (grj) (Entered: 11/10/2020) |
| 11/10/2020 | 39 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, TELECONFERENCE, held on 11/2/20, before Judge Gary R. Jones. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850-470-8196.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **11/17/2020**. Release of Transcript Restriction set for **2/16/2021**. (jaw) (Entered: 11/10/2020) |
| 11/16/2020 | 40 | SEALED RENEWED MOTION for Leave to Take the Deposition of Ms. Cheryl A. Parker by 3M COMPANY, AEARO TECHNOLOGIES LLC. (djb) (Entered: 11/16/2020) |
| 11/16/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 40 Sealed Renewed Motion for Leave to Take the Deposition of Ms. Cheryl A. Parker. Referred to GARY R JONES. (djb) (Entered: 11/16/2020) |
| 11/16/2020 | 41 | ORDER scheduling telephonic hearing before Magistrate Judge Gary R. Jones on November 17, 2020 at 2:00 PM (EST) re 40 Defendants' MOTION for Leave to Take |

| | | |
|---|---|---|
| | | Deposition of Ms. Cheryl A. Parker filed by 3M COMPANY, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 11/16/20. (grj) (Entered: 11/16/2020) |
| 11/17/2020 | 42 | RESPONSE in Opposition re 40 SEALED MOTION filed by LLOYD EUGENE BAKER. (Attachments: # 1 Exhibit Ex 1. Email with NOD of Parker, # 2 Exhibit Ex 02. Defendants Confirmation of Parker, # 3 Exhibit Ex 03. 07.28.20_VA Parker Request, # 4 Exhibit Ex 04. Parker CNA Cheryl09142020-DRAFT, # 5 Exhibit Ex 05. Defendants email to Judge Jones, # 6 Exhibit Ex 06. 2020-08-19 - Subpoena to Cheryl Parker (Baker), # 7 Exhibit Ex 07. 2020-08-21 DOD 9th Disclosure Letter, # 8 Exhibit Ex 08. Email and Notice Haygood) (FOX, SHAWN) (Entered: 11/17/2020) |
| 11/17/2020 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 42 Response in Opposition to Motion, 40 Defendants' Renewed Motion for Leave to Depose Cheryl A. Parker (Sealed). Referred to GARY R JONES. (djb) (Entered: 11/17/2020) |
| 11/18/2020 | 43 | ORDER granting 40 Defendants' Motion for Leave to Take the Deposition of Ms. Cheryl A. Parker. Signed by MAGISTRATE JUDGE GARY R JONES on 11/18/20. (grj) (Entered: 11/18/2020) |
| 01/05/2021 | 44 | ORDER granting (3:19md2885) Plaintiffs' 1551 Motion to Consolidate Cases with respect to Plaintiffs Luke and Jennifer Estes, Lewis Keefer and Stephen Hacker. Plaintiffs Dustin McCombs and Lloyd Baker will be tried separately and individually. Signed by JUDGE M CASEY RODGERS on 12/30/2020. (djb) (Entered: 01/05/2021) |
| 01/08/2021 | 45 | SEALED PLAINTIFFS OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY by LLOYD EUGENE BAKER. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Motion and Memorandum of Law, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55, # 57 Exhibit PX-56, # 58 Exhibit PX-57, # 59 Exhibit PX-58, # 60 Exhibit PX-59, # 61 Exhibit PX-60, # 62 Exhibit PX-61, # 63 Exhibit PX-62, # 64 Exhibit PX-63, # 65 Exhibit PX-64, # 66 Exhibit PX-65, # 67 Exhibit PX-66, # 68 Exhibit PX-67, # 69 Exhibit PX-68, # 70 Exhibit PX-69, # 71 Exhibit PX-70, # 72 Exhibit PX-71, # 73 Exhibit PX-72, # 74 Exhibit PX-73) (djb) (Main Document 45 replaced on 1/21/2021 for file stamp date) (djb). Modified on 1/21/2021 (djb). (Entered: 01/11/2021) |
| 01/08/2021 | 46 | SEALED PLAINTIFFS MOTION FOR SANCTIONS TO STRIKE DEFENDANTS SECOND SUPPLEMENTAL EXPERT REPORT OF GREGORY A. FLAMME, Ph.D. & MARK STEPHENSON, Ph.D. by LLOYD EUGENE BAKER. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (djb) (Main Document 46 replaced on 1/21/2021 (djb). (Entered: 01/11/2021) |
| 01/08/2021 | 49 | **DUPLICATE ENTRY SEE 45 (motion terminated)** SEALED OMNIBUS MOTION |

| | | |
|---|---|---|
| | | AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY by LLOYD EUGENE BAKER. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Motion and Memorandum of Law, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-29, # 29 Exhibit PX-30, # 30 Exhibit PX-31, # 31 Exhibit PX-32, # 32 Exhibit PX-33, # 33 Exhibit PX-34, # 34 Exhibit PX-35, # 35 Exhibit PX-36, # 36 Exhibit PX-37, # 37 Exhibit PX-38, # 38 Exhibit PX-39, # 39 Exhibit PX-40, # 40 Exhibit PX-41, # 41 Exhibit PX-42, # 42 Exhibit PX-43, # 43 Exhibit PX-44, # 44 Exhibit PX-45, # 45 Exhibit PX-46, # 46 Exhibit PX-47, # 47 Exhibit PX-48, # 48 Exhibit PX-49, # 49 Exhibit PX-50, # 50 Exhibit PX-51, # 51 Exhibit PX-52, # 52 Exhibit PX-53, # 53 Exhibit PX-54, # 54 Exhibit PX-55, # 55 Exhibit PX-56, # 56 Exhibit PX-57, # 57 Exhibit PX-58, # 58 Exhibit PX-59, # 59 Exhibit PX-60, # 60 Exhibit PX-61, # 61 Exhibit PX-62, # 62 Exhibit PX-63, # 63 Exhibit PX-64, # 64 Exhibit PX-65, # 65 Exhibit PX-66, # 66 Exhibit PX-67, # 67 Exhibit PX-68, # 68 Exhibit PX-69, # 69 Exhibit PX-70, # 70 Exhibit PX-71, # 71 Exhibit PX-72, # 72 Exhibit PX-73) (djb) Modified on 1/21/2021 (djb). (Entered: 01/13/2021) |
| 01/08/2021 | 50 | **DUPLICATE FILING motion terminated (djb)** SEALED PLAINTIFFS MOTION FOR SANCTIONS TO STRIKE DEFENDANTS' SECOND SUPPLEMENTAL EXPERT REPORT OF GREGORY A. FLAMME, Ph.D. & MARK STEPHENSON, Ph.D. by LLOYD EUGENE BAKER. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (djb) Modified on 1/21/2021 to note filed in error (djb). (Entered: 01/13/2021) |
| 01/08/2021 | 56 | SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35) (Exhibits #36 through 99 will be docketed separately) (djb) (Entered: 01/15/2021) |
| 01/08/2021 | 57 | Sealed Exhibits re: 56 SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF. (Attachments: Exhibit # 36 Main Document, # 1 Exhibit 37, # 2 Exhibit 38, # 3 Exhibit 39, # 4 Exhibit 40, # 5 Exhibit 41, # 6 Exhibit 42, # 7 Exhibit 43, # 8 Exhibit 44, # 9 Exhibit 45, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50, # 15 Exhibit 51, # 16 Exhibit 52, # 17 Exhibit 53, # 18 Exhibit 54, # 19 Exhibit 55, # 20 Exhibit 56, # 21 Exhibit 57, # 22 Exhibit 58, # 23 Exhibit 59, # 24 Exhibit 60, # 25 Exhibit 61, # 26 Exhibit 62, # 27 Exhibit 63, # 28 Exhibit 64, # 29 Exhibit 65, # 30 Exhibit 66, # 31 Exhibit 67, # 32 Exhibit 68, # 33 Exhibit 69, # 34 Exhibit 70, # 35 Exhibit 71, # 36 Exhibit 72, # 37 Exhibit 73, # 38 Exhibit 74, # 39 Exhibit 75, # 40 Exhibit 76, # 41 Exhibit 77, # 42 Exhibit 78, # 43 Exhibit 79, # 44 Exhibit 80, # 45 |

| | | Exhibit 81, # [46](#) Exhibit 82, # [47](#) Exhibit 83, # [48](#) Exhibit 84, # [49](#) Exhibit 85, # [50](#) Exhibit 86, # [51](#) Exhibit 87, # [52](#) Exhibit 88, # [53](#) Exhibit 89, # [54](#) Exhibit 90, # [55](#) Exhibit 91, # [56](#) Exhibit 92, # [57](#) Exhibit 93, # [58](#) Exhibit 94, # [59](#) Exhibit 95, # [60](#) Exhibit 96, # [61](#) Exhibit 97, # [62](#) Exhibit 98, # [63](#) Exhibit 99) (djb) Modified on 1/15/2021 (djb). (Entered: 01/15/2021) |
|---|---|---|
| 01/11/2021 | [47](#) | JOINT STIPULATION REGARDING CHOICE OF LAW FACT-FINDING by by 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AEARO TECHNOLOGIES LLC. (BROCK, ROBERT) (djb) (Entered: 01/12/2021) |
| 01/12/2021 | [48](#) | SEALED Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI by LLOYD EUGENE BAKER. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B) (djb) (Main Document 48 replaced on 1/21/2021) (djb). (Entered: 01/13/2021) |
| 01/13/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [48](#) SEALED Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI. Referred to GARY R JONES. (djb) (Entered: 01/13/2021) |
| 01/13/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [50](#) SEALED PLAINTIFFS MOTION FOR SANCTIONS TO STRIKE DEFENDANTS SECOND SUPPLEMENTAL EXPERT REPORT OF GREGORY A. FLAMME, Ph.D. & MARK STEPHENSON, Ph.D.. Referred to GARY R JONES. (djb) (Entered: 01/13/2021) |
| 01/13/2021 | [51](#) | SEALED DEFENDANTS' MOTION TO PRECLUDE ALL TESTIMONY OR EVIDENCE RELATING TO PLAINTIFF LLOYD BAKER'S FUTURE MEDICAL EXPENSES, FUTURE EARNINGS, AND MENTAL HEALTH by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8) (djb) (Main Document 51 replaced on 1/21/2021) (djb). (Entered: 01/14/2021) |
| 01/14/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: [51](#) SEALED DEFENDANTS' MOTION TO PRECLUDE ALL TESTIMONY OR EVIDENCE RELATING TO PLAINTIFF LLOYD BAKER'S FUTURE MEDICAL EXPENSES, FUTURE EARNINGS, AND MENTAL HEALTH. Referred to GARY R JONES. (djb) (Entered: 01/14/2021) |
| 01/14/2021 | [52](#) | NOTICE *of Lodging Exhibit 7 to Defendants' Motion to Compel A Second Deposition of Dr. David Eddins and Undisclosed Testing* by 3M COMPANY, AEARO TECHNOLOGIES LLC (BROCK, ROBERT) (Entered: 01/14/2021) |
| 01/14/2021 | [53](#) | ORDER - Pending before the court is Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI. 3:19md2885, ECF No. 1600. Because resolution of this motion is time sensitive, Defendants must file a response to the motion by January 19, 2021. Signed by MAGISTRATE JUDGE GARY R JONES on 1/14/2021. (djb) (Entered: 01/15/2021) |
| 01/14/2021 | [54](#) | Sealed Defendants' Opposition to Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Falmme, Ph.D. & Mark Stephenson, Ph.D. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6) (djb) (Entered: 01/15/2021) |
| 01/14/2021 | [55](#) | SEALED DEFENDANTS' MOTION TO COMPEL A SECOND DEPOSITION OF DR. DAVID EDDINS AND STRIKE UNDISCLOSED TESTING by 3M COMPANY, |

| | | |
|---|---|---|
| | | AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 - See 52 Notice) (djb) (Entered: 01/15/2021) |
| 01/15/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 54 Sealed Defendants' Opposition to Plaintiffs' 50 Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Falmme, Ph.D. & Mark Stephenson, Ph.D. Referred to GARY R JONES. (djb) (Entered: 01/15/2021) |
| 01/15/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 55 SEALED DEFENDANTS MOTION TO COMPEL A SECOND DEPOSITION OF DR. DAVID EDDINS AND STRIKE UNDISCLOSED TESTING, see also 52 Notice of Lodging Exhibit 7. Referred to GARY R JONES. (djb) (Entered: 01/15/2021) |
| 01/15/2021 | 58 | ORDER granting in part and denying in part 46 Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Flamme, Ph.D. & Mark Stephenson, Ph.D. Signed by MAGISTRATE JUDGE GARY R JONES on 01/15/21. (grj) (Entered: 01/15/2021) |
| 01/15/2021 | 59 | PRETRIAL ORDER NO. 63. Over the past week, the Court has received, almost daily, motions in the Trial Group A cases seeking to strike or preclude expert testimony and to compel a second deposition of an expert, one month after his deposition. Accordingly, before filing any further motions-other than those for summary judgment-the party with the issue must email the motion to opposing counsel and Judge Herndon and make a good faith effort to resolve the issue with Judge Herndon's assistance. Signed by JUDGE M CASEY RODGERS on 1/15/2021. (djb) (Entered: 01/15/2021) |
| 01/17/2021 | 60 | ORDER re 1539 (in 3:19-md-02885-MCR-GRJ), Sealed Defendants' Brief Regarding Choice of Law for Group A Plaintiffs, 1540 (in 3:19-md-02885-MCR-GRJ), Sealed Plaintiffs' Memorandum on Choice of Law for Bellwether Group A. This Order decides the choice of law question for Baker. Signed by JUDGE M CASEY RODGERS on 1/17/2021. (hhd) (Entered: 01/17/2021) |
| 01/19/2021 | 61 | NOTICE *of Withdrawal of Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa* by LLOYD EUGENE BAKER re 48 SEALED MOTION (AYLSTOCK, BRYAN) (Entered: 01/19/2021) |
| 01/19/2021 | 62 | NOTICE *of Withdrawal of Motion to Compel a Second Deposition of Dr. David Eddins and Strike Undisclosed Testing* by 3M COMPANY, AEARO TECHNOLOGIES LLC re 55 SEALED MOTION (BROCK, ROBERT) (Entered: 01/19/2021) |
| 01/20/2021 | 63 | ORDER re 55 SEALED MOTION. Signed by MAGISTRATE JUDGE GARY R JONES on 1/20/2021. Defendants' Motion to Compel a Second Deposition of Dr. David Eddins and Strike Undisclosed Testing is TERMINATED as moot. (kdm) (Entered: 01/20/2021) |
| 01/21/2021 | 64 | MOTION for Summary Judgment *of Defendants' Affirmative Defenses Relating to Government Fault* by LLOYD EUGENE BAKER. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **2/11/2021**). (Attachments: # 1 Memorandum ISO Motion for Summary Judgment, # 2 Declaration, # 3 Exhibit PX1 Sealed, # 4 Exhibit PX2 Sealed, # 5 Exhibit PX3 Sealed, # 6 Exhibit PX5 Sealed, # 7 Exhibit PX6 Sealed, # 8 Exhibit PX8 Sealed, # 9 Exhibit PX9 Sealed, # 10 Exhibit PX10 Sealed, # 11 Exhibit PX11 Sealed, # 12 Exhibit PX12 Sealed, # 13 Plaintiff's Memorandum in Support of Motion for Summary Judgment of Defendants' Affirmative Defenses Relating to Government Fault (Sealed)) (AYLSTOCK, BRYAN) Modified on 1/22/2021 (djb). (Entered: 01/21/2021) |

| 01/21/2021 | 65 | SEALED DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16) (djb) (Entered: 01/22/2021) |
|---|---|---|
| 01/22/2021 | 66 | Sealed PLAINTIFFS OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS OMNIBUS MOTION TO EXCLUDE PLAINTIFFS PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF. (Attachments: # 1 Declaration of Bryan F. Aylstock in Support of Plaintiffs' Omnibus Response in Opposition to Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 and Incorporatated Memorandum in Support Thereof, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44, # 46 Exhibit PX-45, # 47 Exhibit PX-46, # 48 Exhibit PX-47, # 49 Exhibit PX-48, # 50 Exhibit PX-49, # 51 Exhibit PX-50, # 52 Exhibit PX-51, # 53 Exhibit PX-52, # 54 Exhibit PX-53, # 55 Exhibit PX-54, # 56 Exhibit PX-55, # 57 Exhibit PX-56, # 58 Exhibit PX-57, # 59 Exhibit PX-58, # 60 Exhibit PX-59, # 61 Exhibit PX-60, # 62 Exhibit PX-61, # 63 Exhibit PX-62, # 64 Exhibit PX-63, # 65 Exhibit PX-64, # 66 Exhibit PX-65) (djb) Exhibits PX66 through PX114 will be docketed separately (djb). (Main Document 66 replaced on 1/26/2021) (djb). (Entered: 01/26/2021) |
| 01/22/2021 | 67 | Sealed Exhibits re: 66 PLAINTIFFS OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS OMNIBUS MOTION TO EXCLUDE PLAINTIFFS PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF. (Attachments: Exhibit PX-66 Main Document, # 1 Exhibit PX-67 Part 1 of 3, # 2 Exhibit PX-67 Part 2 of 3, # 3 Exhibit PX-67 Part 3 of 3, # 4 Exhibit PX-68 Part 1 of 3, # 5 Exhibit PX-68 Part 2 of 3, # 6 Exhibit PX-68 Part 3 of 3, # 7 Exhibit PX-69 Part 1 of 3, # 8 Exhibit PX-69 Part 2 of 3, # 9 Exhibit PX-69 Part 3 of 3, # 10 Exhibit PX-70 Part 1 of 3, # 11 Exhibit PX-70 Part 2 of 3, # 12 Exhibit PX-70 Part 3 of 3, # 13 Exhibit PX-71, # 14 Exhibit PX-72 Part 1 of 3, # 15 Exhibit PX-72 Part 2 of 3, # 16 Exhibit PX-72 Part 3 of 3, # 17 Exhibit PX-73, # 18 Exhibit PX-74, # 19 Exhibit PX-75, # 20 Exhibit PX-76, # 21 Exhibit PX-77, # 22 Exhibit PX-78, # 23 Exhibit PX-79, # 24 Exhibit PX-80, # 25 Exhibit PX-81, # 26 Exhibit PX-82, # 27 Exhibit PX-83, # 28 Exhibit PX-84, # 29 Exhibit PX-85, # 30 Exhibit PX-86, # 31 Exhibit PX-87, # 32 Exhibit PX-88, # 33 Exhibit PX-89, # 34 Exhibit PX-90, # 35 Exhibit PX-91, # 36 Exhibit PX-92, # 37 Exhibit PX-93, # 38 Exhibit PX-94, # 39 Exhibit PX-95, # 40 Exhibit PX-96, # 41 Exhibit PX-97, # 42 Exhibit PX-98, # 43 Exhibit PX-99, # 44 Exhibit PX-100, # 45 Exhibit PX-101, # 46 Exhibit PX-102, # 47 Exhibit PX-103, # 48 Exhibit PX-104, # 49 Exhibit PX-105, # 50 Exhibit PX-106, # 51 Exhibit PX-107, # 52 Exhibit PX-108, # 53 Exhibit PX-109, # 54 Exhibit PX-110, # 55 Exhibit PX-111, # 56 Exhibit PX-112, # 57 Exhibit PX-113 Part 1 of 2, # 58 Exhibit PX-113 Part 2 of 2, # 59 Exhibit PX-114) (djb) Modified on 1/26/2021 (djb). (Entered: 01/26/2021) |
| 01/22/2021 | 68 | Sealed Defendants' Response to Plaintiffs' Omnibus Motion to Exclude Defendants' |

| | | |
|---|---|---|
| | | Expert Opinions and Testimony. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63) (djb) (Entered: 01/26/2021) |
| 01/27/2021 | 69 | Sealed Plaintiff Lloyd Baker's Response in Opposition to Defendants' 51 Motion to Preclude all Testimony or Evidence Relating to Plaintiff Lloyd Baker's Future Medical Expenses, Future Earnings, and Mental Health. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (djb) (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 51 SEALED Motion to Preclude all Testimony or Evidence Relating to Plaintiff Lloyd Baker's Future Medical Expenses, Future Earnings, and Mental Health, 69 Sealed Response. Referred to GARY R JONES. (djb) (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 45 SEALED PLAINTIFFS OMNIBUS MOTION AND MEMORANDUM OF LAW TO EXCLUDE DEFENDANTS' EXPERT OPINIONS AND TESTIMONY, 68 Sealed RESPONSE (djb) (Entered: 01/28/2021) |
| 01/28/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 56 SEALED DEFENDANTS' OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT OPINIONS UNDER DAUBERT AND RULE 702 AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF, 57 Sealed Exhibits, 66 Sealed Response, 67 Sealed Exhibits (djb) (Entered: 01/28/2021) |
| 01/29/2021 | | Set Deadline - re: 3:19md2885 ECF No. 1639 Order Amending Order Setting Trial and Pretrial Schedule. Pretrial Conference set for Friday, **4/30/2021**. (djb) (Entered: 01/29/2021) |
| 02/04/2021 | 70 | Plaintiff's Memorandum in Opposition to 65 Defendant's Motion for Summary Judgment, filed by CINDY BAKER, LLOYD EUGENE BAKER. (Attachments: # 1 Declaration, # 2 Exhibit PX1-SEALED, # 3 Exhibit PX2-SEALED, # 4 Exhibit PX3-SEALED, # 5 Exhibit PX4-SEALED, # 6 Exhibit PX5-SEALED, # 7 Exhibit PX6-SEALED, # 8 Exhibit PX7, # 9 Exhibit PX8-SEALED, # 10 Exhibit PX9-SEALED, # 11 Exhibit PX10-SEALED, # 12 Exhibit PX11-SEALED, # 13 Exhibit PX12-SEALED, # 14 Exhibit PX13-SEALED, # 15 Exhibit PX14-SEALED, # 16 Exhibit PX15-SEALED, # 17 Exhibit PX16, # 18 Exhibit PX17-SEALED, # 19 Exhibit PX18-SEALED, # 20 Exhibit PX19-SEALED, # 21 Exhibit PX20-SEALED, # 22 Exhibit PX21, # 23 Exhibit PX22-SEALED, # 24 Exhibit PX23-SEALED, # 25 Exhibit PX24, # 26 Exhibit PX25-SEALED, # 27 Exhibit PX26-SEALED, # 28 Exhibit PX27-SEALED, # 29 Exhibit PX28-SEALED, # 30 Exhibit PX29-SEALED, # 31 Exhibit PX30, # 32 Exhibit PX31, # 33 Exhibit PX32, # 34 Exhibit PX33, # 35 Exhibit PX34, # 36 Exhibit PX35, # 37 |

| | | Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgement (Sealed) (AYLSTOCK, BRYAN) . Modified on 2/5/2021 (djb). (Entered: 02/04/2021) |
|---|---|---|
| 02/04/2021 | 71 | Sealed Defendants' Memorandum in Opposition to 64 Plaintiff's Motion for Summary Judgment on Defendants' Affirmative Defenses Relating to Government Fault. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32) (djb) (Entered: 02/05/2021) |
| 02/05/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 64 MOTION for Summary Judgment of Defendants' Affirmative Defenses Relating to Government Fault, 71 Sealed Defendants' Memorandum in Opposition; 65 Sealed Defendant's Motion for Summary Judgment, 70 Plaintiff's Memorandum in Opposition to Motion (djb) (Entered: 02/05/2021) |
| 02/11/2021 | 72 | ORDER granting in part and denying in part 1595 Plaintiffs' Omnibus Motion and Memorandum of Law to Exclude Defendants' Expert Opinions and Testimony, and granting in part and denying in part 1605 Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 as follows: The motions are GRANTED to the extent they seek to exclude the portions of General Edens, Sergeant Major Hustons, Dr. Fallons, LTC Tutens, and Dr. Crawfords expert opinions identified as unreliable, unhelpful, or unduly prejudicial in this Order; The motions are DENIED to the extent they seek to exclude these experts opinions in their entirety. Signed by JUDGE M CASEY RODGERS on 2/11/2021. (hhd) (Entered: 02/11/2021) |
| 02/12/2021 | 73 | ORDER denying 51 Defendants' Motion to Preclude All Testimony or Evidence Relating to Lloyd Baker's Future Medical Expenses, Future Earnings, and Mental Health. Signed by MAGISTRATE JUDGE GARY R JONES on 02/12/21. (grj) (Entered: 02/12/2021) |
| 02/24/2021 | 74 | ORDER SETTING TRIAL AND PRETRIAL SCHEDULE: Plaintiff McCombs trial will begin Monday, May 17, 2021 and conclude by Friday, May 28, 2021. Plaintiff Baker's trial will begin Monday, **June 7, 2021**, and conclude by Friday, June 18, 2021. A pretrial conference for both trials will be held **April 30, 2021**, beginning at 8:30AM. The attorney's conference required by paragraph III must be held no later than **March 26, 2021**. The pretrial stipulation and other papers required by paragraphs IV and V must be filed no later than **April 16, 2021**. Motions in limine regarding evidentiary matters known to counsel or those that should be reasonably anticipated must be filed no later than **April 16, 2021**, with responsive memoranda due within 5 calendar days. Signed by JUDGE M CASEY RODGERS on 2/24/2021. (Attachments: # 1 Exhibit A) (djb) (Entered: 02/25/2021) |
| 02/24/2021 | 75 | PRETRIAL ORDER NO. 71. This Order governs the parties' witness lists, deposition designations, and exhibit lists for the McCombs and Baker trials. Signed by JUDGE M CASEY RODGERS on 2/24/2021. (djb) (Entered: 02/25/2021) |
| 02/28/2021 | 76 | ORDER GRANTING IN PART AND DENYING IN PART 45 Plaintiffs' Omnibus Motion to Exclude Defendants' Expert Opinions and Testimony and GRANTING IN PART AND DENYING IN PART 56 Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 as to the following experts: Elliott Berger, Drs. John House, Derek Jones, Jennifer LaBorde, Margaret Richards, Moises Arriaga, Eric Bielefeld, Elizabeth Davis, David Eddins, Marc Fagelson, and John Franks, Roger Juneau, Kristin Kucsma, Rear Adm. Althea Coetzee Leslie, Drs. Lawrence Lustig and David Madigan, Richard McKinley, Dr. Mark Packer, Eric Rose, and Dr. Christopher |

| | | |
|---|---|---|
| | | Spankovich. Signed by JUDGE M CASEY RODGERS on 2/28/2021. (hhd) Modified on 3/1/2021 (djb). (Entered: 02/28/2021) |
| 03/04/2021 | 77 | ORDER GRANTING IN PART AND DENYING IN PART 45 Plaintiffs' Omnibus Motion to Exclude Defendants' Expert Opinions and Testimony and GRANTING IN PART AND DENYING IN PART 56 Defendants' Omnibus Motion to Exclude Plaintiffs' Putative Expert Opinions Under Daubert and Rule 702 as to the following experts: Drs. Gregory A. Flamme and Mark R. Stephenson, John Casali, and Harri Kytomaa, and Robert Johnson. Signed by JUDGE M CASEY RODGERS on 3/4/2021. (hhd) Modified on 3/4/2021 (djb). (Entered: 03/04/2021) |
| 03/13/2021 | 78 | ORDER GRANTING 1595 Plaintiffs' Omnibus Motion to Exclude Defendants' Expert Opinions and Testimony under Rules 702 and Daubert as to Dr. Richard Neitzel and Jennifer Sahmel; their opinions are excluded in their entirety. Signed by JUDGE M CASEY RODGERS on 3/13/2021. (hhd) (Entered: 03/13/2021) |
| 03/16/2021 | 79 | SEALED PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE MARK VAN DENSEN FROM DEFENDANTS' WITNESS LIST by LLOYD EUGENE BAKER. (Attachments: # 1 Declaration of Sean P. Tracey In Support, # 2 PX-1, # 3 PX-2, # 4 PX-3, # 5 PX-4, # 6 PX-5, # 7 PX-6, # 8 PX-7, # 9 PX-8, # 10 PX-9, # 11 PX-10) (djb) (Entered: 03/17/2021) |
| 03/17/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 79 SEALED PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION TO STRIKE MARK VAN DENSEN FROM DEFENDANTS WITNESS LIST. Referred to GARY R JONES. (djb) (Entered: 03/17/2021) |
| 03/18/2021 | 80 | SEALED DEFENDANTS' MOTION TO STRIKE DANIEL OHAMA FROM PLAINTIFFS' WITNESS LIST by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17) (djb) (Entered: 03/19/2021) |
| 03/19/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 80 SEALED DEFENDANTS' MOTION TO STRIKE DANIEL OHAMA FROM PLAINTIFFS' WITNESS LIST. Referred to GARY R JONES. (djb) (Entered: 03/19/2021) |
| 03/23/2021 | 81 | SEALED PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF LTC KARA CAVE AND STRIKE HER FROM DEFENDANTS' TRIAL WITNESS LIST by LLOYD EUGENE BAKER. (Attachments: # 1 Declaration of Sean P. Tracey In Support, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12) (djb) (Entered: 03/24/2021) |
| 03/24/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 81 SEALED PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF LTC KARA CAVE AND STRIKE HER FROM DEFENDANTS' TRIAL WITNESS LIST. Referred to GARY R JONES. (djb) (Entered: 03/24/2021) |
| 03/24/2021 | 82 | Sealed PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DR. DANIEL OHAMA. (Attachments: # 1 Exhibit PX-1, # 2 Exhibit PX-2, # 3 Exhibit PX-3, # 4 Exhibit PX-4, # 5 Exhibit PX-4(A), # 6 Exhibit PX- |

| | | |
|---|---|---|
| | | 5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-7A, # 10 Exhibit PX-8, # 11 Exhibit PX-9, # 12 Exhibit PX-10) (djb) (Entered: 03/24/2021) |
| 03/24/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 80 SEALED Defendants' Motion to Strike Dr. Daniel Ohama from Plaintiff's Witness List, 82 Sealed Plaintiff's Memorandum in Opposition to Defendants' Motion to Strike Dr. Daniel Ohama. Referred to GARY R JONES. (djb) (Entered: 03/24/2021) |
| 03/30/2021 | 83 | Sealed DEFENDANTS' OPPOSITION TO 79 PLAINTIFF'S MOTION TO STRIKE MARK VAN DENSEN FROM DEFENDANTS' WITNESS LIST (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (djb) (Entered: 03/31/2021) |
| 03/31/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 83 Sealed DEFENDANTS' OPPOSITION TO 79 PLAINTIFF'S MOTION TO STRIKE MARK VAN DENSEN FROM DEFENDANTS' WITNESS LIST Referred to GARY R JONES. (djb) (Entered: 03/31/2021) |
| 04/02/2021 | 84 | ORDER denying 79 Plaintiff's Motion to Strike Mark Van Densen from Defendants' Witness List; denying 80 Defendants' Motion to Strike Daniel Ohama from Plaintiffs' Witness List. Signed by MAGISTRATE JUDGE GARY R JONES on 04/02/21. (grj) (Entered: 04/02/2021) |
| 04/06/2021 | 85 | Sealed Defendants' Opposition to Plaintiff's Motion to Exclude Testimony of LTC Kra Cave and Strike Her From Defendants' Trial Witness List. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (djb) (Entered: 04/06/2021) |
| 04/06/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 85 Sealed Defendants' Opposition to Plaintiff's Motion to Exclude Testimony of LTC Kra Cave and Strike Her From Defendants' Trial Witness List, 81 SEALED PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF LTC KARA CAVE AND STRIKE HER FROM DEFENDANTS' TRIAL WITNESS LIST. Referred to GARY R JONES. (djb) (Entered: 04/06/2021) |
| 04/08/2021 | 86 | ORDER denying 81 Plaintiff's Motion to Exclude Testimony of LTC Kara Cave and Strike Her From Defendants' Witness List. Signed by MAGISTRATE JUDGE GARY R JONES on 04/08/21. (grj) (Entered: 04/08/2021) |
| 04/08/2021 | 87 | ORDER granting in part and denying in part 65 Defendants' motion for summary judgment. Signed by JUDGE M CASEY RODGERS on 4/8/2021. (hhd) (Entered: 04/08/2021) |
| 04/09/2021 | 88 | PRETRIAL ORDER NO. 74. Motions in Limine in McCombs and Baker. Signed by JUDGE M CASEY RODGERS on 4/9/2021. (hhd) (Entered: 04/09/2021) |
| 04/15/2021 | 89 | NOTICE *Objections to Court's April 2, 2021 and April 8, 2021 Orders* by LLOYD EUGENE BAKER re 84 Order on Sealed Motion,,, 86 Order on Sealed Motion (TRACEY, SEAN) (Entered: 04/15/2021) |
| 04/15/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 89 Plaintiff Baker's Objections to the Court's April 2, 2021 and April 8, 2021 Orders, re: 84 Order, 86 Order (djb) (Entered: 04/15/2021) |
| 04/16/2021 | 90 | First MOTION to Amend/Correct *Trial Witness List to Add Dr. Moises Arriaga to his* |

| | | |
|---|---|---|
| | | *Witness List* by LLOYD EUGENE BAKER. (Attachments: # 1 Exhibit Declaration of Sean Patrick Tracey in Support of Plaintiff's Motion for Leave to Add Dr. Arriaga to Witness List, # 2 Exhibit Ex A. Plaintiff's Second Amended Witness List, # 3 Exhibit Ex B. EHK Trial Transcript Excerpt 04.07.21, # 4 Exhibit Ex C. EHK Trial Transcript Excerpt 04.09.21) (TRACEY, SEAN) (Entered: 04/16/2021) |
| 04/16/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 90 MOTION to Amend Trial Witness List to Add Dr. Moises Arriaga to his Witness List (djb) (Entered: 04/16/2021) |
| 04/16/2021 | 91 | TRIAL BRIEF *REGARDING SOPHISTICATED INTERMEDIARY AND BULK SUPPLIER DEFENSES* by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 04/16/2021) |
| 04/16/2021 | 92 | Proposed Verdict Form by LLOYD EUGENE BAKER. (TRACEY, SEAN) (Entered: 04/16/2021) |
| 04/16/2021 | 93 | MOTION in Limine *TO PRECLUDE CERTAIN EVIDENCE* by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (BRANSCOME, KIMBERLY) (Entered: 04/16/2021) |
| 04/16/2021 | 94 | Proposed Jury Instructions by LLOYD EUGENE BAKER. (TRACEY, SEAN) (Entered: 04/16/2021) |
| 04/16/2021 | 95 | TRIAL BRIEF *on 3M's Intermediary Defenses* by LLOYD EUGENE BAKER. (TRACEY, SEAN) (Entered: 04/16/2021) |
| 04/16/2021 | 96 | Proposed Verdict Form by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 04/16/2021) |
| 04/16/2021 | 97 | Proposed Jury Instructions by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) (Entered: 04/16/2021) |
| 04/16/2021 | 98 | JOINT MOTION Identifying Previously-Filed Motions in Limine Refiled Pursuant to PTO 74 by 3M COMPANY, AEARO TECHNOLOGIES LLC. (BRANSCOME, KIMBERLY) Modified on 4/22/2021 (djb). (Entered: 04/16/2021) |
| 04/16/2021 | 99 | Sealed Parties' Joint Pretrial Stipulation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (djb) (Entered: 04/19/2021) |
| 04/16/2021 | 100 | SEALED PLAINTIFF LLOYD BAKER'S OMNIBUS MOTIONS IN LIMINE AND MEMORANDUM OF LAW by LLOYD EUGENE BAKER. (Attachments: # 1 Declaration of Sean P. Tracey In Support, # 2 Exhibit PX-1, # 3 Exhibit PX-2, # 4 Exhibit PX-3, # 5 Exhibit PX-4, # 6 Exhibit PX-5, # 7 Exhibit PX-6, # 8 Exhibit PX-7, # 9 Exhibit PX-8, # 10 Exhibit PX-9, # 11 Exhibit PX-10, # 12 Exhibit PX-11, # 13 Exhibit PX-12, # 14 Exhibit PX-13, # 15 Exhibit PX-14, # 16 Exhibit PX-15, # 17 Exhibit PX-16, # 18 Exhibit PX-17, # 19 Exhibit PX-18, # 20 Exhibit PX-19, # 21 Exhibit PX-20, # 22 Exhibit PX-21, # 23 Exhibit PX-22, # 24 Exhibit PX-23, # 25 Exhibit PX-24, # 26 Exhibit PX-25, # 27 Exhibit PX-26, # 28 Exhibit PX-27, # 29 Exhibit PX-28, # 30 Exhibit PX-29, # 31 Exhibit PX-30, # 32 Exhibit PX-31, # 33 Exhibit PX-32, # 34 Exhibit PX-33, # 35 Exhibit PX-34, # 36 Exhibit PX-35, # 37 Exhibit PX-36, # 38 Exhibit PX-37, # 39 Exhibit PX-38, # 40 Exhibit PX-39, # 41 Exhibit PX-40, # 42 Exhibit PX-41, # 43 Exhibit PX-42, # 44 Exhibit PX-43, # 45 Exhibit PX-44) (djb) (Entered: 04/19/2021) |
| 04/16/2021 | | Set/Reset Deadlines as to 100 SEALED in Limine TO PRECLUDE CERTAIN EVIDENCE, 93 MOTION in Limine TO PRECLUDE CERTAIN EVIDENCE. (Internal deadline for referral to judge if response not filed earlier: **4/21/2021**). (djb) (Entered: 04/19/2021) |

| | | |
|---|---|---|
| 04/19/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 91 Trial Brief, 92 Proposed Verdict Form, 94 Proposed Jury Instructions, 95 Trial Brief, 96 Proposed Verdict Form, 97 Proposed Jury Instructions (djb) (Entered: 04/19/2021) |
| 04/19/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 99 Sealed Parties' Joint Pretrial Stipulation (djb) (Entered: 04/19/2021) |
| 04/21/2021 | 101 | ORDER. Baker's 64 MOTION for Summary Judgment is GRANTED in part and DENIED in part. The motion is GRANTED as to Defendants' government-fault affirmative defenses to the extent those defenses are based on the United States military's alleged failure to conduct annual audiograms for Baker. The motion is otherwise DENIED. Signed by JUDGE M CASEY RODGERS on 4/21/2021. (djb) (Entered: 04/21/2021) |
| 04/21/2021 | 102 | Sealed Plaintiff's Opposition to Defendants' 93 Motion in Limine. (Attachments: # 1 Declaration of Sean Patrick Tracey in Opposition to Defendants' Omnibus Motion in Limine, # 2 Exhibit PX1, # 3 Exhibit PX2, # 4 Exhibit PX3, # 5 Exhibit PX4, # 6 Exhibit PX5, # 7 Exhibit PX6, # 8 Exhibit PX7, # 9 Exhibit PX8, # 10 Exhibit PX9, # 11 Exhibit PX10, # 12 Exhibit PX11, # 13 Exhibit PX12, # 14 Exhibit PX13, # 15 Exhibit PX14, # 16 Exhibit PX15, # 17 Exhibit PX16, # 18 Exhibit PX17, # 19 Exhibit PX18) (djb) (Entered: 04/22/2021) |
| 04/21/2021 | 103 | Sealed Defendants' Response to 100 Plaintiff Lloyd Baker's Omnibus Motion in Limine. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (djb) (Entered: 04/22/2021) |
| 04/22/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 93 MOTION in Limine to Preclude Certain Evidence, 102 Sealed Plaintiff's Opposition to Defendants' Motion in Limine, 100 Sealed Plaintiff Lloyd Baker's Omnibus Motion is Limine, 103 Sealed Defendants' Response to 100 Plaintiff Lloyd Baker's Omnibus Motion in Limine; 98 JOINT MOTION Identifying Previously-Filed Motions in Limine Refiled Pursuant to PTO 74. (djb) (Entered: 04/22/2021) |
| 04/23/2021 | 104 | ORDER AMENDING ORDER SETTING TRIAL AND PRETRIAL SCHEDULE. This Order amends 74 Order Setting Trial and Pretrial Schedule, in the bellwether cases, McCombs and Baker. The pretrial conference for both trials will be held on **Monday, 5/3/2021 at 08:30 AM** and if necessary, **Tuesday, May 4, 2021 at 1PM**. All other aspects of ECF No. 74 remain unchanged. Signed by JUDGE M CASEY RODGERS on 4/23/2021. Signed by JUDGE M CASEY RODGERS on 4/23/2021. (djb) (Entered: 04/23/2021) |
| 04/29/2021 | 105 | RESPONSE by 3M COMPANY, AEARO TECHNOLOGIES LLC re 89 Notice (Other) *Objections to Court's April 2, 2021 and April 8, 2021 Orders*. (BRANSCOME, KIMBERLY) (Entered: 04/29/2021) |
| 04/30/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 105 Defendants' Response to 89 Plaintiff's April 15, 2021 Objections to the Court's April 2, 2021 84 Order, and April 8, 2021 86 Order. (djb) (Entered: 04/30/2021) |
| 04/30/2021 | 106 | NOTICE of Appearance by DAVID R BUCHANAN on behalf of LLOYD EUGENE BAKER (BUCHANAN, DAVID) (Entered: 04/30/2021) |
| | | |

| 04/30/2021 | 107 | NOTICE of Appearance by MAXWELL H KELLY on behalf of LLOYD EUGENE BAKER (KELLY, MAXWELL) (Entered: 04/30/2021) |
|---|---|---|
| 04/30/2021 | 108 | NOTICE of Appearance by CALEB A SEELEY on behalf of LLOYD EUGENE BAKER (SEELEY, CALEB) (Entered: 04/30/2021) |
| 04/30/2021 | 109 | NOTICE of Appearance by SHELLEY VAN NATTER HUTSON on behalf of LLOYD EUGENE BAKER (HUTSON, SHELLEY) (Entered: 04/30/2021) |
| 04/30/2021 | 110 | NOTICE of Appearance by EMILY B MARLOWE on behalf of LLOYD EUGENE BAKER (MARLOWE, EMILY) (Entered: 04/30/2021) |
| 04/30/2021 | 111 | NOTICE of Appearance by MICHAEL A SACCHET on behalf of LLOYD EUGENE BAKER (SACCHET, MICHAEL) (Entered: 04/30/2021) |
| 04/30/2021 | 115 | Sealed Defendants' Opposition to Plaintiff's Motion to Amend His Witness List to Include Dr. Arriaga. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (djb) (Entered: 05/03/2021) |
| 05/01/2021 | 112 | ORDER granting in part and denying in part 93 Defendants' Motions in Limine and 100 Plaintiff Lloyd Baker's Omnibus Motions in Limine. Signed by JUDGE M CASEY RODGERS on 5/1/2021. (hhd) (Entered: 05/01/2021) |
| 05/02/2021 | 113 | NOTICE FOR PRETRIAL CONFERENCE. The pretrial conference for the trials in McCombs and Baker will begin on Monday, May 3, 2021 at 8:30AM, and will continue on Tuesday, May 4, 2021 at 1:30PM, if necessary. Signed by JUDGE M CASEY RODGERS on 5/2/2021. (hhd) (Entered: 05/02/2021) |
| 05/02/2021 | 114 | ORDER denying 90 Plaintiff Lloyd Baker's Motion for Leave to Add Dr. Moises Arriaga to his Witness List. Signed by JUDGE M CASEY RODGERS on 5/2/2021. (hhd) (Entered: 05/02/2021) |
| 05/03/2021 | 116 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Final Pretrial Conference held on 5/3/2021. Combined with case #7:20cv94. Order to follow. (Court Reporter Donna Boland.) (sps) (Entered: 05/04/2021) |
| 05/05/2021 | 117 | ORDER excluding testimony of Jennifer Coleman. Signed by JUDGE M CASEY RODGERS on 5/5/2021. (hhd) (Entered: 05/05/2021) |
| 05/06/2021 | 118 | ORDER. Baker's 100 Motion in Limine to exclude evidence, argument, or testimony regarding the Test Reports is GRANTED. Signed by JUDGE M CASEY RODGERS on 5/6/2021. (djb) (Entered: 05/06/2021) |
| 05/06/2021 | 119 | ORDER applying to all scientific study reports sought to be admitted by either side during trial. Signed by JUDGE M CASEY RODGERS on 5/6/2021. (djb) (Entered: 05/06/2021) |
| 05/11/2021 | 120 | ORDER. The parties' omnibus motions to exclude expert opinions under Rule 702 and Daubert, ECF Nos. 1595 and 1605 , are granted in part and denied in part, consistent with this Order, with respect to Dennis Driscoll, Dr. Mark Packer's PTSD opinion in Baker, and Dr. Marc Fagelson's PTSD and sleep disorder opinion in McCombs. Signed by JUDGE M CASEY RODGERS on 5/11/2021. (djb) (Entered: 05/11/2021) |
| 05/13/2021 | 121 | ORDER Re: 89 Plaintiffs' Objections to portions of the Magistrate Judge's Orders dated April 2, 2021, ECF No. 84 and April 8, 2021, ECF No. 86 , denying Plaintiffs motions to exclude the deposition testimonies of LTC Kara Cave and Mark Van Densen. On Consideration, the objections are overruled. Because the Magistrate Judge found that Baker was not provided with "reasonable notice" of Van Densens deposition, the Court will permit Baker an extended deadline to submit affirmative deposition designations for |

| | | |
|---|---|---|
| | | Van Densens testimony. The extended deadline to submit these designations will be May 24, 2021 at 5PM. Signed by JUDGE M CASEY RODGERS on 5/13/2021. (djb) (Entered: 05/13/2021) |
| 05/17/2021 | 122 | SEALED Defendants' MOTION to Quash the Subpoenas to Elliott Berger and Brian Myers by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (djb) (Entered: 05/17/2021) |
| 05/17/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 122 SEALED Defendants' MOTION to Quash the Subpoenas to Elliott Berger and Brian Myers. Referred to GARY R JONES. (djb) (Entered: 05/17/2021) |
| 05/18/2021 | 123 | ORDER directing Plaintiff to file a response by Monday, May 24, 2021 re 122 Defendants' Motion to Quash Subpoenas to Elliott Berger and Brian Myers, filed by 3M COMPANY, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 05/18/21. (grj) (Entered: 05/18/2021) |
| 05/18/2021 | 124 | NOTICE of Appearance by MEGAN L ODOM on behalf of LLOYD EUGENE BAKER (ODOM, MEGAN) (Entered: 05/18/2021) |
| 05/19/2021 | 125 | TRIAL BRIEF *on inadmissibility of Cheryl Parker's testimony and C&P Exam Report* by LLOYD EUGENE BAKER. (Attachments: # 1 Appendix Declaration by Sean Tracey, # 2 Exhibit Ex 1. Defendants Proposed Redactions to D-Baker 26, # 3 Exhibit Ex 1. Plaintiff Baker Proposed Redactions to D-Baker 26) (TRACEY, SEAN) (Entered: 05/19/2021) |
| 05/19/2021 | 126 | Sealed Defendants' Trial Brief Regarding Plaintiff Lloyd Baker's Compensation & Pension Examination and Testimony Related Thereto. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (djb) (Entered: 05/20/2021) |
| 05/19/2021 | 127 | SEALED Defendant's MOTION to Compel and Trial Brief Regarding Dr. Packer's PCAST Presentation and Related Documents by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (djb) (Entered: 05/20/2021) |
| 05/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 125 Plaintiff's Brief on Inadmissibility of Cheryl Parker's Deposition Testimony and C&P Report, 126 Sealed Defendants' Trial Brief Regarding Plaintiff Lloyd Baker's Compensation & Pension Examination and Testimony Related Thereto (djb) (Entered: 05/20/2021) |
| 05/20/2021 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE GARY R JONES notified that action is needed Re: 127 SEALED Defendant's MOTION to Compel and Trial Brief Regarding Dr. Packer's PCAST Presentation and Related Documents. Referred to GARY R JONES. (djb) (Entered: 05/20/2021) |
| 05/20/2021 | | Motions No Longer Referred: 127 SEALED Motion to Compel and Trial Brief Regarding Dr. Packers PCAST Presentation and Related Documents (djb) (Entered: 05/20/2021) |
| 05/20/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 127 SEALED Motion to Compel and Trial Brief Regarding Dr. Packers PCAST Presentation and Related Documents (djb) (Entered: 05/20/2021) |
| 05/20/2021 | 128 | ORDER - Plaintiff Baker must file his response to Defendants' 127 Motion to Compel and Trial Brief on or before **5/26/2021**. Signed by JUDGE M CASEY RODGERS on |

| | | 5/20/2021. (djb) (Entered: 05/20/2021) |
|---|---|---|
| 05/21/2021 | 129 | EXHIBITS ORDER NO. 1. Signed by JUDGE M CASEY RODGERS on 5/21/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 05/21/2021) |
| 05/21/2021 | 131 | Sealed Plaintiff's Response in Opposition to Defendants' Motion to Quash the Subpoenas to Elliott Berger and Brian Myers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (djb) (Entered: 05/25/2021) |
| 05/24/2021 | 130 | ORDER scheduling a telephonic hearing before Magistrate Judge Gary R. Jones on May 27, 2021 at 2:30 PM EST re 122 Defendants' Motion to Quash Subpoenas to Elliott Berger and Brian Myers, filed by 3M COMPANY, AEARO TECHNOLOGIES LLC. Signed by MAGISTRATE JUDGE GARY R JONES on 05/24/21. (grj) (Entered: 05/24/2021) |
| 05/24/2021 | | Set Deadlines as to 122 Motion to Quash the Subpoenas to Elliot Berger and Brian Myers. Telephonic Hearing set for **Thursday, 5/27/2021 02:30 PM Eastern Time** before MAGISTRATE JUDGE GARY R JONES. (djb) (Entered: 05/25/2021) |
| 05/25/2021 | 132 | Sealed Plaintiff's Response in Opposition to to 3M's Motion to Compel and Trial Brief Regarding Dr. Packer's PCAST Presentation and Related Documents. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (djb) (Entered: 05/26/2021) |
| 05/26/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 132 Sealed Plaintiff's Response in Opposition to 127 SEALED Defendant's MOTION to Compel and Trial Brief Regarding Dr. Packer's PCAST Presentation and Related Documents. (djb) (Entered: 05/26/2021) |
| 05/27/2021 | 141 | Minute Entry for proceedings held before MAGISTRATE JUDGE GARY R JONES: Motion Hearing held on 5/27/2021 re 122 SEALED MOTION filed by 3M COMPANY, AEARO TECHNOLOGIES LLC. (Court Reporter Lisa Snyder, Official Court Reporter TLH) (atm) (Entered: 06/02/2021) |
| 05/28/2021 | 133 | ORDER granting in part and denying in part 122 Defendants' Motion to Quash the Subpoenas to Elliott Berger and Brian Myers. Plaintiff is granted leave to present the contemporaneous transmission of the testimony of Elliott Berger under Rule 43(a). Plaintiff is not granted leave to present the contemporaneous transmission of the testimony of Brian Myers and therefore the subpoena served on Brian Myers is quashed. Signed by MAGISTRATE JUDGE GARY R JONES on 05/28/21. (grj) (Entered: 05/28/2021) |
| 05/28/2021 | 134 | PRETRIAL ORDER NO. 78. Juror questionnaires in Baker. Signed by JUDGE M CASEY RODGERS on 5/28/2021. (Attachments: # 1 Exhibit A) (hhd) (Entered: 05/28/2021) |
| 05/28/2021 | 135 | PRETRIAL ORDER NO. 79. Trial Time Allocation in Baker. Signed by JUDGE M CASEY RODGERS on 5/28/2021. (hhd) (Entered: 05/28/2021) |
| 05/28/2021 | 136 | NOTICE of Appearance by JONATHAN S TAM on behalf of 3M COMPANY, AEARO TECHNOLOGIES LLC (TAM, JONATHAN) (Entered: 05/28/2021) |
| 05/28/2021 | 137 | NOTICE of Appearance by ALLISON K OZUROVICH on behalf of 3M COMPANY, AEARO TECHNOLOGIES LLC (OZUROVICH, ALLISON) (Entered: 05/28/2021) |
| 05/28/2021 | 138 | NOTICE of Appearance by JAY L BHIMANI on behalf of 3M COMPANY, AEARO TECHNOLOGIES LLC (BHIMANI, JAY) (Entered: 05/28/2021) |
| 05/28/2021 | 139 | NOTICE of Appearance by MARY H KIM on behalf of 3M COMPANY, AEARO |

| | | |
|---|---|---|
| | | TECHNOLOGIES LLC (KIM, MARY) (Entered: 05/28/2021) |
| 05/28/2021 | 140 | NOTICE of Appearance by CRAIG CASTIGLIA on behalf of 3M COMPANY, AEARO TECHNOLOGIES LLC (CASTIGLIA, CRAIG) (Entered: 05/28/2021) |
| 06/02/2021 | 142 | DEPOSITION DESIGNATIONS ORDER NO. 1. Signed by JUDGE M CASEY RODGERS on 6/2/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/02/2021) |
| 06/03/2021 | 143 | ORDER - The 127 Defendants' Motion to Compel and Trial Brief Regarding Dr. Mark Packer's PCAST Presentation and Related Documents is DENIED. Signed by JUDGE M CASEY RODGERS on 6/3/3021. (djb) (Entered: 06/03/2021) |
| 06/03/2021 | 144 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Motion Hearing held on 5/27/2021, before Judge Gary Jones. Court Reporter/Transcriber Lisa Snyder, Telephone number 8505671374. Tape Number: lisasnydercr@gmail.com. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* Redaction Request due **6/10/2021**. Release of Transcript Restriction set for **9/8/2021**. (ls) (Entered: 06/03/2021) |
| 06/03/2021 | 145 | DEPOSITION DESIGNATIONS ORDER NO. 2. Signed by JUDGE M CASEY RODGERS on 6/3/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/03/2021) |
| 06/04/2021 | 146 | ORDER - The Court finds it necessary to clarify its prior ruling denying Defendants' motion to exclude evidence of the 1993 fine imposed by the Department of Justice (DOJ) and the Environmental Protection Agency (EPA) on Cabot Safety Corporation. Signed by JUDGE M CASEY RODGERS on 6/4/2021. (djb) (Entered: 06/04/2021) |
| 06/04/2021 | 147 | DEPOSITION DESIGNATIONS ORDER NO. 3. Signed by JUDGE M CASEY RODGERS on 6/4/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/04/2021) |
| 06/04/2021 | 148 | NOTICE of Appearance by MICAH DAVID BROWN on behalf of All Defendants (BROWN, MICAH) (Entered: 06/04/2021) |
| 06/04/2021 | 149 | DEPOSITION DESIGNATIONS ORDER NO. 4. Signed by JUDGE M CASEY RODGERS on 6/4/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/04/2021) |
| 06/04/2021 | 150 | NOTICE of Appearance by KYLE RICHARD DECAMP on behalf of All Defendants (DECAMP, KYLE) (Entered: 06/04/2021) |
| 06/05/2021 | 151 | ORDER regarding Plaintiff Baker's VA disability determination records. This Order resolves the parties' simultaneous briefing (ECF Nos. 125 and 126 ) on the admissibility of the C&P Report and Parker's deposition testimony. Signed by JUDGE M CASEY RODGERS on 6/5/2021. (hhd) (Entered: 06/05/2021) |
| 06/06/2021 | 152 | EXHIBITS ORDER NO. 2. Signed by JUDGE M CASEY RODGERS on 6/6/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/06/2021) |
| 06/06/2021 | 153 | DEPOSITION DESIGNATIONS ORDER NO. 5. Signed by JUDGE M CASEY RODGERS on 6/6/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/06/2021) |
| 06/06/2021 | 154 | DEPOSITION DESIGNATIONS ORDER NO. 6. Signed by JUDGE M CASEY RODGERS on 6/6/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/06/2021) |
| 06/07/2021 | 155 | DEPOSITION DESIGNATIONS ORDER NO. 7. Signed by JUDGE M CASEY RODGERS on 6/7/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/07/2021) |

| 06/07/2021 | 156 | NOTICE *Verification of Compliance with PTO 78 and Destruction of Juror Questionnaires* by LLOYD EUGENE BAKER re 134 Order (TRACEY, SEAN) (Entered: 06/07/2021) |
| --- | --- | --- |
| 06/07/2021 | 158 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS: Jury Selection held on 6/07/2021. Jury Trial to follow immediately. (PDFs sealed per privacy policy.) (Court Reporter Donna Boland.) (Attachments: # 1 Jury Challenge List, # 2 Jury Check-in Papers, # 3 Juror Questionnaires) (sps) (Entered: 06/08/2021) |
| 06/07/2021 | 160 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 1) held on 6/7/2021. Opening Statements heard, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/08/2021) |
| 06/08/2021 | 157 | ACKNOWLEDGMENT *and Verification of Compliance with PTO Order No. 78 and Destruction of Juror Questionnaires*. (BRANSCOME, KIMBERLY) (Entered: 06/08/2021) |
| 06/08/2021 | 159 | EXHIBITS ORDER NO. 3. Signed by JUDGE M CASEY RODGERS on 6/8/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/08/2021) |
| 06/08/2021 | 161 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 2) held on 6/8/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (sps). (Main Document 161 replaced on 6/10/2021) (sps). (Entered: 06/08/2021) |
| 06/08/2021 | 162 | ORDER for Jury Meals (Copy to Finance) for 6/9/2021 only. Signed by JUDGE M CASEY RODGERS on 6/8/2021. (sps) (Entered: 06/08/2021) |
| 06/09/2021 | 163 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 3) held on 6/9/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/10/2021) |
| 06/10/2021 | 164 | DEPOSITION DESIGNATIONS ORDER NO. 8. Signed by JUDGE M CASEY RODGERS on 6/10/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/10/2021) |
| 06/10/2021 | 165 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 4) held on 6/10/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Main Document 165 replaced on 6/11/2021) (sps) (Entered: 06/11/2021) |
| 06/11/2021 | 166 | DEPOSITION DESIGNATIONS ORDER NO. 9. Signed by JUDGE M CASEY RODGERS on 6/11/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/11/2021) |
| 06/11/2021 | 167 | DEPOSITION DESIGNATIONS ORDER NO. 10. Signed by JUDGE M CASEY RODGERS on 6/11/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/11/2021) |
| 06/11/2021 | 168 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 5) held on 6/11/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/13/2021) |
| 06/14/2021 | 169 | DEPOSITION DESIGNATIONS ORDER NO. 11. Signed by JUDGE M CASEY RODGERS on 6/14/2021. (Attachments: # 1 Exhibit 1) (hhd) (Entered: 06/14/2021) |
| 06/14/2021 | 171 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 6) held on 6/14/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/15/2021) |
| 06/15/2021 | 170 | DEPOSITION DESIGNATIONS ORDER NO. 12. Signed by JUDGE M CASEY RODGERS on 6/15/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/15/2021) |
| 06/15/2021 | 172 | DEPOSITION DESIGNATIONS ORDER NO. 13. Signed by JUDGE M CASEY |

| | | |
|---|---|---|
| | | RODGERS on 6/15/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/15/2021) |
| 06/15/2021 | 173 | DEPOSITION DESIGNATIONS ORDER NO. 14. Signed by JUDGE M CASEY RODGERS on 6/15/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/15/2021) |
| 06/15/2021 | 174 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 7) held on 6/15/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/16/2021) |
| 06/15/2021 | 175 | ORDER for Jury Meals (Copy to Finance). Signed by JUDGE M CASEY RODGERS on 6/15/2021. (sps) (Entered: 06/16/2021) |
| 06/16/2021 | 177 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 8) held on 6/16/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/17/2021) |
| 06/17/2021 | 176 | DEPOSITION DESIGNATIONS ORDER NO. 15. Signed by JUDGE M CASEY RODGERS on 6/17/2021. (Attachments: # 1 Exhibit 1) (djb) (Entered: 06/17/2021) |
| 06/17/2021 | 178 | ORDER denying Defendants' Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a) and granting in part and denying in part Baker's Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a). Signed by JUDGE M CASEY RODGERS on 6/17/2021. (hhd) (Entered: 06/17/2021) |
| 06/17/2021 | 179 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 9) held on 6/17/2021. Evidence entered, trial continues. (Court Reporter Donna Boland.) (sps) (Entered: 06/17/2021) |
| 06/18/2021 | 182 | Court's Instructions to the Jury. (sps) (Entered: 06/21/2021) |
| 06/18/2021 | 183 | JURY VERDICT (pdf redacted - per privacy policy). (sps) (Entered: 06/21/2021) |
| 06/18/2021 | 184 | Sealed Document.[Jury Verdict Form - w/foreperson's signature sealed per privacy policy.] (sps) (Entered: 06/21/2021) |
| 06/18/2021 | 185 | Jury Seating Arrangement (pdf sealed). (sps) (Entered: 06/21/2021) |
| 06/21/2021 | 180 | ORDER. On June 18, 2021, the Court entered an oral ruling from the bench in connection with the document attached as Exhibit A. Accordingly, the document is hereby made a part of the record in this case. Signed by JUDGE M CASEY RODGERS on 6/21/2021. (alb) (Entered: 06/21/2021) |
| 06/21/2021 | 181 | Minute Entry for proceedings held before JUDGE M CASEY RODGERS:Jury Trial (Day 10) completed on 6/18/2021. The jury returns a verdict in favor of the Plaintiff and against the Defendants (see separate verdict form). Attached: Combined witness and exhibit lists. Plaintiff and Defendants' Exhibits admitted (electronic copies saved on external hard drive) and placed in clerks secured storage. Demonstratives (not for jury) also saved on same electronic device. (Court Reporter Donna Boland.) (Attachments: # 1 Combined Witness List, # 2 Combined Exhibit List) (sps) (Entered: 06/21/2021) |
| 06/21/2021 | 186 | CLERK'S JUDGMENT re 183 Jury Verdict. 90 Day Exhibit Return Deadline set for 9/20/2021 (sps) (Entered: 06/21/2021) |
| 06/22/2021 | 187 | ORDER further memorializing the Court's findings in connection with the summary imposition of sanctions on June 18, 2021. Signed by JUDGE M CASEY RODGERS on 6/22/2021. (kr) (Entered: 06/22/2021) |
| 07/06/2021 | 188 | MOTION to Extend Time*Plaintiffs' Consent Motion to Extend Time to Submit Bill of Costs Through Appeal* by CINDY BAKER, LLOYD EUGENE BAKER. (AYLSTOCK, BRYAN) (Entered: 07/06/2021) |

| 07/07/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 188 Plaintiffs' Consent Motion to Extend Time to Submit Bill of Costs Through Appeal (djb) (Entered: 07/07/2021) |
| --- | --- | --- |
| 07/07/2021 | 189 | NOTICE *OF FILING* by Kimberly Branscome, Jay Bhimani (Attachments: # 1 Exhibit A, # 2 Exhibit B) (HILL, THOMAS) (Entered: 07/07/2021) |
| 07/07/2021 | 190 | ORDER granting 188 Plaintiffs' Consent Motion to Extend Time to Submit Bill of Costs Through Appeal. Plaintiff's bill of costs are due 14 days after the conclusion of any appeal from the final judgment. Signed by JUDGE M CASEY RODGERS on 7/7/2021. (djb) (Entered: 07/07/2021) |
| 07/09/2021 | 191 | MOTION Approval of supersedeas bond and staying execution of monetary sanctions pending appeal re 187 Order by Jay Bhimani, Kimberly Branscome. (Attachments: # 1 Exhibit A - supersedeas bond) (HILL, THOMAS) (Entered: 07/09/2021) |
| 07/09/2021 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 191 MOTION Approval of supersedeas bond and staying execution of monetary sanctions pending appeal re 187 Order (djb) (Entered: 07/09/2021) |
| 07/12/2021 | 192 | ORDER - Kimberly O. Branscome and Jay L. Bhimani's 191 Motion to Post Bond and Stay the Execution of Monetary Sanctions Pending Appeal is GRANTED, as requested. Signed by JUDGE M CASEY RODGERS on 7/12/2021. (djb) (Entered: 07/12/2021) |
| 07/15/2021 | 193 | NOTICE OF APPEAL as to 180 Order, 187 Order by Jay Bhimani, Kimberly Branscome. ( Filing fee $505 Receipt Number AFLNDC-6183971.) (BEALL, CHARLES) (Entered: 07/15/2021) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 07/15/2021 13:36:06 | | | |
| **PACER Login:** | fn1422 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:20-cv-00039-MCR-GRJ |
| **Billable Pages:** | 26 | **Cost:** | 2.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |