# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 04, 2023

Bryan F. Aylstock
Aylstock Witkin Kreis & Overholtz, PLLC
17 E MAIN ST STE 200
PENSACOLA, FL 32502

Brian H. Barr
Levin Papantonio Rafferty
316 S BAYLEN ST STE 600
PENSACOLA, FL 32502

Charles Franklin Beall Jr.
Moore Hill & Westmoreland, PA
350 W CEDAR ST STE 100
PO BOX 13290
PENSACOLA, FL 32591

Jay L. Bhimani
Dechert, LLP
633 W 5TH ST STE 4900
LOS ANGELES, CA 90071

Robert C. Brock
Kirkland & Ellis, LLP
1301 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

Cole Carter
Kirkland & Ellis, LLP
300 N LASALLE ST STE 3800
CHICAGO, IL 60654

Thomas Philip Cartmell
Wagstaff & Cartmell, LLP
4740 GRAND AVE STE 300
KANSAS CITY, MO 64112

Paul D. Clement
Clement & Murphy, PLLC
706 DUKE ST
ALEXANDRIA, VA 22314

Clerk - Northern District of Florida
U.S. District Court
30 W GOVERNMENT ST
PANAMA CITY, FL 32601

David M. Cooper
Quinn Emanuel Urquhart & Sullivan, LLP
51 MADISON AVE FL 22
NEW YORK, NY 10010

Noah Heinz
Keller Postman, LLC
1100 VERMONT AVE NW FL 12
WASHINGTON, DC 20005

George W. Hicks Jr.
Kirkland & Ellis, LLP
1301 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

Thomas Larry Hill
Moore Hill & Westmoreland, PA
350 W CEDAR ST STE 100
PO BOX 13290
PENSACOLA, FL 32591

Mr. Ashley Conrad Keller
Keller Postman, LLC
150 N RIVERSIDE PLZ STE 4100
CHICAGO, IL 60606

Douglass A. Kreis
Aylstock Witkin Kreis & Overholtz, PLLC
17 E MAIN ST STE 200
PENSACOLA, FL 32502

Kasdin Miller Mitchell
Kirkland & Ellis, LLP
1301 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

Megan Odom
Ciresi Conlin, LLP
225 S 6TH ST STE 4600
MINNEAPOLIS, MN 55402

Troy Alan Rafferty
Levin Papantonio Rafferty
316 S BAYLEN ST STE 600
PENSACOLA, FL 32502

Michael A. Sacchet
Ciresi Conlin, LLP
225 S 6TH ST STE 4600
MINNEAPOLIS, MN 55402

Patrick Strawbridge
Consovoy McCarthy, PLLC
10 POST OFFICE SQ FL 8 S PMB #706
BOSTON, MA 02109

Sean Patrick Tracey
Tracey Fox King & Walters
440 LOUISIANA ST STE 1901
HOUSTON, TX 77002

Adam Granich Unikowsky
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Haley J. VanFleteren
Moore Hill & Westmoreland, PA
350 W CEDAR ST STE 100
PO BOX 13290
PENSACOLA, FL 32591

Appeal Number: 21-12517-GG  ; 21-13131 -GG  ; 21-13133 -GG  ; 21-13135 -GG
Case Style: Lloyd Baker v. 3M Company, et al
District Court Docket No: 7:20-cv-00039-MCR-GRJ
Secondary Case Number: 3:19-md-02885-MCR-GRJ

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12517

_____

LLOYD EUGENE BAKER,

                                                                                            Plaintiff-Appellee,

CINDY BAKER,

                                                                                            Plaintiff,

*versus*

3M COMPANY,
AEARO TECHNOLOGIES, LLC,

                                                                        Defendants-Appellants,

3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,

                                                         Interested Parties-Appellants.

2            Order of the Court            21-12517

_____

No. 21-13131

_____

LEWIS KEEFER,

                                                                           Plaintiff-Appellee,

*versus*

3M COMPANY,
3M OCCUPATIONAL SAFETY, LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES, LLC,

                                                                           Defendants-Appellants.

21-12517 Order of the Court 3

_____

No. 21-13133

_____

STEPHEN HACKER,

                                                              Plaintiff-Appellee,

*versus*

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING LLC,
AEARO INTERMEDIATE LLC,
AEARO LLC,
AEARO TECHNOLOGIES LLC,

                                                             Defendants-Appellants.

4                              Order of the Court                              21-12517

_____

No. 21-13135

_____

LUKE ESTES,

                                                                                Plaintiff-Appellee,

JENNIFER ESTES,

                                                                                 Plaintiff,

*versus*

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES LLC,

                                                                   Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 7:20-cv-00039-MCR-GRJ

_____

ORDER:

| 21-12517 | Order of the Court | 5 |
|---|---|---|

The stipulation for dismissals construed as the parties' motions to voluntary dismiss appeals are GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION